

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HERWIG VANDROMME    CREDIT SUISSE AG, SINGAPORE BRANCH
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

APARTADO 210
ES TERS DES UYASTRES
07812 SAN LORENZO / BALEARES
SPAIN

Phone: _____
Last Four Digits of Acct #: 0007

Court Claim # (if known): 55825
Date Claim Filed: OCT 23, 2009
Amount of Claim: $ 63,133,323.70
Portion of Claim Transferred (see Schedule I): EUR 100.000

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: March 12, 2014
    Transferee/Transferee's Agent
    VANDROMME HERWIG

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



CREDIT SUISSE AG
1 Raffles Link
#03/#04-01 South Lobby
Singapore 039393

Phone    +65 6212 2000
Fax      +65 6212 4868
www.credit-suisse.com

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG, Singapore Branch** ("Transferor") unconditionally and irrevocably transferred to **Herwig Vandromme** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55825), EUR 100,000 in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON [18 February 2014]

Credit Suisse AG, Singapore Branch
By: _____
Name: GOH KE CHIN
Title:

By: _____
Name:
Title:

VANDROMME HERWIG

Registration number S73FC2261L
A branch registered in Singapore.

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0213416141 | 55825 | Oct 29, 2009 | LEHMAN BROTHERS | EUR 100,000 |

"Rodriguez, Lauren" <larodriguez@epiqsystems.com>    An    "bernd.sommer@ksk-es.de" <bernd.sommer@ksk-es.de>
                                                            DL-epiqteamblue <epiqteamblue@epiqsystems.com>
17.03.2014 19:52:21    Kopie an
                       Bcc
SPAM                   Betreff    RE: Lehman Brothers Holdings Inc. Claims Processing

Hello Bernd,

Completed transfers notices must to be filed on the US Bankruptcy court docket before we can reflect the transfer on the register.  Below is the bankruptcy court address if you do not have electronic filing capabilities:

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

I have attached information about the fees from the U.S. Bankruptcy court.

Regards,

Lauren Rodriguez
Case Manager
Epiq Systems
Bankruptcy Solutions
Phone:  646-282-2584

-----Original Message-----
From: bernd.sommer@ksk-es.de [mailto:bernd.sommer@ksk-es.de]
Sent: Monday, March 17, 2014 1:15 PM
To: DL-epiqteamblue
Subject: Lehman Brothers Holdings Inc. Claims Processing


Dear Sir or Madam,

we would like to transfer a claim to our customer Herwig Vandromme.

The further informations are in the attachement:


(See attached file: Van.pdf)

We wish to thank you for your cooperation and look forward to hear from you soon.

Yours faithfully

Bernd Sommer



Bernd  Sommer
KundenCenter Nürtingen (446)

Telefon: 0711 398-42286
Telefax: 0711 398-42240
bernd.sommer@ksk-es.de