**Kreissparkasse Esslingen-Nürtingen**

Ihre Filiale vor Ort
www.ksk-es.de
0711 398-5000

0
8
2
6
8
0

Deutsche Post
FRANKIT  01,50 EUR
22.04.14    4D09000301
Brief
P.P. / PRIORITY

Sehr geehrter Kunde,
die verschiedenen Abteilungen unseres Hauses versenden täglich eine Vielzahl von Briefen an unsere Kunden. Es wäre sehr viel zeit- und kostenaufwendiger, die Briefe zusammenzusortieren, statt sie einzeln zu versenden.
Bitte haben Sie Verständnis, wenn Sie aus diesem Grund an einem Tag auch einmal mehrere Briefe von uns erhalten.

LUFTPOST
PAR AVION PRIORITAIRE

RECEIVED
APR 24 2014
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

1000481400  C035

Aus chlorfrei gebleichtem Zellstoff hergestellt