WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                            :       **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :       **08-13555 (SCC)**
                                                                 :
              Debtors.                              :       **(Jointly Administered)**
                                                                 :
------------------------------------------------------------------x

**NOTICE OF HEARING AS TO CERTAIN CLAIMS ON THE**
**ONE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714] *solely* as to the claims listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **June 19, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  May 7, 2014
           New York, New York

                                               /s/ Ralph I. Miller
                                               Ralph I. Miller

                                               WEIL, GOTSHAL & MANGES LLP
                                               1300 Eye Street, NW, Suite 900
                                               Washington, DC 20005
                                               Telephone: (202) 682-7000
                                               Facsimile: (202) 857-0940

                                               Attorneys for Lehman Brothers Holdings Inc.
                                               and Certain of Its Affiliates

## Exhibit A

## Claims to Be Heard at June 19, 2014 Hearing:

| Claimant Name | Claim Number(s) | Claimant Response ECF Nos. |
|---|---|---|
| Karen M. Simon Krieger | 18087 | 21216, 21221 |
| Rose Seraydar | 2927 | 20585 |