WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

### NOTICE OF HEARING AS TO CERTAIN CLAIM ON THE
### TWO HUNDREDTH OMNIBUS OBJECTION TO CLAIMS

     **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundredth Omnibus Objection to Claims (No Liability Claims) [ECF No. 19921] *solely* as to the claim listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **June 19, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: May 7, 2014
       New York, New York

                                    /s/ Ralph I. Miller
                                    Ralph I. Miller

                                    WEIL, GOTSHAL & MANGES LLP
                                    1300 Eye Street, NW, Suite 900
                                    Washington, DC 20005
                                    Telephone: (202) 682-7000
                                    Facsimile: (202) 857-0940

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

**Exhibit A**

**Claim to Be Heard at June 19, 2014 Hearing:**

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Winsome McDonald | 7163 | 21083 |