UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Jason J. Wallace |
| Claim Number (if known): | 17416 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $863,843 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | | | |
|---|---|---|---|
| Signature: | *[signed] J. J. Wallace* | Title: | INDIVIDUAL |
| Printed Name: | Jason J. Wallace | Dated: | 5/2/2014 |