WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re                                          :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                                                 :
              Debtors.                         :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF FOUR HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was originally scheduled for November 21, 2013 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may

US_ACTIVE:\44478499\1\58399.0011

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:  May 8, 2014
       New York, New York

                                 /s/ Robert J. Lemons
                                 Robert J. Lemons
                                 Ralph Miller
                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Lehman Brothers Holdings Inc.
                                 and Certain of Its Affiliates

US_ACTIVE:\44478499\1\58399.0011

## **Exhibit A**

## **Adjourned Claims:**

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Guam Economic Development Authority | 29559 | 41090 |
| Guam Economic Development Authority | 65855 | 41090 |

3