WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
              Debtors.                        :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF FOUR HUNDRED FIFTY-FOURTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) that was scheduled originally for February 27, 2014 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time

US_ACTIVE:\44478495\1\58399.0011

to time without further notice other than an announcement at the Hearing.

Dated:  May 8, 2014
        New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# **Exhibit A**

## **Adjourned Claims:**

| **Claimant Name** | **Claim Number** | **Claimant Response ECF No.** |
|---|---|---|
| ING USA Annuity and Life Insurance Company | 11152 | 42903 |
| ING USA Annuity and Life Insurance Company | 11153 | 42903 |

3

US_ACTIVE:\44478495\1\58399.0011