Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Facsimile:  (303) 573-8133
Email:  mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*    :    **08-13555 (SCC)**
                                                             :
                              **Debtors.**                   :    **(Jointly Administered)**
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF**
**PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF**
**CLAIM NO. 33325 FILED BY ARTHUR A. BOOR AND JOAN BOOR**

**PLEASE TAKE NOTICE** that the hearing on Plan Administrator's Objection to

Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [Docket No. 40292] that was

scheduled for May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a**

**date to be determined.**

Dated:  May 8, 2014

                                          */s/* Michael A. Rollin
                                          Michael A. Rollin
                                          JONES & KELLER, P.C.
                                          1999 Broadway, Suite 3150
                                          Denver, CO 80202
                                          Telephone: (303) 573-1600
                                          Facsimile:  (303) 573-8133
                                          Attorneys for Lehman Brothers Holdings
                                          Inc. and Certain of Its Affiliates