Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
Email: mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [Docket No. 39348] that was scheduled for May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined.**

Dated: May 8, 2014

                                                   */s/* Michael A. Rollin
                                                 Michael A. Rollin
                                                 JONES & KELLER, P.C.
                                                 1999 Broadway, Suite 3150
                                                 Denver, CO 80202
                                                 Telephone: (303) 573-1600
                                                 Facsimile: (303) 573-8133
                                                 Attorneys for Lehman Brothers Holdings Inc. and
                                                 Certain of Its Affiliates

{JK00578691.1 }