United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,           Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Aleiter Holdings LLC | Goldman, Sachs & Co. |
| Name of Transferee | Name of Transferor |

Court Claim #: see attached schedule
Claim Amount: see attached schedule

Name and Address where notices to Transferee
should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**ALEITER HOLDINGS LLC**
By: Chapman and Cutler LLP, as authorized
signatory and not in the capacity as legal counsel to
Aleiter Holdings LLC

By: /s/                              Date: 4/22/14
Name: Nicholas Whitney
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Schedule

|   | Proof of Claim Number | ISIN/CUSIP | Principal/Notional Amount | | Transferred Amount (as allowed, in USD) |
|---|---|---|---|---|---|
| 1 | 59098 | XS0286900708 | CHF | 9,304,000 | 8,299,565.05 |