Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - x
     In the Matter of:               x     Chapter 11
 4                                   x
     LEHMAN BROTHERS HOLDINGS INC.,  x     Case No. 08-13555(SCC)
 5   ET AL.,                         x
                                     x     (Jointly Administered)
 6               Debtors.            x
     - - - - - - - - - - - - - - - - x
 7   In the Matter of:               x
                                     x
 8   LEHMAN BROTHERS HOLDINGS INC.,  x     Case No. 08-01420(SCC)
                                     x
 9               Debtor.             x     (SIPA)
     - - - - - - - - - - - - - - - - x
10
11
12                   U.S. Bankruptcy Court
13                   One Bowling Green
14                   New York, New York
15
16                   April 24, 2014
17                   10:04 AM
18
19   B E F O R E :
20   HON. SHELLY C. CHAPMAN
21   U.S. BANKRUPTCY JUDGE
22
23
24
25
```

```
 1   HEARING Re Three Hundred Ninety-Fourth Omnibus Objection to
 2   Claims (Value Derivative Claims)[ECF No. 34728]
 3
 4   HEARING re Trustee's Sixty-Second Omnibus Objection to
 5   General Creditor Claims (No Liability Claims)[LBI ECF No.
 6   6131]
 7
 8   HEARING re Trustee's Sixty-Sixth Omnibus Objection to
 9   General Creditor Claims (No Liability Claims)[LBI ECF No.
10   6157]
11
12   HEARING re Trustee's Seventy-Sixth Omnibus Objection to
13   General Creditor Claims (No Liability Claims)[LBI ECF No.
14   6295]
15
16   HEARING re Trustee's Eightieth Omnibus Objection to General
17   Creditor Claims (No Liability Claims)[LBI ECF No. 6341]
18
19   HEARING re Trustee's Eighty-Eighth Omnibus Objection to
20   General Creditor Claims (No Liability Claims)[LBI ECF No.
21   6566]
22
23   HEARING re Trustee's Ninety-Fifth Omnibus Objection to
24   General Creditor Claims (No Liability Claims)[LBI ECF No.
25   6682]
```

Page 3

1  HEARING re Trustee's Ninety-Eighth Omnibus Objection to
2  General Creditor Claims (No Liability Claims)[LBI ECF No.
3  6699]
4
5  HEARING re Trustee's One Hundred Sixth Omnibus Objection to
6  General Creditor Claims (No Liability Claims)[LBI ECF No.
7  6811]
8
9  HEARING re Trustee's One Hundred Eighteenth Omnibus
10 Objection to General Creditor Claims (No Liability
11 Claims)[LBI ECF No. 6906]
12
13 HEARING re Trustee's One Hundred Twentieth Omnibus Objection
14 to General Creditor Claims (No Liability Claims)[LBI ECF No.
15 6918]
16
17 HEARING re Trustee's One Hundred Twenty-Fourth Omnibus
18 Objection to General Creditor Claims (No Liability
19 Claims)[LBI ECF No. 7008]
20
21 HEARING re Trustee's One Hundred Thirty-Ninth Omnibus
22 Objection to General Creditor Claims (No Liability
23 Claims)[LBI ECF No. 7279]
24
25 HEARING re Trustee's One Hundred Forty-Eighth Omnibus

1  Objection to General Creditor Claims (No Liability
2  Claims)[LBI ECF No. 7399]
3
4  **HEARING re Trustee's One Hundred Fifty-Seventh Omnibus**
5  Objection to General Creditor Claims (No Liability
6  Claims)[LBI ECF No. 7582]
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Dawn South

```
 1   A P P E A R A N C E S :
 2   WEIL, GOTSHAL & MANGES LLP
 3         Attorneys for LBHI
 4         767 Fifth Avenue
 5         New York, NY 10153-0119
 6
 7   BY:  SUNNY SINGH, ESQ.
 8
 9   HUGHES HUBBARD & REED LLP
10         Attorneys for the SIPA Trustee
11         One Battery Park Plaza
12         New York, NY 1004-1482
13
14   BY:  JEFFREY S. MARGOLIN, ESQ.
15        MEAGHAN C. GRAGG, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1                  P R O C E E D I N G S
 2            THE COURT:  Please have a seat.  How's everybody
 3   today?
 4            UNIDENTIFIED SPEAKER:  Fine, Your Honor.
 5            THE COURT:  All right, I'm ready when you are.
 6            MR. SINGH:  Good morning, Your Honor --
 7            THE COURT:  Good morning.
 8            MR. SINGH:  -- Sunny Singh from Weil, Gotshal &
 9   Manges on behalf of Lehman Brothers Holdings Inc. and its
10   Chapter 11 estates -- affiliated Chapter 11 estates.  Excuse
11   me.
12            Your Honor, we filed an amended agenda yesterday,
13   and if it's okay with you I'll just --
14            THE COURT:  Sure.
15            MR. SINGH:  -- go down the order of the agenda.
16            THE COURT:  Uh-huh.
17            MR. SINGH:  The first item on the agenda, Your
18   Honor, is plan administrator's three hundred and ninety-
19   forty omnibus objection to claims --
20            THE COURT:  Right.
21            MR. SINGH:  -- which is only going forward as to
22   Golden State Tobacco.
23            Golden State Tobacco filed a response to the
24   objection to its four claims and the parties have since
25   worked together to come to an agreement on the modified
```

1  amounts.
2              THE COURT:  Okay.
3              MR. SINGH:  I have a supplemental order for Your
4  Honor to -- to -- reflect the allowed amounts --
5              THE COURT:  Okay.
6              MR. SINGH:  -- as agreed by the parties --
7              THE COURT:  Very good.
8              MR. SINGH:  -- that I can submit to chambers.
9              Your Honor, that's actually the only matter on the
10 LBHI --
11             THE COURT:  All right.
12             MR. SINGH:  -- portion and so I'll turn it over
13 to --
14             THE COURT:  Right.  Is anyone here who would like
15 to be heard on behalf of Golden State Tobacco Securitization
16 Corporation?
17             Okay, very good.
18             MR. SINGH:  Thank you, Your Honor.
19             If I may be excused, Your Honor, that's the only
20 portion --
21             THE COURT:  Yes, thank you very much.
22             MR. SINGH:  -- of the LBHI.  Thank you.
23             MR. MARGOLIN:  Good morning, Your Honor --
24             THE COURT:  Good morning.
25             MR. MARGOLIN:  -- Jeffrey Margolin, Hughes Hubbard

Page 8

1 & Reed for Mr. Giddens, the SIPA Trustee.

2 Your Honor, this morning we have a group of

3 omnibus objections to general creditor claims --

4 THE COURT: Right.

5 MR. MARGOLIN: -- asserted against the LBI estate.

6 Those matters are going to be handled by my colleague,

7 Meaghan Gragg.

8 THE COURT: Okay. Thank you.

9 MR. MARGOLIN: Thank you.

10 MS. GRAGG: Good morning, Your Honor --

11 THE COURT: Good morning.

12 MS. GRAGG: -- Meaghan Gragg of Hughes Hubbard &

13 Reed for the SIPA Trustee.

14 On the calendar we have 14 omnibus objections to

15 which the trustee has received responses. The trustee's

16 sixty-second, sixty-sixth, seventy-sixth, eightieth, eighty-

17 eighth, ninety-fifth, ninety-eight, a hundred and sixth, a

18 hundred and eighteenth, a hundred and twentieth, a hundred

19 and twenty-fourth, a hundred thirty-ninth, a hundred and

20 forty-eighth, and a hundred and fifty-seventh omnibus

21 objections by which the trustee objected to the following

22 types of claims at issue today.

23 Claims by holders of securities issued by LBHI

24 pursuant to indentures, claims by holders of securities

25 issued by LBHI as part of a medium turn note program, claims

1    by holders of preferred stock in LBHI, and claims by holders

2    of securities that were issued by various Lehman Brothers

3    Holdings capital trust pursuant to indentures.

4           The claims, the responses, the documentation

5    provided by the claimants and publicly available documents

6    filed with the SEC all show that the claim securities were

7    not issued or guaranteed by LBI.

8           The 14 objections cover 393 claims, the trustee

9    did not receive any response with respect to 371 of those

10   claims.

11          In an effort to resolve the 22 responses that the

12   trustee did receive without involving the Court the

13   trustee's counsel contacted each respondent, 4 of the

14   respondents withdrew, we've adjourned the hearing date for

15   2 of the respondents because they raised additional issues

16   that we are analyzing, the other 16 respondents have

17   continued to press their claims.

18          THE COURT:  So those 16 are what are before us

19   today.

20          MS. GRAGG:  Yes.

21          THE COURT:  Okay.  And there are no -- there are

22   no guarantee obligations back and forth between LBI and LBHI

23   that implicate these claims?

24          MS. GRAGG:  No.

25          The trustee's financial advisor, Deloitte is here

1  today.  Deloitte filed declarations in support of the

2  omnibus objections and our reply should the Court have any

3  questions regarding the declarations.

4          THE COURT:  All right.  Are any of the 16

5  remaining objectors here or wish to be heard?

6          Is anyone on the telephone who wishes to be heard

7  with respect to any of the omnibus objections that have been

8  listed on the record?

9          I'm looking at the rooster of who's on the

10 telephone, it's Mr. Farkas from RBS Securities, Mr. Iyer

11 from Canyon Partners, and Mr. Webster from Stutman,

12 Treister, so it does not appear that anyone has appeared

13 telephonically.

14          In the absence of any further argument and based

15 on the record with respect to these omnibus objections I'm

16 going to grant the objections with respect to these

17 remaining 16 claims.

18          MS. GRAGG:  Thank you.  We've filed proposed

19 orders and will provide copies to your law clerk after the

20 hearing.

21          THE COURT:  Okay, very good.

22          I think that's all we have for this morning if I'm

23 not mistaken.

24          MS. GRAFF:  Yep.

25          THE COURT:  All right, very good.  Thank you for

1  coming in.
2            MS. GRAFF:  Thank you.
3       (Recess at 10:09 a.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# I N D E X

## RULINGS

|   | Page | Line |
|---|---|---|
| Three Hundred Ninety-Fourth Omnibus Objection to Claims (Value Derivative Claims) [ECF No. 34728] | 7 | 17 |
| Trustee's Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [LBI ECF No. 6131] | 10 | 16 |
| Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [LBI ECF No. 6157] | 10 | 16 |
| Trustee's Seventy-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [LBI ECF No. 6295] | 10 | 16 |
| Trustee's Eightieth Omnibus Objection to General Creditor Claims (No Liability Claims) [LBI ECF No. 6341] | 10 | 16 |
| Trustee's Eighty-Eighth Omnibus Objection to |   |   |

Page 13

```
 1   General Creditor Claims (No Liability Claims)
 2   [LBI ECF No. 6566]                               10        16
 3
 4   Trustee's Ninety-Fifth Omnibus Objection to
 5   General Creditor Claims (No Liability Claims)
 6   [LBI ECF No. 6682]                               10        16
 7
 8   Trustee's Ninety-Eighth Omnibus Objection to
 9   General Creditor Claims (No Liability Claims)
10   [LBI ECF No. 6699]                               10        16
11
12   Trustee's One Hundred Sixth Omnibus Objection
13   to General Creditor Claims (No Liability
14   Claims)[LBI ECF No. 6811]                        10        16
15
16   Trustee's One Hundred Eighteenth Omnibus
17   Objection to General Creditor Claims (No
18   Liability Claims)[LBI ECF No. 6906]              10        16
19
20   Trustee's One Hundred Twentieth Omnibus
21   Objection to General Creditor Claims (No
22   Liability Claims)[LBI ECF No. 6918]              10        16
23
24   Trustee's One Hundred Twenty-Fourth Omnibus
25   Objection to General Creditor Claims (No
```

Page 14

| | | | |
|---|---|---|---|
| 1 | Liability Claims)[LBI ECF No. 7008] | 10 | 16 |
| 2 | | | |
| 3 | Trustee's One Hundred Thirty-Ninth Omnibus | | |
| 4 | Objection to General Creditor Claims (No | | |
| 5 | Liability Claims)[LBI ECF No. 7279] | 10 | 16 |
| 6 | | | |
| 7 | Trustee's One Hundred Forty-Eighth Omnibus | | |
| 8 | Objection to General Creditor Claims (No | | |
| 9 | Liability Claims)[LBI ECF No. 7399] | 10 | 16 |
| 10 | | | |
| 11 | Trustee's One Hundred Fifty-Seventh Omnibus | | |
| 12 | Objection to General Creditor Claims (No | | |
| 13 | Liability Claims)[LBI ECF No. 7582] | 10 | 16 |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Page 15

1  C E R T I F I C A T I O N

2

3  I, Dawn South, certify that the foregoing transcript is a

4  true and accurate record of the proceedings.

5

6  *Dawn South* (Digitally signed by Dawn South
DN: cn=Dawn South, o, ou,
email=digital1@veritext.com,
c=US
Date: 2014.04.28 16:58:20 -04'00')

7

8  AAERT Certified Electronic Transcriber CET**D-408

9

10  Veritext

11  330 Old Country Road

12  Suite 300

13  Mineola, NY 11501

14

15  Date:   April 28, 2014