B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Solus Opportunities Fund 1 LP</u>              <u>Macquarie Bank Limited</u>
         Name of Transferee                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):  <u>13776</u>
should be sent:                              Amount of Claim Transferred:  <u>$4,710,746.83</u>
                                         Date Claim Filed:  <u>09/16/2009</u>
Solus Opportunities Fund 1 LP                    Debtor:  <u>Lehman Brothers Holdings Inc.</u>
410 Park Avenue, 11th Floor
New York, NY 10022
Tel # (212) 284-4317
Fax # (212) 284-4347
Email: <u>notices@soluslp.com</u> (email preferred)

19

200757417v.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOLUS OPPORTUNITIES FUND 1 LP
By:  Solus Alternative Asset Management LP
Its Investment Adviser


By: _____          Date: ___May 9, 2014_____
     Transferee/Transferee's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

21

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **MACQUARIE BANK LIMITED** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **SOLUS OPPORTUNITIES FUND 1 LP** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 13776, but solely to the extent of $4,710,746.83 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Case No. 08-13885.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _9th_ day of _May_ , 2014.

| SELLER: | BUYER: |
|---|---|
| **MACQUARIE BANK LIMITED** | **SOLUS OPPORTUNITIES FUND 1 LP** |
|  | **By: Solus Alternative Asset Management LP  Its Investment Advisor** |
| Name: | Name: |
| Title: | Title: |
| Name:    Nathan Booker  Title:    Associate Director |  |

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

15

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **MACQUARIE BANK LIMITED** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **SOLUS OPPORTUNITIES FUND 1 LP** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number 13776, but solely to the extent of $4,710,746.83 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Case No. 08-13885.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _9th_ day of _May_, 2014.

| SELLER: | BUYER: |
|---|---|
| **MACQUARIE BANK LIMITED** | **SOLUS OPPORTUNITIES FUND 1 LP** |
| | **By: Solus Alternative Asset Management LP** |
| | **Its Investment Advisor** |
| Name:<br>Title: | Name: **Nicholas Signorile**<br>Title:   Chief Financial Officer |
| Name:<br>Title: | |

16