WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                   :  Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :  08-13555 (SCC)
                                                        :
                       Debtors.                         :  (Jointly Administered)
                                                        :
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED SIXTIETH
### OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVES CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Sixtieth Omnibus Objection to Claims (Valued Derivatives Claims) [ECF No. 43917], which was scheduled for May 14, 2014 at 10:00 a.m. (Eastern Time), has been adjourned to a date to be determined.

Dated: May 12, 2014
       New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44480387\1\58399.0011