WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
:
Debtors. : **(Jointly Administered)**
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING OF THE**
**THREE HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [**ECF No. 30030**], that was scheduled for May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to June 19, 2014 at 10:00 a.m.** (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated:  May 12, 2014
       New York, New York

              /s/ Garrett A. Fail
              Garrett A. Fail

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc.
               and Certain of its Affiliates

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| Baricevic, Joanna | 13425 | ECF No. 30937 |
| Blum, Kevin | 27323 | ECF No. 30948 |
| Kenney, Arthur J. | 27321 | ECF No. 30941 |

US_ACTIVE:\44480500\1\58399.0011