WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                        :   Chapter 11 Case No.
                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :   08-13555 (SCC)
                                             :
        Debtors.                             :   (Jointly Administered)
                                             :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**
**OF THE FOUR HUNDRED THIRD OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Third Omnibus Objection to Claims (No Liability Claims) [**ECF No. 36007**], that was scheduled for May 14, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim of Barry J. O'Brien (Claim No. 32520), to June 19, 2014 at 10:00 a.m.** (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 12, 2014
      New York, New York

                                   /s/ Garrett A. Fail
                                   Garrett A. Fail

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of its Affiliates