New Hearing Date: June 9, 2014 at 10:00 a.m. (EST)

Jonathan S. Henes
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the hearing to consider the *Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* (the "***Objection***") [Docket No. 36882], with respect to the response of Federal Home Loan Bank of Pittsburgh ("***FHLB***") [Docket No. 39014] regarding FHLB's proof of claim nos. 18987 and 18988, originally scheduled for hearing on May 14, 2014, at 10:00 a.m., has been adjourned until **June 9, 2014, at 10:00 a.m. (EST)** and will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621.

| | |
|---|---|
| New York, New York<br>Dated:  May 12, 2014 | */s/ Jonathan S. Henes*<br>Jonathan S. Henes<br>Joseph Serino, Jr.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>*Attorneys for Lehman Brothers Holdings Inc.* |