JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum

Attorneys for Lehman Brothers Holding Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              )
                                                              )
                                                              )    **Chapter 11 Case No.**
**In re**                                                     )
                                                              )    **08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC. *et al.*,**                   )
                                                              )    **(Jointly Administered)**
**Debtors.**                                                  )
                                                              )
                                                              )
------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING**
**WITH RESPECT TO DEBTORS' OBJECTIONS TO**
**PROOF OF CLAIM NOS. 17406, 17407, 17417 AND 17418**

PLEASE TAKE NOTICE that the Claims Objection Hearing with respect to proofs of claim numbers 17406, 17407, 17417 and 17418 that was scheduled originally for May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time) pursuant to Notice of ADR Procedures and Scheduling of Claims Objection Hearing With Respect to Debtors' Objections to Proof of Claim Nos. 17406, 17407, 17417 and 17418, Docket No. 43334, **has been adjourned to August 12, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:    New York, New York
          May 13, 2014

Respectfully submitted,

 /s/ Benjamin Rosenblum
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

ATTORNEYS FOR LEHMAN BROTHERS HOLDINGS INC. AND CERTAIN OF ITS AFFILIATES