WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :    **08-13555 (SCC)**
                                                          :
                                      **Debtors.**        :    **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :
                                                          :    **Case No.**
**LEHMAN BROTHERS INC.,**                                 :
                                                          :    **08-01420 (SCC) (SIPA)**
                                      **Debtor.**         :
                                                          :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF
MATTERS SCHEDULED FOR THE SEVENTY-THIRD
OMNIBUS AND CLAIMS HEARING ON MAY 14, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 621**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

**I.    CONTESTED MATTER:**

1.    Trustee's Objection to the General Creditor Proof of Claim of Cornell Companies Inc. (Claim No. 4393) [**LBI ECF No. 8046**]

Response Deadline:    January 31, 2014 at 4:00 p.m.

Response Received:

A.    Response of Cornell Companies Inc. [**LBI ECF No. 8414**]

Related Document:

B.    Trustee's Reply in Further Support of the Objection to the General Creditor Proof of Claim of Cornell Companies Inc. (Claim No. 4393) [**LBI ECF No. 8658**]

Status:  This matter is going forward.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**II.    ADVERSARY PROCEEDINGS:**

2.    Lehman Brothers Holdings Inc., *et al*. v. AmeriCredit Financial Services Inc., *et al*. [**Adversary Proceeding No. 11-02403**]

**Status Conference**

Related Documents:

A.    Amended Complaint [**ECF No. 10**]

B.    Motion to Dismiss Adversary Complaint [**ECF No. 14**]

C.    Memorandum of Law in Support of Defendants' Motion to Dismiss [**ECF No. 15**]

2

   D.    Declaration of Anthony Ford in Support of Motion to Dismiss
         Adversary Complaint [**ECF No. 16**]

   E.    Response to Motion to Dismiss Adversary Complaint [**ECF No.
         21**]

   F.    Stipulation & Order Dismissing Count IX of Amended Complaint
         [**ECF No. 22**]

   G.    Defendants' Reply Memorandum of Law in Further Support of
         Motion to Dismiss Adversary Complaint [**ECF No. 24**]

Status:  This matter is going forward solely as a status conference.

3.    Lehman Brothers Special Financing Inc. v. Bank of America, *et al*. [**Adversary
      Proceeding No. 10-03547**]

**Revised Proposed Scheduling Order**

Related Documents:

   A.    Debtors' Notice of Revised Proposed Scheduling Order [**ECF No.
         717; Case No. 08-13555, ECF No. 43704**]

   B.    JA Hokkaido Shinren's Objection to Plaintiff's Revised Proposed
         Scheduling Order [**ECF No. 725**]

   C.    Response of Group of 77 Defendants to LBSF's Proposed
         Scheduling Order [**ECF No. 730**]

   D.    Joinder of Certain Trustee Defendants to the Response of 77
         Defendants to LBSF's Proposed Scheduling Order and Limited
         Objection to the Proposed Scheduling Order [**ECF No. 731**]

   E.    Notice of Response of U.S. Bank National Association, as Trustee
         to Lehman Brothers Special Financing Inc.'s Proposed Scheduling
         Order [**ECF No. 733**]

   F.    Notice of Motion of Group of Defendants to Modify Certain
         Orders Affecting Litigation of Adversary Proceeding [**Case No.
         08-13555, ECF No. 43983**]

   G.    Joinder of MKP Capital Management, L.L.C. to the Response of
         Group of 77 Defendants to LBSF's Proposed Scheduling Order
         [**ECF No. 747**]

3

        H.        Joinder of Structured Credit Opportunities Fund II, L.P., Tricadia Credit Strategies Master Fund, Ltd., and Mariner LDC to the Response of Group of 77 Defendants to LBSF's Proposed Scheduling Order [**ECF No. 748**]

        I.        Debtors' Omnibus Reply to the Objections and Responses to LBSF's Proposed Scheduling Order [**ECF No. 754**]

        J.        Objection of Lehman Brothers Special Financing Inc. to the Motion of the Group of Defendants to Modify Certain Orders Affecting Litigation of Adversary Proceeding No. 10-03547 [**Case No. 08-13555, ECF No. 44200**]

Status:  The hearing will be going forward on a contested basis.

4.      Lehman Brothers Special Financing Inc. v. Bank of America, *et al*. [**Adversary Proceeding No. 10-03547**]

**Application to Lift Litigation Stay**

Related Documents:

        A.        Notice of Hearing on Application to Lift Litigation Stay Solely for the Purpose of Filing Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 715**]

        B.        Response to Notice of Hearing on Application to Lift Litigation Stay Solely for the Purpose of Filing Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 756**]

Status:  The hearing will be going forward on a contested basis.

5.      Lehman Brothers Special Financing Inc. v. Bank of America National Association, *et al.* [**Adversary Proceeding No. 10-03542**]

Lehman Brothers Financial Products Inc. v. The Bank of New York Mellon Trust Co., National Association, *et al*. [**Adversary Proceeding No. 10-03544**]

Lehman Brothers Special Financing Inc. v. The Bank of New York Mellon Corporation, *et al*. [**Adversary Proceeding No. 10-03545**]

Lehman Brothers Special Financing Inc. v. Wells Fargo Bank National Association, *et al*. [**Adversary Proceeding No. 10-03809**]

Lehman Brothers Special Financing Inc. v. Bank of New York Mellon National Association [**Adversary Proceeding No. 10-03811**]

4

**Scheduling Conference**

Related Documents:

    A.    Notice of Scheduling Conference [**Adversary Proceeding No. 10-03542, ECF No. 50**]; [**Adversary Proceeding No. 10-03544, ECF No. 72**]; [**Adversary Proceeding No. 10-03545, ECF No. 137**]; [**Adversary Proceeding No. 10-03809, ECF No. 36**]; [**Adversary Proceeding No. 10-03811, ECF No. 26**]

    B.    Response of U.S. Bank National Association, as Trustee, to Lehman Brothers Special Financing Inc.'s Proposed Scheduling Order [**Adversary Proceeding No. 10-03542, ECF No. 48**]

Status:  This matter is going forward as a scheduling conference.

## III.   CONTESTED MATTERS:

6.    Motion of Group of Defendants to Modify Certain Orders Affecting Litigation of Adversary Proceeding [**ECF No. 43983**]

Response Deadline:    May 5, 2014 at 4:00 p.m.

Response Received:

    A.    Objection of Lehman Brothers Special Financing Inc. to the Motion of the Group of Defendants to Modify Certain Orders Affecting Litigation of Adversary Proceeding No. 10-03547 [**ECF No. 44200**]

Status:  The hearing on the motion affecting litigation of Adversary Proceeding No. 10-03547 will be going forward.

7.    Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 43532**]

Response Deadline:    April 22, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Newport Global Advisors LP to the Four Hundred Fifty-Eighth Omnibus Objection to Claims [**ECF No. 44071**]

US_ACTIVE:\44475744\5\58399.0011

<u>Related Document</u>:

B.      Reply to Response of Newport Global Advisors LP to the Four Hundred Fifty-Eighth Omnibus Objection to Claims [**ECF No. 44286**]

<u>Status</u>:  This matter is going forward on a contested basis, as to all claims listed in the Objection.

## IV.    <u>ADJOURNED MATTERS</u>:

### A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

8.    Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 15012**]

<u>Response Deadline</u>:   April 13, 2011 at 4:00 p.m.

<u>Response Received</u>:

A.      Response of Banco Interior de Sao Paulo, S.A. (Claim No. 21949) [**ECF No. 22879**]

<u>Related Documents</u>:

B.      Notice of Hearing as to Certain Claim on the One Hundred Eleventh Omnibus Objection to Claims [**ECF No. 43588**]

C.      Reply of Lehman Brothers Holdings Inc. [**ECF No. 44153**]

D.      Notice of Adjournment of Hearing of the One Hundred Eleventh Omnibus Objection to Claims Solely as to Certain Claim [**ECF No. 44185**]

<u>Status</u>:  This matter has been adjourned to June 19, 2014 solely with respect to the claim identified on the Notice of Hearing.  The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

9.    One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 19888**]

<u>Response Deadline</u>:   October 13, 2011 at 4:00 p.m., extended to August 31, 2012 by agreement

US_ACTIVE:\44475744\5\58399.0011

Response Received:

> A. Response of Commonwealth of Virginia Tobacco Settlement Financing Corporation to Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) (Claim Nos. 17406 and 17418) [**ECF No. 30541**]

Related Documents:

> B. Notice of Adjournment of Hearing Sine Die of the One Hundred Ninety-First Omnibus Objection (Valued Derivative Claims) Solely as to Certain Claims [**ECF No. 28036**]

> C. Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Debtors Objection to Proof of Claim Nos. 17406, 17407, 17417 and 17418 [**ECF No. 43334**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

10. Three Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [**ECF No. 30030**]

Response Deadline: September 14, 2012 at 4:00 p.m.

Responses Received:

> A. Response of Joanna Baricevic (Claim No. 13425) [**ECF No. 30937**]

> B. Response of Kevin Blum (Claim No. 27323) [**ECF No. 30948**]

> C. Response of Arthur Kenney (Claim No. 27321) [**ECF No. 30941**]

Related Documents:

> D. Notice of Hearing as to Certain Claims on the Three Hundred Forty-First Omnibus Objection to Claims [**ECF No. 43489**]

> E. Reply of Lehman Brothers Holdings Inc. [**ECF No. 44175**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

11. Four Hundred Third Omnibus Objection to Claims (No Liability Claims) [**ECF No. 36007**]

Response Deadline: April 15, 2013 at 4:00 p.m.

US_ACTIVE:\44475744\5\58399.0011

Response Received:

    A.    Response of Barry O'Brien (Claim No. 32520) [**ECF No. 36386**]

Related Documents:

    B.    Notice of Hearing as to Certain Claims on the Four Hundred Third Omnibus Objection to Claims [**ECF No. 43490**]

    C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44175**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m. solely with respect to the claims identified on the Notice of Hearing.  The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

12.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

    Response Deadline:   June 12, 2014 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

13.    Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code [**ECF No. 36882**]

    Response Deadline:   July 25, 2013 at 12:00 p.m.

    Response Received:

    A.    Response of Federal Home Loan Bank of Pittsburgh to Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code [**ECF No. 39014**]

    Related Documents:   None.

    Status:  The hearing on the Response of Federal Home Loan Bank of Pittsburgh has been adjourned to June 9, 2014 at 10:00 a.m.

14.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

    Response Deadline:   June 3, 2013 at 4:00 p.m.

Adjourned Responses:

      A.     Response of Commerzbank AG [**ECF No. 38674**]

      B.     Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

15.    Claims Objection Hearing with Respect to Debtors' Objection to Proofs of Claim Nos. 28740 and 28828 [**ECF No. 38054**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

16.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:    September 11, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Sanford and Tina Mohr [**ECF No. 41101**]

Status:  This matter has been adjourned to a date to be determined.

17.    Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivative Claims) [**ECF No. 39570**]

Response Deadline:    September 19, 2013 at 4:00 p.m., extended to February 27, 2014 by agreement

Response Received:

      A.     Response of Commonwealth of Virginia Tobacco Settlement Financing Corporation to Plan Administrator's Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivative Claims) (Claim Nos. 17407 and 17417) [**ECF No. 43314**]

Related Documents:

      B.     Notice of Adjournment of Hearing of the Four Hundred Thirty-Second Omnibus Objection to March 27, 2014 (No Liability Derivative Claims) [**ECF No. 42710**]

US_ACTIVE:\44475744\5\58399.0011

  C.  Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Debtors Objection to Proof of Claim Nos. 17406, 17407, 17417 and 17418 [**ECF No. 43334**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

18. Four Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 39571**]

Response Deadline: September 19, 2013 at 4:00 p.m.

Response Received:

  A.  Opposition (Verified) of the Tobacco Settlement Financing Corporation to the Debtors Four Hundred Thirty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 40157**]

Related Documents:

  B.  Notice of Adjournment of Hearing Sine Die of the Four Hundred Thirty-Third Omnibus Objection (Valued Derivative Claims) Solely as to Certain Claims [**ECF No. 40190**]

  C.  Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Debtors Objection to Proof of Claim Nos. 21487 and 21488 [**ECF No. 42516**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

19. Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline: June 12, 2014 at 4:00 p.m.

Response Received:

  A.  LBHI's Opposition [**ECF No. 40232**]

Related Documents:  None.

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

20. Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor [**ECF No. 40292**]

Response Deadline: November 6, 2013 at 4:00 p.m.

US_ACTIVE:\44475744\5\58399.0011

Responses Received:

    A.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40991**]

    B.    Response of Arthur A. Boor and Joan Boor [**ECF No. 40992**]

Status:  This matter has been adjourned to a date to be determined.

21.    Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 40475**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Guam Economic Development Authority [**ECF No. 41090**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

22.    Four Hundred Fifty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 42104**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Adjourned Response:

    A.    Response of ING USA Annuity and Life Insurance Company [**EFC No. 42903**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

23.    Claims Objection Hearing with Respect to Objection to Proof of Claim No. 68076 [**ECF No. 43742**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

24.    Four Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 43917**]

Response Deadline:    May 2, 2014 at 4:00 p.m.

Response Received:

    A.    Response of U.S. Bank National Association, As Trustee, To (I) The Plan Administrator's Four Hundred Sixtieth Omnibus Objection To Claims (Valued Derivative Claims) With Respect to Claim Numbers 67154, 67155 And 67157 And (II) The Plan

US_ACTIVE:\44475744\5\58399.0011

Administrator's Four Hundred Sixty-First Omnibus Objection to Claims (Insufficient Documentation) With Respect to Claim Number 67156 [**ECF No. 44176**]

Status:  This matter has been adjourned to a date to be determined as to all claims included on the objection.

25.     Four Hundred Sixty-First Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 43918**]

Response Deadline:    May 2, 2014 at 4:00 p.m.

Responses Received:

A.     Response of U.S. Bank National Association, As Trustee, To (I) The Plan Administrator's Four Hundred Sixtieth Omnibus Objection To Claims (Valued Derivative Claims) With Respect to Claim Numbers 67154, 67155 And 67157 And (II) The Plan Administrator's Four Hundred Sixty-First Omnibus Objection to Claims (Insufficient Documentation) With Respect to Claim Number 67156 [**ECF No. 44176**]

B.     Response of A.M. Best Company Inc. [**ECF No. 44227**]

Status:  This matter has been adjourned to a date to be determined as to all claims included on the objection.

**B.     Adversary Proceedings**

26.     Lehman Brothers Holdings Inc., *et al*. v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

**Pre-Trial Conference**

Related Documents:

A.     Adversary Complaint [**ECF No. 1**]

B.     Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

C.     Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

D.     Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 13**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

US_ACTIVE:\44475744\5\58399.0011

27.     Lehman Brothers Special Financing Inc. v. Federal Home Loan Bank of
        Cincinnati [**Adversary Proceeding No. 13-01330**]

        **Pre-Trial Conference**

        Related Documents:

                A.      Adversary Complaint [**ECF No. 1**]

                B.      Motion of Federal Home Loan Bank of Cincinnati, Pursuant to 28
                        U.S.C. 157(c)(1) and Bankruptcy Rule 9033(a), for Proposed
                        Conclusions of Law Dismissing Plaintiff's First, Second, and Third
                        Causes of Action in Its Complaint Dated April 17, 2013 [**ECF No.
                        15**]

                C.      Declaration of Philip M. Abelson in Support of Motion of Federal
                        Home Loan Bank of Cincinnati, Pursuant to 28 U.S.C. 157(c)(1)
                        and Bankruptcy Rule 9033(a), for Proposed Conclusions of Law
                        Dismissing Plaintiff's First, Second, and Third Causes of Action in
                        Its Complaint Dated April 17, 2013 [**ECF No. 16**]

                D.      Letter of Lehman Brothers Special Financing Inc. to the Honorable
                        Shelley C. Chapman Requesting Pre-Trial Conference [**ECF No.
                        18**]

        Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

**C.      Lehman Brothers Inc. Proceedings**

28.     Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability
        Claims) [**LBI ECF No. 6130**]

        Response Deadline:    May 20, 2013 at 4:00 p.m.

        Response Received:

                A.      Response of Zameer Khan [**Not Docketed**]

        Related Document:

                B.      Order Granting the Trustee's Sixty-First Omnibus Objection to
                        General Creditor Claims (No Liability Claims) solely as to certain
                        claims [**LBI ECF No. 6563**]

        Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the
        claim of Mr. Khan.

13

29.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims
(Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

B.    Order Granting the Trustee's One Hundred Second Omnibus
Objection to General Creditor Claims (Satisfied Claims) solely as
to certain claims [**LBI ECF No. 7093**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the
claim of Mr. Eddi.

30.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor
Claims (No Liability Claims) [**LBI ECF No. 7185**]

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

A.    Response of Louise Brodsky [**Not Docketed**]

Related Document:

B.    Order Granting One Hundred Thirty-Fifth Omnibus Objection to
General Creditor Claims (No Liability Claims) solely as to certain
claims [**LBI ECF No. 7483**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the
claim of Ms. Brodsky.

31.    Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor
Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:    October 23, 2013 at 4:00 p.m., extended for certain
claimants to October 30, 2013 at 4:00 p.m.

Response Received:

A.    Response of Terry G. Reckas [**Not Docketed**]

US_ACTIVE:\44475744\5\58399.0011

Related Document:

      B.     Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

32.    Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended to a date to be determined as to one claimant.

Responses Received:

      A.     Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

      B.     Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

      C.     Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

33.    Trustee's One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 7871**]

Response Deadline:    January 6, 2014 at 4:00 p.m., extended for certain claimants to January 14, 2014 at 4:00 p.m.

Response Received:

      A.     Response of Gerald Holt [**Not Docketed**]

Related Document:

      B.     Order Granting the Trustee's One Hundred Seventy-Fifth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8439**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the claim of Mr. Holt.

34.    Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624)  [**LBI ECF No. 7950**]

Response Deadline:    January 10, 2014 at 4:00 p.m.

Response Received:

    A.    Response of MGIC [**LBI ECF No. 8233**]

Related Documents:

    B.    Trustee's Reply in Further Support of the Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624) [**LBI ECF No. 8881**]

    C.    Declaration of Samuel C. McCoubrey in Support of the Reply [**LBI ECF No. 8882**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

35.    Trustee's One Hundred Eighty-Seventh Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts, and with Proper Classification as Unsecured General Creditor Claims (TBA Claims) [**LBI ECF No. 8011**]

Response Deadline:    January 27, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Order Granting the Trustee's One Hundred Eighty-Seventh Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts, and with Proper Classification as Unsecured General Creditor Claims (TBA Claims) solely as to certain claims [**LBI ECF No. 8394**]

    B.    Certificate of No Objection [**LBI ECF No. 8909**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to certain claims.

36.    Trustee's One Hundred Eighty-Ninth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8014**]

Response Deadline:    January 27, 2014 at 4:00 p.m., extended for a certain claimant to February 3, 2014 at 4:00 p.m.

16

Responses Received:

    A.    Response of Carolyn Lee [**Not Docketed**]

    B.    Response of U.S. Bank National Association [**LBI ECF No. 8181**]

Related Documents:

    C.    Notices of Withdrawal [**LBI ECF Nos. 8152, 8220, 8311**]

    D.    Order Granting the Trustee's One Hundred Eighty-Ninth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8396**]

    E.    Notice of ADR Procedures and Scheduling of Claims Objection Hearing [**LBI ECF No. 8856**]

Status:  This matter has been adjourned sine die, as to the claims of Carolyn Lee. The Trustee has served Ms. Lee as notice of ADR Procedures.

37.    Trustee's One Hundred Ninetieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8015**]

Response Deadline:    January 27, 2014 at 4:00 p.m., extended for certain claimants to February 3, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of 4Kids Entertainment, Inc. [**LBI ECF No. 8125**]

    B.    Response of Northgate Minerals Corporation [**LBI ECF No. 8126**]

    C.    Joint response of SEI, Inc. and American Signature, Inc. [**LBI ECF No. 8129**]

    D.    Response of Sybase, Inc. [**LBI ECF No. 8179**]

    E.    Response of Athilon Capital Corp. [**LBI ECF No. 8449**]

    F.    Declaration of Patrick B. Gonzalex in Support of Response of Athilon Capital Corp. [**LBI ECF No. 8450**]

Related Documents:

    G.    Notices of Resolution [**LBI ECF Nos. 8117, 8213, 8325, 8482, 8859**]

H.      Order Granting the Trustee's One Hundred Ninetieth Omnibus
         Objection to General Creditor Claims (No Liability Claims) solely
         as to certain claims [**LBI ECF No. 8440**]

I.      Ex Parte Motion of Athilon Capital Corp to File Under Seal (I) Its
         Response to The Trustees One Hundred Ninetieth Omnibus
         Objection to General Creditor Claims (No Liability Claims) and
         (II) The Declaration of Patrick B. Gonzalez in Support Thereof
         [**LBI ECF No. 8448**]

J.      Order Granting Ex Parte Motion [**LBI ECF No. 8466**]

K.      Notices of ADR Procedures and Scheduling of Claims Objection
         Hearing [**LBI ECF Nos. 8491, 8492, 8493**l

L.      Statement of Athilon Corp. Regarding Notice of ADR Procedures
         and Scheduling of Claims Objection Hearing [**LBI ECF No. 8527**]

<u>Status</u>:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to the
claims of Sybase, Inc. and Northgate Minerals Corp.

38.    Trustee's Two Hundredth Omnibus Objection to General Creditor Claims (No
         Liability Claims) [**LBI ECF No. 8170**]

<u>Response Deadline</u>:    February 21, 2014 at 4:00 p.m., extended to March 7, 2014
                                    at 4:00 p.m.

<u>Response Received</u>:

A.      Response of Robert Cohen [**LBI ECF No. 8526**]

<u>Related Document</u>:

B.      Order Granting the Trustee's Two Hundredth Omnibus Objection
         to General Creditor Claims (No Liability Claims)  solely as to
         certain claims [**LBI ECF No. 8553**]

<u>Status</u>:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., solely as
to a certain claim.

39.    Trustee's Two Hundred Tenth Omnibus Objection to General Creditor Claims
         (No Liability Claims) [**LBI ECF No. 8284**]

<u>Response Deadline</u>:    March 13, 2014 at 4:00 p.m.

<u>Response Received</u>:

A.      Response of Credencial Argentina S.A., Minicreditos S.A., and
         Carlos Gorleri [**LBI ECF No. 8655**]

18

Related Documents:    None.

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m.

40.    Trustee's Objection to the General Creditor Proof of Claim of Sofia Frankel (Claim No. 4909) [**LBI ECF No. 8425**]

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

A.    Response of Sofia Frankel [**LBI ECF No. 8597**]

Related Documents:    None.

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

41.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended to June 4, 2014 at 4:00 p.m.

Response Received:

A.    Response of Comerica Bank [**LBI ECF No. 8711**]

Related Document:

B.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to certain claims.

42.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended to May 9, 2014 at 4:00 p.m.

US_ACTIVE:\44475744\5\58399.0011

Responses Received:

    A.    Response of Precision Engraving Company [**LBI ECF No. 8622**]

    B.    Response of Mercer, Inc. [**LBI ECF No. 8638**]

    C.    Response of Peter L. Frampton [**LBI ECF No. 8646**]

    D.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

    E.    Responses of Pegasus Transport Service, Inc. [**LBI ECF Nos. 8656, 8657, 8684, 8685**]

    F.    Response of Scott Logic Ltd. [**LBI ECF No. 8673**]

    G.    Response of Gianni, Origoni, Grippo, Cappelli & Partners [**LBI ECF No. 8686**]

Related Documents:

    H.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    I.    Notice of Resolution and Withdrawal [**LBI ECF No. 8914**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to certain claims.

43.    Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Notice of Withdrawal [**LBI ECF No. 8760**]

    B.    Certificate of No Objection [**LBI ECF No. 8904**]

Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to certain claims.

US_ACTIVE:\44475744\5\58399.0011

44.     Trustee's Two Hundred Twenty-Fourth Omnibus Objection Seeking to Allow
        Certain Filed Proofs of Claim in Reduced Amounts and With Proper
        Classification as Unsecured General Creditor Claims (Financial Product Claims
        and Underwriting Fee Claims) [**LBI ECF No. 8582**]

        Response Deadline:    April 23, 2014 at 4:00 p.m., extended for certain parties to
                              May 23, 2014 at 4:00 p.m.

        Responses Received:  None.

        Related Document:

               A.     Certificate of No Objection [**LBI ECF No. 8910**]

        Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to
        certain claims.

45.     Trustee's Two Hundred Twenty-Fifth Omnibus Objection to General Creditor
        Claims (No Liability, Satisfied, and Subordinated Claims) [**LBI ECF No. 8583**]

        Response Deadline:    April 23, 2014 at 4:00 p.m., extended for certain parties to
                              May 19, 2014 at 4:00 p.m.

        Responses Received:  None.

        Related Document:

               A.     Certificate of No Objection [**LBI ECF No. 8911**]

        Status:  This matter has been adjourned to June 19, 2014 at 10:00 a.m., as to
        certain claims.

46.     Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor
        Claims (Employee Claims) [**LBI ECF No. 8639**]

        Responses Deadline:   April 30, 2014 at 4:00 p.m.

        Responses Received:

               A.     Response of Theresa J. Carpenter [**LBI ECF No. 8835**]

               B.     Response of Catherine A. Eckert [**LBI ECF No. 8836**]

               C.     Response of John D. Marzonie [**LBI ECF No. 8802**]

               D.     Response of Aida Y. Sarmast [**LBI ECF No. 8833**]

US_ACTIVE:\44475744\5\58399.0011

Related Documents:

E.    Notice of Withdrawal [**LBI ECF No. 8915**]

F.    Certificate of No Objection [**LBI ECF No. 8919**]

Status:  This matter has been adjourned sine die, as to certain claims.

Dated:  May 13, 2014
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  May 13, 2014
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

US_ACTIVE:\44475744\5\58399.0011