# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

May 14, 2014

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holding, Inc.
ADR Procedures Order Dated 9/17/09 ("Order")
<u>Fifty-fourth Status Report</u>**

Dear Judge Chapman:

The six Tier One Mediators have requested again, your Honor, that I submit this monthly report (the fifty-fourth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the May 14, 2014 omnibus hearing.

In the 20 days following the last prior report, Debtors served two additional ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 468. During the immediately past reporting period, Debtors achieved settlements with counterparties in four ADR matters, all as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,261,800,888 new dollars for the Debtors' estates. Settlements now have been achieved in 332 ADR matters involving 442 counterparties.

US_ACTIVE:\44480671\1\58399.0011

Honorable Shelley C. Chapman**Weil, Gotshal & Manges LLP**
May 14, 2014
Page 2

To date, of the 162 ADR matters that have reached the mediation stage in Tier One and have been concluded, 151 have been settled in mediation; only eleven mediations have terminated without settlement. Eighteen additional Tier One mediations have been scheduled to commence on the following dates: May 15, 16, 21, 22, 28, 29 and 30; June 4, 5, 6, 10, 16, 17 and 19; July 11, 22 and 23; and August 6, 2014.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Stephen Crane, Esq
     Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Jane Greenspan, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)