UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :
                  Debtors.                         :    (Jointly Administered)
                                                   :
------------------------------------------------------------------------x    Ref. Docket Nos. 44267 & 44268

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 8, 2014, I caused to be served the:

   a) "Notice of Adjournment *Sine Die* of Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor," dated May 8, 2014 [Docket No. 44267], (the "Boor NOA"), and

   b) "Notice of Adjournment *Sine Die* of Debtors' Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr," dated May 8, 2014 [Docket No. 44268], (the "Mohr NOA"),

   by causing true and correct copies of the:

   i. Boor NOA and Mohr NOA, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: Michael A. Rollin, Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202,

   ii. Boor NOA, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: Arthur A. Boor & Joan Boor, 111 John Street, Room 800, New York, NY 10038-3180,

T:\Clients\LBH\Affidavits\NOA Boor & NOA Mohr_DI_44267 & 44268_AFF_5-8-14_KH.doc

    iii.    Mohr NOA, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: Sanford A. & Tina A. Mohr, Hilo Law Center, 73-4787 Halolani St., Kailua-Kona, HI 96740, and

    iv.    Boor NOA and Mohr NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
___ day of May, 2014

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003625
Qualified in Westchester County
Commission Expires November 2, 20 14

-2-

# EXHIBIT A

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com