

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.  Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **Schaffhauser Kantonalbank** | Name of Transferor: <br> **UBS AG** |
|---|---|
| Notices to Transferee should be sent to: <br> **Schaffhauser Kantonalbank** <br> Vorstadt 53 <br> CH-8201 Schaffhausen <br> +41526352251 <br> Attn: Mr. Daniel Kohler <br> daniel.kohler@shkb.ch | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br> CHF 20'000.00 <br> (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ pp E. Bühler    Date: April 25, 2014
Daniel Kohler Vice Director
**Schaffhauser Kantonalbank**
Vorstadt 53, CH-8201 Schaffhausen

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC222 UBS0287 SHKB 20K 3385154

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "*Debtor*")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

- This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 8% Lehman Bros. Sec. NV 2007-24.09.2008 | XS0320322901 | LBS NV | LBH Inc. | CHF 20'000.00 out of CHF 17'798'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Schaffhauser Kantonalbank**
Attn. Mr. Daniel Kohler
Vorstadt 53
CH-8201 Schaffhausen
Telephone: +41526352251
Fax: +41526352388
Attention: Mr. Daniel Kohler

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent

permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 25, 2014.

UBS AG
Transferor

By: _____
Name:  Matthias Mohos
Title:  Associate Director

By: _____
Name:  Stephan Gfeller
Title:  Associate Director

ACKNOWLEDGED BY:

Schaffhauser Kantonalbank
Transferee

By: _____   pp E. Bühler
Name:  Daniel Kohler
Title:   Vice Director

TOC222 UBS0287 SHKB 20K 3385154

PRIORITAIRE

25 04 14

Falls unzustellbar zurück an:
Postfach 1286
36243 Niederaula
Deutschland

Deutsche Post
Entgelt bezahlt
60544 Frankfurt
Deutschland

Brief / Lettre

USMB SDNY



RECEIVED
MAY - 5 2014
U.S. BANKRUPTCY COURT
DISTRICT OF NEW YORK

United States Bankruptcy Court
for the Southern District of New York
Attn: Clerk of the Court
One Bowling Green
New York, New York 10004

100048140O C014