

**UBS AG**
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

April 10, 2014

**subject**  Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving     Evidence of partial transfer of claim



☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records        ☐ please comment          ☒ please confirm receipt
☐ as agreed               ☐ please sign             ☒ please process
☐ please complete         ☐

Remarks
TOCE086    JPY 52'000.00    XS0279493398
Transferor: Bank J. Safra Sarasin AG, Elisabethenstr. 62, CH-4002 Basel, Switzerland
Claim Number: 60415
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

61555 E    07.03.2012    N1                                      10.04.2014    Page 1/1



Sustainable Swiss Private Banking since 1841

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin Ltd** ("Transferor") unconditionally and irrevocably transferred to **UBS, Basel** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60415) in the amount of 52'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this March 13, 2014.

Bank J. Safra Sarasin Ltd

Patrick Gribi
Executive Director

Frank Link
Vice President

TOG086

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel
T: +41 (0)58 317 44 44, F: +41 (0)58 317 44 00, www.jsafrasarasin.com                    1 | 2



2 | 2

## SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0279493398 | 60415 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | 52'000 out of 634'000 |



TOCE086

2 | 2