

**BANQUE PICTET & CIE SA**

Route des Acacias 60
1211 Genève 73
Suisse
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com

**PICTET**
1805

By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 28.04.2014
Our ref: 2197/DA

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
       TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Banque Pictet & Cie SA, we are pleased to request the transfer of a portion of the claim number 63836 filled in the name of Investec Bank (Switzerland) AG (Transferor) to Banque Pictet & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (daeschlimann@pictet.com), fax (+41583232050), telephone (+41583232197) or post mail to the attention of Mr. David Aeschlimann.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANQUE PICTET & CIE SA

Mélanie Pichonnaz         David Aeschlimann



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Banque Pictet & Cie SA</u>    <u>Investec Bank (Switzerland) AG</u>
Name of Transferee                  Name of Transferor

Name and Address where notices       Court Claim # (if known): <u>63836</u>
to transferee should be sent:        Date Claim Filed: _____
                                     Amount of Claim: _____
Banque Pictet & Cie SA               Portion of Claim Transferred (see
Attn : David Aeschlimann             Schedule I): <u>USD 170'000</u>
Route des Acacias 60
1211 Geneva 73
Phone: <u>+41.58.323.2197</u>           Phone: _____
Last Four Digits of Acct #: <u>EOC 93010</u>   Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BANQUE PICTET & CIE SA
By: _____   Date: <u>2014-04-28</u>
    Transferee/Transferee's Agent
    Mélanie PICHONNAZ    David AESCHLIMANN

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Investec Wealth & Investment

Investec Bank (Switzerland) AG
Löwenstrasse 29 8001 Zurich Switzerland
T +41 44 226 10 00  F +41 44 226 10 10
E info@investecbank.ch
www.investecbank.ch

### EVIDENCE OF TRANSFER OF CLAIM

Investec Bank (Switzerland) AG („Transferor") hereby unconditionally and irrevocably transfers to Banque Pictet & Cie SA Geneva ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim as specified in Schedule 1 hereto relating to the securities with International Securities Identification Number ("ISIN") listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. ("Debtor"), Chapter 11, Case No.: 08-13555 (JMP), United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 04.03.2014

Investec Bank Switzerland (AG)

Signature: _Jacob Berg_    Signature: _____
Full name: _____    Full name: __N.Isomae__
Title: _____    Title: _____



**Investec Bank (Switzerland) AG**
Löwenstrasse 29 8001 Zurich Switzerland
T +41 44 226 10 00  F +41 44 226 10 10
E info@investecbank.ch
www.investecbank.ch

Schedule 1

| ISIN | Issuer | Guarantor | Nominal Amount | Claim No |
|---|---|---|---|---|
| XS0325813409 | Lehman Brothers Treasury Company B.V. | Lehman Brothers Holdings Inc. | 170,000 - | 63836 |