B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer,
other than for security, of the claim referenced in this evidence and notice.

| Bimini Investments S.à r.l. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
6, Rue Eugène Ruppert
L-2453 Luxembourg
Luxembourg
Attn: Jerome Devillet
Telephone: +352 26449 615
Email: Jerome.Devillet@intertrustgroup.com

With copies to:
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan
Telephone: 212 478 2310
Facsimile: 212 478 2311
Email: MStephan@Elliottmgmt.com

Court Claim # (if known): 17756
Amount of Claim: $26,062,135.00 *____
Date Claim Filed: 9/18/2009_____
Phone: _____

Last Four Digits of Acct #: _____          Last Four Digits of Acct#:_____

*plus additional amounts as set forth in the proof of
claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

*[signatures on following page]*

Bimini Investments S.à r.l.

By: _____  Date: _____ May 15, 2014 _____
    Transferee/Transferee's Agent
    Elliot Greenberg

By: _____  Date: _____ May 15, 2014 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London Branch (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Bimini Investments S.A.R.L (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc. et al, Chapter 11, Case No. 08-13555 (JMP (jointly administered) in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $26,062,135.00 (the "**Claim**") under Claim No. 17756 and relating to the claims made by both of Finisterre Sovereign Debt Master Fund and Finisterre Global Opportunities Master Fund.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __14th__ day of __April__ 2014.

**Deutsche Bank AG, London Branch**

By: _____

Name: _____

| Simon Glennie |
| Vice President |

Title: _____

By: _____

Name: _____

| Jamie Foote |
| Vice President |

Title: _____

**BIMINI INVESTMENTS S.À R.L.,**

By: _____

Name: _____

Title: _____

By: _____

Name: _____

Title: _____

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London Branch (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Bimini Investments S.À.R.L (the "Assignee") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc. et al, Chapter 11, Case No. 08-13555 (JMP (jointly administered) in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $26,062,135.00 (the "Claim") under Claim No. 17756 and relating to the claims made by both of Finisterre Sovereign Debt Master Fund and Finisterre Global Opportunities Master Fund.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14th day of April 2014.

Deutsche Bank AG, London Branch

By:_____

Name:

Title:

By:_____

Name:

Title:

BIMINI INVESTMENTS S.À R.L.,

By:_____

Name:  Elliot Greenberg

Title:  Authorized Signatory

By:_____

Name:  Jérôme Devillet

Title:  Authorized Signatory