**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

**JOINT STIPULATION EXTENDING DEADLINE FOR STONEHILL
TO REPLY TO PLAN ADMINISTRATOR'S LIMITED OBJECTION TO
STONEHILL'S MOTION TO RE-FILE PROOFS OF CLAIM TO FIX
PREVIOUSLY UNLIQUIDATED CLAIM AMOUNTS OR
<u>ALTERNATIVELY FOR LEAVE TO FILE AMENDED CLAIMS</u>**

Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stonehill Institutional Partners, L.P. ("<u>Stonehill Institutional</u>") and Stonehill Offshore Partners Limited ("<u>Stonehill Offshore</u>" and, together with Stonehill Institutional, "<u>Stonehill</u>") hereby agree and stipulate that the deadline for Stonehill to file a reply to the *Plan Administrator's Limited Objection to Stonehill's Motion Regarding Proofs of Claim* [Docket No. 44249] shall be extended from Monday, May 19, 2014 to Friday, May 23, 2014 at 12:00 noon.

[*Remainder of Page Left Intentionally Blank*]

19371548

IT IS HEREBY STIPULATED AND AGREED:

Dated this 14th day of May, 2014

By: /s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Plan Administrator*


By: /s/ Shmuel Vasser
DECHERT LLP
Allan S. Brilliant
Shmuel Vasser
1095 Avenue of the Americas
New York, New York  10036
Tel. (212) 698-3500
Fax. (212) 698-3599

*Attorneys for Stonehill Institutional Partners, LP
and Stonehill Offshore Partners Limited*


**IT IS SO-ORDERED**
May 15, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE