UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :    (Jointly Administered)
                      Debtors.                      :
                                                    :
-----------------------------------------------------------------x    Ref. Docket Nos. 43735, 43881,
                                                         43901

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
15th day of May, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 43735, 43881, 43901_Aff 5-1-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   RIVERROCK SECURITIES LIMITED
              TRANSFEROR: BBVA (SUIZA) S.A.
              ATTN: GUI GOYARD
              8-10 GROSVENOR GARDENS
              LONDON SW1W 0DH UNITED KINGDOM

Additional:

Transferee:   ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
              C/O ALDEN GLOBAL CAPITAL, LLC
              ATTN: ITHRAN OLIVACCE
              885 THIRD AVENUE, 34TH FLOOR
              NEW YORK NY 10022

**Your transfer   of claim #   51162-05   is defective for the reason(s) checked below:**

Other                              Not enough money to complete the transfer.

Docket Number 43901           Date 03/31/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 1, 2014.

# EXHIBIT B

```
TIME: 18:30:50                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 05/01/14                                         CREDITOR LISTING

Name                                         Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND      C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
BANQUE INTL. A LUXEMBOURG (SUISSE) SA,       BANQUE INTERNATIONLE A LUXEMBOURG (SUISSE) SA BEETHOVENSTRASSE 48 PO BOX 2192 ZURICH CH-8022
ZURICH
CREDIT SUISSE                                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
RIVERROCK SECURITIES LIMITED                 TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM
                                             CASE POSTALE 319 ATTN: NOZHA OVERGHI CHEMIN DE LA CRETAUX 33 GLAND CH-1196 SWITZERLAND
SWISSQUOTE BANK SA
UBS AG                                       BAHNHOFSTRASSE 45 ZURICH CH-8001 ZURICH


Total Number of Records Printed              8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC