UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :    (Jointly Administered)
                         Debtors.                                  :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 44092, 44133,
                                                                        44134, 44150-44152

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
15th day of April, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44092, 44133, 44134, 44150-44152_AFF_5-2-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: GOLDMAN, SACHS & CO.
        TRANSFEROR: CVI CVF II LUX SECURITIES TRADING S.A.R.L.
        ATTN: MICHELLE LATZONI
        30 HUDSON STREET, 5TH FLOOR
        JERSEY CITY NJ 07302

Please note that your claim # 15649-03 in the above referenced case and in the amount of
    $25,486,513.31    has been transferred **(unless previously expunged by court order)**

        SOLUS OPPORTUNITIES FUND I LP
        TRANSFEROR: GOLDMAN, SACHS & CO.
        C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
        ATTN: SOLUS COMPLIANCE OFFICER
        410 PARK AVENUE, 11TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44150    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/02/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 2, 2014.

# EXHIBIT B

```
TIME: 13:01:46                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 05/02/14                                    CREDITOR LISTING

Name                              Address
CVF LUX MASTER SARL               TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED C/O CARVAL INVESTORS GB LLP 3RD FLOOR 25 GREAT PULTENEY STREET
                                  LONDON WIF 9LT UNITED KINGDOM
ENTRUST PC SPC 2 SEG INV POR 1    TRANSFEROR: PAULSON PARTNERS L.P. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
ENTRUST PC SPC 2 SEG INV POR 1    TRANSFEROR: CVI CVF II LUX SECURITIES TRADING S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.              TRANSFEROR: BANCA PROFILO S.P.A. VINTNERS PLACE 68 UPPER THAMES STREET LONDON EC4V 3BJ UNITED KINGDOM
JEFFERIES INTERNATIONAL LIMITED   TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138
JPMORGAN CHASE BANK, N.A.         383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
                                  ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS L.P.             TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PAULSON PARTNERS L.P.             TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
SOLUS OPPORTUNITIES FUND 2 LP     NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND I LP     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
                                  NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
                                  NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
                                  MINNEAPOLIS MN 55437

Total Number of Records Printed        12
```