UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
----------------------------------------------------------------x    Ref. Docket No. 44138

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
15th day of May, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 44138_Aff 5-2-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

———————————————————————————————————

In re                                                          Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                         08-13555 (SCC)

                                                               (Jointly Administered)
                    Debtors.

———————————————————————————————————

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   GOLDMAN SACHS & CO.
              TRANSFEROR: ASHTON INVESTMENTS, LLC
              ATTN: MICHELLE LATZONI
              30 HUDSON STREET, 5TH FLOOR
              JERSEY CITY NJ 07302

Additional:

Transferee:   BKM HOLDINGS (CAYMAN) LTD.
              C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
              ATTN: JENNIFER DONOVAN
              65 EAST 55TH STREET
              NEW YORK NY 10022

**Your transfer** of claim #  62744-19  is defective for the reason(s) checked below:

Other                                       Transfer Amount is Greater than Amount Owned

Docket Number 44138            Date 04/29/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 2, 2014.

# EXHIBIT B

```
TIME: 12:59:07                                                                                          PAGE: 1
DATE: 05/02/14
                                    LEHMAN BROTHERS HOLDING INC.
                                         CREDITOR LISTING

Name                            Address
BKM HOLDINGS (CAYMAN) LTD.      C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
GOLDMAN SACHS & CO.             TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302

Total Number of Records Printed     2

                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```