B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

HBK Master Fund L.P.                          Goldman Sachs Lending Partners LLC
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):  15367
should be sent:                                  Amount of Claim Transferred:  $1,942,000.00
                                                 Date Claim Filed:  September 17, 2009
HBK Master Fund L.P.                             Debtor:  Lehman Brothers Special Financing Inc.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
Phone: 21-758-6107

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_HBK MASTER FUND L.P._

By: HBK Services LLC
Investment Advisor

By: _____     Date: _MAY 14, 2014_
Transferor/Transferor's Agent
Beauregard A. Fournier
Authorized Signatory

By: _____     Date: _____
Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
     Transferee/Transferee's Agent

By: _____          Date: __5/14/14__
     Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

831314v.1 3091/00529                    14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

HBK Master Fund L.P.                              Goldman Sachs Lending Partners LLC
      Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):  15365
should be sent:                                  Amount of Claim Transferred:  $1,942,000.20
                                                 Date Claim Filed:  September 17, 2009
                                                 Debtor:  Lehman Brothers Holdings Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201
Attention: Legal Department
Phone: 21-758-6107

831314v.1 3091/00529                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*HBK MASTER FUND L.P.*

By: HBK Services LLC
Investment Advisor

By: _____

Transferee/Transferee's Agent
Beauregard A. Fournet
Authorized Signatory

Date: *MAY 14, 2014*

By: _____
Transferor/Transferor's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: _____
     Transferee/Transferee's Agent

                                 Michelle Latzoni
                                 Authorized Signatory
By: _____      Date: ___5|14|14___
     Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.