UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (SCC)
                                                              :    (Jointly Administered)
            Debtors.                                          :
                                                              :
-----------------------------------------------------------------------x    Ref. Docket Nos. 43550, 44119,
                                                                   44120


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
15th day of April, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH (UK)
      TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP
      ATTN: ALEX DARBYSHIRE
      1 GREAT WINCHESTER ST
      LONDON    EC2N 2DB
      UNITED KINGDOM
```

Please note that your claim # 56862-06 in the above referenced case and in the amount of $4,106,595.04  allowed at $4,104,685.60  has been transferred (unless previously expunged by court order)

```
      TURNPIKE LIMITED
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
      C/O ALDEN GLOBAL CAPITAL, LLC
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44119     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/05/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 5, 2014.

EXHIBIT B

```
TIME: 13:46:00                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 05/05/14                                               CREDITOR LISTING

Name                                              Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
LEHMAN BROTHERS COMMERCIAL CORPORATION            TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) 8TH FLOOR, PRINCE'S BULDING 10 CHATER ROAD CENTRAL   HONG HONG
   ASIA LIMITED (IN LIQUIDATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
TURNPIKE LIMITED                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: THRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022

Total Number of Records Printed                   9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC