JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Fascimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (SCC) |
| Debtors | (Jointly Administered) |

**NOTICE OF HEARING AS TO**
**CERTAIN CLAIMS ON THE FOUR HUNDREDTH AND**
**FOUR HUNDRED TWENTY-SECOND OMNIBUS OBJECTIONS TO CLAIMS**

**PLEASE TAKE NOTICE** that a hearing to consider the Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787] and the Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [ECF No. 38050] *solely* as to the claims listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **July 16, 2014 at 10:00 a.m. (Eastern Time).**

Dated: May 16, 2014
    New York, New York

/s/ Kelly A. Carrero
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Fascimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Claims to Be Heard at July 16, 2014 Hearing:

| Claimant Name | Case No. | Debtor Name | Claim No. | Omnibus Objection No. | Claimant Response ECF No. |
|---|---|---|---|---|---|
| BLAKESLEE, THOMAS P. | 08-13555 | Lehman Brothers Holdings Inc. | 66365 | 400 | 36654 |
| DORLAND, CHRISTOPHER | 08-13885 | Lehman Brothers Commodities Services Inc. | 180 | 422 | 38864 |
| GRECO, JOHN | 08-13885 | Lehman Brothers Commodities Services Inc. | 599 | 422 | 38863 |
| INGLIS, CRAIG | 08-13555 | Lehman Brothers Holdings Inc. | 10915 | 400 | 36773 |
| KAUFMAN, JULIA | 08-13555 | Lehman Brothers Holdings Inc. | 510 | 400 | 36558 |
| MCLOUGHLIN, ALYSSE | 08-13555 | Lehman Brothers Holdings Inc. | 25510 | 422 | 39426 |
| TORRES, CARLOS | 08-13885 | Lehman Brothers Commodities Services Inc. | 532 | 422 | 38862 |
| WILSON, DAVID | 08-13885 | Lehman Brothers Commodities Services Inc. | 772 | 422 | 38865 |