UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (SCC)
                                          :   (Jointly Administered)
                    Debtors.              :
                                          :
----------------------------------------------------------------x   Ref. Docket Nos. 37772, 43710,
                                              43801, 43888, 44132, 44134, 44155,
                                              44159, 44161


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
15th day of April, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 37772, 43710, 43801...44155, 44159, 44161_AFF_5-6-14.doc

# EXHIBIT A

08-13555-mg    Doc 44360    Filed 05/16/14    Entered 05/16/14 15:22:54    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
            TRANSFEROR: ILLIQUIDX LTD
            C/O ALDEN GLOBAL CAPITAL
            ATTN: CHRIS SCHOLFIELD
            885 THIRD AVENUE
            NEW YORK NY 10022
```

Please note that your claim # 35552-08 in the above referenced case and in the amount of
    $3,258,619.00  allowed at $3,218,188.59       has been transferred **(unless previously expunged by court order)**

```
            TURNPIKE LIMITED
            TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
            C/O ALDEN GLOBAL CAPITAL
            885 THIRD AVENUE
            NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 43710       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/06/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 6, 2014.

EXHIBIT B

```
TIME: 16:41:38                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 05/06/14                                             CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | C/O ASA NEW YORK MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 1125 MINNETONKA MN 55305 |
| BANK JULIUS BAR & CO. AG | TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE ATTN: STEPHANIE TUMBIOLO C/O CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| ISRAEL DISCOUNT BANK LTD | TRANSFEROR: CREDIT SUISSE ATTN: AMIT EZRA CUSTODY & FOREIGN SWCURITIES DEPARTMENT YEHUDA HALEVI 38, 3RD FLOOR TEL AVIV ISRAEL |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| OC 530 OFFSHORE FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O FARMSTEAD CAPITAL MANAGEMENT, LLC ATTN: GRAHAM QUIGLEY 7 NORTH BROAD STREET, 3RD FLOOR RIDGEWOOD NJ 07450 |
| SCOTIA MCLEOD | TRANSFEROR: CREDIT SUISSE AG 1002 SHERBROOKE W., 6TH FLOOR MONTREAL QC H3A3L6 CANADA |
| SONAR CREDIT PARTNERS III, LLC | TRANSFEROR: ASA NEW YORK TAX ADVANTAGED FUND L.P. 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG C/O YORK CAPITAL MGT LP/LAUREN SEARING ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG C/O YORK CAPITAL MGT LP/LAUREN SEARING ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    25