Saxo Bank A/S
Attn: Bjorn Krog Andersen, Executive Vice President
Group General Counsel
Philip Heymans Alle 15
2900 Hellerup, Denmark
+ 45 39 77 46 01

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    08-13555 (JMP)
                                                                  :
                         Debtors.                                 :    (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claim asserted against Lehman Brothers Holdings Inc., proof of which was filed on the date and in the amount listed below. Saxo Bank A/S ("Saxo Bank") owns a 100% interest in the claim listed below (the "Saxo Claim"). Saxo Bank represents and warrants that as of the date hereof, Saxo Bank has not sold, assigned or transferred the Saxo Claim.

| Claim | Total Claim Amount | Date Filed |
|---|---|---|
| 67537 | $30,347,631 | 06/23/2011 |

PLEASE TAKE NOTICE that Saxo Bank hereby withdraws with prejudice the Saxo Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Saxo Claim from the claims register. This withdrawal shall not affect any claim held by Saxo Bank other than the Saxo Claim. Saxo Bank represents and warrants that the withdrawal of the Saxo Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:    May 15, 2014

Saxo Bank A/S

By: _____
Name: Bjørn Krog Andersen
Title: Senior Vice President
       Saxo Bank A/S
       Philip Heymans Allé 15
       2900 Hellerup

By: _____
Name:
Title: HENRIK KLÆBEL
       Senior Executive Director
       COO Finance

IF "" = "1" "Error! Unknown document property name.

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

MAY 1 6 2014

EPIQ BANKRUPTCY SOLUTIONS, LLC

_ACH_             _5:50_

RECEIVED BY:      DATE      TIME