

Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
U.S.A.

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,                    Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: NARONGDEJ KHUNYING PHORNTHIP &/OR NARONGDEJ KRIS &/OR NARONGDEJ NOP &/OR NARONGDEJ KORN

Name of Transferor: RBS **Coutts Bank AG**
Zurich, Switzerland

Court Claim #:
Date Claim Filed:

Court Claim #: **45221**
Date Claim Filed: 10/23/2009

Name and Address where notices to transferee should be sent:

Name: NARONGDEJ KHUNYING PHORNTHIP &/OR NARONGDEJ KRIS &/OR NARONGDEJ NOP &/OR NARONGDEJ KORN

Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

Address:
    Attn: NARONGDEJ KHUNYING PHORNTHIP &/OR NARONGDEJ KRIS &/OR
    NARONGDEJ NOP &/OR NARONGDEJ KORN
    29 PHORMSI ALLEY SUKHUMWIT 49/13 ROAD
    KLONG TAN NUEA SUB-DISTRICT WATTANA
    DISTRICT BANGKOK 10110 THAILAND

Phone: +662 717 0876
Email: TBC
Last Four Digits of Acct #: n/a

Phone:
Email:
Last Four Digits of Acct #: n/a

RECEIVED
MAY - 8 2014
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Name and Address where transferee payments should be sent (if different from above):
Attn: MS PURICHA GEOERGE
ABN AMRO BANK N.V.
LEVEL 25, ONE RAFFLES QUAY, SOUTH TOWER, SINGAPORE 048583

Phone: +65 65978770
Email: puricha.geoerge@sg.abnamro.com
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 7/4/14
      Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Narongdej Khunying Phornthip and/or Narongdej Kris and/or Narongdej Nop and/or Narongdej Korn, 29 Phormsi Alley Sukhumvit 49/13 Road, Wattana District, Bangkok 10110, Thailand** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 28 April 2014

RBS Coutts Bank AG

By: _____  
Name: Kurt Hauser

By: _____  
Name: Hans-Peter Schmid

Title: Vice President                              Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0336410013 | 45221 | October 23, 2009 | Lehman Brothers Treasury Co. BV | USD 1'000'000.00 |