

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. Debtors  ,  Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

INVERSIS BANCO SPAIN                                Rothschild Bank AG
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 56031
should be sent:                                     Amount of Claim: EUR 934'973.92
 Edificio Plaza Aeropuerto                          Date Claim Filed: 29.10.2009
 Avda. de la Hispanidad 6, 28042, Madrid

Phone:  0034 91 400 15 29                           Phone: 0041 384 7665
Last Four Digits of Acct #:    908                  Last Four Digits of Acct. #: 1898

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Banco Inversis, S.A__                         Date: 30-APRIL-2014
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Rothschild Bank AG

Michael Niggeler               Michael Harrer
Executive                      Vice President

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Rothschild Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Banco Inversis, S.A.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 56031**) of **EUR 934'973.92** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **April 22, 2014**.

**Rothschild Bank AG**

By: _____
Name: Michael Harrer
Title:   Vice President

ROTHSCHILD BANK AG
Zollikerstrasse 181
CH-8034 Zürich

By: _____
Name: Michael Niggeler
Title:   Executive

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0224249630 | 56031 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 934'973.92 |