

From: (212) 415-5912
Valeria Vaz
RBC Wealth Management
12 East 49th Street, 34 Floor

New York, NY 10017

Origin ID: OGSA  FedEx Express

Ship Date: 06MAY14
ActWgt: 1.0 LB
CAD: 101025719/INET3490

E

Delivery Address Bar Code

SHIP TO: (866) 879-0688    BILL SENDER

Att: Lehman Brothers. Claim Dpt.
Epiq Bankruptcy Solutions LLC
757 Third Ave, 3rd Floor

NEW YORK, NY 10017

Ref #    Belmont- Lehman Claim
Invoice #
PO #
Dept #

FILED / RECEIVED
MAY 07 2014
EPIQ SYSTEMS

WED - 07 MAY 10:30A
PRIORITY OVERNIGHT

TRK# 7987 6698 4844
0201

E3 OGSA

10017
NY-US
EWR



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**RBC WEALTH MANAGEMENT**
Name of Transferee

Bank J. Safra Sarasin (Gibraltar) Ltd
Name of Transferor

Name and Address where notices to transferee should be sent:
RBC WEALTH MANAGEMENT
60 S. 6th STREET
MINNEAPOLIS, MN 55402-1106

Phone: 612-607-8229
Last Four Digits of Acct #: 4348

Court Claim # (if known): 46123
Date Claim Filed: 26 October 2009
Amount of Claim: USD 300,000
Portion of Claim Transferred (see Schedule I): USD 300,000

Phone: +3502000 2500
Last Four Digits of Acct. #: N/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 5/6/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin (Gibraltar) Ltd** ("Transferor") unconditionally and irrevocably transferred to    **RBC Wealth Management** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No 46123) in nominal amount of USD 300,000** relating to the securities with International Securities Identification Numbers listed on **Schedule I** hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the forgoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 25 MARCH, 2014.

**Bank J. Safra Sarasin (Gibraltar) Ltd**

By:
Name:    Roy Clinton
Title:    CEO

By:
Name:    Kirsty Neale
Title:    CFO

## SCHEDULE I

**Lehman Program Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0299354919 | 46123 | 26 October 2009 | Lehman Brothers Treasury Co. BV. | USD 300,000 |

 **RBC Wealth Management**

Account Number _____
Rep ID _____ Alternate Branch _____

ACCOUNT TRANSFER FORM

## RBC WEALTH MANAGEMENT DELIVERY INSTRUCTIONS

### RECEIVING FIRM INFORMATION

Name and Address:  RBC Wealth Management          Tax ID: 41-1416330
                   60 S. 6th Street               Phone: (612) 607-8229
                   Minneapolis, MN 55402-1106     Fax: (612) 607-8224

*Delivery instructions must include client's name and RBC Wealth Management account number*

| DTC ELIGIBLE SECURITIES | | #0235 |
|---|---|---|
| Physical Checks: | | RBC Wealth Management Treasury Lock Box<br>For the account of: _____<br>SD 12-1190<br>P.O. Box 86<br>Minneapolis, MN 55486-1190 |
| Physical Delivery: | | RBC Wealth Management<br>For the account of: _____<br>60 S 6th Street, Attn: 9th Floor - Physical Security Processing<br>Minneapolis, MN 55402 |
| | Physical OTW | RBC Capital Markets<br>3 World Financial Center<br>200 Vesey St., 5th Floor<br>New York, NY 10281 |
| Euroclear Securities: | | Bonds: 25827<br>Equities: 93999 |
| Foreign Securities: | | All Other Foreign Securities:<br>Call the Account Transfer department to obtain settlement instructions at 612-607-8229. |
| Commercial Paper, Bankers Acceptance: | | Bank of New York Acct: DSP<br>1 Wall Street, 3rd Floor Window B - Securities Processing<br>New York, NY 10015 |
| GNMA Book Entry(PTC): | | BNDRG, Further credit the account of: _____ |
| Government Wireable: | | Bk of NYC/DSP, ABA Number: 021000018<br>Further credit the account of: _____ |
| Wired Funds: | | US Bank, ABA #: 091000022<br>Account Number 160230097208/RBC Capital Markets, LLC<br>Further credit the account of: _____ |

Page 3 of 3     RBC Wealth Management, a division of RBC Capital Markets, LLC, Member NYSE/FINRA/SIPC.     UACT (10/12)