



May 12, 2014

U.S. Bankruptcy Court

| In re | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| LEHMAN BROTHERS, INC. | BANKRUPTCY CASE NUMBER: 08-13555 |
| | ACCOUNT NUMBER: XXX-4191-X |
| | CHAPTER: 11 |

Andria Rodriguez of the City of Sacramento, County of Sacramento, and State of California says:

That she is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she is qualified and empowered to withdraw the Expense of Administration in the amount of $ 243,653.72, dated January 10, 2011.

Director of the Employment Development Department
Of the State of California

By _____
Andria Rodriguez
Tax Administrator

Bankruptcy Group MIC 92E • P.O. Box 826880 • Sacramento CA 94280-0001 • www.edd.ca.gov

 

May 12, 2014

U.S. Bankruptcy Court

| In re | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| LEHMAN BROTHERS, INC. | BANKRUPTCY CASE NUMBER: 08-13555 |
| | ACCOUNT NUMBER: XXX-4191-X |
| | CHAPTER: 11 |

   Andria Rodriguez of the City of Sacramento, County of Sacramento, and State of California says:

   That she is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

   On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she is qualified and empowered to withdraw the Expense of Administration in the amount of $ 243,653.72, dated January 10, 2011.

Director of the Employment Development Department
Of the State of California

By _____
Andria Rodriguez
Tax Administrator

Bankruptcy Group MIC 92E • P.O. Box 826880 • Sacramento CA 94280-0001 • www.edd.ca.gov