UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                : Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             : 08-13555 (SCC)
                                                                     : (Jointly Administered)
            Debtors.                                                 :
                                                                     : Ref. Docket Nos. 44124-44128,
                                                                     : 44154, 44156, 44158, 44165, 44168-
                                                                     : 44173, 44190-44192, 44195, 44198,
                                                                     : 44201, 44207, 44208
                                                                     :
---------------------------------------------------------------------x
                                                                     :
In re                                                                : Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                              : 08-13888 (SCC)
                                                                     : (Jointly Administered)
            Debtors.                                                 :
                                                                     : Ref. Docket Nos. 382
                                                                     :
                                                                     :
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 8, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of May, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44124-44128, 44154...44201, 44207, 44208; (08-13888) 382_AFF_5-8-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
     TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
     C/O BANK OF AMERICA MERRILL LYNCH
     ATTN: JEFF BENESH / RON TOROK / RYAN WEDDLE
     BANK OF AMERICA TOWER - 3RD FLOOR
     ONE BRYANT PARK
     NEW YORK NY 10036
```

Please note that your claim # 32403-04 in the above referenced case and in the amount of
    $11,009,430.74 allowed at $10,000,000.00         has been transferred (**unless previously expunged by court order**)

```
ALEITER HOLDINGS LLC                                    ALEITER HOLDINGS LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.       DAVID J. KARP / STEPHANIE BLATTMACHR
C/O CHAPMAN AND CUTLER LLP                              SCHULTE ROTH & ZABEL LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR                 919 THIRD AVE.
NEW YORK NY 10020-1708                                  NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44198      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/08/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 8, 2014.

# EXHIBIT B

```
TIME: 15:32:46                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 05/08/14                                   CREDITOR LISTING

Name                                         Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,     TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE NEW YORK NY 10022
 L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,     TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
ALEITER HOLDINGS LLC                         DAVID J. KARP / STEPHANIE BLATTMACHR SCHULTE ROTH & ZABEL LLP 919 THIRD AVE. NEW YORK NY 10022
ALEITER HOLDINGS LLC                         TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                             NEW YORK NY 10020-1708
BANC OF AMERICA CREDIT PRODUCTS, INC.        TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH / RON TOROK / RYAN WEDDLE
                                             BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.        TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH / RON TOROK / RYAN WEDDLE
                                             BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
CITIGROUP FINANCIAL PRODUCTS INC.            TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINKSY 60 WALL STREET
                                             NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET
                                             NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET
                                             NEW YORK NY 10005
GOLDMAN SACHS & CO.                          TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LIQUIDATION OPPORTUNITIES MASTER FUND LP     TRANSFEROR: GOLDMAN SACHS & CO. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, L.L.C. 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND LP     TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MACQUARIE BANK LIMITED                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: ARVIND ADMAL / DAVID ANEKSTEIN 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
OC 530 OFFSHORE FUND, LTD.                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O FARMSTEAD CAPITAL MANAGEMENT, LLC ATTN: GRAHAM QUIGLEY
                                             7 NORTH BROAD STREET, 3RD FLOOR RIDGEWOOD NJ 07450
OZ SPECIAL MASTER FUND, LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PMT CREDIT OPPORTUNITIES FUND LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVENUE, 27TH FLOOR
                                             NEW YORK NY 10018
TURNPIKE LIMITED                             TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
VARDE CREDIT PARTNERS MASTER, L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE CREDIT PARTNERS MASTER, L.P.           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
WILSHIRE INSTITUTIONAL MASTER FUND II        TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 SPC

Total Number of Records Printed              32                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```