```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :       08-13555 (SCC)
                                                    :       (Jointly Administered)
                    Debtors.                        :
                                                    :       Ref. Docket Nos. 42151, 43092,
                                                    :       44128, 44130, 44131, 44157, 44160,
                                                    :       44164, 44177-44181, 44183, 44184,
                                                    :       44186, 44187, 44189, 44193, 44194,
                                                    :       44202-44206, 44209, 44216-44219,
                                                    :       44221, 44222, 44234, 44236, 44238,
                                                    :       44252, 44253, 44270-44273, 44278
------------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS SPECIAL FINANCING INC.,             :       08-13888 (SCC)
                                                    :       (Jointly Administered)
                    Debtors.                        :
                                                    :       Ref. Docket Nos. 380 & 384
                                                    :
                                                    :
------------------------------------------------------------------x
```

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of May, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 42151, 43092, 44128...44270-44273, 44278; (08-13888) 380 & 384_AFF_5-13-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ASA NEW YORK TAX ADVANTAGED FUND L.P.
C/O ASA NEW YORK MANAGERS LLC
ATTENTION: ROBERT D. ALBRIGHT JR.
601 CARLSON PARKWAY, SUITE 1125
MINNETONKA MN 55305

ASA NEW YORK TAX ADVANTAGED FUND L.P.
SIDLEY AUSTIN LLP
ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 23543 in the above referenced case and in the amount of $2,223,485.00 allowed at $1,843,850.00 has been transferred (**unless previously expunged by court order**)

SONAR CREDIT PARTNERS III, LLC
TRANSFEROR: ASA NEW YORK TAX ADVANTAGED FUND L.P.
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44130 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/13/2014        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 13, 2014.

# EXHIBIT B

```
TIME: 14:53:12                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/13/14                                            CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE NEW YORK NY 10022 |
| ALEITER HOLDINGS LLC | DAVID J. KARP ALEITER HOLDINGS LLC 919 THIRD AVENUE NEW YORK NY 10022 |
| ALEITER HOLDINGS LLC | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10020 |
| ALEITER HOLDINGS LLC | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS & CO. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: JPMORGAN SECURITIES LLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | C/O ASA NEW YORK MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 1125 MINNETONKA MN 55305 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC, GARY S. COHEN, RYAN WEDDLE BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH / RON TOROK / RYAN WEDDLE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN: JEFF BENESH NEW YORK NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK OF AMERICA, N.A. | TRANSFEROR: STANDARD CHARTERED BANK C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANKHAUS CARL F. PLUMP & CO AG | TRANSFEROR: UBS AG AM MARKT 19 BANKHAUS CARL F. PLUMP BREMEN 28195 |
| BSI BANK SA, LUGANO | TRANSFEROR: RBS COUTTS BANK AG BSI SA ATTN: ANDREA FERRARI CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO 6900 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: STERNE AGEE UK LLP ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O CORRE PARTNERS MANAGEMENT, LLC ATTN: ERIC SODERLUND 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O CORRE PARTNERS MANAGEMENT, LLC ATTN: ERIC SODERLUND 1370 AVENUE OF THE AMERICAS. 29TH FLOOR NEW YORK NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG ATTN: RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH, SWAINE & MOORE LLP 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN LTD. ONE RAFFLES LINK #05-02, SOUTH LOBBY 039393 SINGAPORE SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| ETON PARK FUND, LP | 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |

```
TIME: 14:53:12                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 05/13/14                                              CREDITOR LISTING

Name                                         Address
FAIRWAY FUND LIMITED                         C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
FIBI BANK (SWITZERLAND) LTD                  SEESTRASSE 61 ZURICH   CH-8027 SWITZERLAND
FORE MULTI STRATEGY MASTER FUND, LTD.        C/O FORE RESEARCH & MANAGEMENT, LP 510 MADISON AVENUE, 11TH FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                          TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                          TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                         TRANSFEROR: ETON PARK FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HAYMAN CAPITAL MASTER FUND, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
HERWIG VANDROMME                             TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH APARTADO 210 ES TERS DESUYASTRES SAN LORENZO/BALEARES   07812 SPAIN
J.P. MORGAN SECURITIES LLC                   TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                             NEW YORK NY 10179
JPMORGAN SECURITIES LLC                      TRANSFEROR: FAIRWAY FUND LIMITED ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                      TRANSFEROR: FORE MULTI STRATEGY MASTER FUND, LTD. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE FLOOR 43
                                             NEW YORK NY 10179
JPMORGAN SECURITIES LLC                      TRANSFEROR: GARLAND BUSINESS CORPORATION ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LONG BEACH HOLDINGS, LLC                     TRANSFEROR: BANK OF AMERICA, N.A. FARALLON CAPITAL MANAGEMENT, LLC 1 MARITIME PLAZA #2100 SAN FRANCISCO CA 94111
NOTENSTEIN PRIVATBANK AG                     TRANSFEROR: UBS AG NOTENSTEIN PRIVATBANK AG BOHL 17 GALLEN CH-9004 SWITZERLAND
OC 530 OFFSHORE FUND, LTD.                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O FARMSTEAD CAPITAL MANAGEMENT, LLC ATTN: GRAHAM QUIGLEY
                                             7 NORTH BROAD STREET, 3RD FLOOR RIDGEWOOD NJ 07450
OZ SPECIAL MASTER FUND, LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                             NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.                 TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS
                                             9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVENUE, 27TH FLOOR
                                             NEW YORK NY 10018
RBS COUTTS BANK AG                           STAUFFACHERSTRASSE 1 POSTFACH ZURICH   8022 SWITZERLAND
SONAR CREDIT PARTNERS III, LLC               TRANSFEROR: ASA NEW YORK TAX ADVANTAGED FUND L.P. 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK, NY 10504
UBS AG                                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
UBS AG                                       TRANSFEROR: BANK JULIUS BAER & CO. LTD. BAHNHOFSTRASSE 45 ZURICH    CH-8001 SWITZERLAND
UBS AG                                       TRANSFEROR: FIBI BANK (SWITZERLAND) LTD BAHNHOFSTRASSE 45 ZURICH    CH-8001 SWITZERLAND
VARDE CREDIT PARTNERS MASTER, L.P.           TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed    67                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```