UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (SCC)
                                                                        :    (Jointly Administered)
                        Debtors.                                        :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 44280, 44282-
                                                                             44284, 44287, 44289, 44290, 44292,
                                                                             44295-44302, 44313, 44314

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of May, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44280, 44282-44284…44302, 44313, 44314_AFF_5-14-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (SCC)<br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MACQUARIE BANK LIMITED                              MACQUARIE BANK LIMITED
      TRANSFEROR: VARDE INVESTMENT PARTNERS, LP           ROBERT SCHEININGER
      ATTN: ARVIND ADMAL / DAVID ANEKSTEIN                SIDLEY AUSTIN LLP
      125 WEST 55TH STREET                                787 SEVENTH AVENUE
      NEW YORK NY 10019                                   NEW YORK NY 10019
```

Please note that your claim # 13776-10 in the above referenced case and in the amount of
      $5,294,463.22   allowed at $4,710,746.83       has been transferred (**unless previously expunged by court order**)

```
      SOLUS OPPORTUNITIES FUND 1 LP
      TRANSFEROR: MACQUARIE BANK LIMITED
      C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44282    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 14, 2014.

# EXHIBIT B

```
TIME: 13:42:43                                                  LEHMAN BROTHERS HOLDING INC.                                                               PAGE:    1
DATE: 05/14/14                                                       CREDITOR LISTING

Name                                              Address
HBK MASTER FUND LP                                TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND LP                                TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                  DALLAS TX 75201
MACQUARIE BANK LIMITED                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: ARVIND ADMAL / DAVID ANEKSTEIN 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN; SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: ADAM MALE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: MAP 98 SEGREGATED PORTFOLIO OF LMA SPC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: OCEANA MASTER FUND, LTD. C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD. C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET
                                                  NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: PWCM MASTER FUND LTD. C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLA LTD ATTN: REHANA WIJENATAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLA LTD ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: STONE LION PORTFOLIO LP C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: ULTRA MASTER LTD ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
SOLUS CORE OPPORTUNITIES LP                       TRANSFEROR: MACQUARIE BANK LIMITED ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP                     TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                     TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.                 TRANSFEROR: MACQUARIE BANK LIMITED ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                        TRANSFEROR: MACQUARIE BANK LIMITED ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
THE VARDE FUND VI-A, L.P.                         TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
                                                  MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                   TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
                                                  MINNEAPOLIS MN 55437
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
WELLS FARGO SECURITIES, LLC                       TRANSFEROR: UBS AG 375 PARK AVENUE NEW YORK NY 10152


Total Number of Records Printed           31
```