UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                   :    (Jointly Administered)
                    Debtors.                                :
                                                                   :
------------------------------------------------------------------x    Ref. Docket No. 44000


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                /s/ *Lauren Rodriguez*
                                                                Lauren Rodriguez

Sworn to before me this
22nd day of May, 2014

/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   NEUE AARGAUER BANK AG
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   NEUE AARGAUER BANK AG
              ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
              CRAVATH SWAINE & MOORE LLP
              825 8TH AVENUE
              WORLDWIDE PLAZA
              NEW YORK NY 10019

Transferee:   MARC GASPARIC
              LANGMATTSTR 2
              KLEINDOTTINGEN CH-5314 SWITZERLAND

Your transfer of claim # 55814-27 is defective for the reason(s) checked below:

Other                                Name on the notice does not march transferre name.

Docket Number 44000          Date 02/05/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 14, 2014.

# EXHIBIT B

```
TIME: 13:38:22                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 05/14/14                                              CREDITOR LISTING

Name                              Address
MARC GASPARIC                     LANGMATTSTR 2 KLEINDOTTINGEN  CH-5314 SWITZERLAND
NEUE AARGAUER BANK AG             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG             ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
NEUE AARGAUER BANK AG             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019


Total Number of Records Printed        4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC