UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (SCC)
                                                                        :    (Jointly Administered)
                            Debtors.                                    :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 41385, 44287,
                                                                             44303-44308, 44310, 44311


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
22nd day of May, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MACQUARIE BANK LIMITED                      MACQUARIE BANK LIMITED
      TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P.   ROBERT SCHEININGER
      ATTN: SHAUN GEMBALA                         SIDLEY AUSTIN LLP
      125 WEST 55TH STREET                        787 SEVENTH AVENUE
      NEW YORK NY 10019                           NEW YORK NY 10019
```

Please note that your claim # 67784-14 in the above referenced case and in the amount of
    $518,355.67  allowed at $331,965.37      has been transferred (**unless previously expunged by court order**)

```
      SOLUS RECOVERY LH FUND LP
      TRANSFEROR: MACQUARIE BANK LIMITED
      410 PARK AVENUE, 11STH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44305    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/15/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 15, 2014.

# EXHIBIT B

```
TIME: 12:55:42                                              LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    1
DATE: 05/15/14                                                    CREDITOR LISTING

Name                                          Address
AGATA SICAV, S.A.                             TRANSFEROR: BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ("BBVA") WELZIA MANAGEMENT SGIIC SA CONDE DE ARANDA 24, 4 ATTN: CARLOS GUZMAN ARROYO
                                              28001 MADRID  SPAIN
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
LP                                            NEW YORK NY 10022
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.         ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA 81, 12TH FLOOR MADRID  28033 SPAIN
 ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.         SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006
 ("BBVA")
BANCO BILBAO VIZCAYA ARGENTARIA, S.A.         ANDREW A. BERNSTEIN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE DE TILSITT PARIS  75008 FRANCE
 ("BBVA")
MACQUARIE BANK LIMITED                        ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                        TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.      TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
SOLUS RECOVERY FUND II MASTER LP              TRANSFEROR: MACQUARIE BANK LIMITED 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                     TRANSFEROR: MACQUARIE BANK LIMITED 410 PARK AVENUE, 11STH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                              TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                              NEW YORK NY 10022
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE FUND XI (MASTER), L.P., THE             TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)          TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P. J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
 MASTER, L.P.                                 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
                                              MINNEAPOLIS MN 55437
WELLS FARGO SECURITIES, LLC                   TRANSFEROR: UBS AG 375 PARK AVENUE NEW YORK NY 10152


   Total Number of Records Printed            17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC