UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :   (Jointly Administered)
               Debtors.                                        :
                                                               :   Ref. Docket Nos. 44204, 44326,
                                                               :   44328
                                                               :
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                        :   08-13888 (SCC)
                                                               :   (Jointly Administered)
               Debtors.                                        :
                                                               :   Ref. Docket Nos. 381 & 384
                                                               :
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of May, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44204, 44326, 44328; (08-13888) 381 & 384_AFF_5-16-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: JEFF BENESH, RON TOROK, RYAN WEDDLE
ONE BRYANT PARK, 3RD FL
NEW YORK NY 10036

Please note that your claim # 7370 in the above referenced case and in the amount of
$14,697,630.04   allowed at $12,700,000.00        has been transferred (**unless previously expunged by court order**)

ALEITER HOLDINGS LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK NY 10020-1708

ALEITER HOLDINGS LLC
DAVID J. KARP
SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44204    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/16/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 16, 2014.

# EXHIBIT B

```
TIME: 16:51:55                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 05/16/14                                         CREDITOR LISTING

Name                                   Address
ALEITER HOLDINGS LLC                   DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10020
ALEITER HOLDINGS LLC                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                       NEW YORK NY 10020-1708
BANC OF AMERICA CREDIT PRODUCTS, INC.  TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH, RON TOROK, RYAN WEDDLE
                                       ONE BRYANT PARK, 3RD FL NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.  TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH; RON TOROK; RYAN WEDDLE
                                       ONE BRYANT PARK,  3RD FL BANK OF AMERICA TOWER - 3RD FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                  ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA L. TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                                       1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                  TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                       1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
GOLDMAN, SACHS & CO.                   TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                   TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
OZ SPECIAL MASTER FUND, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LESLIE EVANS C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP 9 WEST 57TH STREET, 13TH FLOOR
                                       NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                       NEW YORK NY 10019
SWISSQUOTE BANK SA                     CASE POSTALE 319 ATTN: NOZHA OVERGHI CHEMIN DE LA CRETAUX 33 GLAND  CH-1196 SWITZERLAND
UBS AG                                 TRANSFEROR: SWISSQUOTE BANK SA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND

Total Number of Records Printed        13
```