# EXHIBIT   19

| | |
|---|---|
| **From:** | Pam.Sansom@CliffordChance.com on behalf of Tony.Briam@CliffordChance.com |
| **Sent:** | Wednesday, December 1, 2010 5:46 PM |
| **To:** | george.iacobescu@canarywharf.co; Peter Anderson <peter@canary.co.uk>; levcapital@aol.com; Christopher Henderson <christopher.henderson@canarywharf.com>; Pamela Kendall <pamela.kendall@canarywharf.com>; shenkerj@sullcrom.com; dietdericha@sullcrom.com; Nicholas.Frome@CliffordChance.com; Benjamin.Hatton@CliffordChance.com; Sarah.Dawson@CliffordChance.com; Andrew.Brozman@CliffordChance.com |
| **Subject:** | FW: 25 Bank Street |

Please see email below just sent.

Kind regards.

Tony Briam

Partner

Clifford Chance LLP

10 Upper Bank Street, London, E14 5JJ

Direct Dial:   +44 (0)20 7006 4004

tony.briam@cliffordchance.com

---

**From:** Sansom, Pam (Real Estate-LON) **On Behalf Of** Briam, Tony (Real Estate-LON)
**Sent:** 01 December 2010 17:44
**To:** 'rupert.jones@weil.com'
**Cc:** 'richard.krasnow@weil.com'; DeMarco, Jennifer C. (Finance & Restructuring-NY)
**Subject:** 25 Bank Street

Rupert,

I am writing further to your 2 emails to me of yesterday and today.

Many thanks also to Richard for his prompt response to Jennifer's email yesterday, about which I have spoken to Canary Wharf.

On the assumption the LBHI have no interest in taking over the existing Lease or taking on a new Lease of the building on the original terms (which please confirm), I confirm that Canary Wharf will make arrangements, as requested by Richard, to share with you the details of their loss mitigation efforts (subject to appropriate confidentiality arrangements) so that you can satisfy yourselves on the representations in the draft Stipulation.

I look forward to hearing from you.

Kind regards.

Tony Briam

Partner

Clifford Chance LLP

10 Upper Bank Street, London, E14 5JJ



CONFIDENTIAL                                                                                  CW0022960

Direct Dial:   +44 (0)20 7006 4004

tony.briam@cliffordchance.com

[CC]70-40394288[/CC]

This message and any attachment are confidential and may be privileged or otherwise protected from d
If you are not the intended recipient, please telephone or email the sender and delete this message
attachment from your system.  If you are not the intended recipient you must not copy this message o
or disclose the contents to any other person.

Clifford Chance LLP is a limited liability partnership registered in England & Wales under number OC
CC Asia Limited is a company registered in England & Wales under number 5663642. The registered offi
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.

For further details of Clifford Chance LLP, including a list of members and their professional quali
see our website at www.cliffordchance.com. We use the word 'partner' to refer to a member of Cliffor
a director of CC Asia Limited or in either case an employee or consultant with equivalent standing a
Both are regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can be accessed at
http://www.sra.org.uk/code-of-conduct.page.

For details of our complaints procedure, including the right of some clients to complain to the Lega
see http://www.cliffordchance.com/Legal_statements.html

Clifford Chance as a global firm regularly shares client and/or matter-related data among its differ
offices and support entities in strict compliance with internal control policies and statutory requi
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by appl

For further information about Clifford Chance please see our website at http://www.cliffordchance.co
to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax: +44 20 7006 5555

To contact any other office http://www.cliffordchance.com/about_us/find_people_and_offices.html

CONFIDENTIAL

CW0022961