**EXHIBIT 21**

## Andersen, Barbara L

**From:** Shenker, Joseph
**Sent:** Sunday, December 05, 2010 1:41 PM
**To:** Andersen, Barbara L
**Subject:** Fw: 25 Bank Street

---

**From:** George Iacobescu <George.Iacobescu@CanaryWharf.com>
**To:** Shenker, Joseph; dietdericha@@sullcrom.com <dietdericha@@sullcrom.com>; levcapital@aol.com <levcapital@aol.com>
**Sent:** Sun Dec 05 13:39:19 2010
**Subject:** Fw: 25 Bank Street

---

Sent from my Blackberry Wireless Handheld

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email transmission is privileged, confidential and intended solely for the person or organisation to which it is addressed. If you are not the intended recipient, you must not copy, distribute or disseminate the information, or take any action in reliance of it. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of Canary Wharf Group plc. If you have received this message in error please notify Canary Wharf Group immediately on postmaster@canarywharf.com. All messages passing through this gateway are checked for viruses but we strongly recommend that you check for viruses using your own virus scanner as Canary Wharf Group plc will not take responsibility for any damage caused as a result of virus infection.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Canary Wharf Group plc
Registered Office: One Canada Square   Canary Wharf   London   E14 5AB
Registered in England and Wales No. 4191122

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email transmission is privileged, confidential and intended
solely for the person or organisation to which it is addressed.
If you are not the intended recipient, you must not copy,
distribute or disseminate the information, or take any action in
reliance of it. Any views expressed in this message are those
of the individual sender, except where the sender specifically
states them to be the views of Canary Wharf Group plc. If you
have received this message in error please notify



1

CONFIDENTIAL                                                                  CW0010430

08-13555-mg    Doc 44409-21    Filed 05/22/14    Entered 05/22/14 19:27:39    Exhibit 21
Pg 3 of 5

Canary Wharf Group immediately on postmaster@canarywharf.com.
All messages passing through this gateway are checked for viruses
but we strongly recommend that you check for viruses using your
own virus scanner as Canary Wharf Group plc will not take
responsibility for any damage caused as a result of virus infection.
**************************************************************************

---

**From:** George Iacobescu
**To:** 'Tony.Briam@CliffordChance.com' <Tony.Briam@CliffordChance.com>
**Sent:** Sun Dec 05 18:37:23 2010
**Subject:** Re: 25 Bank Street

Thank you Tony. Please let me know as soon as you hear anything.

---

Sent from my Blackberry Wireless Handheld

*********************************************

***************************

This email transmission is privileged, confidential and intended solely for the person or organisation to which it is addressed. If you are not the intended recipient, you must not copy, distribute or disseminate the information, or take any action in reliance of it. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of Canary Wharf Group plc. If you have received this message in error please notify Canary Wharf Group immediately on postmaster@canarywharf.com. All messages passing through this gateway are checked for viruses but we strongly recommend that you check for viruses using your own virus scanner as Canary Wharf Group plc will not take responsibility for any damage caused as a result of virus infection.
******************************

---

**From:** Tony.Briam@CliffordChance.com <Tony.Briam@CliffordChance.com>
**To:** George Iacobescu
**Sent:** Sun Dec 05 18:34:19 2010
**Subject:** FW: 25 Bank Street

George –

Here's the email I just sent to Richard Krasnow.

Kind regards

Tony Briam

Clifford Chance LLP

10 Upper Bank Street

London E14 5JJ

Direct Dial    +44 (0)20 7006 4004

Switchboard +44 (0)20 7006 1000

CONFIDENTIAL                                                                                                       CW0010431

Fax           +44 (0)20 7006 5555

mailto: tony.briam@cliffordchance.com

---

**From:** Briam, Tony (Real Estate-LON)
**Sent:** 05 December 2010 18:33
**To:** 'richard.krasnow@eil.com'
**Cc:** 'rupert.jones@weil.com'; DeMarco, Jennifer C. (Finance & Restructuring-NY)
**Subject:** 25 Bank Street

Richard

Following the email exchanges last week, I would be grateful if you could let me have an update as to you and your client's position on the taking up of a new lease and the draft confidentiality agreement which was sent to you on Friday. Rupert had mentioned to me that you were due to speak to him on Friday afternoon to discuss matters.

Would it be possible for you to get back to me today, so that we can get started on disclosure to Rupert in London tomorrow morning?

Thank you and regards.


Tony Briam

Clifford Chance LLP

10 Upper Bank Street

London E14 5JJ

Direct Dial    +44 (0)20 7006 4004

Switchboard +44 (0)20 7006 1000

Fax           +44 (0)20 7006 5555

mailto: tony.briam@cliffordchance.com

[CC]70-40394288[/CC]

This message and any attachment are confidential and may be privileged or otherwise
protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete
this message and any
attachment from your system.  If you are not the intended recipient you must not copy
this message or attachment
or disclose the contents to any other person.

CONFIDENTIAL                                                                      CW0010432

Clifford Chance LLP is a limited liability partnership registered in England & Wales under number OC323571.
CC Asia Limited is a company registered in England & Wales under number 5663642. The registered office and principal
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.

For further details of Clifford Chance LLP, including a list of members and their professional qualifications,
see our website at www.cliffordchance.com. We use the word 'partner' to refer to a member of Clifford Chance LLP or
a director of CC Asia Limited or in either case an employee or consultant with equivalent standing and qualifications.
Both are regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can be accessed at
http://www.sra.org.uk/code-of-conduct.page.

For details of our complaints procedure, including the right of some clients to complain to the Legal Ombudsman,
see http://www.cliffordchance.com/Legal_statements.html

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different
offices and support entities in strict compliance with internal control policies and statutory requirements.
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer
to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax: +44 20 7006 5555

To contact any other office
http://www.cliffordchance.com/about_us/find_people_and_offices.html

---

This e-mail and all attachments have been scanned by the HighSpeed Office virus scanning service powered by MessageLabs and no known viruses were detected.

4

CONFIDENTIAL                                                                                                          CW0010433