# EXHIBIT 22

## Shenker, Joseph

| | |
|---|---|
| **From:** | Dietderich, Andrew G. |
| **Sent:** | Monday, December 06, 2010 2:32 PM |
| **To:** | 'richard.krasnow@weil.com' |
| **Cc:** | Shenker, Joseph; 'george.iacobescu@canarywharf.com'; 'levcapital@aol.com'; 'dehrmann@alvarezandmarsal.com'; 'Erika.delNido@weil.com' |
| **Subject:** | Re: Canary Wharf |

Sorry, just saw your note to Tony. Fine to use a NY law confidentiality agreement and you can coordinate with us.

---

**From:** Dietderich, Andrew G.
**To:** 'richard.krasnow@weil.com' <richard.krasnow@weil.com>
**Cc:** Shenker, Joseph; 'george.iacobescu@canarywharf.com' <george.iacobescu@canarywharf.com>; 'levcapital@aol.com' <levcapital@aol.com>; 'dehrmann@alvarezandmarsal.com' <dehrmann@alvarezandmarsal.com>; 'Erika.delNido@weil.com' <Erika.delNido@weil.com>
**Sent:** Mon Dec 06 14:30:10 2010
**Subject:** Re: Canary Wharf

See you soon. Attendees are Sam Levinson, Joe Shenker and me.

Let's get the confi done, as there is only a subset of info directly re JPM that relates to the other point - and the confi necessary anyway.

---

**From:** Krasnow, Richard <richard.krasnow@weil.com>
**To:** Dietderich, Andrew G.
**Cc:** Shenker, Joseph; 'george.iacobescu@canarywharf.com' <george.iacobescu@canarywharf.com>; 'levcapital@aol.com' <levcapital@aol.com>; dehrmann@alvarezandmarsal.com <dehrmann@alvarezandmarsal.com>; Del Nido, Erika <Erika.delNido@weil.com>
**Sent:** Mon Dec 06 13:22:01 2010
**Subject:** RE: Canary Wharf

Andy,

While Daniel will not be able to attend, we can meet with you at our offices at 4:30 this afternoon. For security purposes, we will need the name of all of your attendees. The meeting will be held on the 25th floor.

Based on your email as well as one that we received from Tony Briam, it appears that, as a precondition to LBHI being provided with documents and information regarding the claims that Canary Wharf has asserted in LBHI's chapter 11 case, Canary Wharf is requiring that LBHI confirm whether or not it is interested in assuming the current lease. We don't believe that it's appropriate for there to be any precondition to Canary Wharf providing substantiating documentation regarding its claims other than there being a confidentiality agreement in place that covers non-public documents and information relating to confidential commercial information. Once you or Tony confirm that the only precondition is an acceptable confidentiality agreement, we will turn our attention to revising the agreement and forwarding it to the appropriate person. In that regard, should we be coordinating with you or Tony?

Richard



1

CONFIDENTIAL                                                                                                              CW0010435



**Richard P. Krasnow**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.krasnow@weil.com
+1 212 310 8493 Direct
+1 212 310 8007 Fax

---

**From:** Dietderich, Andrew G. [mailto:dietdericha@sullcrom.com]
**Sent:** Monday, December 06, 2010 10:56 AM
**To:** Krasnow, Richard; dehrmann@alvarezandmarsal.com
**Cc:** Shenker, Joseph; 'george.iacobescu@canarywharf.com'; 'levcapital@aol.com'
**Subject:** Canary Wharf

Daniel and Richard,

Per George's call with Daniel, we are regular U.S. counsel to the Glick family and Canary Wharf. George would like us to sit down and discuss the plan to mitigate losses in the UK on the lease. Sam Levinson, who represents the Glick family with respect to Canary Wharf, is in NY today and tomorrow if we could get on your schedules for a brief meeting this afternoon or tomorrow morning. We recognize this is very short notice, but we think it would be most useful to you if Sam were able to be involved – even if just for a preliminary chat. We would be happy to come to your offices.

Also, Tony Briam at Clifford Chance had forwarded a confidentiality agreement. Canary Wharf is waiting to give you the information you requested on the JPM deal until the confidentiality agreement is signed, and you can confirm to us you are not interested in taking the lease yourself (happily making our mitigation efforts irrelevant!).

Andy

Andy Dietderich
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel. 212-558-3830
Fax. 212-558-3588
dietdericha@sullcrom.com


This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

CONFIDENTIAL

CW0010436