# EXHIBIT 24

DOCUMENT FILED UNDER SEAL

PURSUANT TO SEALING ORDER IN

IN RE LEHMAN BROTHERS HOLDINGS INC.

08-13555 (SCC)