# EXHIBIT 31

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 27, 2011

By Hand

Richard P. Krasnow,
   Weil, Gotshal & Manges LLP,
      767 Fifth Avenue,
         New York, New York 10153.

          Re:   *In re Lehman Brothers Holdings Inc., et al.,*
                *Case No. 08-13555 (JMP)*

Dear Mr. Krasnow:

        On behalf of (i) Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited (collectively, the "Landlord"); (ii) Canary Wharf Management Ltd. (the "Management Company"); and (iii) Canary Wharf Contractors Ltd. (the "Contractor") (collectively, the "Canary Wharf Entities"), I enclose the documents you requested in your email of December 22, 2010 (the "Confidential Information").

        The Canary Wharf Entities produce this Confidential Information subject to the confidentiality agreement entered into on December 9, 2010. Pursuant to that agreement, the enclosed documents are marked "CONFIDENTIAL" and must be treated as such. Additionally, certain portions of the enclosed documents have been redacted to prevent disclosure of privileged legal advice in which the parties share a common legal interest.

        Please call me at (212) 558-3830 if you have any questions.

                              Sincerely,

                              Andrew G. Dietderich

(Enclosure)

EXHIBIT
17