# EXHIBIT 40

www.pwc.co.uk

# Lehman Brothers Limited – In Administration

Joint Administrators' progress report for the period 15 September 2013 to 14 March 2014

*9 April 2014*



# *Contents*

| | | |
|---|---|---:|
| *Section 1* | *Purpose of the Joint Administrators' progress report* | *1* |
| *Section 2* | *Joint Administrators' actions to date* | *2* |
| 2.1 | Human Resources and Pensions | 4 |
| 2.2 | Corporation Tax and VAT | 5 |
| 2.3 | Intercompany | 6 |
| *Section 3* | *Statutory and other Information* | *8* |
| *Section 4* | *Joint Administrators' Remuneration* | *9* |
| *Section 5* | *Receipts and Payments to 14 March 2014* | *11* |

## Section 5  Receipts and Payments to 14 March 2014

|  |  |  |  |  | As at 14 Mar 2014 | As at 14 Sept 2013 |  |
|---|---|---|---|---|---|---|---|
| Amount in millions | GBP | EUR | USD | CHF | Total in GBP | Total in GBP | Movement |
| **Receipts** | | | | | | | |
| Contribution from third parties* | 141.9 | 0.6 | 11.3 | - | 149.6 | 149.6 | - |
| Building recharge receipts | 130.1 | - | - | - | 130.1 | 129.8 | 0.3 |
| Payroll recharge receipts | 501.9 | 0.1 | 57.1 | - | 538.3 | 538.3 | - |
| Other (including realisations and payments for other companies) | 112.2 | 2.3 | 130.0 | 0.2 | 197.3 | 177.3 | 20.0 |
| Tax related receipts | 621.6 | - | - | - | 621.6 | 592.4 | 29.2 |
| VAT received on invoices | 7.2 | - | - | - | 7.2 | 7.1 | 0.1 |
| **Total receipts for period** | **1,514.9** | **3.0** | **198.4** | **0.2** | **1,644.1** | **1,594.5** | **49.6** |
| **Payments** | | | | | | | |
| Building and occupancy cost | (179.2) | (0.3) | (62.8) | - | (219.5) | (219.1) | (0.4) |
| Payroll and employee costs | (519.5) | (2.8) | (45.2) | - | (550.6) | (550.4) | (0.2) ~ |
| Return of recharge surplus | (1.4) | - | - | - | (1.4) | (1.4) | - |
| Other costs and payments | (65.1) | (0.2) | (1.2) | - | (66.0) | (65.8) | (0.2) |
| Other advisors' costs | (1.3) | - | - | - | (1.3) | (1.3) | - |
| Legal fees | (12.1) | - | - | - | (12.1) | (11.2) | (0.9) |
| Administrators' fees | (18.8) | - | - | - | (18.8) | (17.6) | (1.2) |
| Estate distributions | (1.6) | - | - | - | (1.6) | (1.3) | (0.3) |
| Return of Corporation Tax to group companies | (445.1) | - | - | - | (445.1) | (445.1) | - |
| VAT related payments | (129.2) | - | - | - | (129.2) | (101.0) | (28.2) |
| VAT paid on invoices | (8.8) | - | (1.4) | (0.2) | (9.6) | (9.5) | (0.1) |
| Intercompany transfer | (1.5) | - | - | - | (1.5) | (1.5) | - |
| **Total payments for period** | **(1,383.6)** | **(3.3)** | **(110.6)** | **(0.2)** | **(1,456.7)** | **(1,425.2)** | **(31.5)** |
| **Inter-currency transfers** | | | | | | | |
| Receipts from inter-currency transfers | 87.9 | 2.7 | 57.8 | - | 127.0 | 106.7 | 20.3 |
| Payments from inter-currency transfers | (31.1) | (2.4) | (145.5) | (0.2) | (126.2) | (105.9) | (20.3) |
| **Net inter-currency transfers** | **56.8** | **0.3** | **(87.7)** | **(0.2)** | **0.8** | **0.8** | **-** |
| **Net cash position** | **188.1** | **-** | **0.1** | **-** | **188.2** | **170.1** | **18.1** |
| **Bank balances** | | | | | | | |
| Bank of England | - | - | - | - | - | - | - |
| HSBC | 1.1 | - | 0.1 | - | 1.2 | 6.2 | (5.0) |
| Money Market Funds | 187.0 | - | - | - | 187.0 | 163.9 | 23.1 |
| **Net bank balance** | **188.1** | **-** | **0.1** | **-** | **188.2** | **170.1** | **18.1** |

*Includes elements of building & occupancy and payroll related recharges
~Includes £0.3m of payroll costs attributable to Lehman Brothers Limited

GBP £ equivalent is for information purposes only.