# EXHIBIT 66

# Hill & Redman's
# Law of Landlord and Tenant

## Issue 92   March 2014

- Taking Control of Goods (Fees) Regulations 2014
- Taking Control of Goods Regulations 2013
- Mobile Homes (Site Rules) (England) Regulations 2014

For a summary of the contents and inserting instructions for this issue, please see the pages which immediately follow this top sheet.

If any part is missing, please refer to the Request for Missing Pages information which follows the checklist.

ISBN 978-1-4057-8496-2



9 781405 784962



[**31**] Precedent L1

Tenant's Obligations with a sum equal to Interest on the costs and expenses from the date on which the costs and expenses are paid or to be paid to the date on which payment is made by the Tenant.

8.3    To pay to the Landlord (notwithstanding that forfeiture is avoided otherwise than by relief granted by the Court) all costs and expenses (including solicitors' counsels' surveyors' and bailiffs' fees) paid or to be paid by the Landlord in connection with:

(a)    the preparation service and enforcement of a notice under Sections 146 or 147 of the Law of Property Act 1925 even if forfeiture is avoided otherwise than by the court;

(b)    the preparation service and enforcement of a schedule of dilapidations whether before or after the end of the Term; and

(c)    the recovery of arrears of Rent or any other sums payable under this Lease.

8.4    To pay all costs and expenses of the Landlord (including solicitors' and surveyors' fees) paid or to be paid in:

(a)    dealing with any application by the Tenant for any consent or approval under this Lease (whether the consent or approval shall be granted or not); and

(b)    the supervision of any works carried out by the Tenant and any necessary work at the end of the Term.

[8.5    **To indemnify the Landlord against all liability in respect of any non-performance of the Tenant's Obligations**].

### Schedule 4 The Landlord's Obligations

The Landlord covenants with the Tenant that the Tenant may lawfully and peaceably enjoy the Premises for the Term without any lawful disturbance by the Landlord or any person claiming through or under the Landlord.

### [Schedule 5 The Guarantor's Obligations

1.    *The Guarantor covenants as a principal debtor with the Landlord that:*

(a)    *the Tenant will pay the Rent and perform the Tenant's Obligations;*

(b)    *the Guarantor will indemnify the Landlord against all liability arising on account of any non-payment of the Rent and any non-performance of the Tenant's Obligations;*

(c)    *if this Lease is disclaimed and if required by the Landlord by notice within [two] months after receipt by the Landlord of notice of the disclaimer the Guarantor will:*

(i)    *take from the Landlord a lease of the Premises for a term equal to the residue of the Term remaining unexpired immediately before the disclaimer to take effect from the date of the disclaimer at the same rent as is reserved by this Lease and subject to the same obligations as the Tenant's Obligations;*

(ii)    *execute and deliver to the Landlord a counterpart of the new lease; and*

(iii)    *pay the costs of the new lease*

(d)  *if:*

    (i)     *the Landlord shall not require the Guarantor to take a lease of the Premises under Paragraph 1(c); and*

    (ii)    *the disclaimer shall determine this Lease*

    the Guarantor will upon demand pay to the Landlord (without prejudice to any other liability of the Guarantor) a sum equal to the Rent that would have been reserved by this Lease but for the disclaimer in respect of the period commencing on the date of the disclaimer until the earlier of the expiration of [six] months or the reletting of the Premises.

2.   *The Guarantor covenants as a principal debtor with the Landlord that:*

    (a)    *the Tenant will perform the obligations on the part of the Tenant contained in any authorised guarantee agreement entered into by the Tenant under the 1995 Act ('the Authorised Guarantee Agreement');and*

    (b)    *the Guarantor will indemnify the Landlord against all liability arising on account of any non-performance by the Tenant of its obligations under the Authorised Guarantee Agreement.*

3.   *The Guarantor covenants as a principal debtor with the Landlord to guarantee the payment of the rent and the performance of the Tenant's obligations by the Tenant under any lease entered into by the Tenant under any Authorised Guarantee Agreement.*

4.   *The Guarantor waives any rights the Guarantor may have of requiring the Landlord to proceed against the Tenant.*

5.   *The Guarantor shall not be released from liability and the Landlord shall be fully entitled to all its rights notwithstanding:*

    (a)    *the giving of any time or indulgence by the Landlord to the Tenant;*

    (b)    *any omission in enforcing against the Tenant;*

    (c)    *any refusal to accept the Rent when the Landlord was entitled to re-enter the Premises;*

    (d)    *the insolvency or liquidation of the Tenant;*

    (e)    *any variation of this Lease (so far as is permitted under the 1995 Act);*

    (f)    *the release of any party (other than the Guarantor) from any liability in respect of the Rent and the Tenant's Obligations; or*

    (g)    *any other act omission or thing whereby the Guarantor would be released either wholly or in part from liability].*

**Schedule 6 Rent Review Provisions**

1.   In this Schedule the following words and expressions have the following meanings:

'the Amount of the Reviewed Rent' means the amount of the reviewed Rent at each Review Date agreed or determined under this Schedule;

'the Rent Review Surveyor' means the surveyor agreed between the Landlord and the Tenant or nominated by the President of the Royal Institution of Chartered Surveyors under Paragraph 3 of this Schedule to act in the review of the Rent;