GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :         Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :         Case No. 08-13555 (JMP)
                                                :
                    Debtors                     :
---------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF APPEARANCE AND
# REQUEST FOR REMOVAL FROM ECF SERVICE

      NOW COMES the undersigned attorney, James F. Wallack, of Goulston & Storrs PC, requesting withdrawal of his appearance only in this case on behalf of Interactive Data Corporation (other attorneys within Goulston & Storrs PC are still appearing and active in this case). The undersigned further requests to be removed from the ECF notice list in this case.

Dated: May 23, 2014                    /s/ James F. Wallack
                                            James F. Wallack, Esq.
                                            Goulston & Storrs PC
                                            400 Atlantic Avenue
                                            Boston, MA 02110-3333
                                            Tel:  617-482-1776
                                            Fax:  617-574-4112

GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS, INC.,                       : Case No. 08-13555 (JMP)
                                                      :
                      Debtors                         :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, James F. Wallack, hereby certify that on this 23rd day of May, 2014, I caused to be served a copy of the **Notice of Withdrawal of Appearance and Request for Removal from ECF Service List** upon the parties receiving service from the Court's ECF system.

Dated: May 23, 2014                /s/ James F. Wallack
                                   James F. Wallack, Esq.
                                   Goulston & Storrs PC
                                   400 Atlantic Avenue
                                   Boston, MA 02110-3333
                                   Tel: 617-482-1776
                                   Fax: 617-574-4112