UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
IN RE:                                                    :
:
LEHMAN BROTHERS HOLDINGS INC. *et al.*,    :    Case No. 08-13555 (SCC)
:
    Reorganized Debtors.                        :    (Jointly Administered)
:
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIMS 19596 AND 19597

PLEASE TAKE NOTICE that Lehman Brothers International (Europe), Zurich Branch, by and through its undersigned counsel, hereby withdraws Claim Numbers 19596 and 19597 filed in the above-captioned case.

Dated:   New York, New York
         May 27, 2014

                                                **GIBSON, DUNN & CRUTCHER LLP**

                                                By:  /s/ Michael A. Rosenthal_____
                                                Michael A. Rosenthal
                                                Jeremy L. Graves
                                                200 Park Avenue
                                                New York, New York 10166
                                                Telephone:  (212) 351-4000
                                                Facsimile:  (212) 715-8000

                                                *Attorneys for PricewaterhouseCoopers AG, Zurich, as*
                                                *Bankruptcy Liquidator of Lehman Brothers*
                                                *International (Europe), Zurich Branch, in Liquidation*