## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc. et al        Case No. 08-13555 (jointly administered)(JMP)
                                                    Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> SOLA Ltd | Name of Transferor: <br> Banc of America Credit Products, Inc. |
|---|---|
| Notices to Transferee should be sent to: <br> SOLA Ltd <br> c/o Solus Alternative Asset Management LP <br> 410 Park Avenue, 11th Floor <br> New York, NY 10022 <br> Fax (212) 284-4300 <br> Attn: Solus Compliance Officer, <br> Intralinks Access: Compliance@soluslp.com | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.# | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): <br> SOLA Ltd <br> C/O The Bank of New York Trust Company, N.A <br> Global Corporate Trust <br> 601 Travis Street, 17th Floor <br> Houston, TX 77002-8039 | Name and Current Address of Transferor <br> Banc of America Credit Products, Inc. <br> c/o Bank of America Merrill Lynch <br> Bank of America Tower – 3rd Floor <br> One Bryant Park <br> New York, New York 10036 |
| Type of Claim: 4A Senior Affiliate <br> Partial Claim Amount: $25,000,000.00 <br> Percentage Transferred: 4.0296% | |
| Court Claim Nos. (if known): <br> 58352 | |
| Date Claims Filed: <br> October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____May 27, 2014_____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75391268.1

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **SOLA LTD**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 4.0296% interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the pre-divided amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents $25,000,000 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 27 day of May, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: Ronald Torok
Title: Managing Director
       Bank of America Merrill Lynch

SOLA LTD

By: Solus Alternative Asset Management LP
    Its Investment Advisor

By: _____
Name: Christopher Bondy
Title: Executive Vice President

100566057v2