B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.    Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Morgan Stanley Senior Funding, Inc.              Ares VR CLO Ltd.
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):  21847
should be sent:                                          Amount of Claim Transferred:  $2,003,857.58
                                                         Date Claim Filed:  September 21, 2009
Morgan Stanley Senior Funding, Inc.              Debtor:  Lehman Brothers Holdings Inc.
1585 Broadway
New York, NY 10036
Attn: John Ragusa
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, NY 1028-1003
Attn: Managing Law Clerk

834321v.2 892/04620                                      17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Morgan Stanley Senior Funding, Inc.

Date: _____05-23-2014_____

By: _____
　　　　Transferee/Transferee's Agent
　　　　　　John Ragusa
　　　　　　Authorized Signatory

Ares VR CLO Ltd.
By: Ares CLO Management VR, L.P., Investment Manager
By: Ares CLO GP VR, LLC, Its General Partner

By: _____
　　　　Transferor/Transferor's Agent

Date: _____

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Morgan Stanley Senior Funding, Inc.

Date: _____

By: _____
      Transferee/Transferee's Agent


Ares VR CLO Ltd.
By: Ares CLO Management VR, L.P., Investment Manager
By: Ares CLO GP VR, LLC, Its General Partner

By: _____
      Transferor/Transferor's Agent

Date:     5/23/14 _____

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.