# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Barclays Bank PLC ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Solus Opportunities Fund 1 LP, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor solely to the extent of $4,009,960.00, referenced as proof of claim number 15060 (the "Claim") against LEHMAN BROTHERS COMMODITY SERVICES INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 28 day of May, 2014.

**BARCLAYS BANK PLC**

By: _____
Name:
Title: Jenna Yoo, Authorized Signatory

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

13

ACTIVE 59137547v.5

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Barclays Bank PLC ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Solus Opportunities Fund 1 LP, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor solely to the extent of $4,009,960.00, referenced as proof of claim number 15060 (the "Claim") against LEHMAN BROTHERS COMMODITY SERVICES INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 28 day of May, 2014.

**BARCLAYS BANK PLC**

By: _____
Name:
Title:

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: Gordon Yeager
Title: Chief Risk Officer & Chief Operations Officer

13