UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :     08-13555 (JMP)
                                                                 :
                    Debtors.                                     :     (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. 08-13555<br>Lehman Brothers OTC Derivatives Inc. 08-13893 |
| Creditor Name and Address: | The Suryan Family Trust<br>4901 Birch Street<br>Newport Beach, CA 92660 |
| Claim Number (if known): | 19441 |
| Date Claim Filed: | 09/18/09 |
| Total Amount of Claim Filed: | $176,917.80 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title:<br>Trustee |
|---|---|
| Printed Name:<br>Frank T. Suryan, Jr. | Dated:<br>May 12, 2014 |

US_ACTIVE:¥43326298¥01¥58399.0003

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                  :    Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (JMP)
                                                       :
                    Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. 08-13555<br>Lehman Brothers OTC Derivatives Inc. 08-13893 |
|---|---|
| Creditor Name and Address: | The Suryan Family Trust<br>4901 Birch Street<br>Newport Beach, CA 92660 |
| Claim Number (if known): | 19329 |
| Date Claim Filed: | 09/18/09 |
| Total Amount of Claim Filed: | $200,226.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Trustee |
|---|---|
| Printed Name: Frank T. Suryan, JR. | Dated: May 12, 2014 |