B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors  Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Barclays Bank PLC | Prospect Mountain Fund Limited |

Name and Address where notices to transferee should be sent:

Barclays Bank PLC
1301 Ave of the Americas, 8th Floor
New York, NY 10019
Attention: Jenna Yoo and Howard Lee

and

Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Attention: Daniel Miranda and Jeffery Longmuir

With a copy to:

Andrew J. Callahan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Court Claim # (if known): 15060
Amount of Claim as Allowed: $958,000.00
Amount of Claim Transferred: $958,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Commodity Services Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jenna Yoo (Authorized Signatory)   Date: May 28, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7976709v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Prospect Mountain Fund Limited ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Barclays Bank PLC, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor solely to the extent of $958,000.00, referenced as proof of claim number 15060 (the "Claim") against LEHMAN BROTHERS COMMODITY SERVICES INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 28 day of May, 2014.

PROSPECT MOUNTAIN FUND LIMITED
BY: GLG ORE HILL LLC
ITS: INVESTMENT ADVISOR

By: _____
Name: FREDERICK J. WAHL
Title: MD


BARCLAYS BANK PLC

By: _____
Name:
Title:

13

ACTIVE 59132828v.7

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

Prospect Mountain Fund Limited ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Barclays Bank PLC, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor solely to the extent of $958,000.00, referenced as proof of claim number 15060 (the "Claim") against LEHMAN BROTHERS COMMODITY SERVICES INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 28 day of May, 2014.

PROSPECT MOUNTAIN FUND LIMITED
BY: GLG ORE HILL LLC
ITS: INVESTMENT ADVISOR

By: _____
Name:
Title:

BARCLAYS BANK PLC

By: _____
Name:
Title: Jenna Yoo, Authorized Signatory

13

ACTIVE 59132828v.7