B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee  
Macquarie Bank Limited

Name of Transferor  
Senator Global Opportunity Intermediate Fund L.P.

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 18969  
Claim Amount: $16,800,000.00  
Amount Transferred: $4,313,915.74 (as allowed)  
Date Claim Filed: 09/18/2009  
Debtor against claim filed: Lehman Brothers Holdings Inc.

Macquarie Bank Limited  
125 West 55th Street  
New York, NY 10019  
Contacts: Shaun Gembala  
Tel. No.: 212-231-6314  
Email: loan.public@macquarie.com  
Fax No: 212-231-2399

With a copy to:  
Robert Scheininger  
Sidley Austin LLP  
787 Seventh Avenue  
New York, NY 10019

Wire Instructions:  
Bank Name: Bank of New York Mellon, New York  
ABA 021-000-018  
SWIFT Code: IRVTUS3N  
Acct. No. 890-0055-375  
Beneficiary: Macquarie Bank Limited  
SWIFT Code: MACQAU2S  
CHIPS UID 236386  
Ref: Lehman Claim Trade with Varde

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ _[signature]_ Date: May 28, 2014  
Transferee/Transferee's Agent  
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Byron den Hertog  
Division Director  
ACTIVE 201570522v.1

Nathan Booker  
Associate Director

#1288194

(Signed in Sydney, POA Ref: #938  
dated 22nd November 2012)

EXECUTION

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18969

**SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND, L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MACQUARIE BANK LIMITED**
c/o Macquarie Group
125 West 55th Street
New York, NY 10019
Attn: Shaun Gembala
Email: shaun.gembala@macquarie.com
Fax: (212) 231-2399

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 18969, to the extent of $4,313,915.74 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 28, 2014.

**MACQUARIE BANK LIMITED**

By: _____
Name: Byron den Hertog
Title: Division Director

By: _____
Name: Nathan Booker
Title: Associate Director

**SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND, L.P.**
By: Senator GP LLC, its general partner

By: _____
Name:
Title:

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

10

450-308/AGR/4198340.3

#1288194

EXECUTION

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18969

**SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND, L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MACQUARIE BANK LIMITED**
c/o Macquarie Group
125 West 55th Street
New York, NY 10019
Attn: Shaun Gembala
Email: shaun.gembala@macquarie.com
Fax: (212) 231-2399

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 18969, to the extent of $4,313,915.74 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 28, 2014.

**MACQUARIE BANK LIMITED**

By: _____          By: _____
    Name:                                  Name:
    Title:                                 Title:

**SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND, L.P.**
By: Senator GP LLC, its general partner

By: _[signature]_
Name: Evan Gartenlaub
Title: General Counsel

10

450-308/AGR/4198340.3