B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>Senator Global Opportunity Fund L.P. |
| Name and Address where notices to transferee should be sent:<br><br>Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Court Claim # (if known): 18969<br>Claim Amount: $18,200,000.00<br>Amount Transferred: $4,673,408.72 (as allowed)<br>Date Claim Filed: 09/18/2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with Varde

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ / _[signature]_    Date: May 28, 2014
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Byron den Hertog    Nathan Booker
Division Director    Associate Director
ACTIVE 201570747v.1

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

#1288194

EXECUTION

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18969

**SENATOR GLOBAL OPPORTUNITY FUND L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MACQUARIE BANK LIMITED**
c/o Macquarie Group
125 West 55th Street
New York, NY 10019
Attn: Shaun Gembala
Email: shaun.gembala@macquarie.com
Fax: (212) 231-2399

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 18969, to the extent of $4,673,408.72 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 28, 2014.

**MACQUARIE BANK LIMITED**

By: _____          By: _____
    Name:                                 Name:
    Title: Byron den Hertog               Title: Nathan Booker
           Division Director                     Associate Director

**SENATOR GLOBAL OPPORTUNITY FUND L.P.**
By: Senator GP LLC, its general partner

By: _____
Name:
Title:


(Signed in Sydney, POA Ref: #938
dated 2nd November 2012)

10

450-308/AGR/4233187.2

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

EXECUTION

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18969

**SENATOR GLOBAL OPPORTUNITY FUND L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MACQUARIE BANK LIMITED**
c/o Macquarie Group
125 West 55th Street
New York, NY 10019
Attn: Shaun Gembala
Email: shaun.gembala@macquarie.com
Fax: (212) 231-2399

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 18969, to the extent of $4,673,408.72 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 28, 2014.

**MACQUARIE BANK LIMITED**

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**SENATOR GLOBAL OPPORTUNITY FUND L.P.**
By: Senator GP LLC, its general partner

By: _____
Name: Evan Gartenlaub
Title: General Counsel

10

450-308/AGR/4233187.2