B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
                                                                             (Jointly Administered)
                     Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferies International Limited | Unione di Banche Italiane S.C.P.A. (f/k/a Centrobanca – Banca di Credito Finanziario e Mobiliare S.p.A.) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Jefferies International Limited
Vintners Place,
68 Upper Thames Street,
London EC4V 3BJ
Attn:  Lisa Brady
Tel:  +44 207 029-8031
Email: European_Loan_Closing@jefferies.com

Court Claim # (if known): 15741
Amount of Claim Transferred: $9,606,268.40 (as allowed)
Date Claim Filed: 09/17/2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Jefferies International Limited

By: _____          Date: 28-MAY-14
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GEORGE MAVRIDOGLOU
AUTHORISED SIGNATORY

Acknowledged and Agreed:

Unione di Banche Italiane S.C.P.A.

By: _____
   Transferor/Transferor's Agent