B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,    Case No. <u>08-13555 (JMP)</u>
                                                       (Jointly Administered)
            Debtors.

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Jefferies International Limited</u>              <u>Unione di Banche Italiane S.C.P.A.</u>
        Name of Transferee                             Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>15466</u>
should be sent:                                 Amount of Claim Transferred: <u>$2,225,299.67 (as allowed)</u>

Jefferies International Limited                 Date Claim Filed: <u>09/17/2009</u>
Vintners Place,                                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>
68 Upper Thames Street,
London EC4V 3BJ
Attn: Lisa Brady
Tel: +44 207 029-8031
Email: European_Loan_Closing@jefferies.com


Phone: _____              Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Jefferies International Limited

By: _____    Date: 28-MAY-14
Transferee/Transferee's Agent

GEORGE MAVRIDOGLOU
AUTHORISED SIGNATORY

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

Unione di Banche Italiane S.C.P.A.

By: _____
Transferor/Transferor's Agent