UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :
In re                                     :     Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (SCC)
                                          :     (Jointly Administered)
                Debtors.                  :
                                          :
------------------------------------------------------------------x     Ref. Docket Nos. 44324, 44327,
                                                 44330, 44338, 44340-44345


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
29th day of May, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

08-13555-mg    Doc 44456    Filed 05/29/14    Entered 05/29/14 17:01:56    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ORE HILL HUB FUND LTD.
     TRANSFEROR: BARCLAYS BANK PLC
     ATTN: CAROLYN HERMAN
     650 FIFTH AVENUE, 9TH FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 15367-03 in the above referenced case and in the amount of
    $27,398,889.71    allowed at $22,753,000.00    has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS, LLC
     TRANSFEROR: ORE HILL HUB FUND LTD.
     C/O GOLDMAN, SAHCS & CO.
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44340    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/19/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 19, 2014.

# EXHIBIT B

08-13555-mg    Doc 44456    Filed 05/29/14    Entered 05/29/14 17:01:56    Main Document
Pg 4 of 5

```
TIME: 14:56:44                                            LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 05/19/14                                                 CREDITOR LISTING

Name                                        Address
BANQUE CANTONALE VAUDOISE                   TRANSFEROR: UBS AG ATTN: ANNE PARIS PALCE CHAUDERON 8 LAUSANNE 1003
BIMINI INVESTMENTS S.A.R.L.                 MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
BIMINI INVESTMENTS S.A.R.L.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEROME DEVILLET 6, RUE EUGENE RUPPERT LUXEMBOURG  L-2453 LUXEMBOURG
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: SVMF 48, LLC ATTN: SIMON GLENNIE/ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                            LONDON  EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: ORE HILL HUB FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: ORE HILL HUB FUND LTD. C/O GOLDMAN, SAHCS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                            JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                            JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC         TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HIL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                            30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ORE HILL HUB FUND LTD.                      TRANSFEROR: BARCLAYS BANK PLC 452 5TH AVE FL 25 NEW YORK NY 10018-2777
ORE HILL HUB FUND LTD.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.          TRANSFEROR: BARCLAYS BANK PLC 452 5TH AVE FL 25 NEW YORK NY 10018-2777
PMT CREDIT OPPORTUNITIES FUND LTD.          TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC 650 FIFTH AVENUE ATTN: KATE SINOPOLI NEW YORK NY 10019
SCHAFFHAUSER KANTONALBANK                   TRANSFEROR: UBS AG ATTN: MR. DANIEL KOHIER VORSTADT 53 SCHAFHAUSEN  CH-8201
SWISSQUOTE BANK SA                          CASE POSTALE 319 ATTN: NOZHA OVERGHI CHEMIN DE LA CRETAUX 33 GLAND  CH-1196 SWITZERLAND
UBS AG                                      BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                      ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                      TRANSFEROR: SWISSQUOTE BANK SA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
WILSHIRE INSTITUTIONAL MASTER FUND II       TRANSFEROR: ORE HILL HUB FUND LTD. WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRI
  SPC-                                      650 FIFTH AVE, 9TH FLOOR NEW YORK NY 10019
WILSHIRE INSTITUTIONAL MASTER FUND II       TRANSFEROR: ORE HILL HUB FUND LTD. 452 5TH AVE FL 25 NEW YORK NY 10018-2777
  SPC-WILSHIRE ORE HILL


              Total Number of Records Printed              20                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```