UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (SCC)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
---------------------------------------------------------------x    Ref. Docket Nos. 44325, 44336,
                                                                    44337, 44346-44348, 44356, 44362-
                                                                    44368

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ *Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
29th day of May, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44325, 44336, 44337...44356, 44362-44368_AFF_5-20-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                              | Chapter 11 Case No.
                                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,                             | 08-13555 (SCC)
                                                                   | (Jointly Administered)
                              Debtors.                             |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR
        SEGREGATED PORTFOLIO I
        TRANSFEROR: MERRILL LYNCH INTERNATIONAL
        C/O GOLDENTREE ASSET MANAGEMENT LP
        300 PARK AVENUE, 21ST FLOOR
        NEW YORK NY 10022

Please note that your claim # 20121-03 in the above referenced case and in the amount of
    $1,298,973.40  allowed at $703,307.87       has been transferred (**unless previously expunged by court order**)

        CITIGROUP FINANCIAL PRODUCTS INC.
        TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR
        ATTN: BRIAN BLESSING
        1615 BRETT ROAD, BLDG 3
        NEW CASTLE DE 19720

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44363       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/20/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 20, 2014.

# EXHIBIT B

```
TIME: 12:32:41                                         LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    1
DATE: 05/20/14                                               CREDITOR LISTING

Name                                              Address
BANK J. SAFRA SARASIN LTD.                        CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE
BANK J. SAFRA SARASIN LTD.                        BAER & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH 8027 SWITZERLAND
BANQUE PICTET & CIE SA                            TRANSFEROR: INVESTEC BANK (SWITZERLAND) AG ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 GENEVA 73 1211 SWITZERLAND
BERNER KANTONALBANK AG                            TRANSFEROR: BANK J. SAFRA SARASIN LTD. ATTN: SAMUEL STUCKI POSTFACH BERN CH 3001 SWITZERLAND
BSI SA                                            TRANSFEROR: UBS AG ATTN: ANDREA FERRARI VIA MAGATTI N.2 LUGANO CH-6900 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: GOLDENTREE MASTER FUND, LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: WATERS, A., MR. AS ASSIGNEE OF WATERS, A., MR. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GOLDENTREE ENTRUST MASTER FUND SPC O/B/O          SEGREGATED PORTFOLIO I TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR
AND ACCOUNT FOR                                   NEW YORK NY 10022
GOLDENTREE MASTER FUND II, LTD.                   TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O GOLDENTREE MASTER FUND, LTD 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                  DALLAS TX 75201
INVESTEC BANK (SWITZERLAND) AG                    BAKER & HOSTETLER LLP ATTN: ALISSA NANN 45 ROCKEFELLER PLAZA NEW YORK NY 10111
INVESTEC BANK (SWITZERLAND) AG                    C/O FOLEY & LARDNER LLP ATTN: ALISSA M. NANN 90 PARK AVENUE NEW YORK NY 10016
MORGAN STANLEY & CO. INTERNATIONAL PLC            1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                  NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC              ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC              ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC              CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES, LLC              CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
WATERS, A., MR.                                   2300 DURWOOD ROAD LITTLE ROCK AR 72207-3431


Total Number of Records Printed          35                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```