UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 42031-42033,
                                                                    42036, 44119, 44121, 44138, 44349,
                                                                    44354, 44355, 44376-44381

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 21, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
29th day of May, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 42031-42033, 42036...44355, 44376-44381_AFF_5-21-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC. et al. | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    GOLDMAN SACHS & CO.
           TRANSFEROR: ASHTON INVESTMENTS, LLC
           ATTN: MICHELLE LATZONI
           30 HUDSON STREET, 5TH FLOOR
           JERSEY CITY NJ 07302

Please note that your claim # 62744-19 in the above referenced case and in the amount of
        $17,894.51    allowed at $18,064.17    has been transferred (unless previously expunged by court order)

           BKM HOLDINGS (CAYMAN) LTD.
           TRANSFEROR: GOLDMAN SACHS & CO.
           C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
           ATTN: JENNIFER DONOVAN
           65 EAST 55TH STREET
           NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           Southern District of New York
           One Bowling Green
           New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44138    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/21/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 21, 2014.

# EXHIBIT B

```
TIME: 15:15:55                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 05/21/14                                           CREDITOR LISTING

Name                                          Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 MASTER FUND LP                                NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH (UK)          TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                               LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)          TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: GRF MASTER FUND II, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: GRF MASTER FUND II, L.P. ATTN; MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: PCI FUND, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: ORE HILL HUB FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: ORE HILL HUB FUND LTD. C/O GOLDMAN, SAHCS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HIL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                               30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
                                              ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTER FUND II, L.P.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                               NEW YORK NY 10012
GRF MASTER FUND II, L.P.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR
                                               NEW YORK NY 10012
GRF MASTER FUND II, L.P.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR
                                               NEW YORK NY 10012
HBK MASTER FUND L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                               DALLAS TX 75201
MORGAN STANLEY CAPITAL SERVICES, LLC          COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC          CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES, LLC          CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES, LLC          F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
NATIONAL BANK OF FUJAIRAH PSC                 ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI   UNITED ARAB EMIRATES
NATIONAL BANK OF FUJAIRAH PSC                 ON BEHALF OF RAVI BANSAL, ET AL ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979
                                               AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI   UNITED ARAB EMIRATES
                                              ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PCI FUND, LLC                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
PCI FUND, LLC                                  NEW YORK NY 10012
TURNPIKE LIMITED                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                               NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC ATTN: EDWIAN STEFFER 8500 NORMANDALE LAKE BLVD., SUTIE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    27
```

EPIQ BANKRUPTCY SOLUTIONS, LLC