UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                            Debtors.                              :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 44250, 44334,
                                                                      44370-44375, 44384-44389

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
29th day of May, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O ANCHORAGE CAPITAL GROUP, L.L.C.
ATTN: SUSAN MORIELLO
610 BROADWAY, 6TH FLOOR
NEW YORK NY 10012

ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 19487-18 in the above referenced case and in the amount of $28,348,185.07 allowed at $23,500,000.00   has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS, LLC
TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44370  in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/22/2014                          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 22, 2014.

# EXHIBIT B

```
TIME: 14:49:04                                              LEHMAN BROTHERS HOLDING INC.                                                                        PAGE:    1
DATE: 05/22/14                                                     CREDITOR LISTING

Name                                              Address
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.            PIAZZALE LODI, 3 MILANO (MI)    20137 ITALY
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/OI ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR
                                                  NEW YORK NY 10012
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.           VIA SAN CARLO 8/20 MODENA   41100 ITALY
BANK J. SAFRA SARASIN (GIBRALTAR) LTD.            F/K/A BANK J.SAFRA GIBRALTAR LTD SUITE 971, EUROPORT, PO BOX 524 GIBRALTAR    GIBRALTAR
BANK J. SAFRA SARASIN LTD.                        CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS    75008 FRANCE
BANK J. SAFRA SARASIN LTD.                        BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  CH-8027 SWITZERLAND
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA   42100 ITALY
CREDITO EMILIANO S.P.A.                           TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA    42123 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: D-STAR LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: NAPIER PARK DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: NAPIER PARK DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC05062014 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y IEL UNITED KINGDOM
INVERSIS BANCO SPAIN                              TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE) EDIFICIO PLAZA AEROPUERTO AVDA. DE LA HISPANIDAD 6 MADRID 28042 SPAIN
NARONGDEJ KHUNYING PHORNTHIP                      TRANSFEROR: RBS COUTTS BANK AG &/OR NORONGDEJ KRIS &/OR NARONGDEJ NOP &/OR NARONGDEJ KORN 29 PHORMSI ALLEY SUKHUMWIT 49/13 ROAD
                                                  KLONG TAN NUEA SUB-DISTRICT WATTANA DISTRICT BANGKOK 10110 THAILAND
RBC WEALTH MANAGEMENT                             TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD. 60 S. 6TH STREET MINNEAPOLIS MN 55402-1106
RBS COUTTS BANK AG                                STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
ROTHSCHILD BANK AG (AS NOMINEE)                   ZOLLIKERSTRASSE 181 ZURICH  8034 SWITZERLAND
UBS AG                                            TRANSFEROR: BANK J. SAFRA SARASIN LTD. BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UNIPOL BANCA S.P.A.                               TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FUNZIONE LEGALE - LUCA FIORINA PIAZZA DELLA COSTITUZIONE, 2 BOLOGNA    40128 ITALY

Total Number of Records Printed            28                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```