UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                     :

In re                               :        Chapter 11 Case No.
                                       :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :      08-13555 (SCC)
                                     :      (Jointly Administered)
               Debtors.         :
                                       :

------------------------------------------------------------------x     Ref. Docket No. 44335

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Lauren Rodriguez*
                                      Lauren Rodriguez

Sworn to before me this
29th day of May, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No

08-13555 (SCC)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    INVESTEC BANK (SWITZERLAND) AG
               C/O FOLEY & LARDNER LLP
               ATTN: ALISSA M. NANN
               90 PARK AVENUE
               NEW YORK NY 10016

Additional:    INVESTEC BANK (SWITZERLAND) AG
               BAKER & HOSTETLER LLP
               ATTN: ALISSA NANN
               45 ROCKEFELLER PLAZA
               NEW YORK NY 10111

Transferee:    BANQUE PICTET & CIE SA
               ATTN: DAVID AESCHLIMANN
               ROUTE DES ACACIAS 60
               1211 GENEVA 73

Your transfer  of claim #  63836  is defective for the reason(s) checked below:

Other                                    ISIN on Trans Ntc does not match to Claim 63836-Verify ISIN

Docket Number 44335             Date 05/15/14

/s/ Lauren Rodriguez
_____
By  Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s)

FOR EBS USE ONLY.    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 22, 2014.

# EXHIBIT B

TIME: 14:47:29
DATE: 05/22/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BANQUE PICTET & CIE SA | ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 1211 GENEVA  73 |
| INVESTEC BANK (SWITZERLAND) AG | C/O FOLEY & LARDNER LLP ATTN: ALISSA M. NANN 90 PARK AVENUE NEW YORK NY 10016 |
| INVESTEC BANK (SWITZERLAND) AG | BAKER & HOSTETLER LLP ATTN: ALISSA NANN 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |

Total Number of Records Printed      3