UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (SCC)
                                                :    (Jointly Administered)
                       Debtors.                 :
                                                :
-------------------------------------------------------------------x    Ref. Docket Nos. 43291, 43552,
                                                     44357, 44390-44393

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 27, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of May, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANCA SAI
C/O MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

Please note that your claim # 55724-03 in the above referenced case and in the amount of
$65,526.28   allowed at $55,656.78       has been transferred (unless previously expunged by court order)

BANQUE PICTET & CIE SA
TRANSFEROR: BANCA SAI
ATTN: DAVID AESCHLIMANN
ROUTE DES ACACIAS 60
GENEVA 73    1211
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44357      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/27/2014                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 27, 2014.

# EXHIBIT B

```
TIME: 17:31:51                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/27/14                                         CREDITOR LISTING

Name                                        Address
AKTIA BANK PLC                              FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI   FIN-00100 FINLAND
BANCA SAI                                   C/O MORRISON & FOERSTER LLP ATTN: JOHN A. PINTARELLI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
BANQUE PICTET & CIE SA                      TRANSFEROR: BANCA SAI ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 GENEVA 73   1211 SWITZERLAND
CITIBANK (HONG KONG) LIMITED                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK (HONG KONG) LIMITED                ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY   HONG KONG
CITIGROUP GLOBAL MARKETS INC.               DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.               TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DA CARMELA RIVAS BLANCO                     CLEARY GOTTLIEB STEEN & HAMILTON LLP 12, RUE TILSITT PARIS  78008 FRANCE
DA CARMELA RIVAS BLANCO                     TRANSFEROR: HSBC PRIVATE BANK SUISSE SA BANCO BILBAO VIZCAYA ARGENTARIA, S.A. PASEO DE LA CASTELLANA 81, 12TH FLOOR
                                            MADRID  28043 SPAIN
HBK MASTER FUND L.P.                        TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                        TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HSBC PRIVATE BANK SUISSE SA                 ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND
ILLIQUIDX LLP                               TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y IEL UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL BANK LIMITED    RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. 200 LIBERTY STREET NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL BANK LIMITED    C/O BANK OF AMERICA MERRILL LYNCH ATTN: MATTHEW BROWMAN MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET
                                            LONDON  EC1A 1HQ UNITED KINGDOM
NATIONAL BANK OF FUJAIRAH PSC               TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ON BEHALF OF RAVI BANSAL, ET AL ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979
                                            AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI   UNITED ARAB EMIRATES
NOMURA CORPORATE FUNDING AMERICAS, LLC      TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019
NOMURA CORPORATE FUNDING AMERICAS, LLC      TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019
UBS SECURITIES LLC                          TRANSFEROR: AKTIA BANK PLC ATTN: CRAIG PEARSON 677 WASHINGTON BOULEVARD STAMFORD CT 06901
VARDE CREDIT PARTNERS MASTER, L.P.          TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed       21                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```