EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18969

**MACQUARIE BANK LIMITED**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 1 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Attn: Susan McKofke
Email: susan.mckofke@loanstarhfs.com
Fax: (214) 778-1699

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 18969, to the extent of $1,249,253.17 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 29, 2014.

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: **Christopher Bondy**
Title: Executive Vice President

**MACQUARIE BANK LIMITED**

By: _____          By: _____
    Name:                                Name:
    Title:                               Title:

10

ACTIVE 201483280v.4

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18969

MACQUARIE BANK LIMITED, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS OPPORTUNITIES FUND 1 LP
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Attn: Susan McKofke
Email: susan.mckofke@loanstarhfs.com
Fax: (214) 778-1699

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 18969, to the extent of $1,249,253.17 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 29, 2014.

SOLUS OPPORTUNITIES FUND 1 LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

MACQUARIE BANK LIMITED

By: _____
Name:
Title: Byron den Hertog
Division Director

By: _____
Name:
Title: FIONA SMITH
Division Director

(Signed in Sydney, POA Ref: #938 dated 22nd November 2012)

ACTIVE 201483280v.4

10

#1288690