---

**THE FOUR HUNDRED SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, JENNIFER LARSON, AT 212-310-8800.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter D. Isakoff
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

**NOTICE OF HEARING ON**
**THE PLAN ADMINISTRATOR'S FOUR HUNDRED**
**SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

　　　　**PLEASE TAKE NOTICE** that on June 2, 2014 Lehman Brothers Holdings Inc.

("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of

Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced

chapter 11 cases, filed the four hundred sixty-ninth omnibus objection to claims (the "Four Hundred Sixty-Ninth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Four Hundred Sixty-Ninth Omnibus Objection to Claims will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **July 16, 2014 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Four Hundred Sixty-Ninth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and shall be served in accordance with General Order M-399 upon (i) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 621; (ii) attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Peter D. Isakoff, Esq., Garrett A. Fail, Esq., and Jennifer Larson, Esq.); and (iii) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than **July 2, 2014 at 4:00 p.m. (Eastern Time)** (the

2

"Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Four Hundred Sixty-Ninth Omnibus Objection to Claims or any claim

set forth thereon, the Plan Administrator may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the Four

Hundred Sixty-Ninth Omnibus Objection to Claims, which order may be entered with no further

notice or opportunity to be heard offered to any party.

Dated: June 2, 2014
     New York, New York

                                   /s/ Garrett A. Fail
                                   Peter D. Isakoff
                                   Garrett A. Fail

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of Its Affiliates

US_ACTIVE:\44493204\2\58399.0011

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter D. Isakoff
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## THE PLAN ADMINISTRATOR'S FOUR HUNDRED
## SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS FOUR HUNDRED SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, JENNIFER LARSON, AT 212-310-8800.**

---

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases

(collectively, the "Chapter 11 Estates"), respectfully represents as follows:

### RELIEF REQUESTED

1.      Each of the proofs of claim listed on Exhibit A annexed hereto

(collectively, the "No Liability Claims") was filed against LBHI based upon a purported

guaranty of obligations by LBHI.  After reviewing each No Liability Claim and the

documentation provided in support thereof, the Plan Administrator has determined that, in each

case, LBHI is not liable to the holders of such claims (collectively, the "Claimants").

Accordingly, the Plan Administrator files this omnibus objection pursuant to section 502(b) of

title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures

for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"Procedures Order") [ECF No. 6664], seeking disallowance and expungement of the No

Liability Claims.

### JURISDICTION

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

US_ACTIVE:\44493204\2\58399.0011

## BACKGROUND

A.    **General Background**

3.    Commencing on September 15, 2008 and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the

Bankruptcy Code.  These chapter 11 cases have been consolidated for procedural purposes only

and are being jointly administered pursuant to Bankruptcy Rule 1015(b).

4.    Lehman Brothers International (Europe) ("LBIE") and Lehman Brothers

Limited ("LBL") are indirect subsidiaries of LBHI that are not debtors in these chapter 11 cases.

On September 15, 2008, LBIE and LBL entered into separate administration proceedings under

English insolvency law.

5.    On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Chapter 11 Estates to file omnibus objections to claims on various grounds,

including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in

the Procedures Order.

6.    On December 6, 2011, the Court entered an order confirming the Plan.

The Plan became effective on March 6, 2012.  Pursuant to the Plan, the Plan Administrator is

authorized to interpose and prosecute objections to claims filed against the Chapter 11 Estates.

B.    **The No Liability Claims**

7.    The No Liability Claims assert that LBHI, as an alleged guarantor, is

liable for certain rebates (the "Rebates") purportedly owed to Claimants by LBIE.

3

## THE NO LIABILITY CLAIMS SHOULD BE DISALLOWED AND EXPUNGED

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . .
objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential
allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See
In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,
No. 02-41729, 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re
Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section 502(b)(1) of the
Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that
"such claim is unenforceable against the debtor and property of the debtor, under any agreement
or applicable law." 11 U.S.C. § 502(b)(1).

9.      The No Liability Claims should be disallowed and expunged pursuant to
section 502(b)(1) of the Bankruptcy Code.  Upon information and belief, Claimants filed claims
for the Rebates in LBIE's insolvency proceeding, but LBIE denied having liability for such
claims on the basis that the Rebates constitute liabilities of LBL.  Upon further information and
belief, Claimants rescinded their claims against LBIE for the Rebates and subsequently filed
claims for the Rebates in LBL's insolvency proceeding.  Claimants have produced and the Plan
Administrator has no evidence that LBHI ever issued a guaranty of the Rebates specifically or
LBL's obligations generally.  Accordingly, Claimants do not have valid guaranty claims against
LBHI, and the Plan Administrator has no basis for allowing their claims.

10.     If the No Liability Claims remain on the claims register, the potential
exists for recoveries by parties who do not hold valid claims against LBHI.  Accordingly, the
Plan Administrator respectfully requests that the Court disallow and expunge the No Liability
Claims.

4

## RESERVATION OF RIGHTS

11.     The Plan Administrator reserves all rights to object on any other bases to any No Liability Claim as to which the Court does not grant the relief requested herein.  The Plan Administrator reserves the right to conduct further discovery as to the No Liability Claims and any matters raised by Claimants and to supplement this and other filings as a result thereof.

## NOTICE

12.     No trustee has been appointed in these chapter 11 cases.  Notice of this omnibus objection has been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].  The Plan Administrator submits that no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the Plan Administrator or the Chapter 11 Estates to this or any other Court.

US_ACTIVE:\44493204\2\58399.0011

WHEREFORE the Plan Administrator respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: June 2, 2014
      New York, New York

/s/ Garrett A. Fail
Peter D. Isakoff
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

6

**<u>EXHIBIT A</u>**

**OMNIBUS OBJECTION 469: EXHIBIT A - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23609 | $18,390.00 | $18,390.00 | None |
| 2 | CATERPILLAR INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21572 | $3,990.61 | $3,990.61 | None |
| 3 | CATERPILLAR INC. 401K | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21564 | $819.30 | $819.30 | None |
| 4 | CATERPILLAR INC. VEBA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21563 | $680.79 | $680.79 | None |
| 5 | CHEVRON CORP INTERNATIONAL GROWTH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21562 | $2,330.12 | $2,330.12 | None |
| 6 | DALLAS POLICE & FIRE PENSION SYSTEM SELECT INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21538 | $2,342.75 | $2,342.75 | None |
| 7 | FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21651 | $32,353.59 | $32,353.59 | None |
| 8 | FIDELITY ADVISOR EQUITY GROWTH FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21641 | $3,533.97 | $3,533.97 | None |
| 9 | FIDELITY ADVISOR NEW INSIGHTS FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21653 | $1,391.27 | $1,391.27 | None |
| 10 | FIDELITY ADVISOR OVERSEAS FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21644 | $3,578.94 | $3,578.94 | None |
| 11 | FIDELITY BLUE CHIP GROWTH FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21647 | $18,732.11 | $18,732.11 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 469: EXHIBIT A - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 12 FIDELITY CONTRAFUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21640 | $12,301.87 | $12,301.87 | None |
| 13 FIDELITY EUROPE CAPITAL APPRECIATION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21649 | $3,754.98 | $3,754.98 | None |
| 14 FIDELITY EUROPE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21645 | $112,493.21 | $112,493.21 | None |
| 15 FIDELITY EUROPE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23607 | $50,830.00 | $50,830.00 | None |
| 16 FIDELITY FIFTY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21650 | $3,123.01 | $3,123.01 | None |
| 17 FIDELITY GROWTH DISCOVERY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21648 | $1,196.57 | $1,196.57 | None |
| 18 FIDELITY GROWTH STRATEGIES FUND, A SERIES OF FIDELITY MT. VERNON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21616 | $999.84 | $999.84 | None |
| 19 FIDELITY INTERNATIONAL DISCOVERY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21646 | $18,460.61 | $18,460.61 | None |
| 20 FIDELITY OVERSEAS FUND, A SERIES OF FIDELITY INVESTMENT TRUST | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21921 | $9,267.78 | $9,267.78 | None |
| 21 FIDELITY TREND FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21639 | $1,855.95 | $1,855.95 | None |
| 22 GROWTH PORTFOLIO, | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21642 | $3,638.26 | $3,638.26 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 469: EXHIBIT A - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 23 IPYRAMIS INTERNATIONAL GROWTH FUND LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21566 | $1,086.70 | $1,086.70 | None |
| 24 IPYRAMIS SELECT INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21565 | $467.29 | $467.29 | None |
| 25 IPYRAMIS SELECT INTERNATIONAL EQUITY FUND LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21567 | $229.30 | $229.30 | None |
| 26 KENTUCKY RETIREMENT SYSTEMS INSURANCE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21561 | $2,557.29 | $2,557.29 | None |
| 27 KENTUCKY RETIREMENT SYSTEMS PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21560 | $7,971.98 | $7,971.98 | None |
| 28 MID CAP PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21652 | $1,293.40 | $1,293.40 | None |
| 29 MINNESOTA STATE BOARD OF INVESTMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21569 | $2,672.32 | $2,672.32 | None |
| 30 MINNESOTA STATE BOARD OF INVESTMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/11/2009 | 65404 | $102,302.87 | $1,504.84 | $100,798.03 |
| This objection affects only the portion of claim number 65404 that is based on an alleged guaranty of certain rebates purportedly owed to the claimant. | | | | | | | |
| 31 OHIO POLICE AND FIRE PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21559 | $3,261.99 | $3,261.99 | None |
| 32 OREGON INVESTMENT COUNCIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21543 | $13,196.71 | $10,851.64 | $2,345.07 |
| This objection affects only the portion of claim number 21543 that is based on an alleged guaranty of certain rebates purportedly owed to the claimant. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 465: EXHIBIT A - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 33 | OREGON INVESTMENT COUNCIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21655 | $956.70 | $956.70 | None |
| 34 | OVERSEAS PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21643 | $5,932.38 | $5,932.38 | None |
| 35 | PENSION FUND SOCIETY OF THE BANK OF MONTREAL, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23608 | $1,601.00 | $1,601.00 | None |
| 36 | PRIM SELECT INTERNATIONAL PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21533 | $5,500.43 | $5,500.43 | None |
| 37 | PRINCIPAL FUNDS, INC. - INTERNATIONAL FUND I | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21537 | $18,863.22 | $18,863.22 | None |
| 38 | PYRAMIS SELECT GLOBAL EQUITY COMMINGLED POOL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/11/2009 | 65411 | $21,780.91 | $230.62 | $21,550.29 |

This objection affects only the portion of claim number 65411 that is based on an alleged guaranty of certain rebates purportedly owed to the claimant.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 39 | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21552 | $4,662.88 | $3,835.37 | $827.51 |

This objection affects only the portion of claim number 21552 that is based on an alleged guaranty of certain rebates purportedly owed to the claimant.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 40 | STANLIB WEALTH MANAGEMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21570 | $18.47 | $18.47 | None |
| | | | | TOTAL | | $500,421.37 | $374,900.47 | $125,520.90 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
```
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :        **08-13555 (SCC)**
                                                   :
                            **Debtors.**           :        **(Jointly Administered)**
```
-------------------------------------------------------------------x
```

## ORDER GRANTING FOUR HUNDRED SIXTY-NINTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)

Upon the four hundred sixty-ninth omnibus objection to claims, dated June 2,

2014 (the "Four Hundred Sixty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge

the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664], all as more fully described in the Four Hundred Sixty-Ninth Omnibus Objection to

Claims; and due and proper notice of the Four Hundred Sixty-Ninth Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Four Hundred Sixty-

Ninth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest, and that the legal and factual bases set forth in the Four

Hundred Sixty-Ninth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Sixty-Ninth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Sixty-Ninth Omnibus

Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No

Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2