# EXHIBIT A

## OMNIBUS OBJECTION 471: EXHIBIT A - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 1 BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27850 | $2,734,385.61 | $2,734,385.61 * | None |
| 2 BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27854 | $4,750,000.00 | $4,750,000.00 * | None |
| | | | TOTAL | | $7,484,385.61 | $7,484,385.61 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts