UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (SCC)
                                                                   :
                                    Debtors.                :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED SEVENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)

Upon the four hundred seventy-first omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Seventy-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Seventy-First Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-First Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-First Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Seventy-First Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-First Omnibus Objection to Claims.

2

ORDERED that the relief requested in the Four Hundred Seventy-First Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
      New York, New York

                                                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## OMNIBUS OBJECTION 471: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27850 | $2,734,385.61 | $2,734,385.61 * | None |
| 2 | BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27854 | $4,750,000.00 | $4,750,000.00 * | None |
| | | | | TOTAL | | $7,484,385.61 | $7,484,385.61 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts