**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Arnoldo B. Lacayo, request admission *pro hac vice* before the Honorable Shelley C. Chapman to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced jointly administered chapter 11 cases.

I certify that I am a member in good standing of the bar in the State of Florida. I am submitting the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 30, 2014
Miami, Florida

Respectfully submitted,

/s/ Arnoldo B. Lacayo
**ASTIGARRAGA DAVIS MULLINS GROSSMAN, P.A.**
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email: alacayo@astidavis.com

*Attorneys for Banco Interior de São Paulo, S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (SCC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Arnoldo B. Lacayo, to be admitted *pro hac vice* to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced, jointly administered chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the State of Florida.

ORDERED, that Arnoldo B. Lacayo is admitted to practice *pro hac vice* in the above-referenced chapter 11 cases to represent Banco Interior de São Paulo, S.A. in the United States Bankruptcy Court for the Southern District of New York.

Dated: _____, 2014
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY COURT