**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Arnoldo B. Lacayo, to be admitted *pro hac vice* to represent Banco Interior de São Paulo, S.A., a party-in-interest in the above-referenced, jointly administered chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the State of Florida.

ORDERED, that Arnoldo B. Lacayo is admitted to practice *pro hac vice* in the above-referenced chapter 11 cases to represent Banco Interior de São Paulo, S.A. in the United States Bankruptcy Court for the Southern District of New York.

Dated: June 3, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE