UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                Debtors.                                          :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 44122, 44219,
                                                                       444414, 44416-44419


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 29, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
3rd day of June, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44122, 44219, 444414, 44416-44419_AFF_5-29-14.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ARES ENHANCED LOAN INVESTMENT STRATEGY III, LTD
ATTN: REEMA EZZIE
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
GLOBAL CORPORATE TRUST
601 TRAVIS STREET, 16TH FLOOR
HOUSTON TX 77002

ARES ENHANCED LOAN INVESTMENT STRATEGY III,
LATHAM & WATKINS LLP
ATTN: MARK BROUDE
885 THIRD AVENUE, 3RD FLOOR
NEW YORK NY 10022

Please note that your claim # 21896 in the above referenced case and in the amount of $390,065.15 allowed at $87,627.61 has been transferred **(unless previously expunged by court order)**

MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: ARES ENHANCED LOAN INVESTMENT STRATEGY III, LTD
ATTN: JOHN RAGUSA
1585 BROADWAY
NEW YORK NY 10036

MORGAN STANLEY SENIOR FUNDING, INC.
MANAGING LAW CLERK
RICHARDS KIBBE & ORBE LLP
200 LIBERTY STREET
NEW YORK NY 10281-1003

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44417 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/29/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s)

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 29, 2014.

# EXHIBIT B

```
TIME: 10:45:10                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE: 1
DATE: 05/29/14                                              CREDITOR LISTING

Name                                             Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
MASTER FUND LP                                    NEW YORK NY 10022
ARES ENHANCED LOAN INVESTMENT STRATEGY            LATHAM & WATKINS LLP ATTN: MARK BROUDE 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022
III, LTD
ARES ENHANCED LOAN INVESTMENT STRATEGY            ATTN: REEMA EZZIE THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. GLOBAL CORPORATE TRUST 601 TRAVIS STREET, 16TH FLOOR
III, LTD                                          HOUSTON TX 77002
ARES IIIR/IVR CLO LTD                             ATTN: REEMA EZZIE THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. GLOBAL CORPORATE TRUST 601 TRAVIS STREET, 16TH FLOOR
                                                  HOUSTON TX 77002
ARES IIIR/IVR CLO LTD                             MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022
ARES VR CLO LTD.                                  ATTN: BILL REARDON 1 FEDERAL STREET 3RD FLOOR, US BANK BOSTON MA 02110
ARES VR CLO LTD.                                  MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: LEHMAN BROTHERS ASIA CAPITAL COMPANY C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY S. COHEN/ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.            REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281-1003
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ARES ENHANCED LOAN INVESTMENT STRATEGY III, LTD ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ARES IIIR/IVR CLO LTD ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ARES VR CLO LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: UBS AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
SOLA LTD.                                         TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND

Total Number of Records Printed         19
```