UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                                      :
In re                                                                 :    Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :    08-13555 (SCC)
                                                                      :    (Jointly Administered)
                                Debtors.                              :
                                                                      :
----------------------------------------------------------------------x    Ref. Docket Nos. 44420-44422,
                                                                           44439-44442


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Lauren Rodriguez
                                                              Lauren Rodriguez

Sworn to before me this
3rd day of June, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    SENATOR GLOBAL OPPORTUNITY FUND LP
       TRANSFEROR: DEUTSCHE BANK AG, LONDON
       ATTN: EVAN GARTENLAUB, GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER
       510 MADISON AVE FL 28
       NEW YORK NY 10022-5316

Please note that your claim # 18966 in the above referenced case and in the amount of
    $18,200,000.00  allowed at $4,673,408.72    has been transferred (unless previously expunged by court order)

MACQUARIE BANK LIMITED                              MACQUARIE BANK LIMITED
TRANSFEROR: SENATOR GLOBAL OPPORTUNITY FUND LP      ROBERT SCHEININGER
ATTN: SHAUN GEMBALA                                 SIDLEY AUSTIN LLP
125 WEST 55TH STREET                                787 SEVENTH AVENUE
NEW YORK NY 10019                                   NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44439    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/30/2014                                    Vito Genna, Clerk of Court

                                                    /s/ Lauren Rodriguez
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on May 30, 2014.

# EXHIBIT B

```
TIME: 13:20:20                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 05/30/14                                                 CREDITOR LISTING

Name                                        Address
ILLIQUIDX LLP                               TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y IEL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                      ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
L.T ZWIERS                                  BOSCHPOORT HOF 40 OSS   5341 HN NETHERLANDS
MACQUARIE BANK LIMITED                      ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                      TRANSFEROR: SENATOR GLOBAL OPPORTUNITY FUND LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                      TRANSFEROR: SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
SENATOR GLOBAL OPPORTUNITY FUND LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: EVAN GARTENLAUB, GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER 510 MADISON AVE FL 28
                                            NEW YORK NY 10022-5318
SENATOR GLOBAL OPPORTUNITY FUND LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SENATOR INVESTMENT GROUP LP
                                            ATTN: EVAN GARTENLAUB, GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER 510 MADISON AVE FL 28 NEW YORK NY 10022-5318
SENATOR GLOBAL OPPORTUNITY INTERMEDIATE     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EVAN GARTENLAUB, GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER 510 MADISON AVE FL 28
FUND L.P.                                   NEW YORK NY 10022-5318
SENATOR GLOBAL OPPORTUNITY INTERMEDIATE     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SENATOR INVESTMENT GROUP LP
FUND L.P.                                   ATTN: EVAN GARTENLAUB, GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER 510 MADISON AVE FL 28 NEW YORK NY 10022-5318
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: L.T ZWIERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: ZWIENS, L.S.P. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
ZWIENS, L.S.P.                              BOSCHPOORT NO 40 OSS  5341 HN NETHERLANDS


Total Number of Records Printed             13
```