UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## JOINT NOTICE OF PARTIAL WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 67848 (the "Claim"), filed on January 6, 2012, against Lehman Brothers Holdings Inc. ("LBHI") by Crédit Agricole Corporate and Investment Bank (f/k/a Calyon) (the "Claimant") in the amount of $247,578,723.00 plus costs, fees, interest and costs of carry, and amending proof of claim number 27241.

PLEASE TAKE NOTICE that in accordance with prior agreement between the Claimant and LBHI pursuant to which certain portions of the Claim were allowed and certain portions disallowed, the Claim currently remains pending on the claims register against the estate of LBHI in the amount of $55,779,512.00 plus costs, fees, interest and costs of carry (the "Claim Amount"). The Claim Amount consists of claims asserted against LBHI in respect of its asserted guarantees of the obligations of (a) Lehman Brothers International (Europe) ("LBIE") in respect of (i) that certain July 16, 2004 ISLA Global Master Securities Agreement between the Claimant and LBIE, (ii) that certain May 24, 2004 ISDA Master Agreement, including LBIE ISDA Documentation,[1] between the Claimant and LBIE and (iii) that certain January 14, 1997 ISMA Global Master Repurchase Agreement between the Claimant and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Claim.

1

LBIE, in the aggregate amount of $46,849,992.00 (the "LBIE Claim Amount"); and (b) Lehman Brothers Finance AG *a/ka* Lehman Brothers Finance SA ("LBF") in respect of that certain June 29, 2000 ISDA Master Agreement, including LBF ISDA Documentation, between the Claimant and LBF, in the aggregate amount of $8,929,520.00 (the "LBF Claim Amount").

PLEASE TAKE FURTHER NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice all portions of the Claim related to the LBIE Claim Amount. The Claimant does not withdraw, and reserves all of its rights with respect to, that portion of the Claim related to the LBF Claim Amount. The Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the LBIE Claim Amount from the claims register and to reflect that the asserted amount of the Claim has been reduced to $8,929,520.00. The Claimant represents and warrants that the withdrawal of the LBIE Claim Amount is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on January 17, 2013, the issuance of which was noticed in a filing with the Court on January 22, 2013 [ECF No. 34085], in its entirety. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph, or from issuing new subpoenas unrelated to the Board Resolution Guarantee with regard to the remaining portion of the Claim related to LBF.

Dated: June 3, 2014
New York, New York

Andrew Brozman
Adam Lesman
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8045
Facsimile: (212) 878-8375

*Attorneys for Crédit Agricole Corporate and Investment Bank (f/k/a Calyon)*

Dated: June 3, 2014
New York, New York

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*