







Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rothschild Bank AG
**Name of Transferee**

RBS Coutts Bank AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Rothschild Bank AG
Zollikerstrasse 181
CH 8034 Zurich

Court Claim # (if known): 45221
Date Claim Filed: October 23, 2009
Amount of Claim: USD 40'200'105.23
Portion of Claim Transferred (see Schedule I): Nominal EUR 300'000

Phone: +41 44 384 7665
Last Four Digits of Acct #: 2510

Phone: +41 43 2455767
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Rothschild Bank AG_    Date: _May 13, 2014_
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael Harrer
Vice President

Michael Niggeler
Executive

# EVIDENCE OF TRANSFER OF CLAIM

RECEIVED MAY 21 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Rothschild Bank AG, 8008 Zurich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 07 May 2014

RBS Coutts Bank AG

By: _____  
Name: Erich Vogel  
Title: Vice President

By: _____  
Name: Hans-Peter Schmid  
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0300477709 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR   300'000.00 |

13. May 2014



**Registered
Strictly Private and Confidential**

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**Claim Transfer**

To whom it may concern

We have recently received a position of ISIN XS0300477709 from RBS Coutts Bank AG and would like to re-register the claim to our nominee. Please find the signed supporting Form 210a and the Evidence of Transfer of Claim attached.

Please send your confirmation and docket number to the email address mentioned below.

Please don't hesitate to contact me should you have any questions.

Yours sincerely

Michael Niggeler
Executive

Michael Harrer
Vice President

Rothschild Bank AG
Zollikerstrasse 181
8034 Zurich
Schweiz

Telephone +41 (0) 44 384 7660
Facsimile: +41 (0) 44 384 7217
Corporate.Actions@Rothschildbank.com

Registered Number: CH-020.3.922.189-8
Zollikerstrasse 181, 8034 Zurich, Switzerland