UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
:
In re                                                                        :        Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                                  :         08-13555 (SCC)
:        (Jointly Administered)
Debtors.                                                    :
:
---------------------------------------------------------------------------x        **Ref. Docket Nos. 44432-44438,**
**44443-44446, 44448, 44449, 44452-**
**44455, 44468, 44470, 44472, 44474,**
**44476**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK    )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
4th day of June, 2014

*/s/ Lauren Rodriguez*
Lauren Rodriguez

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CREDIT SUISSE
      ATTN: ALLEN GAGE
      1 MADISON AVE
      NEW YORK NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 5255829-12 in the above referenced case and in the amount of
      $0.00  allowed at $29,137.87       has been transferred **(unless previously expunged by court order)**

BANK JULIUS BAER & CO. LTD.
TRANSFEROR: CREDIT SUISSE
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
ZURICH   CH-8010
SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44446       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/03/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 3, 2014.

# EXHIBIT B

```
TIME: 11:45:55                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 06/03/14                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | DANIEL MIRANDA & JEFFERY LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10018 |
| BARCLAYS BANK PLC | JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ANDREW J. CALLAHAN, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GLG PROSPECT MOUNTAIN LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GLG PROSPECT MOUNTAIN LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PROSPECT MOUNTAIN FUND, LTD ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: QUANTUM PARTNERS LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: JENNA YOO AND HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIARE S.P.A | TRANSFEROR: DR. MARCO FISCHETTI CORSO EUROPA, 20 MILANO 20122 ITALY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| GLG PROSPECT MOUNTAIN LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVE..., 27TH FLOOR NEW YORK NY 10018 |
| GLG PROSPECT MOUNTAIN LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| JEFFERIES INTERNATIONAL LIMITED | TRANSFEROR: CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIARE S.P.A ATTN: LISA BRADY VINTNERS PLACE 68 UPPER THAMES STREET LONDON EC4V 3BJ UNITED KINGDOM ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JEFFERIES INTERNATIONAL LIMITED | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: LISA BRADY VINTNERS PLACE 68 UPPER THAMES STREET LONDON EC4V 3BJ UNITED KINGDOM |
| MACQUARIE BANK LIMITED | TRANSFEROR: SENATOR GLOBAL OPPORTUNITY FUND LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SFCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | TRANSFEROR: SFCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVE..., 27TH FLOOR NEW YORK NY 10018 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| PROSPECT MOUNTAIN FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| SEAPORT LOAN PRODUCTS, LLC | TRANSFEROR: YATIRIM FINANSMAN MENKUL DEGERLER A.S. ATTN: CHRIS JONES 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SILVER POINT LUXEMBOURG PLATFORM S.A.R.L. | TRANSFEROR: SFCP GROUP, LLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, LLC | TRANSFEROR: DEPFA BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| UNIONE DI BANCHE ITALIANE SCPA | AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | O/B/O WILSHIRE ORE - TRANSFEROR: BARCLAYS BANK PLC HSBC INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR-HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR-HARRIS 452 5TH AVE..., 27TH FLOOR NEW YORK NY 10018 |
| YATIRIM FINANSMAN MENKUL DEGERLER A.S. | ATTN: EMRE BIRKAN NISPETIYE CAD. AKMERKEZ E-3 BLOK KAT: 4, ETILER 34337 ISTANBUL 34337 TURKEY |

Total Number of Records Printed        41