

**R**
**Recommandé   RM 627 245 887 CH**
**Suisse**                   28.04.2014



MAY 2 2014

**28.04.14         9.80**
CH - 8010                    PRIORITY
Zürich            Stand 2

2000034                      DIE POST



FILED / RECEIVED
MAY 0 5 2014
EPIQ SYSTEMS

Logistik
LOAV2



| | |
|---|---|
| Kontakt | Patrick Heuberger |
| Telefon | 044 292 76 57 |
| Fax | 044 292 86 64 |
| E-Mail | patrick.heuberger@zkb.ch |
| Adresse | Neue Hard 3 |
| | 8010 Zürich |
| Briefadresse | |

Einschreiben

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 25. April 2014

**Partial Transfer of Claim „Lehmann Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed both the „Form 210A" and the orgianlly signed „Evidence of Transfer of Claim" including „Schedule 1" released by Notenstein Privatbank AG on April 24; 2014.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0345288459 |
| Titel: | 6.65% Equity Yield Note Lehman Brothers -19.02.2009 on Google Inc SHS |
| Nominal: | USD 45'000.00 |
| Transferor: | Notenstein Privatbank AG |
| Transferee: | Ulrich Rutz |
| Initial Proof of Claim Number: | 49651-03 |

Best regards
Zürcher Kantonalbank

Matthias Hafner          Sandra Azzolina

Zürcher Kantonalbank
1/1

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ulrich Rutz
_____
Name of Transferee

Notenstein Privatbank AG
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:

Ulrich Rutz
Kleindorfstr. 12a
CH-8707 Uetikon am See
Switzerland

Court Claim # (if known): 49651-03
Date Claim Filed: October 27, 2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): USD 45'000.00

Phone: +41 44 920 68 16
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Zürcher Kantonalbank, Attn. LOAV2/P. Heuberger
P.O. Box, CH-8010 Zürich, Switzerland

Phone: +41 44 292 76 57 / patrick.heuberger@zkb
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthias Hafner_ / _Sandra Azzolina_    Date: 25.04.2014
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein Privatbank AG ("Transferor") unconditionally and irrevocably transferred to Ulrich Rutz ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 49651-03**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON April 24th, 2014.

Notenstein Privatbank AG

By: _____
Name: August Zingg
Title: Associate

By: _____
Name: Marco Rinaldi
Title: Associate

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0345288459 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 45'000.00 |