WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (SCC)
                                          :
                Debtors.                  :   (Jointly Administered)
                                          :
                                          :
-------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF ONE
HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 16114] **solely as to the claims listed on Exhibit A attached hereto**. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on

any grounds in the future.

Dated: June 4, 2014
       New York, New York

                                /s/ Robert J. Lemons
                                Robert J. Lemons

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| MIZRAHI TEFAHOT BANK, LTD | 19171 | 17221 |
| MIZRAHI TEFAHOT BANK, LTD | 19170 | 17221 |