DHL EXPRESS

www.dhl.com

EXPRESS WORLDWIDE — DOX — DHL
DHL EasyShip 5.3.12

FROM: UBP
98, RUE DU RHONE
1204 GENEVE
SWITZERLAND

Origin: GVA

TO: EPIQ BANKRUPTCY SOLUTIONS, LLC
LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
10017 NEW YORK, NEW YORK
UNITED STATES OF AMERICA

US-ZYP

FILED / RECEIVED
MAY 0 5 2014
EPIQ SYSTEMS
Day    Time

(J)JD01 3056 2658 7001 2507

(2L)US10017 + 42000000

WAYBILL40 8212 8374

Content description:

Account No. 160567912
Date:    Pce / Shpt Weight Place    Ref code
                        1 / 0.50    1/1
Day    Time
----

Origin: GVA    JFKL
US-ZYP-TS2
10017 NEW YORK, United States

EXPRESS WORLDWIDE    DOX    DHL

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | Lloyds TSB Bank plc (Geneva branch) on behalf of Mrs Ruth Knight.<br>Monte Marina - 31, Avenue des Papalins<br>MC 98000 - Monaco |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):<br>Lehman Sec. Pr. Proof of Claim: 0000055518<br>Amount of Claim: $75'414.89<br>Date Claim Filed: 10.29.2009 |
| Phone: +41.58.819.3428<br>Last Four Digits of Acct #: | Phone: +41.22.307.3445<br>Last Four Digits of Acct. #: 2468 |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\NY - 002381/000005 - 2784660 v1