08.05.14        9.80
CH - 8010        PRIORITY
Zürich           Stand 2

2000034         DIE POST

**PP**

**R**  
Recommandé   RM 627 246 065 CH
Suisse
              08.05.2014



MAY 14 2014

FILED / RECEIVED

MAY 15 2014

EPIQ SYSTEMS

Logistik
LOAV2



| | |
|---|---|
| Kontakt | Patrick Heuberger |
| Telefon | 044 292 76 57 |
| Fax | 044 292 86 64 |
| E-Mail | patrick.heuberger@zkb.ch |
| Adresse | Neue Hard 3 |
| | 8010 Zürich |
| Briefadresse | |

**Einschreiben**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 7. Mai 2014

**Partial Transfer of Claim „Lehmann Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed both the „Form 210A" and the originally signed „Evidence of Transfer of Claim" including „Schedule 1" released by Bank Julius Baer & Co. Ltd. on May 7th; 2014.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0300658597 |
| Titel: | Index-Linked Notes Lehman Brothers 2007-29.6.12 (EXP.22.6.12)on CECEEUR |
| Nominal: | CHF 35'000.00 |
| Transferor: | Bank Julius Baer & Co. Ltd. |
| Transferee: | Brigitta Imholz |
| Initial Proof of Claim Number: | 58786 |

Best regards
Zürcher Kantonalbank

Markus Graf                    Sandra Azzolina

Form 210A (10/06)



# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Brigitta Imholz | Bank Julius Baer & Co Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Brigitta Imholz
Im Russen 3a
CH-8708 Maennedorf
Switzerland

Phone: +41 58 333 71 02
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Zürcher Kantonalbank, Attn. LOAV2/P. Heuberger
P.O. Box, CH-8010 Zürich, Switzerland

Phone: +41 44 292 76 57 / patrick.heuberger@zkb
Last Four Digits of Acct #: _____

Court Claim # (if known): 58786
Date Claim Filed: October 30, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): CHF 35'000.00

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Markus Graf   Sandra Azzolina__   Date: 07.05.2014
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Brigitta Imholz, Im Russer 3a, CH-8708 Männedorf, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **amount of CHF 35'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 May 2014.

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Director

Fabian Burckhardt
Executive Director

RECEIVED MAY 19 2014

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| XS0300658597 | 58786 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | CHF 35'000 |