B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MORGAN STANLEY SENIOR FUNDING, INC. | Ore Hill Hub Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway
New York, NY 10036
Attn: John Ragusa
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, NY 1028-1003
Attn: Managing Law Clerk

Court Claim # (if known): 33614
Amount of Claim Transferred: $3,798,802.90
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33659
Amount of Claim Transferred: $481,209.01
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33582
Amount of Claim Transferred: $1,322,955.81
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33585
Amount of Claim Transferred: $1,893,799.61
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): <u>33588</u>
Amount of Claim Transferred: <u>$791,756.75</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*John Ragusa*_____    Date: __6-4-14_____
      Transferee/Transferee's Agent
      **John Ragusa**
      **Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By:_____    Date: _____
      Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By:_____          Date:   6-4-14_____
    Transferor/Transferor's Agent