B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MORGAN STANLEY SENIOR FUNDING, INC. | WILSHIRE INSTITUTIONAL MASTER FUND |
|---|---|
| Name of Transferee | II SPC- WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO |
| | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway
New York, NY 10036
Attn: John Ragusa
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, NY 1028-1003
Attn: Managing Law Clerk

Court Claim # (if known): 27310
Amount of Claim Transferred: $2,000,000.00
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

819285v.2 153/04605                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*John Ragusa*___                      Date: ___6-4-14___

    Transferee/Transferee's Agent
    John Ragusa
    Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By: _____           Date: _____

    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

By:_____[signature]_____          Date: _____6-4-14_____
    Transferor/Transferor's Agent