

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et al., Debtors    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CHEUNG WING CHI WINNIE                           WINDSONG EQUITIES LIMITED
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 40023
should be sent: CHEUNG WING CHI WINNIE           Amount of Claim: $1,187,278.17
FLAT A, 9/F,                                     Date Claim Filed: 10/14/2009
NO. 1 HOMANTIN HILL ROAD,
KOWLOON, HONG KONG
Phone: 852-9806-1173                             Phone: 852-9806-1173
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: 852-9806-1173
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                              Date: 15-MAY-2014
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.