**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re                                           : Chapter 11
                                                : Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :
                                                : Jointly Administered
                    Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES

WHEREAS, on February 28, 2014, the Court granted the request of Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited (together, "Canary Wharf") to move for summary judgment that Lehman Brothers Holdings Inc. ("LBHI," and with Canary Wharf, the "Parties") is liable for Canary Wharf's claims (proof of claim numbers 14824 and 14826) under paragraph 1 of the surety agreement between the Parties, and approved the Parties' proposed briefing schedule under which Canary Wharf would file its summary judgment motion on March 14, 2014, LBHI would file its response on May 2, 2014 and Canary Wharf would file its reply on May 23, 2014;

WHEREAS, on March 14, 2014, Canary Wharf filed its motion for summary judgment (ECF Nos. 43538–40);

WHEREAS, on March 31, 2014, the Court granted the request of LBHI to file a cross-motion for summary judgment that it is not liable under paragraph 1 of the surety agreement, and to amend the briefing schedule so that LBHI would file its response to Canary Wharf's summary judgment motion and cross-motion for summary judgment on or before on May 2, 2014; Canary Wharf would file its reply on its motion for summary judgment and

response to LBHI's cross-motion on May 23, 2014; and LBHI would file a reply on its cross-motion on June 13, 2014 (ECF No. 43898);

WHEREAS, on April 24, 2014, the Court approved the Parties' proposed amended briefing schedule so that LBHI would serve and file its response to Canary Wharf's summary judgment motion and cross-motion for summary judgment on or before May 22, 2014 at 5:00 p.m.; Canary Wharf would serve and file its reply in support of its motion for summary judgment and response to LBHI's cross-motion for summary judgment on or before June 12, 2014 at 5:00 p.m.; and LBHI would serve and file its reply in support of its cross-motion for summary judgment on or before July 3, 2014 (ECF No. 44091);

WHEREAS, on May 22, 2014, LBHI filed its response to Canary Wharf's summary judgment motion and cross-motion for summary judgment (ECF Nos. 44405–09);

WHEREAS, in view of certain professional obligations that have arisen, the Parties have agreed that an amendment to the current briefing schedule is desirable;

IT IS THEREFORE AGREED AND ORDERED:

1.  Canary Wharf will serve and file its reply in support of its motion for summary judgment and response to LBHI's cross-motion for summary judgment on or before June 26, 2014 at 5:00 p.m.; and

2.  LBHI will serve and file its reply in support of its cross-motion for summary judgment on or before July 31, 2014.

3. All papers will be served by email.

IT IS HEREBY STIPULATED AND AGREED:

Dated this 4th day of June, 2014.

| WEIL, GOTSHAL & MANGES LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Peter D. Isakoff | By: /s/ David B. Tulchin |
| David J. Lender<br>Peter D. Isakoff<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007<br><br>*Counsel for Lehman Brothers Holdings Inc.* | David B. Tulchin<br>Marc De Leeuw<br>John J. Jerome<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 558-4000<br>Fax: (212) 558-3588<br><br>*Counsel for Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited* |

**IT IS SO-ORDERED:**
June 5, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE