# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                                         (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>Panning Master Fund, LP</u>                              <u>JPMorgan Chase Bank, N.A.</u>
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): <u>32695</u>
should be sent:                                        Amount of Claim Transferred: <u>$25,000,000.00</u>
                                                       Date Claim Filed: <u>September 22, 2009</u>
510 Madison Avenue, 24th Floor                         Debtor: <u>Lehman Brothers Holdings Inc.</u>
New York, NY 10022
Attn: Robert Bowers
Email: Robert@panningcapital.com
Tel: 212-916-1896

15

LCPI LBHI (State Street) JPM to Panning AOC (2).doc

PANNING MASTER FUND, LP

By: _____
    Transferee/Transferee's Agent
Name: ~~William M. Kelly~~
Title: Authorized Signatory
Date: 6-3-14


JPMORGAN CHASE BANK, N.A.

By: _____
    Transferor/Transferor's Agent
Name: Anita Rodriguez
Title: Authorized Signatory
Date: 6-4-14

16

LCPI LBHI (State Street) JPM to Panning AOC (2).doc