WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re                                                             :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (SCC)**
:
Debtors.                                               :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF OBJECTION
## TO PROOF OF CLAIM NUMBERS 67782, 68103, AND 64071

**PLEASE TAKE NOTICE** that the hearing on the Objection to Proof of Claim Numbers 67782, 68103, and 64071 [ECF No. 44269] that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 16, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 5, 2014
      New York, New York

           /s/ Richard W. Slack
           Richard W. Slack

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates