UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— x
                                                              :
In re:                                                        :     Chapter 11
                                                              :
                                                              :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :
                                                              :
         Debtors.                                             :
———————————————————————————— x

**ORDER TO SHOW CAUSE TO SHORTEN NOTICE PERIOD AND EXTEND THE
RESPONSE DEADLINE BY ONE DAY FOR LATE SERVED RECIPIENTS OF
DEBTORS' MOTION FOR ALTERNATIVE RESOLUTION PROCEDURES ORDER
FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE
LOAN SELLERS ON DEBTORS' MASTER SERVICE LIST**

Upon the motion, dated May 29, 2014, Lehman Brothers Holdings Inc., as Plan Administrator for the entities in the above referenced chapter 11 cases (the "Debtors"), for an alternative dispute resolution procedures order for indemnification claims of the Debtors against mortgage originators [Dkt. No. 44450] (the "Motion"),[1] all as more fully described in the Motion; and upon the Declaration of Adam M. Bialek pursuant to Local Rule 9077-1(a), dated June 5, 2014 (the "Declaration"), attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that responses to the Motion, if any, by the Internal Revenue Service, United States Trustee, and those parties on the Master Service List set forth in Exhibit B to the Affidavit of Service of Carol Zhang, dated June 3, 2014, concerning service of the Motion [Dkt. No. 44559] (collectively the "Late Served Parties"), shall be filed and served no later than **June 13, 2014**; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have that meaning ascribed to them in the Motion.

ORDERED that the notice period for service of the Motion shall be shortened by one day to twenty days in accordance with the Case Management Procedures Order [Dkt. No. 9635]; and it is further

ORDERED that service of the Motion on the Late Served Parties and all other parties in interest shall be deemed timely; and it is further

ORDERED that nothing else in the Motion, including (i) the procedure for filing and serving responses to the Motion, (ii) the deadline of June 13, 2014 for filing and serving responses to the Motion by parties other than the Late Served Parties, and (iii) the Hearing Date for the Motion scheduled for June 19, 2014, shall be deemed changed or otherwise altered by this Order to Show Cause; and it is further

ORDERED that notice of this Order to Show Cause shall be deemed proper if given to the Late Served Parties via email (except for the United States Trustee and Internal Revenue Service), fax, first class mail, or overnight mail, on or before June 6, 2014 at 11:59 p.m. (prevailing Eastern Standard Time).

Dated: June 6, 2014
New York, New York

>*/s/ Shelley C. Chapman*
>HONORABLE SHELLEY C. CHAPMAN
>UNITED STATES BANKRUPTCY JUDGE