**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, New York  10022
Daniel F. X. Geoghan, Esq.
(212) 752-8000
(212) 752-8393 Facsimile

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned attorney with the law offices of Cole, Schotz, Meisel, Forman & Leonard, P.A., as counsel for *CF Midas Balanced Growth Fund,* hereby withdraws his appearance in the above-referenced cases and requests that he be removed from the Court's CM/ECF noticing list and any other service lists maintained in these cases.

DATED:  June 6, 2014

                Respectfully submitted,

                COLE, SCHOTZ, MEISEL,
                FORMAN & LEONARD, P.A.

                By*:    /s/ Daniel F. X. Geoghan*
                      Daniel F. X. Geoghan, Esq.

40000/0679-10679355v1

## CERTIFICATION OF SERVICE

I certify that on June 6, 2014, this office caused the within *Notice of Withdrawal of Appearance and Request for Removal from Service Lists* to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, *via electronic filing*. I further certify that on June 6, 2014, the foregoing Notice was served by electronic transmission (CM/ECF System) to the parties on the Clerk's list who receive electronic notification of filings.

                                                */s/ Daniel F. X. Geoghan*
                                                Daniel F. X. Geoghan, Esq.

DATED: June 6, 2014