B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Senator Global Opportunity Master Fund L.P.</u>
Name of Transferee                                             Name of Transferor


Name and Address where notices to transferee          Court Claim # (if known): <u>17247</u>
should be sent:                                                        Amount of Claim: <u>$580,000,000.00 (allowed)</u>
                                                                            Transferred Amount: <u>$20,000,000.00 (allowed)</u>
30 Hudson Street, 5th Floor                                     Date Claim Filed: <u>9/18/09</u>
Jersey City, NJ 07302                                           Debtor: <u>Lehman Brothers Holdings Inc.</u>
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: ___6/6/14_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
By: Senator Master GP LLC, its General Partner

By: _____     Date: _____
      Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____      Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
By: Senator Master GP LLC, its General Partner

By: _____      Date: _____6/6/14_____
       Transferor/Transferor's Agent