UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                        :

In re                                :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (SCC)

            Debtors.      :        (Jointly Administered)

-------------------------------------------------------------------x    Ref. Docket No. 44572

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 6, 2014, I caused to be served the "Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List," dated June 6, 2014 [Docket No. 44572], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            Eleni Manners

Sworn to before me this
6th day of June, 2014

Notary Public, State of New York

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

*Lehman Brothers Holdings Inc. – Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@ntexas-attorneys.com |
| aalfonso@willkie.com | bankruptcymatters@us.nomura.com |
| abeaumont@fklaw.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| adarwin@nixonpeabody.com | bdk@schlamstone.com |
| Adiamond@DiamondMcCarthy.com | bguiney@pbwt.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | BMiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | Brian.Corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | brosenblum@jonesday.com |
| agold@herrick.com | broy@rltlawfirm.com |
| agoldstein@tnsj-law.com | bruce.wright@sutherland.com |
| agottfried@morganlewis.com | bstrickland@wtplaw.com |
| aisenberg@saul.com | btrust@mayerbrown.com |
| akadish@dtlawgroup.com | bturk@tishmanspeyer.com |
| akantesaria@oppenheimerfunds.com | bwolfe@sheppardmullin.com |
| akolod@mosessinger.com | cahn@clm.com |
| alum@ftportfolios.com | caitrin.mckiernan@freshfields.com |
| amarder@msek.com | canelas@pursuitpartners.com |
| amartin@sheppardmullin.com | carol.weinerlevy@bingham.com |
| AMcMullen@BoultCummings.com | cbelisle@wfw.com |
| amenard@tishmanspeyer.com | cbelmonte@ssbb.com |
| amh@amhandlerlaw.com | cdesiderio@nixonpeabody.com |
| Andrew.Brozman@cliffordchance.com | cgonzalez@diazreus.com |
| andrew.lourie@kobrekim.com | Chad.Husnick@kirkland.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chemrick@connellfoley.com |
| aostrow@beckerglynn.com | chipford@parkerpoe.com |
| apalazzolo@fzwz.com | chris.donoho@lovells.com |
| aquale@sidley.com | Christopher.Greco@kirkland.com |
| arainone@bracheichler.com | clarkb@sullcrom.com |
| arheaume@riemerlaw.com | clynch@reedsmith.com |
| arlbank@pbfcm.com | cmontgomery@salans.com |
| arosenblatt@chadbourne.com | cohen@sewkis.com |
| arthur.rosenberg@hklaw.com | cp@stevenslee.com |
| arwolf@wlrk.com | cpappas@dilworthlaw.com |
| aseuffert@lawpost-nyc.com | craig.goldblatt@wilmerhale.com |
| ashmead@sewkis.com | craigjustinalbert@gmail.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| asomers@rctlegal.com | csalomon@beckerglynn.com |
| aunger@sidley.com | cschreiber@winston.com |
| austin.bankruptcy@publicans.com | cshore@whitecase.com |
| avenes@whitecase.com | cshulman@sheppardmullin.com |
| azylberberg@whitecase.com | cszyfer@stroock.com |
| bankr@zuckerman.com | cwalsh@mayerbrown.com |
| bankruptcy@goodwin.com | cward@polsinelli.com |
| bankruptcy@morrisoncohen.com | cweber@ebg-law.com |

*Lehman Brothers Holdings Inc. –  Email Service List*

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com

dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
ep@scottwood.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com

*Lehman Brothers Holdings Inc. –  Email Service List*

| | |
|---|---|
| hsteel@brownrudnick.com | jjureller@klestadt.com |
| ian.roberts@bakerbotts.com | jlamar@maynardcooper.com |
| icatto@mwe.com | jlawlor@wmd-law.com |
| igoldstein@proskauer.com | jlee@foley.com |
| ilevee@lowenstein.com | jlevitin@cahill.com |
| israel.dahan@cwt.com | jlscott@reedsmith.com |
| iva.uroic@dechert.com | jmaddock@mcguirewoods.com |
| jacobsonn@sec.gov | jmakower@tnsj-law.com |
| james.heaney@lawdeb.com | jmazermarino@msek.com |
| james.mcclammy@dpw.com | jmelko@gardere.com |
| james.sprayregen@kirkland.com | jmerva@fult.com |
| jamesboyajian@gmail.com | jmmurphy@stradley.com |
| jamestecce@quinnemanuel.com | jmr@msf-law.com |
| jar@outtengolden.com | jnadritch@olshanlaw.com |
| jason.jurgens@cwt.com | jnm@mccallaraymer.com |
| jay.hurst@oag.state.tx.us | john.monaghan@hklaw.com |
| jay@kleinsolomon.com | john.mule@ag.state.mn.us |
| jbeemer@entwistle-law.com | john.rapisardi@cwt.com |
| jbeiers@co.sanmateo.ca.us | jonathan.goldblatt@bnymellon.com |
| jbird@polsinelli.com | Jonathan.Henes@kirkland.com |
| jbromley@cgsh.com | jorbach@hahnhessen.com |
| jcarberry@cl-law.com | Joseph.Cordaro@usdoj.gov |
| jchristian@tobinlaw.com | Joseph.Serino@kirkland.com |
| jchubak@proskauer.com | joshua.dorchak@bingham.com |
| jdoran@haslaw.com | jowen769@yahoo.com |
| Jdrucker@coleschotz.com | joy.mathias@dubaiic.com |
| jdwarner@warnerandscheuerman.com | JPintarelli@mofo.com |
| jdweck@sutherland.com | jporter@entwistle-law.com |
| jdyas@halperinlaw.net | jprol@lowenstein.com |
| jean-david.barnea@usdoj.gov | jrabinowitz@rltlawfirm.com |
| jeanites@whiteandwilliams.com | jrsmith@hunton.com |
| jeannette.boot@wilmerhale.com | jschiller@bsfllp.com |
| jeff.wittig@coair.com | jschwartz@hahnhessen.com |
| jeffery.black@bingham.com | jsheerin@mcguirewoods.com |
| jeffrey.sabin@bingham.com | jshenwick@gmail.com |
| jeldredge@velaw.com | jsherman@bsfllp.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jfalgowski@reedsmith.com | jstoll@mayerbrown.com |
| jflaxer@golenbock.com | jsullivan@mosessinger.com |
| jfreeberg@wfw.com | jtimko@shutts.com |
| jg5786@att.com | judy.morse@crowedunlevy.com |
| jgenovese@gjb-law.com | jvail@ssrl.com |
| jgoodchild@morganlewis.com | jwcohen@daypitney.com |
| jguy@orrick.com | jweiss@gibsondunn.com |
| jhiggins@fdlaw.com | jwest@velaw.com |
| jhorgan@phxa.com | jwh@njlawfirm.com |
| jhuggett@margolisedelstein.com | kanema@formanlaw.com |
| jim@atkinslawfirm.com | karen.wagner@dpw.com |
| jjoyce@dresslerpeters.com | karl.geercken@alston.com |
| jjtancredi@daypitney.com | kdwbankruptcydepartment@kelleydrye.com |

*Lehman Brothers Holdings Inc. –  Email Service List*

| | |
|---|---|
| keckhardt@hunton.com | mabrams@willkie.com |
| keith.simon@lw.com | MAOFILING@CGSH.COM |
| Ken.Coleman@allenovery.com | Marc.Chait@SC.com |
| ken.higman@hp.com | margaret.welsh@cliffordchance.com |
| kerry.moynihan@hro.com | margolin@hugheshubbard.com |
| kgwynne@reedsmith.com | mark.bane@ropesgray.com |
| kiplok@hugheshubbard.com | mark.deveno@bingham.com |
| kit.weitnauer@alston.com | mark.ellenberg@cwt.com |
| kjarashow@stutman.com | mark.ellenberg@cwt.com |
| kkelly@ebglaw.com | mark.mckane@kirkland.com |
| kkolbig@mosessinger.com | mark.sherrill@sutherland.com |
| klyman@irell.com | Marvin.Clements@ag.tn.gov |
| klynch@formanlaw.com | matt@willaw.com |
| kmayer@mccarter.com | matthew.klepper@dlapiper.com |
| kobak@hugheshubbard.com | maustin@orrick.com |
| korr@orrick.com | mbenner@tishmanspeyer.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kressk@pepperlaw.com | mberman@nixonpeabody.com |
| KReynolds@mklawnyc.com | mbienenstock@proskauer.com |
| krodriguez@allenmatkins.com | mbloemsma@mhjur.com |
| krosen@lowenstein.com | mbossi@thompsoncoburn.com |
| kurt.mayr@bgllp.com | mcademartori@sheppardmullin.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| Landon@slollp.com | mcto@debevoise.com |
| lapeterson@foley.com | mcyganowski@oshr.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lawallf@pepperlaw.com | melorod@gtlaw.com |
| lawrence.gelber@srz.com | meltzere@pepperlaw.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| Lee.Stremba@troutmansanders.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mginzburg@daypitney.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| lhill@reedsmith.com | mgreger@allenmatkins.com |
| lhoffman@deilylawfirm.com | mh1@mccallaraymer.com |
| linda.boyle@twtelecom.com | mhopkins@cov.com |
| lisa.ewart@wilmerhale.com | michael.frege@cms-hs.com |
| lisa.solomon@att.net | michael.kelly@monarchlp.com |
| LJKotler@duanemorris.com | michael.krauss@faegrebd.com |
| lkatz@ltblaw.com | michael.mccrory@btlaw.com |
| LKISS@KLESTADT.COM | michaels@jstriallaw.com |
| lmarinuzzi@mofo.com | michelle.park@freshfields.com |
| Lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lperkins@deilylawfirm.com | MJR1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | MLandman@lcbf.com |
| lwhidden@salans.com | mlichtenstein@crowell.com |

*Lehman Brothers Holdings Inc. – Email Service List*

| | |
|---|---|
| mlynch2@travelers.com | psp@njlawfirm.com |
| mmooney@deilylawfirm.com | ptrain-gutierrez@kaplanlandau.com |
| mmorreale@us.mufg.jp | ptrostle@jenner.com |
| mneier@ibolaw.com | raj.madan@bingham.com |
| monica.lawless@brookfieldproperties.com | ramona.neal@hp.com |
| mpage@kelleydrye.com | raul.alcantar@alcantarlaw.com |
| mparry@mosessinger.com | rbeacher@pryorcashman.com |
| mpomerantz@julienandschlesinger.com | rbernard@foley.com |
| mprimoff@kayescholer.com | rbyman@jenner.com |
| mpucillo@bermanesq.com | rdaversa@orrick.com |
| mrosenthal@gibsondunn.com | relgidely@gjb-law.com |
| mrothchild@mofo.com | rflanagan@flanassoc.com |
| mruetzel@whitecase.com | rfriedman@silvermanacampora.com |
| mschimel@sju.edu | rgmason@wlrk.com |
| msegarra@mayerbrown.com | rgoodman@moundcotton.com |
| mshiner@tuckerlaw.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | rhorkovich@andersonkill.com |
| mstamer@akingump.com | richard.fingard@newedge.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarner@coleschotz.com | richard.tisdale@friedfrank.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| nathan.spatz@pillsburylaw.com | rick.murphy@sutherland.com |
| nbojar@fklaw.com | RJones@BoultCummings.com |
| ncoco@mwe.com | rleek@HodgsonRuss.com |
| neal.mann@oag.state.ny.us | RLevin@cravath.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |
| neilberger@teamtogut.com | rnetzer@willkie.com |
| Nherman@morganlewis.com | robert.dombroff@bingham.com |
| nissay_10259-0154@mhmjapan.com | robert.honeywell@klgates.com |
| nlepore@schnader.com | robert.malone@dbr.com |
| notice@bkcylaw.com | Robert.yalen@usdoj.gov |
| NYROBankruptcy@SEC.GOV | Robin.Keller@Lovells.com |
| otccorpactions@finra.org | roger@rnagioff.com |
| paronzon@milbank.com | ronald.silverman@bingham.com |
| patrick.oh@freshfields.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rrainer@wmd-law.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rrussell@andrewskurth.com |
| peisenberg@lockelord.com | russj4478@aol.com |
| peter.gilhuly@lw.com | rwasserman@cftc.gov |
| peter.macdonald@wilmerhale.com | sabin.willett@bingham.com |
| peter.simmons@friedfrank.com | sabramowitz@velaw.com |
| peter@bankrupt.com | SABVANROOY@HOTMAIL.COM |
| pfeldman@oshr.com | Sally.Henry@skadden.com |
| pfinkel@wilmingtontrust.com | samuel.cavior@pillsburylaw.com |
| phayden@mcguirewoods.com | sandyscafaria@eaton.com |
| philip.wells@ropesgray.com | scargill@lowenstein.com |
| pmaxcy@sonnenschein.com | schager@ssnyc.com |
| ppascuzzi@ffwplaw.com | schannej@pepperlaw.com |
| ppatterson@stradley.com | Schepis@pursuitpartners.com |

*Lehman Brothers Holdings Inc. – Email Service List*

schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
Streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com

TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
Villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
YUwatoko@mofo.com

Additional Parties
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

*Lehman Brothers Holdings Inc. – MSL Service List*

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007