# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

Form 210A

**United States Bankruptcy Court**

**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED MAY 27 2014 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS      Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Credito Emiliano S.p.A.**
Name of Transferee

Name and Address where notices to transferee should be sent:

Credito Emiliano S.p.A.
Via Gandhi 2/C
42123 Reggio Emilia
Italy
Attn: Stefania catellani
E-mail: scatellani@credem.it

Phone: 0039 0522 582464
Last Four Digits of Acct #: N/A

**Cassa Risparmio Saluzzo S.p.A.**
Name of Transferor

Court Claim #: 49716
Amount of Claim: $ 221,851.85
Partial Claim Transferred:$ 33,377.50
Date Claim Filed: October , 22 2009

Phone: 0039 0175 244244
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: [*inserire contatto telefonico del ricevente il pagamento per conto del cessionario*]
Last Four Digits of Acct #: N/A

[*Inserire riferimenti bancari del cessionario*]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____          Date: 1st April 2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000049716

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CASSA DI RISPARMIO DI SALUZZO S.P.A.
CORSO ITALIA, 86
12037 SALUZZO (CUNEO) - ITALY

DANIELA ANDREIS
Telephone number: 011390175244244    Email Address: Daniela.Andreis@crsaluzzo.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $    221,851.85    (Required) See Schedule Attached

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    See Schedule Attached    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See Schedule Attached    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See Schedule Attached    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. October 22, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. CASSA DI RISPARMIO DI SALUZZO SPA - THE CHAIRMAN Giovanni Andreis | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br><br>OCT 27 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# SCHEDULE

| ISIN CODE | Clearstream blocking reference number | Clearstream Account number | Sub-custodian Account number | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0176153350 | CA15136 | 81999 | 99/1/6295/23 | LEHMAN BROTHERS TREASURY CO. BV | Eur 46,000.00 |
| XS0210782552 | CA15157 | 81999 | 99/1/6295/23 | LEHMAN BROTHERS TREASURY CO. BV | Eur 25,000.00 |
| XS0211093041 | CA15161 | 81999 | 99/1/6295/23 | LEHMAN BROTHERS TREASURY CO. BV | Eur 5,000.00 |
| XS0211814123 | CA15162 | 81999 | 99/1/6295/23 | LEHMAN BROTHERS TREASURY CO. BV | Eur 45,000.00 |
| XS0229269856 | CA15175 | 81999 | 99/1/6295/23 | LEHAMN BROTHERS UK CAPITAL FUNDING II | Eur 5,000.00 |

| ISIN CODE | Monte Titoli blocking reference number | MonteTitoli Account number | Sub-custodian Account number | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| IT0006578600 | 081993722 | 60180 | 99/1/6295/23 | LEHAMN BROTHERS TREASURY CO. BV | Eur 27,000.00 |

October 22, 2009

Cassa di Risparmio di Saluzzo SpA
**The Chairman**
Giovanni Andreis

| ISIN CODE | Nominal Amount (EUR) | Interest (EUR) | Total (EUR) | Nominal Amount* (USD) | Interest* (USD) | Total* (USD) |
|---|---|---|---|---|---|---|
| XS0176153350 | € 46,000.00 | € 1,307,63 | € 47,307.63 | $ 65,094.60 | $ 1,850.43 | $ 66,945.03 |
| XS0210782552 | € 25,000.00 | € 546.48 | € 25,546.48 | $ 35,377.50 | $ 773.32 | $ 36,150.82 |
| XS0211093041 | € 5,000.00 | € 57.65 | € 5,057.65 | $ 7,075.50 | $ 81.58 | $ 7,157.08 |
| XS0211814123 | € 45,000.00 | € 1,081.59 | € 46,081.59 | $ 63,679.50 | $ 1,530.56 | $ 65,210.66 |
| XS0229269856 | € 5,000.00 | € 251.35 | € 5,251.35 | $ 7,075.50 | $ 355.69 | $ 7,431.19 |
| IT0006578600 | € 27,000.00 | € 529.55 | € 27,529.55 | $ 38,207.70 | $ 749.37 | $ 38,957.07 |
| | | | | | **Total Claim Amount** | **$ 221,851.85** |

*Amounts due in EUR have been converted to US Dollars using the exchange reference rate
Published by European Central Bank for September 15, 2008: 1=1,4151

October 22, 2009

Cassa di Risparmio di Saluzzo SpA
The Chairman
Giovanni Andreis

# ✠X ICBPI

Milano 20 Ottobre 2009

CASSA DI RISPARMIO DI SALUZZO spa
Corso Italia 86
12037 SALUZZO CN ITALY

According to your request, please find below the list of Lehman securities held on your behalf, with their blocking numbers provided by Clearstream:

**Account 99/1/6295/23 – CR SALUZZO – client account**

| | | | | |
|---|---|---|---|---|
| XS0176153350 | 6295 23 | CR Saluzzo | 46.000 | CA15136 |
| XS0183944643 | 6295 23 | CR Saluzzo | 8.000 | CA15138 |
| XS0189741001 | 6295 23 | CR Saluzzo | 146.000 | CA15143 |
| XS0193035358 | 6295 23 | CR Saluzzo | 49.000 | CA15150 |
| XS0205185456 | 6295 23 | CR Saluzzo | 569.000 | CA15155 |
| XS0210782552 | 6295 23 | CR Saluzzo | 25.000 | CA15157 |
| XS0211093041 | 6295 23 | CR Saluzzo | 5.000 | CA15161 |
| XS0211814123 | 6295 23 | CR Saluzzo | 45.000 | CA15162 |
| XS0224346592 | 6295 23 | CR Saluzzo | 10.000 | CA15169 |
| XS0229269856 | 6295 23 | CR Saluzzo | 5.000 | CA15175 |

Clearstream Banking holds this securities on the account 81999

Regards

ISTITUTO CENTRALE
BANCHE POPOLARI ITALIANE

Deputy Manager Meroso Luciano

ISTITUTO CENTRALE DELLE BANCHE POPOLARI SpA
Capogruppo del Gruppo ICBPI

Sede Sociale e Direzione Generale in Milano: Corso Europa, 18 – CAP 20122 – Tel +39 02 7705 1 – Fax +39 02 7705 346
Uffici di Roma: Via Elio Chianesi, 110/d – CAP 00128 – Tel +39 06 45485 1 – Fax +39 06 45485 440
Capitale Sociale Euro 37.883.700,00 i. v. – Iscritto all'Albo delle Banche e dei Gruppi Bancari n. 5000.5
Aderente al fondo interbancario di tutela dei depositi
Reg. Imp. MI e Cod. Fisc. 00410710586   Part. IVA 13212890150   R.E.A. 319847   e-mail: informazioni@icbpi.it   www.icbpi.it

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **CASSA DI RISPARMIO DI SALUZZO S.P.A.** ("Seller"), acting on behalf of one customer (the "Customer") hereby unconditionally and irrevocably sells, transfers and assigns to **CREDITO EMILIANO S.P.A.** (the "Purchaser"), acting on behalf of one or more of its customers (together with its customers, the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to **Proof of Claim Number 49716** filed by or on behalf of Seller] (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and its Customer relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's and its Customer' s right, title and interest in, to and under the transfer agreements, if any, under which Seller and its Customer or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller and its Customer owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) neither Seller nor its Customer has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.



RECEIVED MAY 27 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of April 2014.

CREDITO EMILIANO SPA
By: _____
Name: Giorgio Ferrari
Title: Chairman of the board
Via Emilia San Pietro, n.4
42121 Reggio Emilia, Italy

Attn. .....................................
Phone 0039 ..........................
Fax 0039 ..............................
e-mail ...................................

CASSA DI RISPARMIO DI SALUZZO S.P.A.
By: _____
Name: Giovanni Andreis
Title: Chairman
Corso Italia, 86
12037 Saluzzo, Italy

Attn.  Daniela Andreis
Phone  0039 0175244244
Fax  0039 0175 244309
e-mail  Daniela.Andreis@crsaluzzo.it

Schedule 1

Transferred Claims

Purchased Claim

55,55 % of XS0211814123 EUR = USD 36,228.14 of USD 65,210.66 (i.e. the outstanding amount of XS0211814123 as described in the Proof of Claim dated 22 October, 2009 and filed on 27 October, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 16.02.2005/2017 EUR | XS0211814123 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 25,000.00 (equivalent to USD 35,377.50) | 02/16/2017 | EUR 25,601.11 (equivalent to USD 36,228.14) |

**CREDITO EMILIANO S.P.A.**

**CASSA DI RISPARMIO DI SALUZZO SPA**
The Chairman
Giovanni Andreis