

BANQUE PICTET & CIE SA

Route des Acacias 60
1211 Genève 73
Suisse
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com

# PICTET
1805

By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 22.05.2014
Our ref: 2197/DA

Re :   Lehman Brothers Holding Inc., et al., Debtors
      Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
      TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Banque Pictet & Cie SA, we are pleased to request the transfer of a portion of the claim number 55829 filled in the name of Credit Suisse AG (Transferor) to Banque Pictet & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (daeschlimann@pictet.com), fax (+41583232050), telephone (+41583232197) or post mail to the attention of Mr. David Aeschlimann.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANQUE PICTET & CIE SA

Mélanie Pichonnaz          David Aeschlimann



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>     Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Banque Pictet & Cie SA</u> | <u>Credit Suisse AG</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banque Pictet & Cie SA
Attn : David Aeschlimann
Route des Acacias 60
1211 Geneva 73

Phone: <u>+41.58.323.2197</u>
Last Four Digits of Acct #: <u>EOC 93010</u>

Court Claim # (if known): <u>55829</u>
Date Claim Filed: <u>October 29, 2009</u>
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): <u>EUR 350'000</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **BANQUE PICTET & CIE SA**     Date: <u>May 22, 2014</u>
    Transferee/Transferee's Agent

Mélanie PICHONNAZ     David AESCHLIMANN

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Pictet & Cie SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **May 20, 2014.**

**Credit Suisse AG**

By: _____
Name: Claudio P. Sieber
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0339537390 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 350,000 |