UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                          :

In re                          :       Chapter 11 Case No.
                          :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :      **08-13555 (SCC)**
                          :      **(Jointly Administered)**
            Debtors.        :

                          :      **Ref. Docket Nos. 44203, 44234,**
                          :      **44469, 44471, 44473, 44475, 44477**
                          :

------------------------------------------------------------------x
                          :

In re                          :       Chapter 11 Case No.
                          :

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**  :      **08-13888 (SCC)**
                          :      **(Jointly Administered)**
            Debtors.        :

                          :      **Ref. Docket No. 383**
                          :
                          :

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.   All envelopes utilized in the service of the foregoing contained the following legend:
     "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
     ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              _/s/ Lauren Rodriguez_____
                                              Lauren Rodriguez

Sworn to before me this
6th day of June, 2014
_/s/ Panagiotis Caris_____
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,             |    08-13555 (SCC)

                                                   |    (Jointly Administered)
                        Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
     TRANSFEROR: O2 SPECIAL MASTER FUND, LTD.
     C/O BANK OF AMERICA MERRILL LYNCH
     ATTN: JEFF BENESH/ RON TOROK/ RYAN WEDDLE
     BANK OF AMERICA TOWER-3RD FLOOR
     ONE BRYANT PARK
     NEW YORK NY 10036

Please note that your claim # 29060-03 in the above referenced case and in the amount of
     $20,645,367.56  allowed at $11,441,694.00       has been transferred (**unless previously expunged by court order**)

ALEITER HOLDINGS LLC                               ALEITER HOLDINGS LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC   DAVID J. KARP
C/O CHAPMAN AND CUTLER LLP                         SCHULTE ROTH & ZABEL LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR            919 THIRD AVENUE
NEW YORK NY 10020-1708                             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44203       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/04/2014                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 4, 2014.

EXHIBIT B

TIME: 11:45:33
DATE: 06/04/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH/ RON TOROK/ RYAN WEDDLE BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SENATOR GLOBAL OPPORTUNITY FUND LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SENATOR GLOBAL OPPORTUNITY INTERMEDIATE FUND L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND I LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed     15

EPIQ BANKRUPTCY SOLUTIONS, LLC