UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 44391-44392

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
6th day of June, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 44391-44392_Aff 6-4-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF DEFECTIVE TRANSFER

Transferor:    CITIBANK (HONG KONG) LIMITED
               ATTN: LUM, SO FAN, FANNY
               8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD
               QUARRY BAY HONG KONG

Additional:    CITIBANK (HONG KONG) LIMITED
               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
               ATTN: DOUGLAS R. DAVIS
               1285 AVENUE OF THE AMERICAS
               NEW YORK NY 10019

Transferee:    CITIGROUP GLOBAL MARKETS INC.
               ATTN: TAYLOR LEAHY
               390 GREENWICH STREET, 4TH FLOOR
               NEW YORK NY 10013

Your transfer   of claim #   55848-05   is defective for the reason(s) checked below:

Other                                    Verify Principal Trans Amt.

Docket Number 44391            Date 05/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 4, 2014.

EXHIBIT B

```
TIME: 11:57:49                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/04/14                                              CREDITOR LISTING

Name                                Address
CITIBANK (HONG KONG) LIMITED        ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY   HONG KONG
CITIBANK (HONG KONG) LIMITED        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.       ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
HBK MASTER FUND L.P.                C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                       TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y IEL UNITED KINGDOM

Total Number of Records Printed        5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC