

To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

<u>BY DHL</u>

Lugano    May 26, 2014

Notice of transfer, from **CREDIT SUISSE AG** (the "Transferor") to **BSI SA** on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Securities N.V. (the "Securities") and claim n. 55829 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) **Form 210/A**, signed by our bank as Transferee on behalf of its client;

2) *"Evidence of Transfer of Claim"*, signed by **CREDIT SUISSE AG**, Switzerland as Transferor, as proof that **CREDIT SUISSE AG** has partially transferred a registered claim to **BSI SA** on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

pp S. Mattea    pp A. Ferrari

Attachments: as above



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI SA, LUGANO | CREDIT SUISSE AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI SA
ATTN: ANDREA FERRARI / ANDREA VILLA
CUSTODY ADMINISTRATION
VIA MAGATTI 2
6900 LUGANO

Phone: 0041 58 / 808 33 73
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: USD 150'000
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CITIBANK NY / SWIFT CITIUS33
ACCOUNT 10938561
IN THE NAME OF BSI SA / ATT.FERRARI-VILLA

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: pp S. Mattea    pp A. Ferrari    Date: 26.05.2014
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0247028391 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 150,000 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **BSI AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **May 13, 2014.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0247028391 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 150,000 |