UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (SCC)
                                                                       :    (Jointly Administered)
        Debtors.                                                       :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 44357 & 44449

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
10th day of June, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANCA SAI
C/O MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

Please note that your claim # 55724-04 in the above referenced case and in the amount of
$65,526.28   allowed at $65,266.15        has been transferred **(unless previously expunged by court order)**

BANQUE PICTET & CIE SA
TRANSFEROR: BANCA SAI
ATTN: DAVID AESCHLIMANN
ROUTE DES ACACIAS 60
GENEVA    1211

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44357      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/05/2014                                  Vito Genna, Clerk of Court

                                                  /s/ Lauren Rodriguez
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 5, 2014.

EXHIBIT B

```
TIME: 10:28:09                                      LEHMAN BROTHERS HOLDING INC.                                           PAGE: 1
DATE: 06/05/14                                           CREDITOR LISTING

Name                              Address
BANCA SAI                         C/O MORRISON & FOERSTER LLP ATTN: JOHN A. PINTARELLI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
BANQUE PICTET & CIE SA            TRANSFEROR: BANCA SAI ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 GENEVA 1211
OFFSHORE ASSET HOLDING VEHICLE A, LTD.  TRANSFEROR: SPCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830
SPCP GROUP, LLC                   TRANSFEROR: DEPFA BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830

Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC