UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (SCC)
                                                                        :    (Jointly Administered)
                              Debtors.                                  :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 44511, 44520-
                                                                             44531, 44535, 44544, 44546-44556

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of June, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: SPCP GROUP, LLC
      ATTN: JEFFREY OLINSKY
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005

Please note that your claim # 33129-01 in the above referenced case and in the amount of
    $475,057.82  allowed at $366,386.62     has been transferred (**unless previously expunged by court order**)

      SOLUS RECOVERY FUND OFFSHORE MASTER LP
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
      ATTN: SOLUS COMPLIANCE
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44549    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 6, 2014.

EXHIBIT B

```
TIME: 13:38:12                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 06/06/14                                               CREDITOR LISTING

Name                                                    Address
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SPCP GROUP, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SPCP GROUP, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FIFTH STREET STATION LLC                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BENJAMIN KOLPA 505 5TH AVENUE SOUTH SEATTLE WA 98104
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: HLTS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  MRS. RUTH KNIGHT MONTE MARINA 31, AVENUE DES PAPALINS MC 98000 MONACO
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON                  MS. LAVINIA SAMUEL "LE SHAKESPEARE" 12 BLD PRINCESSE CHARLOTTE MONACO MC 98000 MONACO
 BEHALF OF:
MORGAN STANLEY SENIOR FUNDING, INC.                     MANAGING LAW CLERK RICHARD KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                     MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                     MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                     MANAGING LAW CLERK RICHARDS KIBBE & ORBE, LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                     MANAGING LAW CLERK RICHARDS KIBBE 7 ORBE, LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                     TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                     TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                     TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
ORE HILL HUB FUND LTD.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 FIFTH AVE., 27TH FLOOR
                                                        NEW YORK NY 10018
ORE HILL HUB FUND LTD.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 FIFTH AVENUE, 27TH FLOOR
                                                        NEW YORK NY 10018
ORE HILL HUB FUND LTD.                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI HSBC TOWER 452 FIFTH AVENUE
                                                        NEW YORK NY 10018
ORE HILL HUB FUND LTD.                                  TRANSFEROR: SATELLITE CREDIT OPPORTUNITIES, LTD. KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVE., 27TH FLOOR
                                                        NEW YORK NY 10018
PMT CREDIT OPPORTUNITIES FUND LTD.                      TRANSFEROR: SATELLITE CREDIT OPPORTUNITIES, LTD. KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
SOLUS RECOVERY FUND LP                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UNION BANCAIRE PRIVEE, UBP SA                           TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: ATTN: MR. MEHMET CENGIZ ALPER RUE DU RHONE 96-98
                                                        GENEVE CH-1211 SWITZERLAND
WILSHIRE INSTITUTIONAL MASTER FUND II                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC; HSBC TOWER
 SPC-                                                   ATTN: RACHEL CARR-HARRIS 452 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10018

Total Number of Records Printed               30
```

EPIQ BANKRUPTCY SOLUTIONS, LLC