UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                  :     08-13555 (SCC)
                                                                         :    (Jointly Administered)
                                     Debtors.                            :
                                                                         :
------------------------------------------------------------------------x    Ref. Docket Nos. 43292, 44423-
                                                                              44425, 44429-44431, 44485, 44497,
                                                                              44508, 44510

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On June 9, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
10th day of June, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     TRANSFEROR: ORE HILL HUB FUND LTD.                   ANDREW J. CALLAHAN, ESQ.
     ATTN: JENNA YOO & HOWARD LEE                         SIDLEY AUSTIN LLP
     1301 AVENUE OF AMERICAS, 8TH FLOOR                   787 SEVENTH AVENUE
     NEW YORK NY 10019                                    NEW YORK NY 10019

Please note that your claim # 17622-05 in the above referenced case and in the amount of
      $5,256,019.30  allowed at $4,730,417.58        has been transferred **(unless previously expunged by court order)**

     SOLUS OPPORTUNITIES FUND 1 LP
     TRANSFEROR: BARCLAYS BANK PLC
     C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
     410 PARK AVENUE, 11TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44424      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/09/2014                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 9, 2014.

EXHIBIT B

TIME: 18:18:23
DATE: 06/09/14

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | DANIEL MIRANDA & JEFFERY LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ANDREW J. CALLAHAN, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD ATTN: JENNA YOO AND HOWARD LEE 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YPORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD ATTN: JENNA YOO AND HOWARD LEE 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GLG PROSPECT MOUNTAIN LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PROSPECT MOUNTAIN FUND LTD ATTN: JENNIFER YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PROSPECT MOUNTAIN FUND, LTD.ATTN: JENNA YOO & HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: JENNA YOO AND HOWARD LEE 1301 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BOULDER DAM CREDIT HUB FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVE., 27TH FLOOR NEW YORK NY 10018 |
| BOULDER DAM CREDIT HUB FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| CASSA DEI RISPARMI DI FORLI' E DELLA ROMAGNA SPA | REF: ANTONINI ANDREA CORSO DELLA REPUBBLICA 14 FORLI' (FC) 47100 ITALY |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| GOLDMAN SACHS & CO. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LLP | TRANSFEROR: CASSA DEI RISPARMI DI FORLI' E DELLA ROMAGNA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM |
| KNIGHTHEAD (NY) FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| PROSPECT MOUNTAIN FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC ATTN; RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVE., 27TH FLOOR NEW YORK NY 10018 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND |
| ROTHSCHILD BANK AG | TRANSFEROR: RBS COUTTS BANK AG ZOLLIKERSTRASSE 181 ZURICH CH 8034 SWITZERLAND |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| ULRICH RUTZ | TRANSFEROR: NOTENSTEIN PRIVATBANK AG KLEINDORFSTR. 12A UETIKON AM SEE CH-8707 SWITZERLAND |

Total Number of Records Printed        28