UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                    :

In re                             :       Chapter 11 Case No.
                                      :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (SCC)
                                      :       (Jointly Administered)

                 Debtors.        :
                                      :

------------------------------------------------------------------x       Ref. Docket No. 44447

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 9, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
10th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE (GUERNSEY) LIMITED
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010


Additional:   CREDIT SUISSE (GUERNSEY) LIMITED
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019


Transferee:   BANK JULIUS BAER & CO. AG
              ATTN: PATRIK ROOS
              BANK JULIUS BAER & CO. LTD.
              BAHNOFSTRASSE 36
              ZURICH CH8010 SWITZERLAND


**Your transfer   of claim #   55821   is defective for the reason(s) checked below:**

Expunged By Court Order




Docket Number 44447                    Date 05/29/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 9, 2014.

EXHIBIT B

TIME: 18:16:19
DATE: 06/09/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. AG | ATTN: PATRIK ROOS BANK JULIUS BAER & CO. LTD. BAHNOFSTRASSE 36 ZURICH CH8010 SWITZERLAND |
| CREDIT SUISSE (GUERNSEY) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |

Total Number of Records Printed         4

EPIQ BANKRUPTCY SOLUTIONS, LLC