

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Claudia Doermann    Credit Suisse AG
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Claudia Doermann
Stettbachstrasse 73, CH-8051 Zurich
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: -12- Units
Portion of Claim Transferred (see Schedule I): _____

Phone: +41 44 321 64 51    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Zürcher Kantonalbank, Attn. LOAV2/P. Heuberger
P.O. Box, CH-8010 Zurich
Switzerland

Phone: +41 44 292 76 57
Last Four Digits of Acct #: _____

Zürcher Kantonalbank

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Markus Graf   Sandra Azzolina    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Zürcher Kantonalbank, Zürich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON February 19, 2014.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0336633150 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | 12 units |

Logistik
LOAV2



| | |
|---|---|
| Kontakt | Patrick Heuberger |
| Telefon | 044 292 76 57 |
| Fax | 044 292 86 64 |
| E-Mail | patrick.heuberger@zkb.ch |
| Adresse | Neue Hard 3 |
| | 8010 Zürich |
| Briefadresse | |

Einschreiben
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 28. Mai 2014

**Partial Transfer of Claim „Lehmann Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed both the „Form 210A" and the orgianlly signed „Evidence of Transfer of Claim" including „Schedule 1" released by Creidt Suisse AG on February 19th, 2014.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0336633150 |
| Titel: | Equity-Linked Notes Lehman Brothers 2008-5.7.10 (EXP.21.6.10) on UBS AG Shs Srs9317 -In Default- |
| Nominal: | Unit -12- |
| Transferor: | Credit Suisse AG |
| Transferee: | Claudia Doermann |
| Initial Proof of Claim Number: | 55829 |

Best regards
Zürcher Kantonalbank

Markus Graf            Sandra Azzolina

Zürcher Kantonalbank
1/1



28.05.14  9.80
CH - 8010  PRIORITY
Zürich  Stand 2
2000034  DIE POST

JUN 0 2 2014

JUN 0 2 2014

FILED / RECEIVED
JUN 0 2 2014
EPIQ SYSTEMS