**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
                Debtors.                      :    (Jointly Administered)
                                              :
-------------------------------------------------------------x    Ref. Docket No. 44491
```

<b><u>AFFIDAVIT OF SERVICE</u></b>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 2, 2014, I caused to be served the "Notice of Hearing on the Four Hundred Seventy-First Omnibus Objections to Claims (No Liability Claims)," dated June 2, 2014, to which was attached the "Four Hundred Seventy-First Omnibus Objection to Claims (No Liability Claims)," dated June 2, 2014 [Docket No. 44491], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

   c. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
3rd day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | asomers@rctlegal.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcy@ntexas-attorneys.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| agoldstein@tnsj-law.com | bbisignani@postschell.com |
| agottfried@morganlewis.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| amh@amhandlerlaw.com | bstrickland@wtplaw.com |
| andrew.brozman@cliffordchance.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | caitrin.mckiernan@freshfields.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apalazzolo@fzwz.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arheaume@riemerlaw.com | cgonzalez@diazreus.com |
| arlbank@pbfcm.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@connellfoley.com |

Lehman Brothers Holdings Inc. Email Service List

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| ellen.halstead@cwt.com | ian.roberts@bakerbotts.com |
| emagnelli@bracheichler.com | icatto@mwe.com |
| emerberg@mayerbrown.com | igoldstein@proskauer.com |
| enkaplan@kaplanlandau.com | ilevee@lowenstein.com |
| eobrien@sbchlaw.com | israel.dahan@cwt.com |
| ep@scottwood.com | iva.uroic@dechert.com |
| eschwartz@contrariancapital.com | jacobsonn@sec.gov |
| etillinghast@sheppardmullin.com | james.heaney@lawdeb.com |
| ezujkowski@emmetmarvin.com | james.mcclammy@dpw.com |
| fbp@ppgms.com | james.sprayregen@kirkland.com |
| ffm@bostonbusinesslaw.com | jamesboyajian@gmail.com |
| fhenn@law.nyc.gov | jamestecce@quinnemanuel.com |
| fhyman@mayerbrown.com | jar@outtengolden.com |
| foont@foontlaw.com | jason.jurgens@cwt.com |
| fritschj@sullcrom.com | jay.hurst@oag.state.tx.us |
| fsosnick@shearman.com | jay@kleinsolomon.com |
| fyates@sonnenschein.com | jbeemer@entwistle-law.com |
| gabriel.delvirginia@verizon.net | jbeiers@co.sanmateo.ca.us |
| gary.ravertpllc@gmail.com | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| george.south@dlapiper.com | jcarberry@cl-law.com |
| ggitomer@mkbattorneys.com | jchristian@tobinlaw.com |
| ggoodman@foley.com | jchubak@proskauer.com |
| giddens@hugheshubbard.com | jdoran@haslaw.com |
| gkaden@goulstonstorrs.com | jdrucker@coleschotz.com |
| glenn.siegel@dechert.com | jdwarner@warnerandscheuerman.com |
| gmoss@riemerlaw.com | jdweck@sutherland.com |
| goldenberg@ssnyc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hmagaliff@r3mlaw.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jennifer.demarco@cliffordchance.com |
| holsen@stroock.com | jennifer.gore@shell.com |
| howard.hawkins@cwt.com | jfalgowski@reedsmith.com |
| hseife@chadbourne.com | jflaxer@golenbock.com |
| hsnovikoff@wlrk.com | jfreeberg@wfw.com |
| hsteel@brownrudnick.com | jg5786@att.com |

Lehman Brothers Holdings Inc. Email Service List

jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com

lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com

Lehman Brothers Holdings Inc. Email Service List

mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com

peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| roger@rnagioff.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| ross.martin@ropesgray.com | sloden@diamondmccarthy.com |
| rrainer@wmd-law.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | squsba@stblaw.com |
| sabin.willett@bingham.com | sree@lcbf.com |
| sabramowitz@velaw.com | sschultz@akingump.com |
| sabvanrooy@hotmail.com | sselbst@herrick.com |
| sally.henry@skadden.com | sshimshak@paulweiss.com |
| samuel.cavior@pillsburylaw.com | sskelly@teamtogut.com |
| sandyscafaria@eaton.com | sstarr@starrandstarr.com |
| scargill@lowenstein.com | steele@lowenstein.com |
| schager@ssnyc.com | stephen.cowan@dlapiper.com |
| schannej@pepperlaw.com | stephen.hessler@kirkland.com |
| schepis@pursuitpartners.com | steve.ginther@dor.mo.gov |
| schnabel.eric@dorsey.com | steven.usdin@flastergreenberg.com |
| schristianson@buchalter.com | steven.wilamowsky@bingham.com |
| schwartzmatthew@sullcrom.com | streusand@slollp.com |
| scott.golden@hoganlovells.com | susheelkirpalani@quinnemanuel.com |
| scottj@sullcrom.com | sweyl@haslaw.com |
| scottshelley@quinnemanuel.com | swolowitz@mayerbrown.com |
| scousins@armstrongteasdale.com | szuch@wiggin.com |
| sdnyecf@dor.mo.gov | tannweiler@greerherz.com |
| seba.kurian@invesco.com | tbrock@ssbb.com |
| sehlers@armstrongteasdale.com | tdewey@dpklaw.com |
| sfalanga@connellfoley.com | tgoren@mofo.com |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com |
| sfineman@lchb.com | thomas.califano@dlapiper.com |
| sfox@mcguirewoods.com | tim.desieno@bingham.com |
| sgordon@cahill.com | timothy.harkness@freshfields.com |
| sgubner@ebg-law.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkiriakos@mayerbrown.com |
| shari.leventhal@ny.frb.org | tlauria@whitecase.com |
| shgross5@yahoo.com | tmacwright@whitecase.com |
| sidorsky@butzel.com | tmarrion@haslaw.com |
| sldreyfuss@hlgslaw.com | tnixon@gklaw.com |
| sleo@bm.net | toby.r.rosenberg@irscounsel.treas.gov |
| slerman@ebglaw.com | tomwelsh@orrick.com |

Lehman Brothers Holdings Inc. Email Service List

tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD. | F/K/A BANC OF AMERICA SECURITIES LIMITED ATTN: SIMON ORR 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

**Total Creditor count  2**