UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
:
Debtors.                                  :    (Jointly Administered)
:
------------------------------------------------------------------------x    Ref. Docket Nos. 44503-44504

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2014, I caused to be served the:

   a. "Plan Administrator's Reply Brief in Support of Debtors' Objection to Proofs of Claim Filed by 2138747 Ontario LTD. And 6785778 Canada Inc. (Claim Nos. 33583 and 33586)," dated June 3, 2014, [Docket No. 44503], and

   b. "Notice of Hearing on Debtors' Objection to Proofs of Claims Filed by 2138747 Ontario LTD. And 6785778 Canada Inc. (Claim Nos. 33583 and 33586)," dated June 3, 2014, [Docket No. 44504],

   by causing true and correct copies to be:

      i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

      ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   */s/ Christina Siguenza*

Sworn to before me this                                                 Christina Siguenza
4rd day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | asomers@rctlegal.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcy@ntexas-attorneys.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| agoldstein@tnsj-law.com | bbisignani@postschell.com |
| agottfried@morganlewis.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| amh@amhandlerlaw.com | bstrickland@wtplaw.com |
| andrew.brozman@cliffordchance.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | caitrin.mckiernan@freshfields.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apalazzolo@fzwz.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arheaume@riemerlaw.com | cgonzalez@diazreus.com |
| arlbank@pbfcm.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@connellfoley.com |

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
ep@scottwood.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com

Lehman Brothers Holdings Inc. Email Service List

jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| lacyr@sullcrom.com | matt@willaw.com |
| landon@slollp.com | matthew.klepper@dlapiper.com |
| lapeterson@foley.com | maustin@orrick.com |
| lathompson@co.sanmateo.ca.us | mbenner@tishmanspeyer.com |
| lawallf@pepperlaw.com | mberman@nixonpeabody.com |
| lawrence.gelber@srz.com | mberman@nixonpeabody.com |
| lberkoff@moritthock.com | mbienenstock@proskauer.com |
| lee.stremba@troutmansanders.com | mbloemsma@mhjur.com |
| lgranfield@cgsh.com | mbossi@thompsoncoburn.com |
| lhandelsman@stroock.com | mcademartori@sheppardmullin.com |
| lhill@reedsmith.com | mcordone@stradley.com |
| lhoffman@deilylawfirm.com | mcto@debevoise.com |
| linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| lisa.solomon@att.net | melorod@gtlaw.com |
| ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| lkatz@ltblaw.com | metkin@lowenstein.com |
| lkiss@klestadt.com | mfeldman@willkie.com |
| lmarinuzzi@mofo.com | mginzburg@daypitney.com |
| lmay@coleschotz.com | mgordon@briggs.com |
| lmcgowen@orrick.com | mgreger@allenmatkins.com |
| lml@ppgms.com | mh1@mccallaraymer.com |
| lnashelsky@mofo.com | mhopkins@cov.com |
| loizides@loizides.com | michael.frege@cms-hs.com |
| lperkins@deilylawfirm.com | michael.kelly@monarchlp.com |
| lscarcella@farrellfritz.com | michael.krauss@faegrebd.com |
| lschweitzer@cgsh.com | michael.mccrory@btlaw.com |
| lubell@hugheshubbard.com | michaels@jstriallaw.com |
| lwhidden@salans.com | michelle.park@freshfields.com |
| mabrams@willkie.com | millee12@nationwide.com |
| maofiling@cgsh.com | miller@taftlaw.com |
| marc.chait@sc.com | mimi.m.wong@irscounsel.treas.gov |
| margaret.welsh@cliffordchance.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmooney@deilylawfirm.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mmorreale@us.mufg.jp | peter@bankrupt.com |
| mneier@ibolaw.com | pfeldman@oshr.com |
| monica.lawless@brookfieldproperties.com | pfinkel@wilmingtontrust.com |
| mpage@kelleydrye.com | phayden@mcguirewoods.com |
| mparry@mosessinger.com | philip.wells@ropesgray.com |
| mpomerantz@julienandschlesinger.com | pmaxcy@sonnenschein.com |
| mprimoff@kayescholer.com | ppascuzzi@ffwplaw.com |
| mpucillo@bermanesq.com | ppatterson@stradley.com |
| mrosenthal@gibsondunn.com | psp@njlawfirm.com |
| mrothchild@mofo.com | ptrain-gutierrez@kaplanlandau.com |
| mruetzel@whitecase.com | ptrostle@jenner.com |
| mschimel@sju.edu | raj.madan@bingham.com |
| msegarra@mayerbrown.com | ramona.neal@hp.com |
| mshiner@tuckerlaw.com | raul.alcantar@alcantarlaw.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarner@coleschotz.com | relgidely@gjb-law.com |
| mwarren@mtb.com | rflanagan@flanassoc.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| nbojar@fklaw.com | rgmason@wlrk.com |
| ncoco@mwe.com | rgoodman@moundcotton.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| neilberger@teamtogut.com | rhorkovich@andersonkill.com |
| nherman@morganlewis.com | richard.fingard@newedge.com |
| nissay_10259-0154@mhmjapan.com | richard.lear@hklaw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | richard@rwmaplc.com |
| nyrobankruptcy@sec.gov | rick.murphy@sutherland.com |
| otccorpactions@finra.org | rjones@boultcummings.com |
| paronzon@milbank.com | rleek@hodgsonruss.com |
| patrick.oh@freshfields.com | rlevin@cravath.com |
| pbattista@gjb-law.com | rmatzat@hahnhessen.com |
| pbosswick@ssbb.com | rnetzer@willkie.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.honeywell@klgates.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.macdonald@wilmerhale.com | robert.yalen@usdoj.gov |
| peter.simmons@friedfrank.com | robin.keller@lovells.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| roger@rnagioff.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| ross.martin@ropesgray.com | sloden@diamondmccarthy.com |
| rrainer@wmd-law.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | squsba@stblaw.com |
| sabin.willett@bingham.com | sree@lcbf.com |
| sabramowitz@velaw.com | sschultz@akingump.com |
| sabvanrooy@hotmail.com | sselbst@herrick.com |
| sally.henry@skadden.com | sshimshak@paulweiss.com |
| samuel.cavior@pillsburylaw.com | sskelly@teamtogut.com |
| sandyscafaria@eaton.com | sstarr@starrandstarr.com |
| scargill@lowenstein.com | steele@lowenstein.com |
| schager@ssnyc.com | stephen.cowan@dlapiper.com |
| schannej@pepperlaw.com | stephen.hessler@kirkland.com |
| schepis@pursuitpartners.com | steve.ginther@dor.mo.gov |
| schnabel.eric@dorsey.com | steven.usdin@flastergreenberg.com |
| schristianson@buchalter.com | steven.wilamowsky@bingham.com |
| schwartzmatthew@sullcrom.com | streusand@slollp.com |
| scott.golden@hoganlovells.com | susheelkirpalani@quinnemanuel.com |
| scottj@sullcrom.com | sweyl@haslaw.com |
| scottshelley@quinnemanuel.com | swolowitz@mayerbrown.com |
| scousins@armstrongteasdale.com | szuch@wiggin.com |
| sdnyecf@dor.mo.gov | tannweiler@greerherz.com |
| seba.kurian@invesco.com | tbrock@ssbb.com |
| sehlers@armstrongteasdale.com | tdewey@dpklaw.com |
| sfalanga@connellfoley.com | tgoren@mofo.com |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com |
| sfineman@lchb.com | thomas.califano@dlapiper.com |
| sfox@mcguirewoods.com | tim.desieno@bingham.com |
| sgordon@cahill.com | timothy.harkness@freshfields.com |
| sgubner@ebg-law.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkiriakos@mayerbrown.com |
| shari.leventhal@ny.frb.org | tlauria@whitecase.com |
| shgross5@yahoo.com | tmacwright@whitecase.com |
| sidorsky@butzel.com | tmarrion@haslaw.com |
| sldreyfuss@hlgslaw.com | tnixon@gklaw.com |
| sleo@bm.net | toby.r.rosenberg@irscounsel.treas.gov |
| slerman@ebglaw.com | tomwelsh@orrick.com |

Lehman Brothers Holdings Inc. Email Service List

tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

Lehman Brothers Holdings Inc. Additional Email Service List

bergers@dicksteinshapiro.com
skakeld@dicksteinshapiro.com

**EXHIBIT B**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Lehman Brothers Holdings Inc. Additional Overnight Service List

DICKSTEIN SHAPIRO LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019
ATTN:  SHAYA M. BERGER AND DEBORAH A. SKAKEL