Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**            Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

**CVF Lux Master SARL**

**Name of Transferor**

**INA Assitalia S.P.A.**

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London W1F 9LT
United Kingdom
Attention: Matt Shipton
Phone Number: 44 (0)207 292 7724

Court Claim# (if Known): **0017506**
Amount of Claim: **$6,783,162.52**
Date Claim Filed: **September 18, 2009**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Short**            Date:   June 10, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claim(s) of INA Assitalia S.P.A. ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $6.783.162,52 | 0017506 |

has / have been transferred and assigned to CVF Lux Master SARL ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF Lux Master SARL
Address: C/O CarVal Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
BY CARVAL INVESTORS GB LLP

Signature: DAVID SHORT
Name: OPERATIONS MANAGER
Title:
Date:

SELLER: INA Assitalia S.P.A.
Address: Attn: Dott. Omella Chiarenza-Office of General Secretariat
Via Bissolati 23
Rome, 00187
Italy

Signature:
Name: Roberto Spera
Title: Attorney in Fact
Date: 12th May 2014

19