UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (SCC)
                                          :
           Debtors.                       :   (Jointly Administered)
                                          :
------------------------------------------------------------x   Ref. Docket No. 44513
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 4, 2014, I caused to be served the "Notice of Withdrawal of One Hundred Twenty-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated June 4, 2014 [Docket No. 44513], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
6th day of June, 2014
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\LBH\Affidavits\129th Omni Obj NOW_DI_44513_AFF_6-4-14_SS.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwh@njlawfirm.com |
| aalfonso@willkie.com | kanema@formanlaw.com |
| abeaumont@fklaw.com | karen.wagner@dpw.com |
| abraunstein@riemerlaw.com | karl.geercken@alston.com |
| acaton@kramerlevin.com | kdwbankruptcydepartment@kelleydrye.com |
| adarwin@nixonpeabody.com | keckhardt@hunton.com |
| adiamond@diamondmccarthy.com | keith.simon@lw.com |
| aeckstein@blankrome.com | ken.coleman@allenovery.com |
| aentwistle@entwistle-law.com | ken.higman@hp.com |
| afriedman@irell.com | kerry.moynihan@hro.com |
| agbanknewyork@ag.tn.gov | kgwynne@reedsmith.com |
| aglenn@kasowitz.com | kiplok@hugheshubbard.com |
| agold@herrick.com | kit.weitnauer@alston.com |
| agoldstein@tnsj-law.com | kjarashow@stutman.com |
| agottfried@morganlewis.com | kkelly@ebglaw.com |
| aisenberg@saul.com | kkolbig@mosessinger.com |
| akadish@dtlawgroup.com | klyman@irell.com |
| akantesaria@oppenheimerfunds.com | klynch@formanlaw.com |
| akolod@mosessinger.com | kmayer@mccarter.com |
| alum@ftportfolios.com | kobak@hugheshubbard.com |
| amarder@msek.com | korr@orrick.com |
| amartin@sheppardmullin.com | kovskyd@pepperlaw.com |
| amcmullen@boultcummings.com | kressk@pepperlaw.com |
| amenard@tishmanspeyer.com | kreynolds@mklawnyc.com |
| amh@amhandlerlaw.com | krodriguez@allenmatkins.com |
| andrew.brozman@cliffordchance.com | krosen@lowenstein.com |
| andrew.lourie@kobrekim.com | kurt.mayr@bgllp.com |
| angelich.george@arentfox.com | lacyr@sullcrom.com |
| ann.reynaud@shell.com | landon@slollp.com |
| anthony_boccanfuso@aporter.com | lapeterson@foley.com |
| aoberry@bermanesq.com | lathompson@co.sanmateo.ca.us |
| aostrow@beckerglynn.com | lawallf@pepperlaw.com |
| apalazzolo@fzwz.com | lawrence.gelber@srz.com |
| aquale@sidley.com | lberkoff@moritthock.com |
| arainone@bracheichler.com | lee.stremba@troutmansanders.com |
| arheaume@riemerlaw.com | lgranfield@cgsh.com |
| arlbank@pbfcm.com | lhandelsman@stroock.com |
| arosenblatt@chadbourne.com | lhill@reedsmith.com |
| arthur.rosenberg@hklaw.com | lhoffman@deilylawfirm.com |
| arwolf@wlrk.com | linda.boyle@twtelecom.com |
| aseuffert@lawpost-nyc.com | lisa.ewart@wilmerhale.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lisa.solomon@att.net |
| asnow@ssbb.com | ljkotler@duanemorris.com |
| asomers@rctlegal.com | lkatz@ltblaw.com |
| aunger@sidley.com | lkiss@klestadt.com |
| austin.bankruptcy@publicans.com | lmarinuzzi@mofo.com |
| avenes@whitecase.com | lmay@coleschotz.com |
| azylberberg@whitecase.com | lmcgowen@orrick.com |
| bankr@zuckerman.com | lml@ppgms.com |
| bankruptcy@goodwin.com | lnashelsky@mofo.com |
| bankruptcy@morrisoncohen.com | loizides@loizides.com |
| bankruptcy@ntexas-attorneys.com | lperkins@deilylawfirm.com |
| bankruptcymatters@us.nomura.com | lscarcella@farrellfritz.com |
| barbra.parlin@hklaw.com | lschweitzer@cgsh.com |
| bbisignani@postschell.com | lubell@hugheshubbard.com |
| bcarlson@co.sanmateo.ca.us | lwhidden@salans.com |
| bdk@schlamstone.com | mabrams@willkie.com |
| bguiney@pbwt.com | maofiling@cgsh.com |
| bmanne@tuckerlaw.com | marc.chait@sc.com |
| bmiller@mofo.com | margaret.welsh@cliffordchance.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| caitrin.mckiernan@freshfields.com | maustin@orrick.com |
| canelas@pursuitpartners.com | mbenner@tishmanspeyer.com |
| carol.weinerlevy@bingham.com | mberman@nixonpeabody.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mbienenstock@proskauer.com |
| cdesiderio@nixonpeabody.com | mbloemsma@mhjur.com |
| cgonzalez@diazreus.com | mbossi@thompsoncoburn.com |
| chad.husnick@kirkland.com | mcademartori@sheppardmullin.com |
| chammerman@paulweiss.com | mcordone@stradley.com |
| charles@filardi-law.com | mcto@debevoise.com |
| charles_malloy@aporter.com | mcyganowski@oshr.com |
| chemrick@connellfoley.com | mdorval@stradley.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chipford@parkerpoe.com | melorod@gtlaw.com |
| chris.donoho@lovells.com | meltzere@pepperlaw.com |
| christopher.greco@kirkland.com | metkin@lowenstein.com |
| clarkb@sullcrom.com | mfeldman@willkie.com |
| clynch@reedsmith.com | mginzburg@daypitney.com |
| cmontgomery@salans.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | michelle.park@freshfields.com |
| cshulman@sheppardmullin.com | millee12@nationwide.com |
| cszyfer@stroock.com | miller@taftlaw.com |
| cwalsh@mayerbrown.com | mimi.m.wong@irscounsel.treas.gov |
| cward@polsinelli.com | mitchell.ayer@tklaw.com |
| cweber@ebg-law.com | mjedelman@vedderprice.com |
| cweiss@ingramllp.com | mjr1@westchestergov.com |
| dallas.bankruptcy@publicans.com | mkjaer@winston.com |
| dave.davis@isgria.com | mlahaie@akingump.com |
| david.bennett@tklaw.com | mlandman@lcbf.com |
| david.heller@lw.com | mlichtenstein@crowell.com |
| david.livshiz@freshfields.com | mlynch2@travelers.com |
| david.powlen@btlaw.com | mmooney@deilylawfirm.com |
| davids@blbglaw.com | mmorreale@us.mufg.jp |
| davidwheeler@mvalaw.com | mneier@ibolaw.com |
| dbarber@bsblawyers.com | monica.lawless@brookfieldproperties.com |
| dbaumstein@whitecase.com | mpage@kelleydrye.com |
| dbesikof@loeb.com | mparry@mosessinger.com |
| dcimo@gjb-law.com | mpomerantz@julienandschlesinger.com |
| dcoffino@cov.com | mprimoff@kayescholer.com |
| dcrapo@gibbonslaw.com | mpucillo@bermanesq.com |
| ddavis@paulweiss.com | mrosenthal@gibsondunn.com |
| ddrebsky@nixonpeabody.com | mrothchild@mofo.com |
| ddunne@milbank.com | mruetzel@whitecase.com |
| deggermann@kramerlevin.com | mschimel@sju.edu |
| deggert@freebornpeters.com | msegarra@mayerbrown.com |
| demetra.liggins@tklaw.com | mshiner@tuckerlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dfelder@orrick.com | msolow@kayescholer.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dgrimes@reedsmith.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mvenditto@reedsmith.com |
| dheffer@foley.com | mwarner@coleschotz.com |
| dhurst@coleschotz.com | mwarren@mtb.com |
| dhw@dhclegal.com | nathan.spatz@pillsburylaw.com |
| diconzam@gtlaw.com | nbojar@fklaw.com |
| djcarragher@daypitney.com | ncoco@mwe.com |
| djoseph@stradley.com | neal.mann@oag.state.ny.us |
| dkessler@ktmc.com | ned.schodek@shearman.com |
| dkozusko@willkie.com | neilberger@teamtogut.com |
| dlemay@chadbourne.com | nherman@morganlewis.com |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dmcguire@winston.com | nlepore@schnader.com |
| dmurray@jenner.com | notice@bkcylaw.com |
| dneier@winston.com | nyrobankruptcy@sec.gov |
| dodonnell@milbank.com | otccorpactions@finra.org |
| dove.michelle@dorsey.com | paronzon@milbank.com |
| dpegno@dpklaw.com | patrick.oh@freshfields.com |
| draelson@fisherbrothers.com | pbattista@gjb-law.com |
| drosenzweig@fulbright.com | pbosswick@ssbb.com |
| drosner@goulstonstorrs.com | pdublin@akingump.com |
| drosner@kasowitz.com | peisenberg@lockelord.com |
| dshaffer@wtplaw.com | peter.gilhuly@lw.com |
| dshemano@peitzmanweg.com | peter.macdonald@wilmerhale.com |
| dspelfogel@foley.com | peter.simmons@friedfrank.com |
| dtatge@ebglaw.com | peter@bankrupt.com |
| dtheising@harrisonmoberly.com | pfeldman@oshr.com |
| dwdykhouse@pbwt.com | pfinkel@wilmingtontrust.com |
| dwildes@stroock.com | phayden@mcguirewoods.com |
| dworkman@bakerlaw.com | philip.wells@ropesgray.com |
| easmith@venable.com | pmaxcy@sonnenschein.com |
| ecohen@russell.com | ppascuzzi@ffwplaw.com |
| edward.flanders@pillsburylaw.com | ppatterson@stradley.com |
| efleck@milbank.com | psp@njlawfirm.com |
| efriedman@fklaw.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@friedmanspring.com | ptrostle@jenner.com |
| eglas@mccarter.com | raj.madan@bingham.com |
| ekbergc@lanepowell.com | ramona.neal@hp.com |
| eleicht@whitecase.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | rbeacher@pryorcashman.com |
| emagnelli@bracheichler.com | rbernard@foley.com |
| emerberg@mayerbrown.com | rbyman@jenner.com |
| enkaplan@kaplanlandau.com | rdaversa@orrick.com |
| eobrien@sbchlaw.com | relgidely@gjb-law.com |
| ep@scottwood.com | rflanagan@flanassoc.com |
| eschwartz@contrariancapital.com | rfriedman@silvermanacampora.com |
| etillinghast@sheppardmullin.com | rgmason@wlrk.com |
| ezujkowski@emmetmarvin.com | rgoodman@moundcotton.com |
| fbp@ppgms.com | rgraham@whitecase.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| fhenn@law.nyc.gov | rhorkovich@andersonkill.com |
| fhyman@mayerbrown.com | richard.fingard@newedge.com |
| foont@foontlaw.com | richard.lear@hklaw.com |
| fritschj@sullcrom.com | richard.tisdale@friedfrank.com |
| fsosnick@shearman.com | richard@rwmaplc.com |
| fyates@sonnenschein.com | rick.murphy@sutherland.com |
| gabriel.delvirginia@verizon.net | rjones@boultcummings.com |
| gary.ravertpllc@gmail.com | rleek@hodgsonruss.com |
| gbray@milbank.com | rlevin@cravath.com |
| george.south@dlapiper.com | rmatzat@hahnhessen.com |
| ggitomer@mkbattorneys.com | rnetzer@willkie.com |
| ggoodman@foley.com | robert.dombroff@bingham.com |
| giddens@hugheshubbard.com | robert.honeywell@klgates.com |
| gkaden@goulstonstorrs.com | robert.malone@dbr.com |
| glenn.siegel@dechert.com | robert.yalen@usdoj.gov |
| gmoss@riemerlaw.com | robin.keller@lovells.com |
| goldenberg@ssnyc.com | roger@rnagioff.com |
| gspilsbury@jsslaw.com | ronald.silverman@bingham.com |
| harrisjm@michigan.gov | ross.martin@ropesgray.com |
| harveystrickon@paulhastings.com | rrainer@wmd-law.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | russj4478@aol.com |
| hmagaliff@r3mlaw.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | sabin.willett@bingham.com |
| holsen@stroock.com | sabramowitz@velaw.com |
| howard.hawkins@cwt.com | sabvanrooy@hotmail.com |
| hseife@chadbourne.com | sally.henry@skadden.com |
| hsnovikoff@wlrk.com | samuel.cavior@pillsburylaw.com |
| hsteel@brownrudnick.com | sandyscafaria@eaton.com |

5

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | scargill@lowenstein.com |
| icatto@mwe.com | schager@ssnyc.com |
| igoldstein@proskauer.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | schepis@pursuitpartners.com |
| israel.dahan@cwt.com | schnabel.eric@dorsey.com |
| iva.uroic@dechert.com | schristianson@buchalter.com |
| jacobsonn@sec.gov | schwartzmatthew@sullcrom.com |
| james.heaney@lawdeb.com | scott.golden@hoganlovells.com |
| james.mcclammy@dpw.com | scottj@sullcrom.com |
| james.sprayregen@kirkland.com | scottshelley@quinnemanuel.com |
| jamesboyajian@gmail.com | scousins@armstrongteasdale.com |
| jamestecce@quinnemanuel.com | sdnyecf@dor.mo.gov |
| jar@outtengolden.com | seba.kurian@invesco.com |
| jason.jurgens@cwt.com | sehlers@armstrongteasdale.com |
| jay.hurst@oag.state.tx.us | sfalanga@connellfoley.com |
| jay@kleinsolomon.com | sfelderstein@ffwplaw.com |
| jbeemer@entwistle-law.com | sfineman@lchb.com |
| jbeiers@co.sanmateo.ca.us | sfox@mcguirewoods.com |
| jbird@polsinelli.com | sgordon@cahill.com |
| jbromley@cgsh.com | sgubner@ebg-law.com |
| jcarberry@cl-law.com | sharbeck@sipc.org |
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | sldreyfuss@hlgslaw.com |
| jdwarner@warnerandscheuerman.com | sleo@bm.net |
| jdweck@sutherland.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smillman@stroock.com |
| jeff.wittig@coair.com | smulligan@bsblawyers.com |
| jeffery.black@bingham.com | snewman@katskykorins.com |
| jeffrey.sabin@bingham.com | sory@fdlaw.com |
| jeldredge@velaw.com | squsba@stblaw.com |
| jennifer.demarco@cliffordchance.com | sree@lcbf.com |
| jennifer.gore@shell.com | sschultz@akingump.com |
| jfalgowski@reedsmith.com | sselbst@herrick.com |
| jflaxer@golenbock.com | sshimshak@paulweiss.com |
| jfreeberg@wfw.com | sskelly@teamtogut.com |
| jg5786@att.com | sstarr@starrandstarr.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jgenovese@gjb-law.com | steele@lowenstein.com |
| jgoodchild@morganlewis.com | stephen.cowan@dlapiper.com |
| jguy@orrick.com | stephen.hessler@kirkland.com |
| jhiggins@fdlaw.com | steve.ginther@dor.mo.gov |
| jhorgan@phxa.com | steven.usdin@flastergreenberg.com |
| jhuggett@margolisedelstein.com | steven.wilamowsky@bingham.com |
| jim@atkinslawfirm.com | streusand@slollp.com |
| jjoyce@dresslerpeters.com | susheelkirpalani@quinnemanuel.com |
| jjtancredi@daypitney.com | sweyl@haslaw.com |
| jjureller@klestadt.com | swolowitz@mayerbrown.com |
| jlamar@maynardcooper.com | szuch@wiggin.com |
| jlawlor@wmd-law.com | tannweiler@greerherz.com |
| jlee@foley.com | tbrock@ssbb.com |
| jlevitin@cahill.com | tdewey@dpklaw.com |
| jlscott@reedsmith.com | tgoren@mofo.com |
| jmaddock@mcguirewoods.com | thaler@thalergertler.com |
| jmakower@tnsj-law.com | thomas.califano@dlapiper.com |
| jmazermarino@msek.com | tim.desieno@bingham.com |
| jmelko@gardere.com | timothy.harkness@freshfields.com |
| jmerva@fult.com | tjfreedman@pbnlaw.com |
| jmmurphy@stradley.com | tkiriakos@mayerbrown.com |
| jmr@msf-law.com | tlauria@whitecase.com |
| jnadritch@olshanlaw.com | tmacwright@whitecase.com |
| jnm@mccallaraymer.com | tmarrion@haslaw.com |
| john.monaghan@hklaw.com | tnixon@gklaw.com |
| john.mule@ag.state.mn.us | toby.r.rosenberg@irscounsel.treas.gov |
| john.rapisardi@cwt.com | tomwelsh@orrick.com |
| jonathan.goldblatt@bnymellon.com | tslome@msek.com |
| jonathan.henes@kirkland.com | tunrad@burnslev.com |
| jorbach@hahnhessen.com | twheeler@lowenstein.com |
| joseph.cordaro@usdoj.gov | villa@slollp.com |
| joseph.serino@kirkland.com | vmilione@nixonpeabody.com |
| joshua.dorchak@bingham.com | vrubinstein@loeb.com |
| jowen769@yahoo.com | wanda.goodloe@cbre.com |
| joy.mathias@dubaiic.com | wballaine@lcbf.com |
| jpintarelli@mofo.com | wbenzija@halperinlaw.net |
| jporter@entwistle-law.com | wchen@tnsj-law.com |
| jprol@lowenstein.com | wcurchack@loeb.com |
| jrabinowitz@rltlawfirm.com | wdase@fzwz.com |
| jrsmith@hunton.com | wfoster@milbank.com |
| jschiller@bsfllp.com | will.sugden@alston.com |

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jschwartz@hahnhessen.com | wiltenburg@hugheshubbard.com |
| jsheerin@mcguirewoods.com | wisotska@pepperlaw.com |
| jshenwick@gmail.com | wk@pwlawyers.com |
| jsherman@bsfllp.com | wmaher@wmd-law.com |
| jshickich@riddellwilliams.com | wmarcari@ebglaw.com |
| jsmairo@pbnlaw.com | wmckenna@foley.com |
| jstoll@mayerbrown.com | wrightth@sullcrom.com |
| jsullivan@mosessinger.com | wsilverm@oshr.com |
| jtimko@shutts.com | wswearingen@llf-law.com |
| judy.morse@crowedunlevy.com | wtaylor@mccarter.com |
| jvail@ssrl.com | wweintraub@stutman.com |
| jwcohen@daypitney.com | wzoberman@bermanesq.com |
| jweiss@gibsondunn.com | yuwatoko@mofo.com |
| jwest@velaw.com | |

8

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

| | |
|---|---|
| *LBH_NOW_OMNI 129_DI44513_6-4-14* | *LBH_NOW_OMNI 129_DI44513_6-4-14* |
| MIZRAHI TEFAHOT BANK, LTD<br>ATTN: IRENE GRUBER, LEGAL DIVISION<br>7 JABOTINSKY STREET<br>RAMAT GAN, 52136<br>ISRAEL | STEVEN G. TEPPER<br>ARNOLD & PORTER LLP<br>399 PARK AVE, 34TH FLOOR<br>NEW YORK, NY 10022 |