UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                         :    Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (SCC)
                                              :
                  Debtors.                    :    (Jointly Administered)
                                              :
------------------------------------------------------------------x    Ref. Docket No. 44566

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2014, I caused to be served the "Notice of Adjournment of Objection to Proof of Claim Numbers 67782, 68103, and 64071," dated June 5, 2014 [Docket No. 44566], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Christina Siguenza*
Christina Siguenza

Sworn to before me this
6th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\NOA re Claim Nos. 67782, 68103 & 64071_DI_44566_AFF_6-5-14.doc

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | asomers@rctlegal.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcy@ntexas-attorneys.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| agoldstein@tnsj-law.com | bbisignani@postschell.com |
| agottfried@morganlewis.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| amh@amhandlerlaw.com | bstrickland@wtplaw.com |
| andrew.brozman@cliffordchance.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | caitrin.mckiernan@freshfields.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apalazzolo@fzwz.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arheaume@riemerlaw.com | cgonzalez@diazreus.com |
| arlbank@pbfcm.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@connellfoley.com |

Lehman Brothers Holdings Inc. Email Service List

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| ellen.halstead@cwt.com | ian.roberts@bakerbotts.com |
| emagnelli@bracheichler.com | icatto@mwe.com |
| emerberg@mayerbrown.com | igoldstein@proskauer.com |
| enkaplan@kaplanlandau.com | ilevee@lowenstein.com |
| eobrien@sbchlaw.com | israel.dahan@cwt.com |
| ep@scottwood.com | iva.uroic@dechert.com |
| eschwartz@contrariancapital.com | jacobsonn@sec.gov |
| etillinghast@sheppardmullin.com | james.heaney@lawdeb.com |
| ezujkowski@emmetmarvin.com | james.mcclammy@dpw.com |
| fbp@ppgms.com | james.sprayregen@kirkland.com |
| ffm@bostonbusinesslaw.com | jamesboyajian@gmail.com |
| fhenn@law.nyc.gov | jamestecce@quinnemanuel.com |
| fhyman@mayerbrown.com | jar@outtengolden.com |
| foont@foontlaw.com | jason.jurgens@cwt.com |
| fritschj@sullcrom.com | jay.hurst@oag.state.tx.us |
| fsosnick@shearman.com | jay@kleinsolomon.com |
| fyates@sonnenschein.com | jbeemer@entwistle-law.com |
| gabriel.delvirginia@verizon.net | jbeiers@co.sanmateo.ca.us |
| gary.ravertpllc@gmail.com | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| george.south@dlapiper.com | jcarberry@cl-law.com |
| ggitomer@mkbattorneys.com | jchristian@tobinlaw.com |
| ggoodman@foley.com | jchubak@proskauer.com |
| giddens@hugheshubbard.com | jdoran@haslaw.com |
| gkaden@goulstonstorrs.com | jdrucker@coleschotz.com |
| glenn.siegel@dechert.com | jdwarner@warnerandscheuerman.com |
| gmoss@riemerlaw.com | jdweck@sutherland.com |
| goldenberg@ssnyc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hmagaliff@r3mlaw.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jennifer.demarco@cliffordchance.com |
| holsen@stroock.com | jennifer.gore@shell.com |
| howard.hawkins@cwt.com | jfalgowski@reedsmith.com |
| hseife@chadbourne.com | jflaxer@golenbock.com |
| hsnovikoff@wlrk.com | jfreeberg@wfw.com |
| hsteel@brownrudnick.com | jg5786@att.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| jgenovese@gjb-law.com | jschwartz@hahnhessen.com |
| jgoodchild@morganlewis.com | jsheerin@mcguirewoods.com |
| jguy@orrick.com | jshenwick@gmail.com |
| jhiggins@fdlaw.com | jsherman@bsfllp.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jim@atkinslawfirm.com | jstoll@mayerbrown.com |
| jjoyce@dresslerpeters.com | jsullivan@mosessinger.com |
| jjtancredi@daypitney.com | jtimko@shutts.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jlamar@maynardcooper.com | jvail@ssrl.com |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlscott@reedsmith.com | jwh@njlawfirm.com |
| jmaddock@mcguirewoods.com | kanema@formanlaw.com |
| jmakower@tnsj-law.com | karen.wagner@dpw.com |
| jmazermarino@msek.com | karl.geercken@alston.com |
| jmelko@gardere.com | kdwbankruptcydepartment@kelleydrye.com |
| jmerva@fult.com | keckhardt@hunton.com |
| jmmurphy@stradley.com | keith.simon@lw.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnadritch@olshanlaw.com | ken.higman@hp.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.monaghan@hklaw.com | kgwynne@reedsmith.com |
| john.mule@ag.state.mn.us | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kit.weitnauer@alston.com |
| jonathan.goldblatt@bnymellon.com | kjarashow@stutman.com |
| jonathan.henes@kirkland.com | kkelly@ebglaw.com |
| jorbach@hahnhessen.com | kkolbig@mosessinger.com |
| joseph.cordaro@usdoj.gov | klyman@irell.com |
| joseph.serino@kirkland.com | klynch@formanlaw.com |
| joshua.dorchak@bingham.com | kmayer@mccarter.com |
| jowen769@yahoo.com | kobak@hugheshubbard.com |
| joy.mathias@dubaiic.com | korr@orrick.com |
| jpintarelli@mofo.com | kovskyd@pepperlaw.com |
| jporter@entwistle-law.com | kressk@pepperlaw.com |
| jprol@lowenstein.com | kreynolds@mklawnyc.com |
| jrabinowitz@rltlawfirm.com | krodriguez@allenmatkins.com |
| jrsmith@hunton.com | krosen@lowenstein.com |
| jschiller@bsfllp.com | kurt.mayr@bgllp.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| lacyr@sullcrom.com | matt@willaw.com |
| landon@slollp.com | matthew.klepper@dlapiper.com |
| lapeterson@foley.com | maustin@orrick.com |
| lathompson@co.sanmateo.ca.us | mbenner@tishmanspeyer.com |
| lawallf@pepperlaw.com | mberman@nixonpeabody.com |
| lawrence.gelber@srz.com | mberman@nixonpeabody.com |
| lberkoff@moritthock.com | mbienenstock@proskauer.com |
| lee.stremba@troutmansanders.com | mbloemsma@mhjur.com |
| lgranfield@cgsh.com | mbossi@thompsoncoburn.com |
| lhandelsman@stroock.com | mcademartori@sheppardmullin.com |
| lhill@reedsmith.com | mcordone@stradley.com |
| lhoffman@deilylawfirm.com | mcto@debevoise.com |
| linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| lisa.solomon@att.net | melorod@gtlaw.com |
| ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| lkatz@ltblaw.com | metkin@lowenstein.com |
| lkiss@klestadt.com | mfeldman@willkie.com |
| lmarinuzzi@mofo.com | mginzburg@daypitney.com |
| lmay@coleschotz.com | mgordon@briggs.com |
| lmcgowen@orrick.com | mgreger@allenmatkins.com |
| lml@ppgms.com | mh1@mccallaraymer.com |
| lnashelsky@mofo.com | mhopkins@cov.com |
| loizides@loizides.com | michael.frege@cms-hs.com |
| lperkins@deilylawfirm.com | michael.kelly@monarchlp.com |
| lscarcella@farrellfritz.com | michael.krauss@faegrebd.com |
| lschweitzer@cgsh.com | michael.mccrory@btlaw.com |
| lubell@hugheshubbard.com | michaels@jstriallaw.com |
| lwhidden@salans.com | michelle.park@freshfields.com |
| mabrams@willkie.com | millee12@nationwide.com |
| maofiling@cgsh.com | miller@taftlaw.com |
| marc.chait@sc.com | mimi.m.wong@irscounsel.treas.gov |
| margaret.welsh@cliffordchance.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmooney@deilylawfirm.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mmorreale@us.mufg.jp | peter@bankrupt.com |
| mneier@ibolaw.com | pfeldman@oshr.com |
| monica.lawless@brookfieldproperties.com | pfinkel@wilmingtontrust.com |
| mpage@kelleydrye.com | phayden@mcguirewoods.com |
| mparry@mosessinger.com | philip.wells@ropesgray.com |
| mpomerantz@julienandschlesinger.com | pmaxcy@sonnenschein.com |
| mprimoff@kayescholer.com | ppascuzzi@ffwplaw.com |
| mpucillo@bermanesq.com | ppatterson@stradley.com |
| mrosenthal@gibsondunn.com | psp@njlawfirm.com |
| mrothchild@mofo.com | ptrain-gutierrez@kaplanlandau.com |
| mruetzel@whitecase.com | ptrostle@jenner.com |
| mschimel@sju.edu | raj.madan@bingham.com |
| msegarra@mayerbrown.com | ramona.neal@hp.com |
| mshiner@tuckerlaw.com | raul.alcantar@alcantarlaw.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarner@coleschotz.com | relgidely@gjb-law.com |
| mwarren@mtb.com | rflanagan@flanassoc.com |
| nathan.spatz@pillsburylaw.com | rfriedman@silvermanacampora.com |
| nbojar@fklaw.com | rgmason@wlrk.com |
| ncoco@mwe.com | rgoodman@moundcotton.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| neilberger@teamtogut.com | rhorkovich@andersonkill.com |
| nherman@morganlewis.com | richard.fingard@newedge.com |
| nissay_10259-0154@mhmjapan.com | richard.lear@hklaw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | richard@rwmaplc.com |
| nyrobankruptcy@sec.gov | rick.murphy@sutherland.com |
| otccorpactions@finra.org | rjones@boultcummings.com |
| paronzon@milbank.com | rleek@hodgsonruss.com |
| patrick.oh@freshfields.com | rlevin@cravath.com |
| pbattista@gjb-law.com | rmatzat@hahnhessen.com |
| pbosswick@ssbb.com | rnetzer@willkie.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.honeywell@klgates.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.macdonald@wilmerhale.com | robert.yalen@usdoj.gov |
| peter.simmons@friedfrank.com | robin.keller@lovells.com |

roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com

slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com

Lehman Brothers Holdings Inc. Email Service List

tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

Lehman Brothers Holdings Inc. Email Service List

clarkb@sullcrom.com
jonathan.reisman@ropesgray.com
schwartzmatthew@sullcrom.com
wrightth@sullcrom.com

**EXHIBIT B**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Lehman Brothers Holdings Inc. Overnight Service List

THOMAS JOHN WRIGHT
SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NEW YORK 10004

GIANTS STADIUM LLC
ATTN: CHRISTINE PROCOPS
MEADOWLANDS SPORTS COMPLEX
50 STATE ROUTE 120
EAST RUTHERFORD, NJ 07073

GOAL LINE PARTNERS, LLC
TRANSFEROR: BANK OF AMERICA, N.A.
C/O ROPES & GRAY LLP
ATTN: JONATHAN REISMAN
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

GIANTS STADIUM LLC
C/O SULLIVAN & CROMWELL LLP
ATTN: MATTHEW SCHWARTZ; BRUCE CLARK
125 BROAD STREET
NEW YORK,NY 10004