**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                  :
In re                                             :         Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :         08-13555 (SCC)
                                                  :
                              Debtors.            :         (Jointly Administered)
                                                  :
------------------------------------------------------------------------x    Ref. Docket Nos. 44568 & 44569

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On June 5, 2014, I caused to be served the:

   a)   "Notice of Hearing on Four Hundred Seventy-Second Omnibus Objection to Claims (No Liability Claims)," dated June 5, 2014, to which was attached the "Four Hundred Seventy-Second Omnibus Objection to Claims (No Liability Claims)," dated June 5, 2014 [Docket No. 44568], (the "472nd Omnibus NOH"), and

   b)   "Notice of Hearing on Objection to Claim of Mitsubishi UFJ Securities International plc (Claim No. 20239)," dated June 5, 2014, to which was attached the "Objection to Claim of Mitsubishi UFJ Securities International plc (Claim No. 20239)," dated June 5, 2014 [Docket No. 44569], (the "Mitsubishi UFJ Claim Objection NOH"),

by causing true and correct copies of the:

   i.    472nd Omnibus NOH and Mitsubishi UFJ Claim Objection NOH, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.   472nd Omnibus NOH and Mitsubishi UFJ Claim Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

      iii.      472nd Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

      iv.      Mitsubishi UFJ Claim Objection NOH, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit D.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
6th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

agottfried@morganlewis.com

aisenberg@saul.com

akadish@dtlawgroup.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apalazzolo@fzwz.com

aquale@sidley.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kjarashow@stutman.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@slollp.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lhill@reedsmith.com

lhoffman@deilylawfirm.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

## LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

caitrin.mckiernan@freshfields.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lperkins@deilylawfirm.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margaret.welsh@cliffordchance.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

# LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

michelle.park@freshfields.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mrothchild@mofo.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

3

# LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

raj.madan@bingham.com

ramona.neal@hp.com

raul.alcantar@alcantarlaw.com

# LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

ep@scottwood.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhorkovich@andersonkill.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

rwasserman@cftc.gov

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

# LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com

scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com

## LEHMAN BROTHERS HOLDINGS INC.,
### E-MAIL SERVICE LIST

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

tim.desieno@bingham.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tslome@msek.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

| | |
|---|---|
| jschwartz@hahnhessen.com | wiltenburg@hugheshubbard.com |
| jsheerin@mcguirewoods.com | wisotska@pepperlaw.com |
| jshenwick@gmail.com | wk@pwlawyers.com |
| jsherman@bsfllp.com | wmaher@wmd-law.com |
| jshickich@riddellwilliams.com | wmarcari@ebglaw.com |
| jsmairo@pbnlaw.com | wmckenna@foley.com |
| jstoll@mayerbrown.com | wrightth@sullcrom.com |
| jsullivan@mosessinger.com | wsilverm@oshr.com |
| jtimko@shutts.com | wswearingen@llf-law.com |
| judy.morse@crowedunlevy.com | wtaylor@mccarter.com |
| jvail@ssrl.com | wweintraub@stutman.com |
| jwcohen@daypitney.com | wzoberman@bermanesq.com |
| jweiss@gibsondunn.com | yuwatoko@mofo.com |
| jwest@velaw.com | |

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BANCO BANIF, S.A. | ATTN: ROCIO LEDESMA / CARLOS DIAZ PASEO DE LA CASTELLANA 24 MADRID 28046 SPAIN |
| BANCO BANIF, S.A. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | ATTN: LEGAL DEPARTMENT AV. ENG DUARTE PACHECO, AMOREIRAS TORRE 1-6 LISBON 1070-024 PORTUGAL |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANK OF SCOTLAND PLC | ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | F/K/A FORTIS INVESTMENT MANAGEMENT BELGIUM N.V/S.A BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BRK/A INVESTORS, L.L.C. | ATTN : JOHN H. FANT 201 MAIN STREET SUITE 300 FORT WORTH TX 76102 |
| BRK/A INVESTORS, L.L.C. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| GENRE PARTNERS, L.P. | ATTN JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| GENRE PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| LAGAN PARTNERS, LLC | TRANSFEROR: UBS AG C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| NRC PARTNERS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| NRC PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| US BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| US BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  20**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS ROPEMAKER PLACE, 25 ROPEMAKER STREET LONDON EC2Y 9AJ UNITED KINGDOM |

**Total Creditor count  1**