**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Philip Rogers Stein, respectfully request admission, ***pro hac vice***, before the Honorable Shelley C. Chapman, to represent Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc., Shea Mortgage, Inc., CTX Mortgage Company, LLC, PrimeLending, a PlainsCapital Company, Allied Mortgage Group, Inc. and Direct Mortgage, Corp., interested parties in the above-referenced case.[1]

***I certify that I am a member in good standing*** of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  June 11, 2014
           Miami, Florida

---

[1] The aforementioned interested parties are making a limited appearance before the Court to respond to and object to the relief sought by the Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [DOCKET NO. 44450]. Neither this Motion nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute (a) consent to the entry of final orders or judgments, except after de novo review by a United States District Court, in non-core matters or in any other matters in which entry of such an order exceeds the constitutional authority of this Court; (b) waiver of the right to trial by jury in any proceeding as to any and all matters so triable; (c) waiver of the right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) waiver of any other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this proceeding.

By: /s/ Philip R. Stein
Philip R. Stein, Esq
BILZIN SUMBERG BAENA
 PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
*E-mail address*:  pstein@bilzin.com
*Telephone No*:  (305) 374-7580

MIAMI 4202784.3 72743/35700