B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 33591
Amount of Claim Transferred: $101,788.16
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33614
Amount of Claim Transferred: $225,929.65
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33659
Amount of Claim Transferred: $325,988.91
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33582
Amount of Claim Transferred: $78,681.35
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33585
Amount of Claim Transferred: $112,631.66
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known):  33588
Amount of Claim Transferred:  $47,088.87
Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: ________________________
Transferee/Transferee's Agent
Claudia Borg
General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: ________________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 33614
Amount of Claim Transferred: $400,487.87
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33659
Amount of Claim Transferred: $50,731.34
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33582
Amount of Claim Transferred: $139,472.29
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33585
Amount of Claim Transferred: $199,653.36
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33588
Amount of Claim Transferred: $83,470.76
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: ______________________ Claudia Borg
Transferee/Transferee's Agent General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: ______________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

**EXHIBIT B**

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings, Inc., et al. Debtors Case No. 08-13555(JMP)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Morgan Stanley Senior Funding, Inc.
Name of Transferor

Court Claim # (if known): 66107 (which amended 33613)
Amount of Claim: $527,123.78
Date Claim Filed: January 12, 2010 (originally filed September 18, 2009)
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: ______________________ Date: 6/5/14
Transferee/Transferee's Agent
Claudia Borg
General Counsel

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: ______________________ Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 33160
Amount of Claim Transferred: $165,727.72
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: ______________________
Transferee/Transferee's Agent
**Claudia Borg**
**General Counsel**

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: ______________________
Transferor/Transferor's Agent
**John Ragusa**
**Authorized Signatory**

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 33160
Amount of Claim Transferred: $13,494.37
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: ______________________
Transferee/Transferee's Agent Claudia Borg
General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: ______________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 27310
Amount of Claim Transferred: $532,999.63
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By:______________________________
Transferee/Transferee's Agent

Claudia Borg
General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:______________________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 27310
Amount of Claim Transferred: $210,849.51
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: ______________________________
Transferee/Transferee's Agent

Claudia Borg
General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: ______________________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 27310
Amount of Claim Transferred: $210,849.50
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By:______________________________
Transferee/Transferee's Agent
Claudia Borg
General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:______________________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HHLF L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferor

Court Claim # (if known): 19936
Amount of Claim Transferred: $316,274.27
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By:______________________________
Transferee/Transferee's Agent
Claudia Borg
General Counsel

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By:______________________________
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14