B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LLSM L.P. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>33591</u>
Amount of Claim Transferred: <u>$495,918.98</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33614</u>
Amount of Claim Transferred: <u>$1,100,744.94</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33659</u>
Amount of Claim Transferred: <u>$1,588,240.61</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33582</u>
Amount of Claim Transferred: <u>$383,341.00</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33585</u>
Amount of Claim Transferred: <u>$548,749.27</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known):  33588
Amount of Claim Transferred:  $229,420.23
Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By: _____        Date: 6/5/14
    Transferee/Transferee's Agent
    Claudia Borg
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____        Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>LLSM L.P.</u><br>Name of Transferee | <u>MORGAN STANLEY SENIOR FUNDING, INC.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>555 5th Ave, 18th Floor<br>New York, NY  10017<br>Attention: Brian Wood<br>Telephone#: 212-843-1243<br>Fax#: 212-843-1376<br>Email: bwood@stonelioncapital.com | Court Claim # (if known): <u>33614</u><br>Amount of Claim Transferred: <u>$1,951,204.70</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u><br><br>Court Claim # (if known): <u>33659</u><br>Amount of Claim Transferred: <u>$247,166.62</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u><br><br>Court Claim # (if known): <u>33582</u><br>Amount of Claim Transferred: <u>$679,518.70</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u><br><br>Court Claim # (if known): <u>33585</u><br>Amount of Claim Transferred: <u>$972,725.04</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u><br><br>Court Claim # (if known): <u>33588</u><br>Amount of Claim Transferred: <u>$406,675.35</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By: _____  Claudia Borg  Date: 6/5/14
    Transferee/Transferee's Agent  Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____  Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

819285v.2 153/04605

19

**EXHIBIT B**
B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

<u>In re Lehman Brothers Holdings, Inc.</u>, et al. Debtors      Case No. <u>08-13555(JMP)</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>LLSM L.P.</u> | <u>Morgan Stanley Senior Funding, Inc.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>66107 (which amended 33613)</u>
Amount of Claim: <u>$2,568,183.66</u>
Date Claim Filed: <u>January 12, 2010 (originally filed September 18, 2009)</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
   By: LLS General Partner Ltd., its General Partner

By: _____    Date: 6/5/14
    Transferee/Transferee's Agent
    Claudia Borg
    Authorized Signatory

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

717203v.7 3091/00078    10

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.                Case No. 08-13555 (JMP)
                                                                     (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LLSM L.P.                                              MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 33160
should be sent:                                 Amount of Claim Transferred: $807,436.95
                                                Date Claim Filed: 09/22/2009
555 5th Ave, 18th Floor                         Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____    Date: 6/5/14
Transferee/Transferee's Agent    Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date:    6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

819285v.2 153/04605                    17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>LLSM L.P.</u> | <u>MORGAN STANLEY SENIOR FUNDING, INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>33160</u>
Amount of Claim Transferred: <u>$65,745.50</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____        Date: 6/5/14
Transferee/Transferee's Agent    Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____        Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LLSM L.P.                                            MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 27310
Amount of Claim Transferred: $2,596,811.21
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____     Date: 6/5/14
   Transferee/Transferee's Agent
   Claudia Borg
   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date: 6-5-14
   Transferor/Transferor's Agent
   John Ragusa
   Authorized Signatory

819285v.2 153/04605                 17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LLSM L.P.</u>                                              <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>27310</u>
should be sent:                                   Amount of Claim Transferred: <u>$1,027,273.47</u>
                                                  Date Claim Filed: <u>09/22/2009</u>
555 5th Ave, 18th Floor                           Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                        16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____    Date: 6/5/14
Transferee/Transferee's Agent
Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

819285v.2 153/04605                    17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LLSM L.P.</u>                                             <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>27310</u>
Amount of Claim Transferred:  <u>$1,027,273.38</u>
Date Claim Filed:  <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____
Transferee/Transferee's Agent
Claudia Borg
Authorized Signatory

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LLSM L.P.</u>                                      <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>19936</u>
Amount of Claim Transferred:  <u>$1,540,910.20</u>
Date Claim Filed: <u>09/21/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____    Date: 6/5/14
Transferee/Transferee's Agent    Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
Transferor/Transferor's Agent    John Ragusa
Authorized Signatory