



1209 Orange Street
Wilmington, DE 19801

302.777.0220 tel
800.677.3394 toll free
www.ctcorporation.com

May 14, 2014

Jacqueline
Weil, Gotshal & Manages LLP
767 Fifth Avenue,
New York, NY  10153

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltfs. vs. The Bank of New York Mellon Trust Co., et al. including Liberty Square CDO II, Corp., Dfts.

Case No. 0813555SCC

Dear Sir/Madam:

We are returning the enclosed documents which we received regarding the above captioned matter.

The Corporation Trust Company has filed a resignation of agent with the State of DE on 01/01/0001. Service can no longer be taken for this entity.

Very truly yours,


The Corporation Trust Company

Log# 524947830

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY  10004-1408




(Returned To)

Jacqueline
Weil, Gotshal & Manages LLP
767 Fifth Avenue,
New York, NY  10153

Wolters Kluwer

5/21/2014