B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Permal Stone Lion Fund Ltd.</u>                MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>33591</u>
should be sent:                                 Amount of Claim Transferred: <u>$53,628.90</u>
                                                Date Claim Filed: <u>09/22/2009</u>
555 5th Ave, 18th Floor                         Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY  10017
Attention: Brian Wood                           Court Claim # (if known): <u>33614</u>
Telephone#: 212-843-1243                        Amount of Claim Transferred: <u>$119,035.04</u>
Fax#: 212-843-1376                              Date Claim Filed: <u>09/22/2009</u>
Email: bwood@stonelioncapital.com               Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                Court Claim # (if known): <u>33659</u>
                                                Amount of Claim Transferred: <u>$171,753.04</u>
                                                Date Claim Filed: <u>09/22/2009</u>
                                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                Court Claim # (if known): <u>33582</u>
                                                Amount of Claim Transferred: <u>$41,454.67</u>
                                                Date Claim Filed: <u>09/22/2009</u>
                                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                Court Claim # (if known): <u>33585</u>
                                                Amount of Claim Transferred: <u>$59,341.99</u>
                                                Date Claim Filed: <u>09/22/2009</u>
                                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known):  33588
Amount of Claim Transferred:  $24,809.60
Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____    Date: 6/5/14
    Transferee/Transferee's Agent   Claudia Borg
                                    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
    Transferor/Transferor's Agent
            John Ragusa
        Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Permal Stone Lion Fund Ltd.</u>                  <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>33614</u>
Amount of Claim Transferred: <u>$211,004.14</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33659</u>
Amount of Claim Transferred: <u>$26,728.71</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33582</u>
Amount of Claim Transferred: <u>$73,483.45</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33585</u>
Amount of Claim Transferred: <u>$105,190.92</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33588</u>
Amount of Claim Transferred: <u>$43,978.06</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____  Date: 6/5/14
Transferee/Transferee's Agent
Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____  Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

**EXHIBIT B**
B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings, Inc., et al. Debtors    Case No. 08-13555(JMP)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Permal Stone Lion Fund Ltd. | Morgan Stanley Senior Funding, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 66107 (which amended 33613)
Amount of Claim: $277,724.52
Date Claim Filed: January 12, 2010 (originally filed September 18, 2009)
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____     Date:  6/5/14
     Transferee/Transferee's Agent
     Claudia Borg
     Authorized Signatory

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date:  6-5-14
     Transferor/Transferor's Agent
     John Ragusa
     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PERMAL STONE LION FUND LTD. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 33160
Amount of Claim Transferred: $87,316.59
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

819285v.2 153/04605                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P.,
INVESTMENT MANAGER

By: _____     Date: 6/5/14
   Transferee/Transferee's Agent
   Claudia Borg
   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date: 6-5-14
   Transferor/Transferor's Agent
   John Ragusa
   Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>PERMAL STONE LION FUND LTD.</u>          <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>33160</u>
Amount of Claim Transferred: <u>$7,109.75</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

819285v.2 153/04605                                16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P.,
INVESTMENT MANAGER

By: _____     Date: 6/5/14
Transferee/Transferee's Agent  Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

819285v.2 153/04605                    17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>PERMAL STONE LION FUND LTD.</u> | <u>MORGAN STANLEY SENIOR FUNDING, INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>27310</u>
Amount of Claim Transferred:  <u>$280,820.31</u>
Date Claim Filed:  <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

819285v.2 153/04605                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____
Transferee/Transferee's Agent
Claudia Borg
Authorized Signatory

Date: 6/5/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

Date: 6-5-14

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PERMAL STONE LION FUND LTD.              MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                        Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 27310
should be sent:                                  Amount of Claim Transferred: $111,089.80
                                                 Date Claim Filed: 09/22/2009
555 5th Ave, 18th Floor                          Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____    Date: 6|5|14
    Transferee/Transferee's Agent  Claudia Borg
                                   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

819285v.2 153/04605                    17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>PERMAL STONE LION FUND LTD.</u>         <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>27310           </u>
should be sent:                                                        Amount of Claim Transferred: <u>$111,089.81     </u>
                                                                                 Date Claim Filed: <u>09/22/2009              </u>
555 5th Ave, 18th Floor                                     Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____    Date: 6/5/14
Transferee/Transferee's Agent Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
Transferor/Transferor's Agent
John Raguse
Authorized Signatory

819285v.2 153/04605                    17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Permal Stone Lion Fund Ltd. | MORGAN STANLEY SENIOR FUNDING, INC. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 19936
Amount of Claim Transferred: $166,634.71
Date Claim Filed: 09/21/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____    Date: 6/5/14
Transferee/Transferee's Agent  Claudia Borg
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory