B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL Liquidation Fund L.P.</u>                              <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>33591</u>
should be sent:                                  Amount of Claim Transferred: <u>$314,169.25</u>
                                                 Date Claim Filed: <u>09/22/2009</u>
555 5th Ave, 18th Floor                          Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY  10017
Attention: Brian Wood                            Court Claim # (if known): <u>33614</u>
Telephone#: 212-843-1243                         Amount of Claim Transferred: <u>$697,332.06</u>
Fax#: 212-843-1376                               Date Claim Filed: <u>09/22/2009</u>
Email: bwood@stonelioncapital.com                Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                 Court Claim # (if known): <u>33659</u>
                                                 Amount of Claim Transferred: <u>$1,006,165.07</u>
                                                 Date Claim Filed: <u>09/22/2009</u>
                                                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                 Court Claim # (if known): <u>33582</u>
                                                 Amount of Claim Transferred: <u>$242,850.06</u>
                                                 Date Claim Filed: <u>09/22/2009</u>
                                                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                 Court Claim # (if known): <u>33585</u>
                                                 Amount of Claim Transferred: <u>$347,637.72</u>
                                                 Date Claim Filed: <u>09/22/2009</u>
                                                 Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known):  33588
Amount of Claim Transferred:  $145,339.83
Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____         Claudia Borg         Date: 6/5/14
    Transferee/Transferee's Agent              General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____         Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.           Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SL Liquidation Fund L.P.                          MORGAN STANLEY SENIOR FUNDING, INC.
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 33614
should be sent:                                   Amount of Claim Transferred: $1,236,106.18
                                                  Date Claim Filed: 09/22/2009
555 5th Ave, 18th Floor                           Debtor: Lehman Brothers Special Financing Inc.
New York, NY  10017
Attention: Brian Wood                             Court Claim # (if known): 33659
Telephone#: 212-843-1243                          Amount of Claim Transferred: $156,582.34
Fax#: 212-843-1376                                Date Claim Filed: 09/22/2009
Email: bwood@stonelioncapital.com                 Debtor: Lehman Brothers Special Financing Inc.

                                                  Court Claim # (if known): 33582
                                                  Amount of Claim Transferred: $430,481.36
                                                  Date Claim Filed: 09/22/2009
                                                  Debtor: Lehman Brothers Special Financing Inc.

                                                  Court Claim # (if known): 33585
                                                  Amount of Claim Transferred: $616,230.29
                                                  Date Claim Filed: 09/22/2009
                                                  Debtor: Lehman Brothers Special Financing Inc.

                                                  Court Claim # (if known): 33588
                                                  Amount of Claim Transferred: $257,632.59
                                                  Date Claim Filed: 09/22/2009
                                                  Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____    Date: 6/5/14
Transferee/Transferee's Agent
Claudia Borg
General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

**EXHIBIT B**
B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

<u>In re Lehman Brothers Holdings, Inc.</u>, et al. Debtors          Case No. <u>08-13555(JMP)</u>

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>SL LIQUIDATION FUND L.P.</u> | <u>Morgan Stanley Senior Funding, Inc.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>66107 (which amended 33613)</u>
Amount of Claim: <u>$1,626,968.04</u>
Date Claim Filed: <u>January 12, 2010 (originally filed September 18, 2009)</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

717203v.7 3091/00078                              9

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____        Date: 6/5/14
    Transferee/Transferee's Agent
            Claudia Borg
            General Counsel

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____        Date: 6-5-14
    Transferor/Transferor's Agent
        John Ragusa
        Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL LIQUIDATION FUND L.P.</u>                    <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>33160          </u>
should be sent:                                     Amount of Claim Transferred: <u>$511,518.75    </u>
                                                    Date Claim Filed: <u>09/22/2009              </u>
555 5th Ave, 18th Floor                             Debtor:  <u>Lehman Brothers Special Financing Inc.</u>
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____    Claudia Borg    Date: 6/5/14
    Transferee/Transferee's Agent           General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

819285v.2 153/04605                17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL LIQUIDATION FUND L.P.</u>                <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>33160</u>
should be sent:                                 Amount of Claim Transferred: <u>$41,650.38</u>
                                                Date Claim Filed: <u>09/22/2009</u>
555 5th Ave, 18th Floor                         Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____    Claudia Borg    Date: 6/5/14
    Transferee/Transferee's Agent        General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

819285v.2 153/04605                17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL LIQUIDATION FUND L.P.</u>                              <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>27310</u>
Amount of Claim Transferred: <u>$1,645,103.85</u>
Date Claim Filed: <u>09/22/2009</u>

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____     Claudia Borg     Date: 6/5/14
Transferee/Transferee's Agent            General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date: ___6-5-14___
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL LIQUIDATION FUND L.P.</u>              <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): <u>27310</u>
Amount of Claim Transferred: <u>$650,787.22</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

819285v.2 153/04605                    16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____    Claudia Borg    Date: 6/5/14
    Transferee/Transferee's Agent        General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: 6-5-14
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

819285v.2 153/04605                17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SL LIQUIDATION FUND L.P. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

555 5th Ave, 18th Floor
New York, NY  10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

Court Claim # (if known): 27310
Amount of Claim Transferred: $650,787.16
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____     Claudia Borg          Date: 6/5/14
       Transferee/Transferee's Agent      General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____                             Date: 6-5-14
       Transferor/Transferor's Agent
            John Ragusa
         Authorized Signatory

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.　　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SL LIQUIDATION FUND L.P.</u>　　　　　　<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>19936</u>
should be sent:　　　　　　　　　　　　　　Amount of Claim Transferred: <u>$976,180.82</u>
　　　　　　　　　　　　　　　　　　　　Date Claim Filed: <u>09/21/2009</u>
555 5th Ave, 18th Floor　　　　　　　　　　Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10017
Attention: Brian Wood
Telephone#: 212-843-1243
Fax#: 212-843-1376
Email: bwood@stonelioncapital.com

819285v.2 153/04605　　　　　　　　　17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____   Claudia Borg   Date: 6/5/14
Transferee/Transferee's Agent   General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____   Date: 6-5-14
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

819285v.2 153/04605                    18