# HOHMANN, TAUBE & SUMMERS, L.L.P.

ATTORNEYS AT LAW

100 CONGRESS AVENUE, 18TH FLOOR

AUSTIN, TEXAS 78701

TELEPHONE (512) 472-5997

FAX (512) 472-5248

www.hts-law.com



May 30, 2014

**VIA OVERNIGHT DELIVERY**
United States Bankruptcy Court
Southern District of New York
Attn: Clerk
One Bowling Green
New York, NY 10004-1408

Re: *In re Lehman Brothers Holdings, Inc.*, Case No. 08-13555, In the United States Bankruptcy Court for the Southern District of New York

Dear Clerk,

Please allow this letter to serve as a request to remove my name from the electronic mailing list in the above-referenced case. This should include the primary and secondary email addresses for my account, specifically:

1. morrisw@hts-law.com;
2. sherris@hts-law.com; and
3. annmariej@hts-law.com.

Thank you very much for your assistance, and please contact me should you have any questions or need any further information in this regard.

Sincerely,

Morris D. Weiss
For the Firm

MDW/amj

4781-56\00319913.000