B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.      Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Luxor Capital Partners Offshore Master Fund LP</u>   <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>67079</u>
should be sent:                           Amount of Claim Transferred: <u>$9,500,000.00</u>
                                    Date Claim Filed: <u>September 20, 2010</u>
Luxor Capital Partners Offshore Master Fund LP   Debtor: <u>Lehman Brothers Holdings Inc.</u>
1114 Avenue of the Americas
Twenty-Ninth Floor
Attn: Omar Khawaja
Tel: 212-763-8075
Email: okhawaja@luxorcap.com,
Settlements@LuxorCap.com

Phone:_____   Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP

By: _____          Date: _6/9/14_____
　　　　Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Kelly Skura
Chief Financial Officer
Luxor Capital Group, LP
Investment Manager

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

**Goldman Sachs Lending Partners LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Luxor Capital Partners Offshore Master Fund LP**
1114 Avenue of the Americas
Twenty-Ninth Floor
Attn: Omar Khawaja
Tel: 212-763-8075
Email: okhawaja@luxorcap.com, Settlements@LuxorCap.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of **$9,500,000.00** (the "Assigned Claim") claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ___June 9___, 2014.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
       Name:
       Title:

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**

By: _____
       Name:
       Title:
                    Kelly Skura
                    Chief Financial Officer
                    Luxor Capital Group, LP
                    Investment Manager

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
          Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

**Goldman Sachs Lending Partners LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Luxor Capital Partners Offshore Master Fund LP**
1114 Avenue of the Americas
Twenty-Ninth Floor
Attn: Omar Khawaja
Tel: 212-763-8075
Email: okhawaja@luxorcap.com, Settlements@LuxorCap.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of **$9,500,000.00** (the "Assigned Claim") claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated _____June 9_____, 2014.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
    Name:
    Title:   **Ashwin Ramakrishna**
             **Authorized Signatory**

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**

By: _____
    Name:
    Title:

828231v.2 3091/00548