**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Philip R. Stein, to be admitted, ***pro hac vice***, to represent Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc., Shea Mortgage, Inc., CTX Mortgage Company, LLC, PrimeLending, a PlainsCapital Company, Allied Mortgage Company, and Direct Mortgage, Corp. (collectively, the "Clients"), interested parties in the above-referenced case.

Upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and the bar of the U.S. District Court for the Southern District of Florida, it is hereby

**ORDERED**, that Philip R. Stein, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York.

Dated: June 11, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE