UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

LEHMAN BROTHERS HOLDINGS INC.

Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Chapter 11
:
: Case No. 08-13555
:
: (Jointly Administered)
:
:
:

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 43563], dated March 04, 2014, filed in reference to Claim No. 48783, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: June 2, 2014

UBS AG

Hugo Koller
Director

Matthias Mohos
Associate Director

TOCE076 UBSIT0230 BDELLABRIANZA 13K 2028520