

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

*RECEIVED JUN - 6 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK*

# Message

June 02, 2014

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of    Attention: Clerk of the Court

you are receiving
1) Withdrawal request of Docket: 43563 as EPIQ has filed the same Claim Transfer Form twice
2) New Evidence of partial transfer of claim: Banco Di Desio e Della Brianza SPA

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐

Remarks
TOCE076    13'000.00    XS0208459023
Transferor: Banco Di Desio e Della Brianza SPA, ITALY / Claim Number: 48783
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (JMP)
                                                              :
          Debtors.                                            :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| UBS AG | BANCO DI DESIO E DELLA BRIANZA S.P.A. |
| Name of Transferee | Name of Transferor |
|---|---|
| Name and address where notices to Transferee should be sent:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36<br>hugo.koller@ubs.com | Court Claim # (if known):    48783<br>Amount of Claim as Filed:    US$ 37,594,608.70<br>Amount of Claim Transferred: EUR 13,000.00<br>Amount of Claim Transferred: US$ 18,957.72<br>Date Claim Filed:    Oct 27, 2009 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

UBS AG                                                        Date: February 12, 2014
Transferee/Transferee's Agent

By: _____      _____
Name: Matthias Mohos              Stephan Ofeller
Title: Associate Director         Associate Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

TOCE076 UBSIT0230 BDELLABRIANZA 13K 2028520

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banco di Desio e della Brianza S.p.A. ("Transferor"), unconditionally and irrevocably transfers and assigns to UBS AG ("Transferee") an undivided pro rata interest in EUR 13,000.00 (USD 18,957.72) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 48783 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 12 day of February 2014.

BANCO DI DESIO E DELLA BRIANZA S.p.A.
Transferor
By: GRAZIELLA BOLOGNA
Name: HEAD OF FINANCIAL DEPT.
Title:

UBS AG
Transferee

By: _____
Name: Matthias Mohos
Title:  Associate Director

By: _____
Name: Stephan Greller
Title:  Associate Director





Schedule 1

Transferred Claims

Purchased Claim

2,13115% of XS0208459023 = USD 18,957.72 of USD 889,554.52 (i.e. the outstanding amount of XS0208459023 as described in the Proof of Claim dated 10/23/09 and filed on 10/27/09).

Which equals 0,05043% of the Proof of Claim = USD 18,957.72 of USD 37,594,608.70 (the outstanding amount of the Proof of Claim dated 10/23/09 and filed on 10/27/09).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| 3.15894% LEHMAN BROS.TREAS 04-30.12.2016 | XS0208459023 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 13,000.00 (equivalent to USD 18,543.20) | 04/2016 | EUR 13,290.61 (equivalent to USD 18,957.72) |

BANCO DI DESIO E DELLA BRIANZA S.p.A.        UBS AG

GRAZIELLA BOLOGNA
HEAD OF FINANCIAL DEPT.

TOCE076,UBSIT0230 BDELLABRIANZA 13K 2028520

