**UBS**

**UBS AG**
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA



RECEIVED
JUN - 6 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## Message

June 02, 2014

subject **Withdraw request of Claim Transfer Agreement Lehman Program Securities**

On behalf of        Attention: Clerk of the Court

you are receiving   Withdraw of partial transfer of claim with Docket-No. 43675: Neue Aargauer Bank AG, Switzerland

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ | |

Remarks
TOCE078    Units 40.00    ANN5214A1118
Transferor: Neue Aargauer Bank AG, Switzerland / Claim Number: 55814
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

 07.03.2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
|  | : Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS INC. | : |
|  | : (Jointly Administered) |
| Debtor. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 43675], dated March 05, 2014, filed in reference to Claim No. 55814, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: June 2, 2014

UBS AG

Hugo Koller          Matthias Mohos
Director              Associate Director

TOCE078_NAB55814 UNITS40 ANN5214A1118_WITHDRAWN