

# MERCANTILE
**Mercantile Discount Bank Ltd.**

## SECURITIES CENTER

Date: 28/05/2014
No: 690028424



RECEIVED JUN - 6 2014 U.S. BANKRUPTCY COURT SD DIST OF NY

S.D.N.Y Bankruptcy Court
Clerk's Office
500 Pearl Street
New York, NY 10007-1312
U.S.A

**Claim No. 45221**

Dear sir or madam,

Please find attached "Evidence of Transfer of Claim" on behalf of a client at Mercantile Discount Bank Ltd., 125 Menachem Begin Road, Hayovel Building, Tel Aviv 6701201, Israel in regards of the Lehman Brothers Holdings, Inc, chapter 11 Case No.: 08-13555 (JPM).

Please don't hesitate to contact us regarding the matter in the above mentioned address or number

Yours truly,

Yossef Kazum
Manager of Securities Center
Mercantile Discount Bank Ltd

---

Hayovel Building, Menachem Begin 125 ROAD, P.O.Box 7044, Tel-Aviv 6701201 Fax: 076-8044968 Tel: 076-8044240
690028424
עמוד 1 מתוך 1

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Mercantile Discount Bank, 103 Allenby Street, Tel Aviv 61012, Israel** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 08 May 2014

RBS Coutts Bank AG

By: _____  
Name: Erich Vogel  
Title: Vice President

By: _____  
Name: Hans-Peter Schmid  
Title: Director

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0345680655 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD  50'000.00 |

[Signature]

[Stamp with Hebrew text, dated 20-05-2014 12:00]

[Signature]

**Transfer Details**

| Nominal | Settlement | Description and ISIN |
|---|---|---|
| USD 50'000 | 9.12.2011 | Lehman Brothers Treasury BV -in default- CGN-Asian Currency Basket Note / 2008-7.2.2011 (USD 3 years)<br>ISIN: XS0345680655 |

Registered נל״י

RECEIVED JUN - 6 2014

Southern District of New York
Bankruptcy Court
Clerk's office
500 Pearl Street, New York
New York 10007-1312
U.S.A

USM SDNY

Mercantile Discount Bank Ltd
Hayovel Building
33 FL
125 Menachem Begin Rd.
Tel Aviv 6701201
Israel