UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (CSS) |

### CERTIFICATE OF SERVICE

I, Francis X. Riley, III, Esquire, hereby certify that on June 12, 2014, I caused a copy of the **Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers** to be served electronically on those parties requesting electronic service via the Court's EFC system.

SAUL EWING LLP

By: /s/ *Francis X. Riley, III*
Francis X. Riley, III
Lucian B. Murley (DE Bar No. 4892)
750 College Road East, Suite 100
Princeton, New Jersey 08540
(609) 452-3150

633355.1 6/12/14