**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re:                                              :            Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,:            Case Nos. 08-13555 (SCC)
:
Debtors.                      :
:            Docket Entry No. 44680
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF FLORIDA                    )
                                                    )        SS.:
COUNTY OF MIAMI-DADE          )


LUISA M. FLORES, being duly sworn, deposes and says:

1.  I am employed as a Legal Assistant by Bilzin Sumberg Baena Price & Axelrod LLP at 1450 Brickell Avenue, Suite 2300, Miami, FL 33131. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 12, 2014, I caused to be served the "Response of Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc., Shea Mortgage, Inc., CTX Mortgage Company, LLC, PrimeLending, a PlainsCapital, Company, Allied Mortgage Group, Inc., and Direct Mortgage, Corp. in Opposition to Debtors' Motion for Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated June 12, 2014 [Docket No. 44680], by causing true and correct copies to be:

    a.  Delivered via cm/ecf electronic mail to those parties listed on the annexed Exhibit A, and

    b.  Enclosed securely in separate postage pre-paid envelopes and delivered via U.S. Mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: 'LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Dated:  June 12, 2014                    /s/ Luisa M. Flores
                                         LUISA M. FLORES

Sworn to before me on this
12th day of June 2014

*/s/ Lily Aparicio*

Notary Public
Notary Public, State of Florida
Commission Expires October 15, 2017

## EXHIBIT A

aaaronson@dilworthlaw.com
maosbny@willkie.com,  mabrams@willkie.com
maosbny@willkie.com,  mabrams@willkie.com
acker@chapman.com
dadler@mccarter.com
dadler@mccarter.com
sagrawal@susmangodfrey.com
sagrawal@susmangodfrey.com
kaiello@foxrothschild.com
robert.albergotti@haynesboone.com
craigjustinalbert@gmail.com
raul.alcantar@alcantarlaw.com
nalexander@fbtlaw.com,  sbailey@fbtlaw.com
maosbny@willkie.com,  aalfonso@willkie.com
dalvarado@rgrdlaw.com,  e_file_sd@rgrdlaw.com
candres@gklaw.com,  eshipman@gklaw.com
angelich.george@arentfox.com
philip.anker@wilmerhale.com
tannweiler@greerherz.com
appleby@chapman.com
barnold@whdlaw.com
ashmead@sewkis.com
ashmead@sewkis.com
ea@pullcom.com,  jgrossarth@pullcom.com
allison@claimsrecoveryllc.com
andrew.baak@bartlit-beck.com
chefiling@lw.com,  beth.arnold@lw.com
chefiling@lw.com,  beth.arnold@lw.com
ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub
@cwt.com;wendy.kane@cwt.com;casey.servais@cwt.com
ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub
@cwt.com;wendy.kane@cwt.com;casey.servais@cwt.com
kbaker@kramerlevin.com,  docketing@kramerlevin.com
lbaker@fbtlaw.com,  cshallenberger@fbtlaw.com
mtaylor@ba-boult.com
wballaine@lcbf.com
aeb@gtlaw.com
balesq1948@yahoo.com
rgleason@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
dbarber@bsblawyers.com
lbarefoot@cgsh.com,  maofiling@cgsh.com
lbarefoot@cgsh.com,  maofiling@cgsh.com

jean-david.barnea@usdoj.gov
jean-david.barnea@usdoj.gov
dbarrack@fulbright.com
peter.barrett@kutakrock.com
tbasdekis@baileyglasser.com,
bglasser@baileyglasser.com;gspruce@baileyglasser.com;pmuench@baileyglasser.com;mhatcher
@baileyglasser.com
lawrence.bass@hro.com

bassey@hugheshubbard.com
pbasta@kirkland.com,
jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com;ross.kwasteniet@kirkland.com;br
adley.giordano@kirkland.com;joe.graham@kirkland.com;steven.serajeddini@kirkland.com;csro
ka@kirkland.com
batista007@aol.com
cbattaglia@halperinlaw.net, lgu@halperinlaw.net
kbaum@coleschotz.com
kevin.baum@kattenlaw.com
kevin.baum@kattenlaw.com
abaumeister@amigonesanchez.com
pnb@nutter.com
rbeacher@pryorcashman.com, docketing@pryorcashman.com
rbeacher@pryorcashman.com, docketing@pryorcashman.com
abeaumont@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com
abeaumont@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com
mbeeler@cov.com
mbeeler@cov.com
neil.begley@srz.com, tal.reback@srz.com
andrew.behrman@hoganlovells.com, marie.ferrara@hoganlovells.com
cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com
hbeltzer@mayerbrown.com
evan.benanti@bingham.com
mbensinger@mcgrailbensinger.com
gbentz@polsinelli.com
wbenzija@halperinlaw.net, lgu@halperinlaw.net
dberger@abv.com
bergers@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
jbergman@kasowitz.com, courtnotices@kasowitz.com
jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com
lberkoff@moritthock.com
ronit.berkovich@weil.com
jberman@msek.com
mberman@nixonpeabody.com
rbernard@foley.com, khall@foley.com;rbressler@foley.com
tfberndt@rkmc.com, mrschroeder@rkmc.com

bernsted@lbitrustee.com
mberry@susmangodfrey.com
gene.besen@snrdenton.com
dbesikof@loeb.com
kbeverly-graham@eisemanlevine.com
kbeverly-graham@eisemanlevine.com
rbhimani@eckertseamans.com
abialek@wmd-law.com
abialek@wmd-law.com
mbienenstock@proskauer.com,  tkarcher@proskauer.com
mbienenstock@proskauer.com,  tkarcher@proskauer.com
binder@sewkis.com
nbinder@rkollp.com,  dclark@binderschwartz.com
jeffery.black@bingham.com,  pat.wright@bingham.com;michael.ableson@bingham.com
jBlackman@morganlewis.com
blaustein@sewkis.com
dbleck@mintz.com
tbloomer@bsfllp.com

Anthony_Boccanfuso@aporter.com
Anthony_Boccanfuso@aporter.com
maofiling@cgsh.com,  cboccuzzi@cgsh.com
maofiling@cgsh.com,  cboccuzzi@cgsh.com
iboczko@wlrk.com,  calert@wlrk.com
james.n.boeving@usdoj.gov
phillip.bohl@gpmlaw.com
nbojar@fklaw.com,  vgarvey@fklaw.com
notice@bkcylaw.com
mbossi@thompsoncoburn.com,  lmckinnon@thompsoncoburn.com
mbostick@wendel.com
rtrack@msn.com
mbove@pszjlaw.com,  dharris@pszjlaw.com;mbove@pszjlaw.com
jamesboyajian@gmail.com
jamesboyajian@gmail.com
ethan@ethanbrecherlaw.com
ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;cgiglio
@curtis.com
ghertzberg@curtis.com;tsmith@curtis.com;sreisman@curtis.com;macohen@curtis.com;cgiglio
@curtis.com
allan.brilliant@dechert.com,  brett.stone@dechert.com
tbrink@mpslaw.com,  dnichols@mpslaw.com
maofiling@cgsh.com,  jbromley@cgsh.com;reckenrod@cgsh.com
lukeb@rgrdlaw.com
mbrosterman@stroock.com,  docketing@stroock.com;insolvency@stroock.com
mark.broude@lw.com,  peter.gilhuly@lw.com

BK-MBROWNING@OAG.STATE.TX.US,  SHERRI.SIMPSON@OAG.STATE.TX.US
andrew.brozman@cliffordchance.com,  adam.lesman@cliffordchance.com
andrew.brozman@cliffordchance.com,  adam.lesman@cliffordchance.com
brundige@hugheshubbard.com
jbuckley@wc.com
marty.bunin@alston.com
mburke@wmd-law.com
spenceb@rgrdlaw.com,  e_file_sd@rgrdlaw.com
mcademartori@sheppardmullin.com
cahn@clm.com
cahn@clm.com
dcahn@cahnlaw.com
jcallagy@kelleydrye.com
ccallari@venable.com
dcampbell@ghclaw.com
jdisanti@whitecase.com;mcosbny@whitecase.com
bkemail@harrisbeach.com
jcarberry@cl-law.com
jcarbino@cohenseglias.com
scargill@lowenstein.com,  msavetsky@lowenstein.com
bankruptcy@clm.com
mcarney@mckoolsmith.com
KDWBankruptcyDepartment@kelleydrye.com
djcarragher@daypitney.com
tcarter@goulstonstorrs.com
gcatalanello@duanemorris.com,  gcatalanello@duanemorris.com
rcavaliere@tarterkrinsky.com
gabriel.chacon@dol.lps.state.nj.us
maosbny@willkie.com

tchase@rlrpclaw.com
ochavez@smithstratton.com
pamela.chepiga@newyork.allenovery.com,  kurt.vellek@allenovery.com
ly.chhay@activfinancial.com
jonathan.cho@allenovery.com,  kurt.vellek@allenovery.com
cchiu@pryorcashman.com,  docketing@pryorcashman.com
bertrand.choe@kattenlaw.com,  NYC.bknotices@kattenlaw.com
christensen@sewkis.com
jennifer.christian@tklaw.com,  justin.roberts@tklaw.com
schristianson@buchalter.com,  cmcintire@buchalter.com
rchrstmas@nixonpeabody.com,  nyc.managing.clerk@nixonpeabody.com
jchubak@proskauer.com
dncinotti@venable.com
clarkb@sullcrom.com,  s&cmanagingclerk@sullcrom.com
clarkb@sullcrom.com,  s&cmanagingclerk@sullcrom.com

jared.clark@bingham.com,  david.marcus@bingham.com,pat.wright@bingham.com
rclary@cravath.com,  mao@cravath.com
agbanknewyork@ag.tn.gov
dcoffino@cov.com
dcohen2@milbank.com,  nbassett@milbank.com
hollace.cohen@troutmansanders.com,  nymc@troutmansanders.com
jwcohen@daypitney.com,  arametta@daypitney.com
macohen@curtis.com,  jweber@curtis.com
ncohen@halperinlaw.net
cohenr@sewkis.com
cohenr@sewkis.com
choupt@mayerbrown.com;jmarsala@mayerbrown.com
mcohn@cohnroth.com,  scaba@cohnroth.com
colea@gtlaw.com
ccoleman@garfield-county.com
coleman@hugheshubbard.com
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
donna.curcio@bipc.com
scarlett.collings@weil.com
pcollins@farrellfritz.com
christopher.combest@quarles.com
racooper@cgsh.com,  maofiling@cgsh.com
dlcopulsky@hhlaw.com
joseph.cordaro@usdoj.gov
kcoreyedstrom@larkinhoffman.com
scousins@armstrongteasdale.com
dcrapo@gibbonslaw.com
david.crichlow@kattenlaw.com
mao-ecf@debevoise.com
ncrowell@sidley.com
leo.crowley@pillsburylaw.com
wcurchack@loeb.com,  vrubinstein@loeb.com
louis.curcio@snrdenton.com
kdcurtin@pbnlaw.com,
mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com;rasegall@pbnlaw.com;sakelly@pbnlaw.c
om
rdaversa@orrick.com,  lmetzger@orrick.com
rdaversa@orrick.com,  lmetzger@orrick.com
wdahill@wmd-law.com

wdahill@wmd-law.com
lschwall@kayescholer.com
bankruptcy@morrisoncohen.com
mdallago@hahnlaw.com,  cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com
pdarby@babc.com

MIAMI 4206311.1 73190/18161
875088

pdarby@babc.com
wdase@fzwz.com
brijesh.dave@lehmanholdings.com
jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com
mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com
ldelucia@schiffhardin.com, sodavis@schiffhardin.com
jennifer.demarco@cliffordchance.com
jennifer.demarco@cliffordchance.com
gabriel.delvirginia@verizon.net
bdempsey@faegre.com
cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
mark.deveno@bingham.com, pat.wright@bingham.com
francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com;lowena@gtlaw.com
ddiesing@whdlaw.com, pbartoli@whdlaw.com
houston_bankruptcy@publicans.com
pat.dixon@fultoncountyga.gov,
Terry1.Allen@fultoncountyga.gov;Shannon.Sams@fultoncountyga.gov
cdjang@rutan.com
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com
chris.donoho@hoganlovells.com, ronald.cappiello@hoganlovells.com
TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com
jdoran@haslaw.com, calirm@haslaw.com
joshua.dorchak@bingham.com
joshua.dorchak@bingham.com
mdorval@stradley.com
adoshi@magnozzikye.com
mary.dowd@arentfox.com, jeffrey.rothleder@arentfox.com
tdraghi@westermanllp.com
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
rwd1517@gmail.com, rwd1517@ecf.inforuptcy.com
sldreyfuss@hlgslaw.com, efiling@hlgslaw.com
tduffy@duffyamedeo.com
maosbny@willkie.com, jdugan@willkie.com
bruceduke@comcast.net
david.dunn@hoganlovells.com
BkMail@prommis.com
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
eagel@bragarwexler.com
keckhardt@hunton.com
aeckstein@blankrome.com
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

henry.efroymson@icemiller.com
daniel.egan@dlapiper.com,
evelyn.rodriguez@dlapiper.com;jacob.frumkin@dlapiper.com;MLinn@FarallonCapital.com;Do
cketingBaltimore@dlapiper.com
deggermann@kramerlevin.com

deggert@freeborn.com,   bkdocketing@freeborn.com
sehlers@armstrongteasdale.com
se@robinsonbrog.com
jeremy.eiden@ag.state.mn.us,   jeremy.eiden@gmail.com
ekbergc@lanepowell.com
ekonoz@sullcrom.com,   s&cmanagingclerk@sullcrom.com
relgidely@gjb-law.com,   gjbecf@gjb-law.com
eleliasen@stoel.com,
basargent@stoel.com;dblevant@stoel.com;vdelay@stoel.com;sea_docket@stoel.com;jawoolms
@stoel.com;ajbrumble@stoel.com
mark.ellenberg@cwt.com,   wendy.kane@cwt.com
mark.ellenberg@cwt.com,   wendy.kane@cwt.com
kelliott@kelleydrye.com,   KDWBankruptcyDepartment@Kelleydrye.com
bemmons@sovereignbank.com
menright@rc.com
aentwistle@entwistle-law.com,   mgayle@entwistle-law.com;ncasey@entwistle-
law.com;aarce@entwistle-law.com
richard.epling@pillsburylaw.com
bankruptcyinfo@esbinalter.com,   bankruptcyinfo@esbinalter.com
bankruptcyinfo@esbinalter.com,   bankruptcyinfo@esbinalter.com
eestrada@reedsmith.com,   DocketingECFNYC@ReedSmith.com
metkin@lowenstein.com,   mseymour@lowenstein.com;tdwatson@lowenstein.com
metkin@lowenstein.com,   mseymour@lowenstein.com;tdwatson@lowenstein.com
wfactor@wfactorlaw.com
mfagone@bernsteinshur.com,
astewart@bernsteinshur.com;sspizuoco@bernsteinshur.com;kquirk@bernsteinshur.com;kfox@b
ernsteinshur.com
garrett.fail@weil.com
jessica.fainman@barclayscapital.com
sfalanga@connellfoley.com,   sdarling@connellfoley.com
mfarquhar@winstead.com
farrisw@sullcrom.com,   s&cmanagingclerk@sullcrom.com
afeinmesser@esbinalter.com
afeinmesser@esbinalter.com
maosbny@willkie.com,   mfeldman@willkie.com
awilliams@oshr.com;jbougiamas@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com;jfeene
y@otterbourg.com
wiesell@sullcrom.com,   s&cmanagingclerk@sullcrom.com
gmf@cpdb.com

charles@filardi-law.com, abothwell@filardi-law.com
jfilloy@reedsmith.com
sfineman@lchb.com
sfineman@lchb.com
sfink@orrick.com,
nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@orrick.com
afisch@stutman.com
fis123@yahoo.com
fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
fitzpat@hugheshubbard.com
rjflanagan@flanassoc.com
flanchers@michigan.gov
dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
jflaxer@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com
rfleischer@pryorcashman.com, docketing@pryorcashman.com;dstevens@pryorcashman.com
martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
efogel@lathropgage.com
aford@winston.com, dcunsolo@winston.com

sfox@mcguirewoods.com, tcollins@mcguirewoods.com
mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com
jfreeberg@wfw.com
jfreeberg@wfw.com
mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com
rfreeman@dealysilberstein.com
efrejka@kramerlevin.com
frelingh@hugheshubbard.com
jquiambao@friedmanspring.com
jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com
jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com
kfriedman@manatt.com
friedman@chapman.com, iyassin@chapman.com
afrisch@andrewfrisch.com
fritschj@sullcrom.com, s&cmanagingclerk@sullcrom.com
jfroehlich@lockelord.com
tgaa@bbslaw.com, yessenia@bbslaw.com
rgaither@rkollp.com, mschneider@rkollp.com
mgarcia@nixonpeabody.com
kgeercken@alston.com, kgeercken@alston.com
lawrence.gelber@srz.com
lawrence.gelber@srz.com
gelfanda@sullcrom.com, s&cmanagingclerk@sullcrom.com
jbgesq@bway.net
DGeoghan@coleschotz.com, pratkowiak@coleschotz.com

MIAMI 4206311.1 73190/18161
875088

geraci@thalergertler.com
jgettleman@kirkland.com
agiacobbe@zeklaw.com
jgiampolo@wmd-law.com
sdnyecf@dor.mo.gov
sdnyecf@dor.mo.gov
mginzburg@daypitney.com
ggitomer@mkbattorneys.com
jgitto@nixonpeabody.com
lara.glaesman@leonard.com
eglas@mccarter.com
gglazer@pszjlaw.com
jgleason@gleasonkoatz.com
jglen@andersonkill.com
aglenn@kasowitz.com,  courtnotices@kasowitz.com
lglick@shutts.com
JGoffman@skadden.com,  John.Murphy@skadden.com
kristin.going@dbr.com,  Daniel.Northrop@dbr.com
agold@herrick.com
mgold@kkwc.com
mgold@kkwc.com
rgold@fbtlaw.com,  kgrubbs@fbtlaw.com
adam.goldberg@lw.com
tdgoldberg@dbh.com
tdgoldberg@dbh.com
goldenberg@ssnyc.com
michelle.goldis@wilmerhale.com
rgoldman@teamtogut.com,  lmuchnik@teamtogut.com;rgoldman@ecf.inforuptcy.com
seth.goldman@mto.com
igoldstein@proskauer.com
sgolub@golublaw.com
cgonzalez@diazreus.com,  nquiros@diazreus.com;axiques@diazreus.com;filings@diazreus.com
brett.goodman@troutmansanders.com,
harriet.cohen@troutmansanders.com;nymc@troutmansanders.com
rgoodman@moundcotton.com
tgoren@mofo.com,  lmarinuzzi@mofo.com
agottesman@secondmarket.com
cgraham@mckennalong.com,  jvargas@mckennalong.com;rgee@mckennalong.com
cgraham@mckennalong.com,  jvargas@mckennalong.com;rgee@mckennalong.com
rgraham@whitecase.com,  jdisanti@whitecase.com;mcosbny@whitecase.com
rgraham@whitecase.com,  jdisanti@whitecase.com;mcosbny@whitecase.com
lgranfield@cgsh.com,
maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com;llipner@cgsh.com;reckenrod@cg
sh.com;juziel@cgsh.com
bankruptcy.routing@dpw.com

MIAMI 4206311.1 73190/18161
875088

bartgreen@jonesday.com,  dpjacobson@jonesday.com
igreene@edwardswildman.com
cgreenfeld@lowenstein.com
mgrenert@liddlerobinson.com
mgrenert@liddlerobinson.com
egrillo@goodwinprocter.com
rgross@evw.com,  slapriore@evw.com,bmarx@evw.com
shgross5@yahoo.com
howard.j.grossman@chase.com
howard.j.grossman@chase.com
egrosz@reitlerlaw.com
ecf@ebg-law.com
karlaortega@hill-law-offices.com
daniel.guyder@allenovery.com,  kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
daniel.guyder@allenovery.com,  kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
rfhahn@debevoise.com;mao-bk-ecf@debevoise.com
robert.hall@azag.gov
terry.hall@faegrebd.com
lgu@halperinlaw.net
heidi@crumbielaw.com
ahammer@SugarFGH.com,
mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com
ahammer@SugarFGH.com,
mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com
ahammond@whitecase.com,  jdisanti@whitecase.com;mcosbny@whitecase.com
jhaney@wongfleming.com
jhaney@wongfleming.com
william.hao@alston.com
chardman@klestadt.com
chardman@winston.com
timothy.harkness@freshfields.com
lharrington@nixonpeabody.com
adam.harris@srz.com
Christopher.harris@lw.com
lharrison@curtis.com,
jdrew@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ndelaney@curtis.com;dching@cur
tis.com;nmorin@curtis.com;kkim@curtis.com
bharvey@goodwinprocter.com,  bharvey@goodwinprocter.com
howard.hawkins@cwt.com,  anthony.moore@cwt.com
howard.hawkins@cwt.com,  anthony.moore@cwt.com
phayden@mcguirewoods.com
dhayes@mcguirewoods.com,  phayden@mcguirewoods.com;kcain@mcguirewoods.com
nava.hazan@squirepb.com,  karen.graves@squirepb.com
phheer@duanemorris.com,  odmclean@duanemorris.com
dheffer@foley.com

eheichel@eisemanlevine.com
mbheimann@pbnlaw.com,  mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com
jhein@hunton.com,
backerly@hunton.com;cloving@hunton.com;mlambert@hunton.com;bmulder@hunton.com;rgal
braith@hunton.com
cheinrich@hslegalfirm.com
jheinrich@mkbllp.com
jheinrich@mkbllp.com
heiser@chapman.com
JHellman@SilvermanAcampora.com,  SGreenberg@SilvermanAcampora.com
JHellman@SilvermanAcampora.com,  SGreenberg@SilvermanAcampora.com
jhenes@kirkland.com,  jgoldfinger@kirkland.com;patrick.nash@kirkland.com
jhenes@kirkland.com,  jgoldfinger@kirkland.com;patrick.nash@kirkland.com
lhenin@eapdlaw.com
mshenry@lshv.org
rhenry@bsfllp.com
Sally.Henry@skadden.com
ira.herman@tklaw.com,  deanna.immitt@tklaw.com;justin.roberts@tklaw.com
Nherman@morganlewis.com
david.heroy@bakermckenzie.com
jherzog@gklaw.com
paul.hessler@linklaters.com,  shauin.wang@linklaters.com
paul.hessler@linklaters.com,  shauin.wang@linklaters.com
wheuer@duanemorris.com
wheuer@duanemorris.com
autumn.highsmith@haynesboone.com
hugh.hill@hoganlovells.com,  ronald.cappiello@hoganlovells.com
hirsh.robert@arentfox.com,  nova.alindogan@arentfox.com
djhoffman@djhoffmanlaw.com
mcosbny@whitecase.com;jdisanti@whitecase.com
pholleman@sandw.com
rholtzman@kramerlevin.com
joonhong@chapman.com
jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com
nhorning@cantor.com
JHorwitt@Zeislaw.com
choupt@mayerbrown.com,  jmarsala@mayerbrown.com
choward@lockelord.com
eunice.hudson@klgates.com,  klgatesbankruptcy@klgates.com
hhume@bsfllp.com,  tbloomer@bsfllp.com
dhurst@coleschotz.com,  pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
jay.hurst@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
jennifer_hwang@lbitrustee.com
fhyman@mayerbrownrowe.com

MIAMI 4206311.1 73190/18161
875088

michael.hynes@dlapiper.com
jiadevaia@vladeck.com
peter.isakoff@weil.com
aisenberg@saul.com
peter.ivanick@hoganlovells.com, ronald.cappiello@hoganlovells.com

jackd@foster.com
jacksonj5@michigan.gov
jjacobs@law.ga.gov
lawrence.jacobs@davispolk.com
rjacobs@ecf.epiqsystems.com
sjakubowski@rsplaw.com, docketing@rsplaw.com
jeanites@whiteandwilliams.com,
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com
djo@liddlerobinson.com
brandon.johnson@pillsburylaw.com
jjohnson@babc.com
michael.johnson@alston.com
rajohnson@akingump.com, nymco@akingump.com
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
info@usdrllc.com
rjones@bccb.com
ecfnotices@grosspolowy.com, djose@grosspolowy.com
josselson@sewkis.com
jjureller@klestadt.com, jjureller@klestadt.com
jjureller@klestadt.com, jjureller@klestadt.com
sjurista@wjslaw.com, lrankins@wjslaw.com
gkaden@goulstonstorrs.com
akadish@dtlawgroup.com, las@dtlawgroup.com
arnoldkalman@arnoldkalmanlaw.com
wkannel@mintz.com
rkanowitz@cooley.com
ajkaplan@sidley.com, emcdonnell@sidley.com
enkaplan@kaplanlandau.com
enkaplan@kaplanlandau.com
gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
akapoor@kelleydrye.com, docketing@kelleydrye.com
nkaravolas@phillipslytle.com
dimitri.karcazes@goldbergkohn.com
david.karp@srz.com
david.karp@srz.com
MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com
dkasselman@kasselman-law.com
ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

MIAMI 4206311.1 73190/18161
875088

lkatz@ltblaw.com
philip@kauflerlaw.com
akaufman@hinshawlaw.com
jkaye@kramerlevin.com
rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;astewart@bernsteinshur.com;kq
uirk@bernsteinshur.com
robin.keller@lovells.com, ronald.cappiello@hoganlovells.com
robin.keller@lovells.com, ronald.cappiello@hoganlovells.com
craig@kelleylawoffice.com, Martha@kelleylawoffice.com;Brittany@kelleylawoffice.com
Kenneth J. Kelly on behalf of Creditor   Intersil Europe SaRL, Inc.
kkelly@ebglaw.com, nyma@ebglaw.com
Elena Paras Ketchum on behalf of Trustee Soneet R. Kapila
eketchum.ecf@srbp.com
John Kibler on behalf of Creditor   Banca Popolare di Milano S.c.a.r.l.
john.kibler@allenovery.com

Embry J Kidd on behalf of Defendant   Intel Corp.
ekidd@wc.com
Michael S. Kim on behalf of Interested Party   Kobre & Kim LLP
michael.kim@kobrekim.com
Christopher K. Kiplok on behalf of Attorney   Hughes Hubbard & Reed LLP
kiplok@hugheshubbard.com
Edward J. Kirk on behalf of Unknown   Certain Underwriters at Lloyd's London and Companies
edward.kirk@clydeco.us
Lauren Catherine Kiss on behalf of Creditor   Retirement Housing Foundation
lkiss@klestadt.com
Paul Kizel on behalf of Creditor   BlueMountain Capital Management LLC and Affiliates
pkizel@lowenstein.com
Barry R. Kleiner on behalf of Creditor   Shinsei Bank, Limited
dkleiner@kkwc.com
Emil A. Kleinhaus on behalf of Defendant   JPMORGAN CHASE BANK, N.A.
eakleinhaus@wlrk.com, calert@wlrk.com
Tracy L. Klestadt on behalf of Creditor   Yakima-Tieton Irrigation District
tklestadt@klestadt.com, tklestadt@gmail.com
Joseph B. Koczko on behalf of Unknown   Ohio Housing Finance Agency
joseph.koczko@thompsonhine.com
Scott Edward Koerner on behalf of Creditor   Great Bay Condominium Owners Association
scott.koerner@dentons.com
Douglas Koff on behalf of Unknown   Lehman Brothers Special Financing Inc.
douglaskoff@paulhastings.com
Howard Koh on behalf of Unknown   Ipreo Holdings, LLC
hkoh@meisterseelig.com
Claude F. Kolm on behalf of Creditor   Alameda County Treasurer-Tax Collector Donald R.
White

MIAMI 4206311.1 73190/18161
875088

claude.kolm@acgov.org,  jamartinez@acgov.org
Alan  Kolod on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS
dkick@mosessinger.com
Anna  Kornikova on behalf of Creditor   Federal Home Loan Mortgage Corporation
akornikova@lcbf.com
Sheron  Korpus on behalf of Creditor   Loreley Noteholders
courtnotices@kasowitz.com
Lawrence J. Kotler on behalf of Creditor   FPB International Bank, Inc.
ljkotler@duanemorris.com
Deborah  Kovsky-Apap on behalf of Interested Party   ING BANK, FSB
kovskyd@pepperlaw.com,  alexsym@pepperlaw.com,kressk@pepperlaw.com
Lisa J.P. Kraidin on behalf of Creditor   RBC Dexia Investor Services Bank France SA
lisa.kraidin@allenovery.com,  kurt.vellek@allenovery.com
Bennette D. Kramer on behalf of Creditor   Moore Capital Management, LP
bdk@schlamstone.com
Bennette D. Kramer on behalf of Plaintiff   JR Moore, LP
bdk@schlamstone.com
Jeffrey A. Kramer on behalf of Unknown   Bank Sinopac, f/k/a International Bank of Taipei
jkramer@lowenstein.com,  dclaussen@lowenstein.com
Andrew B. Kratenstein on behalf of Defendant   Cannington Funding, Ltd.
akratenstein@mwe.com,  mco@mwe.com
Michael M. Krauss on behalf of Attorney   Faegre & Benson LLP
michael.krauss@faegrebd.com
Julia S. Kreher on behalf of Attorney   Hodgson Russ LLP
rleek@hodgsonruss.com

J. Alex Kress on behalf of Creditor   Lawson Software, Inc.,
akress@riker.com
Martin  Krolewski on behalf of Defendant   J.P. Morgan Chase Bank, N.A.
mkrolewski@kelleydrye.com,  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
Justin A. Kuehn on behalf of Unknown Mark  Mazzatta
kuehn@bragarwexler.com
David Simon Kurtzer-Ellenbogen on behalf of Defendant   Intel Corp.
dkurtzer@wc.com
Ross M. Kwasteniet on behalf of Creditor   Gables GP Holdings LLC
ross.kwasteniet@kirkland.com,
brendan.reardon@kirkland.com;maureen.mccarthy@kirkland.com
Ross M. Kwasteniet on behalf of Creditor   PCCP, LLC
ross.kwasteniet@kirkland.com,
brendan.reardon@kirkland.com;maureen.mccarthy@kirkland.com
Paul J. Labov on behalf of Creditor   OM Financial Life Insurance Company
plabov@eapdlaw.com
Robinson B. Lacy on behalf of Counter-Defendant   Blackrock Mortgage Investors Master Fund,
L.P.
Lacyr@sullcrom.com,  s&cmanagingclerk@sullcrom.com

Robinson B. Lacy on behalf of Creditor   Giants Stadium LLC
Lacyr@sullcrom.com,  s&cmanagingclerk@sullcrom.com
Darryl S. Laddin on behalf of Unknown   SunTrust Robinson Humphrey, Inc.
bkrfilings@agg.com
Michael C. Lambert on behalf of Attorney   Gilmartin, Poster & Shafto LLP
mclambert@lawpost-nyc.com
Mark  Landman on behalf of Creditor   Federal Home Loan Mortgage Corporation
mlandman@lcbf.com
David P. Langlois on behalf of Interested Party   Shell Energy North America (US), L.P.
david.langlois@sablaw.com
Robert  Laplaca on behalf of Creditor   Zedak Corp.
rlaplaca@levettrockwood.com
Kevin J. Larner on behalf of Creditor   The Kroger Co.
klarner@riker.com
Francis J. Lawall on behalf of Interested Party   EXXONMOBIL GAS MARKETING EUROPE
LIMITED
lawallf@pepperlaw.com,  henrys@pepperlaw.com;matourj@pepperlaw.com
James N. Lawlor on behalf of Creditor   JAS Holding Corporation
jlawlor@wmd-law.com,  jgiampolo@wmd-law.com
David M. LeMay on behalf of Creditor   AIG Global Services, Inc., f/k/a AIG Technologies, Inc.
dlemay@chadbourne.com
Michael C. Ledley on behalf of Plaintiff   Lehman Brothers Special Financing Inc.
mledley@wmd-law.com
Mark G. Ledwin on behalf of Creditor   Hartford Index HLS Fund
mark.ledwin@wilsonelser.com
David H. Lee on behalf of Creditor   Bank Of America, N.A.
dlee@nixonpeabody.com,  nyc.managing.clerk@nixonpeabody.com
Kenneth E. Lee on behalf of Trustee   James W. Giddens, as Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
klee@levinelee.com,  malinikoff@levinelee.com
Alexander B. Lees on behalf of Counter-Claimant   JPMORGAN CHASE BANK, N.A.
ablees@wlrk.com,  calert@wlrk.com
David S. Leinwand on behalf of Creditor   Avenue Blue TC Fund, LP
dleinwand@avenuecapital.com
Robert J. Lemons on behalf of Debtor   Lehman Brothers Holdings Inc.
robert.lemons@weil.com,  lee.goldberg@weil.com
Stephen D. Lerner on behalf of Creditor   KeyBank National Association
stephen.lerner@squirepb.com,  karen.graves@squirepb.com

Ira M. Levee on behalf of Creditor   Boilermaker-Blacksmith National Pension Trust
ilevee@lowenstein.com,  mseymour@lowenstein.com
Shari D. Leventhal on behalf of Creditor   Federal Reserve Bank of New York
shari.leventhal@ny.frb.org

Erin S. Levin on behalf of Creditor   LibertyView Capital Management, LLC; LibertyView
Credit Opportunities Fund; LibertyView Credit Select Fund, L.P.; LibertyView Funds, L.P.;
LibertyView Arbitrage Fund, L.P.; LibertyView Focus Fund, L.P
elevin@lowenstein.com
Richard B. Levin on behalf of Creditor   Credit Suisse
rlevin@cravath.com,  mao@cravath.com;jmanning@cravath.com
Richard B. Levin on behalf of Defendant   Credit Suisse
rlevin@cravath.com,  mao@cravath.com;jmanning@cravath.com
Eric B. Levine on behalf of Unknown   Unknown Filer
levine@whafh.com
Eric R. Levine on behalf of Creditor   4Kids Entertainment Inc.
elevine@eisemanlevine.com,  lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com
Eric R. Levine on behalf of Creditor   Northgate Minerals Corporation
elevine@eisemanlevine.com,  lwallace@eisemanlevine.com;sweinstein@eisemanlevine.com
Jonathan  Levine on behalf of Unknown   EPCO Holdings
bankruptcy@andrewskurth.com
Michael  Levine on behalf of Unknown Henry  Grossman
ml@levlaw.org
Jeffrey W. Levitan on behalf of Unknown   MarketAxess Holdings Inc. and MarketAxess
Corporation
jlevitan@proskauer.com,  srutsky@proskauer.com
Joel H. Levitin on behalf of Creditor   HYPO Investmentbank AG
JLevitin@cahill.com,  MMcLoughlin@cahill.com;SGordon@cahill.com;MPeleg@cahill.com
Leo V. Leyva on behalf of Interested Party   125North10, LLC
lleyva@coleschotz.com
Isabelle  Liberman on behalf of Unknown   Common Fund Hedged Equity Co.
iliberman@akingump.com
Michael  Liberman on behalf of Unknown   Larsen & Toubro Infotech, Ltd.
nyma@ebglaw.com
Mark S. Lichtenstein on behalf of Creditor   City Employee Welfare Fund Local 3 IBEW
mlichtenstein@crowell.com,  mlichtenstein@crowell.com
Valdi  Licul on behalf of Plaintiff Olivia  Bam
vlicul@vladeck.com
David  Liebenstein on behalf of Transferee   Hayman Capital Master Fund, L.P.
david.liebenstein@haynesboone.com
Seth H. Lieberman on behalf of Creditor   Fifth Third Asset Management
slieberman@pryorcashman.com
Seth H. Lieberman on behalf of Interested Party   Iberdrola Renewables Energies USA, Ltd.
slieberman@pryorcashman.com
David  Liebov on behalf of Interested Party   Barclays Capital, Inc.
liebovd@sullcrom.com,  S&Cmanagingclerk@sullcrom.com
Demetra  Liggins on behalf of Creditor   Crossmark Conerstone Partners, L.P.
demetra.liggins@tklaw.com,
justin.roberts@tklaw.com;patricia.flores@tklaw.com;Nashira.Parker@tklaw.com;Caroline.LeMi
re@tklaw.com

MIAMI 4206311.1 73190/18161
875088

Angelina E. Lim on behalf of Creditor Mark W. Hein
angelinal@jpfirm.com,  barbarab@jpfirm.com;minervag@jpfirm.com
Lewis J. Liman on behalf of Defendant   ANZ Nominees Limited
LLiman@cgsh.com,  maofiling@cgsh.com
Douglas J. Lipke on behalf of Creditor   Newedge USA, LLC and Affiliated Entities
dlipke@vedderprice.com

Alan Jay Lipkin on behalf of Creditor   Royal Charter Properties-East, Inc.
alipkin@willkie.com,  maosbny@willkie.com
Joanne K. Lipson on behalf of Creditor   The Central Puget Sound Regional Transit Authority
jlipson@crockerlaw.com,  ttracy@crockerlaw.com;nancy@crockerlaw.com
Marion H. Little, Jr. on behalf of Unknown   American Signature, Inc.
little@litohio.com,  Thompson@litohio.com
Judy G.Z. Liu on behalf of Creditor   The Bank of New York Mellon
jliu@proskauer.com,  syoon@proskauer.com
David Y. Livshiz on behalf of Attorney   Freshfields Bruckhaus Deringer US LLP
david.livshiz@freshfields.com
Barbara E. Locklin on behalf of Creditor   UMWA 1974 Pension Trust
blocklin@umwafunds.org
Stephen T. Loden on behalf of Defendant   JA Hokkaido Shinren
sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmcca
rthy.com;bgarry@diamondmccarthy.com
Stephen T. Loden on behalf of Interested Party   The Kiyo Bank, Ltd.
sloden@diamondmccarthy.com,
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmcca
rthy.com;bgarry@diamondmccarthy.com
Christopher  Loizides on behalf of Plaintiff Miron  Berenshteyn
loizides@loizides.com
Sarah K. Loomis Cave on behalf of Defendant James W. Giddens
cave@hugheshubbard.com
Eric  Lopez Schnabel on behalf of Creditor   Columbia Management Investment Advisers, LLC
f/k/a Riversource Investments, LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
Eric  Lopez Schnabel on behalf of Creditor   Kenwood Capital Management LLC
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
Sara E. Lorber on behalf of Creditor   City of Chicago
slorber@wfactorlaw.com,  slorber@ecf.inforuptcy.com
Sara E. Lorber on behalf of Interested Party   City of Chicago
slorber@wfactorlaw.com,  slorber@ecf.inforuptcy.com
Alexander S. Lorenzo on behalf of Counter-Defendant   Libra CDO Limited
alexander.lorenzo@alston.com
Daniel A. Lowenthal on behalf of Creditor   Hilliard Farber & Co., Inc.
dalowenthal@pbwt.com,  mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com
Mark L. Lubelsky on behalf of Intervenor-Defendant   LH 1440, L.L.C.

mark@mllassociates.com
Alan  Lungen on behalf of Interested Party   BHCO Master Ltd
alungen@kasowitz.com,  alungen@kasowitz.com
Kerri Anne Lyman on behalf of Attorney   Irell & Manella LLP
klyman@irell.com
Kim R. Lynch on behalf of Unknown John  Mahonchak
klynch@formanlaw.com,  kanema@formanlaw.com
Michael C. Lynch on behalf of Defendant   JPMORGAN CHASE BANK, N.A.
mlynch@kelleydrye.com,  docketing@kelleydrye.com
Bruce G. MacIntyre on behalf of Creditor   Merrill Lynch, Pierce, Fenner & Smith Incoporated
bmacintyre@perkinscoie.com
Bruce G. MacIntyre on behalf of Creditor   Puget Sound Energy, Inc.
bmacintyre@perkinscoie.com
Kevin L. MacMillan on behalf of Creditor   Syncora Guarantee, Inc.
kmacmillan@abv.com

John H. Maddock, III on behalf of Creditor   CSX Transportation, Inc.
jmaddock@mcquirewoods.com,  jsheerin@mcguirewoods.com
Howard P. Magaliff on behalf of Creditor Roger  Saks
hmagaliff@r3mlaw.com
Wendy  Mager on behalf of Creditor John  Dmuchowski
wmager@smithstratton.com
Eric  Magnelli on behalf of Creditor Thomas P Blakeslee
emagnelli@bracheichler.com
George E.B. Maguire on behalf of Unknown   Juice Energy, Inc.
gebmaguire@debevoise.com,  mao-bk-ecf@debevoise.com
William R. Maguire on behalf of Plaintiff   James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
maguire@hugheshubbard.com
William A Maher on behalf of Interested Party Lana Franks Harber
wmaher@wmd-law.com
John S. Mairo on behalf of Creditor   Aliant Bank
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.c
om;kdcurtin@pbnlaw.com
John S. Mairo on behalf of Creditor   Luxor Capital Partners LP
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.c
om;kdcurtin@pbnlaw.com
Christopher J. Major on behalf of Counter-Claimant   Fontainebleau Resorts, LLC
cjm@msf-law.com,  bm@msf-law.com
Jill L. Makower on behalf of Creditor   Metropolitan Bank & Trust Company
jmakower@scsnylaw.com,  jcicatello@scsnylaw.com
Robert K. Malone on behalf of Creditor   Allianz Global Investors AG
robert.malone@dbr.com

Michael J. Maloney on behalf of Defendant   JPMORGAN CHASE BANK, N.A.
mmaloney@kelleydrye.com,  docketing@kelleydrye.com
Ray A. Mandlekar on behalf of Interested Party Chun  Ip
e_file_sd@csgrr.com
Boris I. Mankovetskiy on behalf of Creditor Alfred H. Siegel
bmankovetskiy@sillscummis.com
Beverly Weiss Manne on behalf of Creditor   Federal Home Loan Bank of Pittsburgh
bmanne@tuckerlaw.com
Julie A. Manning on behalf of Attorney   Shipman & Goodwin LLP
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com
Wendy G. Marcari on behalf of Creditor   InfoSpace
wmarcari@ebglaw.com,  nyma@ebglaw.com
Wendy G. Marcari on behalf of Interested Party   InfoSpace, Inc.
wmarcari@ebglaw.com,  nyma@ebglaw.com
David M. Marcus on behalf of Creditor   Paulson Credit Opportunities Master Ltd.
david.marcus@bingham.com,  paul.mapp@bingham.com
Jacqueline  Marcus on behalf of Counter-Defendant   Lehman Brothers Financial Products Inc.
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
Jacqueline  Marcus on behalf of Debtor   BNC Mortgage LLC
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
Alan E. Marder on behalf of Creditor   Advanced Portfolio Technologies, Inc.
lgomez@msek.com
Jeffrey S. Margolin on behalf of Attorney   Bonn Steichen & Partners
margolin@hugheshubbard.com
Jeffrey S. Margolin on behalf of Attorney   Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com
Lorenzo  Marinuzzi on behalf of Creditor   Centerbridge Credit Partners LP
lmarinuzzi@mofo.com
Lorenzo  Marinuzzi on behalf of Creditor   GMAC Mortgage, LLC
lmarinuzzi@mofo.com
David J. Mark on behalf of Unknown Souad  Salame
dmark@kasowitz.com,  courtnotices@kasowitz.com
Scott S. Markowitz on behalf of Creditor   AKF Engineers, LLP
smarkowitz@tarterkrinsky.com,  kmenendez@tarterkrinsky.com
Thomas S. Marrion on behalf of Interested Party   United Church Of Christ Retirement
Community, Inc. d/b/a Havenwood Heritage Heights
tmarrion@haslaw.com
D. Ross Martin on behalf of Creditor   Stanford Hospital and Clinics
ross.martin@ropesgray.com
Richard W. Martinez on behalf of Creditor   Louisiana Sheriff's Pension and Relief Fund
claire@rwmaplc.com
Patrick  Maschio on behalf of Creditor   CVIC II Lux Master S.a.r.l.
pmaschio@nixonpeabody.com

Rosanne Thomas Matzat on behalf of Interested Party    Avista Corporation and Powerex Corp.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;sthom
pson@hahnhessen.com;lschlussel@hahnhessen.com;sgryll@hahnhessen.com

Rachel J. Mauceri on behalf of Defendant    Country Life Insurance Company
rmauceri@morganlewis.com

Laurence  May on behalf of Creditor    Federal Home Loan Bank of Pittsburgh
lmay@coleschotz.com

Douglas Kirk Mayer on behalf of Unknown    The Carlyle Group
dkmayer@wlrk.com,  calert@wlrk.com

Sandra E. Mayerson on behalf of Interested Party    Caisse de depot et placement du Quebec
mayersonlaw@gmail.com

Kurt A. Mayr on behalf of Creditor    Banque Lehman Brothers S.A.
kurt.mayr@bgllp.com

Jil  Mazer-Marino on behalf of Creditor    Advanced Portfolio Technologies, Inc.
jmazermarino@msek.com,  kgiddens@msek.com

James I. McClammy on behalf of Creditor    Asset Backed Management Corp.
james.mcclammy@davispolk.com

James I. McClammy on behalf of Creditor    NATIXIS SECURITIES
james.mcclammy@davispolk.com

Aaron G. McCollough on behalf of Defendant    Ford Global Treasury, Inc.
amccollough@mcguirewoods.com

Theodore  McCombs on behalf of Creditor    Giants Stadium LLC
mccombst@sullcrom.com

Richard J. McCord on behalf of Creditor Thomson C. Murray, Jr.
RMcCord@CBAH.com,  afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Michael K. McCrory on behalf of Unknown    Grace Village Health Care Facilities, Inc.
mmccrory@btlaw.com

Mark  McDermott on behalf of Plaintiff    Prudential Global Funding LLC
Mark.McDermott@skadden.com

Hugh M. McDonald on behalf of Attorney    Special Counsel to the Debtors
hugh.mcdonald@snrdenton.com,  elsmith@sonnenschein.com;lcurcio@sonnenschein.com

Douglas J. McGill, on behalf of Creditor    HCL America, Inc.
dmcgill@webbermcgill.com

Frank  McGinn on behalf of Creditor    Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com,  dfelder@orrick.com

Mark E. McKane on behalf of Plaintiff    Pulsar Re, Ltd.
mmckane@kirkland.com,
adrienne.levin@kirkland.com;beth.friedman@kirkland.com;sarah.farley@kirkland.com

William J. McKenna on behalf of Unknown    Nemesis Asset Management LLP, f/k/a Ambix
Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
wmckenna@foley.com

Caitrin Una McKiernan on behalf of Defendant    Shield Securities

caitrin.mckiernan@freshfields.com
Maeghan J. McLoughlin on behalf of Unknown Andrea  Tolchinsky
mmcloughlin@klestadt.com
Michelle  McMahon on behalf of Defendant   St. Regis New York
michelle.mcmahon@bryancave.com,  jamila.willis@bryancave.com
Matthew S. Melamed on behalf of Plaintiff   Ka King Wong, et. al.,
MMelamed@rgrdlaw.com
John P. Melko on behalf of Creditor   Pyrrhuloxia, LP
jmelko@gardere.com
Richard G. Menaker on behalf of Plaintiff   James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
rmenaker@mhjur.com
Michelle A. Mendez on behalf of Creditor   Health Care Service Corporation
mmendez@crb-law.com,  kim@crb-law.com
Gary J. Mennitt on behalf of Defendant   Forward Funds
gary.mennitt@dechert.com,  nycmanagingclerks@dechert.com
Michael T. Mervis on behalf of Unknown   Markit Group Limited
Mmervis@proskauer.com,  Mmervis@proskauer.com;LSONYSB@proskauer.com
Richard M. Meth on behalf of Creditor   Community Trust Bancorp Inc.
msteen@foxrothschild.com,  mlsecf@gmail.com
G. Christopher Meyer on behalf of Creditor   The Buckeye Tobacco Settlement Financing
Authority
cmeyer@ssd.com
Robert N. Michaelson on behalf of Creditor   Washington State Tabacco Settlement Authority
rmichaelson@r3mlaw.com
Jessica  Mikhailevich on behalf of Creditor   Marquette Financial Companies
mikhailevich.jessica@dorsey.com
Lisa  Milas on behalf of Creditor   Attorneys for Property Asset Managment Inc. and US Bank
National Association as Trustee
lmilas@rosicki.com,  lgadomski@schillerknapp.com
Brett H. Miller on behalf of Creditor   AB Bankas SNORAS
bmiller@mofo.com,  ecf@mofo.com
Brett H. Miller on behalf of Defendant   Far Glory Life Insurance Co., Ltd.
bmiller@mofo.com,  ecf@mofo.com
David Emanuel Miller on behalf of Unknown   Sociedad Militar Seguro de Vida Institucion
Mutualista
dmiller@rakowerlaw.com,  mrakower@rakowerlaw.com
Harvey R. Miller on behalf of Debtor   Lehman Brothers Holdings Inc.
harvey.miller@weil.com,  garrett.fail@weil.com
Nicholas M. Miller on behalf of Interested Party   Neal, Gerber & Eisenberg LLP
nmiller@ngelaw.com,  ecfdocket@ngelaw.com
Ralph I. Miller on behalf of Counter-Claimant   Lehman Brothers Special Financing Inc.
ralph.miller@weil.com
Richard Steven Miller on behalf of Creditor   AllianceBernstein L.P.
robert.honeywell@klgates.com

MIAMI 4206311.1 73190/18161
875088

W. Timothy Miller on behalf of Unknown   The Federal Home Loan Bank of Cincinnati
miller@taftlaw.com
Anne  Miller-Hulbert on behalf of Creditor   LSF6 Mercury REO Investments Trust Series 2008-1
rocbkcourt@logs.com
Joseph G. Minias on behalf of Creditor   SOLA LTD
maosbny@willkie.com,  jminias@willkie.com
Joseph G. Minias on behalf of Creditor   SOLA LTD
maosbny@willkie.com,  jminias@willkie.com
Robert K. Minkoff on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com,  mrichards@jefferies.com
Robert K. Minkoff on behalf of Interested Party   Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com,  mrichards@jefferies.com
Joseph Thomas Moldovan on behalf of Creditor   Carpenter Group, Inc.
bankruptcy@morrisoncohen.com
Thomas J. Moloney on behalf of Creditor   Evergreen Core Bond Trust Full Discretion
maofiling@cgsh.com,  tmoloney@cgsh.com
Christopher R. Momjian on behalf of Creditor   Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov
John J. Monaghan on behalf of Creditor   Air Canada Inc.
bos-bankruptcy@hklaw.com
Martin A. Mooney on behalf of Creditor   DCFS Trust
arappold@schillerknapp.com,  bkecfactivitynotices@deilylawfirm.com
James C. Moore on behalf of Unknown   "Spanish Holders of Lehman Programs Securities"
jcmoore1939@gmail.com,  cjohnson@hselaw.com
Boaz S. Morag on behalf of Defendant   Barclays Capital, Inc.
bmorag@cgsh.com,  maofiling@cgsh.com
Suzanna M.M. Morales on behalf of Defendant   IRON Financial
smorales@lathropgage.com
William M. Moran on behalf of Unknown   SunCal Debtors
wmoran@mccarter.com
Matthew P. Morris on behalf of Creditor   Centerbridge Credit Partners LP
matthew.morris@lovells.com
Joshua D. Morse on behalf of Unknown   DCP Parties
jmorse@jonesday.com
Judy Hamilton Morse on behalf of Creditor   Oklahoma Municipal Power Authority
judy.morse@crowedunlevy.com,  ecf@crowedunlevy.com
Jeanne  Morton on behalf of Creditor   America's Servicing Company
bkmail@prommis.com
Max Anderson Moseley on behalf of Creditor   BlueMountain Capital Management LLC and
Affiliates
mmoseley@bakerdonelson.com,  syoung@bakerdonelson.com
Eric T. Moser on behalf of Creditor   EFETNet B.V.
emoser@r3mlaw.com
Eric T. Moser on behalf of Creditor   GAM International Management Limited

emoser@r3mlaw.com
Manuel Brad Moses on behalf of Creditor Karen Ann Madden
jibaru@nyc.rr.com
Seth A. Moskowitz on behalf of Counter-Defendant   Turnberry Retail Holding, L.P.
smoskowitz@kasowitz.com,  courtnotices@kasowitz.com
Kerry  Moynihan on behalf of Creditor   Millennium Marketing & Management Pty, Ltd.
kerry.moynihan@bryancave.com,  raul.morales@bryancave.com
Monique J. Mulcare on behalf of Creditor   BNP Paribas Energy Trading GP
mmulcare@mayerbrown.com
Monique J. Mulcare on behalf of Creditor   Castlerigg Master Investments Ltd.
mmulcare@mayerbrown.com
Lance  Mulhern on behalf of Creditor   Shinsei Bank, Limited
lmulhern@velaw.com
Andrew S. Muller on behalf of Creditor David  Livingston
amuller@platzerlaw.com,  lgibbs@platzerlaw.com
Steven T. Mulligan on behalf of Creditor   Ironbridge Aspen Collection, LLC
smulligan@bsblawyers.com
H. Kent Munson on behalf of Unknown   Lutheran Senior Services
hkm@stolarlaw.com
Michael F. Murphy on behalf of Plaintiff   Michigan State Housing Development Authority
murphym2@michigan.gov,  ballingerb1@michigan.gov
Jordanna L. Nadritch on behalf of Creditor Christiane  Schuster
jnadritch@olshanlaw.com,  ssallie@olshanlaw.com
Jason A. Nagi on behalf of Creditor   EXCO Operating Company, LP and other Clients listed on
Schedule I
jnagi@polsinelli.com,
tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com
Alissa M. Nann on behalf of Unknown   ACCESS GROUP INC. SERIES 2005-A
anann@foley.com
Kevin J. Nash on behalf of Creditor Rocco F. Andriola
KNash@gwflaw.com,  jstrauss@gwflaw.com
David  Neier on behalf of Creditor   Mariner Investment Group, LLC
dneier@winston.com,  dcunsolo@winston.com
Melissa Z. Neier on behalf of Unknown   Duke Energy Ohio, Inc.
mneier@ibolaw.com
Edward E. Neiger on behalf of Creditor   Banque Safdie SA
eneiger@askllp.com,  lmiskowiec@askllp.com
Laura E. Neish on behalf of Creditor   The State of New Jersey, Department of Treasury,
Division of Investment, by Director of the Division of Investment William G. Clark
lneish@zuckerman.com
Roger David Netzer on behalf of Creditor   AIG CDS, Inc.
maosbny@willkie.com,  rnetzer@willkie.com
James D. Newbold on behalf of Creditor   Illinois Department of Revenue
James.Newbold@illinois.gov

Deborah  Newman on behalf of Defendant    Korea's National Agricultural Cooperative
Federation
djnewman@akingump.com,  nymco@akingump.com,jcuatt@akingump.com
Steven H. Newman on behalf of Creditor    Tuxedo Reserve Owner LLC
snewman@katskykorins.com
Philip John Nichols on behalf of Creditor    President Securities (Hong Kong) Limited
pnichols@philipjohnnichols.com
Robert E. Nies on behalf of Creditor    Mack-Cali Realty LP
rnies@wolffsamson.com,  ecf@wolffsamson.com
Timothy F. Nixon on behalf of Interested Party    Fee Committee
tnixon@gklaw.com,  eshipman@gklaw.com
Solomon J Noh on behalf of Creditor    CIMB Securities (Singapore) Pte Ltd.
solomon.noh@shearman.com
Solomon J Noh on behalf of Unknown    Halcyon Loan Trading Fund LLC
solomon.noh@shearman.com
Rebecca  Northey on behalf of Trustee    James W. Giddens, Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
rnorthey-lbi@mhjur.com
Richard P. Norton on behalf of Creditor    Comerica Bank
rnorton@hunton.com
Richard P. Norton on behalf of Unknown    Genworth Financial, Inc.
rnorton@hunton.com
Robert M. Novick on behalf of Cross-Claimant    Lloyds TSB Bank plc
rnovick@kasowitz.com,  courtnotices@kasowitz.com
Harold S. Novikoff on behalf of Creditor    J.P. Morgan International Bank Limited
hsnovikoff@wlrk.com,  calert@wlrk.com
Anne F O'Berry on behalf of Creditor    Florida State Board of Administration
jputnam@bermandevalerio.com
Edmond P. O'Brien on behalf of Unknown    SLG 220 News Owner LLC
eobrien@sbchlaw.com
Brian Edward O'Connor on behalf of Creditor    Duquesne Capital Management L.L.C.
maosbny@willkie.com,  boconnor@willkie.com
Brian Edward O'Connor on behalf of Creditor    S.A.C. Strategic Investments, LLC
maosbny@willkie.com,  boconnor@willkie.com
Sean A. O'Neal on behalf of Creditor    EOP Funding Master, Ltd.
soneal@cgsh.com,  maofiling@cgsh.com
Sean A. O'Neal on behalf of Interested Party    D.E. Shaw Galvanic Portfolios, L.L.C.
soneal@cgsh.com,  maofiling@cgsh.com
Kalman  Ochs on behalf of Unknown    HWA 555 Owners, LLC
ochska@ffhsj.com
Patrick D. Oh on behalf of Attorney    Freshfields Bruckhaus Deringer US LLP
patrick.oh@freshfields.com
Sean A. Okeefe on behalf of Unknown    SunCal Debtors
sokeefe@winthropcouchot.com
Jeffrey M. Olinsky on behalf of Creditor    Deutsche Bank AG, London Branch

MIAMI 4206311.1 73190/18161
875088

jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith
@db.com;justin.ramos@db.com
Jeffrey M. Olinsky on behalf of Interested Party   Deutsche Bank AG, London Branch
jeffrey.olinsky@db.com,
james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith
@db.com;justin.ramos@db.com
Harold  Olsen on behalf of Creditor   Mercuria Energy Trading PTE Limited
holsen@stroock.com
Matthew  Olsen on behalf of Interested Party   SCC Entities
molsen@morganlewis.com
David H. Orozco on behalf of Unknown   Joint Administrators of UK Administration Companies
dorozco@susmangodfrey.com
Jody Michelle Oster on behalf of Creditor   The Huntington National Bank
ECF.Oster@huntington.com
Alec P. Ostrow on behalf of Attorney   Stevens & Lee, P.C.
aostrow@beckerglynn.com,  rmarsico@beckerglynn.com;jbaritz@beckerglynn.com
Neil J. Oxford on behalf of Plaintiff   James W. Giddens, as Trustee for the SIPA Liquidation of
Lehman Brothers Inc.
oxford@hugheshubbard.com
Neil J. Oxford on behalf of Unknown   James W. Giddens, as Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
oxford@hugheshubbard.com
Isaac M. Pachulski on behalf of Interested Party   The Baupost Group, L.L.C.
ipachulski@stutman.com
Anthony  Paduano on behalf of Interested Party Phillip  Walsh
ap@pwlawyers.com
R. Stephen Painter, Jr. on behalf of Unknown   Commodity Futures Trading Commission
spainter@cftc.gov
Anne M. Palazzolo on behalf of Creditor   Banque Privee Edmond de Rothschild S.A.
apalazzolo@fzwz.com
Deryck A. Palmer on behalf of Creditor   Citigroup Inc. and all of its affiliates, including
Citibank, N.A.
deryck.palmer@pillsburylaw.com
Peter V. Pantaleo on behalf of Unknown   Simpson Thacher & Bartlett LLP
ppantaleo@stblaw.com
Merritt A. Pardini on behalf of Creditor   Board of Education of the City of Chicago
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;monica.mosby@kattenlaw.com
David W. Parham on behalf of Creditor   Cathay United Bank
david.w.parham@bakernet.com,  julia.rogic@bakermckenzie.com
Michelle Young Suh Park on behalf of Defendant   Shield Securities
michelle.park@freshfields.com
Barbra R. Parlin on behalf of Creditor   Kantatsu Co. Ltd.
barbra.parlin@hklaw.com
Hillel Ira Parness on behalf of Creditor   Federal Home Loan Bank of Pittsburgh

hiparness@rkmc.com

Peter S. Partee on behalf of Creditor   Bank of America, National Association, Successor by Merger to LaSalle Bank, N.A.

ppartee@hunton.com

Michael A. Paskin on behalf of Defendant   Credit Suisse

mpaskin@cravath.com,  mao@cravath.com

David S. Pegno on behalf of Unknown   Tranquility Master Fund Ltd. (n/k/a Spectrum Master Fund Ltd.)

dpegno@dpklaw.com

Alfredo R. Perez on behalf of Debtor   Luxembourg Residential Properties Loan Finance S.a.r.l.

alfredo.perez@weil.com,

Michele.meises@weil.com;Chris.lopez@weil.com;michele.meises@weil.com;nicole.aliseo@weil.com

Robert E. Pershes on behalf of Creditor Camilo Kuri  Con

rpershes@bdblaw.com,  sweires@bdblaw.com

Anne M. Peterson on behalf of Creditor   HSBC Bank USA, National Association

anne.m.peterson@us.hsbc.com,  lorraine.b.lubecki@us.hsbc.com

David M. Peterson on behalf of Unknown   Joint Administrators of UK Administration Companies

dpeterson@susmangodfrey.com

Albena  Petrakov on behalf of Creditor   Stibbe N.V.

apetrakov@mhjur.com

Gregory M. Petrick on behalf of Foreign Representative   D. Geoffrey Hunter and Dan Schwarzmann, as Joint Provisional Liquidators of Lehman Re Ltd.

gregory.petrick@cwt.com

Deborah J. Piazza on behalf of Attorney   Hodgson Russ LLP

dpiazza@tarterkrinsky.com,  dallen@tarterkrinsky.com

Andrea  Pincus on behalf of Creditor   Banco di Napoli S.p.A.

apincus@reedsmith.com

Andrea  Pincus on behalf of Creditor   Windermere VII CMBS p.l.c.

apincus@reedsmith.com

Lauren J. Pincus on behalf of Defendant   Syncora Guarantee Inc.

lpincus@abv.com

Leslie A. Plaskon on behalf of Unknown   605 Third Avenue Fee LLC

leslieplaskon@paulhastings.com

Frederick B. Polak on behalf of Creditor   Duke Corporate Education, f/k/a Duke Corporate Education, Inc.

fbp@ppgms.com,  vvl@ppgms.com;lml@ppgms.com

Emre  Polat on behalf of Unknown   Pegasus Transport Service, Inc

emre@akinlaws.com,  empolat@gmail.com

John  Polich on behalf of Creditor   County of Ventura

john.polich@ventura.org

Jeffrey S. Posta on behalf of Defendant   Pinnacle Associates, Ltd.

jposta@stark-stark.com

MIAMI 4206311.1 73190/18161
875088

John N. Poulos on behalf of Trustee   James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
poulos@hugheshubbard.com
Kiyam J. Poulson on behalf of Creditor   US Bank National Association as Trustee for the Structured Asset Securities Corporation, Series 2005-GEL2
kpoulson@dlgnylaw.com
Constantine  Pourakis on behalf of Attorney   Stevens & Lee, P.C.
cp@stevenslee.com
Constantine  Pourakis on behalf of Creditor   RAIFFEISENLANDESBANK N-WEIN AG
cp@stevenslee.com
Mark T. Power on behalf of Interested Party   The Liquidation Trustee of The C-BASS Liquidation Trust
MPower@HahnHessen.com,
jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com
George W Pratt on behalf of Creditor   ESS PRISA III, LLC
gpratt@joneswaldo.com
Jennifer  Premisler on behalf of Creditor   Pacific Investment Management Company LLC
Jen.Premisler@cliffordchance.com
Patricia Williams Prewitt on behalf of Creditor   Dynegy Power Marketing, Inc.
pwp@pattiprewittlaw.com
Craig  Price on behalf of Creditor   Bank Of Montreal
cprice@chapman.com
William C. Price on behalf of Creditor   Access Data Corp.
wprice@clarkhillthorpreed.com,  aporter@clarkhill.com
Madlyn Gleich Primoff on behalf of Unknown   Caisse De Depot Et Placement Du Quebec
mprimoff@kayescholer.com,  maosbny@kayescholer.com,joseph.otchin@kayescholer.com
Jeffrey D. Prol on behalf of Creditor   Fubon Bank (Hong Kong) Limited
jprol@lowenstein.com
Jeffrey D. Prol on behalf of Defendant   Counsel to Defendant Bank Sinopac, f/k/a International Bank of Taipei
jprol@lowenstein.com
Andrew P. Propps on behalf of Creditor   Canyon Capital Advisors LLC
apropps@sidley.com,  emcdonnell@sidley.com
Andrew P. Propps on behalf of Creditor   PCI Fund L.L.C.
apropps@sidley.com,  emcdonnell@sidley.com
Michael Jameson Pucillo on behalf of Creditor   State Board of Administration of Florida
mpucillo@bermandevalerio.com,
wzoberman@bermandevalerio.com;jputnam@bermandevalerio.com
Chrystal  Puleo on behalf of Attorney   Reed Smith LLP
cpuleo@reedsmith.com,  nlapsatis@reedsmith.com
Jacob S. Pultman on behalf of Intervenor-Plaintiff   FCCD Limited
jacob.pultman@allenovery.com,  kurt.vellek@allenovery.com
Deborah  Quinn on behalf of Creditor   The Treasurer of Garfield County, Colorado
dquinn@garfield-county.com,  garcoatt@garfield-county.com

Jonathan I. Rabinowitz on behalf of Creditor    Somerset Associates, LLC
jrabinowitz@rltlawfirm.com,  ypalmeri@rltlawfirm.com
Amanda  Raboy on behalf of Creditor    Wilmington Trust Company, as Indenture Trustee
araboy@cov.com
Paul A. Rachmuth on behalf of Creditor    BCP Voyager Master Funds SPC, Ltd.
paul@paresq.com
Randall  Rainer on behalf of Plaintiff    Lehman Brothers Special Financing Inc.
rrainer@wmd-law.com
Anthony M. Rainone on behalf of Creditor Thomas P Blakeslee
arainone@bracheichler.com
Jahan P. Raissi on behalf of Creditor    Weintraub Capital Management, L.P.
calendar@sflaw.com,  bwolff@sflaw.com
Michael C. Rakower on behalf of Unknown    Sociedad Militar Seguro de Vida Institucion
Mutualista
mrakower@rakowerlaw.com
Kiara L. Rankin on behalf of Plaintiff    Lehman Brothers Holdings Inc.
kiara.rankin@bingham.com,  angela.owens@bingham.com
John J. Rapisardi on behalf of Creditor    Citigroup Inc. and all of its affiliates, including
Citibank, N.A.
jrapisardi@omm.com
Craig V. Rasile on behalf of Unknown    HBK Master Fund L.P.
craig.rasile@dlapiper.com,  monica.tucker@dlapiper.com
Paul L. Ratelle on behalf of Creditor    Bremer Financial Corporation
pratelle@fwhtlaw.com
Gary O. Ravert on behalf of Creditor    Scotia Capital (USA) Inc.
gravert@ravertpllc.com,  gary.ravertpllc@gmail.com
Gary O. Ravert on behalf of Creditor    Scotia Capital (USA) Inc.
gravert@ravertpllc.com,  gary.ravertpllc@gmail.com
Gary O. Ravert on behalf of Interested Party Marie  Papillon
gravert@mwe.com,  gary.ravertpllc@gmail.com
Jeremy B Reckmeyer on behalf of Unknown    CCP Credit Acquisition Holdings Luxco, SARL
jeremyreckmeyer@andrewskurth.com
Sophia  Ree on behalf of Creditor    Federal Home Loan Mortgage Corporation
sree@lcbf.com
Ira A. Reid on behalf of Defendant    Tokyo Gas Co., Ltd.
ira.reid@bakermckenzie.com
Ira A. Reid on behalf of Unknown    Banque Cantonale du Valais
ira.reid@bakermckenzie.com
Russell Lowell Reid, Jr. on behalf of Creditor    The Bank of New York Mellon
bwolfe@sheppardmullin.com
Michael J. Reilly on behalf of Unknown    Wells Fargo Bank Northwest, N.A., as Indenture
Trustee
michael.reilly@bingham.com
Richard W. Reinthaler on behalf of Defendant    AmeriCredit Automobile Receivables Trust
2007 B-F

rreinthaler@winston.com, docketny@winston.com;jfreedman@winston.com
Steven J. Reisman on behalf of Debtor   Lehman Brothers Holdings Inc.
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;macohen@c
urtis.com;tsmith@curtis.com;bkotliar@curtis.com;dbloom@curtis.com;jweber@curtis.com;bbut
terfield@curtis.com
Howard D. Ressler on behalf of Interested Party   DCI Umbrella Fund PLC
hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
Kenneth A. Reynolds on behalf of Interested Party   Executive Fliteways, Inc.
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
Scott W. Reynolds on behalf of Defendant   SCOR Reinsurance Company
scott.reynolds@hoganlovells.com, ronald.cappiello@hoganlovells.com
Alexander G. Rheaume on behalf of Creditor   Salem Five Cents Savings Bank
arheaume@riemerlaw.com
Matthew M. Riccardi on behalf of Creditor   Rapax OC Master Fund, Ltd.
mriccardi@rkollp.com, mschneider@rkollp.com
Jeffrey N. Rich on behalf of Creditor   Structure Tone Inc.
jrich@r3mlaw.com, emoser@r3mlaw.com
Robert A. Rich on behalf of Creditor   Hunton & Williams LLP
rrich2@hunton.com
Michael P. Richman on behalf of Unknown   Lehman Brothers Holdings Inc.
mrichman@hunton.com, candonian@hunton.com
Paul J. Ricotta on behalf of Attorney   Mintz Levin Cohn Ferris Glovsky and Popeo PC
pricotta@mintz.com, docketing@mintz.com
Michael J. Riela on behalf of Creditor   Aurora Loan Services LLC
mriela@vedderprice.com, ilivaditis@vedderprice.com;ecfdocket@vedderprice.com
Fred B. Ringel on behalf of Creditor   Eugene Greene
fbr@robinsonbrog.com
Christy  Rivera on behalf of Creditor   AIG Markets, Inc. (f/k/a AIG CDS, Inc.)
crivera@chadbourne.com
Christy  Rivera on behalf of Creditor   Avignon Capital Ltd.
crivera@chadbourne.com
Kimberly Joan Robinson on behalf of Creditor   Piguet Galland & Cie, S.A
kim.robinson@bfkn.com
Jennifer L. Rodburg on behalf of Creditor   BREF ONE, LLC
jennifer.rodburg@friedfrank.com,
aaron.rothman@friedfrank.com;richard.tisdale@friedfrank.com;michael.handler@friedfrank.co
m
Theodore O. Rogers, Jr. on behalf of Defendant   Barclays Capital Inc.
rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com
Michael A. Rollin on behalf of Debtor   Lehman Brothers Holdings Inc.
mrollin@joneskeller.com,
scoggins@rplaw.com;aromanelli@rplaw.com;mfields@joneskeller.com;mbeach@joneskeller.co
m
William A. Rome on behalf of Plaintiff   Neuberger Berman LLC

warome@hpplegal.com
Aaron A. Romney on behalf of Creditor    Children's Healthcare of Atlanta, Inc.
aromney@zeislaw.com
Jack J. Rose on behalf of Unknown    Liquidation Opportunities Master Fund, LP
filing@ashurst.com
Jorian  L. Rose on behalf of Unknown    Banco Finantia International Limited
jrose@bakerlaw.com
Zachary David Rosenbaum on behalf of Unknown    Logan Hotels and Resorts, Mexico, S.A. de
C.V.
zrosenbaum@lowenstein.com,  lbonilla@lowenstein.com;dramos@lowenstein.com
Arthur E. Rosenberg on behalf of Interested Party    Caisse de depot et placement du Quebec
arthur.rosenberg@hklaw.com
Kermit A. Rosenberg, on behalf of Interested Party    Satyam Computer Services, Ltd.
krosenberg@becounsel.com
Robert J. Rosenberg on behalf of Defendant    Aurora Bank FSB f/k/a Lehman Brothers Bank
FSB
rachel.feld@lw.com
Heath D. Rosenblat on behalf of Interested Party    HD Supply, Inc.
Heath.Rosenblat@dbr.com
Benjamin  Rosenblum on behalf of Debtor    Lehman Brothers Holdings Inc.
brosenblum@jonesday.com
Benjamin  Rosenblum on behalf of Plaintiff    Lehman Brothers Commercial Corp.
brosenblum@jonesday.com
Jeffrey A. Rosenthal on behalf of Creditor    Dader Investment Corp.
maofiling@cgsh.com
Jeffrey A. Rosenthal on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith Incorporated
maofiling@cgsh.com
Michael A. Rosenthal on behalf of Foreign Representative    Lehman Brothers Finance AG, in
Liquidation
mrosenthal@gibsondunn.com
David A. Rosenzweig on behalf of Creditor    AT&T Inc.
DRosenzweig@Fulbright.com
David S. Rosner on behalf of Interested Party    BHCO Master Ltd
dfliman@kasowitz.com;courtnotices@kasowitz.com
Douglas B. Rosner on behalf of Creditor    BP 399 Park Avenue LLC
drosner@goulstonstorrs.com
Andrew J. Rossman on behalf of Plaintiff    Lehman Brothers Holdings Inc., in its capacity as
Plan Administrator on behalf of Lehman Brothers Special Financing Inc.
andrewrossman@quinnemanuel.com
Melissa-Jean  Rotini on behalf of Creditor    Westchester County
mjr1@westchestergov.com
Rene S. Roupinian on behalf of Creditor CYNTHIA  SWABSIN
rsr@outtengolden.com,
jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com

MIAMI 4206311.1 73190/18161
875088

Alex R. Rovira on behalf of Counter-Defendant   Blackrock Mortgage Investors Master Fund, L.P.
arovira@sidley.com, emcdonnell@sidley.com

Alex R. Rovira on behalf of Interested Party   Genworth Life and Annuity Insurance Co.
arovira@sidley.com, emcdonnell@sidley.com

Barry J Roy on behalf of Interested Party   Somerset Properties SPE, LLC
broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Kenneth  Rudd on behalf of Defendant   Rabobank Group
krudd@zeklaw.com

Samuel H. Rudman on behalf of Plaintiff Chun  IP
srudman@rgrdlaw.com, e_file_sd@rgrdlaw.com

Eric L. Ruiz on behalf of Creditor   Silver Point Capital Fund, L.P.
eric.ruiz@davispolk.com

Eric L. Ruiz on behalf of Creditor   Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
eric.ruiz@davispolk.com

Scott K. Rutsky on behalf of Unknown   BT Americas Inc. and Radianz Americas Inc.
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor   SPCP Group L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com

Bruce  Sabados on behalf of Defendant   Brown Brothers Harriman & Co.
bruce.sabados@kattenlaw.com, gregory.johnson@kattenlaw.com;mark.ciani@kattenlaw.com

Rohit  Sabharwal on behalf of Unknown   MAP 98 Segregated Portfolio of LMA SPC
sabilaw@aol.com

Jeffrey S. Sabin on behalf of Interested Party   Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
jeffrey.sabin@bingham.com

Jay G. Safer on behalf of Plaintiff   Carolina First Bank
jsafer@lockelord.com

Chester B. Salomon on behalf of Creditor   1301 Properties Owner, L.L.C.
csalomon@beckerglynn.com

Michael E. Salzman on behalf of Plaintiff   James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
salzman@hugheshubbard.com

Michael E. Salzman on behalf of Plaintiff   James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. on behalf of himself as Trustee and as assignee of Lehman Brothers Holdings Inc., et al., Chapter 11 Debtors
salzman@hugheshubbard.com

Keith N. Sambur on behalf of Creditor   Morgan Stanley Bank International Limited
ksambur@rkollp.com, mschneider@rkollp.com;ychan@rkollp.com

Diane W. Sanders on behalf of Creditor   McLennan County
austin.bankruptcy@lgbs.com

Lori K. Sapir on behalf of Creditor   Niscayah, Inc.
lsapir@sillscummis.com

MIAMI 4206311.1 73190/18161
875088

Jeffrey L. Sapir-13 on behalf of Trustee Jeffrey L. Sapir-13
info@sapirch13tr.com
Joseph Cono Savino on behalf of Creditor   Inverell Shire Council
savino@larypc.com,
silvestro@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@larypc.com
Robert  Scannell on behalf of Unknown   SunCal Debtors
rscannell@morganlewis.com
Louis A. Scarcella on behalf of Creditor   Capital One, N.A.
lscarcella@farrellfritz.com
Richard J.J. Scarola on behalf of Unknown   Certain Participants in the Executive and Select
Employees Plan of Shearson Lehman Brothers, Inc.
rjjs@smzllp.com,  az@smzllp.com,mv@smzllp.com,jtb@smzllp.com
Eric A Schaffer on behalf of Counter-Claimant   BNY Corporate Trustee Services Limited
eschaffer@reedsmith.com,  slucas@reedsmith.com
Eric A Schaffer on behalf of Creditor   The Bank of New York Mellon Corporation
eschaffer@reedsmith.com,  slucas@reedsmith.com
Richard J. Schager, Jr. on behalf of Creditor Anshuman  Goyal
schager@ssnyc.com
Richard J. Schager, Jr. on behalf of Creditor Anshuman  Goyal
schager@ssnyc.com
Ilan D. Scharf on behalf of Unknown   Liquidators of ICP Strategic Credit Income Master Fund
Ltd.
ischarf@pszjlaw.com
Michael L. Schein on behalf of Creditor Colleen A. Noyes
mschein@vedderprice.com,  ecfnydocket@vedderprice.com
Thomas J. Schell on behalf of Defendant   Bank of America, NA.
tjschell@bryancave.com,  dortiz@bryancave.com
Robert A. Scher on behalf of Unknown   KPMG LLP
rscher@foley.com
Jonathan D. Schiller on behalf of Creditor   Sankaty Credit Opportunities III, L.P.
jschiller@bsfllp.com
William B. Schiller on behalf of Creditor   Wells Fargo Bank, NA, d/b/a America's Servicing
Company as servicer for U.S. Bank National Association, as Trustee for the Structured Asset
Investment Loan Trust, Series 2005-HE3
wschiller@schillerknapp.com,  lgadomski@schillerknapp.com
Michael L. Schleich on behalf of Creditor   TATA American International Corporation and
TATA Consultancy Services Limited
mschleich@fslf.com
Erik  Schneider on behalf of Creditor   Alden Global Hedged Opportunities Master Fund, LP
eschneider@nixonpeabody.com
Edward L. Schnitzer on behalf of Unknown Roger  Trout
eschnitzer@hahnhessen.com,
jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;lschlussel@hahnhessen.com;jorbach
@hahnhessen.com;aladd@hahnhessen.com;bhall@hahnhessen.com;chunker@hahnhessen.com
Carey D. Schreiber on behalf of Creditor   Capgemini Financial Services USA, Inc.

MIAMI 4206311.1 73190/18161
875088

34

cschreiber@winston.com
Christopher P. Schueller on behalf of Creditor   Greenbriar Minerals, LLC
christopher.schueller@bipc.com,  timothy.palmer@bipc.com;donna.curcio@bipc.com
Dan J. Schulman on behalf of Creditor   Eze Castle Software LLC
dschulman@schulmanblackwell.com
Andrea B. Schwartz on behalf of U.S. Trustee   United States Trustee
andrea.b.schwartz@usdoj.gov
Jeffrey L. Schwartz on behalf of Creditor   CommerzBank A.G.
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorba
ch@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
Jeffrey L. Schwartz on behalf of Creditor   Commerzbank AG and Eurohypo AG
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorba
ch@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
Matthew A. Schwartz on behalf of Creditor   Giants Stadium LLC
schwartzmatthew@sullcrom.com,  s&cmanagingclerk@sullcrom.com
Matthew A. Schwartz on behalf of Defendant   Giants Stadium LLC
schwartzmatthew@sullcrom.com,  s&cmanagingclerk@sullcrom.com
Lisa M. Schweitzer on behalf of Interested Party   Barclays Capital, Inc.
lschweitzer@cgsh.com,  maofiling@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
Brendan M. Scott on behalf of Plaintiff   Massachusetts Water Resources Authority
bscott@klestadt.com
Jeffrey T. Scott on behalf of Interested Party   Barclays Bank PLC
scottj@sullcrom.com,  s&cmanagingclerk@sullcrom.com
John  Scott on behalf of Unknown   Yarpa Investmenti S.G.R. S.p.A.  RP3 Fund
jlscott@reedsmith.com
Howard  Seife on behalf of Creditor   GLG Partners LP
arosenblatt@chadbourne.com
Stephen B. Selbst on behalf of Creditor   MEAG New York Corporation
sselbst@herrick.com,  courtnotices@herrick.com
Erin P. Severini on behalf of Interested Party   ClearVue Opportunity XVIII, LLC
es@dgandl.com
Andrew D. Shaffer on behalf of Creditor   Lehman Brothers Asia Capital Company (in
liquidation) and Lehman Brothers Commercial Corporation Asia Limited (in liquidation)
shaffer@butzel.com
Joel  Shafferman on behalf of Attorney   Bret H. Reed, Jr., a Law Corporation
joel@shafeldlaw.com
Dan  Shaked on behalf of Creditor Moshe & Hanna  Shram
dan@shakedandposner.com
Paul V. Shalhoub on behalf of Creditor   Millennium International, Ltd.
maosbny@willkie.com,  pshalhoub@willkie.com
Paul V. Shalhoub on behalf of Creditor   Quantum Partners LP
maosbny@willkie.com,  pshalhoub@willkie.com
Nolan E. Shanahan on behalf of Creditor   Federal Home Loan Bank of Pittsburgh
nshanahan@coleschotz.com
David B. Shemano on behalf of Creditor   Cascade Investment, L.L.C.

dshemano@peitzmanweg.com

James H. Shenwick on behalf of Creditor Sofia  Frankel
jshenwick@gmail.com

James H. Shenwick on behalf of Unknown Dorothea  Douglas
jshenwick@gmail.com

Justin M. Sher on behalf of Creditor   Credencial SA
jsher@shertremonte.com,  mcuccaro@shertremonte.com

Thomas I. Sheridan, III on behalf of Unknown Benjamin M Gamoran
tsheridan@hanlyconroy.com

Andrew Howard Sherman on behalf of Attorney   Sills Cummis & Gross P.C.
asherman@sillscummis.com

Jonathan  Sherman on behalf of Creditor   Sankaty Credit Opportunities III, L.P.
jsherman@bsfllp.com

Mark  Sherrill on behalf of Creditor   AgFirst Farm Credit Bank
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor   Citibank, N.A. and certain Affiliates
sshimshak@paulweiss.com,  sshimshak@paulweiss.com

Stephen J. Shimshak on behalf of Defendant   Citigroup Global Markets, Inc.
sshimshak@paulweiss.com,  sshimshak@paulweiss.com

Michael A. Shiner on behalf of Plaintiff   Federal Home Loan Bank of Pittsburgh
mshiner@tuckerlaw.com

J. Christopher Shore on behalf of Creditor   Ad Hoc Group of Lehman Brothers Creditors
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@
ny.whitecase.com

Joshua Samuel Shteierman on behalf of Unknown Michael D. Kieran
j.shteierman@devittspellmanlaw.com

Carren B. Shulman on behalf of Unknown   Bank of New York Mellon
cshulman@sheppardmullin.com

Motty  Shulman on behalf of Defendant   BNP Paribas, London Branch
MSHULMAN@BSFLLP.COM

George W. Shuster, Jr. on behalf of Interested Party   HVS Westland LP
george.shuster@wilmerhale.com

Glenn E. Siegel on behalf of Creditor   RIC-OMIGSA Global Bond Fund
Glenn.Siegel@morganlewis.com

Neil Yahr Siegel on behalf of Other Prof.   Morrison Cohen LLP
nsiegel@morrisoncohen.com,  bankruptcy@morrisoncohen.com

Paul H. Silverman on behalf of Creditor   Corporate Park Associates Inc.
PSilverman@mclaughlinstern.com

Laurie Selber Silverstein on behalf of Interested Party   Genesys Conferencing Europe SAS,
Genesys Conferencing Limited, InterCall, Inc., West Receivables Holdings LLC, and West
Receivables LLC
bankruptcy@potteranderson.com

Paul N. Silverstein on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
paulsilverstein@andrewskurth.com,  jlevine@akllp.com

MIAMI 4206311.1 73190/18161
875088

Peter L. Simmons on behalf of Creditor    Federal Home Loan Bank of Atlanta
peter.simmons@friedfrank.com
Keith A. Simon on behalf of Unknown    Fannie Mae
keith.simon@lw.com,  chefiling@lw.com;beth.arnold@lw.com
Leif T. Simonson on behalf of Unknown    Sante Fe Master Fund SPC for and on behalf of the
Anasazi Japanese Systematic Long Short D SP
lsimonson@faegre.com
Charles E. Simpson on behalf of Unknown    Windels Marx Lane & Mittendorf, LLP
csimpson@windelsmarx.com,  mmartir@windelsmarx.com;cdinapoli@windelsmarx.com
Daniel  Slifkin on behalf of Defendant    Credit Suisse
dslifkin@cravath.com,  mao@cravath.com
Howard G. Sloane on behalf of Defendant    HSBC Bank (Cayman) Limited (f/k/a HSBC
Financial Services (Cayman) LTD)
pfarren@cahill.com
Thomas R. Slome on behalf of Creditor    Dresdner Kleinwort Group Holdings LLC
lgomez@msek.com
Edward  Smith on behalf of Creditor    Brevan Howard Master Fund Limited
easmith@venable.com
Edward  Smith on behalf of Defendant    Euroamerica Seguros De Vida SA
easmith@venable.com
Elizabeth Page Smith on behalf of Creditor    Customer Asset Protection Company
esmith@llgm.com
John R. Smith, Jr. on behalf of Interested Party    HBK Master Fund L.P.
jrsmith@hunton.com
John R. Smith, Jr. on behalf of Interested Party    HBK Master Fund L.P.
jrsmith@hunton.com
Turner P. Smith on behalf of Plaintiff    Lehman Brothers Special Financing Inc.
tsmith@cm-p.com,  jclyne@cm-p.com
Abigail  Snow on behalf of Attorney    Satterlee Stephens Burke & Burke LLP
asnow@ssbb.com
John H. Snyder on behalf of Creditor Andrew  Weber
john@jhsnyderlaw.com
Steven B. Soll on behalf of Unknown    Kaiaca LLC
ssoll@oshr.com,  awilliams@oshr.com;asilverstein@otterbourg.com
Andrew T. Solomon on behalf of Unknown    Acta Asset Management ASA
asolomon@sandw.com,  rlombardo@sandw.com
Jay B. Solomon on behalf of Creditor    Greenfield's OTP LLC
jay@kleinsolomon.com
Angela Jennifer Somers on behalf of Interested Party    Black Diamond Offshore Ltd.
asomers@rctlegal.com,  lbroussard@rctlegal.com
Arthur J. Spector on behalf of Creditor    Petroleum Realty Investment Partners, L.P.
aspector@bergersingerman.com,  efile@bergersingerman.com
Mark A. Speiser on behalf of Attorney    Stroock & Stroock & Lavan LLP
mspeiser@stroock.com,  insolvency2@stroock.com
Mark A. Speiser on behalf of Creditor    Mizuho Corporate Bank, Ltd.

mspeiser@stroock.com, insolvency2@stroock.com
Douglas E. Spelfogel on behalf of Unknown   Nemesis Asset Management LLP, f/k/a Ambix
Capital LLP, as Investment Manager for Lehman Brothers USA Value Fund
dspelfogel@foley.com
James H.M. Sprayregen on behalf of Liquidator   Liquidators of Lehman Brothers Australia
Limited
jsprayregen@kirkland.com, wguerrieri@kirkland.com
Marvin E. Sprouse on behalf of Creditor   Level 3 Communications, LLC
msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
J. Gregory St.Clair on behalf of Unknown   Gruss Global Investors Master Fund (Enhanced),
Ltd.
Chris.Dickerson@skadden.com
Katherine  Stadler on behalf of Attorney   Godfrey & Kahn, S.C.
kstadler@gklaw.com, eshipman@gklaw.com
Michael Scott Stamer on behalf of Unknown   Sunshine Enterprises L.P.
mstamer@akingump.com, dkrasa-
berstell@akingump.com;sschultz@akingump.com;abeane@akingump.com;jwatters@akingump.
com
Amelia Temple Redwood Starr on behalf of Unknown   NATIXIS Environnement &
Infrastructures
astarr@davispolk.com
Stephen Z. Starr on behalf of Interested Party   Judson
sstarr@starrandstarr.com
Howard  Steel on behalf of Unknown   Alandsbanken ABP (Finland), Svensk Filial
hsteel@brownrudnick.com, JDMarshall@brownrudnick.com
Nicole  Stefanelli on behalf of Creditor   U.S. Bank National Association
nstefanelli@lowenstein.com
Heidi  Steiger
dwatnick@watnicklaw.com
Heidi L. Steiger
dwatnick@watnicklaw.com
  Steiger Associates L.P.
dwatnick@watnicklaw.com
Philip Rogers Stein on behalf of Interested Party   Allied Mortgage Group, Inc.
pstein@bilzin.com, lramirez@bilzin.com;lflores@bilzin.com;eservice@bilzin.com
Arthur Jay Steinberg on behalf of Interested Party   Lehman Brothers Holdings Inc. and Certain
of its Affiliates
asteinberg@kslaw.com, sdavidson@kslaw.com
Bonnie  Steingart on behalf of Unknown   FMR LLC
steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Spencer D Stiefel on behalf of Defendant   LCOR Alexandria L.L.C.
spencer.stiefel@dlapiper.com
J. Robert Stoll on behalf of Interested Party   The Lehman Hong Kong Liquidators
jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
Ralph M. Stone on behalf of Creditor Karl  Ernsdoerfer

MIAMI 4206311.1 73190/18161
875088

rstone@lawssb.com

Brent C. Strickland on behalf of Interested Party   Headstrong Services, LLC
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Creditor   European Bank for Reconstruction and Development
harveystrickon@paulhastings.com

Harvey A. Strickon on behalf of Unknown   Trust Company of the West
harveystrickon@paulhastings.com

Fletcher W. Strong on behalf of Plaintiff    ARCHSTONE LB SYNDICATION PARTNER LLC
fstrong@wmd-law.com

Walter B. Stuart on behalf of Attorney   Freshfields Bruckhaus Deringer US LLP
walter.stuart@freshfields.com

William S. Sugden on behalf of Creditor   Aozora Bank, Ltd.
will.sugden@alston.com

William S. Sugden on behalf of Unknown   Nomura Holdings, Inc.
will.sugden@alston.com

David A. Sullivan on behalf of Creditor   Fir Tree Capital Opportunity Master Fund, L.P.
david.sullivan@cliffordchance.com

James M. Sullivan on behalf of Interested Party   China Development Industrial Bank
jsullivan@mosessinger.com,  dkick@mosessinger.com

Walter E. Swearingen on behalf of Unknown Mary Jane  DaPuzzo
wswearingen@llf-law.com

Claude  Szyfer on behalf of Creditor   Mitsui & Co. Commodity Risk Management Limited
cszyfer@stroock.com,  docketing@stroock.com;insolvency@stroock.com

Claude  Szyfer on behalf of Defendant   Mizuho International plc
cszyfer@stroock.com,  docketing@stroock.com;insolvency@stroock.com

Matthew S. Tamasco on behalf of Defendant   Axioma, Inc.
mtamasco@schnader.com

Matthew S. Tamasco on behalf of Unknown   PJM Interconnection, L.L.C.
mtamasco@schnader.com

Sara M. Tapinekis on behalf of Creditor   Calyon
sara.tapinekis@cliffordchance.com

Robert E. Tarcza on behalf of Creditor   Louisiana Sheriff's Pension & Relief Fund
bobt@tglaw.net

Charles Martin Tatelbaum on behalf of Creditor   GMAC Mortgage, LLC
ctatelbaum@hinshawlaw.com,  lparker@hinshawlaw.com

James  Tecce on behalf of Attorney   Quinn Emanuel Urquhart & Sullivan, LLP
jamestecce@quinnemanuel.com

James  Tecce on behalf of Counter-Defendant   Official Committee Of Unsecured Creditors Of
Lehman Brothers Holdings Inc., et al
jamestecce@quinnemanuel.com

Samuel Jason Teele on behalf of Creditor   EnergyCo, LLC and EnergyCo Marketing and
Trading
jteele@lowenstein.com

Samuel Jason Teele on behalf of Interested Party   Claimants represented by Lowenstein Sandler
LLP

jteele@lowenstein.com
Jay Teitelbaum on behalf of Creditor The United Company
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
H. Marc Tepper on behalf of Defendant PNC Bank, National Association
marc.tepper@bipc.com, donna.curcio@bipc.com
Ronald M. Terenzi on behalf of Attorney Stagg, Terenzi, Confusione & Wabnik, LLP
rterenzi@stcwlaw.com
Andrew M. Thaler on behalf of Creditor The August '86 Trust
thaler@thalergertler.com, dawn@athalerlaw.com;dsaponara@athalerlaw.com
  The Huntington National Bank
ECF.Oster@huntington.com
April J. Theis on behalf of Creditor State of Arizona
april.theis@azag.gov, hua.qin@azag.gov;BankruptcyUnit@azag.gov
David J. Theising on behalf of Unknown Bell Trace Obligated Group
dtheising@harrisonmoberly.com
Eleni D. Theodosiou-Pisanelli on behalf of Trustee James W. Giddens, as Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
theodosi@hugheshubbard.com
James C. Thoman on behalf of Interested Party Deere & Company
jthoman@hodgsonruss.com, rleek@hodgsonruss.com
Richard C. Tisdale on behalf of Creditor Commonwealth Bank of Australia
richard.tisdale@friedfrank.com
My Chi To on behalf of Interested Party Rock-Forty-Ninth LLC
mcto@debevoise.com, mao-bk-ecf@debevoise.com
Christine M. Tobin-Presser on behalf of Unknown Kline Galland Center
ctobin@bskd.com,
psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com
Lawrence E. Tofel on behalf of Unknown Charles Diccianni
letofel@tofellaw.com, mallison@tofellaw.com;jworden@tofellaw.com
Patricia Tomasco on behalf of Defendant RGA Reinsurance Company, Inc.
ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com
Michael Torkin on behalf of Creditor IKB International S.A.
s&cmanagingclerk@sullcrom.com
Jeffrey G. Tougas on behalf of Creditor Sumitomo Mitsui Banking Corporation
jeffrey.tougas@hklaw.com
Dylan G. Trache on behalf of Creditor Wiley Rein LLP
dtrache@wileyrein.com, rours@wileyrein.com
Patrick J. Trostle on behalf of Attorney Jenner & Block LLP
ptrostle@jenner.com
James N. Truitt on behalf of Creditor Lydian Overseas Partners Master Fund Ltd.
james.truitt@hoganlovells.com
Brian Trust on behalf of Creditor National Bank of Canada
btrust@mayerbrown.com
Tal Unrad on behalf of Creditor Year Up, Inc.

tunrad@burnslev.com
Steven D. Usdin on behalf of Creditor   The Irvine Company
steven.usdin@flastergreenberg.com,
nella.bloom@flastergreenberg.com;briege.hartman@flastergreenberg.com
Rafael J. Valdes on behalf of Unknown   Banco Interior de Sao Paulo, S.A.
rvaldes@astidavis.com
Jantra  Van Roy on behalf of Defendant   Rabobank Group
jvanroy@zeklaw.com
Shmuel  Vasser on behalf of Creditor   Aviva Investors North America, Inc.
shmuel.vasser@dechert.com
Shmuel  Vasser on behalf of Defendant   Dr HC Tschira Beteiligungs GmbH & Co KG
shmuel.vasser@dechert.com
Michael J. Venditto on behalf of Attorney   Reed Smith LLP
mvenditto@reedsmith.com,  DocketingECFNYC@ReedSmith.com
Michael J. Venditto on behalf of Creditor   BNY Mellon Corporate Trust Services Limited
mvenditto@reedsmith.com,  DocketingECFNYC@ReedSmith.com
August C. Venturini on behalf of Creditor Lamita  Jabbour
acv@venturini-law.com
Raymond W. Verdi on behalf of Interested Party   Barclays Capital, Inc.
rwvlaw@yahoo.com
Paul  Vizcarrondo, Jr. on behalf of Counter-Claimant   JPMORGAN CHASE BANK, N.A.
pvizcarrondo@wlrk.com,  calert@wlrk.com
Michael Scott Vogel on behalf of Defendant   Syncora Guarantee Inc.
mvogel@abv.com
Shai  Waisman on behalf of Debtor   LB 2080 Kalakaua Owners LLC
victoria.vron@weil.com;michele.meises@weil.com
Shai  Waisman1 on behalf of Plaintiff   LB 745 LLC
shai.waisman@weil.com
Shai  Waisman2 on behalf of Plaintiff   Lehman Brothers Derivative Products Inc.
shai.waisman@weil.com
Adrienne  Walker on behalf of Creditor   Belmont Insurance Company
awalker@mintz.com
Lisa L. Wallace on behalf of Creditor   BAC Home Loans Servicing, LP FKA Countrywide
Home Loans Servicing LP  as servicing agent for Lehman Brothers Holding Inc.
lwallace@mwc-law.com
Abbey  Walsh on behalf of Creditor   CommerzBank A.G.
abbey.walsh@freshfields.com
Christine  Walsh on behalf of Creditor   BGL BNP Paribas S.A.
cwalsh@mayerbrown.com,  mlotito@mayerbrown.com
Rodd C. Walton on behalf of Plaintiff Marie A Walton
rwalton@legacy-groups.com
David H. Wander on behalf of Unknown   The Joint Administrators of LB Holdings Intermediate
2 Ltd.
dhw@dmlegal.com
Josephine  Wang on behalf of Defendant   Securities Investor Protection Corporation

jwang@sipc.org

Jonathan David Warner on behalf of Plaintiff Maximilian Coreth
jdwarner@warnerandscheuerman.com

Michael D. Warner on behalf of Creditor Highland CDO Opportunity Master Fund, L.P.
mwarner@coleschotz.com, klabrada@coleschotz.com

Michael D. Warner on behalf of Creditor Highland Capital Management, L.P.
mwarner@coleschotz.com, klabrada@coleschotz.com

Mark W. Warren on behalf of Creditor Manufacturers and Traders Trust Company
mwarren@mtb.com

E. Donald Watnick on behalf of Creditor Steiger Associates L.P.
dwatnick@watnicklaw.com

E. Donald Watnick on behalf of Creditor Heidi Steiger
dwatnick@watnicklaw.com

Corey R. Weber on behalf of Unknown The City of Long Beach
ecf@ebg-law.com

Jeffrey T. Wegner on behalf of Creditor Nebraska Investment Finance Authority
jeffrey.wegner@kutakrock.com

Chaya F. Weinberg-Brodt on behalf of Unknown CRE Capital LLC
chaya.weinberg@withers.us.com

Stephen L. Weinstein on behalf of Interested Party Northgate Minerals Corporation
sweinstein@eisemanlevine.com

William P. Weintraub on behalf of Creditor Bay Harbour Master Ltd.
wweintraub@stutman.com, gfox@goodwinprocter.com

William P. Weintraub on behalf of Interested Party The Middleby Corporation
wweintraub@stutman.com, gfox@goodwinprocter.com

Rochelle R. Weisburg on behalf of Creditor Hanover Moving & Storage Co. Inc.
rochellew@shiboleth.com

John W. Weiss on behalf of Unknown Nomura Holding America, Inc., and certain of its direct
and indirect subsidiaries and affiliates
john.weiss@alston.com

Morris D. Weiss on behalf of Transferee Tejas Securities Group, Inc.
morrisw@hts-law.com, sherris@hts-law.com;annmariej@hts-law.com

John C. Weitnauer on behalf of Creditor Wilmington Trust Company, as Trustee
kit.weitnauer@alston.com

John C. Weitnauer on behalf of Defendant Bank of America National Association
kit.weitnauer@alston.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Annie Wells on behalf of Unknown Logan Circle Partners, L.P.
awells@morganlewis.com

Philip Anthony Wells on behalf of Creditor ELSF 3 Apollo Blocker Ltd.
philip.wells@ropesgray.com

Philip Anthony Wells on behalf of Creditor Sankaty Credit Opportunities III, L.P.
philip.wells@ropesgray.com

Mark F. Werle on behalf of Creditor Rutland Hospital, Inc.

eag@rsclaw.com;dmc@rsclaw.com
Stephen E. Weyl on behalf of Interested Party    United Church Of Christ Retirement
Community, Inc. d/b/a Havenwood Heritage Heights
sweyl@haslaw.com
David B. Wheeler on behalf of Creditor    Public Service of North Carolina
davidwheeler@mvalaw.com
Timothy Raymond Wheeler on behalf of Interested Party    Spiral Binding Company, Inc.
twheeler@lowenstein.com, klafiura@lowenstein.com
Dennis J. Wickham on behalf of Interested Party    Lusardi Construction Company
wickham@scmv.com
Tally M. Wiener on behalf of Creditor    Lionel Dardo Occhione
tallymindy@gmail.com
Michael E. Wiles on behalf of Interested Party    Ross Financial Corporation
mewiles@debevoise.com, mao-bk-ecf@debevoise.com
Brady C. Williamson on behalf of Interested Party    Fee Committee
bwilliamson@gklaw.com, eshipman@gklaw.com
Deborah D. Williamson on behalf of Interested Party    Tesoro Corporation
dwilliamson@coxsmith.com, aseifert@coxsmith.com
Eric J. Wilson on behalf of Interested Party    Fee Committee
zraiche@gklaw.com
Eric R. Wilson on behalf of Creditor    Murphy & Durieu, L.P.
KDWBankruptcyDepartment@Kelleydrye.com
L. Matt Wilson on behalf of Stockholder Greg  Georgas, et al
efile@willaw.com
Michael G. Wilson on behalf of Unknown    Merrill Lynch Capital Services, Inc.
mwilson@hunton.com, shislop@hunton.com
Eric D. Winston on behalf of Creditor Committee    Official Committee of Unsecured Creditors
ericwinston@quinnemanuel.com
Jane Rue Wittstein on behalf of Debtor    Lehman Brothers Holdings Inc.
jruewittstein@jonesday.com
Amy R. Wolf on behalf of Attorney    Wachtell, Lipton, Rosen & Katz
arwolf@wlrk.com, calert@wlrk.com
Joshua Matthew Wolf on behalf of Creditor    City Of New York
jowolf@law.nyc.gov
Blanka K. Wolfe on behalf of Creditor    Agricultural Bank of Taiwan
bwolfe@sheppardmullin.com
Steven  Wolowitz on behalf of Defendant    Bank Of America, N.A.
swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
James  Addison Wright, III on behalf of Counter-Claimant    FFI Fund Ltd.
james.wright@ropesgray.com
Karon Y. Wright on behalf of Creditor c/o Karon Y. Wright  Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
Thomas John Wright on behalf of Creditor    Giants Stadium LLC
wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com
Thomas John Wright on behalf of Defendant    Giants Stadium LLC

wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com
Robert William Yalen on behalf of Unknown   United States of America
robert.yalen@usdoj.gov
Robert C. Yan on behalf of Creditor   CA, Inc.
ryan@farrellfritz.com
David Farrington Yates on behalf of Interested Party Dr. Michael C.  Frege
farrington.yates@dentons.com
David Farrington Yates on behalf of Other Prof.   Dr. Michael C. Frege, in his capacity as
Insolvency Administrator of Lehman Brothers Bankhaus AG (in Insolvenz)
farrington.yates@dentons.com
Michael M. Yi on behalf of Unknown   Meridian Comp Of New York, Inc. D/B/A CHD
Meridian Healthcare
michaelyi@leeanavchung.com
Jack  Yoskowitz on behalf of Defendant   Liberty Square CDO I, Ltd.
yoskowitz@sewkis.com
Jared D. Zajac on behalf of Creditor   Hospital for Special Surgery
jzajac@proskauer.com
Erin  Zavalkoff on behalf of Creditor   Newedge USA, LLC and Affiliated Entities
ecfnydocket@vedderprice.com
Marina I. Zelinsky on behalf of Unknown   Fifth Street Station LLC
mzelinsky@rkollp.com, mschneider@rkollp.com
Menachem O. Zelmanovitz on behalf of Unknown   SunCal Debtors
mendy@zelmlaw.com
George A. Zimmerman on behalf of Plaintiff   Prudential Global Funding LLC
brian.mcdermott@skadden.com
N. Theodore Zink, Jr. on behalf of Creditor   Bayview Finacial, L.P. and Bayview Opportunity
Master Fund, L.P.
tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
Jonathan  Zinman on behalf of Creditor   Solus Alternative Asset Management LP, on behalf of
certain funds that it advises
jzinman@soluslp.com
Peter Alan Zisser on behalf of Creditor   Carlton Willard Homes, Inc.
Lawzisser@twcny.rr.com
Wendy Hope Zoberman on behalf of Creditor   State Board of Administration of Florida
wzoberman@bermandevalerio.com, jputnam@bermandevalerio.com
Scott A. Zuber on behalf of Creditor   SPCP Group L.L.C.
szuber@wolffsamson.com
Amy A. Zuccarello on behalf of Unknown   U.S. Bank National Association, as a member of the
Committee and as Indenture Trustee
azuccarello@sandw.com, jdarcey@sandw.com
Edward P. Zujkowski on behalf of Creditor   Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
Edward P. Zujkowski on behalf of Creditor   Australia and New Zealand Banking Group Limited
ezujkowski@emmetmarvin.com, pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
Ellen  Zweig on behalf of Unknown Ellen Zweig  Law Office of Neil Moldovan

MIAMI 4206311.1 73190/18161
875088

ezweig@optonline.net
Abraham L. Zylberberg on behalf of Creditor   Adagio Fund
azylberberg@whitecase.com,  mcosbny@whitecase.com;jdisanti@whitecase.com
Abraham L. Zylberberg on behalf of Interested Party   Certain Members and Customers of the
Members of the Deutscher Sparkassen- und Giroverband
azylberberg@whitecase.com,  mcosbny@whitecase.com;jdisanti@whitecase.com

## EXHIBIT B

Michael A. Rollin, Esq.
Maritz Dominguez Braswell, Esq.
Jones & Keller, P.c.
1999 Broadway
Suite 3150
Denver, CO 80202

James N. Lawlor, Esq.
Adam M. Bialek, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn:  William K. Harrington, Esq.,
Susan Golden, Esq. and Andrea B. Schwartz, Esq.

MIAMI 4206311.1 73190/18161
875088