MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Michael O. Ware
Joaquin M. C de Baca

and

1999 K Street, N.W.
Tel. (202) 263-3000
Washington, D.C. 20006
Reginald R. Goeke

*Counsel to Plaza Home Mortgage Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on June 12, 2014, I caused copies of the Limited Objection of Plaza Home Mortgage Inc. to the Plan Administrator's Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (the "Objection") to be served by United Parcel Service Next Day Air upon: (i) The Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the

709632152

United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Andrew Velez-Rivera, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.), (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.), (v) Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 (Attn: William A. Maher, Esq., and James N. Lawlor, Esq.), and (vi) Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, Colorado 80202 (Attn: Michael A. Rollin, Esq., and Maritza Dominguez Braswell, Esq.).

    I further certify that on June 12, 2014, upon electronic filing of the Objection, electronic mail filing notifications of the Objection were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:  New York, New York
         June 12, 2014

                                        /s/ James Hennessey
                                            James Hennessey