UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (SCC)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------------------x    Ref. Docket Nos. 44515, 44516,
                                                                 44518, 44519, 44564

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of June, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44515, 44516, 44518, 44519, 44564_AFF_6-10-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (SCC)
                                           |
                                           |   (Jointly Administered)
                        Debtors            |
                                           |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CITIGROUP GLOBAL MARKETS INC.              CITIGROUP GLOBAL MARKETS INC
          TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P.   DOUGLAS R. DAVIS
          ATTN: TAYLOR LEAHY                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          390 GREENWICH STREET, 4TH FLOOR            1285 AVENUE OF THE AMERICAS
          NEW YORK NY 10013                          NEW YORK NY 10019
```

Please note that your claim # 58095-02 in the above referenced case and in the amount of
     $5,000,000.00   allowed at $5,000,747.22       has been transferred (**unless previously expunged by court order**)

```
          HBK MASTER FUND L.P.
          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
          C/O HBK SERVICES LLC
          2101 CEDAR SPRINGS ROAD, SUITE 700
          DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44518        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/10/2014                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 10, 2014.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :     Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (SCC)
                                                              :     (Jointly Administered)
          Debtors.                                            :
                                                              :
---------------------------------------------------------------x     Ref. Docket No. 44386

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
13th day of June, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 44386_Aff 6-10-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                Debtors

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE OF DEFECTIVE TRANSFER

Transferor:    ROTHSCHILD BANK AG (AS NOMINEE)
               ZOLLIKERSTRASSE 181
               ZURICH 8034 SWITZERLAND

Additional

Transferee:    INVERSIS BANCO SPAIN
               EDIFICIO PLAZA AEROPUERTO
               AVDA. DE LA HISPANIDAD 6
               MADRID 28042 SPAIN

Your transfer   of claim #   56031-01  is defective for the reason(s) checked below:

Other                                  Verify Nominal Transfer Amt in USD

Docket Number 44386             Date 05/08/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 10, 2014.

# EXHIBIT B

```
TIME: 11:36:09                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 06/10/14                                CREDITOR LISTING

Name                         Address
INVERSIS BANCO SPAIN         EDIFICIO PLAZA AEROPUERTO AVDA. DE LA HISPANIDAD 6 MADRID  28042 SPAIN
ROTHSCHILD BANK AG (AS NOMINEE)  ZOLLIKERSTRASSE 181 ZURICH  8034 SWITZERLAND

Total Number of Records Printed     2
```