UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :       08-13555 (SCC)
                                                    :       (Jointly Administered)
                                      Debtors.      :
                                                    :
----------------------------------------------------------------x       Ref. Docket No. 44386


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 10, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez


Sworn to before me this
13th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re :                                          Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,           08-13555 (SCC)

                    Debtors                      (Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ROTHSCHILD BANK AG (AS NOMINEE)
               ZOLLIKERSTRASSE 181
               ZURICH 8034 SWITZERLAND

Additional

Transferee:    INVERSIS BANCO SPAIN
               EDIFICIO PLAZA AEROPUERTO
               AVDA  DE LA HISPANIDAD 6
               MADRID 28042 SPAIN

Your transfer   of claim #   56031-01   is defective for the reason(s) checked below:

Other                             Verify Nominal Transfer Amt in USD

Docket Number 44386          Date 05/08/14

/s/ Lauren Rodriguez
_____
By  Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 13, 2014

EXHIBIT B

TIME: 11:36:09
DATE: 06/10/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| INVERSIS BANCO SPAIN | EDIFICIO PLAZA AEROPUERTO AVDA. DE LA HISPANIDAD 6 MADRID 28042 SPAIN |
| ROTHSCHILD BANK AG (AS NOMINEE) | ZOLLIKERSTRASSE 181 ZURICH 8034 SWITZERLAND |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC