UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                          :

In re                              :     Chapter 11 Case No.
                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
                              :    (Jointly Administered)

              Debtors.       :
                              :
-------------------------------------------------------------------------x  Ref. Docket Nos. 44464-44467,
                                    44517, 44532-44534, 44536-44543,
                                    44545, 44557, 44558, 44561, 44563,
                                    44565

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Lauren Rodriguez*
                                      Lauren Rodriguez

Sworn to before me this
13th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                   08-13555 (SCC)

                                                         (Jointly Administered)
                        Debtors

_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     TRANSFEROR: QUANTUM PARTNERS LP                      JEFF LONGMUIR
     ATTN: DANIEL MIRANDA                                 BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                        745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                                    NEW YORK NY 10019

Please note that your claim # 62783-01 in the above referenced case and in the amount of
     $4,746,760.00  allowed at $4,705,218.88      has been transferred (**unless previously expunged by court order**)

     CYRUS OPPORTUNITIES MASTER FUND II, LTD.
     TRANSFEROR: BARCLAYS BANK PLC
     ATTN: SVET NIKOV
     399 PARK AVENUE, 39TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44561      in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 06/11/2014                              Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s)


FOR EPS USE ONLY:    This notice was mailed to the transferor, transferee and debtor's counsel by first
class mail, postage prepaid on: June 11, 2014.

EXHIBIT B

```
TIME: 12:26:48                                 LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 06/11/14                                      CREDITOR LISTING
```

| Name | Address |
|---|---|
| AJ INVESTMENTS BV | TRANSFEROR: STICHTING PARSIMONIA RIJKSWEG 16 KJ HELVOIRT  5268 NETHERLANDS |
| BANCO DI NAPOLI S.P.A. | ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI  80132 ITALY |
| BARCLAYS BANK PLC | JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: QUANTUM PARTNERS LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BELKE, DETLEV, DR. | TRANSFEROR: RBS COUTTS BANK AG ERBACHER STRASSE 3 DARMSTADT  64283 GERMANY |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC; HSBC TOWER ATTN:  RACHEL CARR-HARRIS 452 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10018 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK #05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK #05-02, SOUTH LOBBY SINGAPORE  039393 SINGAPORE |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BENJAMIN KOLFA 505 5TH AVENUE SOUTH SEATTLE WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CVP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: DOLOSTONE L.L.C. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GRF MASTER FUND II, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: GRF MASTERFUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCO DI NAPOLI S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLA LTD ATTN: REHANA WIJENAYAKE 309 WEST 49TH STREET NEW YORK NY 10019 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: ROBERT BOWERS 510 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND |
| STICHTING PARSIMONIA | ALBEL COORDINATION CENTER NV OUDE GRACHT 182 BRASSCHAAT  2930 BELGIUM |
| STICHTING PARSIMONIA | RIJKSWEG 16 HELVOIRT  5268 NETHERLANDS |
| WINDSONG EQUITIES LIMITED | ATTN: DAVID CHENG 9A HOMANTIN HILL ROAD KOWLOON  HONG KONG |
| WINNIE, CHEUNG WING CHI | TRANSFEROR: WINDSONG EQUITIES LIMITED FLAT A, 9/F NO. 1 HOMANTIN HILL ROAD KOWLOON  HONG KONG |

Total Number of Records Printed            36