UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------x    Ref. Docket Nos. 44511, 44512, 44514

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of June, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 44511, 44512, 44514_Aff 6-11-14.doc

# EXHIBIT A

08-13555-mg    Doc 44696    Filed 06/13/14    Entered 06/13/14 12:18:25    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF:
              MRS. RUTH KNIGHT
              MONTE MARINA
              31, AVENUE DES PAPALINS
              MC 98000 MONACO

Additional:   LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF:
              LLOYDS TSB BANK PLC
              GENEVA BRANCH
              ATTN: CORPORATE ACTION
              PLACE BEL-AIR 1
              GENEVA 11 1211 SWITZERLAND

Transferee:   UNION BANCAIRE PRIVEE, UBP SA
              ATTN: MR. MEHMET CENGIZ ALPER
              RUE DU RHONE 96-98
              GENEVE CH-1211 SWITZERLAND

Your transfer   of claim #   55518   is defective for the reason(s) checked below:

Other:                                   LB6 Claim

Docket Number 44511          Date 06/04/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 11, 2014.

EXHIBIT B

```
TIME: 12:24:24                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/11/14                                          CREDITOR LISTING

Name                                       Address
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON     MRS. RUTH KNIGHT MONTE MARINA 31, AVENUE DES PAPALINS MC  98000 MONACO
  BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON     MS. LAVINIA SAMUEL "LE SHAKESPEARE" 12 BLD PRINCESSE CHARLOTTE MONACO  MC 98000 MONACO
  BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON     LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
  BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON     LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
  BEHALF OF:
UNION BANCAIRE PRIVEE, UBP SA              ATTN: MR. MEHMET CENGIZ ALPER RUE DU RHONE 96-98 GENEVE  CH-1211 SWITZERLAND


Total Number of Records Printed       5
```

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC