UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
         Debtors.                                                 :
                                                                  :   Ref. Docket Nos. 44391, 44447,
                                                                  :   44586-44594, 44597, 44599, 44605,
                                                                  :   44620, 44622, 44626
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                           :   08-13888 (SCC)
                                                                  :   (Jointly Administered)
         Debtors.                                                 :
                                                                  :   Ref. Docket No. 392
                                                                  :
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of June, 2014

/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44391, 44447, 44586...44620, 44622, 44626; (08-13888) 392_AFF_6-12-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.
08-13555 (SCC)
(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CREDIT SUISSE (GUERNSEY) LIMITED          CREDIT SUISSE (GUERNSEY) LIMITED
    ATTN: ALLEN GAGE                          CRAVATH, SWAIN & MOORE LLP
    1 MADISON AVENUE                          ATTN: RICHARD LEVIN
    NEW YORK NY 10010                         WORLDWIDE PLAZA
                                              825 EIGHTH AVENUE
                                              NEW YORK NY 10019
```

Please note that your claim # 66572-06 in the above referenced case and in the amount of
$0.00  allowed at $2,146,322.60         has been transferred **(unless previously expunged by court order)**

```
    BANK JULIUS BAER & CO. AG
    TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED
    ATTN: PATRIK ROOS
    BAHNOFSTRASSE 36
    ZURICH    CH-8010
    SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Refer to INTERNAL CONTROL NUMBER 44447 in your objection.
If your objection is not timely filed,  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/12/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on June 12, 2014.

# EXHIBIT B

```
TIME: 09:54:09                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 06/12/14                                         CREDITOR LISTING

Name                                              Address
BANK JULIUS BAER & CO. AG                         TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANQUE INTERNATIONALE A LUXEMBOURG SA             TRANSFEROR: UBS AG ATTN: AUDREY ZIELKOWSKI 69 ROUTE D'ESCH L-2953 LUXEMBOURG
BARCLAYS BANK PLC                                 TRANSFEROR: DANIEL MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: JENNA YOO 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
CASSA DI RISPARMIO DEL VENETO S.P.A.              TRANSFEROR: LEGAL DEPARTMENT CORSO GARIBALDI 22/26 PADOVA 35122 ITALY
CASSA DI RISPARMIO DI FIRENZE S.P.A.              TRANSFEROR: UBS AG ATTN: MARCO FALLERI 7, VIA CARLO-MAGNO FLORENCE 50127 ITALY
CITIBANK (HONG KONG) LIMITED                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIBANK (HONG KONG) LIMITED                      ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY HONG KONG
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT EMILIANO S.P.A.                            TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: STEFANIA CATELLANI VIA GHANDI 2/C REGGIO EMILIA 42123 ITALY
CREDIT SUISSE (GUERNSEY) LIMITED                  ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE (GUERNSEY) LIMITED                  CRAVATH, SWAIN & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GUERNSEY) LIMITED                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CYRUS HEARTLAND, LP                               TRANSFEROR: MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS HEARTLAND, LP                               TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: CASSA DI RISPARMIO DEL VENETO S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM
LUZERNER KANTONALBANK                             TRANSFEROR: UBS AG PILATUSSTRASE 12 LUZERN CH-6002
LUZERNER KANTONALBANK                             TRANSFEROR: UBS AG PILATUSSTRASSE 12 LUZERN CH-6002
MERRILL LYNCH, PIECE, FENNER & SMITH              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL LYNCH, PIERCE FENNER & SMITH              TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL LYNCH, PIERCE, FENNER & SMITH             TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR
  INCORPORATED                                    CHARLOTTE NC 28255
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W ONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MONARCH ALTERNATIVE SOLUTIONS MASTER              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
  FUND LTD.                                       NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 09:54:09                                                    LEHMAN BROTHERS HOLDING INC.                                                          PAGE: 2
DATE: 06/12/14                                                         CREDITOR LISTING

Name                                         Address
MONARCH DEBT RECOVERY MASTER FUND LTD.       TRANSFEROR: JPMORGAN CHASE BANK, N.A.  C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                             NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.       TRANSFEROR: JPMORGAN CHASE BANK, N.A.  C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                             NEW YORK NY 10022
P MONARCH RECOVERY LTD.                      TRANSFEROR: JPMORGAN CHASE BANK, N.A.  C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                             NEW YORK NY 10022
UBS AG                                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA               ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA               ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO 20121 ITALY
WELLS FARGO BANK, NATIONAL ASSOCIATION       ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104
WELLS FARGO BANK, NATIONAL ASSOCIATION       JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
WELLS FARGO BANK, NATIONAL ASSOCIATION       MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598


Total Number of Records Printed          47
```

EPIQ BANKRUPTCY SOLUTIONS, LLC