UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                                                                  :     (Jointly Administered)
                               Debtors.               :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 43868, 44511,
                                                                        44512, 44514

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of June, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   HYPOSWISS PRIVATBANK AG
              SCHUTZENGASSE 4
              ZURICH CH-8021 SWITZERLAND

Additional:

Transferee:   ST. GALLER KANTONALBANK AG
              ST. LEONHARDSTRASSE 25
              ST. GALLEN 9000 SWITZERLAND

Your transfer of claim # 40660 is defective for the reason(s) checked below:

Other                             Clarification is needed on whether the transfer is a partial

Docket Number 43868          Date 03/14/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor's

FOR EBS USE ONLY    This notice was mailed to the transferor, transferee, and debtor's counsel, by first
class mail, postage prepaid on  June 12, 2014

EXHIBIT B

```
TIME: 09:51:36                                    LEHMAN BROTHERS HOLDING INC.                                               PAGE: 1
DATE: 06/12/14                                         CREDITOR LISTING

Name                                     Address
HYPOSWISS PRIVATBANK AG                  SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON   MRS. RUTH KNIGHT MONTE MARINA 31, AVENUE DES PAPALINS MC  98000 MONACO
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON   MS. LAVINIA SAMUEL "LE SHAKESPEARE" 12 BLD PRINCESSE CHARLOTTE MONACO  MC 98000 MONACO
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON   LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
 BEHALF OF:
LLOYDS TSB BANK PLC(GENEVA BRANCH), ON   LLYODS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTIONS PLACE BEL-AIR 1 GENEVA 11  1211 SWITZERLAND
 BEHALF OF:
ST. GALLER KANTONALBANK AG               ST. LEONHARDSTRASSE 25 ST. GALLEN  9000 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA            ATTN: MR. MEHMET CENGIZ ALPER RUE DU RHONE 96-98 GENEVE  CH-1211 SWITZERLAND


Total Number of Records Printed      7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC