# J.P.Morgan

J.P.MORGAN Suisse (S.A)
8, rue de la Confédération
1204 Geneva
SWITZERLAND



**United States Bankruptcy Court**
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

04 June 2014

RE: Lehman Brothers Holdings Inc. Transfer of claim

Dear Sir / Madam,

| | |
|---|---|
| Court Claim #: | 55825 (Oct 29/2009) |
| Name of Transferor: | Credit Suisse AG, Singapore Branch |
| Name of Transferee | J.P. Morgan International Bank Limited |

With regards to the transfer of claim number 55825 from Credit Suisse AG, Singapore Branch to J.P. Morgan International Bank Limited, please find below the details of the security to which the claim is attached:

| ISIN | Security Name | Quantity |
|---|---|---|
| XS0282978666 | 5.75 LB UK CAP FU | 500,000 |

Please see our contact details from an operational perspective if you have any questions in regards to the transfer of claim:

| | | |
|---|---|---|
| Philip Bourne | \| T: (41) 22 744 1141 \| F: (41) 22 591 3141 \| | philip.bourne@jpmorgan.com |
| Nigel Scaife | \| Tel:(41) 22 744 1625 | nigel.a.scaife@jpmorgan.com |

We trust all is in order and look forward to hearing from you in the near future.

Thanks & regards,

For and on behalf of J.P Morgan International Limited:

Philip Bourne
Vice-President

For and on behalf of J.P Morgan International Bank Limited:

Nigel Scaife
Executive Director

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| J.P. Morgan International Bank Limited | Credit Suisse AG, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Paul McDade, Legal Dept
1 Knightsbridge Floor 3, London Swix 7LX, United Kingdom

Phone: 00442077424193
Last Four Digits of Acct #: 8582

Court Claim # (if known): 55825
Date Claim Filed: Oct 29, 2009
Amount of Claim: EUR 500,000
Portion of Claim Transferred (see Schedule I): EUR 500,000

Phone: +65 63068006
Last Four Digits of Acct. #: 6918

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nigel Scaife   Date: 30 May 2014
Nigel Scaife
Executive Director  Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philip Bourne
Vice President