**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Case No. 08-13555 (SCC) |
| ) | |
| Debtors. ) | |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                             ) ss:
COUNTY OF NEW YORK  )

CINDY GUGG, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen (18) years of age, and am employed by Gibbons P.C., located at One Pennsylvania Plaza, 37th Floor, New York, New York 10119.

2. On June 13, 2014, I caused true and correct copies of *Objections of DHI Mortgage Company, Ltd., to Debtors' Motion for an Order for Alternative Dispute Resolution Procedures for Debtors' Indemnification Claims Against Mortgage Loan Sellers* (the "Objection") (Docket No. 44682) to be served by hand delivery upon: (1) The Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004; and (2) United States Trustee, Attn: Andrew Velez-Rivera, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014.

3. On June 13, 2014, I caused true and correct copies of the Objection to be served by overnight delivery upon: (1) Weil Gotshal & Manges LLP, Attn: Robert J. Lemons, Esq., 767 Fifth Avenue, New York, New York 10153; (2) Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis F. Dunne, Esq., 1 Chase Manhattan Plaza, New York, New York 10005; (3) Wollmuth

Maher & Deutsch LLP, Attn: William A. Maher, Esq., and James N. Lawlor, Esq., 500 Fifth Avenue, New York, New York 10110; and (4) Jones & Keller, P.C., Attn: Michael A. Rollin, Esq., and Maritza Dominguez Braswell, Esq., 1999 Broadway, Suite 3150, Denver, Colorado 80202.

4.      On June 12, 2014, upon electronic filing of the Objection, electronic mail filing notifications of the Objection were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

I affirm under penalty of perjury that the foregoing statements by me are true to the best of my knowledge.

*/s/ Cindy Gugg*
Cindy Gugg

Sworn to before me this
13th day of June, 2014

*/s/ Eileen Rosen*

Notary Public, State of New York
No. 01RO4900210
Qualified in Kings County
Commission Expires July 6, 2015

#2096744 v1
112897-87640