Blake D. Miller, Esq.
Miller Toone, P.C.
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
Email: miller@millertoone.com

Gifford W. Price, Esq.
Mackey Price & Mecham
350 American Plaza II
57 West 200 South
Salt Lake City, UT 84101
Telephone: (801) 575-5000
Facsimile: (801) 575-5006
Email: gprice@mackeyprice.com

Arthur Goldstein, Esq.
Jill Makower, Esq.
Spizz Cohen & Serchuk, P.C.
425 Park Avenue
New York, NY 10022
Telephone: (212) 754-9400
Facsimile: (212) 754-9400
Email: agoldstein@scsnylaw.com
Email: jmakower@scsnylaw.com

*Attorneys for SecurityNational Mortgage Company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

285668v1

Sheree Nobles, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

1. On June 12, 2014, I caused to be served a true copy of Objection of SecurityNational Mortgage Company to Plan Administrator's Motion for Alternative Dispute Resolution and Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, via CM/ECF to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

2. On June 12, 2014, I caused to be served a true copy of Objection of SecurityNational Mortgage Company to Plan Administrator's Motion for Alternative Dispute Resolution and Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, via (i) email to the last known email address of the parties listed on **Service List "A"** annexed hereto; and (ii) via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed on **Service List "A"** annexed hereto.

3. On June 12, 2014, I caused to be served a true copy of Objection of SecurityNational Mortgage Company to Plan Administrator's Motion for Alternative Dispute Resolution and Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, via by hand to the last known mailing address of the parties listed on **Service List "B"** annexed hereto.

 s/ Sheree Nobles  
Sheree Nobles

Sworn to before me this  13th  
day of June, 2014

 s/ Arthur Goldstein  
Notary Public, State of New York  
No. 4653340  
Qualified in Rockland County  
Commission Expires March 30, 2015

285668v1                                                                2

## SERVICE LIST "A"

WOLLMUTH MAHER & DEUTSCH LLP  
500 FIFTH AVENUE  
NEW YOR, NY 10110  
ATTN: JAMES N. LAWLOR, ESQ.  
      ADAM M. BIALEK, ESQ.  
EMAIL: jlawlor@wmd-law.com  
      abialek@wmd-law.com

JONES & KELLER, P.C.  
1999 BROADWAY, SUITE 3150  
DENVER, CO 80202  
ATTN: MICHAEL A. ROLLIN, ESQ.  
      MARITZA DOMINGUEZ, ESQ.  
EMAIL: mrollin@joneskeller.com  
      mbraswell@joneskeller.com

## SERVICE LIST "B"

OFFICE OF THE U.S. TRUSTEE  
201 VARICK STREET, SUITE 1006  
NEW YORK, NY 10014  
ATTN: WILLIAM K. HARRINGTON, ESQ.  
      SUSAN GOLDEN, ESQ.  
      ANDREA B. SCHWARTZ, ESQ.