Isaac Rethy
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Phone: 212-455-2000
Fax: 212-455-2502

*Counsel to MortgageIT, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| Debtors. | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Isaac Rethy of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for MortgageIT, Inc. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: June 13, 2014
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

　　　　　　　　　　　　　　　　　　　By:  /s/ Isaac Rethy
　　　　　　　　　　　　　　　　　　　Isaac Rethy
　　　　　　　　　　　　　　　　　　　425 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Telephone: 212-455-2000
　　　　　　　　　　　　　　　　　　　Facsimile: 212-455-2502
　　　　　　　　　　　　　　　　　　　Email: irethy@stblaw.com

　　　　　　　　　　　　　　　　　　　*Counsel to MortgageIT, Inc.*