UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x   Chapter 11
In re:
                                                              Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,
*et al.,*

        Debtor.

------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014, I caused the following documents:

- Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers; and

- Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers; and

- Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers; and

- Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers.

to be served upon all parties receiving electronic notification by filing the same with the Clerk of Court via the ECF system which will deliver a copy of these documents via email.

                                                                 /s/ *Derek L. Wright*

**Counsel for Republic Mortgage Home Loans, LLC,
Sun American Mortgage Company, Sterling National
Mortgage Corp., Inc., WR Starkey Mortgage, LLP,
Gateway Funding Diversified Mortgage Services, L.P.,
Arlington Capital Mortgage Corporation, Loan Simple,
Inc. f/k/a Ascent Home Loans, Inc., New FED Mortgage
Corporation, Broadview Mortgage Corporation, First
Options Mortgage, Amerifirst Financial Corp., Mountain
West Financial, Inc. and First California Mortgage**

4832-1808-4379.1

**Corporation**

Douglas E. Spelfogel
Derek L. Wright
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
212.682.7474 (telephone)
212.687.2329 (facsimile)

4832-1808-4379.1