

**REGISTERED AGENT SERVICE**



June 5, 2014

## RESIGNATION NOTICE

BizFilings has resigned with the state as registered agent for this company.

Company Name: MortgageStar, Inc.

Bankruptcy Case # 0813555SCC

We are returning the enclosed documents to you.

If you have questions regarding this information, please contact our Incorporation Specialists. They are standing by to serve you by:

- Phone Monday - Friday, 8:00 AM - 7:00 PM central time at (800) 981-7183 or (608) 827-5300
- Email at agent@BizFilings.com
- Live Chat on our website.

Best regards,

The BizFilings Team

Registered Agent Department

cc: Southern District of New York - U.S. Bankruptcy Court, NY

8040 Excelsior Drive • Suite 200 • Madison, WI 53717
800.981.7183 • 608.827.5300 • fax 608.827.5501
www.BizFilings.com