# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                          )
In re:                                                    )    Chapter 11
                                                          )
LEHMAN BROTHERS HOLDINGS, INC.                            )    Case No. 08-13555 (JMP)
                                                          )
                                                          )
Debtor.                                                   )    (Jointly Administered)
---------------------------------------------------------- x

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:    **ALLIANZ BANK FINANCIAL ADVISOR SPA ("Transferor")**
   Piazzale Lodi, 3
   Milano, 20137
   Italy
   Attn    Franco Brichetti – Francesca Trebbi

2. Please take notice of the transfer of an undivided interest in the amount of USD 21,911.16 (EUR 15,000.00), of your claim against LEHMAN BROTHERS HOLDINGS INC. Case No. 08-13555 (JMP) in the above-referenced consolidated proceedings, arising from and relating to the guaranty of certain underlying securities described in Claim No. 48753 (attached as Exhibit A hereto), to:

   **BANCA POPOLARE DI SONDRIO S.c.p.A. ("Transferee")**
   Servizio Finanza – Amministrazione Titoli
   Piazza Garibaldi, 16
   Sondrio, 23100
   Italy
   Attn    Gerry De Alberti

   An evidence of transfer of claim (including details as to the underlying securities) is attached hereto as Exhibit B. All notices regarding the transferred portion of the claim should be sent to the Transferee as the address attached in Exhibit C.

3. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   ■ **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

■ **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

■ Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING WITH RESPECT TO THE TRANSFERRED PORTION.**

CLERK

------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on_____,
2011.

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent \_\_\_\_\_ Transferee _____ Debtor's Attorney _____

Deputy Clerk

---------------------------------

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Banca Popolare di Sondrio<br>Name of Transferee | Allianz Bank Financial Advisors SpA<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Banca Popolare di Sondrio<br>*Piazza Garibaldi, 16*<br>Sondrio, Italy 23100 | Court Claim: 48753<br>Total Amount of Claim: $ 940,291.62<br>Date Claim Filed: 27.10.2009<br>Allowed Claim $ 931,954.58<br>Partial Claim Transferred: $ 21,911.16 |
| Attn: Gerry De Alberti<br>E-mail: gerry.dealberti@popso.it<br>Phone: 0039 0342 528927<br>Last Four Digits of Acct #: N/A | Piazzale Lodi, 3<br>Milano Italy 20137<br><br>Attn: Franco Brichetti<br>Francesca Trebbi<br>Phone: +39 02 72168604 - 8922<br>Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Attn:
Phone:
   :
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: *(signature)*
   Transferee/Transferee's Agent
Name: Romano Forlin Lisignoli

Date:   15th day of May 2014

Title: Head Office Bank Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C. §1152 & 3571.

1

## EVIDENCE OF TRANSFER OF CLAIM

## TRANSFER AGREEMENT

2

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000048753 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

ALLIANZ BANK FINANCIAL ADVISORS S.P.A.
PIAZZALE LODI, 3
20137 MILANO (MI) ITALIA

Telephone number: 0039 02 7216 8778    Email Address: legal_advice@allianzbank.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $USD 940,291.62 _____ (Required)   - see annex attached -

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _XS0200284247_____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

    Clearstream Bank  CA34709 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
    Clearstream Bank Account  57282 _____ (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>10/23/2009 | Signature:<br>Mr. Davide Spreafico - Manager<br>Mr. Lorenzo Ceresa - Manager | ALLIANZ BANK<br>FINANCIAL ADVISORS S.p.A.<br>[signatures] | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br>OCT 27 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

› the LPS POC filed by Allianzbank Financial Advisors Spa - Notes held on clients' account

JT: Clearstream Bank account 57282

| | Issue currency | change at 09/15/2008 (*) | Principal amount in Eur | Principal amount converted in USD as on the exchange on 09/15/2008 | Interest accrued as of 09/15/2008 (excluded) in Eur | Interest accrued as of 09/15/2008 (excluded) converted in USD | Interest rate | Interest accrued from 09/15/2008 up to 11/02/2009 in Eur | Interest accrued from 09/15/2008 up to 11/02/2009 converted in USD | Amount of the claim in Eur | Amount of the claim in USD | Clearing system blocking number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84247 | EUR | 1.431 | 638,000.00 | 912,978.00 | 19,087.08 | 27,313.62 | 2.99170590 | - | - | 657,087.08 | 940,291.62 | CA34709 |

reet Journal

ier fees, expenses and costs (yet to be determined), in each case, to the fullest extent allowed by the Court, the Bankruptcy Code and any applicable laws

llanz Bank
ial Advisors Spa

Spreafico - Manager
Ceresa - Manager

Schedule 1

## Transferred Claims

Purchased Claim

3.125% of XS0200284247= $ 21,911.16 of $ 701,157.05 ( the outstanding allowed amount of XS0200284247 as described in the Proof of Claim dated 10/23/09 and filed on 10/27/09)

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| Lehman Tsy FRN 22/09/2014 | XS0200284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 15,000.00 | 22/09/2014 | USD 21,911.16 |

ALLIANZ BANK FINANCIAL ADVISORS SpA

_____    _____
Bruno Casalini              Franco Brichetti
Manager                     Managing Officer

BANCA POPOLARE DI SONDRIO

_____
Romano Forlin Lisignoli
Head Office Bank Officer

**Exhibit C**

Address for Notices:

BANCA POPOLARE DI SONDRIO S.c.p.A.
Piazza Garibaldi, 16
Sondrio, 23100
Italy

Attn: Gerry De Alberti – Servizio Finanza / Amministrazione Titoli

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn : Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408