


June 04, 2014

William A. Maher
Wollmuth Maher & deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors // To: New Century Mortgage Corporation

Case No.  0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of New Century Mortgage Corporation.

Accordingly, we are returning the documents received from you.

Very truly yours,


C T Corporation System

Log# 525068035

Sent By Regular Mail

cc:  Southern District of New York - U.S. Bankruptcy Court
     One Bowling Green,
     New York, NY  10004
**(Returned To)**


William A. Maher
Wollmuth Maher & deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Wolters Kluwer

PAGE 1 OF 1