



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Dear Sirs,

Please find enclosed "TRANSFER OF CLAIM OTHER THAN FOR SECURITY" concerning Lehman Brothers holding Inc. case N°08-135555(JPM).

Yours sincerely

Monaco, 4 June 2014

Riad LACHELAK
Head of Back Office

KBL MONACO PRIVATE BANKERS
8 AVENUE DE GRANDE-BRETAGNE I B.P. 262 I MC 98005 MONACO CEDEX I TÉL. +377 92 16 55 55 I FAX +377 92 16 55 99
SOCIETE ANONYME MONEGASQUE AU CAPITAL DE 27 400 000 EUROS I RCI 96 S 3147 I D.S.E.E. 6419Z07159 I I.E. FR 44 0000 38843 I SWIFT : KBLXMCMC



MEMBER OF KBL EUROPEAN PRIVATE BANKERS



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Oregon

In re _Lehman Brothers Hold. Inc_
       _Debtor_                                  Case No. _08-13555 (JPM)_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MANTEUFFEL LTD | MAKIWARA LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O KBL MONACO PRIVATE BANKERS
8, AV DE GRANDE BRETAGNE – MONACO
ATT: R. LACHELAK

Phone: +377.92.16.55.55
Last Four Digits of Acct #: _0133_

Court Claim # (if known): _45832.00_
Amount of Claim: $ _101,171.23_
Date Claim Filed: _10/26/2009_

Phone: _____
Last Four Digits of Acct. #: _0111_

Name and Address where transferee payments should be sent (if different from above):
8, AV DE GRANDE BRETAGNE
98000 MONACO

Phone: +377.92.16.55.55
Last Four Digits of Acct #: _0133_

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ALEXANDRA SCHENBURG          Date: _A. Schenburg 06/03/14_
    Transferee/Transferee's Agent

Riad LACHELAK - KBL MONACO Transferee's Agent _[signature]_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.