WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE RELATING TO CERTAIN MATTERS SCHEDULED**
**FOR OMNIBUS AND CLAIMS HEARING ON JUNE 19, 2014**

**PLEASE TAKE NOTICE** that the hearing to consider the matters set forth on Exhibit A hereto **has been changed from 10:00 a.m. to 1:30 p.m. (Prevailing Eastern Time) on June 19, 2014** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and

the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  June 16, 2014
       New York, New York

    /s/ Garrett A. Fail
    Garrett A. Fail
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

2

# **Exhibit A**

1. One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 15012] with respect to claim numbers 21949 and 30596.

2. Two Hundred Fifty-Fourth Omnibus Objection to Claims [ECF No. 25059] with respect to claim numbers 32379 and 32380.

3. Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [ECF No. 37839].

4. Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated Claim Amounts or Alternatively for Leave to File Amended Claims [ECF No. 43988].