ANDERSON KILL, P.C.
Robert M. Horkovich
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for Essex Equity Holdings USA, LLC*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Essex Equity Holdings USA, LLC ("Essex"), by and through its counsel, Anderson Kill, P.C., hereby withdraws with prejudice its Claim No. 30596, filed on September 22, 2009, against Lehman Brothers Holdings Inc. (the "Debtor") in the amount of $1,198,776,791.90 (the "Claim"). The Debtor filed an objection to the Claim in its One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [Docket Number 15012] (the "Claims Objection"). The hearing on the Claims Objection had been adjourned by agreement between the Debtor and Essex to a date to be determined [Docket Number 27455], and re-noticed for hearing on June 19, 2013 [Docket Number 44197].

This is a voluntary withdrawal by Essex and as such does not constitute an admission by Essex with respect to the merits of its Claim against the Debtor or otherwise.

1

nydocs1-1033768.1

Furthermore, as this bankruptcy is (i) separate and apart from the case pending in the United States Bankruptcy Court for the Southern District of New York styled, In re Lehman Brothers, Inc., Case No. 08-01420 (SCC) SIPA ("the LBI SIPA Proceeding"); (ii) the basis for the Claim against the Debtor is distinct from the basis of the claim filed by Essex against LBI in the LBI SIPA Proceeding; (iii) there is no identity of the parties in this claim as compared to Essex's claim against non-debtor Lehman Brothers Inc. ("LBI"); (iv) there is no mutuality as to the duties and obligations of the Debtor to Essex as compared to the duties and obligations of non-debtor LBI to Essex; and (v) the Essex claim as to LBI has not actually been litigated and withdrawal of the claim against the Debtor does not represent a final adjudication on the merits of the LBI claim, the actions taken or omitted by Essex as to this claim do not constitute an admission by Essex with respect to the merits of its claim against non-debtor LBI, have no relevancy with respect to Essex's claim against non-debtor LBI, and are without prejudice to Essex's claim filed against non-debtor LBI, and nothing herein shall be considered determinative of the merits of that claim.

Each party shall bear its own costs and attorneys' fees.

nydocs1-1033768.1

The claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  June 16, 2014
        New York, New York

Respectfully submitted,

ANDERSON KILL, P.C.

_/s/ Dennis J. Nolan_
Robert M. Horkovich
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733