JONES & KELLER, PC
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* : 08-13555 (SCC)
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Maritza Dominguez Braswell, request admission, *pro hac vice,* before Honorable Shelley C. Chapman, to represent Lehman Brothers Holdings Inc., as plan administrator, a debtor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Colorado and the State of New Jersey and, the bar of the U.S. District Court for the State of Colorado and the State of New Jersey.  There are no disciplinary proceedings pending in any court against me.

My mailing address, phone number, fax number and email address are as follows:

Maritza Dominguez Braswell, Jones & Keller, PC, 1999 Broadway, Suite 3150, Denver, Colorado 80202.  Telephone (303) 573-1600, Facsimile (303) 573-8133, Email: mbraswell@joneskeller.com.

1

1701000

I have submitted the filing fee of $200.00 contemporaneously with this motion for *pro hac vice* admission.

Dated: June 16, 2014

/s Maritza Dominguez Braswell
Maritza Dominguez Braswell
JONES & KELLER, PC
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
mbraswell@joneskeller.com

1701000