# EXHIBIT B

 **sysDome**                                    **SafeCheck Results**

Client: BNC Mortgage, Inc.                                    Trans ID/Loan #:
Requested By: Heredia, Aide                                   Date Requested: 4/27/2005

Submitted SSN: ▮▮▮▮▮▮                          [ Print This Page ]  [ Search Again ]

ALERTS FOUND! DETAILS BELOW.

**SafeCheck Alert Details:**

1. Multiple names are associated to the requested SSN

2. The following Consumer Statement was included in response to the submitted SSN: ▮▮▮▮▮▮ ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT ▮▮▮▮▮▮. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 03-31-05.

ON 1003

Best Match Name: FRANK W TOLIN                          Assigned State: NY
SSN Issue Date: ▮▮▮                                     Birthdate of Deceased: N/A
Calculated SSN Issue Age: ▮                             Date of Death: N/A

BEST MATCH CONSUMER INFO:  (NOTE: # - represents the number of times name has been associated with SSN)

| SSN | NAMES (Best Match Listed First) | # | BIRTH YEAR | SPOUSE | ADDRESSES (for Best Match) | ADDRESS REPORTED |
|---|---|---|---|---|---|---|
| ▮▮▮ | FRANK W TOLIN | ▮ | ▮ | | 19040 176TH ST JAMAICA, NY 11434 | 04/05-04/05 |
| | FRANK W TOLIN JR | | | | | |
| | FRANK TOLIN | | | | 194-40 176TH ST JAMAICA, NY 11434 | 03/05-04/05 |
| | FRANK TOLIN JR | | | | | |
| | FRANK WILLIS TOLIN JR | | | | PO BOX 340052 JAMAICA, NY 11434-0052 | 04/04-06/04 |
| | FRANK F TOLIN | | | | 121 WEDGEWOOD CIR EATONTOWN, NJ 07724-1220 | 11/02-03/03 |
| | | | | | 3636 16TH ST NW APT A1150 WASHINGTON, DC 20010-6170 | 11/99-10/00 |
| | | | | | 13440 176TH ST JAMAICA, NY 11434-4550 | 08/85-11/03 |

EMPLOYERS ON BEST NAME:
EMPLOYER NAME                  ADDRESS                                           RPT DATE

Note: An OFAC Check has not been performed.

 **sysDome**
asset protection through data & technology

Client should not use the SafeCheck Report as a basis upon which to make a decision of whether or not to extend credit. Client must conduct his or her own due diligence, underwriting review, or analysis. Client agrees to use Sysdome's online services in accordance with Sysdome's Service Agreement. These services are provided to Sysdome's clients only. All other use is prohibited.

Consumers should report data inaccuracies or potential fraud to the credit bureaus directly. Experian (888) 397-3742; Trans Union (800) 680-7289; Equifax (800) 685-1111.

©Copyright 1999-2005 Sysdome, an Affinity Corporation. All rights reserved.
Questions? Please contact Sysdome at (800) 333-4610

https://www.fraudguard.com/reports3/E_SafeCheck/Safecheck_Response.asp                    4/27/2005



EXHIBIT 11
WIT: Tolin
DATE: 12-5-13
JULIE BRANDT, RMR, CRR

APR-29-2005  09:48                                                                P.04

APR-27-2005  14:28                                                                P.13

**SSN CHECK RESULTS**

For: TOLIN, FRANK W
EXPERIAN REPORTS THE FOLLOWING INFORMATION (XPN-1):
FACTA: Fraud Victim Initial - (                    ) ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT                    . THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 03-31-05.
FACTA: Risk Score Value - (        ) F 08NUMBER OF RECENT INQUIRIES
FIRST POSSIBLE SSN YEAR: 1976, LAST POSSIBLE SSN YEAR:
FACTA: Address Discrepancy - (C) Substantial difference between address submitted in credit request and address(es) in credit file. VERIFY IDENTITY OF CONSUMER BEFORE GRANTING CREDIT!

For: TOLIN, FRANK WAYNE
TRANSUNION REPORTS THE FOLLOWING INFORMATION (TUC-1):
SSN MATCH: EXACT MATCH BETWEEN SSN ON INPUT AND SSN ON FILE
TRANSALERT: INQUIRIES IN PAST 60 DAYS: 4
FACTA: Address Discrepancy - (C) Substantial difference between address submitted in credit request and address(es) in credit file. VERIFY IDENTITY OF CONSUMER BEFORE GRANTING CREDIT!
FACTA: Fraud Victim Initial - (5) #HK#IFCRA-INITIAL FRAUD ALERT: ACTION MAY BE REQUIRED UNDER FCRA BEFORE OPENING OR MODIFYING AN ACCOUNT. CONTACT CONSUMER AT (
)
HAWK ALERT: DELIVERED
HAWK ALERT: CONSUMER STATEMENT ON FILE RELATES TO TRUE-NAME FRAUD OR CREDIT FRAUD
HAWK ALERT: INPUT SSN ISSUED: YEAR ISSUED:            ; STATE: NY;
HAWK ALERT: FILE SSN ISSUED: YEAR ISSUED:            ; STATE: NY; EST AGE OBTAINED:
FACTA: Risk Score Value - (B) Inquiries impacted the credit score and derogatory (alert) information is found in the file.
OFAC ADVISOR: CLEAR

For: TOLIN, FRANK W
EQUIFAX REPORTS THE FOLLOWING INFORMATION (EFX-1):
SAFESCANNED: Your inquiry has gone through our SAFESCAN data base
FACTA: Fraud Victim Initial - (L) Consumer is a victim of fradulent activity. VERIFY IDENTITY OF CONSUMER BEFORE GRANTING CREDIT.
Day: 7182761593 x00000
Eve: 9176702165 x00000
FACTA: Risk Score Value -        Number of inquiries adversely affected the score but not significantly.
SSN                    ISSUE YEAR:        , STATE: NY

**Credit Summary**

| ACCT TYPE | NBR | W/BAL | BALANCES | PAYMENTS | PAST DUE | 30 | 60 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

http://kraken/scripts/htmView.dll/{9F1702E9-6855-4E36-A83E-9D465A60F118}?ln=HUN003516&ssn=0...   4/26/05

TOTAL P.04