# EXHIBIT C

APR-29-2005  09:47                                                        P.01

**bncmortgage.inc**

**FAX #: 866.543.4418**
Status Info: Phone or email Kathleen Jones AT 949.260.6042
kjones@bncmortgage.com

## OFAC / Fraud / ID ALERT AND SOCIAL SECURITY VERIFCATION REQUEST/ RESPONSE FORM
### Quality Assurance Department

**BRANCH COMPLETE:**

| | |
|---|---|
| YOUR First & Last NAME: | Jennifer Scotto |
| YOUR BRANCH FAX #: | (631)420-5107 |
| YOUR DIRECT or BRANCH PHONE #: | (631)753-6443 |
| YOUR E-MAIL ADDRESS: | jscotto@bncmortgage.com |
| Borrower's Name:<br><br>(Use the loan label.) | FRANK TOLIN |
| Borrower's SS#: | ████████ |
| Co Borrower's Name:  (as applicable) | |
| Co Borrower's SS#: (as applicable) | |
| | HUN003516 |

| | Borrower | Accout Manager | Underwriter | Agent | Broker | Status |
|---|---|---|---|---|---|---|
| ████ | FRANK TOLIN | Jennifer Scotto | Michelle Sullivan | PETER BROWNING | GORDON GORDON GORDON, INC | APPROVED |

**Name:  FRANK TOLIN**                           **SSN#:** ████████

**BRANCH REQUEST TO QA FOR SERVICE:  WHICH SERVICE(S) ARE YOU REQUESTING?**

| | | |
|---|---|---|
| ☑ | FACTA: ADDRESS DISCREPANCY ALERT REVIEW: | Branch provide:  Borrower's current address and former address, as well as the 1st page of 1003 & full credit report |
| ☑ | ID THEFT / FRAUD ALERT REVIEW: | Branch provide:  1st page of 1003 & full credit report. |

**QA RESPONSE TO BRANCH**

| | | |
|---|---|---|
| ☑ | 1st ATTEMPT TO CONTACT BORROWER or CO-BORROWER TO VERIFY IDENTITY. | QA has attempted to telephonically contact the Borrower to verify identity, w/o response. |
| | Audited By:  Sheri Bond | |

**QA CLEARANCE PROGRESS**

| | | |
|---|---|---|
| ☑ | FRAUD/ID THEFT CLEAR | Add this "CLEAR" response memo and its attachment(s) to the loan file. |
| ☑ | FACTA:  ADDRESS DISCREPANCY CLEAR | Add this "CLEAR" response memo and its attachment(s) to the loan file. |
| | Audited By:  Sheri Bond | |

*Should you obtain additional documentation for reconsideration, please fax to    866.543.4418
(Form Rev 091404)

CONFIDENTIAL                                                                BNC000274

| Loan # | Borrower | Manager | Underwriter | Agent | Broker | Status |
|---|---|---|---|---|---|---|
| ▓▓▓ | FRANK TOLIN | Jennifer Scotto | Michelle Sullivan | PETER BROWNING | GORDON GORDON GORDON, INC | APPROVED |

**BRANCH: DO NOT PROCEED UNLESS YOU RECEIVE AN "ALL CLEAR - PROCEED" DATE RESPONSE FROM QA**

| *All Clear - Proceed:* | 4/29/2005 | **OR** | *Declined - Do Not Proceed:* | |
|---|---|---|---|---|

| Received Request: | 4/28/2005 | All Docs Recieved From Branch per QA's Request: | |
|---|---|---|---|
| Loan Withdrawn: | | Request Made To Branch For Missing Docs/Authorization: | |

| Sent to Sysdome: | | Resent to Sysdome: | | 4506 Docs Recieved from Sysdoma (IRS): | |
|---|---|---|---|---|---|
| ID/Fraud Clear: | 4/29/2005 | Alternate SS# Clear: | | SS# Cleared By Sysdome (SSA): | |
| OFAC Clear: | | FACTA Clear: | 4/29/2005 | | |

| | 1st Attempt | 2nd Attempt | 3rd Attempt |
|---|---|---|---|
| QA attempted to contact borrower RE: ID Theft/Fraud Clearance on the following dates: | 4/29/2005 | | |
| QA requested that branch contact broker RE: ID Theft/Fraud Clearance on the following dates (QA has not been able to reach the borrower or co-borrower): | | | |
| QA requested that branch provide a SSA Authorization Form on the following dates: | | | |
| QA requested that branch provide Utility Bill and Driver's License on the following dates: | | | |
| QA requested that branch provide legible First Page of 1003 on the following dates: | | | |
| QA requested that branch provide borrower's or co-borrower's Middle Name on the following dates: | | | |

Audited By: Sheri Bond

*Should you obtain additional documentation for reconsideration, please fax to 866.543.4418
(Form Rev 031404)

CONFIDENTIAL                                          BNC000275