# EXHIBIT D

Loan #: ██████████

## A. Settlement Statement

HUD-1

### U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**B. Loan Type**
1. FHA  2. FmHA  3. X Conv. Unins.  4. VA  5. Conv. Ins.
6. File Number: 102118
7. Loan Number: ██████████
8. Mortgage Insurance Case Number:

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER**
Frank Tolin Jr.
108-36 154th Street, Jamaica, NY 11433 F.T.

**E. NAME AND ADDRESS OF SELLER**

**F. NAME AND ADDRESS OF LENDER**
BNC Mortgage, Inc., A Delaware Corporation
1901 Main Street, Irvine, CA 92614

**G. PROPERTY LOCATION**
108-36 154th Street, Jamaica, NY 11420

**H. SETTLEMENT AGENT**
Charles C. Liechtung Attorney at Law
**PLACE OF SETTLEMENT**
One Cross Island Plaza, Rosedale, New York 11422

**I. SETTLEMENT DATE / DISBURSEMENT DATE**
May 3, 2005 / May 3, 2005

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (from line 1400) | $8,855.30 | 403. | |
| 104. Champion | $75,846.55 | 404. | |
| 105. HUD-1 Addendum Entries | $16,112.00 | 405. | |
| ADJUSTMENT FOR ITEMS PAID BY SELLER IN ADVANCE | | ADJUSTMENT FOR ITEMS PAID BY SELLER IN ADVANCE | |
| 106. City/Town taxes to: | | 406. City/Town taxes to: | |
| 107. County taxes to: | | 407. County taxes to: | |
| 108. School taxes to: | | 408. School taxes to: | |
| 109. Assessments to: | | 409. Assessments to: | |
| 110. Fuel: | | 410. Fuel: | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | $100,813.85 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN THE AMOUNT DUE TO SELLER | |
| 201. Deposit or Earnest money: | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s): | $160,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loans taken subject to: | | 503. Existing loans taken subject to: | |
| 204. | | 504. Payoff of 1st Mtg.: | |
| 205. | | 505. Payoff of 2nd Mtg.: | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER | |
| 210. City/Town taxes to: | | 510. City/Town taxes to: | |
| 211. County taxes to: | | 511. County taxes to: | |
| 212. School taxes to: | | 512. School taxes to: | |
| 213. Assessments to: | | 513. Assessments to: | |
| 214. Fuel: | | 514. Fuel: | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | $160,000.00 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | $100,813.85 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | $160,000.00 | 602. Less amount paid by/for seller (line 520) | |
| 303. CASH   FROM   X   TO BORROWER | $59,186.15 | 603. CASH   X   FROM   TO SELLER | |

REMMISplus, Inc. 1(888)REMMIS1

EXHIBIT 5
WIT: Tolin
DATE: 12-5-13

## SETTLEMENT CHARGES

MB Approval No. 2502-0265 (expires 9/30/2006)

| | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| **700. TOTAL SALES/BROKER COMMISSION:** | | | | | |
| BASED ON PRICE | @ | % = | | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | | | |
| 701. | to: | | p.o.c. | | |
| 702. | to: | | p.o.c. | | |
| 703. Commission paid at settlement | | | | | |
| 704. | | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | |
| 801. Loan Origination Fee | % to: BNC Mortgage | | p.o.c. | $699.00 | |
| 802. Loan Discount Fee | % to: | | p.o.c. | | |
| 803. Appraisal Fee | Gordon, Gordon, & Gordon | | p.o.c. | $450.00 | |
| 804. Credit Report Fee | | | p.o.c. | | |
| 805. Application Fee | Gordon, Gordon & Gordon | | p.o.c. | $350.00 | |
| 806. Underwriting Fee | | | p.o.c. | | |
| 807. Realty Tax Service Fee | BNC Mortgage | | p.o.c. | $70.00 | |
| 808. Post Closing Review Fee | | | p.o.c. | | |
| 809. Courier Fee | Charles C. Liechtung | | p.o.c. | $50.00 | |
| 810. Flood Certification Fee | BNC Mortgage | | p.o.c. | $17.00 | |
| 811. Processing Fee | Gordon, Gordon & Gordon | | p.o.c. | $350.00 | |
| 812. | | | p.o.c. | | |
| 813. | | | p.o.c. | | |
| 814. | | | p.o.c. | | |
| 815. | | | p.o.c. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | |
| 901. Interest from 5/3/2005 thru 6/1/2005 # of days: 29 @ $42.67 | | | | $1,237.43 | |
| 902. Mortgage insurance premium for | month(s) to: | | p.o.c. | | |
| 903. Hazard insurance premium for | year(s) to: | | p.o.c. | | |
| 904. Flood insurance premium for | year(s) to: | | p.o.c. | | |
| 905. | | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | | |
| 1001. Hazard Insurance | months @ | per month | | | |
| 1002. Mortgage insurance | months @ | per month | | | |
| 1003. Flood Insurance | months @ | per month | | | |
| 1004. County property tax | months @ | per month | | | |
| 1005. School property tax | months @ | per month | | | |
| 1006. Village property tax | months @ | per month | | | |
| 1007. City property tax | months @ | per month | | | |
| 1008. Sewer/water tax | months @ | per month | | | |
| 1009. Aggregate adjustment | | | | | |
| **1100. TITLE CHARGES** | | | | | |
| 1101. Settlement or closing fee to: | Charles C. Liechtung | | | $775.00 | |
| 1102. Abstract or title search to: | | | | | |
| 1103. Title examination to: | | | | | |
| 1104. Title insurance binder to: | | | | | |
| 1105. Document preparation to: | | | | | |
| 1106. Notary fees to: | | | | | |
| 1107. Attorney fee to: | | | | | |
| (includes above item Numbers 1101, 1103 and 1105) | | | | | |
| 1108. Title Insurance to: | Alliance Land Transfer | | | $602.00 | |
| (includes above item Numbers 1109 and 1110) | | | | | |
| 1109. Lender's coverage amount | | $160,000.00 fee | $602.00 | | |
| 1110. Owner's coverage amount | | fee | | | |
| 1111. Depart/Bankruptcy searches | Alliance Land Transfer | | | $470.00 | |
| 1112. Survey inspection | Alliance Land Transfer | | | $87.00 | |
| 1113. Alta endorsements | Alliance Land Transfer | | | $100.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | |
| 1201. Recording fees: | Deed | Mortgages $200.00 Releases $75.00 | | $275.00 | |
| 1202. City/County tax stamps: | Deed | Mortgages Releases | | | |
| 1203. State tax/stamps: | Deed | Mortgages $2,850.00 | | $2,850.00 | |
| 1204. 1/4% Mortgage Tax | Paid by BNC $400.00 POC | | | | |
| 1205. | | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | |
| 1301. Survey to: | | | | | |
| 1302. Pest inspection to: | | | | | |
| 1303. Real Estate tax: | Alliance Land Transfer | | | $351.00 | |
| 1304. Title Closer pick-up fee to: | | | | | |
| 1305. Escrow Service Charge | | | | | |
| 1306. Water & Sewer Charges | Alliance Land Transfer | | | $121.87 | |
| 1307. | | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on line 103, section J and line 502, Section K) | | | | $8,855.30 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers: *Frank Tolin Jr.* [signature]
Frank Tolin Jr.

Sellers: _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

[signature]