

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.            ,            Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Can Ansay | HERTA SCHUTZ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Hartungstrasse 14,
20146 Hamburg,
GERMANY

Court Claim # (if known): 37043
Amount of Claim: $82200.19
Date Claim Filed: 10/08/2009

Phone: +49-40-445589
Last Four Digits of Acct #: 6250

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Can Ansay /s/           Date: 06/07/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[Reset]                    [Save As...]     [Print]

Kanzlei Dr. Ansay
Rechtsanwalt Dr. Can Felix Ansay
Hartungstr. 14 - 20146 Hamburg
Germany

RECEIVED
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK
JUN 13 2014

**PRIORITY**
PRIORITAIRE / LUFTPOST

Deutsche Post
FILIALE  F10118B2CB
10.06.14
0.75 EUR

U.S. Bancruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
U.S.A.