WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                               :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    **08-13555 (SCC)**
:
Debtors.                                     :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE HEARING TO CONSIDER THE
ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399], **solely as to the claim of Michael Stipo (Claim No. 15580)**, which was set for hearing on December 19, 2013 [ECF No. 41445], then adjourned at claimant's request to the hearings set on January 28, 2014 [ECF No. 41593], March 27, 2014 [ECF No. 42080], April 24, 2014 [ECF No. 43531], and June 19, 2014 at 10:00 a.m. (Prevailing Eastern Time) [ECF No. 44059], **has been adjourned at claimant's request to July 16, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 17, 2014
      New York, New York

/s/ Ralph I. Miller
Ralph I. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.