BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    **08-13555 (SCC)**
                                                                  :
                    Debtors.                                      :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF CLAIMS OBJECTION HEARING WITH RESPECT TO**
**OBJECTION TO PROOFS OF CLAIM NOS. 11152 AND 11153**

      PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 11152 and 11153 that was scheduled for June 19, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 16, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

Dated: June 17, 2014
     New York, New York

                              /s/ Brijesh Dave
                              Brijesh P. Dave
                              LEHMAN BROTHERS HOLDINGS INC.
                              OFFICE OF THE GENERAL COUNSEL
                              1271 Avenue of the Americas
                              New York, New York 10020
                              Telephone: (646) 285-9441
                              Facsimile: (646) 285-9337

                              *Attorney for Lehman Brothers Holdings Inc.*
                              *and Certain of Its Affiliates*