WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                 :
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :   08-13555 (SCC)
                                                 :
                    Debtors.                     :   (Jointly Administered)
                                                 :
-----------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL
## OF THE TWO HUNDRED SIXTY-NINTH OMNIBUS OBJECTION
## TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Two Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 26236] **solely as to the claims listed on Exhibit A attached hereto**, without prejudice as to any other claims.

Dated: June 17, 2014
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| TSEKOV, GEORGI I. | 1525 |
| METLITSKY, DMITRY | 5258 |

US_ACTIVE:\44503796\2\58399.0011