UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT

2014 JUN 17 P 3: 34

S.D.N.Y.

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Case No. 08-13555 (SCC) |
| Debtors. ) | |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tessa Katherine Somers, request admission, ***pro hac vice***, before the Honorable Shelly C. Chapman, to represent DHI Mortgage Company, Ltd., a interested party in the above-referenced case.[1]

***I certify that I am a member in good standing*** of the bar of the State of Virginia and the bar of the U.S. District Court for the Eastern District of Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The aforementioned interested party is making a limited appearance before the Court to object (ECF No. 44682 ("Objections")) to the relief sought by the Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (ECF No. 44450). These Objections and participation in any related proceedings do not constitute consent to jurisdiction in this Court, nor a waiver of any other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity, all of which are hereby expressly preserved.

Dated: June 17, 2014
      Washington, DC

Respectfully submitted,

/s/ Tessa K. Somers

Tessa K. Somers
Weiner Brodsky Kider PC
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Email: somers@thewbkfirm.com
Tel: (202) 628-2000
Fax: (202) 628-2011