**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (SCC) |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Tessa Katherine Somers, to be admitted, *pro hac vice*, to represent DHI Mortgage Company, Ltd., (the "Client") an interested party in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Virginia and the bar of the U.S. District Court for the Eastern District of Virginia, it is herby

**ORDERED**, that Tessa Katherine Somers, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York.

Dated: June 17, 2014
New York, New York

                                      */s/ Shelley C. Chapman*
                                      HONORABLE SHELLEY C. CHAPMAN
                                      UNITED STATES BANKRUPTCY JUDGE