Douglas E. Spelfogel  
Derek L. Wright  
**FOLEY & LARDNER LLP**  
90 Park Avenue  
New York, NY 10016-1314  
Telephone: 212-682-7474  
Facsimile: 212-687-2329  

Hearing Date: June 19, 2014  
Hearing Time: 10:00 a.m.  

*Attorneys for PERL Mortgage, Inc. and*  
*Simonich Corporation d/b/a Commerce Mortgage*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x  
In re:  

LEHMAN BROTHERS HOLDINGS INC.,  
*et al.,*  

        Debtor.  
------------------------------------------------------- x  

Chapter 11  

Case No. 08-13555 (SCC)  

**JOINDER OF PERL MORTGAGE, INC. AND SIMONICH CORPORATION D/B/A COMMERCE MORTGAGE TO THE LIMITED OBJECTION AND RESERVATION OF RIGHTS TO MOTION FOR ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS**

PERL Mortgage, Inc. ("PERL") and Simonich Corporation d/b/a Commerce Mortgage ("Simonich" and together with PERL, the "Joining Parties"), by and through their undersigned attorneys, hereby join and adopt all of the objections and arguments (the "Joinder") set forth in the Limited Objection and Reservation of Rights (the "Limited Objection") [Dkt. No. 44684] to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (the "Motion") [Dkt. No. 44450], filed by a group of similarly situated mortgage loan sellers (together, the "Objectors")[1] on June 12, 2014.

---

[1] The Joining Parties have agreed to representation by the same undersigned counsel as are currently representing the group of Objectors set forth in the Limited Objection. The Joining Parties have not met or

4837-7619-1515.2

Through this Joinder, the Joining Parties assert the same objections to the Motion set forth in the Limited Objection and specifically reserve all of their rights to amend this Joinder or the Limited Objection and/or further object to the Motion and the proposed ADR Procedures[2] on any basis at the hearing on the Motion, or otherwise.

WHEREFORE, the Joining Parties respectfully request that any order approving the Motion and proposed ADR Procedures specifically carve out any applicability to either PERL or Simonich. In addition, to the extent the Proposed ADR Procedures are approved, the Joining Parties request that they be modified to cure certain inequities as set forth in the Limited Objection.

Dated: June 17, 2014
      New York, New York

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ Douglas E. Spelfogel
    Douglas E. Spelfogel
    Derek L. Wright
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016
    Telephone: (212) 682-7474
    Facsimile: (212) 687-2329
    E-mail: dspelfogel@foley.com
    dlwright@foley.com

*Counsel to the PERL Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage*

---

conferred with the Objectors as a group and intend to proceed individually and hereby reserve all of their rights to assert individual objections to the Motion.

[2] All capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

4837-7619-1515.2