UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*

         Debtors.
-------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (SCC)
(Jointly Administered)

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that Timothy W. Salter and Jill E. Alward of the law firm Blank Rome LLP hereby appear in the above captioned matter on behalf of Stearns Lending Inc. and requests that a copy of all notices and other papers filed in this proceeding be served upon the undersigned.

Dated: New York, New York
   June 17, 2014

            **BLANK ROME LLP**

            By: *s/ Timothy W. Salter*
            Timothy W. Salter (TS8139)
            Jill E. Alward (JA1374)
            The Chrysler Building
            405 Lexington Avenue
            New York, New York 10174
            (212) 885-5000

141580.00641/7402635v.1