Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-50001

*Attorneys for Stearns Lending, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                     Debtors.

-----------------------------------------------------------X

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

### JOINDER OF STEARNS LENDING INC. TO OBJECTIONS TO DEBTORS' MOTION FOR ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS

Stearns Lending, Inc. ("Stearns Lending"), by and through its undersigned counsel, hereby joins in the Objections of SecurityNational Mortgage Company [Docket #44672] PHH Home Loans, LLC [Docket #44673], DHI Mortgage Company, LTD. [Docket #44682], and MortgageIT, Inc. [Docket #44704] to the Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors against Mortgage Loan Sellers.

Stearns Lending further joins in the Responses of Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc., Shea Mortgage, Inc., CTX Mortgage Company, LLC, PrimeLending, A PlainsCaptial Company, Allied Mortgage Group, Inc., and Direct Mortgage, Corp. in Opposition to Debtors' Motion for Alternative Dispute Resolution

141580.00641/7402633v.1

Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Docket #44680]., ; and the Objection of MortgageIT, Inc. .

Stearns Lending expressly joins, adopts, and incorporates by reference herein all of the arguments and authorities set forth in the above cited Objections/Responses setting forth the reasons why Lehman Brothers Holdings, Inc. should not be granted the relief requested in its Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims (Docket #44450).

Dated: New York, New York
June 17, 2014

BLANK ROME LLP

By:   /s/ Timothy W. Salter
      Timothy W. Salter
      Jill E. Alward
      The Chrysler Building
      405 Lexington Avenue
      New York, New York 10174
      Tel: (212) 885-5000
      Fax: (212) 885-50001
      *Attorneys for Stearns Lending, Inc.*

141580.00641/7402633v.1