UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                          Chapter 11

                                                                                 Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*                         (Jointly Administered)


                                      Debtors.

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Timothy W. Salter, certify that I am over eighteen (18) years of age, am not a party to his action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on June 17, 201, I caused the following documents to be served upon all parties receiving electronic notification by filing the same with the Clerk of the Court via the ECF system which will deliver a copy of these documents via email.

- Notice of Appearance

- Joinder of Stearns Lending Inc. to Objections to Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers

Dated: New York, New York
        June 17, 2014

                                                                *s/ Timothy W. Salter*
                                                                Timothy W. Salter

141580.00641/7402675v.1