**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x    Chapter 11
In re:
                                                                                     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC.,
*et al.,*

        Debtor.
------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I caused the *Joinder of Perl Mortgage, Inc. and Simonich Corporation D/B/A Commerce Mortgage to the Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* to be served upon all parties receiving electronic notification by filing the same with the Clerk of Court via the ECF system which will deliver a copy of these documents via email.

                                                                                /s/ *Derek L. Wright*

**Counsel for Perl Mortgage, Inc**
**and Simonich Corporation D/B/A**
**Commerce Mortgage**

Douglas E. Spelfogel
Derek L. Wright
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
212.682.7474 (telephone)
212.687.2329 (facsimile)

4821-8799-2603.1