WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                           : Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (SCC)
                                                :
            Debtors.                            : (Jointly Administered)
                                                :
------------------------------------------------------------x
```

**SIXTEENTH NOTICE OF WITHDRAWAL OF DEBTORS'
APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

US_ACTIVE:\44495835\3\58399.0008

2.          Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3.          On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May 31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012, December 4, 2012, February 8, 2013, March 8, 2013, June 27, 2013, October 28, 2013, and February 24, 2014, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4.          Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5.          The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6.          The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on

US_ACTIVE:\44495835\3\58399.0008

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: June 17, 2014
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

3

# EXHIBIT A

# AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

A-1

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on March 8, 2013 [ECF No. 35786].

28. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 14, 2013 [ECF No. 35924].

29. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on March 19, 2013 [ECF No. 36058].

30. Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on June 27, 2013 [ECF No. 38227].

31. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 3, 2013 [ECF No. 38404].

32. Notice of Corrected Exhibit with Respect to Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on July 12, 2013 [ECF No. 38686].

33. Notice of Corrected Exhibit with Respect to Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 15, 2013 [ECF No. 38714].

34. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on August 28, 2013 [ECF No. 39883].

35. Fourteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40762].

36. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40767].

37. Fifteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 24, 2014 [ECF No. 43288].

38. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 5, 2014 [ECF No. 43430].

US_ACTIVE:\44495835\3\58399.0008

# EXHIBIT B

# WITHDRAWN CONTRACTS

US_ACTIVE:\44495835\3\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BERYL FINANCE LIMITED SERIES 2007-10 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002, AS AMENDED AND RESTATED ON JULY 21, 2006 | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | KIRKLAND & ELLIS LLP JAMES H.M. SPRAYREGEN, P.C. DAVID R. SELIGMAN, P.C. 601 LEXINGTON AVENUE NEW YORK, NY 10022 |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK, NY 10022 |
| BLUE POINT CDO LIMITED SPC SERIES 2005-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF SEPTEMBER 20, 2005 | 850 LIBRARY AVENUE, SUITE 204 NEWARK, DE 19711 |
| | | | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK, DE 19711 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| CARLTON COMMUNICATIONS LIMITED (F/K/A CARLTON COMMUNICATIONS PLC) (LISTED AS ITV PLC) | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 8, 2003 | C/O CARLTON COMMUNICATIONS PLC 25 KNIGHTSBRIDGE LONDON, SW1X 7RZ UNITED KINGDOM |
| | | | CARLTON COMMUNICATIONS LIMITED THE LONDON TELEVISION CENTRE UPPER GROUND LONDON SE1 9LT ATTENTION: COMPANY SECRETARY |
| | | | HOGAN LOVELLS US LLP CHRISTOPHER R. DONOHO III 875 THIRD AVENUE NEW YORK, NY 10022 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HOGAN LOVELLS INTERNATIONAL LLP<br>ATLANTIC HOUSE<br>HOLBORN VIADUCT<br>LONDON EC1A 2FG<br>ATTENTION: HUGH LYONS |
| EUROSAIL 2006-3NC PLC | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF NOVEMBER 9, 2006 | 25 OLD BROAD STREET<br>LONDON, EC2N 1HQ<br>UNITED KINGDOM |
| | | | BNY CORPORATE TRUSTEE SERVICES LIMITED –<br>LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | C/O BNY CORPORATE TRUSTEE SERVICES LTD<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| | | | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>LAUREN MACKSOUD<br>JOSHUA FRIEDMAN<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE TRUST 2007--2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 24, 2007 | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | U.S. BANK NATIONAL ASSOCIATION<br>ONE FEDERAL STREET, THIRD FLOOR<br>BOSTON, MA 02110<br>ATTN: STRUCTURED FINANCE DEPARTMENT – LBSBC 2007-2 |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| RACERS SERIES 2002-26 CLASS A2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 26, 2002 | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | C/O AIB<br>INTERNATIONAL FINANCIAL SERVICES CENTRE<br>NORTH WALL QUAY<br>DUBLIN 1, IRELAND |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| SEALINK FUNDING LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 7, 2008 | BNY CORPORATE TRUSTEE SERVICES LIMITED – LONDON BRANCH<br>ONE CANADA SQUARE<br>LONDON<br>LONDON, E14 5AL<br>UNITED KINGDOM |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | SNR DENTON US LLP<br>CAROLE NEVILLE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1089 |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| WHITE MARLIN CDO 2007-1 LIMITED | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JUNE 22, 2007 | 540 WEST MADISON STREET, 25TH FLOOR<br>CHICAGO, IL 60661<br>ATTN: MATTHEW MASSIER |

B-3

| **Counterparty** | **Debtor** | **Title of Agreement** | **Notice Address** |
|---|---|---|---|
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| | | | C/O US BANK<br>CORPORATE TRUST<br>SERVICES<br>P.O. BOX 960778<br>BOSTON, MA 02196-0778<br>ATTN: JOHN LEURINI |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | MAPLESFS LIMITED<br>P.O. BOX 1093 QUEENSGATE HOUSE<br>113 SOUTH CHURCH STREET<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | C/O PUGLISI & ASSOCIATES<br>850 LIBRARY AVENUE, SUITE 204<br>NEWARK, DE 19711<br>ATTN: DONALD J. PUGLISI |
| | | | P.O. BOX 1093 GT, QUEENSGATE HOUSE<br>GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS<br>ATTN: GENERAL COUNSEL OR CORPORATE EXEC |

B-4