WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                 :

**In re**                    :        **Chapter 11 Case No.**
                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (SCC)**
                                 :

                 **Debtors.**     :        **(Jointly Administered)**
                                 :

-------------------------------------------------------------------------------x
                                 :

**In re**                    :

                                 :        **Case No.**

**LEHMAN BROTHERS INC.,**          :

                                 :        **08-01420 (SCC) (SIPA)**

                 **Debtor.**     :
                                 :

-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR THE SEVENTY-FOURTH**
**OMNIBUS AND CLAIMS HEARING ON JUNE 19, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

## I.    RESERVING MOTION FOR SECURED AND PRIORITY CLAIMS:

1.    Trustee's Motion for an Order Pursuant to Sections 105(a), 502(a), 502(c) and 726 of the Bankruptcy Code and Bankruptcy Rule 3009 (I) Establishing a Final Reserve for Secured, Administrative and Priority Claims, (II) Allowing Certain Secured, Administrative and Priority Claims, (III) Authorizing the Trustee to Satisfy Allowed Secured, Administrative and Priority Claims, and Related Relief [**LBI ECF No. 8885**]

Response Deadline:    June 5, 2014 at 4:00 p.m., extended for certain parties.

Responses Received:

A.    Response of Stephen Peters [**LBI ECF No. 8986**]

B.    Opposition to Reserve Motion filed by Internal Revenue Service [**LBI ECF No. 9105**]

C.    The Ad Hoc Group of LBI Creditors' Statement in Support and Comment in Respect of the Trustee's Motion [**LBI ECF No. 9152**]

Related Documents:

D.    Notice of Withdrawal of Response of Michael J. Petrucelli [**LBI ECF No. 9124**]

E.    Trustee's Reply in Further Support [**LBI ECF No. 9148**]

F.    Revised Schedules to Trustee's Motion [**LBI ECF No. 9451**]

Status:  This matter is going forward on a contested basis.

## II.    FEE APPLICATION MATTERS:

2.    Fifteenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and

US_ACTIVE:\44500633\8\58399.0011

Necessary Expenses Incurred from December 1, 2013 through March 31, 2014 [**LBI ECF No. 9004**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

        A.    Recommendation of the Securities Investor Protection Corporation in Support of the Fifteenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation [**LBI ECF No. 9142**]

        B.    Notice of Hearing [**LBI ECF No. 9005**]

Status:  This matter is going forward on an uncontested basis.

3.      Joint Notice of Presentment of Seventh Amended Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Hughes Hubbard & Reed LLP [**LBI ECF No. 9003**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward on an uncontested basis.

### III.    CONTESTED CLAIM MATTER:

4.      Trustee's Two Hundred Tenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8284**]

Response Deadline:    March 13, 2014 at 4:00 p.m.

Response Received:

        A.    Response of Credencial Argentina S.A., Minicreditos S.A., and Carlos Gorleri [**LBI ECF No. 8655**]

Related Document:

        B.    Trustee's Reply in Support of the Two Hundred Tenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9085**]

US_ACTIVE:\44500633\8\58399.0011

Status:  This matter is going forward.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### IV.    CONTESTED MATTERS:

5.    Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Response Deadline:    June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
June 13, 2014, at 4:00 p.m. (for Internal Revenue Service, United States Trustee, and parties on the Debtors' Master Service List)

Responses Received:

A.    Objection of SecurityNational Mortgage Company to Plan Administrator's Motion For Alternative Dispute Resolution And Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44672**]

B.    Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

C.    Limited Objection of Plaza Home Mortgage Inc. to the Plan Administrator's Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44674**]

D.    Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

E.    Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

F.    Response of Allied Mortgage Group, Inc., *et al*. in Opposition to Motion [**ECF No. 44680**]

G.    Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

4

H.    Objection of DHI Mortgage Company, Ltd., to Debtors' Motion for an Order for Alternative Dispute Resolution Procedures for Indemnification Claims of Debtors Against Mortgage Loan Sellers [**ECF No. 44682**]

I.    Limited Objection and Reservation of Rights of Amerifirst Financial Corp., *et al*. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

J.    Objection of MortgageIt, Inc. to Motion of Lehman Brothers Holdings, Inc. for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44704**]

K.    Letter Response filed by V & M International Mortgage, Corp. [**ECF No. 44721**]

Related Documents:

L.    Declaration of Adam M. Bialek in Support of Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

M.    Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

N.    Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

Status:  This matter is going forward on a contested basis.

US_ACTIVE:\44500633\8\58399.0011

**MATTERS TO BE HEARD AT 1:30 P.M.**

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**V.     CONTESTED MATTERS:**

6.     Two Hundred Fifty-Fourth Omnibus Objection to Claims **[ECF No. 25059]**

Response Deadline:     March 6, 2012 at 4:00 p.m.

Responses Received:

A.     Responses of Heidi Steiger and Steiger Associates LP (Claim Nos. 32379, 32380) **[ECF Nos. 26041, 26050]**

B.     Declaration of Heidi Steiger **[ECF Nos. 26042 and 26052]**

C.     Declaration of Donald Watnick **[ECF Nos. 26047and 26051]**

Related Documents:

D.     Notice of Hearing as to Certain Claim on the Two Hundred Fifty-Fourth Omnibus Objection to Claims **[ECF No. 44246]**

E.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 44582]**

Status:  This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing. The hearing on the objection to claims that are not identified on the Notice of Hearing has been adjourned to a date to be determined.

7.     Stonehill's Motion to Re-File Proofs of Claim to Fix Previously Unliquidated Claim Amounts or Alternatively for Leave to File Amended Claims **[ECF No. 43988]**

Response Deadline:     May 6, 2014 at 4:00 p.m.

Response Received:

A.     Plan Administrator's Limited Objection to Stonehill's Motion Regarding Proofs of Claim **[ECF No. 44249]**

Related Documents:

B.     Notice of Filing of Corrected Exhibit 2 to Stonehill's Motion to Re-file Claims **[ECF No. 44024]**

US_ACTIVE:\44500633\8\58399.0011

> C.  Reply to Plan Administrator's Objection to Stonehill's Motion to Re-file Proofs of Claim to Fix Previously Unliquidated Claim Amounts or Alternatively for Leave to File Amended Claims [**ECF No. 44412**]

Status:  This matter is going forward on a contested basis.

8.  Plan Administrator's Objection to Proof of Claim No. 33514 Filed by Frank Tolin, Jr. [**ECF No. 37839**]

Response Deadline:  July 10, 2013 at 4:00 p.m.

Response Received:

> A.  Response of Frank Tolin, Jr. [**ECF No. 39912**]

Related Document:

> B.  Plan Administrator's Reply [**ECF No. 44727**]

> C.  Notice of Scheduling Merits Hearing with Respect to Plan Administrators Objection to Proof of Claim No. 33514 [**ECF No. 44188**]

Status:  This matter is going forward on a contested basis.

## VI.  <u>**ADVERSARY PROCEEDINGS:**</u>

9.  Lehman Brothers Special Financing Inc. v. Federal Home Loan Bank of Cincinnati [**Adversary Proceeding No. 13-01330**]

> **Pre-Trial Conference**

Related Documents:

> A.  Adversary Complaint [**ECF No. 1**]

> B.  Motion of Federal Home Loan Bank of Cincinnati, Pursuant to 28 U.S.C. 157(c)(1) and Bankruptcy Rule 9033(a), for Proposed Conclusions of Law Dismissing Plaintiff's First, Second, and Third Causes of Action in Its Complaint Dated April 17, 2013 [**ECF No. 15**]

> C.  Declaration of Philip M. Abelson in Support of Motion of Federal Home Loan Bank of Cincinnati, Pursuant to 28 U.S.C. 157(c)(1) and Bankruptcy Rule 9033(a), for Proposed Conclusions of Law

US_ACTIVE:\44500633\8\58399.0011

Dismissing Plaintiff's First, Second, and Third Causes of Action in Its Complaint Dated April 17, 2013 [**ECF No. 16**]

D.  Letter of Lehman Brothers Special Financing Inc. to the Honorable Shelley C. Chapman Requesting Pre-Trial Conference [**ECF No. 18**]

E.  Reply Letter of Federal Home Loan Bank of Cincinnati to the Honorable Shelley C. Chapman [**ECF No. 21**]

Status:  This matter is going forward.

## VII.    ADJOURNED MATTERS:

## A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

10.  One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 15012**]

Response Deadline: April 13, 2011 at 4:00 p.m.

Response Received:

A.  Response of Banco Interior de Sao Paulo, S.A. (Claim No. 21949) [**ECF No. 22879**]

Related Documents:

B.  Notice of Hearing as to Certain Claim on the One Hundred Eleventh Omnibus Objection to Claims [**ECF No. 43588**]

C.  Reply of Lehman Brothers Holdings Inc. [**ECF No. 44153**]

D.  Notice of Adjournment of Hearing of the One Hundred Eleventh Omnibus Objection to Claims Solely as to Certain Claim [**ECF No. 44185**]

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

11.  One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Response Received:

A.  Response of Michael Stipo (Claim No. 15580) [**ECF No. 20176**]

US_ACTIVE:\44500633\8\58399.0011

Related Documents:

    B.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 41482**]

    C.    Notice of Adjournment of Hearing of the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claim [**ECF No. 44059**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

12.    One Hundred Seventy-Eighth Omnibus Objection to Claims [**ECF No. 19377**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Response Received:

    A.    Response of Dorothea Douglas (Claim No. 15265) [**ECF No. 20479**]

Related Documents:

    B.    Notice of Hearing as to Certain Claim on the One Hundred Seventy-Eighth Omnibus Objection to Claims [**ECF No. 44243**]

    C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44579**]

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

13.    One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 19714**]

Response Deadline:    October 13, 2011 at 4:00 p.m.

Responses Received:

    A.    Response of Karen M. Simon Krieger (Claim No. 18087) [**ECF Nos. 21216, 21221**]

    B.    Response of Rose Seraydar (Claim No. 2927) [**ECF No. 20585**]

Related Documents:

    C.    Notice of Hearing as to Certain Claim on the One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 44244**]

    D.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44580**]

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

US_ACTIVE:\44500633\8\58399.0011

14.     Two Hundredth Omnibus Objection to Claims **[ECF No. 19921]**

Response Deadline: October 13, 2011 at 4:00 p.m.

Response Received:

    A.     Response of Winsome McDonald (Claim No. 7163) **[ECF No. 21083]**

Related Documents:

    B.     Notice of Hearing as to Certain Claim on the Two Hundredth Omnibus Objection to Claims **[ECF No. 44245]**

    C.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 44581]**

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

15.     Three Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) **[ECF No. 30030]**

Response Deadline:     September 14, 2012 at 4:00 p.m.

Responses Received:

    A.     Response of Joanna Baricevic (Claim No. 13425) **[ECF No. 30937]**

    B.     Response of Kevin Blum (Claim No. 27323) **[ECF No. 30948]**

    C.     Response of Arthur Kenney (Claim No. 27321) **[ECF No. 30941]**

Related Documents:

    D.     Notice of Hearing as to Certain Claims on the Three Hundred Forty-First Omnibus Objection to Claims **[ECF No. 43489]**

    E.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 44175]**

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

16.     Three Hundred Forty-Second Omnibus Objection to Claims **[ECF No. 30031]**

Response Deadline:     September 14, 2012 at 4:00 p.m.

Response Received:

    A.    Response of Nikki Marshall (Claim No. 23724) [**ECF No. 30949**]

Related Documents:

    B.    Notice of Hearing as to Certain Claim on the Three Hundred Forty-Second Omnibus Objection to Claims [**ECF No. 44248**]

    C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44583**]

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

17.    Four Hundred Third Omnibus Objection to Claims (No Liability Claims) [**ECF No. 36007**]

Response Deadline:    April 15, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Barry O'Brien (Claim No. 32520) [**ECF No. 36386**]

Related Documents:

    B.    Notice of Hearing as to Certain Claims on the Four Hundred Third Omnibus Objection to Claims [**ECF No. 43490**]

    C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44175**]

Status:  This matter has been adjourned to July 1, 2014 at 2:00 p.m.

18.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

19.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:    June 3, 2013 at 4:00 p.m.

11

Adjourned Responses:

    A.    Response of Commerzbank AG [**ECF No. 38674**]

    B.    Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

20.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Response Received:

    A.    LBHI's Opposition [**ECF No. 40232**]

Related Documents:    None.

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

21.    Four Hundred Forty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 40475**]

Response Deadline:    November 14, 2013 at 4:00 p.m.

Adjourned Response:

    A.    Response of Guam Economic Development Authority [**ECF No. 41090**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

22.    Four Hundred Fifty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 42104**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Adjourned Response:

    A.    Response of ING USA Annuity and Life Insurance Company [**EFC No. 42903**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

23.    Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

US_ACTIVE:\44500633\8\58399.0011

<u>Response Deadline</u>:    February 18, 2014 at 4:00 p.m. or as otherwise extended.

<u>Status</u>:  The hearing on the objection to claim numbers 19986, 19987, 19988 and 27709 has been adjourned to July 16, 2014 at 10:00 a.m.

24.    Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 11152 and 11153 [**ECF No. 43115**]

<u>Status</u>:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

## B.    Adversary Proceedings

25.    Lehman Brothers Holdings Inc., *et al.* v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

**Pre-Trial Conference**

<u>Related Documents</u>:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

    C.    Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

    D.    Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 13**]

<u>Status</u>:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

## C.    Lehman Brothers Inc. Proceedings

26.    Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

<u>Response Deadline</u>:    May 20, 2013 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response of Zameer Khan [**Not Docketed**]

<u>Related Document</u>:

    B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6563**]

US_ACTIVE:\44500633\8\58399.0011

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of Mr. Khan.

27.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

    B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of Mr. Eddi.

28.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Louise Brodsky [**Not Docketed**]

Related Document:

    B.    Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7483**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of Ms. Brodsky.

29.    Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:    October 23, 2013 at 4:00 p.m., extended for certain claimants to October 30, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Terry G. Reckas [**Not Docketed**]

US_ACTIVE:\44500633\8\58399.0011

Related Document:

    B.    Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

30.    Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended to a date to be determined as to one claimant.

Responses Received:

    A.    Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

    B.    Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

    C.    Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

31.    Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624) [**LBI ECF No. 7950**]

Response Deadline:    January 10, 2014 at 4:00 p.m.

Response Received:

    A.    Response of MGIC [**LBI ECF No. 8233**]

Related Documents:

    B.    Reply in Further Support of the Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624) [**LBI ECF No. 8881**]

    C.    Declaration of Samuel C. McCoubrey in Support of the Reply [**LBI ECF No. 8882**]

US_ACTIVE:\44500633\8\58399.0011

<u>Status</u>:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

32.     Trustee's One Hundred Eighty-Seventh Omnibus Objection Seeking to Allow
        Certain Filed Proofs of Claim in Reduced Amounts, and with Proper
        Classification as Unsecured General Creditor Claims (TBA Claims) [**LBI ECF
        No. 8011**]

        <u>Response Deadline</u>:     January 27, 2014 at 4:00 p.m.

        <u>Responses Received</u>:  None.

        <u>Related Documents</u>:

                A.      Order Granting the Trustee's One Hundred Eighty-Seventh
                        Omnibus Objection Seeking to Allow Certain Filed Proofs of
                        Claim in Reduced Amounts, and with Proper Classification as
                        Unsecured General Creditor Claims (TBA Claims) solely as to
                        certain claims [**LBI ECF No. 8394**]

                B.      Supplemental Order Granting the Trustee's One Hundred Eighty-
                        Seventh Omnibus Objection Seeking to Allow Certain Filed Proofs
                        of Claim in Reduced Amounts, and with Proper Classification as
                        Unsecured General Creditor Claims (TBA Claims) solely as to a
                        certain claim [**LBI ECF No. 8949**]

        <u>Status</u>:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to
        certain claims.

33.     Trustee's Objection to the General Creditor Proof of Claim of Connie & Curtis
        Gale (Claim No. 7000142) [**LBI ECF No. 8408**]

        <u>Response Deadline</u>:     March 20, 2014 at 4:00 p.m.

        <u>Responses Received</u>:

                A.      First Response of Connie and Curtis Gale [**LBI ECF Nos. 8490,
                        8512**]

                B.      Supplemental Response Affidavit on behalf of Connie and Curtis
                        Gale's Response and Opposition to Trustee's Objection [**LBI ECF
                        No. 8511**]

        <u>Related Documents</u>:   None.

        <u>Status</u>:  This matter has been adjourned to July 16, 2014 at 10:00 a.m.

34.     Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims
        (Employee Claims) [**LBI ECF No. 8428**]

16

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

    B.    Notice of Withdrawal [**LBI ECF No. 8681**]

    C.    Order Granting the  Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to certain claims.

35.    Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8467**]

Response Deadline:    April 2, 2014 at 4:00 p.m.

Response Received:

    A.    Response of John and Ann McCulla [**LBI ECF No. 8623**]

Related Document:

    B.    Order Granting the Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims)  [**LBI ECF No. 8729**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claims of the McCullas.

36.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended to April 21, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Comerica Bank [**LBI ECF No. 8711**]

US_ACTIVE:\44500633\8\58399.0011

Related Document:

    B.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to certain claims.

37.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended to May 9, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Precision Engraving Company [**LBI ECF No. 8622**]

    B.    Response of Mercer, Inc. [**LBI ECF No. 8638**]

    C.    Response of Peter L. Frampton [**LBI ECF No. 8646**]

    D.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

    E.    Responses of Pegasus Transport Service, Inc. [**LBI ECF Nos. 8656, 8657, 8684, 8685**]

    F.    Response of Scott Logic Ltd. [**LBI ECF No. 8673**]

Related Documents:

    G.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    H.    Notice of Resolution [**LBI ECF No. 8914**]

    I.    Certificate of No Objection [**LBI ECF No. 9084**]

US_ACTIVE:\44500633\8\58399.0011

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to certain claims.

38.     Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.     Notice of Withdrawal [**LBI ECF No. 8760**]

      B.     Amended Certificate of No Objection [**LBI ECF No. 9113**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

39.     Trustee's Two Hundred Twenty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8589**]

Response Deadline:    April 23, 2014 at 4:00 p.m., extended for certain parties to May 19, 2014 at 4:00 p.m.

Response Received:

      A.     Response of Irakli Glonti and David Dateshidze [**LBI ECF No. 8589**]

Related Documents:  None.

Status:  This matter has been adjourned to June 24, 2014 at 10:00 a.m.

40.     Trustee's Two Hundred Twenty-Ninth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8705**]

Response Deadline:    May 9, 2014 at 4:00 p.m., extended for certain parties to June 20, 2014 at 4:00 p.m.

Responses Received:

      A.     Response of Russell Reynolds Associates [**LBI ECF No. 8855**]

      B.     Response of Standard & Poors Financial Services, LLC and Standard & Poors International, LLC [**LBI ECF No. 8891**]

US_ACTIVE:\44500633\8\58399.0011

      C.     Exhibit A to Response of Standard & Poors Financial Services, LLC and Standard & Poors International, LLC [**LBI ECF No. 8898**]

Related Documents:

      D.     Notice of Withdrawal [**LBI ECF No. 8710**]

      E.     Notice of Resolution [**LBI ECF No. 8973**]

      F.     Certificate of No Objection [**LBI ECF No. 9110**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to certain claims.

41.     Trustee's Two Hundred Thirty-First Omnibus Objection to General Creditor Claims (Tax Claims) Seeking to Allow Certain Informal Tax Claims in Reduced Amounts [**LBI ECF No. 8792**]

Response Deadline:    May 20, 2014 at 4:00 p.m.

Response Received:

      A.     Response of City of Philadelphia [**Not Docketed**]

Related Document:

      B.     Certificate of No Objection [**LBI ECF No. 9073**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of the City of Philadelphia

42.     Trustees Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8804**]

Response Deadline:    May 21, 2014 at 4:00 p.m.

Response Received:

      A.     Response of Wendy Uvino [**LBI ECF No. 8980**]

Related Documents:

      B.     Notices of Withdrawal [**LBI ECF Nos. 8829, 9027**]

      C.     Certificate of No Objection [**LBI ECF No. 9111**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the claim of Ms. Uvino.

43.     Trustees Two Hundred Thirty-Third Omnibus Objection to General Creditor
        Claims (No Liability Claims) [**LBI ECF No. 8858**]

        Response Deadline:    May 27, 2014 at 4:00 p.m.

        Response Received:

               A.       Response of RBC Cees Limited [**Not Docketed**]

        Related Document:

               B.       Certificate of No Objection [**LBI ECF No. 9112**]

        Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to the
        claim of RBC Cees Limited.

44.     Trustees Two Hundred Thirty-Fifth Omnibus Objection to General Creditor
        Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) [**LBI
        ECF No. 8966**]

        Response Deadline:    June 6, 2014 at 4:00 p.m., extended for certain parties to
                              June 20, 2014 at 4:00 p.m.

        Responses Received:  None.

US_ACTIVE:\44500633\8\58399.0011

Related Documents:

      A.     Notice of Withdrawal [**LBI ECF No. 9002**]

      B.     Certificate of No Objection [**LBI ECF No. 9137**]

Status:  This matter has been adjourned to July 16, 2014 at 10:00 a.m., as to certain claims.

Dated:  June 18, 2014
      New York, New York

          /s/ Jacqueline Marcus
          Jacqueline Marcus

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Lehman Brothers Holdings Inc.
          and Certain of Its Affiliates

Dated:  June 18, 2014
      New York, New York

          /s/ Jeffrey S. Margolin
          James B. Kobak, Jr.
          Christopher K. Kiplok
          Jeffrey S. Margolin

          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, New York 10004
          Telephone: (212) 837-6000
          Facsimile: (212) 422-4726

          Attorneys for James W. Giddens, Trustee for
          the SIPA Liquidation of Lehman Brothers Inc.

US_ACTIVE:\44500633\8\58399.0011