B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim, in each case to the extent set forth below.

<u>CCP Credit Acquisition Holdings, L.L.C.</u>       <u>JPMorgan Chase Bank, N.A.</u>
Name of Transferor                                  Name of Transferee

Name and Address where notices to transferee   Court Claim # (if known): <u>15040</u>
should be sent:                                 Amount of Claim Transferred: <u>$1,845,799.07</u>
                                                Date Claim Filed: <u>September 17, 2009</u>
JPMorgan Chase Bank, N.A.                       Debtor: <u>Lehman Brothers Commercial Paper Inc.</u>
c/o. J.P. Morgan Securities LLC                 Dated: <u>June 17, 2014</u>
Mail Code: NY1-M138
383 Madison Avenue – Floor 43
New York, New York 10179
ATTN: Jeffrey L. Panzo
Telephone: (212) 834-5857
Facsimile: (212) 270-4074
Email: <u>Jeffrey.L.Panzo@jpmorgan.com</u>

NYC:281200.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

JPMORGAN CHASE BANK, N.A.

By: _____
    Transferee/Transferee's Agent
Name:  Amita Rodriguez
Title: Authorized Signatory
Date:  June 16, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

CCP CREDIT ACQUISITION HOLDINGS, L.L.C. ✓

By: _____
    Transferor/Transferor's Agent
Name:
Title: Aleksandra Markovic
Date: June 17, 2014  Authorized Signatory

NYC:281200.1

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim, in each case to the extent set forth below.

<u>CCP Credit Acquisition Holdings, L.L.C.</u>           <u>JPMorgan Chase Bank, N.A.</u>
Name of Transferor                                    Name of Transferee

Name and Address where notices to transferee         Court Claim # (if known): <u>15041</u>
should be sent:                                      Amount of Claim Transferred: <u>$4,900,243.44</u>
                                                     Date Claim Filed: <u>September 17, 2009</u>
JPMorgan Chase Bank, N.A.                            Debtor: <u>Lehman Brothers Commercial Paper Inc.</u>
c/o. J.P. Morgan Securities LLC                      Dated: <u>June 17, 2014</u>
Mail Code: NY1-M138
383 Madison Avenue – Floor 43
New York, New York 10179
ATTN: Jeffrey L. Panzo
Telephone: (212) 834-5857
Facsimile: (212) 270-4074
Email: <u>Jeffrey.L.Panzo@jpmorgan.com</u>

NYC:280859.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

JPMORGAN CHASE BANK, N.A.

By: _____
      Transferee/Transferee's Agent
Name:    Amita Rodriguez
Title:    Authorized Signatory
Date:    June 16, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

CCP CREDIT ACQUISITION HOLDINGS, L.L.C.    ✓

By: _____
      Transferor/Transferor's Agent
Name:    Aleksandra Markovic
Title:    Authorized Signatory
Date:    June 17, 2014

NYC:280859.1

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.                    Case No. <u>08-13555 (JMP)</u>
                                                                                (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim, in each case to the extent set forth below.

| <u>CCP Credit Acquisition Holdings, L.L.C.</u> | <u>JPMorgan Chase Bank, N.A.</u> |
|---|---|
| Name of Transferor | Name of Transferee |

Name and Address where notices to transferee should be sent:

JPMorgan Chase Bank, N.A.
c/o. J.P. Morgan Securities LLC
Mail Code: NY1-M138
383 Madison Avenue – Floor 43
New York, New York 10179
ATTN: Jeffrey L. Panzo
Telephone: (212) 834-5857
Facsimile: (212) 270-4074
Email: <u>Jeffrey.L.Panzo@jpmorgan.com</u>

Court Claim # (if known): <u>15073</u>
Amount of Claim Transferred: <u>$534,168.77</u>
Date Claim Filed: <u>September 17, 2009</u>
Debtor: <u>Lehman Brothers Commercial Paper Inc.</u>
Dated: <u>June 17, 2014</u>

NYC:281202.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

JPMORGAN CHASE BANK, N.A.

By: _____
    Transferee/Transferee's Agent
Name: Amita Rodriguez
Title: Authorized Signatory
Date: June 16, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

CCP CREDIT ACQUISITION HOLDINGS, L.L.C.

By: _____
    Transferor/Transferor's Agent
Name: ___sandra Markovic
Title:
Date: June 17, 2014  Authorized Signatory

NYC:281202.1