**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for DHI Mortgage Company, Ltd. ("DHI"), and that request is made that all papers, pleadings, motions and applications served or required to be served in this case, in accordance with 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure ("Rules"), be given to and served upon its attorneys:

> **Gibbons P.C.**
> Attn: Daniel F. Markham, Esq.
> One Pennsylvania Plaza, 37th Floor
> Telephone: (212) 613-2000
> Facsimile: (212) 290-2018
> E-mail:   dmarkham@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to DHI's rights, remedies and claims against the debtors, their estates and any third-parties, all of which rights, remedies and claims are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that DHI is making a limited appearance before the Court to object (ECF No. 44682 ("Objections")) to the relief sought by the Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (ECF No. 44450). These Objections and participation in any related proceedings do not constitute consent to jurisdiction in this Court, nor a waiver of any other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity, all of which are hereby preserved.

Dated: June 18, 2014

**GIBBONS P.C.**

By: */s/ Daniel F. Markham*
Daniel F. Markham, Esq.
One Pennsylvania Plaza, 37th Floor
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
E-mail: dmarkham@gibbonslaw.com

*Attorneys for DHI Mortgage Company, Ltd.*

#2096961 v1
112897-87640