WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
                                                                  :
                    Debtors.                                      :    **(Jointly Administered)**
                                                                  :
                                                                  :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE ONE HUNDRED**
**ELEVENTH OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 15012], that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,** *solely* **as to the claim of Banco Interior de S.A. (Claim No. 21949), to July 1, 2014 at 2:00 p.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other

than an announcement at the Hearing.

Dated: June 18, 2014
      New York, New York

                                            /s/ Jacqueline Marcus
                                            Jacqueline Marcus

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of its Affiliates