WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
:
Debtors.                       :    **(Jointly Administered)**
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE
ONE HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY 401(k) CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability 401(k) Claims) [ECF No. 19377] solely as to the claim listed on Exhibit A attached hereto that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned at the request of the Court to July 1, 2014, at 2:00 p.m.** (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 18, 2014
      New York, New York

                                /s/ Garrett A. Fail
                                Garrett A. Fail

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of its Affiliates

# Exhibit A

## Claim to Be Heard at July 1, 2014 Hearing:

| Claimant Name | Claim No. | Claimant Response ECF No. |
|---|---|---|
| Douglas, Dorothea | 15265 | 20479 |

US_ACTIVE:\44503384\1\58399.0011