WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    **08-13555 (SCC)**
:
Debtors.                             :    **(Jointly Administered)**
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**THE ONE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION**
**TO CLAIMS (COMPOUND CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714] solely as to the claims listed on Exhibit A attached hereto that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned at the request of the Court to July 1, 2014 at 2:00 p.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623,

and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 18, 2014
      New York, New York

    /s/ Garrett A. Fail
    Garrett A. Fail

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.

## Exhibit A

## Claims to Be Heard at July 1, 2014 Hearing:

| Claimant Name | Claim Number(s) | Claimant Response ECF Nos. |
|---|---|---|
| Karen M. Simon Krieger | 18087 | 21216, 21221 |
| Rose Seraydar | 2927 | 20585 |

3