WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                          :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :          **08-13555 (SCC)**
:
**Debtors.**             :          **(Jointly Administered)**
:
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE
### THREE HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO
### CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-First

Omnibus Objection to Claims (No Liability Claims) [ECF No. 30030] solely with respect to the

claims listed on Exhibit A attached hereto that was scheduled for June 19, 2014, at 10:00 a.m.

(Prevailing Eastern Time) **has been adjourned at the request of the Court to July 1, 2014 at**

**2:00 p.m.** (the "Hearing").  The Hearing will be held before the Honorable Shelley C. Chapman,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Room 623,

and such Hearing may be further adjourned from time to time without further notice other than

an announcement at the Hearing.

Dated:  June 18, 2014
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

## Exhibit A

### Claims to Be Heard at July 1, 2014 Hearing:

| Claimant | Claim No. | Claimant Response ECF No. |
|---|---|---|
| Baricevic, Joanna | 13425 | 30937 |
| Blum, Kevin | 27323 | 30948 |
| Kenney, Arthur J. | 27321 | 30941 |

3