WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                                                 :        Chapter 11 Case No.
                                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :        08-13555 (SCC)
                                                                                         :
                                      Debtors.                                :        (Jointly Administered)
                                                                                         :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE THREE
HUNDRED FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Second Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 30031] solely with respect to the claim listed on Exhibit A attached hereto that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned at the request of the Court to July 1, 2014 at 2:00 p.m.** (the "Hearing").  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623,

US_ACTIVE:\44503510\1\58399.0011

and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 18, 2014
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

2

## Exhibit A

## Claim to Be Heard at July 1, 2014 Hearing:

| Claimant | Claim No. | Claimant Response ECF No. |
|---|---|---|
| Nikki A. Marshall | 23724 | 30949 |

US_ACTIVE:\44503510\1\58399.0011