WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (SCC)**
:
Debtors.                                        :    **(Jointly Administered)**
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**
**ON THE FOUR HUNDRED THIRD OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Third Omnibus Objection to Claims (No Liability Claims) [ECF No. 36007] solely as to the claim of Barry J. O'Brien (Claim No. 32520) that was scheduled for June 19, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned at the request of the Court to July 1, 2014 at 2:00 p.m.** (the "Hearing").  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and

US_ACTIVE:\44503378\1\58399.0011

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 18, 2014
      New York, New York

                         /s/ Garrett A. Fail
                        Garrett A. Fail

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Lehman Brothers Holdings Inc.
                         and Certain of its Affiliates