**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————— x

In re:

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,

Debtors.

———————————————————————————— x

:    **Chapter 11**
:
:    **Case No. 08-13555 (SCC)**
:
:
:

**STIPULATION FOR ADJOURNMENT OF THE HEARING ON**
**MOTION OF DEBTORS FOR INDEMNIFICATION ADR ORDER**
**WITH RESPECT TO PHH HOME LOANS, LLC**

This Stipulation is entered into by and between Lehman Brothers Holdings Inc.

("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, for LBHI and certain of its

subsidiaries (collectively, the "Debtors"), and PHH Home Loans, LLC (the "Objector" and

together with the Debtors, the "Parties").

RECITALS

WHEREAS, on May 29, 2014, LBHI filed the Motion for Alternative Dispute Resolution

Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers

[Dkt. No. 44450] (the "Motion");

WHEREAS, on June 12, 2014, the Objector filed a joint objection to the Motion [Dkt.

No. 44673] (the "Objection");

WHEREAS, a hearing on the motion is scheduled for June 19, 2014 at 10:00 a.m. (the

"Hearing Date");

WHEREAS, the Parties wish to adjourn the Hearing Date with respect to the Objection,

as well as the Motion's application to the Objector, until the next regularly scheduled omnibus

hearing date in these cases in accordance with the Case Management Procedures Order [Dkt. No.

9635] and the Eighteenth Notice of Establishment of Combined Omnibus and Claims Hearing

Dates [Dkt. No. 44174], or such other date as the Court may direct;

WHEREAS, LBHI intends to move forward with the Motion against parties not subject

to this Stipulation at the Hearing Date;

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1.    The Hearing Date for the Motion solely with respect to the Objector and the

Objection is adjourned until **July 16, 2014, at 10:00 a.m. (Eastern)**.

2.    This Stipulation is without prejudice, and the Parties expressly reserve any and all

rights, defenses, remedies, and claims that they may hold with respect to the Motion and the

Objection.  Any decision, judgment or order entered on the Motion by the Court prior to the

hearing date on the Objection shall not have any res judicata or collateral estoppel effect as to the

Objection.

3.    Nothing herein shall affect LBHI's right to prosecute the Motion as to all other

parties not subject to this Stipulation.


**IT IS SO-ORDERED:**
June 18, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

Dated: New York, New York
   June 18, 2014

WOLLMUTH MAHER & DEUTSCH LLP


By:   /s/James N. Lawlor
    James N. Lawlor
    Adam M. Bialek

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Special Counsel for Debtors*

Dated:  Princeton, New Jersey
   June 18, 2014

SAUL EWING LLP


By:   /s/Francis X. Riley III
    Francis X. Riley III

750 College Road East
Princeton, New Jersey 08540
Tel: (609) 452-3100
Fax: (609) 452-3122

*Counsel for Objector*