UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>**Debtors**. | Chapter 11<br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

### ORDER OVERRULING DEBTORS' OBJECTION TO CMBS CLAIMS AND DENYING REQUEST FOR SUBORDINATION PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE

Upon Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code, dated April 25, 2013 [ECF No. 36882]; Response of Federal Home Loan Bank of Pittsburgh to Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code, dated July 25, 2013 [ECF No. 39014]; letters filed by Federal Home Loan Bank of Pittsburgh dated May 12, 2014 [ECF No. 44285] and June 3, 2014 [ECF No. 44501]; and upon all other pleadings filed in this matter; and upon the record of and for the reasons stated at the June 9, 2014 hearing before the Court and subject to the Court's right to memorialize its findings of fact and conclusions of law in a memorandum decision; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that Debtors' Objection to CMBS Claims is OVERRULED and Debtors' Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code is DENIED.

Dated: June 18, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE