UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                      :    Chapter 11 Case No.
                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                               :
              Debtors.                                                :    (Jointly Administered)
-------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 107 OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 9018 AUTHORIZING THE PLAN
ADMINISTRATOR TO FILE CERTAIN INFORMATION UNDER SEAL
IN CONNECTION WITH THE PLAN ADMINISTRATOR'S OPPOSITION
TO THE CANARY WHARF CLAIMANTS' MOTION FOR SUMMARY
JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon the motion, dated May 22, 2014 (the "Motion"),[1] of the Plan Administrator, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for authorization to (i) file the Confidential Exhibits under seal and (ii) to redact those portions of the Opposition and Cross-Motion that refer to the Confidential Exhibits, and directing that such materials shall remain confidential and under seal, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the parties having conferred as instructed by the Court and agreed to redact only portions of certain Confidential Exhibits, which proposed redactions were provided to the Court on June 12, 2014 (the redacted portions of such Confidential Exhibits, the "Redacted Exhibits"), and to publicly file the remaining Confidential Exhibits in whole or in part; and the Court having reviewed the Motion and the Redacted Exhibits; and the Court having found that the legal and

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that the Plan Administrator is authorized to file the Redacted Exhibits under seal and to redact those portions of the Opposition and Cross-Motion that refer to Redacted Exhibits; and it is further

ORDERED that the Plan Administrator shall file on the docket any Confidential Exhibits, in whole or in part, that are not Redacted Exhibits and a revised version of its Opposition and Cross-Motion that only redacts references to the Redacted Exhibits; and it is further

ORDERED that the Redacted Exhibits and the unredacted Opposition and Cross-Motion shall remain under seal and shall not be made available to anyone, other than as provided for in this Order, without the consent of the party that produced the relevant Redacted Exhibit or without further order of the Court; and it is further

ORDERED that the Clerk of the Court shall treat the Redacted Exhibits as confidential, and counsel for the Plan Administrator shall contact the Clerk's Office regarding the return or disposition of the Redacted Exhibits and unredacted Opposition and Cross-Motion at the conclusion of the contested matter; and it is further

ORDERED that to the extent the Redacted Exhibits are attached or referred to in any future pleading or document filed with the Court relating to this contested matter, this Order shall apply to such pleading or document; and it is further

ORDERED that this Order is without prejudice to the rights of any party in

interest or the Office of the United States Trustee to seek to make public any portion of the pleadings and/or documents filed under seal pursuant to this Order by filing an appropriate motion with the Court on proper notice to the Plan Administrator, Canary Wharf and any third party who produced a confidential document that is proposed to be made public; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: June 18, 2014
New York, New York

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE