**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **Case No. 08-13555 (SCC)** |
| **Debtors.** | : | |

**STIPULATION FOR ADJOURNMENT OF THE HEARING ON MOTION OF DEBTORS FOR INDEMNIFICATION ADR ORDER WITH RESPECT TO PLAZA HOME MORTGAGE INC.**

This Stipulation is entered into by and between Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, for LBHI and certain of its subsidiaries (collectively, the "Debtors"), and Plaza Home Mortgage Inc. (the "Objector" and together with the Debtors, the "Parties").

RECITALS

WHEREAS, on May 29, 2014, LBHI filed the Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Dkt. No. 44450] (the "Motion");

WHEREAS, on June 12, 2014, the Objector filed an objection to the Motion [Dkt. No. 44674] (the "Objection");

WHEREAS, a hearing on the motion is scheduled for June 19, 2014 at 10:00 a.m. (the "Hearing Date");

WHEREAS, the Parties wish to adjourn the Hearing Date with respect to the Objection as well as the Motion's application to the Objector, until the next regularly scheduled omnibus hearing date in these cases in accordance with the Case Management Procedures Order [Dkt. No.

9635] and the Eighteenth Notice of Establishment of Combined Omnibus and Claims Hearing Dates [Dkt. No. 44174], or such other date as the Court may direct;

WHEREAS, LBHI intends to move forward with the Motion against parties not subject to this Stipulation at the Hearing Date;

NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:

1. The Hearing Date for the Motion solely with respect to the Objector and the Objection is adjourned until **July 16, 2014, at 10:00 a.m. (Eastern).**

2. This Stipulation is without prejudice, and the Parties expressly reserve any and all rights, defenses, remedies, and claims that they may hold with respect to the Motion and the Objection. Any decision, judgment or order entered on the Motion by the Court prior to the Hearing Date on the Objection shall not have any res judicata or collateral estoppel effect as to the Objection.

3. Nothing herein shall affect LBHI's right to prosecute the Motion as to all other parties not subject to this Stipulation.

Dated: New York, New York
June 18, 2014

WOLLMUTH MAHER & DEUTSCH LLP

By: ___/s/James N. Lawlor_____________
James N. Lawlor
Adam M. Bialek

500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Special Counsel for Debtors*

Dated: New York, New York
June 18, 2014

MAYER BROWN LLP

By: ____/s/Joaquin M. C de Baca__________
Michael O. Ware
Joaquin M. C de Baca

1675 Broadway
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel for Objector*

**IT IS SO-ORDERED:**
June 19, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE