**EXHIBIT A**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>              <u>Senator Global Opportunity Master Fund L.P.</u>
Name of Transferee                                                      Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known):  <u>67080</u>
should be sent:                                                                     Amount of Claim Transferred:  <u>$20,000,000.00</u>
                                                                                             Date Claim Filed:  <u>September 20, 2010</u>
c/o Goldman, Sachs & Co.                                                    Debtor:  <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Michelle Latzoni
Phone: 212-934-3921
Email: gsd.link@gs.com


Phone:_____             Phone:_____
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

835484v.2 3091/00566

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Michelle Latzoni   Date: 6/18/14
Name of Transferee/Transferee's Agent    Authorized Signatory

SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
By: Senator Master GP LLC, its General Partner

By: _____        Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

835484v.2 3091/00566

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By:_____          Date:_____
   Name of Transferee/Transferee's Agent

SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
By: Senator Master GP LLC, its General Partner

By:_____          Date:  6/18/14
   Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.