**EXHIBIT 3**

# CANARY WHARF
### GROUP PLC

GI3409cw

GEORGE IACOBESCU CBE
CHIEF EXECUTIVE OFFICER

27 January 2010

Mr Frank Bisignano
J.P.Morgan Chase & Co.
270 Park Avenue
New York
NY 10017

Mr George Ross
J.P.Morgan Chase & Co.
270 Park Avenue
New York
NY 10017

Dear Frank and George

Following our visit to New York we have met with Ed Joyce and David Walkinshaw here in London and we now have a clearer understanding of your three alternatives, namely :

- Continue with the construction of the Riverside complex, albeit on a reduced scale of approx 1.3 million square feet. In that connection we have made an alternative leasing proposal.

- Lease the ex Lehman building (25 Bank Street) and upgrade the building to JPM requirements and expand the current trading facility by adding another floor.

- Refurbish the existing JPM estate by relocating the data centres in 60 Victoria Embankment and dedicating that building entirely to trading and enhancing other buildings systems and fit out.

Frank, you asked us to "sharpen our pencils" on the two Canary Wharf alternatives. Since our return from New York we have been working very hard on some value engineering ideas on the Riverside complex to substantially reduce costs. We have also, since the meeting here with Bill Viets and the London team on 2 Dec 2009, looked at the legal and financing complexities surrounding the Lehman building, and are now prepared to take certain steps to make that building available to JPM quicker and with certainty from your perspective.

Canary Wharf Group plc
One Canada Square Canary Wharf London E14 5AB Tel: +44 (020) 7418 2000 Direct Tel: +44 (020) 7537 5050 Fax: +44 (020) 7418 2062
Registered in England and Wales No. 4191122

1

CONFIDENTIAL                                                                                                    CW0032604

From our conversations with Ed and David here in London, while we are not privy to the exact numbers, on an after tax NPV basis, no single alternative 'stands out' on a cost basis.

We would of course argue strongly, and believe it is acknowledged that objectively there are vast differences on a qualitative basis between the three alternatives with Riverside being the best qualitative long term solution to JPM's standards.



2

CONFIDENTIAL

CW0032605



We hope that you find both of these proposals compelling and that they differentiate themselves from the refurbishment option. We would welcome the opportunity to sit down with Ed and David to further analyse these proposals but we believe they offer clear advantages to JPM on the basis of cost, risk transfer, and most importantly the long term quality of the working environment and operational resilience.

Best regards

Enc:

cc   Bill Viets
     Ed Joyce
     David Walkinshaw

3

CONFIDENTIAL                                                                                       CW0032606

# KEY FINANCIAL TERMS FOR

# J P MORGAN

# ON 25 BANK STREET

27 January 2010
SUBJECT TO CONTRACT



Page 1 of 2

CONFIDENTIAL

CW0032607



Page 2 of 2

CONFIDENTIAL

CW0032608



CONFIDENTIAL