# EXHIBIT 4



# CANARY WHARF
## GROUP PLC

Our ref: CH100813.01/ca

13 August 2010

**BY COURIER**

Jeremy Clay Esq
Mayer Brown International LLP
201 Bishopsgate
London
EC2M 3AF

Dear Jeremy

**MOU**

Further to my email exchange yesterday afternoon with Bill Viets, I enclose the
original MOU signed by George Iacobescu as attached to the email I sent to Bill.
Please acknowledge safe receipt.

Best regards.

Yours sincerely

**Christopher Henderson**
**Group Legal Counsel**

Enc:

Cc:    Bill Viets – JPM (via email)

Canary Wharf Group plc
One Canada Square  Canary Wharf  London E14 5AB  Tel: +44 (020) 7418 2000  Fax: +44 (020) 7418 2222
Registered in England and Wales No. 4191122

CONFIDENTIAL



EXHIBIT
26
18 JUNE 2013

CW0001546



## MEMORANDUM OF UNDERSTANDING

## FOR THE GRANT OF A 999 YEAR LEASE OF

## 25 BANK STREET, CANARY WHARF, LONDON E14 ("PROPERTY")*

### *STRICTLY PRIVATE AND CONFIDENTIAL*

1.    **PARTIES**

1.1    **Seller** – HQCB Investments Limited (a Canary Wharf Group Company).

1.2    **Buyer** –JP Morgan Chase Bank, National Association (or Morgan Property Development Company Limited (or another company in the JPM group of companies) guaranteed by JP Morgan Chase Bank, National Association or by J.P. Morgan Chase & Co).

1.3    **CWCL** – Canary Wharf Contractors Limited, guaranteed by Canary Wharf Holdings Limited (**CWHL**).

2.    **TRANSACTION**

2.1    The parties will enter into agreements (**"Agreement"**) that provide for the following (**"Transaction"**):

2.1.1    The purchase by the Buyer of a 999 year head lease of the Property (**"Lease"**) subject to and with the benefit of the existing 999 year head lease dated 16 March 1998 (**"Existing Lease"**) and the entire issued share capital (**"Shares"**) of Heron Quays (HQ2) T1 Limited, Heron Quays (HQ2) T2 Limited and HQCB Properties (HQ2) Limited, being the legal and beneficial owners of the Existing Lease.

2.1.2    Completion of a Construction Management Agreement in relation to the carrying out of works at the Property as described in paragraph 6.





Heads of Terms_25 Bank_Street (PK comments)
060810

- 2 -

CONFIDENTIAL



Heads of Terms_25 Bank_Street (PK comments)
060810                                    - 3 -

CONFIDENTIAL

CW0001549



Heads of Terms_25 Bank_Street (PK comments)
060810

- 4 -

CONFIDENTIAL



Heads of Terms_25 Bank_Street (PK comments)          - 5 -
060810

CONFIDENTIAL                                                                    CW0001551



Heads of Terms_25 Bank_Street (PK comments)
060810                                                    - 6 -

CONFIDENTIAL



Heads of Terms_25 Bank_Street (PK comments)
060810                                    - 7 -

CONFIDENTIAL



Heads of Terms_25 Bank_Street (PK comments)
060810

- 8 -

CONFIDENTIAL

CW0001554



**HQCB Investments Limited**

By: _____

Name:  George Iacobescu

Title:  Director

Dated : 12 August 2010

**Canary Wharf Contractors Limited**

By: _____

Name:  George Iacobescu

Title:  Director

Dated : 12 August 2010

**Canary Wharf Holdings Limited**

By: _____

Name:  George Iacobescu

Title:  Director

Dated : 12 August 2010

Heads of Terms_25 Bank_Street (PK comments)
060810

- 9 -

CONFIDENTIAL