# EXHIBIT 5

25 Bank Street - Without Prejudice                                                                 Page 1 of 4

## Pamela Kendall

| | |
|---|---|
| **From:** | Sarah.Dawson@CliffordChance.com |
| **Sent:** | 23 September 2010 18:25 |
| **To:** | katie.bradford@Linklaters.com |
| **Cc:** | Tony.Briam@CliffordChance.com; beatrice.taylor@linklaters.com; Pamela Kendall |
| **Subject:** | RE: 25 Bank Street - Without Prejudice |

Katie
Thank you and I have added responses to the two points you have raised below.
Kind regards
Sarah

Sarah Dawson
Clifford Chance LLP
10 Upper Bank Street, London, E14 5JJ
Direct Dial: +44 (0)20 7006 4322
Mobile: +44 (0)7919 227286
sarah.dawson@cliffordchance.com

---

**From:** Bradford, Katie [mailto:katie.bradford@Linklaters.com]
**Sent:** 23 September 2010 18:11
**To:** Dawson, Sarah (Real Estate-LON)
**Cc:** Briam, Tony (Real Estate-LON); Taylor, Beatrice; $Kendall, Pamela of Canary Wharf
**Subject:** RE: 25 Bank Street - Without Prejudice

Dear Sarah , thankyou. Beatrice and I shall review and come back to you.

2 quick points

- I am not sure I understand how the claim against LBHI can continue at all- I refer to the surety covenants in the lease which includes agreement by your clients to keep mine notified on claims etc against the surety so please bring us up to date on any ongoing discussions. Please liaise with Mike Jervis as I understand that he is aware of the position.

-as to management after 30 September, I am again unclear; my clients have made it clear that they wil not appoint your clients as agents to manage from 1 October; you will have seen that correspondence; no other proposal has been made by your clients- so if there is no agreed surrender by 30 September, my clients will proceed to close down the building. My clients discussed with Mike Jervis on 26 August that the sensible course of action would be to seek to agree the surrender documentation at the same time as a form of letter to be exchanged relating to the management of the building as from 30 September if a surrender could not be completed by that date. As Mike Jervis is aware, my clients require securitisation trustee consent to complete a surrender and so may not be in a position to complete a surrender on 30 September. A form of letter is being prepared which I will send to you for your clients' approval..

Yours
katie

**Katie Bradford**
*Partner, Property and Finance Litigation*
**Linklaters LLP**
Tel: (44) 207 456 4234
Fax:(44) 207 456 2222
katie.bradford@linklaters.com

http://www.linklaters.com

23/09/2010


EXHIBIT 28
18 JUNE 2013

CONFIDENTIAL                                                                                                   CW0000480

25 Bank Street - Without Prejudice                                           Page 2 of 4

*Go to* www.linklaters.com/disputetoolkit *-for free litigation and arbitration advice*

---

**From:** Sarah.Dawson@CliffordChance.com [mailto:Sarah.Dawson@CliffordChance.com]
**Sent:** 23 September 2010 17:48
**To:** Bradford, Katie
**Cc:** Tony.Briam@CliffordChance.com; Taylor, Beatrice; pamela.kendall@canarywharf.com
**Subject:** RE: 25 Bank Street - Without Prejudice

Katie

Apologies for the delay, but please see attached our proposed mark-up of the draft agreement for your consideration.

I understand that the claim against the US guarantor is being dealt with separately in the US.

I will be in touch further with respect to the proposed exchange of letters relating to the management of the building following 30 September if a surrender has not been completed.

Kind regards
Sarah


Sarah Dawson
Clifford Chance LLP
10 Upper Bank Street, London, E14 5JJ
Direct Dial: +44 (0)20 7006 4322
Mobile: +44 (0)7919 227286
sarah.dawson@cliffordchance.com

---

**From:** Bradford, Katie [mailto:katie.bradford@Linklaters.com]
**Sent:** 23 September 2010 16:46
**To:** Bradford, Katie; Dawson, Sarah (Real Estate-LON)
**Cc:** Briam, Tony (Real Estate-LON); Taylor, Beatrice; $Kendall, Pamela of Canary Wharf
**Subject:** RE: 25 Bank Street - Without Prejudice

Dear Sarah

Are you proposing to respond on the draft documents? For different reasons Beatrice and I are out of the office/engaged in meetings/court next week so if you are aiming to respond, it would be helpful to know the timing you propose

with best wishes
katie

**Katie Bradford**
*Partner, Property and Finance Litigation*
**Linklaters LLP**
Tel: (44) 207 456 4234
Fax:(44) 207 456 2222
katie.bradford@linklaters.com

http://www.linklaters.com
*Go to* www.linklaters.com/disputetoolkit *-for free litigation and arbitration advice*

---

23/09/2010

CONFIDENTIAL                                                                 CW0000481

25 Bank Street - Without Prejudice                                              Page 3 of 4

**From:** Bradford, Katie
**Sent:** 22 September 2010 14:23
**To:** 'Sarah.Dawson@CliffordChance.com'
**Cc:** Tony.Briam@CliffordChance.com; Taylor, Beatrice; pamela.kendall@canarywharf.com
**Subject:** RE: 25 Bank Street - Without Prejudice

Dear Sarah

I was out Monday and in meetings yesterday so apologies for my delayed reply. I am sorry that I do not fully understand your point- once the lease is ended by surrender, in law claims under the lease in respect of future rent, must end- whether against a principal ( the tenant) or its guarantor. So if a surrender is agreed, there is no claim over to be pursued or saved. Or do I misunderstand your point?

In case there is a misunderstanding, may I suggest that your client responds with all/any points it has on the surrender documents so our clients can consider them as a whole - it is over a week since Mike wrote and, with month end approaching, it would be helpful to have your comments as soon as possible if your client wishes to avoid close down of the Building.In the meantime, my clients are continuing to liaise with your clients in case there is a handover of control but also are preparing to close down the building, in case there is no agreed acceptance of the offer to surrender.

yours sincerely

**Katie Bradford**
*Partner, Property and Finance Litigation*
**Linklaters LLP**
Tel: (44) 207 456 4234
Fax:(44) 207 456 2222
katie.bradford@linklaters.com

http://www.linklaters.com
*Go to* www.linklaters.com/disputetoolkit *-for free litigation and arbitration advice*

---

**From:** Sarah.Dawson@CliffordChance.com [mailto:Sarah.Dawson@CliffordChance.com]
**Sent:** 20 September 2010 12:00
**To:** Bradford, Katie
**Cc:** Tony.Briam@CliffordChance.com; Taylor, Beatrice; pamela.kendall@canarywharf.com
**Subject:** 25 Bank Street - Without Prejudice

Katie

We have been passed a copy of the draft agreement for surrender that was sent by your clients to Canary Wharf.

We understand that our clients have been assured by Mike Jervis that any surrender would be structured in such a way so as to preserve our client's claims against the US guarantor. This is not reflected in the draft agreement that has been provided and so please could you confirm that you have received instructions to this effect and let me have details as to how it is proposed that the surrender be structured so as to deal with this point.

Kind regards

Sarah

23/09/2010

25 Bank Street - Without Prejudice                                  Page 4 of 4

Sarah Dawson

Clifford Chance LLP

10 Upper Bank Street, London, E14 5JJ

Direct Dial: +44 (0)20 7006 4322

Mobile: +44 (0)7919 227286

sarah.dawson@cliffordchance.com

This message and any attachment are confidential and may be privileged or otherwi
If you are not the intended recipient, please telephone or email the sender and d
attachment from your system. If you are not the intended recipient you must not
or disclose the contents to any other person.

Clifford Chance LLP is a limited liability partnership registered in England & Wa
The firm's registered office and principal place of business is at 10 Upper Bank
For further details, including a list of members and their professional qualifica
at www.cliffordchance.com. The firm uses the word 'partner' to refer to a member
an employee or consultant with equivalent standing and qualifications. The firm i
The Authority's rules can be accessed by clicking on the following
link: http://www.sra.org.uk/code-of-conduct.page

Clifford Chance as a global firm regularly shares client and/or matter-related da
offices and support entities in strict compliance with internal control policies
Incoming and outgoing email communications may be monitored by Clifford Chance, a

For further information about Clifford Chance please see our website at http://ww
to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax: +44 20 7006 5555

To contact any other office http://www.cliffordchance.com/about_us/find_people_an

Any business communication, sent by or on behalf of Linklaters LLP or one of its affiliated firms or other entities (together "Linklaters"), is confidential and may be privileged or otherwise protected. If you receive it in error please inform us and then delete it from your system. You should not copy it or disclose its contents to anyone. Messages sent to and from Linklaters may be monitored to ensure compliance with internal policies and to protect our business. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks.

Linklaters LLP is a limited liability partnership registered in England and Wales with registered number OC326345. It is a law firm regulated by the Solicitors Regulation Authority (www.sra.org.uk). The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. Please refer to www.linklaters.com/regulation for important information on our regulatory position.

A list of Linklaters LLP members together with a list of those non-members who are designated as partners and their professional qualifications, may be inspected at our registered office, One Silk Street, London EC2Y 8HQ and such persons are either solicitors, registered foreign lawyers or European lawyers.

[CC]70-40394288[/CC]

23/09/2010

CONFIDENTIAL                                                                                              CW0000483