**EXHIBIT   6**

Lehman

## Pamela Kendall

| | |
|---|---|
| **From:** | Tony.Briam@CliffordChance.com |
| **Sent:** | 27 September 2010 15:44 |
| **To:** | katie.bradford@Linklaters.com; Sarah.Dawson@CliffordChance.com; beatrice.taylor@linklaters.com |
| **Cc:** | tina.lockwood@linklaters.com; Pamela Kendall |
| **Subject:** | Re: 25 Bank Street - without prejudice |

Katie/Beatrice - I'm in a meeting with Canary Wharf at present - please can one of you call me on my mobile 07785700156 urgently?
Thanks very much.
Tony

---

**From:** Bradford, Katie <katie.bradford@Linklaters.com>
**To:** Dawson, Sarah (Real Estate-LON); Briam, Tony (Real Estate-LON); Taylor, Beatrice <beatrice.taylor@linklaters.com>
**Cc:** Lockwood, Tina <tina.lockwood@linklaters.com>; $Kendall, Pamela of Canary Wharf
**Sent:** Mon Sep 27 15:05:35 2010
**Subject:** RE: 25 Bank Street - without prejudice

Just a quick one

clause 9.4 is important to the administrators. After all, if CWG agree a claim with LBHI, then LBHI can reclaim from LBL, so LBL needs to settle all the claims now. If your clients are pursuing something diferent with LBHI then we need to understand and approve it in the context of this deal; which brings us back to the US court and LBHI- what is being put to the court and when please?

and what is the likely timing on the consent from the security levels?

Timing is important in terms of what arrangements may be possible on and after 1 October.


many thanks
katie

---

**From:** Sarah.Dawson@CliffordChance.com [mailto:Sarah.Dawson@CliffordChance.com]
**Sent:** 27 September 2010 14:50
**To:** Tony.Briam@CliffordChance.com; Taylor, Beatrice
**Cc:** Bradford, Katie; Lockwood, Tina; pamela.kendall@canarywharf.com
**Subject:** RE: 25 Bank Street - without prejudice

Dear Béatrice

Further to Tony's voicemail message, please see attached the draft agreement with our further comments in manuscript.

Just to add:

1. We will need some comfort in the agreement that Lehman Brothers Lease & Financing No.1 Limited no-longer has any interest in the assets. You will see that I have reinstated the warranty in clause 6.5 that deals with this issue. If the Administrators are unwilling to warrant that Lehman Brothers Lease & Financing No.1 Limited has no interest, such company should be joined as a party so that it can provide such confirmation.
2. Mike Jervis has confirmed to Canary Wharf that the benefit of any guarantees and warranties will be

28/09/2010



EXHIBIT
29
18 JUNE 2013

CONFIDENTIAL

CW0000587

assigned. Therefore, I have reinstated the relevant provisions and please could you provide details of them.

3. With respect to clauses 6.5, 6.6 and the final wording of clause 7.1, we are only seeking confirmation in respect of matters that the Administrators have themselves been a party to and so the Administrators should be aware of any such matters and be in a position to disclose them or confirm there are none.

4. I have amended paragraph (i) in clause 15.2 with respect to employees, as it may be that details of employees would need to be disclosed (especially in view of TUPE).

5. Given that Canary Wharf are not entering into the agreement until approval from the US court of the settlement of the claims against LBHI and LBHI is not a party to this agreement, I have deleted clause 9.4

If there are any points you would like to discuss, please let me know.

I also attach for your approval the draft TR1 for the surrender of the lease and a draft deed of surrender in relation to the car parking agreement.

Kind regards
Sarah

Sarah Dawson
Clifford Chance LLP
10 Upper Bank Street, London, E14 5JJ
Direct Dial: +44 (0)20 7006 4322
Mobile: +44 (0)7919 227286
sarah.dawson@cliffordchance.com

---

**From:** Briam, Tony (Real Estate-LON)
**Sent:** 26 September 2010 18:35
**To:** 'Taylor, Beatrice'
**Cc:** Dawson, Sarah (Real Estate-LON); Bradford, Katie; Lockwood, Tina
**Subject:** RE: 25 Bank Street - without prejudice

Dear Beatrice

Thank you for this, and I've reported to Canary Wharf on it. I'll be in touch again tomorrow once I have their instructions.

In the meantime, following on from our conversation on Friday, I confirm that it will be impossible for CW to take a surrender on 30 September, due to the necessity for securitisation approval and approval from the US court of the settlement of the claims against LBHI (although it is hoped that these approvals will be forthcoming reasonably shortly).

To that end, it appears sensible from both sides points of view for the arrangements after 30 September to be the subject of an exchange of letters. It is accepted that CW's involvement in the management of the building after 30 September would be entirely at its risk and cost (although it should receive any service charge paid by the subtenants for that period). This is therefore a matter we wish to discuss further tomorrow.

Kind regards

Tony Briam
Clifford Chance LLP
10 Upper Bank Street

28/09/2010

CONFIDENTIAL

London E14 5JJ
Direct Dial    +44 (0)20 7006 4004
Switchboard +44 (0)20 7006 1000
Fax            +44 (0)20 7006 5555

mailto: tony.briam@cliffordchance.com

---

**From:** Taylor, Beatrice [mailto:beatrice.taylor@linklaters.com]
**Sent:** 24 September 2010 19:55
**To:** Briam, Tony (Real Estate-LON)
**Cc:** Dawson, Sarah (Real Estate-LON); Bradford, Katie; Lockwood, Tina
**Subject:** 25 Bank Street - without prejudice

Dear Tony

Further to our telephone conversation, please see attached mark-up of the Agreement for Surrender which remains subject to our client's comments. Your changes were initially fed into the document and then our mark-up of those amendments is shown in blacklining.

As discussed, and in accordance with the Administrators' position communicated to your clients over a period of time, there will be no opportunity for any of the Canary Wharf companies to manage the building as licensee or agent for LBL following 30 September. Either there will be an agreed and completed surrender and your client will control the building or else it will be shut down on 30 September. We have therefore not commented on your proposed Management Letter.

With regard to assets in the building, any right, title and interest in these owned by Lehman Brothers Lease & Financing No.1 Limited was expressly transferred to LBL in March this year, and therefore this company will not be a party to the Agreement.

Will you be preparing the draft TR1 and Deed of Surrender for review and are you proposing to prepare an inventory? We look forward to hearing from you with any final comments on the Agreement.

Kind regards
Béatrice

**Béatrice Taylor**
*Managing Associate, Real Estate*
**Linklaters LLP**, London

Tel: (44-20) 7456 4825
Fax: (44-20) 7456 2222
beatrice.taylor@linklaters.com

http://www.linklaters.com

---

Any business communication, sent by or on behalf of Linklaters LLP or one of its affiliated firms or other entities (together "Linklaters"), is confidential and may be privileged or otherwise protected. If you receive it in error please inform us and then delete it from your system. You should not copy it or disclose its contents to anyone. Messages sent to and from Linklaters may be monitored to ensure compliance with internal policies and to protect our business. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks.

Linklaters LLP is a limited liability partnership registered in England and Wales with registered number OC326345. It is a law firm regulated by the Solicitors Regulation Authority (www.sra.org.uk). The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. Please refer to www.linklaters.com/regulation for important information on our regulatory position.

A list of Linklaters LLP members together with a list of those non-members who are designated as partners and their professional qualifications, may be inspected at our registered office, One Silk Street, London EC2Y 8HQ and such persons are either solicitors, registered foreign lawyers or European lawyers.

28/09/2010