# EXHIBIT 7

Message                                                                    Page 1 of 3

## Pamela Kendall

**From:** George Iacobescu
**Sent:** 25 November 2010 14:18
**To:** Pamela Kendall
**Subject:** FW: 25 Bank Street

---

**From:** George Iacobescu
**Sent:** 25 November 2010 13:50
**To:** christopher.coombe@Linklaters.com
**Subject:** FW: 25 Bank Street

WITHOUT PREJUDICE

25 Bank Street

Dear Christopher

Please see the attached email from Katie Bradford. I read this in sorrow rather than anger but given our discussions of the day before yesterday and the lack of progress this email represents to say I was disappointed is an understatement.

I am astonished by Katie's question as to what is driving our timetable and her statement that she thinks "its fair to ask [us] please to explain". Isn't it self evident that we have an empty building that we need to get back as soon as possible and are suffering enormous losses which we are unable to mitigate, while you hold up the documentation? Mitigation of losses should be a primary concern of your client as well as yours. What further explanation does Katie need? Your colleagues have now had the draft documentation for 2 weeks and failed to provide us with a proper response.

Further, Katie's focus on the peripheral issues of Nomura and timetable dances around the fundamental issue here. The 30th September discussions (in which as I explained to you PWC used strong arm tactics (and I am being polite) where we had no choice but to intervene in managing the building to protect health and safety of its occupiers, the value of our asset and the insurance of the building) were predicated on the basis that the US claim was not jeopardised. The draft documentation of 12th November reflects that fundamental requirement.

I trust that I can expect a comprehensive and constructive response by close of play.

Kind regards

George Iacobescu

---

**From:** Bradford, Katie [mailto:katie.bradford@Linklaters.com]
**Sent:** 24 November 2010 17:33
**To:** Briam, Tony (Real Estate-LON); 'beatrice.taylor@linklaters.com'
**Cc:** Hatton, Benjamin (Real Estate-LON)
**Subject:** Re: 25 Bank Street

Dear Tony

Beatrice is out today and the rest of the week. I was in court Monday/Tuesday but asked Beatrice to leave with me her comments on the draft. She was able to review it late last night. Unfortunately I have been laid up at home today with a severe migraine so have not been able to review and have only just seen your message. My intention is to respond to you tomorrow so that we can focus on points of principle going forward, agreeing the drafting as far as possible.

In that connection, could you set out your client's position on the Nomura documents- are we going to see them (and when)?

On the Cwg claim against Lbl, I have been discussing with my clients whether and how we can accomodate this request to change the in principle deal struck 30 September, without prejudicing my client. We have one or two thoughts but need time to consider them.

We have been (collectively) receiving calls from your client and your firm over the past few days, and deduce that your client has an urgent timetable but we have been given no indication as to what that timetable is, and what is driving it. I think its fair to ask you please to explain.

I hope we can make real progress over the next couple of days.

With best wishes
Katie

Katie Bradford
Linklaters LLP

---

**From**: Pam.Sansom@CliffordChance.com <Pam.Sansom@CliffordChance.com>
**To**: 'beatrice.taylor@linklaters.com' <'beatrice.taylor@linklaters.com'>; Bradford, Katie
**Cc**: Benjamin.Hatton@CliffordChance.com <Benjamin.Hatton@CliffordChance.com>
**Sent**: Wed Nov 24 15:53:25 2010
**Subject**: 25 Bank Street

Beatrice –

Following the voicemail you left for me last night, given the meeting tomorrow with PWC, I would be grateful if we could have a response by close of play today as to whether the draft Surrender Agreement is approved in terms of an acknowledged claim of £262.5m.

If you (or one of your colleagues) cannot let us have such an approval, it would be useful for us to understand the reasons.

Thank you and regards.

Tony Briam

Partner

Clifford Chance LLP

10 Upper Bank Street, London, E14 5JJ

Direct Dial:  +44 (0)20 7006 4004

tony.briam@cliffordchance.com

25/11/2010

CONFIDENTIAL                                                                CW0000813