# EXHIBIT 11

## Caroline Aziton

| | |
|---|---|
| **From:** | George Iacobescu |
| **Sent:** | 28 October 2010 18:25 |
| **To:** | Simon Waugh; Russell Lyons; Martin Precious; Paul Stallard; Christopher Henderson; Pamela Kendall; Rhys Thomas; 'Tony Jordan'; Richard Archer |
| **Subject:** | FW: |

| | |
|---|---|
| **From:** | George Iacobescu |
| **Sent:** | 28 October 2010 18:24 |
| **To:** | 'Sir Martin Jacomb'; Peter Anderson; 'Falls, Robert'; 'levcapital@aol.com'; 'Midgen, Alex'; 'ceo@qatarholding.qa'; 'Niles, Brian' |
| **Cc:** | John Garwood |
| **Subject:** | |

Please find attached the memo regarding the proposed transactions regarding 25 Bank Street (Lehman building) and JPM.  Please note that this memo should be treated as highly confidential and not be distributed as the terms of this potential transaction becoming public would be significantly damaging to the execution of the transaction itself.

George

  

BoardmemJPMBDF Schedule1.xls (21  Schedule2.xls (30
(3).doc (187 KB...        KB)                  KB)

1

CONFIDENTIAL

**EXHIBIT**
33
18 June 2013

CW0019134

# CANARY WHARF GROUP PLC

## Memorandum

| | | | |
|---|---|---|---|
| To: | **Board of Directors** | Date: | **28 October 2010** |

From: **George Iacobescu**
        **Peter Anderson**             **HIGHLY CONFIDENTIAL**
        **Simon Waugh**              **NOT FOR DISTRIBUTION**

cc:     John Garwood / Martin Precious / Russell Lyons
       Christopher Henderson / Pamela Kendall / Rhys Thomas
       Paul Stallard / Richard Archer / Tony Jordan

Topic:   **Asset Substitution and Sale of 25 Bank Street (Lehman) ("HQ2")**

---

As the Board is aware, as of 30th September, Nomura have vacated HQ2 and the building is currently substantially unoccupied with approximately 90% unlet. Although the lease remains vested in Lehman, PWC (as administrators) have abandoned the building, rejecting any liability for rental payments, on going maintenance or for the provision of building services going forward. To avoid any deterioration of the building and to ensure provision of services for our 4 floors of sub-tenants, we have stepped in temporarily to provide services although the cost of running the building for such a small amount of space is highly inefficient.

Redacted

Redacted

Redacted

Redacted

Redacted

1

CONFIDENTIAL

# CANARY WHARF GROUP PLC
## Memorandum



2

CONFIDENTIAL

# CANARY WHARF GROUP PLC
## Memorandum



3

CONFIDENTIAL

CW0019137

# CANARY WHARF GROUP PLC
## Memorandum



4

CONFIDENTIAL

CW0019138

# CANARY WHARF GROUP PLC
Memorandum



Redacted

Redacted

Redacted

5

CONFIDENTIAL

# CANARY WHARF GROUP PLC
Memorandum



6

CONFIDENTIAL

CW0019140

# CANARY WHARF GROUP PLC
Memorandum



7

CONFIDENTIAL

CW0019141

# CANARY WHARF GROUP PLC
Memorandum



8

CONFIDENTIAL

CW0019142

# CANARY WHARF GROUP PLC
Memorandum



9

CONFIDENTIAL

CW0019143



CONFIDENTIAL

CW0019144



CONFIDENTIAL

CW0019145