# EXHIBIT 13

Message  Page 1 of 2

## Angela Emery

**From:** Pamela Kendall
**Sent:** 15 November 2010 09:54
**To:** Christopher Henderson
**Subject:** FW: Lehman Brothers Holdings Inc - Chapter 11 Proceedings

See below
-----Original Message-----
**From:** George Iacobescu
**Sent:** 13 November 2010 16:53
**To:** 'dehrmann@alvarezandmarsal.com'; 'Jennifer.DeMarco@CliffordChance.com'
**Cc:** Peter Anderson; Simon Waugh; Pamela Kendall
**Subject:** Re: Lehman Brothers Holdings Inc - Chapter 11 Proceedings

Daniel ,

Thank you. Yes we are moving forward on the US motion. CC are sending back some minor and hopefully uncontroversial comments and hopefully we can close it early this week. Pam is out of email reception today but she will pick it up first thing Monday.
Best regards
George

-----------------------------------

Sent from my Blackberry Wireless Handheld

*********************************************

****************************
This email transmission is privileged, confidential and intended solely for the person or organisation to which it is addressed. If you are not the intended recipient, you must not copy, distribute or disseminate the information, or take any action in reliance of it. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of Canary Wharf Group plc. If you have received this message in error please notify Canary Wharf Group immediately on postmaster@canarywharf.com. All messages passing through this gateway are checked for viruses but we strongly recommend that you check for viruses using your own virus scanner as Canary Wharf Group plc will not take responsibility for any damage caused as a result of virus infection.
****************************

**From:** Ehrmann, Daniel <dehrmann@alvarezandmarsal.com>
**To:** Pamela Kendall; Jennifer.DeMarco@CliffordChance.com <Jennifer.DeMarco@CliffordChance.com>
**Cc:** George Iacobescu; Peter Anderson; Simon Waugh
**Sent:** Fri Nov 12 19:28:50 2010
**Subject:** RE: Lehman Brothers Holdings Inc - Chapter 11 Proceedings

Sounds like good news. So you can move forward on the US motion? Thanks D

**From:** Pamela Kendall [mailto:Pamela.Kendall@CanaryWharf.com]
**Sent:** Friday, November 12, 2010 2:17 PM
**To:** Ehrmann, Daniel; Jennifer.DeMarco@CliffordChance.com
**Cc:** George Iacobescu; Peter Anderson; Simon Waugh
**Subject:** Lehman Brothers Holdings Inc - Chapter 11 Proceedings

Daniel/ Jennifer
Further to the call earlier this week, just to let you know that we have returned the draft surrender documentation to the lawyers acting for Lehman Brothers Limited (in administration) and that it provides for acknowledgement/

15/11/2010


EXHIBIT 35
18 Junt 2013

CONFIDENTIAL                                      CW0011679

preservation of our claim in the sum of £262.5m.

Kind regards
Pamela



THE SUNDAY TIMES
BEST GREEN COMPANIES
2010

Canary Wharf Group plc
Registered Office: One Canada Square  Canary Wharf  London  E14 5AB
Registered in England and Wales No. 4191122

*************************************************************************
This email transmission is privileged, confidential and intended
solely for the person or organisation to which it is addressed.
If you are not the intended recipient, you must not copy,
distribute or disseminate the information, or take any action in
reliance of it. Any views expressed in this message are those
of the individual sender, except where the sender specifically
states them to be the views of Canary Wharf Group plc. If you
have received this message in error please notify
Canary Wharf Group immediately on postmaster@canarywharf.com.
All messages passing through this gateway are checked for viruses
but we strongly recommend that you check for viruses using your
own virus scanner as Canary Wharf Group plc will not take
responsibility for any damage caused as a result of virus infection.
*************************************************************************

---

This e-mail and all attachments have been scanned by the HighSpeed Office virus scanning service
powered by MessageLabs and no known viruses were detected.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments
transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to
whom they are addressed. This email may contain legally privileged or confidential information and may
not be disclosed or forwarded to anyone else without authorization from the originator of this email. If
you have received this email in error, please notify the sender immediately and delete all copies from
your system.

*************************************************************************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
*************************************************************************

15/11/2010

CONFIDENTIAL                                                                    CW0011680