# EXHIBIT   14

## Pamela Kendall

| | |
|---|---|
| **From:** | Pamela Kendall |
| **Sent:** | 24 November 2010 10:43 |
| **To:** | George Iacobescu |
| **Cc:** | Peter Anderson; Simon Waugh; Christopher Henderson |
| **Subject:** | FW: 25 Bank Street |

George..............................................Redacted...........................................

Regards
Pamela
-----Original Message-----
**From:** Pamela Kendall
**Sent:** 24 November 2010 10:41
**To:** 'Ehrmann, Daniel'; Cash, Debra
**Subject:** RE: 25 Bank Street

Daniel, Deb - I have asked Clifford Chance to send the draft surrender documentation to Weil Gotshall in London - as previously stated this provides for a preservation of the claim in the sum of £262.5m so it has no impact on the guarantee. Please note that provision of the document will be made on a strict confidentiality basis. As far a Clifford Chance were aware they had addressed all the questions posed by Weil Gotshall on a call a week ago so it is disappointing to find that they are not in a position to report and we do not want to find that we miss the December 15th date because of this delay. Stating the obvious, we could have provided the surrender agreement a week ago. Can you please ensure that the stipulation is filed in time to make the next Lehman hearing date on the 15th

Kind regards

Pamela

> -----Original Message-----
> **From:** Ehrmann, Daniel [mailto:dehrmann@alvarezandmarsal.com]
> **Sent:** 23 November 2010 19:21
> **To:** Cash, Debra; Pamela Kendall
> **Subject:** RE: 25 Bank Street
>
>
> Deb – I apologize for the slight delay but our US counsel needs to feel comfortable about the effect of this termination agreement – this should be done beginning of next week – D

---

**From:** Cash, Debra
**Sent:** Tuesday, November 23, 2010 1:51 PM
**To:** Pamela Kendall
**Cc:** Ehrmann, Daniel
**Subject:** RE: 25 Bank Street

Pamela-

Our counsel in the UK will be reaching out to Clifford Chance in the UK to obtain a copy of the draft surrender agreement. We would like to make sure we understand the impact, if any, that such arrangement has on the guarantee prior to executing the stipulation. I will provide you with an update once they have had a chance to review.

Regards,

24/11/2010



EXHIBIT
36
18 JUNE 2013

CW0016742

Deb

**From:** Pamela Kendall [mailto:Pamela.Kendall@CanaryWharf.com]
**Sent:** Tuesday, November 23, 2010 12:10 PM
**To:** Ehrmann, Daniel; Cash, Debra
**Subject:** RE: 25 Bank Street

Great thank you. Will call at 12.40 NY time.

Kind regards

*Pamela Kendall*
*Legal Counsel*
*Tel: 020 7418 2303*
*Fax: 020 7418 2195*

-----Original Message-----
**From:** Ehrmann, Daniel [mailto:dehrmann@alvarezandmarsal.com]
**Sent:** 23 November 2010 17:02
**To:** Pamela Kendall; Cash, Debra
**Subject:** Re: 25 Bank Street

No am in meetings - in 30 min may work

Daniel J. Ehrmann
Managing Director
Alvarez & Marsal
646 285 9556
917 660 1069

**From:** Pamela Kendall <Pamela.Kendall@CanaryWharf.com>
**To:** Ehrmann, Daniel; Cash, Debra
**Sent:** Tue Nov 23 12:00:35 2010
**Subject:** 25 Bank Street

George, Peter and I would like to have a quick call with you. Are you available now? Should we call your office?

Kind regards.

*Pamela Kendall*
*Legal Counsel*
*Tel: 020 7418 2303*
*Fax: 020 7418 2195*



Canary Wharf Group plc

24/11/2010

CW0016743