# EXHIBIT 15

**Received(Date):** Wed, 02 Nov 2011 10:49:18 -0500
linked_image001_D3CDD553-B0ED-49CE-88B3-A0434A501B69.jpg

| | |
|---|---|
| **From:** | Krasnow, Richard <richard.krasnow@weil.com> |
| **Sent:** | Wednesday, November 24, 2010 6:30 PM (GMT) |
| **To:** | Jennifer.DeMarco@CliffordChance.com |
| **Cc:** | Del Nido, Erika <Erika.delNido@weil.com> |
| **Subject:** | FW: Lehman - LBL/Canary Wharf Lease |

Jennifer,

We have just been provided with a copy of the story below that appears in today's FT online. We will need to have an understanding as to the impact of, among other things, the JP Morgan lease on your client's calculation of its damage claim. We look forward to that discussion next week.

Regards,

Richard



Richard P. Krasnow

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.krasnow@weil.com
+1 212 310 8493 Direct
+1 212 310 8007 Fax

# JPMorgan ready to axe £1.5bn London HQ



CONFIDENTIAL

LBHI_CW0006436

Published: November 23 2010 22:06 | Last updated: November 23 2010 22:49

**JPMorgan Chase** is close to axing plans to build a £1.5bn European headquarters in Canary Wharf, opting instead for the former UK premises of Lehman Brothers.

The bank's strategy for London has been the subject of intense speculation amid concerns that the abandonment of the 1.9m sq ft Riverside South project would reflect broader industry unease about UK regulatory and tax policy in the wake of the financial crisis.

But JPMorgan has sought privately to emphasise the decision would be driven by its business and financial needs rather than the political landscape.

JPMorgan's 17,000 UK-based staff are scattered across the City. Moving to the former Lehman tower in the centre of Canary Wharf is a cheaper option than building the sprawling, two-tower Riverside South project on the south-west side of the Docklands financial district.

The Lehman office space, at 25 Bank Street, is considered among the best in London, having been purpose-built for the collapsed US investment bank in 2004. The 33-storey building includes large trading floors crucial to JPMorgan's operations and is thought to require minor refurbishment before it could be reoccupied by a bank.

Rent for the premises is covered for almost four years under a Lehman-related guarantee underwritten by AIG, which would be an attractive incentive in a longer-term deal. People close to the negotiations said no contract had been signed, and that JPMorgan could still change its plans unexpectedly.

The City of London's skyline is being transformed as construction recommences on several landmark skyscrapers which had been mothballed during the recession

While smaller than Riverside South, at about 1m sq ft, 25 Bank Street would represent long-term commitment to London as a centre for JPMorgan's international business.

Speculation that the bank was considering reducing its investment in the UK first surfaced last year when Jamie Dimon, JPMorgan's chief executive, telephoned Alistair Darling, then chancellor, to voice his displeasure at the imposition of a one-off "supertax" on bonuses.

But senior JPMorgan bankers say speculation that the bank threatened to relocate large chunks of its business out of London was overblown.

JPMorgan paid the Canary Wharf Group £237m in 2008 for a 999-year leasehold interest on the Riverside South site. Scrapping the project now, after initial groundwork has been completed, would cost the bank a total of about £300m in fees and associated costs, although it could recoup some of that money by selling its interest back to CWG.

Discussions are under way to move tenants that currently sublet office space in 25 Bank Street to other premises, leaving the space clear for JPMorgan to agree a deal without any conflicting lease obligations, according to the people close to the negotiations.

JPMorgan declined to comment.


**From:** Krasnow, Richard
**Sent:** 24 November 2010 17:43
**To:** Davies, Blandine
**Cc:** Jones, Rupert; Kailis, Christy; Shimmin, Jacqui

CONFIDENTIAL

LBHI_CW0006437

Subject: RE: Lehman - LBL/Canary Wharf Lease

Thanks. We will review and get back to you if we have any questions.



Richard P. Krasnow

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.krasnow@weil.com
+1 212 310 8493 Direct
+1 212 310 8007 Fax

From: Davies, Blandine
Sent: Wednesday, November 24, 2010 12:38 PM
To: Krasnow, Richard
Cc: Jones, Rupert; Kailis, Christy; Shimmin, Jacqui
Subject: Lehman - LBL/Canary Wharf Lease

Richard

Attached is a memo setting out our analysis of LBL's and LBHI's liabilities under the leasehold of 25 Bank Street. Please let us know if you have any questions or if you would like to have a call to discuss anything.

Kind regards

Blandine

CONFIDENTIAL



**Blandine Perret**
Associate, Business Finance and Restructuring

Weil, Gotshal & Manges
One South Place
London EC2M 2WG United Kingdom
blandine.davies@weil.com
+44 20 7903 1174  Direct
+44 20 7903 0990  Fax

Weil, Gotshal & Manges is a partnership of solicitors, registered foreign lawyers and exempt European lawyers. A list of the names and professional qualifications of the partners is available for inspection at One South Place, London EC2M 2WG. Weil, Gotshal & Manges is regulated by the Solicitors Regulation Authority, whose rules can be accessed at rules.sra.org.uk. Our SRA authorisation number is 192479. For further information about Weil, Gotshal & Manges please see our website at http://www.weil.com. Weil, Gotshal & Manges does not accept service by email of court proceedings, other processes or formal notices of any kind without specific, prior, written agreement.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

CONFIDENTIAL

LBHI_CW0006439