# EXHIBIT 24

Message                                                                                         Page 1 of 4

## Angela Emery

**From:** Pamela Kendall
**Sent:** 06 December 2010 17:08
**To:** George Iacobescu
**Cc:** Christopher Henderson; Peter Anderson
**Subject:** FW: Domus - LBHI

George


Redacted

Regards

Pamela

---

**From:** Jones, Anita [mailto:Anita.Jones@mayerbrown.com]
**Sent:** 06 December 2010 13:34
**To:** Turner, Justin (Real Estate-LON)
**Cc:** Briam, Tony (Real Estate-LON); bill.viets@chase.com; Clay, Jeremy
**Subject:** Domus - LBHI

Justin

I refer to your email below.

In relation to the redacted SPA, our comments are as follows:

(a)     JPM's instructions are that a code name should be used instead of JPM's name and contact details (including removal of JPM contact details);
(b)     ███████████████████████████████████████████████
(c)     I don't believe this is CW's intention but just to confirm, the documents envisaged to be attached to the agreement, should not be disclosed.

If you could please produce a revised redacted version taking into account the above comments, we can then review that.

In relation to the confidentiality agreement, our comments are as follows:

(a)     JPMorgan Chase Bank, N.A. should have the benefit of the obligations of LBHI in the agreement (and the right to enforce the obligations) so provision for this will need to be made in the agreement;
(b)     clause 1.3 should also include not making any public announcement of the Confidential Information, not

07/12/2010


EXHIBIT
9
KK 6/11/13

CONFIDENTIAL                                                                                    CW0029713

just the fact that the information is being supplied to them. They should also not make a public announcement of the existence of negotiations;

(c)     we would have thought there should be an obligation in the agreement on LBHI to return or destroy the Confidential Information on demand by CW;

(d)     please provide evidence as to who has the authority to sign on behalf of LBHI.

Regards
Anita

---

**Anita Jones**
Mayer Brown International LLP
Partner; Real Estate Group
Direct Line: +44 (0)20 3130 3881
Fax: +44 (0) 20 3130 8665

Email: anita.jones@mayerbrown.com
201 Bishopsgate London EC2M 3AF

---

**From:** Clay, Jeremy
**Sent:** 03 December 2010 17:06
**To:** 'justin.turner@cliffordchance.com'; Jones, Anita
**Cc:** 'Tony.Briam@cliffordchance.com'; 'Pamela.Kendall@canarywharf.com'; 'bill.viets@chase.com'
**Subject:** Re: 25 Bank Street

Justin:

1. Thanks we will review the redacted version and get back to you.

2. I presume WG and LBHI will be required to sign a confidentiality agreement . Can you provide a draft for approval .

3. I note CW are still pushing for the confirmation . As I made clear on the telephone whilst this maybe a step forward this will not be sufficient for JPM to proceed to a simultaneous exchange and completion where notice has been served by CW under the Lehman lease guarantee .

Regards.

Jeremy

---

**From:** Justin.Turner@CliffordChance.com <Justin.Turner@CliffordChance.com>
**To:** Clay, Jeremy; Jones, Anita
**Cc:** Tony.Briam@CliffordChance.com <Tony.Briam@CliffordChance.com>; pamela.kendall@canarywharf.com <pamela.kendall@canarywharf.com>
**Sent:** Fri Dec 03 16:42:17 2010
**Subject:** 25 Bank Street

Dear Jeremy/Anita,

I understand that George Iacobescu and David Arena have briefly discussed the possibility that we may need to disclose the form of SPA to Lehman Brothers Holdings Inc. ("LBHI") and their lawyers, Weil Gotshal, subject to them agreeing to keep the documentation confidential. Separately, CW are still pushing for confirmation that LBHI have no interest in taking up a new Lease following forfeiture of the existing Lehman Lease.

As we mentioned in our earlier telephone conversation with Anita we attach the SPA for the purposes

07/12/2010

CONFIDENTIAL                                                               CW0029714

of disclosure to Weil Gotshal. A clean and blackline SPA is attached. The blackline is against the version you sent to us on 23 November. Since the securitisation and AIG conditions have now been satisfied we have removed the reference to these. This is extraneous information which could delay the process when Weils are reviewing the document.

As you are aware, there are a number of points in your 23 November version of the SPA upon which we are still awaiting instructions and so these remain to be agreed as between JPM and CW.

Please can you confirm, as soon as possible, you are happy for the attached form of document to be disclosed to Weil Gotshal.

<<UK-2618207-v2-Sale Agreement.doc>> <<UK-2618207-vATT-Sale Agreement.doc>>

Regards

Justin Turner
Clifford Chance LLP
10 Upper Bank Street, London, E14 5JJ
Direct Dial    +44 (0) 20 7006 4243
Switchboard    +44 (0) 20 7006 1000
Fax            +44 (0) 20 7006 5555
justin.turner@cliffordchance.com
http:\\www.cliffordchance.com

This message and any attachment are confidential and may be privileged or otherwise p
If you are not the intended recipient, please telephone or email the sender and delet
attachment from your system. If you are not the intended recipient you must not copy
or disclose the contents to any other person.

Clifford Chance LLP is a limited liability partnership registered in England & Wales
CC Asia Limited is a company registered in England & Wales under number 5663642. The
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.

For further details of Clifford Chance LLP, including a list of members and their pro
see our website at www.cliffordchance.com. We use the word 'partner' to refer to a me
a director of CC Asia Limited or in either case an employee or consultant with equiva
Both are regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can
http://www.sra.org.uk/code-of-conduct.page.

For details of our complaints procedure, including the right of some clients to comp:
see http://www.cliffordchance.com/Legal_statements.html

Clifford Chance as a global firm regularly shares client and/or matter-related data a
offices and support entities in strict compliance with internal control policies and
Incoming and outgoing email communications may be monitored by Clifford Chance, as pe

For further information about Clifford Chance please see our website at http://www.c:
to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax:         +44 20 7006 5555

To contact any other office http://www.cliffordchance.com/about_us/find_people_and_o1

The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate that information. If you have received this email in error,

07/12/2010