# EXHIBIT 26

| | |
|---|---|
| From: | Clay, Jeremy </O=GLOBAL-LEGAL/OU=AG-LON/CN=RECIPIENTS/CN=JC9181> |
| Sent: | Saturday, December 11, 2010 5:59 PM |
| To: | 'Tony.Briam@cliffordchance.com' |
| Cc: | 'justin.turner@cliffordchance.com'; Jones, Anita <Anita.Jones@mayerbrown.com> |
| Subject: | Re: |

Thanks.

---

**From:** Tony.Briam@CliffordChance.com <Tony.Briam@CliffordChance.com>
**To:** Clay, Jeremy
**Cc:** Justin.Turner@CliffordChance.com <Justin.Turner@CliffordChance.com>; Jones, Anita
**Sent:** Sat Dec 11 17:40:41 2010
**Subject:** Re:

I'll do that by the morning Jeremy - it'll be a fairly brief clause.
Tony

---

**From:** Clay, Jeremy <JClay@mayerbrown.com>
**To:** Briam, Tony (Real Estate-LON)
**Cc:** Turner, Justin (Real Estate-LON); Jones, Anita <Anita.Jones@mayerbrown.com>
**Sent:** Sat Dec 11 17:29:51 2010
**Subject:** Re:

Tony , thanks . I have been speaking to Bill this afternoon . He is flying over tomorrow . His requirement is that you get to us the draft wording around the claim (which was agreed in principle on Friday ) as soon as possible tomorrow and before he gets on his plane - which wd mean by lunchtime . Can this be done please .

Jeremy

---

**From:** Tony.Briam@CliffordChance.com <Tony.Briam@CliffordChance.com>
**To:** Clay, Jeremy
**Sent:** Sat Dec 11 17:17:27 2010
**Subject:** Re:

Jeremy -
I can't believe that's a problem - it probably won't be a huge surprise anyway. I'll check with George, who may want to tell Mike Jervis first.
Tony

---

**From:** Clay, Jeremy <JClay@mayerbrown.com>
**To:** Briam, Tony (Real Estate-LON)
**Cc:** Jones, Anita <Anita.Jones@mayerbrown.com>
**Sent:** Sat Dec 11 15:25:19 2010
**Subject:**

Tony , in terms of coordinating closing it would be helpful for JPM to tell Chris Coombe at Linklaters that JPM is proceeding with the purchase of 25 Bank Street . As forfeiture has taken place and I think CW has what it needs from the Administrators pursuant to the consent letter , can you confirm on behalf of CW that this is in order .

Thanks

Jeremy

The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate that information. If you have received this email in error, please notify us and destroy it immediately.
It is your responsibility to protect your system from viruses and any other harmful code or device. We try to eliminate them from emails and attachments; but we accept no liability for any which remain. We may monitor or access any or all emails sent to us.
This is a legal, not a financial, communication. It is not intended to be, nor should it be construed as, a direct or indirect invitation or inducement to any person to engage in investment activity.
Mayer Brown International LLP is a limited liability partnership (registered in England and Wales number OC303359) which is regulated by the Solicitors Regulation Authority. We operate in combination with our associated Illinois limited liability partnership and Hong Kong partnership (and its associated entities in Asia) and are associated with Tauil & Chequer Advogados, a Brazilian partnership. We use the term "partner" to refer to a member of Mayer Brown International LLP, or an employee or consultant who is a lawyer with equivalent standing and qualifications and to a partner of or a lawyer with equivalent status in another Mayer Brown entity. A list of the names of members of Mayer Brown International LLP and their respective professional qualifications may be inspected at our registered office, 201 Bishopsgate, London EC2M 3AF or on www.mayerbrown.com

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any
attachment from your system.  If you are not the intended recipient you must not copy this message or attachment
or disclose the contents to any other person.

Clifford Chance LLP is a limited liability partnership registered in England & Wales under number OC323571.
CC Asia Limited is a company registered in England & Wales under number 5663642. The registered office and principal
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.

For further details of Clifford Chance LLP, including a list of members and their professional qualifications,
see our website at www.cliffordchance.com. We use the word 'partner' to refer to a member of Clifford Chance LLP or
a director of CC Asia Limited or in either case an employee or consultant with equivalent standing and qualifications.
Both are regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can be accessed at
http://www.sra.org.uk/code-of-conduct.page.

CONFIDENTIAL



EXHIBIT
AJ 99
9 JULY 2013

MB0003093

99

For details of our complaints procedure, including the right of some clients to complain to the Legal Ombudsman, see http://www.cliffordchance.com/Legal_statements.html

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax: +44 20 7006 5555

To contact any other office http://www.cliffordchance.com/about_us/find_people_and_offices.html

CONFIDENTIAL                                                                                            MB0003094