# EXHIBIT 27

| | |
|---|---|
| **From:** | Pamela Kendall </O=CWG PLC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PAMELAK> |
| **Sent:** | Monday, December 13, 2010 1:26 PM |
| **To:** | Christopher Henderson <Christopher.Henderson@CanaryWharf.com> |
| **Subject:** | FW: 25 Bank Street |
| **Attach:** | (JC) JPM rider (56458111_1).DOCX |

FYI

-----Original Message-----
**From:** Tony.Briam@CliffordChance.com [mailto:Tony.Briam@CliffordChance.com]
**Sent:** 13 December 2010 12:29
**To:** Pamela Kendall
**Subject:** FW: 25 Bank Street

Pamela –

Attached is the rider which has just come in from Mayer Brown.

Kind regards

Tony Briam
Clifford Chance LLP
10 Upper Bank Street
London E14 5JJ
Direct Dial   +44 (0)20 7006 4004
Switchboard +44 (0)20 7006 1000
Fax            +44 (0)20 7006 5555

mailto: tony.briam@cliffordchance.com

Tony

I refer to our various exchanges yesterday. I now attach a rider for a new clause 7.16 to be inserted in the Main SPA dealing with the Lehman Lease Claims issue.

The only additional point of principle is that JPM will expect any assignee of the claim to be bound by the restrictions contained in the clause and I have introduced a short provision to deal with this. Nevertheless JPM also expects CW to procure compliance in any event by such an assignee given that JPM will not control the identity of any such assignee.

We will need to introduce a clause into the transfer to deal with the reassignment of what I have defined as the LBHI rights. Thank you for providing the details of the Claims can you confirm please that there are no other claims against LBHI made by or on behalf of Canary Wharf Group Companies.

One further consequential change to the Main SPA is that words in brackets agreed on Friday to be inserted in the first line of clause 28.2 should read as follows:

"(excluding the indemnities in clauses 11.6.2 and 7.16.9)"

I look forward to hearing from you in relation to the draft clause so that this can be finalised for inclusion in the SPA.

Regards

Jeremy


EXHIBIT
50
19 JUNE 2013

CONFIDENTIAL

CW0030796

**Jeremy Clay**
Mayer Brown International LLP
Executive Partner; Global Head of Real Estate
Direct Line: +44 (0)20 3130 3988

Email: jclay@mayerbrown.com
201 Bishopsgate London EC2M 3AF

The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate that information. If you have received this email in error, please notify us and destroy it immediately.
It is your responsibility to protect your system from viruses and any other harmful code or device. We try to eliminate them from emails and attachments; but we accept no liability for any which remain. We may monitor or access any or all emails sent to us.
This is a legal, not a financial, communication. It is not intended to be, nor should it be construed as, a direct or indirect invitation or inducement to any person to engage in investment activity.
Mayer Brown International LLP is a limited liability partnership (registered in England and Wales number OC303359) which is regulated by the Solicitors Regulation Authority. We operate in combination with our associated Illinois limited liability partnership and Hong Kong partnership (and its associated entities in Asia) and are associated with Tauil & Chequer Advogados, a Brazilian partnership. We use the term "partner" to refer to a member of Mayer Brown International LLP, or an employee or consultant who is a lawyer with equivalent standing and qualifications and to a partner of or a lawyer with equivalent status in another Mayer Brown entity. A list of the names of members of Mayer Brown International LLP and their respective professional qualifications may be inspected at our registered office, 201 Bishopsgate, London EC2M 3AF or on www.mayerbrown.com

[CC]70-40394288[/CC]

This message and any attachment are confidential and may be privileged or otherwise protected from d
If you are not the intended recipient, please telephone or email the sender and delete this message
attachment from your system.  If you are not the intended recipient you must not copy this message o
or disclose the contents to any other person.

Clifford Chance LLP is a limited liability partnership registered in England & Wales under number OC
'CC Asia Limited is a company registered in England & Wales under number 5663642. The registered offi
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.

For further details of Clifford Chance LLP, including a list of members and their professional quali
see our website at www.cliffordchance.com. We use the word 'partner' to refer to a member of Cliffor
a director of CC Asia Limited or in either case an employee or consultant with equivalent standing a
Both are regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can be accessed at
http://www.sra.org.uk/code-of-conduct.page.

For details of our complaints procedure, including the right of some clients to complain to the Lega
see http://www.cliffordchance.com/Legal_statements.html

Clifford Chance as a global firm regularly shares client and/or matter-related data among its differ
offices and support entities in strict compliance with internal control policies and statutory requi
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by appl

For further information about Clifford Chance please see our website at http://www.cliffordchance.co
to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax: +44 20 7006 5555

To contact any other office http://www.cliffordchance.com/about_us/find_people_and_offices.html

CONFIDENTIAL

CW0030797

CONFIDENTIAL

CW0030798