# EXHIBIT 28

| | |
|---|---|
| **From:** | Tony.Briam@CliffordChance.com |
| **Sent:** | Wednesday, December 15, 2010 9:35 AM |
| **To:** | Clay, Jeremy <JClay@mayerbrown.com>; Jones, Anita <Anita.Jones@mayerbrown.com> |
| **Cc:** | Justin.Turner@CliffordChance.com |
| **Subject:** | RE: Domus - Main SPA and Existing Lease SPA |

Sorry – it should have been Schedule 4 paragraph 7(b). Please treat the reply as amended accordingly.

Regards

Tony Briam
Clifford Chance LLP
10 Upper Bank Street
London E14 5JJ
Direct Dial    +44 (0)20 7006 4004
Switchboard +44 (0)20 7006 1000
Fax             +44 (0)20 7006 5555

mailto: tony.briam@cliffordchance.com

**From:** Clay, Jeremy [mailto:JClay@mayerbrown.com]
**Sent:** 15 December 2010 09:32
**To:** Briam, Tony (Real Estate-LON); Jones, Anita
**Cc:** Turner, Justin (Real Estate-LON)
**Subject:** RE: Domus - Main SPA and Existing Lease SPA

Schedule 4 Paragraph 7 ?

**From:** Tony.Briam@CliffordChance.com [mailto:Tony.Briam@CliffordChance.com]
**Sent:** 15 December 2010 09:30
**To:** Clay, Jeremy; Jones, Anita
**Cc:** Justin.Turner@CliffordChance.com
**Subject:** RE: Domus - Main SPA and Existing Lease SPA

Jeremy –

[redacted]

Regards

Tony Briam
Clifford Chance LLP
10 Upper Bank Street
London E14 5JJ
Direct Dial    +44 (0)20 7006 4004
Switchboard +44 (0)20 7006 1000
Fax             +44 (0)20 7006 5555

mailto: tony.briam@cliffordchance.com

**From:** Clay, Jeremy [mailto:JClay@mayerbrown.com]
**Sent:** 15 December 2010 09:06
**To:** Jones, Anita; Turner, Justin (Real Estate-LON); Briam, Tony (Real Estate-LON)
**Subject:** RE: Domus - Main SPA and Existing Lease SPA

Tony , Justin can you confirm pl asap as we need to confirm position to David and Bill re Lehmans

**From:** Jones, Anita
**Sent:** 15 December 2010 00:36
**To:** 'Justin.Turner@CliffordChance.com'; 'Tony.Briam@CliffordChance.com'
**Cc:** Clay, Jeremy
**Subject:** RE: Domus - Main SPA and Existing Lease SPA

Justin

Could you please provide this confirmation in the morning. Thanks.

Regards,

Anita

**From:** Jones, Anita
**Sent:** 14 December 2010 18:33
**To:** 'Justin.Turner@CliffordChance.com'; 'Tony.Briam@CliffordChance.com'

CONFIDENTIAL


EXHIBIT
JC 98
9 July 2013

MB0000654

**Cc:** Clay, Jeremy
**Subject:** RE: Domus - Main SPA and Existing Lease SPA

Justin

I don't believe I have received the confirmation requested in my email below. Please could you provide this. Thanks.

Regards,

Anita

**From:** Jones, Anita
**Sent:** 13 December 2010 20:32
**To:** Justin.Turner@CliffordChance.com; Tony.Briam@CliffordChance.com
**Cc:** Clay, Jeremy; Marshall, Nick; Roberts, Iain; Fellowes, Christopher; Simon, Debbi
**Subject:** Domus - Main SPA and Existing Lease SPA

Justin

I attach a few pages from each SPA marked to show a few comments. █████████████████████████████████████

Could you please produce a revised version of the SPAs to include the Claim wording in the Main SPA.

Thanks.

Regards,

Anita

---

**Anita Jones**
Mayer Brown International LLP
Partner; Real Estate Group
Direct Line: +44 (0)20 3130 3881
Fax: +44 (0) 20 3130 8665

Email: anita.jones@mayerbrown.com
201 Bishopsgate London EC2M 3AF

The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate that information. If you have received this email in error, please notify us and destroy it immediately.
It is your responsibility to protect your system from viruses and any other harmful code or device. We try to eliminate them from emails and attachments; but we accept no liability for any which remain. We may monitor or access any or all emails sent to us.
This is a legal, not a financial, communication. It is not intended to be, nor should it be construed as, a direct or indirect invitation or inducement to any person to engage in investment activity.
Mayer Brown International LLP is a limited liability partnership (registered in England and Wales number OC303359) which is regulated by the Solicitors Regulation Authority. We operate in combination with our associated Illinois limited liability partnership and Hong Kong partnership (and its associated entities in Asia) and are associated with Tauil & Chequer Advogados, a Brazilian partnership. We use the term "partner" to refer to a member of Mayer Brown International LLP, or an employee or consultant who is a lawyer with equivalent standing and qualifications and to a partner of or a lawyer with equivalent status in another Mayer Brown entity. A list of the names of members of Mayer Brown International LLP and their respective professional qualifications may be inspected at our registered office, 201 Bishopsgate, London EC2M 3AF or on www.mayerbrown.com

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any
attachment from your system. If you are not the intended recipient you must not copy this message or attachment
or disclose the contents to any other person.

Clifford Chance LLP is a limited liability partnership registered in England & Wales under number OC323571.
CC Asia Limited is a company registered in England & Wales under number 5663642. The registered office and principal
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.

For further details of Clifford Chance LLP, including a list of members and their professional qualifications,
see our website at www.cliffordchance.com. We use the word 'partner' to refer to a member of Clifford Chance LLP or
a director of CC Asia Limited or in either case an employee or consultant with equivalent standing and qualifications.
Both are regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can be accessed at
http://www.sra.org.uk/code-of-conduct.page.

For details of our complaints procedure, including the right of some clients to complain to the Legal Ombudsman,
see http://www.cliffordchance.com/Legal_statements.html

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different
offices and support entities in strict compliance with internal control policies and statutory requirements.
Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer

CONFIDENTIAL                                                                                                MB0000655

to any Clifford Chance office.

Switchboard: +44 20 7006 1000
Fax: +44 20 7006 5555

To contact any other office http://www.cliffordchance.com/about_us/find_people_and_offices.html

[CC]70-40394288[/CC]

CONFIDENTIAL

MB0000656