**EXHIBIT 30**

## Andersen, Barbara L

| | |
|---|---|
| From: | Shenker, Joseph |
| Sent: | Friday, December 10, 2010 1:38 PM |
| To: | Andersen, Barbara L |
| Subject: | FW: 25 Bank Street - Proposed Transaction with New Tenant |
| Attachments: | UK-2618207-v4-Sale Agreement.doc |

From: Dietderich, Andrew G.
Sent: Friday, December 10, 2010 12:55 PM
To: Krasnow, Richard; Del Nido, Erika; 'dcash@alvarezandmarsal.com'; Jones, Rupert; 'DODonnell@milbank.com'
Cc: George Iacobescu; Shenker, Joseph; levcapital@aol.com; Peter Anderson; Pamela Kendall; Christopher Henderson
Subject: 25 Bank Street - Proposed Transaction with New Tenant

Here, subject to the Confidentiality Agreement, is the sale agreement with the third party. The name has been redacted as discussed. If you have any questions on the lease or the transaction more broadly, please let us know.

Andy



CONFIDENTIAL

CW0010492

**CLIFFORD CHANCE**

CLIFFORD CHANCE LLP

DATED 2010

(1) HQCB INVESTMENTS LIMITED

(2) [ENTITY XXX]

(3) CANARY WHARF HOLDINGS LIMITED

(4) HERON QUAYS PROPERTIES LIMITED

(5) CANARY WHARF MANAGEMENT LIMITED

(6) CANARY WHARF INVESTMENTS LIMITED

(7) CANARY WHARF LIMITED

---

AGREEMENT
RELATING TO
THE GRANT OF A LEASE OF 25 BANK STREET, CANARY WHARF, LONDON E14 5LE

---

UK-2618207-v4

NEW

CONFIDENTIAL

CW0010493

## CONTENTS

| Clause | | Page |
|---|---|---|
| 1. | Definitions | 1 |
| 2. | Interpretation | 15 |
| 3. | Conditionality | 15 |
| 4. | Agreement to grant lease | 20 |
| 5. | Lease price and means of payment | 20 |
| 6. | Completion documents | 21 |
| 7. | Completion | 22 |
| 8. | Interest | 27 |
| 9. | Apportionments | 27 |
| 10. | Insurance | 29 |
| 11. | Title | 33 |
| 12. | Adjustments to Lease Price | 37 |
| 13. | HQPL Underleases and Vacant Possession | 37 |
| 14. | Dealings with Agreement and Demised Premises | 44 |
| 15. | Warranties | 48 |
| 16. | Noting of Agreement | 48 |
| 17. | Designation of documents as exempt information documents | 49 |
| 18. | Confidentiality | 50 |
| 19. | Notices | 51 |
| 20. | Non-merger | 52 |
| 21. | Entire agreement | 52 |
| 22. | Costs | 53 |
| 23. | Third party rights | 53 |
| 24. | Governing law, jurisdiction | 53 |
| 25. | Invalidity of certain provisions | 53 |
| 26. | CWHL'S Guarantee | 53 |
| 27. | Independent person | 54 |
| 28. | Indemnities | 55 |
| 29. | Restructuring Documents and title defects | 56 |
| 30. | ████████████████████████████ | |
| SCHEDULE 1 Agreed form of Lease | | 60 |
| SCHEDULE 2 Sellers' Solicitors Bank Account Details | | 61 |

CONFIDENTIAL                                                                                                                                       CW0010494

SCHEDULE 3 Opinion Letter...................................................................................................62

SCHEDULE 4 DLR Agreement for Supplemental Lease.....................................................63

SCHEDULE 5 Agreed Form of Rent Authority Letter..........................................................64

SCHEDULE 6 Agreed Form of Transfer..............................................................................65

SCHEDULE 7 Agreed Form Restructuring Documents.......................................................66

SCHEDULE 8 Description of Existing Lease.......................................................................67

SCHEDULE 9 Description of Existing Lease Documents...................................................68

SCHEDULE 10 Charges to be released prior to Actual Completion....................................72

SCHEDULE 11 Agreed Form Seller's Designation Application..........................................73

SCHEDULE 12 Agreed Form Plowman Craven reliance letter...........................................74

SCHEDULE 13 HQPL Underleases Documents..................................................................75

SCHEDULE 14 Occupational Underleases Documents.......................................................76

SCHEDULE 15 Material Trade Contracts for Base Building Works...................................79

SCHEDULE 16 Material Trade Contracts for Fitting Out Works........................................84

SCHEDULE 17 Key Consultants' Appointments.................................................................92

SCHEDULE 18 Additional Consultants' Appointments......................................................93

SCHEDULE 19 Additional Trade Contracts and Consultant's Appointments.....................94

SCHEDULE 20 Guarantor's Covenants................................................................................97

SCHEDULE 21 ███████████████████████████████████

SCHEDULE 22 List of Title Defects to be rectified............................................................106

**Annexures:**

1. Building Condition Survey

2. Inventory

3. Replies to Enquiries - Additional Information

4. Agreed Form Defects Deed

5. Key Consultant and Material Trade Contractor: Form of Warranty

6. List of O&M Manuals and other documents referred to in clause 7.13

7. Form of Ove Arup & Partners Limited letter

8. Form of Halcrow Yolles Limited letter

9. Form of Turnstone reliance letter regarding Cladding Report

10. Form of Berkeley Projects reliance letter regarding Kitchen Equipment Survey Report

CONFIDENTIAL                                                                                                                  CW0010495



CONFIDENTIAL                                                                                   CW0010522



CONFIDENTIAL    CW0010529