# EXHIBIT  32

CW00000010



CONFIDENTIAL

LBHI_CW0013640

10.17 AM.

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE LLP

DATED 20 DECEMBER 2010

(1) HQCB INVESTMENTS LIMITED

(2) JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

(3) CANARY WHARF HOLDINGS LIMITED

(4) HERON QUAYS PROPERTIES LIMITED

(5) CANARY WHARF MANAGEMENT LIMITED

(6) CANARY WHARF INVESTMENTS LIMITED

(7) CANARY WHARF LIMITED

(8) HERON QUAYS (HQ2) T1 LIMITED AND HERON QUAYS (HQ2) T2 LIMITED
AND HQCB PROPERTIES (HQ2) LIMITED

(9) CANARY WHARF CONTRACTORS LIMITED

---

AGREEMENT
RELATING TO
THE GRANT OF A LEASE OF 25 BANK STREET, CANARY
WHARF, LONDON E14 5LE

---

CONFIDENTIAL

CONFIDENTIAL                                                                 LBHI_CW0013641

## CONTENTS

| Clause | | Page |
|---|---|---|
| 1. | Definitions | 1 |
| 2. | Interpretation | 14 |
| 3. | Lehman Lease Matters | 14 |
| 4. | Agreement to grant lease | 16 |
| 5. | Lease price and means of payment | 16 |
| 6. | Completion documents | 18 |
| 7. | Completion | 18 |
| 8. | Interest | 28 |
| 9. | Apportionments | 28 |
| 10. | Insurance | 29 |
| 11. | Title | 34 |
| 12. | Adjustments to Lease Price | 38 |
| 13. | HQPL Underleases and Vacant Possession | 38 |
| 14. | Dealings with Agreement and Demised Premises | 42 |
| 15. | Warranties | 45 |
| 16. | Noting of Agreement | 46 |
| 17. | Designation of documents as exempt information documents | 47 |
| 18. | Confidentiality | 48 |
| 19. | Notices | 49 |
| 20. | Non-merger | 50 |
| 21. | Entire agreement | 50 |
| 22. | Costs | 51 |
| 23. | Third party rights | 51 |
| 24. | Governing law, jurisdiction | 52 |
| 25. | Invalidity of certain provisions | 52 |
| 26. | CWHL'S Guarantee | 52 |
| 27. | Independent person | 53 |
| 28. | Indemnities | 54 |
| 29. | Restructuring Documents and title defects | 55 |
| 30. | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| | SCHEDULE 1 Agreed form of Lease | 58 |

CONFIDENTIAL

CONFIDENTIAL                                                                 LBHI_CW0013642

SCHEDULE 2 Sellers' Solicitors Bank Account Details ............................................. 59

SCHEDULE 3 Opinion Letter .......................................................................... 60

SCHEDULE 4 DLR Agreement for Supplemental Lease.......................................... 61

SCHEDULE 5 Agreed Form of Rent Authority Letter ............................................ 62

SCHEDULE 6 Agreed Form Restructuring Documents ........................................... 63

SCHEDULE 7 Description of Existing Lease ....................................................... 64

SCHEDULE 8 Description of Existing Lease Documents......................................... 65

SCHEDULE 9 Charges to be released prior to Actual Completion.............................. 69

SCHEDULE 10 Not Used............................................................................... 70

SCHEDULE 11 Agreed Form Plowman Craven reliance letter .................................. 71

SCHEDULE 12 Old HQPL Underleases Documents ............................................... 72

SCHEDULE 13 Old Occupational Underleases Documents....................................... 73

SCHEDULE 14 Material Trade Contracts for Base Building Works ............................. 76

SCHEDULE 15 Material Trade Contracts for Fitting Out Works................................. 81

SCHEDULE 16 Key Consultants' Appointments ................................................... 87

SCHEDULE 17 Additional Consultants' Appointments ........................................... 88

SCHEDULE 18 Additional Trade Contracts and Consultant's Appointments .................. 89

SCHEDULE 19 Guarantor's Covenants............................................................... 94

SCHEDULE 20 Documents referred to in Clause 3.3 – Seller's Warranty ..................... 96

SCHEDULE 21 ████████████████████████████████████

SCHEDULE 22 List of Title Defects to be rectified ............................................. 107

**Annexures:**

1.  Building Condition Survey

2.  Inventory

3.  Replies to Enquiries - Additional Information

4.  Agreed Form Defects Deed

5.  Key Consultant and Material Trade Contractor Form of Warranty

6.  List of O&M Manuals and other documents referred to in clause 7.14

7.  Form of Ove Arup & Partners Limited letter

8.  Form of Halcrow Yolles Limited letter

9.  Form of Turnstone Construction Limited reliance letter regarding Cladding Report

10. Form of Berkeley Projects reliance letter regarding Kitchen Equipment Survey Report

11. Form of Bailey Teswaine Limited reliance letter regarding Cabling Report.

CONFIDENTIAL

CONFIDENTIAL                                                           LBHI_CW0013643



Redacted

UK-2475293-v25

- 24 -

70-40394288

CONFIDENTIAL

CONFIDENTIAL

LBHI_CW0013667



Redacted

UK-2475293-v25                    - 25 -                    70-40394288

**CONFIDENTIAL**

CONFIDENTIAL                                                    LBHI_CW0013668



Redacted

UK-2475293-v25                    - 26 -                    70-40394288

CONFIDENTIAL

CONFIDENTIAL

LBHI_CW0013669



Redacted

UK-2475293-v25

- 27 -

70-40394288

**CONFIDENTIAL**

CONFIDENTIAL

LBHI_CW0013670



Redacted

UK-2475293-v25                    - 35 -                    70-40394288

CONFIDENTIAL

CONFIDENTIAL                                          LBHI_CW0013678



Redacted

CONFIDENTIAL

CONFIDENTIAL    LBHI_CW0013679