# EXHIBIT 37

**From:** Bartolotta, Frank <frank.bartolotta@lehmanholdings.com>
**Sent:** Thursday, September 1, 2011 5:19 PM
**To:** George Iacobescu <George.Iacobescu@CanaryWharf.com>
**Subject:** RE:

I will do that.

---

**From:** George Iacobescu [mailto:George.Iacobescu@CanaryWharf.com]
**Sent:** Thursday, September 01, 2011 12:18 PM
**To:** Bartolotta, Frank
**Subject:** RE:

Let me know when you are looking.

---

**From:** Bartolotta, Frank [mailto:frank.bartolotta@lehmanholdings.com]
**Sent:** 01 September 2011 17:11
**To:** George Iacobescu
**Subject:** RE:

[REDACTED]

Actually welcoming less work and the possibility of taking next summer off. However I think that I would look for something new and interesting following that.

---

**From:** George Iacobescu [mailto:George.Iacobescu@CanaryWharf.com]
**Sent:** Thursday, September 01, 2011 11:42 AM
**To:** Bartolotta, Frank
**Subject:** RE:

Hi Frank how are you? What happened on Lehman is that we have reduced the claim from $4.2b to about $780m and they agreed to ring fence the settlement of it subject to accepting the claim. The claim has not yet been accepted but the money has been put aside and our lawyers are prepared to fight for it for the next 10 years. So we are not done yet!

[REDACTED]

Are you welcoming less work or would you like some more?
Best regards
George

---

**From:** Bartolotta, Frank [mailto:frank.bartolotta@lehmanholdings.com]
**Sent:** 01 September 2011 16:14
**To:** George Iacobescu
**Subject:**

CONFIDENTIAL                                                                                                                                       CW0032051

George,

I heard last week that Canary Wharf has settled the amount of its bankruptcy claim with Lehman. Looks like things will finally start winding down here assuming the creditor's committee approves the plan sanctioned by the bankruptcy court this week. I expect to work a more limited schedule starting in January -probably two days every other week- through the spring. Then it's anyone's guess. Will probably take the summer off.

[redacted]

Frank

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

This e-mail and all attachments have been scanned by the HighSpeed Office virus scanning service powered by MessageLabs and no known viruses were detected.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

This e-mail and all attachments have been scanned by the HighSpeed Office virus scanning service powered by MessageLabs and no known viruses were detected.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

CONFIDENTIAL  CW0032052