# EXHIBIT 39

# Tulchin, David B.

**From:** Bartolotta, Frank <Frank.Bartolotta@morganstanley.com>
**Sent:** Thursday, March 27, 2014 3:02 PM
**To:** George Iacobescu

George,

Thanks again for your assistance on the Hines transaction. It looks like we are done but for the signatures on the document.

With regard to the Lehman litigation I will be signing the affidavit this afternoon and delivering it to S&C. Small world. I hadn't worked with Joe Shenker since 1982 when we did the first commercial paper financing of real estate on the Goldman building at 85 Broad Street.

Hopefully the next time I come to London we can enjoy some time together with our wives at Harry's Bar without having to discuss business issues.

Best regards,

Frank

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this message in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access these links, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you consent to the foregoing.



**CONFIDENTIAL**  CW0075979