# EXHIBIT 43

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------X
 3   In Re:
 4   LEHMAN BROTHERS HOLDINGS INC.,
 5   et al.,
 6                          Debtors.
 7   Chapter 11
     CASE NO.: 08-13555(JMP)
 8   (Jointly Administered)
     ------------------------------------X
 9
10
                    767 Fifth Avenue
11                  New York, New York
12                  June 27, 2013
                    9:23 a.m.
13
14
15        VIDEOTAPED DEPOSITION of DANIEL
16   EHRMANN, before Melissa Gilmore, a Notary
17   Public of the State of New York.
18
19
20
21
22
23      ELLEN GRAUER COURT REPORTING CO. LLC
           126 East 56th Street, Fifth Floor
24            New York, New York 10022
                  212-750-6434
25                REF:   104145
```

Page 62

```
 1                EHRMANN
 2   was?
 3       A.   No.
 4       Q.   Do you recall the subject matter of
 5   the presentation?
 6       A.   No.
 7       Q.   Right after that, Mr. Iacobescu
 8   says -- or I should say Sir Iacobescu says, "As
 9   promised, we are looking to progress in a
10   positive and constructive manner with a view to
11   agreeing the amount of 'Allowed Claim' in
12   respect of the following claims filed."
13            It lists three claims, one for about
14   4.2 billion, one for about 195 million, and one
15   for about $830,000; is that right?
16       A.   Yes.
17       Q.   Now, Lehman was open to settling
18   these claims; is that right?
19       A.   Yes.
20       Q.   What considerations or factors would
21   you -- were considered by Lehman in concluding
22   whether it would want to settle the claim?
23            MR. ISAKOFF:  Object to form.  Are
24       you talking about these claims or are you
25       now asking as a general philosophy or
```

Page 63

```
 1                EHRMANN
 2   what?
 3       Q.   I will rephrase.
 4            In determining whether you would
 5   want to settle these claims, what
 6   considerations or factors did you consider at
 7   this time?
 8       A.   At this precise time or in this --
 9       Q.   In this time period.
10       A.   In this time period?  Probably a
11   couple of things.  [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

Page 64

```
 1                EHRMANN
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16            MR. ISAKOFF:  You have to say yes or
17       no.
18       A.   Sorry.  I apologize.  Yes.
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

Page 65

```
 1                EHRMANN
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6       Q.   I would like you to turn to pages
 7   that are -- I guess, 9314, and then it
 8   continues onto 9315.  Sir Iacobescu explains
 9   the claims includes reference to mitigation.
10            Do you see that?
11       A.   I'm sorry -- oh, Schedule 1.2, by
12   way of mitigation.
13       Q.   Mitigation, right, and that -- two
14   continues on to the next page, 9315?
15       A.   Yes.
16       Q.   Now, on 9314, Sir Iacobescu states
17   that, "We have assumed a reletting program
18   based on recent comparable transactions on
19   Canary Wharf which underpin the current market
20   position."
21            Do you see that it's little Roman
22   (ii)?
23       A.   Yes.
24       Q.   And then he provides a table at the
25   top of 9315 of expected leases and when they
```

Page 146

```
1                  EHRMANN
2        MR. GELFAND:  I have no further
3    questions at this time.
4        MR. ISAKOFF:  Okay.
5   EXAMINATION BY
6   MR. ISAKOFF:
7        Q.   Daniel, can you find Exhibit 95?  It
8    should be right near the top.  I just have a
9    couple of questions.
10       A.   Thank you.
11       Q.   You were asked some questions on
12   direct examination concerning Exhibit 95,
13   correct?
14       A.   Yes.
15       Q.   And I believe Mr. Gelfand drew your
16   attention to an e-mail that appears on the
17   second page of the exhibit, which was sent by
18   Pamela Kendall to you at 2:17 p.m. on
19   November 12 where she says, "just to let you
20   know we have returned the draft surrender
21   documentation to the lawyers acting for Lehman
22   Brothers Limited (in administration) and that
23   it provides for acknowledgment/preservation of
24   our claim in the sum of 262 and a half million
25   pounds."
```

Page 147

```
1                  EHRMANN
2        Do you see that?
3        A.   Yes.
4        Q.   Did you know that, in fact, this
5    draft surrender document had been sent just one
6    minute prior to this e-mail?
7        A.   No.
8        MR. GELFAND:  Objection.
9        Q.   Did anybody tell you whether this
10   262 and a half million pound acknowledgment
11   that had been sent, that had been put in this
12   draft sent to Lehman Brothers Limited, was not
13   acceptable to Lehman Brothers Limited at or
14   around the time you wrote back, "Sounds like
15   good news"?
16       MR. GELFAND:  Objection.
17       A.   No.
18       Q.   Did anybody tell you that it was
19   expressly rejected at any time?
20       MR. GELFAND:  Objection.
21       A.   No.
22       MR. ISAKOFF:  Your objection being?
23       MR. GELFAND:  You're leading him.
24       Q.   When, if ever, were you told that
25   Lehman Brothers Limited rejected the provision
```

Page 148

```
1                  EHRMANN
2    that had been put in this draft surrender
3    document?
4        A.   I don't recall.
5        Q.   Now, Mr. Gelfand asked you a number
6    of questions about settlement negotiations
7    between LBHI and Canary Wharf resulting in, at
8    least, some draft stipulations providing for a
9    claim in the amount of approximately
10   ███████
11       Do you recall that questioning?
12       A.   Yes.
13       Q.   When, if ever, was any of those
14   stipulations executed by the parties?
15       A.   They weren't.
16       Q.   When, if ever, did the parties reach
17   agreement on all terms?
18       A.   They didn't.
19   ████████████████████████████████████
20   ████████████████████████████████████
21   ████████████████████████████████████
22   ████████████████████████████████████
23   ████████████████████████████████████
24   ████████████████████████████████████
25   ████████████████████████████████████
```

Page 149

```
1                  EHRMANN
2   ████████████████████████████████████
3   ████████████████████████████████████
4   ████████████████████████████████████
5   ████████████████████████████████████
6   ████████████████████████████████████
7   ████████████████████████████████████
8   ████████████████████████████████████
9   ████████████████████████████████████
10  ████████████████████████████████████
11  ████████████████████████████████████
12  ████████████████████████████████████
13       MR. ISAKOFF:  Nothing further.
14       MR. GELFAND:  I have nothing either.
15       MR. ISAKOFF:  You're free.
16       THE VIDEOGRAPHER:  This concludes
17   today's deposition.  We are now off the
18   record.  The time is 1:17 p.m.  Today is
19   June 27, 2013.  Thank you.
20       (Time noted:  1:17 p.m.)
```