Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re **Lehman Brothers Inc.**          Case No. **08-01420 (JMP)**

## <u>TRANSFER OF CLAIM OTHER THAN FOR SECURITY</u>

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

**VonWin Capital Management, LP**

**Name of Transferor**

Trenam Kemker Scharf Barkin Frye

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 18896**
Amount of Claim: **$68,541.25**
Date Claim Filed**: 09-18-2009**
Debtor: **Lehman Brothers Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**                Date:   June 19, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    Lehman Brothers Holdings, Inc.

          Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of seller, as stated in the signature block below ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to Proof of Claim No. 18896 have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the claim(s). You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the claim(s) to the Buyer.

| BUYER: | VonWin Capital Management, L.P.<br>By VonWin Capital, LLC its General Partner | SELLER: | Trenam Kemker Scharf Barkin Frye |
|---|---|---|---|
| Address: | 261 Fifth Avenue<br>22nd Floor<br>New York, NY 10016 | Address: | Oneill & Mullis Pa<br>2700 Bank Of America Plaza, 101 E Kennedy Blvd<br>Tampa, FL 33602 |
| Signature: | | Signature: | |
| Name: | Roger Von Spiegel | Name: | ROBORTH A. CURTO |
| Title: | Managing Member | Title: | Shareholder |
| Date: | | Date: | 6-16-14 |