**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                             :        **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (SCC)**
                                                                  :
                            **Debtors.**              :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING TWO HUNDRED FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)

Upon the two hundred fifty-fourth omnibus objection to claims, dated February 7, 2012 (the "Two Hundred Fifty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), pursuant to section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664]; and due and proper notice of the Two Hundred Fifty-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and an opposition to the Two Hundred Fifty-Fourth Omnibus Objection to Claims having been interposed by Heidi Steiger and Steiger Associates L.P. [ECF Nos. 26041, 26050] (collectively, the "Responses"); and LBHI having filed a reply thereto [ECF No. 44582] (the "Reply"); and the Court having reviewed the Two Hundred Fifty-Fourth Omnibus Objection to Claims, the Responses, and the Reply, and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Two Hundred Fifty-Fourth Omnibus Objection to Claims and the

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Two Hundred Fifty-Fourth Omnibus Objection to Claims.

Reply and at the Hearing establish just cause for the ruling herein; and the Court having

determined that the relief requested in the Two Hundred Fifty-Fourth Omnibus Objection to

Claims and the Reply and granted herein is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest; and based upon the reasoning and the rulings set forth on the

record at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

hereby

ORDERED that the Responses are overruled; and it is further

ORDERED that the relief requested in the Two Hundred Fifty-Fourth Omnibus

Objection to Claims and the Reply is granted to the extent provided herein; and it is further

ORDERED the Employment-Related Claims listed on Exhibit 1 annexed hereto

are hereby reclassified as Equity Interests (as such term is defined in the Modified Third

Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors [ECF No. 23023]) having the

same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A, Exhibit B, and Exhibit C

annexed to the Two Hundred Fifty-Fourth Omnibus Objection to Claims that is not listed on

Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: June 19, 2014
New York, New York

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

# IN RE: LEHMAN BROTHERS HOLDINGS INC, ET AL., CASE NO: 08-13555 (SCC)

## OMNIBUS OBJECTION 254: EXHIBIT 1 - CLAIMS TO BE RECLASSIFIED AS EQUITY INTERESTS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1  STEIGER ASSOCIATES LP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32380 | $3,264,192.00 |
| 2  STEIGER, HEIDI L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32379 | $30,000,000.00 * |
| | | | | TOTAL | $33,264,192.00 * |

* - Indicates claim contains unliquidated and/or undetermined amounts