Thomas F. Berndt
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone:   (612) 349-8500
Facsimile:     (612) 339-4181

*Attorneys for Federal Home Loan Bank of Pittsburgh*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **Case No. 08-13555 (SCC)** |
| **Debtors**. | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM SERVICE LISTS**

Pursuant to the Local Rules of the Court, the undersigned hereby gives notice that Hillel I. Parness has departed from the Robins, Kaplan, Miller & Ciresi L.L.P. law firm and no longer represents Federal Home Loan Bank of Pittsburgh in the above-captioned matter.  All other attorneys of record for Federal Home Loan Bank of Pittsburgh remain, so no substitution is required.  We request that the Clerk's Office discontinue ECF notifications to Mr. Parness.

84874321.1

Dated: June 20, 2014

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Thomas F. Berndt

Thomas F. Berndt (admitted *pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181
Email:    tfberndt@rkmc.com

*Attorneys for Federal Home Loan Bank of Pittsburgh*

84874321.1                    2