**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | Case No. 08-13555 (SCC) |
| | **Jointly Administered** |
| **Debtors**. | |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF APPEARANCE OF HILLEL I. PARNESS

WHEREAS Federal Home Loan Bank of Pittsburgh has filed a Motion for Withdrawal of Appearance of Hillel I. Parness.

**IT IS HEREBY ORDERED THAT** the motion for withdrawal of the appearance of Hillel I. Parness is GRANTED; and the Court further directs the Clerk to remove Hillel I. Parness from the docket in the above-noted case.  IT IS SO ORDERED.

Dated:    New York, New York
          _____, 2014

                                            _____
                                            Judge Shelley C. Chapman
                                            United States Bankruptcy Judge

84874725.1