JOHN H. LANG
4 QUAIL HOLLOW LANE
WEST NYACK, NEW YORK  10994

June 16, 2014

Honorable Shelley C. Chapman
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
1 Bowling Green
New York, NY  10004

Re:  Lehman Brothers – debtor

Dear Judge Chapman,

On August 1, 2013 I sent a letter to the Court objecting to the Lehman Brothers – debtor to reclassifying my claim as being subordinated with copies of supporting documents.

This letter is intended to advise you that I support the motion made by Scarola Malone & Zubatov to compel arbitration and wish to be included in the outcome of this matter.

Thank you for your interest.

Sincerely,

John H. Lang


RECEIVED JUN 20 2014

JOHN H. LANG
4 QUAIL HOLLOW LANE
WEST NYACK, NEW YORK 10994

August 1, 2013

Honorable James M. Peck
1 Bowling Green
New York, NY 10004

Dear Judge Peck,

    This letter with supporting documentary papers is intended to object to the Trustee's claim – re: Lehman Brothers Debtor – to reclassify my claim as being "subordinated."

    Enclosed are the following documents:

1 – Shearson Lehman Brothers "ESEP" Election Form
2 – Shearson Lehman Brothers ESEP Summary of ESEP alternatives
3 – ESEP Deferred Compensation Agreement
4 – Lehman Brothers ESEP Statement of Account a/o Dec. 31, 2007

None of these documents absolve Lehman Brothers from their obligation to fulfill payment as the Trustee wishes to do – but rather insure that payments will continue to be made with certain implicit written guarantees.

I wish to thank the Court for their consideration of the information included in this filing and take action to reinstate the validity of my original claim.

Sincerely,

John H. Lang

cc: Hughes Hubbard Reed
    SIPC
    Weil Gotshal Manges