**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                                         :
                                      **Debtors.**       :    **(Jointly Administered)**
--------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Goldman Sachs Lending Partners LLC c/o Goldman, Sachs & Co. 200 West Street New York, New York, 10282 |
| Claim Number: | 11018 |
| Date Claim Filed: | 9/9/2009 |
| Percentage and Total Amount of Claim Withdrawn: | $10,182.00 or 100% of claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: **Dennis Lafferty Managing Director** | Dated: 6/20/14 |