UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :
            Debtors.                                    :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF PORTION OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (JMP) |
| Creditor Name and Address: | Goldman Sachs Lending Partners LLC c/o Goldman, Sachs & Co. 200 West Street New York, New York, 10282 |
| Claim Number: | 11021 |
| Date Claim Filed: | 9/9/2009 |
| Percentage and Total Amount of Claim Withdrawn: | $16,673,833.01 or 49.5157% of claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signed]* | Title: |
| Printed Name: Dennis Lafferty Managing Director | Dated: 6/20/14 |