UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
In re:                                : Chapter 11
                                      :
   LEHMAN BROTHERS HOLDINGS, INC., *et al.*,  : Case No. 08-13555 (SCC)
                                      :
                    Debtors.   :
                                      :
------------------------------------- X
                                      :
LEHMAN BROTHERS SPECIAL FINANCING INC., :
                                      :
                    Plaintiff, :
-against-                             : Adversary Proceeding
                                      : No. 10-03547 (SCC)
BANK OF AMERICA NATIONAL ASSOCIATION, :
*et al.*,                             :
                    Defendants. :
------------------------------------- X

## MOTION FOR WITHDRAWAL OF CAITRIN UNA MCKIERNAN AS ATTORNEY OF RECORD

Pursuant to Bankruptcy Rule 2090-1(e), counsel of record for Shield Securities Limited move this Court to allow Caitrin Una McKiernan to withdraw as counsel of record for Shield Securities Limited in this case and as grounds allege as follows:

1. Caitrin Una McKiernan represents Shield Securities Limited as an associate at the law firm of Freshfields Bruckhaus Deringer US LLP. Caitrin Una McKiernan will leave Freshfields Bruckhaus Deringer US LLP, effective the close of business on June 20, 2014, and thus will no longer represent Shield Securities Limited.

2. Shield Securities Limited continues to be adequately represented by Timothy P. Harkness, David Y. Livshiz and Michelle Young Suh Park, counsel of Freshfields Bruckhaus Deringer US LLP. Thus, Shield Securities Limited will suffer no prejudice by the proposed

withdrawal.

WHEREFORE, counsel of record respectfully requests that this Court enter an order allowing Caitrin Una McKiernan to withdraw from further participation in this case.

Dated: June 20, 2014            Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Caitrin Una McKiernan
    Caitrin Una McKiernan, Esq.
    601 Lexington Avenue, 31st Floor
    New York, New York 10128
    T. 212 230 4622