UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
                                      :
In re:                                : Chapter 11
                                      :
    LEHMAN BROTHERS HOLDINGS, INC., et al., : Case No. 08-13555 (SCC)
                                      :
                      Debtors.        :
                                      :
                                      :
------------------------------------- X
                                      :
LEHMAN BROTHERS SPECIAL FINANCING INC., :
                                      :
                                      :
                      Plaintiff,      :
-against-                             : Adversary Proceeding
                                      : No. 10-03547 (SCC)
BANK OF AMERICA NATIONAL ASSOCIATION, :
et al.,                               :
                      Defendants.     :
------------------------------------- X
```

### [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD

Upon consideration of Shield Securities Limited's Motion to Withdraw Caitrin Una McKiernan as counsel of record for Shield Securities Limited, it is hereby

**ORDERED**, that Caitrin Una McKiernan is withdrawn as counsel of record for Shield Securities Limited in the above referenced case.


Dated: _____                /s/ _____
New York, New York                    UNITED STATES BANKRUPTCY JUDGE