UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC. : (Jointly Administered)
:
Debtor. :
-------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 43881], dated May 28, 2014, filed in reference to Claim No. 55326, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  June 2, 2014

UBS AG

Hugo Koller
Director

Matthias Mohos
Associate Director

TOCE081 SWISSQUOTE55326 CH0036891163_WITHDRAWN



**UBS AG**
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

June 02, 2014



RECEIVED
JUN 13 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**subject**   Withdrawal request of Claim Transfer

On behalf of          Attention: Clerk of the Court

you are receiving     Withdrawal of partial transfer of claim: Swissquote

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☒ please process
☐ please complete           ☐

Remarks
TOCE081    20'000.00    CH0036891163
Transferor: Swissquote, Switzerland / Claim Number: 55326
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director