**EXPRESS WORLDWIDE**
IntraShip

**DOX** ≡**DHL**≡

From Bär & Karrer AG
Peter Hsu 058 261 52 38
Brandschenkestrasse 90
Postfach 1548
8027 Zürich
CH SWITZERLAND

Origin
**ZRH**

To
Epiq Bankruptcy Solutions, LLC
Ms. Lauren Rodriguez
757 Third Avenue, 3rd Floor
New York, NY 10017
**10017 NEW YORK NEW YORK
US UNITED STATES OF
AMERICA**

Phone:
001 800 314 55
50

**JFKL   US–ZYP–TS2**   .

| | Day | Time |
|---|---|---|

Ref code   WJ 367674
Account No   150041953

Piece Weight: **0.5 kg**
Pickup date: 2014-06-16

Piece
**1/1**

Content / Commerce Control Statement / RC
Business Documents
Incoterm        : DAP        Customs Value   :   0.00 CHF
Imp/Exp Type : permanent   IV                  :   0.00 CHF

**FILED / RECEIVED**

**JUN 1 7 2014**

EPIQ BANKRUPTCY SOLUTIONS, LLC



WAYBILL 57 6799 2801



(2L)US10017+42000000



(J)JD01 4600 0000 5333 3984



**Dr. Peter Hsu**
Rechtsanwalt, LL.M.
+41 58 261 53 94
peter.hsu@baerkarrer.ch





**By courier**

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims
          Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 16 June 2014
367674/312/nit/bt23657105.doc

**Bank J. Safra Sarasin Ltd**
**Partial Transfer of Claim other than for Security, Epiq Claim No. 51762/**
**ISIN No. ANN5214R2059**

Dear Madam, dear Sir,

On behalf of the transferee Bank J. Safra Sarasin Ltd, I am sending you enclosed an original completed 210A transfer form (<u>Enclosure 1</u>), including copy of the evidence of transfer of claim regarding the partial transfer of claim no. 51762 against Lehman Brothers Holdings Inc.

The transferor is HSBC Private Bank (Suisse) S.A. ("**HSBC**").

Furthermore, please find in <u>Enclosure 2</u> a copy of the Proof of Claim form originally filed by HSBC for information purposes only.

Sincerely yours,

Peter Hsu

<u>Enclosures</u>

Bär & Karrer
Rechtsanwälte

Zürich
Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zürich
Phone:  +41 58 261 50 00
Fax:      +41 58 261 50 01
zuerich@baerkarrer.ch

Genf
Bär & Karrer SA
12, quai de la Poste
CH-1211 Genève 11
Phone:  +41 58 261 57 00
Fax:      +41 58 261 57 01
geneve@baerkarrer.ch

Lugano
Bär & Karrer SA
Via Vegezzi 6
CH-6901 Lugano
Phone:  +41 58 261 58 00
Fax:      +41 58 261 58 01
lugano@baerkarrer.ch

Zug
Bär & Karrer AG
Baarerstrasse 8
CH-6301 Zug
Phone:  +41 58 261 59 00
Fax:      +41 58 261 59 01
zug@baerkarrer.ch

www.baerkarrer.ch

Beilage  No. 1
Exhibit

Bär & Karrer AG, Zürich

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,     Case Nos. 08-13555 (JMP)
                                                 **(Jointly Administered)**

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR
### SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by HSBC Private Bank (Suisse) S.A., Geneva (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 51762 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of 500 Units (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN ANN5214R2059 only. Transferor is retaining the remaining portion of the Claim. A copy of the Agreement and Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee                              Name of Transferor

                                                HSBC Private Bank (Suisse) S.A.,
Bank J. Safra Sarasin Ltd                       Geneva
**Name and Address where notices to Transferee  Name and Address where notices
should be sent:**                               **to Transferor should be sent:**

Bär & Karrer AG                                 HSBC Private Bank (Suisse) S.A.,
Brandschenkestrasse 90                          | Quai des Bergues 9-17
CH-8027 Zurich                                  | PO Box 2888
Switzerland                                     CH - 1211 Geneva 1
Attn: Peter Hsu                                 Attn: TITCC-Corporate Actions
Tel.: +41 58 261 50 00                          Phone: +41(0)58.705.55.48

**- with a copy to -**
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Front-
and Back-Office Functions
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal Front- and Back-Office
Functions
Tel.: +41 (0) 58 317 40 67

Last Four Digits of Acct #: 4002                Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Front-
and Back-Office Functions
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal Front- and Back-Office
Functions
Tel.: +41 (0) 58 317 40 67

Court Claim # (if known): 51762
Date Claim Filed: October 28, 2009
Transferred Portion: 500 (units)

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: _12 June 2014_____
     Transferee
Name: Frank Link
Title: Vice President

By: _____     Date: _12 June 2014_____
     Transferee
Name: Patrick Gribi
Title: Executive Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

**<u>Exhibit A</u>**

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|------|---------------|------------------|--------|--------------------------------------|
| ANN5214R2059 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | -500- UNITS |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to BANK J. SAFRA SARASIN LTD, Basel ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 29 April 2014

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 1 / P.O. Box 2888

CH- 1211 Geneva 1

Signature(s): _Giorgio Gagliani_
Associate Director

Signature(s): _Yaron Betzalel_

Date: 22. May 2014

**Transferee**

BANK J. SAFRA SARASIN LTD

Elisabethenstrasse 62

CH – 4002 Basel

Signature(s): _Frank Link_

Signature(s): _Patrick Gräss_

Beilage Exhibit    No. 2

Bär & Karrer AG, Zürich



| | |
|---|---|
| ***United States Bankruptcy Court/Southern District of New York*** Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000051762 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) HSBC Private Bank (Suisse) SA, Quai General-Guisan 2, 1211 Geneva 3, Switzerland Contact : Jacques Durouvenoz, Securities Department Manager Telephone number: 0041-58-705 5555    Email Address:gva.corporate.actions@hsbcpb.com | ☐ Check this box to indicate that this claim amends a previously filed claim. **Court Claim Number:** _____ *(If known)* Filed on: _____ |
| Name and address where payment should be sent (if different from above) *[Please provide]* Telephone number: *[Please provide]*    Email Address: *[Please provide]* | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** See attached

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholder Clearstream Bank : 53414**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** FILED / RECEIVED OCT 28 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date. 27th October 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim Name: Christine Lynch    Name: Yves Carel Title: Head Business Management    Title: Senior Legal Adviser |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

NY:8966250.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                     Chapter 11

Lehman Brothers Holdings Inc., *et al.*                     Case No. 08-13555 (JMP)

                                                           (Jointly Administered)
                                Debtors.
-------------------------------------------------------------X

### ANNEX TO PROOF OF CLAIM OF
### HSBC Private Bank (Suisse) SA, - Geneva Office -, Switzerland

1.    <u>Claimant</u>.  HSBC Private Bank (Suisse) S.A. – Geneva Office (the **"Claimant"**), hereby files the accompanying proof of claim (the **"Proof of Claim"**) against Lehman Brothers Holdings Inc. (the **"Debtor"**), a debtor and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds claims against the Debtor arising from certain transactions that occurred prior to September 15, 2008 (the **"Petition Date"**), as described more fully below.

2.    <u>Transactions Between the Parties</u>.  The Claimant is the holder of certain securities and/or is acting on behalf of the holders of certain securities in each case guaranteed by the Debtor (each a **"Program Security"** and, together, the **"Program Securities"**) and identified on the list of Lehman Program Securities, which is available on the Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The International Securities Identification Number ("ISIN") identifying each Program Security, along with the respective Clearstream Bank blocking reference number relating to the Program Securities, is detailed on <u>Exhibit 1</u> attached hereto.  Furthermore, the Debtor guaranteed the payment of all liabilities, obligations and commitments of certain Guaranteed Subsidiaries pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors

NY:8966250.1

attached hereto as Exhibit 2, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities (together the "2005 Guaranty").

      3.    Claim.  On account of the Program Securities and pursuant to and in accordance with the terms of the documentation relating  to the Program Securities and/or, where relevant, the 2005 Guaranty,  the Claimant hereby asserts a claim against the Debtor in respect of all obligations and liabilities of the Debtor in respect of the Program Securities in an amount to be determined, plus all other interest, costs, fees and expenses allowed under applicable law (the "Claim").  An itemization of certain amounts comprising the Claim are set forth on Exhibit 1 attached hereto.

      4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

      5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor.  The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

      6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect

thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    <u>Amendments</u>.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

## EXHIBIT 1

**Accountholder's Clearstream Bank Account Number: 53'414 - HSBC PRIVATE BANK (SUISSE) SA GENEVA**

| | ISIN | Issuer | Clearstream Bank blocking reference number | Currency | Units | Outstanding Principal (Original Currency) | Interest (Original Currency) | Total (Original Currency) | Exchange Rate | Outstanding Principal (USD) | Interest (USD) | Total (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANN521338783 | LEHMAN BROTHERS SECURITIES NV | CA03340 | USD | 94 | - | (a) 772'967 | 772'967 | | 772'967 | - | 772'967 |
| 2 | ANN5214A6406 | LEHMAN BROTHERS SECURITIES NV | CA03359 | USD | 55 | - | (b) 381'394 | 381'394 | | 381'394 | - | 381'394 |
| 3 | ANN5214R2059 | LEHMAN BROTHERS SECURITIES NV | CA03377 | USD | 500 | - | UNDETERMINATED | UNDETERMINATED | | UNDETERMINATED | - | UNDETERMINATED |
| 4 | XS0220152069 | LEHMAN BROTHERS TREASURY BV | CA03351 | EUR | | 97'000 | 252 | 60'282 | 1.4281 | 128'529 | 359 | 128'888 |
| 5 | XS0264674549 | LEHMAN BROTHERS TREASURY BV | CA03336 | GBP | | 12'534'000 | - | 12'534'000 | 1.7946 | 22'493'516 | - | 22'493'516 |
| 6 | XS0271141565 | LEHMAN BROTHERS TREASURY BV | CA03339 | GBP | | 10'353'000 | - | 10'353'000 | 1.7946 | 18'579'494 | - | 18'579'494 |
| 7 | XS0276072682 | LEHMAN BROTHERS TREASURY BV | CA03353 | EUR | | 70'000 | - | 70'000 | 1.4281 | 99'967 | - | 99'967 |
| 8 | XS0277470943 | LEHMAN BROTHERS TREASURY BV | CA03341 | USD | | 350'000 | - | 350'000 | | 350'000 | - | 350'000 |
| 9 | XS0278750052 | LEHMAN BROTHERS TREASURY BV | CA03354 | USD | | 3'450'000 | - | 3'450'000 | | 3'450'000 | - | 3'450'000 |
| 10 | XS0282978686 | LEHMAN BROTHERS UK CAP FUNDING IV LP | CA03355 | EUR | | 1'433'000 | 32'508 | 1'465'508 | 1.4281 | 2'046'467 | 46'424 | 2'092'891 |
| 11 | XS0284204816 | LEHMAN BROTHERS SECURITIES NV | CA03356 | USD | | 7'000'000 | - | 7'000'000 | | 7'000'000 | - | 7'000'000 |
| 12 | XS0296595910 | LEHMAN BROTHERS SECURITIES NV | CA03367 | USD | | 5'925'000 | - | 5'925'000 | | 5'925'000 | - | 5'925'000 |
| 13 | XS0298692434 | LEHMAN BROTHERS TREASURY BV | CA03375 | HKD | | 3'000'000 | 54'762 | 3'054'762 | 7.7911 | 385'055 | 7'029 | 392'084 |
| 14 | XS0299701655 | LEHMAN BROTHERS TREASURY BV | CA03378 | USD | | 850'000 | - | 850'000 | | 850'000 | - | 850'000 |
| 15 | XS0301813522 | LEHMAN BROS UK CAPITAL FUNDING V LP | CA03378 | USD | | 7'801'000 | 155'500 | 7'956'500 | | 7'801'000 | 155'500 | 7'956'500 |
| 16 | XS0313080896 | LEHMAN BROTHERS SECURITIES NV | CA03380 | USD | | 240'000 | - | 240'000 | | 240'000 | - | 240'000 |
| 17 | XS0313928029 | LEHMAN BROTHERS SECURITIES NV | CA03381 | USD | | 300'000 | - | 300'000 | | 300'000 | - | 300'000 |
| 18 | XS0314871293 | LEHMAN BROTHERS SECURITIES NV | CA03382 | GBP | | 10'418'000 | - | 10'418'000 | 1.7946 | 18'695'143 | - | 18'695'143 |
| 19 | XS0320100323 | LEHMAN BROTHERS TREASURY BV | CA03391 | USD | | 650'000 | - | 650'000 | | 650'000 | - | 650'000 |
| 20 | XS0322064840 | LEHMAN BROTHERS TREASURY BV | CA03466 | EUR | | 1'400'000 | - | 1'400'000 | 1.4281 | 1'999'340 | - | 1'999'340 |
| 21 | XS0324584670 | LEHMAN BROTHERS TREASURY BV | CA03400 | USD | | 250'000 | 10'000 | 260'000 | | 250'000 | 10'000 | 260'000 |
| 22 | XS0325475084 | LEHMAN BROTHERS TREASURY BV | CA03401 | USD | | 30'000 | - | 30'000 | | 30'000 | - | 30'000 |
| 23 | XS0326476693 | LEHMAN BROTHERS TREASURY BV | CA34353 | GBP | | 19'110'000 | - | 19'110'000 | 1.7946 | 34'294'806 | - | 34'294'806 |
| 24 | XS0327728464 | LEHMAN BROTHERS SECURITIES NV | CA03338 | EUR | | 300'000 | 42'150 | 342'150 | 1.4281 | 428'430 | 60'194 | 488'624 |
| 25 | XS0328064810 | LEHMAN BROTHERS TREASURY BV | CA03408 | USD | | 35'000 | 2'975 | 37'975 | | 35'000 | 2'975 | 37'975 |
| 26 | XS0329670946 | LEHMAN BROTHERS TREASURY BV | CA03456 | AUD | | 3'450'000 | - | 3'450'000 | 0.8135 | 2'806'575 | - | 2'806'575 |
| 27 | XS0367880548 | LEHMAN BROTHERS TREASURY BV | CA03457 | USD | | 5'000'000 | - | 5'000'000 | | 5'000'000 | - | 5'000'000 |
| 28 | XS0384098440 | LEHMAN BROTHERS TREASURY BV | CA03458 | EUR | | 10'000'000 | - | 10'000'000 | 1.4281 | 14'281'000 | - | 14'281'000 |

**Total amount of Claim (in USD)**    149'557'164

(a) calculation = number of units : 94 x USD 8'223.05 (market price as of Sept. 12, 2008)
(b) calculation = number of units : 55 x USD 6'934.43 (market price as of Sept. 12, 2008)

Exchange rates against USD as of Septempter 15, 2008 (source Reuters)

| | |
|---|---|
| AUD/USD | 0.8135 |
| HKD/USD | 7.7911 |
| GBP/USD | 1.7946 |
| EUR/USD | 1.4281 |

## EXHIBIT 2

- Unanimous Written Consent of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated 9 June 2005

- Guarantee of Lehman Brothers Holdings Inc. dated January 4, 2008

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-95   11:31   JDM INVESTMENTS                    ID=2023389294            NO.290   004

06.09.2005   29:11    I-FN - 912023380294                              NO.504   002
26/09/2005   16:41    LEHMAN + 916467522653

**RESOLVED,** that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED,** that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED,** that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED,** that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED,** that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 7, 2005

Richard S. Fuld, Jr.

John D. Macomber

2

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| | | |
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

3

## GUARANTEE OF LEHMAN BROTHERS HOLDINGS INC.

To:   **Standard & Poor's Rating Services**
     **55 Water Street**
     **New York, NY 10041**

We, Lehman Brothers Holdings Inc., do hereby absolutely and unconditionally guarantee the payment by Lehman Brothers International (Europe) ("Affiliate") of all of Affiliate's liabilities, obligations and commitments (the "Guaranteed Obligations") to any counterparty of Affiliate and such counterparty's successors, endorsees and assigns (collectively, the "Beneficiaries"), as the same shall respectively become due, together with accrued interest and charges, if any, and we agree to reimburse each Beneficiary for all expenses including reasonable attorneys' fees of enforcing or obtaining or endeavoring to enforce or obtain payment thereof.

This Guarantee is absolute and unconditional without limitation as to monetary amount or duration, irrespective of the validity, regularity or enforceability of any agreement or document setting forth a Guaranteed Obligation (each a "Borrower Agreement") against Affiliate (other than as a result of the unenforceability of the applicable Borrower Agreement against the Beneficiary), any waiver or consent by any Beneficiary with respect to any provisions thereof or any other circumstance which might otherwise constitute a legal or equitable discharge or defense of a guarantor (excluding the defenses of payment and statute of limitations, neither of which is waived); provided, however, that we shall be entitled to exercise any right that Affiliate could have exercised under the applicable Borrower Agreement to cure any default in respect of its obligations under the Borrower Agreement or to setoff, counterclaim or withhold payment in respect of any event of default or similar event in respect of a Beneficiary, but only to the extent such right is provided to Affiliate under the Borrower Agreement. We shall have no right of subrogation with respect to any payments we make under this Guarantee in connection with a Borrower Agreement until all Guaranteed Obligations of Affiliate under that Borrower Agreement are paid in full.

This Guarantee is a guarantee of payment, and not of collection, and each Beneficiary may exercise its rights hereunder against us without first having to take any action against Affiliate, or any other guarantor. We hereby waive diligence, presentment, protest, demand of any kind in connection with the delivery, acceptance, performance, default or enforcement of this Guarantee.

This Guarantee shall be binding upon us, our successors and assigns.

We further agree that this Guarantee shall continue to be effective or be reinstated, as the case may be, if at any time payment, or any part thereof, of any Guaranteed Obligation or interest thereon is rescinded or must otherwise be restored by or is recovered from a Beneficiary as a preference or fraudulent transfer under the federal Bankruptcy Code or any similar applicable state or foreign law.

hereunder to us shall be to Lehman Brothers Holdings Inc., Attention: Treasurer, at 745 Seventh Avenue, New York, New York (Facsimile No. 646-758-3334).

This Guarantee shall be governed by and construed in accordance with the laws of the State of New York without giving effect to the conflicts of laws principles thereof.

IN WITNESS WHEREOF, I have hereunto set my hand on January 4, 2008.

LEHMAN BROTHERS HOLDINGS INC.

By:

Name:  James J. Killerlane III
Title:   Vice President

2

HSBC ⬠ Private Bank

*Département juridique*
*Legal Department*

BY DHL EXPRESS

Epic Bankruptcy Solutions, LLC
Attention: Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017 - USA

Geneva, October 27, 2009
YCA/gm

Re. Lehman Securities Programs Proof of claim

Dear Madam, dear Sir,

Re. Lehman Securities Programs Proof of claim

We have the pleasure of submitting to you three originals proof of claim and their enclosures, the content of which is self-explanatory.

Furthermore we are enclosing a photocopy of said proofs of claims jointly with a self-addressed envelope for acknowledgement purposes. A DHL Shipment Air Waybill (nbr. 454 7326 796) is further attached hereto allowing you to send us back the proof of claim acknowledgement by completing and signing said DHL Waybill under its section "Shipper" before contacting DHL. Said shipment would be at our charge, our Payor Account N° appearing on the top left of the Waybill.

We wish you a good receipt thereof and remain

Yours very truly,

HSBC PRIVATE BANK (SUISSE) S.A.

Y. Casel                  I. Dufour

End.

HSBC Private Bank (Suisse) SA          T  +41 (0) 58 705 55 55          www.theworldsprivatebank.com
Quai Général-Guisan 2, PO Box 3580     F  +41 (0) 58 705 51 51
CH-1211 Geneva 3

