In re Lehman Brothers Holdings, Inc., et al.
Debtors, Case No. 08-13555 (SCC)
Chapter 11

EXHIBIT A

TO

MOTION FOR RELIEF FROM STAY
AND INJUNCTION PROVIDED UNDER PLAN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY AND INJUNCTION UNDER PLAN

Upon consideration the Motion[1] dated June 25, 2014, of Claimants Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda (Weeks) Howard-James, Isabel Guadjardo and Coleen Denise Colombo ("Claimants"), pursuant to 11 U.S.C. § 105, 28 U.S.C. § 362(d)(1), the Court's inherent power to modify its own orders in the interests of justice, and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, and it appearing that the Court has jurisdiction to consider the Motion and to grant the relief requested therein under 28 U.S.C. §§ 157, and it further appearing that granting relief from stay is appropriate; and that proper and adequate notice of the Motion has been given and no further notice is necessary; and after due deliberation thereon and for good cause,

---

[1] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

003336.0013\3593706.2

**EXHIBIT A**

IT IS ORDERED:

1. The Motion is GRANTED.

2. The automatic stay provided by 11 U.S.C. § 362(a) and the injunction provided by Section 13.7 of the Debtor's Plan be and are hereby modified to permit and allow the Claimants to liquidate their Claims in the pending Action against the Debtors in the Sacramento Superior Court to judgment.

3. The ADR Procedures Order is hereby modified to the extent necessary to authorize the relief provided herein.

4. Claimants shall not enforce any judgment obtained in the Action against the Debtors without further leave of Court.

5. The Court shall retain jurisdiction to hear and determine all other matters arising from or related to the relief granted herein, as well as all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Dated: July_____, 2014
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE