Hearing Date and Time: July 16, 2014 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: July 9, 2014 at 4:00 p.m. (Prevailing Eastern Time)

Jack A. Raisner (JR 6171)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: 646-509-2070
Email: jar@outtengolden.com

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (925) 820-0335
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY AND INJUNCTION PROVIDED UNDER PLAN**

003336.0013\3593664.1

**PLEASE TAKE NOTICE** that on June 25, 2014, Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda (Weeks) Howard-James, Isabel Guadjardo and Coleen Denise Colombo (collectively, "Claimants") filed their Motion to Modify ADR Proceeding Order to Change Mediation Location ("Motion") and that a hearing to consider the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **July 16, 2014 at 10:00 a.m. (Prevailing Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourt.gov) by registered uses of the Bankruptcy Court's filing system and (b) by all other parties in interest, on a 3.5 inch disc, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourt.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623; (ii) attorneys for Claimants, Gwilliam, Ivary, Chiosso, Vavallli & Brewer, 1999 Harrison Street, Suite 1600, Oakland, California, 94612 (Attn: Randall Strauss, Esq.) and Wendel, Rosen, Black & Dean, LLP, 1111 Broadway, 24th Floor, Oakland, California, 94601 (Attn: Mark Bostick, Esq.); and (iii) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.)

so as to be so filed and received no later than **July 9, 2014 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Claimants may, on or after the Objection Deadline submit an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

DATED: June 24, 2014    OUTTEN & GOLDEN LLP

By:  /s/ *Jack A. Raisner*
Jack A. Raisner
Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

DATED: June 23, 2014    GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By:  /s/ *Gary Gwilliam*
Gary Gwilliam
Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

DATED: June 24, 2014    WENDEL, ROSEN, BLACK & DEAN LLP

By:  /s/ *Mark S. Bostick*
Mark S. Bostick
Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo