**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>*Debtors.* | **CHAPTER 11**<br><br>**CASE NO. 08-13555 (SCC)** |
| MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE, LTD., JR MOORE, LP, LM MOORE LP, MF MOORE LP (formerly MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUND (MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C., and TRADE PROCESS CORPORATION,<br><br>*Plaintiffs,*<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., and LEHMAN BROTHERS COMMERCIAL CORPORATION,<br><br>*Defendants.* | **ADVERSARY PROCEEDING**<br>**NO: 14-02021 (SCC)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Moore Macro Fund, LP, Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., JR Moore, LP, LM Moore LP, MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, Ltd., Moore Emerging Markets Fund (Master) LP, Moore Capital Advisors, L.L.C., and Trade Process Corporation (collectively, "Plaintiffs") state as follows:

Plaintiffs Moore Macro Fund, LP, Moore Global Investments, Ltd., Moore Emerging Markets Fund (Master) LP, JR Moore, LP, and Trade Process Corporation have no parent corporations and no public corporation owns 10% or more of any of these Plaintiffs' stock.

Moore Global Fixed Income Fund (Master), LP is the parent of Plaintiffs Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., MF Moore LP (formerly Moore Global Fixed Income Fund (Master), LP, a different entity from its current parent), and LM Moore, LP. No public corporation owns 10% or more of any of these Plaintiffs' stock.

Moore Capital Holdings LLC is the parent of Plaintiff Moore Capital Advisors, L.L.C. No public corporation owns 10% or more of Moore Capital Advisors, L.L.C.'s stock.

Dated: New York, New York
June 24, 2014

                                        **SCHLAM STONE & DOLAN LLP**

                                    By:_____/s/_____
                                        Bennette D. Kramer
                                        Jeffrey M. Eilender
                                        Erik S. Groothuis
                                        Samuel L. Butt
                                        26 Broadway
                                        New York, NY 10004
                                        Tel.: (212) 344-5400
                                        Fax: (212) 344-7677
                                        E-mail: bdk@schlamstone.com
                                        *Attorneys for Plaintiffs*