Hearing Date and Time: July 16, 2014, at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: July 9, 2014, at 4:00 p.m. (Prevailing Eastern Time)

Jack A. Raisner (JR 6171)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: 646-509-2070
Email: jar@outtengolden.com

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (925) 820-0335
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Mark S. Bostick, an attorney, hereby certify that on June 24, 2014, I caused true and correct copies of the following documents to be served by my office:

NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY
AND INJUNCTION PROVIDED UNDER PLAN

MOTION FOR RELIEF FROM STAY
AND INJUNCTION PROVIDED UNDER PLAN
[proposed ORDER GRANTING MOTION FOR RELIEF
FROM STAY AND INJUNCTION UNDER PLAN attached as Ex. A to Motion]

DECLARATION OF J. GARY GWILLIAM IN SUPPORT OF MOTION
FOR RELIEF FROM STAY AND INJUNCTION PROVIDED UNDER PLAN

**BY FEDEX:** by enclosing said document(s) in Federal Express envelopes marked for express overnight delivery, addressed to the persons listed below in **List A**. Said envelopes were then hand delivered to a Federal Express office next day delivery.

**LIST A – by Federal Express**

Chambers of the Hon. Shelley C. Chapman
United States Bankruptcy Judge
U.S. Bankruptcy Court, So Dist. of NY
Courtroom 623
One Bowling Green
New York, NY  10004

Office of the U.S. Trustee
Attn:  William K. Harrington, Esq.;
Susan D. Golden, Esq.; and
Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, NY  10014

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.;
Dennis O'Donnell, Esq.; and
Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005
(*Counsel to the Official Committee of Unsecured Creditors*)

Weil, Gotshal & Manges LLP
Attn:  Richard P. Krasnow, Esq.;
Lori R. Fife, Esq., Shai Y. Waisman, Esq.
and Jacqueline Marcus, Esq.
767 Fifth Ave.
New York, NY  10153
(*Counsel for Lehman Brothers Holdings Inc. and Certain of Its Affiliates, Joint Debtors*)

Internal Revenue Service
Special Procedures Branch
Attn:  District Director
290 Broadway
New York, NY  10007

**and also**

003336.0013\3595100.1                                         2

**BY E-MAIL TRANSMISSION:** by causing copies said document(s) to be sent by electronic mail to those parties listed on the attached **List B**.

All other parties have been served electronically through the Court's ECF System.

DATED: June 24, 2014            WENDEL, ROSEN, BLACK & DEAN LLP

                                                 By: */s/ Mark S. Bostick*
                                                       Mark S. Bostick
                                                       Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

**LIST B**

AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM
AALFONSO@WILLKIE.COM
ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM
ADARWIN@NIXONPEABODY.COM
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM
AECKSTEIN@BLANKROME.COM
AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM
AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV
AGOLD@HERRICK.COM
AGOTTFRIED@MORGANLEWIS.COM
AISENBERG@SAUL.COM
AKADISH@DTLAWGROUP.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM
ALUM@FTPORTFOLIOS.COM
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM
AMARTIN@SHEPPARDMULLIN.COM
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANGELICH.GEORGE@ARENTFOX.COM
ANN.REYNAUD@SHELL.COM
ANTHONY_BOCCANFUSO@APORTER.COM
AOSTROW@BECKERGLYNN.COM
APALAZZOLO@FZWZ.COM
APPLEBY@CHAPMAN.COM
AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM
ARAHL@REEDSMITH.COM
ARLBANK@PBFCM.COM
ARTHUR.ROSENBERG@HKLAW.COM
ARWOLF@WLRK.COM
ASEUFFERT@LAWPOST-NYC.COM
ASHMEAD@SEWKIS.COM
ASOMERS@RCTLEGAL.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM DBAUMSTEIN@WHITECASE.COM;
    RGRAHAM@WHITECASE.COM
BANKR@ZUCKERMAN.COM
BANKRUPTCY@GOODWIN.COM
BANKRUPTCY@MORRISONCOHEN.COM

003336.0013\3593966.1

BANKRUPTCY@NTEXAS-ATTORNEYS.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
BARBRA.PARLIN@HKLAW.COM
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM
BBISIGNANI@POSTSCHELL.COM
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US
BDK@SCHLAMSTONE.COM
BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM
BMILLER@MOFO.COM
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
BRUCE.WRIGHT@SUTHERLAND.COM
BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM
BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM
CAHN@CLM.COM
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM
CBELISLE@WFW.COM; JFREEBERG@WFW.COM
CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM;ASNOW@SSBB.COM
CHARLES@FILARDI-LAW.COM
CHARLES_MALLOY@APORTER.COM
CHIPFORD@PARKERPOE.COM
CHRIS.DONOHO@LOVELLS.COM
CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM
CLYNCH@REEDSMITH.COM
CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM
COHEN@SEWKIS.COM
CP@STEVENSLEE.COM
CP@STEVENSLEE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM
CRAIGJUSTINALBERT@GMAIL.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
CSALOMON@BECKERGLYNN.COM
CSCHREIBER@WINSTON.COM
CSHORE@WHITECASE.COM
CSHULMAN@SHEPPARDMULLIN.COM;
CSZYFER@STROOCK.COM
CWARD@POLSINELLI.COM
CWEISS@INGRAMLLP.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DAVE.DAVIS@ISGRIA.COM

003336.0013\3593966.1

DAVID.BENNETT@TKLAW.COM
DAVID.HELLER@LW.COM
DAVID.POWLEN@BTLAW.COM
DAVIDS@BLBGLAW.COM
DAVIDWHEELER@MVALAW.COM
DBARBER@BSBLAWYERS.COM
DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM
DCRAPO@GIBBONSLAW.COM
DDREBSKY@NIXONPEABODY.COM
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM
DEGGERMANN@KRAMERLEVIN.COM
DEGGERT@FREEBORNPETERS.COM
DEMETRA.LIGGINS@TKLAW.COM
DFLANIGAN@POLSINELLI.COM
DHAYES@MCGUIREWOODS.COM
DHEFFER@FOLEY.COM
DHURST@COLESCHOTZ.COM
DHW@DHCLEGAL.COM
DICONZAM@GTLAW.COM
DJCARRAGHER@DAYPITNEY.COM
DKESSLER@KTMC.COM
DKLEINER@VELAW.COM
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM
DLIPKE@VEDDERPRICE.COM
DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM
DNEIER@WINSTON.COM
DRAELSON@FISHERBROTHERS.COM
DROSENZWEIG@FULBRIGHT.COM
DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM
DSHEMANO@PEITZMANWEG.COM
DSPELFOGEL@FOLEY.COM
DTATGE@EBGLAW.COM
DTHEISING@HARRISONMOBERLY.COM
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM
DWORKMAN@BAKERLAW.COM
EASMITH@VENABLE.COM
ECHANG@STEINLUBIN.COM
ECOHEN@RUSSELL.COM
EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM
EFRIEDMAN@FRIEDMANSPRING.COM
EGLAS@MCCARTER.COM
EKBERGC@LANEPOWELL.COM

003336.0013\3593966.1

ELEICHT@WHITECASE.COM
EMAGNELLI@BRACHEICHLER.COM; ARAINONE@BRACHEICHLER.COM
EMERBERG@MAYERBROWN.COM
EOBRIEN@SBCHLAW.COM
ESCHWARTZ@CONTRARIANCAPITAL.COM
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM
EZUJKOWSKI@EMMETMARVIN.COM
FBP@PPGMS.COM; LML@PPGMS.COM
FFM@BOSTONBUSINESSLAW.COM
FHYMAN@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM
FOONT@FOONTLAW.COM
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM
FYATES@SONNENSCHEIN.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET
GEORGE.SOUTH@DLAPIPER.COM;
GGITOMER@MKBATTORNEYS.COM
GGOODMAN@FOLEY.COM;LAPETERSON@FOLEY.COM
GIDDENS@HUGHESHUBBARD.COM;KIPLOK@HUGHESHUBBARD.COM;KOBAK@HUGHESHUBBARD.COM;
    MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM
GRAVERT@RAVERTPLLC.COM
GSPILSBURY@JSSLAW.COM
HARRISJM@MICHIGAN.GOV
HARVEYSTRICKON@PAULHASTINGS.COM
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM
HEISER@CHAPMAN.COM
HEISER@CHAPMAN.COM
HMAGALIFF@R3MLAW.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM
HOLSEN@STROOCK.COM
HOWARD.HAWKINS@CWT.COM
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM
HSTEEL@BROWNRUDNICK.COM
IAN.ROBERTS@BAKERBOTTS.COM
ICATTO@MWE.COM
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM
ILEVEE@LOWENSTEIN.COM

003336.0013\3593966.1

ILEVEE@LOWENSTEIN.COM
ISRAEL.DAHAN@CWT.COM
J.ZELLOE@STAHLZELLOE.COM
JACOBSONN@SEC.GOV
JAMES.HEANEY@LAWDEB.COM
JAMES.MCCLAMMY@DPW.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JAMESBOYAJIAN@GMAIL.COM
JAMESBOYAJIAN@GMAIL.COM
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM
JAY.HURST@OAG.STATE.TX.US
JAY@KLEINSOLOMON.COM
JBECKER@WILMINGTONTRUST.COM
JBIRD@POLSINELLI.COM
JBROMLEY@CGSH.COM
JCARBERRY@CL-LAW.COM
JCHRISTIAN@TOBINLAW.COM
JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM
JDORAN@HASLAW.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
JEANITES@WHITEANDWILLIAMS.COM
JEFF.WITTIG@COAIR.COM
JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM; CAROL.WEINERLEVY@BINGHAM.COM
JELDREDGE@VELAW.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM
JENNIFER.GORE@SHELL.COM
JENNIFER.GORE@SHELL.COM
JFLAXER@GOLENBOCK.COM
JG5786@ATT.COM
JGOODCHILD@MORGANLEWIS.COM
JGUY@ORRICK.COM
JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM
JHORGAN@PHXA.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
JJOYCE@DRESSLERPETERS.COM
JJTANCREDI@DAYPITNEY.COM
JJURELLER@KLESTADT.COM
JLAMAR@MAYNARDCOOPER.COM

JLAWLOR@WMD-LAW.COM
JLAWLOR@WMD-LAW.COM
JLEE@FOLEY.COM
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM
JMELKO@GARDERE.COM
JMERVA@FULT.COM
JMR@MSF-LAW.COM;
JNADRITCH@OLSHANLAW.COM
JNM@MCCALLARAYMER.COM
JOHN.MONAGHAN@HKLAW.COM
JOHN.MULE@AG.STATE.MN.US
JOHN.RAPISARDI@CWT.COM;
JONATHAN.HENES@KIRKLAND.COM; JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
    CHRISTOPHER.GRECO@KIRKLAND.COM
JOSEPH.CORDARO@USDOJ.GOV
JOSHUA.DORCHAK@BINGHAM.COM
JOWOLF@LAW.NYC.GOV
JOY.MATHIAS@DUBAIIC.COM
JPINTARELLI@MOFO.COM
JPINTARELLI@MOFO.COM;LMARINUZZI@MOFO.COM
JPROL@LOWENSTEIN.COM
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM
JRSMITH@HUNTON.COM
JSCHILLER@BSFLLP.COM
JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM
JSHENWICK@GMAIL.COM
JSHERMAN@BSFLLP.COM
JSHICKICH@RIDDELLWILLIAMS.COM
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM
JSTOLL@MAYERBROWN.COM
JSULLIVAN@MOSESSINGER.COM
JTIMKO@SHUTTS.COM
JTORF@SCHIFFHARDIN.COM
JUDY.MORSE@CROWEDUNLEVY.COM
JVAIL@SSRL.COM
JWCOHEN@DAYPITNEY.COM
JWEST@VELAW.COM
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM
KARL.GEERCKEN@ALSTON.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KECKHARDT@HUNTON.COM

003336.0013\3593966.1

KEITH.SIMON@LW.COM
KEN.COLEMAN@ALLENOVERY.COM
KEN.HIGMAN@HP.COM
KERRY.MOYNIHAN@BRYANCAVE.COM;ADAM.BREZINE@BRYANCAVE.COM
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM
KIT.WEITNAUER@ALSTON.COM
KKELLY@EBGLAW.COM
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM
KMAYER@MCCARTER.COM
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM
KREYNOLDS@MKLAWNYC.COM
KROSEN@LOWENSTEIN.COM
KURT.MAYR@BGLLP.COM
LACYR@SULLCROM.COM
LANDON@STREUSANDLANDON.COM; VILLA@STREUSANDLANDON.COM
LAWALLF@PEPPERLAW.COM
LAWRENCE.GELBER@SRZ.COM; MEGHAN.BREEN@SRZ.COM
LBERKOFF@MORITTHOCK.COM
LEE.STREMBA@TROUTMANSANDERS.COM
LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM
LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM
LHOFFMAN@DEILYLAWFIRM.COM; LPERKINS@DEILYLAWFIRM.COM
LINDA.BOYLE@TWTELECOM.COM
LISA.KRAIDIN@ALLENOVERY.COM
LISA.SOLOMON@ATT.NET
LJKOTLER@DUANEMORRIS.COM
LKATZ@LTBLAW.COM
LKISS@KLESTADT.COM
LMARINUZZI@MOFO.COM
LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM
LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM
LNASHELSKY@MOFO.COM
LOIZIDES@LOIZIDES.COM
LSCARCELLA@FARRELLFRITZ.COM
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM
MABRAMS@WILLKIE.COM
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MARC.CHAIT@SC.COM

003336.0013\3593966.1

MARK.BANE@ROPESGRAY.COM
MARK.DEVENO@BINGHAM.COM
MARK.ELLENBERG@CWT.COM
MARK.ELLENBERG@CWT.COM
MATT@WILLAW.COM
MBERMAN@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM
MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM
MBLOEMSMA@MHJUR.COM
MBOSSI@THOMPSONCOBURN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM
MCORDONE@STRADLEY.COM
MCTO@DEBEVOISE.COM
MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM
MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM
MELOROD@GTLAW.COM
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM
METKIN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM
MGINZBURG@DAYPITNEY.COM
MGORDON@BRIGGS.COM
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM
MH1@MCCALLARAYMER.COM
MHOPKINS@COV.COM; DCOFFINO@COV.COM
MICHAEL.FREGE@CMS-HS.COM
MICHAEL.KELLY@MONARCHLP.COM
MICHAEL.KRAUSS@FAEGREBD.COM
MICHAEL.MCCRORY@BTLAW.COM
MICHAELS@JSTRIALLAW.COM
MILLEE12@NATIONWIDE.COM
MILLER@TAFTLAW.COM
MJEDELMAN@VEDDERPRICE.COM
MJR1@WESTCHESTERGOV.COM
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
MLICHTENSTEIN@CROWELL.COM

003336.0013\3593966.1

MLICHTENSTEIN@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
MLYNCH2@TRAVELERS.COM
MMORREALE@US.MUFG.JP
MNEIER@IBOLAW.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
MPAGE@KELLEYDRYE.COM
MPOMERANTZ@JULIENANDSCHLESINGER.COM; MICHAELS@JSTRIALLAW.COM
MPRIMOFF@KAYESCHOLER.COM
MPRIMOFF@KAYESCHOLER.COM;
MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM
MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM
MROTHCHILD@MOFO.COM
MRUETZEL@WHITECASE.COM;
MSCHIMEL@SJU.EDU
MSOLOW@KAYESCHOLER.COM
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM
MSTAMER@AKINGUMP.COM
MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM
MVENDITTO@REEDSMITH.COM
MWARNER@COLESCHOTZ.COM
MWARREN@MTB.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
NCOCO@MWE.COM
NEAL.MANN@OAG.STATE.NY.US
NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM
NEWYORK@SEC.GOV
NHERMAN@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
NLEPORE@SCHNADER.COM
NOTICE@BKCYLAW.COM
OTCCORPACTIONS@FINRA.ORG
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM
PATRICK.OH@FRESHFIELDS.COM
PAUL.TURNER@SUTHERLAND.COM
PEISENBERG@LOCKELORD.COM
PETER.GILHULY@LW.COM
PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM
PETER.SIMMONS@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM
PETER@BANKRUPT.COM
PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM
PHILIP.WELLS@ROPESGRAY.COM
PMAXCY@SONNENSCHEIN.COM
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM

003336.0013\3593966.1

PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM
PTRAIN-GUTIERREZ@KAPLANLANDAU.COM; ENKAPLAN@KAPLANLANDAU.COM
PTROSTLE@JENNER.COM
RAJ.MADAN@BINGHAM.COM;
RAMONA.NEAL@HP.COM
RAUL.ALCANTAR@ALCANTARLAW.COM
RBEACHER@PRYORCASHMAN.COM
RBERNARD@FOLEY.COM
RBERNARD@FOLEY.COM
RDAVERSA@ORRICK.COM
RDAVERSA@ORRICK.COM
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM
RFLANAGAN@FLANASSOC.COM
RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM; JGUY@ORRICK.COM; DFELDER@ORRICK.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
RGOODMAN@MOUNDCOTTON.COM; AMHAMHANDLERLAW.COM
RGRAHAM@WHITECASE.COM
RHETT.CAMPBELL@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM
RICHARD.FINGARD@NEWEDGE.COM
RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM
RICHARD.LEAR@HKLAW.COM
RICHARD@RWMAPLC.COM
RICK.MURPHY@SUTHERLAND.COM
RLEEK@HODGSONRUSS.COM
RLEVIN@CRAVATH.COM
RMATZAT@HAHNHESSEN.COM
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM
ROBERT.BAILEY@BNYMELLON.COM
ROBERT.HENOCH@KOBREKIM.COM; ANDREW.LOURIE@KOBREKIM.COM
ROBERT.HONEYWELL@KLGATES.COM
ROBERT.MALONE@DBR.COM
ROBERT.YALEN@USDOJ.GOV
ROBIN.KELLER@LOVELLS.COM
ROBIN.KELLER@LOVELLS.COM
ROGER@RNAGIOFF.COM
ROSS.MARTIN@ROPESGRAY.COM
RPEDONE@NIXONPEABODY.COM
RREID@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM
RRUSSELL@ANDREWSKURTH.COM
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM
RUSSJ4478@AOL.COM
RWASSERMAN@CFTC.GOV

003336.0013\3593966.1

S.MINEHAN@AOZORABANK.CO.JP
SABIN.WILLETT@BINGHAM.COM
SABRAMOWITZ@VELAW.COM
SABVANROOY@HOTMAIL.COM
SALLY.HENRY@SKADDEN.COM
SALVATORE@BLBGLAW.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM; EDWARD.FLANDERS@PILLSBURYLAW.COM
SANDYSCAFARIA@EATON.COM
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM
SCHNABEL.ERIC@DORSEY.COM
SCHRISTIANSON@BUCHALTER.COM
SCOTT.GOLDEN@HOGANLOVELLS.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGTEASDALE.COM
SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV
SEBA.KURIAN@INVESCO.COM
SFALANGA@CONNELLFOLEY.COM; CHEMRICK@CONNELLFOLEY.COM
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM
SFINEMAN@LCHB.COM
SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM
SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM
SHANNON.NAGLE@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM
SHARBECK@SIPC.ORG
SHARI.LEVENTHAL@NY.FRB.ORG
SHEEHAN@TXSCHOOLLAW.COM
SIDORSKY@BUTZEL.COM
SLDREYFUSS@HLGSLAW.COM;MMOLOSHOK@HLGSLAW.COM
SLEO@BM.NET
SLERNER@SSD.COM
SLEVINE@BROWNRUDNICK.COM
SMAYERSON@SSD.COM
SNEWMAN@KATSKYKORINS.COM
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM
SQUSBA@STBLAW.COM
SSCHULTZ@AKINGUMP.COM
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM
SSSELBST@HERRICK.COM
SSTARR@STARRANDSTARR.COM
STEELE@LOWENSTEIN.COM
STEPHEN.COWAN@DLAPIPER.COM
STEPHEN.HESSLER@KIRKLAND.COM; MARK.MCKANE@KIRKLAND.COM
STEVEN.TROYER@COMMERZBANK.COM
STEVEN.USDIN@FLASTERGREENBERG.COM
STREUSAND@STREUSANDLANDON.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMANUEL.COM

SWEYL@HASLAW.COM
SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM
SZUCH@WIGGIN.COM
TANNWEILER@GREERHERZ.COM
TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM
TDUFFY@ANDERSONKILL.COM
TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM
TGOREN@MOFO.COM
THALER@THALERGERTLER.COM
THOMAS.CALIFANO@DLAPIPER.COM
TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM

TIMOTHY.HARKNESS@FRESHFIELDS.COM; DAVID.LIVSHIZ@FRESHFIELDS.COM;MICHELLE.PARK@FRESHFIELDS.COM; CAITRIN.MCKIERNAN@FRESHFIELDS.COM
TKIRIAKOS@MAYERBROWN.COM
TLAURIA@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM
TMARRION@HASLAW.COM
TNIXON@GKLAW.COM
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
TOMWELSH@ORRICK.COM
TSLOME@MSEK.COM
TUNRAD@BURNSLEV.COM
VMILIONE@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
WANDA.GOODLOE@CBRE.COM
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET
WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM
WDASE@FZWZ.COM
WILL.SUGDEN@ALSTON.COM
WISOTSKA@PEPPERLAW.COM
WK@PWLAWYERS.COM
WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM
WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM
WMCKENNA@FOLEY.COM
WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM
WSWEARINGEN@LLF-LAW.COM
WTAYLOR@MCCARTER.COM
WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM
YAMASHIRO@SUMITOMOTRUST.CO.JP
YUWATOKO@MOFO.COM