UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (SCC)
                                                             :   (Jointly Administered)
                       Debtors.                              :
                                                             :
-------------------------------------------------------------x   Ref. Docket Nos. 44570, 44595,
                                                                 44596, 44598, 44641, 44642, 44644,
                                                                 44646

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

EXHIBIT A

08-13555-mg    Doc 44851    Filed 06/24/14    Entered 06/24/14 18:40:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MORGAN STANLEY SENIOR FUNDING, INC.           MORGAN STANLEY SENIOR FUNDING, INC.
     TRANSFEROR: ORE HILL HUB FUND LTD.            MANAGING LAW CLERK
     ATTN: JOHN RAGUSA                             RICHARDS KIBBE & ORBE LLP
     1585 BROADWAY                                 200 LIBERTY STREET
     NEW YORK NY 10036                             NEW YORK NY 10281
```

Please note that your claim # 33591-06 in the above referenced case and in the amount of
$105,634.75 allowed at $101,788.16     has been transferred (**unless previously expunged by court order**)

```
     HHLF L.P.
     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC.
     ATTN: BRIAN WOOD
     555 5TH AVE., 18TH FLOOR
     NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44641    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/13/2014                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 13, 2014.

EXHIBIT B

```
TIME: 10:19:34                                   LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/13/14                                         CREDITOR LISTING

Name                                      Address
BANCA MEDIOLANUM S.P.A.                   ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO )    20080 ITALY
CASSA DI RISPARMIO DI SALUZZO S.P.A.      ATTN: DANIELA ANDREIS CORSO ITALIA, 86 SALUZZO (CUNEO)   12037 ITALY
CREDIT SUISSE SUCURSAL EN ESPANA          TRANSFEROR: UBS AG CRAVETH, SWAINE & MOORE LLP; ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                   TRANSFEROR: CASSA DI RISPARMIO DI SALUZZO S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA    42123 ITALY
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
FIBI BANK (SWITZERLAND) LTD               SEESTRASSE 61 ZURICH  CH-8027 SWITZERLAND
HHLF L.P.                                 TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
LLSM L.P.                                 TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
MORGAN STANLEY SENIOR FUNDING, INC.       MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.       TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
PERMAL STONE LION FUND LTD.               TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
SL LIQUIDATION FUND L.P.                  TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
UBS AG                                    BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                    ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                    TRANSFEROR: FIBI BANK (SWITZERLAND) LTD BAHNHOFSTRASSE 45 ZURICH   CH-8001 SWITZERLAND

Total Number of Records Printed           15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC