UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
-----------------------------------------------------------------x    Ref. Docket No. 44467

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 44467_Aff 6-13-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

NOTICE OF DEFECTIVE TRANSFER

Transferor:  STICHTING PARSIMONIA
             RIJKSWEG 16
             HELVOIRT 5268 KJ NETHERLANDS

Additional:  STICHTING PARSIMONIA
             ALBEL COORDINATION CENTER NV
             OUDE GRACHT 162
             BRASSCHAAT 2930 BELGIUM

Transferee:  AJ INVESTMENTS BV
             RIJKSWEG 16
             KJ HELVOIRT 5268 NETHERLANDS

Your transfer of claim # 40167 is defective for the reason(s) checked below:

Other                                    No Transferor Signature & Filed by Transferee

Docket Number: 44467              Date 06/13/14

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on June 13, 2014.

EXHIBIT B

```
TIME: 10:17:37                                   LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 06/13/14                                          CREDITOR LISTING

Name                          Address
AJ INVESTMENTS BV             RIJKSWEG 16 KJ HELVOIRT  5268 NETHERLANDS
STICHTING PARSIMONIA          RIJKSWEG 16 HELVOIRT  5268 KJ NETHERLANDS
STICHTING PARSIMONIA          ALBEL COORDINATION CENTER NV OUDE GRACHT 182 BRASSCHAAT  2930 BELGIUM


Total Number of Records Printed     3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC