UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                                                              :    Chapter 11 Case No.
                                                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    08-13555 (SCC)
                                                                                                      :    (Jointly Administered)
                               Debtors.                                              :
                                                                                                      :
-----------------------------------------------------------------------x    Ref. Docket Nos. 43676, 44281,
                                                                                                           44603, 44604, 44606, 44617, 44623,
                                                                                                           44625, 44630, 44632, 44633, 44640-
                                                                                                           44642, 44644-44646, 44648-44651

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                      ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 16, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 43676, 44281, 44603...44646, 44648-44651_AFF_6-16-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC. et al.

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CREDIT SUISSE
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Please note that your claim # 5255829-15 in the above referenced case and in the amount of
50.00   allowed at $496,687.02   has been transferred (unless previously expunged by court order)

BANQUE PICTET & CIE SA
TRANSFEROR: CREDIT SUISSE
ATTN: DAVID AESCHLIMANN
ROUTE DES ACACIAS 60
GENEVA 73    1211
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44603   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/16/2014                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 16, 2014.

# EXHIBIT B

```
TIME: 17:48:50                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/24/14                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ASSICURAZIONI GENERALI S.P.A. | ASSICURAZIONI GENERALI S.P.A. ATTN. MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| ASSICURAZIONI GENERALI S.P.A. | PIAZZA DUCA DEGLI ABRUZZI 2 ATTN: DOTT. ROBERTO SPERA, LEGAL COUNSEL TRIESTE 34132 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 20124 MILANO ITALY |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 GENEVA 73 1211 SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER SARL | TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: INA ASSITALIA S.P.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI HH INVESTMENTS LP | TRANSFEROR: DEUTSCHE BANK AG C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN; SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DIAS, JOSE FIGUEIREDO & MARIA DO ROSARIO | TRANSFEROR: CREDIT SUISSE CALCADA DO REI 11 QUEIJAS/PT 2790-429 PORTUGAL |
| GOLDMAN SACHS LENDING PARTNERS, LLC | 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LP | TRANSFEROR: DOLOSTONE L.L.C. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: DOLOSTONE, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: MONARCH MASTER FUNDING LTD C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRUPPO BANCA LEONARDO SPA | TRANSFEROR: BANCA AKROS SPA ATTN: BIAGIO OLIVA - ANNALISA ROMANO VIA BROLETTO 46 MILANO 20121 ITALY |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017 |
| INA ASSITALIA S.P.A. | ATTN: DOTT. OMELLA CHIARENZA-OFFICER OF GENERAL SECRETARIAT VIA BISSOLATI 23 ROME 00187 ITALY |
| INA ASSITALIA S.P.A. | MARCO BARTOLOMEI, HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| LLSM L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS TWENTY-NINTH FLOOR NEW YORK NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS TWENTY-NINTH FLOOR NEW YORK NY 10018 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS TWENTY-NINTH FLOOR NEW YORK NY 10018 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS TWENTY-NINTH FLOOR NEW YORK NY 10018 |
| LUXOR WAVEFRONT LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS TWENTY-NINTH FLOOR NEW YORK NY 10018 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE PILATUSSTRASSE 12 LUZERN CH-6003 SWITZERLAND |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN; GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:48:50                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 06/24/14                                          CREDITOR LISTING

Name                                              Address
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH             TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
OC 19 MASTER FUND LP - LCG                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS TWENTY-NINTH FLOOR NEW YORK NY 10018
PERMAL STONE LION FUND LTD.                       TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
SANTANDER PRIVATE BANKING SPA                     F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY
SL LIQUIDATION FUND L.P.                          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017


Total Number of Records Printed        53
```