UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :   (Jointly Administered)
                        Debtors.                               :
                                                               :
-----------------------------------------------------------------x   Ref. Docket Nos. 44510, 44641,
                                                                   44642, 44644, 44646, 44652, 44688-
                                                                   44692, 44699-44702

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44510, 44641, 44642...44692, 44699-44702_AFF_6-18-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-49 in the above referenced case and in the amount of
$90,000.00  allowed at $90,675.00     has been transferred (unless previously expunged by court order)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD NJ 07450

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44690   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/18/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 18, 2014.

# EXHIBIT B

```
TIME: 11:49:19                                          LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 06/18/14                                               CREDITOR LISTING

Name                                              Address
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH                    1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
GOLDMAN SACHS LENDING PARTNERS LLC                ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
HBK MASTER FUND L.P.                              TRANSFEROR: STARK MASTER FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HHLF L.P.                                         TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
J.P. MORGAN INTERNATIONAL BANK LIMITED            TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MS GALINA ALABATCHKA 80 FLEET STREET LONDON  EC4Y IEL UNITED KINGDOM
LANTERN ENDOWMENT PARTNERS, L.P.                  TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: PAUL MCDADE, LEGAL DEPT 1 KNIGHTSBRIDGE FLOOR 3 LONDON  SWIX 7LX UNITED KINGDOM
LANTERN ENDOWMENT PARTNERS, L.P.                  TRANSFEROR: ROTH IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN 156 WEST 56TH STREET, 11TH FLOOR NEW YORK NY 10019
LLSM L.P.                                         TRANSFEROR: ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN 156 WEST 56TH STREET, 11TH FLOOR NEW YORK NY 10019
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING LAW CLERK RICHARD KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
NEUE AARGAUER BANK AG                             MANAGING LAW CLERK RICHARDS KIBBE & ORBE, LLP 200 LIBERTY STREET NEW YORK NY 10281
NEUE AARGAUER BANK AG                             TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
NEUE AARGAUER BANK AG                             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NOTENSTEIN PRIVATBANK AG                          ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
PERMAL STONE LION FUND LTD.                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
RBS COUTTS BANK AG                                TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
ROTH IRA FBO CARLA FELS PERSHING LLC AS           TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
  CUSTODIAN                                       STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
ROTH IRA FBO RICHARD FELS PERSHING LLC            TRANSFEROR: BANK HAPOALIM B.M. C/O CARLA FELS 228 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
ROTH IRA FBO RICHARD FELS PERSHING LLC            TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
SL LIQUIDATION FUND L.P.                          TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
STARK MASTER FUND LTD.
UBS AG                                            TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
UBS AG                                            C/O STARK OFFSHORE MANAGEMENT, LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
ULRICH RUTZ                                       TRANSFEROR: NEUE AARGAUER BANK AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
WELLS FARGO SECURITIES, LLC                       TRANSFEROR: RBS COUTTS BANK AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
                                                  TRANSFEROR: NOTENSTEIN PRIVATBANK AG KLEINDORFSTR 12A UETIKON AM SEE  CH-8707 SWITZERLAND
                                                  TRANSFEROR: UBS AG 375 PARK AVENUE NEW YORK NY 10152

Total Number of Records Printed            39                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```