UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (SCC)
:  (Jointly Administered)
Debtors.                                             :
:
-----------------------------------------------------------------------x  Ref. Docket Nos. 44641, 44642,
44644, 44646, 44675, 44714, 44715,
44717, 44719, 44720, 44722, 44730,
44731, 44736, 44737, 44739, 44741-
44745, 44754-44756

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44641, 44642, 44644...44745, 44754-44756_AFF_6-19-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC)
 | (Jointly Administered)
Debtors. |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.           CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: EMPYREAN INVESTMENTS, LLC       JAIME A. MADELL
     ATTN: BRIAN BROYLES                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     1615 BRETT ROAD, BLDG 3                     1285 AVENUE OF THE AMERICAS
     NEW CASTLE DE 19720                         NEW YORK NY 10019
```

Please note that your claim # 15921 in the above referenced case and in the amount of
$6,736,027.74   allowed at $6,000,000.00         has been transferred (unless previously expunged by court order)

```
     VARDE INVESTMENT PARTNERS, L.P
     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
     ATTN: EDWINA STEFFER
     8500 NORMANDALE LAKE BLVD., SUITE 1500
     MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44744   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/19/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor's counsel by first
class mail, postage prepaid on June 19, 2014.

# EXHIBIT B

```
TIME: 17:53:07                                   LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 06/19/14                                        CREDITOR LISTING

Name                                            Address
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.          PIAZZALE LODI, 3 MILANO (MI)   20137 ITALY
AMSTEL ALTERNATIVE CREDIT FUND SICAV            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX   XBX 1026 MALTA
  P.L.C.
ANSAY, CAN
BANCA POPOLARE DI SONDRIO S.C.P.A.              TRANSFEROR: SCHUTZ, HERTA HARTUNGSTRASSE 14 HAMBURG   20146 GERMANY
                                                TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI
                                                PIAZZA GARIBALDI, 16 SONDRIO   23100 ITALY
BANCO DI DESIO E DELLA BRIANZA S.P.A.           TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: STEFANIA MAZZONELLO VIA E. ROVAGNATI, 1 DESIO (MB)   20832 ITALY
BANK JULIUS BAER & CO. LTD.                     TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CITIBANK PRIVATKUNDEN AG & CO. KGAA             PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA             ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF   40213 GERMANY
CITIGROUP FINANCIAL PRODUCTS INC.               JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: EMPYREAN INVESTMENTS, LLC 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: BRIAN BROYLES 1615 BRETT ROAD NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III
                                                NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                   TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III NEW YORK NY 10005
                                                NEW CASTLE DE 19720
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: WINGSPAN MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
HHLF L.P.                                       TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
LINGK, MARTIN                                   TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA DONNERSTRASSE 36 ESSEN   45355 GERMANY
LLSM L.P.                                       TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
MAKIWARA LTD                                    C/O KBL MONACO PRIVATE BANKERS 8 AVENUE DE GRANDE BRETAGNE MONACO   98000 MONACO
MANTEUFFEL LTD                                  TRANSFEROR: MAKIWARA LTD C/O KBL MONACO PRIVATE BANKERS ATTN: R. LACHELAK 8 AV DE GRANDE BRETAGNE   98000 MONACO
MORGAN STANLEY SENIOR FUNDING, INC.             MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.             MANAGING LAW CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281-1003
MORGAN STANLEY SENIOR FUNDING, INC.             TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.             TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.             TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.             TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC- ATTN: JOHN RAGUSA 1585 BROADWAY NEW YORK NY 10036
ONEX DEBT OPPORTUNITY FUND, LTD.                TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632
PERMAL STONE LION FUND LTD.                     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
SCHUTZ, HERTA                                   TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017 BLUTENWEG 8 HAMBURG   22589 GERMANY
SL LIQUIDATION FUND L.P.                        TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: BRIAN WOOD 555 5TH AVE., 18TH FLOOR NEW YORK NY 10017
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: HELD, GUNTER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: MIES, STEFAN DR & CHRISTA LUCY ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: ZARATE, MAURO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                          HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, L.P.                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WINGSPAN MASTER FUND, LP                        DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
WINGSPAN MASTER FUND, LP                        TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O WINGSPAN INVESTMENT MANAGEMENT L.P. ATTN: PETER BIO
                                                650 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10022

Total Number of Records Printed                       41                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```