UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :    (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 44609, 44615,
                                                                        44671

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 44609, 44615, 44671_Aff 6-19-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   BSI SA
              ATTN: ANDREA FERRARI / ANDREA VILLA
              CUSTODY ADMINISTRATION
              VIA MAGATTI 2
              LUGANO 6900

Your transfer of claim # 55829 is defective for the reason(s) checked below:

Other                                    ISIN noted within Trans Ntc. does not relate to Claim

Docket Number 44609              Date 06/02/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on June 19, 2014.

# EXHIBIT B

```
TIME: 17:50:34                          LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 06/19/14                               CREDITOR LISTING

Name                  Address
BSI SA                ATTN: ANDREA FERRARI / ANDREA VILLA CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO  6900
CLAUDIA DOERMANN      STETTBACHSTRASSE 73 ZURICH  CH-8051 SWITZERLAND
CREDIT SUISSE         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
KILLING, WALTER       TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KLEHESTR. 1 76571 GAGGENAU  GERMANY
MRS. CAROLIN LAMPL    WALDWIESENSTR. 6 MUNCHEN  81375 GERMANY


Total Number of Records Printed           7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC