UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :   (Jointly Administered)
          Debtors.                                             :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 33512, 44575-
                                                                   44577, 44584, 44622, 44654, 44655,
                                                                   44757-44759, 44761-44763, 44765-
                                                                   44770

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 20, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
24th day of June, 2014
/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 33512, 44575-44577...44763, 44765-44770_AFF_6-20-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CCP CREDIT ACQUISITION HOLDINGS, LLC
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      ATTN: LAUREN GRAINER
      375 PARK AVENUE, 13TH FLOOR
      NEW YORK NY 10152
```

Please note that your claim # 15160-03 in the above referenced case and in the amount of
$15,445,397.30   allowed at $14,326,250.00        has been transferred (unless previously expunged by court order)

```
      JP MORGAN CHASE BANK, N.A.
      TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
      C/O J.P. MORGAN SECURITIES LLC
      MAIL CODE: NY1-M138
      383 MADISON AVENUE, FLOOR 43
      NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44765     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/20/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 20, 2014.

# EXHIBIT B

```
TIME: 12:00:23                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 06/20/14                                         CREDITOR LISTING


Name                                               Address
ALEITER HOLDINGS LLC                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
AMSTEL ALTERNATIVE CREDIT FUND SICAV               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX XBX 1026 MALTA
 P.L.C.
BKM HOLDINGS (CAYMAN) LTD.                         JENNIFER DONOVAN C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE GEORGE TOWN KY1-9005
BKM HOLDINGS (CAYMAN) LTD.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE GEORGETOWN KY1-9005
BSOF PARALLEL MASTER FUND L.P.                     BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                                   NEW YORK NY 10036
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVE, 13TH FLOOR NEW YORK NY 10152
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
DEUTSCHE BANK AG, LONDON                           TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)               TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)               TRANSFEROR: SABRETOOTH MASTER FUND, LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                   LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                   JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JP MORGAN CHASE BANK, N.A.                         TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43
                                                   NEW YORK NY 10179
JP MORGAN CHASE BANK, N.A.                         TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR
                                                   NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                          TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                   383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                          TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                   383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
LUXOR WAVEFRONT LP                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10010
LUZERNER KANTONALBANK                              TRANSFEROR: UBS AG PILATUSSTRASSE 12 LUZERN CH-6002 LUZERN
OC 19 MASTER FUND LP-LCG                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10110
OFFSHORE ASSET HOLDING VEHICLE A, LTD              TRANSFEROR: SILVER POINT CAPITAL FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SENATOR GLOBAL OPPORTUNITY MASTER FUND             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 510 MADISON AVENUE 28TH FLOOR NEW YORK NY 10022
 L.P.
SILVER POINT CAPITAL FUND, LP                      DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                      TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                   GREENWICH CT 06830
STICHTING THE IAMEX VALUE FOUNDATION               TRANSFEROR: BERNARD, A.G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION               TRANSFEROR: L.T ZWIERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION               TRANSFEROR: ZWIENS, L.S.P. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
UBS AG                                             BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                             ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE FUND XI (MASTER), L.P., THE                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
                                                   MINNEAPOLIS MN 55437


Total Number of Records Printed         37                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```