UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 44784, 44789,
                                                                       44790, 44794

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
24th day of June, 2014

*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44784, 44789, 44790, 44794_AFF_6-23-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
     510 MADISON AVENUE, 28TH FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 67080-02 in the above referenced case and in the amount of
$15,557,520.85  allowed at $8,392,689.15   has been transferred (unless previously expunged by court order)

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.
     C/O GOLDMAN, SACHS & CO.
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44789    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/23/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 23, 2014.

# EXHIBIT B

```
TIME: 17:14:43                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE:  1
DATE: 06/23/14                                                 CREDITOR LISTING

Name                                    Address
BANCA FIDEURAM S.P.A.                   PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
ILLIQUIDX LLP                           TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y IEL UNITED KINGDOM
SENATOR GLOBAL OPPORTUNITY MASTER FUND  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 510 MADISON AVENUE, 28TH FLOOR NEW YORK NY 10022
L.P.
TRENAM KEMKER SCHARF BARKIN FRYE        ONEILL & MULLIS PA ATTN: ROBERTA A. COLTON, ESQ. 2700 BANK OF AMERICA PLAZA 101 E KENNEDY BLVD TAMPA FL 33602
VONWIN CAPITAL MANAGEMENT, LP           TRANSFEROR: TRENAM KEMKER SCHARF BARKIN FRYE ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016

Total Number of Records Printed         6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC