UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
           :
In re         :         Chapter 11 Case No.
           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
           :         (Jointly Administered)
           Debtors.   :
           :
-----------------------------------------------------------------x   Ref. Docket No. 44787

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of June, 2014

/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 44787_Aff 6-23-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE OF DEFECTIVE TRANSFER

Transferor:    BANK OF SINGAPORE LIMITED
               ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS
               ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL
               9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
               048619 SINGAPORE


Additional:    BANK OF SINGAPORE LIMITED
               CLIFFORD CHANCE US LLP
               ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ
               31 WEST 52ND STREET
               NEW YORK NY 10019


Transferee:    CREDIT SUISSE AG, SINGAPORE BRANCH
               ONE RAFFLES LINK # 05-02, SOUTH LOBBY
               SINGAPORE 039393 SINGAPORE


Your transfer    of claim #    41773-10   is defective for the reason(s) checked below:

Other                                      Claim Expunged per Docket No. 34448




Docket Number 44787           Date 06/19/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 23, 2014.

# EXHIBIT B

```
TIME: 17:15:38                                  LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 06/23/14                                        CREDITOR LISTING

Name                                 Address
BANK OF SINGAPORE LIMITED            ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                     048619 SINGAPORE
BANK OF SINGAPORE LIMITED            CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
CREDIT SUISSE AG, SINGAPORE BRANCH   ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE   039393 SINGAPORE


Total Number of Records Printed          3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC