B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Jefferies International Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6161
Facsimile: (214) 758-1261
Attention: Vivian Torian
vtorian@hbk.com

Court Claim # (if known): 15466
Amount of Claim Transferred: $2,225,299.67 (as allowed)
Date Claim Filed: 09/17/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

834608v.3 3093/00019

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.
By:    HBK Services LLC
        Investment Advisor

By: _____    Date: JUNE 19, 2014
    Beauregard A. Fournet
    Transferee/Transferee's Agent
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

JEFFERIES INTERNATIONAL LIMITED

By: _____
    Transferor/Transferor's Agent
    GEORGE MAVRIDOGLOU
    AUTHORISED SIGNATORY

834608v.3 3093/00019    15

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

                    Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.
Name of Transferee

Name and Address where notices to transferee should be sent:

c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6161
Facsimile: (214) 758-1261
Attention: Vivian Torian
vtorian@hbk.com

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Jefferies International Limited
Name of Transferor

Court Claim # (if known): 15742
Amount of Claim Transferred: $9,654,859.22 (as allowed)
Date Claim Filed: 09/17/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct. #: _____

834601v.2 3093/00019

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.
By:    HBK Services LLC
       Investment Advisor

By: _____          Date: JUNE 19, 2014
        Transferee/Transferee's Agent
    Beauregard A. Fournet
    Authorized Signatory     VP
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

JEFFERIES INTERNATIONAL LIMITED

By: _____
        Transferor/Transferor's Agent

        GEORGE MAVRIDOGLOU
        AUTHORISED SIGNATORY


834601v.2 3093/00019                    15

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (JMP)
                                                      (Jointly Administered)
Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.                              Jefferies International Limited
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 15741
should be sent:                                   Amount of Claim Transferred: $9,606,268.40 (as allowed)
c/o HBK Services LLC                              Date Claim Filed: 09/17/2009
2101 Cedar Springs Road, Suite 700                Debtor: Lehman Brothers Holdings Inc.
Dallas, Texas 75201
Telephone: (214) 758-6161
Facsimile: (214) 758-1261
Attention: Vivian Torian
vtorian@hbk.com

Phone: _____                   Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

834601v.2 3093/00019                        16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.
By:   HBK Services LLC
      Investment Advisor

By: _____          Date: JUNE 19, 2014
    Beauregard A. Fournel
    Authorized Signatory
    Transferor/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

JEFFERIES INTERNATIONAL LIMITED

By: _____
    Transferor/Transferor's Agent

GEORGE MAVRIDOGLOU
AUTHORISED SIGNATORY

834601v.2 3093/00019                         17