# Exhibit 36

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

June 19, 2013

Via E-mail

Peter D. Isakoff, Esq.,
   Weil, Gotshal & Manges LLP,
      1300 Eye Street, NW, Suite 900,
         Washington, DC 20005.

         Re:   *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)
              (Bankr. S.D.N.Y.) (Claim Nos. 14824 and 14826)

Dear Peter:

      On May 20, 2013, Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited (collectively, "Canary Wharf") noticed the deposition of Lehman Brothers Holdings Inc. ("LBHI") and included ten topics for examination. On June 10, 2013, you designated witnesses for topics 4-7, 9 and 10, and stated that you were "still in the process of identifying LBHI's witnesses with respect to topics 1, 2 and 8 . . . ." Please let us know as soon as possible who will be testifying for LBHI on topics 1, 2 and 8.

                                       Sincerely,

                                       */s/ Marc De Leeuw*
                                       Marc De Leeuw