# Exhibit 37

|   |   |
|---|---|
| **From:** | Isakoff, Peter <peter.isakoff@weil.com> |
| **Sent:** | Wednesday, June 19, 2013 2:42 PM |
| **To:** | Gelfand, Andrew E. |
| **Cc:** | Meade, Kevin; Citron, Eileen; Gordon, Arielle; Tulchin, David B.; De Leeuw, Marc; McCarthy, John G. |
| **Subject:** | Re: In re Lehman (Claim Nos. 14824 and 14826) |

It will be Mr. Krasnow.

Sent from my iPhone

On Jun 19, 2013, at 6:29 PM, "Gelfand, Andrew E." <Gelfanda@sullcrom.com> wrote:

> Peter,
>
> Please see the attached letter.
>
> Regards,
> Andrew
>
> Andrew E. Gelfand
> Sullivan & Cromwell LLP | 125 Broad Street |
>     New York, NY  10004-2498
> T: (212) 558-4097 | F: (212) 291-9298
> gelfanda@sullcrom.com | http://www.sullcrom.com
>
> ---
> This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.
>
> <Document.pdf>

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.