# Exhibit 38

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

In Re:

LEHMAN BROTHERS HOLDINGS INC.,

et al.,

                       Debtors.

Chapter 11

CASE NO.: 08-13555(JMP)

(Jointly Administered)

---------------------------------------X


                 767 Fifth Avenue

                 New York, New York

                 June 25, 2013

                 9:29 a.m.


      VIDEOTAPED DEPOSITION of RICHARD

KRASNOW,  before Melissa Gilmore, a Notary

Public of the State of New York.


      ELLEN GRAUER COURT REPORTING CO. LLC

      126 East 56th Street, Fifth Floor

        New York, New York 10022

           212-750-6434

           REF:  104143

29

1                         KRASNOW

2              MR. ISAKOFF:  I don't believe that's

3         true with respect to ten.

4         Q.    I beg your pardon.  My error.

5    Mr. Isakoff is correct.  Let me see if I can --

6    let me see if I can get this right.

7              Do you recall that you were

8    designated by LBHI to testify with respect to

9    topics one, two, four, five, six, seven, eight

10   and nine?

11        A.    Yes.

12        Q.    And are you prepared to do that

13   today?

14        A.    Yes.

15        Q.    Now, if I can ask you with respect

16   to topic one, "The lease agreement dated

17   March 16, 2005," et cetera.

18             Do you see that sir?

19        A.    Yes, sir.

20        Q.    Do you have any -- strike that.

21             Let me ask you first this question:

22   In preparing for your deposition here today,

23   did you review any or all of the drafts of that

24   lease?

25        A.    No.

30

1                          **KRASNOW**

2        Q.    You reviewed none of them?

3        **A.    I did not review any drafts.**

4        Q.    Did you review any communications

5   from the negotiations?

6        **A.    I don't recall that I reviewed any.**

7        Q.    All right.  Do you have any

8   knowledge, firsthand or otherwise, with respect

9   to any of the negotiations of the March 16,

10  2005 lease pertaining to 25 Bank Street?

11       **A.    No.**

12       Q.    Do you have any knowledge of any

13  kind concerning the intent of any of the

14  parties to that lease as of the time it was

15  executed?

16       **A.    No.**

17       Q.    Now, with respect to item two,

18  Schedule 4 to the lease, do you have any

19  knowledge concerning the negotiations of what

20  became Schedule 4 to the same lease?

21       **A.    No.**

22       Q.    Have you spoken to any of the

23  negotiators from any one of the three parties

24  to that lease about any of the negotiations

25  that led up to the execution of the lease,

31

1              KRASNOW

2    including Schedule 4?

3        A.    No.

4        Q.    Do you have any knowledge, firsthand

5    or otherwise, concerning the intent of the

6    parties as of the time that Schedule 4 was

7    agreed to?

8        A.    No.

9        Q.    Am I correct, Mr. Krasnow, that in

10   preparing for your deposition today, you did

11   review certain documents?

12       A.    Yes.

13       Q.    Can you tell me what the documents

14   were?

15       **A.    There were, what I would view as,**

16   **significant number of pieces of paper that**

17   **consisted of a lot of different types of**

18   **documents, e-mails, memos, agreements, drafts.**

19   **A variety, a panoply of documents.**

20       Q.    And when did you review those

21   documents?

22       **A.    In connection with the preparation**

23   **for this deposition?**

24       Q.    Yes, sir.

25       **A.    Yesterday and a month or so ago.**

32

1 **KRASNOW**

2     Q.    All right.  Did any of those

3 documents refresh your recollection concerning

4 any of the events in 2010 or 2011 pertaining to

5 the lease or Canary Wharf's claim?

6     **A.    Yes.**

7     Q.    Which ones?

8     **A.    I don't understand when you say**

9 **which ones.**

10     Q.    Which of the documents, as best as

11 you recall it, refreshed your recollection?

12     **A.    There were e-mails that related to**

13 **the period in question, in question being**

14 **settlement negotiations leading up to events in**

15 **December of 2010 and slightly thereafter.**

16 **There were drafts -- there were draft**

17 **stipulations.  There were lease documents and**

18 **attendance schedules.  I think that probably**

19 **covers it.**

20     Q.    Okay.  Thank you.

21     Do you recall, Mr. Krasnow, in

22 connection with your looking at documents for

23 preparation for this deposition, whether it was

24 yesterday or roughly a month ago, do you recall

25 looking at any documents that predated

33

1                        KRASNOW

2    March 16, 2005?

3         **A.    No.**

4         Q.    Do you have any information of any

5    kind concerning the negotiations of the lease

6    at 25 Bank Street that's referred to in

7    paragraph one of Schedule A of Exhibit 59?

8              MR. ISAKOFF:  Object to form.

9         **A.    I'm sorry, could that question be**

10   **read back?**

11             MR. TULCHIN:  Could you read it

12        please, Melissa?

13             (Record read.)

14        **A.    It's my understanding that whatever**

15   **documents, if any, that there are would have**

16   **been provided, and I'm not -- I'm just not**

17   **aware -- as I said, I don't recall seeing**

18   **anything myself that relates to the**

19   **pre-March 16, 2005 period.**

20        Q.    Okay.  Have you had any

21   communications with anyone who you believe was

22   involved in any way with the negotiations of

23   that lease over the last two years?

24        **A.    No.**

25        Q.    And is the same true with respect to

34

1                         KRASNOW

2    Schedule 4 to the lease?

3        **A.    Yes, it is true.**

4        Q.    All right.  Now, in preparing for

5    this deposition, Mr. Krasnow, did you have

6    occasion to consult with Mr. Ehrmann?

7        **A.    In connection with the preparation**

8    **for this deposition?**

9        Q.    Yes, sir.

10       **A.    No.**

11       Q.    Have you read the transcripts of any

12   of the depositions that have been taken so far?

13       **A.    No.**

14       Q.    All right.  Have you been told about

15   the testimony of any of the deposition

16   witnesses thus far?

17            MR. ISAKOFF:  Now, I'm going to

18       instruct you not to answer to the extent

19       that whatever you have been told has been

20       told to you by counsel.

21            If you have been told the content of

22       the depositions by anybody other than

23       counsel, then you should respond, but you

24       should leave any discussions with counsel

25       out.

39

1                         KRASNOW

2    look at it?

3         **A.    I did go to offices at Canary Wharf.**

4    **I don't know whether or not the offices, which**

5    **were Lehman offices that I visited, were these**

6    **offices -- these being the premises covered by**

7    **the lease at issue here.**

8         Q.    Did you know in 2010 that 25 Bank

9    Street had more than a million square feet of

10   office space?

11        **A.    I may have.  I don't...**

12        Q.    Were you aware that 25 Bank Street

13   was built for Lehman originally?

14             MR. ISAKOFF:  Object to form.

15        **A.    I don't recall if I knew that then.**

16        Q.    Were you aware that the 2005 lease

17   provided that Lehman Brothers Limited would be

18   a tenant as a convenience for the Lehman global

19   entity?

20             MR. ISAKOFF:  Object to form.

21        **A.    No.**

22        Q.    Do you know who on the Canary Wharf

23   side was involved in the negotiations of the

24   lease?

25        **A.    No.**

40

**KRASNOW**

1

2     Q.    And how about Schedule 4 of the

3  lease?

4     **A.    I don't know.**

5     Q.    Were you aware that 25 Bank Street

6  was one of the buildings that was put into a

7  securitization of Canary Wharf properties?

8          MR. ISAKOFF:  What is the time frame

9      of when you are asking was he aware?  What

10     is the time frame?  I'm lost now.

11     Q.    Let me ask you about in 2010, were

12  you aware of that?

13          MR. ISAKOFF:  Thank you.

14     **A.    I don't recall.**

15     Q.    In 2010, as best you remember it,

16  did you have readily available to you, in your

17  office at Weil Gotshal, a copy of the lease?

18          MR. ISAKOFF:  Object to form.

19     **A.    I'm sorry, what year?  2010?**

20     Q.    Yes, sir.

21     **A.    We had a copy of the lease.**

22     Q.    Did you, yourself, have one in your

23  office on a computer or in hard copy?

24     **A.    Yes.**

25     Q.    Which?  Or is it one or the other or

114

1                        **KRASNOW**

2       Q.    Did LBHI, in the fall of 2010, have

3  any need at all for a million square feet or

4  anything close to that of office space in

5  London, England?

6       **A.    I'm not in a position to answer the**

7  **question.**

8       Q.    You don't have any information that

9  would bear on that question; is that right?

10      **A.    That's correct.**

11      Q.    Leaving aside Canary Wharf or the

12  building located at 25 Bank Street, are you

13  aware of any effort ever made by LBHI to enter

14  into a lease for office space in London?

15            MR. ISAKOFF:  And the time frame for

16      this is?

17            MR. TULCHIN:  September 15, 2008

18      until today.

19            MR. ISAKOFF:  Okay.

20      **A.    Bear with me.  I'm trying to think**

21  **back to that period of time.**

22            **I don't know.  There were employees**

23  **of LBHI in London, but I have no knowledge.**

24      Q.    Do you have any knowledge of any

25  lease that LBHI has ever entered into for

1                          KRASNOW

2    office space in London in the same period,

3    September 15, '08 to today?

4          **A.    No.  No, I have no knowledge.**

5                MR. ISAKOFF:  Make sure he has

6          finished his question first.

7                THE WITNESS:  Oh, I'm sorry.  I

8          thought he had.

9          Q.    As of today, do you know whether or

10   not LBHI rents any office space anywhere in

11   England?

12         **A.    No, I don't know.**

13         Q.    Do you know whether LBHI rents any

14   office space anywhere in the United Kingdom?

15         **A.    No, I don't know.**

16         Q.    How about in Europe?

17         **A.    I don't know.**

18         Q.    To the best of your knowledge, since

19   September 15, 2008, has LBHI entered into any

20   negotiations to rent any office space in the

21   United Kingdom?

22         **A.    I don't know.**

23         Q.    In the fall of 2010, did you ever

24   gain any understanding from any source that

25   LBHI was interested in renting all or a portion

116

1                    KRASNOW

2     of the office space at 25 Bank Street?

3          A.    **I'm sorry.  Could that question be**

4     **repeated for me?**

5               MR. TULCHIN:  Could you read it back

6          please, Melissa?

7               (Record read.)

8          A.    **I did not have any understanding.**

9          Q.    I couldn't quite hear you.

10         A.    **I didn't have any understanding.**

11         Q.    Mr. Krasnow, at any time in the fall

12    of 2010, did you tell Jennifer DeMarco of

13    Clifford Chance, in writing or verbally, that

14    LBHI might want or would want to rent space at

15    25 Bank Street?

16         A.    **I don't recall any such**

17    **communication.**

18         Q.    Did you ever tell anyone else at

19    Clifford Chance?

20         A.    **No.**

21         Q.    Did you ever tell anyone at Sullivan

22    & Cromwell that, same time period?

23         A.    **No.**

24         Q.    Did you ever tell any representative

25    of Canary Wharf whether it be a lawyer, an

117

1              KRASNOW

2  employee, an officer, an owner, any

3  representative of Canary Wharf in the fall of

4  2010, that LBHI might want to take space at 25

5  Bank Street?

6      A.     No.

7              MR. TULCHIN:  Could we please mark,

8         as Krasnow Exhibit 69, a document, the

9         first page of which is dated December 1,

10        2010 -- oh -- yes, that's right.  I'm

11        sorry.  Production numbers LBHI_CW6467

12        through 6472.

13             (Krasnow Exhibit 69, Document,

14        Production Numbers LBHI_CW6467 through

15        6472, marked for identification.)

16     A.     (Perusing.)

17     Q.     Take as much time as you want to

18  look at the document, Mr. Krasnow.  I want to

19  ask you first about an e-mail that appears on

20  the fourth page.  It's a page with production

21  number 6470 from Jennifer DeMarco, November 30,

22  2010, to you with a copy to Erika del Nido.

23             Do you see that, sir?

24     A.     Yes, I do.

25     Q.     Did you receive that e-mail on or

137

**KRASNOW**

1

2    **for itself.**

3        Q.    Looking at it now, in 2013, is there

4    anything in the words that are present that you

5    would interpret or understand to be on the

6    subject of whether or not LBHI wanted a new

7    lease?

8        **A.    The only response to that is we did**

9    **not believe that a condition of getting the**

10   **documents we require should be a response to**

11   **that question.**

12       Q.    Did you have a meeting with lawyers

13   from Sullivan & Cromwell on or about

14   December 6, 2010?

15       **A.    Yes.**

16       Q.    Did you take any notes at that

17   meeting?

18       **A.    I don't believe I did.**

19       Q.    Do you recall who else was present

20   at the meeting?

21       **A.    Besides myself?**

22       Q.    Yes, sir.

23       **A.    Mr. Dietderich was there from**

24   **Sullivan & Cromwell.  There may have been**

25   **another attorney from Sullivan who attended.**

138

1                         **KRASNOW**

2     **There was somebody from Canary Wharf, or the**

3     **parent of Canary Wharf, but someone who was**

4     **there represented themselves as being there on**

5     **behalf of Canary Wharf.  I don't recall their**

6     **name.  And Erika del Nido.**

7         Q.    To your knowledge, did Ms. del Nido

8     take any notes of what was said at that

9     meeting?

10        **A.    I don't recall.**

11        Q.    In preparing for your deposition

12    here today, both your deposition as a 30(b)(6)

13    witness and your personal deposition, did you

14    come across any notes that were taken of the

15    December 6 meeting?

16        **A.    No, I don't recall seeing any.**

17        Q.    Where was the meeting held?

18        **A.    At our offices.**

19        Q.    Was it on the 25th floor here at --

20        **A.    Yes.**

21        Q.    -- the General Motors Building?

22              MR. ISAKOFF:  Wait until he is

23        finished.

24        **A.    Yes.**

25        Q.    Sorry, you may have thought I was

139

1                          KRASNOW

2    finished.

3              Do you remember how long the meeting

4    took?

5         A.    No.

6         Q.    What's your best recollection of

7    what was said to you at that meeting and what

8    you said?

9         **A.    I believe I tried to understand why**

10   **we were meeting with Sullivan & Cromwell, and**

11   **I'm not sure whether that conversation occurred**

12   **at that meeting or prior to that meeting**

13   **perhaps with Mr. Dietderich.  It's kind of both**

14   **gelled somewhat in my mind.**

15        **The meeting clearly was in response**

16   **to our request to find out what was going on**

17   **with respect to JPM.  I seem to remember**

18   **Mr. Dietderich indicating that JPM was very**

19   **concerned about there being any disclosure as**

20   **to their actually being involved in a**

21   **transaction, that it was them, notwithstanding**

22   **the articles in the press.**

23        **I remember that there was a**

24   **discussion about the need for a confidentiality**

25   **agreement before we would be provided with a**

140

1                        **KRASNOW**

2    copy of the lease.

3            I certainly remember discussing with

4    them the importance of our finding out about

5    the transaction, and it's my recollection that

6    Mr. Dietderich indicated a desire that they

7    know whether or not we would take the lease in

8    the context of JPM doing the transaction with

9    Canary Wharf, and that somehow after that

10   occurred we would have the ability and exercise

11   that ability to then try to take the lease.

12           Something that didn't quite make a

13   lot of sense to me, but that was the context,

14   as I recall, that Mr. Dietderich explained why

15   they wanted to know if we would be interested

16   in the leasehold premises, assuming we had the

17   ability to do that.

18           I don't recall exactly how the

19   meeting ended, other than I guess there was

20   discussion about the confidentiality agreement.

21       Q.   Anything else you recall?

22       A.   My reaction was that they were very

23   anxious to proceed with the JPM transaction.

24   There may have been some discussion, I don't

25   recall specifically, with respect to our

141

**KRASNOW**

1

2  understanding about what was happening with

3  the -- with whatever agreement there was with

4  the administrators of LBL.

5      Q.    When Mr. Dietderich asked you to

6  tell him whether LBHI was interested in the

7  premises, what, if anything, did you say in

8  response?

9      **A.**    **I don't recall my precise words.**

10      Q.    Well, do you recall the substance of

11  what you said?

12      **A.**    **No.**

13      Q.    During the same meeting, on

14  December 6, here in your offices at Weil

15  Gotshal, did Mr. Dietrich tell you what the

16  economics of the contemplated transaction with

17  JPMorgan were going to be?

18      **A.**    **He, as I recall, did generally**

19  **describe what he represented were certain of**

20  **the economic terms.  That's correct.**

21      Q.    So he told you what JPMorgan was

22  going to pay to get this 999-year lease; is

23  that right?

24      **A.**    **I believe he told us that aspect of**

25  **the proposed transaction, yes.**

142

1                          **KRASNOW**

2        Q.    Okay.  Later on or after

3    December 20, 2010 --

4        **A.      December 20?**

5        Q.    Let me back up.  I don't want to

6    mislead you here.

7             I'm asking you now about the actual

8    transaction, which was signed, I believe, on

9    December 20, 2010.  And my question is this:

10            At the point when you were able to

11   examine the final lease that was executed, did

12   the economics that appear in that document,

13   line up with what Mr. Dietderich had said to

14   you on December 6?

15            MR. ISAKOFF:  Object to form.

16       **A.      You mean when we were provided with**

17   **a complete copy of the lease?**

18       Q.    Whenever you first saw the economic

19   terms in the final executed contract, did they

20   line up with what Mr. Dietderich had explained

21   about the economics during the meeting on

22   December 6?

23       **A.      When -- certain of the economic**

24   **terms did.**

25       Q.    Are you saying -- I'm sorry.

143

1        KRASNOW

2       A.      There are certain material terms

3   that did not.  Those economic terms that

4   Mr. Dietderich described were consistent with

5   those provisions of the lease that refer to

6   those economic terms.

7       Q.    Okay.  Were there other provisions

8   that were undescribed that later on you thought

9   were material?

10      A.     Yes.

11      Q.    What were they?

12      A.      There was a provision in the lease

13  that had not previously been disclosed, either

14  by Mr. Dietderich when he was describing the

15  lease, nor in -- I believe we got a draft of

16  the lease before it was finalized and then

17  thereafter, in response to my request after a

18  closing, we got a redacted form of the final

19  lease.

20          In neither of those versions was

21  there the provision that was reflected in a

22  fully disclosed -- I believe fully disclosed

23  lease a long time later, which provision

24  precluded Canary Wharf from putting the lease,

25  if you will, giving a notice of a put, if I can

144

1                          **KRASNOW**

2     **characterize it that way, to LBHI.**

3          Q.    Anything else that you thought later

4     had been omitted from what Mr. Dietderich

5     described?

6          A.    **That's what immediately comes to my**

7     **mind.**

8          Q.    Okay.  Is there anything else that

9     comes to mind, you know, quasi immediately as

10    you are sitting here today?  I just want to

11    make sure that you're not saying there is

12    something else, but it's not quite as immediate

13    in your thinking.

14         A.    **No.  If I were to look at the lease,**

15    **there might be something else, but that is the**

16    **one provision that immediately comes to my**

17    **mind.**

18         Q.    Okay.

19              MR. TULCHIN:  Melissa, could we

20         mark, please, as Krasnow Exhibit 71, a

21         document, the first date of which is

22         December 6, 2010, production numbers

23         LBHI_CW10941 through 10944.

24              (Krasnow Exhibit 71, Document,

25         Production Numbers LBHI_CW10941 through

**KRASNOW**

1
2 **what that first sentence says.**

3     Q.    Okay.  Looking at the second

4 sentence, Mr. Dietderich's e-mail says, "You

5 objected to that on the basis that economics of

6 lease might demonstrate a surprisingly high

7 market value that LBHI could capture."

8             Is that accurate, that you said

9 words to that effect in the meeting?

10     **A.    I don't recall that I used those**

11 **words.**

12     Q.    Regardless of whether you used those

13 exact words, did you communicate that

14 sentiment?

15     **A.    I don't know if I communicated that**

16 **sentiment.**

17     Q.    Did you say in the meeting that the

18 economics of the JPMorgan lease might

19 demonstrate a high market value and that you

20 wanted to see what the value was?

21     **A.    I'm going to phrase this in a maybe**

22 **little bizarre way, but it's likely I did say**

23 **something to that effect.**

24     Q.    And then Mr. Dietderich's next

25 sentence says, "We disclosed to you the market