# Exhibit 39

**To:**       'Frank Bartolotta'[fbartolo@comcast.net]
**From:**    Gordon, Arielle
**Sent:**     Tue 6/4/2013 1:46:06 PM
**Subject:**  RE: Request for call concerning In re Lehman Brothers Holdings Inc.


Dear Mr. Bartolotta,


If you recall, we spoke about litigation against Canary Wharf and the negotiation of a guaranty in the lease for 25 Bank Street back in February. We are now well into the discovery phase of the litigation and have some additional questions. Are you available to speak with us today? Any time before 5 will work for us.


Thank you,

Arielle





Arielle Gordon

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
arielle.gordon@weil.com
+1 212 310 8069 Direct
+1 212 310 8007 Fax


**From:** Frank Bartolotta [mailto:fbartolo@comcast.net]
**Sent:** Thursday, February 28, 2013 1:52 PM
**To:** Gordon, Arielle
**Subject:** RE: Request for call concerning In re Lehman Brothers Holdings Inc.


239 263-0546 (if busy try my cell 917 364-6233)


CONFIDENTIAL                                                      LBHI_CW0012607

**From:** Gordon, Arielle [mailto:Arielle.Gordon@weil.com]
**Sent:** Thursday, February 28, 2013 1:48 PM
**To:** Frank Bartolotta
**Cc:** Isakoff, Peter
**Subject:** RE: Request for call concerning In re Lehman Brothers Holdings Inc.

Thank you for your prompt response.  We are available at 2pm today (in about 15 minutes).  At what number can we reach you?

Thank you again,

Arielle

**From:** Frank Bartolotta [mailto:fbartolo@comcast.net]
**Sent:** Thursday, February 28, 2013 1:09 PM
**To:** Gordon, Arielle
**Subject:** RE: Request for call concerning In re Lehman Brothers Holdings Inc.

Not sure I can add much but happy to help. I can do a call between 1:30 and 2:30 today or tomorrow between 10:30 – 2:30.

**From:** Gordon, Arielle [mailto:Arielle.Gordon@weil.com]
**Sent:** Thursday, February 28, 2013 11:23 AM
**To:** fbartolo@comcast.net
**Cc:** Isakoff, Peter
**Subject:** Request for call concerning In re Lehman Brothers Holdings Inc.

Dear Mr. Bartolotta,

We represent Lehman Brothers Holdings Inc. in litigation against Canary Wharf Management Ltd. regarding the property leased to Lehman Brother Limited in London.  We would like to speak with you about the negotiations of the guaranty in the lease.  Are you available to speak with us today or tomorrow?

CONFIDENTIAL                                                                                    LBHI_CW0012608

Thank you,

Arielle

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

CONFIDENTIAL

LBHI_CW0012609