# Exhibit 45

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

In Re:

LEHMAN BROTHERS HOLDINGS INC.,

et al.,

                     Debtors.

Chapter 11

CASE NO.: 08-13555(JMP)

(Jointly Administered)

------------------------------------------X


                767 Fifth Avenue

                New York, New York

                June 27, 2013

                9:23 a.m.


      VIDEOTAPED DEPOSITION of DANIEL

EHRMANN, before Melissa Gilmore, a Notary

Public of the State of New York.




    ELLEN GRAUER COURT REPORTING CO. LLC

      126 East 56th Street, Fifth Floor

        New York, New York 10022

            212-750-6434

            REF: 104145

```
                                                            12
 1                        EHRMANN
 2     do essentially intra-management.  And prior to
 3     that, I worked for Cleary Gottlieb in Paris.
 4     And prior to that, worked for a French law firm
 5     for about two years.
 6          Q.    And that work for the French law
 7     firm came after you completed your education?
 8          A.    That's correct.
 9          Q.    Can you tell me what your job
10     responsibilities are at Alvarez & Marsal?
11          A.    I'm a managing director.
12          Q.    And what are your responsibilities
13     as a managing director?
14          A.    I'm sorry.  Can you elaborate the
15     question?
16                Alvarez & Marsal is a professional
17     services firm.
18          Q.    And what do you do for them?
19          A.    I do intra-management,
20     restructuring, advisory assignments.
21          Q.    And what does that mean?
22          A.    Sorry?
23          Q.    What does intra-management include
24     on a day-to-day basis for you?
25                MR. ISAKOFF:  He wants to know what
```

63

1              EHRMANN

2     what?

3        Q.    I will rephrase.

4              In determining whether you would

5     want to settle these claims, what

6     considerations or factors did you consider at

7     this time?

8        **A.    At this precise time or in this --**

9        Q.    In this time period.

10       **A.    In this time period?  Probably a**

11    **couple of things.** ███████████████████

███████ ████████████████████████

████████████████████████████

███ ███████████████████████

█████████████████████

███ █████████████████████

███ █████████████████████

███ █████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

███████████████████████████████

████████████████████████████

████████████████████████████

█████████████████████  ███████

64

1          **EHRMANN**

2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



16         MR. ISAKOFF:  You have to say yes or

17    no.

18    **A.     Sorry.  I apologize.  Yes.**

19

67

1        EHRMANN
2   to 40 pounds per square foot; is that right?
3           MR. ISAKOFF:  Object to form.
4      **A.    I believe that's what he is using**
5   **for this table, yes.**
6      Q.    Did you have a different
7   understanding of the market for reletting 25
8   Bank Street at this time?
9      **A.    At the time I received the letter?**
10     Q.    Yes.
11     **A.    No.**
12     Q.    At a later time, did you have a
13  different understanding of the market?
14     **A.    I had an understanding.  I'm not**
15  **sure whether it was different.**
16     Q.    Now, rent under the lease between
17  Lehman Brothers Limited, Lehman Brothers
18  Holdings and Canary Wharf called for rent to be
19  paid at about 54 pounds to 61 pounds per square
20  foot; is that right?
21     **A.    I don't know.**
22     Q.    If that was -- if the rent were 54
23  to 61 pounds per square foot, these numbers
24  would show a significant shortfall, correct?
25          MR. ISAKOFF:  Object to form.

1                      EHRMANN
2       **A.     They would show a shortfall.**
3       Q.     And it would show that the lease
4  for -- between Lehman and Canary Wharf was over
5  market?
6              MR. ISAKOFF:  Object to form.
7       **A.     These rent numbers are an accurate**
8  **reflection of market, yes.**
9       Q.     Did you have any reason to doubt
10 that it wasn't an accurate reflection of
11 market?
12             MR. ISAKOFF:  Object to form.
13      **A.     No.**
14      Q.     Do you recall ever receiving
15 anything that showed that these were not market
16 numbers?
17             MR. ISAKOFF:  Object to form.
18      **A.     I don't recall.**
19      Q.     Now, turn to the last page of this,
20 LBHI_CW9316, Sir Iacobescu, he offers to settle
21 the 4 billion plus claims that were filed for
22 about just over a billion; is that right?
23             MR. ISAKOFF:  Where are you reading
24     that?
25             MR. GELFAND:  Taking the numbers in

126

1              EHRMANN
2  nice?
3         █    ███████████████████
   █ ███████████████████████████████
   █ █████████████████████████████
   █ █████████████████████████████
   █ ███████████████████████████████
   █ ████████████████████
   █    █  █████████████████████████
   █ ████████████████████████████
   █ ██████████████
   █    █  █████████████████████████
   █ ██████████████████████████
   █ ███████████████████████████████
   █ █████████████████████
   █    █  ████████████████████
   █ ███████████████████████████████
   █ █████████████████████
   █ ██████████████
   █    █  █████
21       Q.    Do you remember the call referred to
22  in Pamela's e-mail of November 12, 2010?
23            MR. ISAKOFF:  Where are you looking?
24            MR. GELFAND:  On page 11133, the
25       bottom e-mail.  It says, "Further to the

134

1                     EHRMANN

2    from Tony that we just discussed and then wrote

3    this on top of it; is that right?

4         **A.    Yes.**

5         Q.    And in Tony's e-mail, as we

6    discussed, Tony asked for confirmation that

7    LBHI has no interest in taking a lease or

8    taking a new lease in exchange for providing

9    the information that LBHI sought on the

10   JPMorgan transaction, right?

11        **A.    Yes.**

12        Q.    Krasnow now says that "Canary Wharf

13   has agreed to provide the requested

14   information," right?

15        **A.    Yes.**

16             MR. ISAKOFF:  We can all read the

17        document.  You're making up an argument

18        now that you know to be untrue.

19             MR. GELFAND:  Are you testifying

20        now?

21             MR. ISAKOFF:  No, I'm telling you

22        what you're doing is you're trying to

23        testify, and I object to it.

24        Q.    Now, in terms of taking a new lease

25   for the 25 Bank Street property, would LBHI

135

1         EHRMANN

2    have any need for a 1 million square foot

3    building in London in 2010?

4              MR. ISAKOFF:  Object to form.

5         **A.    No.**

6         Q.    Did you expect them to have any need

7    for a 1 million square foot building in London

8    at any time in the future?

9         **A.    No.**

10        Q.    Would you agree that Lehman had no

11   use for the 25 Bank Street property?

12        **A.    LBHI?**

13        Q.    LBHI, yes.

14        **A.    Yes.**

15        Q.    For LBHI to want a lease of the 25

16   Bank Street property, it would only be to relet

17   the property; is that right?

18             MR. ISAKOFF:  Object to form.

19        **A.    No.**

20        Q.    Why would LBHI want a lease of the

21   25 Bank Street property, if not to use it for

22   itself?

23        **A.    I don't think it would want one.**

24        Q.    I'm sorry?

25        **A.    I don't think it would want one.**

136

1        **EHRMANN**

2   **Let me elaborate.  LBHI was going out of**

3   **business.  It's not in the rental businesses.**

4        Q.   If the lease had been under market,

5   would LBHI have wanted it?

6        **A.   It would have to have gone through**

7   **court in order to agree to get a lease.**

8        Q.   What would the process have been in

9   court?

10       **A.   Well, first, we would have to have**

11  **gone to our creditors' committee saying that**

12  **while we are dead, we are going back into**

13  **business, and our new business is a real estate**

14  **business.**

15            **Once we would have convinced them,**

16  **we would have to have gone to court, notify all**

17  **our creditors, and then have the court approve**

18  **whatever transaction would have resulted in**

19  **Lehman Brothers taking over the lease.**

20       Q.   Did you ever consider doing that for

21  the 25 Bank Street lease?

22       **A.   I was never asked.**

23       Q.   What was never asked?

24       **A.   I was never asked, I believe, as it**

25  **pertains to the 25 Bank Street premises.**

147

1                         EHRMANN

2              Do you see that?

3         **A.    Yes.**

4         Q.    Did you know that, in fact, this

5    draft surrender document had been sent just one

6    minute prior to this e-mail?

7         **A.    No.**

8              MR. GELFAND:  Objection.

9         Q.    Did anybody tell you whether this

10   262 and a half million pound acknowledgment

11   that had been sent, that had been put in this

12   draft sent to Lehman Brothers Limited, was not

13   acceptable to Lehman Brothers Limited at or

14   around the time you wrote back, "Sounds like

15   good news"?

16             MR. GELFAND:  Objection.

17        **A.    No.**

18        Q.    Did anybody tell you that it was

19   expressly rejected at any time?

20             MR. GELFAND:  Objection.

21        **A.    No.**

22             MR. ISAKOFF:  Your objection being?

23             MR. GELFAND:  You're leading him.

24        Q.    When, if ever, were you told that

25   Lehman Brothers Limited rejected the provision

148

1        EHRMANN

2   that had been put in this draft surrender

3   document?

4        A.    I don't recall.

5        Q.    Now, Mr. Gelfand asked you a number

6   of questions about settlement negotiations

7   between LBHI and Canary Wharf resulting in, at

8   least, some draft stipulations providing for a

9   claim in the amount of approximately

10  ██████████

11             Do you recall that questioning?

12       A.    Yes.

13       Q.    When, if ever, was any of those

14  stipulations executed by the parties?

15       A.    They weren't.

16       Q.    When, if ever, did the parties reach

17  agreement on all terms?

18       A.    They didn't.

19  ██ ████████████████████████████████████████
    ████████████████████████████████████
    ███████████████████████████
    ██ ██ ██████████████████████████
    ██ ████████████████████████
    ██ ██████████████████████
    ██ ████████████████████████