# Exhibit 51

**Pamela Kendall**

| | |
|---|---|
| From: | George Iacobescu |
| Sent: | 30 September 2010 15:13 |
| To: | mike.jervis@uk.pwc.com |
| Cc: | katie bradford; tony briam; Pamela Kendall; Peter Anderson; Tony Bugg |
| Subject: | RE: bank st- without prejudice |

Mike
Thank you for your note. It does not tell me what the answer is and I would appreciate it if you would give me the heads up of the content. The signed and agreed Management Agreement will be with you in the next 10 minutes at your offices and at Linklaters. I still hope and have the intention to resolve it in time. However in the meantime we are putting security in place and you will be receiving a letter from HQPL indicating the damage that would ensue and its intention to protect the life and safety of its tenants.
George

---

**From:** mike.jervis@uk.pwc.com [mailto:mike.jervis@uk.pwc.com]
**Sent:** 30 September 2010 14:58
**To:** George Iacobescu
**Cc:** katie bradford; tony briam; Pamela Kendall; Peter Anderson; Tony Bugg
**Subject:** Re: bank st- without prejudice

George, I have now spoken to linklaters who are drafting a letter quickly to address this. Mike

---

**From:** "George Iacobescu" [George.Iacobescu@CanaryWharf.com]
**Sent:** 30/09/2010 14:15 CET
**To:** Michael Jervis
**Cc:** "katie bradford" <katie.bradford@linklaters.com>; "tony briam" <tony.briam@cliffordchance.com>; "Pamela Kendall" <Pamela.Kendall@CanaryWharf.com>; "Peter Anderson" <Peter@Canary.co.uk>; "Tony Bugg" <tony.bugg@Linklaters.com>
**Subject:** RE: bank st- without prejudice

Mike
As I understand, Linklaters have asked for three things this morning :

1. The quantum of the settlement with LBHI - We believe that the claim put to the creditors committee will be three years of rent, service charge, insurance and rates. As you know it has to go to the creditors committee and for Court approval. We are not in a position to confirm exact details of the claim but we believe that the allowed claim will crystallise in the region of £250m to £260m. This is less than the number that I mentioned to you that could have been in the £300m range and I believe it is what you were looking for. Certainly it can't be any higher than this.

2. Bond Holder Consent - We have applied for Bond Holder Consent and expect approval by the fourth week of October.

3. Nomura - As you are aware we are bound by strict confidentiality provisions. We are seeking to remove the confidentiality and as soon as we have it we will let you have a copy. We expect to resolve this within a week.

30/09/2010


EXHIBIT
30
18 JUNE 2013

CONFIDENTIAL                                                          CW0000550

As you can see we are responding positively to all three issues but they are not able to be resolved today although we are keen to settle the Surrender document as soon as possible.

George

---

**From:** mike.jervis@uk.pwc.com [mailto:mike.jervis@uk.pwc.com]
**Sent:** 30 September 2010 13:37
**To:** George Iacobescu
**Cc:** katie bradford; tony briam; Pamela Kendall; Peter Anderson; Tony Bugg
**Subject:** Re:bank st- without prejudice

George, as you know, I had an lbl committee meeting this am which has just concluded. Canary wharf is a member of it. I am due to speak with linklaters at 2pm and will revert. Our side have said all along that we don't want this left til the last minute, but that is what seems to be happening. I will call you later, Mike

---

**From:** "George Iacobescu" [George.Iacobescu@CanaryWharf.com]
**Sent:** 30/09/2010 13:02 CET
**To:** Michael Jervis
**Cc:** <katie.bradford@linklaters.com>; <tony.briam@cliffordchance.com>; "Pamela Kendall" <Pamela.Kendall@CanaryWharf.com>; <peter.anderson@canarywharf.com>

Pamela Kendall just got off the phone with Linklaters. They are saying that unless we resolve all the conditions they raised on your instructions this morning they will not execute the building management agreement, that the building will be abandoned and shut down tonight with no security, life safety and maintenance in the building.

Your lawyers are mixing up legal issues with life safety issues and the welfare of the people in the building and they don't understand the consequences of their actions. Who do they think is responsible if there is a fire in that building tomorrow? This is unacceptable and irresponsible and we cannot allow this to happen on our estate. Please return our calls urgently.

George



THE SUNDAY TIMES
BEST GREEN
COMPANIES
2010

Canary Wharf Group plc
Registered Office: One Canada Square   Canary Wharf   London   E14 5AB
Registered in England and Wales No. 4191122

****************************************************************************
This email transmission is privileged, confidential and intended
solely for the person or organisation to which it is addressed.
If you are not the intended recipient, you must not copy,
distribute or disseminate the information, or take any action in
reliance of it. Any views expressed in this message are those

30/09/2010

CONFIDENTIAL                                                                                                CW0000551