# Exhibit 52

Received(Date):     Wed, 02 Nov 2011 10:00:08 -0500
linked_image001_5A452B94-0AA9-4107-93FF-9F836526CB4C.jpg

**From:** Ehrmann, Daniel <dehrmann@alvarezandmarsal.com>
**Sent:** Wednesday, September 29, 2010 11:23 AM (GMT)
**To:** Cash, Debra <dcash@alvarezandmarsal.com>
**Subject:** Fw: 25 Bank Street - Chapter 11 Claim

Where are we on this with fti

Daniel J. Ehrmann
Managing Director
Alvarez & Marsal
646 285 9556
917 660 1069

**From:** Ehrmann, Daniel
**To:** 'Pamela.Kendall@CanaryWharf.com' <Pamela.Kendall@CanaryWharf.com>
**Sent:** Wed Sep 29 08:22:17 2010
**Subject:** Re: 25 Bank Street - Chapter 11 Claim

Dear Pamela - unless we have a final settlement with LBL we will not be able to agree to this - but should we get to a settlement we would agree to the concept -

D

Daniel J. Ehrmann
Managing Director
Alvarez & Marsal
646 285 9556
917 660 1069

**From:** Pamela Kendall <Pamela.Kendall@CanaryWharf.com>
**To:** Ehrmann, Daniel
**Sent:** Wed Sep 29 08:10:22 2010
**Subject:** 25 Bank Street - Chapter 11 Claim

Daniel

We have been asked by PWC (Mike Jervis) to ask you to agree that LBHI will not exercise any rights to

CONFIDENTIALLBHI_CW0006007

subrogate as against LBL in connection with our Claim.

The issue has been raised at a time when we need to reach agreement with them as to access of the Building to ensure continued maintenance of plant and equipment and provision of services to the subtenants going forwards. PWC will shut down the Building after 30 September.

Mike Jervis is happy to discuss directly with you and to the extent that the matter requires further consideration can I suggest that it is resolved directly at principal level between Mike Jervis and yourself?

Kind regards

Pamela



Canary Wharf Group plc
Registered Office: One Canada Square  Canary Wharf  London  E14 5AB
Registered in England and Wales No. 4191122

*********************************************************************props**

This email transmission is privileged, confidential and intended
solely for the person or organisation to which it is addressed.
If you are not the intended recipient, you must not copy,
distribute or disseminate the information, or take any action in
reliance of it.  Any views expressed in this message are those
of the individual sender, except where the sender specifically
states them to be the views of Canary Wharf Group plc. If you
have received this message in error please notify
Canary Wharf Group immediately on postmaster@canarywharf.com.
All messages passing through this gateway are checked for viruses
but we strongly recommend that you check for viruses using your
own virus scanner as Canary Wharf Group plc will not take
responsibility for any damage caused as a result of virus infection.
***********************************************************************
**

This e-mail and all attachments have been scanned by the HighSpeed Office virus scanning service powered by MessageLabs and no known viruses were detected.

CONFIDENTIAL

LBHI_CW0006009