# Exhibit 55

Message                                                                 Page 1 of 4

## Pamela Kendall

**From:** Cash, Debra [dcash@alvarezandmarsal.com]
**Sent:** 04 October 2010 13:15
**To:** Pamela Kendall
**Cc:** Ehrmann, Daniel; Zavo, Kristen; George Iacobescu; Simon Waugh
**Subject:** RE: 25 Bank Street: Chapter 11 Claim - Without Prejudice

Pamela-

Following are the figures I have:

| | |
|---|---|
| Rent | $298,986,430 |
| Insurance | 5,781,711 |
| Rates | 41,443,353 |
| Building Services | 45,358,927 |
| Estate Services | 15,597,409 |
| Legal Fees | 292,660 |
| Total | $407,460,490 |

These figures are subject to review by the UCC and their advisors which commenced last week. I expect feedback from them at the end of this week.

Regards,

Debra

---

**From:** Pamela Kendall [mailto:Pamela.Kendall@CanaryWharf.com]
**Sent:** Monday, October 04, 2010 6:11 AM
**To:** Cash, Debra
**Cc:** Ehrmann, Daniel; Zavo, Kristen; George Iacobescu; Simon Waugh
**Subject:** RE: 25 Bank Street: Chapter 11 Claim - Without Prejudice

Deb

Excluding the 2003 invoice results in a revised figure of $408,153,437. Do you agree?


EXHIBIT
Ehrmann-89
6/27/13- MG

04/10/2010

CONFIDENTIAL                                                          CW0032393

I also wondered whether you had any feedback from the UCC review process?

Kind regards

Pamela

> -----Original Message-----
> From: Cash, Debra [mailto:dcash@alvarezandmarsal.com]
> Sent: 27 September 2010 22:05
> To: Pamela Kendall
> Cc: Ehrmann, Daniel; Zavo, Kristen; George Iacobescu; Simon Waugh
> Subject: RE: 25 Bank Street: Chapter 11 Claim - Without Prejudice
>
> Pamela-
>
> We are in agreement on the figures except for the fit out work that was incurred several years ago. We have excluded the invoiced amount from 2003 as such invoice appeared to be in dispute.
>
> We have kicked off the review process required by the UCC and will need to get court approval before there can be an allowed claim. Since I don't have feedback from the review process, I would suggest holding off communicating amounts to LBL.
>
> Kind regards,
>
> Deb
>
> ---
>
> From: Pamela Kendall [mailto:Pamela.Kendall@CanaryWharf.com]
> Sent: Monday, September 27, 2010 12:36 PM
> To: Cash, Debra
> Cc: Ehrmann, Daniel; Zavo, Kristen; George Iacobescu; Simon Waugh
> Subject: 25 Bank Street: Chapter 11 Claim - Without Prejudice
>
> Debra
>
> I attach a schedule showing the Claim figures as agreed between us. As discussed at the end of last week, we cannot provide the additional information that you are seeking in relation to M&E, dilapes and fit out. These are all anticipated costs and have not yet been incurred and therefore we do not have invoices to support them.
>
> I understand that (aside from the M&E, dilapes and fit out element) you are now in a position to submit our Claim to the unsecured creditors' committee.
>
> Having reviewed this matter internally, we reluctantly accept the position that you have taken on the basis that the figure of $408,409,138 be submitted for approval as the Allowed Claim.
>
> Lastly and by copy to Daniel, are you comfortable with us disclosing the Claim in its current status to Lehman Brothers Limited (in administration) who have asked for details?
>
> Kind regards

04/10/2010

CONFIDENTIAL                                                                                                    CW0032394

<<Lehman Claim - update 27 Sep 10.pdf>>

*Pamela Kendall*
*Legal Counsel*
*Tel: 020 7418 2303*
*Fax: 020 7418 2195*



BEST GREEN
COMPANIES
2010

Canary Wharf Group plc
Registered Office: One Canada Square   Canary Wharf   London   E14 5AB
Registered in England and Wales No. 4191122

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email transmission is privileged, confidential and intended
solely for the person or organisation to which it is addressed.
If you are not the intended recipient, you must not copy,
distribute or disseminate the information, or take any action in
reliance of it.  Any views expressed in this message are those
of the individual sender, except where the sender specifically
states them to be the views of Canary Wharf Group plc. If you
have received this message in error please notify
Canary Wharf Group immediately on postmaster@canarywharf.com.
All messages passing through this gateway are checked for viruses
but we strongly recommend that you check for viruses using your
own virus scanner as Canary Wharf Group plc will not take
responsibility for any damage caused as a result of virus infection.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail and all attachments have been scanned by the HighSpeed Office virus scanning
service powered by MessageLabs and no known viruses were detected.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

04/10/2010

CONFIDENTIAL                                                              CW0032395