# Exhibit 57

- Message

Page 1 of 2

## Pamela Kendall

**From:** Pamela Kendall
**Sent:** 27 October 2010 10:09
**To:** 'Cash, Debra'
**Cc:** Ehrmann, Daniel
**Subject:** RE: Chapter 11 Claim - 25 Bank Street

Deb/Daniel

Thank you for all your assistance. I look forward to receiving the draft stipulation.

Kind regards

Pamela

-----Original Message-----
**From:** Cash, Debra [mailto:dcash@alvarezandmarsal.com]
**Sent:** 26 October 2010 23:45
**To:** Pamela Kendall
**Cc:** Ehrmann, Daniel
**Subject:** RE: Chapter 11 Claim - 25 Bank Street

Pamela-

We just received word that the UCC approved the claim for $399,311,280.

Later this week I will forward you a draft stipulation for your review that needs to filed and approved by the court.

Please let me know if you have any questions.

Regards,

Deb

**From:** Pamela Kendall [mailto:Pamela.Kendall@CanaryWharf.com]
**Sent:** Tuesday, October 26, 2010 12:58 PM
**To:** Ehrmann, Daniel; Cash, Debra
**Subject:** Chapter 11 Claim - 25 Bank Street

Dear Daniel/ Deb
I wondered whether you had heard anything from the UCC?
Kind regards
Pamela



27/10/2010

CONFIDENTIAL

CW0001182