# Exhibit 59

| | |
|---|---|
| Received(Date): | Tue, 21 May 2013 11:23:56 -0500 |
| linked_image001_6B398035-D3B8-49FD-BD72-3CD4E3420894.jpg | |
| **From:** | Krasnow, Richard <richard.krasnow@weil.com> |
| **Sent:** | Monday, December 6, 2010 1:01 PM |
| **To:** | Tony.Briam@CliffordChance.com |
| **Cc:** | Jones, Rupert <rupert.jones@weil.com>; Del Nido, Erika <Erika.delNido@weil.com> |
| **Subject:** | RE: 25 Bank Street |

Tony,

We don't believe that it's appropriate for there to be any precondition to Canary Wharf providing substantiating documentation regarding its claims other than there being a confidentiality agreement in place that covers non-public documents and information relating to confidential commercial information. Once you confirm that is the only precondition, we will turn our attention to the confidentiality agreement. In that regard, we want to note that, since the documents that we are seeking relate to claims that were filed with the Bankruptcy Court in NY, any disputes regarding those claims and any related discovery would all be governed by the rules here. In light of that, we believe that it would be appropriate for the confidentiality agreement to be governed by NY law, and all disputes relating to the agreement adjudicated by the Bankruptcy Court.

Regards,

Richard



Richard P. Krasnow

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153



CONFIDENTIAL

LBHI_CW0009831

richard.krasnow@weil.com
+1 212 310 8493 Direct
+1 212 310 8007 Fax

**From:** Tony.Briam@CliffordChance.com [mailto:Tony.Briam@CliffordChance.com]
**Sent:** Sunday, December 05, 2010 1:41 PM
**To:** Krasnow, Richard
**Subject:** 25 Bank Street

---

**From:** Briam, Tony (Real Estate-LON)
**Sent:** 05 December 2010 18:33
**To:** 'richard.krasnow@eil.com'
**Cc:** 'rupert.jones@weil.com'; DeMarco, Jennifer C. (Finance & Restructuring-NY)
**Subject:** 25 Bank Street

Richard

Following the email exchanges last week, I would be grateful if you could let me have an update as to you and your client's position on the taking up of a new lease and the draft confidentiality agreement which was sent to you on Friday. Rupert had mentioned to me that you were due to speak to him on Friday afternoon to discuss matters.

Would it be possible for you to get back to me today, so that we can get started on disclosure to Rupert in London tomorrow morning?

Thank you and regards.


Tony Briam

Clifford Chance LLP

10 Upper Bank Street

London E14 5JJ

Direct Dial     +44 (0)20 7006 4004

Switchboard +44 (0)20 7006 1000

Fax             +44 (0)20 7006 5555

CONFIDENTIAL

LBHI_CW0009832

mailto: tony.briam@cliffordchance.com

[CC]70-40394288[/CC]

This message and any attachment are confidential and may be privileged or
otherwise protected from disclosure.  If you are not the intended recipient,
please telephone or email the sender and delete this message and any
attachment from your system.  If you are not the intended recipient you must
not copy this message or attachment or disclose the contents to any other
person. Clifford Chance LLP is a limited liability partnership registered in
England & Wales under number OC323571. CC Asia Limited is a company registered
in England & Wales under number 5663642. The registered office and
principalplace of business of both is at 10 Upper Bank Street, London, E14
5JJ.  For further details of Clifford Chance LLP, including a list of members
and their professional qualifications,see our website at
www.cliffordchance.com. We use the word 'partner' to refer to a member of
Clifford Chance LLP or a director of CC Asia Limited or in either case an
employee or consultant with equivalent standing and qualifications.Both are
regulated by the Solicitors Regulation Authority (SRA). The SRA's rules can be
accessed at http://www.sra.org.uk/code-of-conduct.page.  For details of our
complaints procedure, including the right of some clients to complain to the
Legal Ombudsman, see
http://www.cliffordchance.com/Legal_statements.html Clifford Chance as a
global firm regularly shares client and/or matter-related data among its
differentoffices and support entities in strict compliance with internal
control policies and statutory requirements.Incoming and outgoing email
communications may be monitored by Clifford Chance, as permitted by applicable
law and regulations. For further information about Clifford Chance please see
our website at http://www.cliffordchance.com or refer to any Clifford Chance
office. Switchboard: +44 20 7006 1000Fax: +44 20 7006 5555 To contact any
other office
http://www.cliffordchance.com/about_us/find_people_and_offices.html

CONFIDENTIAL

LBHI_CW0009833