# Exhibit 61

Received(Date):    Wed, 02 Nov 2011 11:34:22 -0500
linked_image001_35991FDD-ED54-41D4-B9DF-BB4BAD692F42.jpg

| | |
|---|---|
| **From:** | Krasnow, Richard <richard.krasnow@weil.com> |
| **Sent:** | Wednesday, December 1, 2010 8:31 PM (GMT) |
| **To:** | Ehrmann, Daniel <dehrmann@alvarezandmarsal.com>; Cash, Debra <dcash@alvarezandmarsal.com>; Del Nido, Erika <Erika.delNido@weil.com> |
| **Subject:** | FW: 25 Bank Street |

As per email below, Canary Wharf has agreed to provide the requested information.



Richard P. Krasnow

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.krasnow@weil.com
+1 212 310 8493 Direct
+1 212 310 8007 Fax

**From:** Pam.Sansom@CliffordChance.com [mailto:Pam.Sansom@CliffordChance.com] **On Behalf Of** Tony.Briam@CliffordChance.com
**Sent:** Wednesday, December 01, 2010 12:44 PM
**To:** Jones, Rupert
**Cc:** Krasnow, Richard; Jennifer.DeMarco@CliffordChance.com
**Subject:** 25 Bank Street

Rupert,

I am writing further to your 2 emails to me of yesterday and today.

Many thanks also to Richard for his prompt response to Jennifer's email yesterday, about which I have spoken to Canary Wharf.



CONFIDENTIAL

LBHI_CW0006473

On the assumption the LBHI have no interest in taking over the existing Lease or taking on a new Lease of the building on the original terms (which please confirm), I confirm that Canary Wharf will make arrangements, as requested by Richard, to share with you the details of their loss mitigation efforts (subject to appropriate confidentiality arrangements) so that you can satisfy yourselves on the representations in the draft Stipulation.

I look forward to hearing from you.

Kind regards.

Tony Briam

Partner

Clifford Chance LLP

10 Upper Bank Street, London, E14 5JJ

Direct Dial:   +44 (0)20 7006 4004

tony.briam@cliffordchance.com

This message and any attachment are confidential and may be privileged or
otherwise protected from disclosure.  If you are not the intended recipient,
please telephone or email the sender and delete this message and any
attachment from your system.  If you are not the intended recipient you must
not copy this message or attachment or disclose the contents to any other
person.  Clifford Chance LLP is a limited liability partnership registered in
England & Wales under number OC323571. CC Asia Limited is a company registered
in England & Wales under number 5663642. The registered office and principal
place of business of both is at 10 Upper Bank Street, London, E14 5JJ.  For
further details of Clifford Chance LLP, including a list of members and their
professional qualifications, see our website at www.cliffordchance.com. We use
the word 'partner' to refer to a member of Clifford Chance LLP or a director
of CC Asia Limited or in either case an employee or consultant with equivalent
standing and qualifications. Both are regulated by the Solicitors Regulation
Authority (SRA). The SRA's rules can be accessed at http://www.sra.org.uk/code-
of-conduct.page.   For details of our complaints procedure, including the
right of some clients to complain to the Legal Ombudsman, see
http://www.cliffordchance.com/Legal_statements.html  Clifford Chance as a
global firm regularly shares client and/or matter-related data among its
different offices and support entities in strict compliance with internal
control policies and statutory requirements. Incoming and outgoing email
communications may be monitored by Clifford Chance, as permitted by applicable
law and regulations.  For further information about Clifford Chance please see
our website at http://www.cliffordchance.com or refer to any Clifford Chance
office.  Switchboard: +44 20 7006 1000 Fax: +44 20 7006 5555  To contact any
other office
http://www.cliffordchance.com/about_us/find_people_and_offices.html

CONFIDENTIAL

LBHI_CW0006474

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

CONFIDENTIAL

LBHI_CW0006475