# Exhibit 63

| | |
|---|---|
| **From:** | Dietderich, Andrew G. <dietdericha@sullcrom.com> |
| **Sent:** | Wednesday, December 8, 2010 3:40 PM (GMT) |
| **To:** | Krasnow, Richard <richard.krasnow@weil.com>; Jones, Rupert <rupert.jones@weil.com>; Del Nido, Erika <Erika.delNido@weil.com> |
| **Cc:** | Shenker, Joseph <ShenkerJ@sullcrom.com>; 'lcvcapital@aol.com'; 'george.iacobescu@canarywharf.com'; Cash, Debra <dcash@alvarezandmarsal.com> |
| **Subject:** | Canary Wharf Lease |

Richard,

Did confi make it over the committee? CW and third party are setting closing timing -- it's a big deal to coordinate and has politicians making announcements, etc -- and they both are asking (now rather urgently, for the British) for confirmation that you are not queuing up to be our new tenant instead. Could you confirm our understanding that you do not want a new lease (to defease surety obligation upon forfeiture or otherwise), SUBJECT to review of the third party lease (to confirm it is consistent with our verbal disclosure Monday)?

We respect your process. But the longer we leave open the theoretical possibility of a replacement lease instead of third party deal, the more head-scratching it is causing at the third party and CW.

Andy


This e-mail is sent by a law firm and contains information that may
be privileged and confidential. If you are not the intended
recipient, please delete the e-mail and notify us immediately.



CONFIDENTIAL

LBHI_CW0006527