# Exhibit 64

Received(Date):    Tue, 21 May 2013 11:30:22 -0500
linked_image001_B14A047A-6D75-4A5D-83C8-41B332ABF480.jpg

| | |
|---|---|
| **From:** | Dietderich, Andrew G. <dietdericha@sullcrom.com> |
| **Sent:** | Saturday, March 12, 2011 8:55 PM |
| **To:** | Krasnow, Richard <richard.krasnow@weil.com> |
| **Cc:** | Schwartz, Matthew A. <schwartzmatthew@sullcrom.com>; Del Nido, Erika <Erika.delNido@weil.com> |
| **Subject:** | Re: Lehman/ Canary Wharf |

Richard,

Thanks. We'll talk with client and see if there are answers to some of your questions, e.g. AIG. Then maybe we can get on the phone and discuss? We understood the point of the current process was to confirm that we do not have unmitigated damages in excess of the claim amount. We don't see relevance of emails concerning the back-and-forth of the negotiations with JPM, which would be a burdensome production. The final price is the only price we received and we can rep/stip to whatever is appropriate to confirm that you have an accurate record of the mitigation deal.

More generally, I don't think there could be much disagreement on a questions of fact here, so we'd propose to get specific on what you want a record of and then we should be able to just stip to it with a minimum amount of expense for both sides. I'm not even sure at this point what, if anything, we have a dispute with you about -- and getting a sense of that would be helpful.

Can Matt and I reach out next week after speaking with client and we can find a time to discuss?

Thanks.

Andy

**From:** Krasnow, Richard <richard.krasnow@weil.com>
**To:** Dietderich, Andrew G.
**Cc:** Schwartz, Matthew A.; Del Nido, Erika <Erika.delNido@weil.com>
**Sent:** Sat Mar 12 13:52:48 2011
**Subject:** Lehman/ Canary Wharf

Andy,

We received and reviewed the box of documents you sent to us regarding the sale of the Canary

CONFIDENTIAL
LBHI_CW0011276

Wharf leasehold premises to JPM. Unfortunately, these documents either left many of our questions unanswered or gave rise to new questions, including as to when the sale negotiations commenced, what was discussed during the course of the negotiations and how the "Lehman lease" is treated in the executed sale agreement.

Without in any way limiting our request for additional documents, we would appreciate your providing us with the following:

§ Documents, including communications and emails, that indicate when Canary Wharf and JPM commenced negotiations regarding the sale of the lease.

§ Written communications, including emails, between Canary Wharf and JPM regarding the negotiation of the sale of the lease.

§ An un-redacted version of the final lease executed by JPM and Canary Wharf.

§ All communications, including emails, between Canary Wharf and the LBL administrators regarding the negotiation of the forfeiture agreement and all drafts of said agreement.

Please note that references to Canary Wharf, JPM and the LBL administrators include their respective attorneys, advisors and consultants.

In addition, you provided us with a copy of a loan agreement with AIG. Is that the agreement or only agreement with AIG pursuant to which AIG is obligated to payment of the rent under the lease upon a default? If not, please provide us with a copy of the relevant agreements. Also, has AIG made any such payments? If it has, in what amounts and covering what period(s) of time?

Thanks.

Regards,

CONFIDENTIAL
LBHI_CW0011277

Richard



Richard P. Krasnow

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.krasnow@weil.com
+1 212 310 8493 Direct
+1 212 310 8007 Fax

**From:** Dietderich, Andrew G. [mailto:dietdericha@sullcrom.com]
**Sent:** Tuesday, March 01, 2011 12:16 PM
**To:** Krasnow, Richard
**Cc:** Schwartz, Matthew A.
**Subject:** RE: Canary Wharf("CW")

Richard, any update on this? Just wondering what burner it should be on internally.

**From:** Dietderich, Andrew G.
**Sent:** Wednesday, February 16, 2011 2:56 PM
**To:** 'Krasnow, Richard'
**Subject:** Canary Wharf("CW")

Richard, I was just checking in on next steps in the CW claim. What's the status/process from your end?

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

CONFIDENTIAL

LBHI_CW0011278

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

CONFIDENTIAL                                                                                                                    LBHI_CW0011279