# Exhibit 65

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------)
                             )
In re                        )
                             )Chapter 11
                             )
LEHMAN BROTHERS              )Case No.
                             )
HOLDINGS INC., et al.,       )08-13555 (JMP)
                             )
                             )(Jointly Administered)
            Debtors.         )
                             )
                             )
-----------------------------)
```

VIDEO DEPOSITION UPON ORAL EXAMINATION

of

ANTHONY MICHAEL BRIAM

On Wednesday, 19th June 2013

Taken at the offices of:
Weil Gotshal & Manges LLP,
110 Fetter Lane,
London EC4A 1AY,
England

Reported by:  Richard Harper

Page 195

1        ANTHONY BRIAM
2    Q.   The transcript will speak for
3 itself.  I will represent to you that you used the
4 words "very strong argument".  What did you mean
5 when you said that LBHI had a very strong argument
6 that its liability was extinguished if there was a
7 surrender done first?
8        MR. ISAKOFF:  I object to the
9 question in that you have not established that he
10 recalls having said that.
11       MR. DE LEEUW:  Okay.  Let's go
12 back.  Can you search for the words "very strong
13 argument" please, sir?
14    (The Court Reporter read back as directed)
15    A.   Thank you.
16 BY MR. DE LEEUW:
17    Q.   Mr. Briam, now that the court
18 reporter has read back that question and answer,
19 do you recall your testimony about the very strong
20 argument that LBHI might make?
21    A.   Yes.
22    Q.   What did you mean by the words
23 "very strong argument"?
24    A.   A strong argument by them.  I was
25 not offering a view as to the substance of them

```
 1                  ANTHONY BRIAM
 2    arguing in that way.  My meaning when saying that
 3    was that, undoubtedly LBHI might use that
 4    aggressively to pursue an argument along those
 5    lines.  I mean, a very strong argument, what
 6    I mean by that is that they would forcibly seek to
 7    argue this, but I was certainly not -- if the
 8    implication is was I admitting that they good
 9    grounds or an excellent case, or a very strong
10    case, the answer is no.  I just believe that that
11    would potentially have given them an opportunity
12    to pursue an argument along those lines.
13         Q.    Were you expressing any view about
14    the merits of LBHI's argument?
15         A.    No, not at all.  I thought
16    I mentioned that just now.  No, it was not an
17    expression of the merits, it would just give them
18    the opportunity to seek to argue that.
19         Q.    Do you agree that LBHI's liability
20    would be expunged if a surrender agreement had
21    been reached prior to the time that the US court
22    approved a claim?
23             MR. ISAKOFF:  Objection, incomplete
24    and hypothetical.
25         A.    Answering the question, my own view
```

08-13555-mg   Doc 44878-40   Filed 06/26/14   Entered 06/26/14 13:45:13   Exhibit 65
Pg 5 of 5
LEHMAN BROTHERS v HOLDINGS    19 JUNE 2013    DEPOSITION OF BRIAM

Page 197

```
 1                  ANTHONY BRIAM
 2   is that the indemnity in Schedule 4 from the
 3   surety/indemnifier would overwrite the surrender,
 4   and that the surety would remain liable for the
 5   losses that Canary Wharf Group suffered as a
 6   result of the breaches in the lease.
 7   BY MR. DE LEEUW:
 8         Q.    Thank you.  I recall earlier
 9   I think this afternoon Mr. Isakoff asked you
10   several questions about a change in the draft
11   surrender agreement with LBHI. Do you recall that?
12         A.    I do.
13         Q.    Let me ask you to look at exhibit
14   32?
15              MR. ISAKOFF:  The date please?
16              MR. DE LEEUW:  That is September
17   30th 2010.
18   BY MR. DE LEEUW:
19         Q.    Do you recall looking at this
20   e-mail earlier, exhibit 32?
21         A.    Yes, I do.
22         Q.    You see here, I think Mr. Isakoff
23   pointed you to the portion of this e-mail in
24   exchange which Mr. Iacobescu had agreed that the
25   Canary Wharf claim in administration would be zero
```