# Exhibit 73

# CANARY WHARF

## Canary Wharf Finance II plc

(incorporated in England and Wales with limited liability under registered number 3929593)

£222,000,000 Class A7 Floating Rate First Mortgage Debentures due 2037
£104,000,000 Class B3 Floating Rate First Mortgage Debentures due 2037
£275,000,000 Class C2 Floating Rate First Mortgage Debentures due 2037
£125,000,000 Class D2 Floating Rate First Mortgage Debentures due 2037

Issue price: 100 per cent. of their principal amount

| | Class A7 | Class B3 | Class C2 | Class D2 |
|---|---|---|---|---|
| Principal Amount | £222,000,000 | £104,000,000 | £275,000,000 | £125,000,000 |
| Issue Price | 100% | 100% | 100% | 100% |
| Proceeds to Issuer | £222,000,000 | £104,000,000 | £275,000,000 | £125,000,000 |
| Interest Rate | 3 month STG LIBOR + Margin | 3 month STG LIBOR + Margin | 3 month STG LIBOR + Margin | 3 month STG LIBOR + Margin |
| Margin | 0.19 per cent. per annum | 0.28 per cent. per annum | 0.55 per cent. per annum | 0.84 per cent. per annum |
| Step-up Fees | 0.475 per cent. per annum (from and including the Class A7 Step-up Date) | 0.70 per cent. per annum (from and including the Class B3 Step-up Date) | 1.375 per cent. per annum (from and including the Class C2 Step-up Date) | 2.1 per cent. per annum (from and including the Class D2 Step-up Date) |

Interest Payment Dates.....the 22nd day of January, April, July and October in each year (subject to adjustment for non-business days as set out Condition 4(b) commencing on 22 July 2007)

| | | | | |
|---|---|---|---|---|
| Final Maturity Date | October 2037 | October 2037 | October 2037 | October 2037 |
| Expected Ratings (S&P/Fitch/Moody's) | AAA/AAA/Aaa | AA/AA/Aa2 | A/A/A2 | BBB/BBB/Baa2 |

Canary Wharf Finance II plc (the Issuer) will issue, on the Fifth Further Closing Date, £222,000,000 Class A7 Floating Rate First Mortgage Debentures due 2037 (the Class A7 Notes), £104,000,000 Class B3 Floating Rate First Mortgage Debentures due 2037 (the Class B3 Notes), £275,000,000 Class C2 Floating Rate First Mortgage Debentures due 2037 (the Class C2 Notes) and £125,000,000 Class D2 Floating Rate First Mortgage Debentures due 2037 (the Class D2 Notes and, together with the Class A7 Notes, the Class B3 Notes and the Class C2 Notes, the Sixth Issue Term Notes).

On the Second Further Closing Date, the Issuer issued the U.S.$579,000,000 Class A5 Floating Rate First Mortgage Debentures due October 2033 (the Class A5 Notes). The Issuer will, on the Fifth Further Closing Date, redeem the outstanding Class A5 Notes using the amount received as prepayment of the Class A5 Tranche on the Fifth Further Closing Date and converted into dollars on the Fifth Further Closing Date.

On the Fourth Further Closing Date, the Issuer issued the £110,000,000 Class B2 Stepped Coupon Floating Rate First Mortgage Debentures due October 2030 (the Class B2 Notes), the £225,000,000 Class C1 Stepped Coupon Floating Rate First Mortgage Debentures due October 2030 (the Class C1 Notes) and the £25,000,000 Class D1 Stepped Coupon Floating Rate First Mortgage Debentures due October 2030 (the Class D1 Notes). The Issuer will redeem the Class B2 Notes, the Class C1 Notes and the Class D1 Notes using the amounts received as prepayment of the Class B2 Tranche, the Class C1 Tranche and the Class D1 Tranche, on the Redemption Date.

The Class A7 Notes will rank (other than in respect of any Class A7 Step-up Fees) pari passu with the £240,000,000 Class A1 6.455 per cent. First Mortgage Debentures due October 2033 of the Issuer (the First Issue Class A1 Notes), issued on 6th June 2000 (the Original Closing Date), the £475,000,000 Class A1 6.455 per cent. First Mortgage Debentures due October 2033 of the Issuer (the Second Issue Class A1 Notes), issued on 12th June 2001 (the Further Closing Date), the £500,000,000 Class A1 6.455 per cent. First Mortgage Debentures due October 2033 of the Issuer (the Third Issue Class A1 Notes and, together with the First Issue Class A1 Notes and the Second Issue Class A1 Notes, the Class A1 Notes), issued on 21st February 2002 (the Second Further Closing Date), the £200,000,000 Class A3 5.952 per cent. First Mortgage Debentures due October 2037 of the Issuer (the Second Issue Class A3 Notes and, together with the Second Issue Class A1 Notes, the Second Issue Notes), issued on the Further Closing Date, the £300,000,000 Class A5 5.952 per cent. First Mortgage Debentures due October 2037 of the Issuer (the Third Issue Class A3 Notes together with the Second Issue Class A3 Notes, the Class A3 Notes and, the Class A3 Notes together with the Class A1 Notes and the Class A7 Notes, the Class A Notes), issued on the Second Further Closing Date.

The Class A7 Notes will rank senior in priority to the Class B3 Notes and the £85,000,000 Class B 6.800 per cent. First Mortgage Debentures due October 2033 of the Issuer (the First Issue Class B Notes and, together with the First Issue Class A1 Notes, the First Issue Term Notes), issued on the Original Closing Date, the £150,000,000 Class B 6.800 per cent. First Mortgage Debentures due October 2033 of the Issuer (the Third Issue Class B Notes, and together with the First Issue Class B Notes, the Class B Notes), issued on the Second Further Closing Date and the Class C2 Notes and the Class D2 Notes, each to be issued on the Fifth Further Closing Date.

The Class B3 Notes will rank behind the Class A Notes but pari passu with the Class B Notes and senior in priority to the Class C2 Notes and the Class D2 Notes.

The Class C2 Notes will rank behind the Class A Notes, the Class B Notes and the Class B Notes but senior in priority to the Class D2 Notes.

The Class D2 Notes will rank behind the Class A Notes, the Class B Notes, the Class B Notes and the Class C2 Notes.

The Class A Notes, the Class B Notes, the Class C2 Notes and the Class D2 Notes are together referred to as the Notes. The Notes other than the Sixth Issue Term Notes are together referred to as the Existing Notes.

The issue price of each of the Class A7 Notes, the Class B3 Notes, the Class C2 Notes and the Class D2 Notes is 100 per cent. of their principal amount.

Application has been made to the Financial Services Authority (the FSA) in its capacity as competent authority under the Financial Services and Markets Act 2000 (the UK Listing Authority) for each of the Sixth Issue Term Notes to be admitted to the official list of the UK Listing Authority (the Official List). Application has also been made to the London Stock Exchange plc (the London Stock Exchange) for each of the Sixth Issue Term Notes to be admitted to trading on the London Stock Exchange's Gilt Edged and Fixed Interest Market. The Issuer may require that the Notes be traded on the London Stock Exchange's Professional Securities Market in place of the Gilt Edged and Fixed Interest Market. This document comprises a prospectus for the purposes of EU Directive 2003/71/EC (the Prospectus Directive) and listing particulars as specified in the listing rules published by the FSA in accordance with Section 73A(2) of the Financial Services and Markets Act 2000.

Each of the Class A7 Notes, the Class B3 Notes, the Class C2 Notes and the Class D2 Notes will initially be represented by a temporary global note in bearer form (each a Temporary Global Note and together the Temporary Global Notes), without coupons or talons, which will be deposited with a common depositary (the Common Depositary) for Euroclear Bank S.A./N.V., as operator of the Euroclear System (Euroclear) and Clearstream Banking, société anonyme (Clearstream, Luxembourg) on or about 23 April 2007 (the Fifth Further Closing Date) (or such later date as may be agreed by the Issuer and Deutsche Trustee Company Limited (the Trustee which expression shall include its successors and assigns). Each Temporary Global Note will be exchangeable not earlier than 40 days after the Fifth Further Closing Date (and upon certification of non-U.S. beneficial ownership) for interests in permanent global notes representing the Class A7 Notes, the Class B3 Notes, the Class C2 Notes and the Class D2 Notes (as applicable) (each a Permanent Global Note and together the Permanent Global Notes and, the Permanent Global Notes together with the Temporary Global Notes, the Global Notes) in definitive form, without coupons or talons attached, which will also be deposited with the Common Depositary. Save in certain limited circumstances, Notes in definitive form will not be issued in exchange for the Global Notes.

Interest on each class of the Sixth Issue Term Notes is payable by reference to successive interest periods (each an Interest Period). Interest will be payable quarterly in arrear on 22nd January, 22nd April, 22nd July and 22nd October (each an Interest Payment Date) in each year (or, if such day is not a Business Day, the next succeeding Business Day unless such Business Day falls in the next succeeding calendar month in which event the immediately preceding Business Day) commencing, in accordance with Condition 4(b), on the Interest Payment Date falling in July 2007. The first Interest Period for the Sixth Issue Term Notes will, in accordance with Condition 4(b), commence on (and include) the Fifth Further Closing Date and end on (but exclude) the next Interest Payment Date falling in July 2007. Each successive Interest Period will commence on (and include) 22nd October, 22nd January, 22nd April and 22nd July and end on (but exclude) 22nd January, 22nd April, 22nd July and 22nd October, respectively (subject to adjustment for non-Business Days). Interest on the Sixth Issue Term Notes will accrue at a floating rate. For each Interest Period commencing on (and including) the Interest Payment Date falling in January 2017 (the Class A7 Step-up Date), Class A7 Step-up Fees will be payable in respect of the Class A7 Notes. For each Interest Period commencing on (and including) the Interest Payment Date falling in January 2017 (the Class B3 Step-up Date), Class B3 Step-up Fees will be payable in respect of the B3 Notes. For each Interest Period commencing on (and including) the Interest Payment Date falling in April 2014 (the Class C2 Step-up date), Class C2 Step-up Fees will be payable in respect of the Class C2 Notes. For each Interest Period commencing on (and including) the Interest Payment Date falling in April 2014 (the Class D2 Step-up Date), Class D2 Step-up Fees will be payable on the Class D2 Notes.

The Class A7 Notes, the Class B3 Notes, the Class C2 Notes and the Class D2 Notes will mature on the Interest Payment Date falling in October 2037 unless previously redeemed. The Sixth Issue Term Notes will be subject to mandatory redemption and/or optional redemption in whole or in part before such date in the circumstances, and subject to the conditions, described in the Conditions.

If any withholding or deduction for or on account of tax is applicable to the Sixth Issue Term Notes, payments of interest on, and principal and premium (if any) of, the Sixth Issue Term Notes will be made subject to any such withholding or deduction, without the Issuer being obliged to pay any additional or further amounts as a consequence.

The Sixth Issue Term Notes will be obligations of the Issuer only and will not be guaranteed by, or be the responsibility of, any other person or entity. It should be noted, in particular, that the Sixth Issue Term Notes will not be obligations of, and will not be guaranteed by, the Trustee, the Lead Managers, any Liquidity Facility Provider, the Liquidity Facility Agent, the DS6 Facility Provider, the HQ2 Facility Provider, the Class A7 Swap Provider, the Class B3 Swap Provider, the Class C2 Swap Provider, the Class D2 Swap Provider, the Agent Bank, the Paying Agents, the Account Bank (each as referred to and defined herein) or by CW Lending II Limited (the Borrower), the Finance Lessor, the Charging Subsidiaries, Holdings, CWEL, CWGP or any other company in the same group of companies as, or affiliated to, the Borrower (other than the Issuer itself), but the proceeds of the issue of the Sixth Issue Term Notes will be on-lent to the Borrower and secured over all of the assets and undertaking of the Borrower, and certain assets and undertaking of the Charging Subsidiaries and the Finance Lessor, all as more particularly described below.

It is expected that the Sixth Issue Term Notes will be assigned credit ratings by each of the Rating Agencies (as defined in "The Notes – The Sixth Issue Term Notes – Ratings") on more particularly set out on page 50. A credit rating is not a recommendation to buy, sell or hold securities and may be subject to revision, suspension or withdrawal at any time by the assigning Rating Agency. The Rating Agencies' ratings do not address the likelihood of receipt by any Noteholder of a redemption premium or any Step-up Fees in respect of any of the Sixth Issue Term Notes.

Particular attention is drawn to the section herein entitled "Risk Factors".

Arranger and Bookrunner
MORGAN STANLEY

Lead Managers

LEHMAN BROTHERS                                          MORGAN STANLEY

The date of this Prospectus is 19 April 2007.

**Previously Released Mortgaged Properties**) was released on the Release Completion Date and the security over the property known as WF9 was released on the Fourth Further Closing Date.

The **Second New Mortgaged Properties** at the time of issue of the Third Issue Term Notes were:

(a)     20 Bank Street (**HQ1**);

(b)     25-30 Bank Street (**HQ2**);

(c)     floors 4 to 11 of 50 Bank Street (**HQ4 (Original Space)**); and

(d)     floors ground to 10 and floors 19 to 30 of 10 Upper Bank Street (**HQ5 (Original Space)**),

being the properties security over which was granted by the Second New Charging Subsidiaries on the Second Further Closing Date.

In relation to HQ4 and HQ5, there was a certain amount of unlet space in each building (as at the Second Further Closing Date) which, following practical completion of the relevant building, was permitted to be released from the Borrower Security (thereby ceasing to be part of the Second New Mortgaged Properties). The Borrower Security was varied to provide that those spaces formed part of the Third New Mortgaged Properties (as to which, see items (b) and (c) under "Third New Mortgaged Properties" below).

The **Third New Mortgaged Properties** at the time of issue of the Fourth Issue Term Notes were:

(a)     40 Bank Street (**HQ3**);

(b)     floors 1 to 3 and ground floor retail and basement car parking and ancillary accommodation of 50 Bank Street (**HQ4 (Further Space)** and, together with HQ4 (Original Space), **HQ4**);

(c)     floors 11 to 18 and ground floor retail and basement car parking and ancillary accommodation of 10 Upper Bank Street (**HQ5 (Further Space)** and, together with HQ5 (Original Space), **HQ5**);

(d)     16-19 Canada Square (**DS8**); and

(e)     Jubilee Place (**RT3**),

being the properties security over which has been granted by the Third New Charging Subsidiaries on the Third Further Closing Date. The security over the properties known as DS8 and RT3 was released on the Fourth Further Closing Date.

The **Fourth New Mortgaged Property** on the issue of the Fifth Issue Term Notes was One Canada Square (**DS7**).

As a result of the releases of certain of the Original Mortgaged Properties, the New Mortgaged Properties, and certain of the Third New Mortgaged Properties as referred to above (together, the **Released Mortgaged Properties**), the security will comprise the security over the following properties (the **Mortgaged Properties**):

(a)     One Canada Square (**DS7**);

(b)     33 Canada Square (**DS6**);

(c)     20 Bank Street (**HQ1**);

(d)     25-30 Bank Street (**HQ2**);

(e)     40 Bank Street (**HQ3**);

(f)     50 Bank Street (**HQ4**); and

(g)     10 Upper Bank Street (**HQ5**);

**SCHEDULE**

| Property | Description, Age and Tenure | Terms of Existing Tenancies | Estimated Net Annual Rents Receivable† | Estimated Net Annual Rents | Market Value |
|---|---|---|---|---|---|
| LONDON E14. Canary Wharf. One Canada Square (DS7), Offices excluding Retail | A 50 storey high quality air conditioned office building providing 113,407 sq m (1,220,700 sq ft) of office accommodation finished to Category A specification.<br><br>Completed 1991.<br><br>Freehold.<br><br>Valuation excludes concourse level retail, which is assumed to be let on a 999 year peppercorn lease and other minor interests. | Offices let on substantially full repairing and insuring leases to tenants including KPMG, The Telegraph Group, Mirror Group Newspapers, Bear Stearns, State Street Bank, Bank of New York, Clearstream Banking, and EULER Hermes Holdings. All leases of more than 5 years provide for at least 5 yearly upward only rent reviews. Unexpired lease terms are between approximately 1 year and 14 years.  A number of tenants have break options and Maersk have exercised their break option on floor 31.<br><br>Income rises to £45,592,672 on expiry of the rent free periods. | 42,444,896 | 48,508,500 | 835,000,000 |
| LONDON E14. Canary Wharf. 40 Bank Street (HQ3) | Office building located to the south of Jubilee Place and adjacent to 25-30 Bank Street (HQ2). The building provides high quality, air-conditioned offices of 56,429 sq. m. (607,400 sq. ft.) on three below grade levels and 32 upper floors with a further 326 sq. m. (3,511 sq ft) of ancillary space, together with 20 basement car parking spaces.<br><br>Completed March 2003.<br><br>Freehold. | Skadden Arps Slate Meagher and Flom (UK) LLP has taken Levels 20-26 on 7 leases for 20 years from March 2003. A.O. Services has taken Levels 29-32 on a lease for 25 years from March 2003. Cantor Fitzgerald has taken a lease of Level 1 until July 2019. Situs Realty Services Limited has agreed to lease part of Level 19 until January 2017 and ANZ has an agreed to lease Levels 27 and 28 for 15 years from March 2022.  All leases on substantially full repairs. Income rises to £11,891,665 on expiry of rent free periods. | 9,358,485 | 23,500,700 | 338,000,000 |
| LONDON E14 50 Bank Street (HQ4) | 12 Storey air-conditioned office building providing in total approximately 19,556 sq m (210,500 sq ft) including ground floor retail and basement ancillary accommodation, 60 basement car parking spaces.<br><br>The building has a direct underground link to the Jubilee Line Station and the Jubilee Place Retail Centre.<br><br>Built 2001-2002.<br><br>Freehold. | The Northern Trust Company has leased Floors 1&2 and 4-11 for a term expiring 31 March 2022. The rent will be subject to upward only review every five years. Floors 1&2 are currently subject to a rent free period.<br><br>The third floor is let to Goldenberg Hehmeyer Trading Company Limited for 15 years from 12 December 2003.  Rent subject to fixed uplifts 12 December 2008 and upward only review at Year 10. Tenant's break option year 10. | 7,179,078 | 7,442,600 | 175,000,000 |

| Property | Description, Age and Tenure | Terms of Existing Tenancies | Estimated Net Annual Rents Receivable | Estimated Net Annual Rents | Market Value |
|---|---|---|---|---|---|
| | | Part of the retail is let to Fran 'N' Bru until 30 September 2017. | | | |
| | | Contracted rent after expiring of rent free periods is £8,437,433 pa. | | | |
| | | Leases on substantially full repairing and insuring terms. | | | |
| LONDON E14 10 Upper Bank Street (HQ5) | An air-conditioned office building comprising a 6 storey podium building and a 31-storey tower, in total providing approximately 92,940 sq. m. (1,000,400 sq. ft.) of accommodation including ground floor retail and basement ancillary accommodation. Approximately 299 basement car parking spaces. The building has a direct underground link to the Jubilee Line Station and the Jubilee Place Retail Centre. Built 2001-3 Freehold | Clifford Chance Property Nominees Limited (guaranteed by Clifford Chance LLP) has leased the entire building, except for the retail area and parts used in common with other parts of the Canary Wharf Estate for a term of 25 years from 3 July 2003. Fixed uplift at end of fifth year based on rates between £342-£527 per sq. m. (£31.75-£49 per sq. ft) (Estimated £44,158,221). Upward only reviews at the tenth year and every five years thereafter. HCA International Limited (trading as HCA Medical Centre) has leased the ground floor retail for a term of 15 years from 15 September 2003. Rent subject to 5 yearly upward only rent reviews. Leases on substantially full repairing and insuring terms. | 38,136,844 | 35,760,000 | 815,000,000 |

## INFORMATION REGARDING THE MORTGAGED PROPERTIES

*The information in this section is correct as of the date of this Prospectus and may differ from the information in the schedules of the Valuation Reports which is correct as at 31 December 2006*

### Introduction

The Mortgaged Properties charged on the Original Closing Date, the Further Closing Date, the Second Further Closing Date and the Third Further Closing Date that have not or will not be released on the Fourth Further Closing Date and together comprise the following:

### Office Areas

| Address | | Name | Composite Interest[1] | Whole Building NIA[2] | Office Area Securitised NIA | % of Securitised Area Leased[3] |
|---|---|---|---|---|---|---|
| 33 | Canada Square | DS6 | Freehold | 562,700 | 562,700 | 100% |
| 20 | Bank Street | HQ1 | Freehold | 546,500 | 546,500 | 100% |
| 25-30 | Bank Street | HQ2 | Freehold | 1,023,300 | 1,023,300 | 100% |
| 40 | Bank Street | HQ3 | Freehold | 607,400 | 607,400 | 95% |
| 50 | Bank Street | HQ4 | Freehold | 210,500 | 206,700 | 100% |
| 10 | Upper Bank Street | HQ5 | Freehold | 1,000,400 | 995,100 | 100% |
| One | Canada Square | DS7 | Freehold | 1,236,200 | 1,220,700 | 99% |
| Total office area | | | | 5,187,000 | 5,162,400 | 99.1% |

(1)   All interests subsisting in the Mortgaged Properties, up to and including the interest identified, are included in the security created pursuant to the Composite Debenture and the Finance Lessor Charge other than leases held by occupational tenants and, in the case of location DS7, the leasehold interests held by First Tower T1 Limited and First Tower T2 Limited, Robert Fleming (Overseas) Number 2 Limited and the DS7 Excluded Group Interests.

(2)   Net Internal Area ("NIA") of the office and retail space rounded to the nearest 100 square feet.

(3)   References to leases in this section and in calculating the percentage leased set out below include any agreements for lease.

### Retail in Office Buildings

| Address | | Name | Composite Interest[1] | Whole Building NIA[1] | Retail Area Securitised NIA | % of Securitised Area Leased |
|---|---|---|---|---|---|---|
| 50 | Bank Street | HQ4 | Freehold | 210,500 | 3,800 | 79.7% |
| 10 | Upper Bank Street | HQ5 | Freehold | 1,000,400 | 5,300 | 100.0% |
| Total area | | | | 1,214,200 | 9,100 | 91.5% |

(1)   Net Internal Area at buildings rounded to the nearest 100 square feet.

### One Canada Square (DS7)

The building was designed by Cesar Pelli and completed in 1991. This Mortgaged Property comprises 45 floors of prime office accommodation, totalling 1.2m square feet.

The building is a steel framed construction with reinforced concrete slab floors, stainless steel cladding and double glazed windows. It is serviced by 32 passenger lifts and 2 goods lifts and has

floor variable air-conditioning. Column free from the walls to the core, the average slab to slab height is 14 feet, permitting 12 foot ceilings.

*Tenancy Schedule:*

| Tenant<br>*Guarantor<br>(where applicable)* | Floor(s) | NIA<br>Occupied | Lease<br>Expiry | Options to<br>Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| Canary Wharf Limited | 5 (part) | 7,252 sq ft | Sep-2010 | None | |
| International Grains Council | 5 (part) | 5,671 sq ft | Jun-2016 | None | Jul - 11 (M) |
| International Sugar Organisation | 5 (part) | 4,959 sq ft | Jun-2016 | None | Jul - 11 (M) |
| Primus Telecommunications Limited | 5 (part) | 8,803 sq ft | Oct-2012 | Nov –<br>2007 [2] | Nov - 07 (M) |
| *Primus Telecommunications Group Limited* | | | | | |
| City University | 6 (part) | 2,332 sq ft | Jul–2011 | None | |
| Clydesdale Bank PLC | 6 (part) | 3,640. sq ft | Jan-2015 | Jan-2010 | Jan - 10 (M) |
| Knight Frank LLP | 6 (part) | 981 sq ft | Apr-2010 | None | |
| National Westminster Bank plc | 6 (part) | 5,440 sq ft | Jul-2015 | Jul-2010 | Jul – 10 (M) |
| Unlet | 6 (part) | 10,530 sq ft | | | |
| KPMG | 7 – 9 | 81,376 sq ft | Dec-2016 | Apr-09 [7] | Jan – 12 (M) |
| Alvarez & Marsal Europe Holdings Ltd | 10 (part) | 6,707 sq ft | Apr-2016 | Apr-2011 | Apr – 2011 (M)<br>and five years<br>thereafter |
| CFA Institute | 10 (part) | 2,603 sq ft | Apr–2011 | Apr 2009 | |
| CWG Wood Wharf Limited | 10 (part) | 2,406 sq ft | May 2008 | None | |
| Diligence International LLC | 10 (part) | 4,552 sq ft | May-2016 | May 2011 | May – 2011 (M)<br>and five years<br>thereafter |
| Satyam Computer Services Limited | 10 (part) | 2,252 sq ft | Oct-2011 | After 3<br>years | |
| Unlet | 10 | 4,352 sq ft | | - | |
| Telegraph Group Limited | 11 - 15 &<br>16 (part) | 125,562 sq ft | Mar-2017 | None | Apr - 07 (M) &<br>five years<br>thereafter (M) |
| Telegraph Group Limited. | 16 (part) | 11,930 sq ft | Mar-2017 | None | Apr - 09 (M) &<br>five years<br>thereafter (M) |
| Mirror Group Limited | 17 | 28,000 sq ft | Jun-2018 | None | Jun - 08 (M) &<br>five years<br>thereafter (M) |
| Mirror Group Limited | 18 | 27,388 sq ft | Jun-2018 | None | Jun - 08 (M) &<br>five years<br>thereafter (M) |
| Mirror Group Limited | 19 | 26,931 sq ft | Jun-2018 | None | Jun - 08 (M) &<br>five years<br>thereafter (M) |
| Mirror Group Limited | 20 – 24 | 139,732 sq ft | Jun-2018 | None | Jun - 08 (M) &<br>five years<br>thereafter (M) |
| Bear Stearns International Limited<br>*The Bear Stearns Companies, Inc.* | 25 (part) | 19,888 sq ft | Apr-13 | on 3<br>months<br>notice | Sep - 11 (M) |
| State Street London Limited<br>*State Street Bank & Trust Company* | 25 (part) | 7,051 sq ft | Jun-2018 | Sep-2008<br>Jun-2013<br>[5] | Aug - 11 (M)<br>five years<br>thereafter (M) |

| Tenant | Floor | Area | | | |
|---|---|---|---|---|---|
| State Street London Limited *State Street Bank & Trust Company*........ | 26 & 27 (part) | 43,450 sq ft | Jun-2018 | Sep-2008 Jun-2013 (5) | Jul - 08 (M) & five yearly thereafter (M) |
| State Street London Limited *State Street Bank & Trust Company* | 27 (part) | 7,145 sq ft | Jun-2018 Jan 2013 | Sep-2008 (5) June 2013 | Aug - 11 (M) & five yearly thereafter (M) |
| Global Sage Limited............................... | 27 (part) | 3,331 sq ft | Jul-2008 | None | - |
| Atkins Limited | 28 (part) | 2,500 sq ft | Jan-2012 | After 3 years | - |
| Metlife Services Limited | 28 (part) | 10,786 sq ft | Dec-2011 | Jan-2010 | - |
| The Royal Bank of Scotland Limited | 28 (part) | 4,520 sq ft | Jan-2017 | Jan-2012 | Jan – 12 (M) |
| Michael Page International PLC | 28 (part) | 6,548 Sq ft | Jun-2012 | - | - |
| Hartford Life Limited (formerly The Hartford Europe Limited) *Hartford Fire Insurance Company*.......... | 29 (part) | 7,097 sq ft | Sep-2009 | Sep-2007 | |
| Hartford Life Limited (formerly The Hartford Europe Limited) *Hartford Fire Insurance Company* | 29 (part) | 740 sq ft | Sep-2009 | None | |
| Regus Management Limited.................... | 29 (part) | 14,445 sq ft | Jun-2010 | None | Jul -05 (M) |
| Canary Wharf Limited............................. | 29 (part) | 2,785 sq ft | Feb-2008 | None | - |
| Canary Wharf Limited............................. | 30 | 27,517 sq ft | Sep-2010 | None | - |
| Bear Stearns International Limited *The Bear Stearns Companies, Inc.*.......... | 31 | 28,781 sq ft | May-2012 | On 3 Months Noice | - |
| State Street London Limited *State Street Bank & Trust Company*........ | 32 | 28,498 sq ft | Sept-2018 | Jun-2013(5) | Sep - 07 (M) & five yearly thereafter (M) |
| State Street London Limited *State Street Bank & Trust Company*........ | 33 | 28,518 sq ft | Dec-2018 | Jun-2013(5) | Dec - 07 (M) & five yearly thereafter (M) |
| Canary Wharf Investments (Three) | 34 (part) | 953 sq ft | Dec–2007 | None | - |
| SWX Swiss Exchange UK Ltd | 34 (part) | 12,980 sq ft | Aug-2011 | None | - |
| Medicins du Monde UK | 34 (part) | | Dec-2006 | | |
| Clearstream Banking SA. | 34 (part) | 561 sq ft | Jun-2007 | None | - |
| Coutts & Company(6) | 34 (part) | 2,011 sq ft | Jun-2007 | None | - |
| Novartis Europharm Limited (Formerly CIBA Europharm) *Novartis Pharma AG* | 34 (part) | 1,995 sq ft | Nov-2008 | None | - |
| BNY International Financing Corporation | 34 (part) | 6,463 sq ft | Jun-2007 | None | - |
| Van der Moolen International Limited | 34 (part) | 931 sq ft | Jun-2007 | None | - |
| Euler Hermes Holdings (UK) Plc | 35 | 28,336 sq ft | Oct-2020 | Oct-2010 | Oct - 10 (M) & five yearly thereafter (M) |
| Euler Hermes Holdings (UK) Plc | 36 | 28,336 sq ft | Oct-2020 | Oct-2010 | Oct - 10 (M) & five yearly thereafter (M) |
| Burlington Resources (Energy Services) Inc | 37 | 28,354 sq ft | Oct-2020 | Oct-2010 | Jun - 07 (M) & five yearly thereafter (M) |

153

| | | | | | |
|---|---|---|---|---|---|
| KPMG | 38 | 28,574 sq ft | Dec-2016 | None | Jan - 10 (M) & five yearly thereafter (M) |
| KPMG | 39 (A) | 4,741 sq ft | Mar-2012 | Dec-08 Mar-09 | |
| KPMG | 39 (B1) | 254 sq ft | Mar-2012 | Dec – 08 Mar – 09 | |
| KPMG | 39 (B2) | 4,755 sq ft | Mar-2012 | Dec -08 Mar-09 | |
| KPMG | 39 (C) | 923 sq ft | Mar-2012 | Dec-08 Mar-09 | |
| KPMG | 39 (part) | 20,190 sq ft | Mar-2012 | Dec -08 Mar-09 | |
| Bank of New York.................................. | 40 | 28,146 sq ft | Dec-2013 | None | Jan - 09 (M) |
| Bank of New York.................................. | 41 | 28,103 sq ft | Dec-2013 | None | Jan - 09 (M) |
| Clearstream Banking SA. ........................ | 42 | 28,972 sq ft | May-2013 | None | May - 08 (M) |
| Bank of New York.................................. | 43 | 29,161 sq ft | Dec-2013 | None | Jan - 09 (M) |
| Bear Stearns International Limited | 44 | 29,161 sq ft | Apr-2013 | None | Apr - 08 (M) |
| *The Bear Stearns Companies, Inc............* | | | | | |
| Bear Stearns International Limited | 45 – 46 | 60,174 sq ft | Apr-2013 | None | Apr - 08 (M) |
| *The Bear Stearns Companies, Inc............* | | | | | |
| Bank of New York.................................. | 47 | 22,272 sq ft | Dec-2013 | None | Jan - 09 (M) |
| Bank of New York.................................. | 48 | 22,272 sq ft | Dec-2013 | None | Jan - 09 (M) |
| Bank of New York.................................. | 49 | 22,272 sq ft | Dec-2013 | None | Jan - 09 (M) |
| Bear Stearns International limited | 50 | 22,127 sq ft | Apr-2013 | Jul-08 | Sept-11 (M) |
| *The Bear Stearns Companies Inc* | | | | | |

---

(1)      Rent reviews - (M) = Open Market Review, Upwards only.

(2)      Primus Telecommunications Limited have notified their intention to exercise their break in November 2007.

(3)      Rent reviews at Jun 2008 and Jun 2013 are reviewed to 90% and 95% respectively of open market rent.

(4)      Break option exercisable on four months notice.

(5)      State Street have an option to surrender their lease in floors 32 & 33 and parts of floors 25, 26 and 27 to the group on their move to a building currently under development on the estate. In accordance with the undertakings contained in the Intercompany Loan Agreement the group has deposited an amount of cash to collateralise the loss of rental income from the expected date of surrender in 2008 up until the break in 2013.

(6)      Coutts were granted an option to surrender their lease prior to 30 June 2007 on 10 days notice in conjunction with the new Royal Bank of Scotland lease on floor 28. Coutts also have an option to call for a new lease of floor 34 to be granted for a term of year.

(7)      Right to break on four months notice not earlier than April 2009 when DS3 West completed.

## 33 Canada Square (DS6)

This 16 storey building was designed by Foster and Partners and was completed in 1999.

The building is constructed around a concrete core and steel frame with concrete floors. The exterior is a purpose made curtain wall. The ground floor entrance lobby has granite floors and glass panelled walls which forms part of a full building height entrance atrium. It is served by 14 passenger

lifts, two parking shuttle lifts and three goods lifts. The building has on-floor variable air-conditioning.

*Tenancy Schedule*

| Tenant Guarantor (Where Applicable) | Floor(s) | NIA Occupied | Lease[2] Expiry | Options to Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| CIB Properties Limited | Whole building | 562,745 sq ft | Nov-2026 | None | Jan-2010 and five yearly thereafter (M) |

*Citibank, N.A., London Branch guarantees the obligations of CIB Properties Limited under the lease.*

[1]  Rent Reviews – (M) = Open Market Review Upwards only.

[2]  The Tenant has an option to renew the lease for a further term of 15 years at open market rent with five yearly upward only Open Market Reviews.

## 20 Bank Street (HQ1)

This 12 storey building was designed by Skidmore, Owings and Merril and was completed in May 2003.

The building is constructed around a steel frame and reinforced concrete core with composite concrete floors. The exterior features a Porkala Red Stone and glazed shadowbox system with copper colour to framing.

It is served by 12 passenger lifts, 2 trading lifts and 2 goods lifts. The building has on-floor variable air-conditioning.

*Tenancy Schedule*

| Tenant Guarantor (Where Applicable) | Floor(s) | NIA Occupied | Lease[2] Expiry | Options to Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| Morgan Stanley UK Group | Whole building | 546,538 sq ft | Aug-2038 | Aug-2028 | Aug-2008 (F) Aug 2011 (M) and five yearly thereafter (M) |

[1]  Rent Reviews – (F) = Fixed Rent Review; (M) = Open Market Review, Upwards only.

[2]  The Tenant also has an option to renew the Lease for a further term of 15 years at open market rent with five yearly upwards only rent reviews.

## 25-30 Bank Street (HQ2)

This 31 storey building was designed by Cesar Pelli & Associates and is situated at the southern end of the estate. The building was completed in November 2003.

The building is constructed around a steel frame and reinforced concrete core with composite concrete floors. The exterior features stainless steel cladding with double glazed glass units. It is served by 26 passenger lifts, 4 trading lifts and 3 goods lifts. The building has on-floor variable air-conditioning.

*Tenancy Schedule*

**Tenant**

| *Guarantor (Where Applicable)* | Floor(s) | NIA Occupied | Lease Expiry | Options to Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| Lehman Brothers Limited | Whole building | 1,023,293 sq ft | Jul-2033 | None | Nov-2008 (F) Nov-2013 (M) and five yearly thereafter (M) |

*Lehman Brothers Holdings Inc. guarantees the obligations of Lehman Brothers Limited.*

(1)    Rent Reviews – (M) = Open Market Review, Upwards only; (F) = Fixed Review annually.

## 40 Bank Street (HQ3)

This 32 storey building was designed by Cesar Pelli & Associates, is situated at the southern end of the estate and was completed in March 2003.

The building is constructed around a steel frame and reinforced core with composite concrete floors. The exterior features Topazio stone and Verde Maritaka stone cladding with stainless steel trim. It is served by 21 passenger lifts and 2 goods lifts. The building has on-floor variable air-conditioning.

*Tenancy Schedule*

**Tenant**

| *Guarantor (Where Applicable)* | Floor(s) | NIA Occupied | Lease Expiry | Options to Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| BGC International *Cantor Fitzgerald L.P.* | 1 | 19,092 sq ft | Aug-2030 | July 2019 | Sep-2010 (M) and five yearly thereafter (M) |
| Barclays Bank PLC[3] | 2-9 | 152,195 sq ft | Apr-2023 | Dec-2017 | July-2013(M) and five yearly thereafter (M) |
| Barclays Bank PLC[3] | 10-14 | 92,865 sq ft | Apr-2023 | Jan-2018 | July-2013(M) and five yearly thereafter (M) |
| Barclays Bank PLC[3] | 15-17 | 56,516 sq ft | Apr-2023 | Apr 2020 | July-2013 (M) and five yearly thereafter (M) |
| Situs Realty Services Limited | 19 (part) | 6,122 sq ft | Jan-2017 | Jan-2012 | Jan-12 (M) |
| Skadden Arps Slate Meagher & Flom LLP(2) | B2, B3, 20-26 (inclusive) (on a floor by floor basis) | 132,923 sq ft | Mar-2023 | None | Mar-2008 (M) and five yearly thereafter (M) |
| Allen & Overy LLP | 29-32 and ground level mezzanine storage | 78,382 sq ft | Mar-2028 | Mar-2023 | Mar-2008 (M) and five yearly thereafter (M) |

156

| | | | | | |
|---|---|---|---|---|---|
| Australia and New Zealand Banking Group Limited | 27-28 (inclusive) | 39,048 sq ft | Mar-2022 | Mar 2017 | Mar-2012 (M) and five yearly thereafter (M) |
| Unlet | 18, 19 (part) | 30,257 sq ft | | | |

Rent Reviews – (M) = Open Market Review, Upwards only.

Skadden Arps Slate Meagher & Flom LLP have been granted separate leases for each of floors 20-26.

Barclays Bank PLC entered into an agreement for lease subsequent to the 31 December 2006 valuation.

## 50 Bank Street (HQ4)

This 11 storey building was designed by Cesar Pelli & Associates and is situated at the southern end of the estate and was completed in 2002.

The building is constructed around a steel frame and reinforced concrete core with composite concrete floors. The exterior features Topazio stone and Verde Maritaka stone cladding with stainless steel trim. The building has 3 basement levels and mezzanine providing parking and storage and is served by 6 passenger lifts and 1 goods lift. The building has on-floor variable air-conditioning.

### Tenancy Schedule

| Tenant Guarantor (Where Applicable) | Floor(s) | NIA Occupied | Lease Expiry | Options to Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| The Northern Trust Company | B3, 1-2 | 36,838 sq ft | March 2022 | None | June 2008 (F), August 2008 (F), May 2010 (M) and five yearly thereafter (M) |
| The Northern Trust Company | B1, 5-8 | 76,477 sq ft | March-2022 | None | April 2007 (M) and five yearly thereafter (M) |
| The Northern Trust Company | B1M, 9-11 | 56,958 sq ft | March-2022 | None | April 2007 (M) and five yearly thereafter (M) |
| The Northern Trust Company | 4 | 17,982 sq ft | March-2022 | None | April 2007 (M) and five yearly thereafter (M) |
| Goldenberg Heymeyer Trading Company Limited | B2, 3 | 18,463 sq ft | Dec-2018 | Dec-2013 | Dec-2008 (F) and five yearly thereafter (M) |
| Fran 'N' Bru | G | 3,036 sq ft | Sept-2017 | None | July 2007 (M) and five yearly thereafter (M) |
| Unlet Retail | | 775 sq ft | | | |

(1)     Rent Reviews – (F) = Fixed Rent Review; (M) = Open Market Review, Upwards only.

## 10 Upper Bank Street (HQ5)

This 30 storey building was designed by Kohn Pedersen Fox, is situated at the southern end of the estate and was completed in July 2003.

The building is constructed around a steel frame and reinforced concrete core with composite concrete floors. The exterior features anodised aluminium cladding with double glazed low iron glass panels. The building has 4 basement levels providing parking and storage and is served by 30 passenger lifts. The building has on-floor variable air-conditioning.

*Tenancy Schedule*

| Tenant Guarantor (Where Applicable) | Floor(s) | NIA Occupied | Lease Expiry | Options to Determine | Rent Reviews[1] |
|---|---|---|---|---|---|
| Clifford Chance Property Nominees Limited (formerly known as Legibus Thirty-Three Limited) ...................... | B1, B2, Ground 1-30 | 995,036 sq ft | July-2028 | None | July-2008(F) and July 2013 (F) and five yearly thereafter(M) |
| HCA International Limited [2] ............................. | G | 5,317 sq ft | Sept 2018 | None | July 2008 (M) and five yearly thereafter (M) |

*Clifford Chance LLP guarantees the obligations of Clifford Chance Property Nominees Limited under the lease.*

(1) Rent Reviews – (F) = Fixed Rent Review; (M) = Open Market Review, Upwards only.

(2) HCA International Limited trades under the name HCA Medical Centre.

## Concentration of Leased Areas

The following tables summarise certain concentrations in respect of the Mortgaged Properties as set out in the headings of each table:

### Table 1: Concentration of Leases by Tenant

| Industry | % of Total Securitised Area |
|---|---|
| Financial Institution ....................................................... | 61.7% |
| Accounting and Legal ...................................................... | 26.1% |
| Media ................................................................................ | 7.0% |
| Insurance ......................................................................... | 1.3% |
| Other ................................................................................ | 3.0% |
| Other ................................................................................ | 0.9% |

### Table 2: Analysis of Office Lease Expiration/Options to Determine

| Year Range | % of Leases within Year Range |
|---|---|
| ....................................................... | 9.2% |
| ....................................................... | 10.4% |
| ....................................................... | 14.7% |
| ....................................................... | 15.1% |
| ....................................................... | 30.6% |

| 25+ ............................................................ | 20.0% |

**Table 3: Concentration of Office Lease Size ('000 ft)**

| Size Range | % of Leases within Size Range |
| --- | --- |
| under 50 .............................................................. | 12.0% |
| 50 to under 75 ..................................................... | 9.7% |
| 75 to under 200 ................................................... | 12.8% |
| 200+ ................................................................... | 65.5% |

**Ownership Interests in the Mortgaged Properties**

The freehold interest in 33 Canada Square is held by CWCB Investments (DS6) Limited and the leasehold interests are held by Canary Wharf (DS6) T1 Limited, Canary Wharf (DS6) T2 Limited (each a **First Land Trustee**), CWCB Properties (DS6) Limited and CWCB Leasing (DS6) Limited.

The freehold interest in 20 Bank Street, Heron Quays is held by HQCB Investments Limited and the leasehold interests are held by Heron Quays (HQ1) T1 Limited, Heron Quays (HQ1) T2 Limited (each a **Second Land Trustee**) and HQCB Properties (HQ1) Limited.

The freehold interest in 25-30 Bank Street, Heron Quays is held by HQCB Investments Limited and the leasehold interests are held by Heron Quays (HQ2) T1 Limited, Heron Quays (HQ2) T2 Limited (each a **Second Land Trustee**) and HQCB Properties (HQ2) Limited.

The freehold interest in 40 Bank Street, Heron Quays is held by HQCB Investments Limited and the leasehold interests are held by Heron Quays (HQ3) T1 Limited, Heron Quays (HQ3) T2 Limited (each a **Third Land Trustee**) and HQCB Properties (HQ3) Limited.

The freehold interest in 50 Bank Street, Heron Quays is held by HQCB Investments Limited and the leasehold interests are held by Heron Quays (HQ4) T1 Limited, Heron Quays (HQ4) T2 Limited (each a **Second Land Trustee**) and HQCB Properties (HQ4) Limited.

The freehold interest in 10 Upper Bank Street, Heron Quays is held by HQCB Investments Limited and the leasehold interests are held by Heron Quays (HQ5) T1 Limited, Heron Quays (HQ5) T2 Limited (each a **Second Land Trustee**, and together with the First Land Trustees, the other Second Land Trustees and the Third Land Trustees, the **Land Trustees**) and HQCB Properties (HQ5) Limited.

The freehold interest in One Canada Square is held by CWC SPVa Limited and the leasehold interests are held by various Canary Wharf Group companies, including CWE SPVc Limited, CWC SPVc Limited and CWCB Properties (DS7) Limited.