UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                              :     Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :     08-13555 (SCC)
                                                                   :     (Jointly Administered)
                     Debtors.                                      :
                                                                   :
-----------------------------------------------------------------------x    Ref. Docket Nos. 44600, 44601,
                                                                            44798

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26th day of June, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  UNIONE DI BANCHE ITALIANE SCPA            UNIONE DI BANCHE ITALIANE SCPA
     ATTENTION: LUCA BONZANINI                 ALLEN & OVERY
     AREA AFFARI LEGALI E CONTENZIOSO          ATTN: CRAIG BYRNE
     PIAZZA V. VENETO N. 8                     VIA MANZONI, 41-43
     BERGAMO   24121                           MILANO 20121 ITALY
     ITALY
```

Please note that your claim # 56677-19 in the above referenced case and in the amount of
     $49,481.11  allowed at $49,600.07       has been transferred **(unless previously expunged by court order)**

```
     UBS AG
     TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA
     ATTN: HUGO KOLLER
     PO BOX OQ9C/O5GC
     ZURICH    8098
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44600      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/24/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 24, 2014.

# EXHIBIT B

```
TIME: 11:38:05                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:  1
DATE: 06/24/14                                                CREDITOR LISTING

Name                                    Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)    TRANSFEROR: UBS AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
SERENGETI LYCAON MM L.P.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
UBS AG                                  TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: HUGO KOLLER PO BOX OQ9C/O5GC ZURICH  8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA          ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA          ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY


Total Number of Records Printed          5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC