UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (SCC)
                                                                        :    (Jointly Administered)
                    Debtors.                                            :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 44585, 44602,
                                                                             44785, 44806, 44809, 44813, 44815,
                                                                             44836, 44839-44844

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 25, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
26th day of June, 2014

/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: DEUTSCHE BANK AG, LONDON
TRANSFEROR: MONARCH MASTER FUNDING LTD
ATTN: RICH VICHAIDITH
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

Please note that your claim # 58233.33 in the above referenced case and in the amount of
$8,260,674.98   allowed at $5,503,527.40   has been transferred (**unless previously expunged by court order**)

CORBIN OPPORTUNITY FUND, L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON
C/O CORBIN CAPITAL PARTNERS, L.P.
590 MADISON AVENUE, 31ST FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44806   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/25/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 25, 2014.

# EXHIBIT B

```
TIME: 11:31:48                                              LEHMAN BROTHERS HOLDING INC.                                                            PAGE:    1
DATE: 06/25/14                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O CHAPMAN AND CUTLER LLP, LARRY HALPERIN 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | PIAZZALE LODI, 3 MILANO (MI) 20137 ITALY |
| BANK J. SAFRA SARASIN LTD. | ATTN: FRANK LINK SENIOR LEGAL COUNSEL, PATRICK GRIBI LEGAL FRONT AND BACK-OFFICE FUNCTIONS ELISABETHENSTRASSE 62 PO BOX CH-4002 BASEL SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA BAER & KARRER AG - ATTN: PETER HSU BRANDSCHENKESTRASSE 90 CH-8027 ZURICH SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | TRANSFEROR: UBS AG BAER & KARRER AG - ATTN: PETER HSU BRANDSCHENKESTRASSE 90 CH-8027 ZURICH SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: INVESTEC BANK (SWITZERLAND) AG ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 GENEVA 73 1211 SWITZERLAND |
| CORBIN OPPORTUNITY FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| CORBIN OPPORTUNITY FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: STEFANIA CATELLANI VIA EMILIA SAN PIETRO N.4 42121 REGGIO EMILIA ITALY |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC ATTN: TERRI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GAM EQUITY SIX INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: OC 19 MASTER FUND LP- LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: OC 19 MASTER FUND LP-LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SOLA LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| HUNTRESS (CI) NOMINEES LIMITED | TRANSFEROR: CREDIT SUISSE F/K/A CENKOS CHANNEL ISLANDS LIMITED PO BOX 222 LEVEL 5, THE MARKET BUILDINGS FOUNTAIN STREET ST PETER PORT, GUERNSEY GY1 4JG CHANNEL ISLANDS |
| ILLIQUIDX LLP | TRANSFEROR: HUNTRESS (CI) NOMINEES LIMITED ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| INVESTEC BANK (SWITZERLAND) AG | BAKER & HOSTETLER LLP ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INVESTEC BANK (SWITZERLAND) AG | C/O FOLEY & LARDNER LLP ATTN: ALISSA M. NANN 90 PARK AVENUE NEW YORK NY 10016 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP. PA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BENETTON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BENETTON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| PMT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: BENETTON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| UBS AG | ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND BAHNHOFSTR. 45 |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH 8098 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:31:48                                     LEHMAN BROTHERS HOLDING INC.                                            PAGE:    2
DATE: 06/25/14                                          CREDITOR LISTING

Name                        Address
UBS AG                      TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: HUGO KOLLER PO BOX OQ9C/O5GC ZURICH 8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA   ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA   ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO 20121 ITALY


Total Number of Records Printed      53
```

EPIQ BANKRUPTCY SOLUTIONS, LLC