WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Adam M. Bialek
Fletcher W. Strong

*Special Counsel for Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by the Debtors pursuant to the Order. The date the subpoena was served, the name of the entity and the date, time and place for the production of documents are set forth on "Exhibit A" attached hereto.

Dated: June 27, 2014
New York, New York

                                          WOLLMUTH MAHER & DEUTSCH LLP

                                          By:      /s/ Adam M. Bialek
                                                   Adam M. Bialek
                                                   Fletcher W. Strong

                                        500 Fifth Avenue
                                        New York, New York  10110
                                        (212) 382-3300

                                        *Special Counsel for Lehman Brothers Holdings Inc.*
                                        *and Certain of its Affiliates*

# **Exhibit A**

### NOTICE OF SUBPOENA

| Name of Witness: | U.S. Bank National Association |
|---|---|
| Date of Service of Subpoena: | June 25, 2014 |
| Subject of Subpoena: | The production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be furnished by July 28, 2014 at 10:00 a.m. (EST) at Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. |