HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel: 212.513.3200
Jeffrey G. Tougas

*Former Counsel to Sumitomo Mitsui Banking Corporation and Ally Investment Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :      Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,               :      08-13555 (SCC)
                                                            :
                         Debtors.                           :      (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF MOTION OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ECF SERVICE**

**NOW COMES** the undersigned attorney, Jeffrey G. Tougas, former counsel to Sumitomo Mitsui Banking Corporation ("**SMBC**") and Ally Investment Management LLC ("**Ally**"), formerly of Mayer Brown LLP and now of Holland & Knight LLP, requesting withdrawal of his (only) appearance in these jointly administered cases on behalf of SMBC and Ally. The undersigned further requests to be removed from the ECF notice list in these cases.

Dated: June 27, 2014

/s/ Jeffrey G. Tougas
Jeffrey G. Tougas
**Holland & Knight LLP**
31 West 52nd Street
New York, New York 10019
Tel: 212 513.3200
jeffrey.tougas@hklaw.com

*Former Counsel to Sumitomo Mitsui Banking Corporation and Ally Investment Management LLC*

\*   \*   \*

**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel: 212.513.3200
Jeffrey G. Tougas

*Former Counsel to Sumitomo Mitsui Banking Corporation and Ally Investment Management LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,           :    08-13555 (SCC)
                                                    :
                      Debtors.                      :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jeffrey G. Tougas, hereby certify that on this 27, day of June, 2014, I caused to be served a copy of the within **Notice of Motion of Withdrawal of Appearance and Request for Removal from ECF Service** upon the parties receiving service from the Court's ECF system in these cases.

Dated: June 27, 2014

/s/ Jeffrey G. Tougas
Jeffrey G. Tougas
**Holland & Knight LLP**
31 West 52nd Street
New York, New York 10019
Tel: 212 513.3200
jeffrey.tougas@hklaw.com

*Former Counsel to Sumitomo Mitsui Banking Corporation and Ally Investment Management LLC*

\*   \*   \*