B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Royal Bank of Scotland PLC | Allied Irish Bank, p.l.c. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland PLC
600 Washington Boulevard
Stamford, CT 06901
Attn: Matthew Rosencrans
Email: matthew.rosencrans@rbs.com
Phone: (203) 897-2644
Fax: (203) 349-2000

Court Claim # (if known): 14414
Amount of Claim Transferred: $3,779,550.21
Date Claim Filed: September 16, 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____          Date: 3/18/2014
    Name of Transferee/Transferee's Agent
    **Suzanne Glossoti**
    **Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

838775v.1 9999/00999                          1

EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Allied Irish Banks, p.l.c., located at Bankcentre, Ballsbridge, Dublin 4, Ireland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to The Royal Bank of Scotland plc, its successors and assigns, with offices at 600 Washington Boulevard, Stamford, CT, 06901 USA ("Buyer"), all rights, title and interest in and to the claims of Seller against **Lehman Brothers Holdings Inc.** represented by Claim No.: 14420 (in the amount of $60,477,320.81) and Claim No. 14414 (in the amount of $3,779,550.21) (collectively, the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 18th day of March, 2014.

ALLIED IRISH BANKS, P.L.C.

By: _____
Name: Raymond Cangieco
Title: Head of AFS Credit

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____
Name:
Title:

A-2