B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Commodity Services Inc.             Case No. 08-13885

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Solus Opportunities Fund 1 LP |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Elanit Snow
Phone: 212-373-3000
Email: esnow@paulweiss.com

Name and address where transferee payments
should be sent (if different from above):

Court Claim # (if known): 15060
Allowed Amount of Claim Transferred: $4,009,960.00

Date Claim Filed: September 17, 2009

Phone: (212) 284-4328

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                          Date: 6/25/2014
Transferee/Transferee's Agent
Michael Eliason
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Commodity Services Inc.            Case No. 08-13885

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 15060 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed an Evidence of Partial Transfer of Claim in the clerk's office of this court on May 28, 2014.

| Solus Opportunities Fund 1 LP | Citigroup Financial Products Inc. |
|---|---|
| **Name of Transferor** | **Name of Transferee** |

Address of Alleged Transferor:

Solus Opportunities Fund 1 LP
C/O Solus Alternative Asset Management LP
410 Park Ave., 11th Floor
New York, NY 10022
Attn: Josh Sock
Telephone: (212) 284-4328
Email: loanstar@loanstarhfs.com

With a copy to:
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Attn: Anna Burns
Telephone: 212-728-8119
aburns@willkie.com

Address of Transferee:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Phone: 302-894-6175
Email: Brian.Broyles@citi.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                                                **CLERK OF THE COURT**

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**Solus Opportunities Fund 1 LP** ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Citigroup Financial Products Inc.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor solely to the extent of **$4,009,960.00**, referenced as proof of claim number 15060 (the "Claim") against LEHMAN BROTHERS COMMODITY SERVICES INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 2҉ day of May, 2014.

SOLUS OPPORTUNITIES FUND 1 LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: **Christopher Bondy**
Title: Executive Vice President


CITIGROUP FINANCIAL PRODUCTS INC.


By: _____
Name:
Title:

-13-

Error! Unknown document property name.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**Solus Opportunities Fund 1 LP** ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Citigroup Financial Products Inc.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor solely to the extent of **$4,009,960.00**, referenced as proof of claim number 15060 (the "Claim") against LEHMAN BROTHERS COMMODITY SERVICES INC. whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 2̲6̲ day of May, 2014.

SOLUS OPPORTUNITIES FUND 1 LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____[signature]_____
Name:
Title:    Scott R. Evan
          Authorized Signatory

-13-