# **CERTIFICATE OF SERVICE**

I certify that on June 20, 2014, a true and correct copy of the foregoing was served on the following parties in the manner indicated.

<u>FEDEX</u>
Honorable Shelley C. Chapman
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004

<u>BY FIRST-CLASS MAIL</u>
Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jaqueline Marcus, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

<u>BY FIRST-CLASS MAIL</u>
Tracy Hope Davis, Esquire
Elisabetta Gasparini, Esquire
Andrea Schwartz, Esquire
Office of the United States Trustee
   for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

<u>BY FIRST-CLASS MAIL</u>
Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Milbank Tweed & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

/s/Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)