**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

                    Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                S.S.:
COUNTY OF NEW YORK)

        **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of June, 2014, at approximately 4:26pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **BANK OF NEW YORK MELLON CORPORATION** at One Wall Street, New York, NY by personally delivering and leaving the same with **THOMAS MCCAULEY**, who informed deponent that he holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

        **THOMAS MCCAULEY** is a white male, approximately 60 years of age, stands approximately 6 feet 4 inches tall, weighs approximately 190 pounds with gray hair and blue eyes.

_Robert Mills_
**ROBERT MILLS, #1004298**

Sworn to before me this
27th day of June, 2014

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com