

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
           S.S.:
COUNTY OF NEW YORK)

**HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 25th day of June, 2014, at approximately 5:00pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **CIBC WORLD MARKETS CORP.** at 425 Lexington Avenue, New York, NY by personally delivering and leaving the same with **ELIZABETH AYLETT**, who informed deponent that she holds the position of Executive Counsel/Executive Director with that company and is authorized by appointment to receive service at that address.

**ELIZABETH AYLETT** is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and brown eyes.

_____
HECTOR FIGUEROA, #0870141

Sworn to before me this
27th day of June, 2014

_____
NOTARY PUBLIC

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com