

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

                        Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
           S.S.:
COUNTY OF NEW YORK)

        **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of June, 2014, at approximately 2:14pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **CITIGROUP GLOBAL MARKETS, INC.** at 388 Greenwich Street, New York, NY by personally delivering and leaving the same with **FERN STRAUSS**, who informed deponent that she holds the position of Managing Paralegal Vice President Office of the General Counsel with that company and is authorized by appointment to receive service at that address.

        **FERN STRAUSS** is a white female, approximately 45 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds with black hair and dark eyes wearing glasses.

*[signature]*

**ROBERT MILLS, #1004298**

Sworn to before me this
27th day of June, 2014

*[signature]*

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com