**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

Debtors.

------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 25th day of June, 2014, at approximately 2:40pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **CREDIT SUISSE SECURITIES (USA) LLC** at 11 Madison Avenue, New York, NY by personally delivering and leaving the same with **JANINE SCHAMPIER**, who informed deponent that she holds the position of Legal Assistant – LIT with that company and is authorized by appointment to receive service at that address.

      **JANINE SCHAMPIER** is a white female, approximately 40 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds with brown hair and blue eyes.

*/s/ Hector Figueroa/*

HECTOR FIGUEROA, #0870141

Sworn to before me this
27th day of June, 2014

JONATHAN   RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com