**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
        S.S.:
COUNTY OF NEW YORK)

  **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

  That on the 25th day of June, 2014, at approximately 4:01pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **DEUTSHE BANK SECURITIES, INC.** at 60 Wall Street, New York, NY by personally delivering and leaving the same with **KRIS KWONG**, who informed deponent that she holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

  **KRIS KWONG** is a tan (Asian) female, approximately 35 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair and dark eyes.

*/s/ Robert Mills*
**ROBERT MILLS, #1004298**

Sworn to before me this
27th day of June, 2014

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109713
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com