WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re**                                                  :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (SCC)**
:
Debtors.                                              :     (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR THE**
**CLAIMS HEARING ON JULY 1, 2014 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

I.  **CONTESTED MATTERS:**

  1.  One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 15012**]

      Response Deadline:   April 13, 2011 at 4:00 p.m.

      Response Received:

          A.   Response of Banco Interior de Sao Paulo, S.A. (Claim No. 21949) [**ECF No. 22879**]

Related Documents:

B. Notice of Hearing as to Certain Claim on the One Hundred Eleventh Omnibus Objection to Claims [**ECF No. 43588**]

C. Reply of Lehman Brothers Holdings Inc. [**ECF No. 44153**]

D. Notice of Adjournment of Hearing of the One Hundred Eleventh Omnibus Objection to Claims Solely as to Certain Claim [**ECF No. 44771**]

Status: This matter is going forward on a contested basis solely with respect to the claim identified on the Notice of Hearing. All other claims have been adjourned to a date to be determined.

2. One Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability 401(k) Claims) [**ECF No. 19377**]

Response Deadline:   September 20, 2011 at 4:00 p.m.

Response Received:

A. Response of Dorothea Douglas (Claim No. 15265) [**ECF No. 20479**]

Related Documents:

B. Notice of Hearing as to Certain Claim on the One Hundred Seventy-Eighth Omnibus Objection to Claims [**ECF No. 44243**]

C. Reply of Lehman Brothers Holdings Inc. [**ECF No. 44579**]

D. Notice of Adjournment of Hearing [**ECF No. 44772**]

Status: This matter is going forward on a contested basis solely with respect to the claim identified on the Notice of Hearing.

3. One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [**ECF No. 19714**]

Response Deadline:   October 13, 2011 at 4:00 p.m.

Responses Received:

A. Response of Karen M. Simon Krieger (Claim No. 18087) [**ECF Nos. 21216, 21221**]

B. Response of Rose Seraydar (Claim No. 2927) [**ECF No. 20585**]

2

<u>Related Documents</u>:

    C.    Notice of Hearing as to Certain Claims on the One Hundred Eighty-Fifth Omnibus Objection to Claims [**ECF No. 44244**]

    D.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44580**]

    E.    Notice of Adjournment of Hearing [**ECF No. 44773**]

<u>Status</u>:  This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing.  All other claims have been adjourned to a date to be determined.

4. Two Hundredth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 19921**]

<u>Response Deadline</u>:    October 13, 2011 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response of Winsome McDonald (Claim No. 7163) [**ECF No. 21083**]

<u>Related Documents</u>:

    B.    Notice of Hearing as to Certain Claim on the Two Hundredth Omnibus Objection to Claims [**ECF No. 44245**]

    C.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 44581**]

    D.    Notice of Adjournment of Hearing [**ECF No. 44774**]

<u>Status</u>:  This matter is going forward on a contested basis solely with respect to the claim identified on the Notice of Hearing.  All other claims have been adjourned to a date to be determined.

5. Three Hundred Forty-Second Omnibus Objection to Claims [**ECF No. 30031**]

<u>Response Deadline</u>:    September 14, 2012 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response of Nikki Marshall (Claim No. 23724) [**ECF No. 30949**]

<u>Related Documents</u>:

    B.    Notice of Hearing as to Certain Claim on the Three Hundred Forty-Second Omnibus Objection to Claims [**ECF No. 44248**]

   C. Reply of Lehman Brothers Holdings Inc. [**ECF No. 44583**]

   D. Notice of Adjournment of Hearing [**ECF No. 44776**]

Status:  This matter is going forward on a contested basis solely with respect to the claim identified on the Notice of Hearing.  All other claims have been adjourned to a date to be determined.

6. Three Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [**ECF No. 30030**]

Response Deadline: September 14, 2012 at 4:00 p.m.

Responses Received:

   A. Response of Joanna Baricevic (Claim No. 13425) [**ECF No. 30937**]

   B. Response of Kevin Blum (Claim No. 27323) [**ECF No. 30948**]

   C. Response of Arthur Kenney (Claim No. 27321) [**ECF No. 30941**]

Related Documents:

   D. Notice of Hearing as to Certain Claims on the Three Hundred Forty-First Omnibus Objection to Claims [**ECF No. 43489**]

   E. Reply of Lehman Brothers Holdings Inc. [**ECF No. 44175**]

   F. Notice of Adjournment of Hearing [**ECF No. 44775**]

Status:  This matter is going forward on a contested basis solely with respect to the claims identified on the Notice of Hearing.  All other claims have been adjourned to a date to be determined.

7. Four Hundred Third Omnibus Objection to Claims (No Liability Claims) [**ECF No. 36007**]

Response Deadline: April 15, 2013 at 4:00 p.m.

Response Received:

   A. Response of Barry O'Brien (Claim No. 32520) [**ECF No. 36386**]

Related Documents:

   B. Notice of Hearing as to Certain Claim on the Four Hundred Third Omnibus Objection to Claims [**ECF No. 43490**]

4

      C.      Reply of Lehman Brothers Holdings Inc. [**ECF No. 44175**]

      D.      Notice of Adjournment of Hearing [**ECF No. 44777**]

<u>Status</u>:  This matter is going forward on a contested basis solely with respect to the claim identified on the Notice of Hearing.  All other claims have been adjourned to a date to be determined.

Dated:  June 30, 2014
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates