**LEXCEL PARTNERS**
ATTORNEYS-AT-LAW

惇安法律事務所

11TH FL., 122 DUN HUA N. ROAD, TAIPEI 105,
TAIWAN, R.O.C.

台北市105敦化北路一二二號十一樓

TEL: 886-2-2718-3400   FAX: 886-2-2718-3420

June 24, 2014

Shelly C. Chapman
One Bowling Green,
New York, New York 10004, Courtroom 621

Peter D. Isakoff, Esq., Garrett A. Fail, Esq.,
and Katherine Doorley, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153

William K. Harrington, Esq.,
Susan Golden, Esq., and Andrea B. Schwartz, Esq.
Office of the United States Trustee for Region 2,
U.S. Federal Office Building, 201 Varick Street, Suite 1006,
New York, New York 10014

**Re: In re Lehman Brothers Holdings Inc., et al.,
Chapter 11 Case No. 08-13555 (SCC) (Jointly Administered)
(Our Ref.: 0496.10.16 - Ltr 140078)**

Lexcel Partners, Attorneys at Law ("Lexcel Partners") hereby responds to the Four Hundred Sixty-Seventh Omnibus Objection to Claims as follows:

1. Lexcel Partners is a Taiwan law firm and rendered legal services in Taiwan to Lehman Brothers Asia Holdings Limited and Lehman Brothers Japan Inc. and thus the Taiwan law shall govern.

2. The Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc. made a unanimous written consent to guarantee the payments of all liabilities, obligations and commitments of certain subsidiaries, including Lehman Brothers Asia Holdings Limited and Lehman Brothers Japan Inc. on June 9, 2005 (see Attachment 1). Such guarantee shall have legal effects under Taiwan laws.

3. Given the above, the claim of Lexcel Partners against Lehman Brothers Holdings Inc. (Claim #8712) based on the guarantee relationship shall be valid and cannot be disallowed or expunged.

Lexcel Partners, Attorneys at Law

## UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05  11:31   JDM INVESTMENTS             ID=2023080294            NO.299   004
                                                                                  NO.504   002

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____         _____
Richard S. Fuld, Jr.                     John D. Macomber

2

06-09-05   09:40              RECEIVED FROM:212 526 0389              P.04

Schedule A
to LBHI Unanimous Written Consent
dated June 9, 2005

|     | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
| --- | --- | --- |
| 1.  | Lehman Brothers Asia Holdings Limited | No |
| 2.  | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3.  | Lehman Brothers Commercial Bank | No |
| 4.  | Lehman Brothers Commercial Corporation | No |
| 5.  | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6.  | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7.  | Lehman Brothers Finance S.A. | No |
| 8.  | Lehman Brothers Holdings Plc | Yes |
| 9.  | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |