**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS 19558 AND 19542

Reference is made to proofs of claim numbers **19558** and **19542** (the "**Claims**") filed by Stark Master Fund Ltd. ("**Stark**") against Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. (the "**Debtors**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, Stark hereby withdraws the Claims and authorizes and directs Epiq Bankruptcy Solutions LLC, the Debtors' claims and noticing agent, to update the official claims register for the Debtors to reflect such withdrawal.  For the avoidance of doubt, Stark does not seek to withdraw any claim against the Debtors other than the Claims.

Dated: June 30, 2014
      New York, New York

    /s/ John Kibler
    John Kibler
    Jonathan Cho
    ALLEN & OVERY LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 610-6300
    Facsimile: (212) 610-6399

    *Attorneys for Stark Master Fund Ltd.*