**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC. *et al.*, : Case No. 08-13555 (SCC)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 107 OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 9018 AUTHORIZING THE
CANARY WHARF CLAIMANTS TO FILE CERTAIN
INFORMATION UNDER SEAL IN CONNECTION WITH
THE CANARY WHARF CLAIMANTS' MEMORANDUM IN
FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT AND IN OPPOSITION TO LEHMAN'S
<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

Upon the motion, dated June 26, 2014 (the "Motion"),[1] of Canary Wharf, pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for authorization to redact the Confidential Exhibits and those portions of Canary Wharf's Reply and Response that refer to the Confidential Exhibits, and directing that such materials shall remain confidential and under seal, all as more fully described in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Motion is granted; and it is further

ORDERED that Canary Wharf is authorized to redact and file under seal the Confidential Exhibits and those portions of Canary Wharf's Reply and Response that refer to Confidential Exhibits; and it is further

ORDERED that the unredacted Confidential Exhibits and Canary Wharf's Reply and Response shall remain under seal and shall not be made available to anyone, other than as provided for in this Order, without the consent of the party that produced the relevant Confidential Exhibit or without further order of the Court; and it is further

ORDERED that the Clerk of the Court shall treat the Confidential Exhibits as confidential, and counsel for Canary Wharf shall contact the Clerk's Office regarding the return or disposition of the unredacted Confidential Exhibits and Canary Wharf's Reply and Response at the conclusion of the contested matter; and it is further

ORDERED that to the extent the Confidential Exhibits are attached or referred to in any future pleading or document filed with the Court relating to this contested matter, this Order shall apply to such pleading or document; and it is further

ORDERED that this Order is without prejudice to the rights of any party interest or the Office of the United States Trustee to seek to make public any portion of the pleadings and/or documents filed under seal pursuant to this Order by filing an appropriate motion with the Court on proper notice to Canary Wharf, Lehman and any third party who produced a confidential document that is proposed to be made public; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: July 1, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE