UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                           :    Chapter 11 Case No.
                                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                                :
                        Debtors.                                     :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING ONE HUNDRED SEVENTY-EIGHTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY 401(k) CLAIMS)

Upon the one hundred seventy-eighth omnibus objection to claims, dated August 19, 2011 (the "One Hundred Seventy-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), pursuant to section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664]; and due and proper notice of the One Hundred Seventy-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and an opposition to the One Hundred Seventy-Eighth Omnibus Objection to Claims having been interposed by Dorothea Douglas [ECF No. 20479] (the "Response"); and LBHI having filed a reply thereto [ECF No. 44579] (the "Reply"); and the Court having reviewed the One Hundred Seventy-Eighth Omnibus Objection to Claims, the Response, and the Reply, and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the One Hundred Seventy-Eighth Omnibus Objection to Claims and the Reply and at the Hearing

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the One Hundred Seventy-Eighth Omnibus Objection to Claims.

establish just cause for the ruling herein; and the Court having determined that the relief requested in the One Hundred Seventy-Eighth Omnibus Objection to Claims and the Reply and granted herein is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest; and based upon the reasoning and the rulings set forth on the record at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Response is overruled; and it is further

ORDERED that the relief requested in the One Hundred Seventy-Eighth Omnibus Objection to Claims and the Reply is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the portions of the claim listed on Exhibit 1 annexed hereto under the heading "*Amounts to be Disallowed*" (all portions other than that related to the loss of value of LBHI stock) are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the portion of the claim listed on Exhibit 1 annexed hereto under the heading "*Amount to be Reclassified as Equity*" (all portions related to the loss of value of LBHI stock) are hereby reclassified as Equity Interests (as such term is defined in the Modified Third Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors [ECF No. 23023]) having the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the One Hundred Seventy-Eighth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 1, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

3

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 178: EXHIBIT 1 - NO LIABILITY 401(k) CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE | AMOUNT TO BE RECLASSIFIED AS EQUITY |
|---|---|---|---|---|---|---|---|---|
| 1 DOUGLAS, DOROTHEA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15265 | $39,581.46 * | $39,581.46 * | No Liability | Undetermined |
| | | | TOTAL | | $39,581.46 | $39,581.46 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts