**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re | :  **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :  **08-13555 (SCC)** |
| | : |
| Debtors. | :  **(Jointly Administered)** |
------------------------------------------------------------------x

**ORDER GRANTING ONE HUNDRED**
**EIGHTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (COMPOUND CLAIMS)**

Upon the one hundred eighty-fifth omnibus objection to claims, dated September

6, 2011 (the "One Hundred Eighty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (the "Chapter 11

Estates"), pursuant to section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664]; and due and proper notice of the One Hundred

Eighty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and oppositions to the One Hundred Eighty-Fifth Omnibus

Objection to Claims having been interposed by Karen Simon Krieger [ECF Nos. 21216, 21221]

and Rose Seraydar [ECF No. 20585] (collectively, the "Responses"); and LBHI having filed a

reply thereto [ECF No. 44580] (the "Reply"); and the Court having reviewed the One Hundred

Eighty-Fifth Omnibus Objection to Claims, the Responses, and the Reply, and having heard the

statements in support of the relief requested therein at a hearing before the Court (the

"Hearing"); and upon all of the proceedings had before the Court; and the Court having

determined that the legal and factual bases set forth in the One Hundred Eighty-Fifth Omnibus

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the One Hundred Eighty-Fifth Omnibus
Objection to Claims.

Objection to Claims and the Reply and at the Hearing establish just cause for the ruling herein; and the Court having determined that the relief requested in the One Hundred Eighty-Fifth Omnibus Objection to Claims and the Reply and granted herein is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest; and based upon the reasoning and the rulings set forth on the record at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Responses are overruled; and it is further

ORDERED that the relief requested in the One Hundred Eighty-Fifth Omnibus Objection to Claims and the Reply is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the portions of the Compound Claims listed on Exhibit 1 annexed hereto under the heading "*Amounts to be Disallowed*" are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED the portions of the Compound Claims listed on Exhibit 1 annexed hereto under the heading "*Amount to be Reclassified as Equity Interest*" are hereby reclassified as Equity Interests (as such term is defined in the Modified Third Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors [ECF No. 23023]) having the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the One Hundred Eighty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: July 1, 2014
New York, New York

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## OMNIBUS OBJECTION 185: EXHIBIT 1 - CLAIMS TO BE RECLASSIFIED AS EQUITY INTERESTS AND/OR DISALLOWED

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KRIEGER, KAREN M. SIMON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18087 | $225,396.55 | | | $61,077.03 |
| 2 | SERAYDAR, ROSE MRS. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 02/20/2009 | 2927 | $3,117.72* | $3,117.72* | No Liability | |
| | | | | TOTAL | | $228,514.27 | $3,117.72 | | $61,077.03 |

This order affects only the Non-RSU portion of claim number 18087. The RSU portion of claim 18087, totaling $164,319.52, remains adjourned on this One Hundred Eighty-Fifth Omnibus Objection.

\* - Indicates claim contains unliquidated and/or undetermined amounts