**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :      **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :      **08-13555 (SCC)**
                                                         :
                        **Debtors.**                     :      **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING TWO HUNDREDTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the two hundredth omnibus objection to claims, dated September 13, 2011

(the "Two Hundredth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), pursuant

to section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure,

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim [ECF No. 6664]; and due and proper notice of the Two Hundredth Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and an opposition to the Two Hundredth Omnibus Objection to Claims having been interposed

by Winsome McDonald [ECF No. 21083] (the "Response"); and LBHI having filed a reply

thereto [ECF No. 44581] (the "Reply"); and the Court having reviewed the Two Hundredth

Omnibus Objection to Claims, the Responses, and the Reply, and having heard the statements in

support of the relief requested therein at a hearing before the Court (the "Hearing"); and upon all

of the proceedings had before the Court; and the Court having determined that the legal and

factual bases set forth in the Two Hundredth Omnibus Objection to Claims and the Reply and at

the Hearing establish just cause for the ruling herein; and the Court having determined that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Two Hundredth Omnibus Objection to Claims.

relief requested in the Two Hundredth Omnibus Objection to Claims and the Reply and granted

herein is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest;

and based upon the reasoning and the rulings set forth on the record at the Hearing; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Response is overruled; and it is further

ORDERED that the relief requested in the Two Hundredth Omnibus Objection to

Claims and the Reply is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim

listed on Exhibit 1 annexed hereto is disallowed and expunged in its entirety with prejudice; and

it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Two Hundredth

Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: July 1, 2014
New York, New York

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 200: EXHIBIT 1 – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|------------------------------|--------------------------|----------------------------------|
| 1 MCDONALD, WINSOME E. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7163 | $894.92 | $894.92 | No Liability |
| | | | | TOTAL | $894.92 | $894.92 | |