UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                   :
                    Debtors.                                 :    (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING THE
## THREE HUNDRED FORTY-SECOND OMNIBUS
## OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)

Upon the three hundred forty-second omnibus objection to claims, dated August 14, 2012 (the "Three Hundred Forty-Second Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (the "Chapter 11 Estates"), pursuant to section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664]; and due and proper notice of the Three Hundred Forty-Second Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and an opposition to the Three Hundred Forty-Second Omnibus Objection to Claims having been interposed by Nikki Marshall [ECF No. 30949] (the "Response"); and LBHI having filed a reply thereto [ECF No. 44583] (the "Reply"); and the Court having reviewed the Three Hundred Forty-Second Omnibus Objection to Claims, the Responses, and the Reply, and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Three Hundred Forty-Second Omnibus Objection to Claims and the Reply and at the Hearing establish

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Three Hundred Forty-Second Omnibus Objection to Claims.

just cause for the ruling herein; and the Court having determined that the relief requested in the Three Hundred Forty-Second Omnibus Objection to Claims and the Reply and granted herein is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest; and based upon the reasoning and the rulings set forth on the record at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Response is overruled; and it is further

ORDERED that the relief requested in the Three Hundred Forty-Second Omnibus Objection to Claims and the Reply is granted to the extent provided herein; and it is further

ORDERED that the claim listed on Exhibit 1 annexed hereto is hereby reclassified as an Equity Interest (as such term is defined in the Modified Third Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors [ECF No. 23023]) having the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim or portion of any claim listed on Exhibit A annexed to the Three Hundred Forty-Second Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 1, 2014
New York, New York

                                        */s/ Shelley C. Chapman*
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 342: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST |
|---|---|---|---|---|---|---|
| 1 MARSHALL, NIKKI A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23724 | $77,286.68 | $77,286.68 |
| | | | | TOTAL | $77,286.68 | $77,286.68 |