United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aleiter Holdings LLC
Name of Transferee

Banc of America Credit Products, Inc.
Name of Transferor

Court Claim #: 58352
Amt of Allowed Claim Transferred: $50,000,000.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

Name and Address where notices to Transferee
should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ALEITER HOLDINGS LLC
By: Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: [signature]
Name: Larry G. Halperin
Title: Partner
Transferee/Transferee's Agent

Date: July 1, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Aleiter Holdings LLC, its successors and assigns ("Buyer"), an undivided interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the aggregate amount of **$50,000,000** (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP) as set forth below:

| Claim Number | Amount |
|---|---|
| 58352 | $ 1,693,000.00 |
| 58352 | $ 2,483,000.00 |
| 58352 | $ 6,524,000.00 |
| 58352 | $ 12,819,000.00 |
| 58352 | $ 26,481,000.00 |
| *Aggregate:* | **$ 50,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

*[signature page follows]*

100630063v3

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 30 day of June, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:     Ronald Torok
Title:    Managing Director
          Bank of America Merrill Lynch

ALEITER HOLDINGS LLC

By: Chapman and Cutler LLP, as authorized
    signatory and not in the capacity as legal counsel to
    Aleiter Holdings LLC

By: _____
Name:
Title: Authorized Signatory

100630063v3

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 30 day of June, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

ALEITER HOLDINGS LLC

By: Chapman and Cutler LLP, as authorized
signatory and not in the capacity as legal counsel to
Aleiter Holdings LLC

By: _____
Name: Larry G. Halperin
Title: Authorized Signatory

100630063v3