## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

  **ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.**, with offices located at 610 Broadway, 6th Floor, New York, NY 10012 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of $9,500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

  Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

  IN WITNESS WHEREOF, dated as set forth below.

**Anchorage Capital Master Offshore, Ltd.**
By: Anchorage Capital Group, L.L.C., its
Investment Manager

By: _____
MICHAEL AGLIALORO
Executive Vice President
(Signature of authorized signatory)

Name: _____
Title: _____
Date: 7/1/14

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized signatory)

Name: Amita Rodriguez
Title: Authorized Signatory
Date: 7/1/14

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

10

(EC) State Street - ACMO Ltd. to JPM $9 5MM TD 5-21-14 AOC .docx

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.**, with offices located at 610 Broadway, 6th Floor, New York, NY 10012 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN COMMERCIAL PAPER INC. (and its affiliates) docketed as Claim No. 32697 to the extent of $9,500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13900 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**Anchorage Capital Master Offshore, Ltd.**
By: Anchorage Capital Group, L.L.C., its
Investment Manager

MICHAEL AGLIALORO
Executive Vice President

By:_____
(Signature of authorized signatory)

Name:_____
Title:_____
Dated: 7/1/14

**JPMorgan Chase Bank, N.A.**

By:_____
(Signature of authorized signatory)
Name: Amita Rodriguez
Title: Authorized Signatory
Dated: 7/1/14

(EC) State Street - ACMO Ltd. to JPM $9 5MM TD 5-21-14 AOC .docx