

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

              Debtors.

Case No. 08-13555 (SCC)
Chapter 11

AFFIDAVIT OF SERVICE

------------------------------------------------------------X

STATE OF NORTH CAROLINA  )
              S.S.:
COUNTY OF MECKLENBURG  )

      **WENDY L. HENRICH**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 25th day of June, 2014, at approximately 2:50 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **BANK OF AMERICA CORPORATION** at 100 North Tryon Street, Charlotte, North Carolina, by personally delivering and leaving the same with **PAULA SCHMITT**, who informed deponent that she is a Banking Officer and is authorized by appointment to receive service at that address.

      **PAULA SCHMITT** is a white female, approximately 38 years of age, stands approximately 5 feet 2 inches tall, and weighs approximately 120 pounds with brown hair.

_/s/ Wendy L. Henrich_
**WENDY L. HENRICH**

Sworn to before me this
27th day of June, 2014

_/s/ Alvin Reynolds_
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com