**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Case No. 08-13555 (SCC)
Chapter 11

AFFIDAVIT OF SERVICE

----------------------------------------------------------X

STATE OF MASSACHUSETTS  )
        S.S.:
COUNTY OF SUFFOLK         )

        MICHAEL NOBLE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 25th day of June, 2014, at approximately 1:32 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **STATE STREET BANK AND TRUST COMPANY** c/o CT Corporation System at 155 Federal Street, Suite 700, Boston, MA, by personally delivering and leaving the same with **DANETTE PENA**, who informed deponent that she is an Administrative Assistant and is authorized by appointment to receive service at that address.

        DANETTE PENA is a tan (Hispanic) female, approximately 26 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 170 pounds with brown hair.

_[signature]_
MICHAEL NOBLE

Sworn to before me this
26 day of June, 2014

_[signature]_ Christine L Brown
NOTARY PUBLIC

**CHRISTINE L BROWN**
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 29, 2021

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com