

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Case No. 08-13555 (SCC)
Chapter 11

AFFIDAVIT OF SERVICE

------------------------------------------------------------X

STATE OF OHIO      )
        S.S.:
COUNTY OF CLERMONT    )

        JACK R. LATHAM, JR., being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 25th day of June, 2014, at approximately 12:17 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **U.S. BANK NATIONAL ASSOCIATION** at 425 Walnut Street, Cincinnati, Ohio, by personally delivering and leaving the same with **ASHLEY WESSELLS**, who informed deponent that she is the Head Teller and is authorized by appointment to receive service at that address.

        **ASHLEY WESSELLS** is a white female, approximately 28 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 145 pounds with blonde hair and brown eyes.

_____
JACK R. LATHAM, JR.

Sworn to before me this
26th day of June, 2014

_____
NOTARY PUBLIC



CELINE M. ESTILL
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Clermont County
My Comm. Exp. 7/11/15

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com