

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

                Debtor,

-----------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
        S.S.:
COUNTY OF NEW YORK)

    **ROBERT MILLS,** being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 26th day of June, 2014, at approximately 3:08pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **JP MORGAN CHASE & CO.,** c/o CT CORP. at 111 Eighth Avenue, New York, NY by personally delivering and leaving the same with **SATTIE JAIRAM,** who informed deponent that she holds the position of Process Specialist with that company and is authorized by appointment to receive service at that address.

    **SATTIE JAIRAM** is a tan (Indian) female, approximately 45 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 160 pounds with black hair and dark eyes.

*/s/ Robert Mills*
**ROBERT MILLS, 1004298**

Sworn to before me this
30th day of June, 2014

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com