Jonathan S. Henes
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc. and
Structured Asset Securities Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEAL**

Lehman Brothers Holdings Inc. ("LBHI") and Structured Asset Securities Corporation ("SASCO"), in accordance with Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a), from the final order of the United States Bankruptcy Court for the Southern District of New York, entitled *Order Overruling Debtors' Objection to CMBS Claims and Denying Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* (Docket No. 44779) (the "Order") which was entered in the above-captioned chapter 11 cases on June 18, 2014, including, without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that merger into and/or became a part of the Order, that are related to the Order, and/or upon which the Order is based.  The names of all parties to the Order and the names, addresses, and telephone numbers of their respective counsel are as follows:

| COUNSEL | PARTY |
|---|---|
| Thomas F. Berndt<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4818 | **Appellee**<br>Federal Home Loan Bank of Pittsburgh |
| Jonathan S. Henes<br>Joseph Serino, Jr.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 | **Appellant**<br>Lehman Brothers Holdings Inc.<br>Structured Asset Securities Corporation |

New York, New York  
Dated: July 2, 2014

*/s/ Joseph Serino*

Jonathan S. Henes  
Joseph Serino, Jr.  
KIRKLAND & ELLIS LLP  
KIRKLAND & ELLIS INTERNATIONAL LLP  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc.*  
*and Structured Asset Securities Corporation*