UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (SCC)
                                                            :    (Jointly Administered)
                       Debtors.                             :
                                                            :
------------------------------------------------------------------x    Ref. Docket No. 44702


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         /s/ Lauren Rodriguez
                                         Lauren Rodriguez

Sworn to before me this
2nd day of July, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  CREDIT SUISSE SINGAPORE BRANCH
ATTN: ALLEN GAGE
1 MADISON AVE
NEW YORK NY 10010

Additional: CREDIT SUISSE SINGAPORE BRANCH
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK NY 10019

Transferee: J.P. MORGAN INTERNATIONLA BANK LIMITED
ATTN: PAUL MCDADE, LEGAL DEPT.
1 KNIGHTSBRIDGE FLOOR 3
LONDON SW1X 7LX UNITED KINGDOM

Your transfer of claim # 55825-39 is defective for the reason(s) checked below:

Other                                    Transferor Signature is not Indicated on Transfer Notice

Docket Number 44702          Date 06/13/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 26, 2014.

# EXHIBIT B

```
TIME: 11:35:59                                          LEHMAN BROTHERS HOLDING INC.                                             PAGE: 1
DATE: 06/26/14                                              CREDITOR LISTING

Name                                    Address
CREDIT SUISSE SINGAPORE BRANCH          ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH          1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH          CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH          RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
J.P. MORGAN INTERNATIONLA BANK LIMITED  ATTN: PAUL MCDADE, LEGAL DEPT. 1 KNIGHTSBRIDGE FLOOR 3 LONDON SW1X 7LX UNITED KINGDOM

Total Number of Records Printed        5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC