UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
              Debtors.                                            :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 44392, 44629,
                                                                      44633, 44666, 44667, 44669, 44676

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
2nd day of July, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44392, 44629, 44633, 44666, 44667, 44669, 44676_AFF_6-27-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   DEUTSCHE BANK AG, LONDON
      TRANSFEROR: BNP PARIBAS SECURITIES CORP
      C/O DEUTSCHE BANK SECURITIES INC.
      ATTN: MATT WEINSTEIN
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005

Please note that your claim # 67346-02 in the above referenced case and in the amount of
    $17,219,369.00   allowed at $17,219,369.00      has been transferred (**unless previously expunged by court order**)

      CVI HH INVESTMENTS LP
      TRANSFEROR: DEUTSCHE BANK AG, LONDON
      C/O CARVAL INVESTORS, LLC
      ATTN: TERI SALBERG
      9320 EXCELSIOR BOULEVARD
      HOPKINS MN 55343

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44633      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/27/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 27, 2014.

# EXHIBIT B

```
TIME: 11:36:23                                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 06/27/14                                                         CREDITOR LISTING

Name                                       Address
BANCA FIDEURAM S.P.A.                      PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY
BANCA SELLA HOLDING SPA                    TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN; CARLO NEGOR PIAZZA G. SELLA I BIELLA  13900 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA         VIA ROVAGNATI, 1 DESIO (MB)  20033 ITALY
CITIBANK PRIVATKUNDEN AG & CO. KGAA        PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA        ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CVI HH INVESTMENTS LP                      TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN ; C/O DEUTSCHE BANK SECURITIES INC. 60 WALL ST., 3RD FLOOR
                                           NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: BNP PARIBAS SECURITIES CORP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                           NEW YORK NY 10005
HBK MASTER FUND, L.P.                      TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                              TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y IEL UNITED KINGDOM
MERCANTILE DISCOUNT BANK LTD               TRANSFEROR: RBS COUTTS BANK AG 125 MENACHEM BEGIN ROAD HAYOVEL BUILDING TEL AVIV  6701201 ISRAEL
NEUE AARGAUER BANK AG                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                      TRANSFEROR: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
NEUE AARGAUER BANK AG                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
RBS COUTTS BANK AG                         STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
SANS, REINER MR.                           TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KARLSTRASSE 40 FREIBURG  79104 GERMANY
UBS AG                                     TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
UBS AG                                     TRANSFEROR: NEUE AARGAUER BANK AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND

Total Number of Records Printed       19
```