UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                     :

In re                                  :       Chapter 11 Case No.
                                       :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :       08-13555 (SCC)
                                       :       (Jointly Administered)

                     Debtors.        :
                                       :

------------------------------------------------------------------------x     Ref. Docket Nos. 44861, 44862,
                                           44865-44868, 44870-44874, 44888,
                                           44889

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
2nd day of July, 2014
 */s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C.
TRANSFEROR: DEUTSCHE BANK AG
ATTN: SUSAN LANCASTER
767 FIFTH AVENUE, 45TH FLOOR
NEW YORK NY 10153

Please note that your claim # 26969-11 in the above referenced case and in the amount of
$75,000,000.00  allowed at $75,000,000.00       has been transferred (**unless previously expunged by court order**)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C.
C/O GOLDMAN SACHS & CO.
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44888       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2014.

# EXHIBIT B

TIME: 15:01:59
DATE: 07/01/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO LTD. | TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND |
| BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. | TRANSFEROR: DEUTSCHE BANK AG ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ING BELGIUM S.A./N.V. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CREDIT SUISSE | TRANSFEROR: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010, N.A. ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED C/O HBK SERVICES LLC ATTN: VIVAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| JEFFERIES INTERNATIONAL LIMITED | TRANSFEROR: CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIARE S.P.A ATTN: LISA BRADY VINTNERS PLACE 68 UPPER THAMES STREET LONDON ECAV 3BJ UNITED KINGDOM |
| JEFFERIES INTERNATIONAL LIMITED | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: LISA BRADY VINTNERS PLACE 68 UPPER THAMES STREET LONDON ECAV 3BJ UNITED KINGDOM |
| LEHMAN BROTHERS ASIA HOLDINGS LIMITED IN LIQUIDATION | C/O KPMG ATTN: CONNIE LAU 27/F, ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. | C/O KPMG ATTN: MR. BRIAN NG 8TH FLOOR, PRINCE'S BUILDING 18 CHATER ROAD CENTRAL HONG KONG HONG KONG |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA HOLDINGS LIMITED IN LIQUIDATION ATTN: JOHN RAGUSA 1585 BROADWAY 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LEHMAN BROTHERS NETHERLANDS HORIZONS B.V. ATTN: JOHN RAGUSA 1585 BROADWAY 2ND FLOOR NEW YORK NY 10036 |
| NEUE AARGAUER BANK AG | TRANSFEROR: UBS AG CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 10019 |
| TSVE CAPITAL, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ANDREWS KURTH LLP ATTN: DAVID J HOYT 45 LEXINGTON AVENUE NEW YORK NY 10017 |
| TSVE CAPITAL, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ANDREWS KURTH LLP ATTN: DAVID J HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| UBS AG | ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND BAHNHOFSTR. 45 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    24

EPIQ BANKRUPTCY SOLUTIONS, LLC