**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                                      :
In re:                                :
                                      :
LEHMAN BROTHERS HOLDINGS INC.,        :    Case No. 08-13555(SCC)
                                      :
                                      :
                                      :
                                      :
------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, JUNE 18, 2014 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.