**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                                          :

In re:                                   :

                                   :

LEHMAN BROTHERS HOLDINGS INC.,     :   Case No. 08-13555(SCC)
                                   :

                                   :

                                   :

                                   :

------------------------------------X

<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED, JUNE 18, 2014 DIRECTING THE
CLERK TO FILE SUCH MATERIAL UNDER SEAL.