WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL**
**OF THE ONE HUNDRED SEVENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

     **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF No. 19393] **solely as to the claims listed on Exhibit A attached hereto**.

Dated: July 2, 2014
      New York, New York

                                      /s/ Garrett A. Fail
                                      Garrett A. Fail

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc.
                                      and Certain of Its Affiliates

1

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| RIESSEN, NATALIE S. | 66000 |
| RIESSEN, NATALIE S. | 66001 |
| RIESSEN, NATALIE S. | 66002 |
| RIESSEN, NATALIE S. | 66003 |