WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                                                                  :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :    08-13555 (SCC)
:
Debtors.                              :    (Jointly Administered)
:
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF
### THE THREE HUNDRED TWENTY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) [ECF No. 29322] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: July 2, 2014
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| O'BRIEN, BARRY J. | 32338 |