**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re                                              : | Chapter 11 Case No. |
|                                                    : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       : | 08-13555 (SCC) |
|                                                    : | |
| Debtors.                                           : | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventieth

Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for

July 16, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

[*Remainder of Page Intentionally Left Blank*]

**claim listed on Exhibit A attached hereto, to August 12, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated: July 2, 2014
New York, New York

          **CURTIS, MALLET-PREVOST,**
           **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

19040580

# EXHIBIT A

## Adjourned Claim

| Claimant | Claim Number |
|---|---|
| BEAFORD INVESTMENTS LIMITED | 17244 |

19040580