Haynsworth Sinkler Boyd, P.A.
One North Main, 2nd Floor
Greenville, SC 29601-2772
Telephone: (864) 240-3288
Facsimile: (864) 240-3300
Attorneys for Conway Hospital, Inc.



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. *et al.*, | 08-13555 (SCC) |
| | (Jointly Administered) |
| *Debtors.* | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Andrew J. White, Jr., a member in good standing of the bar in the State of South Carolina, the United States District Court for the District of South Carolina, United States Bankruptcy Court for the District of South Carolina, and United States Court of Appeals for the Fourth Circuit, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Conway Hospital, Inc., in the above referenced cases.

The filing fee of $200.00 has been submitted with this motion for pro hac vice admission.

Dated: June 24, 2014

HAYNSWORTH SINKLER BOYD, P.A.

_____
Andrew J. White, Jr.
One North Main, 2nd Floor
Greenville, SC 29601-2772
Telephone: (864) 240-3288
Facsimile: (864) 240-3300