Ropes & Gray LLP
Jonathan P. Reisman
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
jonathan.reisman@ropesgray.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Lagan Partners, L.L.C. ("Claimant") hereby withdraws with prejudice the $500,000 portion of proof of claim 43877 that is based on a purported guaranty of the obligations of Lehman Brothers Finance S.A. (the "Claim"), originally filed on October 22, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. For the avoidance of doubt, this notice shall not affect any portion of Claimant's interest in proof of claim 43877 that has been previously allowed in the amount of $3,913,565.00.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: July 2, 2014
New York, New York

Ropes & Gray LLP
Jonathan P. Reisman
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
jonathan.reisman@ropesgray.com

*Attorneys for Lagan Partners, L.L.C.*

44387239_1