UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No.: 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew J. White, Jr., to be admitted, ***pro hac vice***, to represent Conway Hospital, (the "Client") a creditor in the above-referenced case, and upon the movants certification that the movant is a member in good standing of the bar in the State of South Carolina, the United States District Court for the District of South Carolina, United States Bankruptcy Court for the District of South Carolina, and United States Court of Appeals for the Fourth Circuit, it is hereby

**ORDERED**, that Andrew J. White, Jr., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York.

Dated: July 3, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE