



June 04, 2014

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors // To: The Capstone Mortgage Group Inc

Case No.  0813555SCC

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

The Capstone Mortgage Group Inc is not listed on our records or on the records of the State of FL.

Very truly yours,


C T Corporation System

Log# 525072387

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Clerk of Court,
    One Bowling Green,
    New York, NY  10004


(Returned To)

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Wolters Kluwer