# United States Bankruptcy Court
## Southern District of New York

**In Re:**    **LEHMAN BROTHERS HOLDINGS, INC.**
**Case No:**    **08-13555**

### NOTICE OF FULL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 33287 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P.,of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**CVF Lux Master Sarl** | Name of Transferor:<br>**THE SEAPORT GROUP EUROPE LLP** |
| Name and address where notices to transferee should be sent: | Court Claim #:        33287<br>Amount of Allowed Claim:    USD 430,135.00<br>Date Claim Filed:    18 September 2009 |
| CVF Lux Master Sarl<br>C/O Carval Investors UK Limited<br>3rd Floor, 25 Great Pulteney Street<br>London, W1F 9LT | Name and Address of Transferor:<br><br>The Seaport Group Europe LLP<br>Ground Floor West<br>One Finsbury Circus<br>London<br>EC2M 7EB |
| Phone: _____<br>Last Four Digits of Acct #:__N/A___ | Phone: _____<br>Last Four Digits of Acct. #: __N/A___ |

Name and Address where transferee payments
Should be sent (if different from above):

Phone:    ___N/A___
Last Four Digits of Acct. #:_____N/A_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: ___26th June 2014___
        Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571*

---

#### --DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original

claimant without further order of the court.

Date:_____

                                                        _____
                                                        **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Seaport Group Europe LLP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CVF Lux Master Sarl ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with a portion of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) designated as claim number 33287 in the amount of $430,135.00 against Lehman Brothers Holding Inc. (the "Debtor"), a debtor in the Chapter 11 Case In re Lehman Brothers Holdings, Inc., Case No. 08-13555 (Jointly Administered), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2 day of July, 2014.

| Assignor: The Seaport Group Europe LLP | Assignee: CVF Lux Master Sarl |
|---|---|
| | BY CARVAL INVESTORS GB LLP |
| Signature: Jay Conklin Designated Member  Name:  Date: | Signature: DAVID SHORT OPERATIONS MANAGER  Name:  Date: |

574-1000/FORMS/4089636.1