B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>Morgan Stanley Senior Funding, Inc.</u> | <u>Eton Park Master Fund, Ltd.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York, New York 10036
Attn: John Ragusa
(212)761-2991
nydocs@morganstanley.com

<u>With a copy to</u>
Richards, Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, New York 10281

Court Claim # (if known): <u>24736</u>
Amount of Claim Transferred: <u>$5,637,026.60</u>
Date Claim Filed: <u>9/21/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____   Date: 7/2/14
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

By: _____*Shailini Rao*_____   Date: 7/02/14
Transferor/Transferor's Agent
Shailini Rao
Associate General Counsel
Eton Park Capital Management, L.P.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.