WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :      Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :      08-13555 (SCC)
                                                              :
                Debtors.                                      :      (Jointly Administered)
                                                              :
------------------------------------------------------------------x

**NOTICE OF HEARING AS TO CERTAIN CLAIMS ON THE**
**THREE HUNDRED TWENTY THIRD OMNIBUS OBJECTION TO CLAIMS**

      **PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 29295] *solely* as to Claim No. 68076 filed by Conway Hospital, Inc., will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 621, One Bowling Green, New York, New York 10004 on **July 16, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: July 3, 2014
      New York, New York

                                                   /s/ Garrett A. Fail
                                                 Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44514696\1\58399.0011