**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
212-209-4800
David J. Molton
Andrew Dash
Howard S. Steel

*Counsel for Newport Global Advisors LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## AMENDED NOTICE OF APPEAL[1]

Newport Global Advisors LP ("NGA"), by and through its undersigned counsel, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, from the *Order Granting the Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims)*, dated June 25, 2014 (Docket No. 44863) (the "Order") and the *Memorandum Decision Sustaining Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims)*, dated June 18, 2014 (Docket No. 44782) (the "Memorandum Decision").

A copy of the Order is annexed hereto as Exhibit A and a copy of the Memorandum Decision is annexed hereto as Exhibit B.

---

[1] Exhibit B to the originally filed Notice of Appeal submitted a highlighted version of the Court's June 18 Memorandum Decision. This Amended Notice of Appeal submits a clean version of the Court's Memorandum Decision as Exhibit B.

1

The parties to the Order and the Memorandum Decision appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellant:** Newport Global Advisors LP | **BROWN RUDNICK LLP**<br>David J. Molton<br>Andrew Dash<br>Howard S. Steel<br><br>Seven Times Square<br>New York, New York 10036<br>T: 212-209-4800<br>F: 212-209-4801 |
| **Appellee:** Lehman Brothers Holdings Inc. and its Affiliated Debtors[2] | **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**<br>L.P. Harrison 3rd<br>Turner P. Smith<br>Cindi Eilbott Giglio<br><br>101 Park Avenue<br>New York, New York 10178<br>T: 212-696-6000<br>F: 212-697-1559 |

Dated: July 3, 2014
      New York, New York

**BROWN RUDNICK LLP**

By:   /s/ David J. Molton           
     David J. Molton
     Andrew Dash
     Howard S. Steel
     Seven Times Square
     New York, New York 10036
     T: 212-209-4800
     F: 212-209-4801

*Counsel for Newport Global Advisors LP*

---

[2] The Debtors are: Lehman Brothers Holdings Inc., LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivatives Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products, Inc., Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, Luxembourg Residential Properties Loan Finance S.a.r.l., BNC Mortgage LLC, Structured Asset Securities Corporation, LB Rose Ranch LLC, LB 2080 Kalakaua Owners LLC, Merit LLC, LB Somerset LLC, and LB Preferred Somerset LLC.