# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                 :
                     Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred fifty-eighth omnibus objection to claims, dated March 13, 2014 (the "Four Hundred Fifty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (Docket No. 6664) (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Four Hundred Fifty-Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fifty-Eighth Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and a hearing having been held on May 14, 2014 to consider the relief requested in the Four Hundred Fifty-Eighth Omnibus Objection to Claims; and the Court having found and determined that the relief sought in the Four Hundred Fifty-Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates and that the legal

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fifty-Eighth Omnibus Objection to Claims.

and factual bases set forth in the Four Hundred Fifty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; and for the reasons stated in the Court's Memorandum Decision Sustaining Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 44782] it is

ORDERED that the relief requested in the Four Hundred Fifty-Eighth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Four Hundred Fifty-Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 25, 2014
New York, New York

>*/s/ Shelley C. Chapman*
> HONORABLE SHELLEY C. CHAPMAN
> UNITED STATES BANKRUPTCY JUDGE

2

## OMNIBUS OBJECTION 458: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | NEWPORT GLOBAL ADVISORS LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26353 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 2 | NEWPORT GLOBAL ADVISORS LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26354 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 3 | NEWPORT GLOBAL ADVISORS LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26355 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 4 | NEWPORT GLOBAL ADVISORS LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26356 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 5 | NEWPORT GLOBAL ADVISORS LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26357 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 6 | NEWPORT GLOBAL ADVISORS LP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26387 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 7 | NEWPORT GLOBAL ADVISORS LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26389 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 8 | NEWPORT GLOBAL ADVISORS LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 26391 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 9 | NEWPORT GLOBAL ADVISORS LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 26393 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 10 | NEWPORT GLOBAL ADVISORS LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 26394 | $4,021,500.00 * | $4,021,500.00* | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | NEWPORT GLOBAL ADVISORS LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26395 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 12 | NEWPORT GLOBAL ADVISORS LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 26396 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 13 | NEWPORT GLOBAL ADVISORS LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 26502 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 14 | NEWPORT GLOBAL ADVISORS LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 26503 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 15 | NEWPORT GLOBAL ADVISORS LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 26504 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 16 | NEWPORT GLOBAL ADVISORS LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26505 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 17 | NEWPORT GLOBAL ADVISORS LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 26506 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 18 | NEWPORT GLOBAL ADVISORS LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26595 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| 19 | NEWPORT GLOBAL ADVISORS LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26596 | $4,021,500.00 * | $4,021,500.00* | No Liability |
| | | | | TOTAL | | $76,408,500.00 | $76,408,500.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts