United States Bankruptcy Court for the Southern District of New York

## Withdrawal of Claims

| Debtor Name and Case Number: | LB Preferred Somerset LLC; 09-17505 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong[1] |
| Court Claim Number: | 66632 |
| Date Claim Filed | 5/19/2010 |
| Total Amount of Claim Filed: | Unliquidated, Unquantified and/or Contingent |

| Debtor Name and Case Number: | LB Somerset LLC; 09-17503 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 66636 |
| Date Claim Filed | 5/19/2010 |
| Total Amount of Claim Filed: | Unliquidated, Unquantified and/or Contingent |

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.; 08-13555 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong[2] |
| Court Claim Number: | 17773 |
| Date Claim Filed | 9/18/2009 |
| Total Amount of Claim Filed: | $27,579.69 |

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.; 08-13555 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 17772 |
| Date Claim Filed | 9/18/2009 |
| Total Amount of Claim Filed: | $1,930.38 |

---

[1] The above-referenced current address replaces the address on file with Epiq, previously 27/F Alexandra House, 18 Charter Road, Central, Hong Kong.
[2] The above-referenced current address replaces the address on file with Epiq, previously Lehman Brothers Taiwan Limited, Sungren Road, 12th Floor, No. 7, Shin-Yi District, Taipei.

1

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.; 08-13555 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 17774 |
| Date Claim Filed | 9/18/2009 |
| Total Amount of Claim Filed: | $594.85 |

| Debtor Name and Case Number: | Lehman Brothers Special Finance Inc.; 08-13888 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 17771 |
| Date Claim Filed | 9/18/2009 |
| Total Amount of Claim Filed: | $594.85 |

| Debtor Name and Case Number: | Merit, LLC; 09-17331 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Taiwan Limited<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 66637 |
| Date Claim Filed | 5/19/2010 |
| Total Amount of Claim Filed: | Unliquidated, Unquantified and/or Contingent |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect these withdrawals on the official claims register for the above referenced Debtors.

Dated: 19 June 2014            Lehman Brothers Taiwan Limited

Sign Name: _[signature]_

Print Name:    Edward Middleton

Title:         Director

2