United States Bankruptcy Court for the Southern District of New York

**<u>Withdrawal of Claims</u>**

| Debtor Name and Case Number: | LB Preferred Somerset LLC;  09-17505 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Netherlands Horizons B.V.<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong[1] |
| Court Claim Number: | 66700 |
| Date Claim Filed | 5/27/2010 |
| Total Amount of Claim Filed: | Unliquidated, Unquantified and/or Contingent |

| Debtor Name and Case Number: | LB Somerset LLC; 09-17503 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Netherlands Horizons B.V.<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 66698 |
| Date Claim Filed | 5/27/2010 |
| Total Amount of Claim Filed: | Unliquidated, Unquantified and/or Contingent |

| Debtor Name and Case Number: | Merit, LLC; 09-17331 |
|---|---|
| Creditor Name and Address: | Lehman Brothers Netherlands Horizons B.V.<br>c/o 8th Floor, Prince's Building<br>10 Charter Road<br>Central, Hong Kong |
| Court Claim Number: | 66699 |
| Date Claim Filed | 5/27/2010 |
| Total Amount of Claim Filed: | Unliquidated, Unquantified and/or Contingent |

---

[1] The above-referenced current address replaces the address on file with Epiq, previously 27/F Alexandra House, 18 Charter Road, Central, Hong Kong.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect these withdrawals on the official claims register for the above referenced Debtors.

Dated: 10 June 2014                     Lehman Brothers Netherlands Horizons B.V.

                                        Sign Name: _____[signature]_____

                                        Print Name:     Patrick Cowley

                                        Title:          Director

2