JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE OF ADJOURNMENT OF HEARING
WITH RESPECT TO CERTAIN CLAIMS ON THE FOUR HUNDREDTH
AND FOUR HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787] and the Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [ECF No. 38050] *solely* as to the claims listed on Exhibit A attached hereto that was scheduled for July 16, 2014 at 10:00 a.m. (Eastern Time) has been adjourned to **August 12, 2014 at 10:00 a.m. (Eastern Time).**

Dated:  July 3, 2014
         New York, New York

/s/ Kelly A. Carrero
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Claims to Be Adjourned to August 12, 2014 Hearing:

| Claimant Name | Case No. | Debtor Name | Claim No. | Omnibus Objection No. | Claimant Response ECF No. |
|---|---|---|---|---|---|
| BLAKESLEE, THOMAS P. | 08-13555 | Lehman Brothers Holdings Inc. | 66365 | 400 | 36654 |
| DORLAND, CHRISTOPHER | 08-13885 | Lehman Brothers Commodities Services Inc. | 180 | 422 | 38864 |
| GRECO, JOHN | 08-13885 | Lehman Brothers Commodities Services Inc. | 599 | 422 | 38863 |
| INGLIS, CRAIG | 08-13555 | Lehman Brothers Holdings Inc. | 10915 | 400 | 36773 |
| KAUFMAN, JULIA | 08-13555 | Lehman Brothers Holdings Inc. | 510 | 400 | 36558 |
| MCLOUGHLIN, ALYSSE | 08-13555 | Lehman Brothers Holdings Inc. | 25510 | 422 | 39426 |
| TORRES, CARLOS | 08-13885 | Lehman Brothers Commodities Services Inc. | 532 | 422 | 38862 |
| WILSON, DAVID | 08-13885 | Lehman Brothers Commodities Services Inc. | 772 | 422 | 38865 |