UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re: LEHMAN BROTHERS HOLDINGS INC., et al

                    Debtor

Case No.: 08-13555
Chapter 11

-------------------------------------------------------------x
JOHN M. STEINER

                    Plaintiff

            v.

NO RESPONDENTS

                    Defendant

Adversary Proceeding No.: _____

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John M. Steiner, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Presbyterian SeniorCare & Longwood at Oakmont, Inc., a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Western District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 7/3/2014
_____, New York

/s/ John M. Steiner
*Mailing Address:*

Leech Tishman
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
*E-mail address*: jsteiner@leechtishman.com
*Telephone number*: (412) 261-1600