UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al

            Debtor

Case No.: 08-13555

Chapter 11

-----------------------------------------------------------x

JOHN M. STEINER

            Plaintiff

        v.

NO RESPONDENTS

            Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of John M. Steiner, to be admitted, *pro hac vice*, to represent Presbyterian SeniorCare & Longwood, (the "Client") a Creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Western District of Pennsylvania, it is hereby

  **ORDERED**, that John M. Steiner, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

                  UNITED STATES BANKRUPTCY JUDGE