UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al

                              Debtor

Case No.: 08-13555

Chapter 11

----------------------------------------------------------------x

DAVID W. LAMPL

                              Plaintiff

                v.

NO RESPONDENTS

                              Defendant

Adversary Proceeding No.: _____

----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of **David W. Lampl**, to be admitted, *pro hac vice*, to represent **Presbyterian SeniorCare & Longwood**, (the "Client") a **Creditor** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Pennsylvania** and, if applicable, the bar of the U.S. District Court for the **Western** District of **Pennsylvania**, it is hereby

     **ORDERED**, that **David W. Lampl**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE