**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No.: 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of David W. Lampl, to be admitted, ***pro hac vice***, to represent Presbyterian SeniorCare & Longwood at Oakmont, Inc., (the "Client") a creditor in the above-referenced case, and upon the movants certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Western District of Pennsylvania, it is hereby

**ORDERED**, that David W. Lampl, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York.

Dated: July 7, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE