WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                :
**In re**                                       :   **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   **08-13555 (SCC)**
                                                :
           Debtors.                             :   **(Jointly Administered)**
                                                :
                                                :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF FOUR**
**HUNDRED SIXTY-SIXTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four Hundred Sixty-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 44487] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:  July 7, 2014
       New York, New York

                                  /s/ Garrett A. Fail
                               Garrett A. Fail

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Lehman Brothers Holdings Inc.
                               and Certain of Its Affiliates

# Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
| --- | --- |
| SAFECO INSURANCE COMPANY OF AMERICA | 65898 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65899 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65900 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65901 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65902 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65903 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65904 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65905 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65906 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65907 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65908 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65909 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65910 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65911 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65912 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65913 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65914 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65915 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65916 |
| SAFECO INSURANCE COMPANY OF AMERICA | 65917 |