WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED SIXTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 44488], which was scheduled for July 16, 2014 at 10:00 a.m. (Eastern Time), has been adjourned to August 12, 2014 at 10:00 a.m. (Eastern Time), solely with respect to the claims listed on Exhibit A annexed hereto.

Dated: July 8, 2014
      New York, New York

           /s/ Garrett A. Fail
           Garrett A. Fail

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| Moody's Investors Service | 15604 | n/a |
| MPC Munchmeyer Petersen Structured Products Gmbh | 19132 | n/a |
| Wells Fargo Bank, N.A. | 25704 | n/a |
| Wells Fargo Bank, N.A. | 44296 | n/a |
| Wells Fargo Bank, N.A. | 48726 | n/a |
| Lexcel Partners | 8712 | ECF No. 44921 |