BANQUE PICTET & CIE SA

Route des Acacias 60
1211 Genève 73
Suisse
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com

 PICTET
1805

United States Bankruptcy Court
Southern District of New York
Attn : Mary Lopez
One Bowling Green, Room 615-1
New York, NY 10004-1408



Geneva, 18 June 2014
/DA2197

**Reference:** Duplicate filing – Docket 39188

Dear Madam,

As per the current process of collecting filing fees for transfer agreements, please be advised that docket nr. 39188 is a duplicate of docket nr. 39030.

We thank you for amending your docket sheet and records accordingly and remain at your disposal for any further information you may need.

Yours faithfully,

Banque Pictet & Cie SA

Mélanie PICHONNAZ            David AESCHLIMANN