**Wolters Kluwer** | CT Corporation
Corporate Legal Services

June 27, 2014

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc, et al., Debtors // To: Mountain View Mortgage Company

Case No. 0813555SCC

Dear Mr. Maher:

We are returning documents served/received for Mountain View Mortgage Company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,


The Corporation Trust Company of Nevada

Log# 525225166

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004
**(Returned To)**

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110