**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 45006-45009**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 3, 2014, I caused to be served the:

    a)  "Notice of Hearing on Four Hundred Seventy-Fourth Omnibus Objection to Claims (Reduce and Allow Claims)," dated July 3, 2014, to which was attached the "Four Hundred Seventy-Fourth Omnibus Objection to Claims (Reduce and Allow Claims)," dated July 3, 2014 [Docket No. 45006], (the "474th Omnibus Objection"),

    b)  "Notice of Hearing on Four Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Claims)," dated July 3, 2014, to which was attached the "Four Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Claims)," dated July 3, 2014 [Docket No. 45007], (the "475th Omnibus Objection"),

    c)  "Notice of Hearing on Four Hundred Seventy-Sixth Omnibus Objection to Claims (No Liability Claims)," dated July 3, 2014, to which was attached the "Four Hundred Seventy-Sixth Omnibus Objection to Claims (No Liability Claims)," dated July 3, 2014 Docket No. 45008], (the "476th Omnibus Objection"), and

    d)  "Notice of Hearing as to Certain Claims on the Three Hundred Twenty Third Omnibus Objection to Claims," dated July 3, 2014 Docket No. 45009], (the "Notice of Hearing"),

by causing true and correct copies of the:

i.   474th Omnibus Objection, 475th Omnibus Objection, 476th Omnibus Objection and Notice of Hearing, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  474th Omnibus Objection, 475th Omnibus Objection, 476th Omnibus Objection and Notice of Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. 474th Omnibus Objection, to be enclosed securely in a postage pre-paid envelop and delivered via overnight mail to the following party: Alston & Bird, William S. Sugden, Suzanne N. Boyd, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA  30309-3424,

iv.  475th Omnibus Objection, to be enclosed securely in a postage pre-paid envelop and delivered via overnight mail to the following party: Seward and Kissel LLP, Justin L. Shearer, Esq., One Battery Park Plaza, New York, NY 1004,

v.   476th Omnibus Objection, to be enclosed securely in a postage pre-paid envelop and delivered via overnight mail to the following party: Sidley Austin LLP, Alex R. Rovira, Martin B. Jackson, Lee S. Attanasio, 787 Seventh Avenue, New York, NY 10019,

vi.  Notice of Hearing, to be enclosed securely in a postage pre-paid envelop and delivered via overnight mail to the following party: Conway Hospital, Inc., c/o Andrew J. White Jr., Haynsworth Sinkler Boyd, P.A., P.O. Box 2048, Greensville, SC 29602,

vii. 474th Omnibus Objection, to be delivered via electronic mail to the following parties: will.sugden@alston.com; suzanne.boyd@alston.com,

viii. 474th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

ix.  475th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

x.   476th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Christina Siguenza*
Sworn to before me this                                 Christina Siguenza
7th day of July, 2014
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

**EXHIBIT A**

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com

Lehman Brothers Holdings Inc. Email Service List

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com

dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

Lehman Brothers Holdings Inc. Email Service List

ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
ep@scottwood.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com

ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com

Lehman Brothers Holdings Inc. Email Service List

jfreeberg@wfw.com
jg5786@att.net
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com

Lehman Brothers Holdings Inc. Email Service List

krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margaret.welsh@cliffordchance.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com

mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com

Lehman Brothers Holdings Inc. Email Service List

mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| robert.yalen@usdoj.gov | sleo@bm.net |
| robin.keller@lovells.com | slerman@ebglaw.com |
| roger@rnagioff.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| ross.martin@ropesgray.com | sloden@diamondmccarthy.com |
| rrainer@wmd-law.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| russj4478@aol.com | sory@fdlaw.com |
| rwasserman@cftc.gov | squsba@stblaw.com |
| sabin.willett@bingham.com | sree@lcbf.com |
| sabramowitz@velaw.com | sschultz@akingump.com |
| sabvanrooy@hotmail.com | sselbst@herrick.com |
| sally.henry@skadden.com | sshimshak@paulweiss.com |
| samuel.cavior@pillsburylaw.com | sskelly@teamtogut.com |
| sandyscafaria@eaton.com | sstarr@starrandstarr.com |
| scargill@lowenstein.com | steele@lowenstein.com |
| schager@ssnyc.com | stephen.cowan@dlapiper.com |
| schannej@pepperlaw.com | stephen.hessler@kirkland.com |
| schepis@pursuitpartners.com | steve.ginther@dor.mo.gov |
| schnabel.eric@dorsey.com | steven.usdin@flastergreenberg.com |
| schristianson@buchalter.com | steven.wilamowsky@bingham.com |
| schwartzmatthew@sullcrom.com | streusand@slollp.com |
| scott.golden@hoganlovells.com | susheelkirpalani@quinnemanuel.com |
| scottj@sullcrom.com | sweyl@haslaw.com |
| scottshelley@quinnemanuel.com | swolowitz@mayerbrown.com |
| scousins@armstrongteasdale.com | szuch@wiggin.com |
| sdnyecf@dor.mo.gov | tannweiler@greerherz.com |
| seba.kurian@invesco.com | tbrock@ssbb.com |
| sehlers@armstrongteasdale.com | tdewey@dpklaw.com |
| sfalanga@connellfoley.com | tgoren@mofo.com |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com |
| sfineman@lchb.com | thomas.califano@dlapiper.com |
| sfox@mcguirewoods.com | tim.desieno@bingham.com |
| sgordon@cahill.com | timothy.harkness@freshfields.com |
| sgubner@ebg-law.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkiriakos@mayerbrown.com |
| shari.leventhal@ny.frb.org | tlauria@whitecase.com |
| shgross5@yahoo.com | tmacwright@whitecase.com |
| sidorsky@butzel.com | tmarrion@haslaw.com |
| sldreyfuss@hlgslaw.com | tnixon@gklaw.com |

Lehman Brothers Holdings Inc. Email Service List

toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ADAIR, JOHN | C/O NOMURA INTERNATIONAL (HK) LTD 30/F TWO IFC 8 FINANCE STREET CENTRAL HONG KONG |
| BALLENTINE, JAMES M., III | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GABBAY, MARK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GLAVAN, JEFFREY L. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| JOTWANI, TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TUNG, SHARON W. | TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor count  26**

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| CHINA FUND CAYMAN LTD. | JENNY JIANG C/O SENTURION ASSETS LLC 1100 JENSEN DRIVE LAKE FOREST IL 60045 |
| CHINA FUND CAYMAN LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CHINA FUND CAYMAN LTD. | ATTN: JUSTIN L. SHEARER, ESQ. C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CHINA FUND LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CHINA FUND LP | ATTN: JUSTIN L. SHEARER, ESQ. C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

**Total Creditor count  5**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LMA SPC FOR AND ON BEHALF OF MAP 15 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS 3801 PGA BLVD, SUITE 500 ATTN: DAVID POLLOK PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 56 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 58 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS 3801 PGA BLVD, SUITE 500 ATTN: DAVID POLLOK PALM BEACH GARDENS FL 33410 |
| LMA SPC ON BEHALF OF MAP I | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC ON BEHALF OF MAP J | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| MAP 502, A SUB-TRUST OF LMA IRELAND | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAP 502, A SUB-TRUST OF LMA IRELAND | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF MAP V SEGREGATED PORTFOLIO ROBERT SWAN; LIGHTHOUSE INVESTMENT PARTNERS LLC 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |

**Total Creditor count  7**