

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Banque Havilland S.A. | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Banque Havilland S.A.<br>34a, Avenue J.F. Kennedy<br>L-1855 Luxembourg<br>+352 463 131 517<br>Attn: Sebastian Fernandez<br>s.fernandez(at)banquehavilland.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>Please refer to attached list of cash correspondents | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>SEK 2'120'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 23/06/2014
Sebastian Fernandez
Banque Havilland S.A.    **Marlène Colmant**
34a, Avenue J.F. Kennedy    **Head of CQS**
L-1855 Luxembourg    **BANQUE HAVILLAND S.A.**

Marc Arand
Head of Operations & Finance
BANQUE HAVILLAND S.A.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC235 UBS0230 BHAVILLAND 2120K 3084894



**Evidence of Transfer**

### EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Trampoline Note Lehman Brothers 2007-17.05.11 | XS0299624568 | LBT BV | LBH Inc. | SEK 2'120'000.00 out of SEK 2'120'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banque Havilland S.A.
34a, Avenue J.F. Kennedy
L-1855 Luxembourg
+352 463 131 517
Attn: Sebastian Fernandez
s.fernandez(at)banquehavilland.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules

TOC235 UBS0230 BHAVILLAND 2120K 3084894

of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 26, 2014.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gieller
Title: Associate Director

ACKNOWLEDGED BY:

Banque Havilland S.A
Transferee

By: _____
Sebastian Fernandez

Marlène Colmant
Head of CQS
BANQUE HAVILLAND S.A.

Marc Arand
Head of Operations & Finance
BANQUE HAVILLAND S.A.

TOC235 UBS0230 BHAVILLAND 2120K 3084894

08-13555-mg    Doc 45052    Filed 07/07/14    Entered 07/08/14 16:45:56    Main Document
    Pg 4 of 4



## LIST OF CORRESPONDENT BANKS FOR LUXEMBOURG • MAY 2014

| CCY | NAME OF THE BANK | SWIFT CODE | ACCOUNT NUMBER | INTERMEDIARY | BENEFICIARY |
|---|---|---|---|---|---|
| AED | ING Belgique S.A. Avenue Marnix 24B, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | CBDUAEAD | HAVLLULL |
| AUD | RBC Investor Services Bank S.A Riverbank House, 2 Swan Lane London EC4R 3AF, UK | RTBSGB2L | 548005 AUD | HKBAAU2S | HAVLLULL |
| CAD | RBC Investor Services Bank S.A Riverbank House, 2 Swan Lane London EC4R 3AF, UK | RTBSGB2L | 548005 CAD | ROYCCAT2 | HAVLLULL |
| CHF | UBS AG, Financial Institutions, P.O Box, CH-8098 Zurich | UBSWCHZH80A | CH55 0023 0230 0605 7605B | | HAVLLULL |
| CZK | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | KOMBCZPP | HAVLLULL |
| DKK | Nordea Bank Danmark, Copenhagen Strandgade 3, DK-1401 Copenhagen K, Denmark | NDEADKKK | DK1420005368167446 | | HAVLLULL |
| EUR | Banque et Caisse d'Epargne de l'Etat, Lux. 1-2 Place de Metz, L-2954 Luxembourg | BCEELULL | LU41 0019 0150 0178 4000 | | HAVLLULL |
| GBP | National Westminster Bank 10 Whitechapel High Street, London | NWBKGB2L | 4400010013555 Sort Code : 600004 | | HAVLLULL |
| HKD | ING Belgique S.A. Avenue Marnix 24B, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | HSBCHKHHHKH | HAVLLULL |
| HUF | ING Belgique S.A. Avenue Marnix 24B, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | MKKBHUHB | HAVLLULL |
| ISK | Arion Banki hf, Borgartúni 19, 105 Reykjavík, Iceland | ESJAISRE | IS26 0301 2703 2414 5607 0998 60 | | HAVLLULL |
| JPY | Sumitomo Mitsui Banking Corp., Tokyo 1-2 Yurakucho 1-chome, Chiyoda-ku, Tokyo 100-0006, Japan | SMBCJPJT | 4307 | | HAVLLULL |
| NOK | Nordea Bank Norge ASA Middelthunsgt 17, N-0368 Oslo, Oslo, Norway | NDEANOKK | NO9260010209571 | | HAVLLULL |
| NZD | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | ANZBNZ22058 | HAVLLULL |
| PLN | ING Belgique S.A. Avenue Marnix 24B, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | INGBPLPW | HAVLLULL |
| RON | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | INGBROBU | HAVLLULL |
| RUB | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | 301-0103451-33-RUB | INGBRUMM | HAVLLULL |
| SEK | Nordea Bank AB Smålandsgatan 17, SE-105 71, Sweden | NDEASESS | SE49 3000 0000 0395 2770 5738 | | HAVLLULL |
| SGD | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | INGBSGSG | HAVLLULL |
| THB | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | BKKBTHBK | HAVLLULL |
| TRY | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | INGBTRIS005 | HAVLLULL |
| USD | JP Morgan Chase Bank, New York 270 Park Avenue, New York NY 10017, USA | CHASUS33 | 400-213125, ABA 021000021 | | HAVLLULL |
| ZAR | ING Belgique S.A. Avenue Marnix 24, B-1050 Brussels | BBRUBEBB010 | BE79 3010 1034 5133 | SBZAZAJJ | HAVLLULL |

BANQUE HAVILLAND S.A.                                                                                                 507_4

35a, avenue J.F. Kennedy • L-1855 Luxembourg • t. +352 463 131 • f. +352 463 132 • w. banquehavilland.com
R.C.S. Luxembourg B 147029 • T.V.A. LU23366742