



**NATIONAL REGISTERED AGENTS, INC.**
An NRAI Solutions Company

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Ave.,
New York, NY 10110

Re: **Title of Action:** Lehman Brothers Holdings Inc., et al., Debtors // To: American Nationwide Mortgage Company Inc
    **Entity Served:** American Nationwide Mortgage Company Inc
    **Received Date:** 06/23/2014
    **Case/Docket Number:** 0813555SCC

Dear DeFilippo,

**Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents.**

**NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:**
[ ] NRAI Resigned as Agent with the State Authority on .
[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[ ] NRAI can find no record of the entity being listed with the State Authority.
[ ] Method of Service is unacceptable – .
[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of
    the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to
    send to all parties being served.
[X] Other Agent listed with the State Authority.
[ ] The registered agent's authority to receive service has been revoked.
[ ] NRAI is unable to locate a viable address for the entity being served. All addresses on record have been attempted.
    NRAI takes no position as to the validity of the service. We are merely stating that after reasonable efforts,
    we do not have any address to which to forward the papers.
[ ] Other :
**Therefore, the legal documents served are being returned to you for the above stated reason(s).**

**Very truly yours,**

NRAI Services, Inc.

Transmittal # 525200450

Enclosures

cc: *Southern District* of New York U.S. Bankruptcy Court
    One Bowling Green,
    New York,, NY 10004-1408