CT

RECEIVED
JUL 3 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

June 28, 2014

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Beaverton, OR  97076

Re:  Lehman Brothers Holdings Inc., et al., Debtors // To: MortgageTree Lending

Case No.  0813555SCC

Dear Sir/Madam:

We are returning the enclosed documents which we received regarding the above captioned matter.

C T Corporation System has filed a resignation of agent with the State of CA on 09/11/2007. Service can no longer be taken for this entity.

Very truly yours,


C T Corporation System

Log# 525226199

Sent By Regular Mail

cc:  United States Bankruptcy Court Southern District of New York
     One Bowling Green,
     New York, NY  10004-1408


(Returned To)

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Beaverton, OR  97076

Wolters Kluwer

PAGE 1 OF 1

