

**CT**

1209 Orange Street
Wilmington, DE 19801
302.777.0220 tel
800.677.3394 toll free
www.ctcorporation.com

RECEIVED JUL 7 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

July 01, 2014

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors // To: Homeservices Lending, LLC

Case No.  0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Homeservices Lending, LLC.

Accordingly, we are returning the documents received from you.

Very truly yours,


The Corporation Trust Company

Log# 525239751

Sent By Regular Mail

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408


(Returned To)

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Wolters Kluwer