UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (SCC)
                                                                :     (Jointly Administered)
         Debtors.                                          :
                                                                :
-----------------------------------------------------------------x     Ref. Docket Nos. 44702, 44893,
                                                                        44906, 44907, 44909-44911

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of July, 2014

/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                          Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         08-13555 (SCC)

                                               (Jointly Administered)
        Debtors.

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE                              CREDIT SUISSE
     ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                              ATTN: RICHARD LEVIN
     NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                825 EIGHTH AVENUE
                                                NEW YORK NY 10019

Please note that your claim # 5255829-22 in the above referenced case and in the amount of
        $0.00 allowed at $73,671.19        has been transferred (**unless previously expunged by court order**)

CREDIT SUISSE SUCURSAL EN ESPANA
TRANSFEROR: CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
825 8TH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 44893    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 1, 2014.

# EXHIBIT B

```
TIME: 15:03:41                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE:  1
DATE: 07/01/14                                           CREDITOR LISTING

Name                                    Address
ALLIED IRISH BANKS, P.L.C.              ALLEN & OVERY LLP ATTN: DAN GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
ALLIED IRISH BANKS, P.L.C.              ATTN: HELEN MORAN GLOBAL TREASURY - LEGAL SERVICES AIB INTERNATIONAL CENTRE IFSC, DUBLIN 1   IRELAND
CITIGROUP FINANCIAL PRODCUTS INC.       ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODCUTS INC.       TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.       TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH          1 RAFFLES LINK #05-02 SINGAPORE  039393 SINGAPORE
CREDIT SUISSE SINGAPORE BRANCH          ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SINGAPORE BRANCH          CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SINGAPORE BRANCH          RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE SUCURSAL EN ESPANA        TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 10019
J.P. MORGAN INTERNATIONAL BANK LIMITED  TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: PAUL MCDADE, LEGAL DEPT. 1 KNIGHTSBRIDGE FLOOR 3 LONDON SWIX  7LX UNITED KINGDOM
ROYAL BANK OF SCOTLAND PLC, THE         TRANSFEROR: ALLIED IRISH BANKS, P.L.C. ATTN: MATHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS OPPORTUNITIES FUND 1 LP           TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP           TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed         19
```

EPIQ BANKRUPTCY SOLUTIONS, LLC