UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :       08-13555 (SCC)
                                              :      (Jointly Administered)
                           Debtors.           :
                                              :
-----------------------------------------------------------------------x      Ref. Docket Nos. 44671, 44767,
                                                     44926-44930, 44940, 44943-44945,
                                                     44953-44956

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On July 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
9th day of July, 2014
 */s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
    TRANSFEROR: JPMORGAN CHASE BANK, N.A.
    610 BROADWAY, 6TH FLOOR
    NEW YORK NY 10012

ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
SIDLEY AUSTIN LLP
ATTN: ROBERT SCHEININGER
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 32695-02 in the above referenced case and in the amount of
$10,093,750.00  allowed at $9,500,000.00      has been transferred (**unless previously expunged by court order**)

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
C/O J.P. MORGAN SECURITIES LLC
ATTN: AMITA RODRIGUEZ
MAIL CODE: NYI-M138
383 MADISON AVENUE, FLOOR 37
NEW YORK NY 10179

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44944      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/03/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    ─────────────────────────
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 3, 2014.

**EXHIBIT B**

TIME: 16:41:08
DATE: 07/03/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, FLOOR 30 NEW YORK NY 10020-1708 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LUXOR CAPITAL PARTNERS, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LUXOR WAVEFRONT, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA FIDEURAM S.P.A. | TRANSFEROR: OC 19 MASTER FUND, L.P. - LCG C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIE BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| CAROLA LAMOL | TRANSFEROR: PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: CITIBANK PRIVATKINDEN AG & CO KGAA WALDWIESENSTR 6 MÜNCHEN 81375 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ATTN. WILHELM HIELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| GRF MASTER FUND II, L.P. | TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: PANNING MASTER FUND, LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ILLIQUIDX LLP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA FIDEURAM S P A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: AMITA RODRIGUEZ MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: GRF MASTER FUND II, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: AMITA RODRIGUEZ MAIL CODE: NY-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: GRF MASTER FUND II, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: AMITA RODRIGUEZ MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP | TRANSFEROR: PERRY PRINCIPALS, L.L.C. C/O J.P. MORGAN SECURITIES LLC MAIL CODE (NY1-M138) - 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LUXOR CAPITAL PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OC 19 MASTER FUND, L.P. - LCG | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O LUXOR CAPITAL GROUP, LP; ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed     28