UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 44985-44987,
                                                                    44989-44996

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       /s/ Lauren Rodriguez
                                                       Lauren Rodriguez

Sworn to before me this
9th day of July, 2014

/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ASIAN CENTURY QUEST (QP), LP
C/O SEWARD & KISSEL LLP
ATTN: LAURIE R BINDER ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10017

ASIAN CENTURY QUEST (QP), LP
STEVE ZANG
ASIAN CENTURY QUEST (QP), LP
C/O ASIAN CENTURY QUEST CAPITAL, LLC
152 WEST 57TH STREET 6TH FLOOR
NEW YORK NY 10019

Please note that your claim # 33287 in the above referenced case and in the amount of
     $430,135.00  Unliquidated       has been transferred (**unless previously expunged by court order**)

THE SEAPORT GROUP EUROPE LLP
TRANSFEROR: ASIAN CENTURY QUEST (QP), LP
GROUND FLOOR WEST
ONE FINSBURY CIRCUS
LONDON    EC2M 7EB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44985      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/07/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2014.

**EXHIBIT B**

```
TIME: 15:53:51                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 07/07/14                                         CREDITOR LISTING

Name                                              Address
ASIAN CENTURY QUEST (QP), LP                      STEVE ZANG ASIAN CENTURY QUEST (QP), LP C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019
ASIAN CENTURY QUEST (QP), LP                      C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017
ASIAN CENTURY QUEST OFFSHORE FUND LP              STEVE ZANG ASIAN CENTURY QUEST OFFSHORE FUND, LTD. C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR
                                                  NEW YORK NY 10019
ASIAN CENTURY QUEST OFFSHORE FUND LP              C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017
CVF LUX MASTER SARL                               TRANSFEROR: THE SEAPORT GROUP EUROPE LLP C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTER SARL                               TRANSFEROR: THE SEAPORT GROUP EUROPE LLP C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR
                                                  LONDON W1F 9LT UNITED KINGDOM
ETON PARK FUND, LP                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK FUND, LP                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARD, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY)                     S RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ETON PARK FUND, LP ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
THE SEAPORT GROUP EUROPE LLP                      TRANSFEROR: ASIAN CENTURY QUEST (QP), LP GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM
THE SEAPORT GROUP EUROPE LLP                      TRANSFEROR: ASIAN CENTURY QUEST OFFSHORE FUND LP GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM


Total Number of Records Printed       17


                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```