UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 44997, 44999-
                                                                      45004

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
9th day of July, 2014

/s/ *Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   ETON PARK FUND, LP
      TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND L.P.
      ATTN: SERGE TODOROVICH
      399 PARK AVENUE 10TH FLOOR
      NEW YORK NY 10022

Please note that your claim # 66322 in the above referenced case and in the amount of
      $2,084,447.29      has been transferred (**unless previously expunged by court order**)

MORGAN STANLEY SENIOR FUNDING, INC.                    MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: ETON PARK FUND, LP                         MANAGING CLERK (BANKRUPTCY)
ATTN: JOHN RAGUSA                                      RICHARDS, KIBBE & ORBE LLP
1585 BROADWAY, 2ND FLOOR                               ONE WORLD FINANCIAL CENTER
NEW YORK NY 10036                                      NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 44999    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/08/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 8, 2014.

**EXHIBIT B**

```
TIME: 11:24:15                                               LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 07/08/14                                                    CREDITOR LISTING

Name                                    Address
ETON PARK FUND, LP                      TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND L.P. ATTN: SERGE TODOROVICH 399 PARK AVE, 10TH FL NEW YORK NY 10022
ETON PARK FUND, LP                      TRANSFEROR: MAST CREDIT OPPORTUNITIES I MASTER FUND L.P. ATTN: SERGE TODOROVICH 399 PARK AVENUE 10TH FLOOR NEW YORK NY 10022
ETON PARK FUND, LP                      TRANSFEROR: MERIDIAN BANK N.A. F/K/A COMMUNITY BANK OF ARIZONA, N.A. ETON PARK MASTER FUND, LTD. ATTN: SHAILINI RAO
                                        399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK FUND, LP                      TRANSFEROR: MERIDIAN BANK, NA F/K/A COMMUNITY BANK OF ARIZONA, NA ETON PARK MASTER FUND, LTD. ATTN: SHAILINI RAO
                                        399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.             TRANSFEROR: ETON PARK FUND, L.P. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.             TRANSFEROR: ETON PARK FUND, L.P. ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022
ETON PARK MASTER FUND, LTD.             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022
MORGAN STANLEY SENIOR FUNDING, INC.     MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.     TRANSFEROR: ETON PARK FUND, LP ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.     TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036

Total Number of Records Printed     10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC