Hearing Date and Time: September 9, 2014, at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: September 2, 2014, at 10:00 a.m. (Prevailing Eastern Time)

Jack A. Raisner (JR 6171)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: 646-509-2070
Email: jar@outtengolden.com

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (925) 820-0335
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour,
Cheryl McNeil, Linda Howard-James, Isabel Guajardo and
Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF MOTION FOR RELIEF
FROM STAY AND INJUNCTION PROVIDED UNDER PLAN**

003336.0013\3605465.2

**PLEASE TAKE NOTICE** that pursuant to the agreement of the parties, the hearing on the Motion for Relief from Stay and Injunction Provided Under Plan that was originally scheduled for July 16, 2014, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to September 9, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

| | |
|---|---|
| DATED: July 9, 2014 | OUTTEN & GOLDEN LLP |
| | By: /s/ *Jack A. Raisner* |
| | Jack A. Raisner<br>Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo |
| DATED July 9, 2014 | GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER |
| | By: /s/ *Gary Gwilliam* |
| | Gary Gwilliam<br>Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo |
| DATED: July 9, 2014 | WENDEL, ROSEN, BLACK & DEAN LLP |
| | By: /s/ *Mark S. Bostick* |
| | Mark S. Bostick<br>Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo |