Hearing Date and Time: September 9, 2014, at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: September 2, 2014, at 10:00 a.m. (Prevailing Eastern Time)

Jack A. Raisner (JR 6171)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: 646-509-2070
Email: jar@outtengolden.com

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (925) 820-0335
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

# AFFIDAVIT OF SERVICE

003336.0013\3607573.1

I, Mark S. Bostick, an attorney, hereby certify that on July 9, 2014, I caused true and correct copies of the following documents to be served by my office:

**NOTICE OF ADJOURNMENT OF MOTION FOR RELIEF
FROM STAY AND INJUNCTION PROVIDED UNDER PLAN**

**BY FEDEX:** by enclosing said document(s) in Federal Express envelopes marked for express overnight delivery, addressed to the persons listed below in **List A**. Said envelopes were then hand delivered to a Federal Express office next day delivery.

**LIST A – by Federal Express**

| | |
|---|---|
| Chambers of the Hon. Shelley C. Chapman<br>United States Bankruptcy Judge<br>U.S. Bankruptcy Court, So Dist. of NY<br>Courtroom 623<br>One Bowling Green<br>New York, NY 10004 | Office of the U.S. Trustee<br>Attn: William K. Harrington, Esq.;<br>Susan D. Golden, Esq.; and<br>Andrea B. Schwartz, Esq.<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.;<br>Dennis O'Donnell, Esq.; and<br>Evan R. Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(*Counsel to the Official Committee of Unsecured Creditors*) | Weil, Gotshal & Manges LLP<br>Attn: Richard P. Krasnow, Esq.;<br>Lori R. Fife, Esq., Shai Y. Waisman, Esq.<br>and Jacqueline Marcus, Esq.<br>767 Fifth Ave.<br>New York, NY 10153<br>(*Counsel for Lehman Brothers Holdings Inc. and Certain of Its Affiliates, Joint Debtors*) |
| Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007 | **and also** |

**BY E-MAIL TRANSMISSION:** by causing copies said document(s) to be sent by electronic mail to those parties listed on the attached **List B**.

All other parties have been served electronically through the Court's ECF System.

DATED: July 9, 2014                    WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Mark S. Bostick*
    Mark S. Bostick
    Attorneys for Claimants, Sylvia Vega-
    Sutfin, Michelle Seymour, Cheryl McNeil,
    Linda Howard-James, Isabel Guajardo and
    Denise Colombo

# **LIST B**

003336.0013\3595165.1

AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM
AALFONSO@WILLKIE.COM
ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM
ADARWIN@NIXONPEABODY.COM
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM
AECKSTEIN@BLANKROME.COM
AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM
AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV
AGOLD@HERRICK.COM
AGOTTFRIED@MORGANLEWIS.COM
AISENBERG@SAUL.COM
AKADISH@DTLAWGROUP.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM
ALUM@FTPORTFOLIOS.COM
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM
AMARTIN@SHEPPARDMULLIN.COM
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANGELICH.GEORGE@ARENTFOX.COM
ANN.REYNAUD@SHELL.COM
ANTHONY_BOCCANFUSO@APORTER.COM
AOSTROW@BECKERGLYNN.COM
APALAZZOLO@FZWZ.COM
APPLEBY@CHAPMAN.COM
AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM
ARAHL@REEDSMITH.COM
ARLBANK@PBFCM.COM
ARTHUR.ROSENBERG@HKLAW.COM
ARWOLF@WLRK.COM
ASEUFFERT@LAWPOST-NYC.COM
ASHMEAD@SEWKIS.COM
ASOMERS@RCTLEGAL.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM DBAUMSTEIN@WHITECASE.COM;
    RGRAHAM@WHITECASE.COM
BANKR@ZUCKERMAN.COM
BANKRUPTCY@GOODWIN.COM
BANKRUPTCY@MORRISONCOHEN.COM

003336.0013\3593966.1

BANKRUPTCY@NTEXAS-ATTORNEYS.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
BARBRA.PARLIN@HKLAW.COM
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM
BBISIGNANI@POSTSCHELL.COM
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US
BDK@SCHLAMSTONE.COM
BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM
BMILLER@MOFO.COM
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
BRUCE.WRIGHT@SUTHERLAND.COM
BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM
BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM
CAHN@CLM.COM
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM
CBELISLE@WFW.COM; JFREEBERG@WFW.COM
CBELMONTE@SSBB.COM;TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM;ASNOW@SSBB.COM
CHARLES@FILARDI-LAW.COM
CHARLES_MALLOY@APORTER.COM
CHIPFORD@PARKERPOE.COM
CHRIS.DONOHO@LOVELLS.COM
CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM
CLYNCH@REEDSMITH.COM
CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM
COHEN@SEWKIS.COM
CP@STEVENSLEE.COM
CP@STEVENSLEE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM
CRAIGJUSTINALBERT@GMAIL.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
CSALOMON@BECKERGLYNN.COM
CSCHREIBER@WINSTON.COM
CSHORE@WHITECASE.COM
CSHULMAN@SHEPPARDMULLIN.COM;
CSZYFER@STROOCK.COM
CWARD@POLSINELLI.COM
CWEISS@INGRAMLLP.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DAVE.DAVIS@ISGRIA.COM

003336.0013\3593966.1

DAVID.BENNETT@TKLAW.COM
DAVID.HELLER@LW.COM
DAVID.POWLEN@BTLAW.COM
DAVIDS@BLBGLAW.COM
DAVIDWHEELER@MVALAW.COM
DBARBER@BSBLAWYERS.COM
DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM
DCRAPO@GIBBONSLAW.COM
DDREBSKY@NIXONPEABODY.COM
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM
DEGGERMANN@KRAMERLEVIN.COM
DEGGERT@FREEBORNPETERS.COM
DEMETRA.LIGGINS@TKLAW.COM
DFLANIGAN@POLSINELLI.COM
DHAYES@MCGUIREWOODS.COM
DHEFFER@FOLEY.COM
DHURST@COLESCHOTZ.COM
DHW@DHCLEGAL.COM
DICONZAM@GTLAW.COM
DJCARRAGHER@DAYPITNEY.COM
DKESSLER@KTMC.COM
DKLEINER@VELAW.COM
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM
DLIPKE@VEDDERPRICE.COM
DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM
DNEIER@WINSTON.COM
DRAELSON@FISHERBROTHERS.COM
DROSENZWEIG@FULBRIGHT.COM
DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM
DSHEMANO@PEITZMANWEG.COM
DSPELFOGEL@FOLEY.COM
DTATGE@EBGLAW.COM
DTHEISING@HARRISONMOBERLY.COM
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM
DWORKMAN@BAKERLAW.COM
EASMITH@VENABLE.COM
ECHANG@STEINLUBIN.COM
ECOHEN@RUSSELL.COM
EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM
EFRIEDMAN@FRIEDMANSPRING.COM
EGLAS@MCCARTER.COM
EKBERGC@LANEPOWELL.COM

003336.0013\3593966.1

ELEICHT@WHITECASE.COM
EMAGNELLI@BRACHEICHLER.COM; ARAINONE@BRACHEICHLER.COM
EMERBERG@MAYERBROWN.COM
EOBRIEN@SBCHLAW.COM
ESCHWARTZ@CONTRARIANCAPITAL.COM
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM
EZUJKOWSKI@EMMETMARVIN.COM
FBP@PPGMS.COM; LML@PPGMS.COM
FFM@BOSTONBUSINESSLAW.COM
FHYMAN@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM
FOONT@FOONTLAW.COM
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM
FYATES@SONNENSCHEIN.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET
GEORGE.SOUTH@DLAPIPER.COM;
GGITOMER@MKBATTORNEYS.COM
GGOODMAN@FOLEY.COM;LAPETERSON@FOLEY.COM
[GIDDENS@HUGHESHUBBARD.COM;KIPLOK@HUGHESHUBBARD.COM;KOBAK@HUGHESHUBBARD.COM](mailto:GIDDENS@HUGHESHUBBARD.COM);
   MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM
GRAVERT@RAVERTPLLC.COM
GSPILSBURY@JSSLAW.COM
HARRISJM@MICHIGAN.GOV
HARVEYSTRICKON@PAULHASTINGS.COM
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM
HEISER@CHAPMAN.COM
HEISER@CHAPMAN.COM
HMAGALIFF@R3MLAW.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM
HOLSEN@STROOCK.COM
HOWARD.HAWKINS@CWT.COM
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM
HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM
HSTEEL@BROWNRUDNICK.COM
IAN.ROBERTS@BAKERBOTTS.COM
ICATTO@MWE.COM
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM
ILEVEE@LOWENSTEIN.COM

003336.0013\3593966.1

ILEVEE@LOWENSTEIN.COM
ISRAEL.DAHAN@CWT.COM
J.ZELLOE@STAHLZELLOE.COM
JACOBSONN@SEC.GOV
JAMES.HEANEY@LAWDEB.COM
JAMES.MCCLAMMY@DPW.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JAMESBOYAJIAN@GMAIL.COM
JAMESBOYAJIAN@GMAIL.COM
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM
JAY.HURST@OAG.STATE.TX.US
JAY@KLEINSOLOMON.COM
JBECKER@WILMINGTONTRUST.COM
JBIRD@POLSINELLI.COM
JBROMLEY@CGSH.COM
JCARBERRY@CL-LAW.COM
JCHRISTIAN@TOBINLAW.COM
JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM
JDORAN@HASLAW.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
JEANITES@WHITEANDWILLIAMS.COM
JEFF.WITTIG@COAIR.COM
JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
    CAROL.WEINERLEVY@BINGHAM.COM
JELDREDGE@VELAW.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM
JENNIFER.GORE@SHELL.COM
JENNIFER.GORE@SHELL.COM
JFLAXER@GOLENBOCK.COM
JG5786@ATT.COM
JGOODCHILD@MORGANLEWIS.COM
JGUY@ORRICK.COM
JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM
JHORGAN@PHXA.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
JJOYCE@DRESSLERPETERS.COM
JJTANCREDI@DAYPITNEY.COM
JJURELLER@KLESTADT.COM
JLAMAR@MAYNARDCOOPER.COM

003336.0013\3593966.1

JLAWLOR@WMD-LAW.COM
JLAWLOR@WMD-LAW.COM
JLEE@FOLEY.COM
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM
JMELKO@GARDERE.COM
JMERVA@FULT.COM
JMR@MSF-LAW.COM;
JNADRITCH@OLSHANLAW.COM
JNM@MCCALLARAYMER.COM
JOHN.MONAGHAN@HKLAW.COM
JOHN.MULE@AG.STATE.MN.US
JOHN.RAPISARDI@CWT.COM;
JONATHAN.HENES@KIRKLAND.COM; JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
    CHRISTOPHER.GRECO@KIRKLAND.COM
JOSEPH.CORDARO@USDOJ.GOV
JOSHUA.DORCHAK@BINGHAM.COM
JOWOLF@LAW.NYC.GOV
JOY.MATHIAS@DUBAIIC.COM
JPINTARELLI@MOFO.COM
JPINTARELLI@MOFO.COM;LMARINUZZI@MOFO.COM
JPROL@LOWENSTEIN.COM
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM
JRSMITH@HUNTON.COM
JSCHILLER@BSFLLP.COM
JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM
JSHENWICK@GMAIL.COM
JSHERMAN@BSFLLP.COM
JSHICKICH@RIDDELLWILLIAMS.COM
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM
JSTOLL@MAYERBROWN.COM
JSULLIVAN@MOSESSINGER.COM
JTIMKO@SHUTTS.COM
JTORF@SCHIFFHARDIN.COM
JUDY.MORSE@CROWEDUNLEVY.COM
JVAIL@SSRL.COM
JWCOHEN@DAYPITNEY.COM
JWEST@VELAW.COM
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM
KARL.GEERCKEN@ALSTON.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KECKHARDT@HUNTON.COM

003336.0013\3593966.1

KEITH.SIMON@LW.COM
KEN.COLEMAN@ALLENOVERY.COM
KEN.HIGMAN@HP.COM
KERRY.MOYNIHAN@BRYANCAVE.COM;ADAM.BREZINE@BRYANCAVE.COM
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM
KIT.WEITNAUER@ALSTON.COM
KKELLY@EBGLAW.COM
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM
KMAYER@MCCARTER.COM
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM
KREYNOLDS@MKLAWNYC.COM
KROSEN@LOWENSTEIN.COM
KURT.MAYR@BGLLP.COM
LACYR@SULLCROM.COM
LANDON@STREUSANDLANDON.COM; VILLA@STREUSANDLANDON.COM
LAWALLF@PEPPERLAW.COM
LAWRENCE.GELBER@SRZ.COM; MEGHAN.BREEN@SRZ.COM
LBERKOFF@MORITTHOCK.COM
LEE.STREMBA@TROUTMANSANDERS.COM
LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM
LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM
LHOFFMAN@DEILYLAWFIRM.COM; LPERKINS@DEILYLAWFIRM.COM
LINDA.BOYLE@TWTELECOM.COM
LISA.KRAIDIN@ALLENOVERY.COM
LISA.SOLOMON@ATT.NET
LJKOTLER@DUANEMORRIS.COM
LKATZ@LTBLAW.COM
LKISS@KLESTADT.COM
LMARINUZZI@MOFO.COM
LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM
LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM
LNASHELSKY@MOFO.COM
LOIZIDES@LOIZIDES.COM
LSCARCELLA@FARRELLFRITZ.COM
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM
MABRAMS@WILLKIE.COM
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MARC.CHAIT@SC.COM

003336.0013\3593966.1

MARK.BANE@ROPESGRAY.COM
MARK.DEVENO@BINGHAM.COM
MARK.ELLENBERG@CWT.COM
MARK.ELLENBERG@CWT.COM
MATT@WILLAW.COM
MBERMAN@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM
MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM
MBLOEMSMA@MHJUR.COM
MBOSSI@THOMPSONCOBURN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM
MCORDONE@STRADLEY.COM
MCTO@DEBEVOISE.COM
MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM
MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM
MELOROD@GTLAW.COM
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM
METKIN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM
MGINZBURG@DAYPITNEY.COM
MGORDON@BRIGGS.COM
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM
MH1@MCCALLARAYMER.COM
MHOPKINS@COV.COM; DCOFFINO@COV.COM
MICHAEL.FREGE@CMS-HS.COM
MICHAEL.KELLY@MONARCHLP.COM
MICHAEL.KRAUSS@FAEGREBD.COM
MICHAEL.MCCRORY@BTLAW.COM
MICHAELS@JSTRIALLAW.COM
MILLEE12@NATIONWIDE.COM
MILLER@TAFTLAW.COM
MJEDELMAN@VEDDERPRICE.COM
MJR1@WESTCHESTERGOV.COM
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
MLICHTENSTEIN@CROWELL.COM

003336.0013\3593966.1

MLICHTENSTEIN@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
MLYNCH2@TRAVELERS.COM
MMORREALE@US.MUFG.JP
MNEIER@IBOLAW.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
MPAGE@KELLEYDRYE.COM
MPOMERANTZ@JULIENANDSCHLESINGER.COM; MICHAELS@JSTRIALLAW.COM
MPRIMOFF@KAYESCHOLER.COM
MPRIMOFF@KAYESCHOLER.COM;
MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM
MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM
MROTHCHILD@MOFO.COM
MRUETZEL@WHITECASE.COM;
MSCHIMEL@SJU.EDU
MSOLOW@KAYESCHOLER.COM
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM
MSTAMER@AKINGUMP.COM
MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM
MVENDITTO@REEDSMITH.COM
MWARNER@COLESCHOTZ.COM
MWARREN@MTB.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
NCOCO@MWE.COM
NEAL.MANN@OAG.STATE.NY.US
NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM
NEWYORK@SEC.GOV
NHERMAN@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
NLEPORE@SCHNADER.COM
NOTICE@BKCYLAW.COM
OTCCORPACTIONS@FINRA.ORG
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM
PATRICK.OH@FRESHFIELDS.COM
PAUL.TURNER@SUTHERLAND.COM
PEISENBERG@LOCKELORD.COM
PETER.GILHULY@LW.COM
PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM
PETER.SIMMONS@FRIEDFRANK.COM;  RICHARD.TISDALE@FRIEDFRANK.COM
PETER@BANKRUPT.COM
PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM
PHILIP.WELLS@ROPESGRAY.COM
PMAXCY@SONNENSCHEIN.COM
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM

08-13555-mg    Doc 45081    Filed 07/09/14    Entered 07/09/14 16:37:25    Main Document
Pg 13 of 16

PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM
PTRAIN-GUTIERREZ@KAPLANLANDAU.COM; ENKAPLAN@KAPLANLANDAU.COM
PTROSTLE@JENNER.COM
RAJ.MADAN@BINGHAM.COM;
RAMONA.NEAL@HP.COM
RAUL.ALCANTAR@ALCANTARLAW.COM
RBEACHER@PRYORCASHMAN.COM
RBERNARD@FOLEY.COM
RBERNARD@FOLEY.COM
RDAVERSA@ORRICK.COM
RDAVERSA@ORRICK.COM
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM
RFLANAGAN@FLANASSOC.COM
RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM; JGUY@ORRICK.COM; DFELDER@ORRICK.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
RGOODMAN@MOUNDCOTTON.COM; AMHAMHANDLERLAW.COM
RGRAHAM@WHITECASE.COM
RHETT.CAMPBELL@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM
RICHARD.FINGARD@NEWEDGE.COM
RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM
RICHARD.LEAR@HKLAW.COM
RICHARD@RWMAPLC.COM
RICK.MURPHY@SUTHERLAND.COM
RLEEK@HODGSONRUSS.COM
RLEVIN@CRAVATH.COM
RMATZAT@HAHNHESSEN.COM
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM
ROBERT.BAILEY@BNYMELLON.COM
ROBERT.HENOCH@KOBREKIM.COM; ANDREW.LOURIE@KOBREKIM.COM
ROBERT.HONEYWELL@KLGATES.COM
ROBERT.MALONE@DBR.COM
ROBERT.YALEN@USDOJ.GOV
ROBIN.KELLER@LOVELLS.COM
ROBIN.KELLER@LOVELLS.COM
ROGER@RNAGIOFF.COM
ROSS.MARTIN@ROPESGRAY.COM
RPEDONE@NIXONPEABODY.COM
RREID@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM
RRUSSELL@ANDREWSKURTH.COM
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM
RUSSJ4478@AOL.COM
RWASSERMAN@CFTC.GOV

003336.0013\3593966.1

S.MINEHAN@AOZORABANK.CO.JP
SABIN.WILLETT@BINGHAM.COM
SABRAMOWITZ@VELAW.COM
SABVANROOY@HOTMAIL.COM
SALLY.HENRY@SKADDEN.COM
SALVATORE@BLBGLAW.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM; EDWARD.FLANDERS@PILLSBURYLAW.COM
SANDYSCAFARIA@EATON.COM
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM
SCHNABEL.ERIC@DORSEY.COM
SCHRISTIANSON@BUCHALTER.COM
SCOTT.GOLDEN@HOGANLOVELLS.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGTEASDALE.COM
SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV
SEBA.KURIAN@INVESCO.COM
SFALANGA@CONNELLFOLEY.COM; CHEMRICK@CONNELLFOLEY.COM
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM
SFINEMAN@LCHB.COM
SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM
SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM
SHANNON.NAGLE@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM
SHARBECK@SIPC.ORG
SHARI.LEVENTHAL@NY.FRB.ORG
SHEEHAN@TXSCHOOLLAW.COM
SIDORSKY@BUTZEL.COM
SLDREYFUSS@HLGSLAW.COM;MMOLOSHOK@HLGSLAW.COM
SLEO@BM.NET
SLERNER@SSD.COM
SLEVINE@BROWNRUDNICK.COM
SMAYERSON@SSD.COM
SNEWMAN@KATSKYKORINS.COM
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM
SQUSBA@STBLAW.COM
SSCHULTZ@AKINGUMP.COM
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM
SSSELBST@HERRICK.COM
SSTARR@STARRANDSTARR.COM
STEELE@LOWENSTEIN.COM
STEPHEN.COWAN@DLAPIPER.COM
STEPHEN.HESSLER@KIRKLAND.COM; MARK.MCKANE@KIRKLAND.COM
STEVEN.TROYER@COMMERZBANK.COM
STEVEN.USDIN@FLASTERGREENBERG.COM
STREUSAND@STREUSANDLANDON.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMANUEL.COM

003336.0013\3593966.1

SWEYL@HASLAW.COM
SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM
SZUCH@WIGGIN.COM
TANNWEILER@GREERHERZ.COM
TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM
TDUFFY@ANDERSONKILL.COM
TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM
TGOREN@MOFO.COM
THALER@THALERGERTLER.COM
THOMAS.CALIFANO@DLAPIPER.COM
TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM

003336.0013\3593966.1

TIMOTHY.HARKNESS@FRESHFIELDS.COM; DAVID.LIVSHIZ@FRESHFIELDS.COM;MICHELLE.PARK@FRESHFIELDS.COM; CAITRIN.MCKIERNAN@FRESHFIELDS.COM

TKIRIAKOS@MAYERBROWN.COM

TLAURIA@WHITECASE.COM

TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM

TMARRION@HASLAW.COM

TNIXON@GKLAW.COM

TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV

TOMWELSH@ORRICK.COM

TSLOME@MSEK.COM

TUNRAD@BURNSLEV.COM

VMILIONE@NIXONPEABODY.COM

VMILIONE@NIXONPEABODY.COM

WANDA.GOODLOE@CBRE.COM

WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET

WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM

WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM

WDASE@FZWZ.COM

WILL.SUGDEN@ALSTON.COM

WISOTSKA@PEPPERLAW.COM

WK@PWLAWYERS.COM

WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM

WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM

WMCKENNA@FOLEY.COM

WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM

WSWEARINGEN@LLF-LAW.COM

WTAYLOR@MCCARTER.COM

WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM

YAMASHIRO@SUMITOMOTRUST.CO.JP

YUWATOKO@MOFO.COM

003336.0013\3593966.1