UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
In re                                             :    Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS, INC.                    :    Case No. 08-13555 (JMP)
                     Debtor.                      :    (Jointly Administered)
                                                  :
-------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

New York, New York          )
                            ) SS:
County of New York          )

      David Lawrence, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and I am employed by Dickstein Shapiro LLP.

    2.    On July 9, 2014, I served true Copies of the SUR-REPLY OF 2138747 ONTARIO LTD. AND 6785778 CANADA INC. IN FURTHER SUPPORT OF THEIR OPPOSITION TO DEBTORS' OBJECTION TO PROOFS OF CLAIM (CLAIM NOS. 33583 AND 33586) by hand delivery upon (i) The Honorable Shelly C. Chapman, United Sates Bankruptcy Court, One Bowling Green, New York, New York 10004; and (ii) The Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014, Attn: William K. Harrington, Esq., Susan D. Golden, Esq. and Andrea B. Schwartz, Esq.

                                      /s/ David Lawrence
                                      David Lawrence

Sworn to before me this
10th day of July, 2014

/s/ Shaya M. Berger
Shaya M. Berger
Notary Public, State of New York
No. 02BE6091369
Qualified in Queens County
Commission Expires April 28, 2015