UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS, INC.    :    Case No. 08-13555 (JMP)
                                                                :
                      Debtor.                              :    (Jointly Administered)
                                                                :
------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

New York, New York           )
                                             ) SS:
County of New York           )

        Steven DeJesus, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and I am employed by Dickstein Shapiro LLP.

    2.    On July 9, 2014, I served a true Copy of the SUR-REPLY OF 2138747 ONTARIO LTD. AND 6785778 CANADA INC. IN FURTHER SUPPORT OF THEIR OPPOSITION TO DEBTORS' OBJECTION TO PROOFS OF CLAIM (CLAIM NOS. 33583 AND 33586) by hand delivery upon Milbank Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York New York 10005, Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck.

                                                                         /s/ Steven DeJesus
                                                                        Steven DeJesus

Sworn to before me this
10th day of July, 2014

/s/ Shaya M. Berger
Shaya M. Berger
Notary Public, State of New York
No. 02BE6091369
Qualified in Queens County
Commission Expires April 28, 2015