Jonathan L. Flaxer
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
(212) 907-7300

*Counsel for Sunrise Partners Limited Partnership*
*(as successor in interest to Sunrise Partners L.L.C.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | Jointly Administered |
| | : | |
| Debtors. | : | |

------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned attorney with Golenbock Eiseman Assor Bell & Peskoe LLP, as counsel for Sunrise Partners Limited Partnership (as successor in interest to Sunrise Partners L.L.C.) ("Sunrise"), hereby withdraws his appearance in the above-captioned case and requests that service upon him of all future service of notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from the electronic (ECF) service list in the above-captioned case.

Dated: New York, New York
July 10, 2014

                            GOLENBOCK EISEMAN ASSOR BELL
                              & PESKOE LLP
                            437 Madison Avenue
                            New York, New York 10022
                            (212) 907-7300

                            By:    /s/ Jonathan L. Flaxer
                                    Jonathan L. Flaxer, Esq.

                            *Attorneys for Sunrise Partners Limited Partnership (as*
                            *successor in interest to Sunrise Partners L.L.C.)*

2054478.1