B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**　　　　　Case No. **08-13555**
　　　　　　　　　　　　　　　　　　　　　　　　　　**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **CooperNeff Master Fund I Segregated Portfolio Company, SPC, acting for and on Behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): __**66516**__

Total Amount of Claim Transferred:
USD $ __2,300,000.00__

Date Claim Filed: __4/9/2010__

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Ronald Torok__　　　　　　　Date: __7/10/2014__
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 66516

CooperNeff Master Fund I Segregated Portfolio Company, SPC, acting for and on behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Banc of America Credit Products, Inc.**
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention: Ante Jakic / Gary S. Cohen
Telephone: (646) 855-7450
Email: Ante.Jakic@baml.com / g.cohen@baml.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller in the principal amount of $2,300,000.00 (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, Claim No. 66516.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated July 10, 2014.

SELLER

**CooperNeff Master Fund I Segregated Portfolio Company, SPC, acting for and on behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio**

By: _____
Name: Christophe Papercux
Title: Director

BUYER

**Banc of America Credit Products, Inc.**

By: _____
Name: Ronald Torok
Title: Managing Director

20140709 vf