**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 45031-45033**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 8, 2014, I caused to be served the:

    a)  "Notice of Adjournment of Hearing on the Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims)," dated July 8, 2014 [Docket No. 45031], (the "467th Omnibus NOA"),

    b)  "Notice of Adjournment of Hearing on the Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims)," dated July 8, 2014 [Docket No. 45032], (the "468th Omnibus NOA"), and

    c)  "Notice of Adjournment of Hearing on the Four Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated July 8, 2014 [Docket No. 45033], (the "469th Omnibus NOA"),

    by causing true and correct copies of the:

    i.   467th Omnibus NOA, 468th Omnibus NOA, and 469th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    467th Omnibus NOA, 468th Omnibus NOA, and 469th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    467th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.    468th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v.    469th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
10th day of July, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

**EXHIBIT A**

## LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | karl.geercken@alston.com |
| adarwin@nixonpeabody.com | kdwbankruptcydepartment@kelleydrye.com |
| adiamond@diamondmccarthy.com | keckhardt@hunton.com |
| aeckstein@blankrome.com | keith.simon@lw.com |
| aentwistle@entwistle-law.com | ken.coleman@allenovery.com |
| afriedman@irell.com | ken.higman@hp.com |
| agbanknewyork@ag.tn.gov | kerry.moynihan@hro.com |
| aglenn@kasowitz.com | kgwynne@reedsmith.com |
| agold@herrick.com | kiplok@hugheshubbard.com |
| agoldstein@tnsj-law.com | kit.weitnauer@alston.com |
| agottfried@morganlewis.com | kjarashow@stutman.com |
| aisenberg@saul.com | kkelly@ebglaw.com |
| akadish@dtlawgroup.com | kkolbig@mosessinger.com |
| akantesaria@oppenheimerfunds.com | klyman@irell.com |
| akolod@mosessinger.com | klynch@formanlaw.com |
| alum@ftportfolios.com | kmayer@mccarter.com |
| amarder@msek.com | kobak@hugheshubbard.com |
| amartin@sheppardmullin.com | korr@orrick.com |
| amcmullen@boultcummings.com | kovskyd@pepperlaw.com |
| amenard@tishmanspeyer.com | kressk@pepperlaw.com |
| amh@amhandlerlaw.com | kreynolds@mklawnyc.com |
| andrew.brozman@cliffordchance.com | krodriguez@allenmatkins.com |
| andrew.lourie@kobrekim.com | krosen@lowenstein.com |
| angelich.george@arentfox.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |

## LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

lisa.ewart@wilmerhale.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lperkins@deilylawfirm.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

## LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com

melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com

## LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmarkham@gibbonslaw.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

raj.madan@bingham.com

ramona.neal@hp.com

raul.alcantar@alcantarlaw.com

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | rbeacher@pryorcashman.com |
| emagnelli@bracheichler.com | rbernard@foley.com |
| emerberg@mayerbrown.com | rbyman@jenner.com |
| enkaplan@kaplanlandau.com | rdaversa@orrick.com |
| eobrien@sbclaw.com | relgidely@gjb-law.com |
| ep@scottwood.com | rflanagan@flanassoc.com |
| eschwartz@contrariancapital.com | rfriedman@silvermanacampora.com |
| etillinghast@sheppardmullin.com | rgmason@wlrk.com |
| ezujkowski@emmetmarvin.com | rgoodman@moundcotton.com |
| fbp@ppgms.com | rgraham@whitecase.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| fhenn@law.nyc.gov | rhorkovich@andersonkill.com |
| fhyman@mayerbrown.com | richard.fingard@newedge.com |
| foont@foontlaw.com | richard.lear@hklaw.com |
| fritschj@sullcrom.com | richard.tisdale@friedfrank.com |
| fsosnick@shearman.com | richard@rwmaplc.com |
| fyates@sonnenschein.com | rick.murphy@sutherland.com |
| gabriel.delvirginia@verizon.net | rjones@boultcummings.com |
| gary.ravertpllc@gmail.com | rleek@hodgsonruss.com |
| gbray@milbank.com | rlevin@cravath.com |
| george.south@dlapiper.com | rmatzat@hahnhessen.com |
| ggitomer@mkbattorneys.com | rnetzer@willkie.com |
| ggoodman@foley.com | robert.dombroff@bingham.com |
| giddens@hugheshubbard.com | robert.honeywell@klgates.com |
| gkaden@goulstonstorrs.com | robert.malone@dbr.com |
| glenn.siegel@dechert.com | robert.yalen@usdoj.gov |
| gmoss@riemerlaw.com | robin.keller@lovells.com |
| goldenberg@ssnyc.com | roger@rnagioff.com |
| gspilsbury@jsslaw.com | ronald.silverman@bingham.com |
| harrisjm@michigan.gov | ross.martin@ropesgray.com |
| harveystrickon@paulhastings.com | rrainer@wmd-law.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | russj4478@aol.com |
| hmagaliff@r3mlaw.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | sabin.willett@bingham.com |
| holsen@stroock.com | sabramowitz@velaw.com |
| howard.hawkins@cwt.com | sabvanrooy@hotmail.com |
| hseife@chadbourne.com | sally.henry@skadden.com |
| hsnovikoff@wlrk.com | samuel.cavior@pillsburylaw.com |
| hsteel@brownrudnick.com | sandyscafaria@eaton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

irethy@stblaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jalward@blankrome.com

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

## LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@bingham.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

tim.desieno@bingham.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | will.sugden@alston.com |
| jschiller@bsfllp.com | wiltenburg@hugheshubbard.com |
| jschwartz@hahnhessen.com | wisotska@pepperlaw.com |
| jsheerin@mcguirewoods.com | wk@pwlawyers.com |
| jshenwick@gmail.com | wmaher@wmd-law.com |
| jsherman@bsfllp.com | wmarcari@ebglaw.com |
| jshickich@riddellwilliams.com | wmckenna@foley.com |
| jsmairo@pbnlaw.com | wrightth@sullcrom.com |
| jstoll@mayerbrown.com | wsilverm@oshr.com |
| jsullivan@mosessinger.com | wswearingen@llf-law.com |
| jtimko@shutts.com | wtaylor@mccarter.com |
| judy.morse@crowedunlevy.com | wweintraub@stutman.com |
| jvail@ssrl.com | wzoberman@bermanesq.com |
| jwcohen@daypitney.com | yuwatoko@mofo.com |
| jweiss@gibsondunn.com | |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| LEXCEL PARTNERS | 122 DUN HUA NORTH ROAD 11TH FLOOR TAIPEI 105 TAIWAN |
| MOODY'S INVESTORS SERVICE | C/O SATTERLEE STEPHENS BURKE & BURKE LLP ATTN: CHRISTOPHER BELMONTE 230 PARK AVENUE NEW YORK NY 10169 |
| MPC MUNCHMEYER PETERSEN STRUCTURED PRODUCTS GMBH | C/O RICHARD G. ZIEGLER, ESQ. MAYER BROWN LLP 71 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN:  MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  7**

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAYCARE HEALTH SYSTEM | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| BOARD OF RETIREMENT OF THE SAN DIEGO COUNTY EMPLOY | ASSOCIATION C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CATERPILLAR INC. | GROUP INSURANCE PLAN TRUST C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CATERPILLAR INC. | BENEFIT FUNDS COMMITTEE C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CATERPILLAR, INC. PENSION MASTER TRUST | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| DALLAS POLICE AND FIRE PENSION SYSTEM | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| EXELON CASH BALANCE SELECT INTERNATIONAL ACCOUNT | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| FIDELITY ADVISOR BALANCED FUND, A SERIES OF FIDELI | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, | A SERIES OF FIDELITY ADVISOR SERIES VIII ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY BALANCED FUND, A SERIES OF FIDELITY PURIT | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY GLOBAL BALANCE FUND, A SERIES OF FIDELITY | TRUST 82 DEVONSHIRE STREET ATTN: FUND TREASURER, V10F BOSTON MA 02110 |
| FIDELITY GLOBAL CONSUMER INDUSTRIES FUND | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| FIDELITY OVERSEAS FUND, A SERIES OF FIDELITY INVES | ATTN: FUND TREAAURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY PACIFIC BASIN FUND, A SERIES OF FIDELITY | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY VIP OVERSEAS PORTFOLIO, A SERIES OF VARIA | PRODUCTS FUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FRESNO CITY FIRE AND POLICE RETIREMENT SYSTEM, THE | AND THE FRESNO CITY EMPLOYEES RETIREMENT SYSTEM C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| GENERAL MOTORS TRUST BANK | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| IBM CANADA LTD. | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| INTERNATIONAL BANK FOR | RECONSTRUCTION AND DEVELOPMENT C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| MINNESOTA STATE BOARD OF INVESTMENT | C/O PYRAMIS GLOBAL ADVISORS 80 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| OREGON INVESTMENT COUNCIL | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| OREGON INVESTMENT COUNCIL- SELECT INTERNATIONAL | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PENNSYLVANIA TOBACCO SETTLEMENT | INVESTMENT BOARD C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PENSION FUND SOCIETY OF THE BANK OF MONTREAL, THE | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| PENSION RESERVES INVESTMENT TRUST | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PRINCIPAL FUNDS, INC. - INTERNATIONAL FUND I | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PYRAMIS CANADA SELECT GLOBAL EQUITY TRUST | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| PYRAMIS SELECT GLOBAL EQUITY COMMINGLED POOL | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |

| Claim Name | Address Information |
|---|---|
| PYRAMIS SELECT INTERNATIONAL EQUITY LLC | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PYRAMIS SELECT INTERNATIONAL EQUITY TRUST | C/O PYRAMIS INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| SHELL OIL COMPANY | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| STATE OF CONNECTICUT RETIREMENT PLANS AND | TRUST FUNDS C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| STATE UNIVERSITIES RETIREMENT SYSTEM | OF ILLINOIS C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |

**Total Creditor count  35**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| CATERPILLAR INC. | SELECT INTERNATIONAL PORTFOLIO C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CATERPILLAR INC. 401K | SELECT INTERNATIONAL PORTFOLIO C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CATERPILLAR INC. VEBA | SELECT INTERNATIONAL PORTFOLIO C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| CHEVRON CORP INTERNATIONAL GROWTH | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| DALLAS POLICE & FIRE PENSION SYSTEM SELECT INTERNA | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, | A SERIES OF FIDELITY ADVISOR SERIES VIII ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY ADVISOR EQUITY GROWTH FUND | A SERIES OF FIDELITY ADVISOR SERIES I ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY ADVISOR NEW INSIGHTS FUND | A SERIES OF FIDELITY CONTRAFUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY ADVISOR OVERSEAS FUND | A SERIES OF FIDELITY ADVISOR SERIES VIII ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY BLUE CHIP GROWTH FUND | A SERIES OF FIDELITY SECURITIES FUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY CONTRAFUND | A SERIES OF FIDELITY CONTRAFUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY EUROPE CAPITAL APPRECIATION FUND | A SERIES OF FIDELITY INVESTMENT TRUST ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY EUROPE FUND | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| FIDELITY EUROPE FUND | A SERIES OF FIDELITY INVESTMENT TRUST ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY FIFTY FUND | A SERIES OF FIDELITY HASTINGS STREET TRUST ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY GROWTH DISCOVERY FUND | A SERIES OF FIDELITY HASTINGS STREET TRUST ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY GROWTH STRATEGIES FUND, A SERIES OF FIDEL | STREET TRUST ATTN: FUND TREAURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY INTERNATIONAL DISCOVERY FUND | A SERIES OF FIDELITY INVESTMENT TRUST ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY OVERSEAS FUND, A SERIES OF FIDELITY INVES | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY TREND FUND | A SERIES OF FIDELITY TREND FUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| GROWTH PORTFOLIO, | A SERIES OF VARIABLE INSURANCE PRODUCTS FUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| IPYRAMIS INTERNATIONAL GROWTH FUND LLC | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| IPYRAMIS SELECT INTERNATIONAL | SMALL CAPITALIZAITONA COMMINGLED POOL C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| IPYRAMIS SELECT INTERNATIONAL EQUITY FUND LLC | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| KENTUCKY RETIREMENT SYSTEMS INSURANCE FUND | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| KENTUCKY RETIREMENT SYSTEMS PENSION FUND | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| MID CAP PORTFOLIO | A SERIES OF VARIABLE INSURANCE PRODUCTS FUND III ATTN: FUND TREASURER, V10F 82 |

| Claim Name | Address Information |
|---|---|
| MID CAP PORTFOLIO | DEVONSHIRE STREET BOSTON MA 02110 |
| MINNESOTA STATE BOARD OF INVESTMENT | SELECT INTERNATIONAL C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| MINNESOTA STATE BOARD OF INVESTMENT | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| OHIO POLICE AND FIRE PENSION FUND | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| OREGON INVESTMENT COUNCIL | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| OREGON INVESTMENT COUNCIL | SELECT INTERNATIONAL PORTFOLIO C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| OVERSEAS PORTFOLIO | A SERIES OF VARIABLE INSURANCE PRODUCTS FUND ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| PENSION FUND SOCIETY OF THE BANK OF MONTREAL, THE | C/O FIDELITY INVESTMENTS CANADA ULC 483 BAY STREET, SUITE 200 TORONTO ON M5G 2N7 CANADA |
| PRIM SELECT INTERNATIONAL PORTFOLIO | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PRINCIPAL FUNDS, INC. - INTERNATIONAL FUND I | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PYRAMIS SELECT GLOBAL EQUITY COMMINGLED POOL | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | SELECT INTERNATIONAL PORTFOLIO C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| STANLIB WEALTH MANAGEMENT | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |

**Total Creditor count  40**