UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                          :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :     08-13555 (SCC)
:
Debtors.                         :     (Jointly Administered)
:
------------------------------------------------------------------x     Ref. Docket No. 45038

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2014, I caused to be served the "Notice of Presentment of Stipulation, Agreement and Order Between BNC Mortgage LLC and Wells Fargo Bank, N.A., as Servicer for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9, Providing for Relief from the Automatic Stay with Regard to Certain Real Property Located at 8380 S.W. 184th Street, Miami, Florida," dated July 8, 2014 [Docket No. 45038], by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: Shapiro, DiCaro & Barak, LLC, Attn: Michael Samuels, 105 Maxess Road, Suite N109, Melville, NY 11747.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
9th day of July, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.,
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | karl.geercken@alston.com |
| adarwin@nixonpeabody.com | kdwbankruptcydepartment@kelleydrye.com |
| adiamond@diamondmccarthy.com | keckhardt@hunton.com |
| aeckstein@blankrome.com | keith.simon@lw.com |
| aentwistle@entwistle-law.com | ken.coleman@allenovery.com |
| afriedman@irell.com | ken.higman@hp.com |
| agbanknewyork@ag.tn.gov | kerry.moynihan@hro.com |
| aglenn@kasowitz.com | kgwynne@reedsmith.com |
| agold@herrick.com | kiplok@hugheshubbard.com |
| agoldstein@tnsj-law.com | kit.weitnauer@alston.com |
| agottfried@morganlewis.com | kjarashow@stutman.com |
| aisenberg@saul.com | kkelly@ebglaw.com |
| akadish@dtlawgroup.com | kkolbig@mosessinger.com |
| akantesaria@oppenheimerfunds.com | klyman@irell.com |
| akolod@mosessinger.com | klynch@formanlaw.com |
| alum@ftportfolios.com | kmayer@mccarter.com |
| amarder@msek.com | kobak@hugheshubbard.com |
| amartin@sheppardmullin.com | korr@orrick.com |
| amcmullen@boultcummings.com | kovskyd@pepperlaw.com |
| amenard@tishmanspeyer.com | kressk@pepperlaw.com |
| amh@amhandlerlaw.com | kreynolds@mklawnyc.com |
| andrew.brozman@cliffordchance.com | krodriguez@allenmatkins.com |
| andrew.lourie@kobrekim.com | krosen@lowenstein.com |
| angelich.george@arentfox.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lisa.ewart@wilmerhale.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | michelle.park@freshfields.com |
| cszyfer@stroock.com | millee12@nationwide.com |
| cwalsh@mayerbrown.com | miller@taftlaw.com |
| cward@polsinelli.com | mimi.m.wong@irscounsel.treas.gov |
| cweber@ebg-law.com | mitchell.ayer@tklaw.com |
| cweiss@ingramllp.com | mjedelman@vedderprice.com |
| dallas.bankruptcy@publicans.com | mjr1@westchestergov.com |
| dave.davis@isgria.com | mkjaer@winston.com |
| david.bennett@tklaw.com | mlahaie@akingump.com |
| david.heller@lw.com | mlandman@lcbf.com |
| david.livshiz@freshfields.com | mlichtenstein@crowell.com |
| david.powlen@btlaw.com | mlynch2@travelers.com |
| davids@blbglaw.com | mmooney@deilylawfirm.com |
| davidwheeler@mvalaw.com | mmorreale@us.mufg.jp |
| dbarber@bsblawyers.com | mneier@ibolaw.com |
| dbaumstein@whitecase.com | monica.lawless@brookfieldproperties.com |
| dbesikof@loeb.com | mpage@kelleydrye.com |
| dcimo@gjb-law.com | mparry@mosessinger.com |
| dcoffino@cov.com | mpomerantz@julienandschlesinger.com |
| dcrapo@gibbonslaw.com | mprimoff@kayescholer.com |
| ddavis@paulweiss.com | mpucillo@bermanesq.com |
| ddrebsky@nixonpeabody.com | mrosenthal@gibsondunn.com |
| ddunne@milbank.com | mrothchild@mofo.com |
| deggermann@kramerlevin.com | mruetzel@whitecase.com |
| deggert@freebornpeters.com | mschimel@sju.edu |
| demetra.liggins@tklaw.com | msegarra@mayerbrown.com |
| dfelder@orrick.com | mshiner@tuckerlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dflanigan@polsinelli.com | msolow@kayescholer.com |
| dgrimes@reedsmith.com | mspeiser@stroock.com |
| dhayes@mcguirewoods.com | mstamer@akingump.com |
| dheffer@foley.com | mvenditto@reedsmith.com |
| dhurst@coleschotz.com | mwarner@coleschotz.com |
| dhw@dhclegal.com | mwarren@mtb.com |
| diconzam@gtlaw.com | nathan.spatz@pillsburylaw.com |
| djcarragher@daypitney.com | nbojar@fklaw.com |
| djoseph@stradley.com | ncoco@mwe.com |
| dkessler@ktmc.com | neal.mann@oag.state.ny.us |
| dkozusko@willkie.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | neilberger@teamtogut.com |
| dlipke@vedderprice.com | nherman@morganlewis.com |
| dmarkham@gibbonslaw.com | nissay_10259-0154@mhmjapan.com |
| dmcguire@winston.com | nlepore@schnader.com |
| dmurray@jenner.com | notice@bkcylaw.com |
| dneier@winston.com | nyrobankruptcy@sec.gov |
| dodonnell@milbank.com | otccorpactions@finra.org |
| dove.michelle@dorsey.com | paronzon@milbank.com |
| dpegno@dpklaw.com | patrick.oh@freshfields.com |
| draelson@fisherbrothers.com | pbattista@gjb-law.com |
| drosenzweig@fulbright.com | pbosswick@ssbb.com |
| drosner@goulstonstorrs.com | pdublin@akingump.com |
| drosner@kasowitz.com | peisenberg@lockelord.com |
| dshaffer@wtplaw.com | peter.gilhuly@lw.com |
| dshemano@peitzmanweg.com | peter.macdonald@wilmerhale.com |
| dspelfogel@foley.com | peter.simmons@friedfrank.com |
| dtatge@ebglaw.com | peter@bankrupt.com |
| dtheising@harrisonmoberly.com | pfeldman@oshr.com |
| dwdykhouse@pbwt.com | pfinkel@wilmingtontrust.com |
| dwildes@stroock.com | phayden@mcguirewoods.com |
| dworkman@bakerlaw.com | philip.wells@ropesgray.com |
| easmith@venable.com | pmaxcy@sonnenschein.com |
| ecohen@russell.com | ppascuzzi@ffwplaw.com |
| edward.flanders@pillsburylaw.com | ppatterson@stradley.com |
| efleck@milbank.com | psp@njlawfirm.com |
| efriedman@fklaw.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@friedmanspring.com | ptrostle@jenner.com |
| eglas@mccarter.com | raj.madan@bingham.com |
| ekbergc@lanepowell.com | ramona.neal@hp.com |
| eleicht@whitecase.com | raul.alcantar@alcantarlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | rbeacher@pryorcashman.com |
| emagnelli@bracheichler.com | rbernard@foley.com |
| emerberg@mayerbrown.com | rbyman@jenner.com |
| enkaplan@kaplanlandau.com | rdaversa@orrick.com |
| eobrien@sbchlaw.com | relgidely@gjb-law.com |
| ep@scottwood.com | rflanagan@flanassoc.com |
| eschwartz@contrariancapital.com | rfriedman@silvermanacampora.com |
| etillinghast@sheppardmullin.com | rgmason@wlrk.com |
| ezujkowski@emmetmarvin.com | rgoodman@moundcotton.com |
| fbp@ppgms.com | rgraham@whitecase.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| fhenn@law.nyc.gov | rhorkovich@andersonkill.com |
| fhyman@mayerbrown.com | richard.fingard@newedge.com |
| foont@foontlaw.com | richard.lear@hklaw.com |
| fritschj@sullcrom.com | richard.tisdale@friedfrank.com |
| fsosnick@shearman.com | richard@rwmaplc.com |
| fyates@sonnenschein.com | rick.murphy@sutherland.com |
| gabriel.delvirginia@verizon.net | rjones@boultcummings.com |
| gary.ravertpllc@gmail.com | rleek@hodgsonruss.com |
| gbray@milbank.com | rlevin@cravath.com |
| george.south@dlapiper.com | rmatzat@hahnhessen.com |
| ggitomer@mkbattorneys.com | rnetzer@willkie.com |
| ggoodman@foley.com | robert.dombroff@bingham.com |
| giddens@hugheshubbard.com | robert.honeywell@klgates.com |
| gkaden@goulstonstorrs.com | robert.malone@dbr.com |
| glenn.siegel@dechert.com | robert.yalen@usdoj.gov |
| gmoss@riemerlaw.com | robin.keller@lovells.com |
| goldenberg@ssnyc.com | roger@rnagioff.com |
| gspilsbury@jsslaw.com | ronald.silverman@bingham.com |
| harrisjm@michigan.gov | ross.martin@ropesgray.com |
| harveystrickon@paulhastings.com | rrainer@wmd-law.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | russj4478@aol.com |
| hmagaliff@r3mlaw.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | sabin.willett@bingham.com |
| holsen@stroock.com | sabramowitz@velaw.com |
| howard.hawkins@cwt.com | sabvanrooy@hotmail.com |
| hseife@chadbourne.com | sally.henry@skadden.com |
| hsnovikoff@wlrk.com | samuel.cavior@pillsburylaw.com |
| hsteel@brownrudnick.com | sandyscafaria@eaton.com |

5

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | scargill@lowenstein.com |
| icatto@mwe.com | schager@ssnyc.com |
| igoldstein@proskauer.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | schepis@pursuitpartners.com |
| irethy@stblaw.com | schnabel.eric@dorsey.com |
| israel.dahan@cwt.com | schristianson@buchalter.com |
| iva.uroic@dechert.com | schwartzmatthew@sullcrom.com |
| jacobsonn@sec.gov | scott.golden@hoganlovells.com |
| jalward@blankrome.com | scottj@sullcrom.com |
| james.heaney@lawdeb.com | scottshelley@quinnemanuel.com |
| james.mcclammy@dpw.com | scousins@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sdnyecf@dor.mo.gov |
| jamesboyajian@gmail.com | seba.kurian@invesco.com |
| jamestecce@quinnemanuel.com | sehlers@armstrongteasdale.com |
| jar@outtengolden.com | sfalanga@connellfoley.com |
| jason.jurgens@cwt.com | sfelderstein@ffwplaw.com |
| jay.hurst@oag.state.tx.us | sfineman@lchb.com |
| jay@kleinsolomon.com | sfox@mcguirewoods.com |
| jbeemer@entwistle-law.com | sgordon@cahill.com |
| jbeiers@co.sanmateo.ca.us | sgubner@ebg-law.com |
| jbird@polsinelli.com | sharbeck@sipc.org |
| jbromley@cgsh.com | shari.leventhal@ny.frb.org |
| jcarberry@cl-law.com | shgross5@yahoo.com |
| jchristian@tobinlaw.com | sidorsky@butzel.com |
| jchubak@proskauer.com | sldreyfuss@hlgslaw.com |
| jdoran@haslaw.com | sleo@bm.net |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdweck@sutherland.com | slevine@brownrudnick.com |
| jdyas@halperinlaw.net | sloden@diamondmccarthy.com |
| jean-david.barnea@usdoj.gov | smillman@stroock.com |
| jeanites@whiteandwilliams.com | smulligan@bsblawyers.com |
| jeannette.boot@wilmerhale.com | snewman@katskykorins.com |
| jeff.wittig@coair.com | sory@fdlaw.com |
| jeffery.black@bingham.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |
| jflaxer@golenbock.com | sstarr@starrandstarr.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfreeberg@wfw.com | steele@lowenstein.com |
| jg5786@att.com | stephen.cowan@dlapiper.com |
| jgenovese@gjb-law.com | stephen.hessler@kirkland.com |
| jgoodchild@morganlewis.com | steve.ginther@dor.mo.gov |
| jguy@orrick.com | steven.usdin@flastergreenberg.com |
| jhiggins@fdlaw.com | steven.wilamowsky@bingham.com |
| jhorgan@phxa.com | streusand@slollp.com |
| jhuggett@margolisedelstein.com | susheelkirpalani@quinnemanuel.com |
| jim@atkinslawfirm.com | sweyl@haslaw.com |
| jjoyce@dresslerpeters.com | swolowitz@mayerbrown.com |
| jjtancredi@daypitney.com | szuch@wiggin.com |
| jjureller@klestadt.com | tannweiler@greerherz.com |
| jlamar@maynardcooper.com | tbrock@ssbb.com |
| jlawlor@wmd-law.com | tdewey@dpklaw.com |
| jlee@foley.com | tgoren@mofo.com |
| jlevitin@cahill.com | thaler@thalergertler.com |
| jlscott@reedsmith.com | thomas.califano@dlapiper.com |
| jmaddock@mcguirewoods.com | tim.desieno@bingham.com |
| jmakower@tnsj-law.com | timothy.harkness@freshfields.com |
| jmazermarino@msek.com | tjfreedman@pbnlaw.com |
| jmelko@gardere.com | tkiriakos@mayerbrown.com |
| jmerva@fult.com | tlauria@whitecase.com |
| jmmurphy@stradley.com | tmacwright@whitecase.com |
| jmr@msf-law.com | tmarrion@haslaw.com |
| jnadritch@olshanlaw.com | tnixon@gklaw.com |
| jnm@mccallaraymer.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.monaghan@hklaw.com | tomwelsh@orrick.com |
| john.mule@ag.state.mn.us | tsalter@blankrome.com |
| john.rapisardi@cwt.com | tslome@msek.com |
| jonathan.goldblatt@bnymellon.com | tunrad@burnslev.com |
| jonathan.henes@kirkland.com | twheeler@lowenstein.com |
| jorbach@hahnhessen.com | villa@slollp.com |
| joseph.cordaro@usdoj.gov | vmilione@nixonpeabody.com |
| joseph.serino@kirkland.com | vrubinstein@loeb.com |
| joshua.dorchak@bingham.com | wanda.goodloe@cbre.com |
| jowen769@yahoo.com | wballaine@lcbf.com |
| joy.mathias@dubaiic.com | wbenzija@halperinlaw.net |
| jpintarelli@mofo.com | wchen@tnsj-law.com |
| jporter@entwistle-law.com | wcurchack@loeb.com |
| jprol@lowenstein.com | wdase@fzwz.com |
| jrabinowitz@rltlawfirm.com | wfoster@milbank.com |

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com

will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007