UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :    08-13555 (SCC)
                                                                         :
                                    Debtors.                             :    (Jointly Administered)
                                                                         :
------------------------------------------------------------------------x    Ref. Docket No. 45062

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 9, 2014, I caused to be served the "Notice of Withdrawal of the Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated July 9, 2014 [Docket No. 45062], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     */s/ Carol Zhang*
Sworn to before me this                                              Carol Zhang
10th day of July, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

T:\Clients\LBH\Affidavits\84th Omni NOW_DI_45062_AFF_7-9-14_EM & CZ.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | karl.geercken@alston.com |
| adarwin@nixonpeabody.com | kdwbankruptcydepartment@kelleydrye.com |
| adiamond@diamondmccarthy.com | keckhardt@hunton.com |
| aeckstein@blankrome.com | keith.simon@lw.com |
| aentwistle@entwistle-law.com | ken.coleman@allenovery.com |
| afriedman@irell.com | ken.higman@hp.com |
| agbanknewyork@ag.tn.gov | kerry.moynihan@hro.com |
| aglenn@kasowitz.com | kgwynne@reedsmith.com |
| agold@herrick.com | kiplok@hugheshubbard.com |
| agoldstein@tnsj-law.com | kit.weitnauer@alston.com |
| agottfried@morganlewis.com | kjarashow@stutman.com |
| aisenberg@saul.com | kkelly@ebglaw.com |
| akadish@dtlawgroup.com | kkolbig@mosessinger.com |
| akantesaria@oppenheimerfunds.com | klyman@irell.com |
| akolod@mosessinger.com | klynch@formanlaw.com |
| alum@ftportfolios.com | kmayer@mccarter.com |
| amarder@msek.com | kobak@hugheshubbard.com |
| amartin@sheppardmullin.com | korr@orrick.com |
| amcmullen@boultcummings.com | kovskyd@pepperlaw.com |
| amenard@tishmanspeyer.com | kressk@pepperlaw.com |
| amh@amhandlerlaw.com | kreynolds@mklawnyc.com |
| andrew.brozman@cliffordchance.com | krodriguez@allenmatkins.com |
| andrew.lourie@kobrekim.com | krosen@lowenstein.com |
| angelich.george@arentfox.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lisa.ewart@wilmerhale.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | michelle.park@freshfields.com |
| cszyfer@stroock.com | millee12@nationwide.com |
| cwalsh@mayerbrown.com | miller@taftlaw.com |
| cward@polsinelli.com | mimi.m.wong@irscounsel.treas.gov |
| cweber@ebg-law.com | mitchell.ayer@tklaw.com |
| cweiss@ingramllp.com | mjedelman@vedderprice.com |
| dallas.bankruptcy@publicans.com | mjr1@westchestergov.com |
| dave.davis@isgria.com | mkjaer@winston.com |
| david.bennett@tklaw.com | mlahaie@akingump.com |
| david.heller@lw.com | mlandman@lcbf.com |
| david.livshiz@freshfields.com | mlichtenstein@crowell.com |
| david.powlen@btlaw.com | mlynch2@travelers.com |
| davids@blbglaw.com | mmooney@deilylawfirm.com |
| davidwheeler@mvalaw.com | mmorreale@us.mufg.jp |
| dbarber@bsblawyers.com | mneier@ibolaw.com |
| dbaumstein@whitecase.com | monica.lawless@brookfieldproperties.com |
| dbesikof@loeb.com | mpage@kelleydrye.com |
| dcimo@gjb-law.com | mparry@mosessinger.com |
| dcoffino@cov.com | mpomerantz@julienandschlesinger.com |
| dcrapo@gibbonslaw.com | mprimoff@kayescholer.com |
| ddavis@paulweiss.com | mpucillo@bermanesq.com |
| ddrebsky@nixonpeabody.com | mrosenthal@gibsondunn.com |
| ddunne@milbank.com | mrothchild@mofo.com |
| deggermann@kramerlevin.com | mruetzel@whitecase.com |
| deggert@freebornpeters.com | mschimel@sju.edu |
| demetra.liggins@tklaw.com | msegarra@mayerbrown.com |
| dfelder@orrick.com | mshiner@tuckerlaw.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dflanigan@polsinelli.com | msolow@kayescholer.com |
| dgrimes@reedsmith.com | mspeiser@stroock.com |
| dhayes@mcguirewoods.com | mstamer@akingump.com |
| dheffer@foley.com | mvenditto@reedsmith.com |
| dhurst@coleschotz.com | mwarner@coleschotz.com |
| dhw@dhclegal.com | mwarren@mtb.com |
| diconzam@gtlaw.com | nathan.spatz@pillsburylaw.com |
| djcarragher@daypitney.com | nbojar@fklaw.com |
| djoseph@stradley.com | ncoco@mwe.com |
| dkessler@ktmc.com | neal.mann@oag.state.ny.us |
| dkozusko@willkie.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | neilberger@teamtogut.com |
| dlipke@vedderprice.com | nherman@morganlewis.com |
| dmarkham@gibbonslaw.com | nissay_10259-0154@mhmjapan.com |
| dmcguire@winston.com | nlepore@schnader.com |
| dmurray@jenner.com | notice@bkcylaw.com |
| dneier@winston.com | nyrobankruptcy@sec.gov |
| dodonnell@milbank.com | otccorpactions@finra.org |
| dove.michelle@dorsey.com | paronzon@milbank.com |
| dpegno@dpklaw.com | patrick.oh@freshfields.com |
| draelson@fisherbrothers.com | pbattista@gjb-law.com |
| drosenzweig@fulbright.com | pbosswick@ssbb.com |
| drosner@goulstonstorrs.com | pdublin@akingump.com |
| drosner@kasowitz.com | peisenberg@lockelord.com |
| dshaffer@wtplaw.com | peter.gilhuly@lw.com |
| dshemano@peitzmanweg.com | peter.macdonald@wilmerhale.com |
| dspelfogel@foley.com | peter.simmons@friedfrank.com |
| dtatge@ebglaw.com | peter@bankrupt.com |
| dtheising@harrisonmoberly.com | pfeldman@oshr.com |
| dwdykhouse@pbwt.com | pfinkel@wilmingtontrust.com |
| dwildes@stroock.com | phayden@mcguirewoods.com |
| dworkman@bakerlaw.com | philip.wells@ropesgray.com |
| easmith@venable.com | pmaxcy@sonnenschein.com |
| ecohen@russell.com | ppascuzzi@ffwplaw.com |
| edward.flanders@pillsburylaw.com | ppatterson@stradley.com |
| efleck@milbank.com | psp@njlawfirm.com |
| efriedman@fklaw.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@friedmanspring.com | ptrostle@jenner.com |
| eglas@mccarter.com | raj.madan@bingham.com |
| ekbergc@lanepowell.com | ramona.neal@hp.com |
| eleicht@whitecase.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | rbeacher@pryorcashman.com |
| emagnelli@bracheichler.com | rbernard@foley.com |
| emerberg@mayerbrown.com | rbyman@jenner.com |
| enkaplan@kaplanlandau.com | rdaversa@orrick.com |
| eobrien@sbchlaw.com | relgidely@gjb-law.com |
| ep@scottwood.com | rflanagan@flanassoc.com |
| eschwartz@contrariancapital.com | rfriedman@silvermanacampora.com |
| etillinghast@sheppardmullin.com | rgmason@wlrk.com |
| ezujkowski@emmetmarvin.com | rgoodman@moundcotton.com |
| fbp@ppgms.com | rgraham@whitecase.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| fhenn@law.nyc.gov | rhorkovich@andersonkill.com |
| fhyman@mayerbrown.com | richard.fingard@newedge.com |
| foont@foontlaw.com | richard.lear@hklaw.com |
| fritschj@sullcrom.com | richard.tisdale@friedfrank.com |
| fsosnick@shearman.com | richard@rwmaplc.com |
| fyates@sonnenschein.com | rick.murphy@sutherland.com |
| gabriel.delvirginia@verizon.net | rjones@boultcummings.com |
| gary.ravertpllc@gmail.com | rleek@hodgsonruss.com |
| gbray@milbank.com | rlevin@cravath.com |
| george.south@dlapiper.com | rmatzat@hahnhessen.com |
| ggitomer@mkbattorneys.com | rnetzer@willkie.com |
| ggoodman@foley.com | robert.dombroff@bingham.com |
| giddens@hugheshubbard.com | robert.honeywell@klgates.com |
| gkaden@goulstonstorrs.com | robert.malone@dbr.com |
| glenn.siegel@dechert.com | robert.yalen@usdoj.gov |
| gmoss@riemerlaw.com | robin.keller@lovells.com |
| goldenberg@ssnyc.com | roger@rnagioff.com |
| gspilsbury@jsslaw.com | ronald.silverman@bingham.com |
| harrisjm@michigan.gov | ross.martin@ropesgray.com |
| harveystrickon@paulhastings.com | rrainer@wmd-law.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | russj4478@aol.com |
| hmagaliff@r3mlaw.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | sabin.willett@bingham.com |
| holsen@stroock.com | sabramowitz@velaw.com |
| howard.hawkins@cwt.com | sabvanrooy@hotmail.com |
| hseife@chadbourne.com | sally.henry@skadden.com |
| hsnovikoff@wlrk.com | samuel.cavior@pillsburylaw.com |
| hsteel@brownrudnick.com | sandyscafaria@eaton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | scargill@lowenstein.com |
| icatto@mwe.com | schager@ssnyc.com |
| igoldstein@proskauer.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | schepis@pursuitpartners.com |
| irethy@stblaw.com | schnabel.eric@dorsey.com |
| israel.dahan@cwt.com | schristianson@buchalter.com |
| iva.uroic@dechert.com | schwartzmatthew@sullcrom.com |
| jacobsonn@sec.gov | scott.golden@hoganlovells.com |
| jalward@blankrome.com | scottj@sullcrom.com |
| james.heaney@lawdeb.com | scottshelley@quinnemanuel.com |
| james.mcclammy@dpw.com | scousins@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sdnyecf@dor.mo.gov |
| jamesboyajian@gmail.com | seba.kurian@invesco.com |
| jamestecce@quinnemanuel.com | sehlers@armstrongteasdale.com |
| jar@outtengolden.com | sfalanga@connellfoley.com |
| jason.jurgens@cwt.com | sfelderstein@ffwplaw.com |
| jay.hurst@oag.state.tx.us | sfineman@lchb.com |
| jay@kleinsolomon.com | sfox@mcguirewoods.com |
| jbeemer@entwistle-law.com | sgordon@cahill.com |
| jbeiers@co.sanmateo.ca.us | sgubner@ebg-law.com |
| jbird@polsinelli.com | sharbeck@sipc.org |
| jbromley@cgsh.com | shari.leventhal@ny.frb.org |
| jcarberry@cl-law.com | shgross5@yahoo.com |
| jchristian@tobinlaw.com | sidorsky@butzel.com |
| jchubak@proskauer.com | sldreyfuss@hlgslaw.com |
| jdoran@haslaw.com | sleo@bm.net |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdweck@sutherland.com | slevine@brownrudnick.com |
| jdyas@halperinlaw.net | sloden@diamondmccarthy.com |
| jean-david.barnea@usdoj.gov | smillman@stroock.com |
| jeanites@whiteandwilliams.com | smulligan@bsblawyers.com |
| jeannette.boot@wilmerhale.com | snewman@katskykorins.com |
| jeff.wittig@coair.com | sory@fdlaw.com |
| jeffery.black@bingham.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |
| jflaxer@golenbock.com | sstarr@starrandstarr.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfreeberg@wfw.com | steele@lowenstein.com |
| jg5786@att.com | stephen.cowan@dlapiper.com |
| jgenovese@gjb-law.com | stephen.hessler@kirkland.com |
| jgoodchild@morganlewis.com | steve.ginther@dor.mo.gov |
| jguy@orrick.com | steven.usdin@flastergreenberg.com |
| jhiggins@fdlaw.com | steven.wilamowsky@bingham.com |
| jhorgan@phxa.com | streusand@slollp.com |
| jhuggett@margolisedelstein.com | susheelkirpalani@quinnemanuel.com |
| jim@atkinslawfirm.com | sweyl@haslaw.com |
| jjoyce@dresslerpeters.com | swolowitz@mayerbrown.com |
| jjtancredi@daypitney.com | szuch@wiggin.com |
| jjureller@klestadt.com | tannweiler@greerherz.com |
| jlamar@maynardcooper.com | tbrock@ssbb.com |
| jlawlor@wmd-law.com | tdewey@dpklaw.com |
| jlee@foley.com | tgoren@mofo.com |
| jlevitin@cahill.com | thaler@thalergertler.com |
| jlscott@reedsmith.com | thomas.califano@dlapiper.com |
| jmaddock@mcguirewoods.com | tim.desieno@bingham.com |
| jmakower@tnsj-law.com | timothy.harkness@freshfields.com |
| jmazermarino@msek.com | tjfreedman@pbnlaw.com |
| jmelko@gardere.com | tkiriakos@mayerbrown.com |
| jmerva@fult.com | tlauria@whitecase.com |
| jmmurphy@stradley.com | tmacwright@whitecase.com |
| jmr@msf-law.com | tmarrion@haslaw.com |
| jnadritch@olshanlaw.com | tnixon@gklaw.com |
| jnm@mccallaraymer.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.monaghan@hklaw.com | tomwelsh@orrick.com |
| john.mule@ag.state.mn.us | tsalter@blankrome.com |
| john.rapisardi@cwt.com | tslome@msek.com |
| jonathan.goldblatt@bnymellon.com | tunrad@burnslev.com |
| jonathan.henes@kirkland.com | twheeler@lowenstein.com |
| jorbach@hahnhessen.com | villa@slollp.com |
| joseph.cordaro@usdoj.gov | vmilione@nixonpeabody.com |
| joseph.serino@kirkland.com | vrubinstein@loeb.com |
| joshua.dorchak@bingham.com | wanda.goodloe@cbre.com |
| jowen769@yahoo.com | wballaine@lcbf.com |
| joy.mathias@dubaiic.com | wbenzija@halperinlaw.net |
| jpintarelli@mofo.com | wchen@tnsj-law.com |
| jporter@entwistle-law.com | wcurchack@loeb.com |
| jprol@lowenstein.com | wdase@fzwz.com |
| jrabinowitz@rltlawfirm.com | wfoster@milbank.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | will.sugden@alston.com |
| jschiller@bsfllp.com | wiltenburg@hugheshubbard.com |
| jschwartz@hahnhessen.com | wisotska@pepperlaw.com |
| jsheerin@mcguirewoods.com | wk@pwlawyers.com |
| jshenwick@gmail.com | wmaher@wmd-law.com |
| jsherman@bsfllp.com | wmarcari@ebglaw.com |
| jshickich@riddellwilliams.com | wmckenna@foley.com |
| jsmairo@pbnlaw.com | wrightth@sullcrom.com |
| jstoll@mayerbrown.com | wsilverm@oshr.com |
| jsullivan@mosessinger.com | wswearingen@llf-law.com |
| jtimko@shutts.com | wtaylor@mccarter.com |
| judy.morse@crowedunlevy.com | wweintraub@stutman.com |
| jvail@ssrl.com | wzoberman@bermanesq.com |
| jwcohen@daypitney.com | yuwatoko@mofo.com |
| jweiss@gibsondunn.com | |

**EXHIBIT B**

08-13555-mg    Doc 45120    Filed 07/11/14    Entered 07/11/14 19:31:45    Main Document
Pg 12 of 14

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.,**

FIRST CLASS MAIL SERVICE LIST

*LBH NOW_OMNI 84 (D.I. 45062)*

CHINATRUST COMMERCIAL BANK
ATTN: GRACE WU
16F., NO. 3, SUNG SHOU ROAD
TAIPEI 110
TAIWAN

*LBH NOW_OMNI 84 (D.I. 45062)*

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104