UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
                                                               :
                    Debtors.                                 :   (Jointly Administered)
                                                               :
------------------------------------------------------------------------x   Ref. Docket No. 45083

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2014, I caused to be served the "Notice of Adjournment of Objection to Proof of Claim Numbers 67782, 68103, and 64071," dated July 9, 2014 [Docket No. 45083], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
10th day of July, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

T:\Clients\LBH\Affidavits\POC Nos 67782, 68103 & 64071 NOA_DI_45083_AFF_7-9-14.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | karl.geercken@alston.com |
| adarwin@nixonpeabody.com | kdwbankruptcydepartment@kelleydrye.com |
| adiamond@diamondmccarthy.com | keckhardt@hunton.com |
| aeckstein@blankrome.com | keith.simon@lw.com |
| aentwistle@entwistle-law.com | ken.coleman@allenovery.com |
| afriedman@irell.com | ken.higman@hp.com |
| agbanknewyork@ag.tn.gov | kerry.moynihan@hro.com |
| aglenn@kasowitz.com | kgwynne@reedsmith.com |
| agold@herrick.com | kiplok@hugheshubbard.com |
| agoldstein@tnsj-law.com | kit.weitnauer@alston.com |
| agottfried@morganlewis.com | kjarashow@stutman.com |
| aisenberg@saul.com | kkelly@ebglaw.com |
| akadish@dtlawgroup.com | kkolbig@mosessinger.com |
| akantesaria@oppenheimerfunds.com | klyman@irell.com |
| akolod@mosessinger.com | klynch@formanlaw.com |
| alum@ftportfolios.com | kmayer@mccarter.com |
| amarder@msek.com | kobak@hugheshubbard.com |
| amartin@sheppardmullin.com | korr@orrick.com |
| amcmullen@boultcummings.com | kovskyd@pepperlaw.com |
| amenard@tishmanspeyer.com | kressk@pepperlaw.com |
| amh@amhandlerlaw.com | kreynolds@mklawnyc.com |
| andrew.brozman@cliffordchance.com | krodriguez@allenmatkins.com |
| andrew.lourie@kobrekim.com | krosen@lowenstein.com |
| angelich.george@arentfox.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lisa.ewart@wilmerhale.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com

melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dflanigan@polsinelli.com | msolow@kayescholer.com |
| dgrimes@reedsmith.com | mspeiser@stroock.com |
| dhayes@mcguirewoods.com | mstamer@akingump.com |
| dheffer@foley.com | mvenditto@reedsmith.com |
| dhurst@coleschotz.com | mwarner@coleschotz.com |
| dhw@dhclegal.com | mwarren@mtb.com |
| diconzam@gtlaw.com | nathan.spatz@pillsburylaw.com |
| djcarragher@daypitney.com | nbojar@fklaw.com |
| djoseph@stradley.com | ncoco@mwe.com |
| dkessler@ktmc.com | neal.mann@oag.state.ny.us |
| dkozusko@willkie.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | neilberger@teamtogut.com |
| dlipke@vedderprice.com | nherman@morganlewis.com |
| dmarkham@gibbonslaw.com | nissay_10259-0154@mhmjapan.com |
| dmcguire@winston.com | nlepore@schnader.com |
| dmurray@jenner.com | notice@bkcylaw.com |
| dneier@winston.com | nyrobankruptcy@sec.gov |
| dodonnell@milbank.com | otccorpactions@finra.org |
| dove.michelle@dorsey.com | paronzon@milbank.com |
| dpegno@dpklaw.com | patrick.oh@freshfields.com |
| draelson@fisherbrothers.com | pbattista@gjb-law.com |
| drosenzweig@fulbright.com | pbosswick@ssbb.com |
| drosner@goulstonstorrs.com | pdublin@akingump.com |
| drosner@kasowitz.com | peisenberg@lockelord.com |
| dshaffer@wtplaw.com | peter.gilhuly@lw.com |
| dshemano@peitzmanweg.com | peter.macdonald@wilmerhale.com |
| dspelfogel@foley.com | peter.simmons@friedfrank.com |
| dtatge@ebglaw.com | peter@bankrupt.com |
| dtheising@harrisonmoberly.com | pfeldman@oshr.com |
| dwdykhouse@pbwt.com | pfinkel@wilmingtontrust.com |
| dwildes@stroock.com | phayden@mcguirewoods.com |
| dworkman@bakerlaw.com | philip.wells@ropesgray.com |
| easmith@venable.com | pmaxcy@sonnenschein.com |
| ecohen@russell.com | ppascuzzi@ffwplaw.com |
| edward.flanders@pillsburylaw.com | ppatterson@stradley.com |
| efleck@milbank.com | psp@njlawfirm.com |
| efriedman@fklaw.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@friedmanspring.com | ptrostle@jenner.com |
| eglas@mccarter.com | raj.madan@bingham.com |
| ekbergc@lanepowell.com | ramona.neal@hp.com |
| eleicht@whitecase.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | rbeacher@pryorcashman.com |
| emagnelli@bracheichler.com | rbernard@foley.com |
| emerberg@mayerbrown.com | rbyman@jenner.com |
| enkaplan@kaplanlandau.com | rdaversa@orrick.com |
| eobrien@sbchlaw.com | relgidely@gjb-law.com |
| ep@scottwood.com | rflanagan@flanassoc.com |
| eschwartz@contrariancapital.com | rfriedman@silvermanacampora.com |
| etillinghast@sheppardmullin.com | rgmason@wlrk.com |
| ezujkowski@emmetmarvin.com | rgoodman@moundcotton.com |
| fbp@ppgms.com | rgraham@whitecase.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| fhenn@law.nyc.gov | rhorkovich@andersonkill.com |
| fhyman@mayerbrown.com | richard.fingard@newedge.com |
| foont@foontlaw.com | richard.lear@hklaw.com |
| fritschj@sullcrom.com | richard.tisdale@friedfrank.com |
| fsosnick@shearman.com | richard@rwmaplc.com |
| fyates@sonnenschein.com | rick.murphy@sutherland.com |
| gabriel.delvirginia@verizon.net | rjones@boultcummings.com |
| gary.ravertpllc@gmail.com | rleek@hodgsonruss.com |
| gbray@milbank.com | rlevin@cravath.com |
| george.south@dlapiper.com | rmatzat@hahnhessen.com |
| ggitomer@mkbattorneys.com | rnetzer@willkie.com |
| ggoodman@foley.com | robert.dombroff@bingham.com |
| giddens@hugheshubbard.com | robert.honeywell@klgates.com |
| gkaden@goulstonstorrs.com | robert.malone@dbr.com |
| glenn.siegel@dechert.com | robert.yalen@usdoj.gov |
| gmoss@riemerlaw.com | robin.keller@lovells.com |
| goldenberg@ssnyc.com | roger@rnagioff.com |
| gspilsbury@jsslaw.com | ronald.silverman@bingham.com |
| harrisjm@michigan.gov | ross.martin@ropesgray.com |
| harveystrickon@paulhastings.com | rrainer@wmd-law.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | russj4478@aol.com |
| hmagaliff@r3mlaw.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | sabin.willett@bingham.com |
| holsen@stroock.com | sabramowitz@velaw.com |
| howard.hawkins@cwt.com | sabvanrooy@hotmail.com |
| hseife@chadbourne.com | sally.henry@skadden.com |
| hsnovikoff@wlrk.com | samuel.cavior@pillsburylaw.com |
| hsteel@brownrudnick.com | sandyscafaria@eaton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | scargill@lowenstein.com |
| icatto@mwe.com | schager@ssnyc.com |
| igoldstein@proskauer.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | schepis@pursuitpartners.com |
| irethy@stblaw.com | schnabel.eric@dorsey.com |
| israel.dahan@cwt.com | schristianson@buchalter.com |
| iva.uroic@dechert.com | schwartzmatthew@sullcrom.com |
| jacobsonn@sec.gov | scott.golden@hoganlovells.com |
| jalward@blankrome.com | scottj@sullcrom.com |
| james.heaney@lawdeb.com | scottshelley@quinnemanuel.com |
| james.mcclammy@dpw.com | scousins@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sdnyecf@dor.mo.gov |
| jamesboyajian@gmail.com | seba.kurian@invesco.com |
| jamestecce@quinnemanuel.com | sehlers@armstrongteasdale.com |
| jar@outtengolden.com | sfalanga@connellfoley.com |
| jason.jurgens@cwt.com | sfelderstein@ffwplaw.com |
| jay.hurst@oag.state.tx.us | sfineman@lchb.com |
| jay@kleinsolomon.com | sfox@mcguirewoods.com |
| jbeemer@entwistle-law.com | sgordon@cahill.com |
| jbeiers@co.sanmateo.ca.us | sgubner@ebg-law.com |
| jbird@polsinelli.com | sharbeck@sipc.org |
| jbromley@cgsh.com | shari.leventhal@ny.frb.org |
| jcarberry@cl-law.com | shgross5@yahoo.com |
| jchristian@tobinlaw.com | sidorsky@butzel.com |
| jchubak@proskauer.com | sldreyfuss@hlgslaw.com |
| jdoran@haslaw.com | sleo@bm.net |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdweck@sutherland.com | slevine@brownrudnick.com |
| jdyas@halperinlaw.net | sloden@diamondmccarthy.com |
| jean-david.barnea@usdoj.gov | smillman@stroock.com |
| jeanites@whiteandwilliams.com | smulligan@bsblawyers.com |
| jeannette.boot@wilmerhale.com | snewman@katskykorins.com |
| jeff.wittig@coair.com | sory@fdlaw.com |
| jeffery.black@bingham.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |
| jflaxer@golenbock.com | sstarr@starrandstarr.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfreeberg@wfw.com | steele@lowenstein.com |
| jg5786@att.com | stephen.cowan@dlapiper.com |
| jgenovese@gjb-law.com | stephen.hessler@kirkland.com |
| jgoodchild@morganlewis.com | steve.ginther@dor.mo.gov |
| jguy@orrick.com | steven.usdin@flastergreenberg.com |
| jhiggins@fdlaw.com | steven.wilamowsky@bingham.com |
| jhorgan@phxa.com | streusand@slollp.com |
| jhuggett@margolisedelstein.com | susheelkirpalani@quinnemanuel.com |
| jim@atkinslawfirm.com | sweyl@haslaw.com |
| jjoyce@dresslerpeters.com | swolowitz@mayerbrown.com |
| jjtancredi@daypitney.com | szuch@wiggin.com |
| jjureller@klestadt.com | tannweiler@greerherz.com |
| jlamar@maynardcooper.com | tbrock@ssbb.com |
| jlawlor@wmd-law.com | tdewey@dpklaw.com |
| jlee@foley.com | tgoren@mofo.com |
| jlevitin@cahill.com | thaler@thalergertler.com |
| jlscott@reedsmith.com | thomas.califano@dlapiper.com |
| jmaddock@mcguirewoods.com | tim.desieno@bingham.com |
| jmakower@tnsj-law.com | timothy.harkness@freshfields.com |
| jmazermarino@msek.com | tjfreedman@pbnlaw.com |
| jmelko@gardere.com | tkiriakos@mayerbrown.com |
| jmerva@fult.com | tlauria@whitecase.com |
| jmmurphy@stradley.com | tmacwright@whitecase.com |
| jmr@msf-law.com | tmarrion@haslaw.com |
| jnadritch@olshanlaw.com | tnixon@gklaw.com |
| jnm@mccallaraymer.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.monaghan@hklaw.com | tomwelsh@orrick.com |
| john.mule@ag.state.mn.us | tsalter@blankrome.com |
| john.rapisardi@cwt.com | tslome@msek.com |
| jonathan.goldblatt@bnymellon.com | tunrad@burnslev.com |
| jonathan.henes@kirkland.com | twheeler@lowenstein.com |
| jorbach@hahnhessen.com | villa@slollp.com |
| joseph.cordaro@usdoj.gov | vmilione@nixonpeabody.com |
| joseph.serino@kirkland.com | vrubinstein@loeb.com |
| joshua.dorchak@bingham.com | wanda.goodloe@cbre.com |
| jowen769@yahoo.com | wballaine@lcbf.com |
| joy.mathias@dubaiic.com | wbenzija@halperinlaw.net |
| jpintarelli@mofo.com | wchen@tnsj-law.com |
| jporter@entwistle-law.com | wcurchack@loeb.com |
| jprol@lowenstein.com | wdase@fzwz.com |
| jrabinowitz@rltlawfirm.com | wfoster@milbank.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com

will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

08-13555-mg    Doc 45124    Filed 07/11/14    Entered 07/11/14 20:23:48    Main Document
Pg 11 of 14

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.,**
FIRST CLASS MAIL SERVICE LIST

| | |
|---|---|
| *LBH NOA_GIANTS (D.I. 45083)_7-9-14* | *LBH NOA_GIANTS (D.I. 45083)_7-9-14* |
| GIANTS STADIUM LLC<br>ATTN: CHRISTINE PROCOPS<br>MEADOWLANDS SPORTS COMPLEX<br>50 STATE ROUTE 120<br>EAST RUTHERFORD,  NJ 07073 | THOMAS JOHN WRIGHT<br>SULLIVAN & CROMWELL LLP<br>125 BROAD STREET<br>NEW YORK, NY 10004 |