B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Luxor Spectrum Offshore Master Fund LP</u>        <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>17247</u>
should be sent:                                  Amount of Claim:  <u>$580,000,000.00 (allowed)</u>
                                                 Transferred Amount:  <u>$803,000.00 (allowed)</u>
Luxor Capital Group                              Date Claim Filed:  <u>9/18/09</u>
1114 Avenue of the Americas                      Debtor: <u>Lehman Brothers Holdings Inc.</u>
29th Floor
New York, NY 10036
Email: bankdebt@luxorcap.com

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR SPECTRUM OFFSHORE MASTER FUND LP

By: _____        Date: 6/13/14
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Kelly Skura
Chief Financial Officer
Luxor Capital Group, LP
Investment Manager

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: _____
     Transferor/Transferor's Agent

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR SPECTRUM OFFSHORE MASTER FUND LP

By: _____    Date: _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _/s/_____    Date: 6/18/14
     Transferor/Transferor's Agent

16