B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| OC 19 Master Fund LP – LCG | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:　　　Court Claim # (if known): <u>19487</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount of Claim: <u>$580,000,000.00 (allowed)</u>
Luxor Capital Group　　　　　　　　　　　　　　　Transferred Amount: <u>$996,000.00 (allowed)</u>
1114 Avenue of the Americas　　　　　　　　　Date Claim Filed: <u>9/18/09</u>
29th Floor　　　　　　　　　　　　　　　　　　Debtor: <u>Lehman Commercial Paper Inc.</u>
New York, NY 10036
Email: bankdebt@luxorcap.com

13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OC 19 MASTER FUND LP – LCG

By: _____  Date: 6/13/14
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Kelly Skura
Chief Financial Officer
Luxor Capital Group, LP
Investment Manager

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: _____
Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OC 19 MASTER FUND LP – LCG

By: _____            Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: *[signature]*            Date: 6/18/14
    Transferor/Transferor's Agent