B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Luxor Wavefront LP</u>                          <u>Goldman Sachs Lending Partners LLC</u>
        Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>19487</u>
should be sent:                                    Amount of Claim: <u>$580,000,000.00 (allowed)</u>
                                                   Transferred Amount: <u>$2,500,000.00 (allowed)</u>
                                                   Date Claim Filed: <u>9/18/09</u>
Luxor Capital Group                                Debtor: <u>Lehman Commercial Paper Inc.</u>
1114 Avenue of the Americas
29th Floor
New York, NY 10036
Email: bankdebt@luxorcap.com

13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR WAVEFRONT LP

By: _____          Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

           Kelly Skura
          Chief Financial Officer
         Luxor Capital Group, LP
          Investment Manager

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
      Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR WAVEFRONT LP

By: _____
        Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
        Transferor/Transferor's Agent

Date: _6/18/14_

14