B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
                                                                 (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Luxor Capital Partners Offshore Master Fund LP</u>   <u>Goldman Sachs Lending Partners LLC    </u>
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>19487         </u>
should be sent:                                  Amount of Claim: <u> $580,000,000.00 (allowed)  </u>
                                                 Transferred Amount: <u> $12,275,000.00 (allowed) </u>
Luxor Capital Group                              Date Claim Filed: <u> 9/18/09                   </u>
1114 Avenue of the Americas                      Debtor: <u>Lehman Commercial Paper Inc.</u>
29th Floor
New York, NY 10036
Email: bankdebt@luxorcap.com

13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP

By: _____*Kelly*_____          Date: 6/13/14
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

    Kelly Skura
  Chief Financial Officer
 Luxor Capital Group, LP
  Investment Manager

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
   Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _[signature]_____     Date: 6/18/14
    Transferor/Transferor's Agent

14