WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek

JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone:    (303) 573-1600
Facsimile:    (303) 573-8133
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Special Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR
ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR
INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST
MORTGAGE LOAN SELLERS AS TO DIRECT MORTGAGE, CORP.**

**PLEASE TAKE NOTICE** that on May 29, 2014, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator for the entities in the above referenced chapter 11 cases (the "Debtors"), filed a motion (the "Motion") for an alternative dispute resolution procedures order for indemnification claims of the Debtors against mortgage loan sellers (the "Sellers") [Dkt. No. 44450].

**PLEASE TAKE FURTHER NOTICE** that on June 12, 2014, Direct Mortgage, Corp. ("Direct") filed a joint response in opposition to the Motion together with six other Sellers (the "Direct Joint Objection") [Dkt. No. 44680].

**PLEASE TAKE FURTHER NOTICE** that on June 24, 2014, the Court entered an Order granting the Motion, but adjourning final determination of the Motion as to certain parties that filed a response or objection, including Direct, until July 16, 2014 [Dkt. No. 44846].

**PLEASE TAKE FURTHER NOTICE** that LBHI is hereby withdrawing the Motion as to Direct.  This withdrawal shall only apply to Direct, and shall not have any force or effect as to any other Seller, including those six other Sellers that jointly filed the Direct Joint Objection.

Dated:  New York, New York
July 15, 2014

/s/ Adam M. Bialek
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

*Special Counsel for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*