Honorable Shelley C. Chapman  July 10, 2014
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
N.Y., N.Y. Room 623

Re: In re Lehman Bros. Holding Inc  Case No. 08-13555
Claim No. 15580

   Please be advised that I will be unable to attend the July 16, 2014 hearing because of my wife's illness. Her condition has not improved and she cannot be left alone for the amount of time required for me to attend this hearing and it could be several months before things change.
   I recently received a letter from Garrett A. Fail a lawyer from Weil, Gotshal and Manges who represent Lehman Bros. Holding Inc telling me that LBHI will not consent to any further requests for adjournment. Because of my situation I feel this is unfair and a denial of my due process since I have no alternative. I fail to see how postponing this hearing would hold up any closing process since there are hundreds of claims that have to be settled.
   Thank you,
   Michael J. Styx

cc Weil, Gotshal & Manges.