WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :    **08-13555 (SCC)**
                                                            :
                                    **Debtors.**            :    **(Jointly Administered)**
                                                            :
-------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :
                                                            :    **Case No.**
**LEHMAN BROTHERS INC.,**                                   :
                                                            :    **08-01420 (SCC) (SIPA)**
                                    **Debtor.**             :
                                                            :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF
MATTERS SCHEDULED FOR THE SEVENTY-FIFTH
OMNIBUS AND CLAIMS HEARING ON JULY 16, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

**I.    CONTESTED MATTER:**

1.    Trustee's Objection to the General Creditor Proof of Claim of Sofia Frankel (Claim No. 4909) [**LBI ECF No. 8425**]

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

A.    Response of Sofia Frankel [**LBI ECF No. 8597**]

Related Documents:

B.    Trustee's Supplemental Objection to the General Creditor Claim of Sofia Frankel (Claim No. 6430 (Amending and Superseding Claim No. 4909) [**LBI ECF No. 9014**]

C.    Trustee's Reply in Further Support of the Supplemental Objection to the General Creditor Proof of Claim of Sofia Frankel (Claim No. 6430 (Amending and Superseding Claim No. 4909)) [**LBI ECF No. 9328**]

Status:  This matter is going forward.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**II.    CONTESTED MATTERS:**

2.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Response Deadline:    June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
June 13, 2014, at 4:00 p.m. (for Internal Revenue Service, United States Trustee, and parties on the Debtors' Master Service List)

US_ACTIVE:\44514423\10\58399.0011

Responses Received:

A.    Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

B.    Response of Universal American Mortgage Company, LLC, *et al.* in Opposition to Motion [**ECF No. 44680**]

C.    Objection of DHI Mortgage Company, Ltd., to Debtors' Motion for an Order for Alternative Dispute Resolution Procedures for Indemnification Claims of Debtors Against Mortgage Loan Sellers [**ECF No. 44682**]

D.    Objection of MortgageIt, Inc. to Motion of Lehman Brothers Holdings, Inc. for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44704**]

E.    Joinder of Stearns Lending Inc. to the Objections to Debtor's Motion for Alternative Dispute Resolution Procedures Order for Indemnification of Claims of the Debtors Against Mortgage Loan Sellers [**ECF 44747**]

Related Documents:

F.    Declaration of Adam M. Bialek in Support of Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

G.    Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

H.    Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

I.    Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

J.     Notice of Withdrawal of Debtors' Motion For Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers As to Direct Mortgage, Corp. [**ECF No. 45144**]

Status:  This matter is going forward on a contested basis as to Objection of PHH Home Loans, LLC, [**ECF No. 44673**], Objection of MortgageIt, Inc. [**ECF No. 44707**] and Joinder of Stearns Lending Inc. to the Objections to Debtor's Motion [**ECF No. 44747**].  This matter has been resolved in principal and proposed orders will be submitted to Court at the hearing for its review with respect to the Response of Universal American Mortgage Company, LLC, *et al.* [**ECF No. 44680**] and Objection of DHI Mortgage Company, Ltd. [**ECF No. 44682**].

3.    Four Hundred Sixty-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44487**]

Response Deadline:    July 2, 2014 at 4:00 p.m. or as otherwise extended.

Response Received:

A.     Letter from Matthew Lee

Related Document:

B.     Reply to Response of Matthew Lee to the Found Hundred Sixty-Sixth Omnibus Objection to Claims [**ECF No. 45047**]

Status:  This matter is going forward on a contested basis solely with respect to claim number 14073 of Matthew Lee.

4.    Debtors' Objection to Proofs of Claim Filed by 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) [**ECF No. 18397**]

Response Deadline:    August 10, 2011 at 4:00 p.m.

Response Received:

A.     Opposition Brief of 21378747 Ontario Ltd., and 6785778 Canada Inc. [**ECF No. 19315**]

Related Documents:

B.     Plan Administrator's Reply Brief in Support of Debtors' Objection to Proofs of Claim Filed by 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586) [**ECF No. 44503**]

C.     Surreply of 21378747 Ontario Ltd., and 6785778 Canada Inc. [**ECF No. 45078**]

US_ACTIVE:\44514423\10\58399.0011

Status:  This matter is going forward on a contested basis.

5.      Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 29295**]

Responses Received:

A.      Response of Conway Hospital, Inc. to Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 30091**]

B.      Amended Response of Conway Hospital, Inc. to Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 44912**]

Related Documents:

C.      Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Objection to Proof of Claim No. 68076 [**ECF No. 43742**]

D.      Reply to Response of Conway Hospital, Inc. to Lehman Brothers Holdings Inc.'s Three Hundred Twenty Third Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 45122**]

Status:  This matter is going forward on a contested basis.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**III.     ADVERSARY PROCEEDINGS:**

6.      Lehman Brothers Holdings Inc., *et al*. v. Giants Stadium LLC [**Adversary Proceeding No. 13-01554**]

**Pre-Trial Conference**

Related Documents:

A.      Adversary Complaint [**ECF No. 1**]

B.      Motion to Dismiss Adversary Proceeding filed by Bruce E. Clark on behalf of Giants Stadium LLC [**ECF No. 10**]

C.      Declaration of Matthew A. Schwartz  in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 11**]

D.      Declaration of Matthew A. Schwartz  in Support of Motion to
        Dismiss Adversary Proceeding [**ECF No. 13**]

Status:  This matter is going forward on a contested basis.

7.      Moore Macro Fund, *et al*. *et al*. v. Lehman Brothers Holdings Inc., *et al*.
        [**Adversary Proceeding No. 14-02021**]

        **Pre-Trial Conference**

        Related Documents:

        A.      Adversary Complaint [**ECF No. 1**]

        B.      Notice of Motion to Withdraw Reference [**ECF No. 5**]

        C.      Memorandum of Law in Support of Motion to Withdraw
                Reference [**ECF No. 6**]

        D.      Affirmation of Erik Groothuis in Support of Motion to Withdraw
                Reference [**ECF No. 7**]

        E.      Answer, Counterclaims and Claim Objections [**ECF No. 9**]

        Status:  This matter is going forward solely as a status conference.

IV.     **ADJOURNED MATTERS:**

A.      **Lehman Brothers Holdings Inc. Chapter 11 Cases**

        8.      One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 19399**]

        Response Deadline:    September 20, 2011 at 4:00 p.m.

        Response Received:

        A.      Response of Michael Stipo (Claim No. 15580) [**ECF No. 20176**]

        B.      Letter from Michael Stipo

        Related Documents:

        C.      Reply to Claims Asserting Veil-Piercing Liability Against Lehman
                Brothers Holdings Inc. (Claim Nos. 1681, 8090, 9589, 10767,
                12080, 13503, 15220, 15580, 25533, 31318, 33549) [**ECF No.
                41482**]

US_ACTIVE:\44514423\10\58399.0011

D.      Notice of Adjournment of Hearing of the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claim [**ECF No. 44732**]

Status:  At the request of the Honorable Judge Shelley C. Chapman, this matter has been adjourned to a hearing in December 2014 for which a date has not yet been determined, solely with respect to the claim of Michael Stipo (Claim No. 15580). The hearing on the objection with respect to other claims has been adjourned to a date to be determined.

9.      Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 35787**]

Response Deadline:    April 15, 2013 at 4:00 p.m. or as otherwise extended.

Adjourned Responses:

A.      Thomas P Blakeslee Opposition Brief to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36654**]

B.      Craig Inglis Response to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36773**]

C.      Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36558**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m. solely with respect to claim numbers 66365, 10915, and 510.

10.     Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to August 12, 2014 at 10 a.m.

11.     Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:    June 3, 2013 at 4:00 p.m.

7

Adjourned Responses:

    A.    Response of Commerzbank AG [**ECF No. 38674**]

    B.    Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

12.    Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38050**]

Response Deadline:    July 19, 2013 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Christopher Dorland to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38864**]

    B.    Response of John Greco to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38863**]

    C.    Response filed by Alysse McLoughlin [**ECF No. 39426**]

    D.    Response of Carlos Torres to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38862**]

    E.    Response of David Wilson to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38865**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m. solely with respect to claim numbers 180, 599, 25510, 532, and 772.

13.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Response Received:

    A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under

8

Federal Rules of Bankruptcy Procedure 2004 and 9016
[**ECF No. 40232**]

Related Documents:    None.

Status:  This matter has been adjourned to August 12, 2014 at 10 a.m.

14.    Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims)
[**ECF No. 42105**]

Response Deadline:    February 18, 2014 at 4:00 p.m. or as otherwise extended.

Related Documents:    None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m. solely
with respect to claim numbers 19986, 19987, 19988, and 27709.

15.    Objection to Proof of Claim Numbers 67782, 68103, and 64071 [**ECF No. 44269**]

Response Deadline:    June 9, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to August 12, 2014 at 10 a.m.

16.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for
Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No.
44450**]

Response Deadline:    June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
June 13, 2014, at 4:00 p.m. (for Internal Revenue Service,
United States Trustee, and parties on the Debtors' Master
Service List)

Responses Received:

A.    Objection of SecurityNational Mortgage Company to Plan
Administrator's Motion For Alternative Dispute Resolution And
Procedures Order For Indemnification Claims of the Debtors
Against Mortgage Loan Sellers [**ECF No. 44672**]

B.    Limited Objection of Plaza Home Mortgage Inc. to the Plan
Administrator's Motion for Alternative Dispute Resolution
Procedures Order for Indemnification Claims of the Debtors
Against Mortgage Loan Sellers [**ECF No. 44674**]

9

C.      Limited Objection and Reservation of Rights of Mountain West
        Financial, Inc. to Motion for Alternative Dispute Resolution
        Procedures Order for Indemnification Claims of the Debtors
        Against Mortgage Loan Sellers [**ECF No. 44677**]

D.      Limited Objection and Reservation of Rights of First California
        Mortgage Corporation to Motion for Alternative Dispute
        Resolution Procedures Order for Indemnification Claims of the
        Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

E.      Limited Objection and Reservation of Rights of Republic
        Mortgage Home Loans, LLC to Motion for Alternative Dispute
        Resolution Procedures Order for Indemnification Claims of the
        Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

F.      Limited Objection and Reservation of Rights of Sun American
        Mortgage Co., *et al.* to Motion for Alternative Dispute Resolution
        Procedures Order for Indemnification Claims of the Debtors
        Against Mortgage Loan [**ECF No. 44684**]

G.      Joinder of Perl Mortgage, Inc. and Simonich Corporateion d/b/a
        Commerce Mortgage to the Limited Objeciton and Reservation of
        Rights to Motion for Alternative Dispute Resolution Procedures
        Order for Indemnification Claims of the Debtors Against Mortgage
        Loan Sellers [**ECF No. 44740**]

Related Documents:

H.      Declaration of Adam M. Bialek in Support of Order to Show
        Cause to Shorten Notice Period and Extend the Response Deadline
        by One Day for Late Served Recipients of Debtors' Motion for
        Alternative Resolution Procedures Order for Indemnification
        Claims of the Debtors Against Mortgage Loan Sellers on Debtors'
        Master Service List [**ECF No. 44571**]

I.      Order to Show Cause to Shorten Notice Period and Extend the
        Response Deadline By One Day For Late Served Recipients of
        Debtors' Motion for Alternative Resolution Procedures Order for
        Indemnification Claims of the Debtors Against Mortgage Loan
        Sellers on Debtors' Master Service List [**ECF No. 44572**]

J.      Debtors' Omnibus Reply to Responses and Objections [**ECF No.
        44728**]

K.    Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

L.    Notice of Withdrawal of Debtors' Motion For Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers As to Direct Mortgage, Corp. [**ECF No. 45144**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to (i) Objection of SecurityNational Mortgage Company [**ECF No. 44672**]; (ii) Limited Objection and Reservation of Rights of Sun American Mortgage Co. *et al.* [**ECF No. 44684**]; (iii) Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC [**ECF No. 44681**]; (iv) Limited Objection of Plaza Home Mortgage Inc. [**ECF No. 44674**]; (v) Limited Objection and Reservation of Rights of Mountain West Financial, Inc. [**ECF No. 44677**]; (vi) Limited Objection and Reservation of Rights of First California Mortgage Corporation [**ECF No. 44679**]; and (vii) Joinder of Perl Mortgage, Inc. and Simonich Corporateion d/b/a Commerce Mortgage [**ECF 44740**].

17.    Four Hundred Sixty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 44484**]

Response Deadline:    July 2, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

18.    The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44488**]

Response Deadline:    July 2, 2014 at 4:00 p.m. or as otherwise extended.

Response Received:

A.    Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m. solely with respect to the following claims: claim number 8712 of Lexcel Partners, claim number 15604 of Moody's Investor Service, claim numbers 25704, 44296 and 48726 of Wells Fargo Bank, NA, and claim number 19132 of MPC Munchmeyer Petersen Structured Products Gmbh.

US_ACTIVE:\44514423\10\58399.0011

19.   The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44489**]

Response Deadline:    July 2, 2014 at 4:00 p.m. or as otherwise extended.

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

20.   The Plan Administrator's Four Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44490**]

Response Deadline:    July 2, 2014 at 4:00 p.m. or as otherwise extended.

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

21.   Four Hundred Seventieth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44495**]

Response Deadline:    July 2, 2014 at 4:00 p.m. or as otherwise extended.

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m. solely with respect to claim number 17244.

22.   Motion of Claimants Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo for Relief from Stay and Injunction Provided Under Plan [**ECF No. 44848**]

Response Deadline:    July 9, 2014 at 4:00 p.m.

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m.

**B.    Lehman Brothers Inc. Proceedings**

23.   Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

Response Deadline:    May 20, 2013 at 4:00 p.m.

Response Received:

A.    Response of Zameer Khan [**Not Docketed**]

Related Document:

B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6563**]

US_ACTIVE:\44514423\10\58399.0011

Status: This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of Mr. Khan.

24.     Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) **[LBI ECF No. 6758]**

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

      B.      Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of Mr. Eddi.

25.     Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 7185]**

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Louise Brodsky [**Not Docketed**]

Related Document:

      B.      Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7483**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of Ms. Brodsky.

26.     Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) **[LBI ECF No. 7382]**

Response Deadline:    October 23, 2013 at 4:00 p.m., extended for certain claimants to October 30, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Terry G. Reckas [**Not Docketed**]

US_ACTIVE:\44514423\10\58399.0011

Related Document:

    B.    Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

27.    Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended to a date to be determined as to one claimant.

Responses Received:

    A.    Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

    B.    Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

    C.    Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

28.    Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624)  [**LBI ECF No. 7950**]

Response Deadline:    January 10, 2014 at 4:00 p.m.

Response Received:

    A.    Response of MGIC [**LBI ECF No. 8233**]

Related Documents:

    B.    Reply in Further Support of the Trustee's Objection to the General Creditor Claim Filed by Mortgage Guaranty Insurance Corp. (Claim No. 5624) [**LBI ECF No. 8881**]

    C.    Declaration of Samuel C. McCoubrey in Support of the Reply [**LBI ECF No. 8882**]

US_ACTIVE:\44514423\10\58399.0011

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m.

29.    Trustee's Objection to the General Creditor Proof of Claim of Connie & Curtis Gale (Claim No. 7000142) **[LBI ECF No. 8408]**

Response Deadline:    March 20, 2014 at 4:00 p.m.

Responses Received:

> A.    First Responses of Connie and Curtis Gale **[LBI ECF Nos. 8490, 8512]**
>
> B.    Supplemental Response Affidavit on behalf of Connie and Curtis Gale's Response and Opposition to Trustee's Objection **[LBI ECF No. 8511]**

Related Documents:    None.

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m.

30.    Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) **[LBI ECF No. 8428]**

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

> A.    Response of Nomura Holdings, Inc. **[LBI ECF No. 8539]**

Related Documents:

> B.    Notice of Withdrawal **[LBI ECF No. 8681]**
>
> C.    Order Granting the  Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims **[LBI ECF No. 8728]**

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

31.    Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 8467]**

Response Deadline:    April 2, 2014 at 4:00 p.m.

Response Received:

> A.    Response of John and Ann McCulla **[LBI ECF No. 8623]**

US_ACTIVE:\44514423\10\58399.0011

Related Document:

      B.      Order Granting the Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims)  [**LBI ECF No. 8729**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claims of the McCullas.

32.      Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

      Response Deadline:    April 4, 2014 at 4:00 p.m., extended to April 21, 2014 at 4:00 p.m.

      Response Received:

      A.      Response of Comerica Bank [**LBI ECF No. 8711**]

      Related Documents:

      B.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

      C.      Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

33.      Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

      Response Deadline:    April 11, 2014 at 4:00 p.m., extended to May 9, 2014 at 4:00 p.m.

      Responses Received:

      A.      Response of Precision Engraving Company [**LBI ECF No. 8622**]

16

B.    Response of Mercer, Inc. [**LBI ECF No. 8638**]

C.    Response of Peter L. Frampton [**LBI ECF No. 8646**]

D.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

E.    Responses of Pegasus Transport Service, Inc. [**LBI ECF Nos. 8656, 8657, 8684, 8685**]

F.    Response of Scott Logic Ltd. [**LBI ECF No. 8673**]

Related Documents:

G.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

H.    Notices of Resolution [**LBI ECF Nos. 8914, 9350**]

I.    Supplemental Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

34.    Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Notice of Withdrawal [**LBI ECF No. 8760**]

B.    Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

US_ACTIVE:\44514423\10\58399.0011

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

35.     Trustee's Two Hundred Twenty-Ninth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) **[LBI ECF No. 8705]**

Response Deadline:    May 9, 2014 at 4:00 p.m., extended for certain parties to June 20, 2014 at 4:00 p.m.

Responses Received:

A.     Response of Russell Reynolds Associates **[LBI ECF No. 8855]**

B.     Response of Standard & Poors Financial Services, LLC and Standard & Poors International, LLC **[LBI ECF No. 8891]**

C.     Exhibit A to Response of Standard & Poors Financial Services, LLC and Standard & Poors International, LLC **[LBI ECF No. 8898]**

Related Documents:

D.     Notice of Withdrawal **[LBI ECF No. 8710]**

E.     Notices of Resolution **[LBI ECF Nos. 8973, 9220]**

F.     Corrected Order Granting the Trustee's Two Hundred Twenty-Ninth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims)  solely as to certain claims **[LBI ECF No. 9230]**

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

36.     Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) **[LBI ECF No. 8804]**

Response Deadline:    May 21, 2014 at 4:00 p.m.

Response Received:

A.     Response of Wendy Uvino **[LBI ECF No. 8980]**

18

Related Documents:

> B.    Notices of Withdrawal [**LBI ECF Nos. 8829, 9027**]
>
> C.    Order Granting the Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9172**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of Ms. Uvino.

37.    Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:    May 27, 2014 at 4:00 p.m.

Response Received:

> A.    Response of RBC Cees Limited [**Not Docketed**]

Related Document:

> B.    Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to the claim of RBC Cees Limited.

38.    Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) [**LBI ECF No. 8966**]

Response Deadline:    June 6, 2014 at 4:00 p.m., extended for certain parties to June 20, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

> A.    Notice of Withdrawal [**LBI ECF No. 9002**]
>
> B.    Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to certain claims [**LBI ECF No. 9175**]

US_ACTIVE:\44514423\10\58399.0011

C.     Supplemental Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 9370**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

39.     Trustee's Two Hundred Thirty Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [LBI ECF No. 8999**]

Response Deadline:    June 19, 2014 at 4:00 p.m., extended for certain parties to June 27, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.     Notice of Withdrawal [**LBI ECF No. 9266**]

B.     Order Granting Trustee's Two Hundred Thirty Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9372**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

40.     Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [LBI ECF No. 9013**]

Response Deadline:    June 20, 2014 at 4:00 p.m., extended for certain parties to July 11, 2014 at 4:00 p.m.

Responses Received:

A.     Response of Julia Kaufman [**LBI ECF No. 9125**]

B.     Declaration of Julia Kaufman [**LBI ECF No. 9126**]

C.     Response of Kyle R. Kettler [**LBI ECF No. 9183**]

D.     Response of Wayne Judkins [**LBI ECF No. 9185**]

E.     Response of Jeffrey Frase and Roy J. Salame [**LBI ECF No. 9196**]

F.     Response of P. Mathew Verghese [**LBI ECF No. 9199**]

G.     Response of Michael Scott Glover and Anshuman Goyal [**LBI ECF No. 9200**]

20

H.    Declaration of Harry W. Lipman on behalf of Akshay Murthy [**LBI ECF No. 9202**]

I.    Response of Akshay Murthy [**LBI ECF No. 9203**]

J.    Response of Murali Raman  [**LBI ECF No. 9209**]

K.    Response of Julie R. Shapiro [**LBI ECF No. 9262**]

L.    Response of Brett Ersoff [**LBI ECF No. 9277**]

M.    Response of Thomas P. Blakeslee [**LBI ECF No. 9316**]

N.    Response of Alexander Lesin [**LBI ECF No. 9344**]

O.    Declaration in Support of the Response of Alexander Lesin [**LBI ECF No. 9346**]

P.    Response of Todd O'Malley [**LBI ECF No. 9354**]

Related Document:

Q.    Certificate of No Objection [**LBI ECF No. 9381**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

41.    Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 9059**]

Response Deadline:    June 26, 2014 at 4:00 p.m., extended for certain parties to July 1, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Intuition Publishing, Inc. [**LBI ECF No. 9238**]

B.    Amended Response of Miller Advertising Agency [**LBI ECF No. 9255**]

Related Document:

C.    Certificate of No Objection [**LBI ECF No. 9352**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims and September 9, 2014 at 10:00 a.m., as to the claim filed by Intuition Publishing.

21

42.    Trustee's Two Hundred Forty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9147**]

Response Deadline:    July 7, 2014 at 4:00 p.m., extended for certain parties to July 14, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Notice of Withdrawal [**LBI ECF No. 9267**]

B.    Certificate of No Objection [**LBI ECF No. 9375**]

Status:  This matter has been adjourned to August 12, 2014 at 10:00 a.m., as to certain claims.

Dated:  July 15, 2014
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

Dated:  July 15, 2014
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

22