# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

HLTS Fund II LP
Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attn: J.D. Perone

Court Claim # (if known): 28099
Amount of Claim Transferred: $7,432,000.00
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Special Financing Inc.

Phone: 212-357-9647
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

13

A/76178689.3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: 7/11/14 _____
     Name of Transferee/Transferee's Agent


Acknowledged and Agreed:


By: _____       Date: _____
     Name of Transferor/Transferor's Agent


                                             Date: _____

By: _____
     Name of Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

A/76178689.3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
     Name of Transferee/Transferee's Agent


Acknowledged and Agreed:

By: _____          Date: _____
     Name of Transferor/Transferor's Agent

                                             Date: _____

By: _____
     Name of Transferor/Transferor's Agent

       Thomas Hirschfeld
       Managing Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

14

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
         Court")
         Attn:   Clerk of the Court

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Claim Number 28099

**HLTS FUND II LP**, its successors and assigns (collectively, "<u>Transferor</u>") hereby
acknowledges that, for good and valuable consideration, Transferor has unconditionally and
irrevocably sold, transferred and assigned to:

> **Goldman Sachs Lending Partners LLC**
> c/o Goldman, Sachs &Co.
> 200 West Street
> New York, NY 10282-2198
> Attn: J.D. Perone
> Phone: (212) 357-9657
> Email: j.d.perone@gs.com

its successors and assigns ("<u>Transferee</u>") all rights, title and interest in and to the claim of
Transferor in the liquidated principal amount of **$7,432,000.00** (the "<u>Claim</u>") against Lehman
Brothers Special Financing Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any
other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or
applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of
the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim
to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and
other communications, in respect of the Claim to Transferee.

A/76178689.3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 14, 2014.

**Goldman Sachs Lending Partners LLC**

By: _____

    Name:    Ashwin Ramakrishna
    Title:    Authorized Signatory


**HLTS FUND II LP**
By: Halcyon Long Term Strategies LP, Its
    Investment Manager

By: _____

    Name:
    Title:


By: _____

    Name:
    Title:

16

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 14, 2014.

**Goldman Sachs Lending Partners LLC**

By: _____
    Name:
    Title:

**HLTS FUND II LP**
By: Halcyon Long Term Strategies LP, Its
    Investment Manager

By: _____
    Name: David Martino
    Title: Comptroller

By: _____
    Name: Thomas Hirschfeld
    Title: Managing Principal
        Chief Operating Officer
        Halcyon Offshore Asset Management LLC
        Its Investment Advisor

16

A/76178689.3