WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE HEARING TO CONSIDER THE
ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

   **PLEASE TAKE NOTICE** that the Court has scheduled a hearing on the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399], **solely as to the claim of Michael Stipo (Claim No. 15580), to a hearing date to be scheduled and take place in December 2014** (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623.

Dated: July 15, 2014
   New York, New York

                /s/ Garrett A. Fail
                Garrett A. Fail

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.