UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                           :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 44663, 44998,
45016, 45018, 45019, 45027-45030


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                       ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              */s/ Lauren Rodriguez*
                                                                              Lauren Rodriguez

Sworn to before me this
15th day of July, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

08-13555-mg    Doc 45164    Filed 07/15/14    Entered 07/15/14 15:56:56    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC)

| (Jointly Administered)

Debtors.

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SOLUS OPPORTUNITIES FUND 1 LP
      TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
      C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
      ATTN: SOLUS COMPLIANCE OFFICER
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 58352-26 in the above referenced case and in the amount of $3,428,517.99   allowed at $3,365,000.00    has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP
      C/O DEUTSCHE BANK SECURITIES INC.
      ATTN: JEFF OLINSKY
      60 WALL STREET
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45028    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/09/2014                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 9, 2014.

# EXHIBIT B

```
TIME: 10:33:23                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/09/14                                            CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA DELL'ADRIATICO SPA                          ATTN: ACHILLE MARCHIONNI VIA GAGARIN, 216 61100 PESARO (PU)  ITALY
BANCA POPOLARE DI MILANO S.C.A.R.L.               ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN  20121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
FALCON PRIVATE BANK LTD, AS AGENT FOR             TRANSFEROR: SCHELLENBERG WITTMER ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ. LOWENSTRASSE 19 P.O. BOX 1876 ZURICH  8021 SWITZERLAND
  ITS CUSTOMERS
FALCON PRIVATE BANK LTD, AS AGENT FOR             PELIKANSTRASSE 37 PO BOX 1376 ZURICH  8021 SWITZERLAND
  ITS CUSTOMERS
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: BANCA DELL'ADRIATICO SPA ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y IEL UNITED KINGDOM
MITSUBISHI UFJ SECURITIES HOLDINGS CO.,           MORRISON & FOERSTER LLP ATTN: LARREN M. NASHELSKY, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
  LTD.
MITSUBISHI UFJ SECURITIES HOLDINGS CO.,           ATTN: MS. HISAKO KUBO & MS. KUMIKO MORITO; LEGAL GROUP, MGMT PLANNING MEJIRODAI BLDG 3-29-20 MEJIRODAI BUNKYO-KU
  LTD.                                            TOKYO  112-8688 JAPAN
MORGAN STANLEY & CO. INTERNATIONAL PLC            MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: ICCREA BANCA S.P.A. 25 CABOT SQUARE CANARY WHARF  E14 4QA LONDON
SOLUS OPPORTUNITIES FUND 1 LP                     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP                 TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
WEBANK S.P.A.                                     TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L. ATTN: ANTONIO MIGNONE VIA MASSUA 4 MILANO  20146 ITALY


Total Number of Records Printed     21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC