```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :        08-13555 (SCC)
                                                        :        (Jointly Administered)
                   Debtors.                             :
                                                        :
-----------------------------------------------------------------x   Ref. Docket Nos. 44281, 44979,
                                                                     44980, 44984, 45036, 45042, 45043,
                                                                     45050, 45052, 45065, 45071
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 10, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Diane Streany
                                                Diane Streany

Sworn to before me this
15th day of July, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44281, 44979, 44980...45052, 45065, 45071_AFF_7-10-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC. et al.

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                                  BARCLAYS BANK PLC
     TRANSFEROR: VARDE FUND VI-A LP, THE                ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                               BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                      745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                                  NEW YORK NY 10019
```

Please note that your claim # 48734-72 in the above referenced case and in the amount of $119,772.92  allowed at $115,741.99    has been transferred (**unless previously expunged by court order**)

```
     BSOF PARALLEL MASTER FUND, L.P.                    BSOF PARALLEL MASTER FUND, L.P.
     TRANSFEROR: BARCLAYS BANK PLC                      ARTHUR LIAO
     C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC             BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES
     ATTN: LAURA L. TORRADO, ESQ.                       345 PARK AVENUE, 28TH FLOOR
     1140 AVENUE OF THE AMERICAS, FLOOR 12              NEW YORK NY 10154
     NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45042    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/10/2014                        Vito Genna, Clerk of Court

                                        /s/ Diane Streany
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 10, 2014.

# EXHIBIT B

```
TIME: 12:16:21                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/15/14                                              CREDITOR LISTING

Name                                       Address
ALLIANZ BANK FINANCIAL ADVISORS SPA        TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FRANCO BRICHETTI-FRANCESCA TREBBI SEDE LEGALE PIAZZALE LODI, 3 MILANO  20137 ITALY
BANCA MEDIOLANUM SPA                       TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY
BANK HAPOALIM (SWITZERLAND), LTD.          ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH  CH-8002 SWITZERLAND
BANK HAPOALIM (SWITZERLAND), LTD.          PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANQUE CANTONALE DU VALAIS                 TRANSFEROR: UBS AG RUE DES CEDRES 8 SION  CH-1951 SWITZERLAND
BANQUE HAVILLAND S.A.                      TRANSFEROR: UBS AG ATTN: SEBASTIAN FERNANDEZ 34A, AVENUE J.F. KENNEDY LUXEMBOURG  L-1855 LUXEMBOURG
BANQUE PICTET & CIE SA                     TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD. ATTN: DAVID AESCHLIMANN ROUTE DES ACACIAS 60 GENEVA 73  1211 SWITZERLAND
BARCLAYS BANK PLC                          ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BOOS, HILTRUD MRS.                         TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KANALSTRASSE 57 SOLINGEN 42657 GERMANY
BSOF PARALLEL MASTER FUND, L.P.            ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.            TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                           1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.            TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN; LAURA L. TORRADO, ESQ.
                                           1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.            TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD, CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                           1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
CITIBANK PRIVATKUNDEN AG & CO. KGAA        PAUL WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA        ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CREDITO EMILIANO S.P.A.                    ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                    ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
HALCYON LOAN TRADING FUND LLC              MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC              TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                           NEW YORK NY 10022
HYPOSWISS PRIVATBANK AG                    SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
SANTANDER PRIVATE BANKING SPA              F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO  20121 ITALY
ST. GALLER KANTONALBANK AG                 TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN  9000 SWITZERLAND
UBS AG                                     BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                     ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed    31                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
CREDIT SUISSE (LUXEMBOURG) S.A.              CREDIT SUISSE (LUXEMBOURG) S.A.
ATTN: ALLEN GAGE                             CRAVATH, SWAINE & MOORE LLP
1 MADISON AVE                                WORLD WIDE PLAZA
NEW YORK NY 10010                            ATTN: RICHARD LEVIN
                                             825 EITHER AVENUE
                                             NEW YORK NY 10019




UBS AG  `
TRANSFEROR: CREDIT SUISSE (LUXEMBOURGE) S.A.
ATTN: MATTHIAS MOHOS
BADENERSTRASSE 574/C
POSTFACH, PO BOX 8098
ZURICH, 0Q9C/05GC
SWITZERLAND
```