UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (SCC)
                                                                       :    (Jointly Administered)
                                Debtors.                               :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket Nos. 45055, 45056,
                                                                            45063, 45064, 45068, 45071


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

Sworn to before me this
15th day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45055, 45056, 45063, 45064, 45068, 45071_AFF_7-11-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  HALCYON LOAN TRADING FUND LLC               HALCYON LOAN TRADING FUND LLC
     TRANSFEROR: NOMURA INTERNATIONAL PLC        MANAGING CLERK
     ATTN: MATT SELTZER                          RICHARDS KIBBE & ORBE LLP
     C/O HALCYON ASSET MANAGEMENT LP             200 LIBERTY STREET
     477 MADISON AVENUE, 8TH FLOOR               NEW YORK NY 10281
     NEW YORK NY 10022
```

Please note that your claim # 17199-05 in the above referenced case and in the amount of
    $100,063,520.14    allowed at $34,628,000.00    has been transferred (**unless previously expunged by court order**)

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: HALCYON LOAN TRADING FUND LLC
     C/O DEUTSCHE BANK SECURITIES INC.
     ATTN: RICH VICHAIDITH
     60 WALL STREET
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45071   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/11/2014                    Vito Genna, Clerk of Court

                                    /s/ Diane Streany
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 11, 2014.

**EXHIBIT B**

```
TIME: 12:18:46                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:  1
DATE: 07/15/14                                         CREDITOR LISTING

Name                                         Address
BANCA DELLO STATO DEL CANTONE TICINO         TRANSFEROR: UBS AG ATTN: G. JEMINI VIALE H. GUISAN 5 BELLINZONA  6500 SWITZERLAND
BANCA MEDIOLANUM S.P.A.                      TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.      VIA SAN CARLO 8/20 MODENA  41100 ITALY
CRAVATH, SWAINE & MOORE LLP                  TRANSFEROR: LUZERNER KANTONALBANK AG MS STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                      ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                      ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
GRUPPO BANCA LEONARDO SPA                    TRANSFEROR: CREDITO EMILIANO S.P.A. VIA BROLETTO 46 MILANO  20121 ITALY
HALCYON LOAN TRADING FUND LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                             NEW YORK NY 10022
LUZERNER KANTONALBANK AG                     BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                     LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
UBS AG                                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
ZUGER KANTONALBANK AG                        TRANSFEROR: UBS AG ATTN: WILLY MULLER BAARERSTRASSE 37 ZUG  CH 6301 SWITZERLAND


Total Number of Records Printed      15
```