UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (SCC)
                                                     : (Jointly Administered)
       Debtors.                                      :
                                                     :
------------------------------------------------------------------------x  Ref. Docket Nos. 38139, 44979,
                                                        45082, 45084-45087, 45092, 45094,
                                                        45096, 45098-45104, 45107-45110

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of July, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC,
         ACTING FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF
         MULTI-STRATEGY 5 SEGREGATED PORTFOLIO
         C/O BNP PARIBAS
         ATTN: JAMES GOODALL & RICHARD M. SKOLLER
         787 SEVENTH AVE
         NEW YORK NY 10019-6018

Please note that your claim # 66515 in the above referenced case and in the amount of
    $2,598,644.03  allowed at $2,300,000.00        has been transferred **(unless previously expunged by court order)**

         BANC OF AMERICA CREDIT PRODUCTS, INC.
         TRANSFEROR: COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC,
         C/O BANK OF AMERICA MERRILL LYNCH
         ATTN: GARY S. COHEN / ANTE JAKIC
         BANK OF AMERICA TOWER - 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45107       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/15/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 15, 2014.

# EXHIBIT B

```
TIME: 12:44:02                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 07/15/14                                         CREDITOR LISTING

Name                                              Address
AMSTEL ALTERNATIVE CREDIT FUND SICAV              TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX SEAFRONT
 P.L.C.                                           TA'XBIEX XBX 1026 MALTA
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: COOPERNEFF MASTER FUND I SEGREGATED PORTFOLIO COMPANY SPC, C/O BANK OF AMERICA MERRILL LYNCH
                                                  ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
COOPERNEFF MASTER FUND I SEGREGATED               ACTING FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO COOPERNEFF MULTI-STRATEGY 5 SEGREGATED PORTFOLIO C/O BNP PARIBAS
 PORTFOLIO COMPANY SPC,
CREDIT SUISSE                                     ATTN: JAMES GOODALL & RICHARD M. SKOLLER 787 SEVENTH AVE NEW YORK NY 10019-6018
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
                                                  CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CVF LUX FINCO, LLC                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LTD. ATTN: PAUL VERMAAK 25 GREAT PULTENEY STREET, 3RD FLOOR
                                                  LONDON W1F9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: KESHET DEBENTURES LIMITED ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
E. GUTZWILLER & CIE, BANQUIERS                    TRANSFEROR: CREDIT SUISSE ATTN: JEAN-FRANCOIS RUF KAUFHAUSGASSE 7 BASEL 4051 SWITZERLAND
ECHO INVESTMENTS I LIMITED                        SCHULITE ROTH & ZABEL LLP ATTN: DAVID J. KARP 919 THIRD AVENUE NEW YORK NY 10022
ECHO INVESTMENTS I LIMITED                        TRANSFEROR: UBS AG, STAMFORD BRANCH C.O KKR ASSET MANAGEMENT LLC ATTN: TREASURY DESK 555 CALIFORNIA STREET, 50TH FLOOR
                                                  SAN FRANCISCO CA 94104
FALCON PRIVATE BANK LTD, AS AGENT FOR             SCHELLENBERG WITTMER ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ. LOWENSTRASSE 19 P.O. BOX 1876 ZURICH 8021 SWITZERLAND
 ITS CUSTOMERS
FALCON PRIVATE BANK LTD, AS AGENT FOR             PELIKANSTRASSE 37 PO BOX 1376 ZURICH 8021 SWITZERLAND
 ITS CUSTOMERS
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: KLEINWORT BENSON BANK LIMITED ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: AMITA RODRIGUEZ MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                  NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                  NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: PERRY PRINCIPALS, L.L.C. C/O J.P. MORGAN SECURITIES LLC MAIL CODE (NY1-M138) - 383 MADISON AVENUE, FLOOR 37
                                                  NEW YORK NY 10022
JPMORGAN CHASE BANK, NA                           TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                  NEW YORK NY 10179
KLEINWORT BENSON BANK LIMITED                     ATTN: EMMA VERNON 14 ST. GEORGE STREET LONDON W1S 1FE UNITED KINGDOM
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STONEHILL INSTITUTIONAL PARTNERS, LP              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                  NEW YORK NY 10022

                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:44:02                                       LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 07/15/14                                             CREDITOR LISTING

Name                         Address
STONEHILL MASTER FUND LTD.   TRANSFEROR: JPMORGAN CHASE BANK, NA C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                             NEW YORK NY 10022
UBS AG                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                       TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UBS AG, STAMFORD BRANCH      JOSHUA DORCHAK C/O BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022
UBS AG, STAMFORD BRANCH      TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O UBS; ATTN: DARLENE ARIAS/CRAIG PEARSON 6TH FLOOR TOWER 677 WASHINGTON BLVD.
                             STAMFORD CT 06901

Total Number of Records Printed    42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC