UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 44966, 44967

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
15th day of July, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   THEODOOR GILISSEN GLOBAL CUSTODY N.V.
              KEIZERSGRACHT 617
              AMSTERDAM 1017 DS NETHERLANDS

Additional:

Transferee:   BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C
              ATTN: ARTHUR LIAO
              345 PARK AVENUE, 28TH FLOOR
              NEW YORK NY 10154

**Your transfer   of claim #   45214   is defective for the reason(s) checked below:**

Other                                 The transferor does not hold a piece of this claim.

Docket Number 44967            Date 07/02/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 15, 2014.

# EXHIBIT B

```
TIME: 12:56:25                              LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 07/15/14                                   CREDITOR LISTING

Name                                  Address
BLACKSTONE STRATEGIC OPPORTUNITY      ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
ASSOCIATES L.L.C
BLACKSTONE STRATEGIC OPPORTUNITY      ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
ASSOCIATES L.L.C.
BSOF PARALLEL MASTER FUND L.P.        C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
THEODOOR GILISSEN GLOBAL CUSTODY N.V. KEIZERSGRACHT 617 AMSTERDAM  1017 DS NETHERLANDS
THEODOOR GILISSEN GLOBAL CUSTODY N.V. TRANSFEROR: KAS BANK N.V. ATTN: MARC VAN SCHALKWIJK KEIZERSGRACHT 617 AMSTERDAM  1017 DS NETHERLANDS


Total Number of Records Printed    5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC