UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Case No. 08-13555 (SCC)
Chapter 11

AFFIDAVIT OF SERVICE

-----------------------------------------------------------X

STATE OF SOUTH DAKOTA )
                      S.S.:
COUNTY OF MINNEHAHA   )

**SKYLER BOLKS**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 9th day of July, 2014, at approximately 2:35 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **WELLS FARGO BANK, NATIONAL ASSOCIATION** at 101 N. Phillips Avenue, Sioux Falls, South Dakota, by personally delivering and leaving the same with **CINDY STEPP**, who informed deponent that she is an Administrative Assistant and is authorized by appointment to receive service at that address.

**CINDY STEPP** is a white female, approximately 50 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with brown hair, and wears glasses.

**SKYLER BOLKS**

Sworn to before me this
10 day of July, 2014

NOTARY PUBLIC

SHALEY BOLKS
NOTARY PUBLIC
SOUTH DAKOTA

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com