**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
212-209-4800
David J. Molton
Andrew Dash
Howard S. Steel

*Counsel for Newport Global Advisors LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                             :          Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :          Case No. 08-13555 (SCC)
                                                  :
Debtors.                                          :          (Jointly Administered)
------------------------------------------------------------------------x

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND**
**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant Newport Global Advisors LP ("NGA"), by and through its undersigned counsel, respectfully submits the following statement of issues to be presented on appeal and designation of items for inclusion in the record on appeal in connection with this appeal from the *Order Granting the Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims)*, dated June 25, 2014 (Docket No. 44863) (the "Order") and the *Memorandum Decision Sustaining Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims)*, dated June 18, 2014 (Docket No. 44782) (the "Memorandum Decision").

**I.    STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Did the Bankruptcy Court err in sustaining the claim objection at issue in the Memorandum Decision and determining that NGA was not a third-party beneficiary of the Customer Account Agreement Prime Brokerage ("PB Agreement") between

1

Lehman Brothers Inc. and its affiliated entities, including Lehman Brothers Holdings Inc., and certain investment funds NGA manages, within the context of a "Sufficiency Hearing" intended to address only the legal sufficiency of NGA's claims and before any discovery—including discovery concerning the intention of the parties to the PB Agreement at the time the contract was formed regarding NGA—was permitted by the Bankruptcy Court?

2. Did the Bankruptcy Court err in declining to consider matters outside the four corners of the PB Agreement, in particular, evidence of the circumstances surrounding the execution of the PB Agreement to determine whether NGA was a third-party beneficiary of the PB Agreement?

II. **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

NGA designates the following items to be included in the record on appeal:

| Docket No. or Claim No. | Date | Description |
|---|---|---|
| Claim No. 26353 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers Financial Products Inc. |
| Claim No. 26354 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers Commercial Corporation |
| Claim No. 26355 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Commercial Paper Inc. |
| Claim No. 26356 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers Derivative Products Inc. |
| Claim No. 26357 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers OTC Derivatives Inc. |
| Claim No. 26387 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers Holdings Inc. |

| Docket No. or Claim No. | Date | Description |
|---|---|---|
| Claim No. 26389 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers Special Financing Inc. |
| Claim No. 26391 | 09/22/2009 | NGA Proof of Claim Against Debtor CES Aviation IX LLC |
| Claim No. 26393 | 09/22/2009 | NGA Proof of Claim Against Debtor LB 2080 Kalakaua Owners LLC |
| Claim No. 26394 | 09/22/2009 | NGA Proof of Claim Against Debtor LB Rose Ranch LLC |
| Claim No. 26502 | 09/22/2009 | NGA Proof of Claim Against Debtor CES Aviation V LLC |
| Claim No. 26504 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Scottish Finance L.P. |
| Claim No. 26505 | 09/22/2009 | NGA Proof of Claim Against Debtor Luxembourg Residential Properties Loan Finance S.a.r.l. |
| Claim No. 26506 | 09/22/2009 | NGA Proof of Claim Against Debtor East Dover Limited |
| Claim No. 26595 | 09/22/2009 | NGA Proof of Claim Against Debtor Lehman Brothers Commodity Services Inc. |
| Claim No. 26596 | 09/22/2009 | NGA Proof of Claim Against Debtor LB 745 LLC |
| Claim No. 26395 | 09/22/2009 | NGA Proof of Claim Against Debtor Structured Asset Securities Corporation |
| Claim No. 26396 | 09/22/2009 | NGA Proof of Claim Against Debtor BNC Mortgage LLC |
| Claim No. 26503 | 09/22/2009 | NGA Proof of Claim Against Debtor CES Aviation LLC |

| **Docket No. or Claim No.** | **Date** | **Description** |
|---|---|---|
| Docket No. 8474 | 04/19/2010 | Order Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors |
| Docket No. 32212 | 11/20/2012 | Lehman Brothers Holdings Inc.'s Notice and Motion for an Order Amending the Order Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors |
| Docket No. 32791 | 12/13/2012 | Order Amending the Order Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors |
| Docket No. 43532 | 03/13/2014 | Debtors' Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) |
| Docket No. 43966 | 04/10/2014 | Notice of Adjournment of the Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) |
| Docket No. 44071 | 04/22/2014 | Response of Newport Global Advisors LP to the Four Hundred Fifty-Eighth Omnibus Objection to Claims |
| Docket No. 44071 | 04/22/2014 | Declaration of Roger May in Support of the Response of Newport Global Advisors LP to the Four Hundred and Fifty-Eighth Omnibus Objection to Claims |
| Docket No. 44286 | 05/12/2014 | Reply to Response of Newport Global Advisors LP to the Four Hundred Fifty-Eighth Omnibus Objection to Claims |
| Docket No. 44317 | 05/13/2014 | Notice of Agenda of Matters Scheduled for the Seventy-Third Omnibus and Claims Hearing on May 14, 2014 at 10:00 A.M. |

| **Docket No. or Claim No.** | **Date** | **Description** |
|---|---|---|
| Docket No. 44451 | 05/15/2014 | Transcript regarding Hearing Held on 5/14/2014 regarding, *inter alia*, Four Hundred Fifty-Eighth Omnibus Objection to Claims |
| Docket No. 44782 | 06/18/2014 | Memorandum Decision Sustaining Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) |
| Docket No. 44863 | 06/25/2014 | Order Granting the Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims) |
| Docket No. 45010 | 07/03/2014 | Newport Global Advisors' Amended Notice of Appeal |

Dated: July 15, 2014
   New York, New York

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ David J. Molton

David J. Molton
Andrew Dash
Howard S. Steel
Seven Times Square
New York, New York 10036
T: 212-209-4800
F: 212-209-4801