UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   08-13555 (SCC)
                                                   :
                           Debtors.                :   (Jointly Administered)
                                                   :
---------------------------------------------------------------x   Ref. Docket No. 45115

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 11, 2014, I caused to be served the "Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Partial Settlement Agreement Relating to SGS HY Credit Fund I (Exum Ridge CBO 2006-3) Swap Agreement and Indenture," dated July 10, 2014 [Docket No. 45115], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Carol Zhang*
Sworn to before me this                                Carol Zhang
15th day of July, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

*MASTER SERVICE LIST*

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | karl.geercken@alston.com |
| adarwin@nixonpeabody.com | kdwbankruptcydepartment@kelleydrye.com |
| adiamond@diamondmccarthy.com | keckhardt@hunton.com |
| aeckstein@blankrome.com | keith.simon@lw.com |
| aentwistle@entwistle-law.com | ken.coleman@allenovery.com |
| afriedman@irell.com | ken.higman@hp.com |
| agbanknewyork@ag.tn.gov | kerry.moynihan@hro.com |
| aglenn@kasowitz.com | kgwynne@reedsmith.com |
| agold@herrick.com | kiplok@hugheshubbard.com |
| agoldstein@tnsj-law.com | kit.weitnauer@alston.com |
| agottfried@morganlewis.com | kjarashow@stutman.com |
| aisenberg@saul.com | kkelly@ebglaw.com |
| akadish@dtlawgroup.com | kkolbig@mosessinger.com |
| akantesaria@oppenheimerfunds.com | klyman@irell.com |
| akolod@mosessinger.com | klynch@formanlaw.com |
| alum@ftportfolios.com | kmayer@mccarter.com |
| amarder@msek.com | kobak@hugheshubbard.com |
| amartin@sheppardmullin.com | korr@orrick.com |
| amcmullen@boultcummings.com | kovskyd@pepperlaw.com |
| amenard@tishmanspeyer.com | kressk@pepperlaw.com |
| amh@amhandlerlaw.com | kreynolds@mklawnyc.com |
| andrew.brozman@cliffordchance.com | krodriguez@allenmatkins.com |
| andrew.lourie@kobrekim.com | krosen@lowenstein.com |
| angelich.george@arentfox.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |
| ashmead@sewkis.com | lisa.ewart@wilmerhale.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | michelle.park@freshfields.com |
| cszyfer@stroock.com | millee12@nationwide.com |
| cwalsh@mayerbrown.com | miller@taftlaw.com |
| cward@polsinelli.com | mimi.m.wong@irscounsel.treas.gov |
| cweber@ebg-law.com | mitchell.ayer@tklaw.com |
| cweiss@ingramllp.com | mjedelman@vedderprice.com |
| dallas.bankruptcy@publicans.com | mjr1@westchestergov.com |
| dave.davis@isgria.com | mkjaer@winston.com |
| david.bennett@tklaw.com | mlahaie@akingump.com |
| david.heller@lw.com | mlandman@lcbf.com |
| david.livshiz@freshfields.com | mlichtenstein@crowell.com |
| david.powlen@btlaw.com | mlynch2@travelers.com |
| davids@blbglaw.com | mmooney@deilylawfirm.com |
| davidwheeler@mvalaw.com | mmorreale@us.mufg.jp |
| dbarber@bsblawyers.com | mneier@ibolaw.com |
| dbaumstein@whitecase.com | monica.lawless@brookfieldproperties.com |
| dbesikof@loeb.com | mpage@kelleydrye.com |
| dcimo@gjb-law.com | mparry@mosessinger.com |
| dcoffino@cov.com | mpomerantz@julienandschlesinger.com |
| dcrapo@gibbonslaw.com | mprimoff@kayescholer.com |
| ddavis@paulweiss.com | mpucillo@bermanesq.com |
| ddrebsky@nixonpeabody.com | mrosenthal@gibsondunn.com |
| ddunne@milbank.com | mrothchild@mofo.com |
| deggermann@kramerlevin.com | mruetzel@whitecase.com |
| deggert@freebornpeters.com | mschimel@sju.edu |
| demetra.liggins@tklaw.com | msegarra@mayerbrown.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dfelder@orrick.com | mshiner@tuckerlaw.com |
| dflanigan@polsinelli.com | msolow@kayescholer.com |
| dgrimes@reedsmith.com | mspeiser@stroock.com |
| dhayes@mcguirewoods.com | mstamer@akingump.com |
| dheffer@foley.com | mvenditto@reedsmith.com |
| dhurst@coleschotz.com | mwarner@coleschotz.com |
| dhw@dhclegal.com | mwarren@mtb.com |
| diconzam@gtlaw.com | nathan.spatz@pillsburylaw.com |
| djcarragher@daypitney.com | nbojar@fklaw.com |
| djoseph@stradley.com | ncoco@mwe.com |
| dkessler@ktmc.com | neal.mann@oag.state.ny.us |
| dkozusko@willkie.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | neilberger@teamtogut.com |
| dlipke@vedderprice.com | nherman@morganlewis.com |
| dmarkham@gibbonslaw.com | nissay_10259-0154@mhmjapan.com |
| dmcguire@winston.com | nlepore@schnader.com |
| dmurray@jenner.com | notice@bkcylaw.com |
| dneier@winston.com | nyrobankruptcy@sec.gov |
| dodonnell@milbank.com | otccorpactions@finra.org |
| dove.michelle@dorsey.com | paronzon@milbank.com |
| dpegno@dpklaw.com | patrick.oh@freshfields.com |
| draelson@fisherbrothers.com | pbattista@gjb-law.com |
| drosenzweig@fulbright.com | pbosswick@ssbb.com |
| drosner@goulstonstorrs.com | pdublin@akingump.com |
| drosner@kasowitz.com | peisenberg@lockelord.com |
| dshaffer@wtplaw.com | peter.gilhuly@lw.com |
| dshemano@peitzmanweg.com | peter.macdonald@wilmerhale.com |
| dspelfogel@foley.com | peter.simmons@friedfrank.com |
| dtatge@ebglaw.com | peter@bankrupt.com |
| dtheising@harrisonmoberly.com | pfeldman@oshr.com |
| dwdykhouse@pbwt.com | pfinkel@wilmingtontrust.com |
| dwildes@stroock.com | phayden@mcguirewoods.com |
| dworkman@bakerlaw.com | philip.wells@ropesgray.com |
| easmith@venable.com | pmaxcy@sonnenschein.com |
| ecohen@russell.com | ppascuzzi@ffwplaw.com |
| edward.flanders@pillsburylaw.com | ppatterson@stradley.com |
| efleck@milbank.com | psp@njlawfirm.com |
| efriedman@fklaw.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@friedmanspring.com | ptrostle@jenner.com |
| eglas@mccarter.com | raj.madan@skadden.com |
| ekbergc@lanepowell.com | ramona.neal@hp.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| eleicht@whitecase.com | raul.alcantar@alcantarlaw.com |
| ellen.halstead@cwt.com | rbeacher@pryorcashman.com |
| emagnelli@bracheichler.com | rbernard@foley.com |
| emerberg@mayerbrown.com | rbyman@jenner.com |
| enkaplan@kaplanlandau.com | rdaversa@orrick.com |
| eobrien@sbchlaw.com | relgidely@gjb-law.com |
| ep@scottwood.com | rflanagan@flanassoc.com |
| eschwartz@contrariancapital.com | rfriedman@silvermanacampora.com |
| etillinghast@sheppardmullin.com | rgmason@wlrk.com |
| ezujkowski@emmetmarvin.com | rgoodman@moundcotton.com |
| fbp@ppgms.com | rgraham@whitecase.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| fhenn@law.nyc.gov | rhorkovich@andersonkill.com |
| fhyman@mayerbrown.com | richard.fingard@newedge.com |
| foont@foontlaw.com | richard.lear@hklaw.com |
| fritschj@sullcrom.com | richard.tisdale@friedfrank.com |
| fsosnick@shearman.com | richard@rwmaplc.com |
| fyates@sonnenschein.com | rick.murphy@sutherland.com |
| gabriel.delvirginia@verizon.net | rjones@boultcummings.com |
| gary.ravertpllc@gmail.com | rleek@hodgsonruss.com |
| gbray@milbank.com | rlevin@cravath.com |
| george.south@dlapiper.com | rmatzat@hahnhessen.com |
| ggitomer@mkbattorneys.com | rnetzer@willkie.com |
| ggoodman@foley.com | robert.dombroff@bingham.com |
| giddens@hugheshubbard.com | robert.honeywell@klgates.com |
| gkaden@goulstonstorrs.com | robert.malone@dbr.com |
| glenn.siegel@dechert.com | robert.yalen@usdoj.gov |
| gmoss@riemerlaw.com | robin.keller@lovells.com |
| goldenberg@ssnyc.com | roger@rnagioff.com |
| gspilsbury@jsslaw.com | ronald.silverman@bingham.com |
| harrisjm@michigan.gov | ross.martin@ropesgray.com |
| harveystrickon@paulhastings.com | rrainer@wmd-law.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | russj4478@aol.com |
| hmagaliff@r3mlaw.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | sabin.willett@bingham.com |
| holsen@stroock.com | sabramowitz@velaw.com |
| howard.hawkins@cwt.com | sabvanrooy@hotmail.com |
| hseife@chadbourne.com | sally.henry@skadden.com |
| hsnovikoff@wlrk.com | samuel.cavior@pillsburylaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hsteel@brownrudnick.com | sandyscafaria@eaton.com |
| ian.roberts@bakerbotts.com | scargill@lowenstein.com |
| icatto@mwe.com | schager@ssnyc.com |
| igoldstein@proskauer.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | schepis@pursuitpartners.com |
| irethy@stblaw.com | schnabel.eric@dorsey.com |
| israel.dahan@cwt.com | schristianson@buchalter.com |
| iva.uroic@dechert.com | schwartzmatthew@sullcrom.com |
| jacobsonn@sec.gov | scott.golden@hoganlovells.com |
| jalward@blankrome.com | scottj@sullcrom.com |
| james.heaney@lawdeb.com | scottshelley@quinnemanuel.com |
| james.mcclammy@dpw.com | scousins@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sdnyecf@dor.mo.gov |
| jamesboyajian@gmail.com | seba.kurian@invesco.com |
| jamestecce@quinnemanuel.com | sehlers@armstrongteasdale.com |
| jar@outtengolden.com | sfalanga@connellfoley.com |
| jason.jurgens@cwt.com | sfelderstein@ffwplaw.com |
| jay.hurst@oag.state.tx.us | sfineman@lchb.com |
| jay@kleinsolomon.com | sfox@mcguirewoods.com |
| jbeemer@entwistle-law.com | sgordon@cahill.com |
| jbeiers@co.sanmateo.ca.us | sgubner@ebg-law.com |
| jbird@polsinelli.com | sharbeck@sipc.org |
| jbromley@cgsh.com | shari.leventhal@ny.frb.org |
| jcarberry@cl-law.com | shgross5@yahoo.com |
| jchristian@tobinlaw.com | sidorsky@butzel.com |
| jchubak@proskauer.com | sldreyfuss@hlgslaw.com |
| jdoran@haslaw.com | sleo@bm.net |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdweck@sutherland.com | slevine@brownrudnick.com |
| jdyas@halperinlaw.net | sloden@diamondmccarthy.com |
| jean-david.barnea@usdoj.gov | smillman@stroock.com |
| jeanites@whiteandwilliams.com | smulligan@bsblawyers.com |
| jeannette.boot@wilmerhale.com | snewman@katskykorins.com |
| jeff.wittig@coair.com | sory@fdlaw.com |
| jeffery.black@bingham.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |

6

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfreeberg@wfw.com | sstarr@starrandstarr.com |
| jg5786@att.com | steele@lowenstein.com |
| jgenovese@gjb-law.com | stephen.cowan@dlapiper.com |
| jgoodchild@morganlewis.com | stephen.hessler@kirkland.com |
| jguy@orrick.com | steve.ginther@dor.mo.gov |
| jhiggins@fdlaw.com | steven.usdin@flastergreenberg.com |
| jhorgan@phxa.com | steven.wilamowsky@bingham.com |
| jhuggett@margolisedelstein.com | streusand@slollp.com |
| jim@atkinslawfirm.com | susheelkirpalani@quinnemanuel.com |
| jjoyce@dresslerpeters.com | sweyl@haslaw.com |
| jjtancredi@daypitney.com | swolowitz@mayerbrown.com |
| jjureller@klestadt.com | szuch@wiggin.com |
| jlamar@maynardcooper.com | tannweiler@greerherz.com |
| jlawlor@wmd-law.com | tbrock@ssbb.com |
| jlee@foley.com | tdewey@dpklaw.com |
| jlevitin@cahill.com | tgoren@mofo.com |
| jlscott@reedsmith.com | thaler@thalergertler.com |
| jmaddock@mcguirewoods.com | thomas.califano@dlapiper.com |
| jmakower@tnsj-law.com | tim.desieno@bingham.com |
| jmazermarino@msek.com | timothy.harkness@freshfields.com |
| jmelko@gardere.com | tjfreedman@pbnlaw.com |
| jmerva@fult.com | tkiriakos@mayerbrown.com |
| jmmurphy@stradley.com | tlauria@whitecase.com |
| jmr@msf-law.com | tmacwright@whitecase.com |
| jnadritch@olshanlaw.com | tmarrion@haslaw.com |
| jnm@mccallaraymer.com | tnixon@gklaw.com |
| john.monaghan@hklaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.mule@ag.state.mn.us | tomwelsh@orrick.com |
| john.rapisardi@cwt.com | tsalter@blankrome.com |
| jonathan.goldblatt@bnymellon.com | tslome@msek.com |
| jonathan.henes@kirkland.com | tunrad@burnslev.com |
| jorbach@hahnhessen.com | twheeler@lowenstein.com |
| joseph.cordaro@usdoj.gov | villa@slollp.com |
| joseph.serino@kirkland.com | vmilione@nixonpeabody.com |
| joshua.dorchak@bingham.com | vrubinstein@loeb.com |
| jowen769@yahoo.com | wanda.goodloe@cbre.com |
| joy.mathias@dubaiic.com | wballaine@lcbf.com |
| jpintarelli@mofo.com | wbenzija@halperinlaw.net |
| jporter@entwistle-law.com | wchen@tnsj-law.com |
| jprol@lowenstein.com | wcurchack@loeb.com |
| jrabinowitz@rltlawfirm.com | wdase@fzwz.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshenwick@gmail.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com

wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

***ADDITIONAL PARTIES SERVICE LIST***

slewis@chapman.com
top@chapman.com

8

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

*MSL-OVERNIGHT*

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


BINGHAM MCCUTCHEN LLP
ATTN:  ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION)
1919 M STREET, NW
SUITE 200
WASHINGTON, DC 20036-3545


*ADDS-OVERNIGHT*

FRANKLIN H. TOP, III
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL  60603-4080


SCOTT A. LEWIS
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL  60603-4080