**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**JOINT STIPULATION ADJOURNING DEBTORS' DEADLINE TO FILE
DESIGNATION OF RECORD ON APPEAL AND ISSUES PRESENTED UNDER RULE
8006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Lehman Brothers Holdings Inc. and its affiliated debtors, in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***") along with Federal Home Loan Bank of Pittsburgh ("***FHLB***") hereby agree and stipulate that the deadline for Debtors to file with the clerk a designation of the items to be included in the record on appeal and a statement of the issues presented under Federal Rule of Bankruptcy Procedure 8006 (the "***Rule 8006 Filing***") shall be 14 days after the Court issues a Memorandum Decision with respect to the *Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* [Docket No. 36882].  The Debtors and FHLB further stipulate that the deadline for FHLB's counter-designation of items to be included in the record on appeal and any counter-statement of the issues presented shall be 21 days after the Debtors file their Rule 8006 Filing.

New York, New York
Dated:  July 15, 2013

*/s/ Joseph Serino*
Jonathan S. Henes, P.C.
Joseph Serino, Jr., P.C.
Chad J. Husnick
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
*Attorneys for Lehman Brothers Holdings Inc.*


By:  */s/ Thomas Berndt*
Thomas F. Berndt
ROBBINS, KAPLAN, MILLER & CIRESI
L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
800 Boylston Street,
Minneapolis, MN 55402
Telephone: (612) 349-0930
Facsimile: (612) 339-4181
*Attorneys for Federal Home Loan Bank of Pittsburgh*


**IT IS SO-ORDERED:**
July 16, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE