B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC., *et al*.,　　　　　Case No. 08-13555 (SCC)
　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BKM Holdings (Cayman) Ltd | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to　　　　　Court Claim # (if known):　12907
Transferee should be sent:　　　　　　　　　Amount of Claim:　$5,867,384.19
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed:　September 15, 2009
Intertrust Corporate Services (Cayman)　　　Debtor:　Lehman Brothers Holdings Inc.
Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

With a copy to:
c/o Davidson Kempner Capital
Management
65 East 55th Street
New York, New York 10022
Attention: Jennifer Donovan
Telephone: 212-446-4018
Facsimile: 212-371-4318
Email: jdonovan@dkpartners.com

*Remainder of page intentionally blank; signature follows*.

3624879
7003767

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD
By: Midtown Acquisitions LP, its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____    Date: 7/15/14
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Signature Page to Transfer of Claim other than for Security*

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc ("Debtor")
Case No. 08-13555 (JMP)(Jointly Administered)

Claim #: 12907

**DEUTSCHE BANK AG, LONDON BRANCH** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

BKM HOLDINGS (CAYMAN) LTD
Intertrust Corporate Services (Cayman) Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

*With a copy to:*
c/o Davidson Kempner Capital Management
65 East 55th Street
New York, New York 10022

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the amount of $5,867,384.19 plus all other fees, expenses and interest (being 100% of Claim# 12907) ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___ July 2014.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

BKM HOLDINGS (CAYMAN) LTD

By: _____
Name: Conor Bastable
Title: Manager

12863

Confidential