# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Värde Investment Partners, L.P.**                    **Deutsche Bank AG, London Branch**
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee should be sent:          Court Claim No.: 28105

8500 Normandale Lake Boulevard                         Amount of Claim Transferred: $8,367,000.00, plus all
Suite 1500                                             accrued interest, fees and other recoveries due.
Minneapolis, MN 55437
Attn: Edwina P.J. Steffer                               Date Claim Filed: September 22, 2009
e-mail: esteffer@varde.com
                                                       Phone:
Last Four Digits of Acct. #:                           Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**

**By Värde Investment Partners G.P., LLC,**
**Its General Partner**
**By Värde Partners, L.P.,**
**Its Managing Member**
**By Värde Partners, Inc.,**
**Its General Partner**

By: _____          Date: _____July 16, 2014_____
Name: Todd B. Jelen
Title: Managing Director

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 28105 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on     .

| | |
|---|---|
| **Deutsche Bank AG, London Branch** <br> Name of Alleged Transferor <br><br> Address of Alleged Transferor: <br> c/o Deutsche Bank Securities Inc. <br> 60 Wall Street, 3rd Floor <br> New York, New York 10005 <br> Attn: Rich Vichaidith <br> Email: richard.vichaidith@db.com <br> Tel: 212-250-5760 | **Värde Investment Partners, L.P.** <br> Name of Transferee <br><br> Address of Transferee <br> 8500 Normandale Lake Boulevard <br> Suite 1500 <br> Minneapolis, MN 55437 <br> Attn: Edwina P.J. Steffer <br> E-mail: *esteffer@varde.com* |
| | |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____       _____
                                                                              CLERK OF THE COURT

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 28105

**Deutsche Bank AG, London Branch**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**VÄRDE INVESTMENT PARTNERS, L.P.**
8500 Normandale Lake Boulevard
Suite 1500
Minneapolis, MN 55437
Attn: Edwina P.J. Steffer
E-mail: *esteffer@varde.com*

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 28105, in the allowed amount of **$8,367,000** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated _____July 16_____, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**                    **VÄRDE INVESTMENT PARTNERS, L.P.**
                                                       **By: Värde Investment Partners G.P., LLC, Its General Partner**
                                                       **By: Värde Partners, L.P., Its Managing Member**
                                                       **By: Värde Partners, Inc., Its General Partner**

By: _____                       By: _____
    Name:                                                  Name:
    Title:                                                 Title:

By: _____
    Name
    Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn:  Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 28105

**Deutsche Bank AG, London Branch**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**VÄRDE INVESTMENT PARTNERS, L.P.**
8500 Normandale Lake Boulevard
Suite 1500
Minneapolis, MN 55437
Attn: Edwina P.J. Steffer
E-mail: *esteffer@varde.com*

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 28105, in the allowed amount of **$8,367,000** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated _____July 16_____, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**                    **VÄRDE INVESTMENT PARTNERS, L.P.**
                                                       **By: Värde Investment Partners G.P., LLC, Its General Partner**
                                                       **By: Värde Partners, L.P., Its Managing Member**
                                                       **By: Värde Partners, Inc., Its General Partner**


By: _____                    By: _____
     Name:                                                  Name:    Todd B. Jelen
     Title:                                                 Title:   Managing Director


By: _____
     Name:
     Title: