B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,     Case No. 08-13555 (SCC)
                                                                    (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>RAPAX OC MASTER FUND, LTD. | Name of Transferor<br>DEUTSCHE BANK AG, LONDON BRANCH |
| Name and Address where notices to transferee should be sent:<br><br>Rapax OC Master Fund, Ltd.<br>c/o Serengeti Asset Management LP,<br>632 Broadway, 12th Floor<br>New York, NY 10012<br>Contacts: Erin Rogers<br>Tel. No.: 212-672-2248<br>Email: sam.tradeclaims@serengeti-am.com<br>Fax No: 212-672-2249 | Court Claim # (if known): 59006<br>Claim Amount (as allowed): $224,500,000.00<br>Amount Transferred: $42,736,990.99<br>Date Claim Filed: 10/30/2009<br>Debtor against claim filed:<br>Lehman Commercial Paper Inc. |

With copies to:
Michael Greenblatt, Esq. and Andrew P. Propps, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: First Republic Bank
Acct Name: Rapax OC Master Fund, Ltd.
ABA#: 321081669
Acct#: 80001368308
Ref / Attn: LCPI - DB

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____     Date: July 16, 2014
Transferee/Transferee's Agent
        Wai Yen Lau
          Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. (the "Debtor")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 59006

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**RAPAX OC MASTER FUND, LTD.**
c/o Serengeti Asset Management LP, as Investment Adviser
632 Broadway, 12th Floor
New York, NY 10012
Attn: Erin Rogers
Telephone: 212-672-2248
Email: sam.teamops@serengeti-am.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 59006, solely to the extent of $42,736,990.99, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **July 16,** 2014.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____     By: _____
    Name:                            Name:
    Title:                           Title:

**RAPAX OC MASTER FUND, LTD.**
By: Serengeti Asset Management LP,
    as the Investment Adviser

By: _____
    Name:
    Title: **Wai-Yen Lau**
           Director