UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                              :
:
------------------------------------------------------------------x    Ref. Docket Nos. 38139, 45125-
45127, 45129, 45131, 45133, 45135,
45136

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
16th day of July, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    GOLDMAN SACHS LENDING PARTNERS LLC
       TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
       ATTN: MICHELLE LATZONI
       30 HUDSON STREET, 5TH FLOOR
       JERSEY CITY NJ 07302
```

Please note that your claim # 19487-72 in the above referenced case and in the amount of $968,663.52   allowed at $803,000.00         has been transferred **(unless previously expunged by court order)**

```
       LUXOR SPECTRUM OFFSHORE MASTER FUND LP
       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
       LUXOR CAPITAL GROUP
       1114 AVENUE OF THE AMERICAS, 29TH FLOOR
       NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45127     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/16/2014                               Vito Genna, Clerk of Court

                                               /s/ Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 16, 2014.

# EXHIBIT B

```
TIME: 12:44:49                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 07/16/14                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| CREDIT SUISSE AG | TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: MR. RICHARD LEVIN / MS. JENNIFER BOSHAKOVA 825 8TH AVENUE NEW YORK NY 10019 |
| CVF LUX FINCO, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LTD. ATTN: PAUL VERMAAK 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVF LUX FINCO, LLC ATTN: PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OC 19 MASTER FUND LP - LCG | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed        11

EPIQ BANKRUPTCY SOLUTIONS, LLC