UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                              :
                                    Debtors.                      :    (Jointly Administered)
-----------------------------------------------------------------x

## ORDER REGARDING ONE HUNDRED
## ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the One Hundred Eleventh Omnibus Objection to Claims, dated March 14, 2011 [ECF No. 15012] (the "One Hundred Eleventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (the "Chapter 11 Estates"); and due and proper notice of the One Hundred Eleventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and opposition to the One Hundred Eleventh Omnibus Objection to Claims [ECF Nos. 44153, 44922] (collectively, the "Responses") having been interposed by Banco Interior de Sao Paulo, S.A. (the "Claimant"); and LBHI having filed a reply thereto [ECF No. 44153] (the "Reply"); and the Court having reviewed the One Hundred Eleventh Omnibus Objection to Claims, the Responses, and the Reply; and a hearing having been held before the Court on July 1, 2014 (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; and Claimant having represented that it required an additional ninety (90) days to complete ongoing discussions with Lehman Brothers International (Europe) ("LBIE") regarding the ongoing production by LBIE of previously requested documents or information (the "LBIE Documents") relating to Claimant's claim number 21949 (the "Claim");

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the One Hundred Eleventh Omnibus Objection to Claims.

and the Court having determined that the legal and factual bases set forth in the One Hundred Eleventh Omnibus Objection to Claims and the Reply and at the Hearing establish just cause for the ruling herein; and the Court having determined that the relief granted herein is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest; and based upon the reasoning and the rulings set forth on the record at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, in the event that Claimant obtains the LBIE Documents to support the allegations set forth in the Claim, then Claimant shall file the LBIE Documents together with any supplemental response (collectively, the "Supplemental Response") no later than October 1, 2014; and it is further

ORDERED that, unless Claimant obtains the LBIE Documents and files the Supplemental Response by October 1, 2014, pursuant to section 502(b) of the Bankruptcy Code, the Claim shall be disallowed and expunged in its entirety with prejudice without any further notice or a hearing; and it is further

ORDERED that, if Claimant files the Supplemental Response by October 1, 2014, then LBHI may file a supplemental reply thereto and shall schedule a hearing before the Court as to the One Hundred Eleventh Omnibus Objection to Claims, solely with respect to the Claim; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred Eleventh Omnibus Objection to Claims other than the Claim; and it is further

2

    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 17, 2014
New York, New York

                */s/ Shelley C. Chapman*
                HONORABLE SHELLEY C. CHAPMAN
                UNITED STATES BANKRUPTCY JUDGE