**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
-------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred seventieth omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Seventieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Seventieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Seventieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventieth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Seventieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No

Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned the hearing on the Four

Hundred Seventieth Omnibus Objection to Claims to August 12, 2014 at 10:00 a.m. with respect

to the claims listed on <u>Exhibit 2</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: July 17, 2014
New York, New York

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

19068782

## **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 470: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK AG, LONDON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27647 | $1,455,000.00 | $1,455,000.00 | None |
| 2 | LONGREACH MANAGEMENT CORPORATION CAYMAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15436 | $275,929.38 | $275,929.38 | None |
| 3 | TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO ELECTRONICS DEFINED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9904 | $59,439.12 | $41,411.52 | $18,027.60 |
| | | | | TOTAL | | $1,790,368.50 | $1,772,340.90 | $18,027.60 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**<u>EXHIBIT 2</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 470: EXHIBIT 2 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 1 BEAFORD INVESTMENTS LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17244 | $1,260,500.00 | $1,260,500.00 * | None |
| | | | TOTAL | | $1,260,500.00 | $1,260,500.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts