B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,  Case No. 08-13555(SCC)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| TRC Master Fund LLC | Barclays Bank PLC |

Name and Address where notices to transferee should be sent:

TRC Master Fund LLC
c/o TR Capital Management, LLC
Attn: Terrel Ross
336 Atlantic Ave, Suite 302
East Rockaway, NY 11518

Court Claim # (if known): 26221
Claim Amount (as allowed): $9,881,311.84
Amount Transferred (as allowed): $7,089,000.00
Date Claim Filed: 09/21/2009
Debtor against claim filed: Lehman Brothers Holding Inc.

With copies to:
Robert Scheininger, Esq. and Andrew P. Propps, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank: First Republic Bank
ABA No.: 321081669
Bank Acct Name: TRC Master Fund LLC
Bank Acct No.: 80000343658

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: July 17, 2014
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ACTIVE 202533103v.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **TRC MASTER FUND LLC** ("Assignee"), all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 26221, but solely to the extent of $7,089,000.00 (the "Assigned Claim"), against Lehman Brothers Holding, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., *et al.*, Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et, seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(signature page follows)

ACTIVE 202386976v.1

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 17, 2014.

**BARCLAYS BANK PLC**

By: _____
Name:
Title:  Jenna Yoo
        Authorized Signatory

**TRC MASTER FUND LLC**

By: _____
Name: Terrel Ross
Title:  Managing Member

Pg 4 of 4

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 17, 2014.

**BARCLAYS BANK PLC**

By:_____
Name:
Title:


**TRC MASTER FUND LLC**

By: _____
Name: Terrel Ross
Title:  Managing Member

ACTIVE 202386976v.1