UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
In re                                                               :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (SCC)
:   (Jointly Administered)
Debtors.                                     :
:
------------------------------------------------------------------------x   Ref. Docket Nos. 38139, 44984,
                                                                            45068, 45140, 45143, 45179, 45180,
                                                                            45182-45184

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL, LYNCH, PIERCE FENNER & SMITH INC.
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      ATTN: GREGORY W. PONDER
      214 NORTH TRYON STREET, 15TH FLOOR
      CHARLOTTE NC 28255
```

Please note that your claim # 5255829-24 in the above referenced case and in the amount of $1,586,000.00   allowed at $1,586,000.00        has been transferred **(unless previously expunged by court order)**

```
      OCP INVESTMENT TRUST, LTD.
      TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INC.
      910 SYLVAN AVENUE SUITE 100
      ENGLEWOOD CLIFFS NJ 07632
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45183    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/18/2014                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 18, 2014.

# EXHIBIT B

```
TIME: 10:08:54                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 07/18/14                                              CREDITOR LISTING

Name                                       Address
BANCA INTERMOBILIARE SPA                   TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA VIA GRAMSCI, 7 TORINO  10121
BKM HOLDINGS (CAYMAN) LTD.                 JENNIFER DONOVAN C/O DAVIDSON KEMPNER CAPITAL MANAGEMNT 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                 JENNIFER DONOVAN C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE
                                           GEORGE TOWN   KYI-9005 GRAND CAYMAN
CREDIT SUISSE AG                           TRANSFEROR: LUZERNER KANTONALBANK AG CRAVATH, SWAINE & MOORE LLP MS STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                           TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP MR. RICHARD LEVIN / MS. JENNIFER BOSHAKOVA 825 8TH AVENUE NEW YORK NY 10019
CVF LUX FINCO, LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LTD. ATTN: PAUL VERMAAK 25 GREAT PULTENEY STREET, 3RD FLOOR
                                           LONDON  W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: BANCO COOPERATIVO ESPANOL, S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                           LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: CVF LUX FINCO, LLC ATTN:PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)       TRANSFEROR: LANDESBANK BERLIN AG FKA BANKGESELLSCHAFT BERLIN AG ATTN: MICHAEL SUTTON/SIMON GLENNIE
                                           WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
LUZERNER KANTONALBANK AG                   BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                   LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MERRILL LYNCH INTERNATIONAL                TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL, LYNCH, PIERCE FENNER & SMITH      TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INC.
MERRILL, LYNCH, PIERCE FENNER & SMITH      TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
INC.
OCP INVESTMENT TRUST, LTD.                 TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INC. 910 SYLVAN AVENUE SUITE 100 ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.           TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INC. 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.           TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INC. 910 SLYVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632
ST. GALLER KANTONALBANK                    TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 POSTFACH 9001 ST. GALLEN  SWITZERLAND
ST. GALLER KANTONALBANK AG                 TRANSFEROR: ST. GALLER KANTONALBANK ST. LEONHARDSTRASSE 25 ST. GALLEN  9000 SWITZERLAND
UBS AG                                     BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                     ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA             ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA             ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY


Total Number of Records Printed               24
```

EPIQ BANKRUPTCY SOLUTIONS, LLC