# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $707,852.00 of or an undivided 100.00% ownership interest in the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $707,852.00 | 16198 |

has been transferred and assigned to **Solus Recovery Fund II Master LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $707,852.00 of or an undivided 100.00% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Solus Recovery Fund II Master LP

c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Attn: Solus Compliance

By: Solus Alternative Asset Management LP
Its Investment Advisor

Signature: _____

Name: Gordon Yeager

Title: Chief Risk Officer & Chief Operations Officer

Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

1615 Brett Road, Bldg 3
New Castle, DE  19720

Signature: _____

Name: _____

Title: _____

Date: _____

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $707,852.00 of or an undivided 100.00% ownership interest in the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $707,852.00 | 16198 |

has been transferred and assigned to **Solus Recovery Fund II Master LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $707,852.00 of or an undivided 100.00% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | |
|---|---|
| ASSIGNEE: Solus Recovery Fund II Master LP<br><br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022<br>Attn: Solus Compliance<br><br>By: Solus Alternative Asset Management LP<br>Its Investment Advisor<br><br>Signature: _____<br><br>Name: _____<br><br>Title: _____<br><br>Date: _____ | ASSIGNOR: Citigroup Financial Products Inc.<br><br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720<br><br><br><br><br><br>Signature: /s/ Brian S. Broyles<br><br>Name: _____<br><br>Title: Brian S. Broyles<br>Authorized Signatory<br><br>Date: _____ |

Error! Unknown document property name.