

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Union Bancaire Privée, UBP SA | HSBC PRIVATE BANK SUISSE SA |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): Lehman Sec. Pr. Proof of Claim: 0000051762<br>Amount of Claim: $166'000.-<br>Date Claim Filed: 10.28.2009 |
|---|---|
| Phone: +41.58.819.3428<br>Last Four Digits of Acct #: | Phone: +41.22.705.55.39<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above):<br>Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

B 210A (Form 210A) (12/09)    SECURITIES DPT    SECURITIES DPT

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\NY - 002381/000005 - 2784660 v1

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to Union Bancaire Privee, UBP SA 96-98 Rue du Rhone, 1211 Geneva 1 ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: July 3rd, 2014

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues / P.O. Box 2888

CH- 1211 Geneva 1

Signature(s): _____

Signature(s): _____
Stéphane Bernotti
Associate

Schedule 1

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0326476693 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 40'000.- |
| XS0264674549 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 49'000.- |
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 38'000.- |
| XS0314871293 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | GBP 39'000.- |

