**EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $1,400,000.00 of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,400,000.00 | 27575 |

has been transferred and assigned to **Solus Recovery Fund II Master LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,400,000.00 of or all of Assignor's right, title and interest in and to the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | |
|---|---|
| ASSIGNEE: Solus Recovery Fund II Master LP | ASSIGNOR: Citigroup Financial Products Inc. |
| c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022<br>Attn: Solus Compliance | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| By: Solus Alternative Asset Management LP<br>Its Investment Advisor | |
| Signature: _____ | Signature: _____ |
| Name: Gordon Yeager | Name: _____ |
| Title: Chief Risk Officer &<br>Chief Operations Officer | Title: _____ |
| Date: _____ | Date: _____ |

## EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS <br> HOLDINGS, INC., et al., <br><br> Debtors | Case No. 08-13555 <br><br> Chapter 11 <br><br> Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that **$1,400,000.00** of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,400,000.00 | 27575 |

has been transferred and assigned to **Solus Recovery Fund II Master LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,400,000.00 of or all of Assignor's right, title and interest in and to the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: Solus Recovery Fund II Master LP | ASSIGNOR: Citigroup Financial Products Inc. |
|---|---|
| c/o Solus Alternative Asset Management LP <br> 410 Park Avenue, 11th Floor <br> New York, NY 10022 <br> Attn: Solus Compliance | 1615 Brett Road, Bldg 3 <br> New Castle, DE 19720 |
| By: Solus Alternative Asset Management LP <br> Its Investment Advisor | |
| Signature: _____ | Signature: _/s/ Brian S. Broyles_____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _Brian S. Broyles_ <br> Authorized Signatory |
| Date: _____ | Date: _____ |

Error! Unknown document property name.