UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )  Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., ET AL.,                         )  Case No. 08-13555 (JMP)
                                                               )
                                                               )
    Debtors                                                    )  (Jointly Administered)
---------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY UNDER RULE 3001(e)4

PLEASE TAKE NOTICE that Transferor and Transferee hereby give evidence and notice, pursuant to Rule 3001(e)(4), Fed. R. Bankr. P, of the withdrawal of the transfer for security of the claim referenced in this evidence and notice.

| CVF Lux Securities Trading S.à r.l. | CVF Lux Finco, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVF Lux Securities Trading S.à r.L
c/o Carval Investor LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg
(952) 984-3416

*With a copies to:*

Credit Suisse
11 Madison Avenue
New York, NY 10010
Attn: William Doyle
(212) 325-3571

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
(212) 850-2872

Case No: 08-13555

Court Claim # (if known): 67079

Withdrawal Amount of Claim Transferred for Security: $20,000,000.00

Debtor: Lehman Brothers Holdings Inc.

Case No: 08-13900

Court Claim # (if known): 67080

Withdrawal Amount of Claim Transferred for Security: $20,000,000.00

Debtor: Lehman Commercial Paper Inc.

Schedule of Claim(s)

EVIDENCE OF
WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

  For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF LUX FINCO, LLC ("Finco") hereby unconditionally and irrevocably withdraws a grant of a first priority security interest to CVF LUX SECURITIES TRADING S.À R.L ("Trading") in all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with the Withdrawal Amount of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against each Debtor as listed below (collectively, the "Debtor"), each a debtor in the Case No. listed below pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim as listed below held by Finco with the Bankruptcy Court in respect of the foregoing claim.

| Court Claim # (if known): | Amount of Claim Transferred for Security | Amount of Withdrawal of Claim Transferred for Security ("Withdrawal Amount") | Debtor | Case No. |
|---|---|---|---|---|
| 67079 (amending claim 22119, filed on 9/21/09) | $20,000,000.00 | **$20,000,000.00** | Lehman Brothers Holdings Inc. | 08-13555 |
| 67080 | $20,000,000.00 | **$20,000,000.00** | Lehman Commercial Paper Inc. | 08-13900 |

  Finco and Trading each acknowledge and agree that this Withdrawal of Transfer of Claim for Security is intended to enable Finco to transfer the Withdrawal Amount to Citigroup Financial Products Inc. free and clear of any and all liens, claims, security interests or encumbrances of any kind or nature whatsoever.

  Trading hereby waives any objection to the withdrawal of transfer of the claim for security by Finco on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

IN WITNESS WHEREOF, this EVIDENCE OF WITHDRAWAL OF TRANSFER OF CLAIM is executed this 18th day of July, 2014.

| | |
|---|---|
| CVF LUX FINCO, LLC<br>By: Carval Investors, LLC<br>Its Attorney in Fact<br><br>By: _____<br>Name: Sean Goudy<br>Title: Authorized Signatory | CVF LUX SECURITIES TRADING S.À R.L<br>By: Carval Investors, LLC<br>Its Attorney in Fact<br><br>By: _____<br>Name:<br>Title: Sean Goudy<br>Authorized Signatory |