**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
|  |  :  |  |
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |
-------------------------------------------------------------------------x    **Ref. Docket No. 45122**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Reply to Response of Conway Hospital, Inc. to Lehman Brothers Holdings Inc.'s Three Hundred Twenty Third Omnibus Objection to Claims (Late-Filed Claims)," dated July 11, 2014 [Docket No. 45122], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on July 11, 2014,

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, on July 11, 2014, and

    iii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, on July 15, 2014.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
17th day of July, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jwest@velaw.com |
| aalfonso@willkie.com | jwh@njlawfirm.com |
| abeaumont@fklaw.com | kanema@formanlaw.com |
| abraunstein@riemerlaw.com | karen.wagner@dpw.com |
| acaton@kramerlevin.com | karl.geercken@alston.com |
| adarwin@nixonpeabody.com | kdwbankruptcydepartment@kelleydrye.com |
| adiamond@diamondmccarthy.com | keckhardt@hunton.com |
| aeckstein@blankrome.com | keith.simon@lw.com |
| aentwistle@entwistle-law.com | ken.coleman@allenovery.com |
| afriedman@irell.com | ken.higman@hp.com |
| agbanknewyork@ag.tn.gov | kerry.moynihan@hro.com |
| aglenn@kasowitz.com | kgwynne@reedsmith.com |
| agold@herrick.com | kiplok@hugheshubbard.com |
| agoldstein@tnsj-law.com | kit.weitnauer@alston.com |
| agottfried@morganlewis.com | kjarashow@stutman.com |
| aisenberg@saul.com | kkelly@ebglaw.com |
| akadish@dtlawgroup.com | kkolbig@mosessinger.com |
| akantesaria@oppenheimerfunds.com | klyman@irell.com |
| akolod@mosessinger.com | klynch@formanlaw.com |
| alum@ftportfolios.com | kmayer@mccarter.com |
| amarder@msek.com | kobak@hugheshubbard.com |
| amartin@sheppardmullin.com | korr@orrick.com |
| amcmullen@boultcummings.com | kovskyd@pepperlaw.com |
| amenard@tishmanspeyer.com | kressk@pepperlaw.com |
| amh@amhandlerlaw.com | kreynolds@mklawnyc.com |
| andrew.brozman@cliffordchance.com | krodriguez@allenmatkins.com |
| andrew.lourie@kobrekim.com | krosen@lowenstein.com |
| angelich.george@arentfox.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |

## LEHMAN BROTHERS HOLDINGS INC.,

### E-MAIL SERVICE LIST

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

lisa.ewart@wilmerhale.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lperkins@deilylawfirm.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

## LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com

melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
michelle.park@freshfields.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com

4

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbclaw.com

ep@scottwood.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhorkovich@andersonkill.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

rwasserman@cftc.gov

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

## LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

| | |
|---|---|
| ian.roberts@bakerbotts.com | scargill@lowenstein.com |
| icatto@mwe.com | schager@ssnyc.com |
| igoldstein@proskauer.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | schepis@pursuitpartners.com |
| irethy@stblaw.com | schnabel.eric@dorsey.com |
| israel.dahan@cwt.com | schristianson@buchalter.com |
| iva.uroic@dechert.com | schwartzmatthew@sullcrom.com |
| jacobsonn@sec.gov | scott.golden@hoganlovells.com |
| jalward@blankrome.com | scottj@sullcrom.com |
| james.heaney@lawdeb.com | scottshelley@quinnemanuel.com |
| james.mcclammy@dpw.com | scousins@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sdnyecf@dor.mo.gov |
| jamesboyajian@gmail.com | seba.kurian@invesco.com |
| jamestecce@quinnemanuel.com | sehlers@armstrongteasdale.com |
| jar@outtengolden.com | sfalanga@connellfoley.com |
| jason.jurgens@cwt.com | sfelderstein@ffwplaw.com |
| jay.hurst@oag.state.tx.us | sfineman@lchb.com |
| jay@kleinsolomon.com | sfox@mcguirewoods.com |
| jbeemer@entwistle-law.com | sgordon@cahill.com |
| jbeiers@co.sanmateo.ca.us | sgubner@ebg-law.com |
| jbird@polsinelli.com | sharbeck@sipc.org |
| jbromley@cgsh.com | shari.leventhal@ny.frb.org |
| jcarberry@cl-law.com | shgross5@yahoo.com |
| jchristian@tobinlaw.com | sidorsky@butzel.com |
| jchubak@proskauer.com | sldreyfuss@hlgslaw.com |
| jdoran@haslaw.com | sleo@bm.net |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdweck@sutherland.com | slevine@brownrudnick.com |
| jdyas@halperinlaw.net | sloden@diamondmccarthy.com |
| jean-david.barnea@usdoj.gov | smillman@stroock.com |
| jeanites@whiteandwilliams.com | smulligan@bsblawyers.com |
| jeannette.boot@wilmerhale.com | snewman@katskykorins.com |
| jeff.wittig@coair.com | sory@fdlaw.com |
| jeffery.black@bingham.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |
| jfreeberg@wfw.com | sstarr@starrandstarr.com |

# LEHMAN BROTHERS HOLDINGS INC.,

E-MAIL SERVICE LIST

| | |
|---|---|
| jg5786@att.com | steele@lowenstein.com |
| jgenovese@gjb-law.com | stephen.cowan@dlapiper.com |
| jgoodchild@morganlewis.com | stephen.hessler@kirkland.com |
| jguy@orrick.com | steve.ginther@dor.mo.gov |
| jhiggins@fdlaw.com | steven.usdin@flastergreenberg.com |
| jhorgan@phxa.com | steven.wilamowsky@bingham.com |
| jhuggett@margolisedelstein.com | streusand@slollp.com |
| jim@atkinslawfirm.com | susheelkirpalani@quinnemanuel.com |
| jjoyce@dresslerpeters.com | sweyl@haslaw.com |
| jjtancredi@daypitney.com | swolowitz@mayerbrown.com |
| jjureller@klestadt.com | szuch@wiggin.com |
| jlamar@maynardcooper.com | tannweiler@greerherz.com |
| jlawlor@wmd-law.com | tbrock@ssbb.com |
| jlee@foley.com | tdewey@dpklaw.com |
| jlevitin@cahill.com | tgoren@mofo.com |
| jlscott@reedsmith.com | thaler@thalergertler.com |
| jmaddock@mcguirewoods.com | thomas.califano@dlapiper.com |
| jmakower@tnsj-law.com | tim.desieno@bingham.com |
| jmazermarino@msek.com | timothy.harkness@freshfields.com |
| jmelko@gardere.com | tjfreedman@pbnlaw.com |
| jmerva@fult.com | tkiriakos@mayerbrown.com |
| jmmurphy@stradley.com | tlauria@whitecase.com |
| jmr@msf-law.com | tmacwright@whitecase.com |
| jnadritch@olshanlaw.com | tmarrion@haslaw.com |
| jnm@mccallaraymer.com | tnixon@gklaw.com |
| john.monaghan@hklaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.mule@ag.state.mn.us | tomwelsh@orrick.com |
| john.rapisardi@cwt.com | tsalter@blankrome.com |
| jonathan.goldblatt@bnymellon.com | tslome@msek.com |
| jonathan.henes@kirkland.com | tunrad@burnslev.com |
| jorbach@hahnhessen.com | twheeler@lowenstein.com |
| joseph.cordaro@usdoj.gov | villa@slollp.com |
| joseph.serino@kirkland.com | vmilione@nixonpeabody.com |
| joshua.dorchak@bingham.com | vrubinstein@loeb.com |
| jowen769@yahoo.com | wanda.goodloe@cbre.com |
| joy.mathias@dubaiic.com | wballaine@lcbf.com |
| jpintarelli@mofo.com | wbenzija@halperinlaw.net |
| jporter@entwistle-law.com | wchen@tnsj-law.com |
| jprol@lowenstein.com | wcurchack@loeb.com |
| jrabinowitz@rltlawfirm.com | wdase@fzwz.com |
| jrsmith@hunton.com | wfoster@milbank.com |

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshenwick@gmail.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

will.sugden@alston.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@stutman.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

**MSL**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADDS**
CONWAY HOSPITAL, INC.
C/O ANDREW J. WHITE JR.
HAYNSWORTH SINKLER BOYD, P.A.
P.O. BOX 2048
GREENVILLE, SC 29602


BINGHAM MCCUTCHEN LLP
ATTN:  ANGIE OWEN
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION)
1919 M STREET, NW
SUITE 200
WASHINGTON, DC 20036-3545

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.,**

E-MAIL SERVICE LIST

adarwin@nixonpeabody.com
mberman@nixonpeabody.com