B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>                    Case No. <u>08-13555 (JMP)</u>
                                                                        (Jointly Administered)

                        Debtors.


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


<u>Jefferies International Limited</u>                    <u>Unione di Banche Italiane S.C.P.A.</u>
          Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>15525</u>
should be sent:                                        Amount of Claim Transferred: $<u>853,676.91</u>
                                                       Date Claim Filed: <u>09/17/2009</u>
Jefferies International Limited                         Debtor: <u>Lehman Brothers Holdings Inc.</u>
Vintners Place,
68 Upper Thames Street,
London EC4V 3BJ
Attn:  Lisa Brady
Tel:  +44 207 029-8031
Email:  European_Loan_Closing@jefferies.com


Phone:                                                 Phone:
Last Four Digits of Acct #:                            Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Jefferies International Limited

By: _____   Date: _____7/18/14_____
GEORGE MAVRIDOGLOU
AUTHORISED SIGNATORY
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Unione di Banche Italiane S.C.P.A.

By: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Jefferies International Limited

By: _____     Date: _____7/18/14_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Unione di Banche Italiane S.C.P.A.

By: _____
Transferor/Transferor's Agent