B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
                                                     (Jointly Administered)
                    Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Long Beach Holdings, L.L.C.              Jefferies International Limited
       Name of Transferee                         Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 15525
should be sent:                                   Amount of Claim Transferred: $853,676.91
                                                       Date Claim Filed: 09/17/2009
c/o Farallon Capital Management, L.L.C.        Debtor: Lehman Brothers Holdings Inc.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
(tel) +1 415-421-2132
(fax) +1 415-421-1474
loanops@farcap.com

Phone:_____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

834506v.3 3093/00020                      15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LONG BEACH HOLDINGS, L.L.C.
By: Farallon Capital Management, L.L.C., Its Manager

By: _____    Date: _____7/18/14_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

JEFFERIES INTERNATIONAL LIMITED

By: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LONG BEACH HOLDINGS, L.L.C.
By: Farallon Capital Management, L.L.C., Its Manager

By: _____        Date:    7/18/14
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

JEFFERIES INTERNATIONAL LIMITED

By: _____
      Transferor/Transferor's Agent
      GEORGE MAVRIDOGLOU
      AUTHORISED SIGNATORY

834506v.2 3093/00020                16