UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                         :

| | |
|---|---|
| In re | :    Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :    08-13555 (SCC) |
| | :    **(Jointly Administered)** |
| Debtors. | : |
| | : |

-------------------------------------------------------------------x

                                              **Ref. Docket Nos. 45189, 45190, 45193, 45196, 45198, 45199, 45203-45208, 45220-45224, 45226, 45227, 45229**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
21st day of July, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                            |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,           |    08-13555 (SCC)

                                                 |    (Jointly Administered)

                          Debtors.               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: HLF LP
             C/O DEUTSCHE BANK SECURITIES INC.
             ATTN: RICH VICHAIDITH
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 21406-12 in the above referenced case and in the amount of
        $4,839,775.61  allowed at $4,763,000.00        has been transferred **(unless previously expunged by court order)**

             VARDE INVESTMENT PARTNERS, L.P.
             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
             ATTN: EDWINA P.J. STEFFER
             8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
             MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45189        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/21/2014                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 21, 2014.

**EXHIBIT B**

TIME: 12:43:36
DATE: 07/21/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC ATTN: DANIEL MIRANDA AND JEFFREY LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JENNA YOO AND HOWARD LEE 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP C/O DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II LP | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP. | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH CAYMAN FUND LIMITED | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| P MONARCH RECOVERY LTD. | C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| RAPAX OC MASTER FUND, LTD. | MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10019 |
| SERENGETI LYCAON MM L.P. | MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10019 |
| SERENGETI MULTI-SERIES MASTER LLC-SERIES E11 | MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. DISLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI MULTI-SERIES MASTER LLC-SERIES | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10019 |
| SERENGETI OPPORTUNITIES MM L.P. | MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10019 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: EDWINA P.J. STEFFER ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | ATTN: EDWINA PJ STEFFER 8500 NORMANDIE LAKE BLVD STE 1500 MINNEAPOLIS MN 55437 |

TIME: 12:43:36
DATE: 07/21/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed        36

EPIQ BANKRUPTCY SOLUTIONS, LLC