UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :
                    Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (LOTC PRIMARY OBLIGOR GUARANTEE CLAIMS)

Upon the four hundred sixty-fifth omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Sixty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, pursuant to section 502(b) of title 11 of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance of the Satisfied Guarantee Claims, all as more fully described in the Four Hundred Sixty-Fifth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Sixty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Sixty-Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Sixty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Sixty-Fifth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Sixty-Fifth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 21, 2014
New York, New York

                                            */s/ Shelley C. Chapman*
                                            HONORABLE SHELLEY C. CHAPMAN
                                            UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC, ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 465: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ATTESTOR VALUE MASTER FUND, LP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/2009 | 56988 | $9,669,983.23 | $9,669,983.23 | Creditor filed corresponding Primary Claim 22687 against LOTC for $9,669,983.23, and said claim is disputed and being reserved at 100% of the filed amount by LOTC. |
| 2 | BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF OF | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26531 | $765,717.96 * | $765,717.96* | Creditor filed corresponding Primary Claim 26532 against LOTC for $765,717.96, and said claim was allowed for $672,530.21 on Omni 145 and has been satisfied in full by LOTC. |
| 3 | BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF OF | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26538 | $3,021,453.23 * | $3,021,453.23* | Creditor filed corresponding Primary Claim 26537 against LOTC for $3,021,453.23, and said claim was allowed for $3,021,453.00 on Omni 145 and has been satisfied in full by LOTC. |
| 4 | BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF OF | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26539 | $1,360,998.20 * | $1,360,998.20* | Creditor filed corresponding Primary Claim 26540 against LOTC for $1,360,998.20, and said claim was allowed for $1,131,418.90 on Omni 145 and has been satisfied in full by LOTC. |
| 5 | CAJA DE AHORROS DE SALAMANCA Y SORIA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28156 | $4,546,892.67 * | $4,546,892.67* | Creditor filed corresponding Primary Claim 28155 against LOTC for $4,546,892.67, and said claim was allowed for $3,600,000.00 on Omni 160 and has been satisfied in full by LOTC. |
| 6 | GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26529 | $1,735,571.25 * | $1,735,571.25* | Creditor filed corresponding Primary Claim 26530 against LOTC for $1,735,571.25, and said claim was allowed for $1,735,571.25 on Omni 103 and has been satisfied in full by LOTC. |
| 7 | LIBERTY HARBOR MASTER FUND I, L.P. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15905 | $3,591,664.00 * | $3,591,664.00* | Creditor filed corresponding Primary Claim 15906 against LOTC for $3,591,664.00, and said claims is disputed and being reserved at 100% of the filed amount by LOTC. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC, ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 465: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8  LOOMIS STREET, LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/07/2010 | 66503 | $15,334,482.67 | $15,334,482.67 | Creditor filed corresponding Primary Claim 66504 against LOTC for $15,334,482.67, and said claim has been allowed at the filed amount and satisfied in full by LOTC. |
| 9  QUINTESSENCE FUND LP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21145 | $905,461.00 * | $905,461.00* | Creditor filed corresponding Primary Claim 21225 against LOTC for $905,461.00, and said claim is disputed and being reserved at 100% of the filed amount by LOTC. |
| 10  QVT FUND LP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21139 | $8,430,170.00 * | $8,430,170.00* | Creditor filed corresponding Primary Claim 21222 against LOTC for $8,430,170.00 and said claim is disputed is being reserved at 100% of the filed amount by LOTC. |
| 11  SPCP GROUP, LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26528 | $140,845.36 * | $140,845.36* | Creditor filed corresponding Primary Claim 26527 against LOTC for $140,845.36, and said claim was allowed for $73,164.00 on Omni 30 and has been satisfied in full by LOTC. |
| | | | | TOTAL | $49,503,239.57 | $49,503,239.57 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts