UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                      :    Chapter 11 Case No.
                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                               :
                                     Debtors.                     :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED SIXTY–SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)

Upon the four hundred sixty–seventh omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Sixty–Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Sixty–Seventh Omnibus Objection to Claims; and due and proper notice of the Four Hundred Sixty–Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Sixty–Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Sixty–Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Sixty–Seventh Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Sixty–Seventh Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 21, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC, ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 467: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: GULF3) | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22146 | $28,937.96 | $28,937.96 * | None |
| 2 | ASC (HK) LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19713 | Undetermined | Undetermined | None |
| 3 | BANCO MARE NOSTRUM, S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29604 | $10,997.00 | $10,997.00 | None |
| 4 | CANTOR FITZGERALD (HONG KONG) CAPITAL MARKETS LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22156 | $138,589.00 | $138,589.00 | None |
| 5 | CANTOR FITZGERALD EUROPE (AND BRANCHES) This objection affects only the portion of claim number 22158 that is based on a purported guaranty of the obligations of Lehman Brothers Finance S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22158 | $2,635,157.00 | $472,837.00 | $2,162,320.00 |
| 6 | COOK, STEVE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9611 | $66,453.00 | $66,453.00 | None |
| 7 | HACHIJUNI SECURITIES CO., LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13083 | $966,911.99 | $966,911.99 | None |
| 8 | I.D.A., INTERNATIONAL HONG KONG LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 02/01/2010 | 66195 | $18,870.00 | $18,870.00 | None |
| 9 | INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17216 | $30,304.36 | $30,304.36 | None |
| 10 | JAPAN INVESTOR PROTECTION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16043 | Undetermined | Undetermined | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 467: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 11 MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21596 | $14,196.84 | $14,196.84 | None |
| 12 PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - MINNESOTA NURSES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17217 | $154,748.43 | $154,748.43 | None |
| 13 PINNACLE AMERICAN CORE PLUS BOND FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9905 | $697,526.72 | $697,526.72 | None |
| 14 PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGRAM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21585 | $116,608.76 | $116,608.76 | None |
| 15 SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10872 | $97,777.02 | $97,777.02 | None |
| 16 SOEWITO SUHARDIMAN EDDYMURTHY KARDONO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12623 | $10,937.44 | $10,937.44 | None |
| 17 STANDARD CHARTERED BANK MALAYSIA BERHAD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29750 | $476,741.55 | $476,741.55 * | None |
| 18 SUMITOMO TRUST & BANKING CO., LTD., THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13075 | $497,975.72 | $441,122.92 * | $56,852.80 |

This objection affects only the portions of claim number 13075 that are based on a purported guaranty of the obligations of Lehman Brothers Commercial Corporation Asia Limited and Lehman Brothers Securities Asia Limited.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19 WASHINGTON STATE PLUMBING AND PIPEFITTING | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33258 | $1,298.60 | $1,298.60 | None |
| | | | TOTAL | | $5,964,031.39 | $3,744,858.59 | $2,219,172.80 |

* - Indicates claim contains unliquidated and/or undetermined amounts