UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (SCC)
                                                           :
                              Debtors.                     :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED SEVENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred seventy-second omnibus objection to claims, dated June 5, 2014 (the "Four Hundred Seventy-Second Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Four Hundred Seventy-Second Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Second Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-Second Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Seventy-Second Omnibus Objection to Claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Second Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Four Hundred Seventy-Second Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims or portions of claims listed on Exhibit 1 annexed hereto are disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 21, 2014
New York, New York

>/s/ Shelley C. Chapman>
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 472: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO BANIF, S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22221 | Undetermined | Undetermined | None |
| 2 | BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22235 | Undetermined | Undetermined | None |
| 3 | BANK OF SCOTLAND PLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17721 | $2,134,157.00 | $2,134,157.00 * | None |
| 4 | BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22082 | $1,275,739.68 | $1,275,739.68 * | None |
| 5 | GENRE PARTNERS, L.P. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32384 | Undetermined | Undetermined | None |
| 6 | GOLDMAN SACHS LENDING PARTNERS, LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/09/2009 | 11020 | $1,694,353.02 | $1,694,353.02 * | None |
| 8 | UBS AG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43877 | $127,363,342.53 | $8,616,207.16 * | $118,747,135.37 |
| 9 | US BANK NATIONAL ASSOCIATION | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23469 | $20,609.67 | $20,609.67 * | None |
| | | | | | TOTAL | $132,488,201.90 | $13,741,066.53 | $118,747,135.37 |

* - Indicates claim contains unliquidated and/or undetermined amounts