**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                                                :         Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :         08-13555 (SCC)
                                                                         :
                              Debtors.                                      :        (Jointly Administered)
----------------------------------------------------------------x

**ORDER GRANTING OBJECTION TO CLAIM OF MITSUBISHI**
**UFJ SECURITIES INTERNATIONAL PLC (CLAIM NO. 20239)**

Upon the objection, dated June 5, 2014 (the "Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, in accordance with section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of claim number 20239 filed by Mitsubishi UFJ Securities International plc ("Mitsubishi") on the grounds that such claim is, in substance, duplicative of claim number 20242 filed by Mitsubishi, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim listed on Exhibit 1 annexed hereto under the heading "*Claim to be Disallowed*" (the "Duplicative Claim") is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that the claim listed on Exhibit 1 annexed hereto under the heading "*Surviving Claim*" (the "Surviving Claim") will remain on the claims register subject to the Plan Administrator's right to object as set forth herein; and it is further

ORDERED that all information included on and all documentation filed in support of the Duplicative Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative Claim constitutes any admission or finding with respect to the Surviving Claim, and the Plan Administrator's rights to object to the Surviving Claim on any basis are preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 21, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**EXHIBIT 1 – DUPLICATE CLAIM**

| | | CLAIM TO BE DISALLOWED | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | 09/21/2009 | 08-13555 (SCC) | 20239 | $979,034.44 | MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | 09/21/2009 | 08-13555 (SCC) | 20242 | $979,034.44 |
| | | | | TOTAL | $979,034.44 | | | | | |

Page 1 of 1