WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (SCC)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |
| : | |

------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE FOUR HUNDRED THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability

Derivatives Claims) [ECF No. 39570], <u>solely with respect to the claims listed on Exhibit A annexed hereto</u>.

Dated: July 21, 2014
      New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons
                                  Ralph Miller

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of Its Affiliates

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| **Claimant Name** | **Claim Number** |
|---|---|
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANCING CORPORATION | 17407 |
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANCING CORPORATION | 17417 |