UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                           :
                                                                :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :
                                                                :   08-13555 (JMP)
                    Debtors.                                    :
                                                                :   (Jointly Administered)
----------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| Banque Internationale à Luxembourg SA | Liechtensteinische Landesbank AG |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent: <br><br> Banque Internationale à Luxembourg <br> société anonyme <br> 69, route d'Esch    L-2953 Luxembourg | Court Claim # (if known):    60951 <br> Amount of Claim as Filed:    US$ 17251.20 <br> Amount of Claim Transferred:    EUR 5852.23 (nom. 30000) <br> Amount of Claim Transferred:    US$ 8625.80 <br> Date Claim Filed:    Nov.2,2009 <br> XS0232364868 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Banque Internationale à Luxembourg
société anonyme
69, route d'Esch    L-2953 Luxembourg      Date: 3rd July 2014

Transferee/Transferee's Agent
Name: Marie-Fernande Teixeira
Title: Aartina Schilx

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Liechtensteinsiche Landesbank AG ("Transferor"), unconditionally and irrevocably transfers and assigns to Banque Internationale à Luxembourg SA ("Transferee") an undivided pro rata interest in EUR 5852.23 (nominal EUR 20'000) (US$ 8625.80) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44207 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 3 day of July, 2014.

Transferor

By: DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft
Name: Alexander Reus
Title: Managing Partner

Banque Internationale à Luxembourg
société anonyme
69, route d'Esch    L-2953 Luxembourg

Transferee

By: _____
Name: Martina Schitz    Marie-Fernande Teixeira
Title: _____

1028357

