**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LEUMI PRIVATE BANK LTD.</u>                     <u>CREDIT SUISSE AG</u>
Name of Transferee                               Name of Transferor

Name and Address where notices                   Court Claim # (if known): <u>55829</u>
to transferee should be sent:                    Date Claim Filed: <u>OCTOBER 29, 2009</u>
LEUMI PRIVATE BANK LTD.                          Amount of Claim: <u>USD 50,000</u>
DIANASTRASSE 5                                   Portion of Claim Transferred (see
8002 ZÜRICH                                      Schedule I): <u>USD 50,000</u>
SWIZTERLAND

Phone: <u>+41/58 207 93 92</u>                  Phone: <u>+41/44 332 86 11</u>
Last Four Digits of Acct #: <u>0265</u>         Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                        Date: <u>9.7. 2014</u>
    Transferee/Transferee's Agent  C. Bösch
    Kim Loan Do

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Leumi Private Bank Ltd.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **May 19, 2014.**

**Credit Suisse AG**

By:_____
Name: Reto Baumgartner
Title: VP

By:_____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0339537804 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 50,000 |

# Empfangsbestätigung / Receipt

**An / to**

**Leumi Private Bank Ltd**
**P.O. Box 20 90**
**CH-8022 Zurich**

**von/of**

**Ihre Sendung vom/ Your dispatch of:**   9. Juli 2014

Wir bestätigen den Empfang der nachstehend aufgeführten Werte.

We acknowledge receipt of the values specified below.

---

**-1- Evidence of Transfer of Claim**

**-1- Form 210A**




**Kindly return to: Securities Processing / KDO**

---

Datum / Date    Stamp and authorized signatures

Page 2 of 2



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Unterschriftenverzeichnis 2014**
**Liste des signatures autorisées 2014**
**List of Authorized Signatures 2014**

04.07.2014



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

Zeichnungsregelung

Zur verbindlichen Zeichnung namens der Bank sind die gemeinsamen Unterschriften von je zwei hierzu berechtigten Personen erforderlich. Abweichende Regelungen im Kassenverkehr und bei anderen Belegen werden durch Aufdruck auf den betreffenden Formularen bekanntgegeben.

Die Handlungsbevollmächtigten, denen Vollmacht im Sinne von Art. 462 des "Schweizerischen Obligationenrechts" erteilt ist, sind befugt, für die Ausstellung von Checks und die Indossierung von Wechseln mitzuunterzeichnen, jedoch nicht die Ausstellung und die Akzeptierung von Wechseln.

Die Handlungsbevollmächtigten können nur kollektiv mit einer der übrigen zeichnungsberechtigten Personen unterschreiben, nicht aber mit einem Handlungsbevollmächtigten.

Règlementation

La signature collective de deux personnes autorisées est nécessaire pour engager valablement notre banque. Les exceptions concernant les quittances et reçus de caisse ainsi que d'autres avis sont imprimées sur les formulaires en question.

Les Mandataires commerciaux, auxquels sont conférés les pouvoirs prévus à l'article 462 du "Code Fédéral des Obligations", sont autorisés à donner l'une des signatures pour tirer des chèques et endosser des effets de change, mais non pour émettre ou accepter des effets de change.

Les Mandataires commerciaux ne peuvent pas signer valablement entre eux, mais seulement collectivement une des autres personnes autorisées à signer.

Signature regulation

The Bank is validly engaged by the joint signatures of two persons authorized to sign. Special arrangements for cash and certain other vouchers are indicated thereon.

The Mandatories, on whom are conferred the powers stipulated in article 462 of the "Code Fédéral des Obligations", are authorized to sign checks and to endorse bills of exchange, jointly with another person authorized to sign, but not to issue, sign, or accept such bills of exchange.

Mandatories can only sign jointly with a person authorized to sign other than a Mandatory.

04.07.2014



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Verwaltungsrat**

Conseil d'Administration
Board of Directors
Hauptsitz und Filialen - Siège central et Succursales - Head Office and Branches

---

**Meier Richard T. Dr.**
Mitglied des Verwaltungsrates
Membre du Conseil d'Administration
Member of the Board of Directors

---

**Fainaro Ron**
Mitglied des Verwaltungsrates
Membre du Conseil d'Administration
Member of the Board of Directors

---

**Haymann Michel**
Mitglied des Verwaltungsrates
Membre du Conseil d'Administration
Member of the Board of Directors

---

**Lanzi Marco G.F. Dr.**
Mitglied ses Verwaltungsrates
Membre du Conseil d'Administration
Member of the Board of Directors

---

**Lévy Alain B. Dr.**
Vizepräsident des Verwaltungsrates
Sous-Président du Conseil d'Administration
Vice-Chairman of the Board of Directors

---

**Malach Itzhak**
Mitglied des Verwaltungsrates
Membre du Conseil d'Administration
Member of the Board of Directors

---

**Shneider Shaul**
Mitglied des Verwaltungsrates
Membre du Conseil d'Administration
Member of the Board of Directors

---

**Tsiddon Daniel Prof.**
Präsident des Verwaltungsrates
Président du Conseil d'Administration
Chairman of the Board of Directors

---

04.07.2014                                    Seite 1 von 14

# LEUMI PRIVATE BANK

**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

## Geschäftsleitung

Direction
Management
Hauptsitz und Filialen - Siège central et Succursales - Head Office and Branches

---

**Egli Ursula**
Direktorin
Directrice
Executive Vice President / Member of Management

---

**Dallal Robert**
Direktor
Directeur
Executive Vice President / Member of Management

---

**Dichovski Youval**
Direktor
Directeur
Executive Vice President / Member of Management

---

**Gavish Ohad**
Direktor
Directeur
Executive Vice President / Member of Management

---

**Hickey Daniel**
Direktor
Directeur
Executive Vice President / Member of Management

---

**Perets Shaul**
Direktor
Directeur
Executive Vice President / Member of Management

---

**Tassan-Din Daniel**
Direktor
Directeur
Executive Vice President / Member of Management

---

**Zilberberg Ehud**
Generaldirektor / Direktor
Directeur géneral / Directeur
General Manager / Executive Vice President

---

04.07.2014        Seite 2 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

---

**Agusevski Denis**
Prokurist
Fondé de pouvoir
Assistant Vice President

---

**Aksay Tülay**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Aviram-Abrahamsohn Nir**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Bayard Patrick**
Vizedirektor
Sous-Directeur
First Vice President

---

**Bild Sascha**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Bjelic Bojan**
Vizedirektor
Sous-Directeur
Vice President

---

**Bösch Cornelia**
Vizedirektorin
Sous-Directrice
Vice President

---

**Brändli Markus**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Burger Peter**
Vizedirektor
Sous-Directeur
First Vice President

---

04.07.2014                                                                 Seite 3 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

---

**Burger Ralph**
Vizedirektor
Sous-Directeur
First Vice President

---

**Burkard Gertrud**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

i.V.

---

**Buzhala Arianit**
Vizedirektor
Sous-Directeur
First Vice President

---

**Canonaco Antonio**
Vizedirektor
Sous-Directeur
Vice President

---

**Chiprut Irit**
Vizedirektorin
Sous-Directrice
Vice President

---

**Cohen David**
Vizedirektor
Sous-Directeur
Vice President

---

**Czucka Claudia**
Prokuristin
Fondée de pouvoir
Assistant Vice President

---

**D'Arch Ryan**
Vizedirektor
Sous-Directeur
Vice President

---

**Dieng Pia Maria**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

04.07.2014                                Seite 4 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

---

**Do Kim Loan**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Erlanger Dan**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Etkovitch Erez**
Vizedirektor
Sous-Directeur
Vice President

---

**Fässler Margarete**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Frick Michel**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Fuchs-Bejic Kerstin**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Gensetter Walter**
Vizedirektor
Sous-Directeur
Vice President

---

**Gleich Dorothea**
Vizedirektorin
Sous-Directrice
Vice President

---

**Goren Dana**
Vizedirektorin
Sous-Directrice
Vice President

---

04.07.2014                                                                                                      Seite 5 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

---

**Gosteli Barbara**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Helshani Ridvan**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Hofmann Willi**
Vizedirektor
Sous-Directeur
Vice President

---

**Holles Mary**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Kareem Mohammed Ali**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Kenessey Anne-Marie**
Prokuristin
Fondée de pouvoir
Assistant Vice President

---

**Krebs Ursula**
Vizedirektorin
Sous-Directrice
Vice President

---

**Levi Erez**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Lüönd Philipp**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

04.07.2014                                              Seite 6 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

| | |
|---|---|
| **Manser Ursula**<br>Vizedirektorin<br>Sous-Directrice<br>Vice President | |
| **Martinelli Angelika**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | |
| **Meier Tanya**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | |
| **Moustakis Fredy**<br>Prokurist<br>Fondé de pouvoir<br>Assistant Vice President | |
| **Müller André Guido**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | |
| **Nievergelt Thomas**<br>Direktor<br>Directeur<br>Senior Vice President | |
| **Nitsch Roland**<br>Vizedirektor<br>Sous-Directeur<br>First Vice President | |
| **Papatrechas Hadar**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | |
| **Ponnusamy Manikandan**<br>Prokurist<br>Fondé de pouvoir<br>Assistant Vice President | |

04.07.2014    Seite 7 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

| | |
|---|---|
| **Rava Jenny Patricia**<br>Vizedirektorin<br>Sous-directrice<br>Vice President | *signature* |
| **Regez Adrian**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | *signature* |
| **Reiners Hans-Peter**<br>Vizedirektor<br>Sous-Directeur<br>First Vice President | *signature* |
| **Sahar Gal**<br>Vizedirektor<br>Sous-Directeur<br>First Vice President | *signature* |
| **Schawalder Michèle**<br>Vizedirektorin<br>Sous-Directrice<br>Vice President | *signature* |
| **Schilter-Künzi Manuela**<br>Prokuristin<br>Fondée de pouvoir<br>Assistant Vice President | *signature* |
| **Schneider Michael**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | *signature* |
| **Schor Shmulik**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | *signature* |
| **Seidenband Taly**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | *signature* |

04.07.2014      Seite 8 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

| | |
|---|---|
| **Seyr Marco Roberto**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | *M.S* |
| **Shaham Raanan**<br>Vizedirektor<br>Sous-Directeur<br>First Vice President | |
| **Shai Danny**<br>Handlungsbevollmächtigter<br>Mandataire commercial<br>Associate Manager | |
| **Smolic Marina**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | *Smolic Marina* |
| **Studer Rudolf**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | |
| **Tinic Pinar**<br>Vizedirektorin<br>Sous-Directrice<br>Vice President | |
| **Treml Anne-Rose**<br>Prokuristin<br>Fondée de pouvoir<br>Assistant Vice President | *A. Treml* |
| **Urtasun Carolina**<br>Vizedirektorin<br>Fondée de pouvoir<br>Vice President | |
| **Vaccaro Claudio**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | *Claudio Vaccaro* |

04.07.2014                                    Seite 9 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Hauptsitz Zürich**

Siège central de Zurich
Head Office in Zurich

---

**Verheyen Christian**
Prokurist
Fondé de pouvoir
Assistant Vice President

---

**Vormittag Rudolf**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Weyermann Oliver**
Handlungsbevollmächtigte
Mandataire commercial
Associate Manager

---

**Widmer Christopher**
Vizedirektor
Sous-Directeur
Vice President

---

**Zoladz Gavriel**
Vizedirektor
Sous-Directeur
Vice President

---

04.07.2014    Seite 10 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Filiale Genf / Succursale de Genève / Geneva Branch**

Geschäftsleitung (siehe auch Seiten 1 und 2)
Direction (Voir aussi pages 1 et 2)
Management (see also pages 1 and 2)

| | |
|---|---|
| **Albanese Gianluca**<br>Handlungsbevollmächtigter<br>Mandataire commercial<br>Associate Manager | |
| **Alvarez José**<br>Vizedirektor<br>Sous-Directeur<br>First Vice President | |
| **André Christian**<br>Prokurist<br>Fondé de pouvoir<br>Assistant Vice President | |
| **Barkhordarian Stéphanie**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | |
| **Birchler David**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | |
| **Boillat Yoann**<br>Handlungsbevollmächtigter<br>Mandataire commercial<br>Associate Manager | |
| **Boimond Malika**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | |
| **Brunialti Marisa**<br>Handlungsbevollmächtigte<br>Mandataire commerciale<br>Associate Manager | |
| **Cumplido Rafaël**<br>Vizedirektor<br>Sous-Directeur<br>Vice President | |

04.07.2014                                              Seite 11 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Filiale Genf / Succursale de Genève / Geneva Branch**

Geschäftsleitung (siehe auch Seiten 1 und 2)
Direction (Voir aussi pages 1 et 2)
Management (see also pages 1 and 2)

---

**El Mjiyad Latifa**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Fhima Yoel**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager

---

**Fiss Michael**
Vizedirektor
Sous-Directeur
Vice President

---

**Hornung Floryane**
Prokuristin
Fondée de pouvoir
Assistant Vice President

---

**Jay Barber Jessica**
Vizedirektorin
Sous-Directrice
Vice President

---

**Lasry Noémie**
Vizedirektorin
Sous-Directrice
Vice President

---

**Lettieri Nicolas**
Prokurist
Fondé de pouvoir
Assistant Vice President

---

**Lufkin Sabine**
Direktorin
Directrice
Senior Vice President

---

**Luti Lorena**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

04.07.2014                                              Seite 12 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Filiale Genf / Succursale de Genève / Geneva Branch**

Geschäftsleitung (siehe auch Seiten 1 und 2)
Direction (Voir aussi pages 1 et 2)
Management (see also pages 1 and 2)

---

**Malka Benoît**
Vizedirektor
Sous-Directeur
First Vice President



---

**Melloul Thierry**
Prokurist
Fondé de pouvoir
Assistant Vice President

---

**Monteiro Alves Anabela**
Prokuristin
Fondée de pouvoir
Assistant Vice President



---

**Moreira-Lopes De Figueiredo Claudia**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager



---

**Muti Claudio**
Vizedirektor
Sous-Directeur
First Vice President



---

**Nigri Eliane**
Vizedirektorin
Sous-Directrice
First Vice President

 

---

**Perregaux David**
Prokurist
Fondé de pouvoir
Assistant Vice President



---

**Poncy Hélène**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

---

**Prats Jean-François**
Handlungsbevollmächtigter
Mandataire commercial
Associate Manager



---

04.07.2014                                                          Seite 13 von 14



**Leumi Private Bank Ltd**

Dianastrasse 5
Postfach
8022 Zürich
Schweiz

**Filiale Genf / Succursale de Genève / Geneva Branch**

Geschäftsleitung (siehe auch Seiten 1 und 2)
Direction (Voir aussi pages 1 et 2)
Management (see also pages 1 and 2)

**Radwanski Ricardo**
Direktor
Directeur
Executive Vice President

**Saona Sonia**
Handlungsbevollmächtigte
Mandataire commerciale
Associate Manager

**Wendenburg Ernesto**
Vizedirektor
Sous-Directeur
Vice President

04.07.2014                                   Seite 14 von 14