## STAMELL & SCHAGER, LLP
### ATTORNEYS AT LAW
### 555 FIFTH AVENUE, 14TH FLOOR
### NEW YORK, NEW YORK 10017

WRITER'S E-MAIL:

schager@ssnyc.com

WRITER'S DIRECT DIAL:

(212) 566-4057

TELEPHONE (212) 566-4047

FACSIMILE (212) 566-4061

July 22, 2014

By Hand

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 623
New York, NY 10004

Re:  *In re Lehman Brothers Holdings Inc.*, Chapter 11 Case No. 08-13555 (SCC)
     <u>Compensation Claimants Proposed Findings of Fact and Conclusions of Law</u>

Dear Judge Chapman:

We write on behalf of the Compensation Claimants who participated in the Evidentiary Hearing before the Court on April 1-3, 2014, opposing Lehman's Omnibus Objections to their compensation claims.[1] As the Court knows, we served proposed Findings of Fact and Conclusions of Law last month and filed them with the Court under our letter of July 2. In our July 2 letter we advised the Court that we anticipated a Reply after reviewing Lehman's proposals.

Two weeks ago, on July 8, Weil Gotshal filed and served a Reply to Claimants proposed Findings and Conclusions, along with Lehman's own proposed Findings and Conclusions. We do not agree with Weil Gotshal's conclusion that only Lehman is entitled to a Reply (Weil's July 8 letter). However, we see no points made in Lehman's proposed Findings and Conclusions not addressed in our submission and, in the absence of instructions from the Court, we will not be filing a Reply.

Respectfully submitted,

*[signature]*

Richard J. Schager, Jr.

/pr
cc: See next page

---

[1] LBHI's fourteen Omnibus Objections seeking to reclassify RSU/CSA claims are Nos. 73, 118, 130, 131, 133, 134, 135, 176, 185, 207, 313, 314, 319 & 347.

Hon. Shelley C. Chapman, U.S.B.J.
July 2, 2014
Page 2

cc: Ralph I. Miller, Esq. - Weil, Gotshal & Manges LLP
    Denise Alvarez, Esq. - Weil, Gotshal & Manges LLP
    Teresa Brady, Esq. - Weil, Gotshal & Manges LLP
    Doron Kentor, Esq. - Weil, Gotshal & Manges LLP
    Lisa M. Solomon, Esq. - Law Office of Lisa M. Solomon
    Howard P. Magaliff, Esq. - Rich Michaelson Magaliff Moser, LLP
    Robert N. Michaelson, Esq. - Rich Michaelson Magaliff Moser, LLP
    A. James Boyajian, Esq. - Law Office of A. James Boyajian
    Michael Schlesinger, Esq. - Julien & Schlesinger, P.C.
    Michelle Pomerantz, Esq. – Julien & Schlesinger, P.C.
    Eugene Neal Kaplan, Esq. - Kaplan Landau LLP