UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :
In re                                         :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (SCC)
                                                                :
              Debtors.                        :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 45047

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as a Coordinator, Case Management Services by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2014, I caused to be served the:

   a) "Reply to Response of Matthew Lee to the Four Hundred Sixty-Sixth Omnibus Objection to Claims", dated July 8, 2014 [Docket No. 45047], and

   b) "Letter from Weil Gotshal & Manges LLP, dated July 14, 2014, a sample of which is attached as <u>Exhibit A</u>,

   by causing true and correct copies to be delivered by hand to: *Matthew Lee, 231 Sacket Street, Brooklyn, NY 11231.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Cassandra Murray*
Sworn to before me this                             Cassandra Murray
2nd day of July, 2014
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

T:\Clients\LBH\Affidavits\Reply to Response of Matthew Lee _Weil Letter_DI 45047_AFF_7-15-14.doc

# EXHIBIT A

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Erika R. del Nido**
+1 (212) 310-8323
Erika.delNido@weil.com

BY MESSENGER

July 14, 2014

Matthew Lee
231 Sackett Street
Brooklyn, NY 11231

Re: *In re Lehman Brothers Holdings Inc.*, Case No. 08-13555 (SCC); Claim of Matthew Lee (No. 14073)

Dear Mr. Lee:

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, writes in connection with the Four Hundred Sixty-Sixth Omnibus Objection to Claims [ECF No. 44487] (the "Objection") and your claim number 14073 (the "Claim").

On July 5, 2013, you sent an email to the court-approved claims agent, Epiq Systems (the "Claims Agent"), formally changing your address to PO Box 426, Yucca Valley, CA 92286. As you noted in this correspondence, your original address, as set forth on the Claim, was 247 Dean Street, Brooklyn, NY 11217, which you stated was changed to 231 Sackett Street, Brooklyn, NY. Although the Claims Agent does not have a record of you previously changing the Dean Street address to the Sackett Street address, the Claims Agent formally changed your address to PO Box 426, Yucca Valley, CA 92286 as of July 5, 2013. The Objection was served on you at this address, which you received, as set forth in your response to the Objection (the "Response").

On July 8, 2014, LBHI caused to be filed and served the Reply to Response of Matthew Lee to the Four Hundred Sixty-Sixth Omnibus Objection to Claims [ECF No. 45047] (the "Reply"). A copy of this Reply was served on you at PO Box 426, Yucca Valley, CA 92286, in accordance with the procedures in this case and your change of address request. Because your Response sets forth your previous Sackett Street address in the letterhead, in an abundance of caution, we are also delivering the Reply to you at the Sackett Street address.

Matthew Lee  
July 14, 2014  
Page 2

**Weil, Gotshal & Manges LLP**

As you are aware, a hearing on the Objection with respect to your Claim will take place on July 16, 2014 at 10:00 a.m. (prevailing Eastern Time) before the Hon. Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

Very truly yours,

Erika R. del Nido

*Attorneys for Lehman Brothers Holdings Inc., as Plan Administrator for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

cc: Ralph I. Miller

Encl. (1)