B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**               Case No. **08-13555**
                                                     **(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **HLTS Fund II LP** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): **See Attached**

Total Amount of Claim Transferred:
USD $ **See Attached**

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Ronald Torok_____     Date: ____7/21/2014_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **HLTS Fund II LP** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Banc of America Credit Products, Inc.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $24,818,000.00 (the "Claims"), as set forth in the proof of claim numbers set forth below filed against Lehman Brothers Holdings, Inc. ("Debtor") currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re Lehman Brothers Holdings, et al., Case No. 08-13555 (SCC)(Jointly Administered).

| Proof of Claim Number | Transferred Claim Amount |
|---|---|
| 17424 | $4,818,000.00 |
| 66799 | $5,251,696.63 |
| 66108 | $9,111,299.62 |
| 33587 | $637,003.75 |
| 33658 | $5,000,000.00 |

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

3

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 21, 2014.

        HLTS FUND II LP
        By: Halcyon Long Term Strategies LP,
            its Investment Manager

By: _____
    Name: David Martino
    Title: Controller

By: _____
    Name: Jacob Fishelis
    Title: Authorized Signatory

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
    Name:
    Title:

      IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 21, 2014.

                HLTS FUND II LP
                By:  Halcyon Long Term Strategies LP,
                      its Investment Manager

By: _____
     Name:
     Title:

By: _____
     Name:
     Title:

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: *[signature]*
     Name: Jonathan M Barnes
     Title: Vice President