**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket No. 45047**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK    )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Coordinator, Case Management Services by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 14,  2014, I caused to be served the:

    a)  "Reply to Response of Matthew Lee to the Four Hundred Sixty-Sixth Omnibus Objection to Claims", dated July 8, 2014[Docket No. 45047], and

    b)  "Letter from Weil Gotshal & Manges LLP, dated July 14, 2014, a sample of which is attached hereto as <u>Exhibit A,</u>

    by causing true and correct copies to be delivered by hand to: *Matthew Lee, 231 Sacket Street, Brooklyn, NY 11231.*

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Cassandra Murray*
Sworn to before me this                                    Cassandra Murray
2nd day of July, 2014
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017