UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (SCC)
                                                                :
                        Debtors.                                :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 45318 & 45319

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2014, I caused to be served the:

   a) "Notice of Withdrawal of the One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated July 21, 2014 [Docket No. 45318], and

   b) "Notice of Withdrawal of the Four Hundred Thirty-Second Omnibus Objection to Claims (No Liability Derivatives Claims) as to Certain Claims," dated July 21, 2014 [Docket No. 45319],

   by causing true and correct copies to be:

   i.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: Commonwealth of Virginia Tobacco, Settlement Financing Corp., care of Shawn R. Fox, McGuirewoods LLP, 1345 Avenue of the Americas, 7th Floor, New York, NY 10105.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
22nd day of July, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

**EXHIBIT A**

Pg 4 of 13

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcMullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |
| ashmead@sewkis.com | lisa.ewart@wilmerhale.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | michelle.park@freshfields.com |
| cszyfer@stroock.com | millee12@nationwide.com |
| cwalsh@mayerbrown.com | miller@taftlaw.com |
| cward@polsinelli.com | mimi.m.wong@irscounsel.treas.gov |
| cweber@ebg-law.com | mitchell.ayer@tklaw.com |
| cweiss@ingramllp.com | mjedelman@vedderprice.com |
| dallas.bankruptcy@publicans.com | mjr1@westchestergov.com |
| dave.davis@isgria.com | mkjaer@winston.com |
| david.bennett@tklaw.com | mlahaie@akingump.com |
| david.heller@lw.com | mlandman@lcbf.com |
| david.livshiz@freshfields.com | mlichtenstein@crowell.com |
| david.powlen@btlaw.com | mlynch2@travelers.com |
| davids@blbglaw.com | mmorreale@us.mufg.jp |
| davidwheeler@mvalaw.com | mneier@ibolaw.com |
| dbarber@bsblawyers.com | monica.lawless@brookfieldproperties.com |
| dbaumstein@whitecase.com | mpage@kelleydrye.com |
| dbesikof@loeb.com | mparry@mosessinger.com |
| dcimo@gjb-law.com | mpomerantz@julienandschlesinger.com |
| dcoffino@cov.com | mprimoff@kayescholer.com |
| dcrapo@gibbonslaw.com | mpucillo@bermanesq.com |
| ddavis@paulweiss.com | mrosenthal@gibsondunn.com |
| ddrebsky@nixonpeabody.com | mrothchild@mofo.com |
| ddunne@milbank.com | mruetzel@whitecase.com |
| deggermann@kramerlevin.com | mschimel@sju.edu |
| deggert@freebornpeters.com | msegarra@mayerbrown.com |
| demetra.liggins@tklaw.com | mshiner@tuckerlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dfelder@orrick.com | msolow@kayescholer.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dgrimes@reedsmith.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mvenditto@reedsmith.com |
| dheffer@foley.com | mwarner@coleschotz.com |
| dhurst@coleschotz.com | mwarren@mtb.com |
| dhw@dhclegal.com | nathan.spatz@pillsburylaw.com |
| diconzam@gtlaw.com | nbojar@fklaw.com |
| djcarragher@daypitney.com | ncoco@mwe.com |
| djoseph@stradley.com | neal.mann@oag.state.ny.us |
| dkessler@ktmc.com | ned.schodek@shearman.com |
| dkozusko@willkie.com | neilberger@teamtogut.com |
| dlemay@chadbourne.com | nherman@morganlewis.com |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dmarkham@gibbonslaw.com | nlepore@schnader.com |
| dmcguire@winston.com | notice@bkcylaw.com |
| dmurray@jenner.com | nyrobankruptcy@sec.gov |
| dneier@winston.com | otccorpactions@finra.org |
| dodonnell@milbank.com | paronzon@milbank.com |
| dove.michelle@dorsey.com | patrick.oh@freshfields.com |
| dpegno@dpklaw.com | pbattista@gjb-law.com |
| draelson@fisherbrothers.com | pbosswick@ssbb.com |
| drosenzweig@fulbright.com | pdublin@akingump.com |
| drosner@goulstonstorrs.com | peisenberg@lockelord.com |
| drosner@kasowitz.com | peter.gilhuly@lw.com |
| dshaffer@wtplaw.com | peter.macdonald@wilmerhale.com |
| dshemano@peitzmanweg.com | peter.simmons@friedfrank.com |
| dspelfogel@foley.com | peter@bankrupt.com |
| dtatge@ebglaw.com | pfeldman@oshr.com |
| dtheising@harrisonmoberly.com | pfinkel@wilmingtontrust.com |
| dwdykhouse@pbwt.com | phayden@mcguirewoods.com |
| dwildes@stroock.com | philip.wells@ropesgray.com |
| dworkman@bakerlaw.com | pmaxcy@sonnenschein.com |
| easmith@venable.com | ppascuzzi@ffwplaw.com |
| ecohen@russell.com | ppatterson@stradley.com |
| edward.flanders@pillsburylaw.com | psp@njlawfirm.com |
| efleck@milbank.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@fklaw.com | ptrostle@jenner.com |
| efriedman@friedmanspring.com | raj.madan@skadden.com |
| eglas@mccarter.com | ramona.neal@hp.com |
| ekbergc@lanepowell.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| eleicht@whitecase.com | rbeacher@pryorcashman.com |
| ellen.halstead@cwt.com | rbernard@foley.com |
| emagnelli@bracheichler.com | rbyman@jenner.com |
| emerberg@mayerbrown.com | rdaversa@orrick.com |
| enkaplan@kaplanlandau.com | relgidely@gjb-law.com |
| eobrien@sbchlaw.com | rflanagan@flanassoc.com |
| ep@scottwood.com | rfriedman@silvermanacampora.com |
| eschwartz@contrariancapital.com | rgmason@wlrk.com |
| etillinghast@sheppardmullin.com | rgoodman@moundcotton.com |
| ezujkowski@emmetmarvin.com | rgraham@whitecase.com |
| fbp@ppgms.com | rhett.campbell@tklaw.com |
| ffm@bostonbusinesslaw.com | rhorkovich@andersonkill.com |
| fhenn@law.nyc.gov | richard.fingard@newedge.com |
| fhyman@mayerbrown.com | richard.lear@hklaw.com |
| foont@foontlaw.com | richard.tisdale@friedfrank.com |
| fritschj@sullcrom.com | richard@rwmaplc.com |
| fsosnick@shearman.com | rick.murphy@sutherland.com |
| fyates@sonnenschein.com | rjones@boultcummings.com |
| gabriel.delvirginia@verizon.net | rleek@hodgsonruss.com |
| gary.ravertpllc@gmail.com | rlevin@cravath.com |
| gbray@milbank.com | rmatzat@hahnhessen.com |
| george.south@dlapiper.com | rnetzer@willkie.com |
| ggitomer@mkbattorneys.com | robert.dombroff@bingham.com |
| ggoodman@foley.com | robert.honeywell@klgates.com |
| giddens@hugheshubbard.com | robert.malone@dbr.com |
| gkaden@goulstonstorrs.com | robert.yalen@usdoj.gov |
| glenn.siegel@dechert.com | robin.keller@lovells.com |
| gmoss@riemerlaw.com | roger@rnagioff.com |
| goldenberg@ssnyc.com | ronald.silverman@bingham.com |
| gspilsbury@jsslaw.com | ross.martin@ropesgray.com |
| harrisjm@michigan.gov | rrainer@wmd-law.com |
| harveystrickon@paulhastings.com | rroupinian@outtengolden.com |
| hbeltzer@mayerbrown.com | rrussell@andrewskurth.com |
| heim.steve@dorsey.com | russj4478@aol.com |
| heiser@chapman.com | rwasserman@cftc.gov |
| hmagaliff@r3mlaw.com | sabin.willett@bingham.com |
| hollace.cohen@troutmansanders.com | sabramowitz@velaw.com |
| holsen@stroock.com | sabvanrooy@hotmail.com |
| howard.hawkins@cwt.com | sally.henry@skadden.com |
| hseife@chadbourne.com | samuel.cavior@pillsburylaw.com |
| hsnovikoff@wlrk.com | sandyscafaria@eaton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hsteel@brownrudnick.com | scargill@lowenstein.com |
| ian.roberts@bakerbotts.com | schager@ssnyc.com |
| icatto@mwe.com | schannej@pepperlaw.com |
| igoldstein@proskauer.com | schepis@pursuitpartners.com |
| ilevee@lowenstein.com | schnabel.eric@dorsey.com |
| irethy@stblaw.com | schristianson@buchalter.com |
| israel.dahan@cwt.com | schwartzmatthew@sullcrom.com |
| iva.uroic@dechert.com | scott.golden@hoganlovells.com |
| jacobsonn@sec.gov | scottj@sullcrom.com |
| jalward@blankrome.com | scottshelley@quinnemanuel.com |
| james.heaney@lawdeb.com | scousins@armstrongteasdale.com |
| james.mcclammy@dpw.com | sdnyecf@dor.mo.gov |
| james.sprayregen@kirkland.com | seba.kurian@invesco.com |
| jamesboyajian@gmail.com | sehlers@armstrongteasdale.com |
| jamestecce@quinnemanuel.com | sfalanga@connellfoley.com |
| jar@outtengolden.com | sfelderstein@ffwplaw.com |
| jason.jurgens@cwt.com | sfineman@lchb.com |
| jay.hurst@oag.state.tx.us | sfox@mcguirewoods.com |
| jay@kleinsolomon.com | sgordon@cahill.com |
| jbeemer@entwistle-law.com | sgubner@ebg-law.com |
| jbeiers@co.sanmateo.ca.us | sharbeck@sipc.org |
| jbird@polsinelli.com | shari.leventhal@ny.frb.org |
| jbromley@cgsh.com | shgross5@yahoo.com |
| jcarberry@cl-law.com | sidorsky@butzel.com |
| jchristian@tobinlaw.com | sldreyfuss@hlgslaw.com |
| jchubak@proskauer.com | sleo@bm.net |
| jdoran@haslaw.com | slerman@ebglaw.com |
| jdrucker@coleschotz.com | slerner@ssd.com |
| jdwarner@warnerandscheuerman.com | slevine@brownrudnick.com |
| jdweck@sutherland.com | sloden@diamondmccarthy.com |
| jdyas@halperinlaw.net | smillman@stroock.com |
| jean-david.barnea@usdoj.gov | smulligan@bsblawyers.com |
| jeanites@whiteandwilliams.com | snewman@katskykorins.com |
| jeannette.boot@wilmerhale.com | sory@fdlaw.com |
| jeff.wittig@coair.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |
| jfreeberg@wfw.com | sstarr@starrandstarr.com |

6

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jg5786@att.com | steele@lowenstein.com |
| jgenovese@gjb-law.com | stephen.cowan@dlapiper.com |
| jgoodchild@morganlewis.com | stephen.hessler@kirkland.com |
| jguy@orrick.com | steve.ginther@dor.mo.gov |
| jhiggins@fdlaw.com | steven.usdin@flastergreenberg.com |
| jhorgan@phxa.com | steven.wilamowsky@bingham.com |
| jhuggett@margolisedelstein.com | streusand@slollp.com |
| jim@atkinslawfirm.com | susheelkirpalani@quinnemanuel.com |
| jjoyce@dresslerpeters.com | sweyl@haslaw.com |
| jjtancredi@daypitney.com | swolowitz@mayerbrown.com |
| jjureller@klestadt.com | szuch@wiggin.com |
| jlamar@maynardcooper.com | tannweiler@greerherz.com |
| jlawlor@wmd-law.com | tbrock@ssbb.com |
| jlee@foley.com | tdewey@dpklaw.com |
| jlevitin@cahill.com | tgoren@mofo.com |
| jlscott@reedsmith.com | thaler@thalergertler.com |
| jmaddock@mcguirewoods.com | thomas.califano@dlapiper.com |
| jmakower@tnsj-law.com | timothy.harkness@freshfields.com |
| jmazermarino@msek.com | tjfreedman@pbnlaw.com |
| jmelko@gardere.com | tkiriakos@mayerbrown.com |
| jmerva@fult.com | tlauria@whitecase.com |
| jmmurphy@stradley.com | tmacwright@whitecase.com |
| jmr@msf-law.com | tmarrion@haslaw.com |
| jnadritch@olshanlaw.com | tnixon@gklaw.com |
| jnm@mccallaraymer.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.monaghan@hklaw.com | tomwelsh@orrick.com |
| john.mule@ag.state.mn.us | tsalter@blankrome.com |
| john.rapisardi@cwt.com | tslome@msek.com |
| jonathan.goldblatt@bnymellon.com | tunrad@burnslev.com |
| jonathan.henes@kirkland.com | twheeler@lowenstein.com |
| jorbach@hahnhessen.com | villa@slollp.com |
| joseph.cordaro@usdoj.gov | vmilione@nixonpeabody.com |
| joseph.serino@kirkland.com | vrubinstein@loeb.com |
| joshua.dorchak@bingham.com | wanda.goodloe@cbre.com |
| jowen769@yahoo.com | wballaine@lcbf.com |
| joy.mathias@dubaiic.com | wbenzija@halperinlaw.net |
| jpintarelli@mofo.com | wchen@tnsj-law.com |
| jporter@entwistle-law.com | wcurchack@loeb.com |
| jprol@lowenstein.com | wdase@fzwz.com |
| jrabinowitz@rltlawfirm.com | wfoster@milbank.com |
| jrsmith@hunton.com | will.sugden@alston.com |

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jschiller@bsfllp.com | wiltenburg@hugheshubbard.com |
| jschwartz@hahnhessen.com | wisotska@pepperlaw.com |
| jsheerin@mcguirewoods.com | wk@pwlawyers.com |
| jshenwick@gmail.com | wmaher@wmd-law.com |
| jsherman@bsfllp.com | wmarcari@ebglaw.com |
| jshickich@riddellwilliams.com | wmckenna@foley.com |
| jsmairo@pbnlaw.com | wrightth@sullcrom.com |
| jstoll@mayerbrown.com | wsilverm@oshr.com |
| jsullivan@mosessinger.com | wswearingen@llf-law.com |
| jtimko@shutts.com | wtaylor@mccarter.com |
| judy.morse@crowedunlevy.com | wweintraub@stutman.com |
| jvail@ssrl.com | wzoberman@bermanesq.com |
| jwcohen@daypitney.com | yuwatoko@mofo.com |

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


JULIEN & SCHLESINGER, P.C.
ATTN: MICHELLE L. POMERANTZ
(COUNSEL TO RICHARD J. GLASEBROOK II, JUDITH ANN
KENNEY, RICHARD NACKENSON, ET AL)
ONE WHITEHALL STREET, 17TH FLOOR
NEW YORK,  NY 10004