B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc  ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sr. Simon Juan Galmés Cerdó
Name of Transferee

Union Bancaire Privée UBP SA
Name of Transferor

Name and Address where notices to transferee should be sent:
Banco Sabadell Atlántico, Pl. Rosari, S/N
07001 Palma de Mallorca, Spain

Court Claim # (if known): 55517
Amount of Claim: $203,948.33
Date Claim Filed: 10/29/2009

Phone: +34 971 12 20 62
Last Four Digits of Acct #: _____

Phone: +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Banco Sabadell (BIC: BSABESBB)
IBAN: ES46 0081 1551 60 0001150819

Phone: +34 971 12 20 62
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 06/23/2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



UNION BANCAIRE PRIVÉE

## Schedule I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| ISIN XS0301813522<br><br>Notes Lehman Brothers UK Capital Funding | 55517 | 29th October 2009 | Lehman Brothers UK London | USD 203'948.33 |

UNION BANCAIRE PRIVÉE, UBP SA
Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com



# UNION BANCAIRE PRIVÉE

### EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Sr. Simon Juan Galmés Cerdó** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55517**) in nominal amount of **USD 203'948.33** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th June 2014.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities Dept
Director

Securities Dept
Associate

**UNION BANCAIRE PRIVÉE, UBP SA**

**Genève**

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com



07.07.14
CH-1200
Affr. Poste
751469

JUL 1 4 2014

JUL 1 4 2014



CH-1211 Genève 1

**R** Recommandé étranger

SWISS POST

RM 037 113 164 CH
Please scan - Signature required
Veuillez scanner - Remise contre Signature



FILED / RECEIVED
JUL 1 4 2014
EPIQ SYSTEMS

REGISTERED

EPIQ BANKRUPTCY SOLUTIONS, LLC.
ATTN. LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSIN
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
USA