UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                               :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :     08-13555 (SCC)
                                                    :     (Jointly Administered)
                          Debtors.                  :
                                                    :
-------------------------------------------------------------------x     Ref. Docket Nos. 45298-45300,
                                                          45320, 45322-45327

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Lauren Rodriguez
                                                          Lauren Rodriguez

Sworn to before me this
23rd day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CREDIT SUISSE                                    CREDIT SUISSE
    ATTN: ALLEN GAGE                                 CRAVATH, SWAINE & MOORE LLP
    1 MADISON AVE                                    ATTN: RICHARD LEVIN
    NEW YORK NY 10010                                WORLDWIDE PLAZA
                                                     825 EIGHTH AVENUE
                                                     NEW YORK NY 10019
```

Please note that your claim # 5255829-25 in the above referenced case and in the amount of
          $0.00    allowed at $50,000.00         has been transferred **(unless previously expunged by court order)**

```
        LEUMI PRIVATE BANK LTD.
        TRANSFEROR: CREDIT SUISSE
        DIANASTRASSE 5
        ZURICH    8002
        SWIZTERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45322   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/23/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 23, 2014.

# EXHIBIT B

```
TIME: 11:39:00                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 07/23/14                                   CREDITOR LISTING

Name                                         Address
BANQUE INTERNATIONALE & LUXEMBOURG SA        TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT 69 ROUTE D'ESCH LUXEMBOURG  L-2953 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA          ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CREDIT SUISSE                                ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE SUCURSAL EN ESPANA             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CVF LUX MASTER S.A.R.L.                      TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CVI CVF II LUX MASTER S.A.R.L.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVIC LUX MASTER S.A.R.L.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
HERKSTRATER, ELISABETH MARIA                 TRANSFEROR: SOLA LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
JEFFERIES INTERNATIONAL LIMITED              TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA STEINWEG 1 KIRCHHAIN  35274 GERMANY
LEUMI PRIVATE BANK LTD.                      TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: LISA BRADY VINTNERS PLACE 68 UPPER THAMES STREET LONDON  EC4V 3BJ UNITED KINGDOM
LIECHTENSTEINISCHE LANDESBANK                TRANSFEROR: CREDIT SUISSE DIANASTRASSE 5 ZURICH  8002 SWIZTERLAND
 AKTIENGESELLSCHAFT                          C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131
LONG BEACH HOLDINGS, LLC                     TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100
                                             SAN FRANCISCO CA 94111
UNIONE DI BANCHE ITALIANE SCPA               AREA AFFARI LEGALI E CONTENZIOSO PIAZZA VITTORIO VENETO, 8 BERGAMO  24121 ITALY


Total Number of Records Printed         18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC