UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                 :

In re                            :       Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (SCC)
                                 :       (Jointly Administered)

                Debtors.        :

                                 :
------------------------------------------------------------------x       Ref. Docket No. 45321

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
23rd day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    UBS AG
               BAHNHOFSTR. 45
               ATTN: HUGO KOLLER
               ZURICH 8001 SWITZERLAND


Additional:    UBS AG
               ATTN: HUGO KOLLER, OQ9C/O5GC
               P.O. BOX
               ZURICH 8098 SWITZERLAND


Transferee:    ST. GALLER KANTONALBANK AG
               ST. LEONHARDSTRASSE 25
               ST. GALLEN 9000 SWITZERLAND


**Your transfer  of claim #   59233-75  is defective for the reason(s) checked below:**

Other                                    Verify Claim No.: 58233 or 59233


Docket Number 45321              Date 07/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 23, 2014.

**EXHIBIT B**

TIME: 11:39:40
DATE: 07/23/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| ST. GALLER KANTONALBANK AG | ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC