DEPARTMENT OF TAXATION
STATE OF HAWAII
P.O. Box 259
Honolulu, HI 96809
Attn: Bankruptcy Unit
Telephone: (808) 587-1672

[RECEIVED JUL 22 2014 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 08-13555 (JMP) |
| | (Chapter 11) |
| | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS, et al., | |
| | NOTICE OF WITHDRAWAL OF DEPARTMENT OF TAXATION, STATE OF HAWAII'S PROOF OF CLAIM AS TO LEHMAN COMMERCIAL PAPER INC.; EXHIBIT A |
| Debtors. | |

557210

NOTICE OF WITHDRAWAL OF DEPARTMENT
OF TAXATION, STATE OF HAWAII'S PROOF OF
CLAIM AS TO LEHMAN COMMERCIAL PAPER INC.; EXHIBIT A

The Department of Taxation, State of Hawaii (the "Department") hereby WITHDRAWS its proof of claim as to LEHMAN COMMERCIAL PAPER INC., true and accurate copy of

which is attached as Exhibit A and filed on July 27, 2009.

DATED:   Honolulu, Hawaii,   JUL 1 8 2014            .

                                        /s/ Frances Casinas
                                        FRANCES CASINAS

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | | PROOF OF CLAIM |
|---|---|---|
| **Name of Debtor** LEHMAN COMMERCIAL PAPER INC, jointly administered under Lehman Brothers Holdings Inc | **Case Number** 08-13900-JMP | |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
STATE OF HAWAII, DEPARTMENT OF TAXATION

**Name and address where notices should be sent:**
HAWAII STATE TAX COLLECTOR    ATTN: BANKRUPTCY UNIT (el)
P O BOX 259
HONOLULU HI 96809

Telephone number: (808) 587-1675

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ unknown

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** see attached
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 1865

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $ unknown

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C. §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4-1-10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 07/22/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

LYNNE M. KANETA, TAX COLLECTOR (el)    /s/ Lynne M. Kaneta

FOR COURT USE ONLY

FILED / RECEIVED
JUL 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571

EXHIBIT ___A___

FORM D-5 (PC)
(REV 1994)

## STATE OF HAWAII
## DEPARTMENT OF TAXATION

TO: LEHMAN COMMERCIAL PAPER INC
745 SEVENTH AVE
NEW YORK NY 10019

Case No. 08-13900-jmp
Unsecured Claim

### DETAIL STATEMENT OF TAXES DUE

| Tax Key Acct/Lic No Lien Dates | TYPE OF TAX ID# W40040440-01 | PERIOD | TAX | PENALTY | INTEREST TO 10/05/08 | TOTAL |
|---|---|---|---|---|---|---|
| unknown | General Excise | 2001 to 2003 Annual Returns | unknown | unknown | unknown | unknown |
| | | | | | | |
| *TOTAL* | | | Unknown | unknown | Unknown | Unknown |

Date: 07/22/09
Prepared By: E. Liu
Telephone: (808) 587-1675

OAHU COLLECTION BRANCH

By: _[signature]_
LYNNE M. KANETA
Tax Collector

DEPARTMENT OF TAXATION
STATE OF HAWAII
P.O. Box 259
Honolulu, HI  96809
Attn:  Bankruptcy Unit
Telephone: (808) 587-1672



RECEIVED JUL 22 2014 U.S. BANKRUPTCY COURT S. DIST OF NEW YORK

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 08-13555 (JMP)<br>(Chapter 11)<br>(Jointly Administered) |
|---|---|
| LEHMAN BROTHERS HOLDINGS, et al.,<br><br>Debtors. | CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on  JUL 18 2014 , copies of NOTICE OF WITHDRAWAL OF DEPARTMENT OF TAXATION, STATE OF HAWAII'S PROOF OF CLAIM AS TO LEHMAN COMMERCIAL PAPER INC.; EXHIBIT A was duly served by depositing same in the United States mail, postage prepaid, addressed as follows:

PETER GRUENBERGER, ESQ.
ROBERT J. LEMONS, ESQ.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

DATED: Honolulu, Hawaii, JUL 1 8 2014.

_____
FRANCES CASINAS