EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to CVI HH INVESTMENTS LP, its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller against **Lehman Brothers Holdings Inc.**, with claim numbers and in the amounts as listed on the attached Schedule 1 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 21st day of July, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: Jonathan M Barnes
Title: Vice President


CVI HH INVESTMENTS LP
By: CarVal Investors, LLC
Its Attorney-in-Fact


By: _____
Name:
Title:

A-1

100206543v1

EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to CVI HH INVESTMENTS LP, its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller against **Lehman Brothers Holdings Inc.**, with claim numbers and in the amounts as listed on the attached Schedule 1 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 21st day of July, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:


CVI HH INVESTMENTS LP
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name:     **Ryan Morrell**
Title:     **Authorized Signer**

A-1

100206543v1

## SCHEDULE 1

### The Claims

| Proof of Claim Number (LBSF/LBHI) | Transferred Claim Amount | Original Creditor | Immediate Prior Sellers | Immediate Prior Agreement |
|---|---|---|---|---|
| 19936/19937 | $9,387,841.53 | Dexia Bank Belgium SA | Halcyon Loan Trading Fund LLC | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 28099/28103 | $11,245,563.33 | Goldman Sachs Capital Markets, L.P. | Halcyon Loan Trading Fund LLC | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 12880/12895 | $3,537,000.00 | Landesbank Berlin AG | Halcyon Loan Trading Fund LLC | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 17198/17199 | $751,158.47 | Nomura International Plc | Halcyon Loan Trading Fund LLC | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 28099/28103 | $4,287,000.00 | Goldman Sachs Capital Markets, L.P. | HLF LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 22195/22194 | $2,228,000.00 | Coast Diversified Fund, Ltd. | HLF LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 17423/17424 | $4,818,000.00 | DZ Bank AG Deutsche Zentral–Genossenschaftsbank Frankfurt am Main | HLTS Fund II LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and |

| | | | | Seller |
|---|---|---|---|---|
| 66800/66799 | $5,251,696.63 | Willow Re. Ltd. | HLTS Fund II LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 66107/66108 | $9,111,299.62 | Zais Opportunity Master Fund, Ltd. | HLTS Fund II LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 33584/33587 | $637,003.75 | Zais Scapticus Fund I, Ltd. | HLTS Fund II LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 33659/33658 | $5,000,000.00 | Zais Matrix VIC, Ltd. | HLTS Fund II LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 28099/28103 | $1,098,524.67 | Goldman Sachs Capital Markets, L.P. | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 19173/19174 | $3,632,000.00 | Federal Home Loan Bank of Atlanta | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 15921 / 15922 | $400,000.00 | Société Générale | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 28375 / 28374 | $43,927.12 | Société Générale Asset Management Banque | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |

| 20649 / 20648 | $366,893.92 | The Galaxite Master Unit Trust | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 26915 / 26914 | $57,700.09 | Compass HTV LLC | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 26912 / 26913 | $71,146.29 | Compass Offshore HTV PCC Limited | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 34197 / 34195 | $490,152.01 | American International Group Inc. Retirement Plan Master Trust | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 67084 / 67085 | $1,129,313.56 | Temple University Health System, Inc. | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 22241 / 22234 | $19,758.26 | Banco Santander Mexico S.A. | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 17674 / 17673 | $94,000.00 | Guggenheim Portfolio Company VII, LLC | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 33324 / 33323 | $32,219.30 | GPC 79, LLC | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 34229 / 34228 | $4,400.00 | GPC LXIV, LLC | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between |

| | | | | Immediate Prior Seller and Seller |
|---|---|---|---|---|
| 66530 / 66529 | $143,500.03 | Raven Credit Opportunities Master Fund, Ltd | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 13771 / 13726 | $120,140.88 | Stone Tower Credit Master Fund Ltd. | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 66800 / 66799 | $800,000.00 | Willow Re Ltd. | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 7908 / 7905 | $126,237.32 | Banco Populare deli'Emili a Romangna Societa Cooperativa | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |
| 67075 (amending 32548) / 67074 (amending 32376) | $115,523.41 | ICP Structured Credit Income Master Fund Ltd | HCN LP | Assignment of Claim Agreement dated as of the date hereof by and between Immediate Prior Seller and Seller |