WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
 : 
Debtors. : (Jointly Administered)
 : 
 : 
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE
### SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing

without prejudice its Sixty-Seventh Omnibus Objection to Claims (Valued

Derivative Claims), ECF No. 12533, <u>solely with respect to the claims listed on Exhibit A annexed hereto</u>.

Dated: July 24, 2014
      New York, New York

                            <u>/s/ Robert J. Lemons</u>
                            Robert J. Lemons
                            Ralph Miller

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | 23755 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | 23756 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | 23751 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | 23752 |