WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Adam M. Bialek
Fletcher W. Strong

*Special Counsel for Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ————————————————————— x | Chapter 11 |
| In re:                                                    : | |
| | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*        : | |
| | (Jointly Administered) |
| Debtors.        : | |
| ————————————————————— x | |

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit

to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by the

Debtors pursuant to the Order.  The date the subpoena was served, the name of the entity and the

date, time and place for the production of documents are set forth on "Exhibit A" attached

hereto.

Dated: July 24, 2014
       New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By:  _____*/s/ Adam M. Bialek*_____
           Adam M. Bialek
           Fletcher W. Strong

500 Fifth Avenue
New York, New York  10110
(212) 382-3300

*Special Counsel for Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**Exhibit A**

NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | U.S. Bank Trust National Association |
| Date of Service of Subpoena: | July 22, 2014 |
| Subject of Subpoena: | The production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be furnished by August 21, 2014 at 10:00 a.m. (EST) at Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. |