**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

Debtor,

-----------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   S.S.:
COUNTY OF NEW YORK)

**ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 22nd day of July, 2014, at approximately 4:16pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **US BANK TRUST NATIONAL ASSOCIATION** at 100 Wall Street, 16th Floor, New York, NY by personally delivering and leaving the same with **ROCKY PRASHAD**, who informed deponent that he holds the position of Manager with that company and is authorized by appointment to receive service at that address.

**ROCKY PRASHAD** is a tan (Indian) male, approximately 42 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 175 pounds with black hair and dark eyes.

*[signature]*
ROBERT MILLS, #1004298

Sworn to before me this
24th day of July, 2014

*[signature]*
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com