

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc., et al.,

                Debtor,

---------------------------------------------------------------X

Chapter 11

Case No. 08-13555 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
        S.S.:
COUNTY OF NEW YORK)

      **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 22nd day of July, 2014, at approximately 3:49pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION AND ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES** upon **DEPOSITORY TRUST & CLEARING CORPORATION** at 55 Water Street, 22nd Floor, New York, NY by personally delivering and leaving the same with **HAZEL FONTANEZ**, who informed deponent that she holds the position of Legal Assistant with that company and is authorized by appointment to receive service at that address.

      **HAZEL FONTANEZ** is a tan (Hispanic) female, approximately 47 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 160 pounds with brown hair and brown eyes.

*/s/ Robert Mills*
**ROBERT MILLS, #1004298**

Sworn to before me this
24th day of July, 2014

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com