WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   08-13555 (SCC)
                                              :
           Debtors.                           :   (Jointly Administered)
                                              :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL**
**OF THE ONE HUNDRED SEVENTEENTH**
**OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIM**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its One Hundred Seventeenth Omnibus Objection to Claims [ECF No. 15363] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: July 25, 2014
    New York, New York

              /s/ Garrett A. Fail
              Garrett A. Fail

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc.
              and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| TOLCHINSKY, ANDREA | 7082 |

US_ACTIVE:\44528051\2\58399.0011