UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re:                                                                     :     Chapter 11
                                                                           :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., <u>et</u> <u>al.</u>,                       :     Jointly Administered
                                                                           :
                                       Debtors.                            :
------------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1.     I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to Lehman Brothers Holdings Inc. in the above-captioned proceeding. On July, 25, 2014, I caused a true and correct copy of the following pleading to be filed and to be served via electronic mail to the parties set forth in Schedule A:

> Notice of Motion of Lehman Brothers Holdings Inc. for an Order (I) Determining (A) Automatic Stay Remains in Full Force and Effect and (B) Applicability of State Law Tolling Statutes and 11 U.S.C. § 108(c) To State Law Constructive Fraudulent Conveyance Claims of Individual Creditors or, in the Alternative, (II) Seeking A Limited Modification of the Stay

2.     Additionally, on July, 25, 2014, Lindsay Weber, over the age of eighteen years, and not a party to or interested in the above-captioned case, caused a true and correct copy of the Pleadings was left in the care and custody of the U.S. Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in Schedule B.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2014
New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

## SCHEDULE A

'richard.krasnow@weil.com'; 'lori.fife@weil.com';
'robert.lemons@weil.com';
'jacqueline.marcus@weil.com';
'giddens@hugheshubbard.com';
'kiplok@hugheshubbard.com';
'kobak@hugheshubbard.com';
'margolin@hugheshubbard.com';
'lubell@hugheshubbard.com';
'wiltenburg@hugheshubbard.com';
'ddunne@milbank.com'; 'wfoster@milbank.com';
'dodonnell@milbank.com'; 'efleck@milbank.com';
'paronzon@milbank.com'; 'gbray@milbank.com';
'robert.yalen@usdoj.gov'; 'tarbit@cftc.gov';
'rwasserman@cftc.gov'; 'sharbeck@sipc.org';
'jwang@sipc.org'; 'jean-david.barnea@usdoj.gov';
'joseph.cordaro@usdoj.gov'; 'newyork@sec.gov';
'jacobsonn@sec.gov'; 'jbromley@cgsh.com';
'lschweitzer@cgsh.com'; 'lgranfield@cgsh.com';
'ctatelbaum@adorno.com'; 'mstamer@akingump.com';
'nlevine@akingump.com'; 'mstamer@akingump.com';
'pdublin@akingump.com'; 'mlahaie@akingump.com';
'rajohnson@akingump.com'; 'sschultz@akingump.com';
'lisa.kraidin@allenovery.com';
'ken.coleman@allenovery.com';
'daniel.guyder@allenovery.com';
'mgreger@allenmatkins.com';
'krodriguez@allenmatkins.com';
'tduffy@andersonkill.com';
'rrussell@andrewskurth.com';
's.minehan@aozorabank.co.jp';
'angelich.george@arentfox.com';
'dowd.mary@arentfox.com';
'scousins@armstrongteasdale.com';
'sehlers@armstrongteasdale.com';
'charles_malloy@aporter.com';
'anthony_boccanfuso@aporter.com'; 'jg5786@att.com';
'neal.mann@oag.state.ny.us';
'tony.davis@bakerbotts.com';
'dworkman@bakerlaw.com'; 'peter@bankrupt.com';
'michael.mccrory@btlaw.com';
'david.powlen@btlaw.com';
'ffm@bostonbusinesslaw.com';
'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com'; 'cbrotstein@bm.net';
'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com';
'aoberry@bermanesq.com'; 'davids@blbglaw.com';
'sean@blbglaw.com'; 'dbarber@bsblawyers.com';
'dbarber@bsblawyers.com';
'smulligan@bsblawyers.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'sabin.willett@bingham.com';

'jeffrey.sabin@bingham.com';
'robert.dombroff@bingham.com';
'steven.wilamowsky@bingham.com';
'mark.deveno@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'joshua.dorchak@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'carol.weinerlevy@bingham.com';
'jeffrey.sabin@bingham.com';
'joshua.dorchak@bingham.com';
'raj.madan@bingham.com';
'michael.reilly@bingham.com';
'joshua.dorchak@bingham.com';
'erin.mautner@bingham.com';
'tim.desieno@bingham.com';
'jeffrey.black@bingham.com';
'aeckstein@blankrome.com';
'amcmullen@boultcummings.com';
'rjones@boultcummings.com'; 'kurt.mayr@bgllp.com';
'kuehn@bragarwexler.com'; 'notice@bkcylaw.com';
'mgordon@briggs.com';
'monica.lawless@brookfieldproperties.com';
'dludman@brownconnery.com';
'dludman@brownconnery.com';
'msiegel@brownrudnick.com';
'slevine@brownrudnick.com';
'msteel@brownrudnick.com';
'schristianson@buchalter.com';
'christopher.schueller@bipc.com';
'timothy.palmer@bipc.com'; 'sidorsky@butzel.com';
'deryck.palmer@cwt.com'; 'john.rapisardi@cwt.com';
'george.davis@cwt.com'; 'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com';
'howard.hawkins@cwt.com'; 'jason.jurgens@cwt.com';
'ellen.halstead@cwt.com'; 'sgordon@cahill.com';
'jlevitin@cahill.com';
'thomas_noguerola@calpers.ca.gov'; 'cahn@clm.com';
'wanda.goodloe@cbre.com'; 'dlemay@chadbourne.com';
'hseife@chadbourne.com';
'arosenblatt@chadbourne.com'; 'spiotto@chapman.com';
'acker@chapman.com'; 'heiser@chapman.com';
'heiser@chapman.com'; 'lgranfield@cgsh.com';
'lschweitzer@cgsh.com'; 'maofiling@cgsh.com';
'jennifer.demarco@cliffordchance.com';
'andrew.brozman@cliffordchance.com';
'sara.tapinekis@cliffordchance.com';
'andrew.brozman@cliffordchance.com';

'jen.premisler@cliffordchance.com';
'psp@njlawfirm.com'; 'jwh@njlawfirm.com';
'lmay@coleschotz.com'; 'jdrucker@coleschotz.com';
'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com';
'bcarlson@co.sanmateo.ca.us';
'jbeiers@co.sanmateo.ca.us';
'lathompson@co.sanmateo.ca.us'; 'mhopkins@cov.com';
'dcoffino@cov.com'; 'araboy@cov.com';
'rlevin@cravath.com'; 'rtrust@cravath.com';
'jlipson@crockerkuno.com'; 'ttracy@crockerkuno.com';
'woconnor@crowell.com'; 'bzabarauskas@crowell.com';
'mlichtenstein@crowell.com'; 'seichel@crowell.com';
'jcarberry@cl-law.com'; 'karen.wagner@dpw.com';
'james.mcclammy@dpw.com';
'thomas.ogden@dpw.com';
'james.mcclammy@dpw.com';
'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com';
'mcto@debevoise.com'; 'glenn.siegel@dechert.com';
'iva.uroic@dechert.com';
'mmooney@deilylawfirm.com';
'mbienenstock@dl.com'; 'tkarcher@dl.com';
'pwright@dl.com'; 'esmith@dl.com';
'mbienenstock@dl.com'; 'igoldstein@dl.com';
'mbienenstock@dl.com'; 'igoldstein@dl.com';
'tdewey@dpklaw.com'; 'dpegno@dpklaw.com';
'adiamond@diamondmccarthy.com';
'sloden@diamondmccarthy.com';
'aaaronson@dilworthlaw.com';
'cpappas@dilworthlaw.com';
'timothy.brink@dlapiper.com';
'matthew.klepper@dlapiper.com';
'thomas.califano@dlapiper.com';
'stephen.cowan@dlapiper.com';
'william.m.goldman@dlapiper.com';
'schnabel.eric@dorsey.com'; 'heim.steve@dorsey.com';
'dove.michelle@dorsey.com';
'steven.troyer@commerzbank.com';
'jjoyce@dresslerpeters.com'; 'robert.malone@dbr.com';
'ljkotler@duanemorris.com'; 'tduffy@andersonkill.com';
'jim@atkinslawfirm.com'; 'sandyscafaria@eaton.com';
'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle-law.com'; 'jbeemer@entwistle-law.com'; 'jporter@entwistle-law.com';
'kkelly@ebglaw.com'; 'dtatge@ebglaw.com';
'wmarcari@ebglaw.com'; 'slerman@ebglaw.com';
'sgubner@ebg-law.com'; 'cweber@ebg-law.com';
'lscarcella@farrellfritz.com';
'shari.leventhal@ny.frb.org';
'sfelderstein@ffwplaw.com'; 'ppascuzzi@ffwplaw.com';

'jhuh@ffwplaw.com'; 'charles@filardi-law.com';
'alum@ftportfolios.com'; 'wdase@fzwz.com';
'dheffer@foley.com'; 'jlee@foley.com';
'wmckenna@foley.com'; 'dspelfogel@foley.com';
'anann@foley.com'; 'ggoodman@foley.com';
'lapeterson@foley.com'; 'sory@fdlaw.com';
'jhiggins@fdlaw.com'; 'ahammer@freebornpeters.com';
'deggert@freebornpeters.com';
'walter.stuart@freshfields.com';
'patrick.oh@freshfields.com';
'peter.simmons@friedfrank.com';
'richard.tisdale@friedfrank.com';
'shannon.nagle@friedfrank.com';
'richard.tisdale@friedfrank.com';
'efriedman@friedumspring.com';
'efriedman@fklaw.com'; 'wweintraub@fklaw.com';
'abeaumont@fklaw.com'; 'drosenzweig@fulbright.com';
'jmerva@fult.com'; 'jmelko@gardere.com';
'bankruptcy@ntexas-attorneys.com'; 'relgidely@gjb-law.com'; 'jgenovese@gjblaw.com'; 'pbattista@gjb-law.com'; 'dcimo@gjblaw.com';
'dcrapo@gibbonslaw.com';
'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com'; 'aseuffert@lawpost-nyc.com'; 'tnixon@gklaw.com'; 'jherzog@gklaw.com';
'jflaxer@golenbock.com';
'jwallack@goulstonstorrs.com';
'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.com';
'diconzam@gtlaw.com'; 'cole@gtlaw.com';
'cousinss@gtlaw.com'; 'melorod@gtlaw.com';
'tannweiler@greerherz.com';
'jamie.nelson@dubaiic.com';
'joy.mathias@dubaiic.com';
'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com'; 'rmatzat@hahnhessen.com';
'wbenzija@halperinlaw.net'; 'jdyas@halperinlaw.net';
'dtheising@harrisonmoberly.com'; 'agold@herrick.com';
'sselbst@herrick.com'; 'ramona.neal@hp.com';
'ken.higman@hp.com'; 'jdoran@haslaw.com';
'tmarrion@haslaw.com'; 'sweyl@haslaw.com';
'dpiazza@hodgsonruss.com'; 'rleek@hodgsonruss.com';
'isgreene@hhlaw.com'; 'sagolden@hhlaw.com';
'barbra.parlin@hklaw.com';
'arthur.rosenberg@hklaw.com';
'francois.janson@hklaw.com';
'richard.lear@hklaw.com';
'francois.janson@hklaw.com';
'john.monaghan@hklaw.com';
'barbra.parlin@hklaw.com'; 'adam.brezine@hro.com';
'kerry.moynihan@hro.com'; 'mmendez@hunton.com';
'keckhardt@hunton.com'; 'jrsmith@hunton.com';
'cweiss@ingramllp.com'; 'dave.davis@isgria.com';
'toby.r.rosenberg@irscounsel.treas.gov';
'mimi.m.wong@irscounsel.treas.gov';
'dbalog@intersil.com'; 'teresa.oxford@invescoaim.com';
'afriedman@irell.com'; 'klyman@irell.com';
'mneier@ibolaw.com'; 'jay.hurst@oag.state.tx.us';
'ptrostle@jenner.com'; 'dmurray@jenner.com';
'rbyman@jenner.com'; 'gspilsbury@jsslaw.com';
'jowen769@yahoo.com'; 'jfox@joefoxlaw.com';
'joseph.cordaro@usdoj.gov';
'mpomerantz@julienandschlesinger.com';
'mschlesinger@julienandschlesinger.com';
'eli.mattioli@klgates.com'; 'drosner@kasowitz.com';
'aglenn@kasowitz.com'; 'snewman@katskykorins.com';
'mprimoff@kayescholer.com';
'mprimoff@kayescholer.com';
'msolow@kayescholer.com';
'mdahlman@kayescholer.com';
'kdwbankruptcydepartment@kelleydrye.com';
'mpage@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'james.sprayregen@kirkland.com';
'jay@kleinsolomon.com'; 'jjureller@klestadt.com';
'chardman@klestadt.com';
'michael.kim@kobrekim.com';
'robert.henoch@kobrekim.com';
'andrew.lourie@kobrekim.com';
'boneill@kramerlevin.com'; 'acaton@kramerlevin.com';
'deggermann@kramerlevin.com';
'mlandman@lcbf.com'; 'wballaine@lcbf.com';
'sree@lcbf.com'; 'akornikova@lcbf.com';
'ekbergc@lanepowell.com'; 'keith.simon@lw.com';
'david.heller@lw.com'; 'peter.gilhuly@lw.com';
'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net';
'ezweig@optonline.net'; 'lkatz@ltblaw.com';
'wswearingen@llf-law.com'; 'sfineman@lchb.com';
'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com';
'peisenberg@lockelord.com'; 'wcurchack@loeb.com';
'vrubinstein@loeb.com'; 'dbesikof@loeb.com';
'loizides@loizides.com'; 'omeca.nedd@lovells.com';
'robin.keller@lovells.com'; 'krosen@lowenstein.com';
'ilevee@lowenstein.com'; 'steele@lowenstein.com';
'twheeler@lowenstein.com'; 'jprol@lowenstein.com';
'metkin@lowenstein.com'; 'scargill@lowenstein.com';

'squigley@lowenstein.com'; 'elevin@lowenstein.com';
'steele@lowenstein.com'; 'mwarren@mtb.com';
'jhuggett@margolisedelstein.com';
'fhyman@mayerbrown.com';
'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'emerberg@mayerbrown.com';
'tkiriakos@mayerbrown.com';
'btrust@mayerbrown.com'; 'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'swolowitz@mayerbrown.com';
'btrust@mayerbrown.com'; 'jstoll@mayerbrown.com';
'ashaffer@mayerbrown.com';
'hbeltzer@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com'; 'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com';
'jlamar@maynardcooper.com';
'kreynolds@mklawnyc.com';
'mh1@mccallaraymer.com'; 'bkmail@prommis.com';
'jnm@mccallaraymer.com'; 'wtaylor@mccarter.com';
'ggitomer@mkbattorneys.com'; 'ncoco@mwe.com';
'icatto@mwe.com'; 'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com';
'dhayes@mcguirewoods.com';
'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com'; 'jmr@msf-law.com';
'mbloemsma@mhjur.com'; 'tslome@msek.com';
'amarder@msek.com'; 'jmazermarino@msek.com';
'harrisjm@michigan.gov'; 'michael.frege@cms-hs.com';
'sdnyecf@dor.mo.gov'; 'steve.ginther@dor.mo.gov';
'michael.kelly@monarchlp.com';
'davidwheeler@mvalaw.com';
'nherman@morganlewis.com'; 'nissay_10259-
0154@mhmjapan.com'; 'lberkoff@moritthock.com';
'jpintarelli@mofo.com'; 'lmarinuzzi@mofo.com';
'lmarinuzzi@mofo.com'; 'yuwatoko@mofo.com';
'tgoren@mofo.com'; 'jpintarelli@mofo.com';
'lnashelsky@mofo.com'; 'bmiller@mofo.com';
'bankruptcy@morrisoncohen.com';
'jsullivan@mosessinger.com';
'akolod@mosessinger.com';
'mparry@mosessinger.com';
'kkolbig@mosessinger.com';

'sabvanrooy@hotmail.com';
'millee12@nationwide.com'; 'jowolf@law.nyc.gov';
'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com';
'adarwin@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'cdesiderio@nixonpeabody.com';
'bankruptcymatters@us.nomura.com';
'info2@normandyhill.com';
'crmomjian@attorneygeneral.gov';
'mjr1@westchestergov.com';
'jeremy.eiden@ag.state.mn.us';
'martin.davis@ots.treas.gov';
'jnadritch@olshanlaw.com';
'akantesaria@oppenheimerfunds.com';
'akantesaria@oppenheimerfunds.com';
'rdaversa@orrick.com'; 'rdaversa@orrick.com';
'jguy@orrick.com'; 'jguy@orrick.com';
'korr@orrick.com'; 'dfelder@orrick.com';
'maustin@orrick.com'; 'rfrankel@orrick.com';
'rwyron@orrick.com'; 'jguy@orrick.com';
'dfelder@orrick.com'; 'lmcgowen@orrick.com';
'rdaversa@orrick.com'; 'otccorpactions@finra.org';
'wsilverm@oshr.com'; 'pfeldman@oshr.com';
'mcyganowski@oshr.com'; 'pfeldman@oshr.com';
'jar@outtengolden.com';
'rroupinian@outtengolden.com'; 'wk@pwlawyers.com';
'chipford@parkerpoe.com'; 'dwdykhouse@pbwt.com';
'bguiney@pbwt.com';
'harveystrickon@paulhastings.com';
'draelson@fisherbrothers.com';
'sshimshak@paulweiss.com'; 'ddavis@paulweiss.com';
'chammerman@paulweiss.com';
'dshemano@pwkllp.com'; 'kressk@pepperlaw.com';
'kovskyd@pepperlaw.com'; 'wisotska@pepperlaw.com';
'lawallf@pepperlaw.com'; 'meltzere@pepperlaw.com';
'schannej@pepperlaw.com'; 'arlbank@pbfcm.com';
'jhorgan@phxa.com';
'david.crichlow@pillsburylaw.com';
'bill.freeman@pillsburylaw.com';
'mark.houle@pillsburylaw.com';
'splatzer@platzerlaw.com'; 'dflanigan@polsinelli.com';
'jbird@polsinelli.com'; 'cward@polsinelli.com';
'jsmairo@pbnlaw.com'; 'tjfreedman@pbnlaw.com';
'bbisignani@postschell.com'; 'fbp@ppgms.com';
'lml@ppgms.com'; 'lsilverstein@potteranderson.com';
'rmcneill@potteranderson.com';

'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'drose@pryorcashman.com';
'rbeacher@pryorcashman.com';
'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com'; Susheel Kirpalani;
James Tecce; Scott Shelley; 'Robert Dakis';
'jrabinowitz@rltlawfirm.com'; 'broy@rltlawfirm.com';
'gravert@ravertpllc.com'; 'arahl@reedsmith.com';
'kgwynne@reedsmith.com';
'jfalgowski@reedsmith.com'; 'clynch@reedsmith.com';
'eschaffer@reedsmith.com';
'mvenditto@reedsmith.com'; 'jlscott@reedsmith.com';
'dgrimes@reedsmith.com'; 'rqureshi@reedsmith.com';
'calbert@reitlerlaw.com'; 'richard@rwmaplc.com';
'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com'; 'abraunstein@riemerlaw.com';
'arheaume@riemerlaw.com'; 'roger@rnagioff.com';
'raul.alcantar@ropesgray.com';
'mark.bane@ropesgray.com';
'ross.martin@ropesgray.com'; 'ecohen@russell.com';
'russj4478@aol.com'; 'mschimel@sju.edu';
'cmontgomery@salans.com'; 'lwhidden@salans.com';
'cbelmonte@ssbb.com'; 'tbrock@ssbb.com';
'pbosswick@ssbb.com'; 'asnow@ssbb.com';
'aisenberg@saul.com'; 'egeekie@schiffhardin.com';
'jkehoe@btkmc.com'; 'bhinerfeld@sbtklaw.com';
'bdk@schlamstone.com'; 'nlepore@schnader.com';
'nfurman@scottwoodcapital.com';
'rrigolosi@smsm.com'; 'mharris@smsm.com';
'cohenr@sewkis.com'; 'ashmead@sewkis.com';
'fsosnick@shearman.com';
'ned.schodek@shearman.com';
'ann.reynaud@shell.com'; 'jennifer.gore@shell.com';
'jshenwick@gmail.com';
'cshulman@sheppardmullin.com';
'rreid@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'etillinghast@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'bwolfe@sheppardmulling.com';
'amartin@sheppardmullin.com';
'rreid@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'bankruptcy@goodwin.com'; 'jtimko@shutts.com';
'aquale@sidley.com'; 'aunger@sidley.com';
'rfriedman@silvermanacampora.com';
'sally.henry@skadden.com'; 'fyates@sonnenschein.com';
'pmaxcy@sonnenschein.com'; 'slerner@ssd.com';
'smayerson@ssd.com'; 'rterenzi@stcwlaw.com';
'cgoldstein@stcwlaw.com'; 'r.stahl@stahlzelloe.com';
'marc.chait@sc.com'; 'echang@steinlubin.com';
'eobrien@sbchlaw.com'; 'shgross5@yahoo.com';
'jlovi@steptoe.com'; 'lromansic@steptoe.com';
'ritkin@steptoe.com'; 'kpiper@steptoe.com';
'cs@stevenslee.com'; 'cp@stevenslee.com';
'apo@stevenslee.com'; 'cp@stevenslee.com';
'mcordone@stradley.com'; 'ppatterson@stradley.com';
'mcordone@stradley.com'; 'ppatterson@stradley.com';
'mcordone@stradley.com'; 'mdorval@stradley.com';
'mdorval@stradley.com'; 'ppatterson@stradley.com';
'djoseph@stradley.com'; 'jmmurphy@stradley.com';
'landon@streusandlandon.com';
'villa@streusandlandon.com';
'streusand@streusandlandon.com';
'mmspeiser@stroock.com'; 'smillman@stroock.com';
'lhandelsman@stroock.com'; 'dwildes@stroock.com';
'holsen@stroock.com'; 'lacyr@sullcrom.com';
'feldsteinh@sullcrom.com'; 'clarkb@sullcrom.com';
'schwartzmatthew@sullcrom.com';
'mccombst@sullcrom.com';
'ceskridge@susmangodfrey.com';
'bmerrill@susmangodfrey.com';
'sagrawal@susmangodfrey.com';
'paul.turner@sutherland.com';
'mark.sherrill@sutherland.com'; 'miller@taftlaw.com';
'jteitelbaum@tblawllp.com';
'agbanknewyork@ag.tn.gov';
'marvin.clements@ag.tn.gov';
'thaler@thalergertler.com'; 'geraci@thalergertler.com';
'ranjit.mather@bnymellon.com';
'robert.bailey@bnymellon.com';
'mmorreale@us.mufg.jp'; 'foont@foontlaw.com';
'yamashiro@sumitomotrust.co.jp'; 'matt@willaw.com';
'ira.herman@tklaw.com'; 'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com';
'rhett.campbell@tklaw.com'; 'mitchell.ayer@tklaw.com';
'david.bennett@tklaw.com';
'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com';
'mbenner@tishmanspeyer.com';
'bturk@tishmanspeyer.com'; 'jchristian@tobinlaw.com';
'wchen@tnsjlaw.com'; 'agoldstein@tnsjlaw.com';
'neilberger@teamtogut.com'; 'sskelly@teamtogut.com';
'oipress@travelers.com'; 'mlynch2@travelers.com';
'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com';

'lee.stremba@troutmansanders.com';
'bmanne@tuckerlaw.com'; 'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com';
'dlipke@vedderprice.com';
'mjedelman@vedderprice.com'; 'easmith@venable.com';
'sabramowitz@velaw.com'; 'jwest@velaw.com';
'dkleiner@velaw.com'; 'jeldredge@velaw.com';
'hsnovikoff@wlrk.com'; 'rgmason@wlrk.com';
'arwolf@wlrk.com'; 'cbelisle@wfw.com';
'jfreeberg@wfw.com'; 'rgraham@whitecase.com';
'tmacwright@whitecase.com'; 'avenes@whitecase.com';
'ehollander@whitecase.com';
'ehollander@whitecase.com';
'azylberberg@whitecase.com';
'dbaumstein@whitecase.com';
'rgraham@whitecase.com'; 'mruetzel@whitecase.com';
'ukreppel@whitecase.com'; 'tlauria@whitecase.com';
'guzzi@whitecase.com'; 'cshore@whitecase.com';
'jeanites@whiteandwilliams.com';
'bstrickland@wtplaw.com'; 'dshaffer@wtplaw.com';
'szuch@wiggin.com'; 'mabrams@willkie.com';
'mfeldman@willkie.com'; 'aalfonso@willkie.com';
'rnetzer@willkie.com'; 'dkozusko@willkie.com';
'mabrams@willkie.com';
'peter.macdonald@wilmerhale.com';
'jeannette.boot@wilmerhale.com';
'craig.goldblatt@wilmerhale.com';
'lisa.ewart@wilmerhale.com';
'jmcginley@wilmingtontrust.com';
'jbecker@wilmingtontrust.com';
'cschreiber@winston.com'; 'dmcguire@winston.com';
'mkjaer@winston.com'; 'dneier@winston.com';
'dravin@wolffsamson.com'; 'jlawlor@wmd-law.com';
'jlawlor@wmd-law.com'; 'wmaher@wmd-law.com';
'rrainer@wmd-law.com'; 'bankr@zuckerman.com';
pvizcarrondo@wlrk.com, eakleinhaus@wlrk.com,
dcbryan@wlrk.com

## **SCHEDULE B**

Office of the United States Trustee
Federal Reserve Bank of Philadelphia c/o
William T. Wisser, Assistant Vice
PresidentTen Independence Mall
Philadelphia, PA 19106-1574

Internal Revenue Service Office of Chief
Counsel
Attn: Toby R. Rosenberg
33 Maiden Lane, 14th Floor
New York, NY 10038

Wolff & Samson PC
Attn: Legal Department
(Counsel to Mack-Cali
Realty LP)
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

Wachtell, Lipton, Rosen &Katz
Attn: David C. Bryan, Esq,
Emil A. Kleinhaus, Esq.
and Paul Vizcarrondo, Esq.
Attorneys for JPMorgan Chase Bank, NA
51 West 52nd Street
New York, NY 10019

Office of the US Trustee
William K. Harrington, Esq., Susan Golden,
Esq.
and Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Department of Justice
(Solicitor – The Respondent Canada
Revenue Agency)
Attn: Diane Winters, Ontario Regional
Office
The Exchange TWR, 130 King St. W., Ste
00, Box 36
Toronto, ON M5X 1K6
Canada