B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors

Case No 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U S C § 1111(a)  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed R Bankr P, of the transfer, other than for security, of the claim referenced in this evidence and notice  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed R Bankr P of the transfer of the claim  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee

| Citigroup Financial Products Inc | EMF UK 2008-1-PLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent | Court Claim # (if known) 28796, as subsequently amended by Claim # 67310 |
|---|---|
| Citigroup Financial Products Inc<br>1615 Brett Road, Building 3<br>New Castle, DE 19720<br>Attn Brian Blessing / Brian Broyles<br>E-Mail brian m blessing@citi com /<br>brian broyles@citi com | Amount of Claim Transferred $75,000,000 00<br><br>Date Claim Filed 22 September 2009, as subsequently amended on 25 January 2011<br><br>Debtor Lehman Brothers Holdings Inc |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By  Brian S Broyles  _____  Date  July 30, 2014
    Authorized Signatory
    Transferee/Transferee's Agent

Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 & 3571

Acknowledged and Agreed

                                                    Date _____
By  _____
    Transferor/Transferor's Agent

Penalty for making a false statement  Fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C §§ 152 & 3571

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Citigroup Financial Products Inc. | EMF-UK 2008-1-PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc
1615 Brett Road, Building 3
New Castle, DE 19720
Attn: Brian Blessing / Brian Broyles
E-Mail: brian.m.blessing@citi.com /
brian.broyles@citi.com

Court Claim # (if known): 28796, as subsequently amended by Claim # 67310

Amount of Claim Transferred: $75,000,000.00

Date Claim Filed: 22 September 2009, as subsequently amended on 25 January 2011

Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571

Acknowledged and Agreed.

By: [signature]                         Date: July 30 2014
    Transferor/Transferor's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571