UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                Debtors.                                          :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 45105, 45128,
                                                                      45130, 45132, 45134, 45137, 45138,
                                                                      45185-45188, 45191, 45192, 45320,
                                                                      45328, 45329, 45334, 45338-45344,
                                                                      45347-45352

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 25, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
25th day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   DEUTSCHE BANK AG, LONDON
          TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
          C/O DEUTSCHE BANK SECURITIES INC.
          ATTN: RICH VICHAIDITH
          60 WALL STREET
          NEW YORK NY 10005
```

Please note that your claim # 67079-12 in the above referenced case and in the amount of
        $17,411,387.31   allowed at $10,000,000.00          has been transferred **(unless previously expunged by court order)**

```
          QUANTUM PARTNERS LP
          TRANSFEROR: DEUTSCHE BANK AG, LONDON
          C/O SOROS FUND MANAGEMENT LLC
          ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT.
          888 SEVENTH AVENUE
          NEW YORK NY 10106
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45191        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/25/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 25, 2014.

**EXHIBIT B**

08-13555-mg    Doc 45434    Filed 07/30/14    Entered 07/30/14 12:27:36    Main Document
Pg 4 of 6

```
TIME: 12:42:05                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE: 1
DATE: 07/25/14                                         CREDITOR LISTING

Name                                              Address
ALEITER HOLDINGS LLC                              TRANSFEROR: GOLDMAN SACHS & CO. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT APRK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HCN LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILLY LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLTS FUND II LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLTS FUND II LP C/O BANNK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANCA FIDEURAM S.P.A.                             PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY
BANQUE INTERNATIONALE & LUXEMBOURG SA             TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT 69 ROUTE D'ESCH LUXEMBOURG L-2953 GERMANY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
GOLDMAN SACHS & CO.                               TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: GOLDMAN, SACHS & CO. MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
                                                  TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HCN LP                                            TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLF LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HLF LP                                            TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:42:05                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:    2
DATE: 07/25/14                                          CREDITOR LISTING

Name                                    Address
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                        NEW YORK NY 10179
KNIGHTHEAD MASTER FUND, L.P.            TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
LIECHTENSTEINISCHE LANDESBANK           C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131
AKTIENGESELLSCHAFT
LMA SPC                                 TRANSFEROR: GOLDMAN SACHS & CO. FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO C/O KNIGHTHEAD CAPITAL MANAGEMENT,
                                        ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
LUXOR CAPITAL PARTNERS LP               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY
LUXOR CAPITAL PARTNERS OFFSHORE MASTER  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY
FUND LP
LUXOR SPECTRUM OFFSHORE MASTER FUND LP  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036
LUXOR WAVEFRONT LP                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                        NEW YORK NY 10036 06182014
OC 19 MASTER FUND LP-LCG                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036
QUANTUM PARTNERS LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE
                                        NEW YORK NY 10106
STONEHILL MASTER FUND LTD.              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed         47
```

EPIQ BANKRUPTCY SOLUTIONS, LLC