UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :  08-13555 (SCC) |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : |

------------------------------------------------------------------------x Ref. Docket Nos. 45280, 45282,
45334, 45353, 45356, 45376, 45379-
45383, 45399-45404, 45409

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
30th day of July, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
|---|---|
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
             TRANSFEROR: HCN LP
             C/O BANK OF AMERICA MERRILL LYNCH
             ATTN: GARY S. COHEN / ANTE JAKIC
             BANK OF AMERICA TOWER - 3RD FLOOR
             ONE BRYANT PARK
             NEW YORK NY 10036

Please note that your claim # 66800-06 in the above referenced case and in the amount of
        $800,000.00  allowed at $800,000.00        has been transferred **(unless previously expunged by court order)**

             CVI HH INVESTMENTS LP
             TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
             C/O CARVAL INVESTORS, LLC
             ATTN: RYAN MORRELL
             1095 AVENUE OF THE AMERICAS
             NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45376       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/30/2014                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 30, 2014.

# EXHIBIT B

TIME: 11:17:40
DATE: 07/30/14

PAGE: 1

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HCN LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BSOF PARALLEL MASTER FUND, L.P. | ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036 |
| BSOF PARALLEL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036 |
| BSOF PARALLEL MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD, CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036 |
| CHAMPLIN CLO LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| CHAMPLIN CLO LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET N.W. WASHINGTON DC 20004 |
| CHAMPLIN CLO LTD. | CHAMPLAIN CLO LTD. C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAMPLIN CLO LTD. | C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHAMPLIN CLO LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| CREDIT SUISSE (MONACO) SAM | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (MONACO) SAM | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (MONACO) SAM | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVI HH INVESTMENTS LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INESTORS, LLC ATTN: RYAN MORRELL 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CVI HH INVESTMENTS LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC ATTN: RYAN MORRELL 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OBSIDIAN MASTER FUND (BLK TICKER: OBSID) C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| JPMORGAN SECURITIES PLC | TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL, LYNCH, PIERCE FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CHAMPLIN CLO LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SAGAMORE CLO, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SARATOGA CLO I, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| OBSIDIAN MASTER FUND (BLK TICKER: OBSID) | C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| SAGAMORE CLO, LTD. | C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAGAMORE CLO, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET N.W. WASHINGTON DC 20004 |
| SAGAMORE CLO, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| SAGAMORE CLO, LTD. | C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SARATOGA CLO I, LTD. | C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SARATOGA CLO I, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| SARATOGA CLO I, LTD. | C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SARATOGA CLO I, LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD. BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE (MONACO) SAM BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 96-98 RUE DU RHONE GENEVA 1 CH-1211 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:17:40                                                                                                     PAGE:    2
DATE: 07/30/14

                                              LEHMAN BROTHERS HOLDING INC.
                                                   CREDITOR LISTING

Name                                    Address
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR
                                        NEW YORK NY 10153
YORK GLOBAL FINANE BDH, LLC             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR
                                        NEW YORK NY 10153


Total Number of Records Printed         43
```

EPIQ BANKRUPTCY SOLUTIONS, LLC