**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS**
**<u>CLAIMS OBJECTION SCHEDULED FOR HEARING ON AUGUST 12, 2014</u>**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures entered on June 17, 2010 [ECF No. 9635] (the "<u>Second Amended</u>

<u>Case Management Order</u>"), the undersigned hereby certifies as follows:

1.      Lehman Brothers Holdings Inc. ("<u>LBHI</u>"), as Plan Administrator pursuant

to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors, filed the following omnibus claims objection (the "<u>Claims Objection</u>") with

the Court for hearing on July 16, 2014:

    (a)    Four Hundred Seventieth Omnibus Objection to Claims (No Liability Claims) [ECF No. 44495].

2.    In accordance with the Second Amended Case Management Order, LBHI established a deadline of July 2, 2014 at 4:00 p.m. (the "Response Deadline") for the Claims Objection for parties to object or file responses.  Subsequently, LBHI and the holder of claim number 17244 (the "Claim") agreed: (i) to adjourn the hearing on the Claims Objection, solely with respect to the Claim, to August 12, 2014 at 10:00 a.m., and (ii) to adjourn the Response Deadline, solely with respect to the Claim, to July 29, 2014 (the "Adjourned Response Deadline").

3.    The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

4.    The Adjourned Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on LBHI's counsel by any of the holders of the claims included in Exhibit 1 to the Order attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.

5.    Accordingly, LBHI respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, which, except for revisions to indicate that the Court has already granted certain of the relief requested in the Claims Objection, is

19362842

unmodified since the filing of the Claims Objection, be entered in accordance with the

procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: July 30, 2014
       New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
        L. P. Harrison 3rd
        Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

19362842

# EXHIBIT A

**(Proposed Order – Docket No. 44495)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred seventieth omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Seventieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Seventieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Seventieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventieth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Seventieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No

Liability Claim listed on Exhibit 1 annexed hereto is disallowed and expunged in its entirety with

prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

19362842

**<u>EXHIBIT 1</u>**

**OMNIBUS OBJECTION 470: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | BEAFORD INVESTMENTS LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17244 | $1,260,500.00 * | $1,260,500.00 * | None |
| | | | | TOTAL | | $1,260,500.00 | $1,260,500.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts