UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          : 08-13555 (SCC)
                                                                  : (Jointly Administered)
            Debtors.                                              :
                                                                  :
------------------------------------------------------------------x  Ref. Docket Nos. 45295, 45323-
                                                                     45325, 45364, 45365, 45422, 45424,
                                                                     45427-45430

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
31st day of July, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CVF LUX FINCO, LLC
          TRANSFEROR: CVF LUX MASTER SARL
          C/O CARVAL INVESTORS, LLC
          ATTN: TERI SALBERG
          9320 EXCELSIOR BLVD, 7TH FLOOR
          HOPKINS MN 55343
```

Please note that your claim # 67080-30 in the above referenced case and in the amount of $34,822,774.58 allowed at $20,000,000.00 has been transferred **(unless previously expunged by court order)**

```
          CVF LUX MASTER S.A.R.L.
          TRANSFEROR: CVF LUX FINCO, LLC
          C/O CARVAL INVESTORS, LLC
          9320 EXCELSIOR BOULEVARD
          HOPKINS MN 55343
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45295 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/31/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 31, 2014.

# EXHIBIT B

```
TIME: 11:34:47                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:  1
DATE: 07/31/14                                           CREDITOR LISTING

Name                                      Address
BANK JULIUS BAER & CO.                    TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.               TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CVF LUX FINCO, LLC                        TRANSFEROR: CVF LUX MASTER SARL C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                   TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVIC LUX MASTER S.A.R.L.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: SOLA LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                       TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                      TRANSFEROR: ETON PARK FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HYPOSWISS PRIVATBANK AG                   TRANSFEROR: UNION BANCAIRE PRIVEE BANCO SABADELL ATLANTICO, PI ROSARI, S/N PALMA DE MALLORCA 07001 SPAIN
SR. SIMON JUAN GALMES CERDO               SCHUTZENGASSE 4 ZURICH CH-8021 SWITZERLAND
ST. GALLER KANTONALBANK AG                TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND
STONEHILL INSTITUTIONAL PARTNERS, L.P.    TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, L.P.    TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
UBS AG                                    BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                    ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UNION BANCAIRE PRIVEE                     TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: RUE DU RHONE 96-98 - CP 1320 GENEVA 1  CH-1211 SWITZERLAND

Total Number of Records Printed           20

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```