UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (SCC)
                                                                 :   (Jointly Administered)
                  Debtors.                                       :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 45301

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
31st day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.
              VIA SAN CARLO 8/20
              MODENA 41100 ITALY

Additional:

Transferee:   FINECOBANK SPA
              ATTN: MR. RONNY SCIRE
              PIAZZA DURANTE, 11
              MILANO 20131 ITALY

**Your transfer** of claim # 49737-17 is defective for the reason(s) checked below:

Other                       Verify Transfer Amt out of Principle or Allowed Amt

Docket Number 45301          Date 07/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 31, 2014.

# EXHIBIT B

```
TIME: 11:32:42                        LEHMAN BROTHERS HOLDING INC.                              PAGE: 1
DATE: 07/31/14                            CREDITOR LISTING

Name                                  Address
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.   VIA SAN CARLO 8/20 MODENA  41100 ITALY
FINECOBANK SPA                            ATTN: MR. RONNY SCIRE PIAZZA DURANTE, 11 MILANO  20131 ITALY

Total Number of Records Printed         2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC