Blanka K. Wolfe, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E-mail: bwolfe@sheppardmullin.com

-and-

Michael H. Ahrens, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: mahrens@sheppardmullin.com

*Counsel for Sheppard Mullin Richter & Hampton LLP
and The Bank of New York Mellon*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>                Debtors. | Case No.   08-13555 (SCC)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Blanka K. Wolfe, Esq. (the "**Movant**"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney in the law firm of Sheppard Mullin Richter & Hampton LLP ("**Sheppard Mullin**"), hereby moves this Court to enter an order permitting Michael H. Ahrens, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York, to represent Sheppard Mullin and The Bank of New York Mellon in the above-captioned cases. In support thereof, the Movant respectfully represents as follows:

1. Mr. Ahrens is a member in good standing of the Bar of the State of California and is also admitted to practice before the United States District Courts for the Northern District of California, the Eastern District of California, the Central District of California and the Southern District of California.

2. Mr. Ahrens has submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

WHEREFORE, it is requested that this Court enter an order admitting Michael H. Ahrens *pro hac vice* to appear before this Court in the above-captioned chapter 11 cases and such other and further relief as may be just and proper.

Dated:  August 4, 2014
        New York, New York

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:  /s/ Blanka K. Wolfe
    Blanka K. Wolfe, Esq.
    30 Rockefeller Plaza
    New York, NY 10112
    Tel: (212) 653-8700
    Fax: (212) 653-8701
    E-mail: bwolfe@sheppardmullin.com

    -and-

    Michael H. Ahrens
    Four Embarcadero Center
    Seventeenth Floor
    San Francisco, CA 94111
    Tel: (415) 434-9100
    Fax: (415) 434-3947
    E-mail: mahrens@sheppardmullin.com

    *Counsel for Sheppard Mullin Richter & Hampton LLP and The Bank of New York Mellon*