**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., *et al.*,<br><br>Debtors. | Case No.   08-13555 (SCC)<br><br>Chapter 11<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Blanka K. Wolfe, Esq. to admit Michael H. Ahrens Esq., *pro hac vice*, to represent Sheppard Mullin Richter & Hampton LLP and The Bank of New York Mellon in the above-referenced cases, and upon the representation that Mr. Ahrens is a member in good standing of the Bar of the State of California and the Bars of the United States District Courts for the Northern District of California, Eastern District of California, Central District of California, and Southern District of California, it is hereby

ORDERED, that Michael H. Ahrens, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York.

Dated:   August __, 2014
         New York, NY

_____
UNITED STATES BANKRUPTCY JUDGE