```
JOAQUIN BENJUMEA
+34 932645808
NACEX DRONAS 2002
PABLO IGLESIAS 112-122
08908 HOSPITALET DE LLOBREGAT
SPAIN
                                    1 KG           1 OF 1
                                        SHP#: 950V 40NY QQM
                                        SHP WT: 0.5 KG
                                        DATE: 25 JUL 2014

SHIP TO:
   NONE
   (646) 282-2500
   EPIQ SYSTEMS
   757 THIRD AVENUE THIRD FLOOR
   NEW YORK    NY  10017
   UNITED STATES
```

FILED / RECEIVED
JUL 2 8 2014
EPIQ SYSTEMS

NY 100 9-44

UPS SAVER
TRACKING #: 1Z 950 V40 04 7288 4120          1P

BILLING: P/P
DESC: DOCUMENTS/DOCUMENTOS              EDI-DOC

º de la factura: 6000/10086787
º de compra: 8990378
US 16.0.31                    54.0A 07/2014

Extremely Urgent

- The UPS EXPRESS ENVELOPE is to be used for documents.
- Der UPS EXPRESS ENVELOPE ist nur für den Versand...
- La UPS EXPRESS ENVELOPE va usata unicamente p...
- El uso del UPS EXPRESS ENVELOPE está exclusivam...de documentos.
- L'utilisation de l'UPS EXPRESS ENVELOPE est réser... de documents exclusivement.
- Koperta UPS EXPRESS ENVELOPE służy wyłącznie...

- Cash and negotiable items are prohibited.
- Der Versand von Bargeld und Wertpapieren ist...
- Vietato inviare denaro e articoli di valore.
- El dinero en efectivo y otros valores negociab...
- Les envois d'espèces ou d'articles négociables...
- Niedozwolone jest umieszczanie w kopercie p... przedmiotów wartościowych.



01872118  08/10 SCA United Parcel Service, Louisville, KY



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc      ,     Case No.  08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CREDIT ANDORRA, S.A. | Banco Santander (Suisse) S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
AV.MERTIXELL 80 E.B 5 A.FINANCERA
ANDORRA LA VELLA AD500 ANDORRA

Court Claim # (if known):  55694
Amount of Claim:  $0.00
Date Claim Filed:  10/29/2009

Phone: 00 376 888807
Last Four Digits of Acct #: _____

Phone: 00 41 22 909 22 39
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: JULY, 24th 2014
    Transferee/Transferee's Agent

JOSÉ LUIS DORADO — DOMENEC AGUILERA

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

epiq SYSTEMS



MAILID *** 0004915822 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000101306 ****

BANCO SANTANDER (SUISSE) S.A., AS AGENT
ATTN: LEGAL DEPARTMENT
5-7 AMI-LEVRIER
GENEVA, 12001 SWITZERLAND

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | BANCO SANTANDER (SUISSE) S.A., AS AGENT |
| Date Received: | 10/29/2009 |
| Claim Number: | 55694 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000055694 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Banco Santander (Suisse) S.A.,  With copies to :<br>as Agent                            DLA Piper<br>Attn: Legal Department        Attn William M. Goldman, Esq.<br>5-7 Ami-Lévrier                      1251 Avenue of the Americas<br>1201 Geneva, Switzerland     New York, NY 10020 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>**Court Claim Number:** _____<br>*(If known)*<br>Filed on: _____ |
|---|---|
| Telephone number: 011 41 22 909 26 47    Email Address: | |
| Name and address where payment should be sent (if different from above)<br>Account number:<br>Telephone number:                              Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ Unliquidated - see attached Exhibit A**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): CH0027120622

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

SIX SIS LTD Reference Number : 2360633714111910

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

Account number with SIX SIS LTD : CH105230

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br>OCT 29 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.               Signature:<br>October 23,<br>2009.         Marina Robert Tissot           Luis Sanz Lopez<br>                     Vice President                    Authorized Signatory | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## EXHIBIT A TO PROOF OF CLAIM OF BANCO SANTANDER (SUISSE) S.A. AS AGENT FOR ACCOUNT HOLDER

**Basis for Claim.** Banco Santander (Suisse) S.A., as agent for account holder, ("Bank") submits this Exhibit "A" to its proof of claim (the "Proof of Claim") filed in *Lehman Brothers Holdings Inc., et al* ("*LBHI*"), Case No. 08-13555 (JMP) in connection with a Lehman Program Security as that term is defined in that certain July 2, 2009 order establishing the deadline for filing proofs of claim (the "Bar Date Order").

Bank is presently unable to calculate the amount due in connection with the Lehman Program Securities covered by this Proof of Claim and, therefore, this Proof of Claim is filed in an unliquidated amount for the ISIN(s) listed below.

The following chart shows each Lehman Programs Security to which this claim relates, the depository blocking reference number, and the depository participant account number.

| ISIN | Blocking Reference # | Depository participant account # |
|---|---|---|
| CH0027120622 | 2360633714111910 | SIX SIS LTD, ACCOUNT NR CH105230 |

**Supporting Documents.** Pursuant to the express provisions of the Bar Date Order, no documentation supporting this Proof of Claim is attached.

**No Judgment.** No judgment has been rendered on any portion of the claim set forth in this Proof of Claim.

**No Setoff.** To the best of Bank's knowledge, the claims set forth in this Proof of Claim are not subject to any valid setoff or counterclaim by LBHI; provided however that Bank expressly reserves and does not waive any setoff or recoupment rights that he may possess.

**Administrative Expense Claims.** This Proof of Claim is without prejudice to claims, if any, that Bank has or may have for payment of any administrative expense allowable under Section 503(b) of the Bankruptcy Code or otherwise with respect to any transaction, whether or not such amounts are included in this Proof of Claim, and Bank expressly reserves its right to file such claim or any similar claim at an appropriate time.

**Additional Proofs of Claim.** This Proof of Claim is filed without prejudice to the filing by Bank of additional proofs of claim with respect to any other liability or indebtedness of LBHI.

Bank specifically preserves all of its procedural and substantive defenses and rights with respect to any claim that may be asserted against Bank by LBHI or any other party in interest in these bankruptcy cases, or any other person or entity whatsoever.

**Notices.** All notices concerning this proof of claim should be sent to:

Banco Santander (Suisse) S.A.
Attn: Legal Department
5-7 Rue Ami-Lévrier
1201 Geneva, Switzerland

With a copy to:

DLA Piper LLP
Attn: William M. Goldman, Esq.
1251 Avenue of the Americas
New York, NY 10020

**No Waiver.** Filing of this Proof of Claim is not and should not be construed to be: (a) a waiver or release of Bank's rights against any other entity or person for all or part of any claim described herein; (b) a waiver of the right to seek to have the reference withdrawn with respect to: (i) the subject matter of these claims, (ii) any objection or other proceedings commenced with respect thereto, or (iii) any other proceedings commenced in this case against or otherwise involving Bank; (c) a waiver of any right to the subordination, in favor of Bank, of indebtedness or liens held by creditors of LBHI; or (d) an election of remedy which Bank or otherwise affects any other remedy of Bank.

**Reservation of Rights.** This Proof of Claim is filed with full reservation of rights, including the right to assert additional, supplementary and/or amended proofs of claim and requests for administrative expense reimbursements based on events, information and/or documents obtained from LBHI or others through discovery or otherwise. Without in any way limiting the foregoing, Bank reserves his right to assert any claim he may have against LBHI, or against any other party or property other than LBHI and its estate. This Proof of Claim is conditional only and is not intended, nor should it be construed, as Bank's consent to jurisdiction in the Southern District of New York, or as a waiver of Bank's right to a trial by jury in any action or proceeding.