08-13555-scc   Doc 45523   Filed 07/28/14   Entered 08/05/14 12:04:21   Main Document
Pg 1 of 5

003.80
PRIORITY
Stand
LA POSTE

23.07.14
CH - 1200
Genève 11
750229

FILED / RECEIVED
JUL 28 2014
EPIQ SYSTEMS

EPIQ BANKRUPTCY SOLUTIONS, LLC.
Attn: LEHMAN BROTHERS HOLDINGS INC. CLAIMS PROC
757 THIRD AVENUE, 3rd FLOOR
NEW YORK, NY 10017
USA.

1001782015

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**



For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC Private Bank (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to Bank Lombard Odier & Co Ltd ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: July 15th, 2014

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues / P.O. Box 2888

CH- 1211 Geneva 1

Signature(s): _____
Rosalind Booth
Director

Signature(s): _____
Stéphane Bernotti
Associate

Date: July 23th, 2014.

**Transferee**

BANK LOMBARD ODIER & CO LTD

11 RUE DE LA CORRATERIE

CH – 1204 GENEVA

Signature(s): _____
José Filella
Vice President

Signature(s): _____
Ghislaine Towanou
Assistant manager

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| ANN521338783 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | -5- UNITS |

08-13555-mg    Doc 45523    Filed 07/28/14    Entered 08/05/14 12:04:21    Main Document
Pg 5 of 5