B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.       Case No. <u>08-13555 (JMP)</u>
                                                                   (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fifth Street Station LLC</u>                                <u>Banc of America Credit Products, Inc.</u>
       Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>28103</u>
should be sent:                                    Amount of Claim Transferred: <u>$9,080,448.00</u>
                                                   Date Claim Filed: <u>September 22, 2009</u>
Fifth Street Station                               Debtor: <u>Lehman Brothers Holdings Inc.</u>
505 5th Avenue South
Seattle, WA 98104
Attn: Sean Lobo
Email: SeanL@vulcan.com
Tel: (206) 342-2476


Phone:_____            Phone:_____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

842442v.1 3453/00004                    1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FIFTH STREET STATION LLC

By: _____          Date: 5 AUG 2014
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Fifth Street Station LLC**, its successors and assigns ("Buyer"), an undivided pro rata share in and to all rights, title and interest in and to Seller's claims against **Lehman Brothers Holdings Inc.** (Claim No.: **28103**) in the amount of $9,080,448.00 (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 25th day of July, 2014.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: Ronald Torok
Title: Managing Director


FIFTH STREET STATION LLC

By: _____
Name: SEAN LOBO
Title: SENIOR ASSOCIATE

A-1

Error! Unknown document property name.