SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF
GIANTS STADIUM LLC FOR AUTHORIZATION TO ISSUE
THIRD-PARTY DEPOSITION SUBPOENAS UNDER
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND 9016**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rule of Bankruptcy Procedure 2004 and 9016 [Docket No. 39898] (the "Motion"), which was scheduled for August 12, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to September 9, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as the matter may be heard. The Hearing on the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, and such

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

| | |
|---|---|
| Dated:  New York, New York<br>August 5, 2014 | Respectfully submitted,<br><br>**SULLIVAN & CROMWELL LLP**<br><br>By:   /s/ Bruce E. Clark<br>        Bruce E. Clark<br>        Matthew A. Schwartz<br>        SULLIVAN & CROMWELL LLP<br>        125 Broad Street<br>        New York, New York 10004<br>        Telephone: (212) 558-4000<br>        Facsimile: (212) 558-3588<br><br>*Attorneys for Giants Stadium LLC* |