## Exhibit A-17

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers OTC Derivatives Inc. | Case No. of Debtor<br>08-13893 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Stonehill Offshore Partners Limited
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, NY 10022
Attn: Paul D. Malek, Esq.

Telephone number: 212-739-7474    Email Address: pmalek@stonehillcap.com

☑ Check this box to indicate that this claim supersedes a previously filed claim.

Court Claim Number: 19914
(If known)

Filed on: 09/21/2009

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 86,659,892.26

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Prime brokerage agreement (see attachment)
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____**
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

| Date:<br>7/29/14 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Paul Malek, General Counsel, Stonehill Capital Management LLC |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE LOCATED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of a security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **D E F I N I T I O N S** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed to the creditor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Reduced**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available at
http://www.lehman-docket.com as of July 27, 2009.

_____ **I N F O R M A T I O N** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view
your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

ATTACHMENT TO PROOF OF CLAIM OF
STONEHILL OFFSHORE PARTNERS LIMITED

Stonehill Offshore Partners Limited ("Claimant") hereby files this claim (the Proof of

Claim Form together with this Attachment are referred to herein as the "Claim") in the chapter

11 case of Lehman Brothers OTC Derivatives Inc. (the "Debtor") and, in support of the Claim,

represents as follows:

Background

1.      Claimant is a private investment fund organized as an exempted company

under the laws of the Cayman Islands. Stonehill Capital Management LLC ("SCM") is

Claimant's investment adviser and an authorized signatory for Claimant.

2.      Prior to the commencement of these chapter 11 cases, Claimant had

various business relationships with and was party to a number of agreements with the Debtor

and its affiliates. A description of certain of these business relationships and agreements and the

claims of Claimant against the Debtor arising thereunder is set forth below.[1]

Prime Brokerage

3.      Lehman Brothers Inc. ("LBI"), an affiliate of the  Debtor currently in a

liquidation proceeding (the "SIPA Proceeding") under the Securities Investment Protection Act

of 1970, as amended ("SIPA"), was Claimant's sole prime broker until September 17, 2008, two

days before commencement of the SIPA Proceeding. Claimant was party to a Customer

Account Prime Brokerage Agreement (Account No.: 732-40125) (the "PB Agreement")

between Claimant and LBI "as signatory for itself and as agent for the affiliates named

---

[1]      Stonehill Institutional Partners, L.P., an affiliate of Claimant, was also a party to a number of agreements
with the Debtor and its affiliates and has filed separate proofs of claim in these cases.  SCM was a signatory
for Claimant for various agreements in its capacity as investment adviser and authorized signatory of
Claimant.

herein." The PB Agreement (Paragraph 1)  provides that the parties to the PB Agreement consist of Claimant and "Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. ("LBHI") and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created." Such entities are defined as and referred to throughout the PB Agreement collectively and interchangeably as "Lehman Entities" and "Lehman Brothers" and are referred to interchangeably in this Claim as "Lehman Entities" or "Lehman Brothers" (which terms include the Debtor).

4.      Although paragraph 21 of the PB agreement refers specifically to "LBI" in connection with prime brokerage services, LBI acted as agent for and signed on behalf of the other Lehman Entities in that capacity.  Paragraph 4 of the PB Agreement states that the Claimant "and Lehman Brothers intend this agreement to be a master netting agreement," which is an additional indication that the parties intended all Lehman Entities to share in the benefits and burdens of the PB Agreement.  In the LBI Trustee's Preliminary Investigation Report and Recommendations, dated August 25, 2010 (the "Trustee's Report"), the Trustee noted that prime brokerage customer account agreements "included all Lehman entities as parties for certain purposes such as subjecting property in the account to claims and liens." (Trustee's Report at p. 46).  By becoming parties to the PB Agreement and availing themselves of the benefits of the PB Agreements, including by imposing claims and liens on customer property, the Debtors and other Lehman Entities also obligated themselves under such agreement on a joint and several basis with LBI.

5.      Thus, the Debtor and its affiliated debtors and debtors-in-possession were parties to the PB Agreement. LBHI had the ability to influence and control LBI, its wholly-

owned subsidiary, as well as the other Lehman Entities including with respect to the Lehman

Entities' obligations under the Prime Brokerage Agreement.  Having reaped the benefits of

the PB Agreement, LBHI, the Debtor and its affiliated debtors-in-possession must remain

bound by their obligations and liabilities thereunder. As a party to the PB Agreement, the

Debtor is fully liable for all amounts owed to Claimant in connection with the PB Agreement.

A copy of the PB Agreement is attached to this Claim as Exhibit A.

6.      As Claimant's sole prime broker and pursuant to the PB Agreement, LBI had

custody of a substantial portion of Claimant's assets, including both cash and securities, and

was "responsible for settling trades executed on [Claimant's] behalf by [Claimant's] executing

broker(s)." (PB Agreement, Paragraph 21(b)). In addition, the PB Agreement authorized

"Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers

in any of [Claimant's] accounts" but provided that Claimant "will be entitled to receive all

distributions, including, but not limited to, cash . . . made on or in respect of any loaned,

pledged, repledged, hypothecated or rehypothecated securities." (PB Agreement Paragraph

19). As a regulated broker dealer and by virtue of course of conduct among the parties,

industry practice and custom, and an implied duty of good faith and fair dealing, LBI (as well

as the other Lehman Entities) also had obligations implied by law to Claimant not

specifically enumerated in the PB Agreement.  The failure of LBI to return Claimant's cash

and securities therefore constituted a breach of the PB Agreement by the Debtor and the other

Lehman Entities.

7.      On January 26, 2009, Claimant filed a proof of claim in the SIPA Proceeding

asserting various claims – categorized as "components" of the claim against LBI under SIPA

(the "SIPA Claim"). A copy of the SIPA Claim is attached to this Claim as Exhibit B.

Between the commencement of the SIPA Proceeding and the date of this Amendment,
virtually all of Claimant's securities and cash held at LBI have been returned to Claimant
pursuant to a Notice of SIPA Trustee's Determination of Claim (SIPA Claim No.
900002114) dated March 23, 2010 (as corrected on June 4, 2010), Schedule A to the SIPA
Trustee's Distribution Notice dated June 27, 2013 (as corrected on August 22, 2013), and a
Declaration, Release and Assignment entered into by Claimant on September 5, 2013
(collectively, the "SIPA Claim Determination").

8.      Pursuant to the SIPA Claim Determination, all of the components of the SIPA
Claim have been resolved other than Component 8, which represents an aggregate of
$6,135,929.26 in losses as of September 19, 2008, on foreign currency hedges entered into
under the PB Agreement,[2] and component 10, pursuant to which Claimant fully reserved the
right to seek interest that may be payable or claimable on cash balanced, additional
misdirected wires, and/or other amounts that may have been received by LBI or other
Lehman Entities.  Component 8 of Claimant's SIPA claim arising from foreign currency
hedges has not yet been admitted as a general unsecured claim in LBI's SIPA proceeding
although it may be so admitted in the future.

9.      In addition, the Debtor and the Lehman Entities are obligated to Claimant for
damages, interest, costs, attorneys' fees, including, but not limited to the amount
representing the diminution in value of the securities held by LBI under the PB Agreement
from the date in which LBI's SIPA Proceeding was commenced through the date that such
securities were returned to Claimant.  The PB Agreement obligated the Debtor and the
Lehman Entities to provide services consistent with the SEC's guidelines on prime brokerage

---

[2]      Although Claimant believes that LBI may have been the only Lehman entity directly involved with the
foreign currency hedges, such hedges were entered into under the PB Agreement and are therefore
obligations of all of the "Lehman Entities", as noted above.

relationships (PB Agreement Paragraph 21(l)).  It is an established element of the brokerage

relationship that a broker-dealer must promptly return the securities upon request and,

pursuant to the terms of the PB Agreement, the Debtor and all the Lehman Entities were

made jointly and severally liable for any breach of the obligation to return securities.[3]

Therefore, the Debtor and the Lehman Entities were responsible, separate and apart from

LBI's obligations as a broker-dealer subject to SIPA regulation (and notwithstanding any

limitation under SIPA with respect to such a diminution in value claim), for the prompt

return of the securities to Claimant upon request when LBI commenced its SIPA Proceeding,

and must repay Claimant for Claimant's losses due to the failure to return the securities or

cause the securities to be returned.

10.     A further basis for the diminution in value claim is that LBI and the Lehman

Entities were required under state law to act in accordance with their respective obligations

as a bailees of the securities, and therefore to return the securities to Claimant (PB

Agreement Paragraph 3). Under New York law, which governs the PB Agreement, a bailee

has a duty to return goods to a bailor and is liable for loss or damage to the goods.  LBI was

further obligated to hold the securities as financial assets under Article 8 of the Uniform

Commercial Code (PB Agreement Paragraph 3), which entitles the owners of securities to

have property that is held in a security account protected from the intermediary's other

creditors.

11.     The current amount owed for diminution in value of returned securities has

been calculated by Claimant to be at least $80,523,963.  The calculation of this amount is

---

[3]     Such breach rose to the level of gross negligence and/or willful misconduct and therefore was not subject to
the limitation on liability set forth in Paragraph 30 of the PB Agreement.

shown on the spreadsheet attached to this Claim as <u>Exhibit C</u>.[4]  This amount, plus the amount

owing on component 8 of the SIPA Claim, gives an aggregate Claim amount equal to

approximately $86,659,892.26.

12.        In addition to the bases for asserting the Claim against the Debtors

described above, the amounts owed under the PB Agreement discussed above are also

recoverable by Claimant as a result of willful and material misrepresentations made by and/or

on behalf of the Lehman Entities regarding their financial position and related matters, both

publicly[5] and by a senior representative of the Lehman Entities directly to SCM, Claimant's

investment adviser. Such misrepresentations induced Claimant (and likely induced similarly

situated customers and counterparties of the Lehman Entities) to refrain from terminating

Claimant's prime brokerage (and other counterparty) relationships with the Lehman Entities.

13.        During a phone call held in early September 2008, shortly before the

Lehman chapter 11 filing and the commencement of the SIPA Proceeding, Mr. John

Wickham, believed to be head of Lehman Brothers Global Client Services and acting as a

representative of the Lehman Entities, called John Motulsky of SCM in response to Mr.

Motulsky's voicemail message to Alex Kirk, believed to then be a senior officer of LBHI,

asking about the Lehman Entities' financial stability, specifically in connection with the

---

[4]    The diminution in value claim is based on the difference in value of securities held at LBI as of the close of
business on September 12, 2008, the last business day before the commencement of these cases and the last
date on which Claimant was able to obtain its securities from LBI, and the date such securities were
returned.  Claimant does not mark its portfolio on a daily basis and prices for the securities in Claimant's
portfolio, other than those that trade on public markets, are not available on a daily basis.  Therefore, other
than with respect to publicly traded securities, Claimant used the value of the securities as of the last
valuation date prior to September 12, 2008 and the date of return, as applicable.

[5]    For example, on an earnings call on September 10, 2008, five days prior to LBHI's chapter 11 filing,
Lehman Brothers' CFO at the time, Ian Lowitt, stated regarding Lehman Brothers' liquidity position that
"our liquidity position… remains very strong."

Lehman Entities' prime brokerage and other commercial relationships with Claimant and its affiliates.

14.       In response to questions and concerns expressed by Mr. Motulsky regarding the Lehman Entities' financial strength and viability, Mr. Wickham sought to reassure Claimant (through SCM and Mr. Motulsky) regarding the Lehman Entities' financial condition and the stability of its prime brokerage operation. Mr. Motulsky recalls that Mr. Wickham stated that Lehman had adequate liquidity because unlike Bear Stearns it prudently financed its customers with matched funding and had sufficient liquidity from sources it believed to be reliable to meet all of its obligations for a year even if no new financing was available, that it had $12 billion of surplus cash, and also cited the availability of secured financing from the federal reserve, none of which was used.

15.       Mr. Motulsky also recalls that Mr. Wickham stated that Lehman's unrealized appreciation in various assets (one of which was Neuberger Berman, half of which Mr. Wickham stated might soon be sold at a profit to realize value and add to tangible equity) were more than sufficient to cover possible unrealized losses in its portfolio and provide incremental equity that would be required for a planned spinout of most of Lehman's commercial real estate portfolio, and conveyed a message that Lehman Brothers' prime brokerage operation would continue operating in the normal course, and that Claimant should be comfortable continuing its customer and counterparty relationship with Lehman Brothers.[6] A few days after this conversation the Debtor commenced this chapter 11 case and LBI commenced its SIPA Proceeding.

---

[6]       Many of Mr. Wickham's comments appeared to be taken from talking points Mr. Wickham received from the Lehman Entities for communications with customers, rather than being "off the cuff" remarks of Mr. Wickham's personal views regarding Lehman's financial condition.

16.        As a result of the material misrepresentations by Lehman Brothers and its representatives to the public, and by Mr. Wickham, who acted with apparent authority on behalf of LBHI and its affiliates, to SCM, Lehman Brothers and their representatives succeeded in persuading the Claimant to refrain from demanding the return of its assets held by LBI and other Lehman Entities and otherwise taking actions to promptly reduce its commercial exposure to Lehman Brothers prior to the effective curtailment of LBI's normal operations and the subsequent commencement of the SIPA Proceeding.

17.        Thus, by virtue of the public misrepresentations of Lehman Brothers and private misrepresentations by Mr. Wickham, Lehman Brothers' agent, directly to SCM, which misrepresentations were intended for the benefit of the Lehman Entities to convince Lehman Brothers' customers and counterparties in general and SCM in particular of the financial stability and health of Lehman Brothers despite the fact that Lehman Brothers' officers knew or should have known that there were substantial risks that Lehman Brothers' liquidity and capital may not continue to support its operations, the Lehman Entities, including the Debtor, are fully liable for any and all direct, indirect, nominal or consequential damages incurred by Claimant in connection with the PB Agreement or otherwise arising in connection with Claimant's prime brokerage and counterparty relationship with Lehman Brothers, including the claim arising from diminution in value of securities that were not timely returned to Claimant.

18.        Claimant is entitled to assert and is asserting against the Lehman Entities, including the Debtor, the full amount of claims arising under or relating to the PB Agreement, provided that Claimant may not recover more than 100% of the amount of such claims.

<u>Reservation of Rights</u>

19.        No payments have been made to Claimant on account of the claims asserted herein.

20.        Claimant reserves all of its rights to supplement or amend this Claim in any and all respects, including to liquidate amounts which are presently unliquidated or estimated.

21.        In the event that the Debtor or any of the other debtors assert or Claimant shall determine that another debtor or other party is obligated or liable for any of the categories of claims and amounts set forth herein, this Claim shall be deemed to have been asserted against such other debtor or other party for such category and amount.

22.        To the extent not set forth in this Claim, Claimant also makes claim for all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and other amounts owed or owing to it, to the extent recoverable under the applicable agreement and/or applicable law, whether or not liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, in law or equity, secured or unsecured, directly or indirectly related to the matters discussed in this Claim. Claims for amounts asserted herein which are or could be deemed to be postpetition interest under the Bankruptcy code are asserted to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy law.

23.        The filing of the Claim is not and shall not be deemed or construed as consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant.

24.          Neither the substance nor the act of filing this claim, nor any later
appearance, pleading, claim, or action in these cases, is intended or shall be deemed to be a
waiver, release, or modification by Claimant of its (a) right to have final orders in non-core
matters entered after de <u>novo</u> review by a District Judge; (b) right to trial by jury in any
proceeding so triable in this case or any case, controversy or proceeding related to these cases;
(c) rights under the applicable safe harbor provisions of the Bankruptcy Code; (d) right to seek
to have the District Court withdraw the reference in any matter subject to mandatory or
discretionary withdrawal; or (e) other rights, remedies, claims, actions, defenses, setoffs or
recoupments to which Claimant is or may be entitled, all of which are hereby expressly
reserved.

## **EXHIBIT A**

# Customer Account Agreement Prime Brokerage

**LEHMAN BROTHERS INC.**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-7000

| Stonehill Offshore Partners LTD | Account No.: 732-40125 |
|---|---|
| | |

### Please Read Carefully, Sign and Return

This agreement ("Agreement") sets forth the terms and conditions under which Lehman Brothers (as defined below) will open and maintain prime brokerage account(s) in your name and otherwise transact business with you as our customer. Throughout this Agreement references to "you" and "your" refer to you as our customer.

In consideration of Lehman Brothers opening a prime brokerage account for you, you agree to the following:

**1. PARTIES.** A prime brokerage account opened pursuant to this Agreement will be opened at Lehman Brothers Inc. ("LBI"). All transactions, agreements and contracts between you and Lehman Brothers have been entered into in consideration of each other. You hereby agree that the parties to this Agreement shall consist of you and Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created, including successors and assigns (each such entity or person being referred to hereinafter as Lehman Brothers or a "Lehman Brothers Entity," unless otherwise specified, and all such entities or persons being collectively referred to hereinafter as "Lehman Brothers"). Unless you advise Lehman Brothers in writing to the contrary, you represent that you are not an affiliate (as defined in Rule 144(a)(1) under the U.S. Securities Act of 1933 as may be amended, modified or supplemented) of the issuer of any security held in any account opened hereby. You represent and warrant to Lehman Brothers that you are either (i) not (A) an employee benefit plan (an "ERISA Plan") as defined in Section 3(3) of the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or (B) subject to ERISA or Section 4975 of the U.S. Internal Revenue Code of 1986, as amended (the "Code") or (ii) (A) an ERISA Plan or subject to ERISA or Section 4975 of the Code and (B) whose Investment Manager or General Partner is (and you covenant and agree that any successor Investment Manager or General Partner appointed by you will be) a Qualified Professional Asset Manager ("QPAM") as defined by the relevant prohibited transaction class exemption(s) issued pursuant to ERISA and you will provide Lehman Brothers with a QPAM Representation Letter.

**2. APPLICABLE LAWS, RULES AND REGULATIONS; SEVERABILITY.** All transactions under this Agreement shall be subject to the applicable laws, rules and regulations of all U.S. and, if applicable, non-U.S. federal, state and self-regulatory authorities, including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System of the United States and the constitution, rules and customs of the exchange or market (and clearing house) where such transactions are executed or settled. In the event of any conflict between any such present or future laws, regulations and rules and the terms of this Agreement, the provision(s) of this Agreement so affected shall be deemed modified or superseded to conform to such laws, regulations and rules, but the remaining provisions of this Agreement shall remain in full force and effect.

**3. SECURITY INTEREST AND LIEN; REGISTRATION OF SECURITIES.** As security for the payment and performance of all of your obligations and liabilities from time to time outstanding to any Lehman Brothers Entity, whether under this Agreement or otherwise, each Lehman Brothers Entity shall have a continuing lien and first priority security interest in all your Assets, defined as (i) all property in which you now have, or hereafter acquire an interest which is now or hereafter held by or through any Lehman Brothers Entity, including, but not limited to, any and all securities, accounts, instruments, documents, contract rights, contracts (including, but not limited to, open transactions, securities purchase or sale contracts, agreements to lend cash or securities, commodity contracts, futures contracts, forward contracts, repurchase agreements, swap agreements, contracts for differences or any other agreement, without regard to the form of such agreement which may include oral

agreements or agreements confirmed or signed by only one party to the agreement and agreements entered into or signed by a Lehman Brothers Entity on your behalf) (hereinafter "Contracts"), commercial paper and other securities, monies, deposit accounts and general intangibles (including all security entitlements in respect thereof, all income and profits thereon, all dividends, interest and other payments and distributions with respect thereto and all proceeds from any of the foregoing), and (ii) any and all rights, claims or causes of action you may now or hereafter have against any Lehman Brothers Entity. The continuing lien and first priority security interest shall apply to all such Assets, which from time to time may be deposited or credited to any account you may have with a Lehman Brothers Entity, be held or carried by a Lehman Brothers Entity for you, be due from a Lehman Brothers Entity to you, or be delivered to or in a Lehman Brothers Entity's possession or control for any purpose, including safekeeping. Such continuing lien and first priority security interest shall apply irrespective of whether or not Lehman Brothers has made advances in connection with such Assets, the number of accounts you have with Lehman Brothers or which particular Lehman Brothers Entity holds such Assets. You hereby acknowledge and agree that all such Assets held by or through any Lehman Brothers Entity are held as collateral by such Lehman Brothers Entity as agent and bailee for itself and all other Lehman Brothers Entities and, as such, each Lehman Brothers Entity shall comply with any orders or instructions originated by any other Lehman Brothers Entity with respect to or in connection with such collateral without your further consent. You and Lehman Brothers agree that all such Assets held in or credited to any account will be treated as financial assets under Article 8 of the Uniform Commercial Code as in effect in the State of New York (the "UCC") and that any account maintained by you with any Lehman Brothers Entity shall be a securities account under Article 8 of the UCC. In the event of a breach or default by you, a Lehman Brothers Entity shall have, in addition to the rights and remedies provided in this Agreement, all rights and remedies available to a secured creditor under the UCC and any other applicable law. You represent that all of the above-described Assets shall at all times be free and clear of all liens, claims and encumbrances of any nature other than the security interest created hereby. Assets consisting of securities shall be delivered in good deliverable form (or Lehman Brothers shall have the unrestricted power to place such securities in good deliverable form) in accordance with the requirements of the primary market for these securities. In addition, in order to satisfy any of your outstanding liabilities or obligations to any Lehman Brothers Entity, each Lehman Brothers Entity may, to the fullest extent permitted by law, at any time in its discretion and without prior notice to you, use, apply or transfer any and all securities or other property or Assets (including, without limitation, fully-paid securities and cash). You hereby agree that, except as otherwise specifically agreed in writing, each Lehman Brothers Entity may register and hold the securities and other property or Assets in your accounts in its name or the name of its designee. You shall execute such documents and take such other action as such Lehman Brothers Entity shall reasonably request in order to perfect its rights with respect to any of the Assets. In addition, you appoint Lehman Brothers as your attorney-in-fact to act on your behalf to sign, seal, execute and deliver all documents and do all such acts as may be required to realize upon any of Lehman Brothers' rights in the Assets.

### 4. BREACH, BANKRUPTCY OR DEFAULT. If you shall:

(i) breach, repudiate or default under this Agreement or any Contract with any Lehman Brothers Entity, whether heretofore or hereafter entered into;

(ii) make or repeat any misrepresentations in connection with this Agreement or any Contract with any Lehman Brothers Entity;

(iii) state that you will not perform any obligation to any Lehman Brothers Entity;

(iv) apply for, consent to or be the subject of an application or petition for the appointment of or the taking of possession by a receiver, custodian, trustee, liquidator or similar persons of yourself or of all of or a substantial part of your property;

(v) admit in writing your inability, or become generally unable, to pay your debts as such debts become due or give Lehman Brothers other grounds for insecurity, as determined by Lehman Brothers in its sole and absolute discretion (including, without limitation, death; mental incompetence; dissolution; the appointment of a receiver by or against you, any guarantor, co-signer or other party liable on or providing security for your obligations to any Lehman Brothers Entity or the attachment against your or such other party's account(s) with any Lehman Brothers Entity; or any indication of your refusal or inability to satisfy promptly any Margin Call (as defined below) or other obligation);

(vi) make a general assignment for the benefit of your creditors; or

(vii) file or be subject of the filing or entry of a petition or order for relief or be subject of the commencement of a proceeding regarding reorganization, bankruptcy, liquidation, dissolution or insolvency;

then, any such event shall constitute, at Lehman Brothers' election, a default by you under this Agreement and any or all Contracts you may then have with any Lehman Brothers Entity, whether heretofore or hereafter entered into. In the event of any such default, each Lehman Brothers Entity shall have all of the rights of a secured party upon default under the UCC and other applicable laws, rules and regulations, including, without limitation, the right, without prior notice to you, to sell any and all Assets in which you have an interest (including without limitation this Agreement and any Contract) held by or through any Lehman Brothers Entity (either individually or jointly with others), to buy any or all property which may have been sold short, to exercise any and all options and other rights, to accelerate, cancel, terminate, liquidate, close out and net the settlement payments and/or delivery obligations under any or all outstanding transactions and/or to purchase or sell any other securities or property to offset market risk, and to set off or offset any obligation owing by such Lehman Brothers Entity to you against any obligations owing by you to any Lehman Brothers Entity, after which you shall be liable to Lehman Brothers for any remaining deficiency, loss, costs or expenses incurred or sustained by Lehman Brothers in connection therewith. Such purchases and/or sales may be effected publicly or privately without notice or advertisement in such manner as Lehman Brothers may in its sole discretion determine. At any such sale or purchase, any Lehman Brothers Entity may purchase or sell the property to or from itself or third parties free of any right of redemption and you shall remain liable to Lehman Brothers for any deficiency; it being understood that a prior tender, demand or call of any kind from Lehman Brothers, or prior notice from Lehman Brothers, of the time and place of such sale or purchase shall not be considered a waiver of Lehman Brothers' right to buy or sell any securities, commodities or other property or Asset held by Lehman Brothers, or which you may owe to Lehman Brothers. In addition, each Lehman Brothers Entity shall have the right, at any time and from time to time, to set off and otherwise apply any and all amounts owing by such Lehman Brothers Entity to you or for your account against any and all amounts now or hereafter owing by you to any Lehman Brothers Entity (including, without limitation, any indebtedness in your accounts), whether matured or unmatured, fixed, contingent or otherwise and irrespective of whether any Lehman Brothers Entity shall have made any demand therefor. Lehman Brothers agrees to notify you of any such set-off and application, provided, however, that the failure to give such notice shall not affect the validity of any such set-off and application. You agree that any obligation of a Lehman Brothers Entity to you shall be subject to there being no breach, repudiation, misrepresentation or default (however characterized) by you which is continuing under any Contract with a Lehman Brothers Entity. You and Lehman Brothers intend this Agreement to be a master netting agreement.

**5. ADEQUATE ASSURANCES.** Subject to, and not as a limitation of, the rights of Lehman Brothers under this Agreement, if at any time Lehman Brothers has reasonable grounds for insecurity with respect to your performance of any of your obligations, Lehman Brothers may demand, and you shall give, adequate assurance of due performance within 24 hours, or within any shorter period of time Lehman Brothers demands that is reasonable under the circumstances. The adequate assurance of performance that may be demanded by Lehman Brothers may include, but shall not be limited to, the delivery by you of additional property as collateral.

**6. EXECUTION FEES AND SERVICE CHARGES.** You understand that your account(s) will be charged brokerage commissions or mark-ups/mark-downs in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for custody and other services furnished to you ("Service Fees"). You further understand that Execution Fees may be changed from time to time upon prior written notice to you and that Service Fees may be changed from time to time upon prior written notice to you and, in each case, you agree to be bound thereby.

**7. AMOUNTS OWED; TRUTH-IN-LENDING.** You hereby acknowledge receipt of Lehman Brothers' Truth-in-Lending disclosure statement. You understand that interest will be charged on any amount you owe in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any amount due which is not paid at the close of an interest period will be added to the opening balance for the next interest period.

**8. COLLECTION AND OTHER ACCOUNT-RELATED COSTS.** You hereby agree to pay, on demand, all reasonable costs, liabilities and damages incurred by Lehman Brothers (including, without limitation, costs of

collection, attorneys' fees, court costs and other expenses) in connection with (i) enforcing its rights hereunder, (ii) any investigation, litigation or proceeding involving your account or any property therein (including, without limitation, claims to such property by third parties), (iii) your use of or access to any Lehman Brothers or third-party system or (iv) Lehman Brothers' acting in reliance upon instructions, including, but not limited to, instructions transmitted via electronic means, including facsimile or electronic mail, from you or your authorized agents (including investment managers or advisers). In each case and whether or not demand has been made therefor, you hereby authorize Lehman Brothers to charge your account(s) for any and all such costs, liabilities and damages, including, without limitation, those incurred in connection with the liquidation of any of your Assets.

9. **IMPARTIAL LOTTERY ALLOCATION.** You agree that, in the event Lehman Brothers holds on your behalf securities in its name, in the name of its designee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of The New York Stock Exchange, Inc. or any other appropriate self-regulatory organization. When any such call is favorable, no allocation will be made to any account in which, to the knowledge of Lehman Brothers, any officer, director or employee of Lehman Brothers has any financial interest until all other customers have been satisfied on an impartial lottery basis.

10. **SECURITIES EVENTS.** Lehman Brothers shall inform you if Lehman Brothers becomes aware of the occurrence or prospective occurrence of any of the following with respect to any securities in your account(s): conversions, subdivision or consolidation; redemption; a takeover offer; calls, including calls on partly-paid securities and published calls; a capitalization issue; rights issue; distribution of income in the form of securities; or a certificate which may at a future date be exchanged for securities or an entitlement to acquire securities. Subject to Section 19 herein, if Lehman Brothers receives notice from you that you wish to act on any of the events referenced in this section and such notice is received by Lehman Brothers within a reasonable time for Lehman Brothers to act on such event, Lehman Brothers will act in accordance with your wishes. You represent that you review all prospectuses and offering statements that you may receive and understand the risks inherent with your securities transactions, including any risks associated with the above-described securities events.

11. **VOTING RIGHTS.** If any right to vote arises with respect to securities in your account, you may inform Lehman Brothers that you wish to exercise such right as you specify. Subject to Section 19 hereof, if Lehman Brothers receives this notice within a reasonable time to act, it will act in accordance with your wishes. If Lehman Brothers does not receive such timely notice from you, it will use its discretion to decide whether and how to vote such securities.

12. **WAIVER, ASSIGNMENT AND NOTICES.** Neither Lehman Brothers' failure to insist at any time upon strict compliance with this Agreement or with any of the terms hereof nor any continued course of such conduct on its part shall constitute or be considered a waiver by Lehman Brothers of any of its rights or privileges hereunder. Any purported assignment of your rights and/or obligations hereunder without obtaining the prior written consent of an authorized representative of Lehman Brothers shall be null and void. Each Lehman Brothers Entity reserves the right to assign any of its rights or obligations hereunder or under any Contract to any other Lehman Brothers Entity without prior notice to you. Notices and other communications to you (including, without limitation, Margin Calls) that are sent by electronic means, including facsimile or electronic mail, sent by express delivery service or mailed, in each case to the address or number provided by you, shall, until the respective Lehman Brothers Entity has received notice in writing of a different address or number, be deemed to have been personally delivered to you. Margin Calls may also be communicated orally, without subsequent written confirmation.

13. **FREE CREDIT BALANCES.** You hereby authorize Lehman Brothers to use any free credit balance awaiting investment or reinvestment in your account(s) in accordance with all applicable rules and regulations and to pay interest thereon at such rate or rates and under such conditions as are established from time to time by Lehman Brothers for such account(s) and for the amounts of cash so used.

14. **RESTRICTIONS ON ACCOUNT.** You understand that Lehman Brothers, in its sole and absolute discretion, may restrict or prohibit trading of securities or other property in your account(s) and may terminate your account(s), and you shall nevertheless remain liable for all of your obligations to the Lehman Brothers Entities under this Agreement or any Contract. In the event that Lehman Brothers, in its sole and absolute discretion, determines to

4

impose such restrictions on your account(s) due to credit, margin, legal, regulatory, money laundering or other concerns, Lehman Brothers shall be under no obligation to provide you with prior notice of such restriction.

**15. CREDIT INFORMATION AND INVESTIGATION.** You authorize Lehman Brothers, in its discretion, at any time and from time to time, to make or obtain reports concerning your credit standing and business conduct (including, but not limited to, obtaining audited account statements, if such are available). You may make a written request for a description of the nature and scope of the reports made or obtained by Lehman Brothers and the same will be provided to you within a reasonable period of time.

**16. SHORT AND LONG SALES.** In placing any sell order for a short account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "short". You are required to and will comply with all applicable rules and regulations relating to short sale transactions. In placing any sell order for a long account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "long". The designation of a sell order as being for a long account shall constitute a representation by you that you own the security with respect to which the order has been placed, that such security is not restricted under Rules 144 and/or 145 under the U.S. Securities Act of 1933 (as may be amended, modified or supplemented) or any other applicable law, rule or regulation and, as such, may be sold without restriction in the open market and that, if Lehman Brothers does not have the security in its possession at the time you place the order, you shall deliver the security by settlement date in good deliverable form or pay to Lehman Brothers any losses and expenses it may incur or sustain as a result of your failure to make delivery on a timely basis.

**17. MARGIN ACCOUNTS.** All Loans made hereunder are demand loans. You hereby agree to deposit and maintain such cash or collateral as margin in your margin accounts, if any, as Lehman Brothers may in its sole discretion require, and you agree to pay forthwith on demand any amount owing with respect to any of your margin accounts to satisfy Lehman Brothers' demand for such payment (a "Margin Call"). In addition, you further agree to deposit promptly and maintain such other collateral with Lehman Brothers as is required by any Contract you may have with any Lehman Brothers Entity. Upon your failure to make any such payment or deposit, or if at any time Lehman Brothers, in its sole discretion, deems it necessary for its protection, whether with or without prior demand, call or notice, Lehman Brothers shall be entitled to exercise all rights and remedies provided herein. No demands, calls, tenders or notices that Lehman Brothers may have made or given in the past in any one or more instances shall invalidate your waiver of the requirement to make or give the same in the future.

**18. SECURITIES CONTRACTS.** You acknowledge and agree that any positions in your account(s) shall be deemed "securities contracts" within the meaning of Sections 555 and 741(7) (as may be amended, modified or supplemented) of the U.S. Bankruptcy Code.

**19. CONSENT TO LOAN OR PLEDGE OF SECURITIES IN MARGIN ACCOUNTS.**

(a) Except as noted in subparagraph (b) below, within the limits of applicable law and regulations, you hereby authorize Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of your accounts, to convey therewith all attendant rights of ownership (including voting rights and the right to transfer the securities to others), and to use all such property as collateral for its general loans. Any such property, together with all attendant rights of ownership, may be pledged, repledged, hypothecated or rehypothecated either separately or in common with other property for any amounts due to Lehman Brothers thereon or for a greater sum, and Lehman Brothers shall have no obligation to retain a like amount of similar property in its possession and control. You hereby acknowledge that, as a result of such activities, Lehman Brothers may receive and retain certain benefits to which you will not be entitled. In certain circumstances, such loans, pledges, repledges, hypothecations or rehypothecations may limit, in whole or in part, your ability to exercise voting and other attendant rights of ownership with respect to the loaned or pledged securities. You agree to waive the right to vote, or to provide any consent or to take any similar action with respect to these securities in the event that the record date or deadline for such vote, consent or other action falls during the period of any such loan, pledge, repledge, hypothecation or rehypothecation.

(b) Unless otherwise agreed by Lehman Brothers and you, you will be entitled to receive all distributions, including, but not limited to, cash, stock dividends and interest payments, made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities which are not otherwise received by you, to the full

extent you would be entitled if the securities had not been loaned, pledged, repledged, hypothecated or rehypothecated.

**20. OPTIONS POSITIONS.** You represent and warrant not to enter into any purchase or sale of equity, debt, foreign currency or index put or call options without having read and fully understood the terms, conditions and risks as set out in the Characteristics and Risks of Standardized Options booklet and applicable supplements. You understand that short options positions are assigned on an automated random basis and may be assigned on the day written. You will notify Lehman Brothers of your intention to exercise listed options no later than two hours before the expiration time of the option (one hour in the case of an over-the-counter option). Failure to give such notice will constitute an abandonment of the option, in which case Lehman Brothers may, but shall be under no obligation to, exercise the option.

**21. PRIME BROKERAGE SERVICES.** Under the terms and conditions of this Agreement, LBI will act as a prime broker for you in accordance with the no-action letter of the Securities and Exchange Commission dated January 25, 1994, as such letter may be amended, modified or supplemented from time to time (the "SEC Letter") and the provisions set forth below:

(a)    LBI will, subject to the terms and conditions of this Agreement, accept for clearance and settlement trades executed on your behalf by such executing brokers as you may designate from time to time and who have received LBI's prior approval and who have previously executed an agreement with LBI setting forth the terms and conditions under which such executing brokers will be authorized to accept orders from you for settlement by LBI (the "Executing Brokerage Agreement").

(b)    LBI shall be responsible for settling trades executed on your behalf by your executing broker(s) and reported to LBI by you and your executing broker(s) provided that you have reported to LBI on trade date, by the time designated to you by LBI, all the details of such trades including, but not limited to, the contract amount, the security involved, the number of shares or the number of units and whether the transaction was a long or short sale or a purchase, and further provided that LBI has either affirmed or not "DK'd" ("indicated it does not know") and has not subsequently disaffirmed such trades. In the event that LBI determines not to settle a trade, LBI shall not have settlement responsibility for such trade and shall, instead, send you a cancellation notification to offset the notification sent to you under sub-paragraph (c) of this paragraph. You shall be solely responsible and liable to your executing broker(s) for settling such trade. In addition, LBI may be required to cease providing prime brokerage services to you in accordance with the Executing Brokerage Agreement.

(c)    On the day following each transaction, LBI shall send you a confirmation of each trade placed with an executing broker in accordance within the SEC Letter based upon the information you provided to LBI. Any confirmations issued by LBI as prime broker shall identify the executing broker and provide you with the information required by the SEC Letter. Confirmations of the execution of orders and other activity in your account(s) which have been provided or made available to you by 10:00 a.m. (New York time) on the business day immediately following the trade date shall be conclusive if not objected to by 2:00 p.m. (New York time) on such business day or, if such reports are provided or made available to you after 10:00 a.m. (New York time) on such business day, then such confirmations shall be conclusive if not objected to within four (4) hours after such confirmations have been provided or made available to you. Monthly statements shall be sent to you in accordance with the SEC Letter. Information contained in monthly statements of account, to the extent not included in an activity report, shall be conclusive if not objected to within ten (10) days after such statements have been provided or made available to you. LBI may send communications to your address of record or another address provided to LBI in writing. All communications sent to such address, whether by mail, facsimile, telegraph, messenger, electronic means or otherwise, shall be deemed to have been given to you personally as of the date and time sent, whether actually received or not.

(d)    In the event of: (i) the filing of a petition or other proceeding in bankruptcy, insolvency or for the appointment of a receiver by or against your executing broker, (ii) the termination of your executing broker's registration and the cessation of business by it as a broker-dealer, or (iii) your executing broker's failure, inability or refusal, for any reason whatsoever or for no reason at all, to settle a trade, and if LBI agrees to settle any trades executed on your behalf by such executing broker, regardless of whether LBI either affirmed or did not DK and did

6

not disaffirm such trades, you shall be solely responsible, and liable to LBI, for any losses arising out of or incurred in connection with LBI's agreement to settle such trades.

(e)   You shall maintain in your account with LBI such minimum net equity in cash or securities as LBI, in its sole discretion, may require from time to time (the "Lehman Brothers Net Equity Requirements"), which shall in no event be less than the minimum net equity required by the SEC Letter (the "SEC Net Equity Requirements"). In the event your account falls below the SEC Net Equity Requirements, you hereby authorize LBI to notify promptly all executing brokers with whom it has an Executing Brokerage Agreement on your behalf of such event. Moreover, if you fail to restore your account to compliance with the SEC Net Equity Requirements within the time specified in the SEC Letter, LBI shall, without notice to you: (i) notify all such executing brokers that LBI is no longer acting as your prime broker and (ii) either not affirm or "DK" ("indicate that it does not know") all prime brokerage transactions on your behalf with a trade date after the business day on which such notification was sent. In the event : (i) your account falls below the Lehman Brothers Net Equity Requirements, (ii) LBI determines in its sole discretion that there would not be enough cash in your account to settle such transactions or that a maintenance Margin Call may be required as a result of settling such transactions, or (iii) LBI determines in its sole discretion that the continuation of prime brokerage services to you presents an unacceptable risk to Lehman Brothers taking into consideration all the facts and circumstances, then LBI may disaffirm all your prime brokerage transactions and/or cease to act as your prime broker. In any such case, LBI shall send a cancellation notification to you, and you understand that you must settle outstanding trades directly with the relevant executing broker and that you authorize LBI to provide the executing broker with any information useful to settle such trades. You further agree that LBI will not be bound to make any investigation into the facts surrounding any transaction to which you are a party and that immediately upon notice to you and, if required, to the executing brokers, LBI may cease acting as your prime broker.

(f)   If you have instructed your executing broker(s) to send confirmations to you in care of LBI, as your prime broker, the confirmation sent by such executing broker is available to you promptly from LBI (once received), at no additional charge.

(g)   If your account is managed on a discretionary basis, you hereby acknowledge that your prime brokerage transactions may be aggregated with those of other accounts of your adviser, according to your adviser's instructions, for execution by your executing broker(s) in a single bulk trade and for settlement in bulk by LBI. You understand that no part of any transaction may be allocated to any other account where such other account's net equity is below the minimum levels established in the SEC Letter and that, should such a net equity deficiency occur in any such other account, LBI must disaffirm the entire transaction. In the event any trade is disaffirmed, as soon as practicable thereafter, LBI shall supply your executing broker(s) with the allocation of the bulk trade, based upon information provided by your adviser.

(h)   You hereby authorize LBI to disclose your name, address and tax I.D. number to your executing broker(s) to enable such executing broker to establish on its books an account for you to be used in the event transactions are disaffirmed by LBI.

(i)   Lehman Brothers will not be responsible or liable for any acts or omissions of any executing broker or its employees. You understand that Lehman Brothers does not act as investment adviser or solicit orders, that Lehman Brothers does not advise prime brokerage customers, perform any analysis, or make any judgment on any matters pertaining to the suitability of any order, or offer any opinion, judgment or other type of information pertaining to the nature, value, potential or suitability of any particular investment.

(j)   You agree to indemnify and hold Lehman Brothers harmless from any loss, claim or expense, including attorneys' fees, incurred by Lehman Brothers in connection with Lehman Brothers acting or declining to act as prime broker for you and to fully reimburse Lehman Brothers for any legal or other expenses (including the cost of any investigation and preparation) which Lehman Brothers may incur in connection with any claim, action, proceeding or investigation arising out of or in connection with this Agreement or any transactions hereunder.

(k)   You represent and warrant that you are currently in compliance, and during the term of this Agreement will remain in compliance, with all applicable requirements of the SEC Letter, including, but not limited to, the requirement that you execute an agreement with each executing broker.

7

(1)   The prime brokerage services hereunder shall be provided in a manner consistent with the SEC Letter.

**22.   LEGALLY BINDING.** You hereby agree that this Agreement and all of the terms hereof shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases and sales shall be for your account(s) in accordance with your oral or written instructions. You hereby waive any and all defenses that any oral instruction was not in writing as may be required by any applicable law, rule or regulation. With respect to any of your accounts maintained in connection with this Agreement, you hereby authorize Lehman Brothers to act and rely on any instructions (including, without limitation, instructions to transfer cash or securities, purchase or sell securities, enter into derivative or other transactions or borrow money or securities) received by Lehman Brothers from any of the persons listed on Exhibit A, as such list may be amended by you from time to time. In addition, you hereby authorize Lehman Brothers to act and rely on any instructions received by Lehman Brothers from any of your employees or agents (including any investment manager or adviser) that Lehman Brothers reasonably believes is authorized to so act on your behalf.

**23.   AMENDMENT.** You agree that Lehman Brothers may modify the terms of this Agreement at any time upon prior written notice to you. By continuing to accept services from Lehman Brothers thereafter, you will have indicated your acceptance of any such modification. If you do not accept such modification, you must notify Lehman Brothers in writing; your account may then be terminated by Lehman Brothers, after which you will remain liable to Lehman Brothers for all outstanding liabilities and obligations. Otherwise, this Agreement may not be modified absent a written instrument signed by an authorized representative of Lehman Brothers.

**24.   GOVERNING LAW.** THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND SHALL BE CONSTRUED, AND THE CONTRACTUAL AND ALL OTHER RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

**25.   JURISDICTION; WAIVER OF JURY TRIAL.** The parties shall attempt in good faith to promptly resolve any dispute arising out of, relating to or in connection with this Agreement or any transactions hereunder by negotiations by executives of the parties who have the authority to settle the controversy. With respect to any suit, action or proceedings relating to this Agreement ("Proceedings"), each party irrevocably submits to the exclusive jurisdiction of the courts of the State of New York and the United States District Court located in the Borough of Manhattan in New York City and waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have any jurisdiction over such party. ANY RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION IS HEREBY WAIVED BY ALL THE PARTIES TO THIS AGREEMENT.

**26.   WAIVER OF IMMUNITIES.** Each party irrevocably waives, to the fullest extent permitted by applicable law, with respect to itself and its revenues and assets, all immunity on the grounds of sovereignty or other similar grounds from (i) suit, (ii) jurisdiction of any court, (iii) arbitration, (iv) relief by way of arbitration award, injunction, order for specific performance or recovery of property, (v) attachment of its assets (whether before or after judgment) and (vi) execution or enforcement of any judgment or arbitration award and irrevocably agrees, to the fullest extent permitted by applicable law, that it will not claim any such immunity.

**27.   TRANSFERS.** Lehman Brothers shall have the right to transfer Assets between any account in order to satisfy any of your obligations to Lehman Brothers. When giving instructions to transfer Assets from your accounts to any bank or other entity, you agree that all such requests will have been approved by an authorized signatory and you agree to provide Lehman Brothers with an accurate account number designating the account to receive such Assets. You agree to indemnify and hold Lehman Brothers harmless from and against all liabilities arising from the provision of an inaccurate account number or any other liabilities arising as a result of the transfer at your request.

**28.   PROVISION OF DATA.** With respect to any market data or other information that Lehman Brothers or any third party service provider provide to you, (i) Lehman Brothers and any such provider are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) Lehman Brothers and any such provider are not responsible or liable for any actions that you take or do not take based on such data or information;

8

(iii) you will use such data or information solely for the purposes set forth in this Agreement and any other agreement between us; (iv) such data or information is proprietary to Lehman Brothers and any such provider and you will not retransmit or disclose such data or information to third parties except as required by applicable law or regulation; and (v) you will use such data or information solely in compliance with applicable laws, rules and regulations.

**29. EXTRAORDINARY EVENTS.** You agree that Lehman Brothers will not be liable for any loss caused, directly or indirectly, by government restrictions, exchange or market rulings, suspension of trading, war (whether declared or undeclared), terrorist acts, insurrection, riots, fires, flooding, strikes, failure of utility services, accidents, adverse weather or other events of nature, including but not limited to earthquakes, hurricanes and tornadoes, or other conditions beyond Lehman Brothers' control. In the event that any communications network, data processing system, or computer system Lehman Brothers uses is rendered inoperable, Lehman Brothers will not be liable to you for any loss, liability, claim, damage or expense resulting, either directly or indirectly, therefrom.

**30. LIMITATION OF LIABILITY.** Lehman Brothers shall not be liable in connection with the execution, clearing, handling, purchasing or selling of securities, commodities or other property, or other action, except for gross negligence or willful misconduct on Lehman Brothers' part. You understand that certain securities may be held outside the United States by unaffiliated, foreign agent banks and depositories. Lehman Brothers will not be liable to you for any loss, liability or expense incurred by you in connection with these arrangements except to the extent that any such loss, liability or expense results from Lehman Brothers' gross negligence or willful misconduct. In no event will Lehman Brothers be liable for any special, indirect, incidental or consequential damages arising out of this Agreement.

**31. HEADINGS; COUNTERPARTS.** The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights provided for hereunder. This Agreement may be executed in counterparts, each of which shall be deemed an original.

**32. TELEPHONE CONVERSATIONS.** For the protection of both you and Lehman Brothers, and as a tool to correct misunderstandings, you hereby authorize Lehman Brothers, at Lehman Brothers' discretion and without prior notice to you, to monitor and/or record any or all telephone conversations or electronic communications between you and Lehman Brothers or any of Lehman Brothers' employees or agents. You acknowledge that Lehman Brothers may determine not to make or keep any of such recordings and that such determination shall not in any way affect any party's rights.

**33. CUMULATIVE RIGHTS; ENTIRE AGREEMENT.** The rights, remedies, benefits and protections afforded to each Lehman Brothers Entity under this Agreement and under any Contract you may have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are cumulative and in addition to any other rights, remedies, benefits and protections that any Lehman Brothers Entity may have. To the extent that the provisions of any Contracts you have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are inconsistent (whether the inconsistency be between the Contracts or within a single Contract), the conflict shall be resolved in favor of the provision which affords Lehman Brothers with the maximum rights, remedies, benefits or protections. You hereby appoint Lehman Brothers as your agent and attorney-in-fact to take any action (including, but not limited to, the filing of financing statements) necessary or desirable to perfect and protect the security interest granted herein or to otherwise accomplish the purposes of this Agreement. Except as set forth above, this Agreement represents the entire agreement and understanding between you and Lehman Brothers concerning the subject matter hereof.

**34. CAPACITY TO CONTRACT; ANTI-MONEY LAUNDERING; AFFILIATIONS.** You represent that you have the capacity and authority to enter into this Agreement. You represent to the best of your knowledge that you do not maintain or transact business for or with nor will you introduce individuals or entities to Lehman Brothers that the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has listed as "Specially Designated Nationals and Blocked Persons" nor with any client in an embargoed country as determined by OFAC. Furthermore, you represent that you have conducted thorough due diligence with respect to all of your clients, and you do not know or have any reason to suspect that the monies used to fund the account have been or will be derived from or related to any illegal activities, including but not limited to, money laundering activities. You agree to

9

provide Lehman Brothers with any information that it may require in relation to compliance with any applicable money laundering regulations. Each representation or warranty made by you in this Agreement will be deemed to be repeated by you on each date on which a transaction occurs hereunder.

You represent that you are of legal age and that, unless you have notified Lehman Brothers to the contrary, neither you nor any member of your immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of the National Association of Securities Dealers, Inc. or any of its affiliates, (iii) an individual or an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures or (iv) an employee of any bank, trust company or insurance company. If you are signing on behalf of others, you hereby represent that the persons(s) or entity(ies) on whose behalf you are signing is/are authorized to enter into this Agreement and that you are duly authorized to sign this Agreement and make the representations contained herein in the name and on behalf of such other person(s) or entity(ies) and you agree to indemnify and hold Lehman Brothers harmless from any claim or claims arising from your unauthorized execution of this Agreement on the behalf of such other person(s) or entity(ies). You hereby authorize Lehman Brothers to accept faxed copies of this or any other document or instruction as if it were the original and further to accept signatures on said faxes as if they were original.

*PLEASE COMPLETE THIS INFORMATION AND SIGN THE APPROPRIATE SPACE BELOW:*

**THIS AGREEMENT IS DATED AS OF** _____, 2007

Stonchill Offshore Partners LTD
_____
*Name of Customer*

c/o Citco Fund Services LTD          BWI
P.O. Box 31106 SMB/ T Woodlaver
Corp. Center West Bay Road
_____      _____
*Address*                            *Country*

Grand Cayman
_____      _____
*City, State*                        *Zip Code + 4*

**BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:**

**YOU HAVE RECEIVED A COPY OF THIS AGREEMENT AND AGREE TO ITS TERMS AND CONDITIONS.**

CUSTOMER          Stonehill Offshore Partners LTD
NAME:             _____
                  *Individual or Printed Name of Company*

SIGNATURE:        _____
                  *Signature of Authorized Person*

PRINT NAME:       John Motulsky, General Partner
                  _____
                  *Printed Name and Title of Signatory or Name of General*
                  *Partner if Signer is a Partnership*

BY:               _____
                  *Authorized Signatory and Title of General Partner if Above*
                  *Signer is a Partnership Otherwise Blank*


**ACCEPTED AND AGREED TO:**

_____
Lehman Brothers Inc., as signatory for itself and as agent for the affiliates
named herein

9 - 10 - 07

11

**<u>EXHIBIT B</u>**



*900 002 114*

### CUSTOMER CLAIM FORM
### LEHMAN BROTHERS INC.

Stonehill Offshore Part Ltd.
Account# 732-40125
885 Third Avenue
30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

Daytime Phone: (212) 739 7474

Email: cwilson@stonehillcap.com

Contact Person: Chris Wilson

Taxpayer I.D. Number
(Social Security No.): not applicable

## PLEASE NOTE

• A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

• TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

• THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

• ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

• YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

• IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

• LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.   LBI owes me a credit or cash in the amount of:          $ *See attached*

   b.   I owe LBI a debit or cash in the amount of:             $ _____

   c.   If you wish to repay the debit balance listed in point b. above please insert the amount you wish to repay and attach a check payable to "James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc." If you wish to make a payment, **it must be enclosed** with this claim form.

   $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   ### Please Do Not Claim Any Securities You Have In Your Possession

   |   |   | YES | NO |
   |---|---|-----|-----|
   |   |   | (Circle Y or N) |   |
   | a. | LBI owes me securities: | (Y) | N |
   | b. | I owe LBI securities: | Y | N |

   c.   If yes to either, please list below (or in additional pages as necessary):

   | Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
   |---|---|---|---|---|
   |   |   |   | LBI Owes Me (Long) | I Owe LBI (Short) |
   | _____ | *See attached* | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |
   | _____ | _____ | _____ | _____ | _____ |

   If additional space is needed, attach additional pages providing the information in the exact format above.

2

## 3.   COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  | | (Circle Y or N) |
| Do you have a claim based on a commodity futures account? | Y | (N) |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:** IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | YES | NO |
|---|---|---|
|  | | (Circle Y or N) |
| 4.   Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | (N) |
| 5.   Has there been any change in your account since September 19, 2008? | (Y) | N |

3

6.  Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?    Y    (N)

7.  Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).    Y    (N)

8.  Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?    Y    (N)

9.  Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.    Y    (N)

10.  Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.    Y    (N)

11.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.    Y    (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _Janvary 26, 2009_   Signature _Christopher White_

Date _____   Signature _Managing Member
Stonehill Capital Management, LLC
its advisor_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Brothers, Inc. | Case Number:<br>08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:    1000523153 LBI 12/1/2008 417060<br>Stonehill Offshore Part Lt<br>885 Third Avenue, 30th Floor<br>885 3rd Ave., Fl. 30<br>New York, NY 10022-4834<br><br>Telephone number: (212) 739-7474 | Court Claim Number:_____<br>(*If known*)<br><br><br>Filed on:_____ |

| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

| **1. Amount of Claim as of Date Case Filed:**    $ *see attached*<br><br>If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
|---|---|

| **2. Basis for Claim:** *Customer Property*<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.)<br><br>**4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>Value of Property:$_____  Annual Interest Rate___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____  Basis for perfection: _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).<br><br>☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
|---|---|

| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
|---|---|

| Date:<br>JAN 26 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Christoph Wil____*, Managing Member, Stonehill Capital Management LLC *its Advisor* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

_The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules._

## Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 _et seq._), and any applicable orders of the bankruptcy court.

If you would like to file your claim online please go to www.lehmantrustee.com and select the
link for the online claim form. You will need the tracking number and mail id listed below to
complete your claim online.

P0000L 0000™ -P02016 323746:5811 1613 A

Tracking Number: 423040 Mail ID: 417060

Stonehill Offshore Part Lt
885 Third Avenue, 30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, NY 10022
(212) 739-7474

Contacts:    Chris Wilson, Managing Member, cwilson@stonehillcap.com
Steve Nelson, Chief Financial Officer, snelson@stonehillcap.com
Ann Kalter, Accounting Manager, akalter@stonehillcap.com

Date:   January 26, 2009

RE:   STONEHILL OFFSHORE PARTNERS LIMITED
Primary LBI account number: 732-40125

## Customer Claims in Lehman Brothers Inc. (LBI)

---

Stonehill Offshore Partners Limited (SO) was one of the largest prime brokerage clients of LBI and LBI was SO's sole prime broker. The professionals representing the LBI estate have invested long hours and have been extremely accommodating in returning the vast majority of SO's securities, and Stonehill is very appreciative of those efforts to date. However a substantial list of securities has not yet been delivered, and substantial cash has accumulated at LBI as well, which elements comprise SO's customer claim. This customer claim is supported by voluminous information; the attachments evidencing this claim are intended to provide ample support, but SO has substantial additional information that can be provided upon request.

### Securities

SO received extensive deliveries of its securities in late October and in late December/early January; however, additional securities remain at LBI. A list of securities still carried at LBI is attached as SO Exhibit A.

### Cash

SO's cash claim is presented in several components for ease of understanding:

### Component 1 – Error in Calculation at "True-Up" Date:

In late October, 2008, at the time of the initial delivery of securities from LBI to SO, LBI's representatives performed a comprehensive analysis of SO's account and

calculated SO's cash balance to be, as of September 19, 2008, a debit amount (owed to LBI) of $2,248,173.04. SO Exhibit B includes the Summary, and Brokerage Account Statement generated by LBI and delivered to SO at that time. On October 21, 2008, SO paid that amount to the SIPC trustee, effectively zeroing out its cash balance as of September 19, 2008. However, LBI's calculation excluded "type 5" cash, and also excluded the market value of SO's short positions, but the two items do not offset equally. Closing out SO's short positions as of September 19, per the estate's October 14 protocol, results in the cost to close out shorts being less than the type 5 cash by $257,571.75 (see SO Exhibit C.) LBI thus owes SO this value difference.

Component 1 totals $257,571.75


**Component 2 – "P&I" post September 19:**

From September 19, 2008, through the date of this claim, Stonehill is aware of principal, interest and other payments on securities custodied at LBI that have flowed to LBI, as presented on Exhibit D.

Component 2 is comprised of the following currencies:

USD   6,173,078.91
GBP   5,262,140.69
EUR   122,442.03
CAD   164,576.11


**Component 3 – Misdirected Wires on Private Investments:**

After September 19, 2008, misdirected wires flowed to LBI with respect to non-custodied instruments (private investments.) In addition, certain foreign wires were sent to LBI just before LBI's proceeding, which were never posted to Stonehill's account (it was common for foreign wires to take several days to be posted, and the LBI proceeding interrupted the finalization.) Stonehill is aware of certain of these items which are listed on SI Exhibit E.

Component 3 is comprised of the following currencies:

USD   427,247.78
EUR   262.34
GBP   25,011.80


**Component 4 – Cash Transfer in mid-September:**

On September 17, 2008, two days before the SIPA proceeding, SO issued direction to LBI to transfer its securities and cash balance from LBI to an alternate prime broker. LBI

demanded that SO post cash collateral in order to effect the transfer, and SO delivered $5,500,000, which was transferred by LBI to SO account number 732-41222-1. (SO's account statement as of September 19, 2008 depicts this cash as an investment in a money market fund, however, that Lehman fund on or about that date closed itself to new investment, and the funds remained in cash, as depicted in the September 30, 2008 statement.) This cash was excluded from the "true-up" described under Component 1 above, and still resides at LBI. SO Exhibit F provides supporting documentation.

Component 4 totals $5,500,000.00

## Component 5 – Incomplete Transaction re MAC Funding Purchase:

On trade date August 7, 2008 SI agreed to purchase from JP Morgan 2,000,000 MAC Funding I Ltd (cusip 55261B202) for consideration of $655,000, by physical settlement. LBI debited cash in that amount from SI's account on August 12, 2008. Subsequent to the September 19 date of proceeding, we learned from JP Morgan that the trade had never settled: JP Morgan had not delivered the security to LBI and LBI had not paid the cash to JP Morgan. LBI must return that improperly debited cash to SO. Reference SO Exhibit G.

Component 5 totals $655,000

## Component 6 – Incomplete Transaction re US Power Generating Company:

On trade date March 27, 2008, Stonehill's two funds executed with LBI as the counterparty a negotiated sale of a private instrument: 15,130 shares of US Power Generating Company at a price of $28 per share, for total consideration of $423,640.00. Both SO and related account Stonehill Institutional Partners L.P. were the sellers; LBI was the buyer. The trade confirmations executed at the time are attached as Exhibit H (a). It was a private transaction subject to documentation, and had not closed by the September 19, 2008 date of the LBI proceeding.

At the time of the true-up described in Component 1, LBI personnel demanded that Stonehill Institutional Partners (SI) pay $118,619.20 to the SIPC trustee in relation to this outstanding trade, which amount was paid on September 21, 2008. LBI misunderstood the nature of this transaction - LBI incorrectly treated this private, negotiated, unclosed trade as if it were a short sale by SI in which SI had failed to deliver the security, demanding collateral in the amount paid. This payment was improper and must be returned to SI. Please note that even though this trade was by both Stonehill funds (Institutional and Offshore, as evidenced by the trade confirmations), the payment demanded at time of true up was only demanded from SI, therefore this portion of this Component 6 claim is only claimed on behalf of SI, not SO, and is recounted here only for fullness of disclosure.

A second element of the claim arises from LBI's failure to close this negotiated trade. The current market value of US Power Gen stock is $6 per share (see Exhibit H (b)); LBI's failure to close has cost Stonehill $22 per share, times 8,730 shares (SO's portion of the trade), equals $192,060.00.

Component 6 totals $192,060.00


**Component 7 – Incomplete Transaction re Zarlink Semiconductor common:**

On August 15 and August 20, 2008, SO purchased shares in Zarlink Semiconductor with purchase prices of CAD 5,148.78 and CAD 16,936.56, for a total of CAD 22,085.34. JP Morgan, the clearing broker on the other side of the trade, was unable to settle prior to September 19, 2008. However, LBI debited SO's cash in these amounts at the time of trade and never returned the funds to SO. Exhibit I provides further detail.

Component 7 totals CAD 22,085.34


**Component 8 – Forward Sales of Foreign Currencies:**

Stonehill's portfolio included investments denominated in foreign currencies. To hedge such exposure, Stonehill routinely executed under its prime brokerage agreement with LBI forward sales of foreign currencies. Stonehill believes that no other Lehman entity other than LBI was involved in these transactions. SO had numerous foreign currency transactions open as of September 19, 2008, which were in a gain position because the dollar had strengthened against the foreign currencies during the term of the contracts. A brokerage statement listing the transactions, and their market values, and Stonehill's summary of that brokerage statement for ease of understanding, is SO Exhibit J.

Component 8 totals $6,135,929.26


**Component 9 – Cash Applied Late re Sale of Boston Gen:**

On trade date August 1, 2008, SO executed with a third party (Kelts LLC) a negotiated sale of a private instrument: 2,000,000 EBG Holdings bank debt (aka Boston Gen) for a total consideration of $1,788,283.65. The trade confirmation executed at the time is attached as SO Exhibit K(a). The transaction closed on August 26, 2008 and Kelts funded the purchase price to LBI (see closing documents SO Exhibit K(b).) LBI acknowledged receipt, but failed to post the cash to SO's account until October 10, 2008, (see email correspondence attached as SO Exhibit K(c)). Therefore this cash was excluded from the calculation done at the time of the "true-up" discussed under Component 1 above, and LBI owes this cash to SO.

Component 9 totals $1,788,283.65

**Component 10 – Interest on Accumulated Cash Balances:**

If the court determines it appropriate, interest may be payable to SO on the accumulated cash balances which have resided at LBI. Stonehill cannot estimate the amount absent direction regarding the appropriate interest rates and a determination of the dates and amounts of funds received by LBI on SO's behalf.

The amount of this Component 10 claim cannot be quantified without direction from LBI and is therefore estimated.

**Component 11 – Other Post Date of Claim and Unknown Activity:**

Other amounts may have flowed into LBI with respect to SO's custodied securities of which we are not currently aware, and it is certain that amounts will continue to flow to LBI on securities which continue to be carried at LBI after the date of this claim. SO includes these presently unquantifiable amounts in its claim. As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items received or due with respect to custodied securities or other customer property of SO.

With regard to private investments, SO has no comprehensive way of determining what payments have flowed into LBI referencing Stonehill's account number or name. Considering Stonehill's distressed investing strategy, Stonehill's portfolio includes many private instruments which have irregular and unpredictable distribution dates, often without notice to us other than information conveyed by the wire transfer itself. As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items referencing any of the Stonehill accounts, and any Stonehill entity name, and includes all such presently unquantifiable amounts in its claim.

The amount of this Component 11 claim cannot be quantified and is therefore estimated.

**End of Document**

# Stonehill Offshore Partners Ltd - Exhibit A

| Fund | LEHM A/C /Internal ID | LEHM ID | CUSIP/CINS | ISIN | SEDOL | Description | Expected Quantity | Notes |
|---|---|---|---|---|---|---|---|---|
| Offshore | 732-40125 | BTDPF | 00R1180 | C0R288105 | 0300000811001 | GROSVENOR LAND DEVELOPMENTS PLC | 2,379,000.00 | |
| Offshore | 732-40125 | 566421 | US12556A8814 | US12556A8814 | B0WN4ZK | CIT GROUP FUNDING CO CDA SR NT RMD 4.65 07/01/2010 | 2,179,000.00 | |
| Offshore | 732-40125 | 501618 | CORE | 21868110H | US21868110 46 | CORE MARK HOLDING CO INC | 550,000.00 | |
| Offshore | 732-40125 | DAL | 247361 02 | 247361 02 | B063 7B3 | DELTA AIR LINES INC | 13,377.00 | |
| Offshore | 732-40125 | 5444359 | U29302AC08 | US2476517023 | B1W9Z94 | DELTA AIR LINES INC DEL CONV NEW | 591,854.00 | |
| Offshore | 732-40125 | 5442794 | 29337YAD3 | X50 130764649 | 276F337 | ENRON CORP RMD 6.78 06/15/2049 | 300,000,000.00 | |
| Offshore | 732-40125 | FRCPF | B04QZ20 | 339043108 | B04QZ20 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE RMD 7.25 08/ | 880,395.00 | |
| Offshore | 732-40125 | 5189DFL9 | CA57047Z8M01 | 370472BM01 | B3CZVW | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD RMD 4.72143 05/22/2009 | 13,555,000.00 | |
| Offshore | 732-40125 | HOV | 44264PAA4 | 44264PAA4 | 2431167 | HOVNANIAN ENTERPRISES INC | 402,500.00 | |
| Offshore | 732-40125 | LEHIQ | 45245WJ17 | US45245WJ170 | B2P7YC5 | IRIDIUM LLC CORP SR NOTES SER C RMD 11.25 07/15/2049 | 1,000,000.00 | |
| Offshore | 732-40125 | 38BRNDK | 5325AAN1 | US5325AAN170 | 5963945 | LEHMAN BROS HLDGS INC DEP SH REPSTG I/100TH 7.95% PFD SER J | 44,482.00 | |
| Offshore | 732-40125 | 53BRZCI | 57537YAE2 | US57537YAE24 | B246YNR | MAGNACHIP SEMICONDUCTOR | 6,500,000.00 | |
| Offshore | 732-40125 | 5070117 | X50107602117 | X50107602117 | | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE RMD 00.000000 02/10/2003 | 5,870,000.00 | |
| Offshore | 732-40125 | 3277207 | X50108129771 | US73731AB30 | | PRATAMA DATAKOM ASIA ACCREDITED INVS RMD 12.5 07/15/2005 | 1,250,000.00 | |
| Offshore | 732-40125 | 3255609 | 69363VAD9 | X50101929640 | | PSINET INC EURO SERIES B RMD 10.50 12/01/2006 | 500,000.00 | |
| Offshore | 732-40125 | PUCEF | B039 1F1 | Y714 4Y134 | B039 1F1 | PT SERASI AUTORAYA | 44,443,000.00 | |
| Offshore | 732-40125 | 5259922 | 76133PAF6 | 76133PAF6 | D100000940 | RESIDENTIAL CAPITAL CORP TR-REG SER B SER B | 4,000,000.00 | |
| Offshore | 732-40125 | 5514600 | 81339AF67 | US81339AF67 | B0NN3H4 | SOUTHEAST BANKING CORP CV JG SUB CAPITAL NOTE RMD 6.50 03/15/1999 | 10,944,707.00 | |
| Offshore | 732-40125 | 5317732 | SHCOF | N74108106 | ANN7418106 4 | SAROGRUP FINANCE RMD 6.635 12/09/2010 | 2,663,000.00 | |
| Offshore | 732-40125 | N3536761 | N3536761 | 4471176 | RETAIL HOLDINGS N V RMD 06/30/2010 | 1,347,254.00 | | |
| Offshore | 732-40125 | 5463566 | 82899AAL3 | US82899AAL33 | | SASEA HOLDINGS RMD 4.00 07/15/2049 | 31,627,000.00 | |
| Offshore | 732-40125 | 5015075 | US08117Q1245 | US08117Q1245 | | SECURITY MULTI ASSET RMD 8.57 01/01/2049 | 3,700.00 | |
| Offshore | 732-40125 | 5596000 | 81338AO1 | US81338AO10 | | SOUTHEAST BANKING TR CPT SER B | 16,000.00 | |
| Offshore | 732-40125 | 5595937 | 81338AA6 | US81338AA44 | 2822465 | SOUTHEAST BANKING CORP CV SUB CAPITAL NOTE RMD 6.50 03/15/1999 | 952,000.00 | |
| Offshore | 732-40125 | XX509510000 | XX509510000 | | SOUTHEAST BANKING CORP CV SID - REG RMD 4.51 11/01/1997 | 1,316,000.00 | | |
| Offshore | 732-40125 | 5196001 | 81338AF3 | US81338AF77 | | SOUTHEAST BANKING CORP-FRN CPN L/IBOR +13.2 RMD 3.52 11/23/1997 | 8,736,000.00 | |
| Offshore | 732-40125 | 5343884 | 84133AD8 | US84133AD88 | | STANFIELD VICTORIA FIN LTD MEDIUM TERM NT3144A 3CT RMD 01/25/2008 | 4,600,000.00 | |
| Offshore | 732-40125 | 1104852 | 84133AM0 | US84133AM09 | | STANFIELD VICTORIA FIN LTD RMD 01/25/2008 | 13,000,000.00 | |
| Offshore | 732-40125 | 3329881 | CA49774197920 | CA49774197920 | | TELEGLOBE CANADA INC RMD 9% 10/25/2026 | 700,890.00 | |
| Offshore | 732-40125 | C010314 | 90341W0R8 | 90341W0R8 | BOLGK648 | US AIRWAYS GROUP INC | 13,000.00 | |
| Offshore | 732-40125 | 5337133 | 12312T159 | 12312T159 | | WTS CD RADIO INC EXP 03/15/2049 ACCREDITED INVS | 14,545,000.00 | |
| Offshore | 732-40125 | W4API | 9292CAP9 | US9292CAP91 | BKCN0L7 | WCI COMUNITIES INC SR SUB NT RMD 4.625 03/15/2015 | 5,530.00 | |
| Offshore | 732-40125 | ZARLF | W9310102 | W9310102 | B2DZSY8 | ZARLINK SEMICONDUCTOR INC | 5,462,764.00 | |
| Offshore | 732-40125 | 5053156 | 69363VAB3 | 69363VAB3 | 2597102 | PSINET INCORPORATED SR NTE - IN DEFAULT 11.0000% 08/01/2009 69363VAB3 | 173,811,000.00 | Removed by Lehman, but there will be future distributions |

## MARGIN SUMMARY
### COB
### 9-19-08

| | |
|---|---|
| *TOTAL COLLATERAL* | |
| TOTAL LMV TYPE 1 LONG POSITIONS (US$) | 266,659,029.00 |
| TOTAL LMV TYPE 1 LONG POSITIONS (C$ value converted to US$) | 12,599,576.53 |
| TOTAL LMV TYPE 1 LONG POSITIONS (BP value converted to US$) | 1,698,499.33 |
| TOTAL LMV TYPE 1 LONG POSITIONS (EM value converted to US$) | 2,724,187.15 |
| TOTAL LMV TYPE 1 LONG POSITIONS (JY value converted to US$) | 0.00 |
| | |
| TOTAL LMV TYPE 2 LONG POSITIONS (US$) | 33,123,055.72 |
| TOTAL LMV TYPE 2 LONG POSITIONS (C$ value converted to US$) | 349,136.76 |
| TOTAL LMV TYPE 2 LONG POSITIONS (BP value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (EM value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (JY value converted to US$) | 0.00 |
| | |
| *TOTAL USD DELIVERABLE COLLATERAL* | 299,782,084.72 |
| | |
| TYPE 1 CASH (US$) | 230,007.94 |
| TYPE 1 CASH C$ (value converted to US$) | 0.00 |
| TYPE 1 CASH BP (value converted to US$) | 0.00 |
| TYPE 1 CASH JY (value converted to US$) | 0.00 |
| TYPE 1 CASH EM (value converted to US$) | 0.00 |
| | |
| TYPE 2 CASH (US$) | 0.00 |
| TYPE 2 CASH C$ (value converted to US$) | 0.00 |
| TYPE 2 CASH BP (value converted to US$) | 134,366.80 |
| TYPE 2 CASH JY (value converted to US$) | 0.00 |
| TYPE 2 CASH EM (value converted to US$) | 0.00 |
| | |
| *TOTAL USD CASH COLLATERAL* | 230,007.94 |
| | |
| *TOTAL EXPOSURES* | |
| TYPE 2 DEBIT BALANCE | 531,364.02 |
| TYPE 2 (C$) DEBIT BALANCE | 1,936,073.34 |
| TYPE 2 (EM) DEBIT BALANCE | 145,110.42 |
| | |
| *TOTAL EXPOSURE* | 2,612,547.78 |
| | |
| *TOTAL COLLATERAL NEEDED TO COVER EXPOSURE* | 2,248,173.04 |
| TOTAL VALUE OF COLLATERAL AVAILABLE FOR DELIVERY | 314,905,311.44 |
| TOTAL CASH AVAILABLE FOR PAYMENT | 0.00 |

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

SO Exhibit B

BKR256
732-40125

CLIENT 012   STONEHILL OFFSHORE
RR. H61

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08                                  PAGE  93762

- - - - - BALANCES - - - - -

| | OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | MARKET VALUE | DLA |
|---|---|---|---|---|---|---|
| TC 12 | 213,657.18- | 230,007.96- | 213,657.18- | 230,007.96- | 266,659,029 | 09/19/08 |
| 12 | 1,380,961.05- | 531,364.02 | 1,071,771.29 | 2,984,096.36- | 55,123,055 | 09/19/08 |
| 20 | 54,206,940.36- | 56,231,081.00- | 54,206,940.36- | 56,231,081.00- | 55,796,251- | 09/19/08 |
| 55 | 55,881,566.59- | 55,929,724.92- | 53,428,834.25- | 53,476,992.80- | 243,985,832 | 09/19/08 |

S/DTE
12  09/19
- - - - - ACTIVITY - - - - -
| | LONG/SHORT(-) |

- - - - - POSITIONS - - - - -

LONG/SHORT(-)

| DESCRIPTION | CUSIP/SEC | PRICE/ENT T/D TRD @ | DEBIT/CREDIT(-) |
|---|---|---|---|
| | | 09/19 | 1,944,132.64 |
| | | | 1,981,503.14 |

| LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 1.0000 | | XXA0009280 | 0.00000 | 0 | 0 |
| | WWSALR GROUP FINANCE B V | 5196207 | | | |
| | DUE 09/08/2006  4.375 | | | | |
| | REU ENTRD OF 04 | | | | |
| | INCORRECT FX  5-30 DUE TO | | | | |
| | WWSALR GROUP FINANCE B V  4.375 | A000928 | INT | 09/19 | 1,997,853.90- |
| | DUE  06/08/2006 | | | | |
| | REC 5/16/08 PAY 5/28/08 | A000928 | INT | 09/19 | |
| | ON 23417000 BNDS | A0377 | | | |
| | MARK TO MARKET | A0377N1070 | | | |
| | INWIRE RF00919868THU2R000987S | | | | |
| 484,481.0000 | ACAT DELIVERY IN PROGRESS | XHA0009280 | 4.36000 | 2,122,026 | 1,485,443 |
| | DO NOT TRANSFER SECURITIES | A000928 | | | |
| 12 | ACACIA RESEARCH - ACACIA | A01370? | | | |
| 392,902.0000 | TECHNOLOGIES | A0376N1070 | 54,030000 | 21,228,495 | 21,228,495 |
| | ABOVENET INC | A014440 | 54,030000 484,481.0000 | | |
| | | A014448 | 392,902.0000 | | |
| 40,000.0000 | WTS ABOVENET INC | 03574N1230 | 31.00000H | 1,240,000 | 372,000 |
| | | 03574N1230 | 31.00000H 40,000.0000 | | |
| | | A017405 | | | |
| 2,179,878.0000 | BARRATT DEVELOPMENTS PLC | G08281D050 | 2.71700H | 5,922,728 | 5,922,728 |
| | | B137756 | 2,179,878.0000 | | |
| 285,300.0000 | COMFORCE CORP | C000344 | 1.99000 | 567,747 | 567,747 |
| | | 20035K1090 | 285,300.0000 | | |
| 10,000.0000 | WTS CD RADIO INC | C00125A590 | 0.00000H | 0 | 0 |
| | EXP 5/15/2009 ACCREDITED INVS | 12512125X90 | 10,000.0000 | | |
| 6,664.0000 | COMDISCO HOLDING COMPANY INC | 20035K1090 | 9.80000H | 65,307 | 65,307 |
| | | 1494791070 | 6,664.0000 | | |
| 25,942.0000 | CATTLESALE COMPANY | C012100 | 0.00000H | 0 | 0 |
| | | C012394 | 25,942.0000 | | |
| 13,377.0000 | CORE MARK HOLDING CO INC | 21868I1040 | 27.92000 | 373,485 | 112,045 |
| | | C014810 | 13,377.0000 | | |

BRMS6
732-40125
TC 043008
12 043008

CLIENT 012                          OFFSHORE                MARGIN ACTIVITY STATEMENTS              09/19/08        PAGE 93763
RR: 101 STONEHILL                                           CURR-CODE: 000
LONG/SHORT(-)

| Date | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 031008 | 111,001.0000 | **CAPEX SA-ORD AP 1 PAR | P2006M1020 | 1.4729ZH | 164,674 | 164,674 |
| 031008 | 36.0000 | DECISIONONE CORP NEW | C00O516 / 2434571000 | 0.00000H | 36.0000 | 0 |
| 031008 | 880,395.0000 | **FRONTERA COPPER CORPORATION | D064752 / 359043106O SB | 1.5367S | 1,352,947 | 1,352,947 |
| 092707 | 50,913.0000 | **GUANDONG ALLIANCE SNS | F1044640 SB / C41B151040 | 0.00000H | 50,913.0000 | 0 |
| 092707 | 19,346.0000 | **HIGH WATER SUPPLY HL SNS | C00S001 / D3B5411010 SK | 0.00000H | 19,346.0000 | 0 |
| 011607 | 11,911.0000 | **ICC COMMUNICATIONS INC WTS | C005020 SK / 4492461150 | 0.00000H | 11,911.0000 | 0 |
| 091608 | 402,500.0000 | HOVNANIAN ENTERPRISES INC-CL A | H011304 SB / 4420472030 | 9.05000 | 3,642,625 | 1,821,312 |
| 031008 | 51,750.0000 | RTS KAISER GOVT PROGRAMS INC PUT RT PUR PFD KAISER GROUP | H394072030 / K00271S SB | 0.00000 | 0 | 0 |
| 091608 | 2,718,868.0000 | KGEN PWR CORP COM 144A | 48305B1110 / 49373X1030 SB | 0.00000H | 0 | 0 |
| 031008 | 44,482.0000 | **LEHMAN BROS HLDGS INC DEP SH RESTG 1/100TH 7.95% | K003538 SB / 52520W170 | 0.11000H | 4,893 | 4,893 |
| 092608 | 2,000,000.0000 | **MAC FUNDING 1/1 LTD PRIN PROTECTED SECS ACCREDITED | L000S00 SB / 52561B020 | 0.00000H | 0 | 0 |
| 060608 | 346,623.0000 | NEENAH ENTERPRISES INC | M01451B20 / 6407P1030 SB | 1.55000H | 537,265 | 537,265 |
| 031008 | 75,745.0000 | WTS NEENAH ENTERPRISES INC | N009197 SB / 6407P1110 | 0.00000 | 0 | 0 |
| 031008 | 53,071.0000 | PATENT LITIGATION TR BENEFICIAL TRUST INTRESTS | N009546 SB / 7030441070 | 0.00052H | 26 | 26 |
| 092607 | 70,964,707.0000 | **RPT SIERRAD PRODUCE TBK SNS SERIES A | P011578 SB / Y7144Y1340 | 0.00532H | 377,532 | 377,532 |
| 091908 | 134,259.0000 | PGT INC | P027746 SB / 935401010 | 3.99000 | 535,693 | 402,777 |
| 091508 | 1,341,254.0000 | **RETAIL HOLDINGS N V PAR 20.01 | P019436 SB / N761081060 / R005483 SB | 8.00000H | 10,730,032 | 10,730,032 |
| 092607 | 11,483,635.0000 | **SUNSHINE MNG & REFNO COMPANY | 867B3560000 / S011728 SB | 0.00000H | 0 | 0 |

BR856
732-02125
TC LDA 092607

CLIENT 012 STONEHILL
RR: H01

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

OFFSHORE
SECURITY DESCRIPTION
RESIDENT CREDITOR TRUST

09/19/08    PAGE 93764

| HOL/SHORT(-) LONG/SHORT(-) | DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 5,000.0000 | TR CTF SER B | G01701GL240 | 0.00000H /5,000,000.0000 | 0 | 0 |
| 233,100.0000 | SDFX INTERACTIVE INC | S01507A1050 T00111B SB | 0.01700H 233,100.0000 1,153,680 | 3,962 | 3,962 |
| 9,200.0000 | NNNTRANSOCEAN INC NEW | C90073I000 T010589 SB | 125.40000H 9,200.0000 | 0 | |
| 244,444.0000 | NNNTHUNDERBIRD RESORTS INC CON 144A | 8660SP1060 SB T010488 SB | 0.00000 244,444.0000 | 0 | 346,104 |
| 13,000,000.0000 | NNNTELEGLOBE CANADA INC TEMP 82 10/25/2026 | 879A1T9720 SB T104632 SB | 0.00000 13,000,000.0000 | 0 | 0 |
| 45,471.0000 | NNNTHUNDERBIRD RESORTS INC NEW | G08E57621060 SB T106317 SB | 5.50000H 45,471.0000 250,090 | 250,090 | |
| 92,000.0000 | US AIRWAYS GROUP INC | 90341W100 SB U003620 SB | 7.91000 92,000.0000 727,720 | 218,316 | |
| 187.0000 | NNNVIATEL HOLDING BERMUDA LIMITED NEW | G9344711110 SB V004215 SB | 1.00000H 187.0000 187 | 187 | |
| 201,455.0000 | WTS WEBLINK WIRELESS | 94769A1190 SB W003B085 | 0.00000 201,455.0000 | 0 | |
| 5,520.0000 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUMULATIVE | 93935226140 SB W005356 SB | 335.00000 5,520.0000 1,849,200 | 554,760 | |
| 2,091,544.0000 | NNNZARLINK SEMICONDUCTOR INC FACS REV DELTA AIRLINES INC | 98913591000 SB Y001713 SB | 0.49000 2,091,544.0000 1,024,856 | 1,024,856 | |
| 120,000.0000 | FULTON CNTY GA DEV AUTH SPL DUE 05/01/2013 5.300% | 36099AC100 SB 3BBWTX8 SB | 2,091,544.0000 120,000.0000 | 0 | |
| 500,000.0000 | NEW YORK N Y INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES | 64999BJL90 SB 3BB2CT2 SB | 0.00000H 500,000.0000 | 0 | 0 |
| 7,600,000.0000 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR DUE 10/01/2034 5.625% | 13077Y9A60 SB 3006B857 SB | 4.00000H 7,600,000.0000 304,000 | 304,000 | |
| 195,294.0000 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF MOBILE ENERGY DUE 01/01/2020 6.950% | 60716AAY70 SB 3681B70 SB | 0.00000H 195,294.0000 | 0 | 0 |
| 5,500,000,000.0000 | CIT GROUP INC MEDIUM TERM SR NTS DUE 10/27/2008 2.905% | 12560FEA50 SB 5BBDTK4 SB | 99.31400H 5,500,000,000.0000 5,462,270 | 1,638,681 | |

**BHR56**

| CLIENT 012 | | | |
|---|---|---|---|
| RR: H01 STONEHILL | | | |
| 732-40125 | | | |
| TC LDA LONG/SHORT(+) | | | |
| D31000 | 550,000.0000 | | |

**OFFSHORE**

**MARGIN ACTIVITY STATEMENTS   CURR-CODE: 000**

09/19/08   PAGE 93765

| Ref | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| | 550,000.0000 | MMMSTANFIELD VICTORIA FIN LTD MTN / VR 03200-052509 / DUE 03/25/2009 | 58BFSB4 SB | 0.00000H | 0 | 0 |
| 092507 | 29,260,000.0000 | CROWN PAPER CO / SR SUB NOTES -ESCROW CUSIP- / DUE 03/25/2009 | 228649946D SB | 0.00000 | 0 | 0 |
| 090208 | 6,500,000.0000 | MMMAC CAPITAL LTD / SR SUB NOTES 11.000% / DUE 09/01/2005 | Q5755NAB60 SB | 0.00000 | 0 | 0 |
| 060308 | 460,000.0000 | NEENAH CORP / SR SESD NT / DUE 01/01/2017 9.500% | 640071AR70 SB | 76.62500 | 352,475 | 156,613 |
| 011000 | 3,450,000.0000 | GMACH HOME EQUITY LOAN TRUST / MTGPC/SERIES 2007-HE1 A-4-VAR / DUE 08/25/2037 5.952% | 36186KA070 SB | 37.97250H | 1,310,052 | 1,310,052 |
| 052007 | 6,050,000.0000 | MAC CAPITAL LTD / SER 2007-1 CL B-2L 144A/3C7 / DUE 07/26/2023 7.045% | 5BBKVN70 SB | 0.00000 | 0 | 0 |
| 031608 | 3,450,000.0000 | GMACH HOME EQUITY LN TR / SERIES 2007-HE2 CLASS A-6 / DUE 12/25/2037 6.294% | 36186LAG80 SB | 46.66422H | 1,609,915 | 1,609,915 |
| 080408 | 3,525,920.0000 | GMACH HOME EQUITY LN TR / SERIES 2007-HE2 CLASS A2 / DUE 12/25/2037 6.054% | 36186LAB90 SB | 48.83500H | 1,720,906 | 1,720,906 |
| 082007 | 18,170,000.0000 | GMACH HOME EQUITY LN TR / SERIES 2007-HE2 CLASS A4 / DUE 12/25/2037 6.424% | 36186LA050 SB | 32.07718H | 5,828,423 | 5,828,423 |
| 011000 | 15,410,000.0000 | GMACH HOME EQUITY LN TR / SERIES 2007-HE2 CLASS A3 / DUE 12/25/2037 6.193% | 36186LA670 SB | 48.54300H | 7,480,476 | 7,480,476 |
| 081700 | 6,670,000.0000 | MASONITE CORP / SR SUB NT / DUE 04/06/2015 11.000% | 57637SAE20 SB | 23.00000H | 1,534,100 | 1,534,100 |
| 050508 | 1,012,000.0000 | STANDARD PACIFIC CORP / CVT SENIOR SUB NOTES / DUE 10/01/2012 6.000% | 85376SAA80 SB | 93.37500 | 944,955 | 283,486 |
| 122508 | 17,236,000,000.0000 | PHH MORTGAGE TRUST / SER 2007-SL1 CLASS TAGS 144A / DUE 12/25/2027 6.600% | 69357YAE40 SB | 80.37500H | 11,310,958 | 11,310,958 |
| 031800 | 1,150,000,000.0000 | MMMSTANFIELD VICTORIA / EURO MEDIUM TERM NOTE / DUE 03/28/2008 | G0459CAN00 SB | 0.00000H | 0 | 0 |

AMORTIZED AMOUNT: 14,072,732.41

```
BMR56                                    MARGIN ACTIVITY STATEMENTS                      09/19/08        PAGE  93766
732-40125   CLIENT 012                   CURR-CODE: 000
TC USA      RR: HBL STONEHILL
080408

            LONG/SHORT(+-)   OFFSHORE SECURITY DESCRIPTION      CUSIP/SEC     PRICE      MARKET VALUE    MARGIN REQUIREMENT   AMORTIZED AMOUNT
            26,875,000.0000                                                             16,662,500       16,662,500
```

| Code | LONG/SHORT(+-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT |
|---|---|---|---|---|---|---|
| 061308 | 4,600,000.0000 | STANFIELD VICTORIA FIN LTD RESIDENTIAL CAP LLC MEDIUM TERM NTS144A 3C7 DUE 01/25/2008  8.550% | 85431AJM0 5DDNSNS SB | 0.00000H | 4,600,000.0000 | 0 |
| 090208 | 7,625,000.0000 | CAPMARK FINL GROUP INC SR NT FLT 10 DUE 05/10/2010  3.452% | 14066IAD10 5DXVWR1 SB | 76.93500 5,866,141 | 7,625,000.0000 1,759,842 | |
| 061108 | 2,294,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT FLTG RATE NEW DUE 05/01/2012 | 98951UAJ50 5DDNVY1 SB | 0.00000H | 2,294,000.0000 | 0 |
| 071608 | 9,085,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT - ESCROW CUSIP - DUE 05/01/2012 | 989ESC9910 5DDNVZ6 SB | 0.00000H | 9,085,000.0000 | 0 |
| 081208 | 201,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/22/2026  7.960% | 612PMTGA90 5DDNMJ0 SB | 0.00000 | 201,000.0000 | 0 |
| -00808 | 340,000.0000 | MONTANA POWER CO - CONTRA CUSIP - DUE 12/23/2026 | 612PMI3C40 5DDNIT2 SB | 0.00000 | 340,000.0000 | 0 |
| 082008 | 197,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/20/2006  7.070% | 612PMTG960 5DDQPD6 SB | 0.00000 | 197,000.0000 | 0 |
| 081108 | 11,676,000.0000 | CB NORTHWESTERN CORP -CONTRA CUSIP- DUE 03/15/2067 | 66899ABG60 5DDQSC5 SB | 0.00000 | 11,676,000.0000 | 0 |
| 082008 | 16,865,000.0000 | NORTHWESTERN CORPORATION SENIOR DEBENTURE DUE 11/15/2028  7.875% | 66899ABF80 5DDRLG4 SB | 0.00000 | 16,865,000.0000 | 0 |
| 081108 | 7,528,000.0000 | NORTHWESTERN CORP -CONTRA CUSIP- DUE 03/15/2012  6.950% | 66899ABH40 5DDXB52 SB | 0.00000 | 7,528,000.0000 | 0 |
| 091208 | 4,950,000.0000 | VICTORIA FIN LTD 144A VR 090900-122208 DUE 12/22/2008  8.750% | 92622GAL30 5DFDPV0 SB | 0.00000 | 4,950,000.0000 | 0 |
| 091208 | 1,100,000.0000 | VICTORIA FIN LTD 144A VR 090900-021709 DUE 02/17/2009 | 92622GAF60 5DFBRN5 SB | 0.00000 | 1,100,000.0000 | 0 |
| 081308 | 4,644,999.0000 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB DUE 02/15/2029  7.750% | 393505UY60 5C48250 SB | 0.00000H | 4,644,999.0000 | 2614,347.94 |

```
BRMS6
732-40125
TC   12 031808
LDA  12 031808
```

| | OFFSHORE | | | | | | |
|---|---|---|---|---|---|---|---|
| CLIENT 012 | | MARGIN ACTIVITY STATEMENTS | | 09/19/08 | | PAGE 93767 | |
| RR: H01 STONEHILL | | | CURR-CODE: 000 | | | | |

| Acct | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| | 795,000.0000 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES DUE 10/15/2025 7.7750% | 5C82C02 SB | 0.00000H | 0 | 0 | 446,349.60 |
| 031808 | 14,000,000,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD MT DUE 06/16/2005 7.052% | B1375BAW20 5C60831 SB | 0.00000H | 14,000,000,000.0000 | 0 | 0 |
| 031808 | 31,643,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 DUE 05/15/2006 7.330% | 37937WAA70 5C64242 SB | 0.00000H | 31,643,000,000.0000 | 0 | 0 |
| 031808 | 12,362,000,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A C1-A2 DUE 09/15/2007 7.060% | 37937WAB50 5C64936 SB | 0.00000H | 12,362,000,000.0000 | 0 | 0 |
| 031808 | 1,000,000,000.0000 | PEGASUS AVIATION LEASE SECURITIZATION IIASTBK/SERIES DUE 05/10/2031 2.943% | 70557RAA80 5E11267 SB | 0.00000H | 1,000,000,000.0000 | 0 | 0 |
| 031808 | 30,068,000,000.0000 | SECURITIZED MULTIPLE ASSET SERIES 1997-06 CL A-1 DUE 11/15/2006 7.110% | B1375BAN40 5E12094 SB | 0.00000H | 30,068,000,000.0000 | 0 | 0 |
| 031808 | 4,025,000,000.0000 | CWABS HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HEL A-3-VAR DUE 06/25/2034 2.601% | 36385GCV70 5F25941 SB | 52.93800H | 1,900,914 | 3,590,832.14 | 1,900,914 |
| 90208 | 8,947,000,000.0000 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 DUE 09/25/2020 2.571% | 76110USQ20 5F39267 SB | 99.66760H | 1,423,689 | 1,428,580.64 | 1,423,689 |
| 91608 | 2,990,000,000.0000 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 DUE 11/25/2020 5.192% | 76110VTD00 5L06641 SB | 70.04400H | 2,094,315 | | 2,094,315 |
| 91608 | 2,150,000,000.0000 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR DUE 07/25/2027 5.627% | 12668SDW30 5L19026 SB | 76.50920H | 1,689,059 | | 1,689,059 |
| 90208 | 9,200,000,000.0000 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR DUE 07/25/2027 5.641% | 12668SDX10 5L19025 SB | 41.12617H | 3,785,607 | | 3,785,607 |
| 52708 | 6,836,750.0000 | CWHEQ HOME EQUITY LIN TR SERIES 2006-EQUITY LIN TR DUE 10/25/2036 5.750% | 30012TAB80 5L39489 SB | 57.55283H | 3,934,743 | | 3,934,743 |
| 63008 | 1,725,000.0000 | DMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4-VAR DUE 10/25/2036 6.080% | 30012TAD40 5L41557 SB | 83.11763H | 1,433,777 | | 1,433,777 |
| 70708 | 4,070,000.0000 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 DUE 03/25/2034 5.658% | 126604AC30 5L43662 SB | 87.26355H | 3,551,626 | | 3,551,626 |

```
BMR6
732-421-25
TCD
LOA
12
```

CLIENT 012 STONEHILL
RR: M01 LONG/SHORT(-)

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08   PAGE 93768

| ACCT | QUANTITY | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 031808 | 18,301,000,000.0000 | PHP HEALTHCARE CORPORATION SUB DEB CV DUE 12/15/2002 6.500% | 500234? | 0.00000H 18,301,000,000.0000 | 0 | 0 |
| 092607 | 10,015,000,000.0000 | WWW POLLY PECK INTERNATIONAL DUE 01/03/1997 8.750% | G7155A4M20 5018541 | 0.00000H 10,015,000,000.0000 | 0 | 0 |
| 082208 | 1,450,000,000.0000 | ESC COMDISCO INC NOTE - ESCROW - | 2003368M90 5039910 SB | 0.00000H 1,450,000,000.0000 | 0 | 0 |
| 121807 | 3,000,000,000.0000 | IONICA PLC SR NOTE PLC DUE 11/15/2003 6.12X | 462213AJ80 5033225 SB | 0.00000H 3,000,000,000.0000 | 0 | 0 |
| 031808 | 11,530,000,000.0000 | ESC KITTY HAWK INC SR SEED NTS DUE 08/15/2006 13.500% DUE 11/15/2004 9.950% | 498326VC30 5037926 SB | 0.00000H 11,530,000,000.0000 | 0 | 0 |
| 031808 | 966,000,000.0000 | WOLVERINE TUBE INC SENIOR NOTE SER B DUE 04/01/2009 10.500% | 5042652E SB | 92.0000 966,000,000.0000 | 888,720 | 888,720 |
| 031808 | 2,540,000,000.0000 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE DUE 06/01/2007 10.625% | 155660AA30 5046016 SB | 0.00000 2,540,000,000.0000 | 0 | 0 |
| 031808 | 3,000,000,000.0000 | IONICA PLC SENIOR DISC NOTES DUE 05/01/2007 15.000% | 462213AK50 5051503 SB | 0.00000H 3,000,000,000.0000 | 0 | 0 |
| 031808 | 1,650,000,000.0000 | KEY PLASTICS INC SR SUB NOTE SER B DUE 03/15/2007 10.250% | 493137AD50 5065089 SB | 0.00000H 1,650,000,000.0000 | 0 | 0 |
| 031808 | 500,000,000.0000 | PRATAMA DATAKOM ASIA ACCREDITED INVS DUE 07/15/2005 12.750% | 73931AJ30 5070317 SB | 0.00000H 500,000,000.0000 | 0 | 0 |
| 031808 | 18,880,000,000.0000 | ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 DUE 10/15/2017 7.425% | 292689AC00 5070867 SB | 32.5000H 18,880,000,000.0000 | 6,136,000 | 1,888,000 |
| 11607 | 30,635,000,000.0000 | ENERGY GROUP OVERSEAS BV INT DUE 10/15/2027 7.560% | 292689AD80 5071495 | 32.50000H 30,635,000,000.0000 | 9,955,725 | 3,063,300 |
| 031808 | 34,450,000,000.0000 | NRG ENERGY INC SR NOTE DUE 06/15/2007 7.500% | 629377AQ40 5075991 SB | 0.00000 34,450,000,000.0000 | 0 | 0 |
| 033108 | 10,350,000,000.0000 | READ RITE CORP CONV SUB NOTES DUE 09/01/2004 6.500% | 755246AA30 5077083 SB | 0.00000 10,350,000,000.0000 | 0 | 0 |

BNR56
732-40125
TC LDA
12 012908

CLIENT 012   STONEHILL OFFSHORE
RR: N01
LONG/SHORT(-)

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08   PAGE 93769

| Acct | Quantity (Long/Short-) | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement | Amortized Amount |
|---|---|---|---|---|---|---|---|
| 031800 | 5,550,000.0000 | MWSOUTHEAST BANKING CORP STAMPED CERTIFICATES 5.250% | XK50935970 5935597 SB | 0.00000 | 5,550,000.0000 | 0 | |
| 031800 | 7,125,000.0000 | VENTURE HOLDINGS TRUST SR NOTE SER B DUE 07/01/2005 | 9232GYAD10 5102005 SB | 0.0000H | 7,125,000.0000 | 0 | |
| 111607 | 20,005,000.0000 | LIVENT INC SR NTS DUE 10/15/2004 9.500% | 537902AC20 5109706 SB | 0.0000 | 20,005,000.0000 | 0 | |
| 031800 | 70,000,000.0000 | CELLNET DATA SYS INC SENIOR DISC NOTE DUE 10/01/2007 9.375% | 15115MAL50 5109824 SB | 0.0000H | 70,000,000.0000 | 0 | |
| 031800 | 3,092,000.0000 | DELTA MILLS INC SR NOTE SER B DUE 09/01/2007 14.000% | 247701AB10 5115626 SB | 0.0000H | 3,092,000.0000 | 0 | |
| 031800 | 5,004,000.0000 | DRYPERS CORP SR NTS DUE 06/15/2007 9.625% | 262497AQ50 5123009 SB | 0.0000H | 5,004,000.0000 | 0 | |
| 092607 | 2,410,000.0000 | SER-B EURO 0-CPN STAMPED CERT DUE 12/18/1996 MWSOUTHEAST BANKING CORP 10.250% | XX5123170 5123517 SB | 0.0000 | 2,410,000.0000 | 0 | |
| 031800 | 14,153,000.0000 | KELLSTROM INDS INC SUB NTS CONV DUE 10/15/2002 5.750% | 480035CAC00 5125334 SB | 0.0000H | 14,153,000.0000 | 0 | |
| 091708 | 12,650,000.0000 | CAL DIVE CONSTRUCTION FINANCE CO L/ CORP 2ND PRIORITY DUE 08/24/2011 11.602% | 13134VYAA50 5128605 SB | 107.50000 | 13,578,750 | 6,119,437 | |
| 092607 | 18,090,000.0000 | MWPOLLY PECK INTL FINANCE CHF DUE 03/20/2049 6.250% | 071536AF60 5131393 SB | 0.0000H | 18,090,000.0000 | 0 | |
| 092607 | 1,000,000.0000 | IRIDIUM LLC CORP SR NOTE SER C DUE 07/15/2005 11.250% | 46269lAA40 5132068 SB | 0.0000H | 1,000,000.0000 | 0 | |
| 092607 | 56,450,000.0000 | MWRSL COMMUNICATIONS GLOBAL USD DUE 03/15/2008 10.000% | G7703AAD70 5142263 SB | 0.0000H | 56,450,000.0000 | 0 | |
| 031800 | 24,440,000.0000 | KELLSTROM INDS INC CONV SUB NOTES DUE 06/15/2003 5.500% | 48035AC60 5142566 SB | 0.0000H | 24,440,000.0000 | 0 | |
| 031800 | 83,989,000.0000 | PSINET INC SENIOR NOTES SER B DUE 02/15/2005 10.000% | 7443C7AB70 5142821 SB | 0.0000H | 83,989,000.0000 | 0 | |

AMORTIZED AMOUNT   72186,756.53

```
BRMSL             CLIENT 012  STONEHILL   OFFSHORE                    MARGIN ACTIVITY STATEMENTS              09/19/08        PAGE  93770
732-00125                     RR: M01     SECURITY DESCRIPTION        CURR-CODE: 000
TC  LOA                                   LONG/SHORT(-)
12  031008                                8,250,000.0010
```

| TC | Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|---|
| 12 | 092507 | 16,275,000.0000 | MKMS-ATR GROUP DUE 08/15/2008 14.000% | H711DNAD50 5144409 SB | 12.1210H | 16,275,000.0000 1,980,830 | | 594,249 |
| 12 | 031008 | 24,385,000.0000 | SWEAR MEMRSL COMMUNICATION PLC DUE 07/07/2005 0.125% | 74972EAC20 5145204 SB | 0.00000H | 24,385,000.0000 0 | | 0 |
| 12 | 031008 | 27,500,000.0000 | SR NTS CHS ELECTRONICS INC DUE 05/01/2008 9.125% | 12542AAB30 5147251 SB | 0.0000H | 27,500,000.0000 0 | | 0 |
| 12 | 031008 | 100,930,000.0000 | SENIOR NOTES DUE 04/15/2005 NMCENTAUR MINING & EXPL LTD 9.875% | 15133CAC50 5150567 SB | 0.0000H | 100,930,000.000.000 0 | | 0 |
| 12 | 031008 | 50,420,000.0000 | SENIOR SECD NOTE DUE 12/01/2007 EXODUS COMMUNICATIONS INC SR NTS 11.000% | 3O2086AB50 5158280 SB | 0.00000H | 50,420,000.0000 0 | AMORTIZED AMOUNT 89870,352.00 | 0 |
| 12 | 072208 | 6,705,304.0000 | DUE 07/01/2008 WHEELING PITTSBURGH STL CORP SR NTS 11.250% | 96315OAA50 5169833 SB | 53.7500H | 6,705,304.0000 3,604,100 | | 1,081,230 |
| 12 | 031008 | 34,270,000.0000 | DUE 08/01/2010 SAFETY KLEEN SERVICES INC SR SUB NOTE 6.000% | 78649QAA30 5173374 SB | 0.00000H | 34,270,000.0000 0 | | 0 |
| 12 | 031008 | 25,057,250.0000 | NRG ENERGY INC SENIOR DEB DUE 06/01/2006 9.250% | 62937TAN20 5174451 SB | 0.00000 | 25,057,250.0000 0 | | 0 |
| 12 | 092507 | 23,417,000.0000 | NMSATR GROUP FINANCE B V DUE 05/15/2006 6.500% | N5439BAA60 5196227 SB | 0.0000 | 23,417,000.0000 0 | | 0 |
| 12 | 052908 | 76,891,000.0000 | PSINET INC SR NTS DUE 06/08/2006 4.375% | 74437QAD30 5200900 SB | 0.0000H | 76,891,000.0000 0 | 0 | 0 |
| 12 | 031008 | 19,560,000.0000 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE DUE 10/01/2013 7.875% | 92925CAM60 5214313 SB | 39.00000H | 19,560,000.0000 7,628,400 | | 7,628,400 |
| 12 | 031008 | 27,850,000.0000 | SECURED MULTIPLE ASSET RATED ASSET BACKED 7.197-5 DUE 06/15/2005 7.720% | 81375BAJ10 5216675 SB | 0.00000H | 27,850,000.0000 0 | | 0 |
| 12 | 031008 | 34,450,000.0000 | NRG ENERGY INC SR NOTE DUE 06/01/2009 7.500% | 62937TAE20 5219666 SB | 0.00000 | 34,450,000.0000 0 | AMORTIZED AMOUNT 66601,945.35 | 0 |

```
BRN56                                    MARGIN ACTIVITY STATEMENTS                    09/19/08        PAGE 93771
732-401.25   CLIENT 012                  CURR-CODE: 000
TC   LDA     RR: H81 STONEHILL  OFFSHORE
12   031808  LONG/SHORT(-)   SECURITY DESCRIPTION        CUSIP/SEC        PRICE         MARKET VALUE    MARGIN REQUIREMENT
             8,800,000.0000                              0.00000H                       0                       0
```

| Account | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 031808 | 8,800,000.0000 | CONSUMER PACKAGING INC SR NOTE DUE 02/01/2007 9.750% | 21061PAD60 520319 SB | 0.00000H | 8,800,000.0000 | 0 |
| 092607 | 23,300,000.0000 | INSILCO CORP SR SUB NOTE SER-B DUE 08/15/2007 12.000% | 45765PAM20 523763 SB | 0.0000H | 23,300,000.0000 | 0 |
| 081308 | 25,420,000.0000 | POLLY PECK INTL FINANCE LTD DUE 11/19/1990 6.250% | 071B56AB50 525032 SB | 33.00000 | 23,420,000,000.0000 | 0 |
| 12 092607 | 6,769,000.0000 | MCI COMMUNITIES INC CONV DUE 08/05/2023 4.000% | 92923CAK00 525200 SB | 6,769,000,000.0000 | 2,233,770 | 670,131 |
| 12 101207 | 5,700.0000 | SEASEA HOLDINGS DUE 07/15/2049 4.000% | XX62296410 522961 SB | 0.0000H | 5,700,000.0000 | 0 |
| 101207 | 2120,000,000.0000 | PEREGRINE INVEST HOLDINGS LTD DUE 07/15/2049 | XX62995S0 529955 SB | 0.00000H | 2120,000,000.0000 | 0 |
| 031808 | 6,395,000.0000 | BUDGET GROUP INC SR NTS DUE 06/20/2006 | 11905AF80 525076D | 0.00000 | 6,395,000,000.0000 | 0 |
| 031808 | 26,335,000.0000 | TELEGLOBE INC DEB DUE 04/01/2006 9.125% | 87941IAD70 523175S SB | 0.0000H | 26,335,000,000.0000 | 0 |
| 031808 | 53,161,000.0000 | GTD DEB TELEGLOBE INC DUE 07/20/2009 7.200% | 87941IAE60 523176S SB | 0.0000H | 53,161,000,000.0000 | 0 |
| 031808 | 79,740,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR 1996-A ASSET BACKED NT A-3 DUE 07/20/2029 7.700% | 37937MAD10 523563S SB | 0.0000H | 79,740,000,000.0000 | 0 |
| 092607 | 7,000,000.0000 | SFC NEW HLDGS INC SR SUB NT DUE 01/15/2002 | 78412SAF80 523712S SB | 0.0000H | 7,000,000,000.0000 | 0 |
| 031808 | 18,600,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACKED DUE 08/15/2003 13.250% | 01375BAK80 524552S SB | 0.00000N | 18,600,000,000.0000 | 0 |
| 031808 | 4,000,000.0000 | GST NETWORK FUNDING INC SENIOR DISC NOTE DUE 05/01/2008 1.15% | 3622BYAC90 524644S SB | 0.00000 | 4,000,000,000.0000 | 0 |
| 031808 | 3,215,000.0000 | CARRIER INTLS A SR NOTE SER B DUE 02/15/2009 13.250% | 14460AC90 524786S SB | 0.0000H | 3,215,000,000.0000 | 0 |

```
BMQS6
732-40125
LOA
12

CLIENT 012                MARGIN ACTIVITY STATEMENTS                09/19/08    PAGE 93772
RR: H01 STONEHILL OFFSHORE                CURR-CODE: 000
LONG/SHORT(-)    SECURITY DESCRIPTION       CUSIP/SEC    PRICE         MARKET VALUE    MARGIN REQUIREMENT

TC  031808   49,600,000.0000   IT GROUP INC                  XK6266290  SB   0.00000H         0                   0
                               SENIOR SUB NOTE SER B                          49,600,000.0000
                               DUE 04/01/2009   11.250%

TC  092607   2,270,000.0000    WMS-ATR GROUP FIN             52E82629   SB   0.00000H         0                   0
                               DUE 11/15/2004   7.500%                        0.00000

TC  031808   173,811,000.0000  PSINET INCORPORATED           69X63V0B30 SB   0.00000H         0                   0
                               SR NT                                         173,811,000.0000
                               DUE 08/01/2009   11.000%

TC  061808   4,350,000.0000    YOSEMITE SECURITIES TRUST I   987406AA30 SB   0.00000H         0                   0
                               99-A LINKED ENRON OBLIG LEGS  5255212    SB   4,350,000.0000    AMORTIZED AMOUNT  3406,393.21
                               DUE 11/15/2004   8.250%

TC  071008   52,619,000.0000   FREDE GOLDMAN INTL INC        354030AA40 SB   0.00000H         0                   0
                               SUB NT CO                                     52,619,000.0000
                               DUE 09/15/2004   4.500%

TC  092607   4,100,000.0000    WMPSINET INC SER EUR          XK62ES6090 SB   0.00000         0                   0
                               SR NOTES EURO SER                             4,100,000.0000
                               DUE 08/01/2009   11.000%

TC  071008   11,717,717.0000   RESIDENTIAL CAP CORP NT 7.375% 76113BAF60 SB  21.00000H        2,460,570            2,460,570
                               DN 08/18/2007                                 11,717,717.0000
                               DUE 06/30/2010   8.375%

TC  031808   34,039,000.0000   EXODUS COMMUNICATIONS INC     3D2080AH20 SB   0.00000H         0                   0
                               SR NT                         5261713    SB   34,039,000.0000   AMORTIZED AMOUNT 25544,316.34
                               DUE 12/15/2009   10.750%

TC  031808   11,475,000.0000   VENTURE HOLDINGS TRUST        9232GYAF60 SB   0.00000H         0                   0
                               DUE 06/01/2009   11.000%      5261756    SB   11,475,000.0000
                                                             98141AAD30 SB   0.00000H         0                   0
             67,826,000.0000   WORLD ACCESS INC                              67,826,000.0000
                               SENIOR NOTES                  5262134    SB                     AMORTIZED AMOUNT 65821,695.57
TC  042208   1,840,000.0000    DUE 01/15/2008   13.250%      784AZFD0B0 SB   94.85714H        1,745,371
                               SLM CORP                      5262964    SB   1,840,000.0000            523,611
                               MEDIUM TERM NTS
TC  111607   4,037,000.0000    DUE 07/27/2009   2.900%       871169AF30 SB   0.00000H         0                   0
                               TXU EASTERN FUNDING CO        5264215    SB   4,037,000.0000
                               GTD SR NT ORG CPN 6.4500
                               DUE 05/15/2005   6.450%
TC  111607   8,650,000.0000    TXU EASTERN FUNDING CO        871169AL50 SB   0.00000H         0                   0
                               GTD SR NOTE                   5264525    SB   8,650,000.0000
                               DUE 05/15/2009   6.750%
TC  092607   400,000,000.0000  MEXHORAXION INTL FINANCE      Y3962EAA60 SB   0.00000H         0                   0
                               USD                           5272401    SB   400,000,000.0000
                               DUE 03/29/2001   10.000%
```

BM86
TC  732-40125
LDA
12  031808

CLIENT 012
RR: H81 STONEHILL

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08     PAGE 93775

| | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 011708 | 133,370,000.0000 | PSINET INC SR NOTE DUE 12/01/2006  10.500% | 7463TCAG60  5273979  SB | 0.00000H | 133,370,000.0000 | 0 | 0 |
| 092607 | 26,400,000.0000 | CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW DUE 03/15/1997  11.500% | 210795T040  5272505  SB | 0.00000H | 26,400,000.0000 | 0 | 0 |
| 092607 | 300,000,000.0000 | NWKTWU EASTERN FUNDING DUE 03/08/2030  7.250% | G9143JAE00  5275991  SB | 0.00000H | 300,000,000.0000 | 0 | 0 |
| 010908 | 48,443,000.0000 | NWKPSINET INC EURO SERIES DUE 12/01/2006  10.500% | XN52772070  5277207  SB | 0.00000H | 48,443,000.0000 | 0 | 0 |
| 092607 | 2,250,000,000.0000 | LUKENS INC MEDIUM TERM NOTES DUE 02/01/2006  6.500% | 549864AA50  5278012  SB | 0.00000H | 2,250,000,000.0000 | 0 | 0 |
| 031808 | 4,218.0000 | NWKGMD BONDHOLDER TRUST OFFSHORE TR CTF REG S DUE 03/31/2000 | G3944WAA50  5281808  SB | 0.00000H | 4,218.0000 | 0 | 0 |
| 031808 | 100.0000 | GMD BONDHOLDER TRUST OFFSHORE TR CTF 144A DUE 03/31/2000 | 36188AA30  5282351  SB | 0.00000H | 100.0000 | 0 | 0 |
| 031808 | 5,985,000.0000 | ETOYS IND CONV SUB NOTE DUE 12/01/2004  6.250% | 29726CAA00  5294718  SB | 0.00000H | 5,985,000.0000 | 0 | 0 |
| 092607 | 1,850,000.0000 | NWKS-AIR GROUP DUE 11/04/2004  2.125% | XXS2964570  5296457  SB | 0.00000H | 1,850,000.0000 | 0 | 0 |
| 031808 | 5,262,000.0000 | COLOR TILE INC SR NT DUE 12/15/2001  10.750% | 196267AD00  5307531  SB | 0.00000H | 3,262,000.0000 | 0 | 0 |
| 031808 | 23,850,000.0000 | NWG ENERGY INC DUE 09/15/2010  8.250% | 62937JAG70  5310622  SB | 0.00000H | 23,850,000.0000 | 0 | 0 |
| 031808 | 15,228,000.0000 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- DUE 07/15/2008  10.750% | 269249C00  5310628  SB | 0.00000H | 15,228,000.0000 | 0 | 0 |
| 031808 | 4,036,450.0000 | MTS INC SR SUB NOTE DUE 12/09/2009  10.000% | 55376WAD10  5322255  SB | 0.00000H | 4,036,450.0000 | 0 | 0 |
| 061308 | 9,213,000.0000 | ENRON CORP PRIVATE PLACEMENT DUE 08/15/2005  8.000% | 29357YAA10  5326524  SB | 0.00000H | 9,213,000.0000 | 9,213,000.0000 AMORTIZED AMOUNT 6432,828.40 | 0 |
| 031808 | 18,635,000.0000 | RSL COMMUNICATIONS PLC GRD US$ SR NT DUE 03/01/2010  12.875% | 74922EANO  5325546  SB | 0.00000H | 18,635,000.0000 | 0 | 0 |

```
BMR56                          MARGIN ACTIVITY STATEMENTS                      09/19/08        PAGE 93774
732-40125  CLIENT 012                  CURR-CODE: 000
TC LDA     RR: HB1 STONEHILL
```

| TC | Date | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 092507 | 7,000,000.0000 | MMMRSL COMMUNICATIONS PLC  DUE 05/01/2010  12.875% | 07702XAC00  5326674  SB | 0.00000H  7,000,000.0000 | 0 | 0 |
| 12 | 031808 | 17,000,000.0000 | GT GROUP TELECOM INC  SENIOR DISC EXCH NOTES  DUE 02/01/2010  13.250% | 36235YAG50  5329921  SB | 0.00000H  17,000,000.0000 | 0 | 0 |
| 12 | 092507 | 31,627,000.0000 | MMMAIRGROUP FINANCE  DUE 10/06/2010  6.625% | N56398AC20  5332712  SB | 0.00000H  31,627,000.0000 | AMORTIZED AMOUNT  29254,975.00  0 | 0 |
| 12 | 092507 | 1,250,000.0000 | MMMPASHINCO FINANCE LTD  EURO MEDIUM TERM NOTE  DUE 02/10/2003 | Q73665AA10  5334667  SB | 0.00000  1,250,000.0000 | 0 | 0 |
| 12 | 080508 | 13,105,000.0000 | MCI CMMTYS INC  SR SUB NT  DUE 03/15/2015  6.625% | 92925CAP90  5337735  SB | 40.0000H  13,105,000.0000 | 5,242,000 | 5,242,000 |
| 12 | 072208 | 4,975,000.0000 | BRODER BROS CO  SR NOTE  DUE 10/15/2010  11.250% | 112013AB30  5341743  SB | 67.5000H  4,975,000.0000 | 3,358,125 | 3,358,125 |
| 12 | 092507 | 1,320,000.0000 | MMMMULTAKERAMIK FINANCE LTD  SENIOR B VAR RT  DUE 10/31/2007 | V65509AD30  5341886  SB | 0.00000H  1,320,000.0000 | AMORTIZED AMOUNT  0 | 1294,075.46 |
| 12 | 092507 | 3,600,000.0000 | MMMEXODUS COMMUNICATIONS  SENIOR NOTES  DUE 12/15/2009  10.750% | XH53426960  5342496  SB | 0.00000H  3,600,000.0000 | AMORTIZED AMOUNT  0 | 3047,581.00 |
| 12 | 031808 | 13,650,000.0000 | MMMEXODUS COMMUNICATIONS  SENIOR NOTES  DUE 07/15/2008  11.375% | 302080AH90  5343324  SB | 0.00000  13,650,000.0000 | 0 | 0 |
| 12 | 010708 | 8,505,000.0000 | MMMTKU EUROPE FUNDING LTD  EURO ISSUE  DUE 11/30/2005  7.000% | G9143RAA00  5346617  SB | 0.00000H  8,505,000.0000 | 0 | 0 |
| 12 | 031808 | 164,013,000.0000 | EXODUS COMMUNICATIONS INC  US$ SR NT  DUE 07/15/2010  11.625% | 302080AL30  5355200  SB | 0.00000H  164,013,000.0000 | AMORTIZED AMOUNT  0 | 123370,175.12 |
| 12 | 092507 | 6,045,389.0000 | MMMMULTAKERAMIK FINANCE LTD  SENIOR A VAR RATE  DUE 10/31/2007  7.187% | V65509AA50  5355724  SB | 0.00000H  6,045,389.0000 | 0 | 0 |
| 12 | 073008 | 4,950,000.0000 | GENERAL MOTORS ACCEPTANCE CORP  GLOBAL NOTES  DUE 03/02/2011  7.250% | 3704258U60  5356646  SB | 62.78500  4,950,000.0000 | 3,107,857 | 1,398,535 |
| 12 | 031808 | 2,925,000.0000 | ESCROW GUANGDONG INTL TR &  INVT 144A  DUE 11/15/2020  6.750% | 4006SL9A10  5358558  SB | 0.00000H  2,925,000.0000 | 0 | 0 |

```
BHR56      CLIENT 012                    MARGIN ACTIVITY STATEMENTS                        09/19/08        PAGE  93775
32-40125   RR: HBL STONEHILL                      CURR-CODE: 000
C LDA             LONG/SHORT(-)
2 031806          3,300,000,000.0000
```

| C/DATE | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 2 031806 | ESCROM GUANGDONG INTL TR & INV 144A    DUE 10/24/2016    6.750% | 40065L9B90   5359457   SB | 0.00000H    3,300,000,000.0000 | 0    AMORTIZED AMOUNT | 0 |
| .2 031806 | ****ASIA GLOBAL CROSSING LTD SR NT    DUE 10/15/2010    13.375% | 045186AB70   5362572   SB | 0.00000H    42,129,000.0000 | 0    AMORTIZED AMOUNT    34640,153.59 | 0 |
| .2 031806 | NRG ENERGY INC BONDS    DUE 04/01/2031    8.625% | 629377AL60   5368394   SB | 0.00000    65,600,000.0000 | 0 | 0 |
| .2 031806 | NRG ENERGY INC NOTES    DUE 04/01/2011    7.750% | 629377AK80   5368395   SB | 0.00000H    23,850,000.0000 | 0 | 0 |
| 12 121007 | FLEMING CGS INC NTS    DUE 04/01/2008    10.125% | 339130AP10   5370856   SB | 0.00000H    1,185,000.0000 | 0    AMORTIZED AMOUNT    1109,445.69 | 0 |
| 12 032708 | CIT GROUP INC NEW SR NT    DUE 01/30/2009    2.946% | 125581AU00   5381485   SB | 91.57100    1,650,000.0000 | 1,510,921 | 453,276 |
| 12 111607 | ****TV INVESTMENT FINANCE CV REG S    DUE 12/01/2000    4.500% | 0711WAA10   5395354   SB | 0.00000N    26,310,000.0000 | 0 | 0 |
| 12 092507 | ****KIN WINTERTHUR UNDER&AGY SVC LTD EURO MEDIUM TERM NOTE    DUE 05/14/2003    5.987% | Q36895AB80   5404497   SB | 0.00000    1,740,000.0000 | 0 | 0 |
| 12 070208 | MIDWEST GENERATION LLC PASSTHRU CTF SER-A    DUE 07/02/2009    8.300% | 59832WAE90   5406872   SB | 102.73200N    2,625,000.0000 | 964,914    AMORTIZED AMOUNT    939,254.11 | 964,914 |
| 12 031808 | DAIRY MART CONVENIENCE STORES INC - ESCROW -    DUE 03/15/2004    10.250% | 2336609030   5430398   SB | 0.00000    742,000.0000 | 0 | 0 |
| 12 092507 | ****SWISSAIR CORP    DUE 04/12/2005    6.250% | HB3970BD60   5435819   SB | 0.00000H    10,000,000.0000 | 0 | 0 |
| 12 072208 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE    DUE 05/24/2006    7.250% | 29357VAD50   5442794   SB | 0.00000    1,000,000.0000 | 0 | 0 |
| 12 070908 | ****ENRON CORP EURO DEB    DUE 06/18/2004    0.970% | U29302AJ20   5445610   SB | 0.00000H    213,000,000.0000 | 0 | 0 |
| 12 071008 | ****ENRON CORP EURO DEB    DUE 06/15/2003    0.678% | U29302AC60   5446359   SB | 0.00000H    300,000,000.0000 | 0 | 0 |

```
12 070908          213,000,000.0000
12 071008          300,000,000.0000
```

```
BHR56      CLIENT 012                        MARGIN ACTIVITY STATEMENTS                          09/19/08          PAGE 93776
732-40125  RR: HB1 STONEHILL                      CURR-CODE: 000
C LDA             LONG/SHORT(-)
```

| Date | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 12 092607 | 8,975,000.0000 | **POLLY PECK INTL  7.250%  DUE 01/04/2005 | G71536AC40  5446758 SB | 0.00000H  8,975,000.0000 | 0 | 0 |
| 12 092507 | 795,000.0000 | ***SAIR GROUP  4.250%  DUE 02/02/2007 | H0597SAC80  5494492 SB | 0.00000H  795,000.0000 | 0 | 0 |
| 12 092507 | 2,265,000.0000 | ***SAIRGROUP  2.750%  DUE 07/30/2004 | H0597SAB00  5454713 SB | 2,265  0.00000H  2,265,000.0000 | 0 | 0 |
| 12 092607 | 29,165,000.0000 | ***POLLY PECK  -SF-  DUE 08/13/1992 | G71536AA70  5470166 SB | 0.00000H  29,165,000.0000 | 0 | 0 |
| 12 092607 | 15,535,000.0000 | *** POLLYPECK  6.000%  DUE 08/13/1992 | G71536AE90  5476585 SB | 0.00000H  15,535,000.0000 | 0 | 0 |
| 12 092607 | 28,240,000.0000 | *** POLLYPECK  5.625%  DUE 03/20/1994 | G71536AC30  5478587 SB | 0.00000  28,240,000.0000 | 0 | 0 |
| 12 031808 | 7,000,000.0000 | *** POLLYPECK  5.750%  DUE 04/07/1993  SECURITY MULTI ASSET | 83899AAL30  5485566 SB | 0.00000H  7,000,000.0000 | 0 | 0 |
| 12 073008 | 14,645,000.0000 | WCI COMMUNITIES INC  8.570%  DUE 01/01/2059  CTD SENIOR SUB NOTE | 9292SCAG90  5489304 SB | 39.00000H  14,645,000.0000 | 5,711,550 | 5,711,550 |
| 12 092607 | 25,242,000.0000 | *** POLLY PECK INTL FINANCE-DM  9.125%  DUE 05/01/2012  CPH | G7164NAA90  5494069 | 0.00000H  25,242,000.0000 | 0 | 0 |
| 12 121007 | 17,368,000.0000 | FLEMING COMPANIES INC  6.000%  DUE 04/20/1993  SENIOR NOTES | 339130XA40  5497868 | 0.00000H  17,368,000.0000 | 0 | 0 |
| 12 092507 | 3,850,000.0000 | ***GMAC INTL FINANCE BV  9.250%  DUE 06/15/2010  EURO MEDIUM TERM NOTE | N3592XVA50  5515750 SB | 180.05463H  3,850,000.0000 | 6,932,103 | 3,119,446 |
| 12 092507 | 7,000,000.0000 | ***F C E BANK PLC  6.250%  DUE 12/15/2008  EURO MEDIUM TERM NOTE | G33565PB00  5516264 SB | 135.88569H  7,000,000.0000 | 9,511,998 | 4,280,399 |
| 12 031808 | 6,000,000.0000 | CALPINE GENERATING CO LLC  5.955%  DUE 09/30/2009  SR SECD NT | 13135RAF50  5530871 SB | 7.62500H  6,000,000.0000 | 456,356  AMORTIZED AMOUNT | 456,356  $985,000.00 |
| 12 031808 | 3,000,000.0000 | AMES TRUE TEMPER INC  11.070%  DUE 04/01/2010  SENIOR NOTE | 03104ZAC80  5540558 SB | 75.50000H  3,000,000.0000 | 2,265,000 | 2,265,000 |
| 12 111607 | 8,756,000.0000 | SOUTHEAST BKG CORP SUB NTS REG  6.790%  DUE 01/15/2012  DUE 04/11/2001  10.500% | 84133SAD80  5551644 SB | 0.00000H  8,756,000.0000 | 0 | 0 |

BMR56
'32-40125
C LDA

CLIENT 012
RR: MBI STONEHILL

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

PAGE 93777
09/19/08

| Date / LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| 100407   315,000,000.0000 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT DUE 07/31/2002   13.000% | 029318AA00  5552686  SB | 0.00000H  315,000.0000 | 0 | 0 |
| 111607   4,876,944.0000 | SOURCE MEDIA INC SR SECD NTS DUE 11/01/2004   12.000% | 836153AC00  5563864  SB | 0.00000  4,876,944.0000 | 0 | 0 |
| 031808   14,800,000.0000 | CALPINE GENERATING CO DUE 04/01/2009 | 13135BAE60  5574272  SB | 0.00000H  14,800,000.0000 | 0 | 0 |
| 031808   3,640,000.0000 | JET EQUIPMENT TR MEZZANINE NOTE CL B 95-B DUE 02/15/2015   7.830% | 477122AV70  5574462  SB | 0.00000  3,640,000.0000 | 0   AMORTIZED AMOUNT 2932,474.74 | 0 |
| 031808   8,600,000.0000 | ESCROW CONTINENTAL AIRLINES INC DUE 11/15/2001   10.000% | 2107959160  5578456  SB | 0.00000H  8,600,000.0000 | 0 | 0 |
| 031808   33,789,621.0000 | AIRPLANES PASS THROUGH TRUST ASTBK/SERIES 1996-A D-FIXED RT DUE 03/15/2019   10.875% | 00945IAH80  5579099  SB | 0.00000H  33,789,621.0000 | 0   AMORTIZED AMOUNT 33374,008.66 | 0 |
| 092607   1,839,000.0000 | SOUTHEAST BANKING CORP CV S/D -REG | 841338AA40  5596000  SB | 0.00000  1,839,000.0000 | 0 | 0 |
| 102407   1,312,000.0000 | SOUTHEAST BANKING CORP-FRN CPN DUE 10/15/1997   4.750% | 841338AF30  5596001  SB | 0.00000H  1,312,000.0000 | 0 | 0 |
| 031808   992,000.0000 | SOUTHEAST BANKING CORP CONV SUB CAPITAL NOTE DUE 11/12/1997   5.250% | 841338AC10  5596002  SB | 0.00000H  992,000.0000 | 0 | 0 |
| 040708   3,300,000.0000 | CIT GROUP INC DUE 03/15/1999   6.500% | 125577AV80  5634664  SB | 99.33600  3,300,000.0000 | 3,278,088 | 983,426 |
| 041008   550,000.0000 | CIT GROUP FUNDING CO CDA SR NT DUE 12/19/2008   3.212% | 125568AB10  5666251  SB | 78.61300  550,000.0000 | 432,404 | 129,721 |
| 081208   11,694,343.0000 | NORTHERNSTAR NAT GAS INC SR NTS 144A DUE 07/01/2010   4.650% | 66107AA50  5713596  SB | 92.00000H  11,694,343.0000 | 10,758,795 | 3,227,638 |
| 091608   5,980,000.0000 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A DUE 05/15/2013   5.000% DUE 03/07/2049   6.5342% | 93934WAA30  5726350  SB | 12.05300H  5,980,000.0000 | 720,769 | 216,230 |
| 041008   4,815,000.0000 | WWCIT GROUP FDG CD CDA SR NT DUE 11/02/2011   5.600% | 125568AE50  5778017  SB | 66.22330H  4,815,000.0000 | 3,188,651 | 1,434,893 |

```
HMR56      CLIENT 012                    MARGIN ACTIVITY STATEMENTS                              PAGE 93776
12-40125   RR: H81 STONEHILL             OFFSHORE        CURR-CODE: 000              09/19/08
: LDA        LONG/SHORT(-)    SECURITY DESCRIPTION        CUSIP/SEC        PRICE        MARKET VALUE      MARGIN REQUIREMENT
: 060408   2,300,000.0000   COUNTRYWIDE ASSET-BCK CERTIF  12668VAF60  SB  48.30830H   2,300,000.0000     1,111,090
                            SERIES 2006-S7 CLASS A6       5801730     SB              1,111,090
                            DUE 11/25/2035   5.695%
2  090208  4,600,000.0000   CMHEQ HOME EQUITY LOAN TRUST  12668VAA70  SB  85.41443H   4,600,000.0000     1,546,558
                            MHFC/SERIES 2006-S7 A-1-VAR   5850819     SB              1,546,558   AMORTIZED 1610,652.13
                            DUE 11/25/2035   2.561%                                                AMOUNT
2  092507    500,000.0000   ***FCE BANK PLC               G3336SQ40  SB  111.25937H    500,000.0000       250,333
                            EURO MEDIUM TERM NOTE         5856171     SB                556,296   AMOUNT
                            DUE 01/16/2012   7.125%
2  050508 12,528,000.0000   UNIFI INC SR SR NT 11.5%14    9046774060  SB  90.00000H  11,275,200          11,275,200
                            DUE 05/15/2014  11.500%        5856846     SB             12,528,000.0000
2  072508  5,750,000.0000   CMHEQ HOME EQUITY LN TR        12668XAB70  SB  59.50563H   5,750,000.0000      3,421,573
                            SER 2006-S5 CLASS A2           5905694     SB              3,421,573
                            DUE 06/25/2035   5.681%
2  082508  6,647,920.0000   COUNTRYWIDE ASSET-BACKED CTFS  12668XAC90  SB  47.92761H   3,175,285          3,175,285
                            SERIES 2006-S8 CLASS A3        5943647     SB   6,647,920.0000  AMORTIZED 6625,170.75
                            DUE 04/25/2036   5.555%                                        AMOUNT
2  092607 63,800,000.0000   ***BANQUE PALLAS               F07959AG80  SB   0.00000H        0                 0
                            IN DEFAULT                     5956314     SB  63,800,000.0000
                            DUE 02/08/1996  10.125%
2  092507  4,735,000.0000   GREAT 98-A SERIES A-2 FRN-     XK59571710  SB   0.00000H        0                 0
                            DUE 12/31/2026                 5957171     SB   4,735,000.0000
2  081808  4,798,000.0000   SECURITIZED MULTIPLE ASSET     XK59572020  SB   0.00000H        0                 0
                            A2 97-5                        5957202     SB   4,798,000.0000
                            DUE 06/29/2005
2  090208  2,300,000.0000   CMHEQ HOME EQUITY LOAN TRUST   12668YAB90  SB  90.53437H   2,082,290          2,082,290
                            SERIES 2006-S10 CLASS A-2      5961848     SB   2,300,000.0000
                            DUE 10/25/2036   2.691%
2  031908  2,475,000.0000   STALLION OILFIELD SVCS LTD /   85259IAA40  SB  70.50000H   1,744,875           785,193
                            CORP SR NT 144A                5975781     SB   2,475,000.0000
                            DUE 02/01/2015   9.750%
2  092507  1,434,989.0000   ***LUKFER HOLDINGS PLC         G5690WAD00  SB   0.00000H        0                 0
                            DUE 02/06/2012  11.330%        5986867     SB   1,434,989.0000
2  092807    299,177.0000   ME ZUCKERMAN INVESTMENTS       XK9NA37650  SB   0.00000        0                 0
                                                           9NA3765     SK              299,177.0000
12 092707    175,438.6000   CHANGING WORLD TECHNOLOGIES    XK9I118860  SK   0.00000        0                 0
                            INC RESTRICTED                 9111826     SK              175,438.6000
12 091908     30,110.0000   TOA TO   A/C  0    (NM)        X99993400   SK   0.00000        0                 0
                                                           9993540
```

BMR56   CLIENT 012
'52-40125   RR: H01 STONEHILL
'C LDA   LONG/SHORT(-)
'0 062408   37,214.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000
09/19/08
PAGE 93779

| CODE | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | LONG/SHORT | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 20 062408 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 0038813070 / A013707 SB | 37,214.0000 | 4.38000 | 37,214.0000 → 162,997 | 111,642 |
| 20 070208 | ADVANTA CORP-CL A | 0079421050 / A080625 SB | 158,854.0000 | 6.74000 | 158,854.0000 → 1,070,675 | 476,562 |
| 20 091708 | ADVANTA CORP-CL B NON-VTG | 0079422040 / A189735 | 951,658.0000 | 9.52000 | 951,658.0000 → 9,059,784 | 2,717,935 |
| 20 092507 | BURLINGTON INDUSTRIES INC NEW | 1216931050 / B550969 | 0.0000 | 0.00000H | 0 | 76,750 |
| 20 091108 | CIT GROUP INC NEW | 12558J1080 / C011859 | 0.0000 | 11.16000 | 0 | 183,650 |
| 20 092208 | CONTINENTAL AIRLINES INC-CL B | 2107953080 / C562646 SB | 301,044.0000 | 18.40000 | 301,044.0000 → 5,539,209  9,335.0000 F | 1,661,762 |
| 20 091908 | DELTA AIR LINES INC DEL / CDM NEW | 2473617020 / D011768 | 591,496.0000 | 9.67000H | 201,248.0000 → 5,719,766 | 1,715,929 |
| 20 040908 | EXX INC-CL A | 2692882090 / E029150 SB | 51,850.0000 | 2.60000 | 51,850.0000 → 134,810 | 134,810 |
| 20 070708 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 44950K1080 / H010818 SB | 174,960.0000 | 2.25000H | 174,960.0000 → 393,660 | 393,660 |
| 20 082108 | MBIA INC | 5526201000 / M000545 | 0.0000 | 12.88000 | 0 | 920,000 |
| 20 063008 | NORTHWESTERN CORPORATION NEW | 6680743050 / H007456 | 0.0000 | 26.22000H | 0 | 659,210 |
| 20 092208 | NORTHWEST AIRLS CORP | 6672804080 / N009281 SB | 416,436.0000 | 11.53000 | 416,436.0000 → 4,801,507  416,436.0000 F | 1,440,452 |
| 20 081908 | MNNNORBORD INC | 6554BP1060 / N101684 | 0.0000 | 4.10115H | 0 | 67,893 |
| 20 040908 | PORTLAND GENERAL ELECTRIC CO NEW | 7365088470 / P019060 SB | 1,147.0000 | 25.00000H | 1,147.0000 → 28,675 | 8,602 |
| 20 081208 | RAIT FINANCIAL TRUST | 7492271040 / R003504 | 0.0000 | 7.35000 | 0 | 273,000 |
| 20 092208 | US AIRWAYS GROUP INC | 90341W1080 / U003620 | 608,890.0000 | 7.91000 | 608,890.0000 → 4,816,319  608,890.0000 F | 1,444,895 |
| 20 090208 | WELLS FARGO & CO | 9497461010 / W001549 | 0.0000 | 39.60000 | 0  106,720.0000 F | 1,152,210 |
| 20 091508 | WACHOVIA CORPORATION COM | 9299051020 / W002990 | 0.0000 | 18.75000 | 0 | 388,125 |

```
BMR56   CLIENT 012                         MARGIN ACTIVITY STATEMENTS                      09/19/08        PAGE 93780
'32-40125   RR: HØ1 STONEHILL   OFFSHORE                        CURR-CODE: 000
'C LDA          LONG/SHORT(-)      SECURITY DESCRIPTION        CUSIP/SEC        PRICE       MARKET VALUE   MARGIN REQUIREMENT
'O 091108           0.0000         WASHINGTON MUTUAL INC       W020516        4.25000            0            1,852,473
```

| C LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 10 060208 | 225,562.0000 | MWAZARLINX SEMICONDUCTOR INC | 9891391000 | 0.49000 | 110,525 | 110,525 |
| | | | Y001713      SB | 225,562.0000 | | |
| 10 061708 | 2,300,000.0000 | UAL CORP | 902549AE40 | 55.87500 | 1,285,125 | 385,537 |
| | | ORD SETTLEMENT BD      5.000% | 5725709      SB | 2,300,000.0000 | | |
| | | DUE 02/01/2021 | | | | |
| 20 082208 | 0.0000 | UNITED STATES TREASURY BOND | 912810PW20 | 100.03100 | 0 | 2,300,713 |
| | | 4.375% | 7001110 | | | |
| | | DUE 02/15/2038 | | | | |
| 20 072508 | 0.0000 | UNITED STATES TREASURY NOTE | 912828HZ60 | 100.93000 | 0 | 464,278 |
| | | 3.875% | 7001113 | | | |
| | | DUE 05/15/2018 | | | | |
| 20 081508 | 0.0000 | UNITED STATES TREASURY NOTE | 912828CA60 | 104.75049H | 0 | 1,571,257 |
| | | 4.000% | 7004940 | | | |
| | | DUE 02/15/2014 | | | | |
| 53 092507 | 30,700.0000- | BURLINGTON INDUSTRIES INC NEW | 1216931050 | 0.00000H | 0 | 0 *** |
| | | | B65096 | | | |
| 53 091108 | 36,770.0000- | CIT GROUP INC NEW | 125581108Ø | 11.16000 | 410,353- | 0 |
| | | | CØ11859 | | | |
| 53 082108 | 184,000.0000- | MBIA INC | 55262C1000 | 12.88000 | 2,369,920- | 0 |
| | | | M000545 | | | |
| 53 063008 | 83,805.0000- | NORTHWESTERN CORPORATION | 6680743050 | 26.22000H | 2,197,367- | 0 |
| | | NEW | N007436 | | | |
| 53 081908 | 16,236.0000- | MENNGRBORD INC | 65568P1060 | 4.18115H | 67,893- | 0 |
| | | | N101664 | | | |
| 53 081208 | 54,600.0000- | RAIT FINANCIAL TRUST | 749227T040 | 7.35000 | 401,310- | 0 |
| | | | R005584 | | | |
| 53 090208 | 96,500.0000- | WELLS FARGO & CO | 9497461010 | 39.80000 | 3,840,700- | 0 |
| | | | W001549 | | | |
| 53 091508 | 69,000.0000- | WACHOVIA CORPORATION | 9299031020 | 18.75000 | 1,293,750- | 0 |
| | | COM | W002990 | | | |
| 53 091108 | 435,876.0000- | WASHINGTON MUTUAL INC | 9393221050 | 4.25000 | 1,852,473- | 0 |
| | | | W020516 | | | |
| 53 082108 | 23,000,000.0000- | UNITED STATES TREASURY BOND | 912810PW20 | 100.03100 | 23,007,130- | 0 |
| | | 4.375% | 7001110 | | | |
| | | DUE 02/15/2038 | | | | |
| 53 072508 | 4,600,000.0000- | UNITED STATES TREASURY NOTE | 912828HZ60 | 100.93000 | 4,642,780- | 0 |
| | | 3.875% | 7001113 | | | |
| | | DUE 05/15/2018 | | | | |
| 53 081508 | 15,000,000.0000- | UNITED STATES TREASURY NOTE | 912828CA60 | 104.75049H | 15,712,574- | 0 |
| | | 4.000% | 7004940 | | | |
| | | DUE 02/15/2014 | | | | |

```
- - T O T A L S - -      OLD SMA                                     SMA       9,068,744-  SMA CHANGE         31,807
TOT MV  243,985,832      LIQ EQT      9,036,937-                HOUSE EXCESS  78,671,598   NEW HSE CALL            0
EQUITY  299,915,558      BUYING P    18,137,469   100 EQY %     OTHER EXCESS  231,882,728  NYSE OPT REQ           0
CSH AV    9,068,744
```

```
BMR56      CLIENT 012                              MARGIN ACTIVITY STATEMENTS         09/19/08              PAGE  93781
732-40125  RR: H81 STONEHILL OFFSHORE              CURR-CODE: 002 C#
TC            - - BALANCES - -
             OPEN T/D BAL       CLOSE T/D BAL      OPEN S/D BAL        CLOSE S/D BAL      MARKET VALUE        DLA
12               00.00              00.00              00.00              00.00           13,213,686        09/18/08
FOREIGN CURRENCY C# RATE        .9352472 T/D BAL      00.00                00.00
20             1,949,777.11       2,030,438.55     1,949,777.11       2,030,438.55          366,153       09/19/08
FOREIGN CURRENCY C# RATE        .9352472 T/D BAL   1,936,073.34
53             2,739,012.83-      2,819,674.27-    2,739,012.83-      2,819,674.27-       2,834,051-      09/19/08
FOREIGN CURRENCY C# RATE        .9352472 T/D BAL   2,688,629.11-
T                789,235.72-        789,235.72-      789,235.72-        789,235.72-       10,745,787

TC   S/DTE    - - ACTIVITY - -                       DESCRIPTION                                           DEBIT/CREDIT(-)
20   09/19      LONG/SHORT(-)                         MARK TO MARKET                                          80,661.44
53   09/19                                            MARK TO MARKET SHORT POS                                80,661.44-

TC   LDA      - - POSITIONS - -    SECURITY DESCRIPTION         CUSIP/SEC       PRICE/ENT  T/D  TRD #        MARGIN REQUIREMENT
12   091708      LONG/SHORT(-)                                                   MKT MS    09/19
                 2,460,526.0000    MMMZARLINK SEMICONDUCTOR INC  9891391000      MKT MS    09/19
                                                                 V001713     SB  0.51388                       1,264,422
                                                                                   CUSIP/SEC      PRICE       MARKET VALUE
12   041408   13,535,000.0000      MMMGENERAL MOTORS ACCEPTANCE  9891391000          0.51388          1,264,422
                                   CORP OF CANADA LTD            V001713     SB  2,460,526.0000      5,377,168
                                   DUE 05/22/2009   4.721%       370472BM00  SB 86.286180N       11,949,264
20   082908         0.0000         MMMCANADIAN IMPERIAL BANK OF  5B0GFL9      SB 13,535,000.0000
                                   COMMERCE                      1360691010      62.50493          0              166,513
20   082808         0.0000         MMMNORDBORD INC               C146504
                                                                 6540P1060       4.38494H          0            2,279,008
20   082808       712,524.0000     MMMZARLINK SEMICONDUCTOR INC  M101604
                                                                 9891391000      0.51388        366,153          366,153
53   082908     8,880.0000-        MMMCANADIAN IMPERIAL BANK OF  V001713
                                   COMMERCE                      1360691010      62.50493        555,043-
53   082808       519,735.0000-    MMMNORDBORD INC               C146504
                                                                 6540P1060       4.38494N      2,279,008-          0
                                                                 M101604

             - - T O T A L S - -
TOT MV       10,745,787    OLD FED CALL     3,500,992     FED CALL                  3,500,992    NEW FED CALL          0
EQUITY       11,535,023    LIQ EQT         11,535,023 EQY %    0 HOUSE EXCESS       2,061,757    NEW HSE CALL          0
CSH AV               0     BUYING P                                OTHER EXCESS     6,017,590    NYSE OPT REQ          0
```

```
BMB56   CLIENT 012
732-40125      RR: HBL STONEHILL OFFSHORE                    MARGIN ACTIVITY STATEMENTS              09/19/08           PAGE  93782
                                                                CURR-CODE: 003 BP
         - - -BALANCES - - -
         OPEN T/D BAL                         CLOSE T/D BAL        OPEN S/D BAL                CLOSE S/D BAL          MARKET VALUE          DLA
TC
12             00.00                              00.00               00.00                       00.00                 928,090          09/18/08
FOREIGN CURRENCY BP RATE   1.85010002 T/D BAL
20             73,420.47-                    73,420.47-
FOREIGN CURRENCY BP RATE   1.85010002 T/D BAL       73,420.47-      73,420.47-                    73,420.47-              00            09/18/08
T              73,420.47-                                         134,366.80-
         - - - -ACTIVITY - - - - - -                73,420.47-      73,420.47-                    73,420.47-            928,090
      NO ACTIVITY FOR THIS ACCOUNT
         - - - -POSITIONS- - - - - -
         - - - -POSITIONS- - - - - -
TC  LDA  LONG/SHORT(-)     SECURITY DESCRIPTION          CUSIP/SEC       PRICE        MARKET VALUE          MARGIN REQUIREMENT
12  040108  985,000.0000   MMCIT GROUP INC               U12605AB40   94.22243H      928,090                    417,640
                           EURO MEDIUM TERM NOTE         5214345    SB
                           DUE 12/16/2008   5.500%
                           MMLUXFER HOLDINGS PLC
12  070108  746,204.0000   DUE 02/06/2012   11.350%      GS698VAD00   0.00000H            0                        0
                                                         5986867    SB  744,204.0000

         - -T O T A L S - -       75,420-        SMA                                  73,420-  SMA CHANGE
TOT MV             928,090    OLD SMA                                                583,870  NEW HSE CALL                    0
EQUITY       1,001,510    LIQ EQT      1,001,510  EQY %   100  HOUSE EXCESS          908,702  NYSE OPT REQ                     0
CSH AV          71,420    BUYING P       146,840                  OTHER EXCESS                                               0
```

```
BMR56    CLIENT 012                          MARGIN ACTIVITY STATEMENTS              09/19/08           PAGE  93783
32-40125    RR: H01 STONEHILL OFFSHORE                CURR-CODE: 016 JY
- - - - - - - -BALANCES- - - - - -
        OPEN T/D BAL          CLOSE T/D BAL        OPEN S/D BAL       CLOSE S/D BAL    MARKET VALUE         DLA
           01.60-              01.60-               01.00-              01.00-             00            05/13/08
FOREIGN CURRENCY JY RATE    .00935201 T/D BAL                          00.00
NO ACTIVITY FOR THIS ACCOUNT
- - - - - -POSITIONS- - - - - -  SECURITY DESCRIPTION         CUSIP/SEC          PRICE          MARKET VALUE    MARGIN REQUIREMENT
        LONG/SHORT(-)                                                                                                   0
C.  LDA   920,000,000.0000   **ENRON CORP               U29302AN60          0.00000M                 0
.2  050906                   **ENRON CORP               5446209    SB     920,000,000.0000
                  0.770%     DUE 06/18/2003            U29302AG80  SB       0.00000M                 0
.2  D5I308   460,000,000.0000 **ENRON CORP              5446359    SB     460,000,000.0000
                  0.678%     DUE 06/15/2003

- - - -T O T A L S- - - -            0    SMA            0   SMA CHANGE
     0   OLD SMA                   0 HOUSE EXCESS        0   NEW HSE CALL               0   0
OT HV                              0 OTHER EXCESS        0   NYSE OPT REQ                   0
QUITY    1 LIQ EQT   1 EQY %
SH AU    0 BUYING P
```

```
BMR56    CLIENT 012
732-40125   RR: NBl STONEHILL OFFSHORE          MARGIN ACTIVITY STATEMENTS        09/19/08           PAGE  93784
- - - - BALANCES - - - -                         CURR-CODE: 246 EM

TC      OPEN T/D BAL        CLOSE T/D BAL       OPEN S/D BAL        CLOSE S/D BAL                    MARKET VALUE        DLA
12          00.00               00.00              00.00               00.00                          1,693,504
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL    196,050.45                                                          09/18/08
12        196,050.45                                                 100,862.09                          00    B1   09/19/08
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL    145,110.42
53      1,940,464.85-                           1,940,464.85-
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL   1,845,266.49-                     1,845,266.49-       1,958,946-     09/19/08
T       1,744,404.40-                           2,654,787.35-
                                                1,744,404.40-        1,744,404.40-     65,442-

TC  S/DTE                  DESCRIPTION                                                                DEBIT/CREDIT(-)
20  09/19     - -ACTIVITY - - - -   MARK TO MARKET           MKT MS                                   95,188.36-
53  09/19         LONG/SHORT(-)     MARK TO MARKET SHORT POS  MKT MS                                  95,188.36

TC  LOA     - -POSITIONS - -        SECURITY DESCRIPTION        CUSIP/SEC       PRICE/ENT  T/D  TRD #
            LONG/SHORT(-)                                       MKT MS   09/19        MARKET VALUE
12  090208   250,000.0000           MMMFE BANK PLC             CUSIP/SEC        PRICE       09/19            MARGIN REQUIREMENT
                                    EURO MEDIUM TERM NOTE     G33365SS00    74.803B6H   250,000.0000              84,154
                                    DUE 01/15/2013   7.125%   5BBDQY5    SB               187,009

12  071608   920,000.0000           MMMCMAC BANK GMBH         N3592XB660    78.94734H   920,000.0000
                                    EURO MEDIUM TERM NOTE     5BBPUH5    SB               726,315              326,842
                                    DUE 05/22/2010   5.750%

12  041608  1,150,000.0000          MMMCTR GROUP INC          U12605A000    85.23296H  1,150,000.0000
                                    EURO MEDIUM TERM NOTE     5341424    SB               980,179              441,080
                                    DUE 05/13/2009   5.415%

20  080808       0.0000             MMMATDS                   F061161010    32.37989H          0
                                    FRF5                      A006971                                          216,135
20  080808       0.0000             MMMVALED-ORD              F962211260    25.17263H          0
                                    FF 20 PAR                 V148913                                          371,548
53  080808  22,250.0000-            MMMATDS                   F061161010    32.37989H      720,452-
                                    FRF5                      A006971
53  080808  49,200.0000-            MMMVALED-ORD              F962211260    25.17263N    1,258,493-
                                    FF 20 PAR                 V148913

- - - T O T A L S - - -
TOT MV      65,442-   OLD FED CALL   1,030,497         FED CALL         0  NEW FED CALL      1,030,497
EQUITY   1,678,961    LIQ EQT      1,678,961  EQY %    HOUSE EXCESS        NEW HSE CALL        239,201
CSH AV           0   BUYING P              0           OTHER EXCESS        NYSE DPT REQ        810,595
```

| Symbol | CCY | Qty | Price | Value | Fx | Value USD |
|---|---|---|---|---|---|---|
| CIT | USD | (36,770) | 11.16 | (410,353.20) | 1 | (410,353.20) |
| MBI | USD | (184,000) | 12.88 | (2,369,920.00) | 1 | (2,369,920.00) |
| NEW | USD | (83,805) | 26.22 | (2,197,367.10) | 1 | (2,197,367.10) |
| NBDFF | USD | (16,238) | 4.18115 | (67,893.51) | 1 | (67,893.51) |
| RAS | USD | (54,600) | 7.35 | (401,310.00) | 1 | (401,310.00) |
| WFC | USD | (96,500) | 39.8 | (3,840,700.00) | 1 | (3,840,700.00) |
| WB | USD | (69,000) | 18.75 | (1,293,750.00) | 1 | (1,293,750.00) |
| WM | USD | (435,876) | 4.25 | (1,852,473.00) | 1 | (1,852,473.00) |
| 912810PW2 | USD | (23,000,000) | 100.031 | (23,007,130.00) | 1 | (23,007,130.00) |
| 912828HZ6 | USD | (4,600,000) | 100.93 | (4,642,780.00) | 1 | (4,642,780.00) |
| 912828CA6 | USD | (15,000,000) | 104.75049 | (15,712,573.50) | 1 | (15,712,573.50) |
| Type 5 | USD | 56,231,081.00 | 1 | 56,231,081.00 | 1 | 56,231,081.00 |
| Net USD | | | | | | 434,830.69 |
| | | | | | | |
| Valeo | EUR | (22,250) | 32.37989 | (720,452.55) | 1.43870132 | (1,036,516.04) |
| Atos | EUR | (49,200) | 25.17263 | (1,238,493.40) | 1.43870132 | (1,781,822.08) |
| Type 5 | EUR | 1,845,266.49 | 1 | 1,845,266.49 | 1.43870132 | 2,654,787.33 |
| Net EUR | | | | | | (163,550.79) |
| | | | | | | |
| CM | CAD | (8,880) | 62.50493 | (555,043.78) | 0.95352472 | (529,247.96) |
| NBDFF | CAD | (519,735) | 4.38494 | (2,279,006.79) | 0.95352472 | (2,173,089.31) |
| Type 5 | CAD | 2,819,674.27 | 1 | 2,819,674.27 | 0.95352472 | 2,688,629.12 |
| Net CAD | | | | | | (13,708.15) |
| | | | | | | |
| Total USD Due Stonehill | | | | | | 257,571.75 |

EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Fund | LEHM A/C # | Month Expired | Internal ID | LEHM ID | CCY | Amount (tb) | Notes | Record date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | September-08 | GBP | GBP | GBP | 278.34 | INTEREST | 9/21/2008 | INTEREST ON CREDIT BALANCE FROM 08/21 THRU 09/21 @ 4.658% BAL 73,420 ABAL 64,463 INTEREST PAID FOR 31 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 12.74 | INTEREST | 9/2/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.50% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 123.74 | INTEREST | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.50% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 113.82 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/15 @ 1.562% BAL 435,447 ABAL 415,171 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 654.81 | INTEREST | 9/15/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 3.000% BAL 781,123 ABAL 741,123 |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 97.01 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 09/11 THRU 09/11 @ 1.562% BAL 821,164 ABAL 319,618 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 47,031.52 | INTEREST | 9/22/2008 | INTEREST ON CREDIT BALANCE TY 5 CR INT 8/21 - 9/21/08 LB TRN ID-DSTAT/OUT |
| Stonehill Offshore Partners | 732-40125 | September-08 | NBDFF | NBDFF | USD | -488.52 | INTEREST | 9/22/2008 | |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | 2641441 | USD | -518.28 | INTEREST | 9/22/2008 | |
| Stonehill Offshore Partners | 732-40125 | September-08 | USD | USD | USD | 9.91 | DIVIDEND | 9/22/2008 | NORBOND INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | B01TKJ2 | B01TKJ2 | USD | -51,721.39 | INTEREST | 9/22/2008 | *** LEHMAN BROTHERS US DOLLAR LIQUIDITY FUND INSTL DIST CLASS |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKLB4 | B242JQ7 | USD | 112,629.36 | DIVIDEND | 9/4/2008 | MAC CAPITAL LTD BND |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5H3663 | 12668AAC3 | USD | 71,336.52 | INTEREST | 9/24/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPC SERIES 2006-S3 A-2-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943647 | 12668AAC3 | USD | 19,190.05 | PAYDOWN | 9/24/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPC SERIES 2006-S3 A-2-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | 12668AAC3 | USD | 35,929.96 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SER1 SERIES 2006-2N CLASS A3 5.6800% |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | 12668XAC9 | USD | 30,669.05 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SG CLASS A3 5.5500% |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | 126483AB7 | USD | 21,921.59 | INTEREST | 8/29/2008 | COUNTRYWIDE HOME EQUITY MTGPC SERIES 2006-S7 CLASS A6 5.6900% |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5119024 | 126685DX1 | USD | 10,081.72 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LN TR SERIES 2006-HE1 CLASS A1 3.4810% |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5459819 | 126685DX1 | USD | 63,270.47 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2004-HE1 A3-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5459819 | 12668YAA7 | USD | 3,991.92 | PAYDOWN | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPC SERIES 2006-S7 A-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 12668YAB9 | USD | 5,331.42 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPC SERIES 2006-S7 A-1-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5139449 | 380117LA8 | USD | 32,759.45 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2004-HE3 A4-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5939449 | 380117AK6 | USD | 2,781.56 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2004-HE3 A3-VAR |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQ1726 | 36186LAC7 | USD | 14,368.24 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A4 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQ1726 | 36186LAC7 | USD | 99,538.39 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A1 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQ1726 | 36186LAC7 | USD | 97,270.01 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A1 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5723941 | 36186LAC7 | USD | 17,965.18 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A4 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKVN8 | 36186LAC7 | USD | 30,523.97 | INTEREST | 8/31/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5966311 | 36186LAD5 | USD | 8,154.13 | INTEREST | 9/24/2008 | RESIDENTIAL FDO MTG SEC II SERIES 2005-HS2 CLASS A-1-3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5PP12 | X3509231AH1 | USD | 3,163.84 | INTEREST | 9/24/2008 | STANDARD CHARTERED PLC EUR MTN |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5666251 | NWRC | USD | 8,290.66 | INTEREST | 9/9/2008 | F C E BANK PLC EURO MEDIUM TERM NOTES SER B 2.700% |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5666251 | 125568AB1 | USD | 30,560.00 | INTEREST | 10/1/2008 | WOLVERINE TUBE INC SENIOR NOTES SER B 10.5000% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5B1J257 | 70575TAA8 | USD | 50,715.00 | INTEREST | 9/9/2008 | PEGASUS AVIATION LEASE SECURITIZATION IIA STPA1/SERIES A 8.000% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5142821 | 74437CAB7 | USD | 89,340.00 | FULL CALL | 10/9/2008 | PSINET INC SENIOR NOTES SER B IN DEFAULT 11.00000% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5373979 | 74437CAG6 | USD | 138,304.69 | FULL CALL | 10/9/2008 | PSINET INC SR NTS IN DEFAULT 11.00000% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5208980 | 74437CAB5 | USD | 80,089.33 | FULL CALL | 10/9/2008 | PSINET INC SR NTS IN DEFAULT 11.00000% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5155386 | U29302AG8 | USD | 77,395.96 | DISTRIBUTION | 10/14/2008 | PSINET INCORPORATED SR NTE IN DEFAULT 11.00000% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446109 | U29302AG8 | USD | 121,414.66 | DISTRIBUTION | 10/14/2008 | ENRON CORP 0.7000% 12/31/2049 U29302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5540538 | 5280653 | USD | 52,061.50 | INTEREST | 10/14/2008 | ENRON CORP FDG CO CDA SR NT 6.6000% 11/02/2011 26561AB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5811768 | 12350AB3 | USD | 279,843.75 | INTEREST | 10/1/2008 | BXODER BROS CO SR NOTE 11.3500% 04/15/2010 112013AB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5778017 | 12568AB1 | USD | 196.72 | INTEREST | 9/27/2008 | CIT GROUP FDG CO CDA SR NT 4.6500% 7/02/2011 12556AB1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446510 | U29302AJ2 | POR | 28,132.49 | DISTRIBUTION | 10/14/2008 | ENRON CORP EURO DBB 6.9700% 1/21/2049 U29302AJ2 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5540459 | 40065LB99 | POR | 157,484.00 | INTEREST | 10/22/2008 | PORTLAND FUNDING II ELECTRIC CO NEW |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943647 | 12668XAC9 | USD | 30,504.09 | INTEREST | 9/9/2008 | COUNTRYWIDE GUANGDONG INTL TR & INV 144A 9.700% 11/23/2010 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5901190 | 12668XAC9 | USD | 10,911.58 | INTEREST | 9/9/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SG CLASS A3 5.5500% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5905694 | 126483AB7 | USD | 21,221.46 | INTEREST | 9/9/2008 | COUNTRYWIDE HOME EQUITY MTGPC SERIES 2006-S7 CLASS A6 5.6900% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119024 | 126685DX1 | USD | 10,081.72 | INTEREST | 9/9/2008 | CWHEQ HOME EQUITY LN TR SERIES 2006-HE1 CLASS A1 3.4810% |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5459819 | 126685DX1 | USD | 44,781.00 | INTEREST | 9/9/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPC SERIES 2006-S3 A-2-VAR |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5139449 | 380117LA8 | USD | 32,759.45 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2004-HE3 A4-VAR |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5939449 | 380117AK6 | USD | 97,270.01 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQ1726 | 36186LAC7 | USD | 17,778.18 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A4 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQ1Y6 | 36186LAC7 | USD | 97,270.01 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQ1Y6 | 36186LAG8 | USD | 1,765.88 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2006-HE1 A-VAR |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5723941 | 36186LAD5 | USD | 17,112.00 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2006-HE3 A-VAR |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5H4357 | 36186LAD5 | USD | 8,751.90 | INTEREST | 9/9/2008 | GMACM HOME EQUITY LOAN TRUST MTGPC SERIES 2006-HE3 A-VAR |

EXIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Name | Acct | Month | Code | CUSIP | Amount | Ccy | Security | Type | Date |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | October-08 | 18BCLLCO | 69337YAE4 | 291,847.10 | USD | PIHH MORTGAGE TRUST SER 2007-5L1 CLASS TAGS 144A 6.60000% 12/25/2027 69337YAE4 | PAYDOWN | 9/30/2008 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 18BCLLCO | 69337YAE4 | 76,394.31 | USD | PIHH MORTGAGE TRUST SER 2007-5L1 CLASS TAGS 144A 6.60000% 12/25/2027 69337YAE4 | INTEREST | 9/30/2008 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5106641 | 7611OVTD0 | 12,924.41 | USD | RESIDENTIAL DDC MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 3.19000% 02/25/2036 7611OVTD0 | INTEREST | 9/30/2008 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 59BDND06 | 552635AAN1 | 107,739.58 | USD | MAC CAPITAL LTD SER 2001-1 CL B-3L 144A/CT R/MD 7.045 07/24/2033 | INTEREST | 10/27/2008 |
| Stonehill Offshore Partners | 732-40125 | October-08 | DAL | DAL | 6.63 | USD | DELTA AIR LINES INC DEL COM NEW | CASH IN LIEU | 10/31/2008 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943662 | 12669AAC3 | 19,194.77 | USD | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.61800% 05/25/2034 12669AAC3 | INTEREST | 9/30/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5986867 | X50282001810 | 125,142.40 | GBP | LUXFER HOLDINGS PLC 11.81100% 02/06/2013 G5669WAD0 | INTEREST | 10/31/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5443794 | 29357YAD5 | 32,386.31 | GBP | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.33000% 05/24/2006 29357YAD5 | INTEREST | 11/6/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5443794 | 29357YAD5 | 1,621.10 | GBP | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.33000% 05/24/2006 29357YAD5 | DISTRIBUTION | 11/6/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5314424 | U12669A300 | 15,913.70 | EUR | CIT GROUP INC EURO MEDIUM TERM NOTE 5.30500% 51/1/2009 U12669A300 | INTEREST | 11/14/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5446109 | U29301A3N6 | 10,194.14 | USD | ENRON CORP 0.77000% 12/31/2049 U29301A3N6 | REDEMPTION | 10/24/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5277207 | X50108239771 | 45,374.94 | USD | PSINET INC EURO SERIES 10.50000% 12/01/2006 | PAYDOWN | 10/9/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 6936VAQ9 | 6936VAQ9 | 3,540.90 | USD | PSINET INC SER EUR SR NOTE "IN DEFAULT" 11.00000% 08/01/2009 6936VAQ9 | PAYDOWN | 10/9/2008 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5BBGFL9 | CA3764782BM01 | 164,576.11 | CAD | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.73 6/30/2012 709472BM0 | INTEREST | 11/21/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5239929 | 76111BAF6 | 490,649.38 | USD | RESIDENTIAL CAP CORP NT 6.375% TO 8.375% 06/30/2010 76111BAF6 | INTEREST | 12/29/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5239929 | 76111BAF6 | 955,118.64 | USD | RESIDENTIAL CAP CORP NT 6.375% TO 8.375% 06/30/2010 76111BAF6 | TENDER PAYMENT | 12/11/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5BDHSQ5 | 8431AJM0 | 731,256.44 | USD | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 4.25 12/15/2008 | DISTRIBUTION | 12/12/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5314345 | U12669A3B4 | 27,087.50 | GBP | CIT GROUP INC EURO MEDIUM TERM NOTE R/MD 5.50 12/15/2008 | INTEREST | 12/12/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5515750 | X50202220264 | 240,625.00 | GBP | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 6.25 12/15/2008 | INTEREST | 12/12/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5314345 | U12669A3B4 | 983,000.00 | GBP | CIT GROUP INC EURO MEDIUM TERM NOTE R/MD 5.50 12/15/2008 | MATURITY | 12/15/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5515750 | X50202220264 | 3,850,000.00 | GBP | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 6.25 12/15/2008 | DISTRIBUTION | 12/15/2008 |
| Stonehill Offshore Partners | 732-40135 | December-08 | 59BC3LJ0 | X50294773936 | 178,006.78 | USD | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE 4.835% 02/20/2020 GB49CAX00 | DISTRIBUTION | 12/22/2008 |
| Stonehill Offshore Partners | 732-40125 | January-09 | 5BDHSQ5 | 8431AJM0 | 39,814.50 | USD | VICTORIA STANFIELD FIN LTD MEDIUM TERM MTS 144A CT 0% 10/22/2008 8431AJM0 | DISTRIBUTION | 1/6/2009 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5338151 | 40065J7A1 | 113,174.45 | USD | ESCROW GUANGDONG INTL TR & INVT 144A-IN DEFAULT 6.35% 11/15/2009 40065J7A1 | DISTRIBUTION | 10/22/2008 |

| Running Total | | | | | | |
|---|---|---|---|---|---|---|
| USD | 6,173,078.91 |
| GBP | 5,262,140.69 |
| EUR | 132,442.03 |
| CAD | 164,576.11 |

**SO EXHIBIT E**
## STONEHILL OFFSHORE PARTNERS LTD
**WIRES ON PRIVATE INSTRUMENTS THAT WERE MISDIRECTED TO LBI**

| ACCOUNT | CURRENCY | AMOUNT | DATE | DESCRIPTION |
|---|---|---|---|---|
| 732-40125 | EUR | 262.34 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | GBP | 25,011.80 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | USD | 34,283.33 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 378,776.44 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 14,188.01 | 12/31/2008 | Entegra 2nd Lien wire from Lehman CP |

|  |  |  | CURRENT EXCH RATE |  |
|---|---|---|---|---|
| TOTAL | EUR | 262.34 | 1.35 | 353.37 |
| TOTAL | GBP | 25,011.80 | 1.52 | 37,917.89 |
| TOTAL | USD | 427,247.78 | 1.00 | 427,247.78 |
| TOTAL | AS CONVERTED |  |  | 465,519.04 a) |

a) Note: Currencies are converted to USD only for the purpose of tallying a rough dollar amount due.
Stonehill is not aware of the LBI estate's policies regarding converting foreign wires, the date used for
conversion, or whether foreign wires will be delivered in original currency.

page 1 of 1

SO Exhibit F   page 1 of 2

```
BM656    CLIENT 012
732-41222    RR: H51 STONEHILL OFFSHORE P          MARGIN ACTIVITY STATEMENTS
                                                   CURR-CODE: 000          09/19/08          PAGE  93829
        - - - - -BALANCES- - - - -
       OPEN T/D BAL       CLOSE T/D BAL       OPEN S/D BAL       CLOSE S/D BAL                    DLA
TC       00.00               00.00              00.00              00.00                        09/18/08
12
                                                                                  MARKET VALUE
                                                                                   5,500,000
        - - - -ACTIVITY- - - -
NO ACTIVITY FOR THIS ACCOUNT

        - - - - -POSITIONS- - - - -
TC    LDA        LONG/SHORT(-)    SECURITY DESCRIPTION        CUSIP/SEC      PRICE      MARKET VALUE      MARGIN REQUIREMENT
12    091808     5,500,000.0000   86MLEHMAN BROTHERS US DOLLAR  054081260    1.0000H     5,500,000            5,500,000
                                  LIQUIDITY FUND INSTL DIST CL  A000351

        - - - -T O T A L S- - - -
TOT MV    5,500,000   OLD SMA    0    SMA  0                       0  SMA CHANGE
EQUITY    5,500,000   LIQ EQT    0                                0  NEW HSE CALL
CSH AV            0   BUYING P   5,500,000  EQY %   0  HOUSE EXCESS 0  NYSE OPT REQ
                                           0          OTHER EXCESS
```

SO Exhibit F page 2 of 2

# LEHMAN BROTHERS

**For the period 08/30/2008 to 09/30/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

Base Currency : USD
Account Number : 732-40125 H81

## Monthly Activity

(Continued)

| MOVEMENTS OF FUNDS | Settlement Date | Transaction | Description | Amount |
|---|---|---|---|---|
| | 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/12/08 SD | ( 189,000,000.00 ) |
| | 09/18/2008 | | INWIRE RF#0311699 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | 204,909.09 |
| | 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/16/08 SD | ( 5,000,000.00 ) |
| | 09/16/2008 | | TFR TO ACCT 732-41222-2 | ( 2,018,932.38 ) |
| | 09/17/2008 | | TFR TO ACCT 732-41222-1 | ( 5,500,000.00 ) |
| | 09/17/2008 | | REF # 9N44323 | 919,994.61 |
| | 09/18/2008 | | INWIRE RF#0352200 0008 INES(02) NORTHWEST AIRL INES 6 CITIUS33 | 26,290.98 |
| | 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 3,585,571.55 |
| | 09/19/2008 | | INWIRE RF#0919BB7HU2R008975 026008593 PART NERS LTD FFC A C 732 401 WCI COMMUNITIES, INC | 31,607.57 |

**TOTAL NET MOVEMENTS OF FUNDS / USD**    ( 172,269,540.62 )

**GBP**

| | 09/08/2008 | | FRM STK TO CMDY | ( 103,624.20 ) |
|---|---|---|---|---|
| | 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 25,038.00 |

**TOTAL NET MOVEMENTS OF FUNDS / GBP**    ( 78,586.20 )

**EUR**

SO Exhibit G
page 1 of 1

# LEHMAN BROTHERS

**For the period 08/01/2008 to 08/29/2008**

**STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES**

Base Currency : USD
Account Number : 732-40125 H81

## Monthly Activity (II)

**PURCHASES & SALES**
(Continued)

| Settlement Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/12/2008 | BOUGHT | 14,950 | ACACIA RESEARCH - ACACIA TECHNOLOGIES<br>UNSOLICITED<br>TMS08707708701761601TMS<br>PLUS  448.50 COMM<br>CHARGED BY LEHM | 4.1589 | ( 62,824.08 ) |
| 08/12/2008 | SOLD | 240,534 | ***BARRATT DEVELOPMENTS PLC<br>AVERAGE PRICE<br>UNSOLICITED<br>TMS-REF2008081101380535<br>TMS0871170870138053STMS<br>288,029.93 GBP TOTAL<br>AS OF 0807/08 | 2.3308 | 580,074.19 |
| 08/12/2008 | BOUGHT | 2,000,000 | ***MAC FUNDING LTD<br>PRIN PROTECTED SECS ACCREDITED<br>INVS<br>UNSOLICITED<br>TMS0871170870044482TMS<br>PLUS  0.00 COMM<br>CHARGED BY CHSE | .3275 | ( 655,000.00 ) * |
| 08/12/2008 | SOLD | 6,300 | PGT INC<br>UNSOLICITED<br>TMS0870770870182504TMS<br>LESS  282.00 COMM  0.19 FEE<br>CHARGED BY MOUN | 5.1960 | 32,482.61 |
| 08/12/2008 | SOLD | 27,500 | ROSETTA RESOURCES INC<br>UNSOLICITED<br>TMS0870770870182500TMS<br>LESS  825.00 COMM  3.50 FEE<br>CHARGED BY GSCO | 22.7217 | 624,018.25 |
| 08/12/2008 | BOUGHT | 8,385 | ***ZARLINK SEMICONDUCTOR INC<br>UNSOLICITED | .7168 | ( 6,260.99 ) |

# LEHMAN BROTHERS INC

## TRADE CONFIRMATION

**To:**   Stonehill Institutional Partners, L.P.
Contact: Steve Nelson
Tel No.: 212-739-7470
Fax No.: 212-838-2291
Email:   snelson@stonehillcap.com


**From:**  Lehman Brothers Inc.
Contact:   Denise Rosselli          Trade Confirmations: Jessica Markowitz
Tel No.:   212-526-1490            Tel. No.:    212-526-1490
Fax No.:   646-758-4993           Fax No.:    646-758-4993
Email:     drosselli@lehman.com    Email:   Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| **Trade Date:** | March 27, 2008 |
| **Seller:** | Stonehill Institutional Partners, L.P., as Principal |
| **Buyer:** | Lehman Brothers Inc., as Principal |
| **Issuer:** | US Power Generating Company |
| **Quantity** | 6,400 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| **Purchase Price:** | $28.00 per Unit |

**Other terms:**

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598.*

NYC:147889.2

2

**LEHMAN BROTHERS INC.**

By: _____

Name:  MARTHA G. MARTINEZ
       AUTHORIZED SIGNATORY

Title: _____

Date: _____

**Stonehill Institutional Partners, L.P.**

By: _____

Name:  Steven O. Nelson

Title:  CFO

Date:  4/3/08

NYC:147889.2

# LEHMAN BROTHERS INC

## TRADE CONFIRMATION

**To:**  Stonehill Offshore Partners Limited
Contact: Steve Nelson
Tel No.: 212-739-7470
Fax No.: 212-838-2291
Email:  snelson@stonehillcap.com

**From:**  Lehman Brothers Inc.
Contact:  Denise Rosselli
Tel No.:  212-526-1490
Fax No.:  646-758-4993
Email:   drossell@lehman.com

Trade Confirmations: Jessica Markowitz
Tel. No.:   212-526-1490
Fax No.:   646-758-4993
Email:  Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| Trade Date: | March 27, 2008 |
| Seller: | Stonehill Offshore Partners Limited, as Principal |
| Buyer: | Lehman Brothers Inc., as Principal |
| Issuer: | US Power Generating Company |
| Quantity | 8,730 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| Purchase Price: | $28.00 per Unit |

Other terms:

1.  Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2.  Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3.  All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at 212-526-7598.

NYC:147889.2

2

| LEHMAN BROTHERS INC. | Stonehill Offshore Partners Limited |
|---|---|
| By: _____ | By: _____ |
| Name: ___MARTHA G. MARTINEZ___ | Name: ___Steven D. Nelson___ |
| ___AUTHORIZED SIGNATORY___ | |
| Title: _____ | Title: ___CFO___ |
| Date: _____ | Date: ___4/2/08___ |

NYC:147889.2

SO Exhibit H(b)

7                                                      Equity**MSG**
Screen Printed
  1/23  8:50:20                                        Page  1 / 2
    From: ●JAY COYLE (MERRILL LYNCH/NY,WFC)
  Subject: PROJECT ENERGY BANK DEBT -
           No Attachments
FIRST DAY AT BANK OF AMERICA                        Cell:(917)699-9191
ENERGY PROJECT BANK DEBT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ANP TL A | 92 | - 94 | 3x3 | LA PALOMA 1ST | 71 | - 73½ | 3x |
| ANP TL B | 89 | - 91 | 3x3 | LA PALOMA 2ND | 59 | - 63 | 2x2 |
| BOSTON GEN 1ST | 62¼ | - 64¼ | 5x3 | LIBERTY ELEC 1ST | 75 | - 80 | |
| BOSTON GEN 2ND | 26½ | - 31½ | 2x2 | LIBERTY ELEC MEZZ | 50 | - 55 | |
| BOSTON GEN MEZZ | 7 | - 12 | 2x2 | LONGVIEW STRIP | 70 | - 72 | P/B |
| US POWER EQUITY | 6.00 | -7.50 | 50kx75k | MACHGEN 2ND | 60 | - 62 | 3x3 |
| BOSQUE TERM | 65 | - 70 | 3x | MACHGEN UNITS | 90 | - 130 | 5kx5k |
| ENTEGRA 2ND LIEN | 71 | - 72½ | 3x3 | TENASKA 1ST | 88 | - 90 | |
| ENTEGRA 3RD LIEN | 33 | - 35 | 3x3 | TENASKA 2NDS | 62 | - 65 | 2x2 |
| ENTEGRA EQUITY | 3.00 | -4.00 | 75x75 | ASTORIA 1ST | 84½ | - 86 | |
| KELSON 1ST | 78 | - 81 | 3x2 | ASTORIA 2NDS | 71 | - 74 | P/S |
| KELSON 2ND | 47½ | - 51½ | 5x5 | | | | |
| KELSON MEZZ | 27 | - 37 | | | | | |

## Unsettled Zarlink Trades

| 8/15/2008 | Total Qty | Off | SI | | Total Cost | Off | SI |
|---|---|---|---|---|---|---|---|
| Original trade | 55,000 | 25,300 | 29,700 | | 41,402.00 | 19,045.00 | 22,357.00 |
| Unsettled | 14,000 | 6,440 | 7,560 | | 10,539 | 4,847.82 | 5,690.87 |
| | 25.45% | | | | 25.45% | | |
| Corrected | 41,000 | 18,860 | 22,140 | | 30,863 | 14,197.18 | 16,666.13 |
| | | | | | | | |
| 8/20/2008 | | | | | | | |
| Original trade | 60,500 | 27,830 | 32,670 | | 46,029 | 21,173.00 | 24,856.00 |
| Unsettled | 45,500 | 20,930 | 24,570 | | 34,617 | 15,923.50 | 18,693.36 |
| | 75.21% | | | | 75.21% | | |
| Corrected | 15,000 | 6,900 | 8,100 | | 11,412 | 5,249.50 | 6,162.64 |
| | | | | | | | |
| | | | | | | | |
| Pre-adj | 7,654,640 | 5,490,156 | 2,164,484 | | 5,663,502.66 | 3,974,221.71 | 1,689,280.95 |
| Adjustments | | (27,370) | (32,130) | | | (20,771.31) | (24,384.23) |
| New | 7,595,140 | 5,462,786 | 2,132,354 | | 5,618,347.12 | 3,953,450.40 | 1,664,896.72 |
| | | | | | | | |
| | | | | | | | |
| Cash Adj on unsettled | CAD | | | Rate | USD | | |
| 8/15/2008 | 11,193.00 | 5,148.78 | 6,044.22 | 0.94154 | | | |
| 8/20/2008 | 36,818.60 | 16,936.56 | 19,882.04 | 0.94020 | | | |
| Claim on Exibit 1 | 48,011.60 | 22,085.34 | 25,926.26 | | | | |
| CUSIP # 989139100 | | | | | | | |

Stonehill Offshore Exhibit

**FX Forward Adj**
**9/19/2008**

| FX | Due Date | Offshore Qty | Cost | Price | FMV | Unrealized |
|---|---|---|---|---|---|---|
| CAD | 5/26/09 | (6,650,000) | (6,443,798.45) | 0.9510046 | (6,324,180.74) | 119,617.71 |
| CAD | 5/26/09 | (5,520,000) | (5,374,616.62) | 0.9510048 | (5,249,545.51) | 125,071.11 |
| CHF | 12/29/08 | (19,000,000) | (18,399,264.03) | 0.9103138 | (17,295,962.04) | 1,103,301.99 |
| Euro | 12/29/08 | (14,000,000) | (21,220,080.00) | 1.4439997 | (20,215,995.80) | 1,004,084.20 |
| Euro | 6/24/09 | (6,695,500) | (10,287,635.75) | 1.4326946 | (9,592,606.69) | 695,029.06 |
| GBP | 9/22/08 | (4,100,000) | (8,099,550.00) | 1.8357450 | (7,526,554.50) | 572,995.50 |
| GBP | 12/22/08 | (9,000,000) | (17,747,100.00) | 1.8262393 | (16,436,153.70) | 1,310,946.30 |
| GBP | 3/26/09 | (9,000,000) | (17,362,800.00) | 1.8152082 | (16,336,873.80) | 1,025,926.20 |
| GBP | 6/24/09 | (1,500,000) | (2,888,175.00) | 1.8061452 | (2,709,217.80) | 178,957.20 |
| | | | (107,823,019.85) | | (101,687,090.59) | 6,135,929.26 |

TOTAL   6,135,929.26

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

*FUTURES/FOREIGN EXCHANGE*
*CONFIRMATION*

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 2 |

US NON-SEGREGATED ACCOUNT

- - - - - - - - - - - - - - F O R E I G N    E X C H A N G E    O P E N    P O S I T I O N S - - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|---|---|
| | | | | | Total FX Long Option value | | 0CR* USD |
| | | | | | Total FX Short Option Value | | 0CR* USD |
| | | | | | Net FX Option Value | | 0CR* USD |

- - - - - - - - - - - - Foreign Exchange Position Delta Summary - - - - - - - - - - - - - - - - - - -

| Curr | Notional | USD Equivalent | Delta Notional | Delta USD Equiv |
|---|---|---|---|---|
| EUR | 20,695,500.00DB | 29,808,602.49DB | 20,695,500.00DB | 29,808,602.49DB |
| GBP | 19,500,000.00DB | 35,482,245.30DB | 19,500,000.00DB | 35,482,245.30DB |
| CAD | 12,170,000.00DB | 11,573,726.25DB | 12,170,000.00DB | 11,573,726.25DB |
| CHF | 19,000,000.00DB | 17,295,962.04DB | 19,000,000.00DB | 17,295,962.04DB |
| Sum of the Absolute Values: | 94,160,536.08 | | | 94,160,536.08 |

- - - - - - - - - - -  M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - - - - - - - - - - - - - -

| | Margin Requirement - - - - - - Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|---|
| GBP | 0CR | 4,100,000.00DB | 4,100,000.00DB |
| JPY | CR | CR | CR |
| USD | 4,642,874.10DB | 8,099,550.00CR | 3,456,675.90CR |

Total Value in Base Currency

| JSD | 4,642,874.10DB | 572,995.50CR | 4,069,878.60DB |
|---|---|---|---|

- - - - - - - - - - - - - - A C C O U N T    V A L U E    S U M M A R Y - - - - - - - - - - - - - - - - - -

| | Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| GBP | 4,100,000.00DB | 0CR | 0CR | 0CR | 0CR | 4,100,000.00DB |
| JPY | CR | CR | CR | CR | CR | CR |
| JSD | 8,099,550.00CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 13,588,848.79CR |

Total Value in Base Currency

| JSD | 572,995.50CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 6,062,294.29CR |
|---|---|---|---|---|---|---|

* * * * * * * *  CURRENCY  CONVERSION  RATES * * * * * * * * *

Base Currency - USD

| POUND STG | GBP | 1.8357450 |
|---|---|---|
| J YEN | JPY | 107.0700000 |

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

**FUTURES/FOREIGN EXCHANGE
CONFIRMATION**

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER    ACCOUNT | |
| 099          23040125 | |
| Page    1 | |

US NON-SEGREGATED ACCOUNT

- - - - - OPENING  ACCOUNT  BALANCES - - - -

| | |
|---|---|
| POUND STG | 0CR |
| J YEN | CR |
| US DOLLAR | 0CR |

- - - - - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - - - - - - - - -

| Date  B/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|

The settlement amounts shown below are reflected in the closing cash balance for each currency.

| 9/19/07 S | 4,100,000.00DB 22SEP08 GBP/USD | 8,099,550.00CR TYPE | 1.9755000 | |

- - - - CLOSING  ACCOUNT  BALANCES - - - - -

| | |
|---|---|
| POUND STG | 4,100,000.00DB* |
| J YEN | CR* |
| US DOLLAR | 8,099,550.00CR* |

- - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - -

| Date  B/S | Base Currency Maturity Currency Pair | Counter Amount | Rate | Net Present Value | |
|---|---|---|---|---|---|
| 3/24/08 S | 14,000,000.00DB 29DEC08 EUR/USD | 21,220,080.00CR TYPE | 1.5157200 | 995,341.86CR | USD |
| | | Net Present Value | | 995,341.86CR* | USD |
| | | Undiscounted MTM | 1.4439997 | 1004,084.20CR* | USD |
| 6/20/08 S | 6,695,500.00DB 24JUN09 EUR/USD | 10,287,635.75CR TYPE | 1.5365000 | 678,014.44CR | USD |
| | | Net Present Value | | 678,014.44CR* | USD |
| | | Undiscounted MTM | 1.4326946 | 695,029.06CR* | USD |
| 2/19/07 S | 9,000,000.00DB 22DEC08 GBP/USD | 17,747,100.00CR TYPE | 1.9719000 | 1,300,395.52CR | USD |
| | | Net Present Value | | 1,300,395.52CR* | USD |
| | | Undiscounted MTM | 1.8262393 | 1310,946.30CR* | USD |
| 3/24/08 S | 9,000,000.00DB 26MAR09 GBP/USD | 17,362,800.00CR TYPE | 1.9292000 | 1,008,044.36CR | USD |
| | | Net Present Value | | 1,008,044.36CR* | USD |
| | | Undiscounted MTM | 1.8152082 | 1025,926.20CR* | USD |
| 6/20/08 S | 1,500,000.00DB 24JUN09 GBP/USD | 2,888,175.00CR TYPE | 1.9254500 | 174,576.24CR | USD |
| | | Net Present Value | | 174,576.24CR* | USD |
| | | Undiscounted MTM | 1.8061452 | 178,957.20CR* | USD |
| 4/10/08 B | 5,374,616.62CR 26MAY09 USD/CAD | 5,520,000.00DB TYPE | 1.0270500 | 122,281.17CR | USD |
| 3/31/08 B | 6,443,798.45CR 26MAY09 USD/CAD | 6,650,000.00DB TYPE | 1.0320000 | 116,949.42CR | USD |
| et | 11,818,415.07CR* | 12,170,000.00DB* | | | |
| | | Net Present Value | | 239,230.59CR* | USD |
| | | Undiscounted MTM | 1.0515196 | 257,295.09CR* | CAD |
| | | Undiscounted MTM In Base | | 244,688.82CR* | USD |
| 5/20/08 B | 18,399,264.03CR 29DEC08 USD/CHF | 19,000,000.00DB TYPE | 1.0326500 | 1,093,695.78CR | USD |
| | | Net Present Value | | 1,093,695.78CR* | USD |
| | | Undiscounted MTM | 1.0985223 | 1212,001.84CR* | CHF |
| | | Undiscounted MTM In Base | | 1103,301.99CR* | USD |
| | | Total FX Forward NPV | | 5,489,298.79CR* | USD |
| | | Total FX Undiscounted MTM | | 5,562,933.77CR* | USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

SD Exhibit K (a)

page 1 of 2

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

To: **Kelts LLC**
    Attention:        **William Pool**
    Phone No.:     **(203)618-2779**
    Fax No.:       **(203)422-4599**
    Email:          **harry.pool@rbsgc.com**

From: **Stonehill Offshore Partners Limited**
    Attention:        **Ann Mauro**
    Phone No.:     **212-739-7474**
    Fax No.:       **212-838-2291**
    Email:          **amauro@stonehill.nb.com**

Date: **08/13/2008**

       We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | 08/01/2008 |
| **Seller:** | Stonehill Offshore Partners Limited  ☑ Principal  ☐ Agent |
| **Buyer:** | Kelts LLC  ☑ Principal  ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of December 21, 2006 among EBG HOLDINGS LLC, the Lenders from time to time party thereto, and CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as administrative agent |
| **Borrower:** | EBG HOLDINGS LLC |
| **Form of Purchase:** | Assignment |

**Purchase Amount/
Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 2,000,000.00 | Term | Loan | |

565561001

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

**Purchase Rate:**                              89.500%         Loan

**Up Front Fees:**        Loan     None
**(if any):**

**Credit Documentation**           No
**to be provided:**

**Trade Specific**                    Recordation Fee is split and no more than one full fee.
**Other Terms of Trade:**

Please provide the signature of a duly authorized officer or other signatory where indicated below and return
this letter to the attention of Chris Bleakley at ClearPar at the following fax number (646)453-2870 or email
address: christopher.bleakley@fnis.com
If you have any questions, please contact Chris Bleakley at (845)639-4890.

**Stonehill Offshore Partners Limited**                **Kelts LLC**
**By: Stonehill Advisers LLC**                          **By: The Royal Bank of Scotland plc, as sole**
                                                        **member**

                                                        **By: Greenwich Capital Markets, Inc., its agent**

By: _____

      Name:  Steven Nelson                    By: _____
      Title:
                                                      Name:   Karen Brewer
                                                      Title:

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

Funding Memo

Date:        August 26, 2008

**Status: Effective**

To:        Kelts LLC as Buyer
Attn:        William Pool
Phone:        (203)618-2779
Fax:        (203)422-4599

From:        Stonehill Offshore Partners Limited as Seller
Attn:        Ann Mauro
Phone:        212-739-7474
Fax:        212-838-2291

Trade Date:        August 1, 2008
Credit Agreement:        BOSTON GENERATING EBG Mezz (12/06)

Facility:        Loan
Global Commitment:        USD 359,219,921.50
Sale Amount:        USD 2,000,000.00
Percentage of Total:        0.5567619946%
Loans outstanding under facility as of August 26, 2008 (Effective Date)

| Pricing Option: | Cur | Global Amount of Loan: | Buyer's Share of Loan: | Start Date: | Repricing Date: | Base Rate: | Margin: | RAC Rate: | All In Rate: | Exchange Rate: |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | USD | 359,219,921.50 | 2,000,000.00 | Jun 30, 2008 | Sep 30, 2008 | 2.800630 | 7.000000 | 0.000000 | 9.800630 | |

**Funding Memorandum**
**Payment Details**

**On Aug 26, 2008 Buyer will remit to Seller USD 1,788,283.65 calculated as follows:**

1,790,000.00 USD (89.5000% x Buyer's share of outstanding loans under the Loan Facility)

(Seller will remit full Assignment fee 0.00 USD to the Agent - Not included in remittance amount above)

(1,716.35 USD) (Other Fee - Cost of Carry on Aug 26, 2008)

**Seller's Payment Instructions:**
Bank:        Chase Manhattan (NYC)
ABA #:        021-000-021
Account #:        140 094 221
Account Name:        Lehman Brothers
FFC:        Stonehill Offshore Partners Limited #: 732-40125
Attention:        Dmitriy Kovalev
Reference:        BOSTON GENERATING EBG Mezz (12/06)

Reference Number:

Seller and Buyer hereby agree that payment will be made as calculated above on the Settlement Date.

STONEHILL OFFSHORE PARTNERS LIMITED          KELTS LLC
By: Stonahill Advisers LLC          By: The Royal Bank of Scotland plc, as sole member

By: Greenwich Capital
Markets, Inc., its agent

By: _____          By: _____

Name:          Name:
Title:          Title:

585561 - 001          August 26, 2008        4:55:10 pm

08-13555-mg    Doc 45573-17    Filed 08/05/14    Entered 08/05/14 14:51:02    Exhibit
(A-17 - Offshore    Lehman Brothers OTC Deriv. Inc.)    Pg 83 of 96

page 2 of 7

ASSIGNMENT AND ASSUMPTION

This Assignment and Assumption (the "Assignment and Assumption") is dated as of the Effective Date set forth below and is entered into by and between Stonehill Offshore Partners Limited (the "Assignor") and Kelts LLC (the "Assignee"). Capitalized terms used but not defined herein shall have the meanings given to them in the Credit Agreement identified below (as amended, the "Credit Agreement"), receipt of a copy of which is hereby acknowledged by the Assignee. The Standard Terms and Conditions set forth in Annex 1 attached hereto are hereby agreed to and incorporated herein by reference and made a part of this Assignment and Assumption as if set forth herein in full.

For an agreed consideration, the Assignor hereby irrevocably sells and assigns to the Assignee, and the Assignee hereby irrevocably purchases and assumes from the Assignor, subject to and in accordance with the Standard Terms and Conditions and the Credit Agreement, as of the Effective Date inserted by the Administrative Agent as contemplated below (i) all of the Assignor's rights and obligations in its capacity as a Lender under the Credit Agreement and any other documents or instruments delivered pursuant thereto to the extent related to the amount and percentage interest identified below of all of such outstanding rights and obligations of the Assignor under the respective facilities identified below and (ii) to the extent permitted to be assigned under applicable law, all claims, suits, causes of action and any other right of the Assignor (in its capacity as a Lender) against any Person, whether known or unknown, arising under or in connection with the Credit Agreement, any other documents or instruments delivered pursuant thereto or the loan transactions governed thereby or in any way based on or related to any of the foregoing, including contract claims, tort claims, malpractice claims, statutory claims and all other claims at law or in equity related to the rights and obligations sold and assigned pursuant to clause (i) above (the rights and obligations sold and assigned pursuant to clauses (i) and (ii) above being referred to herein collectively as the "Assigned Interest"). Such sale and assignment is without recourse to the Assignor and, except as expressly provided in this Assignment and Assumption, without representation or warranty by the Assignor.

1. Assignor:                          Stonehill Offshore Partners Limited

2. Assignee:                          Kelts LLC

3. Borrower(s):                       EBG Holdings LLC

4. Administrative Agent:              Credit Suisse, Cayman Islands Branch, as the administrative agent under the Credit Agreement

5. Credit Agreement:                  The Credit Agreement dated as of December 21, 2006 among the Borrower, the Guarantors, the Lenders and certain other lender parties party thereto, the Administrative Agent, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Syndication Agents, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Documentation Agents, and CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Joint Lead Arrangers and Joint Book Running Managers.

08-13555-mg    Doc 45573-17    Filed 08/05/14    Entered 08/05/14 14:51:02    Exhibit
(A-17 - Offshore    Lehman Brothers OTC Deriv. Inc.)    Pg 84 of 96

page 3 of 7

6.   Assigned Interest:

| Facility Assigned | Aggregate Amount of Commitment/Loans for all Lenders | Amount of Commitment/Loans Assigned | Percentage Assigned of Commitment/Loans |
|---|---|---|---|
| Loan | USD 359,219,921.50 | USD 2,000,000.00 | 0.556761995% |

Effective Date:  August 26, 2008

The Assignee agrees to deliver to the Administrative Agent a completed Administrative Questionnaire in which the Assignee designates one or more Credit Contacts to whom all syndicate-level information (which may contain material non-public information about the Borrower, the other Loan Parties and their Affiliates or their respective securities) will be made available and who may receive such information in accordance with the Assignee's compliance procedures and applicable laws, including Federal and state securities laws.

page 4 of 7

The terms set forth in this Assignment and Assumption are hereby agreed to:

ASSIGNOR

**STONEHILL OFFSHORE PARTNERS LIMITED, as
Assignor**

By: Stonehill Advisers LLC

By:

Name:   Steven Nelson
Title:

ASSIGNEE

**KELTS LLC, as Assignee**

By: The Royal Bank of Scotland plc, as sole member

By:

Greenwich Capital Markets, Inc., its agent

By:

Name:   Karen Brewer
Title:

08-13555-mg   Doc 45573-17   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-17 - Offshore   Lehman Brothers OTC Deriv. Inc.)   Pg 86 of 96

page 5 of 7

Consented to and Accepted:

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as Administrative
Agent**

By: _Carolyn T. Stephens_

Name:   Carolyn Stephens
Title:   Assistant Vice President

By: _Shoshana Tyson_

Name:   Shoshana Tyson
Title:   Credit Suisse Authorized Signer

Consented to:

**EBG HOLDINGS LLC**

By: __N/A_____

Name:

Title:

ANNEX 1

## STANDARD TERMS AND CONDITIONS FOR
## ASSIGNMENT AND ASSUMPTION

1. Representations and Warranties.

1.1  Assignor.  The Assignor (a) represents and warrants that (i) it is the legal and beneficial owner of the Assigned Interest, (ii) the Assigned Interest is free and clear of any lien, encumbrance or other adverse claim and (iii) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby; and (b) assumes no responsibility with respect to (i) any statements, warranties or representations made in or in connection with the Credit Agreement or any other Loan Document, (ii) the execution, legality, validity, enforceability, genuineness, sufficiency or value of the Loan Documents or any collateral thereunder, (iii) the financial condition of the Borrower, any of its Subsidiaries or Affiliates or any other Person obligated in respect of any Loan Document or (iv) the performance or observance by the Borrower, any of its Subsidiaries or Affiliates or any other Person of any of their respective obligations under any Loan Document.

1.2.  Assignee.  The Assignee (a) represents and warrants that (i) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby and to become a Lender under the Credit Agreement, (ii) it satisfies the requirements, if any, specified in the Credit Agreement that are required to be satisfied by it in order to acquire the Assigned Interest and become a Lender, (iii) from and after the Effective Date, it shall be bound by the provisions of the Credit Agreement as a Lender thereunder and, to the extent of the Assigned Interest, shall have the obligations of a Lender thereunder, (iv) it has received and/or had the opportunity to review a copy of the Credit Agreement to the extent it has in its sole discretion deemed necessary, together with copies of the most recent financial statements delivered pursuant to Section 5.03 thereof, as applicable, and such other documents and information as it has in its sole discretion deemed appropriate to make its own credit analysis and decision to enter into this Assignment and Assumption and to purchase the Assigned Interest on the basis of which it has made such analysis and decision independently and without reliance on the Administrative Agent or any other Lender, and (v) if it is a Person organized under the laws of a jurisdiction outside the United States, attached to the Assignment and Assumption is any documentation required to be delivered by it pursuant to the terms of the Credit Agreement, duly completed and executed by the Assignee; and (b) agrees that (i) it will, independently and without reliance on the Administrative Agent, the Assignor or any other Lender, and based on such documents and information as it shall deem appropriate at the time, continue to make its own credit decisions in taking or not taking action under the Loan Documents, and (ii) it will perform in accordance with their terms all of the obligations which by the terms of the Loan Documents are required to be performed by it as a Lender.

2.  Payments.   From and after the Effective Date, the Administrative Agent shall make all payments in respect of the Assigned Interest (including payments of principal, interest, fees and other amounts) to the Assignor for amounts which have accrued to but excluding the Effective Date and to the Assignee for amounts which have accrued from and after the Effective Date.

3. General Provisions. This Assignment and Assumption shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns. This Assignment and Assumption may be executed in any number of counterparts, which together shall constitute one instrument. Delivery of an executed counterpart of a signature page of this Assignment and Assumption by telecopy shall be effective as delivery of a manually executed counterpart of this Assignment and Assumption. This Assignment and Assumption shall be governed by, and construed in accordance with, the law of the State of New York.

**Steven Nelson**

---

| | |
|---|---|
| **From:** | Dvorski, Vera [vera.dvorski@barclayscapital.com] |
| **Sent:** | Friday, October 10, 2008 11:14 AM |
| **To:** | Steven Nelson; Kovalev, Dmitriy; Marco, Paul |
| **Subject:** | RE: Boston Gen EBG Mezz |

Hi,

I entered it this morning.   Sorry about the delay.

Regards,

Vera Dvorski
Barclays Capital | Capital Markets Prime Services
Phone: (212)-526-2361
Fax: (646) 834-4652
Email: vera.dvorski@barclayscapital.com


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Friday, October 10, 2008 11:01 AM
To: Dvorski, Vera; Kovalev, Dmitriy; Marco, Paul
Subject: RE: Boston Gen EBG Mezz

We don't see this in our account.

Steve Nelson
Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022
T - 212.739.7470 (direct)
T - 212.739.7474
F - 212.838.2291
snelson@stonehillcap.com


-----Original Message-----
From: Dvorski, Vera [mailto:vera.dvorski@barclayscapital.com]
Sent: Wednesday, October 08, 2008 6:24 PM
To: Steven Nelson; Kovalev, Dmitriy; Marco, Paul
Subject: Re: Boston Gen EBG Mezz

Hi,

Yes, the money should be in your acct tomorrow.

Regards,
Vera

----- Original Message -----
From: Steven Nelson <SNelson@stonehillcap.com>
To: Steven Nelson <SNelson@stonehillcap.com>; Kovalev, Dmitriy; Marco, Paul; Dvorski, Vera
Sent: Wed Oct 08 18:17:24 2008
Subject: RE: Boston Gen EBG Mezz

Any luck with this?


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Steven Nelson
Sent: Wednesday, October 08, 2008 10:08 AM
To: 'Kovalev, Dmitriy'; 'Marco, Paul'; 'Dvorski, Vera'
Subject: FW: Boston Gen EBG Mezz

Please see the message below.  Offshore should have rec'd $1,788,283.65 on 8/27/08.
Please check on this.

Thanks,

Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Marie.Cowell@rbsgc.com [mailto:Marie.Cowell@rbsgc.com]
Sent: Wednesday, October 08, 2008 9:57 AM
To: Steven Nelson; loanops@rbos.com
Subject: RE: Boston Gen EBG Mezz

Steven,

08-13555-mg   Doc 45573-17   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-17 - Offshore   Lehman Brothers OTC Deriv. Inc.)   Pg 91 of 96

page 3 of 3

funds were sent on 8/27/08.  The Book Transfer # is 0661600240JS.
Please let me know if you have any more questions.


1,788,283.65 BOOK TRANSFER DEBIT BOOK 0661600240JS SAME 17:04 08/27/2008 STRAIGHT

YOUR REF: ADHPHRF30082400W

PAID TO: 00000000140094221 LEHMAN BROS INC-INCOMING CUST FD INCOMING

CUSTOMER FUNDS CLS NEW YORK NY 10019

SWIFT ID: GRNWUS33

B/O CUSTOMER: GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT RD GREENWICH CT

06830-7149

ACCT PARTY: /732907552 LBI

REC GFP: 08272102



Thanks.


Marie Cowell
RBS Global Banking & Markets
Office: +1 203 618 2684


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Wednesday, October 08, 2008 9:24 AM
To: *GCM Loan Operations
Subject: Boston Gen EBG Mezz

Stonehill Offshore Partners Limited sold to you a qty of 2,000,000 of Boston Gen thru
clearpar.  It was trade #565561-001 and it closed on 8/26/08.  The funding memo called for
you to pay us $1,788,283.65 but we have yet to receive the funds.  Please check your
records and get back to me.


Thanks,


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

## **EXHIBIT C**

| Internal ID | CUSIP | Description | Price | | | | | Cur | | Qty | MV on filing date | MV on transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KGENY | 49373X103 | KGEN PWR CORP COM 144A | 15.0000 | 15.0000 | 15.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 2,718,868.00 | 40,783,020.00 | 27,188,680.00 | (13,594,340.00) | 1,866,236.00 | 27,993,540.00 | 18,662,360.00 | (9,331,180.00) | (22,925,520.00) |
| 5489304 | 92923CAG9 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE 9.125% 5/1/2012 92923CAG9 | 39.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 14,645,000.00 | 5,125,750.00 | 219,675.00 | (4,906,075.00) | 14,309,000.00 | 5,008,150.00 | 214,635.00 | (4,793,515.00) | (9,699,590.00) |
| BTDPF | 0081180 | BARRATT DEVELOPMENTS PLC | 2.5983 | 1.8671 | 2.5983 | 1.0000 | 1.0000 | USD | 1.0000 | 2,179,878.00 | 5,663,992.27 | 1,810,960.19 | (3,853,032.08) | 2,569,067.00 | 6,675,224.77 | 2,134,283.69 | (4,793,340.08) | (8,393,973.16) |
| ABVT | 00374N107 | ABOVENET INC | 56.5000 | 58.0000 | 58.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 392,902.00 | 22,198,963.00 | 18,073,492.00 | (4,125,471.00) | 372,301.00 | 21,035,006.50 | 17,125,846.00 | (3,909,160.50) | (8,034,631.50) |
| 5337735 | 92923CAP9 | WCI CMNTYS INC SR SUB NT 6.625% 3/15/2015 92923CAP9 | 41.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,105,000.00 | 4,586,750.00 | 196,575.00 | (4,390,175.00) | 10,345,000.00 | 3,620,750.00 | 155,175.00 | (3,465,575.00) | (7,855,750.00) |
| ADVNB | 007942204 | ADVANTA CORP-CL B NON-VTG | 8.5800 | 8.2300 | 8.5800 | 1.0000 | 1.0000 | USD | 1.0000 | 951,658.00 | 8,165,225.64 | 3,654,366.72 | (4,510,858.92) | 689,393.00 | 5,914,991.94 | 2,647,269.12 | (3,267,722.82) | (7,778,581.74) |
| 5214313 | 92923CAM6 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE 7.875% 10/1/2013 92923CAM6 | 38.5000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 19,560,000.00 | 6,846,000.00 | 2,934,000.00 | (3,912,000.00) | 15,978,000.00 | 5,592,300.00 | 2,396,700.00 | (3,195,600.00) | (7,107,600.00) |
| RHDGF | 2967879 | RETAIL HOLDINGS N V | 8.0000 | 8.5000 | 8.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 1,341,254.00 | 10,730,032.00 | 6,796,270.00 | (4,023,762.00) | 386,878.00 | 3,095,024.00 | 1,934,390.00 | (1,160,634.00) | (5,184,396.00) |
| HOV | 442487203 | HOVNANIAN ENTERPRISES INC-CL A | 7.5700 | 7.9900 | 7.5700 | 1.0000 | 1.0000 | USD | 1.0000 | 402,500.00 | 3,046,925.00 | 756,700.00 | (2,290,225.00) | 472,500.00 | 3,576,825.00 | 888,300.00 | (2,688,525.00) | (4,978,750.00) |
| 5BDKMR1 | 140661AD1 | CAPMARK FINL GROUP INC SR NT FLT 10 3.74625% 5/10/2010 140661AD1 | 76.6720 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,625,000.00 | 4,956,250.00 | 2,821,250.00 | (2,135,000.00) | 8,255,000.00 | 5,365,750.00 | 3,054,350.00 | (2,311,400.00) | (4,446,400.00) |
| 5332712 | N5639BAC2 | SAIRGROUP FINANCE *IN DEFAULT* 6.625% 10/6/2010 N5639BAC2 | 0.0000 | 26.7085 | 26.7085 | 0.0100 | 1.0000 | USD | 1.0000 | 31,627,000.00 | 8,447,112.38 | 6,479,710.58 | (1,967,401.80) | 35,743,000.00 | 9,546,436.20 | 7,322,992.87 | (2,223,443.33) | (4,190,845.13) |
| 5BDGWP4 | 76114EAE2 | RESIDENTIAL CAP LLC SR SECD NT 8.50% 05/15/2010 76114EAE2 | 69.5000 | 55.0000 | 55.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 26,875,000.00 | 14,781,250.00 | 12,900,000.00 | (1,881,250.00) | 26,475,000.00 | 14,561,250.00 | 12,708,000.00 | (1,853,250.00) | (3,734,500.00) |
| M017061 | 55291M202 | MAC CAPITAL LLC COMBINATION SECS MEMBERSHIP | 0.0000 | 0.3200 | 0.3200 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 9,656,000.00 | 3,089,920.00 | 0.00 | (3,089,920.00) | (3,089,920.00) |
| ZARLF | 989139100 | ZARLINK SEMICONDUCTOR INC | 0.6100 | 45.5000 | 0.6100 | 1.0000 | 1.0000 | USD | 1.0000 | 5,489,218.00 | 3,348,422.98 | 1,209,274.69 | (2,139,148.29) | 2,164,484.00 | 1,320,335.24 | 476,835.81 | (843,499.43) | (2,982,647.72) |
| 5225200 | 92923CAK0 | WCI COMMUNITIES INC CONV 4% 8/5/2023 92923CAK0 | 38.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,769,000.00 | 2,369,150.00 | 1,006,888.75 | (1,362,261.25) | 6,410,000.00 | 2,243,500.00 | 953,487.50 | (1,290,012.50) | (2,652,273.75) |
| 5986867 | XS0282003820 | LUXFER HOLDINGS PLC 11.831% 02/06/2012 G5698WAD0 | 0.0000 | 142.1600 | 142.1600 | 0.0100 | 1.0000 | USD | 1.0000 | 2,179,193.00 | 3,097,940.77 | 1,881,776.74 | (1,216,164.03) | 2,308,621.00 | 3,281,935.61 | 1,898,881.35 | (1,383,054.26) | (2,599,218.29) |
| ACTG | 003881307 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 4.1300 | 3.0200 | 4.1300 | 1.0000 | 1.0000 | USD | 1.0000 | 521,695.00 | 2,154,600.35 | 1,064,257.80 | (1,090,342.55) | 612,425.00 | 2,529,315.25 | 1,249,347.00 | (1,279,968.25) | (2,370,310.80) |
| CAL | 210795308 | CONTINENTAL AIRLINES INC-CL B | 18.9500 | 15.8300 | 18.9500 | 1.0000 | 1.0000 | USD | 1.0000 | 301,304.00 | 5,704,783.80 | 4,633,067.16 | (1,071,716.64) | 343,356.00 | 6,506,596.20 | 5,284,248.84 | (1,222,347.36) | (2,294,064.00) |
| 5BBNND6 | 55265AAN1 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 7.0450% 7/26/2023 55265AAN1 | 0.0000 | 40.4600 | 40.4600 | 0.0100 | 1.0000 | USD | 1.0000 | 6,050,000.00 | 2,447,830.00 | 1,257,190.00 | (1,190,640.00) | 4,950,000.00 | 2,002,770.00 | 1,028,610.00 | (974,160.00) | (2,164,800.00) |
| 5196207 | N5639BAA6 | SAIR GROUP FINANCE B V *IN DEFAULT* 4.375% 6/8/2006 N5639BAA6 | 0.0000 | 26.7686 | 26.7686 | 0.0100 | 1.0000 | USD | 1.0000 | 23,417,000.00 | 6,268,397.51 | 5,222,198.79 | (1,046,198.72) | 19,357,000.00 | 5,181,593.31 | 4,100,776.01 | (1,080,817.30) | (2,127,016.02) |
| 5856846 | 904673AG6 | UNIFI INC SR SC NT 11.5% R/MD 05/15/2014 904677AG6 | 90.5000 | 82.5000 | 82.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 12,528,000.00 | 10,335,600.00 | 9,020,160.00 | (1,315,440.00) | 7,472,000.00 | 6,164,400.00 | 5,379,840.00 | (784,560.00) | (2,100,000.00) |
| 5BBKLB4 | XS0302940688 | MAC CAPITAL LTD R/MD .000000001 07/24/2023 G5753NAB6 | 0.0000 | 0.3900 | 0.3900 | 1.0000 | 1.0000 | USD | 1.0000 | 6,500,000.00 | 2,535,000.00 | 756,600.00 | (1,778,400.00) | 0.00 | 0.00 | 0.00 | 0.00 | (1,778,400.00) |
| LCC | 90341W108 | US AIRWAYS GROUP INC | 7.8800 | 6.0300 | 7.8800 | 1.0000 | 1.0000 | USD | 1.0000 | 689,448.00 | 5,432,850.24 | 4,626,196.08 | (806,654.16) | 809,010.00 | 6,374,998.80 | 5,428,457.10 | (946,541.70) | (1,753,195.86) |
| 5BDHSQ5 | 85431AJM0 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS144A 3C7 0% 01/25/2008 85431AJM0 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,600,000.00 | 1,932,000.00 | 575,000.00 | (1,357,000.00) | 5,400,000.00 | 2,268,000.00 | 1,890,000.00 | (378,000.00) | (1,735,000.00) |
| ADVNA | 007942105 | ADVANTA CORP-CL A (FORMERLY COMPOR) | 7.2200 | 4.9300 | 7.2200 | 1.0000 | 1.0000 | USD | 1.0000 | 158,854.00 | 1,146,925.88 | 339,947.56 | (806,978.32) | 166,257.00 | 1,200,375.54 | 355,789.98 | (844,585.56) | (1,651,563.88) |
| 5128805 | 13134YAA5 | CALPINE CONSTRUCTION FINANCE CO L P /CCFC FINANCE CORP 144A 11.625% 08/26/2011 13134YAA5 | 107.5000 | 101.5000 | 101.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 12,650,000.00 | 12,839,750.00 | 11,448,250.00 | (1,391,500.00) | 2,350,000.00 | 2,385,250.00 | 2,126,750.00 | (258,500.00) | (1,650,000.00) |
| ADPAJ | 00685R102 | ADELPHIA RECOVERY TRUST SERIES ARAHOVA INT | 0.4000 | 0.2500 | 0.4000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,301,739.00 | 2,120,695.60 | 636,208.68 | (1,484,486.92) | (1,484,486.92) |
| 5341743 | 112013AB3 | BRODER BROS CO SR NOTE 11.25% 10/15/2010 112013AB3 | 67.5000 | 58.5000 | 58.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,975,000.00 | 2,910,375.00 | 1,990,000.00 | (920,375.00) | 2,525,000.00 | 1,477,125.00 | 1,010,000.00 | (467,125.00) | (1,387,500.00) |
| 5262134 | 98141AAD3 | WORLD ACCESS INC SENIOR NOTES- DEFAULT 13.25% 01/15/2008 98141AAD3 | 0.0000 | 3.2389 | 3.2389 | 0.0100 | 1.0000 | USD | 1.0000 | 67,826,000.00 | 2,196,799.10 | 2,034,780.00 | (162,019.10) | 58,995,000.00 | 1,910,774.09 | 727,667.55 | (1,183,106.54) | (1,345,125.64) |
| POR | 736508847 | PORTLAND GENERAL ELECTRIC CO NEW | 25.4700 | 23.6600 | 25.4700 | 1.0000 | 1.0000 | USD | 1.0000 | 1,147.00 | 29,214.09 | 22,641.78 | (6,572.31) | 233,431.00 | 5,945,487.57 | 4,607,927.94 | (1,337,559.63) | (1,344,131.94) |
| 5355724 | XS0115991302 | MULIALEBAMIK FINANCE LTD SENIOR A VAR RATE 7.18750% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,045,389.00 | 1,329,985.58 | 453,404.18 | (876,581.40) | 3,114,291.00 | 685,144.02 | 233,571.83 | (451,572.19) | (1,328,153.59) |
| 5325546 | 74972EAN8 | RSL COMMUNICATIONS PLC GRD USS SR NT- *IN DEFAULT* 12.8750% 03/01/2010 74972EAN8 | 0.0000 | 4.2500 | 4.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 18,635,000.00 | 791,987.50 | 234,987.35 | (557,000.15) | 24,550,000.00 | 1,043,375.00 | 309,575.50 | (733,799.50) | (1,290,799.65) |
| 5975781 | 852591AA4 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A 9.75% 02/01/2015 852591AA4 | 73.0000 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,475,000.00 | 1,608,750.00 | 940,500.00 | (668,250.00) | 2,025,000.00 | 1,316,250.00 | 769,500.00 | (546,750.00) | (1,215,000.00) |
| 5713396 | 666107AA5 | NORTHERNSTAR NAT GAS INC SR NTS 144A 5% 05/15/2013 666107AA5 | 92.0000 | 30.0000 | 30.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,694,343.00 | 3,508,302.90 | 2,923,585.75 | (584,717.15) | 11,694,343.00 | 3,508,302.90 | 2,339,131.80 | (1,169,434.30) | (1,169,434.30) |
| FRCPF | 359043106 | FRONTERA COPPER CORPORATION | 1.7774 | 1.1475 | 1.7774 | 1.0000 | 1.0000 | USD | 1.0000 | 880,395.00 | 1,564,815.83 | 532,110.74 | (1,032,705.09) | 93,305.00 | 165,840.49 | 56,393.54 | (109,446.95) | (1,142,152.04) |
| 5145204 | 74972EAC2 | RSL COMMUNICATIONS PLC SR NTS- *IN DEFAULT* 9.1250% 03/01/2008 74972EAC2 | 0.0000 | 3.5000 | 3.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 24,385,000.00 | 853,475.00 | 304,812.50 | (548,662.50) | 26,290,000.00 | 920,150.00 | 328,625.00 | (591,525.00) | (1,140,187.50) |
| THBDL | 88605P108 | THUNDERBIRD RESORTS INC COM 144A | 0.0000 | 5.0000 | 6.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 244,444.00 | 1,466,664.00 | 855,554.00 | (611,110.00) | 200,000.00 | 1,200,000.00 | 700,000.00 | (500,000.00) | (1,111,110.00) |
| RIG | H8817H100 | TRANSOCEAN INC NEW | 122.6900 | 109.8400 | 122.6900 | 1.0000 | 1.0000 | USD | 1.0000 | 9,200.00 | 1,128,748.00 | 633,696.00 | (495,052.00) | 10,800.00 | 1,325,052.00 | 743,904.00 | (581,148.00) | (1,076,200.00) |
| 5142263 | XS0087917596 | RSL COMMUNICATIONS GLOBAL USD- *IN DEFAULT* 10% 03/15/2008 G7703AAD7 | 0.0000 | 1.6000 | 1.6000 | 0.0100 | 1.0000 | USD | 1.0000 | 56,450,000.00 | 903,200.00 | 321,765.00 | (581,435.00) | 47,149,000.00 | 754,384.00 | 268,749.30 | (485,634.70) | (1,067,069.70) |
| 5BDNVY1 | 98951UAJ5 | ZIFF DAVIS MEDIA INC SECD NT FLTG RATE NEW 0% 05/01/2012 98951UAJ5 | 0.0000 | 83.0000 | 83.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,294,000.00 | 1,904,020.00 | 1,376,400.00 | (527,620.00) | 2,150,000.00 | 1,784,500.00 | 1,290,000.00 | (494,500.00) | (1,022,120.00) |
| 5I19025 | 126685DX1 | CWHEQ HOME EQUITY LOAN TRUST MTGFC/SERIES 2006-S2 A-3-VAR 5.841% 07/25/2027 126685DX1 | 41.1849 | 41.0000 | 41.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 9,200,000.00 | 3,772,000.00 | 3,312,000.00 | (460,000.00) | 10,800,000.00 | 4,428,000.00 | 3,888,000.00 | (540,000.00) | (1,000,000.00) |
| ABVTZ | 00374N123 | WTS ABOVENET | 31.0000 | 31.0000 | 31.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | (800,000.00) |
| 5943647 | 12668XAC9 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.555% 04/25/2036 12668XAC9 | 52.7379 | 52.5346 | 52.5346 | 0.0100 | 1.0000 | USD | 1.0000 | 6,647,920.00 | 3,492,456.83 | 3,124,522.40 | (367,934.43) | 7,804,080.00 | 4,099,840.62 | 3,667,917.60 | (431,923.02) | (799,857.45) |
| 5I43662 | 12668XAC3 | COUNTRYWIDE ASSET BK CERT SERIES 2006-15 CLASS A3 5.658% 03/25/2036 12668XAC3 | 86.5816 | 54.0000 | 54.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,400,000.00 | 2,197,800.00 | 1,831,500.00 | (366,300.00) | 4,140,000.00 | 2,581,200.00 | 2,151,000.00 | (430,200.00) | (796,500.00) |
| 5BCSLJ0 | G8439CAN0 | VICTORIA STANFIELD EURO MEDIUM TERM NOTE 4.835% 03/28/2008 G8439CAN0 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,150,000.00 | 483,000.00 | 74,750.00 | (408,250.00) | 850,000.00 | 357,000.00 | 102,000.00 | (255,000.00) | (663,250.00) |
| 5F23941 | 361856CV7 | GMACM HOME EQUITY LOAN TRUST MTGFC/SERIES 2004-HE1 A-3-VAR 2.6818% 06/25/2034 361856CV7 | 52.9260 | 51.0000 | 51.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,025,000.00 | 2,052,750.00 | 1,752,137.38 | (300,612.62) | 4,725,000.00 | 2,409,750.00 | 2,056,856.92 | (352,893.08) | (653,505.70) |
| 5326574 | XS0110843629 | RSL COMM PLC 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 280,000.00 | 101,500.00 | (178,500.00) | 18,047,000.00 | 721,880.00 | 261,681.50 | (460,198.50) | (638,698.50) |
| 5BFBFV0 | 92626G0AL3 | VICTORIA FIN LTD 144A VR 090908-121208 0% 12/12/2008 9262G0AL3 | 65.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,079,000.00 | 661,500.00 | (1,417,500.00) | 2,300,000.00 | 966,000.00 | 345,000.00 | (621,000.00) | (630,000.00) |
| CTS | 20038K109 | COMFORCE CORP | 1.9800 | 1.6500 | 1.9800 | 1.0000 | 1.0000 | USD | 1.0000 | 289,300.00 | 564,894.00 | 288,335.00 | (276,559.00) | 166,319.00 | 329,311.62 | 262,903.00 | (252,291.00) | (529,232.00) |
| NENA | 64007P103 | NEENAH ENTERPRISES INC | 1.8000 | 2.0000 | 1.8000 | 1.0000 | 1.0000 | USD | 1.0000 | 346,623.00 | 623,921.40 | 346,623.00 | (277,298.40) | 314,578.00 | 566,240.40 | 314,578.00 | (251,662.40) | (528,960.80) |
| 5801730 | 12668XAF6 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 5.693% 11/25/2035 12668XAF6 | 48.2910 | 48.0000 | 48.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 1,104,000.00 | 874,000.00 | (230,000.00) | 2,700,000.00 | 1,296,000.00 | 1,026,000.00 | (270,000.00) | (500,000.00) |
| 5BDRLG4 | 66899ABF8 | NORTHWESTERN CORPORATION SENIOR DEBENTURE 6.95% 11/15/2028 66899ABF8 | 7.7188 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 16,863,000.00 | 1,180,410.00 | 993,739.00 | (186,671.00) | 11,654,000.00 | 815,780.00 | 617,662.00 | (198,118.00) | (484,789.00) |
| 5341424 | U12605AD0 | CIT GROUP FNC EURO MEDIUM TERM NOTE 5.305% 5/13/2009 U12605AD0 | 132.8864 | 115.1815 | 115.1815 | 0.0100 | 1.0000 | USD | 1.0000 | 1,150,000.00 | 1,324,587.03 | 1,083,000.00 | (241,587.03) | 1,150,000.00 | 1,324,587.03 | 1,146,229.70 | (178,549.99) | (479,537.02) |
| SGLP | 81662W108 | SEMGROUP ENERGY PARTNERS L P COM UNIT REPSTG LTD PARTNERSHIP | 8.7600 | 6.9800 | 8.7600 | 1.0000 | 1.0000 | USD | 1.0000 | 77,800.00 | 681,528.00 | 228,732.00 | (452,796.00) | 0.00 | 0.00 | 0.00 | 0.00 | (452,796.00) |
| 5961848 | 12668YAB9 | COUNTRYWIDE ASSET-BACKED CERTI SERIES 2006-S10 CLASS A3.42688% 10/25/2036 12668YAB9 | 90.3607 | 60.0000 | 60.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 1,380,000.00 | 1,196,000.00 | (184,000.00) | 2,700,000.00 | 1,620,000.00 | 1,404,000.00 | (216,000.00) | (400,000.00) |
| 5I06641 | 76110VTD0 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 5.19% 02/25/2036 76110VTD0 | 69.0380 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,990,000.00 | 1,255,800.00 | 1,076,400.00 | (179,400.00) | 3,510,000.00 | 1,474,200.00 | 1,263,600.00 | (210,600.00) | (390,000.00) |
| 5PF12 | 853763AA8 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES 6% 10/01/2012 853763AA8 | 76.0000 | 68.0010 | 68.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 1,102,000.00 | 749,371.02 | 516,120.00 | (233,251.02) | 1,188,000.00 | 810,227.88 | 608,880.00 | (201,347.88) | (434,598.90) |
| 5551644 | 84133KAD8 | SOUTHEAST BKG CORP SUB NTS REG IN DEFAULT 10.5% 04/15/2001 84133KAD8 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,756,000.00 | 262,680.00 | 10,945.00 | (251,735.00) | 4,130,000.00 | 123,960.00 | 5,165.00 | (118,795.00) | (370,530.00) |
| ICOG | 44930K108 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 2.4300 | 1.0900 | 2.4300 | 1.0000 | 1.0000 | USD | 1.0000 | 174,960.00 | 425,152.80 | 190,706.40 | (234,446.40) | 61,040.00 | 148,327.20 | 66,533.60 | (81,793.60) | (316,240.00) |
| 5BDQSC5 | 66899ABG6 | NORTHWESTERN CORP -CONTRA CUSIP- 7.875% 03/15/2007 66899ABG6 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,676,000.00 | 831,915.00 | 630,504.00 | (201,411.00) | 8,807,000.00 | 627,498.75 | 475,578.00 | (151,920.75) | (353,331.75) |
| G005020 | 361990AB4 | GW WATER SUPPLY H. SHS | 0.0000 | 17.2980 | 17.2980 | 1.0000 | 1.0000 | USD | 1.0000 | 19,346.00 | 334,647.17 | 45,758.26 | (288,888.91) | 0.00 | 0.00 | 0.00 | 0.00 | (288,888.91) |
| 5341886 | XS0119594495 | MULIAKEBAMIK FINANCE LTD SENIOR B VAR RT 0% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,120,000.00 | 799,040.00 | 560,560.00 | (191,400.00) | 688,000.00 | 151,360.00 | 51,000.00 | (99,000.00) | (268,888.00) |
| CPXOF | ARP2006N1025 | CAPEX SA-ORD AP 1 PAR (BB SYMBOL: CAPX AR) | 1.9645 | 1.4839 | 1.9645 | 1.0000 | 1.0000 | USD | 1.0000 | 111,300.00 | 219,633.85 | 66,561.74 | (153,072.11) | 107,382.00 | 210,952.69 | 74,752.52 | (136,200.17) | (289,272.28) |
| 5540538 | 031042AC8 | AMES TRUE TEMPER INC SENIOR NOTE 144A 6.7966% 1/15/2012 031042AC8 | 80.5000 | 75.0000 | 75.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,750,000.00 | 2,250,000.00 | 1,965,000.00 | (285,000.00) | 1,570,000.00 | 942,000.00 | 822,732.50 | (119,267.50) | (404,267.50) |
| 5231765 | 87941TAE5 | TELEGLOBE INC DEB - *IN DEFAULT* 7.7% 07/20/2029 87941TAE5 | 0.0000 | 3.5000 | 3.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 53,161,000.00 | 664,512.50 | 518,410.00 | (146,102.50) | 42,800,000.00 | 535,000.00 | 417,300.00 | (117,700.00) | (263,802.50) |
| 5324524 | 29357YAA1 | ENRON CORP PRIVATE PLACEMENT (C) IN 08/15/2049 29357YAA1 | 100.0000 | 4.2500 | 4.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 9,213,000.00 | 391,552.50 | 11,516.25 | (380,036.25) | 6,800,000.00 | 289,000.00 | 8,500.00 | (280,500.00) | (660,536.25) |
| 5905694 | 126685AB7 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 5.681% 06/25/2035 126683AB7 | 59.0244 | 59.0000 | 59.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,392,000.00 | 3,181,280.00 | 3,277,500.00 | (165,000.00) | 6,750,000.00 | 3,982,500.00 | 3,847,500.00 | (135,000.00) | (300,000.00) |
| PGTI | 69336V101 | PGT INC | 4.0400 | 3.0300 | 4.0400 | 1.0000 | 1.0000 | USD | 1.0000 | 334,259.00 | 542,406.36 | 306,110.52 | (236,295.84) | 0.00 | 0.00 | 0.00 | 0.00 | (236,295.84) |
| 5BDXBS2 | 66899ABH4 | NORTHWESTERN CORP -CONTRA CUSIP- 8.75% 03/15/2049 66899ABH4 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,528,000.00 | 536,370.00 | 406,512.00 | (129,858.00) | 5,937,000.00 | 423,011.25 | 320,598.00 | (102,413.25) | (232,271.25) |
| 5144489 | H7110NAD5 | S-AIR GROUP SWISAIR 0.125% 12/31/2049 H7110NAD5 | 11.9221 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD | 1.0000 | 16,275,000.00 | 2,232,930.00 | 2,137,415.27 | (95,514.73) | 19,780,000.00 | 2,713,816.00 | 2,597,731.12 | (116,084.88) | (211,599.61) |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THRSF | G88576106 | THUNDERBIRD RESORTS INC NEW | | | | | | | (677.50) | 37,204.00 | 223,224.00 | 130,214.00 | (93,010.00) | (206,687.50) |
| N009546 | 64007P111 | WTS NEENAH ENTERPRISES INC | | | | | | | 3,574.50 | 57,444.00 | 91,910.40 | 5,744.40 | (86,166.00) | (199,783.50) |
| CORE | 218681104 | CORE MARK HOLDING CO INC | 26.8700 | 25.0900 | 26.8700 | 1.0000 | 1.0000 | USD 1.0000 | 13,377.00 | 359,439.99 | 252,423.99 | (107,016.00) | 9,357.00 | 251,422.59 | 176,566.59 | (74,856.00) | (181,872.00) |
| 3450402 | 238259Z65 | DAUPHIN CNTY PA GEN AUTH REV OFFICE & PKG-FORUM PL-SER A 6% 01/15/2025 238259Z65 | 0.0000 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,295,000.00 | 841,750.00 | 666,018.50 | (175,731.50) | (175,731.50) |
| DAL | 247361702 | DELTA AIR LINES INC DEL COM NEW | 8.1300 | 7.4500 | 8.1300 | 1.0000 | 1.0000 | USD 1.0000 | 591,804.00 | 4,811,366.52 | 4,693,005.72 | (118,360.80) | 262,805.00 | 2,136,604.65 | 2,084,043.65 | (52,561.00) | (170,921.80) |
| 5253291 | 558430AA4 | FRIEDE GOLDMAN INTL INC SUB NT CV-IN DEFAULT 4.50% 09/15/2049 358430AA4 | 0.0000 | 4.7500 | 4.7500 | 0.0100 | 1.0000 | USD 1.0000 | 52,619,000.00 | 2,499,402.50 | 2,367,855.00 | (131,547.50) | 15,677,000.00 | 744,657.50 | 705,465.00 | (39,192.50) | (170,740.00) |
| 5449492 | CH0010348594 | SAIR GROUP - IN DEFAULT 4.25% 02/02/2007 010645182 | 0.0000 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD 1.0000 | 795,000.00 | 109,074.00 | 104,408.30 | (4,665.70) | 12,000,000.00 | 1,646,400.00 | 1,501,044.95 | (145,355.05) | (150,020.75) |
| 5229955 | | PEREGRINE INVEST HOLDINGS LTD | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (146,704.00) |
| 5BBPVH5 | XS0301812557 | GMAC BANK GMBH EURO MEDIUM TERM NOTE 5.75% 05/21/2010 N3592XB66 | 109.1440 | 92.3090 | 92.3090 | 0.0100 | 1.0000 | USD 1.0000 | 920,000.00 | 849,242.80 | 784,430.64 | (64,812.16) | 1,080,000.00 | 996,937.20 | 920,853.36 | (76,083.84) | (140,896.00) |
| 5I19024 | 12668SDW3 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR 5.627% 07/25/2027 12668SDW3 | 78.1854 | 68.0000 | 68.0000 | 0.0100 | 1.0000 | USD 1.0000 | 2,150,000.00 | 1,462,000.00 | 1,397,500.00 | (64,500.00) | 2,525,000.00 | 1,717,000.00 | 1,641,250.00 | (75,750.00) | (140,250.00) |
| 5BFBRQ5 | 9262G0AF6 | VICTORIA FIN LTD 144A VR 090908-021709 0% 2/17/2009 9262G0AF6 | 65.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD 1.0000 | 1,100,000.00 | 462,000.00 | 385,000.00 | (77,000.00) | 900,000.00 | 378,000.00 | 315,000.00 | (63,000.00) | (140,000.00) |
| 5497368 | 339130AX4 | FLEMING COMPANIES INC SENIOR NOTES 9.25% 06/15/2010 339130AX4 | 0.0000 | 2.5000 | 2.5000 | 0.0100 | 1.0000 | USD 1.0000 | 17,368,000.00 | 434,200.00 | 347,360.00 | (86,840.00) | 7,882,000.00 | 197,050.00 | 157,640.00 | (39,410.00) | (126,250.00) |
| 5BBKVC2 | 640071AR7 | NEENAH CORP SR SECD NT 9.50% 01/01/2017 640071AR7 | 76.6250 | 72.0000 | 72.0000 | 0.0100 | 1.0000 | USD 1.0000 | 460,000.00 | 331,200.00 | 273,700.00 | (57,500.00) | 540,000.00 | 388,800.00 | 321,300.00 | (67,500.00) | (125,000.00) |
| 5204979 | 247361VM7 | DELTA AIR PTC 1990-E15 10.33% 05/26/2006 247361VM7 | 0.0000 | 34.1063 | 34.1063 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,801,000.00 | 614,254.46 | 497,537.06 | (116,717.40) | (116,717.40) |
| 5231755 | 87941TAD7 | TELEGLOBE INC GTD DEB 7.2% 07/20/2009 87941TAD7 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD 1.0000 | 26,335,000.00 | 329,187.50 | 263,350.00 | (65,837.50) | 16,619,000.00 | 207,737.50 | 166,190.00 | (41,547.50) | (107,385.00) |
| 5084588 | 247361VU9 | DELTA AIR PTC 1990-B16 10.79% 03/26/2014 247361VU9 | 81.5000 | 42.3770 | 42.3770 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250,000.00 | 529,712.50 | 425,528.75 | (104,183.75) | (104,183.75) |
| T104832 | 87941T972 | TELEGLOBE CANADA INC TEMP 8% 10/23/2026 | 0.0000 | 0.0080 | 0.0080 | 1.0000 | 1.0000 | USD 1.0000 | 13,000,000.00 | 104,000.00 | 51,275.86 | (52,724.14) | 12,000,000.00 | 96,000.00 | 47,331.56 | (48,668.44) | (101,392.58) |
| 5406872 | 59832WAE9 | MIDWEST GENERATION LLC PASSTHRU CTF SER A 8.30% 07/02/2009 59832WAE9 | 102.5940 | 100.7500 | 100.7500 | 0.0100 | 1.0000 | USD 1.0000 | 2,625,000.00 | 2,644,687.50 | 2,546,250.00 | (98,437.50) | 0.00 | 0.00 | 0.00 | 0.00 | (98,437.50) |
| 5197153 | 247361VK1 | DELTA AIR PTC 1990-C15 10.33% 03/26/2006 247361VK1 | 0.0000 | 34.1771 | 34.1771 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,601,000.00 | 547,175.37 | 451,009.71 | (96,165.66) | (96,165.66) |
| EXEXA | 269282109 | EXX INC CL A | 2.4500 | 1.4047 | 2.4500 | 1.0000 | 1.0000 | USD 1.0000 | 51,850.00 | 127,032.50 | 80,367.50 | (46,665.00) | 51,850.00 | 127,032.50 | 80,367.50 | (46,665.00) | (93,330.00) |
| 5253212 | 987406AA3 | YOSEMITE SECURITIES TRUST I 99-A LNKD ENRN OBLG LDS-DFLT 8.25% 11/15/2049 987406AA3 | 0.5000 | 2.0000 | 2.0000 | 0.0100 | 1.0000 | USD 1.0000 | 4,350,000.00 | 87,000.00 | 2,718.75 | (84,281.25) | 450,000.00 | 9,000.00 | 281.25 | (8,718.75) | (93,000.00) |
| 5451783 | 247361VW5 | DELTA AIR PTC 1990-D16 10.79% 03/26/2014 247361VW5 | 81.5000 | 34.3068 | 34.3068 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500,000.00 | 514,602.00 | 423,966.00 | (90,636.00) | (90,636.00) |
| 5778017 | 12556KAE5 | CIT GROUP FDG CO CDA SR NT 5.6% 11/02/2011 12556KAE5 | 80.0749 | 60.5000 | 60.5000 | 0.0100 | 1.0000 | USD 1.0000 | 4,815,000.00 | 2,913,075.00 | 2,864,925.00 | (48,150.00) | 3,935,000.00 | 2,380,675.00 | 2,341,325.00 | (39,350.00) | (87,500.00) |
| 5E11267 | 70557RAA8 | PEGASUS AVIATION LEASE SECURITIZATION IIASTBK/SERIES 5.81% 05/10/2031 70557RAA8 | 0.0000 | 43.0000 | 43.0000 | 0.0100 | 1.0000 | USD 1.0000 | 1,000,000.00 | 430,000.00 | 352,500.00 | (77,500.00) | 0.00 | 0.00 | 0.00 | 0.00 | (77,500.00) |
| 5174451 | 629377AN2 | NRG ENERGY INC SENIOR DEB 6.50% 05/16/2006 629377AN2 | 0.0000 | 0.3896 | 0.3896 | 0.0100 | 1.0000 | USD 1.0000 | 25,057,250.00 | 97,626.75 | 57,631.68 | (39,995.07) | 22,005,250.00 | 85,735.70 | 50,612.08 | (35,123.62) | (75,118.69) |
| 5648314 | 247361VX3 | DELTA AIR PTC 1990-E16 10.79% 03/26/2014 247361VX3 | 0.0000 | 34.1063 | 34.1063 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000,000.00 | 1,705,315.00 | 1,632,090.00 | (73,225.00) | (73,225.00) |
| 5BBFSB4 | 85431AFH5 | VICTORIA STANFIELD FIN LTD MTN VR 032406-032509 3.13% 3/24/2009 85431AFH5 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD 1.0000 | 550,000.00 | 231,000.00 | 192,500.00 | (38,500.00) | 450,000.00 | 189,000.00 | 157,500.00 | (31,500.00) | (70,000.00) |
| 5BBKJQ7 | 228499AA4 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- 11% 09/01/2005 228499AA4 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD 1.0000 | 29,260,000.00 | 73,150.00 | 36,575.00 | (36,575.00) | 25,937,000.00 | 64,842.50 | 32,421.25 | (32,421.25) | (68,996.25) |
| 5346617 | XS0120313605 | TXU EUROPE FUNDING LTD EURO ISSUE- IN DEFAULT 7% 11/30/2007 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD 1.0000 | 8,503,000.00 | 340,120.00 | 307,151.75 | (32,968.25) | 7,429,000.00 | 297,160.00 | 268,355.91 | (28,804.09) | (61,772.34) |
| 5596000 | 841338AA4 | SOUTHEAST BANKING CORP CV S/D -REG- FLAT 4.75% 10/15/1997 841338AA4 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD 1.0000 | 1,839,000.00 | 55,170.00 | 2,298.75 | (52,871.25) | 0.00 | 0.00 | 0.00 | 0.00 | (52,871.25) |
| 5263095 | XS0108136465 | RSL COMMUNICIATION LTD -DEFAULTED 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | 80,000.00 | 29,000.00 | (51,000.00) | (51,000.00) |
| 5334867 | XS0107420217 | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE 0% 02/10/2049 Q7366SAA1 | 0.0001 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250,000.00 | 87,500.00 | 37,500.00 | (50,000.00) | (50,000.00) |
| 5454713 | CH0004931496 | SAIRGROUP - IN DEFAULT 2.75% 07/30/2004 | 0.0000 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD 1.0000 | 2,265,000.00 | 310,758.00 | 297,465.17 | (13,292.83) | 2,815,000.00 | 386,218.00 | 350,931.64 | (35,286.36) | (48,579.19) |
| 5649514 | 247361VL9 | DELTA AIR PTC 1990-D15 10.33% 03/26/2009 247361VL9 | 0.0000 | 34.3068 | 34.3068 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 801,000.00 | 274,797.47 | 226,397.84 | (48,399.63) | (48,399.63) |
| 5856171 | XS0282593440 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/16/2012 G3336SSQ4 | 116.8762 | 99.8970 | 99.8970 | 0.0100 | 1.0000 | USD 1.0000 | 500,000.00 | 499,485.00 | 468,095.50 | (31,389.50) | 500,000.00 | 499,485.00 | 485,561.75 | (13,923.25) | (45,312.75) |
| 5296457 | CH0007268961 | S-AIR GROUP IN DEFAULT 2.125% 11/04/2004 | 0.0000 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD 1.0000 | 1,850,000.00 | 253,820.00 | 242,962.72 | (10,857.28) | 1,715,000.00 | 235,298.00 | 213,800.27 | (21,497.73) | (32,355.01) |
| 5370856 | 339130AP1 | FLEMING COS INC NTS 10.125% 04/01/2008 339130AP1 | 0.0000 | 2.5000 | 2.5000 | 0.0100 | 1.0000 | USD 1.0000 | 1,185,000.00 | 29,625.00 | 23,700.00 | (5,925.00) | 5,000,000.00 | 125,000.00 | 100,000.00 | (25,000.00) | (30,925.00) |
| 5123317 | | SOUTHEAST BANKING CORP EURO 0-CPN STAMPED CERT 0% 12/18/1996 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD 1.0000 | 2,410,000.00 | 72,300.00 | 60,250.00 | (12,050.00) | 3,300,000.00 | 99,000.00 | 82,500.00 | (16,500.00) | (28,550.00) |
| 5596002 | 841338AG1 | SOUTHEAST BANKING CORP SUB CAP CV NOTES-REG-FLAT- *IN DEFAULT 6.5% 03/15/1999 841338AG1 | 0.0000 | 3.0000 | 3.0000 | 0.0100 | 1.0000 | USD 1.0000 | 992,000.00 | 29,760.00 | 1,240.00 | (28,520.00) | 0.00 | 0.00 | 0.00 | 0.00 | (28,520.00) |
| 5404497 | XS0097617996 | HIH WINTERTHUR UNDER&AGY SVC LTD EURO MEDIUM TERM NOTE 5.987% 12/31/2049 Q36895AB8 | 0.0001 | 1.0000 | 1.0000 | 0.0100 | 1.0000 | USD 1.0000 | 1,740,000.00 | 17,400.00 | 0.00 | (17,400.00) | 760,000.00 | 7,600.00 | 0.00 | (7,600.00) | (25,000.00) |
| 5274711 | XS0108136036 | RSL COMMUNICATIONS PLC 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 40,000.00 | 16,100.00 | (23,900.00) | (23,900.00) |
| 5291907 | XS0108297044 | TXU EASTERN FUNDING 7.25% 03/08/2030 | 0.0000 | 8.9000 | 8.9000 | 0.0100 | 1.0000 | USD 1.0000 | 300,000.00 | 26,700.00 | 12,952.80 | (13,747.20) | 200,000.00 | 17,800.00 | 8,700.00 | (9,099.00) | (22,846.00) |
| 5343324 | 302088AN9 | EXODUS COMMUNICATIONS SENIOR NOTES- *IN DEFAULT* 11.375% 07/15/2008 302088AN9 | 0.0000 | 0.1100 | 0.1100 | 0.0100 | 1.0000 | USD 1.0000 | 13,650,000.00 | 15,017.40 | 0.00 | (15,017.40) | 4,260,000.00 | 4,686.75 | 0.00 | (4,686.75) | (19,704.15) |
| 5BBDQY5 | XS0299967413 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/15/2013 G3336SSS0 | 113.2334 | 97.0830 | 97.0830 | 0.0100 | 1.0000 | USD 1.0000 | 250,000.00 | 242,707.50 | 223,568.00 | (19,139.50) | 250,000.00 | 242,707.50 | 244,527.50 | 1,820.00 | (17,319.50) |
| 5065089 | 493137AD5 | KEY PLASTICS INC SR SUB NOTE SER B 10.25% 03/15/2007 493137AD5 | 0.0000 | 1.0500 | 1.0500 | 0.0100 | 1.0000 | USD 1.0000 | 1,650,000.00 | 17,325.00 | 8,250.00 | (9,075.00) | 1,350,000.00 | 14,175.00 | 6,750.00 | (7,425.00) | (16,500.00) |
| CDCO | 200334100 | COMDISCO HOLDING COMPANY INC | 9.8000 | 9.5100 | 9.8000 | 1.0000 | 1.0000 | USD 1.0000 | 6,664.00 | 65,307.20 | 56,644.00 | (8,663.20) | 4,837.00 | 47,402.60 | 41,114.50 | (6,288.10) | (14,951.30) |
| 5BDQNT2 | 612MM9IC4 | NORTHWESTERN CORP - MONTANA POWER CO - CONTRA CUSIP - 0% 12/23/2026 612MM9IC4 | 0.0000 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD 1.0000 | 340,000.00 | 23,800.00 | 18,020.00 | (5,780.00) | 278,000.00 | 19,460.00 | 14,734.00 | (4,726.00) | (10,506.00) |
| 9N44093 | | TELEGLOBE INC UNSECURED DEBENTURE IN DEFAULT 8.35% 06/20/2003 | 3.9844 | 0.8000 | 0.8000 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | 16,000.00 | 7,730.00 | (8,270.00) | (8,270.00) |
| 5BDQMJ0 | 612MM8A9 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.96% 12/21/2026 612MM8A9 | 6.8750 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD 1.0000 | 201,000.00 | 14,070.00 | 10,653.00 | (3,417.00) | 167,000.00 | 11,690.00 | 8,851.00 | (2,839.00) | (6,256.00) |
| 5BDQPD8 | 612MM9B6 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.07% 12/20/2026 612MM9B6 | 6.8750 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD 1.0000 | 197,000.00 | 13,790.00 | 10,441.00 | (3,349.00) | 162,000.00 | 11,340.00 | 8,586.00 | (2,754.00) | (6,103.00) |
| TDFXQ | 88553X103 | 3DFX INTERACTIVE INC | 0.0210 | 0.0170 | 0.0210 | 1.0000 | 1.0000 | USD 1.0000 | 223,100.00 | 4,895.10 | 3,790.70 | (1,631.70) | 99,500.00 | 2,089.50 | 1,393.00 | (696.50) | (2,328.20) |
| 5132068 | 462691AA4 | IRIDIUM OPERATING LLC 11.25% 07/15/2005 | 0.0000 | 0.6250 | 0.6250 | 0.0100 | 1.0000 | USD 1.0000 | 755,000.00 | 4,718.75 | 3,303.13 | (1,415.62) | 0.00 | 0.00 | 0.00 | 0.00 | (1,415.62) |
| 5342696 | XS0108551366 | EXODUS COMMUNICATIONS SENIOR NOTE 10.75% 12/15/2009 | 0.0000 | 0.1000 | 0.1000 | 0.0100 | 1.0000 | USD 1.0000 | 3,600,000.00 | 3,604.00 | 0.00 | (304.76) | 7,540,000.00 | 638.70 | 0.00 | (638.70) | (943.46) |
| KANF | 482828308 | KAANAPALI LAND LLC | 32.5000 | 30.6400 | 32.5000 | 1.0000 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 76.00 | 2,470.00 | 1,941.80 | (528.20) | (528.20) |
| 5272401 | 5071476 | INDORAYON INTL FINANCE USD-DEFAULTED 10% 03/29/2001 Y3982EAA6 | 0.0000 | 0.1085 | 0.1085 | 0.0100 | 1.0000 | USD 1.0000 | 400,000.00 | 400.00 | 0.00 | (400.00) | 0.00 | 0.00 | 0.00 | 0.00 | (400.00) |
| 5308012 | 302088AK5 | EXODUS COMMUNICATIONS INC SR NT 144A -IN DEFAULT 11.6250% 07/15/2010 302088AK5 | 0.0000 | 0.2588 | 0.2588 | 0.0100 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 105,000.00 | 271.74 | 0.00 | (271.74) | (271.74) |
| 9057437 | 683990873 | OPEN CONNECT SYSTEMS INC RESTRICTED | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 22,397.00 | 223.97 | 0.00 | (223.97) | (223.97) |
| 5070317 | 739731AB3 | PRATAMA DATAKOM ASIA ACCREDITED INVS 12.75% 07/15/2005 739731AB3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 500,000.00 | 50.00 | 0.00 | (50.00) | 0.00 | 0.00 | 0.00 | 0.00 | (50.00) |
| 5957202 | | SECURITIZED MULTIPLE ASSET A2 97-5 0% 06/29/2005 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 5,798,000.00 | 47.98 | 0.00 | (47.98) | 0.00 | 0.00 | 0.00 | 0.00 | (47.98) |
| DVHCS | 703044107 | PATENT LITIGATION TR BENEFICIAL TRUST INTERESTS | 0.0010 | 0.0005 | 0.0010 | 1.0000 | 1.0000 | USD 1.0000 | 53,071.00 | 26.54 | 26.54 | (0.01) | 20,069.00 | 10.03 | 10.03 | (0.01) | (0.01) |
| KGPMR | 483058111 | RTS KAISER GOVT PROGRAMS INC PUT RT PUR PFD KAISER GROUP | 0.0000 | 0.0001 | 0.0001 | 1.0000 | 1.0000 | USD 1.0000 | 51,750.00 | 5.18 | 5.17 | (0.01) | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) |
| 5579099 | 009451AH8 | AIRPLANES PASS THRU TRUST STF CL D 10.875% 03/15/2019 009451AH8 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 33,789,621.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A015124 | 029320991 | AMERICAN RICE INC ESCROW CUSIP | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 61,288.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5552686 | 029318AA0 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT 13% 07/31/2002 029318AA0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 315,000.00 | 0.00 | 0.00 | 0.00 | 230,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5956314 | TT3070725 | BANQUE PALLAS IN DEFAULT 10.125% 02/08/2026 TT3070725 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 63,800,000.00 | 0.00 | 0.00 | 0.00 | 16,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5230760 | 119003AF8 | BUDGET GROUP INC SR NTS *IN DEFAULT* 9.125% 04/01/2006 119003AF8 | 0.0000 | 0.0810 | 0.0810 | 0.0100 | 1.0000 | USD 1.0000 | 6,345,000.00 | 5,179.95 | 5,179.95 | 0.00 | 12,980,000.00 | 10,513.80 | 10,513.80 | 0.00 | 0.00 |
| 5500637 | 13077Y9A6 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR 5.62500 10/01/2034 13077Y9A6 | 3.2500 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 7,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5530871 | 13135BAF3 | CALPINE GENERATING CO LLC SR SECD NT *IN DEFAULT* 7.755% 04/01/2010 13135BAF3 | 7.6250 | 7.5000 | 7.5000 | 0.0100 | 1.0000 | USD 1.0000 | 600,000.00 | 45,000.00 | 450,000.00 | 450,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5247881 | 144500AC7 | CARRIER INTL A SR NOTE SER B 13.25% 02/15/2009 144500AC7 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD 1.0000 | 3,215,000.00 | 8,037.50 | 8,037.50 | 0.00 | 3,088,000.00 | 7,720.00 | 7,720.00 | 0.00 | 0.00 |
| CTLEE | 149479107 | CATTLESALE COMPANY | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD 1.0000 | 25,942.00 | 0.00 | 0.00 | 0.00 | 9,810.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5109824 | 15115MAL5 | CENTRAL DATA SYS INC/SR DISC 14% 01/01/2007 15115MAL5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 70,000,000.00 | 0.00 | 0.00 | 0.00 | 30,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5150557 | 15133CAC5 | CENTAUR MINING & EXPL LTD SENIOR SECD NOTE 11% 12/01/2007 15133CAC5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 100,930,000.00 | 0.00 | 0.00 | 0.00 | 20,070,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5046016 | 155560AA3 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE 10.625% 04/01/2007 155560AA3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD 1.0000 | 2,540,000.00 | 9,525.00 | 0.00 | 0.00 | 9,460,000.00 | 35,475.00 | 35,475.00 | 0.00 | 0.00 |

| ID | CUSIP | Description | P1 | P2 | P3 | Factor | U1 | U2 | Cur | FX | ParA | MVA1 | MVA2 | ParB | MVB1 | MVB2 | Z | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5147251 | 12542AAB3 | CHS ELECTRONICS INC SENIOR NOTES 9.875% 04/15/2005 12542AAB3 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 27,500,000.00 | 137,500.00 | 137,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BBDTK4 | 12560PEA5 | CIT GROUP INC MEDIUM TERM SR NTS 2.9050% 10/27/2008 12560PEA5 | 0.0000 | 98.2040 | 98.2040 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 4,500,000.00 | 0.00 | 0.00 | 0.00 | 4,419,180.00 | 4,419,180.00 | 0.00 | 0.00 |
| 5307531 | 196267AD0 | COLOR TILE INC SR NT IN DEFAULT 10.75% 12/15/2001 196267AD0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 3,262,000.00 | 0.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5220319 | 21061PAD8 | CONSUMER PACKAGING INC SR NOTE 9.75% 02/01/2007 21061PAD8 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 8,800,000.00 | 0.00 | 0.00 | 23,854,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5272505 | 2107959D4 | CONTINENTAL AIRLINES INC NOTES GTD-REG-ESCROW-DEFAULT 11.5% 03/15/1997 2107959D4 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 26,400,000.00 | 0.00 | 0.00 | 13,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5430398 | 2338609B3 | DAIRY MART CONVENIENCE STORES INC - ESCROW - 10.25% 03/15/2004 2338609B3 | 0.0000 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 742,000.00 | 74.20 | 74.20 | 584,000.00 | 58.40 | 58.40 | 0.00 | 0.00 |
| D084752 | 243457108 | DECISIONONE CORP NEW | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 36.00 | 0.00 | 0.00 | 58.00 | 58.40 | 58.40 | 0.00 | 0.00 |
| 5115626 | 247701AB1 | DELTA MILLS INC SR NOTE SER B 9.62500 09/01/2008 247701AB1 | 0.0000 | 8.6000 | 8.6000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 3,092,000.00 | 265,912.00 | 265,912.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5123009 | 262497AG5 | DRYPERS CORP SR NTS SER-B 10.25% 06/15/2007 262497AG5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 5,004,000.00 | 0.00 | 0.00 | 15,953,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5310628 | 2695249C0 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- 10.75% 07/15/2008 2695249C0 | 0.0000 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 15,218,000.00 | 1,521.80 | 1,521.80 | 11,000,000.00 | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| 5030910 | 200336889 | ESC COMDISCO INC NOTE - ESCROW - 6.125% 01/15/2003 200336889 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 1,450,000.00 | 0.00 | 0.00 | 1,050,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5037926 | 4983269C3 | ESC KITTY HAWK INC SR SECD NTS 9.95% 11/15/2004 4983269C3 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 11,530,000.00 | 57,650.00 | 57,650.00 | 22,523,800.00 | 112,619.00 | 112,619.00 | 0.00 | 0.00 |
| 5578456 | 2107959L6 | ESCROW CONTINENTAL AIRLINES INC "IN DEFAULT" 10% 11/15/2001 2107959L6 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 8,600,000.00 | 0.00 | 0.00 | 5,718,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5359457 | 40065L9B9 | ESCROW GUANGDONG INTL TR & INVT 144A 8.75% 11/23/2003 40065L9B9 | 0.0000 | 4.6500 | 4.6500 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 153,450.00 | 153,450.00 | 1,700,000.00 | 79,050.00 | 79,050.00 | 0.00 | 0.00 |
| 5358558 | 40065L9A1 | ESCROW GUANGDONG INTL TR & INVT 144A-IN DEFAULT 6.75% 11/15/2020 40065L9A1 | 0.0000 | 4.6500 | 4.6500 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 2,925,000.00 | 136,012.50 | 136,012.50 | 1,575,000.00 | 73,237.50 | 73,237.50 | 0.00 | 0.00 |
| 5294718 | 297862AB0 | ETOYS IND CONV SUB NOTE-IN DEFAULT 6.25% 12/01/2004 297862AB0 | 0.0000 | 1.4500 | 1.4500 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 5,985,000.00 | 86,782.50 | 86,782.50 | 4,000,000.00 | 58,000.00 | 58,000.00 | 0.00 | 0.00 |
| 5261713 | 302088AH2 | EXODUS COMMUNICATIONS INC SR NT - IN DEFAULT 10.75% 12/15/2009 302088AH2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 34,039,000.00 | 0.00 | 0.00 | 53,180,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5158280 | 302088AB5 | EXODUS COMMUNICATIONS INC SR NTS - IN DEFAULT 11.25% 07/01/2008 302088AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 50,420,000.00 | 0.00 | 0.00 | 25,850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5355200 | 302088AL3 | EXODUS COMMUNICATIONS INC NTS SR NT 11.625% 07/15/2010 302088AL3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 164,013,000.00 | 0.00 | 0.00 | 191,285,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F006921 | 301990719 | FCLT LOANS ASSET (FIRST CITY LIQ. TRUST) | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 109,941.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FCFCL | 33762E108 | FIRSTCITY LIQUIDATING TRUST CL B CBI | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 109,941.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3BBWTX8 | 36099ACJ0 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC 5.30% 05/01/2013 36099ACJ0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 120,000.00 | 0.00 | 0.00 | 120,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5233639 | 37937WAD1 | GLOBAL RATED ELIGIBLE ASSET TR 1998-A ASST BACKED NT -DEFAULT 0% 01/15/2003 37937WAD1 | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 79,740,000.00 | 797.40 | 797.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C64242 | 37937WAA7 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 7.33% 03/15/2006 37937WAA7 | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 31,643,000.00 | 316.43 | 316.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C64936 | 37937WAB5 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A CL A-DEFAULT 7.06% 09/15/2007 37937WAB5 | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 12,362,000.00 | 123.62 | 123.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5f39489 | 38012TAB8 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 CLASS A2 5.75% 10/25/2036 38012TAB8 | 76.9930 | 58.0000 | 58.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 6,836,750.00 | 3,965,315.00 | 3,965,315.00 | 8,025,750.00 | 4,654,935.00 | 4,654,935.00 | 0.00 | 0.00 |
| 5BBQVB1 | 36186LAC7 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 6.193% 12/25/2037 36186LAC7 | 48.0810 | 48.0000 | 48.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 15,410,000.00 | 7,396,800.00 | 7,396,800.00 | 18,090,000.00 | 8,683,200.00 | 8,683,200.00 | 0.00 | 0.00 |
| 5BBQTZ9 | 36186LAD5 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 6.424% 12/25/2037 36186LAD5 | 31.7589 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 18,170,000.00 | 7,994,800.00 | 7,994,800.00 | 21,330,000.00 | 9,385,200.00 | 9,385,200.00 | 0.00 | 0.00 |
| 5f41557 | 38012TAD4 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4 VAR 6.088% 10/25/2036 38012TAD4 | 81.7825 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 1,725,000.00 | 759,000.00 | 759,000.00 | 2,025,000.00 | 891,000.00 | 891,000.00 | 0.00 | 0.00 |
| 5BBKVN8 | 36186KAD7 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR 5.952% 08/25/2037 36186KAD7 | 38.1446 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,000.00 | 1,518,000.00 | 4,050,000.00 | 1,782,000.00 | 1,782,000.00 | 0.00 | 0.00 |
| 5282351 | 361881AA3 | GMD BONDHOLDER TRUST OFFSHORE TR CTF 144A 0% 12/31/2026 361881AA3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5281808 | G3944MAA5 | GMD BONDHOLDER TRUST OFFSHORE TR CTF REG S 0% 12/31/2026 G3944MAA5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 4,218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5957171 | | GREAT 98-A SERIES A-2 FRN | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 4,733,000.00 | 47.33 | 47.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5246447 | 36228YAC9 | GST NETWORK FUNDING INC SR SECD DISC NTE DEFAULT 10.50% 05/01/2008 36228YAC9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 4,000,000.00 | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5329921 | 362359AC5 | GT GROUP TELECOM INC SENIOR DISC EXCH NTS-DEFAULTED 13.25% 02/01/2010 362359AC5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 17,000,000.00 | 0.00 | 0.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5252671 | 422660AD2 | HECHINGER CO *IN DEFAULT* 6.95% 10/15/2003 422660AD2 | 0.0000 | 1.5000 | 1.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 5,892,000.00 | 88,380.00 | 88,380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5205553 | 422660AC4 | HECHINGER CO SR DEBS 9.45% 11/15/2012 422660AC4 | 0.0000 | 1.5000 | 1.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 20,158,000.00 | 302,370.00 | 302,370.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5223763 | 457659AM2 | INSILCO CORP SR SUB NOTE SER-B *IN DEFAULT* 12% 08/15/2007 457659AM2 | 0.0000 | 0.0625 | 0.0625 | 0.0625 | 1.0000 | 1.0000 | USD | 1.0000 | 23,300,000.00 | 14,562.50 | 14,562.50 | 20,185,000.00 | 12,615.63 | 12,615.63 | 0.00 | 0.00 |
| 5143514 | 457661AA4 | INSILCO HOLDINGG CO SR DISC NT 14% 08/15/2008 457661AA4 | 0.0000 | 0.0625 | 0.0625 | 0.0625 | 1.0000 | 1.0000 | USD | 1.0000 | 8,250,000.00 | 5,156.25 | 5,156.25 | 6,750,000.00 | 4,218.75 | 4,218.75 | 0.00 | 0.00 |
| 5051503 | 462213AK5 | IONICA PLC -SNR DISC NTS 15% 12/31/2049 462213AK5 | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 30.00 | 30.00 | 1,500,000.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| 5033225 | 462213AJ8 | IONICA PLC SR NOTE 13.50% 08/15/2006 462213AJ8 | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 30.00 | 30.00 | 1,500,000.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| 5249169 | 465266AC8 | IT GROUP INC SENIOR SUB NOTE SER B 11.25% 04/01/2009 465266AC8 | 0.0000 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 49,600,000.00 | 4,960.00 | 4,960.00 | 36,949,500.00 | 3,694.95 | 3,694.95 | 0.00 | 0.00 |
| 5574462 | 477122AV7 | JET EQUIPMENT TR MEZZANINE NOTE CL B 95-B 7.83% 08/15/2012 477122AV7 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 3,640,000.00 | 364.00 | 364.00 | 2,860,000.00 | 286.00 | 286.00 | 0.00 | 0.00 |
| 5142368 | 488035AE6 | KELLSTROM INDS INC CONV SUB NOTES-*DEFAULTED* 5.50% 06/15/2003 488035AE6 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 24,440,000.00 | 305,500.00 | 305,500.00 | 23,010,000.00 | 287,625.00 | 287,625.00 | 0.00 | 0.00 |
| 5125334 | 488035AC0 | KELLSTROM INDS INC SUB NTS CONV 5.75% 10/15/2002 488035AC0 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 14,153,000.00 | 176,912.50 | 176,912.50 | 15,209,000.00 | 190,112.50 | 190,112.50 | 0.00 | 0.00 |
| LEHIQ | B2PJYC5 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% | 8.2500 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 44,482.00 | 444.82 | 444.82 | 36,718.00 | 367.18 | 367.18 | 0.00 | 0.00 |
| 5109706 | 537902AC2 | LIVENT INC SR NTS - IN DEFAULT 9.375% 10/15/2004 537902AC2 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 20,005,000.00 | 50,012.50 | 50,012.50 | 18,167,000.00 | 45,417.50 | 45,417.50 | 0.00 | 0.00 |
| 5278012 | 54986QAA5 | LUKENS INC SENIOR NOTE 6.50% 02/01/2006 54986QAA5 | 0.0000 | 0.0625 | 0.0625 | 0.0625 | 1.0000 | 1.0000 | USD | 1.0000 | 2,250,000.00 | 1,406.25 | 1,406.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5502020 | 586169AN4 | MEMPHIS TN HLTH EDL&HSG FAC BRD MFHR SECUR -A-IN DEFAULT 8.68% 12/15/2049 586169AN4 | 0.0100 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3681870 | 607168AY7 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY 6.95% 01/01/2020 607168AY7 | 0.0100 | 25.0000 | 25.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 195,294.00 | 48,823.50 | 48,823.50 | 9,294.00 | 2,323.50 | 2,323.50 | 0.00 | 0.00 |
| 3BBZCT2 | 64999BJL9 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES 6% 06/01/2027 64999BJL9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 500,000.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C98570 | 62936EAF5 | NPV VI INC 1998-2 HEALTH CARE RCVBLES NT 6.10% 5/1/2004 62936EAF5 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 8,750.00 | 8,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5368394 | 629377AL6 | NRG ENERGY INC BONDS-DEFAULT 8.6250% 04/01/2031 629377AL6 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 63,600,000.00 | 146,280.00 | 146,280.00 | 56,400,000.00 | 129,720.00 | 129,720.00 | 0.00 | 0.00 |
| 5310622 | 629377AG7 | NRG ENERGY INC DEFAULT 8.25% 09/15/2010 629377AG7 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 23,850,000.00 | 54,855.00 | 54,855.00 | 21,150,000.00 | 48,645.00 | 48,645.00 | 0.00 | 0.00 |
| 5368395 | 629377AK8 | NRG ENERGY INC NOTES-DEFAULT 7.75% 04/01/2011 629377AK8 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 23,850,000.00 | 54,855.00 | 54,855.00 | 21,150,000.00 | 48,645.00 | 48,645.00 | 0.00 | 0.00 |
| 5219666 | 629377AE2 | NRG ENERGY INC SR NOTE 7.50% 06/01/2009 629377AE2 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 34,450,000.00 | 79,235.00 | 79,235.00 | 30,550,000.00 | 70,265.00 | 70,265.00 | 0.00 | 0.00 |
| 5075991 | 629377AD4 | NRG ENERGY INC SR NOTE 7.50% 06/15/2007 629377AD4 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 34,450,000.00 | 79,235.00 | 79,235.00 | 30,550,000.00 | 70,265.00 | 70,265.00 | 0.00 | 0.00 |
| 5BDDFC1 | 629ESC9Q9 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9Q9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 20,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC4 | 629ESC9W6 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9W6 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC3 | 629ESC9U0 | NWA A SEN - ESCROW CUSIP - 2.52% 11/01/2004 629ESC9U0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 6,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC2 | 629ESC9S5 | NWA A SEN - ESCROW CUSIP - 5.52% 10/01/2007 629ESC9S5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 40,275,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDDY9 | 629ESC9B2 | NWA A SEN - ESCROW CUSIP - 6.36% 03/01/2005 629ESC9B2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 27,250,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PPH102 | 693344AA1 | PHP HEALTHCARE CORPORATION SUB DEB CONV 144A 6.5% 12/15/2002 693344AA1 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 10,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5002347 | 693344AC7 | PHP HEALTHCARE CORPORATION SUB DEB CV 6.50% 12/15/2002 693344AC7 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 18,301,000.00 | 0.00 | 0.00 | 3,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5395354 | G7111WAA1 | PIV INVESTMENT FINANCE CV REG S-DEFAULT 4.50% 12/01/2049 G7111WAA1 | 0.0000 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 26,310,000.00 | 1,841,700.00 | 1,841,700.00 | 1,040,000.00 | 72,800.00 | 72,800.00 | 0.00 | 0.00 |
| 5470166 | CH0007054415 | POLLY PECK EURO #53800 -SF-"DEFAULT" 6% 12/31/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 29,165,000.00 | 145,825.00 | 145,825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5478587 | CH0007054742 | POLLY PECK EURO #55857 "DEFAULT" 5.75% 12/31/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 28,240,000.00 | 141,200.00 | 141,200.00 | 21,145,000.00 | 105,725.00 | 105,725.00 | 0.00 | 0.00 |
| 5018341 | CH0007067793 | POLLY PECK INTERNATIONAL "DEFAULT" 8.75% 01/03/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 10,815,000.00 | 54,075.00 | 54,075.00 | 10,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5446758 | XS0015080673 | POLLY PECK EURO #62976-"IN DEFAULT-" 7.25% 01/04/2005 G71536AG4 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 8,975,000.00 | 44,875.00 | 44,875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5225032 | CH0007054304 | POLLY PECK INTL FINANCE LTD 6.25% 11/19/1990 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 23,420,000.00 | 117,100.00 | 117,100.00 | 995,000.00 | 4,975.00 | 4,975.00 | 0.00 | 0.00 |
| 5494069 | DE0004837372 | POLLY PECK INTL FINANCE-DM EURO #55888 CPN 6% 04/20/2010 | 0.0000 | 0.4300 | 0.4300 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 21,708,000.00 | 108,540.00 | 108,540.00 | 7,000,000.00 | 30,100.00 | 30,100.00 | 0.00 | 0.00 |
| 5173374 | 78649QAA3 | SAFETY KLEEN SERVICES INC SR SUB NOTE- IN DEAULT 9.25% 06/01/2008 78649QAA3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | 1.0000 | USD | 1.0000 | 34,270,000.00 | 0.00 | 0.00 | 30,820,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5216675 | 81375BAJ1 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5 ASSET BACKED 7.72% 06/15/2005 81375BAJ1 | 0.0000 | 0.0010 | 0.0010 | 0.0010 | 1.0000 | 1.0000 | USD | 1.0000 | 27,850,000.00 | 278.50 | 278.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CUSIP | Symbol | Description | P1 | P2 | P3 | | Factor | Cur | Rate | Qty1 | Mkt1 | Cost1 | Unreal1 | Qty2 | Mkt2 | Cost2 | Unreal2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5245527 | 81375BAK8 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACK...BAK | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 5C60831 | 81375BAN2 | SECURITIZED MULTIPLE ASSET TR ASSET BKD NT 7.056% 06/15/2005 81375BAN2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 5E12094 | 81375BAM4 | SECURITIZED MULTIPLE ASSET SERIES 1997-6 CL A-1 7.71% 11/15/2006 81375BAM4 | 0.0000 | 0.0010 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 30,068,000.00 | 300.68 | 300.68 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 5237126 | 784123AF8 | SFC NEW HLDGS INC SR SUB NT 13.25% 08/15/2003 784123AF8 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 0.00 | 0.00 | 0.00 | 17,530,050.00 | 0.00 | 0.00 | | |
| 5563864 | 836153AC0 | SOURCE MEDIA INC SR SECD NTS 12.00000 11/01/2049 836153AC0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,876,944.00 | 0.00 | 0.00 | 0.00 | 5,000,000.00 | 0.00 | 0.00 | | |
| SSMB | 86783360 | SUNSHINE MNG & REFNG COMPANY PAR %0.01 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,483,635.00 | 0.00 | 0.00 | 0.00 | 5,999,544.00 | 0.00 | 0.00 | | |
| 5070867 | 292689AC0 | TXU - ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 7.425% 10/15/2017 292689AC0 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,880,000.00 | 3,776,000.00 | 3,776,000.00 | 0.00 | 18,255,000.00 | 3,651,000.00 | 3,651,000.00 | | |
| 5071495 | 292689AD8 | TXU - ENERGY GROUP OVERSEAS BV GTD NT 7.55% 10/15/2027 292689AD8 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,633,000.00 | 6,126,600.00 | 6,126,600.00 | 0.00 | 21,450,000.00 | 4,290,000.00 | 4,290,000.00 | | |
| 5264525 | 873169AJ5 | TXU EASTERN FUNDING CO GTD SR NOTE 6.75% 05/15/2009 873169AJ5 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,650,000.00 | 346,000.00 | 346,000.00 | 0.00 | 10,167,000.00 | 406,680.00 | 406,680.00 | | |
| 5264215 | 873169AF3 | TXU EASTERN FUNDING GTD SR NT- IN DEFAULT 6.45000 05/15/2005 873169AF3 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,037,000.00 | 161,480.00 | 161,480.00 | 0.00 | 815,000.00 | 32,600.00 | 32,600.00 | | |
| 5261756 | 92326YAF6 | VENTURE HOLDINGS TRUST *IN DEFAULT* 11.00000 12/31/2049 92326YAF6 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,475,000.00 | 14,343.75 | 14,343.75 | 0.00 | 10,575,000.00 | 13,218.75 | 13,218.75 | | |
| 5102085 | 92326YAD1 | VENTURE HOLDINGS TRUST SR NOTE SER B 9.50% 07/01/2005 92326YAD1 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,125,000.00 | 8,906.25 | 8,906.25 | 0.00 | 7,125,000.00 | 8,906.25 | 8,906.25 | | |
| VIAHF | G93447111 | VIATEL HOLDING BERMUDA LIMITED NEW | 1.0000 | 1.0000 | 1.0000 | 1.0000 | | USD | 1.0000 | 187.00 | 187.00 | 187.00 | 0.00 | 164.00 | 164.00 | 164.00 | | |
| 5726350 | 93934WAA3 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A *IN DEFAULT* 6.534% 12/29/2049 93934WAA3 | 10.1880 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,980,000.00 | 0.00 | 0.00 | 0.00 | 7,020,000.00 | 0.00 | 0.00 | | |
| WAMPQ | 939322814 | WASHINGTON MUTUAL INC 7.75% SERIES K NON CUM PERPETUAL CONV PREFERRED STOCK | 285.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,520.00 | 0.00 | 0.00 | 0.00 | 6,480.00 | 0.00 | 0.00 | | |
| 5002385 | 960080AB5 | WESTFED HOLDINGS INC MNT SER DEB SPLT CPN 15.50% 09/15/2049 960080AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | | |
| 5042652 | 978093AE2 | WOLVERINE TUBE INC SENIOR NOTE SER B 10.50% 04/01/2009 978093AE2 | 92.0000 | 85.0000 | 85.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 966,000.00 | 821,100.00 | 821,100.00 | 0.00 | 241,000.00 | 204,850.00 | 204,850.00 | | |
| C010314 | 125127159 | WTS CD RADIO INC EXP 5/15/2009 ACCREDITED INVS | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ICGCW | 449246115 | WTS ICG COMMUNICATIONS INC | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,911.00 | 0.00 | 0.00 | 0.00 | 7,054.00 | 0.00 | 0.00 | | |
| W003885 | 94769A119 | WTS WEBLINK WIRELESS EXP PENDING 2012 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 201,455.00 | 0.00 | 0.00 | 0.00 | 134,303.00 | 0.00 | 0.00 | | |
| 5322253 | 55376WAD1 | MTS INC SR SUB NOTE 9.375% 03/19/2009 55376WAD1 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,036,450.00 | 181,640.25 | 181,640.25 | 0.01 | 2,610,135.00 | 117,456.08 | 117,456.08 | | 0.01 |
| 5955774 | CH0001188025 | SASEA HOLDINGS 3.25% 10/01/2042 | 0.0000 | 1.1800 | 1.1800 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 17,100.00 | 201.78 | 208.79 | 7.01 | 7.01 |
| 5C58202 | 393505YC0 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES 7.75% 03/15/2028 393505YC0 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 795,000.00 | 44.63 | 79.50 | 34.87 | 680,000.00 | 38.18 | 68.00 | 29.82 | 64.69 |
| 5273066 | 195204AA0 | COLO.COM SR NOTE 144A - IN DEFAULT 13.875% 03/15/2010 195204AA0 | 0.0000 | 0.0082 | 0.0082 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 4,293,000.00 | 354.07 | 429.30 | 75.23 | 75.23 |
| 5C48250 | 393505UY6 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB 7.73% 02/15/2029 393505UY6 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 4,644,999.00 | 261.43 | 464.50 | 203.07 | 3,956,000.00 | 222.66 | 395.60 | 172.94 | 376.01 |
| 5258646 | CH0001129714 | MAXWELL COMMUNICATIONS VAR RATE LIQUID 5% 12/31/2050 | 0.0000 | 1.0500 | 1.0500 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,897,324.00 | 19,921.90 | 20,614.54 | 692.64 | 692.64 |
| 5127481 | XS0045549812 | MAXWELL COMMUN 8.375% 09/01/2030 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 7,943,000.00 | 35,743.50 | 37,285.67 | 1,542.17 | 1,542.17 |
| 5051115 | DE0004115027 | MAXWELL COMMUNICATIONS EURO DEBS 0% 06/15/2049 G59024AF9 | 0.0000 | 0.3100 | 0.3100 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 16,459,000.00 | 51,022.90 | 52,852.07 | 1,829.17 | 1,829.17 |
| 5463379 | CH0001207908 | SAIRGROUP *IN DEFAULT* 5.125% 03/01/2003 H83970AX33 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 115,000.00 | 11,794.87 | 14,336.46 | 2,541.59 | 2,541.59 |
| 5449494 | H83970AJ4 | SAIRGROUP 2.775% 09/10/2049 H83970AJ4 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750,000.00 | 179,487.18 | 210,108.44 | 30,621.26 | 30,621.26 |
| 5BBQTY6 | 36186LAG8 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 6.249% 12/25/2037 36186LAG8 | 46.2138 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,600.00 | 1,535,250.00 | 17,250.00 | 4,050,000.00 | 1,782,000.00 | 1,802,250.00 | 20,250.00 | 37,500.00 |
| 5461232 | CH0001207569 | SAIRGROUP ZUERICH VARIABLE RATE 4.125% 02/15/2013 H83970AU9 | 10.9948 | 10.5600 | 10.5600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,035,000.00 | 214,896.00 | 253,693.03 | 38,797.03 | 38,797.03 |
| 5262964 | 78442FDQ8 | SLM CORP MEDIUM TERM NTS 3.60% 07/27/2009 78442FDQ8 | 94.5000 | 88.0000 | 88.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,840,000.00 | 1,619,200.00 | 1,638,764.00 | 19,504.00 | 2,160,000.00 | 1,900,800.00 | 1,923,696.00 | 22,896.00 | 42,400.00 |
| NWA | 667280408 | NORTHWEST AIRLS CORP | 9.8500 | 9.8000 | 9.8500 | 0.0100 | 1.0000 | USD | 1.0000 | 416,436.00 | 4,101,894.60 | 4,122,716.40 | 20,821.80 | 445,643.00 | 4,389,583.55 | 4,411,865.70 | 22,282.15 | 43,103.95 |
| 5381485 | 125581AV0 | CIT GROUP INC NEW SR NT 3.04938% 01/30/2009 125581AV0 | 97.7330 | 90.0940 | 90.0940 | 0.0100 | 1.0000 | USD | 1.0000 | 1,650,000.00 | 1,486,551.00 | 1,511,730.00 | 25,179.00 | 1,350,000.00 | 1,216,269.00 | 1,236,870.00 | 20,601.00 | 45,780.00 |
| 5574272 | 13135BAE6 | CALPINE GENERATING CO 9.07% 04/01/2009 13135BAE6 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 14,800,000.00 | 37,000.00 | 74,000.00 | 37,000.00 | 5,200,000.00 | 13,000.00 | 26,000.00 | 13,000.00 | 50,000.00 |
| 5BBQTZ6 | 36186LAB9 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 6.054% 12/25/2037 36186LAB9 | 48.9240 | 49.0000 | 49.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,523,920.00 | 1,726,720.80 | 1,761,960.00 | 35,239.20 | 4,429,080.00 | 2,170,249.20 | 2,214,540.00 | 44,290.80 | 79,530.00 |
| 5741989 | 247361VR6 | DELTA AIR PTC 1990-G3 10.79% 09/26/2013 247361VR6 | 84.5000 | 25.5343 | 25.5343 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 10,772,000.00 | 2,750,554.80 | 2,830,364.54 | 79,809.74 | 79,809.74 |
| 5252629 | XS0103759089 | S-AIR GROUP FIN 7.50% 11/15/2007 | 0.0000 | 3.3150 | 3.3150 | 0.0100 | 1.0000 | USD | 1.0000 | 2,270,000.00 | 75,250.50 | 124,850.00 | 49,599.50 | 1,730,000.00 | 57,349.50 | 95,150.00 | 37,800.50 | 87,400.00 |
| 5666251 | 125568AB1 | CIT GROUP FUNDING CO CDA SR NT 4.65% 07/01/2010 125568AB1 | 85.7500 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 550,000.00 | 357,500.00 | 486,640.00 | 129,140.00 | 450,000.00 | 292,500.00 | 398,160.00 | 105,660.00 | 234,800.00 |
| 5169833 | 963150AA5 | WHEELING PITTSBURGH STL CORP SR SECD NT 6% 08/01/2010 963150AA5 | 55.0000 | 97.0000 | 97.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,705,304.00 | 6,504,144.88 | 6,705,304.00 | 201,159.12 | 2,274,859.00 | 2,206,613.23 | 2,274,859.00 | 68,245.77 | 269,404.89 |
| 5634664 | 125577AV8 | CIT GROUP INC R/MD 5.09125 12/19/2008 2.72875% 12/19/2008 125577AV8 | 98.6360 | 93.0000 | 93.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 3,069,000.00 | 3,219,810.00 | 150,810.00 | 2,700,000.00 | 2,511,000.00 | 2,634,390.00 | 123,390.00 | 274,200.00 |
| 5435819 | CH0003532998 | SWISSAIR CORP ***IN DEFAULT 6.275% 04/12/2005 | 0.0000 | 10.2600 | 10.2600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000,000.00 | 1,026,000.00 | 1,313,311.99 | 287,311.99 | 287,311.99 |
| 5555517 | 247361VV7 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 C 10.79% 03/26/2014 247361VV7 | 81.5000 | 34.1771 | 34.1771 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,258,000.00 | 1,797,031.92 | 2,108,663.06 | 311,631.14 | 311,631.14 |
| 5725709 | 902549AE4 | UAL CORP PED SETTLEMENT BD 5% 02/01/2021 902549AE4 | 51.6250 | 42.8750 | 42.8750 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 986,125.00 | 1,129,990.00 | 143,865.00 | 2,700,000.00 | 1,157,625.00 | 1,326,510.00 | 168,885.00 | 312,750.00 |
| 5516264 | G33365PB0 | FCE BANK PLC EURO MEDIUM TERM NOTE 5.728% 09/30/2009 G33365PB0 | 133.0467 | 121.0020 | 121.0020 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 8,470,140.00 | 8,802,990.00 | 332,850.00 | 0.00 | 0.00 | 0.00 | 343,048.36 | 332,850.00 |
| 5077083 | 755246AA3 | READ RITE CORP CONV SUB NOTES 6.50% 09/01/2004 755246AA3 | 0.0000 | 0.6855 | 0.6855 | 0.0100 | 1.0000 | USD | 1.0000 | 10,350,000.00 | 70,951.64 | 414,000.00 | 343,048.36 | 0.00 | 0.00 | 0.00 | 0.00 | 343,048.36 |
| 5362572 | 04518GAB7 | ASIA GLOBAL CROSSING LTD SR NT *IN DEFAULT* 13.375% 10/15/2010 04518GAB7 | 0.0000 | 3.2890 | 3.2890 | 0.0100 | 1.0000 | USD | 1.0000 | 42,129,000.00 | 1,385,606.15 | 1,685,160.00 | 299,553.85 | 34,794,000.00 | 1,144,360.90 | 1,391,760.00 | 247,399.10 | 546,952.95 |
| 5259929 | 76113BAF6 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 | 28.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,663,000.00 | 585,860.00 | 1,384,760.00 | 798,900.00 | 2,337,000.00 | 514,140.00 | 853,005.00 | 338,865.00 | 1,137,765.00 |
| 5356646 | 370425RU6 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES 7.25% 03/02/2011 370425RU6 | 71.0000 | 47.7500 | 47.7500 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,363,625.00 | 3,081,375.00 | 717,750.00 | 4,050,000.00 | 1,933,875.00 | 2,521,125.00 | 587,250.00 | 1,305,000.00 |
| 5239485 | 247367AE5 | DELTA AIR PTC 1993-A1 9.875% 4/30/2008 247367AE5 | 84.2500 | 5.8213 | 5.8213 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000,000.00 | 698,557.21 | 469,025.89 | (229,531.32) | (229,531.32) |
| 5BBGFL9 | 37047ZBM0 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.72143% 05/22/2009 37047ZBM0 | 82.8457 | 73.0000 | 73.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,535,000.00 | 9,880,550.00 | 11,240,627.37 | 1,360,077.37 | 14,590,000.00 | 10,650,700.00 | 12,116,790.05 | 1,466,090.05 | 2,826,167.42 |
| 5202379 | 247367AF2 | DELTA AIRLINES INC DEL PASS THRU TRS PASS THRU CTF 10.5% 04/30/2016 247367AF2 | 46.5000 | 16.0982 | 16.0982 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 11,487,000.00 | 1,849,203.35 | 2,147,489.41 | 298,286.06 | 298,286.06 |
| 5850819 | 12668VAA7 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S7 A-1-VAR 2.5513% 11/25/2035 12668VAA7 | 85.0263 | 32.1362 | 32.1362 | 0.0100 | 1.0000 | USD | 1.0000 | 6,400,000.00 | 1,478,262.29 | 1,200,524.57 | (277,738.72) | 5,400,000.00 | 1,735,352.56 | 1,409,311.46 | (326,041.10) | (603,779.82) |
| 5BCLLC0 | 69337YAE4 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.60% 12/25/2027 69337YAE4 | 80.3750 | 64.3846 | 64.3846 | 0.0100 | 1.0000 | USD | 1.0000 | 17,236,000.00 | 11,097,337.80 | 10,863,860.18 | (233,477.62) | 20,233,000.00 | 13,026,945.68 | 12,752,870.91 | (274,074.77) | (507,552.39) |
| 5183591 | 247367AC9 | DELTA AIR LINES INC DEL PASS THRU TRS CTF 1992 B-1 9.375% 09/11/2017 247367AC9 | 94.7500 | 4.8706 | 4.8706 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 19,144,000.00 | 932,424.05 | 994,695.34 | 62,271.29 | 62,271.29 |
| 5F99267 | 76110VSQ2 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 3.30688%12/25/2035 76110VSQ2 | 99.6291 | 12.7977 | 12.7977 | 0.0100 | 1.0000 | USD | 1.0000 | 8,947,000.00 | 1,145,006.57 | 1,062,271.50 | (82,735.07) | 10,503,000.00 | 1,344,138.15 | 1,247,014.37 | (97,123.78) | (179,858.85) |
| | | | | | | | | | | | | | (80,523,963.34) | | | | (72,461,674.02) | (152,985,637.36) |