## **Exhibit A-31**

| *United States Bankruptcy Court/Southern District of New York* | **PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>CES Aviation LLC | Case No of Debtor<br>08-13905 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, NY 10022
Attn: Paul D. Malek, Esq.

Telephone number:   212-739-7474   Email Address: pmalek@stonehillcap.com

☑ Check this box to indicate that this claim supersedes a previously filed claim.

Court Claim
Number: 18921
*(If known)*

Filed on: 09/21/2009

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:   Email Address:

**1.  Amount of Claim as of Date Case Filed:** $ 77,380,909.22

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2.  Basis for Claim:** Prime brokerage agreement (see attachment)
(See instruction #2 on reverse side.)

**3.  Last four digits of any number by which creditor identifies debtor:** _____
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4.  Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☑ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____  Basis for perfection: _____
**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6.  Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

**7.  Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.  Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

| Date:<br>7/29/14 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   *Paul Malek*<br>Paul Malek, General Counsel, Stonehill Capital Management LLC | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

   **3a. Debtor May Have Scheduled Account As:**
   Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, above.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the creditor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of a security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the creditor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Reduced**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

---

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

ATTACHMENT TO PROOF OF CLAIM OF
<u>STONEHILL INSTITUTIONAL PARTNERS, L.P.</u>

Stonehill Institutional Partners, L.P. ("<u>Claimant</u>") hereby files this claim (the Proof of

Claim Form together with this Attachment are referred to herein as the "<u>Claim</u>") in the chapter

11 case of CES Aviation LLC (the "<u>Debtor</u>") and, in support of the Claim, represents as follows:

<u>Background</u>

1.        Claimant is a private investment fund organized as an exempted company

under the laws of the Cayman Islands. Stonehill Capital Management LLC ("<u>SCM</u>") is

Claimant's investment adviser and an authorized signatory for Claimant.

2.        Prior to the commencement of these chapter 11 cases, Claimant had

various business relationships with and was party to a number of agreements with the Debtor

and its affiliates. A description of certain of these business relationships and agreements and the

claims of Claimant against the Debtor arising thereunder is set forth below.[1]

<u>Prime Brokerage</u>

3.        Lehman Brothers Inc. ("<u>LBI</u>"), an affiliate of the  Debtor currently in a

liquidation proceeding (the "<u>SIPA Proceeding</u>") under the Securities Investment Protection Act

of 1970, as amended ("<u>SIPA</u>"), was Claimant's sole prime broker until September 17, 2008, two

days before commencement of the SIPA Proceeding. Claimant was party to a Customer

Account Prime Brokerage Agreement (Account No.: 732-40125) (the "<u>PB Agreement</u>")

between Claimant and LBI "as signatory for itself and as agent for the affiliates named

herein." The PB Agreement (Paragraph 1)  provides that the parties to the PB Agreement

---

[1]        Stonehill Offshore Partners Limited, an affiliate of Claimant, was also a party to a number of agreements
with the Debtor and its affiliates and has filed separate proofs of claim in these cases.  SCM was a signatory
for Claimant for various agreements in its capacity as investment adviser and authorized signatory of
Claimant.

consist of Claimant and "Lehman Brothers Inc., Lehman Brothers International (Europe),

Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers

Holdings Inc. ("LBHI") and any of their subsidiaries, parents, affiliates, divisions, officers,

directors, agents and employees now existing or hereafter created." Such entities are defined

as and referred to throughout the PB Agreement collectively and interchangeably as "Lehman

Entities" and "Lehman Brothers" and are referred to interchangeably in this Claim as

"Lehman Entities" or "Lehman Brothers" (which terms include the Debtor).

      4.     Although paragraph 21 of the PB agreement refers specifically to "LBI" in

connection with prime brokerage services, LBI acted as agent for and signed on behalf of the

other Lehman Entities in that capacity.  Paragraph 4 of the PB Agreement states that the

Claimant "and Lehman Brothers intend this agreement to be a master netting agreement,"

which is an additional indication that the parties intended all Lehman Entities to share in the

benefits and burdens of the PB Agreement.  In the LBI Trustee's Preliminary Investigation

Report and Recommendations, dated August 25, 2010 (the "Trustee's Report"), the Trustee

noted that prime brokerage customer account agreements "included all Lehman entities as

parties for certain purposes such as subjecting property in the account to claims and liens."

(Trustee's Report at p. 46).  By becoming parties to the PB Agreement and availing themselves

of the benefits of the PB Agreements, including by imposing claims and liens on customer

property, the Debtors and other Lehman Entities also obligated themselves under such

agreement on a joint and several basis with LBI.

      5.     Thus, the Debtor and its affiliated debtors and debtors-in-possession were

parties to the PB Agreement. LBHI had the ability to influence and control LBI, its wholly-

owned subsidiary, as well as the other Lehman Entities including with respect to the Lehman

Entities' obligations under the Prime Brokerage Agreement.  Having reaped the benefits of

the PB Agreement, LBHI, the Debtor and its affiliated debtors-in-possession must remain

bound by their obligations and liabilities thereunder. As a party to the PB Agreement, the

Debtor is fully liable for all amounts owed to Claimant in connection with the PB Agreement.

A copy of the PB Agreement is attached to this Claim as Exhibit A.

      6.     As Claimant's sole prime broker and pursuant to the PB Agreement, LBI had

custody of a substantial portion of Claimant's assets, including both cash and securities, and

was "responsible for settling trades executed on [Claimant's] behalf by [Claimant's] executing

broker(s)." (PB Agreement, Paragraph 21(b)). In addition, the PB Agreement authorized

"Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers

in any of [Claimant's] accounts" but provided that Claimant "will be entitled to receive all

distributions, including, but not limited to, cash . . . made on or in respect of any loaned,

pledged, repledged, hypothecated or rehypothecated securities." (PB Agreement Paragraph

19). As a regulated broker dealer and by virtue of course of conduct among the parties,

industry practice and custom, and an implied duty of good faith and fair dealing, LBI (as well

as the other Lehman Entities) also had obligations implied by law to Claimant not

specifically enumerated in the PB Agreement.  The failure of LBI to return Claimant's cash

and securities therefore constituted a breach of the PB Agreement by the Debtor and the other

Lehman Entities.

      7.     On January 26, 2009, Claimant filed a proof of claim in the SIPA Proceeding

asserting various claims – categorized as "components" of the claim against LBI under SIPA

(the "SIPA Claim"). A copy of the SIPA Claim is attached to this Claim as Exhibit B.

Between the commencement of the SIPA Proceeding and the date of this Amendment,

virtually all of Claimant's securities and cash held at LBI have been returned to Claimant

pursuant to a Notice of SIPA Trustee's Determination of Claim (SIPA Claim No.

900002114) dated March 23, 2010 (as corrected on June 4, 2010), Schedule A to the SIPA

Trustee's Distribution Notice dated June 27, 2013 (as corrected on August 22, 2013), and a

Declaration, Release and Assignment entered into by Claimant on September 5, 2013

(collectively, the "SIPA Claim Determination").

8.    Pursuant to the SIPA Claim Determination, all of the components of the SIPA

Claim have been resolved other than Component 8, which represents an aggregate of

$4,919,145.22 in losses as of September 19, 2008, on foreign currency hedges entered into

under the PB Agreement,[2] and component 10, pursuant to which Claimant fully reserved the

right to seek interest that may be payable or claimable on cash balanced, additional

misdirected wires, and/or other amounts that may have been received by LBI or other

Lehman Entities.  Component 8 of Claimant's SIPA claim arising from foreign currency

hedges has not yet been admitted as a general unsecured claim in LBI's SIPA proceeding

although it may be so admitted in the future.

9.    In addition, the Debtor and the Lehman Entities are obligated to Claimant for

damages, interest, costs, attorneys' fees, including, but not limited to the amount

representing the diminution in value of the securities held by LBI under the PB Agreement

from the date in which LBI's SIPA Proceeding was commenced through the date that such

securities were returned to Claimant.  The PB Agreement obligated the Debtor and the

Lehman Entities to provide services consistent with the SEC's guidelines on prime brokerage

relationships (PB Agreement Paragraph 21(l)).  It is an established element of the brokerage

---

[2]    Although Claimant believes that LBI may have been the only Lehman entity directly involved with the
foreign currency hedges, such hedges were entered into under the PB Agreement and are therefore
obligations of all of the "Lehman Entities", as noted above.

relationship that a broker-dealer must promptly return the securities upon request and, pursuant to the terms of the PB Agreement, the Debtor and all the Lehman Entities were made jointly and severally liable for any breach of the obligation to return securities.[3] Therefore, the Debtor and the Lehman Entities were responsible, separate and apart from LBI's obligations as a broker-dealer subject to SIPA regulation (and notwithstanding any limitation under SIPA with respect to such a diminution in value claim), for the prompt return of the securities to Claimant upon request when LBI commenced its SIPA Proceeding, and must repay Claimant for Claimant's losses due to the failure to return the securities or cause the securities to be returned.

10.    A further basis for the diminution in value claim is that LBI and the Lehman Entities were required under state law to act in accordance with their respective obligations as a bailees of the securities, and therefore to return the securities to Claimant (PB Agreement Paragraph 3). Under New York law, which governs the PB Agreement, a bailee has a duty to return goods to a bailor and is liable for loss or damage to the goods. LBI was further obligated to hold the securities as financial assets under Article 8 of the Uniform Commercial Code (PB Agreement Paragraph 3), which entitles the owners of securities to have property that is held in a security account protected from the intermediary's other creditors.

11.    The current amount owed for diminution in value of returned securities has been calculated by Claimant to be at least $72,461,764. The calculation of this amount is

---

[3]      Such breach rose to the level of gross negligence and/or willful misconduct and therefore was not subject to the limitation on liability set forth in Paragraph 30 of the PB Agreement.

shown on the spreadsheet attached to this Claim as <u>Exhibit C</u>.[4]  This amount, plus the amount

owing on component 8 of the SIPA Claim, gives an aggregate Claim amount equal to

approximately $77,380,909.22.

      12.         In addition to the bases for asserting the Claim against the Debtors

described above, the amounts owed under the PB Agreement discussed above are also

recoverable by Claimant as a result of willful and material misrepresentations made by and/or

on behalf of the Lehman Entities regarding their financial position and related matters, both

publicly[5] and by a senior representative of the Lehman Entities directly to SCM, Claimant's

investment adviser. Such misrepresentations induced Claimant (and likely induced similarly

situated customers and counterparties of the Lehman Entities) to refrain from terminating

Claimant's prime brokerage (and other counterparty) relationships with the Lehman Entities.

      13.         During a phone call held in early September 2008, shortly before the

Lehman chapter 11 filing and the commencement of the SIPA Proceeding, Mr. John

Wickham, believed to be head of Lehman Brothers Global Client Services and acting as a

representative of the Lehman Entities, called John Motulsky of SCM in response to Mr.

Motulsky's voicemail message to Alex Kirk, believed to then be a senior officer of LBHI,

asking about the Lehman Entities' financial stability, specifically in connection with the

---

[4]      The diminution in value claim is based on the difference in value of securities held at LBI as of the close of business on September 12, 2008, the last business day before the commencement of these cases and the last date on which Claimant was able to obtain its securities from LBI, and the date such securities were returned.  Claimant does not mark its portfolio on a daily basis and prices for the securities in Claimant's portfolio, other than those that trade on public markets, are not available on a daily basis.  Therefore, other than with respect to publicly traded securities, Claimant used the value of the securities as of the last valuation date prior to September 12, 2008 and the date of return, as applicable.

[5]      For example, on an earnings call on September 10, 2008, five days prior to LBHI's chapter 11 filing, Lehman Brothers' CFO at the time, Ian Lowitt, stated regarding Lehman Brothers' liquidity position that "our liquidity position… remains very strong."

Lehman Entities' prime brokerage and other commercial relationships with Claimant and its affiliates.

14.            In response to questions and concerns expressed by Mr. Motulsky regarding the Lehman Entities' financial strength and viability, Mr. Wickham sought to reassure Claimant (through SCM and Mr. Motulsky) regarding the Lehman Entities' financial condition and the stability of its prime brokerage operation. Mr. Motulsky recalls that Mr. Wickham stated that Lehman had adequate liquidity because unlike Bear Stearns it prudently financed its customers with matched funding and had sufficient liquidity from sources it believed to be reliable to meet all of its obligations for a year even if no new financing was available, that it had $12 billion of surplus cash, and also cited the availability of secured financing from the federal reserve, none of which was used.

15.            Mr. Motulsky also recalls that Mr. Wickham stated that Lehman's unrealized appreciation in various assets (one of which was Neuberger Berman, half of which Mr. Wickham stated might soon be sold at a profit to realize value and add to tangible equity) were more than sufficient to cover possible unrealized losses in its portfolio and provide incremental equity that would be required for a planned spinout of most of Lehman's commercial real estate portfolio, and conveyed a message that Lehman Brothers' prime brokerage operation would continue operating in the normal course, and that Claimant should be comfortable continuing its customer and counterparty relationship with Lehman Brothers.[6] A few days after this conversation the Debtor commenced this chapter 11 case and LBI commenced its SIPA Proceeding.

---

[6]        Many of Mr. Wickham's comments appeared to be taken from talking points Mr. Wickham received from the Lehman Entities for communications with customers, rather than being "off the cuff" remarks of Mr. Wickham's personal views regarding Lehman's financial condition.

16.          As a result of the material misrepresentations by Lehman Brothers and its representatives to the public, and by Mr. Wickham, who acted with apparent authority on behalf of LBHI and its affiliates, to SCM, Lehman Brothers and their representatives succeeded in persuading the Claimant to refrain from demanding the return of its assets held by LBI and other Lehman Entities and otherwise taking actions to promptly reduce its commercial exposure to Lehman Brothers prior to the effective curtailment of LBI' s normal operations and the subsequent commencement of the SIPA Proceeding.

17.          Thus, by virtue of the public misrepresentations of Lehman Brothers and private misrepresentations by Mr. Wickham, Lehman Brothers' agent, directly to SCM, which misrepresentations were intended for the benefit of the Lehman Entities to convince Lehman Brothers' customers and counterparties in general and SCM in particular of the financial stability and health of Lehman Brothers despite the fact that Lehman Brothers' officers knew or should have known that there were substantial risks that Lehman Brothers' liquidity and capital may not continue to support its operations, the Lehman Entities, including the Debtor, are fully liable for any and all direct, indirect, nominal or consequential damages incurred by Claimant in connection with the PB Agreement or otherwise arising in connection with Claimant's prime brokerage and counterparty relationship with Lehman Brothers, including the claim arising from diminution in value of securities that were not timely returned to Claimant.

18.          Claimant is entitled to assert and is asserting against the Lehman Entities, including the Debtor, the full amount of claims arising under or relating to the PB Agreement, provided that Claimant may not recover more than 100% of the amount of such claims.

Reservation of Rights

19.         No payments have been made to Claimant on account of the claims
asserted herein.

20.         Claimant reserves all of its rights to supplement or amend this Claim in
any and all respects, including to liquidate amounts which are presently unliquidated or
estimated.

21.         In the event that the Debtor or any of the other debtors assert or Claimant
shall determine that another debtor or other party is obligated or liable for any of the categories
of claims and amounts set forth herein, this Claim shall be deemed to have been asserted against
such other debtor or other party for such category and amount.

22.         To the extent not set forth in this Claim, Claimant also makes claim for
all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and
other amounts owed or owing to it, to the extent recoverable under the applicable agreement
and/or applicable law, whether or not liquidated, unliquidated, fixed, contingent, matured,
unmatured, disputed, undisputed, in law or equity, secured or unsecured, directly or
indirectly related to the matters discussed in this Claim. Claims for amounts asserted herein
which are or could be deemed to be postpetition interest under the Bankruptcy code are
asserted to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy
law.

23.         The filing of the Claim is not and shall not be deemed or construed as
consent by Claimant to the jurisdiction of this Court or any other court with respect to
proceedings, if any, commenced in any case against or otherwise involving Claimant.

24.        Neither the substance nor the act of filing this claim, nor any later

appearance, pleading, claim, or action in these cases, is intended or shall be deemed to be a

waiver, release, or modification by Claimant of its (a) right to have final orders in non-core

matters entered after de <u>novo</u> review by a District Judge; (b) right to trial by jury in any

proceeding so triable in this case or any case, controversy or proceeding related to these cases;

(c) rights under the applicable safe harbor provisions of the Bankruptcy Code; (d) right to seek

to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal; or (e) other rights, remedies, claims, actions, defenses, setoffs or

recoupments to which Claimant is or may be entitled, all of which are hereby expressly

reserved.

**<u>EXHIBIT A</u>**

# Customer Account Agreement Prime Brokerage

**LEHMAN BROTHERS INC.**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-7000

| Stonehill Institutional Partners LP | Account No.: 732-40126 |
|---|---|
| | |

**Please Read Carefully, Sign and Return**

This agreement ("Agreement") sets forth the terms and conditions under which Lehman Brothers (as defined below) will open and maintain prime brokerage account(s) in your name and otherwise transact business with you as our customer. Throughout this Agreement references to "you" and "your" refer to you as our customer.

In consideration of Lehman Brothers opening a prime brokerage account for you, you agree to the following:

1. **PARTIES.** A prime brokerage account opened pursuant to this Agreement will be opened at Lehman Brothers Inc. ("LBI"). All transactions, agreements and contracts between you and Lehman Brothers have been entered into in consideration of each other. You hereby agree that the parties to this Agreement shall consist of you and Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created, including successors and assigns (each such entity or person being referred to hereinafter as Lehman Brothers or a "Lehman Brothers Entity," unless otherwise specified, and all such entities or persons being collectively referred to hereinafter as "Lehman Brothers"). Unless you advise Lehman Brothers in writing to the contrary, you represent that you are not an affiliate (as defined in Rule 144(a)(1) under the U.S. Securities Act of 1933 as may be amended, modified or supplemented) of the issuer of any security held in any account opened hereby. You represent and warrant to Lehman Brothers that you are either (i) not (A) an employee benefit plan (an "ERISA Plan") as defined in Section 3(3) of the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or (B) subject to ERISA or Section 4975 of the U.S. Internal Revenue Code of 1986, as amended (the "Code") or (ii) (A) an ERISA Plan or subject to ERISA or Section 4975 of the Code and (B) whose Investment Manager or General Partner is (and you covenant and agree that any successor Investment Manager or General Partner appointed by you will be) a Qualified Professional Asset Manager ("QPAM") as defined by the relevant prohibited transaction class exemption(s) issued pursuant to ERISA and you will provide Lehman Brothers with a QPAM Representation Letter.

2. **APPLICABLE LAWS, RULES AND REGULATIONS; SEVERABILITY.** All transactions under this Agreement shall be subject to the applicable laws, rules and regulations of all U.S. and, if applicable, non-U.S. federal, state and self-regulatory authorities, including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System of the United States and the constitution, rules and customs of the exchange or market (and clearing house) where such transactions are executed or settled. In the event of any conflict between any such present or future laws, regulations and rules and the terms of this Agreement, the provision(s) of this Agreement so affected shall be deemed modified or superseded to conform to such laws, regulations and rules, but the remaining provisions of this Agreement shall remain in full force and effect.

3. **SECURITY INTEREST AND LIEN; REGISTRATION OF SECURITIES.** As security for the payment and performance of all of your obligations and liabilities from time to time outstanding to any Lehman Brothers Entity, whether under this Agreement or otherwise, each Lehman Brothers Entity shall have a continuing lien and first priority security interest in all your Assets, defined as (i) all property in which you now have or hereafter acquire an interest which is now or hereafter held by or through any Lehman Brothers Entity, including, but not limited to, any and all securities, accounts, instruments, documents, contract rights, contracts (including, but not limited to, open transactions, securities purchase or sale contracts, agreements to lend cash or securities, commodity contracts, futures contracts, forward contracts, repurchase agreements, swap agreements, contracts for differences or any other agreement, without regard to the form of such agreement which may include oral

agreements or agreements confirmed or signed by only one party to the agreement and agreements entered into or signed by a Lehman Brothers Entity on your behalf) (hereinafter "Contracts"), commercial paper and other securities, monies, deposit accounts and general intangibles (including all security entitlements in respect thereof, all income and profits thereon, all dividends, interest and other payments and distributions with respect thereto and all proceeds from any of the foregoing), and (ii) any and all rights, claims or causes of action you may now or hereafter have against any Lehman Brothers Entity. The continuing lien and first priority security interest shall apply to all such Assets, which from time to time may be deposited or credited to any account you may have with a Lehman Brothers Entity, be held or carried by a Lehman Brothers Entity for you, be due from a Lehman Brothers Entity to you, or be delivered to or in a Lehman Brothers Entity's possession or control for any purpose, including safekeeping. Such continuing lien and first priority security interest shall apply irrespective of whether or not Lehman Brothers has made advances in connection with such Assets, the number of accounts you have with Lehman Brothers or which particular Lehman Brothers Entity holds such Assets. You hereby acknowledge and agree that all such Assets held by or through any Lehman Brothers Entity are held as collateral by such Lehman Brothers Entity as agent and bailee for itself and all other Lehman Brothers Entities and, as such, each Lehman Brothers Entity shall comply with any orders or instructions originated by any other Lehman Brothers Entity with respect to or in connection with such collateral without your further consent. You and Lehman Brothers agree that all such Assets held in or credited to any account will be treated as financial assets under Article 8 of the Uniform Commercial Code as in effect in the State of New York (the "UCC") and that any account maintained by you with any Lehman Brothers Entity shall be a securities account under Article 8 of the UCC. In the event of a breach or default by you, a Lehman Brothers Entity shall have, in addition to the rights and remedies provided in this Agreement, all rights and remedies available to a secured creditor under the UCC and any other applicable law. You represent that all of the above-described Assets shall at all times be free and clear of all liens, claims and encumbrances of any nature other than the security interest created hereby. Assets consisting of securities shall be delivered in good deliverable form (or Lehman Brothers shall have the unrestricted power to place such securities in good deliverable form) in accordance with the requirements of the primary market for these securities. In addition, in order to satisfy any of your outstanding liabilities or obligations to any Lehman Brothers Entity, each Lehman Brothers Entity may, to the fullest extent permitted by law, at any time in its discretion and without prior notice to you, use, apply or transfer any and all securities or other property or Assets (including, without limitation, fully-paid securities and cash). You hereby agree that, except as otherwise specifically agreed in writing, each Lehman Brothers Entity may register and hold the securities and other property or Assets in your accounts in its name or the name of its designee. You shall execute such documents and take such other action as such Lehman Brothers Entity shall reasonably request in order to perfect its rights with respect to any of the Assets. In addition, you appoint Lehman Brothers as your attorney-in-fact to act on your behalf to sign, seal, execute and deliver all documents and do all such acts as may be required to realize upon any of Lehman Brothers' rights in the Assets.

**4.  BREACH, BANKRUPTCY OR DEFAULT.**  If you shall:

(i) breach, repudiate or default under this Agreement or any Contract with any Lehman Brothers Entity, whether heretofore or hereafter entered into;

(ii) make or repeat any misrepresentations in connection with this Agreement or any Contract with any Lehman Brothers Entity;

(iii) state that you will not perform any obligation to any Lehman Brothers Entity;

(iv) apply for, consent to or be the subject of an application or petition for the appointment of or the taking of possession by a receiver, custodian, trustee, liquidator or similar persons of yourself or of all of or a substantial part of your property;

(v) admit in writing your inability, or become generally unable, to pay your debts as such debts become due or give Lehman Brothers other grounds for insecurity, as determined by Lehman Brothers in its sole and absolute discretion (including, without limitation, death; mental incompetence; dissolution; the appointment of a receiver by or against you, any guarantor, co-signer or other party liable on or providing security for your obligations to any Lehman Brothers Entity or the attachment against your or such other party's account(s) with any Lehman Brothers Entity; or any indication of your refusal or inability to satisfy promptly any Margin Call (as defined below) or other obligation);

2

(vi) make a general assignment for the benefit of your creditors; or

(vii) file or be subject of the filing or entry of a petition or order for relief or be subject of the commencement of a proceeding regarding reorganization, bankruptcy, liquidation, dissolution or insolvency;

then, any such event shall constitute, at Lehman Brothers' election, a default by you under this Agreement and any or all Contracts you may then have with any Lehman Brothers Entity, whether heretofore or hereafter entered into. In the event of any such default, each Lehman Brothers Entity shall have all of the rights of a secured party upon default under the UCC and other applicable laws, rules and regulations, including, without limitation, the right, without prior notice to you, to sell any and all Assets in which you have an interest (including without limitation this Agreement and any Contract) held by or through any Lehman Brothers Entity (either individually or jointly with others), to buy any or all property which may have been sold short, to exercise any and all options and other rights, to accelerate, cancel, terminate, liquidate, close out and net the settlement payments and/or delivery obligations under any or all outstanding transactions and/or to purchase or sell any other securities or property to offset market risk, and to set off or offset any obligation owing by any Lehman Brothers Entity to you against any obligations owing by you to any Lehman Brothers Entity, after which you shall be liable to Lehman Brothers for any remaining deficiency, loss, costs or expenses incurred or sustained by Lehman Brothers in connection therewith. Such purchases and/or sales may be effected publicly or privately without notice or advertisement in such manner as Lehman Brothers may in its sole discretion determine. At any such sale or purchase, any Lehman Brothers Entity may purchase or sell the property to or from itself or third parties free of any right of redemption and you shall remain liable to Lehman Brothers for any deficiency; it being understood that a prior tender, demand or call of any kind from Lehman Brothers, or prior notice from Lehman Brothers, of the time and place of such sale or purchase shall not be considered a waiver of Lehman Brothers' right to buy or sell any securities, commodities or other property or Asset held by Lehman Brothers, or which you may owe to Lehman Brothers. In addition, each Lehman Brothers Entity shall have the right, at any time and from time to time, to set off and otherwise apply any and all amounts owing by such Lehman Brothers Entity to you or for your account against any and all amounts now or hereafter owing by you to any Lehman Brothers Entity (including, without limitation, any indebtedness in your accounts), whether matured or unmatured, fixed, contingent or otherwise and irrespective of whether any Lehman Brothers Entity shall have made any demand therefor. Lehman Brothers agrees to notify you of any such set-off and application, provided, however, that the failure to give such notice shall not affect the validity of any such set-off and application. You agree that any obligation of a Lehman Brothers Entity to you shall be subject to there being no breach, repudiation, misrepresentation or default (however characterized) by you which is continuing under any Contract with a Lehman Brothers Entity. You and Lehman Brothers intend this Agreement to be a master netting agreement.

**5. ADEQUATE ASSURANCES.** Subject to, and not as a limitation of, the rights of Lehman Brothers under this Agreement, if at any time Lehman Brothers has reasonable grounds for insecurity with respect to your performance of any of your obligations, Lehman Brothers may demand, and you shall give, adequate assurance of due performance within 24 hours, or within any shorter period of time Lehman Brothers demands that is reasonable under the circumstances. The adequate assurance of performance that may be demanded by Lehman Brothers may include, but shall not be limited to, the delivery by you of additional property as collateral.

**6. EXECUTION FEES AND SERVICE CHARGES.** You understand that your account(s) will be charged brokerage commissions or mark-ups/mark-downs in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for custody and other services furnished to you ("Service Fees"). You further understand that Execution Fees may be changed from time to time upon prior written notice to you and that Service Fees may be changed from time to time upon prior written notice to you and, in each case, you agree to be bound thereby.

**7. AMOUNTS OWED; TRUTH-IN-LENDING.** You hereby acknowledge receipt of Lehman Brothers' Truth-in-Lending disclosure statement. You understand that interest will be charged on any amount you owe in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any amount due which is not paid at the close of an interest period will be added to the opening balance for the next interest period.

**8. COLLECTION AND OTHER ACCOUNT-RELATED COSTS.** You hereby agree to pay, on demand, all reasonable costs, liabilities and damages incurred by Lehman Brothers (including, without limitation, costs of

3

collection, attorneys' fees, court costs and other expenses) in connection with (i) enforcing its rights hereunder, (ii) any investigation, litigation or proceeding involving your account or any property therein (including, without limitation, claims to such property by third parties), (iii) your use of or access to any Lehman Brothers or third-party system or (iv) Lehman Brothers' acting in reliance upon instructions, including, but not limited to, instructions transmitted via electronic means, including facsimile or electronic mail, from you or your authorized agents (including investment managers or advisers). In each case and whether or not demand has been made therefor, you hereby authorize Lehman Brothers to charge your account(s) for any and all such costs, liabilities and damages, including, without limitation, those incurred in connection with the liquidation of any of your Assets.

9.  **IMPARTIAL LOTTERY ALLOCATION.**  You agree that, in the event Lehman Brothers holds on your behalf securities in its name, in the name of its designee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of The New York Stock Exchange, Inc. or any other appropriate self-regulatory organization.  When any such call is favorable, no allocation will be made to any account in which, to the knowledge of Lehman Brothers, any officer, director or employee of Lehman Brothers has any financial interest until all other customers have been satisfied on an impartial lottery basis.

10.  **SECURITIES EVENTS.**  Lehman Brothers shall inform you if Lehman Brothers becomes aware of the occurrence or prospective occurrence of any of the following with respect to any securities in your account(s): conversions, subdivision or consolidation; redemption; a takeover offer; calls, including calls on partly-paid securities and published calls; a capitalization issue; rights issue; distribution of income in the form of securities; or a certificate which may at a future date be exchanged for securities or an entitlement to acquire securities.  Subject to Section 19 herein, if Lehman Brothers receives notice from you that you wish to act on any of the events referenced in this section and such notice is received by Lehman Brothers within a reasonable time for Lehman Brothers to act on such event, Lehman Brothers will act in accordance with your wishes.  You represent that you review all prospectuses and offering statements that you may receive and understand the risks inherent with your securities transactions, including any risks associated with the above-described securities events.

11.  **VOTING RIGHTS.**  If any right to vote arises with respect to securities in your account, you may inform Lehman Brothers that you wish to exercise such right as you specify.  Subject to Section 19 hereof, if Lehman Brothers receives this notice within a reasonable time to act, it will act in accordance with your wishes.  If Lehman Brothers does not receive such timely notice from you, it will use its discretion to decide whether and how to vote such securities.

12.  **WAIVER, ASSIGNMENT AND NOTICES.**  Neither Lehman Brothers' failure to insist at any time upon strict compliance with this Agreement or with any of the terms hereof nor any continued course of such conduct on its part shall constitute or be considered a waiver by Lehman Brothers of any of its rights or privileges hereunder.  Any purported assignment of your rights and/or obligations hereunder without obtaining the prior written consent of an authorized representative of Lehman Brothers shall be null and void.  Each Lehman Brothers Entity reserves the right to assign any of its rights or obligations hereunder or under any Contract to any other Lehman Brothers Entity without prior notice to you.  Notices and other communications to you (including, without limitation, Margin Calls) that are sent by electronic means, including facsimile or electronic mail, sent by express delivery service or mailed, in each case to the address or number provided by you, shall, until the respective Lehman Brothers Entity has received notice in writing of a different address or number, be deemed to have been personally delivered to you.  Margin Calls may also be communicated orally, without subsequent written confirmation.

13.  **FREE CREDIT BALANCES.**  You hereby authorize Lehman Brothers to use any free credit balance awaiting investment or reinvestment in your account(s) in accordance with all applicable rules and regulations and to pay interest thereon at such rate or rates and under such conditions as are established from time to time by Lehman Brothers for such account(s) and for the amounts of cash so used.

14.  **RESTRICTIONS ON ACCOUNT.**  You understand that Lehman Brothers, in its sole and absolute discretion, may restrict or prohibit trading of securities or other property in your account(s) and may terminate your account(s), and you shall nevertheless remain liable for all of your obligations to the Lehman Brothers Entities under this Agreement or any Contract. In the event that Lehman Brothers, in its sole and absolute discretion, determines to

4

impose such restrictions on your account(s) due to credit, margin, legal, regulatory, money laundering or other concerns, Lehman Brothers shall be under no obligation to provide you with prior notice of such restriction.

**15.   CREDIT INFORMATION AND INVESTIGATION.** You authorize Lehman Brothers, in its discretion, at any time and from time to time, to make or obtain reports concerning your credit standing and business conduct (including, but not limited to, obtaining audited account statements, if such are available). You may make a written request for a description of the nature and scope of the reports made or obtained by Lehman Brothers and the same will be provided to you within a reasonable period of time.

**16.   SHORT AND LONG SALES.** In placing any sell order for a short account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "short". You are required to and will comply with all applicable rules and regulations relating to short sale transactions. In placing any sell order for a long account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "long". The designation of a sell order as being for a long account shall constitute a representation by you that you own the security with respect to which the order has been placed, that such security is not restricted under Rules 144 and/or 145 under the U.S. Securities Act of 1933 (as may be amended, modified or supplemented) or any other applicable law, rule or regulation and, as such, may be sold without restriction in the open market and that, if Lehman Brothers does not have the security in its possession at the time you place the order, you shall deliver the security by settlement date in good deliverable form or pay to Lehman Brothers any losses and expenses it may incur or sustain as a result of your failure to make delivery on a timely basis.

**17.   MARGIN ACCOUNTS.** All Loans made hereunder are demand loans. You hereby agree to deposit and maintain such cash or collateral as margin in your margin accounts, if any, as Lehman Brothers may in its sole discretion require, and you agree to pay forthwith on demand any amount owing with respect to any of your margin accounts to satisfy Lehman Brothers' demand for such payment (a "Margin Call"). In addition, you further agree to deposit promptly and maintain such other collateral with Lehman Brothers as is required by any Contract you may have with any Lehman Brothers Entity. Upon your failure to make any such payment or deposit, or if at any time Lehman Brothers, in its sole discretion, deems it necessary for its protection, whether with or without prior demand, call or notice, Lehman Brothers shall be entitled to exercise all rights and remedies provided herein. No demands, calls, tenders or notices that Lehman Brothers may have made or given in the past in any one or more instances shall invalidate your waiver of the requirement to make or give the same in the future.

**18.   SECURITIES CONTRACTS.** You acknowledge and agree that any positions in your account(s) shall be deemed "securities contracts" within the meaning of Sections 555 and 741(7) (as may be amended, modified or supplemented) of the U.S. Bankruptcy Code.

**19.   CONSENT TO LOAN OR PLEDGE OF SECURITIES IN MARGIN ACCOUNTS.**

(a) Except as noted in subparagraph (b) below, within the limits of applicable law and regulations, you hereby authorize Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of your accounts, to convey therewith all attendant rights of ownership (including voting rights and the right to transfer the securities to others), and to use all such property as collateral for its general loans. Any such property, together with all attendant rights of ownership, may be pledged, repledged, hypothecated or rehypothecated either separately or in common with other property for any amounts due to Lehman Brothers thereon or for a greater sum, and Lehman Brothers shall have no obligation to retain a like amount of similar property in its possession and control. You hereby acknowledge that, as a result of such activities, Lehman Brothers may receive and retain certain benefits to which you will not be entitled. In certain circumstances, such loans, pledges, repledges, hypothecations or rehypothecations may limit, in whole or in part, your ability to exercise voting and other attendant rights of ownership with respect to the loaned or pledged securities. You agree to waive the right to vote, or to provide any consent or to take any similar action with respect to these securities in the event that the record date or deadline for such vote, consent or other action falls during the period of any such loan, pledge, repledge, hypothecation or rehypothecation.

(b) Unless otherwise agreed by Lehman Brothers and you, you will be entitled to receive all distributions, including, but not limited to, cash, stock dividends and interest payments, made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities which are not otherwise received by you, to the full

extent you would be entitled if the securities had not been loaned, pledged, repledged, hypothecated or rehypothecated.

20. **OPTIONS POSITIONS.** You represent and warrant not to enter into any purchase or sale of equity, debt, foreign currency or index put or call options without having read and fully understood the terms, conditions and risks as set out in the Characteristics and Risks of Standardized Options booklet and applicable supplements. You understand that short options positions are assigned on an automated random basis and may be assigned on the day written. You will notify Lehman Brothers of your intention to exercise listed options no later than two hours before the expiration time of the option (one hour in the case of an over-the-counter option). Failure to give such notice will constitute an abandonment of the option, in which case Lehman Brothers may, but shall be under no obligation to, exercise the option.

21. **PRIME BROKERAGE SERVICES.** Under the terms and conditions of this Agreement, LBI will act as a prime broker for you in accordance with the no-action letter of the Securities and Exchange Commission dated January 25, 1994, as such letter may be amended, modified or supplemented from time to time (the "SEC Letter") and the provisions set forth below:

(a)   LBI will, subject to the terms and conditions of this Agreement, accept for clearance and settlement trades executed on your behalf by such executing brokers as you may designate from time to time and who have received LBI's prior approval and who have previously executed an agreement with LBI setting forth the terms and conditions under which such executing brokers will be authorized to accept orders from you for settlement by LBI (the "Executing Brokerage Agreement").

(b)   LBI shall be responsible for settling trades executed on your behalf by your executing broker(s) and reported to LBI by you and your executing broker(s) provided that you have reported to LBI on trade date, by the time designated to you by LBI, all the details of such trades including, but not limited to, the contract amount, the security involved, the number of shares or the number of units and whether the transaction was a long or short sale or a purchase, and further provided that LBI has either affirmed or not "DK'd" ("indicated it does not know") and has not subsequently disaffirmed such trades. In the event that LBI determines not to settle a trade, LBI shall not have settlement responsibility for such trade and shall, instead, send you a cancellation notification to offset the notification sent to you under sub-paragraph (c) of this paragraph. You shall be solely responsible and liable to your executing broker(s) for settling such trade. In addition, LBI may be required to cease providing prime brokerage services to you in accordance with the Executing Brokerage Agreement.

(c)   On the day following each transaction, LBI shall send you a confirmation of each trade placed with an executing broker in accordance within the SEC Letter based upon the information you provided to LBI. Any confirmations issued by LBI as prime broker shall identify the executing broker and provide you with the information required by the SEC Letter. Confirmations of the execution of orders and other activity in your account(s) which have been provided or made available to you by 10:00 a.m. (New York time) on the business day immediately following the trade date shall be conclusive if not objected to by 2:00 p.m. (New York time) on such business day or, if such reports are provided or made available to you after 10:00 a.m. (New York time) on such business day, then such confirmations shall be conclusive if not objected to within four (4) hours after such confirmations have been provided or made available to you. Monthly statements shall be sent to you in accordance with the SEC Letter. Information contained in monthly statements of account, to the extent not included in an activity report, shall be conclusive if not objected to within ten (10) days after such statements have been provided or made available to you. LBI may send communications to your address of record or another address provided to LBI in writing. All communications sent to such address, whether by mail, facsimile, telegraph, messenger, electronic means or otherwise, shall be deemed to have been given to you personally as of the date and time sent, whether actually received or not.

(d)   In the event of: (i) the filing of a petition or other proceeding in bankruptcy, insolvency or for the appointment of a receiver by or against your executing broker, (ii) the termination of your executing broker's registration and the cessation of business by it as a broker-dealer, or (iii) your executing broker's failure, inability or refusal, for any reason whatsoever or for no reason at all, to settle a trade, and if LBI agrees to settle any trades executed on your behalf by such executing broker, regardless of whether LBI either affirmed or did not DK and did

not disaffirm such trades, you shall be solely responsible, and liable to LBI, for any losses arising out of or incurred in connection with LBI's agreement to settle such trades.

(e)    You shall maintain in your account with LBI such minimum net equity in cash or securities as LBI, in its sole discretion, may require from time to time (the "Lehman Brothers Net Equity Requirements"), which shall in no event be less than the minimum net equity required by the SEC Letter (the "SEC Net Equity Requirements"). In the event your account falls below the SEC Net Equity Requirements, you hereby authorize LBI to notify promptly all executing brokers with whom it has an Executing Brokerage Agreement on your behalf of such event. Moreover, if you fail to restore your account to compliance with the SEC Net Equity Requirements within the time specified in the SEC Letter, LBI shall, without notice to you: (i) notify all such executing brokers that LBI is no longer acting as your prime broker and (ii) either not affirm or "DK" ("indicate that it does not know") all prime brokerage transactions on your behalf with a trade date after the business day on which such notification was sent. In the event : (i) your account falls below the Lehman Brothers Net Equity Requirements, (ii) LBI determines in its sole discretion that there would not be enough cash in your account to settle such transactions or that a maintenance Margin Call may be required as a result of settling such transactions, or (iii) LBI determines in its sole discretion that the continuation of prime brokerage services to you presents an unacceptable risk to Lehman Brothers taking into consideration all the facts and circumstances, then LBI may disaffirm all your prime brokerage transactions and/or cease to act as your prime broker. In any such case, LBI shall send a cancellation notification to you, and you understand that you must settle outstanding trades directly with the relevant executing broker and that you authorize LBI to provide the executing broker with any information useful to settle such trades. You further agree that LBI will not be bound to make any investigation into the facts surrounding any transaction to which you are a party and that immediately upon notice to you and, if required, to the executing brokers, LBI may cease acting as your prime broker.

(f)    If you have instructed your executing broker(s) to send confirmations to you in care of LBI, as your prime broker, the confirmation sent by such executing broker is available to you promptly from LBI (once received), at no additional charge.

(g)    If your account is managed on a discretionary basis, you hereby acknowledge that your prime brokerage transactions may be aggregated with those of other accounts of your adviser, according to your adviser's instructions, for execution by your executing broker(s) in a single bulk trade and for settlement in bulk by LBI. You understand that no part of any transaction may be allocated to any other account where such other account's net equity is below the minimum levels established in the SEC Letter and that, should such a net equity deficiency occur in any such other account, LBI must disaffirm the entire transaction. In the event any trade is disaffirmed, as soon as practicable thereafter, LBI shall supply your executing broker(s) with the allocation of the bulk trade, based upon information provided by your adviser.

(h)    You hereby authorize LBI to disclose your name, address and tax I.D. number to your executing broker(s) to enable such executing broker to establish on its books an account for you to be used in the event transactions are disaffirmed by LBI.

(i)    Lehman Brothers will not be responsible or liable for any acts or omissions of any executing broker or its employees. You understand that Lehman Brothers does not act as investment adviser or solicit orders, that Lehman Brothers does not advise prime brokerage customers, perform any analysis, or make any judgment on any matters pertaining to the suitability of any order, or offer any opinion, judgment or other type of information pertaining to the nature, value, potential or suitability of any particular investment.

(j)    You agree to indemnify and hold Lehman Brothers harmless from any loss, claim or expense, including attorneys' fees, incurred by Lehman Brothers in connection with Lehman Brothers acting or declining to act as prime broker for you and to fully reimburse Lehman Brothers for any legal or other expenses (including the cost of any investigation and preparation) which Lehman Brothers may incur in connection with any claim, action, proceeding or investigation arising out of or in connection with this Agreement or any transactions hereunder.

(k) You represent and warrant that you are currently in compliance, and during the term of this Agreement will remain in compliance, with all applicable requirements of the SEC Letter, including, but not limited to, the requirement that you execute an agreement with each executing broker.

(l)   The prime brokerage services hereunder shall be provided in a manner consistent with the SEC Letter.

**22.   LEGALLY BINDING.** You hereby agree that this Agreement and all of the terms hereof shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases and sales shall be for your account(s) in accordance with your oral or written instructions. You hereby waive any and all defenses that any oral instruction was not in writing as may be required by any applicable law, rule or regulation. With respect to any of your accounts maintained in connection with this Agreement, you hereby authorize Lehman Brothers to act and rely on any instructions (including, without limitation, instructions to transfer cash or securities, purchase or sell securities, enter into derivative or other transactions or borrow money or securities) received by Lehman Brothers from any of the persons listed on Exhibit A, as such list may be amended by you from time to time. In addition, you hereby authorize Lehman Brothers to act and rely on any instructions received by Lehman Brothers from any of your employees or agents (including any investment manager or adviser) that Lehman Brothers reasonably believes is authorized to so act on your behalf.

**23.   AMENDMENT.** You agree that Lehman Brothers may modify the terms of this Agreement at any time upon prior written notice to you. By continuing to accept services from Lehman Brothers thereafter, you will have indicated your acceptance of any such modification. If you do not accept such modification, you must notify Lehman Brothers in writing; your account may then be terminated by Lehman Brothers, after which you will remain liable to Lehman Brothers for all outstanding liabilities and obligations. Otherwise, this Agreement may not be modified absent a written instrument signed by an authorized representative of Lehman Brothers.

**24.   GOVERNING LAW.** THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND SHALL BE CONSTRUED, AND THE CONTRACTUAL AND ALL OTHER RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

**25.   JURISDICTION; WAIVER OF JURY TRIAL.** The parties shall attempt in good faith to promptly resolve any dispute arising out of, relating to or in connection with this Agreement or any transactions hereunder by negotiations by executives of the parties who have the authority to settle the controversy. With respect to any suit, action or proceedings relating to this Agreement ("Proceedings"), each party irrevocably submits to the exclusive jurisdiction of the courts of the State of New York and the United States District Court located in the Borough of Manhattan in New York City and waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have any jurisdiction over such party. ANY RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION IS HEREBY WAIVED BY ALL THE PARTIES TO THIS AGREEMENT.

**26.   WAIVER OF IMMUNITIES.** Each party irrevocably waives, to the fullest extent permitted by applicable law, with respect to itself and its revenues and assets, all immunity on the grounds of sovereignty or other similar grounds from (i) suit, (ii) jurisdiction of any court, (iii) arbitration, (iv) relief by way of arbitration award, injunction, order for specific performance or recovery of property, (v) attachment of its assets (whether before or after judgment) and (vi) execution or enforcement of any judgment or arbitration award and irrevocably agrees, to the fullest extent permitted by applicable law, that it will not claim any such immunity.

**27.   TRANSFERS.** Lehman Brothers shall have the right to transfer Assets between any account in order to satisfy any of your obligations to Lehman Brothers. When giving instructions to transfer Assets from your accounts to any bank or other entity, you agree that all such requests will have been approved by an authorized signatory and you agree to provide Lehman Brothers with an accurate account number designating the account to receive such Assets. You agree to indemnify and hold Lehman Brothers harmless from and against all liabilities arising from the provision of an inaccurate account number or any other liabilities arising as a result of the transfer at your request.

**28.   PROVISION OF DATA.** With respect to any market data or other information that Lehman Brothers or any third party service provider provide to you, (i) Lehman Brothers and any such provider are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) Lehman Brothers and any such provider are not responsible or liable for any actions that you take or do not take based on such data or information;

(iii) you will use such data or information solely for the purposes set forth in this Agreement and any other agreement between us; (iv) such data or information is proprietary to Lehman Brothers and any such provider and you will not retransmit or disclose such data or information to third parties except as required by applicable law or regulation; and (v) you will use such data or information solely in compliance with applicable laws, rules and regulations.

**29. EXTRAORDINARY EVENTS.** You agree that Lehman Brothers will not be liable for any loss caused, directly or indirectly, by government restrictions, exchange or market rulings, suspension of trading, war (whether declared or undeclared), terrorist acts, insurrection, riots, fires, flooding, strikes, failure of utility services, accidents, adverse weather or other events of nature, including but not limited to earthquakes, hurricanes and tornadoes, or other conditions beyond Lehman Brothers' control. In the event that any communications network, data processing system, or computer system Lehman Brothers uses is rendered inoperable, Lehman Brothers will not be liable to you for any loss, liability, claim, damage or expense resulting, either directly or indirectly, therefrom.

**30. LIMITATION OF LIABILITY.** Lehman Brothers shall not be liable in connection with the execution, clearing, handling, purchasing or selling of securities, commodities or other property, or other action, except for gross negligence or willful misconduct on Lehman Brothers' part. You understand that certain securities may be held outside the United States by unaffiliated, foreign agent banks and depositories. Lehman Brothers will not be liable to you for any loss, liability or expense incurred by you in connection with these arrangements except to the extent that any such loss, liability or expense results from Lehman Brothers' gross negligence or willful misconduct. In no event will Lehman Brothers be liable for any special, indirect, incidental or consequential damages arising out of this Agreement.

**31. HEADINGS; COUNTERPARTS.** The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights provided for hereunder. This Agreement may be executed in counterparts, each of which shall be deemed an original.

**32. TELEPHONE CONVERSATIONS.** For the protection of both you and Lehman Brothers, and as a tool to correct misunderstandings, you hereby authorize Lehman Brothers, at Lehman Brothers' discretion and without prior notice to you, to monitor and/or record any or all telephone conversations or electronic communications between you and Lehman Brothers or any of Lehman Brothers' employees or agents. You acknowledge that Lehman Brothers may determine not to make or keep any of such recordings and that such determination shall not in any way affect any party's rights.

**33. CUMULATIVE RIGHTS; ENTIRE AGREEMENT.** The rights, remedies, benefits and protections afforded to each Lehman Brothers Entity under this Agreement and under any Contract you may have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are cumulative and in addition to any other rights, remedies, benefits and protections that any Lehman Brothers Entity may have. To the extent that the provisions of any Contracts you have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are inconsistent (whether the inconsistency be between the Contracts or within a single Contract), the conflict shall be resolved in favor of the provision which affords Lehman Brothers with the maximum rights, remedies, benefits or protections. You hereby appoint Lehman Brothers as your agent and attorney-in-fact to take any action (including, but not limited to, the filing of financing statements) necessary or desirable to perfect and protect the security interest granted herein or to otherwise accomplish the purposes of this Agreement. Except as set forth above, this Agreement represents the entire agreement and understanding between you and Lehman Brothers concerning the subject matter hereof.

**34. CAPACITY TO CONTRACT; ANTI-MONEY LAUNDERING; AFFILIATIONS.** You represent that you have the capacity and authority to enter into this Agreement. You represent to the best of your knowledge that you do not maintain or transact business for or with nor will you introduce individuals or entities to Lehman Brothers that the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has listed as "Specially Designated Nationals and Blocked Persons" nor with any client in an embargoed country as determined by OFAC. Furthermore, you represent that you have conducted thorough due diligence with respect to all of your clients, and you do not know or have any reason to suspect that the monies used to fund the account have been or will be derived from or related to any illegal activities, including but not limited to, money laundering activities. You agree to

provide Lehman Brothers with any information that it may require in relation to compliance with any applicable money laundering regulations. Each representation or warranty made by you in this Agreement will be deemed to be repeated by you on each date on which a transaction occurs hereunder.

You represent that you are of legal age and that, unless you have notified Lehman Brothers to the contrary, neither you nor any member of your immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of the National Association of Securities Dealers, Inc. or any of its affiliates, (iii) an individual or an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures or (iv) an employee of any bank, trust company or insurance company. If you are signing on behalf of others, you hereby represent that the persons(s) or entity(ies) on whose behalf you are signing is/are authorized to enter into this Agreement and that you are duly authorized to sign this Agreement and make the representations contained herein in the name and on behalf of such other person(s) or entity(ies) and you agree to indemnify and hold Lehman Brothers harmless from any claim or claims arising from your unauthorized execution of this Agreement on the behalf of such other person(s) or entity(ies). You hereby authorize Lehman Brothers to accept faxed copies of this or any other document or instruction as if it were the original and further to accept signatures on said faxes as if they were original.

*PLEASE COMPLETE THIS INFORMATION AND SIGN THE APPROPRIATE SPACE BELOW:*

**THIS AGREEMENT IS DATED AS OF** _____, 2007

|  |  |
|---|---|
| Stonehill Institutional Partners LP | |
| *Name of Customer* | |
| 885 Third Avenue – 30th Floor | USA |
| *Address* | *Country* |
| New York, NY | 10022-4834 |
| *City, State* | *Zip Code + 4* |

**BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:**

**YOU HAVE RECEIVED A COPY OF THIS AGREEMENT AND AGREE TO ITS TERMS AND CONDITIONS.**

*CUSTOMER NAME:* Stonehill Institutional Partners LP

*Individual or Printed Name of Company*

*SIGNATURE:* _____

*Signature of Authorized Person*

*PRINT NAME:* John Motulsky, General Partner

*Printed Name and Title of Signatory or Name of General Partner if Signer is a Partnership*

*BY:* _____

*Authorized Signatory and Title of General Partner if Above Signer is a Partnership Otherwise Blank*

**ACCEPTED AND AGREED TO:**

_____

Lehman Brothers Inc., as signatory for itself and as agent for the affiliates named herein   9 - 10 - 07

11

## **EXHIBIT B**

# SiPC

SECURITIES INVESTOR PROTECTION CORPORATION

## CUSTOMER CLAIM FORM
## LEHMAN BROTHERS INC.

STONEHILL INSTITUTIONAL
ACCOUNT #: 73240126
PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK NY 10022-4834

Email: _C wilson @ stonehillcap.com_

Daytime Phone: _212 739 7474_

Taxpayer I.D. Number

Contact Person: _Chris Wilson_

(Social Security No.): _13-3982121_

# PLEASE NOTE

- **A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.**

- **TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.**

- **THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.**

- **ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.**

- **YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

- **IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.**

- **LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.**

This claim form must be completed electronically online at www.lehmantrustee.com
    or mailed promptly, together with supporting documentation, to the following:

If by first class mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.   LBI owes me a credit or cash in the amount of:                    $ *See Attached*

   b.   I owe LBI a debit or cash in the amount of:                       $ _____

   c.   If you wish to repay the debit balance listed in point b. above please
        insert the amount you wish to repay and attach a check payable to
        "James W. Giddens, Trustee for the SIPA Liquidation of Lehman
        Brothers Inc." If you wish to make a payment, **it must be enclosed**
        **with this claim form.**

                                                                          $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   **Please Do Not Claim Any Securities You Have In Your Possession**

                                                                 YES            NO
                                                              (Circle Y or N)
   a.   LBI owes me securities:                                 (Y)             N

   b.   I owe LBI securities:                                    Y              N

   c.   If yes to either, please list below (or in
        additional pages as necessary):

| Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|---|
| | | | LBI Owes Me (Long) | I Owe LBI (Short) |
| _____ | *See attached* | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact
format above.

## 3.    COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| Do you have a claim based on a commodity futures account? | Y | (N) |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:**    IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| 4.    Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | (N) |
| 5.    Has there been any change in your account since September 19, 2008? | (Y) | N |

3

6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?     Y     (N)

7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).     Y     (N)

8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?     Y     (N)

9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.     Y     (N)

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.     Y     (N)

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.     Y     (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _January 26, 2009_     Signature _Christoph Wilson_

Date _____     Signature _Managing Member Stonehill General Partner LLC, its General Partner_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Brothers, Inc. | Case Number:<br>08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>1000073010 LBI 12/1/2008 *78000040141*<br>STONEHILL INSTITUTIONAL<br>PARTNERS LP 885 THIRD AVE 30TH FL<br>Telephone number:  NEW YORK NY 10022-4834<br>(212) 739-7474 | Court Claim Number:_____<br>(If known)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $___see attached_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** _Customer Property_<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe:<br><br>Value of Property:$_____  Annual Interest Rate____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____    Basis for perfection: _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| Date:<br>Jan 26, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Christoph Wil—, managing member, Stonehill General Partner LLC<br>its General Partner | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (12/07) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

___INFORMATION___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

If you would like to file a claim online please go to www.lehmantrustee.com and select the link for the online
claim form.  You will need the tracking number and mail id listed below to complete your claim online.


Tracking No: 50765; Mail ID: 40141


STONEHILL INSTITUTIONAL
PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK NY 10022-4834

**Stonehill Capital Management LLC**
885 Third Avenue, 30th Floor
New York, NY 10022
(212) 739-7474

Contacts:    **Chris Wilson, Managing Member, cwilson@stonehillcap.com**
**Steve Nelson, Chief Financial Officer, snelson@stonehillcap.com**
**Ann Kalter, Accounting Manager, akalter@stonehillcap.com**

Date:  **January 26, 2009**

RE:    **STONEHILL INSTITUTIONAL PARTNERS, L.P.**
       **Primary LBI account number: 732-40126**

## Customer Claims in Lehman Brothers Inc. (LBI)

---

Stonehill Institutional Partners, L.P. (SI) was one of the largest prime brokerage clients of LBI and LBI was SI's sole prime broker.  The professionals representing the LBI estate have invested long hours and have been extremely accommodating in returning the vast majority of SI's securities, and Stonehill is very appreciative of those efforts to date. However a substantial list of securities has not yet been delivered, and substantial cash has accumulated at LBI as well, which elements comprise SI's customer claim.  This customer claim is supported by voluminous information; the attachments evidencing this claim are intended to provide ample support, but SI has substantial additional information that can be provided upon request.

### Securities

SI received extensive deliveries of its securities in late October and in late December/early January; however, additional securities remain at LBI.  A list of securities still carried at LBI is attached as SI Exhibit A.

### Cash

SI's cash claim is presented in several components for ease of understanding:

### Component 1 – Error in Calculation at "True-Up" Date:

In late October, 2008, at the time of the initial delivery of securities from LBI to SI, LBI's representatives performed a comprehensive analysis of SI's account and calculated

SI's cash balance to be, as of September 19, 2008, a debit amount (owed to LBI) of $1,954,955.01. SI Exhibit B includes the Summary, and Brokerage Account Statement generated by LBI and delivered to SI at that time. On October 21, 2008, SI paid that amount to the SIPC trustee, effectively zeroing out its cash balance as of September 19. However, LBI's calculation excluded "type 5" cash, and also excluded the market value of SI's short positions, but the two items do not offset equally. Closing out SI's short positions as of September 19, 2008, per the estate's October 14 protocol, results in the cost to close out shorts being less than the type 5 cash by $496,911.15 (see SI Exhibit C.) LBI thus owes SI this value difference.

Component 1 totals $496, 911.15


**Component 2 – "P&I" post September 19:**

From September 19, 2008, through the date of this claim, Stonehill is aware of principal, interest and other payments on securities custodied at LBI that have flowed to LBI, as presented on SI Exhibit D.

Component 2 is comprised of the following currencies:

USD   6,291,314.60
GBP   4,308,677.21
EUR   18,681.13
CAD   177,404.17


**Component 3 – Misdirected Wires on Private Investments:**

After September 19, 2008, misdirected wires flowed to LBI with respect to non-custodied instruments (private investments.) In addition, certain foreign wires were sent to LBI just before LBI's proceeding, which were never posted to Stonehill's account (it was common for foreign wires to take several days to be posted, and the LBI proceeding interrupted the finalization.) Stonehill is aware of certain of these items which are listed on SI Exhibit E.

Component 3 is comprised of the following currencies:

USD   219,087.36
EUR   51,025.28


**Component 4 – Cash Transfer in mid-September:**

On September 17, 2008, two days before the SIPA proceeding, SI issued direction to LBI to transfer its securities and cash balance from LBI to an alternate prime broker. LBI demanded that SI post cash collateral in order to effect the transfer, and SI delivered

$4,500,000, which was transferred by LBI to SI account number 732-41223-1. (SI's account statement as of September 19, 2008 depicts this cash as an investment in a money market fund, however, that Lehman fund on or about that date closed itself to new investment, and the funds remained in cash as depicted on the September 30, 2008 statement.) This cash was excluded from the "true-up" described under Component 1 above, and still resides at LBI. SI Exhibit F provides supporting documentation.

Component 4 totals $4,500,000.00

**Component 5 – Incomplete Transaction re MAC Capital Purchase:**

On trade date August 7, 2008 SI agreed to purchase from JP Morgan 4,000,000 MAC Capital LLC Combination SECS Membership (cusip 55291M202) for consideration of $1,310,000, by physical settlement. LBI debited cash in that amount from SI's account on August 12, 2008. Subsequent to the September 19 date of proceeding, we learned from JP Morgan that the trade had never settled: JP Morgan had not delivered the security to LBI and LBI had not paid the cash to JP Morgan. LBI must return that improperly debited cash to SI. (In late September, SI settled the trade with JP Morgan through a new prime brokerage account at Goldman Sachs, and paid the purchase price again.) Reference SI Exhibit G.

Component 5 totals $1,310,000

**Component 6 – Incomplete Transaction re US Power Generating Company:**

On trade date March 27, 2008, Stonehill's two funds executed with LBI as the counterparty a negotiated sale of a private instrument: 15,130 shares of US Power Generating Company at a price of $28 per share, for total consideration of $423,640.00. Both SI and related account Stonehill Offshore Partners, Ltd (SO) were the sellers; LBI was the buyer. The trade confirmations executed at the time are attached as Exhibit H (a). It was a private transaction subject to documentation, and had not closed by the September 19, 2008 date of the LBI proceeding.

At the time of the true-up described in Component 1, LBI personnel demanded that SI pay $118,619.20 to the SIPC trustee in relation to this outstanding trade, which amount was paid on September 21, 2008. Documents prepared by LBI and presented to SI at the time of the true-up are presented as SI Exhibit H (b). LBI misunderstood the nature of this transaction - LBI incorrectly treated this private, negotiated, unclosed trade as if it were a short sale by SI in which SI had failed to deliver the security, demanding collateral in the amount paid. This payment was improper and must be returned to SI. Please note that even though this trade was by both Stonehill funds (Institutional and Offshore, as evidenced by the trade confirmations), the payment demanded at time of true up was only demanded from SI, therefore this portion of this Component 6 claim is only claimed on behalf of SI, not SO.

A second element of the claim arises from LBI's failure to close this negotiated trade.
The current market value of US Power Gen stock is $6 per share (see Exhibit H (c));
LBI's failure to close has cost Stonehill $22 per share, times 6,400 shares (SI's portion of
the trade), equals $140,800.00.

Component 6 totals $259,419.20

**Component 7 – Incomplete Transaction re Zarlink Semiconductor common:**

On August 15 and August 20, 2008, SI purchased shares in Zarlink Semiconductor with
purchase prices of CAD 6,044.22 and CAD 19,882.04, for a total of CAD 25,926.26. JP
Morgan, the clearing broker on the other side of the trade, was unable to settle prior to
September 19, 2008. However, LBI debited SI's cash in these amounts at the time of
trade and never returned the funds to SI. Exhibit I provides further detail.

Component 7 totals CAD 25,926.26

**Component 8 – Forward Sales of Foreign Currencies:**

Stonehill's portfolio included investments denominated in foreign currencies. To hedge
such exposure, Stonehill routinely executed under its prime brokerage agreement with
LBI forward sales of foreign currencies. Stonehill believes that no other Lehman entity
other than LBI was involved in these transactions. SI had numerous foreign currency
transactions open as of September 19, which were in a gain position because the dollar
had strengthened against the foreign currencies during the term of the contracts. A
brokerage statement listing the transactions, and their market values, and Stonehill's
summary of that brokerage statement for ease of understanding, is SI Exhibit J.

Component 8 totals $4,919,145.22

**Component 9 – Interest on Accumulated Cash Balances:**

If the court determines it appropriate, interest may be payable to SI on the accumulated
cash balances which have resided at LBI. Stonehill cannot estimate the amount absent
direction regarding the appropriate interest rates and a determination of the dates and
amounts of funds received by LBI on SI's behalf.

The amount of this Component 9 claim cannot be quantified without direction from LBI
and is therefore estimated.

**Component 10 – Other Post Date of Claim and Unknown Activity:**

Other amounts may have flowed into LBI with respect to SI's custodied securities of
which we are not currently aware, and it is certain that amounts will continue to flow to
LBI on securities which continue to be carried at LBI after the date of this claim.  SI
includes these presently unquantifiable amounts in its claim.  As part of this claim, SI
requests that LBI provide an accounting from September 19, 2008 forward of any cash
items received or due with respect to custodied securities or other customer property of
SI.

With regard to private investments, SI has no comprehensive way of determining what
payments have flowed into LBI referencing Stonehill's account number or name.
Considering Stonehill's distressed investing strategy, Stonehill's portfolio includes many
private instruments which have irregular and unpredictable distribution dates, often
without notice to us other than information conveyed by the wire transfer itself.  As part
of this claim, SI requests that LBI provide an accounting from September 19, 2008
forward of any cash items referencing any of the Stonehill accounts, and any Stonehill
entity name, and SI includes all such presently unquantifiable amounts in its claim.

The amount of this Component 10 claim cannot be quantified and is therefore estimated.

**End of Document**

Stonehill Institutional Partners, L.P. - Exhibit A

| Fund | LEHM A/C | Internal ID | LEHM ID | CUSIP/CINS | ISIN | SEDOL | Description | Expected Quantity | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Institutional | 732-40126 | BTDPF | 008110 | Q0828H105 | GB0000111801 | 0081180 | BARKAT DEVELOPMENTS PLC | 2,569,067.00 | |
| Institutional | 732-40126 | CORE | 5666251 | US12568AAB14 | US12568AAB14 | B0WN2Z8 | CRT GROUP FUNDING CO CDA SR NT R/MD 4.65 07/01/2010 | 450,000.00 | |
| Institutional | 732-40126 | CORE | 5197155 | 21868I104 | US21868I1046 | B06S7B2 | CORE MARK HOLDING CO INC | 9,357.00 | ✓ |
| Institutional | 732-40126 | DAL | 5204972 | 247361VK1 | US247361VK19 | US247361VK19 | DELTA AIR LINES INC DEL 144A R/MD 10.33 03/26/2006 | 1,601,000.00 | ✓ |
| Institutional | 732-40126 | DAL | 5643314 | 247361VM7 | US247361VM74 | US247361VM74 | DELTA AIR LINES INC DEL 90E 144A10.33% R/MD 10.33 03/26/2006 | 1,801,000.00 | |
| Institutional | 732-40126 | DAL | | 247361VX3 | US247361VX30 | | DELTA AIR LINES INC DEL 90E 144A10.79%R14 R/MD 10.79 03/26/2014 | 5,000,000.00 | |
| Institutional | 732-40126 | DAL | 5649514 | 247361VL9 | US247361VL91 | B1W9D46 | DELTA AIR LINES INC DEL CON NEW | 262,805.00 | |
| Institutional | 732-40126 | DAL | 5523485 | 247361AE5 | US247361AE57 | | DELTA AIR LINES INC PASS THRU CTF SER 1990 D R/MD 10.33 03/26/2049 | 801,000.00 | |
| Institutional | 732-40126 | | 5446359 | U29303ACB | X5013076649 | 2169257 | ENRON CORP R/MD 678 06/15/2009 | 12,000,000.00 | |
| Institutional | 732-40126 | FCFF | F0X6921 | 3019907 | 3019907191 | | FLT LOANS ASSET (REST) DTC CUSIP | 200,000,000.00 | |
| Institutional | 732-40126 | FRCFF | B04G220 | 3590A3106 | CA3590431068 | B04G220 | FRONTERA COPPER CORPORATION | 109,941.00 | |
| Institutional | 732-40126 | 5BBGFL9 | CA3704728M01 | 3704728M01 | CA3704728M01 | B3CZ2YW | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD R/MD 4.72143 05/22/2009 | 93,305.00 | |
| Institutional | 732-40126 | HOV | | 442487203 | US4424872038 | 2431167 | HOVNANIAN ENTERPRISES CSR INC-CL A | 14,590,000.00 | |
| Institutional | 732-40126 | LEHJQ | U48787AA0 | | US04787AA09 | | KELLSTROM INDUSTRIES INC CONV SUB NOTE REG S R/MD 5.75 10/15/2049 | 472,500.00 | |
| Institutional | 732-40126 | 598NNDG | 52520W117 | 52520W117 | US52520W3170 | B2PFYCS | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% PERP PFD SER J | 500,000.00 | |
| Institutional | 732-40126 | 58BBZCJ | 573379AE2 | 573379AE2 | US57379AAE24 | B2467YR | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 R/MD 7.045 07/26/2023 | 4,950,000.00 | ✓ |
| Institutional | 732-40126 | 5956439 | H59118AB7 | H59118AB7 | CH0001168647 | 4666094 | OMNI HOLDINGS A/C GROUP R/MD 6.00 12/01/2049 | 7,830,000.00 | |
| Institutional | 732-40126 | 5217207 | X50108329771 | X50108329771 | | 5963045 | PSINET INC EURO SERIES R/MD 10.50 12/01/2006 | 1,517,420.00 | |
| Institutional | 732-40126 | PDCEF | B0391F3 | Y71H4Y134 | X5010703094D | 5820773 | PSINET INC SER EUR SR NOTES EURO SER R/MD 11.00 08/01/2009 | 10,725,000.00 | |
| Institutional | 732-40126 | 5259929 | 76113BAF6 | 76113BAF6 | US76113BAF67 | B0N85JN | PT SEBAD PRODUCE TBK SHS SERIES A | 9,359,000.00 | |
| Institutional | 732-40126 | RHDGF | N74108106 | N74108106 | ANN74108106 | 2367879 | RETAIL HOLDINGS N.V. R/MD 7.3775NON 08/182007 R/MD 8.375 06/30/2010 | 36,557,377.00 | |
| Institutional | 732-40126 | 5332172 | 74972EAP3 | 74972EAP3 | X50108136465 | 4471776 | RSL COMMUNICATIONS LTD CONV SUB NOTE R/MD 8.875 03/01/2049 | 2,337,000.00 | |
| Institutional | 732-40126 | 5449494 | H83970AA4 | H83970AA4 | X5013919196 | 4851970 | SARGROUP FINANCE R/MD 6.625 10/06/2010 | 386,878.00 | ✓ |
| Institutional | 732-40126 | SGLP | 5093597 | XX5093597000 | US81663W1080 | B1YWF12 | SEACGROUP GP PARTNERS L P COM UNIT REPSTG LTD PARTNERSHPINT | 2,000,000.00 | ✓ |
| Institutional | 732-40126 | 5551644 | 84133RAF3 | 84133RAF3 | US84133RAF37 | | SOUTHEAST BANKING CORP FRN CPN LIBOR +12.5 R/MD 1.25 11/21/1997 | 77,800.00 | |
| Institutional | 732-40126 | T104832 | CA8794117T920 | 8794117T920 | US84133AD88 | | SOUTHEAST BKG CORP SUB NTS REGR/MD 10.50 04/11/2001 | 1,260,000.00 | |
| Institutional | 732-40126 | 9N44093 | X50N4409100D | X50N4409100D | | | TELEGLOBE CANADA INC TEMP 8% 10/23/2026 | 1,088,000.00 | |
| Institutional | 732-40126 | LCC | 5554013 | U06240AF3 | U06240AF3 | | US AIRWAYS GROUP INC UNSECURED DEBENTURE IN DEFAULT R/MD 8.33 06/20/2003 | 12,000,000.00 | |
| Institutional | 732-40126 | 5337735 | 98141AAD3 | 98141AAD3 | US90341W1080 | BOLGKKM | WORLD ACCESS INC/DTD 12/08/1999 13.250% 01/15/2008/CALLABLEIN DEFAULT | 2,000,000.00 | |
| Institutional | 732-40126 | 5489304 | 92921CAP9 | 92921CAP9 | US92921CAP93 | BICHOLT | WCI CMNTYS INC SR SUB NT R/MD 6.63 03/15/2015 | 809,010.00 | |
| Institutional | 732-40126 | WAMPQ | 939312814 | 939312814 | US9393128146 | 2595991 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE 9 12300% 31/2012 92923CAQ9 | 58,995,000.00 | |
| Institutional | 732-40126 | ZARLF | 2597102 | U29302AJ46 | US9891391000 | 2597102 | WCI CAPITAL LLC COMBINATION SECS MEMBERSHIP INT | 11,350,000.00 | |
| Institutional | 732-40126 | EKCFF | | 29302AJ46 | U29302AJ46 | 2766009 | ENRON CREDIT LINKED NOTES SER B-IN DEFAULT 10.0000% 02/15/2005 7437CAB7 | 14,355,000.00 | |
| Institutional | 732-40126 | 9N44093 | 7437CAB7 | 7437CAB7 | CA9891391000 | | ZARLIN INC NOTE-IN DEFAULT 10.9000% 12/01/2006 7437CAB7 | 6,480.00 | |

| | | | | | | | ZAMLIN CO 7.5% 12/01/2013 PVT | 2,132,354.00 | Lehman knows qty of 2,164,484 - difference is unsettled trades. Return cash of CAD 25,958,849 |
| | | | | | | | GMAC LLC 7.5% 12/01/2013 PVT REGS | 829,000.00 | Received from reorg on CUSIP # 76113BAF6 |
| | | | | | | | ZIFF DAVIS MEDIA INC SR SECD NT FLTG RATE NEW | 943,000.00 | Received from reorg on CUSIP # 76113BAF6 |
| | | | | | | | WCI CAPITAL LLC COMBINATION SECS MEMBERSHIP INT | | Lehman Doesn't own, paying Lehman hardcopy |
| | | | | | | | ENRON CREDIT LINKED NOTES SER B- IN DEFAULT 10.9000% 12/01/2006 7437CAB7 | 1,080,000.00 | Lehman knows qty of 1,056,000 - difference is unsettled trade. Return cash of USD 1,310,625 |
| | | | | | | | PSINET INC NOTE - IN DEFAULT 0.9000% 12/01/2006 7437CAB7 | 66,562,000.00 | Removed by Lehman, but there will be future distributions |
| | | | | | | | PSINET INC SR NTS *IN DEFAULT* 11.5000% 11/01/2008 7437CAD3 | 139,215,000.00 | Removed by Lehman, but there will be future distributions |
| | | | | | | | PSINET INC SR NTS *IN DEFAULT* 11.0000% 08/01/2009 69363VAB3 | 120,000.00 | Removed by Lehman, but there will be future distributions |
| | | | | | | | PSINET INCORPORATED SR NTE- IN DEFAULT 11.0000% 08/01/2009 69363VAB3 | 163,598,000.00 | Removed by Lehman, but there will be future distributions |

SI Exhibit B

Margin Summary COB 9-19-08

**TOTAL COLLATERAL**

| | |
|---|---:|
| TOTAL LMV TYPE 1 LONG POSITIONS (US$) | 247,628,399.86 |
| TOTAL LMV TYPE 1 LONG POSITIONS (C$ value converted to US$) | 12,665,241.29 |
| TOTAL LMV TYPE 1 LONG POSITIONS (BP value converted to US$) | 1,391,562.39 |
| TOTAL LMV TYPE 1 LONG POSITIONS (EM value converted to US$) | 2,882,116.28 |
| TOTAL LMV TYPE 1 LONG POSITIONS (JY value converted to US$) | 0.00 |
| | |
| TOTAL LMV TYPE 2 LONG POSITIONS (US$) | 35,882,711.62 |
| TOTAL LMV TYPE 2 LONG POSITIONS (C$ value converted to US$) | 366,954.14 |
| TOTAL LMV TYPE 2 LONG POSITIONS (BP value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (EM value converted to US$) | 0.00 |
| TOTAL LMV TYPE 2 LONG POSITIONS (JY value converted to US$) | 0.00 |
| | |
| *TOTAL USD DELIVERABLE COLLATERAL* | **283,511,111.48** |

| | |
|---|---:|
| TYPE 1 CASH (US$) | 44,841.22 |
| TYPE 1 CASH C$ (value converted to US$) | 0.00 |
| TYPE 1 CASH BP (value converted to US$) | 0.00 |
| TYPE 1 CASH JY (value converted to US$) | 0.01 |
| TYPE 1 CASH EM (value converted to US$) | 0.00 |
| | |
| TYPE 2 CASH JY (value converted to US$) | 0.00 |
| TYPE 2 CASH EM (value converted to US$) | 604,087.35 |
| | |
| *TOTAL USD CASH COLLATERAL* | **44,841.22** |

**TOTAL EXPOSURES**

| | |
|---|---:|
| TYPE 2 DEBIT BALANCE (USD) | 1,871,130.80 |
| TYPE 2 DEBIT BALANCE (C$ converted to US$) | 723,727.32 |
| TYPE 2 DEBIT BALANCE (BP converted to US$) | 9,025.47 |
| | |
| *TOTAL EXPOSURE* | **2,603,883.59** |

| | |
|---|---:|
| *TOTAL COLLATERAL NEEDED TO COVER EXPOSURE* | **1,954,955.01** |

| | |
|---|---:|
| **TOTAL VALUE OF COLLATERAL AVAILABLE FOR DELIVERY** | **298,862,030.57** |
| **TOTAL CASH AVAILABLE FOR PAYMENT** | **0.00** |

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

SI Exhibit B
page 2 of 26

BMR56
732-40126   CLIENT 012
RR: H01 STONEHILL INSTITUTIO

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000                                      09/19/08                     PAGE 93705

- - - - BALANCES - - - -

| TC | OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | MARKET VALUE |
|---|---|---|---|---|---|
| 11 | 31,325.32 | 31,325.32- | 31,325.32 | 44,841.22- | 247,628,399 |
| 29 | 318,177.27- | 1,871,130.80 | 1,820,428.08 | 4,009,736.15 | 35,802,711 |
| 37 | 462.00 | 462.00 | 462.00 | 462.00 | 462.00 |
| 52 | 59,577,263.33- | 61,766,571.40- | 59,577,263.33- | 61,766,571.40- | 61,248,498- |
| T | 59,926,303.92- | 59,939,819.82- | 57,787,698.57- | 57,801,214.47- | 222,252,611 |

| TC | S/DTE | ACTIVITY LONG/SHORT(-) | | DEBIT/CREDIT(-) | DLA |
|---|---|---|---|---|---|
| 11 | 09/19 | 59,939,819.82- | | 1,637,953.46 | 09/19/08 |
| 11 | 09/19 | | | 1,651,469.36- | 09/19/08 |
| 29 | 09/19 | | | 2,189,308.07 | 09/19/08 |
| 52 | 09/19 | | | 2,189,308.07- | 09/19/08 |

- - - POSITIONS - - -

| TC | DA | LONG/SHORT(-) | DESCRIPTION | CUSIP/SEC | PRICE/ENT | T/D | TRD # |
|---|---|---|---|---|---|---|---|
| 11 | 091908 | 1.0000 | ***AIR GROUP FINANCE B V TECHNOLOGIES 4.375 DUE 06/08/2006 REV ENTRY OF 5-30 DUE TO INCORRECT FX | 5196207 | INT | 09/19 | |
| 11 | 09/19 | | ***AIR GROUP FINANCE B V DUE 06/08/2006 4.375 REC 5/16/08 PAY 5/28/08 ON 1935700 BDS MARK TO MARKET | 5196207 | INT | 09/19 | |
| 29 | 09/19 | | MARK TO MARKET | | MKT MS | 09/19 | |
| 52 | 09/19 | | MARK TO MARKET SHORT POS | | MKT MS | 09/19 | |

| TC | DA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 11 | 091908 | 1.0000 | ACAT DELIVERY IN PROGRESS DO NOT TRANSFER SECURITIES | XXA0019280 A000928 | 0.00000 | 0 | 0 |
| 11 | 091708 | 563,825.0000 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 003881307O A013707 | 4.38000 563,825.0000 | 2,469,553 | 1,691,475 |
| 11 | 122107 | 372,301.0000 | ADVONET INC | 003740N107O A014448 SB | 54.0300OH 372,301.0000 | 20,115,423 | 20,115,423 |
| 11 | 031808 | 61,288.0000 | AMERICAN RICE INC ESCROW CUSIP | 0293209910 A015124 SB | 0.00000H 0 | 0 | 0 |
| 11 | 031808 | 40,000.0000 | WTS ADOVONET INC | 003740H123O A017485 SB | 31.0000OH 40,000.0000H | 1,240,000 | 372,000 |
| 11 | 031808 | 5,301,739.0000 | ADELPHIA RECOVERY TRUST SERIES ARANDUA INT | 00685R102O A020354 SB | 0.40000H 5,301,739.0000 | 2,120,695 | 2,120,695 |
| 11 | 092707 | 2,275.0000 | ARUDA/JHB PARTNERS LP UNITS LTD PARTNERSHIP INT | 0432877101O A715390 SK | 0.00000 2,275.0000 | 0 | 0 |
| 11 | 091708 | 2,569,067.0000 | ***BARRATT DEVELOPMENTS PLC | 0288101050 B137756 SB | 2.71700H 2,569,067.0000 | 6,980,155 | 6,980,155 |
| 11 | 092507 | 260,300.0000 | COMFORCE CORP | 20038K1090 C000344 SB | 1.99000H 260,300.0000 | 517,997 | 517,997 |
| 11 | 091208 | 4,837.0000 | COMDISCO HOLDING COMPANY INC | C012108 SB 1494791070 | 9.80000H 4,837.0000 | 47,402 | 47,402 |
| 11 | 031808 | 9,810.0000 | CATTLESALE COMPANY | C012354 SB | 0.00000H 9,810.0000 | 0 | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 42 of 89

3 of 26

```
BWR56
732-40126          CLIENT 012
TC LDA   RR: H81 STONEHILL INSTITUTO        MARGIN ACTIVITY STATEMENTS                    PAGE 93786
11 043008  LONG/SHORT(-)                         CURR-CODE: 000                            09/19/08
           107,382.0000
```

| Date | Long/Short Qty | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 11 043008 | 107,382.0000 | ***CAPEX SA-ORD / AF 1 PAR | P2006W1020 | 1.47292H | 158,165 | 158,165 |
| 11 031808 | 58.0000 | DECISIONONE CORP NEW | C06031b / 24345T1060 | 0.00000H | 0 | 0 |
| 11 111607 | 109,941.0000 | FCLT LOANS ASSET (REST) / DTC CUSIP | D004732 SB / 3019902190 / F005921 | 0.00000H | 0 | 0 |
| 11 031808 | 93,305.0000 | ***FRONTERA COPPER CORPORATION | 3590431060 | 1.53675 | 143,386 | 143,386 |
| 11 111607 | 109,941.0000 | FIRSTCITY LIQUIDATING TRUST / CL B CBI | F104640 SB / 33762E1080 | 0.0000 | 0 | 0 |
| 11 092707 | 27,548.0000 | ***GUANGDONG ALLIANCE / SHS | F393773 SB / G41815104D | 0.0000 | 0 | 0 |
| 11 092707 | 10,468.0000 | ***GH WATER SUPPLY HL / SHS | G3850010 SK / G005001 SK | 0.00000H | 0 | 0 |
| 11 092707 | 318,047.0000 | ***GUANGDONG INVESTMENT LTD / HS0.50 PAR | G2929L1000 / G005020 SK | 0.29500H | 93,823 | 0 |
| 11 111607 | 7,054.0000 | WTS ICC COMMUNICATIONS INC | G609050 SK / 4492461150 | 0.00000H | 0 | 0 |
| 11 091608 | 426,211.0000 | HOVNANIAN ENTERPRISES INC-CL A | H021306 SB / H424072030 | 9.05000 | 3,857,209 | 1,928,604 |
| 11 091608 | 1,866,236.0000 | KGEN PWR CORP / CDM 144A | H394772 SB / 49373X1030 | 0.00000H | 0 | 0 |
| 11 121307 | 76.0000 | KAANAPALI LAND LLC | K003538 SB / K003538 | 30.51000H | 2,318 | 2,318 |
| 11 091608 | 52,218.0000 | LEHMAN BROS HLDGS INC / DEP SH REPSTG 1/100TH 7.95% | K004397 SB / S2520W3170 | 0.11000H | 5,743 | 5,743 |
| 11 081308 | 13,656,000.0000 | ***MMAC CAPITAL LLC / COMBINATION SECS MEMBERSHIP | L008500 SB / 52291R2020 | 0.00000H | 0 | 0 |
| 11 060608 | 314,578.0000 | NEENAH ENTERPRISES INC | M017061 SB / 64007P1030 | 1.55000H | 487,595 | 487,595 |
| 11 122107 | 57,944.0000 | WTS NEENAH ENTERPRISES INC | N009197 SB / 64007P1110 | 0.0000 | 0 | 0 |
| 11 031808 | 20,069.0000 | PATENT LITIGATION TR / BENEFICIAL TRUST INTERESTS | N009546 SB / 7035441070 / P011578 SB | 0.0005H | 10 | 10 |
| 11 092507 | 36,557,577.0000 | ***PT SIERAD PRODUCE TBK / SHS SERIES A | Y2T44V1340 / P017046 SB | 0.00532H | 194,486 | 194,486 |

4 of 24

BMR56
732-40126
TC   LDA
11   091508

CLIENT 012
RR: H81 STONEHILL INSTITUTIO
LONG/SHORT(-)
386,878.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08

PAGE 93787

| | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| | 386,878.0000 | **RETAIL HOLDINGS N V | N741081060 | 8.0000H | 3,095,024 | 3,095,024 |
| 11 092507 | 5,999,544.0000 | SUNSHINE MNG & REFNG COMPANY PAR Z0.01 | R005463   S3 | 0.00000H | 0 | 0 |
| 11 082908 | 77,800.0000 | SEMGROUP ENERGY PARTNERS L P CDM UNIT REPSTG LTD PARTNERSHP | 8678336000 | 366,878.0000 | 0 | |
| | | | Y0011728   S3 | 5,999,544.0000 | | |
| | | | 8164Z4N080   SB | 8.39000 | 652,742 | 195,822 |
| 11 031808 | 99,500.0000 | 3DFX INTERACTIVE INC | S019821   SB | 77,800.0000 | | |
| | | | 88553X1030 | 0.01700H | 1,691 | 1,691 |
| 11 091708 | 10,800.0000 | **TRANSOCEAN INC NEW | T00111B   SB | 99,500.0000 | | |
| | | | G9007510100 125.40000H | 99.5000.0000 | 1,354,320 | 406,296 |
| 11 031808 | 200,000.0000 | **THUNDERBIRD RESORTS INC CDM 144A | T010589   SB | 10,800.0000 | | |
| | | | 88605P1080 | 0.00000H | 0 | 0 |
| 11 031808 | 12,000,000.0000 | **TELEGLOBE CANADA INC | T010408   SB | 200,000.0000 | | |
| | | | 8799A1Y9720 | 0.00000 | 0 | 0 |
| 11 090908 | 37,204.0000 | **THUNDERBIRD RESORTS INC TEMP 8/ 10/23/2026 | T104832 | 12,000,000.0000 | | |
| | | | G886761060 | 5.50000H | 204,622 | 204,622 |
| 11 091108 | 108,000.0000 | US AIRWAYS GROUP INC NEW | T106117   SB | 37,204.0000 | | |
| | | | 90341W1080 | 7.91000 | 854,280 | 256,284 |
| 11 051508 | 164.0000 | **VIATEL HOLDING BERMUDA LIMITED NEW | U005620   SB | 108,000.0000 | | |
| | | | V904471110 | 1.00000H | 164 | 164 |
| 11 031808 | 134,303.0000 | WTS WEBLINK WIRELESS | V004215   SB | 164.0000 | | |
| | | | 94769A1190 | 0.00000 | 0 | 0 |
| 11 091008 | 6,480.0000 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUMULATIVE | W005885   SB | 134,303.0000 | | |
| | | | 9393Z28140 | 335.00000 | 2,170,800 | 651,240 |
| 11 091708 | 356,875.0000 | **ZARLINK SEMICONDUCTOR INC | W005836   SB | 6,480.0000 | | |
| | | | 9891591000 | 0.49000 | 174,868 | 174,868 |
| 11 092507 | 120,000.0000 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC DUE 05/01/2013   5.300Z | Y001713   SB | 356,875.0000 | | |
| | | | 3609WAC400   SB | 0.00000 | 0 | 0 |
| 11 092507 | 500,000.0000 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES DUE 06/01/2027   6.00ZZ | 3BBWTX8   SB | 120,000.0000 | | |
| | | | 64999BJL90 | 0.00000 | 0 | 0 |
| 11 031808 | 1,295,000.0000 | DAUPHIN CNTY PA GEN AUTH REV OFFICE & PKG-FORUM PL-SER A DUE 01/15/2025   6.000Z | 3BB2CT2   SB | 500,000.0000 | | |
| | | | 2382592650 | 0.00000H | 0 | 0 |
| 11 092507 | 1,000,000.0000 | MEMPHIS TN HLTH EDL&HSG FAC BRD MFHR SECTZED-A-INVT AGMT DUE 12/15/2049 | 3450402   SB | 1,295,000.0000 | | |
| | | | 5861G9AN40 | 0.00000H | 0 | 0 |
| | | | 3502020   SB | 1,000,000.0000 | | |

08-13555-mg    Doc 45573-31    Filed 08/05/14    Entered 08/05/14 14:51:02    Exhibit
(A-31 - Institutional    CES Aviation LLC)    Pg 44 of 89

5 of 26

BMR56    CLIENT 012
732-40126    RR: H&1 STONEHILL                    INSTITUTIO                    MARGIN ACTIVITY STATEMENTS                    09/19/08                    PAGE 93788
TC LDA    LONG/SHORT(-)                                                         CURR-CODE: 000

| | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 11 031808 | 9,294.0000 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY 3681870 DUE 01/01/2020 6.950% | 60716AY70 S6 | 0.00000H | 5,254.0000 | 0 |
| 11 080108 | 250,000.0000 | **MFCE BANK PLC EURO MEDIUM TERM NOTE DUE 01/15/2013 7.125% | G33365SS00 S8 5BBQY5 | 107.62042H 250,000.0000 | 269,051 | 121,072 |
| 11 041008 | 4,500,000.0000 | CIT GROUP INC MEDIUM TERM SR NTS DUE 10/27/2008 2.905% | 12560PEA50 S8 5BBDTK4 | 99.31400H 4,500,000.0000 | 4,469,130 | 1,340,739 |
| 11 031808 | 450,000.0000 | STANFIELD VICTORIA FIN LTD MTN VR 032406-032509 DUE 03/25/2009 | 8543IAFH50 S8 5BBFSB4 | 0.00000H 450,000.0000 | 0 | 0 |
| 11 092507 | 25,937,000.0000 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- DUE 09/01/2005 11.000% | 2284499A40 S8 5BBKJQ7 | 0.00000 25,937,000.0000 | 0 | 0 |
| 11 060608 | 540,000.0000 | NEENAH CORP SR SECD NT DUE 01/01/2017 9.500% | 640071AR70 S8 5BBKVC2 | 76.62500 540,000.0000 | 413,775 | 186,198 |
| 11 071008 | 4,050,000.0000 | GMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR DUE 08/25/2037 5.952% | 36186KAD70 S8 5BBKVN8 | 37.97255H 4,050,000.0000 | 1,537,888 | 1,537,888 |
| 11 122007 | 4,950,000.0000 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 DUE 07/26/2023 7.045% | 55265AAN10 S8 5BBNND6 | 0.00000 4,950,000.0000 | 0 | 0 |
| 11 080108 | 4,050,000.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 DUE 12/25/2037 6.249% | 36186LAG80 S8 5BBQTY6 | 46.66422H 4,050,000.0000 | 1,889,900 | 1,889,900 |
| 11 090808 | 4,429,080.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 DUE 12/25/2037 6.054% | 36186LAB90 S8 5BBQTZ6 | 48.83500H 4,429,080.0000 | 2,162,941 | 2,162,941 |
| 11 073008 | 21,330,000.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 DUE 12/25/2037 6.424% | 36186LAD50 S8 5BBQT29 | 32.07718H 21,330,000.0000 | 6,842,062 | 6,842,062 |
| 11 080108 | 18,090,000.0000 | GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 DUE 12/25/2037 6.193% | 36186LAC70 S8 5BBQVB1 | 48.54300H 18,090,000.0000 | 8,781,428 | 8,781,428 |
| 11 091708 | 7,830,000.0000 | MASONITE CORP SR SUB NT DUE 04/06/2015 11.000% | 575379AE20 S8 5BBRZC1 | 23.00000H 7,830,000.0000 | 1,800,900 | 1,800,900 |
| 11 060908 | 1,188,000.0000 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES DUE 10/01/2012 6.000% | 85376SAA80 S8 5BCCLN9 | 93.37500 1,188,000.0000 | 1,109,295 | 332,788 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 45 of 89

6 of 26

```
BMR56
732-40126      CLIENT 012
TC LDA         RR: H&I STONEHILL
11 090308      LONG/SHORT(-)
               20,233,000.0000

                              MARGIN ACTIVITY STATEMENTS              09/19/08      PAGE  93709
                              CURR-CODE: 000
```

| | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE AMORTIZED | MARGIN REQUIREMENT AMOUNT |
|---|---|---|---|---|---|
| | INSTITUTIO | | | | |
| | PHH MORTGAGE TRUST | 69337YAE40 | 80.37500H | | 13,277,711 |
| | SER 2007-CL1 CLASS TAGS 144A | 5DCLLC0 SB | 20,233,000.0000 | 13,277,711 | 16519,702.66 |
| 11 031808 | DUE 12/25/2027        6.600% | | | AMORTIZED | |
| 850,000,000.0000 | NEW STANFIELD VICTORIA | C8439CAN00 | 0.00000H | 0 | 0 |
| | EURO MEDIUM TERM NOTE | 5BCSLJ0 SB | 850,000,000.0000 | | |
| 11 080408 | DUE 03/28/2008 | | | | |
| 26,475,000.0000 | RESIDENTIAL CAP LLC | 76114EAE20 | 62.00000H | 16,414,500 | 16,414,500 |
| | SR SECD NT | 5BDQWF4 SB | 26,475,000.0000 | | |
| 11 061608 | DUE 05/15/2010        8.500% | | | | |
| 5,400,000,000.0000 | STANFIELD VICTORIA FIN LTD | 85431AJM00 | 0.00000 | 0 | 0 |
| | MEDIUM TERM MTS144A 3C7 | 5BDMSQ5 SB | 5,400,000,000.0000 | | |
| 11 082808 | DUE 01/25/2008 | | | | |
| 8,255,000,000.0000 | CAPMARK FINL GROUP INC SR NT | 140661AD10 | 76.93300 | 6,350,819 | 1,905,245 |
| | FLT 10 | 5BDKMR1 SB | 8,255,000,000.0000 | | |
| 11 081108 | DUE 05/10/2010        3.452% | | | | |
| 2,150,000,000.0000 | ZIFF DAVIS MEDIA INC | 98951UAJ50 | 0.00000H | 0 | 0 |
| | SR SECD NT FLTG RATE NEW | 5BDNVY1 SB | 2,150,000,000.0000 | | |
| 11 071808 | DUE 05/01/2012 | | | | |
| 8,515,000,000.0000 | ZIFF DAVIS MEDIA INC | 989ESC9910 | 0.00000H | 0 | 0 |
| | SR SECD NT - ESCROW CUSIP - | 5BDNVZ6 SB | 8,515,000,000.0000 | | |
| 11 081208 | DUE 05/01/2012 | | | | |
| 167,000,000.0000 | MONTANA POWER CO | 612MMI8A90 | 0.00000 | 0 | 0 |
| | - TENDER OFFER - | 5BDQMJ0 SB | 167,000,000.0000 | | |
| 11 080808 | DUE 12/22/2026        7.960% | | | | |
| 278,000,000.0000 | MAHONTANA POWER CO | 612MMI9C40 | 0.00000 | 0 | 0 |
| | - CONTRA CUSIP - | 5BDQNT2 SB | 278,000,000.0000 | | |
| 11 082008 | DUE 12/23/2026 | | | | |
| 162,000,000.0000 | MONTANA POWER CO | 612MMI9860 | 0.00000 | 0 | 0 |
| | - TENDER OFFER - | 5BDQPD8 SB | 162,000,000.0000 | | |
| 11 081108 | DUE 12/20/2006        7.070% | | | | |
| 8,807,000,000.0000 | C8 NORTHWESTERN CORP | 66099ABG60 | 0.00000 | 0 | 0 |
| | -CONTRA CUSIP- | 5BDQSC5 SB | 8,807,000,000.0000 | | |
| 11 082008 | DUE 03/15/2007        7.875% | | | | |
| 11,654,000,000.0000 | NORTHWESTERN CORPORATION | 66899ABF80 | 0.00000 | 0 | 0 |
| | SENIOR DEBENTURE | 5BDRLG4 SB | 11,654,000,000.0000 | | |
| 11 081108 | DUE 11/15/2028        6.950% | | | | |
| 5,937,000,000.0000 | NORTHWESTERN CORP | 66899ABH40 | 0.00000 | 0 | 0 |
| | -CONTRA CUSIP- | 5BDXBS2 SB | 5,937,000,000.0000 | | |
| 11 091208 | DUE 03/15/2012        8.750% | | | | |
| 4,050,000,000.0000 | VICTORIA FIN LTD 144A VR | 9262GDAL30 | 0.00000 | 0 | 0 |
| | 090900-121208 | 5BDBPV0 SB | 4,050,000,000.0000 | | |
| | DUE 12/12/2008 | | | | |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 46 of 89

7 of 26

```
BMR66                          MARGIN ACTIVITY STATEMENTS                    09/19/08        PAGE 93790
732-40126
TC  LDA          CLIENT 012                CURR-CODE: 000
11  091208       RR: HB1 STONEHILL
                 LONG/SHORT(-)
                 900,000.0000
```

| Acct / Date | Quantity (Long/Short) | Security Description | CUSIP / SEC | Price | Amortized Amount | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|---|
| 11 031808 | 900,000.0000 | VICTORIA FIN LTD 144A VR 99993B-023709 DUE 02/17/2009 | 5DFDRQ5 SB | 0.00000 | 900,000.0000 | 0 | 0 |
| 11 031808 | 3,956,000.0000 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB DUE 02/15/2029 7.730% | 39350SUY60 / 5C48250 SB | 0.00000H | 2,226,558.17 | 0 | 0 |
| 11 031808 | 680,000.0000 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES DUE 10/15/2029 7.750% | 393505YC00 / 5C58202 SB | 0.00000H | | 0 | 0 |
| 11 060308 | 7,000,000.0000 | NPV VT INC 1998-2 HEALTH CARE RCVBLES NT DUE 05/01/2004 | 62936EAF50 / 5C98570 SB | 0.00000H | 381,783.31 | 0 | 0 |
| 11 090908 | 4,725,000.0000 | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HE1 A-3-VAR DUE 06/25/2034 2.681% | 361856CV70 / 5F23941 SB | 52.93800H | 4,215,324.69 | 2,231,508 | 2,231,508 |
| 11 082508 | 10,503,000.0000 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 DUE 09/25/2020 | 76110VSQ20 / 5F99267 SB | 99.65760H | 1,677,929.44 | 1,671,287 | 1,671,287 |
| 11 052708 | 3,510,000.0000 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 DUE 11/25/2020 5.190% | 76110VTD00 / 5I06641 SB | 70.04400H | | 2,458,544 | 2,458,544 |
| 11 063008 | 2,525,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR DUE 07/25/2027 5.627% | 126685DM30 / 5I19024 SB | 78.56090H | | 1,983,663 | 1,983,663 |
| 11 060908 | 10,800,000.0000 | CMHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR DUE 07/25/2027 5.841% | 126685DX10 / 5I19025 SB | 41.12617H | | 4,441,626 | 4,441,626 |
| 11 090808 | 8,025,750.0000 | CMACH HOME EQUITY LN TR SERIES 2006-HE3 CLASS A2 DUE 10/25/2036 5.750% | 38012TAB80 / 5I39489 SB | 57.55283H | | 4,619,046 | 4,619,046 |
| 11 073008 | 2,025,000.0000 | CMACH HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 CLASS A3 DUE 10/25/2036 6.080% | 38012TAD40 / 5I41557 SB | 83.11753H | | 1,683,129 | 1,683,129 |
| 11 070708 | 4,780,000.0000 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 DUE 03/25/2034 5.658% | 126684AC50 / 5I43662 SB | 87.26355H | | 4,171,197 | 4,171,197 |
| 11 031808 | 1,000,000.0000 | PHP HEALTHCARE CORPORATION 144A SUB DEB CONV 144A DUE 12/15/2002 6.500% | 69334AAA10 / 5002297 SB | 0.00000H | 1,000,000.0000 | 0 | 0 |
| 11 031808 | 1,500,000.0000 | PHP HEALTHCARE CORPORATION SUB DEB CV DUE 12/15/2002 6.500% | 69334AC70 / 5002347 SB | 0.00000H | 1,500,000.0000 | 0 | 0 |

8 of 22

BMR56
732-40126
TC LOA
11 031808

CLIENT 012
RR: HBI STONEHILL
LONG/SHORT(+-)
1,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08
PAGE 93791

| | LONG/SHORT | INSTITUTIO SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| | | DEBT PLT CPN | 960000AB50 5C02385 CB | 0.00000 1,000.0000 | 0 | 0 |
| 11 092507 | 10,000.0000 | ***POLLY PECK INTERNATIONAL DUE 01/03/1997 8.750% | C71536AM20 501B341 SB | 0.00000H 10,000,000.0000 | 0 | 0 |
| 11 082208 | 1,050,000.0000 | ESC COMDISCO INC NOTE - ESCROW - DUE 01/15/2003 6.125% | 2003368R90 5030910 SB | 0.00000H 1,050,000,000.0000 | 0 | 0 |
| 11 031808 | 1,500,000.0000 | IONICA PLC SR NOTE DUE 08/15/2006 13.500% | 462213AJ80 5033325 SB | 0.00000H 1,500,000,000.0000 | 0 | 0 |
| 11 031808 | 22,523,800.0000 | ESC KITTY HAWK INC SR SECD NTS DUE 11/15/2004 9.950% | 498326WC30 5037926 SB | 0.00000H 22,523,800,000.0000 | 0 | 0 |
| 11 031808 | 241,000,000.0000 | WOLVERINE TUBE INC SENIOR NOTE SER B DUE 04/01/2009 10.500% | 970093AE20 5042652 SB | 92.00000 241,000,000.0000 | 221,720 | 221,720 |
| 11 031808 | 9,460,000.0000 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE DUE 06/01/2007 10.625% | 155560AA30 5046016 SB | 0.00000H 9,460,000,000.0000 | 0 | 0 |
| 11 031808 | 1,500,000.0000 | IONICA PLC SENIOR DISC NOTES DUE 05/01/2007 15.000% | 462213AK50 5051503 SB | 0.00000H 1,500,000,000.0000 | 0 | 0 |
| 11 092507 | 16,459,000.0000 | ***MAXWELL COMMUNICATIONS EURO DEBS | G59024AF90 5054115 SB | 0.00000H 16,459,000,000.0000 | 0 | 0 |
| 11 031808 | 1,350,000.0000 | KEY PLASTICS INC SR SUB NOTE SER B DUE 03/15/2007 10.250% | 49313TAD50 5065089 SB | 0.00000H 1,350,000,000.0000 | 0 | 0 |
| 11 111907 | 18,255,000.0000 | ENERGY GROUP OVERSEAS BV GTD NOTES 37/8% 10/9/98 DUE 10/15/2017 7.425% | 292689AC00 5070867 SB | 32.50000H 18,255,000,000.0000 | 5,932,875 | 1,825,500 |
| 11 111907 | 21,450,000.0000 | ENERGY GROUP OVERSEAS BV GTD NT DUE 10/15/2027 7.550% | 292689AD80 5071495 SB | 32.50000H 21,450,000,000.0000 | 6,971,250 | 2,145,000 |
| 11 031808 | 30,550,000.0000 | MRG ENERGY INC SR NOTE DUE 06/15/2007 7.500% | 629377AD40 5075991 SB | 0.00000 30,550,000,000.0000 | 0 | 0 |
| 11 031808 | 500,000.0000 | ***KELLSTROM INDUSTRIES INC CONV SUB NOTES REG S DUE 10/15/2002 5.750% | U67787AA00 5082870 SB | 0.00000H 500,000,000.0000 | 0 | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 48 of 89

9 of 26

```
BMR56           CLIENT 012
732-40126       RR: H&I STONEHILL INSTITUTIO        MARGIN ACTIVITY STATEMENTS                      09/19/08            PAGE 93792
TC  LDA              LONG/SHORT(-)                       CURR-CODE: 000
11  031808        1,250,000.0000
```

| St | Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 11 | 031808 | 1,250,000.0000 | DELTA AIR LINES INC DEL EQUIPMENT TRUST CTF SER 1990 B DUE 03/26/2014 10.790% | 247361VU90 5064588 SB | 82.50000H 1,250,000.0000 | 1,031,250 | 464,062 |
| 11 | 012908 | 1,260,000.0000 | SOUTHEAST BANKING CORP STAMPED CERTIFICATES DUE 11/12/1997 5.250% | XX50935970 5093597 SB | 0.00000 1,260,000.0000 | 0 | 0 |
| 11 | 031808 | 7,125,000.0000 | VENTURE HOLDINGS TRUST SR NOTE SER B DUE 07/01/2005 9.500% | 92326YAD10 5102085 SB | 0.0000H 7,125,000.0000 | 0 | 0 |
| 11 | 111907 | 18,167,000.0000 | LIVENT INC SR NTS DUE 10/15/2004 9.375% | 537902AC20 5109706 SB | 0.00000 18,167,000.0000 | 0 | 0 |
| 11 | 031808 | 30,000,000.0000 | CELLNET DATA SYS INC SENIOR DISC NOTE DUE 10/01/2007 14.000% | 15115MAL50 5108824 SB | 0.0000H 30,000,000.0000 | 0 | 0 |
| 11 | 031808 | 15,953,000.0000 | DRYPERS CORP SR NTS SER-B DUE 06/15/2007 10.250% | 262497AG50 5123009 SB | 0.00000 15,953,000.0000 | 0 | 0 |
| 11 | 092507 | 3,300,000.0000 | SOUTHEAST BANKING CORP EURO 0-CPN STAMPED CERT DUE 12/18/1996 | XX51233170 5123317 SB | 0.00000 3,300,000.0000 | 0 | 0 |
| 11 | 031808 | 15,209,000.0000 | KELLSTROM INDS INC SUB NTS CONV DUE 10/15/2002 5.750% | 480035AC00 5125334 SB | 0.0000H 15,209,000.0000 | 0 | 0 |
| 11 | 092507 | 7,945,000.0000 | MAXWELL COMMUN DUE 09/01/1993 8.375% | G59024AE20 5127401 SB | 0.00000H 7,943,000.0000 | 0 | 0 |
| 11 | 091708 | 2,350,000.0000 | CALPINE CONSTRUCTION FINANCE CO L P / CORP 2ND PRIORITY DUE 08/26/2011 11.600% | 13134YAA50 SB 5128405 SB | 107.50000H 2,350,000.0000 | 2,526,250 | 1,136,812 |
| 11 | 092807 | 18,950,000.0000 | POLY PECK INTL FINANCE CHF DUE 03/20/2049 6.250% | G71536AF60 5131393 SB | 0.00000H 18,950,000.0000 | 0 | 0 |
| 11 | 092507 | 47,149,000.0000 | GLOBAL USD DUE 03/15/2008 10.000% | C7703AAD70 5142263 SB | 0.00000H 47,149,000.0000 | 0 | 0 |
| 11 | 031808 | 23,010,000.0000 | KELLSTROM INDS INC CONV SUB NOTES DUE 06/15/2003 5.500% | 480035AE60 5142368 SB | 0.00000H 23,010,000.0000 | 0 | 0 |
| 11 | 031808 | 66,962,000.0000 | PSINET INC SENIOR NOTES SER B DUE 02/15/2005 10.000% | 74437CAB70 5142821 SB | 0.00000H 66,962,000.0000 | 0 | 0 |

```
AMORTIZED AMOUNT   57552,412.70                                                                 0
```

```
BMR56        CLIENT 012
732-40126    RR: M&I STONEHILL
TC LDA                  LONG/SHORT(-)
11 031808           6,750,000.0000
```

MARGIN ACTIVITY STATEMENTS   CURR-CODE: 000                 09/19/08        PAGE 93793

| DATE | LONG/SHORT(-) | INSTITUTIO SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 11 031808 | 6,750,000.0000 | INSILCO HOLDING CO CR DISC NT DUE 08/16/2008 14.000% | 457661AA40 / 5143514 SB | 0.00000H | 6,750,000.0000 | 0 |
| 11 092507 | 19,780,000.0000 | ***S-AIR GROUP SMSAIR DUE 07/07/2005 0.125% | H7110NAD50 / 5144489 SB | 12.17100H | 19,780,000.0000 / 2,407,423 | 722,227 |
| 11 031808 | 26,290,000.0000 | ***RSL COMMUNICATION PLC SR NTS DUE 03/01/2008 9.125% | 74972EAC20 / 5145204 SB | 0.00000H | 26,290,000.0000 / 0 | 0 |
| 11 031808 | 27,500,000.0000 | CHS ELECTRONICS INC SENIOR NOTES DUE 04/15/2005 9.875% | 12542AAD30 / 5147251 SB | 0.00000H | 27,500,000.0000 / 0 | 0 |
| 11 031808 | 20,070,000.0000 | ***CENTAUR MINING & EXPL LTD SENIOR SECD NOTE DUE 12/01/2007 11.000% | 15133CAC50 / 5150557 SB | 0.00000H | 20,070,000.0000 / AMORTIZED AMOUNT 17870,781.38 / 0 | 0 |
| 11 031808 | 25,850,000.0000 | EXODUS COMMUNICATIONS INC SR NTS DUE 07/01/2008 11.250% | 302088AB50 / 5158280 SB | 0.00000H | 25,850,000.0000 / 0 | 0 |
| 11 072208 | 2,274,859.0000 | WHEELING PITTSBURGH STL CORP SR SECD NT DUE 06/01/2010 6.000% | 9631S0AA50 / 5169833 SB | 53.75000H | 2,274,859.0000 / 1,222,736 | 366,821 |
| 11 031808 | 30,820,000.0000 | SAFETY KLEEN SERVICES INC SR SUB NOTE DUE 06/01/2008 9.250% | 78649QAA30 / 5173374 SB | 0.00000H | 30,820,000.0000 / 0 | 0 |
| 11 031808 | 22,005,250.0000 | NRG ENERGY INC SENIOR DEB DUE 05/15/2006 6.500% | 629377AW20 / 5174451 SB | 0.00000 | 22,005,250.0000 / 0 | 0 |
| 11 070808 | 19,144,000.0000 | DELTA AIR LINES INC DEL PASS THRU TRS CTF 1992 B-1 DUE 09/11/2017 9.375% | 247367AC90 / 5185591 SB | 94.75000H | 19,144,000.0000 / 1,693,068 | 1,693,060 |
| 11 092507 | 19,357,000.0000 | ***S-AIR GROUP FINANCE B V DUE 06/08/2006 4.375% | N5639BAA60 / 5196207 SB | 0.00000H | 19,357,000.0000 / 0 / AMORTIZED AMOUNT | 1,786,879.51 |
| 11 071408 | 1,601,000.0000 | DELTA AIR LINES DEL 144A DUE 03/26/2006 4.375% | 247361WX10 / 5197153 SB | 0.00000H | 1,601,000.0000 / 0 | 0 |
| 11 052908 | 120,505,000.0000 | PSINET INC SR NTS DUE 11/01/2008 11.500% | 74437CAD30 / 5209900 SB | 0.00000H | 120,505,137 / 0 / AMORTIZED AMOUNT 102937,961.85 | 0 |
| 11 070808 | 11,487,000.0000 | DELTA AIRLINES INC DEL PASS SER 93-A CLASS A2 DUE 04/30/2016 10.500% | 247367AF20 / 5202379 SB | 46.50000H | 11,487,000.0000 / 2,035,137 / AMORTIZED AMOUNT 4372,338.39 | 2,033,137 |

handwritten: 10 of 26

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 50 of 89

11 of 26

BMR556   CLIENT 012
732-40126   RR: H&I STONEHILL
IC LDA   LONG/SHORT(-)
11 031808   1,801,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000
09/19/08
PAGE 93794

| | | LONG/SHORT(-) | INSTITUTIO SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 11 | 031808 | 1,801,000.0000 | DELTA AIR LINES INC DEL 90E 14 4A10.33%0G / DUE 03/26/2006 10.330% | 2473610M70 SB 5204979 | 0.0000H | 1,801,000.0000 | 0 |
| 11 | 031808 | 20,158,000.0000 | HECHINGER CO SR DEBS / DUE 11/15/2012 9.450% | 422660AC40 SB 5205553 | 0.00000 | 20,158,000.0000 | 0 |
| 11 | 031808 | 15,978,000.0000 | MCI COMMUNITIES INC CONV SENIOR SUB NOTE / DUE 12/01/2013 7.875% | 929235AM60 SB 5214313 | 39.00000H | 15,978,000.0000 | 6,231,420 |
| 11 | 031808 | 30,550,000.0000 | NRG ENERGY INC SR NOTE / DUE 06/01/2009 7.500% | 629377AE20 SB 5219666 | 0.00000 | 30,550,000.0000 | 0 |
| 11 | 031808 | 23,854,000.0000 | CONSUMER PACKAGING INC SR NOTE / DUE 02/01/2007 9.750% | 21061PAD60 SB 5220319 | 0.0000H | 23,854,000.0000 | 0 |
| 11 | 031808 | 20,185,000.0000 | INSILCO CORP SR SUB NOTE SER-B / DUE 08/15/2007 12.000% | 457659AN20 SB 5223763 | 0.0000H | 20,185,000.0000 | 0 |
| 11 | 092507 | 995,000.0000 | ***POLLY PECK INTL FINANCE LTD / DUE 11/19/1990 6.250% | 071536AB50 SB 5225032 | 0.00000H | 995,000.0000 | 0 |
| 11 | 081308 | 6,410,000.0000 | MCI COMMUNITIES INC CONV / DUE 08/05/2023 4.000% | 92923CAK00 SB 5225200 | 33.00000 | 2,115,300 | 634,590 |
| 11 | 111907 | 12,980,000.0000 | BUDGET GROUP INC SR NTS / DUE 04/01/2006 9.125% | 119033AF80 SB 5230760 | 0.00000 | 12,980,000.0000 | 0 |
| 11 | 031808 | 16,619,000.0000 | TELEGLOBE INC GTD DEB / DUE 07/20/2009 7.200% | 87941TAD70 SB 5231755 | 0.00000H | 16,619,000.0000 | 0 |
| 11 | 031808 | 57,801,000.0000 | TELEGLOBE INC DEB / DUE 07/20/2029 7.700% | 87941TAE50 SB 5231763 | 0.00000H | 57,801,000.0000 | 0 |
| 11 | 111907 | 17,530,050.0000 | SFC NEW HLDGS INC SR SUB NT / DUE 08/15/2003 13.250% | 784123AF80 SB 5237126 | 0.00000H | 17,530,050.0000 | 0 |
| 11 | 070908 | 12,000,000.0000 | DELTA AIR LINES INC PASS THRU CTF SER 1993-A CL A1 / DUE 04/02/2008 9.875% | 247367AE50 SB 5239485 | 0.0000H | 12,000,000.0000 | 0 |
| 11 | 031808 | 3,088,000.0000 | CARRIER INTL S A SR NOTE SER B / DUE 02/15/2009 13.250% | 144500AC90 SB 5247881 | 0.0000H | 3,088,000.0000 | 0 |

AMORTIZED AMOUNT   1637,088.60

12 2 of 2

```
BMR56                                    MARGIN ACTIVITY STATEMENTS                          09/19/08
732-40126                                INSTITUTIO        CURR-CODE: 000
TC LDA          CLIENT 012
11 031808       RR: H01 STONEHILL                                                                      PAGE 93795
                LONG/SHORT(-)
                36,949,500.0000
```

| | Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 11 | 031808 | 36,949,500.0000 | IT GROUP INC / SENIOR SUB NOTE SER B / DUE 04/01/2009 11.250% | 9452664CB0 / 52491169 SB | 0.00000H | 0 | 0 |
| 11 | 092507 | 1,730,000.0000 | BMS-AIR GROUP FIN / DUE 11/15/2004 7.500% | XX52526290 / 5252629 SB | 0.00000H / 1,730,000.000 | 0 | 0 |
| 11 | 031808 | 5,892,000.0000 | HECHINGER CO / DUE 10/15/2003 6.950% | 422660AD20 / 5252671 SB | 0.00000 / 5,892,000.000 | 0 | 0 |
| 11 | 031808 | 163,598,000.0000 | PSINET INCORPORATED / SR NT / DUE 08/01/2009 11.000% | 69363VAB30 / 5253156 SB | 0.00000 / 163,598,000.0000 | 0 | AMORTIZED AMOUNT 140542,624.65 |
| 11 | 061808 | 450,000,000.0000 | YOSEMITE SECURITIES TRUST I / 99-A LINKED ENRON OBLIG LEDS / DUE 11/15/2004 8.250% | 987406AA30 / 5253212 SB | 0.00000H / 450,000.0000 | 0 | AMORTIZED AMOUNT 352,385.50 |
| 11 | 071008 | 15,677,000.0000 | FRIEDE GOLDMAN INTL INC / SUB NT CV / DUE 09/15/2004 4.500% | 358430AA40 / 5253291 SB | 0.00000H / 15,677,000.0000 | 0 | 0 |
| 11 | 092507 | 9,529,000.0000 | PSINET INC SER EUR / SR NOTES EURO SER / DUE 08/01/2009 11.000% | XX52536090 / 5253609 SB | 0.00000 / 9,529,000.0000 | 0 | 0 |
| 11 | 092507 | 1,897,324.0000 | MAXWELL COMMUNICATIONS / VAR RATE LI LIQUID / DUE 06/16/1995 5.000% | XX52586460 / 5250646 SB | 0.00000H / 1,897,324.0000 | 0 | 0 |
| 11 | 071008 | 10,280,000.0000 | RESIDENTIAL CAP CORP NT 7.375% / ON 06/18/2007 | 76113BAF60 / 5259929 SB | 21.00000H / 10,280,000.0000 | 2,158,800 | 2,158,800 |
| 11 | 031808 | 53,180,000.0000 | EXODUS COMMUNICATIONS INC / SR NT / DUE 06/30/2010 8.375% | 302088AH20 / 5261713 SB | 0.00000H / 53,180,000.0000 | 0 | 0 |
| 11 | 031808 | 10,575,000.0000 | VENTURE HOLDINGS TRUST / DUE 12/15/2009 10.750% | 92326YAF60 / 5261756 SB | 0.00000H / 10,575,000.000 | 0 | AMORTIZED AMOUNT 39908,538.53 |
| 11 | 040708 | 58,995,000.0000 | WORLD ACCESS INC / SENIOR NOTES / DUE 06/01/2007 11.000% | 98141AAD30 / 5262134 SB | 0.00000H / 58,995,000.0000 | 0 | 0 |
| 11 | 041608 | 2,160,000.0000 | SLM CORP / MEDIUM TERM NTS / DUE 01/15/2008 13.250% | 78442FDQ80 / 5262964 SB | 94.85714H / 2,160,000.0000 | 2,048,914 | AMORTIZED AMOUNT 57251,657.63 |
| 11 | 092507 | 2,000,000.0000 | RSL COMMUNICATION LTD / DUE 07/27/2009 2.940% | 74972EAP30 / 5263095 SB | 0.00000H / 2,000,000.0000 | 0 | 614,674 |
| 11 | 031808 | 815,000.0000 | TXU EASTERN FUNDING CO / GTD SR NT ORG CPN 6.45000 / DUE 03/01/2010 12.875% / DUE 05/15/2005 6.450% | 87315G9AF30 / 5264215 SB | 0.00000H / 815,000.0000 | 0 | 0 |

13 of 26

```
BMR56                                      INSTITUTIO        MARGIN ACTIVITY STATEMENTS                 09/19/08              PAGE  93796
732-40126    CLIENT 012                                      CURR-CODE: 000
TC  LDA      RR: H&L STONEHILL
11  111907      LONG/SHORT(-)   SECURITY DESCRIPTION              CUSIP/SEC        PRICE            MARKET VALUE      MARGIN REQUIREMENT
             10,167,000.0000
```

| TC | Date | Long/Short(-) | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|----|------|---------------|----------------------|-----------|-------|--------------|--------------------|
| 11 | 092507 | 750,000.0000 | TXU EASTERN FUNDING CO GTD SR NOTE DUE 05/15/2009 6.750% | 0731694J50 SD 5264525 | 0.00000H 10,167,000.0000 | 0 | 0 |
| 11 | 031808 | 13,600,000.0000 | **SWISSAIR DUE 07/25/2003 5.500% | H83970BB00 5272493 SB | 0.00000H 750,000.0000 | 0 | 0 |
|    |        |              | CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW DUE 03/15/1997 11.500% | 2107959040 5272505 SB | 0.00000H 13,600,000.0000 | 0 | 0 |
| 11 | 031808 | 4,293,000.0000 | COLO.COM SR NOTE 144A DUE 03/15/2010 13.875% | 19S204AA00 5273066 SB | 0.00000H 4,293,000.0000 AMORTIZED AMOUNT | 0 3540,718.80 | 0 |
| 11 | 031808 | 139,215,000.0000 | PSINET INC SR NOTE DUE 12/01/2006 10.500% | 74437CAG60 5273979 SB | 0.00000H 139,215,000.0000 ANORTIZED AMOUNT | 0 121713,474.90 | 0 |
| 11 | 092507 | 1,000,000.0000 | **RSL COMMUNICATIONS PLC DUE 03/01/2010 12.875% | G7703AAK10 5274711 SB | 0.00000H 1,000,000.0000 | 0 | 0 |
| 11 | 092507 | 200,000.0000 | **TXU EASTERN FUNDING DUE 05/08/2030 7.250% | G91434AE00 5275991 SB | 0.00000H 200,000.0000 | 0 | 0 |
| 11 | 010908 | 10,725,000.0000 | **PSINET INC EURO SERIES DUE 12/01/2006 10.500% | XK52272070 5277207 SB | 0.00000 10,725,000.0000 | 0 | 0 |
| 11 | 031808 | 4,000,000.0000 | ETOYS INC SUB NOTE DUE 12/01/2004 6.250% | 297862AB00 5294718 SB | 0.0000 4,000,000.0000 | 0 | 0 |
| 11 | 092507 | 1,715,000.0000 | **S-AIR GROUP DUE 11/04/2004 2.125% | XK62964570 5296457 SB | 0.00000H 1,715,000.0000 | 0 | 0 |
| 11 | 031808 | 1,700,000.0000 | COLOR TILE INC SR NT DUE 12/15/2001 10.750% | 19626TAD00 5307531 SB | 0.00000H 1,700,000.0000 | 0 | 0 |
| 11 | 031808 | 105,000.0000 | EXODUS COMMUNICATIONS INC SR NT 144A DUE 07/15/2010 11.625% | 302088AK50 5308012 SB | 0.00000 105,000.0000 | 0 | 0 |
| 11 | 031808 | 21,150,000.0000 | NRG ENERGY INC DUE 09/15/2010 8.250% | 629577AG70 5310622 SB | 0.0000 21,150,000.0000 | 0 | 0 |
| 11 | 031808 | 11,000,000.0000 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- DUE 07/15/2008 10.750% | 269524SCC0 5310628 SB | 0.00000 11,000,000.0000 | 0 | 0 |
| 11 | 031808 | 2,610,135.0000 | MTS INC SR SUB NOTE DUE 03/19/2009 10.000% | 55376WAD10 5322253 SB | 0.00000 2,610,135.0000 | 0 | 0 |

14 of 26

```
BMR56                          MARGIN ACTIVITY STATEMENTS                09/19/08
732-40126   CLIENT 012                          CURR-CODE: 000                    PAGE 93797
TC  LDA     RR: MBL STONEHILL
11  061308      LONG/SHORT(-)
            4,187,000.0000
```

| Br | Date | Long/Short | Security Description | CUSIP/SEC | Price / Amount | Market Value | Amortized Amount | Margin Requirement |
|---|---|---|---|---|---|---|---|---|
| 11 | 061308 | 4,187,000.0000 | ENRON CORP / PRIVATE PLACEMENT / DUE 08/15/2005 8.000% | 29357YAA10 SB 5325524 | 0.00000H 4,187,000.0000 | 0 | 0 | 3,014,398.41 |
| 11 | 031808 | 24,550,000.0000 | RSL COMMUNICATIONS PLC / GRD US$ SR NT / DUE 03/01/2010 12.875% | 74972EAN80 SB 5325546 | 0.00000 24,550,000.0000 | 0 | 0 | 0 |
| 11 | 092507 | 18,047,000.0000 | RSL COMMUNICATIONS PLC / DUE 03/01/2010 12.875% | G7702XAC00 SB 5326574 | 0.00000H 18,047,000.0000 | 0 | 0 | 0 |
| 11 | 031808 | 14,000,000.0000 | GT GROUP TELECOM INC / SENIOR DISC EXCH NOTES / DUE 02/01/2010 13.250% | 362359AC50 SB 5329921 | 0.00000H 14,000,000.0000 | 0 | 0 | 0 |
| 11 | 092507 | 35,743,000.0000 | SAIRGROUP FINANCE / DUE 10/06/2010 6.625% | N5639BAC20 SB 5332212 | 0.00000H 35,743,000.0000 | 0 | AMORTIZED AMOUNT 33,062,275.00 | 0 |
| 11 | 092507 | 1,250,000.0000 | PASMINCO FINANCE LTD / EURO MEDIUM TERM NOTE / DUE 02/10/2003 | Q73665AA10 SB 5334867 | 0.00000 1,250,000.0000 | 0 | 0 | 0 |
| 11 | 080508 | 11,220,000.0000 | MCI CMNTYS INC / SR SUB NT / DUE 03/15/2015 6.625% | 92922CAP90 SB 5337735 | 40.00000H 11,220,000.0000 | 4,488,000 | 0 | 0 |
| 11 | 072208 | 2,525,000.0000 | BRODER BROS CO / SR NOTE / DUE 10/15/2010 11.250% | 11201JAB30 SB 5341745 | 67.50000H 2,525,000.0000 | 1,704,375 | 0 | 0 |
| 11 | 092507 | 680,000.0000 | MULJAKERAMIK FINANCE LTD / SENIOR B VAR RT / DUE 10/31/2007 | V65509AB30 SB 5341886 | 0.00000H 680,000.0000 | 0 | AMORTIZED AMOUNT 666,644.93 | 0 |
| 11 | 092507 | 7,540,000.0000 | EXODUS COMMUNICATIONS / SENIOR NOTES / DUE 12/15/2009 10.75% | XKS3426960 SB 5342696 | 0.00000H 7,540,000.0000 | 0 | AMORTIZED AMOUNT 6382,989.11 | 0 |
| 11 | 031808 | 4,260,000.0000 | EXODUS COMMUNICATIONS / SENIOR NOTES / DUE 07/15/2008 11.375% | 302088AN90 SB 5343324 | 0.00000 4,260,000.0000 | 0 | 0 | 0 |
| 11 | 010708 | 7,429,000.0000 | MTKU EUROPE FUNDING LTD / EURO ISSUE / DUE 11/30/2005 7.000% | 09143RAA00 SB 5346617 | 0.00000H 7,429,000.0000 | 0 | 0 | 0 |
| 11 | 031008 | 191,285,000.0000 | EXODUS COMMUNICATIONS INC / US$ SR NT / DUE 07/15/2010 11.625% | 302086AL30 SB 5355200 | 0.00000H 191,285,000.0000 | 0 | AMORTIZED AMOUNT 143884,106.43 | 0 |
| 11 | 092507 | 3,114,291.0000 | MULJAKERAMIK FINANCE LTD / SENIOR A VAR RATE / DUE 10/31/2007 7.187% | V65509AA50 SB 5355724 | 0.00000H 3,114,291.0000 | 0 | 0 | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 54 of 89

15 of 26

```
BMR56            CLIENT 012
732-40126        RR: HBU, STONEHILL                    MARGIN ACTIVITY STATEMENTS
TC  LDA          LONG/SHORT(-)                          CURR-CODE: 000    INSTITUTIO        09/19/08        PAGE 93798
11  073008       4,050,000.0000
```

| | | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| | | GENERAL MOTORS ACCEPTANCE CORP | 370425RU60 5356646 SB | 62.78500 6,050,000.0000 | 2,542,792 | 1,144,256 |
| 11 031808 | 1,575,000.0000 | GLOBAL NOTES DUE 03/02/2011 7.250% ESCROW GUANGDONG INTL TR & INVT 144A | 40065L9A10 5358558 SB | 0.00000H 1,575,000.0000 | 0 | 0 |
| 11 031808 | 1,700,000.0000 | ESCROW GUANGDONG INTL TR & INV 144A DUE 11/15/2020 6.750% | 40065L9B90 5359457 SB | 0.00000H 1,700,000.0000 | 0 | 0 |
| 11 031808 | 34,794,000.0000 | EASIA GLOBAL CROSSING LTD SR NT DUE 10/24/2016 8.750% | 04518GAB70 5362572 SB | 0.00000H 34,794,000.0000 | 0 AMORTIZED AMOUNT 28609,022.38 | 0 |
| 11 031808 | 56,400,000.0000 | NRG ENERGY INC BONDS DUE 10/15/2010 13.375% | 62837TAL60 5363594 SB | 0.00000 56,400,000.0000 | 0 | 0 |
| 11 031808 | 21,150,000.0000 | NRG ENERGY INC NOTES DUE 04/01/2031 8.625% | 62937TAK80 5368395 SB | 0.00000H 21,150,000.0000 | 0 | 0 |
| 11 121007 | 5,000,000.0000 | FLEMING COS INC NTS DUE 04/01/2011 7.750% | 339130AP10 5370056 SB | 0.00000H 5,000,000.0000 | 0 AMORTIZED AMOUNT 4661,205.45 | 0 |
| 11 041008 | 1,350,000.0000 | CIT GROUP INC NEW SR NT DUE 04/01/2008 10.125% | 125501AV00 5381485 SB | 91.57100 1,350,000.0000 | 1,236,208 | 370,862 |
| 11 031808 | 1,040,000.0000 | PIU INVESTMENT FINANCE CV REG S DUE 02/30/2009 2.946% | 67111WAA10 5395354 SB | 0.00000 1,040,000.0000 | 0 | 0 |
| 11 092507 | 760,000.0000 | HIH WINTERTHUR UNDERWAG SVC LTD EURO MEDIUM TERM NOTE DUE 12/01/2000 4.500% | Q36895AB80 5404497 SB | 0.00000 760,000.0000 | 0 | 0 |
| 11 031808 | 584,000.0000 | DAIRY MART CONVENIENCE STORES INC - ESCROW - DUE 05/14/2003 5.987% | 25386O9B30 5430398 SB | 0.00000 584,000.0000 | 0 | 0 |
| 11 070908 | 87,000,000.0000 | ENRON CORP EURO DEB DUE 03/15/2004 10.250% | U29302AJ20 5445610 SB | 0.00000H 87,000,000.0000 | 0 | 0 |
| 11 071008 | 200,000,000.0000 | ENRON CORP DUE 06/16/2004 0.970% | U29302AG80 5446359 SB | 0.00000H 200,000,000.0000 | 0 | 0 |
| 11 092507 | 12,000,000.0000 | MUSAIR GROUP DUE 06/15/2003 0.678% | H8397SAC80 5449492 SB | 0.00000H 12,000,000.0000 | 0 | 0 |
| | | DUE 02/02/2007 4.250% | | | | |

16 of 26

```
BMR56
732-40126  RR: HAL STONEHILL     INSTITUTIO        MARGIN ACTIVITY STATEMENTS                        09/19/08                    PAGE 93799
TC  LDA            LONG/SHORT(-)                 CURR-CODE: 000
```

| TC/Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 11 031808 | 1,750,000.0000 | ***SAIRGROUP DUE 09/10/2005 | H83970AJ40 5449496 CD | 10.36800H 1,750,000.0000 | 181,440 | 81,648 |
| | | DELTA AIRLINES INC DEL EQUIP TR CTF SER 1990 D DUE 03/26/2014 10.790% | 247361VM50 CD 5451783 SB | 82.50000H 1,500,000.0000 | 1,237,500 | 556,875 |
| 11 092507 | 2,815,000.0000 | ***SAIRGROUP DUE 07/30/2004 2.750% | H83975AB00 5454713 SB | 0.00000H 2,815,000.0000 | 0 | 0 |
| 11 092507 | 2,035,000.0000 | ***SAIRGROUP ZUERICH VARIABLE RATE DUE 02/15/2013 4.125% | H83970AU90 5461232 SB | 11.29200H 2,035,000.0000 | 229,792 | 103,406 |
| 11 092507 | 115,000.0000 | ***SAIRGROUP DUE 03/01/2005 5.125% | H83970AX30 5463379 SB | 10.36800H 115,000.0000 | 11,923 | 5,365 |
| 11 092507 | 27,855,000.0000 | *** POLLYPECK DUE 09/20/1994 5.625% | G71536AE90 5478585 SB | 0.00000H 27,855,000.0000 | 0 | 0 |
| 11 092507 | 21,145,000.0000 | *** POLLYPECK DUE 04/07/1993 5.750% | G71536AC30 5478587 SB | 0.00000H 21,145,000.0000 | 0 | 0 |
| 11 073008 | 14,355,000.0000 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE DUE 05/01/2012 9.125% | 92923CAC90 5469304 SB | 39.00000H 14,355,000.0000 | 5,598,450 | 5,598,450 |
| 11 092507 | 7,000,000.0000 | *** POLLY PECK INTL FINANCE-DM CPN DUE 04/20/1993 6.000% | G71514NAA90 5494069 SB | 0.00000H 7,000,000.0000 | 0 | 0 |
| 11 121007 | 7,882,000.0000 | FLEMING COMPANIES INC SENIOR NOTES DUE 06/15/2010 9.250% | 339130AX40 5497868 SB | 0.00000H 7,882,000.0000 | 0 | 0 |
| 11 092507 | 3,150,000.0000 | ***GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE DUE 12/15/2008 6.250% | N3592XUA50 5515750 | 180.05463H 3,150,000.0000 | 5,671,720 | 2,552,274 |
| 11 111907 | 4,132,000.0000 | SOUTHEAST BKG CORP SUB NTS REG DUE 10.500% | 841338AD80 5551644 | 0.00000H 4,132,000.0000 | 0 | 0 |
| 11 100407 | 230,000.0000 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT DUE 07/31/2002 13.000% | 029518AA00 5552686 | 0.00000H 230,000.0000 | 0 | 0 |
| 11 031608 | 5,258,000.0000 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 C DUE 03/26/2014 10.790% | 247361VU70 5555517 SB | 82.50000H 5,258,000.0000 | 4,337,850 | 1,952,032 |
| 11 031808 | 5,000,000.0000 | SOURCE MEDIA INC SR SECD NTS DUE 11/01/2004 12.000% | 83615SAC00 5563864 SB | 0.00000H 5,000,000.0000 | 0 | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 56 of 89

17 of 26

```
BMG56
732-40126        CLIENT 012        MARGIN ACTIVITY STATEMENTS                          PAGE  93800
TC  LDA          RR: HBI STONEHILL        CURR-CODE: 000                    09/19/08
11  092507       LONG/SHORT(-)   INSTITUTIO                      CUSIP/SEC      PRICE      MARKET VALUE
                 1,864,000.0000  SECURITY DESCRIPTION                         0.00000H     0.00000    MARGIN REQUIREMENT

11  031808                       PHAR-MOR INC                    717113AA20   0.00000H    0.00000                  0
                                 SR NOTE                         5572732  SB                     AMORTIZED AMOUNT
11  031808       5,200,000.0000  CALPINE GENERATING CO           13135BAE60   0.00000H    1,034,000.0000          0
                                 DUE 09/11/2002  11.72%          5574272  SB             AMORTIZED AMOUNT  1402,853.45
11  031808       2,860,000.0000  DUE 04/01/2009                  477122AN70   0.00000     5,200,000.000           0
                                 JET EQUIPMENT TR MEZZANINE      5574462  SB             AMORTIZED AMOUNT
                                 NOTE CL B 95-B                               2,860,000.000
11  031808       5,718,000.0000  DUE 02/15/2015  7.830%          2107959L60   0.00000H    0                       0
                                 ESCROW CONTINENTAL AIRLINES     5578456  SB  5,718,000.000   AMORTIZED AMOUNT
                                 INC
11  102407       1,088,000.0000  DUE 11/15/2001  10.000%         84133BAF30   0.00000H    0                       0
                                 SOUTHEAST BANKING CORP-FRN      5596001  SB  1,088,000.000
                                 CPN
11  041008       2,700,000.0000  DUE 11/12/1997  5.250%          125577VW80   99.33600    2,682,072          804,621
                                 CIT GROUP INC                   5634664  SB  2,700,000.000
11  031808       5,000,000.0000  DUE 12/19/2008  3.212%          247361VK30   0.00000H    0                       0
                                 DELTA AIR LINES INC DEL 90E 14  5648314  SB  5,000,000.000
                                 4A1D.79%14
11  041008         450,000.0000  DUE 05/26/2014  10.790%         125560AB10   78.61900    353,785            106,135
                                 CIT GROUP FUNDING CO CDA        5666251  SB  450,000.000
                                 SR NT
11  081208      11,694,343.0000  DUE 07/01/2010  4.650%          666107AA50   92.00000H   10,758,795       3,227,638
                                 NORTHERNSTAR NAT GAS INC        5713596  SB  11,694,343.0000
                                 SR NTS 144A
11  091608       7,020,000.0000  DUE 05/15/2013  5.000%          93934WAA30   12.05300H    846,120            253,836
                                 WASHINGTON MUT PFD FDG TR I     5726350  SB  7,020,000.000
                                 PERPETUAL 144A
11  031808      10,772,000.0000  DUE 03/07/2049  6.534%          247361VR60   84.50000H   9,102,340       4,096,053
                                 DELTA AIR LINES INC DEL 90G 14  5741909  SB  10,772,000.000
                                 4A1D.79%13
11  041008       3,935,000.0000  DUE 09/26/2013  10.790%         125560AE50   66.22330H   2,605,806       1,172,649
                                 ===CIT GROUP FDG CO CDA         5778017  SB  3,935,000.000
                                 SR NT
11  060908       2,700,000.0000  DUE 11/02/2011  5.600%          12668VAF60   48.30830H   1,304,324       1,304,324
                                 COUNTRYWIDE ASSET-BCK CERTIF    5801730  SB  2,700,000.000
                                 SERIES 2006-S7 CLASS A6
                                 DUE 11/25/2035  5.693%
11  090208       5,400,000.0000  CWHEQ HOME EQUITY LOAN TRUST    12668VAA70   85.41443H   1,815,524       1,304,324
                                 MTGP/SERIES 2006-S7 A-1-VAR     5850819  SB  5,400,000.0000  AMORTIZED AMOUNT  1,815,524
                                 DUE 11/25/2035  2.561%                                                    2125,548.16
```

18 of 26

```
BMR56         CLIENT 012
732-40126     RR: HBI STONEHILL          INSTITUTIO        MARGIN ACTIVITY STATEMENTS          09/19/08          PAGE 93001
TC   LOA      LONG/SHORT(-)              CURR-CODE: 1000                                        MARKET VALUE 556,296
11   092507   500,000.0000                                                                     MARGIN REQUIREMENT 250,333
```

| TC | Date | Long/Short (-) | Security Description | CUSIP/SEC | Price | Market Value | Amortized Amount | Margin Requirement |
|----|------|----------------|----------------------|-----------|-------|--------------|------------------|--------------------|
| 11 | 092507 | 500,000.0000 | EURO MEDIUM TERM NOTE **NFCE BANK PLC DUE 01/16/2012 7.125% | G3336S840 / 5856171 CB | 111.2593H | 556,296 | 500,000.0000 | 250,333 |
| 11 | 050608 | 7,472,000.0000 | UNIFI INC SR SC NT 11.5%14 DUE 05/15/2014 11.500% | 904677AG60 / 5856846 SB | 90.00000H | 6,724,800 | 7,472,000.0000 | 6,724,800 |
| 11 | 073008 | 6,750,000.0000 | CMHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 DUE 06/25/2035 5.681% | 12668JAB70 / 5905694 SB | 59.50563H | 4,016,630 | 6,750,000.0000 | 4,016,630 |
| 11 | 082508 | 7,804,000.0000 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 DUE 04/25/2036 5.55% | 12668XAC90 / 5943647 SB | 47.92761H | 3,727,509 | 7,804,000.0000 | 3,727,509 |
| 11 | 092507 | 17,100,000.0000 | **SASFA HOLDINGS DUE 10/02/2042 3.25% | XKS9557740 / 5955774 SB | 0.00000H | 0 | 17,100,000 | 7,777,374.36 |
| 11 | 092507 | 16,000,000.0000 | **BANQUE PALLAS IN DEFAULT DUE 02/08/1996 10.12% | F07959AB80 / 5956314 SB | 0.00000H | 0 | 16,000,000.0000 | 0 |
| 11 | 092507 | 1,517,420.0000 | **OMNI HOLDINGS AG DUE 12/31/2049 6.000% | H5911BAB70 / 5956439 SB | 0.00000H | 0 | 1,517,420.0000 | 0 |
| 11 | 082908 | 2,700,000.0000 | CMHEQ HOME EQUITY LOAN TRUST SERIES 2006-S10 CLASS A-2 DUE 10/25/2036 2.69% | 12668YAB90 / 5961848 SB | 90.53437H | 2,444,427 | 2,700,000.0000 | 2,444,427 |
| 11 | 032508 | 2,025,000.0000 | STALLION OILFIELD SVCS LTD CORP SR NT 144A DUE 02/01/2015 9.750% | 852591AA40 / 5975781 SB | 70.50000H | 1,427,625 | 2,025,000.0000 | 642,431 |
| 11 | 092507 | 1,434,989.0000 | **LUKFER HOLDINGS PLC DUE 07/06/2012 11.330% | GS698WAD00 / 5986067 SB | 0.00000H | 0 | 1,434,989.0000 | 0 |
| 11 | 092807 | 1,239,362.8700 | VIATEL HOLDING (BERMUDA) LTD CONV SR SECURED NOTE DUE 12/31/2014 8.000% | X9N418400 / 9N41040 SK | 0.0000 | 0 | 1,239,362.8700 | 0 |
| 11 | 092807 | 60,634,128.3800 | SNTL CORP LITIGATION TRUST SERIES C-1 CERTIFICATE DUE 12/31/2026 10.000% | X9N435410 / 9N43341 SK | 0.00000 | 0 | 60,634,128.3800 | 0 |
| 11 | 092707 | 287,446.0000 | HE ZUCKERMAN INVESTMENTS | X9N437650 / 9N43765 SK | 0.0000 | 0 | 287,446.0000 | 0 |
| 11 | 092707 | 10,000,000.0000 | CCFC REDEEMABLE PREFERRED | X9N440770 / 9N44077 SK | 0.00000 | 0 | 10,000,000.0000 | 0 |
| 11 | 092507 | 2,000,000.0000 | **TELEGLOBE INC UNSECURED DEBENTURE IN DEFAULT DUE 06/20/2003 8.35% | X9N440930 / 9N44093 SB | 0.00000 | 0 | 2,000,000.0000 | 0 |

MARGIN ACTIVITY STATEMENTS    09/19/08    PAGE 93802

BMR56    CLIENT 012
732-40126    RR: HB1 STONEHILL INSTITUTIO    CURR-CODE: 000
TC LDA    LDNG/SHORT(-)    SECURITY DESCRIPTION    CUST/SEC
11 100907    494,595.3100    VIATEL HOLDING (BERMUDA) LTD    X9N4447160    SK    0.00000    494,595.3100    0
SENIOR SECURED INCREASING RATE    9N44716
DUE 07/01/2007    12.500%

| TC | LDA | LDNG/SHORT(-) | SECURITY DESCRIPTION | CUST/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|----|-----|---------------|----------------------|----------|-------|--------------|--------------------|
| 11 | 010708 | 17,545.6300 | VIATEL HOLDING (BERMUDA) LTD S  X9N4457120  SK | SR SECURED INCREASING RATE  9N45712  DUE 07/01/2007  13.000% | 0.00000 | 17,545.6300 | 0 |
| 11 | 100907 | 23,038.8900 | VIATEL HOLDING (BERMUDA) LTD S  X9N4457130  SK | SR SECURED INCREASING RATE  9N45713  DUE 07/01/2007  13.500% | 0.00000 | 23,038.8900 | 0 |
| 11 | 101607 | 249,016.6500 | VIATEL HOLDING (BERMUDA) LTD  X9N4458690  SK | SENIOR SECURED  9N45869  DUE 07/01/2007  12.750% | 0.00000 | 249,016.6500 | 0 |
| 11 | 071508 | 249,016.6500 | VIATEL HOLDING (BERMUDA) LIMIT  X9P065630  SK | SENIOR SECURED INCREASING RATE  9P06563  DUE 07/01/2008  14.250% | 0.00000 | 249,016.6500 | 0 |
| 11 | 092707 | 22,397.0000 | OPEN CONNECT SYSTEMS INC  X9P0574370  SK | RESTRICTED  9P17437 | 0.00000 | 22,397.0000 | 0 |
| 11 | 100107 | 33,194.0000 | DELTA FDG RESIDUAL EXCHANGE CO  X9P067850  SK | RESTRICTED CL A  9P067850 | 0.00000 | 33,194.0000 | 0 |
| 11 | 092707 | 175,438.6000 | CHANGING WORLD TECHNOLOGIES  X9P1118260  SK | INC RESTRICTED  9P11826 | 0.00000 | 175,438.6000 | 0 |
| 11 | 091908 | 30,110.0000 | TOA TO    A/C #    (HM)  X9P9993600  SK | 9993360 | 0.00000 | | 0 |
| 29 | 070708 | 48,600.0000 | ACACIA RESEARCH - ACACIA  0393B013070  SB | TECHNOLOGIES  A013707 | 4.38000 | 48,600.0000  212,868 | 145,800 |
| 29 | 070208 | 166,257.0000 | ADVANTA CORP-CL A  0079421050  SB | A007942 | 6.74000 | 166,257.0000  1,120,572 | 498,771 |
| 29 | 091708 | 689,393.0000 | ADVANTA CORP-CL B NON-VTG  0079420240  SB | A007942 | 9.52000H | 689,393.0000  6,563,021 | 1,968,906 |
| 29 | 091108 | 0.0000 | CIT GROUP INC NEW  1255B81080  SB | C12558 | 11.16000 | | 0 |
| 29 | 070708 | 9,357.0000 | CORE MARK HOLDING CO INC  2186481040  SB | C018604 | 27.92000 | 9,357.0000  261,247 | 191,150 |
| 29 | 092208 | 343,356.0000 | CONTINENTAL AIRLINES INC-CL B  2107953080  SB | C014818 | 18.40000 | 343,356.0000  6,317,750 | 76,374 |
| 29 | 092707 | 33,194.0000 | DELTA FUNDING RESIDUAL  2479261080  SB | MANAGEMENT INC  D007053 | 0.00000H | 33,194.0000 | 1,895,325 |

11,265.0000    0

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 59 of 89

20 of 26

```
BMR56                              MARGIN ACTIVITY STATEMENTS
732-40126        CLIENT 012        CURR-CODE: 000                      09/19/08          PAGE 93803
TC    LDA        RR: H&L STONEHILL
29   091908      LONG/SHORT(-)                                       MARKET VALUE    MARGIN REQUIREMENT
                 262,497.0000                                          2,538,345            761,503
```

| Date | Long/Short Qty | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 29 040908 | 51,850.0000 | DELTA AIR LINES INC DEL / COM NEW / EXX INC-CL A | 247361702O / D010768 / 2692021090 / E029150 SB | 9.67000H / 2.60000 / 51,850.0000 | 134,810 | 134,810 |
| 29 070708 | 67,540.0000 | ICO GLOBAL COMMUNICATIONS / HLDGS LTD DEL CL A | 44930K1080 / H010818 SB | 2.25000H / 67,540.0000 | 151,965 | 151,965 |
| 29 091908 | 46,289.0000 | HOVNANIAN ENTERPRISES INC-CL A | 442487203O / H394718 | 9.05000 | 418,915 | 209,457 |
| 29 082108 | 0.0000 | MBIA INC | 5526zC1000 / M000545 | 12.88000 | 0 | 1,080,000 |
| 29 063008 | 0.0000 | NORTHWESTERN CORPORATION / NEW | 668074305O / N007436 | 26.22000H | 0 | 489,225 |
| 29 092208 | 445,643.0000 | NORTHWEST AIRLS CORP | 667200408O / N009281 SB | 11.53000 / 445,643.0000 | 5,138,263 | 1,541,479 |
| 29 081908 | 0.0000 | ***NORBORG INC | 6554BP1060 / N101684 | 4.18115M | F 0 | 51,694.0000 |
| 29 060308 | 233,431.0000 | PORTLAND GENERAL ELECTRIC CO / NEW | 7365008470 / P019060 SB | 25.00000H / 233,431.0000 | 5,835,775 | 79,701 |
| 29 081208 | 0.0000 | RAIT FINANCIAL TRUST | 7492271040 | 7.35000 | 0 | 1,750,732 |
| 29 091908 | 701,010.0000 | US AIRWAYS GROUP INC | R003584 / 90341M1080 / U00536z0 SB | 7.91000 / 540.0000 | 5,544,989 | 235,000 |
| 29 090208 | 0.0000 | WELLS FARGO & CO | 9497461010 / W001549 | 39.80000 | 540,899.0000 | 1,663,496 |
| 29 091508 | 0.0000 | WACHOVIA CORPORATION / COM | 9299031020 / W002990 | 18.75000 | 0 | 1,235,790 |
| 29 091108 | 0.0000 | WASHINGTON MUTUAL INC | 3593221030 / W028316 | 4.25000 | 0 | 455,625 |
| 29 091608 | 276,659.0000 | ***ZARLINK SEMICONDUCTOR INC | 9861391000 / Y001713 | 0.49000 | 135,562 | 2,174,652 |
| 29 050508 | 27,250,000.0000 | NWA A SEN / - ESCROW CUSIP - / DUE 03/01/2005   6.360% | 629ESC98z0 / 5BDDDY9 SB | 0.00000 / 27,250,000.0000 | 0 | 135,562 |
| 29 050508 | 20,000,000.0000 | NWA A SEN / - ESCROW CUSIP - / DUE 06/01/2004   2.300% | 629ESC9890 / 5BDDFC1 SB | 0.00000 / 20,000,000.0000 | 0 | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 60 of 89

21 of 26

BMR56  
72-40126  
TC  
CLIENT 012  
RR: HB1 STONEHILL INSTITUTIO  
LONG/SHORT(-)  

MARGIN ACTIVITY STATEMENTS  
CURR-CODE: 008  

09/19/08  
PAGE 93804

| TC | DATE | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 29 | 050508 | 40,275,000.0000 | NWA A SEN - ESCROW CUSIP - DUE 10/01/2007 5.520% | 629ESC9SS0 SB / 5BDDFC2 | 0.00000 / 40,275,030.0000 | 0 | 0 |
| 29 | 050508 | 6,500,000.0000 | NWA A SEN - ESCROW CUSIP - DUE 11/01/2004 2.520% | 629ESC9UD0 SB / 5BDDFC3 | 0.00000 / 6,500,000.0000 | 0 | 0 |
| 29 | 050508 | 2,000,000.0000 | NWA A SEN - ESCROW CUSIP - DUE 05/01/2005 2.390% | 629ESC9W60 SB / 5BDDFC4 | 0.00000 / 2,000,000.0000 | 0 | 0 |
| 29 | 071608 | 801,000.0000 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 D DUE 05/26/2006 10.330% | 247361VL90 / 5649514 SK | 0.00000H / 801,000.0000 | 0 | 0 |
| 29 | 061708 | 2,700,000.0000 | UAL CORP ORD SETTLEMENT BD DUE 02/01/2021 5.000% | 902549AE40 / 5725709 SB | 55.87500 / 2,700,000.0000 | 1,508,625 | 452,587 |
| 29 | 082208 | 0.0000 | UNITED STATES TREASURY BOND DUE 02/15/2038 4.375% | 912810PW20 / 7001110 | 100.03100 | 0 | |
| 29 | 072508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 05/15/2018 3.875% | 912828HZ60 / 7001113 | 100.93000 | 0 | 2,700,837 |
| 29 | 081508 | 0.0000 | UNITED STATES TREASURY NOTE DUE 02/15/2014 4.000% | 912828CA60 / 7004940 | 104.75049H | 0 | 545,022 |
| 52 | 091108 | 38,230.0000- | CIT GROUP INC NEW | 125581UL080 / C011819 | 11.16000 | 426,646- | 1,571,257 |
| 52 | 082108 | 216,000.0000- | MBIA INC | 55262C1000 / M000545 | 12.88000 | 2,782,080- | 0 |
| 52 | 063008 | 62,195.0000- | NORTHWESTERN CORPORATION NEW | 6600743050 / N007436 | 26.22000H | 1,630,752- | 0 |
| 52 | 081908 | 19,062.0000- | WNWNORBORD INC | 65540P1060 / N101684 | 4.18115H | 79,701- | 0 |
| 52 | 081208 | 47,000.0000- | RAIT FINANCIAL TRUST | 74922T1040 / R003584 | 7.35000 | 345,450- | 0 |
| 52 | 090208 | 103,500.0000- | WELLS FARGO & CO | 9497461010 / W001549 | 59.80000 | 4,119,300- | 0 |
| 52 | 091508 | 81,000.0000- | WACHOVIA CORPORATION COM | 9299031020 / W002990 | 18.75000 | 1,518,750- | 0 |
| 52 | 091108 | 511,685.0000- | WASHINGTON MUTUAL INC | 9393221030 / W028516 | 4.25000 | 2,174,652- | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 61 of 89

22 of 2L

BMR56   CLIENT 012
732-40126   RR: H81 STONEHILL INSTITUTIO
TC LDA

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 010

PAGE 93805
09/19/08

| | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 52 082108 | 27,000,000.0000- | UNITED STATES TREASURY BOND 4.375% DUE 02/15/2038 | 912810PW20 7001110 | 100.03100 | 27,008,370- | 0 |
| 52 072508 | 5,400,000.0000- | UNITED STATES TREASURY NOTE 3.875% DUE 05/15/2018 | 912828HZ60 7001115 | 100.93000 | 5,450,220- | 0 |
| 52 081508 | 15,000,000.0000- | UNITED STATES TREASURY NOTE 4.000% DUE 02/15/2014 | 912828CA60 7004940 | 104.75049H | 15,712,574- | 0 |

- - - - T O T A L S - - - -

| TOT MV | 222,262,611 | OLD SMA | 8,270,176- | SMA | 8,270,176- | SMA CHANGE | 0 |
|---|---|---|---|---|---|---|---|
| EQUITY | 282,202,431 | LIQ EQY % | 282,202,431 EQY % 100 | HOUSE EXCESS | 71,058,711 | NEW HSE CALL | 0 |
| CSH AV | 8,270,176 | BUYING P | 16,540,353 | OTHER EXCESS | 217,505,394 | NYSE OPT REQ | 0 |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 62 of 89

23 of 26

```
BMR56
732-40126   CLIENT 012
            RR: H81 STONEHILL INSTITUTIO          MARGIN ACTIVITY STATEMENTS                    09/19/08              PAGE 93806
- - -BALANCES - - -                              CURR-CODE: 002 C$
TC          OPEN T/D BAL            CLOSE T/D BAL                 OPEN S/D BAL              CLOSE S/D BAL
11                 00.00                   00.00                        00.00                     00.00                MARKET VALUE
29            702,486.53      .95352472 T/D BAL                          00.00                                        13,282,551
FOREIGN CURRENCY C$ RATE      .95352472 T/D BAL                                                                                            DLA
29            702,486.53      .95352472 T/D BAL                     702,486.53                759,002.16                                 09/17/08
FOREIGN CURRENCY C$ RATE                                            759,002.16
52          1,312,615.42-     .95352472 T/D BAL                     723,727.32                                           384,839         09/19/08
FOREIGN CURRENCY C$ RATE      .95352472 T/D BAL                   1,369,131.05-
T           610,128.89-                                           1,312,615.42-                                        1,391,326-       09/19/08
                                                                 1,305,500.30-
TC S/DTE  - - ACTIVITY - -                                         610,128.89-                610,128.89-            12,276,063
29 09/19      610,128.89-
52 09/19      LONG/SHORT(-)              DESCRIPTION                 CUSIP/SEC        PRICE/ENT   T/D TRD #           DEBIT/CREDIT(-)
                                      MARK TO MARKET                                 MKT MS       09/19                 $6,515.63
TC   - - -POSITIONS - - -             MARK TO MARKET SHORT POS                       MKT MS       09/19                 56,515.63-
11   LDA   091708  782,064.0000
                                      SECURITY DESCRIPTION          CUSIP/SEC          PRICE      MARKET VALUE       MARGIN REQUIREMENT
11   041408  14,590,000.0000         ***ZARLINK SEMICONDUCTOR INC   9891391000        0.51388        401,889             401,889
                                                                    Y0017I3    SB              782,064.0000
                                     ***GENERAL MOTORS ACCEPTANCE   37046Z2BM00    88.2841BH    12,880,662
29   082908       0.0000              CORP OF CANADA LTD            5BBGFL9    SB              14,590,000.0000          5,796,298
                                      DUE 05/22/2009    4.721%
                                     ***CANADIAN IMPERIAL BANK OF   1360691010    62.50493              0                195,390
29   082808       0.0000              COMMERCE                      C146504
                                     ***NORDGRD INC                 65540P1060    4.38494H             0                 740,024
29   091508  748,886.0000                                          N101604
                                     ***ZARLINK SEMICONDUCTOR INC   9891391000    0.51388         384,839                384,839
52   082908   10,420.0000-           ***CANADIAN IMPERIAL BANK OF   Y0017I3
                                      COMMERCE                      1360691010    62.50493       651,301-
52   082808  168,765.0000-           ***NORDGRD INC                 C146504
                                                                    65540P1060    4.38494H       740,024-                    0
                                                                    N101604
- - - T O T A L S - - - - -
TOT MV     12,276,063    OLD FED CALL     877,119              FED CALL                         877,119    NEW FED CALL               0  0
EQUITY     12,886,193    LIQ EQT     12,886,193 EQY %      0  HOUSE EXCESS                    5,367,751    NEW HSE CALL               0  0
CSH AV              0    BUYING P                          0  OTHER EXCESS                    8,889,334    NYSE OPT REQ               0  0
```

08-13555-mg    Doc 45573-31    Filed 08/05/14    Entered 08/05/14 14:51:02    Exhibit
(A-31 - Institutional    CES Aviation LLC)    Pg 63 of 89

24 of 26

```
BMR56    CLIENT 012
732-40126     RR: H01 STONEHILL INSTITUTIO                MARGIN ACTIVITY STATEMENTS           09/19/08              PAGE  93607
                                                          CURR-CODE: 003 BP
TC - - - - - - -BALANCES - - - -
11     OPEN T/D BAL       - - - - -    CLOSE T/D BAL       OPEN S/D BAL                      CLOSE S/D BAL
29      00.00                             00.00              00.00                              00.00
FOREIGN CURRENCY BP  RATE     1.83010002 T/D BAL          00.00
         4,931.68                             4,931.68
T      FOREIGN CURRENCY BP  RATE    1.83010002 T/D BAL    4,931.68                            4,931.68
         4,931.68                             4,931.68     9,025.46
       - - - - - - -ACTIVITY - - - - -                    4,931.68                            4,931.68
NO ACTIVITY FOR THIS ACCOUNT
       - - - - - - -POSITIONS - - - -                                                                       MARKET VALUE            DLA
TC  LDA         LONG/SHORT(-) - -          SECURITY DESCRIPTION      CUSIP/SEC        PRICE       MARKET VALUE   760,375
11  040108     807,000.0000     ***CIT GROUP INC             U126054A040    94.22243H    807,000.0000                      09/05/08
                                 EURO MEDIUM TERM NOTE        5214345   SB                                     00
                                 DUE 12/15/2008    5.500%                                                                  09/16/08
11  070108     873,632.0000     ***LUXFER HOLDINGS PLC       G5690WAD00    0.0000M      873,632.0000   760,375
                                 DUE 02/06/2012   11.330%    5986867   SB
       - - - -T O T A L S - - - -
TOT MV         760,375    OLD SMA           1,350-         SMA                           MARGIN REQUIREMENT
EQUITY         755,443    LIQ EQT         755,443 EQY %    0 HOUSE EXCESS      1,350- SMA CHANGE        342,168       0
CSH AV               0    BUYING P          2,700           OTHER EXCESS     413,274  NEW HSE CALL                    0
                                                                            679,405  NYSE OPT REQ                    0
```

25 of 26



```
BMR56     CLIENT 012
732-40126     RR: H&1 STONEHILL INSTITUTIO          MARGIN ACTIVITY STATEMENTS
                                                     CURR-CODE: 016 JY          09/19/08          PAGE 93508
- - - - - - BALANCES - - - - -
TC              OPEN T/D BAL          CLOSE T/D BAL          OPEN S/D BAL          CLOSE S/D BAL          MARKET VALUE          DLA
11              01.00-                01.00-                 01.00-                01.00-                 00                    05/13/05
FOREIGN CURRENCY JY RATE   .00935201 T/D BAL                00.00
NO ACTIVITY FOR THIS ACCOUNT
- - - - -POSITIONS - - - - -
TC  LDA              LONG/SHORT(-)        SECURITY DESCRIPTION        CUSIP/SEC          PRICE              MARKET VALUE
11  050908     1080,000,000.0000      ##ENRON CORP               U29302AN60         0.0000H                          0
                                       DUE  06/18/2003            5446109    SB      1080,000,000.0000
11  051308      540,000,000.0000      ##ENRON CORP               U29302AO80         0.00000H                         0
                                       DUE  06/15/2003            5446359    SB      540,000,000.0000

- - - -T O T A L S - - - - -                                     SMA                                      MARGIN REQUIREMENT
TOT MV          0  OLD SMA                  0.770%                0 HOUSE EXCESS         0  SMA CHANGE                        0
EQUITY          1  LIQ EQT                  0.676%                0 OTHER EXCESS         0  NEW NYSE CALL                     0
CSH AV          0  BUYING P             1 EQY %                                         0  NYSE OPT REQ
```

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 65 of 89

26 of 26

```
BMR56    CLIENT 012                              MARGIN ACTIVITY STATEMENTS           09/19/08                    PAGE  93809
732-40126    RR: HAL STONEHILL INSTITUTIO         CURR-CODE: 246 EM
TC  - - - - - - -BALANCES - - - -
          OPEN T/D BAL            CLOSE T/D BAL         OPEN S/D BAL           CLOSE S/D BAL                      MARKET VALUE          DLA
11          00.00                    00.00                00.00                  00.00                            2,003,276         09/18/08
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL
29      419,883.78-             419,883.78-            419,883.78-            419,883.78-                                 00       09/18/08
FOREIGN CURRENCY EM RATE   1.43870132 T/D BAL
T       419,883.78-             419,883.78-           604,087.34-
  - - - - -ACTIVITY- - - - -     419,883.78-            419,883.78-            419,883.78-                          2,003,276
  NO ACTIVITY FOR THIS ACCOUNT

TC  - - - -POSITIONS - - - -
11  LDA       LONG/SHORT(-)       SECURITY DESCRIPTION         CUSIP/SEC          PRICE           MARKET VALUE     MARGIN REQUIREMENT
11  071608   1,080,000.0000    RRWGMAC BANK GMBH              N5592XB660    78.94734H  1,080,000.0000    852,631       383,684
                                 EURO MEDIUM TERM NOTE        5BBPVH5   SB
                                 DUE 05/21/2010   5.750%
11  041608   1,350,000.0000    RRWCIR GROUP INC              U12605AD00    85.23296H  1,350,000.0000  1,150,644       517,790
                                 EURO MEDIUM TERM NOTE        5341424   SB
                                 DUE 05/15/2009   5.41%

  - - - -T O T A L S - - - -
TOT MV    2,003,276    OLD SMA         419,883-    SMA                  419,883-  SMA CHANGE          0
EQUITY    2,423,159    LIQ EQT       2,423,159    HOUSE EXCESS         1,521,685  NEW HSE CALL        0
CSH AV      417,883    BUYING P        839,767  100 EQY %  OTHER EXCESS 2,137,569  NYSE OPT REQ       0
```

EXHIBIT C FOR STONEHILL INSTITUTIONAL PARTNERS LP

| Symbol | | | CES Aviation LLC | | |
|---|---|---|---|---|---|
| CIT | USD | (38,230) | 11.16 | (426,646.80) | 1 | (426,646.80) |
| MBI | USD | (216,000) | 12.88 | (2,782,080.00) | 1 | (2,782,080.00) |
| NEW | USD | (62,195) | 26.22 | (1,630,752.90) | 1 | (1,630,752.90) |
| NBDFF | USD | (19,062) | 4.18115 | (79,701.08) | 1 | (79,701.08) |
| RAS | USD | (47,000) | 7.35 | (345,450.00) | 1 | (345,450.00) |
| WFC | USD | (103,500) | 39.8 | (4,119,300.00) | 1 | (4,119,300.00) |
| WB | USD | (81,000) | 18.75 | (1,518,750.00) | 1 | (1,518,750.00) |
| WM | USD | (511,683) | 4.25 | (2,174,652.75) | 1 | (2,174,652.75) |
| 912810PW2 | USD | (27,000,000) | 100.031 | (27,008,370.00) | 1 | (27,008,370.00) |
| 912828HZ6 | USD | (5,400,000) | 100.93 | (5,450,220.00) | 1 | (5,450,220.00) |
| 912828CA6 | USD | (15,000,000) | 104.75049 | (15,712,573.50) | 1 | (15,712,573.50) |
| Type 5 | USD | 61,766,571.40 | 1 | 61,766,571.40 | 1 | 61,766,571.40 |
| Net USD | | | | | | 518,074.37 |
| | | | | | | |
| CM | CAD | (10,420) | 62.50493 | (651,301.37) | 0.95352472 | (621,031.96) |
| NBDFF | CAD | (168,765) | 4.38494 | (740,024.40) | 0.95352472 | (705,631.56) |
| Type 5 | CAD | 1,369,131.05 | 1 | 1,369,131.05 | 0.95352472 | 1,305,500.30 |
| Net CAD | | | | | | (21,163.22) |
| | | | | | | |
| Total USD Due Stonehill | | | | | | 496,911.15 |

# EXHIBIT D FOR STONEHILL INSTITUTIONAL PARTNERS LP

| Fund | LEHM A/C # | Month Expected | Internal ID | LEHM ID | CCY | Amount (td) | Notes | Record date | Description |
|------|-----------|----------------|-------------|---------|-----|-------------|-------|-------------|-------------|
| Stonehill Institutional Partners LP | 732-40126 | September-08 | NBDF | 2841441 | GBP | -63.00 | | 9/1/2008 | INTEREST BRITISH POUND STERLING |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | NBDFF | 2841441 | GBP | -28.22 | | 9/1/2008 | INTEREST BRITISH POUND STERLING |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5205553 | 422660ACA | USD | -18,125.30 | | 9/1/2008 | INTEREST NORBORD INC |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5205553 | 422660ACA | USD | 141,500.79 | | 9/22/2008 | DIVIDEND HECHINGER CO *N DEFAULT* 6.95000% (10/15/2003 422660AD2) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5205553 | 422660ACA | USD | 304,811.11 | | 9/22/2008 | DISTRIBUTION HECHINGER CO *N DEFAULT* 6.95000% (10/15/2003 422660AD2) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5205553 | 422660ACA | USD | 1,326.39 | | 9/22/2008 | INTEREST HECHINGER CO GR DEBS 9.45000% 11/15/2012 422660ACA |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5205553 | 422660ACA | USD | 13.25 | | 9/2/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 3 % BAL 1916,659 ABAL 1916,659 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5203553 | 422660ACA | USD | 142.87 | | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/22 THRU 08/28 @ 3 % BAL 1393,450 ABAL 1393,450 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | 215.48 | | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 09/04 THRU 09/16 @ 1.94% BAL 836,833 ABAL 2186,823 INTEREST CHARGED FOR 4 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | 91.40 | | 9/1/2008 | INTEREST ON CREDIT BALANCE FROM 08/28 THRU 09/01 @ 1.94% BAL 843,349 ABAL 366,572 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -1,322.47 | | 9/18/2008 | INTEREST ON CREDIT BALANCE FROM 09/03 THRU 09/11 @ 1.94% BAL 1820,438 ABAL 1789,564 INTEREST CHARGED FOR 7 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -140.37 | | 9/11/2008 | INTEREST FROM 08/21 THRU 08/21 @ 3 % BAL 6552,978 ABAL 239,417 INTEREST CHARGED FOR 4 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -161.56 | | 9/18/2008 | INTEREST FROM 09/17 THRU 09/17 @ 3.14% BAL 722,211 ABAL 5221,749 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -18.29 | | 9/17/2008 | INTEREST FROM 08/21 THRU 08/21 @ 3.34% BAL 111609 327 ABAL 265,653 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -543.93 | | 9/4/2008 | INTEREST FROM 08/22 THRU 08/31 @ 3.14% BAL 4009 736 ABAL 3965 136 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -63.65 | | 9/22/2008 | INTEREST FROM 09/19 THRU 09/21 @ 3.7% BAL 4009 736 ABAL 3965 136 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -90.36 | | 9/21/2008 | INTEREST ON CREDIT BALANCE FROM 09/19 THRU 09/21 @ 3 % BAL 4009 736 ABAL 3965 136 INTEREST CHARGED FOR 1 DAY(S) |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | | | USD | -991.34 | | 9/22/2008 | INTEREST ON CREDIT BALANCE TY 5 CR INT #21i -92/108 18 TRNID=STAUTOINT |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5119024 | B01TKJ2 | USD | 50,533.78 | | 9/22/2008 | DIVIDEND CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S2 A-1-VAR 2.35130% 11/25/2034 12668VAA7 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5043662 | B01TKJ2 | USD | 10.73 | | 9/18/2008 | DIVIDEND |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5043662 | 12668VAC9 | USD | 82,989.03 | | 8/29/2008 | PAYDOWN COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SB CLASS A3 5.95000% 03/25/2034 12668VAC3 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5943647 | 12668VAC9 | USD | 22,537.70 | | 8/29/2008 | PAYDOWN COUNTRYWIDE ASSET BK CERT SERIES 2006-SB CLASS A3 5.95000% 03/25/2034 12668VAC3 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5943647 | 12668VAC9 | USD | 41,623.42 | | 8/29/2008 | PAYDOWN COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SB CLASS A3 5.95000% 03/25/2034 12668VAC3 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5901730 | 12668VAC9 | USD | 12,809.26 | | 8/29/2008 | PAYDOWN COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SB CLASS A3 5.95000% 03/25/2034 12668VAC3 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5905694 | 12668TAB7 | USD | 31,955.65 | | 8/29/2008 | PAYDOWN CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S7 CLASS A6 5.49300% 11/25/2035 12668VAF6 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5119024 | 12668TAB7 | USD | 11,840.15 | | 8/29/2008 | PAYDOWN CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S7 CLASS A6 5.81900% 07/25/2027 12668TAB7 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5850819 | 12668VAA7 | USD | 22,569.90 | | 8/29/2008 | PAYDOWN CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S2 A-1-VAR 2.35130% 11/25/2034 12668VAA7 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5850819 | 12668VAA7 | USD | 72,120.12 | | 8/29/2008 | PAYDOWN CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S2 A-1-VAR 2.35130% 11/25/2034 12668VAA7 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5561344 | 12668VAA7 | USD | 4,690.72 | | 8/29/2008 | PAYDOWN CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S2 A-1-VAR 2.35130% 11/25/2034 12668VAA7 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5561344 | 12668VAB9 | USD | 6,238.62 | | 8/29/2008 | PAYDOWN CWHEQ HOME EQUITY LOAN TRUST MTGFOCSERIES 2006-S2 A-2-VAR 2.35130% 11/25/2034 12668VAB9 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5851246 | 12668VAB9 | USD | 38,436.75 | | 8/29/2008 | PAYDOWN GMACH HOME EQUITY LN TR SERIES 2004-HE1 CLASS A3 DUE 10/25/2016 3.805 REG INT DUE 10/25/2016 361B6LA00 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 3801274AB | 36186LAB9 | USD | 265.31 | | 8/31/2008 | INTEREST GMACH HOME EQUITY LN TR SERIES 2004-HE1 CLASS A3 6.05400% 07/25/2034 36186LA89 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5SBOQTZ6 | 98BOQTZ6 | USD | 19,953.32 | | 9/24/2008 | INTEREST GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A1 4.44000% 12/25/2037 36186LCA87 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5BOJYT6 | 36186LAA1 | USD | 93,359.41 | | 9/24/2008 | INTEREST GMACH HOME EQUITY LN TR SERIES 2007-HE1 CLASS A2-1 1.90000% 04/01/2009 97E09YAE1 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5BCLLCQ | 36186LA05 | USD | 114,186.53 | | 9/24/2008 | FULL CALL PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.000000% 10/01/2012 853763AA4 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 506661 | 76110VFQ0 | USD | 21,090.38 | | 9/24/2008 | INTEREST RESIDENTIAL FDG MTG SECS II SERIES 2006-HSA1 CLASS A-21 1.90000% 02/25/2036 76110VFD0 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5793941 | 76110VSQ2 | USD | 68,060.36 | | 9/24/2008 | INTEREST RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-11 3.30681% 12/25/2035 76110VSQ2 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5793941 | 76110VSQ2 | USD | 3,714.07 | | 9/15/2008 | INTEREST RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-11 3.30681% 12/25/2035 76110VSQ2 |
| Stonehill Institutional Partners LP | 732-40126 | September-08 | 5341743 | 11201JAB3 | USD | 142,031.23 | | 9/15/2008 | INTEREST BRODER BROS CO SR NT *N DEFAULT* 11.00000% 08/01/2009 99365VAB3 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBKVNA8 | 5BBKVNA8 | USD | 20,088.00 | | 10/25/2008 | INTEREST GMACH HOME EQUITY LN TR SERIES 2004-HE1 CLASS A4-4 5.13200% 12/25/2034 361856CV7 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5666251 | 1253660AB1 | USD | 10,442.50 | | 9/25/2008 | INTEREST CIT GROUP FUNDING CO CDA SR NT 1.90000% 10/15/2010 11201AA83 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | SPF12 | 453765AK | POR | 3,540.60 | | 9/25/2008 | INTEREST PAR OF FUNDING CORP NEW |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5042652 | 978091AE2 | USD | 12,653.50 | | 9/30/2008 | DISTRIBUTION STANDARD PACIFIC CORP CV SENIOR SUB NOTES 6.00000% 10/01/2012 853763AA4 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5142821 | U2930JAG2 | USD | 67,906.16 | | 10/10/2008 | INTEREST CIT GROUP FDG CO CDA SR NT 5.000000% 04/01/2009 97E09YAE3 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5143599 | 74437CAG6 | USD | 144,365.96 | | 9/30/2008 | DISTRIBUTION ENRON CORP EURO DEB 0.07000% 12/21/2049 U2930JAG2 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5143599 | 74437CAG6 | USD | 97,632.31 | | 10/14/2008 | DISTRIBUTION ENRON CORP EURO DEB 0.07000% 12/21/2049 U2930JAG2 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5799557 | 76110VSQ2 | USD | 126,771.26 | | 9/24/2008 | DISTRIBUTION PSINET INC SR NTS *N DEFAULT* 11.50000% 11/01/2008 74437CAB7 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5253136 | 993655VAB3 | USD | 65,777.00 | | 10/22/2008 | DISTRIBUTION PSINET INCORPORATED SR NTE *N DEFAULT* 11.00000% 08/01/2009 99365VAB3 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5341743 | 12665DX1 | USD | 6,787.06 | | 10/20/2008 | INTEREST ESCROW GUANGDONG INTL TR & INV 144A 7.500% 11/23/2003 40065L9B9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5662251 | 247365AE5 | USD | 2,180.11 | | 10/20/2008 | INTEREST DELTA AIR LINES INC PASS THRU CTF SER 1993-A CL A1 8.95000% 4/30/2008 247367AE5 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5941443 | 12668XAC9 | USD | 45,062.91 | | 9/24/2008 | PAYDOWN DELTA AIR LINES INC PASS THRU CTF SER 1993-A CL A1 8.95000% 4/30/2008 247367AE5 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5943647 | 12668XAC9 | USD | 35,809.15 | | 10/14/2008 | PAYDOWN COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-SB CLASS A3 5.95000% 04/25/2016 12668XAC9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5905694 | 12668VAA6 | USD | 12,809.25 | | 9/24/2008 | PAYDOWN COUNTRYWIDE ASSET BK CERTIF SERIES 2006-SB CLASS A6 5.95000% 04/25/2016 12668XAC9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5119024 | 12668TAB7 | USD | 11,840.15 | | 9/25/2008 | PAYDOWN CWHEQ HOME EQUITY LN TR SERIES 2006-S7 CLASS A6 5.81900% 06/25/2035 12668VAF6 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5119024 | 12668VDX1 | USD | 32,569.00 | | 10/14/2008 | PAYDOWN CWHEQ HOME EQUITY LN TR SERIES 2006-S2 A-2-VAR 3.62700% 07/25/2027 12668VDX1 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5119023 | 12665DX1 | USD | 38,456.72 | | 9/24/2008 | PAYDOWN CWHEQ HOME EQUITY LN TR SERIES 2006-S2 A-2-VAR 3.62700% 07/25/2027 12668VDX1 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5561344 | 3801272AB | USD | 22,344.71 | | 9/24/2008 | PAYDOWN GMACH HOME EQUITY LN TR SERIES 2007-HE2 CLASS A1 4.19300% 12/25/2037 36186LAC9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBOJYBI | 36186LAC7 | USD | 93,359.47 | | 9/24/2008 | INTEREST GMACH HOME EQUITY LN TR SERIES 2007-HE1 CLASS A6 4.19300% 12/25/2037 36186LAC7 |

## EXHIBIT D FOR STONEHILL INSTITUTIONAL PARTNERS LP

| Entity | Account | Month | Code | CUSIP | Amount | Cur | Type | Date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBOTTZ9 | 361B6LAD5 | 114,186.59 | USD | INTEREST | 9/30/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 6.2400% 12/25/2037 361B6LAD5 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBQTY6 | 361B6LAG8 | 21,090.38 | USD | INTEREST | 9/30/2008 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 6.2490% 12/25/2037 361B6LAG8 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBKVN8 | 361B6KAD7 | 20,088.00 | USD | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGFCSERIES 2006-HE1 A-A-VAR 5.9200% 08/25/2037 361B6KAD7 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5041557 | 38012TAD4 | 10,273.50 | USD | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGFCSERIES 2006-HE1 A-A-VAR RATE DUE 10/25/2036 6.044 REG INT ON 2025000 BND REC 09/30/08 PAY 10/25/08 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 58CLLC0 | 6933T7A5A | 242,593.55 | USD | PAYDOWN | 9/30/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.0000% 12/25/2037 6933T7A5A |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 58CLLC0 | 6933T7A5A | 49,569.26 | USD | PAYDOWN | 9/30/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.0000% 12/25/2037 6933T7A5A |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5006641 | 7611QVTD0 | 15,172.14 | USD | INTEREST | 9/30/2008 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-3 5.1900% 02/25/2036 7611QVTD0 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBNND6 | 55265AAN1 | 88,150.56 | USD | INTEREST | 9/27/2008 | MAC CAPITAL LTD SER 2007-1 CL D A1 VAR/CT R/AD 7/05/2023 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5204979 | 24736VM7 | 35,820.13 | USD | INTEREST | 10/24/2008 | DELTA AIR LINES INC DEL WE 14 A/D 33% 06 03.3300% 02/26/2024 24736VM7 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5649514 | 24736VL9 | 15,836.71 | USD | INTEREST | 10/24/2008 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 B 10.3300% 07/26/2024 24736VL9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5084318 | 24736VU9 | 24,533.86 | USD | INTEREST | 10/24/2008 | DELTA AIR LINES INC DEL EQUIP TRUST CTF SER 1990 B 10.7900% 03/26/2014 24736VU9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5451783 | 24736VW5 | 30,102.19 | USD | INTEREST | 10/29/2008 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 D 10.7900% 03/26/2014 24736VW5 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | M017061 | 55291MZ02 | 13,180.81 | USD | INTEREST | 10/29/2008 | MAC CAPITAL LLC COMBINATION SECS MEMBERSHIP |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | M017061 | 55291MZ02 | 241,366.99 | USD | INTEREST | 10/29/2008 | MAC CAPITAL LLC COMBINATION SECS MEMBERSHIP |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | DAL | DAL | 6.63 | USD | CASH IN LIEU | 10/31/2008 | DELTA AIR LINES INC DEL COM NEW |
| Stonehill Institutional Partners LP | 732-40126 | November-08 | 5986867 | X5Q182003120 | 132,374.93 | GBP | INTEREST | 10/31/2008 | LUXFER HOLDINGS PLC 11.8100% 02/06/2012 G5698WAD0 |
| Stonehill Institutional Partners LP | 732-40126 | November-08 | 5341424 | U12605AD0 | 18,681.13 | EUR | INTEREST | 10/21/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE 3.5050% 9/13/2009 U12605AD0 |
| Stonehill Institutional Partners LP | 732-40126 | November-08 | 5446109 | U29300AA16 | 13,200.65 | USD | REDEMPTION | 11/14/2008 | ENRON CORP 7.7000% 12/11/2049 29300A16 |
| Stonehill Institutional Partners LP | 732-40126 | November-08 | 5277107 | X5Q118137771 | 9,425.85 | USD | PAYDOWN | 10/28/2008 | PSINET INC EURO SERIES 16.5000% 12/01/2006 |
| Stonehill Institutional Partners LP | 732-40126 | November-08 | 5235600 | 6935GYAD9 | 8,229.57 | USD | PAYDOWN | 10/9/2008 | PSINET INC SER EUR SR NOTES *IN DEFAULT* 11.0000% 08/01/2009 69363VAD9 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5BBGFL3 | CAJ70472BM0 | 177,404.17 | CAD | INTEREST | 11/21/2008 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.7143% 05/22/2009 70472BM0 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5143662 | 12668MAC3 | 22,533.99 | USD | INTEREST | 11/21/2008 | GENERAL MOTORS COUNTRYWIDE ASSET BK CERT SERIES 2009-2 CLASS A3 5.6580% 02/15/2034 12668MAC3 |
| Stonehill Institutional Partners LP | 732-40126 | December-08 | 5214345 | U12605AB4 | 22,192.50 | GBP | INTEREST | 12/12/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE 5.0% 12/15/2008 |
| Stonehill Institutional Partners LP | 732-40126 | December-08 | 5155750 | X5Q2022034 | 196,873.00 | GBP | INTEREST | 12/12/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/AD 5.25 12/15/2008 |
| Stonehill Institutional Partners LP | 732-40126 | December-08 | 5235929 | X5Q2022034 | 430,475.90 | GBP | INTEREST | 12/12/2008 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 |
| Stonehill Institutional Partners LP | 732-40126 | December-08 | 5235929 | 76113BAF6 | 835,285.38 | GBP | INTR PAYMENT | 12/09/2008 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 |
| Stonehill Institutional Partners LP | 732-40126 | December-08 | 5214345 | U12605AB4 | 807,000.00 | GBP | TENDER PAYMENT | 12/15/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/AD 5.50 12/15/2008 |
| Stonehill Institutional Partners LP | 732-40126 | December-08 | 5515750 | X5Q2022034 | 131,570.23 | USD | MATURITY | 12/15/2008 | VICTORIA STANFIELD EURO MEDIUM TERM NOTE 4.835% 03/28/2004 G3439CAN0 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 58CSLL0 | 24736V1K1 | 7,163.56 | USD | MATURITY | 12/22/2008 | VICTORIA STANFIELD EURO MEDIUM TERM NOTE 4.835% 03/28/2003 G3439CAN0 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5191153 | 24736V1K1 | 29,272.65 | USD | DISTRIBUTION | 1/6/2009 | DELTA AIR LINES INC DEL 144A 10.33% 03/26/2006 24736V1K1 |
| Stonehill Institutional Partners LP | 732-40126 | October-08 | 5358558 | 400651AA1 | 60,940.09 | USD | DISTRIBUTION | 10/22/2008 | BES OVERSEAS LTD 144A IN DEFAULT 6.75% 11/15/2020 400651A1 |
| Stonehill Institutional Partners LP | 732-40126 | January-09 | 5262134 | 98141AAD3 | 7,561.09 | USD | DISTRIBUTION | 10/22/2008 | WORLD ACCESS INCDTD 12/04/199913.250% 01/15/2008CALLABLEIN DEFAULT |
| Stonehill Institutional Partners LP | 732-40126 | January-09 | 5262134 | 98141AAD3 | 212,399.75 | USD | DISTRIBUTION | 10/22/2008 | WORLD ACCESS INCDTD 12/04/199913.250% 01/15/2008CALLABLEIN DEFAULT |

Running Total
| | |
|---|---|
| USD | 6,291,314.60 |
| GBP | 4,308,677.21 |
| EUR | 18,681.13 |
| CAD | 177,404.17 |

**SI EXHIBIT E**
**STONEHILL INSTITUTIONAL PARTNERS LP**
**WIRES ON PRIVATE INSTRUMENTS THAT WERE MISDIRECTED TO LBI**

| ACCOUNT | CURRENCY | AMOUNT | DATE | DESCRIPTION |
|---------|----------|--------|------|-------------|
| 732-40126 | EUR | 51,025.28 | 9/8/2008 | Damovo wire from BNY Mellon |
| 732-40126 | USD | 110,799.31 | 9/11/2008 | Gitic wire from Bank of America |
| 732-40126 | USD | 37,339.32 | 9/19/2008 | WCI Bank Debt wire from Bank of America |
| 732-40126 | USD | 551.62 | 10/1/2008 | Capmark wire from Citibank |
| 732-40126 | USD | 4,216.67 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40126 | USD | 46,587.48 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40126 | USD | 19,592.96 | 12/31/2008 | Entegra 2nd Lien Wire from Lehman CP |

|  |  |  | CURRENT EXCH RATE |  |
|---|---|---|---|---|
| TOTAL | EUR | 51,025.28 | 1.35 | 68,731.05 |
| TOTAL | USD | 219,087.36 | 1.00 | 219,087.36 |
| TOTAL | AS CONVERTED |  |  | 287,818.41 a) |

a) Note: Currencies are converted to USD only for the purpose of tallying a rough dollar amount due.
Stonehill is not aware of the LBI estate's policies regarding converting foreign wires, the date used for
conversion, or whether foreign wires will be delivered in original currency.

SI Exhibit F

page 1 of 2

BM856   CLIENT 012
732-41223   RR: H8I STONEHILL INSTUTIONA

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08

PAGE 93831

- - - - - - -BALANCES - - - - - - -
TC      OPEN T/D BAL              CLOSE T/D BAL
11             00.00                    00.00

OPEN S/D BAL          CLOSE S/D BAL
      00.00                00.00

NO ACTIVITY FOR THIS ACCOUNT
- - - - - - - -ACTIVITY - - - - - - - -

- - - - - - - -POSITIONS - - - - -
TC   LDA              LONG/SHORT(-) -
11   091808    4,500,000.0000

| SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS US DOLLAR LIQUIDITY FUND INSTL DIST CL | 0546081260 A000351 | 1.0000OH | 4,500,000 | 4,500,000 | 4,500,000 |

DLA
09/18/08

- - - - T O T A L S - - - - -
                OLD SMA
TOT MV   4,500,000   LIQ EQT        0
EQUITY   4,500,000   BUYING P       0
CSH AV           0

4,500,000 EQY %   SMA             0   SMA CHANGE       0
          0       HOUSE EXCESS    0   NEW HSE CALL     0
          0       OTHER EXCESS    0   NYSE OPT REQ     0

SI Exhibit F page 2 of 2

# LEHMAN BROTHERS

**For the period 08/30/2008 to 09/30/2008**

**STONEHILL INSTITUTIONAL PARTNERS LP**

Base Currency : USD
Account Number : 732-40126 H81

## Monthly Activity [1]

**MOVEMENTS OF FUNDS** (Continued)

| Settlement Date | Transaction | Description | Amount |
|---|---|---|---|
| 09/12/2008 | | TFR TO ACCT 732-40125-1 | (166,163.22 ) |
| 09/12/2008 | | FRM CMDY TO STK | 1,853,105.73 |
| 09/12/2008 | | INWIRE RF# 021000021 JERSEY CITY NJ | 4,820,000.00 |
| 09/12/2008 | | INWIRE RF# 021000021 JERSEY CITY NJ | 4,430,000.00 |
| 09/12/2008 | | REF # 9N41338 | 4,990.67 |
| 09/15/2008 | | INWIRE RF#0217826 0008 DMAN SACHS   CO ATT BANK RECO STONEHILL INSTITUTIONAL PARTN | 8,724.16 |
| 09/15/2008 | | INWIRE RF# 021000021 HOUSTON TX 77002 1111 SANNIN ST 10TH FLOOR | 17,602.82 |
| 09/15/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/12/08 SD | (103,000,000.00 ) |
| 09/16/2008 | | INWIRE RF#0311337 0008 (02) NORTHWEST AIRL INES 66727 CITIUS33 | 240,545.45 |
| 09/16/2008 | | TFR TO ACCT 732-41223-2 | (2,178,724.46 ) |
| 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/16/08 SD | (12,000,000.00 ) |
| 09/17/2008 | | TFR TO ACCT 732-41223-1 | (4,500,000.00 ) |
| 09/17/2008 | | REF # 9N44323 | (919,994.61 ) |

SI Exhibit G
page 1 of 1

# LEHMAN BROTHERS

**Base Currency : USD**
**Account Number : 732-40126 H81**

**For the period 08/01/2008 to 08/29/2008**

**STONEHILL INSTITUTIONAL**
**PARTNERS LP**

## Monthly Activity[1]

### PURCHASES & SALES
(Continued)

| Settlement Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/11/2008 | SOLD SHORT | 270,000 | UNSOLICITED<br>TMS0870670070202516TMS<br>PLUS  406.62 COMM<br>***BARRATT DEVELOPMENTS PLC<br>AVERAGE PRICE<br>UNSOLICITED<br>SHORT.<br>TMS-REF200808060073761<br>TMS0870670070737617TMS<br>305,569.29 GBP TOTAL | 2.2065 | 595,157.31 |
| 08/11/2008 | SOLD SHORT | 270,000 | ***BARRATT DEVELOPMENTS PLC<br>AVERAGE PRICE<br>UNSOLICITED<br>SHORT.<br>TMS-REF200808110131089<br>TMS0871170870131089TMS<br>305,569.29 GBP TOTAL | 2.2065 | 595,157.31 |
| 08/12/2008 | SOLD | 1,830 | ALLIANCE DATA SYSTEM CORP<br>UNSOLICITED<br>TMS0870708701824987TMS<br>LESS   36.60 COMM  0.67 FEE | 64.5610 | 118,109.36 |
| 08/12/2008 | BOUGHT | 17,550 | ACACIA RESEARCH - ACACIA<br>TECHNOLOGIES<br>UNSOLICITED<br>TMS0870708701761627TMS<br>PLUS  526.50 COMM | 4.1589 | ( 73,515.20 ) |
| 08/12/2008 | BOUGHT | 4,000,000 | ***MAC CAPITAL LLC<br>COMBINATION SECS MEMBERSHIP<br>INT<br>UNSOLICITED<br>TMS0871170870044490TMS<br>PLUS  0.00 COMM<br>CHARGED BY CHSE | .3275 | (1,310,000.00 ) |

Page 45 of 104

# LEHMAN BROTHERS INC
### TRADE CONFIRMATION

**To:**   Stonehill Institutional Partners, L.P.
      Contact: Steve Nelson
      Tel No.: 212-739-7470
      Fax No.: 212-838-2291
      Email:   snelson@stonehillcap.com

**From:**   Lehman Brothers Inc.
      Contact: Denise Rosselli       Trade Confirmations: Jessica Markowitz
      Tel No.: 212-526-1490       Tel. No.:   212-526-1490
      Fax No.: 646-758-4993       Fax No.:   646-758-4993
      Email:   drossell@lehman.com       Email:   Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| **Trade Date:** | March 27, 2008 |
| **Seller:** | Stonehill Institutional Partners, L.P., as Principal |
| **Buyer:** | Lehman Brothers Inc., as Principal |
| **Issuer:** | US Power Generating Company |
| **Quantity** | 6,400 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| **Purchase Price:** | $28.00 per Unit |

**Other terms:**

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598*.

NYC:147889.2

2

LEHMAN BROTHERS INC.

By: _____

Name: __MARTHA G. MARTINEZ__
AUTHORIZED SIGNATORY

Title: _____

Date: _____

Stonehill Institutional Partners, L.P.

By: _____

Name: __Steven D. Nelson__

Title: __CFO__

Date: __4/3/08__

NYC:147889.2

# LEHMAN BROTHERS INC
### TRADE CONFIRMATION

To:     Stonehill Offshore Partners Limited
        Contact: Steve Nelson
        Tel No.: 212-739-7470
        Fax No.: 212-838-2291
        Email:    snelson@stonehillcap.com

From:   Lehman Brothers Inc.
        Contact:   Denise Rosselli              Trade Confirmations: Jessica Markowitz
        Tel No.:    212-526-1490                Tel. No.:      212-526-1490
        Fax No.:   646-758-4993                 Fax No.:      646-758-4993
        Email:     drossell@lehman.com          Email:   Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| Trade Date: | March 27, 2008 |
| Seller: | Stonehill Offshore Partners Limited, as Principal |
| Buyer: | Lehman Brothers Inc., as Principal |
| Issuer: | US Power Generating Company |
| Quantity | 8,730 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| Purchase Price: | $28.00 per Unit |

Other terms:

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598*.

NYC:147889.2

2

LEHMAN BROTHERS INC.

By:

Name:   MARTHA G. MARTINEZ
AUTHORIZED SIGNATORY
Title:

Date:

Stonehill Offshore Partners Limited

By:

Name:   Steven D. Nelson

Title:   CFO

Date:   4/2/08

NYC:147889.2

SI Exhibit - H(6)

Page 1 of 3

**MARGIN SUMMARY**
**COB**
**9-19-08**

## 940-96783 STONEHILL INST PARTNERS LP COB 9-19-08

*TOTAL COLLATERAL*
TOTAL LMV TYPE 1 LONG POSITIONS (ELIGIBLE FOR DELIVERY)          0.00
TOTAL LMV TYPE 2 LONG POSITIONS (ELIGIBLE FOR DELIVERY)          0.00
TYPE 1 CREDIT BALANCE                                       305,020.80

TOTAL COLLATERAL     305,020.80

*TOTAL EXPOSURES*
TOTAL MKT VALUE TYPE 1 SHORT POSITION                       423,640.00

TOTAL EXPOSURES     423,640.00

## TOTAL COLLATERAL NEEDED TO SATISFY THE MARGIN REQUIREMENT OF THIS ACCOUNT

118,619.20 ← if copy is not legible

TOTAL VALUE OF POSITIONS AVAILABLE FOR DELIVERY          0.00
TOTAL CASH VALUE AVAILABLE FOR PAYMENT                   0.00

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

2

page 2 of 3

TYPE I
SHORT POSITION

| Acct Num | Acct Type | TD Pos | SD Pos | Description | Symbol | CUSIP | Coupon | Maturity Date | CCY | Mkt. Price | CCY Mkt. Value | USD Mkt. Value | House Req.(USD) | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64088785 | 01 | -15,130 | | 0 US POWER GENERATING COMPANY | NULL | XGBN38551 | 0 | | | 0 USD | 0 | 0 | 127,002 | REST |



22.

Page 3 of 3

```
BMR56      CLIENT 012
940-86785    RR: 945 STONEHILL INST PARTN              MARGIN ACTIVITY STATEMENTS          09/19/08              PAGE 220574
TC    - - - - - -BALANCES - - - - - -              CURR-CODE: 000
15          OPEN T/D BAL          CLOSE T/D BAL          OPEN S/D BAL          CLOSE S/D BAL
            305,020.80-          305,020.80-          00.00          00.00

       - - - - -ACTIVITY - - - - - -                                                                    MARKET VALUE          DLA
NO ACTIVITY FOR THIS ACCOUNT                                                                            423,640-          05/27/08

       - - - - -POSITIONS - - - - - -
TC LDA       LONG/SHORT(-)       SECURITY DESCRIPTION       CUSIP/SEC       PRICE       MARKET VALUE
15  020209    15,130.000-  US POWER GENERATING COMPANY    XX9N38581O    0.00000H          0
FROZEN FUNDS    423,640.00-                                9N38581

TOT MV       423,640-  OLD SMA        0                       SMA          0    SMA CHANGE          0
EQUITY       118,619-  LIQ EQT        118,619-EQY %          0    HOUSE EXCESS       0    NEW HSE CALL          0
CSH AV          0   BUYING P          0                       OTHER EXCESS     0    NYSE OPT REQ          0

                                                                                     MARGIN REQUIREMENT
                                                                                     127,092 NONK
```

SI Exhibit H(c)

7                                                      Equity**MSG**
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS
    1/23  8:50:20                                        Page 1 / 2
    From: ● JAY COYLE (MERRILL LYNCH/NY,WFC)
  Subject:  PROJECT ENERGY BANK DEBT -                              IB  USER PROFILE
          No Attachments
FIRST DAY AT BANK OF AMERICA                         Cell:(917)699-9191
ENERGY PROJECT BANK DEBT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANP TL A | 92 | - 94 | 3x3 | LA PALOMA 1ST | 71 | - 73½ | 3x |
| ANP TL B | 89 | - 91 | 3x3 | LA PALOMA 2ND | 59 | - 63 | 2x2 |
| BOSTON GEN 1ST | 62¼ | - 64¼ | 5x3 | LIBERTY ELEC 1ST | 75 | - 80 | |
| BOSTON GEN 2ND | 26½ | - 31½ | 2x2 | LIBERTY ELEC MEZZ | 50 | - 55 | |
| BOSTON GEN MEZZ | 7 | - 12 | 2x2 | LONGVIEW STRIP | 70 | - 72 | P/B |
| US POWER EQUITY | 6.00 | -7.50 | 50kx75k | MACHGEN 2ND | 60 | - 62 | 3x3 |
| BOSQUE TERM | 65 | - 70 | 3x | MACHGEN UNITS | 90 | - 130 | 5kx5k |
| ENTEGRA 2ND LIEN | 71 | - 72½ | 3x3 | TENASKA 1ST | 88 | - 90 | |
| ENTEGRA 3RD LIEN | 33 | - 35 | 3x3 | TENASKA 2NDS | 62 | - 65 | 2x2 |
| ENTEGRA EQUITY | 3.00 | -4.00 | 75x75 | ASTORIA 1ST | 84½ | - 86 | |
| KELSON 1ST | 78 | - 81 | 3x2 | ASTORIA 2NDS | 71 | - 74 | P/S |
| KELSON 2ND | 47½ | - 51½ | 5x5 | | | | |
| KELSON MEZZ | 27 | - 37 | | | | | |

08-13555-mg   Doc 45573-31   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-31 - Institutional   CES Aviation LLC)   Pg 81 of 89

page 1 of 1

SI Exhibit I

## Unsettled Zarlink Trades

| 8/15/2008 | Total Qty | Off | SI | | Total Cost | Off | SI |
|---|---|---|---|---|---|---|---|
| Original trade | 55,000 | 25,300 | 29,700 | | 41,402.00 | 19,045.00 | 22,357.00 |
| Unsettled | 14,000 | 6,440 | 7,560 | | 10,539 | 4,847.82 | 5,690.87 |
| | 25.45% | | | | 25.45% | | |
| Corrected | 41,000 | 18,860 | 22,140 | | 30,863 | 14,197.18 | 16,666.13 |
| | | | | | | | |
| 8/20/2008 | | | | | | | |
| Original trade | 60,500 | 27,830 | 32,670 | | 46,029 | 21,173.00 | 24,856.00 |
| Unsettled | 45,500 | 20,930 | 24,570 | | 34,617 | 15,923.50 | 18,693.36 |
| | 75.21% | | | | 75.21% | | |
| Corrected | 15,000 | 6,900 | 8,100 | | 11,412 | 5,249.50 | 6,162.64 |
| | | | | | | | |
| | | | | | | | |
| Pre-adj | 7,654,640 | 5,490,156 | 2,164,484 | | 5,663,502.66 | 3,974,221.71 | 1,689,280.95 |
| Adjustments | | (27,370) | (32,130) | | | (20,771.31) | (24,384.23) |
| New | 7,595,140 | 5,462,786 | 2,132,354 | | 5,618,347.12 | 3,953,450.40 | 1,664,896.72 |
| | | | | | | | |
| | | | | | | | |
| Cash Adj on unsettled | CAD | | | Rate | USD | | |
| 8/15/2008 | 11,193.00 | 5,148.78 | 6,044.22 | 0.94154 | | | |
| 8/20/2008 | 36,818.60 | 16,936.56 | 19,882.04 | 0.94020 | | | |
| Claim on Exibit # I | 48,011.60 | 22,085.34 | 25,926.26 | | | | |
| CUSIP # 989139100 | | | | | | | |

page 1 of 3

Stonehill Institutional Exhibit U

**FX Forward Adj**
**9/19/2008**

| FX | Due Date | Institutional Qty | Cost | Price | FMV | Unrealized |
|---|---|---|---|---|---|---|
| CAD | 5/26/09 | (6,650,000) | (6,443,798.45) | 0.9510046 | (6,324,180.74) | 119,617.71 |
| CAD | 5/26/09 | (6,480,000) | (6,309,332.55) | 0.9510046 | (6,162,509.95) | 146,822.60 |
| CHF | 12/29/08 | (19,000,000) | (18,399,264.03) | 0.9103138 | (17,295,962.04) | 1,103,301.99 |
| Euro | 12/29/08 | (9,000,000) | (13,641,480.00) | 1.4439997 | (12,995,997.30) | 645,482.70 |
| Euro | 6/24/09 | (4,114,500) | (6,321,929.25) | 1.4326946 | (5,894,821.93) | 427,107.32 |
| GBP | 9/22/08 | (3,900,000) | (7,704,450.00) | 1.8357450 | (7,159,405.50) | 545,044.50 |
| GBP | 12/22/08 | (6,000,000) | (11,831,400.00) | 1.8262393 | (10,957,435.80) | 873,964.20 |
| GBP | 3/26/09 | (3,000,000) | (5,787,600.00) | 1.8152082 | (5,445,624.60) | 341,975.40 |
| GBP | 6/24/09 | (6,000,000) | (11,552,700.00) | 1.8061452 | (10,836,871.20) | 715,828.80 |
| | | | (87,991,954.28) | | (83,072,809.06) | 4,919,145.22 |

TOTAL    4,919,145.22

*Exhibit J*
*page 2 of 3*

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

## FUTURES/FOREIGN EXCHANGE CONFIRMATION

STONEHILL INSTUTIONAL PART LP
885 THIRD AVE, 30TH FLR
NEW YORK, NY  10022-4834

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040126 |
| Page | 2 |

US NON-SEGREGATED ACCOUNT

- - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Total FX Long Option value | | 0CR* | USD |
| | | | | | Total FX Short Option Value | | 0CR* | USD |
| | | | | | Net FX Option Value | | 0CR* | USD |

- - - - - - - - - - - - - Foreign Exchange Position Delta Summary - - - - - - - -

| Curr | Notional | USD Equivalent | Delta Notional | Delta USD Equiv |
|---|---|---|---|---|
| EUR | 13,114,500.00DB | 18,890,819.23DB | 13,114,500.00DB | 18,890,819.23DB |
| GBP | 15,000,000.00DB | 27,239,931.60DB | 15,000,000.00DB | 27,239,931.60DB |
| CAD | 13,130,000.00DB | 12,486,690.69DB | 13,130,000.00DB | 12,486,690.69DB |
| CHF | 19,000,000.00DB | 17,295,962.04DB | 19,000,000.00DB | 17,295,962.04DB |
| Sum of the Absolute Values: | | 75,913,403.56 | | 75,913,403.56 |

- - - - - - - - - - M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - - - - - - - -

| | Margin Requirement Initial | Equity Excess/Deficit | Margin Call/Excess |
|---|---|---|---|
| GBP | 0CR | 3,900,000.00DB | 3,900,000.00DB |
| PY | CR | CR | CR |
| USD | 3,738,916.79DB | 7,704,450.00CR | 3,965,533.21CR |
| Total Value in Base Currency | | | |
| SD | 3,738,916.79DB | 545,044.50CR | 3,193,872.29DB |

- - - - - - - - - - - - A C C O U N T   V A L U E   S U M M A R Y - - - - - - - - - - - -

| | Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| BP | 3,900,000.00DB | 0CR | 0CR | 0CR | 0CR | 3,900,000.00DB |
| PY | CR | CR | CR | CR | CR | CR |
| SD | 7,704,450.00CR | 0CR | 4,311,956.94CR | 0CR | 0CR | 12,016,406.94CR |
| Total Value in Base Currency | | | | | | |
| SD | 545,044.50CR | 0CR | 4,311,956.94CR | 0CR | 0CR | 4,857,001.44CR |

\* \* \* \* \* \* \* CURRENCY  CONVERSION  RATES \* \* \* \* \* \* \* \* \*

Base Currency - USD

| POUND STG | GBP | 1.8357450 |
|---|---|---|
| J YEN | JPY | 107.0700000 |



*Exhibit J*
*page 3 of 3*

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

## FUTURES/FOREIGN EXCHANGE CONFIRMATION

STONEHILL INSTUTIONAL PART LP
885 THIRD AVE, 30TH FLR
NEW YORK, NY  10022-4834

| SEP 22, 2008 | |
| --- | --- |
| IR NUMBER | ACCOUNT |
| 099 | 23040126 |
| Page   1 | |

US NON-SEGREGATED ACCOUNT

- - - - OPENING  ACCOUNT  BALANCES - - - -

| | |
| --- | --- |
| POUND STG | 0CR |
| J YEN | CR |
| US DOLLAR | 0CR |

- - - - - - - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
| --- | --- | --- | --- | --- | --- | --- | --- |

The settlement amounts shown below are reflected in the closing cash balance for each currency.

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9/19/07 | S | 3,900,000.00DB | 22SEP08 | GBP/USD | 7,704,450.00CR TYPE | 1.9755000 | |

- - - CLOSING  ACCOUNT  BALANCES - - - - -

| | |
| --- | --- |
| POUND STG | 3,900,000.00DB* |
| YEN | CR* |
| US DOLLAR | 7,704,450.00CR* |

- - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3/24/08 | S | 9,000,000.00DB | 29DEC08 | EUR/USD | 13,641,480.00CR TYPE | 1.5157200 | 639,862.62CR USD |
| | | | | | Net Present Value | | 639,862.62CR* USD |
| 6/20/08 | S | 4,114,500.00DB | 24JUN09 | EUR/USD | Undiscounted MTM | 1.4439997 | 645,482.70CR* USD |
| | | | | | 6,321,929.25CR TYPE | 1.5365000 | 416,651.54CR USD |
| | | | | | Net Present Value | | 416,651.54CR* USD |
| 2/19/07 | S | 6,000,000.00DB | 22DEC08 | GBP/USD | Undiscounted MTM | 1.4326946 | 427,107.32CR* USD |
| | | | | | 11,831,400.00CR TYPE | 1.9719000 | 866,930.35CR USD |
| | | | | | Net Present Value | | 866,930.35CR* USD |
| 3/24/08 | S | 3,000,000.00DB | 26MAR09 | GBP/USD | Undiscounted MTM | 1.8282393 | 873,964.20CR* USD |
| | | | | | 5,787,600.00CR TYPE | 1.9292000 | 336,014.78CR USD |
| | | | | | Net Present Value | | 336,014.78CR* USD |
| 6/20/08 | S | 6,000,000.00DB | 24JUN09 | GBP/USD | Undiscounted MTM | 1.8152082 | 341,975.40CR* USD |
| | | | | | 11,552,700.00CR TYPE | 1.9254500 | 698,304.99CR USD |
| | | | | | Net Present Value | | 698,304.99CR* USD |
| /10/08 | B | 6,309,332.55CR | 26MAY09 | USD/CAD | Undiscounted MTM | 1.8061452 | 715,828.80CR* USD |
| /31/08 | B | 6,443,798.45CR | 26MAY09 | USD/CAD | 6,480,000.00DB TYPE | 1.0270500 | 143,547.46CR USD |
| t | | 12,753,131.00CR* | | | 6,650,000.00DB TYPE | 1.0320000 | 116,949.42CR USD |
| | | | | | 13,130,000.00DB* | | 260,496.88CR* USD |
| | | | | | Net Present Value | | |
| | | | | | Undiscounted MTM | 1.0515196 | 280,167.21CR* CAD |
| | | | | | Undiscounted MTM In Base | | 266,440.31CR* USD |
| /20/08 | B | 18,399,264.03CR | 29DEC08 | USD/CHF | 19,000,000.00DB TYPE | 1.0326500 | 1,093,695.78CR USD |
| | | | | | Net Present Value | | 1,093,695.78CR* USD |
| | | | | | Undiscounted MTM | 1.0985223 | 1212,001.84CR* CHF |
| | | | | | Undiscounted MTM In Base | | 1103,301.99CR* USD |
| | | | | | Total FX Forward NPV | | 4,311,956.94CR* USD |
| | | | | | Total FX Undiscounted MTM | | 4,374,100.72CR* USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

# EXHIBIT C

| Internal ID | CUSIP | Description | | | | | | | | filing date | transfer date | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KGENY | 49373X103 | KGEN PWR CORP COM 144A | | 15.0000 | 15.0000 | 1.0000 | USD | 1.0000 | | 27,188,680.00 | 40,783,020.00 | 27,188,680.00 | 1,866,236.00 | 27,993,540.00 | 18,662,360.00 | (9,331,180.00) | (22,925,520.00) |
| 5489304 | 92923CAG9 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE 9.125% 5/1/2012 92923CAG9 | 39.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 14,645,000.00 | 5,125,750.00 | 219,675.00 | 14,300,000.00 | 5,008,150.00 | 214,635.00 | (4,793,515.00) | (9,695,590.00) |
| BTDPF | 0081180 | BARRATT DEVELOPMENTS PLC | 2.5983 | 1.8671 | 2.5983 | 0.0100 | 1.0000 | USD | 1.0000 | 2,179,878.00 | 5,663,992.27 | 1,810,960.19 | (3,853,032.08) | 2,569,067.00 | 6,675,224.77 | 2,134,283.69 | (4,540,941.08) |
| ABVT | 00374N107 | ABOVENET INC | 56.5000 | 58.0000 | 58.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 392,902.00 | 22,198,963.00 | 18,073,482.00 | (4,125,471.00) | 372,301.00 | 21,035,006.50 | 17,125,846.00 | (3,909,160.50) | (8,034,631.50) |
| 5337735 | 92923CAP9 | WCI CMNTYS INC SR SUB NT 6.625% 3/15/2015 92923CAP9 | 41.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,105,000.00 | 4,586,750.00 | 196,575.00 | 13,100,000.00 | 5,620,750.00 | 155,175.00 | (3,465,575.00) | (7,855,750.00) |
| ADVNB | 007942204 | ADVANTA CORP-CL B NON-VTG | 8.5800 | 8.2300 | 8.5800 | 1.0000 | 1.0000 | USD | 1.0000 | 951,658.00 | 8,165,225.64 | 3,654,366.72 | (4,510,858.92) | 689,393.00 | 5,914,991.94 | 2,647,269.12 | (3,267,722.82) | (7,778,581.74) |
| 5214313 | 92923CAM6 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE 7.875% 10/1/2013 92923CAM6 | 38.5000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 19,560,000.00 | 6,846,000.00 | 2,934,000.00 | (3,912,000.00) | 15,978,000.00 | 5,592,300.00 | 2,396,700.00 | (3,195,600.00) | (7,107,600.00) |
| RHDGF | 2967879 | RETAIL HOLDINGS N V | 8.0000 | 8.5000 | 8.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 1,341,254.00 | 10,730,032.00 | 6,796,270.00 | (4,023,762.00) | 386,878.00 | 3,095,024.00 | 1,934,390.00 | (1,160,634.00) | (5,184,396.00) |
| HOV | 442487203 | HOVNANIAN ENTERPRISES INC-CL A | 7.5700 | 7.9900 | 7.5700 | 1.0000 | 1.0000 | USD | 1.0000 | 402,500.00 | 3,046,925.00 | 756,700.00 | (2,290,225.00) | 472,500.00 | 3,576,825.00 | 888,300.00 | (2,688,525.00) | (4,978,750.00) |
| 5BDKMR1 | 140661AD1 | CAPMARK FINL GROUP INC SR NT FLT 10 3.74625% 5/10/2010 140661AD1 | 76.6720 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,625,000.00 | 4,956,250.00 | 2,821,250.00 | (2,135,000.00) | 8,255,000.00 | 5,365,750.00 | 3,054,350.00 | (2,311,400.00) | (4,446,400.00) |
| 5332712 | N5639BAC2 | SAIRGROUP FINANCE *IN DEFAULT* 6.625% 10/6/2010 N5639BAC2 | 0.0000 | 26.7085 | 26.7085 | 0.0100 | 1.0000 | USD | 1.0000 | 31,627,000.00 | 8,447,112.38 | 6,479,710.58 | (1,967,401.80) | 35,743,000.00 | 9,546,436.20 | 7,322,992.87 | (2,223,443.33) | (4,190,845.13) |
| 5BDGWP4 | 76114EAE2 | RESIDENTIAL CAP LLC SR SECD NT 8.50% 05/15/2010 76114EAE2 | 69.5000 | 55.0000 | 55.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 26,855,000.00 | 14,781,250.00 | 12,900,000.00 | (1,881,250.00) | 26,475,000.00 | 14,561,250.00 | 12,708,000.00 | (1,853,250.00) | (3,734,500.00) |
| M017061 | 55291M202 | MAC CAPITAL LLC COMBINATION SECS MEMBERSHIP | 0.2100 | 0.3200 | 0.3200 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 9,656,000.00 | 3,089,920.00 | 0.00 | (3,089,920.00) | (3,089,920.00) |
| ZARLF | 989139100 | ZARLINK SEMICONDUCTOR INC | 0.6100 | 45.5000 | 0.6100 | 1.0000 | 1.0000 | USD | 1.0000 | 5,489,218.00 | 3,348,422.98 | 1,209,274.69 | (2,139,148.29) | 2,164,484.00 | 1,320,335.24 | 476,835.81 | (843,499.43) | (2,982,647.72) |
| 5225200 | 92923CAK0 | WCI COMMUNITIES INC CONV 4% 8/5/2023 92923CAK0 | 38.0000 | 35.0000 | 35.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,769,000.00 | 2,369,150.00 | 1,006,888.75 | (1,362,261.25) | 6,410,000.00 | 2,243,500.00 | 953,487.50 | (1,290,012.50) | (2,652,273.75) |
| 5986867 | XS0282003820 | LUXFER HOLDINGS PLC 11.831% 02/06/2012 G5698WAD0 | 0.0000 | 142.1600 | 142.1600 | 0.0100 | 1.0000 | USD | 1.0000 | 2,179,193.00 | 3,097,940.77 | 1,881,776.74 | (1,216,164.03) | 2,308,621.00 | 3,281,935.61 | 1,898,881.35 | (1,383,054.26) | (2,599,218.29) |
| ACTG | 003881307 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 4.1300 | 3.0200 | 4.1300 | 1.0000 | 1.0000 | USD | 1.0000 | 521,695.00 | 2,154,600.35 | 1,064,257.80 | (1,090,342.55) | 612,425.00 | 2,529,515.25 | 1,249,347.00 | (1,279,968.25) | (2,370,310.80) |
| CAL | 210795308 | CONTINENTAL AIRLINES INC-CL B | 18.9500 | 15.8300 | 18.9500 | 1.0000 | 1.0000 | USD | 1.0000 | 201,304.00 | 5,704,783.80 | 4,633,067.16 | (1,071,716.64) | 343,356.00 | 6,506,596.20 | 5,284,248.84 | (1,222,347.36) | (2,294,064.00) |
| 5BBNND6 | 55265AAN1 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 7.0450% 7/26/2023 55265AAN1 | 0.0000 | 40.4600 | 40.4600 | 0.0100 | 1.0000 | USD | 1.0000 | 6,050,000.00 | 2,447,830.00 | 1,257,190.00 | (1,190,640.00) | 4,950,000.00 | 2,002,770.00 | 1,028,610.00 | (974,160.00) | (2,164,800.00) |
| 5196207 | N5639BAA6 | SAIR GROUP FINANCE B V *IN DEFAULT* 4.375% 6/8/2006 N5639BAA6 | 0.0000 | 26.7686 | 26.7686 | 0.0100 | 1.0000 | USD | 1.0000 | 23,417,000.00 | 6,268,397.51 | 5,222,198.79 | (1,046,198.72) | 19,357,000.00 | 5,181,593.31 | 4,100,776.01 | (1,080,817.30) | (2,127,016.02) |
| 5856846 | 904673AG6 | UNIFI INC SR SC NT 11.5% R/MD 05/15/2014 904677AG6 | 90.5000 | 82.5000 | 82.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 12,528,000.00 | 10,335,600.00 | 9,020,160.00 | (1,315,440.00) | 7,472,000.00 | 6,164,400.00 | 5,379,840.00 | (784,560.00) | (2,100,000.00) |
| 5BBKLB4 | XS0302940688 | MAC CAPITAL LTD R/MD  .000000001 07/24/2023 G5753NAB6 | 0.0000 | 0.3900 | 0.3900 | 0.0100 | 1.0000 | USD | 1.0000 | 6,500,000.00 | 2,535,000.00 | 756,000.00 | (1,778,400.00) | 0.00 | 0.00 | 0.00 | 0.00 | (1,778,400.00) |
| LCC | 90341W108 | US AIRWAYS GROUP INC | 7.8800 | 6.0300 | 7.8800 | 1.0000 | 1.0000 | USD | 1.0000 | 689,448.00 | 5,432,850.24 | 4,626,196.08 | (806,654.16) | 809,010.00 | 6,374,998.80 | 5,428,457.10 | (946,541.70) | (1,753,195.86) |
| 5BDHSQ5 | 85431AJM0 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS144A 3C7 0% 01/25/2008 85431AJM0 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,600,000.00 | 1,932,000.00 | 575,000.00 | (1,357,000.00) | 5,400,000.00 | 2,268,000.00 | 1,890,000.00 | (378,000.00) | (1,735,000.00) |
| ADVNA | 007942105 | ADVANTA CORP-CL A (FORMERLY COMPUTER) | 7.2200 | 4.9300 | 7.2200 | 1.0000 | 1.0000 | USD | 1.0000 | 158,854.00 | 1,146,925.88 | 339,947.56 | (806,978.32) | 166,257.00 | 1,200,375.54 | 355,789.98 | (844,585.56) | (1,651,563.88) |
| 5128805 | 13134YAA5 | CALPINE CONSTRUCTION FINANCE CO L P /CCFC FINANCE CORP 144A 11.625% 08/26/2011 13134YAA5 | 107.5000 | 101.5000 | 101.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 12,650,000.00 | 12,839,750.00 | 11,448,250.00 | (1,391,500.00) | 2,350,000.00 | 2,385,250.00 | 2,126,750.00 | (258,500.00) | (1,650,000.00) |
| ADPAJ | 00685R102 | ADELPHIA RECOVERY TRUST SERIES ARAHOVA INT | 0.4000 | 0.7500 | 0.4000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,301,739.00 | 2,120,695.60 | 636,208.68 | (1,484,486.92) | (1,484,486.92) |
| 5341743 | 112013AB3 | BRODER BROS CO SER NOTE 11.25% 10/15/2010 112013AB3 | 67.5000 | 58.5000 | 58.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,975,000.00 | 2,910,375.00 | 1,990,000.00 | (920,375.00) | 2,525,000.00 | 1,477,125.00 | 1,010,000.00 | (467,125.00) | (1,387,500.00) |
| 5262134 | 98141AAD3 | WORLD ACCESS INC SENIOR NOTES- DEFAULT 13.25% 01/15/2008 98141AAD3 | 0.0000 | 3.2389 | 3.2389 | 0.0100 | 1.0000 | USD | 1.0000 | 67,826,000.00 | 2,196,799.10 | 2,034,780.00 | (162,019.10) | 58,995,000.00 | 1,910,774.09 | 727,667.55 | (1,183,106.54) | (1,345,125.64) |
| POR | 736508847 | PORTLAND GENERAL ELECTRIC CO NEW | 25.4700 | 23.6600 | 25.4700 | 1.0000 | 1.0000 | USD | 1.0000 | 1,147.00 | 29,224.00 | 22,641.78 | (6,572.31) | 233,431.00 | 5,945,487.57 | 4,607,927.94 | (1,337,559.63) | (1,344,131.94) |
| 5355724 | XS0115991302 | MULIALEBAMIK FINANCE LTD SENIOR A VAR RATE 7.18750% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,045,389.00 | 1,329,985.58 | 453,404.18 | (876,581.40) | 3,114,231.00 | 685,130.82 | 233,571.83 | (451,572.19) | (1,328,153.59) |
| 5325546 | 74972EAN8 | RSL COMMUNICATIONS PLC GRD USS SR NT- *IN DEFAULT* 12.8750% 03/01/2010 74972EAN8 | 0.0000 | 4.2500 | 4.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 18,635,000.00 | 791,987.50 | 234,987.35 | (557,000.15) | 24,550,000.00 | 1,043,375.00 | 309,575.50 | (733,799.50) | (1,290,799.65) |
| 5975781 | 852591AA4 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A 9.75% 02/01/2015 852591AA4 | 73.0000 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,475,000.00 | 1,608,750.00 | 940,500.00 | (668,250.00) | 2,025,000.00 | 1,316,250.00 | 769,500.00 | (546,750.00) | (1,215,000.00) |
| 5713396 | 666107AA5 | NORTHERNSTAR NAT GAS INC SR NTS 144A 5% 05/15/2013 666107AA5 | 92.0000 | 30.0000 | 30.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,694,343.00 | 3,508,302.90 | 2,962,585.75 | (584,717.15) | 11,694,343.00 | 3,508,302.90 | 2,923,585.75 | (584,717.15) | (1,169,434.30) |
| FRCPF | 359043106 | FRONTERA COPPER CORPORATION | 1.7774 | 1.1475 | 1.7774 | 1.0000 | 1.0000 | USD | 1.0000 | 880,395.00 | 1,564,833.33 | 532,110.70 | (1,032,705.99) | 93,305.00 | 165,840.49 | 56,393.54 | (109,446.95) | (1,142,152.94) |
| 5145204 | 74972EAC2 | RSL COMMUNICATION PLC SR NTS- *IN DEFAULT* 9.1250% 03/01/2008 74972EAC2 | 0.0000 | 3.5000 | 3.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 24,385,000.00 | 853,475.00 | 304,812.50 | (548,662.50) | 26,290,000.00 | 920,150.00 | 328,625.00 | (591,525.00) | (1,140,187.50) |
| THBDL | 88605P108 | THUNDERBIRD RESORTS INC COM 144A | 0.0000 | 5.0000 | 6.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 244,444.00 | 1,466,664.00 | 855,554.00 | (611,110.00) | 200,000.00 | 1,200,000.00 | 700,000.00 | (500,000.00) | (1,111,110.00) |
| RIG | H8817H100 | TRANSOCEAN INC NEW | 122.6900 | 109.8400 | 122.6900 | 1.0000 | 1.0000 | USD | 1.0000 | 9,200.00 | 1,128,748.00 | 633,696.00 | (495,052.00) | 10,800.00 | 1,325,052.00 | 743,904.00 | (581,148.00) | (1,076,200.00) |
| 5142263 | XS0087917596 | RSL COMMUNICATIONS GLOBAL USD- *IN DEFAULT* 10% 03/15/2008 G7703AAD7 | 0.0000 | 1.6000 | 1.6000 | 0.0100 | 1.0000 | USD | 1.0000 | 56,450,000.00 | 903,200.00 | 321,765.00 | (581,435.00) | 47,149,000.00 | 754,384.00 | 268,749.30 | (485,634.70) | (1,067,069.70) |
| 5BDNVY1 | 98951UAJ5 | ZIFF DAVIS MEDIA INC SECD NT FLTG RATE NEW 0% 05/01/2012 98951UAJ5 | 0.0000 | 83.0000 | 83.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,294,000.00 | 1,904,020.00 | 1,376,400.00 | (527,620.00) | 2,150,000.00 | 1,784,500.00 | 1,290,000.00 | (494,500.00) | (1,022,120.00) |
| 5I19025 | 126685DX1 | CWHEQ HOME EQUITY LOAN TRUST MTGFC/SERIES 2006-S2 A-3-VAR 5.841% 07/25/2027 126685DX1 | 41.1849 | 41.0000 | 41.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 9,200,000.00 | 3,772,000.00 | 3,312,000.00 | (460,000.00) | 10,800,000.00 | 4,428,000.00 | 3,888,000.00 | (540,000.00) | (1,000,000.00) |
| ABVTZ | 00374N123 | WTS ABOVENET | 31.0000 | 31.0000 | 31.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | (800,000.00) |
| 5943647 | 12668KAC9 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.555% 04/25/2036 12668KAC9 | 52.7379 | 52.5346 | 52.5346 | 0.0100 | 1.0000 | USD | 1.0000 | 6,647,920.00 | 3,492,456.83 | 3,124,522.40 | (367,934.43) | 7,804,080.00 | 4,099,840.62 | 3,667,917.60 | (431,923.02) | (799,857.45) |
| 5I43662 | 12668AAC3 | COUNTRYWIDE ASSET BK CERT SERIES 2006-15 CLASS A3 5.658% 03/25/2034 126684AC3 | 86.5816 | 54.0000 | 54.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,150,000.00 | 2,197,500.00 | 1,831,500.00 | (366,000.00) | 4,740,000.00 | 2,581,200.00 | 2,151,000.00 | (430,200.00) | (796,200.00) |
| 5BCSLJ0 | G8439CAN0 | VICTORIA STANFIELD EURO MEDIUM TERM NOTE 4.835% 03/28/2008 G8439CAN0 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,150,000.00 | 483,000.00 | 74,750.00 | (408,250.00) | 850,000.00 | 357,000.00 | 102,000.00 | (255,000.00) | (663,250.00) |
| 5F23941 | 361856CV7 | GMACM HOME EQUITY LOAN TRUST MTGFC/SERIES 2004-HE1 A-3-VAR 2.6818% 06/25/2034 361856CV7 | 52.9260 | 51.0000 | 51.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,025,000.00 | 2,052,750.00 | 1,752,137.38 | (300,612.62) | 4,725,000.00 | 2,409,750.00 | 2,056,856.92 | (352,893.08) | (653,505.70) |
| 5326574 | XS0110843629 | RSL COMM PLC 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 280,000.00 | 101,500.00 | (178,500.00) | 18,047,000.00 | 721,880.00 | 261,681.50 | (460,198.50) | (638,698.50) |
| 5BFBFV0 | 92626G0AL3 | VICTORIA FIN LTD 144A VR 090908-121208 0% 12/12/2008 9262G0AL3 | 65.0000 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,079,000.00 | 1,732,500.00 | (346,500.00) | 4,500,000.00 | 1,890,000.00 | 1,575,000.00 | (315,000.00) | (661,500.00) |
| CFS | 20038K109 | COMFORCE CORP | 1.9000 | 1.8500 | 1.9000 | 1.0000 | 1.0000 | USD | 1.0000 | 283,300.00 | 538,270.00 | 564,894.00 | 228,153.00 | 268,300.00 | 509,770.00 | 564,894.00 | 262,903.00 | (572,850.00) |
| NENA | 64007P103 | NEENAH ENTERPRISES INC | 1.8000 | 2.0000 | 1.8000 | 1.0000 | 1.0000 | USD | 1.0000 | 346,623.00 | 623,921.40 | 346,623.00 | (277,298.40) | 314,578.00 | 566,240.40 | 314,578.00 | (251,662.40) | (528,960.80) |
| 5801730 | 12668VAF6 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 5.693% 11/25/2035 12668VAF6 | 48.2910 | 48.0000 | 48.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 1,104,000.00 | 874,000.00 | (270,000.00) | 2,700,000.00 | 1,296,000.00 | 1,026,000.00 | (270,000.00) | (540,000.00) |
| 5BDRLG4 | 66899ABF8 | NORTHWESTERN CORPORATION SENIOR DEBENTURE 6.95% 11/15/2028 66899ABF8 | 7.7188 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 16,863,000.00 | 1,180,410.00 | 893,739.00 | (286,671.00) | 11,654,000.00 | 815,780.00 | 617,662.00 | (198,118.00) | (484,789.00) |
| 5341424 | U12605AA9 | CIT GROUP FNC EURO MEDIUM TERM NOTE 5.305% 09/25/2008 U12605AA9 | 132.8849 | 115.2815 | 115.2815 | 0.0100 | 1.0000 | USD | 1.0000 | 1,250,000.00 | 1,324,587.00 | 1,068,000.00 | (256,587.90) | 1,550,000.00 | 1,554,949.99 | 1,256,400.00 | (298,549.99) | (555,137.89) |
| SGLP | 81662W108 | SEMGROUP ENERGY PARTNERS L P COM UNIT REPSTG LTD PARTNERSHIP | 8.7600 | 6.9800 | 8.7600 | 1.0000 | 1.0000 | USD | 1.0000 | 77,800.00 | 681,528.00 | 255,432.00 | (203,532.00) | 89,200.00 | 781,392.00 | 293,332.00 | (252,582.00) | (452,796.00) |
| 5961848 | 12668YAB9 | COUNTRYWIDE ASSET-BACKED CERTI SERIES 2006-S10 CLASS A3.42688% 10/25/2036 12668YAB9 | 90.3607 | 60.0000 | 60.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 1,380,000.00 | 1,196,000.00 | (184,000.00) | 2,700,000.00 | 1,620,000.00 | 1,404,000.00 | (216,000.00) | (400,000.00) |
| 5I06641 | 76110VTD0 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 5.19% 02/25/2036 76110VTD0 | 69.0300 | 42.0000 | 42.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,990,000.00 | 1,255,800.00 | 1,076,400.00 | (179,400.00) | 3,510,000.00 | 1,474,200.00 | 1,263,600.00 | (210,600.00) | (390,000.00) |
| SPF12 | 853763AA8 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTE 6% 10/01/2012 853763AA8 | 76.2500 | 68.0000 | 68.2010 | 0.0100 | 1.0000 | USD | 1.0000 | 3,272,000.00 | 690,194.12 | 516,120.00 | (174,074.12) | 1,188,000.00 | 810,733.90 | 666,900.00 | (204,367.88) | (378,422.00) |
| 5551644 | 84113BAD8 | SOUTHEAST BKG CORP SUB NTS REG IN DEFAULT 10.5% 04/15/2001 84113BAD8 | 0.0000 | 27.0000 | 27.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,770,000.00 | 262,680.00 | 10,945.70 | (251,734.30) | 4,132,000.00 | 123,960.00 | 5,162.38 | (118,797.62) | (370,531.92) |
| ICOG | 44930K108 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 2.3200 | 2.0900 | 2.3200 | 1.0000 | 1.0000 | USD | 1.0000 | 174,960.00 | 405,907.20 | 243,750.00 | (162,712.80) | 62,640.00 | 145,324.80 | 87,296.00 | (103,310.00) | (300,022.80) |
| 5BDQSC5 | 66899ABG6 | NORTHWESTERN CORP -CONTRA CUSIP- 7.875% 03/15/2007 66899ABG6 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,100,000.00 | 791,775.00 | 630,000.00 | (201,411.00) | 8,980,000.00 | 627,498.00 | 475,578.00 | (151,920.00) | (353,331.75) |
| G005020 | 361990484 | GM WATER SUPPLY H. INS. | 17.2980 | 17.2980 | 17.2980 | 0.0100 | 1.0000 | USD | 1.0000 | 7,300,000.00 | 433,721.88 | 299,871.23 | (209,850.65) | 10,468.00 | 181,075.46 | 6,133.31 | (124,942.15) | (333,792.80) |
| 5341886 | XS0119594405 | MILLARRAMIK FINANCE LTD SENIOR B VAR RT 0% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,320,000.00 | 290,400.00 | 99,000.00 | (191,400.00) | 650,000.00 | 143,000.00 | 48,750.00 | (94,250.00) | (285,650.00) |
| CPXOF | ARP2006N1025 | CAPEX SA-ORD AP 1 PAR (BB SYMBOL: CAPX AR) | 1.9645 | 1.4839 | 1.9645 | 1.0000 | 1.0000 | USD | 1.0000 | 431,100.00 | 846,845.35 | 219,634.85 | (153,072.85) | 107,367.00 | 210,952.49 | 107,367.00 | (136,203.01) | (289,275.86) |
| 5540538 | 031042AC8 | AMES TRUE TEMPER INC SENIOR NOTE 144A 6.7906% 1/15/2012 031042AC8 | 80.5000 | 75.0000 | 75.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,200,000.00 | 1,650,000.00 | 1,300,000.00 | (132,500.00) | 1,300,000.00 | 975,000.00 | 832,000.00 | (143,000.00) | (275,000.00) |
| 5231763 | 87941TAE5 | TELEGLOBE INC DEB - *IN DEFAULT* 7.7% 07/20/2029 87941TAE5 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 53,161,000.00 | 664,512.50 | 531,610.00 | (132,902.50) | 57,950,000.00 | 723,512.50 | 578,982.00 | (142,500.00) | (276,050.00) |
| 5BDNV26 | 92923CAR5 | WCI COMMUNITIES INC DEBT BACKED 0% 09/22/2025 92923CAR5 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 9,085,000.00 | 363,400.00 | 240,852.44 | (122,547.56) | 0.00 | 0.00 | 0.00 | 0.00 | (122,547.56) |
| 5324524 | 29357YAA1 | ENRON CORP PRIVATE PLACEMENT (CLN) 144A 08/15/2049 29357YAA1 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 9,213,000.00 | 184,260.00 | 82,917.00 | (101,343.00) | 9,213,000.00 | 184,260.00 | 5,230.75 | (78,028.25) | (251,000.00) |
| 5905694 | 126683AB7 | CWHEQ HOME EQUITY LN TR SERIES 2006-S5 CLASS A2 5.681% 06/25/2035 126683AB7 | 59.0244 | 59.0000 | 59.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,592,500.00 | 2,120,475.00 | 1,975,875.00 | (144,600.00) | 2,007,500.00 | 1,184,425.00 | 1,103,750.00 | (80,675.00) | (225,275.00) |
| PGTI | 69336V101 | PGT INC | 4.0400 | 3.0400 | 4.0400 | 1.0000 | 1.0000 | USD | 1.0000 | 134,250.00 | 542,406.00 | 304,110.00 | (236,295.84) | 0.00 | 0.00 | 0.00 | 0.00 | (236,295.84) |
| 5BDXBS2 | 66899ABH4 | NORTHWESTERN CORP -CONTRA CUSIP- 8.75% 03/15/2049 66899ABH4 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,528,000.00 | 536,921.00 | 406,512.00 | (144,004.40) | 5,937,000.00 | 423,011.25 | 320,598.00 | (102,413.25) | (232,271.25) |
| 5144489 | H7110NAD5 | S-AIR GROUP SWISAIR 0.125% 12/31/2049 H7110NAD5 | 11.9221 | 13.7200 | 13.7200 | 0.0100 | 1.0000 | USD | 1.0000 | 16,275,000.00 | 2,232,930.00 | 2,137,415.14 | (95,514.86) | 9,780,000.00 | 2,713,816.00 | 1,597,731.12 | (116,084.88) | (211,599.74) |

| Ticker | CUSIP | Name |
|---|---|---|
| THRSF | G88576106 | THUNDERBIRD RESORTS INC NEW |
| N009546 | 64007P111 | WTS NEENAH RESOURCES INC TE |
| CORE | 218681104 | CORE MARK HOLDING CO INC |
| 3450402 | 238259Z65 | DAUPHIN CNTY PA GEN AUTH REV OFFICE & PKG-FORUM PL-SER A 6% 01/15/2025 238259Z65 |
| DAL | 247361702 | DELTA AIR LINES INC DEL COM NEW |
| 5253291 | 558430AA4 | FRIEDE GOLDMAN INTL INC SUB NT CV-IN DEFAULT 4.50% 09/15/2049 358430AA4 |
| 5449492 | CH0010348594 | SAIR GROUP - IN DEFAULT 4.25% 02/02/2007 010645182 |
| 5229955 |  | PEREGRINE INVEST HOLDINGS LTD |
| 5BBPVH5 | XS0301812557 | GMAC BANK GMBH EURO MEDIUM TERM NOTE 5.75% 05/21/2010 N3592XB66 |
| 5I19024 | 12668SDW3 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR 5.627% 07/25/2027 126685DW3 |
| 5BFBRQ5 | 92626C0AF6 | VICTORIA FIN LTD 144A VR 090908-021709 0% 2/17/2009 92626C0AF6 |
| 5497868 | 339130AX4 | FLEMING COMPANIES INC SENIOR NOTES 9.25% 06/15/2010 339130AX4 |
| 5BBKVC2 | 640071AR7 | NEENAH CORP SR SECD NT 9.50% 01/01/2017 640071AR7 |
| 5204979 | 247361VM7 | DELTA AIR PTC 1990-E15 10.33% 03/26/2006 247361VM7 |
| 5231755 | 87941TAD7 | TELEGLOBE INC GTD DEB 7.2% 07/20/2009 87941TAD7 |
| 5084588 | 247361VU9 | DELTA AIR PTC 1990-B16 10.79% 03/26/2014 247361VU9 |
| T104832 | 87941T972 | TELEGLOBE CANADA INC TEMP 8% 10/23/2026 |
| 5406872 | 59832WAE9 | MIDWEST GENERATION LLC PASSTHRU CTF SER A 8.30% 07/02/2009 59832WAE9 |
| 5197153 | 247361VK1 | DELTA AIR PTC 1990-C15 10.33% 03/26/2006 247361VK1 |
| EXEXA | 269282109 | EXX INC CL A |
| 5253212 | 987406AA3 | YOSEMITE SECURITIES TRUST I 99-A LNKD ENRN OBLG LDS-DFLT 8.25% 11/15/2049 987406AA3 |
| 5451783 | 247361VW5 | DELTA AIR PTC 1990-D16 10.79% 03/26/2014 247361VW5 |
| 5778017 | 125568AE5 | CIT GROUP FDG CO CDA SR NT 5.6% 11/02/2011 125568AE5 |
| 5E11267 | 70557RAA8 | PEGASUS AVIATION LEASE SECURITIZATION BASTBK/SERIES 5.81% 05/10/2031 70557RAA8 |
| 5174451 | 629377AN2 | NRG ENERGY INC SENIOR DEB 6.50% 05/16/2006 629377AN2 |
| 5648314 | 247361VX3 | DELTA AIR PTC 1990-E16 10.79% 03/26/2014 247361VX3 |
| 5BBFSB4 | 85431AFH5 | VICTORIA STANFIELD FIN LTD MTN VR 032406-032509 3.13% 3/24/2009 85431AFH5 |
| 5BBKJQ7 | 228499AA4 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- 11% 09/01/2005 228499AA4 |
| 5346617 | XS0120313605 | TXU EUROPE FUNDING LTD EURO ISSUE- IN DEFAULT 7% 11/30/2007 |
| 5596000 | 841338AA4 | SOUTHEAST BANKING CORP CV 5/D -REG- FLAT 4.75% 10/15/1997 841338AA4 |
| 5263095 | XS0108136465 | RSL COMMUNICATION LTD -DEFAULTED 12.875% 03/01/2010 |
| 5334867 | XS0107420217 | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE 0% 02/10/2049 Q7366SAA1 |
| 5454713 | CH0004931496 | SAIRGROUP - IN DEFAULT 2.75% 07/30/2004 |
| 5649514 | 247361VL9 | DELTA AIR PTC 1990-D15 10.33% 03/26/2004 247361VL9 |
| 5856171 | XS0282593440 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/16/2012 G3336SSQ4 |
| 5296457 | CH0007268961 | S-AIR GROUP IN DEFAULT 2.125% 11/04/2004 |
| 5370856 | 339130AP1 | FLEMING COS INC NTS 10.125% 04/01/2008 339130AP1 |
| 5123317 |  | SOUTHEAST BANKING CORP EURO 0-CPN STAMPED CERT 0% 12/18/1996 |
| 5596002 | 841338AG1 | SOUTHEAST BANKING CORP SUB CAP CV NOTES-REG-FLAT- *IN DEFAULT 6.5% 03/15/1999 841338AG1 |
| 5404497 | XS0097617996 | HIH WINTERTHUR UNDER&AGY SVC LTD EURO MEDIUM TERM NOTE 5.987% 12/31/2049 Q36895AB8 |
| 5274711 | XS0108136034 | RSL COMMUNICATIONS PLC 12.875% 03/01/2010 |
| 5275999 | XS0108297044 | TXU EASTERN FUNDING 7.25% 03/08/2030 |
| 5343324 | 302088AN9 | EXODUS COMMUNICATIONS SENIOR NOTES- *IN DEFAULT* 11.375% 07/15/2008 302088AN9 |
| 5BBDQY5 | XS0299967413 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/15/2013 G3336SSS0 |
| 5065089 | 493137AD5 | KEY PLASTICS INC SR SUB NOTE SER B 10.25% 03/15/2007 493137AD5 |
| CDCO | 200334100 | COMDISCO HOLDING COMPANY INC |
| 5BDQNT2 | 612MM9C4 | NORTHWESTERN CORP - MONTANA POWER CO - CONTRA CUSIP - 0% 12/23/2026 612MM9C4 |
| 9N44093 |  | MELEGRO INC UNSECURED DEBENTURE IN DEFAULT 8.35% 06/20/2003 |
| 5BDQMJ0 | 612MM8A9 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.96% 12/21/2026 612MM8A9 |
| 5BDQPD8 | 612MM8B6 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.07% 12/20/2006 612MM8B6 |
| TDFXQ | 88553X103 | 3DFX INTERACTIVE INC |
| 5132068 | 462691AA4 | IRIDIUM OPERATING LLC 11.25% 07/15/2005 |
| 5342696 | XS0108551366 | EXODUS COMMUNICATIONS SENIOR NOTES 10.75% 12/15/2009 |
| KANF | 482828308 | KAANAPALI LAND LLC |
| 5272401 | 5071476 | INDORAYON INTL FINANCE USD-DEFAULTED 10% 03/29/2001 Y3982EAA6 |
| 5308012 | 302088AK5 | EXODUS COMMUNICATIONS INC SR NT 144A -IN DEFAULT 11.6250% 07/15/2010 302088AK5 |
| 9057437 | 683990873 | OPEN CONNECT SYSTEMS INC RESTRICTED |
| 5070317 | 739731AB3 | PRATAMA DATAKOM ASIA ACCREDITED INVS 12.75% 07/15/2005 739731AB3 |
| 5957202 |  | SECURITIZED MULTIPLE ASSET A2 97-5 0% 06/29/2005 |
| DYHCS | 703044107 | PATENT LITIGATION TR BENEFICIAL TRUST INTERESTS |
| KGPMR | 483058111 | RTS KAISER GOVT PROGRAMS INC PUT RT PUR PFD KAISER GROUP |
| 5579099 | 009451AH8 | AIRPLANES TRUST THRU TRUST STF CL D 10.875% 03/15/2019 009451AH8 |
| A015124 | 02932099I | AMERICAN RICE INC ESCROW CUSIP |
| 5552686 | 029318AA0 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT 13% 07/31/2002 029318AA0 |
| 5956314 | TT3070725 | BANQUE PALLAS IN DEFAULT 10.125% 02/08/2026 TT3070725 |
| 5230760 | 119003AF8 | BUDGET GROUP INC SR NTS *IN DEFAULT* 9.125% 04/01/2006 119003AF8 |
| 5068837 | 13077Y9A6 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR 5.62500 10/01/2034 13077Y9A6 |
| 5530871 | 13135BAF3 | CALPINE GENERATING CO LLC SR SECD NT *IN DEFAULT* 7.755% 04/01/2010 13135BAF3 |
| 5247881 | 144500AC9 | CARRIER INTL S A SR NOTE SER B 13.25% 02/15/2009 144500AC9 |
| CTLEE | 149479107 | CATTLESALE COMPANY |
| 5109824 | 15115MAL5 | CEMEX DATA SYS INC/SR DISC 14% 01/01/2007 15115MAL5 |
| 5150557 | 15133CAC5 | CENTAUR MINING & EXPL LTD SENIOR SECD NOTE 11% 12/01/2007 15133CAC5 |
| 5046016 | 155560AA3 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE 10.625% 04/01/2007 155560AA3 |

| ID | CUSIP | Description | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|---|---|
| 5147251 | 12542AAB3 | CHS ELECTRONICS INC SENIOR NOTES 9.875% 04/15/2005 12542AAB3 | 27,500.00 | 137,500.00 | 137,500.00 | 0.00 | 0.00 |
| 5BBDTK4 | 12560PEA5 | CIT GROUP INC MEDIUM TERM SR NTS 2.9050% 10/27/2008 12560PEA5 | 4,500,000.00 | 4,419,180.00 | 4,419,180.00 | 0.00 | 0.00 |
| 5307531 | 196267AD0 | COLOR TILE INC SR NT IN DEFAULT 10.75% 12/15/2001 196267AD0 | 3,282,000.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 |
| 5220319 | 21061PAD8 | CONSUMER PACKAGING INC SR NOTE 9.75% 02/01/2007 21061PAD8 | 8,800,000.00 | 0.00 | 23,854,000.00 | 0.00 | 0.00 |
| 5272505 | 2107959D4 | CONTINENTAL AIRLINES INC SER NOTES GTD-REG-ESCROW-DEFAULT 11.5% 03/15/1997 2107959D4 | 26,400,000.00 | 0.00 | 13,600,000.00 | 0.00 | 0.00 |
| 5430398 | 2338609B3 | DAIRY MART CONVENIENCE STORES INC - ESCROW - 10.25% 03/15/2004 2338609B3 | 742,000.00 | 74.20 | 584,000.00 | 58.40 | 58.40 |
| D084752 | 243457108 | DECISIONONE CORP NEW | 36.00 | | 58.00 | 58.40 | 58.40 |
| 5115626 | 247701AB1 | DELTA MILLS INC SR NOTE SER B 9.62500 09/01/2008 247701AB1 | 3,092,000.00 | 265,912.00 | 265,912.00 | 0.00 | 0.00 |
| 5123009 | 262497AG5 | DRYPERS CORP SR NTS SER-B 10.25% 06/15/2007 262497AG5 | 5,004,000.00 | 0.00 | 15,953,000.00 | 0.00 | 0.00 |
| 5310628 | 2695249C0 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- 10.75% 07/15/2008 2695249C0 | 15,218,000.00 | 1,521.80 | 11,000,000.00 | 1,100.00 | 1,100.00 |
| 5030910 | 200336889 | ESC COMDISCO INC NOTE - ESCROW - 6.125% 01/15/2003 200336889 | 1,450,000.00 | 0.00 | 1,050,000.00 | 0.00 | 0.00 |
| 5037926 | 4983269C3 | ESC KITTY HAWK INC SR SECD NTS 9.95% 11/15/2004 4983269C3 | 11,500,000.00 | 57,650.00 | 22,523,800.00 | 112,619.00 | 112,619.00 |
| 5578456 | 2107959L6 | ESCROW CONTINENTAL AIRLINES INC "IN DEFAULT" 10% 11/15/2001 2107959L6 | 8,600,000.00 | 0.00 | 5,718,000.00 | 0.00 | 0.00 |
| 5359457 | 40065L9B9 | ESCROW GUANGDONG INTL TR & INVT 144A 8.75% 11/23/2003 40065L9B9 | 3,300,000.00 | 153,450.00 | 1,700,000.00 | 79,050.00 | 79,050.00 |
| 5358558 | 40065L9A1 | ESCROW GUANGDONG INTL TR & INVT 144A-IN DEFAULT 6.75% 11/15/2020 40065L9A1 | 2,925,000.00 | 136,012.50 | 1,575,000.00 | 73,237.50 | 73,237.50 |
| 5294718 | 297862AB0 | ETOYS IND CONV SUB NOTE-IN DEFAULT 6.25% 12/01/2004 297862AB0 | 5,985,000.00 | 86,782.50 | 4,000,000.00 | 58,000.00 | 58,000.00 |
| 5261713 | 302088AH2 | EXODUS COMMUNICATIONS INC SR NT - IN DEFAULT 10.75% 12/15/2009 302088AH2 | 34,039,000.00 | 0.00 | 53,180,000.00 | 0.00 | 0.00 |
| 5158280 | 302088AB5 | EXODUS COMMUNICATIONS INC SR NTS - IN DEFAULT 11.25% 07/01/2008 302088AB5 | 50,420,000.00 | 0.00 | 25,850,000.00 | 0.00 | 0.00 |
| 5355200 | 302088AL3 | EXODUS COMMUNICATIONS INC SR NTS IN DEFAULT 11.625% 07/15/2010 302088AL3 | 164,013,000.00 | 0.00 | 191,285,000.00 | 0.00 | 0.00 |
| F006921 | 301990719 | FCLT LOANS ASSET (FIRST CITY LIQ TRUST) | 0.00 | 0.00 | 109,941.00 | 0.00 | 0.00 |
| FCFCL | 33762E108 | FIRSTCITY LIQUIDATING TRUST CL B CBI | 0.00 | 0.00 | 109,941.00 | 0.00 | 0.00 |
| 3BBWTX8 | 36099ACJ0 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC 5.30% 05/01/2013 36099ACJ0 | 120,000.00 | 0.00 | 120,000.00 | 0.00 | 0.00 |
| 5233639 | 37937WAD1 | GLOBAL RATED ELIGIBLE ASSET TR 1998-A ASSET BACKED 0% 01/15/2003 37937WAD1 | 79,740,000.00 | 797.40 | 79,740,000.00 | 797.40 | 797.40 |
| 5C64242 | 37937WAA7 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 7.33% 03/15/2006 37937WAA7 | 31,643,000.00 | 316.43 | 31,643,000.00 | 316.43 | 316.43 |
| 5C64936 | 37937WAB5 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A CL-A-DEFAULT 7.06% 09/15/2007 37937WAB5 | 12,362,000.00 | 123.62 | 12,362,000.00 | 123.62 | 123.62 |
| 5I39489 | 38012TAB8 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 CLASS A2 5.75% 10/25/2036 38012TAB8 | 6,836,750.00 | 3,965,315.00 | 8,025,750.00 | 4,654,935.00 | 4,654,935.00 |
| 5BBQVB1 | 36186LAC7 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 6.193% 12/25/2037 36186LAC7 | 15,410,000.00 | 7,396,800.00 | 18,090,000.00 | 8,683,200.00 | 8,683,200.00 |
| 5BBQTZ9 | 36186LAD5 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 6.424% 12/25/2037 36186LAD5 | 18,170,000.00 | 7,994,800.00 | 21,330,000.00 | 9,385,200.00 | 9,385,200.00 |
| 5I41557 | 38012TAD4 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4-VAR 6.088% 10/25/2036 38012TAD4 | 1,725,000.00 | 759,000.00 | 2,025,000.00 | 891,000.00 | 891,000.00 |
| 5BBKVN8 | 36186KAD7 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR 5.952% 08/25/2037 36186KAD7 | 3,450,000.00 | 1,518,000.00 | 4,050,000.00 | 1,782,000.00 | 1,782,000.00 |
| 5282351 | 361881AA3 | GMD BONDHOLDER TRUST OFFSHORE TR CTF 144A 0% 12/31/2026 361881AA3 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5281808 | G3944MAA5 | GMD BONDHOLDER TRUST OFFSHORE TR CTF REG S 0% 12/31/2026 G3944MAA5 | 4,218.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5957171 | | GREAT 98-A SERIES A-2 FRN | 4,733,000.00 | 47.33 | 10.50 | 47.33 | 47.33 |
| 5246447 | 36228YAC9 | GST NETWORK FUNDING INC SR SECD DISC NTE DEFAULT 10.50% 05/01/2008 36228YAC9 | 4,000,000.00 | 0.40 | 0.00 | 0.40 | 0.00 |
| 5329921 | 362359AC5 | GT GROUP TELECOM INC SENIOR DISC EXCH NTS-DEFAULTED 13.25% 02/01/2010 362359AC5 | 17,000,000.00 | 0.00 | 14,000,000.00 | 0.00 | 0.00 |
| 5252671 | 422660AD2 | HECHINGER CO *IN DEFAULT* 6.95% 10/15/2003 422660AD2 | 0.00 | 0.00 | 5,892,000.00 | 88,380.00 | 88,380.00 |
| 5205553 | 422660AC4 | HECHINGER CO SR DEBS 9.45% 11/15/2012 422660AC4 | 0.00 | 0.00 | 20,158,000.00 | 302,370.00 | 302,370.00 |
| 5223763 | 457659AM2 | INSILCO CORP SR SUB NOTE SER-B *IN DEFAULT* 12% 08/15/2007 457659AM2 | 23,300,000.00 | 14,562.50 | 20,185,000.00 | 12,615.63 | 12,615.63 |
| 5143514 | 457661AA4 | INSILCO HOLDINGG CO SR DISC NT 14% 08/15/2008 457661AA4 | 8,250,000.00 | 5,156.25 | 6,750,000.00 | 4,218.75 | 4,218.75 |
| 5051503 | 462213AK5 | IONICA PLC -SNR DISC NTS 15% 12/31/2049 462213AK5 | 3,000,000.00 | 30.00 | 1,500,000.00 | 15.00 | 15.00 |
| 5033225 | 462213AJ8 | IONICA PLC SR NOTE 13.50% 08/15/2006 462213AJ8 | 3,000,000.00 | 30.00 | 1,500,000.00 | 15.00 | 15.00 |
| 5249169 | 465266AC8 | IT GROUP INC SENIOR SUB NOTE SER B 11.25% 04/01/2009 465266AC8 | 49,600,000.00 | 4,960.00 | 36,949,500.00 | 3,694.95 | 3,694.95 |
| 5574462 | 477122AV7 | JET EQUIPMENT TR MEZZANINE NOTE CL B 95-B 7.83% 08/15/2012 477122AV7 | 3,640,000.00 | 364.00 | 2,860,000.00 | 286.00 | 286.00 |
| 5142368 | 488035AE6 | KELLSTROM INDS INC CONV SUB NOTES-*DEFAULTED* 5.50% 06/15/2003 488035AE6 | 24,440,000.00 | 305,500.00 | 23,010,000.00 | 287,625.00 | 287,625.00 |
| 5125334 | 488035AC0 | KELLSTROM INDS INC SUB NTS CONV 5.75% 10/15/2002 488035AC0 | 14,153,000.00 | 176,912.50 | 15,209,000.00 | 190,112.50 | 190,112.50 |
| LEHIQ | B2PJYC5 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% | 44,482.00 | 444.82 | 36,718.00 | 367.18 | 367.18 |
| 5109706 | 537902AC2 | LIVENT INC SR NTS - IN DEFAULT 9.375% 10/15/2004 537902AC2 | 20,005,000.00 | 50,012.50 | 18,167,000.00 | 45,417.50 | 45,417.50 |
| 5278012 | 54986QAA5 | LUKENS INC MEDIUM TERM NOTES 6.50% 02/01/2006 54986QAA5 | 2,250,000.00 | 1,406.25 | 1,406.25 | 0.00 | 0.00 |
| 5502020 | 586169AN4 | MEMPHIS TN HLTH EDL&HSG FAC BRD MFHR SECUR.-A-IN DEFAULT 8.68% 12/15/2049 586169AN4 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 |
| 3681870 | 607168AY7 | MOBILE ALA INDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY 6.95% 01/01/2020 607168AY7 | 195,294.00 | 48,823.50 | 9,294.00 | 2,323.50 | 2,323.50 |
| 3BBZCT2 | 64999BJL9 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES 6% 06/01/2027 64999BJL9 | 500,000.00 | 0.00 | 500,000.00 | 0.00 | 0.00 |
| 5C98570 | 62936EAF5 | NPV VI INC 1998-2 HEALTH CARE RCVBLES NT 6.10% 5/1/2004 62936EAF5 | 7,000,000.00 | 8,750.00 | 8,750.00 | 0.00 | 0.00 |
| 5368394 | 629377AL6 | NRG ENERGY INC BONDS-DEFAULT 8.6250% 04/01/2031 629377AL6 | 63,600,000.00 | 146,280.00 | 56,400,000.00 | 129,720.00 | 129,720.00 |
| 5310622 | 629377AG7 | NRG ENERGY INC DEFAULT 8.25% 09/15/2010 629377AG7 | 23,850,000.00 | 54,855.00 | 21,150,000.00 | 48,645.00 | 48,645.00 |
| 5368395 | 629377AK8 | NRG ENERGY INC NOTES-DEFAULT 7.75% 04/01/2011 629377AK8 | 23,850,000.00 | 54,855.00 | 21,150,000.00 | 48,645.00 | 48,645.00 |
| 5219666 | 629377AE2 | NRG ENERGY INC SR NOTE 7.50% 06/01/2009 629377AE2 | 34,450,000.00 | 79,235.00 | 30,500,000.00 | 70,265.00 | 70,265.00 |
| 5075991 | 629377AD4 | NRG ENERGY INC SR NOTE 7.50% 06/15/2007 629377AD4 | 34,450,000.00 | 79,235.00 | 30,500,000.00 | 70,265.00 | 70,265.00 |
| 5BDDFC1 | 629ESC9Q9 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9Q9 | 0.00 | 0.00 | 20,000,000.00 | 0.00 | 0.00 |
| 5BDDFC4 | 629ESC9W6 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9W6 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 0.00 |
| 5BDDFC3 | 629ESC9U0 | NWA A SEN - ESCROW CUSIP - 2.52% 11/01/2004 629ESC9U0 | 0.00 | 0.00 | 6,500,000.00 | 0.00 | 0.00 |
| 5BDDFC2 | 629ESC9S5 | NWA A SEN - ESCROW CUSIP - 5.52% 10/01/2007 629ESC9S5 | 0.00 | 0.00 | 40,275,000.00 | 0.00 | 0.00 |
| 5BDDDY9 | 629ESCWB2 | NWA A SEN - ESCROW CUSIP - 6.36% 03/01/2005 629ESCWB2 | 0.00 | 0.00 | 27,250,000.00 | 0.00 | 0.00 |
| PPH02 | 693344AA1 | PHP HEALTHCARE CORPORATION SUB DEB CONV 144A 6.5% 12/15/2002 693344AA1 | 0.00 | 0.00 | 100,000.00 | 0.00 | 0.00 |
| 5002347 | 693344AC7 | PHP HEALTHCARE CORPORATION SUB DEB CV 6.50% 12/15/2002 693344AC7 | 18,301,000.00 | 0.00 | 1,500,000.00 | 0.00 | 0.00 |
| 5395354 | G7111WAA1 | PIV INVESTMENT FINANCE CV REG S-DEFAULT 4.50% 12/01/2049 G7111WAA1 | 26,310,000.00 | 1,841,700.00 | 1,040,000.00 | 72,800.00 | 72,800.00 |
| 5470166 | CH0007054015 | POLLY PECK EURO #53800 -SF-"DEFAULT" 0% 12/31/2010 | 29,165,000.00 | 145,825.00 | 145,825.00 | 0.00 | 0.00 |
| 5478587 | CH0007054742 | POLLY PECK EURO #55857 "DEFAULT" 5.75% 12/31/2010 | 28,240,000.00 | 141,200.00 | 21,145,000.00 | 105,725.00 | 105,725.00 |
| 5018341 | CH0007067793 | POLLY PECK INTERNATIONAL 7.875% 01/03/2010 | 10,815,000.00 | 54,075.00 | 10,000.00 | 50.00 | 50.00 |
| 5446758 | XS0015086673 | POLLY PECK EURO #62976-*IN DEFAULT* 7.25% 01/04/2005 G71536AG4 | 8,950,000.00 | 44,875.00 | 44,875.00 | 0.00 | 0.00 |
| 5225032 | CH0007054304 | POLLY PECK INTL FINANCE LTD 6.25% 11/19/1990 | 23,420,000.00 | 117,100.00 | 995,000.00 | 4,975.00 | 4,975.00 |
| 5494069 | DE0004837372 | POLLY PECK INTL FINANCE-DM EURO #55888 CPN 6% 04/20/2010 | 72,240,000.00 | 108,540.60 | 7,000,000.00 | 30,100.00 | 30,100.00 |
| 5173374 | 78649QAA3 | SAFETY KLEEN SERVICES INC SR SUB NOTE- IN DEAULT 9.25% 06/01/2008 78649QAA3 | 34,270,000.00 | 0.00 | 30,820,000.00 | 0.00 | 0.00 |
| 5216675 | 81375BAJ1 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5 ASSET BACKED 7.72% 06/15/2005 81375BAJ1 | 27,850,000.00 | 278.50 | 0.00 | 278.50 | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5245527 | 81375BAK8 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACK... | | | | | | | | | | 0.00 | 0.00 | 0.00 |
| 5C60831 | 81375BAN2 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD NT 7.056% 06/15/2006 81375BAN2 | 0.0000 | 0.0010 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 200.00 | 140.00 | 140.00 | 0.00 | 0.00 |
| 5E12094 | 81375BAM4 | SECURITIZED MULTIPLE ASSET RATED SERIES 1997-6 CL A-1 7.71% 11/15/2006 81375BAM4 | 0.0000 | 0.0010 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,085,000.00 | 300.68 | 300.68 | 0.00 | 0.00 | 0.00 |
| 5237126 | 784123AF8 | SFC NEW HLDGS INC SR SUB NT 13.25% 08/15/2003 784123AF8 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 0.00 | 0.00 | 0.00 | 17,530,050.00 | 0.00 |
| 5563864 | 836153AC0 | SOURCE MEDIA INC SR SECD NTS 12.00000 11/01/2049 836153AC0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,876,944.00 | 0.00 | 0.00 | 0.00 | 5,000,000.00 | 0.00 |
| SSMB | 867833600 | SUNSHINE MNG & REFNG COMPANY PAR %0.01 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,483,635.00 | 0.00 | 0.00 | 0.00 | 5,999,544.00 | 0.00 |
| 5070867 | 292689AC0 | TXU - ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 7.425% 10/15/2017 292689AC0 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,880,000.00 | 3,776,000.00 | 3,776,000.00 | 0.00 | 18,255,000.00 | 3,651,000.00 | 3,651,000.00 |
| 5071495 | 292689AD8 | TXU - ENERGY GROUP OVERSEAS BV GTD NT 7.55% 10/15/2027 292689AD8 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,633,000.00 | 6,126,600.00 | 6,126,600.00 | 0.00 | 21,450,000.00 | 4,290,000.00 | 4,290,000.00 |
| 5264525 | 873169AJ5 | TXU EASTERN FUNDING CO GTD SR NOTE 6.75% 05/15/2009 873169AJ5 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,650,000.00 | 346,000.00 | 346,000.00 | 0.00 | 10,167,000.00 | 406,680.00 | 406,680.00 |
| 5264215 | 873169AF3 | TXU EASTERN FUNDING GTD SR NT- IN DEFAULT 6.45000 05/15/2005 873169AF3 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,037,000.00 | 161,480.00 | 161,480.00 | 0.00 | 815,000.00 | 32,600.00 | 32,600.00 |
| 5261756 | 92326YAF6 | VENTURE HOLDINGS TRUST *IN DEFAULT* 11.00000 12/31/2049 92326YAF6 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,475,000.00 | 14,343.75 | 14,343.75 | 0.00 | 10,575,000.00 | 13,218.75 | 13,218.75 |
| 5102085 | 92326YAD1 | VENTURE HOLDINGS TRUST SR NOTE SER B 9.50% 07/01/2005 92326YAD1 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,125,000.00 | 8,906.25 | 8,906.25 | 0.00 | 7,125,000.00 | 8,906.25 | 8,906.25 |
| VIAHF | G93447111 | VIATEL HOLDING BERMUDA LIMITED NEW | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 187.00 | 187.00 | 187.00 | 0.00 | 164.00 | 164.00 | 164.00 |
| 5726350 | 93934WAA3 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A *IN DEFAULT* 6.534% 12/29/2049 93934WAA3 | 10.1880 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,980,000.00 | 0.00 | 0.00 | 0.00 | 7,020,000.00 | 0.00 | 0.00 |
| WAMPQ | 939322814 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUM PERPETUAL CONV PREFERRED STOCK | 285.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 5,520.00 | 0.00 | 0.00 | 0.00 | 6,480.00 | 0.00 | 0.00 |
| 5002385 | 960080AB5 | WESTFED HOLDINGS INC MNT SER DEB SPLT CPN 15.50% 09/15/2049 960080AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 5042652 | 978093AE2 | WOLVERINE TUBE INC SENIOR NOTE SER B 10.50% 04/01/2009 978093AE2 | 92.0000 | 85.0000 | 85.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 966,000.00 | 821,100.00 | 821,100.00 | 0.00 | 241,000.00 | 204,850.00 | 204,850.00 |
| C010314 | 125127159 | WTS CD RADIO INC EXP 5/15/2009 ACCREDITED INVS | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ICGCW | 449246115 | WTS ICG COMMUNICATIONS INC | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 11,911.00 | 0.00 | 0.00 | 0.00 | 7,054.00 | 0.00 | 0.00 |
| W003885 | 94769A119 | WTS WEBLINK WIRELESS EXP PENDING 2012 | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 201,455.00 | 0.00 | 0.00 | 0.00 | 134,303.00 | 0.00 | 0.00 |
| 5322253 | 55376WAD1 | MTS INC SR SUB NOTE 9.375% 03/19/2009 55376WAD1 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,036,450.00 | 181,640.25 | 181,640.25 | 0.01 | 2,610,135.00 | 117,456.08 | 117,456.08 | 0.01 |
| 5955774 | CH0001188025 | SASEA HOLDINGS 3.25% 10/01/2042 | 0.0000 | 1.1800 | 1.1800 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 17,100.00 | 201.78 | 208.79 | 7.01 | 7.01 |
| 5C58202 | 393505YC0 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES 7.75% 03/15/2028 393505YC0 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 795,000.00 | 44.63 | 79.50 | 34.87 | 680,000.00 | 38.18 | 68.00 | 29.82 | 64.69 |
| 5273066 | 195204AA0 | COLO.COM SR NOTE 144A - IN DEFAULT 13.875% 03/15/2010 195204AA0 | 0.0000 | 0.0082 | 0.0082 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 4,293,000.00 | 354.07 | 429.30 | 75.23 | 75.23 |
| 5C48250 | 393505UY6 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB 7.73% 02/15/2029 393505UY6 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 4,644,999.00 | 261.43 | 464.50 | 203.07 | 3,956,000.00 | 222.66 | 395.60 | 172.94 | 376.01 |
| 5258646 | CH0001129714 | MAXWELL COMMUNICATIONS VAR RATE LIQUID 5% 12/31/2050 | 0.0000 | 1.0500 | 1.0500 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,897,324.00 | 19,921.90 | 20,614.54 | 692.64 | 692.64 |
| 5127481 | XS0045549812 | MAXWELL COMMUN 8.375% 09/01/2030 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 7,943,000.00 | 35,743.50 | 37,285.67 | 1,542.17 | 1,542.17 |
| 5054115 | DE0004115027 | MAXWELL COMMUNICATIONS EURO DEBS 0% 06/15/2049 G59024AF9 | 0.0000 | 0.3100 | 0.3100 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 16,459,000.00 | 51,022.90 | 52,852.07 | 1,829.17 | 1,829.17 |
| 5463379 | CH0001207908 | SAIRGROUP *IN DEFAULT* 5.125% 03/01/2003 H83970AX33 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 115,000.00 | 11,794.87 | 14,336.46 | 2,541.59 | 2,541.59 |
| 5449494 | H83970AJ4 | SAIRGROUP 2.775% 09/10/3049 H83970AJ4 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750,000.00 | 179,487.18 | 210,108.44 | 30,621.26 | 30,621.26 |
| 5BBQTY6 | 36186LAG8 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 6.249% 12/25/2037 36186LAG8 | 46.2138 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,000.00 | 1,535,250.00 | 17,250.00 | 4,050,000.00 | 1,782,000.00 | 1,802,250.00 | 20,250.00 | 37,500.00 |
| 5461232 | CH0001207569 | SAIRGROUP ZUERICH VARIABLE RATE 4.125% 02/15/2013 H83970AU9 | 10.9948 | 10.5600 | 10.5600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,035,000.00 | 214,896.00 | 253,693.03 | 38,797.03 | 38,797.03 |
| 5262964 | 78442FDQ8 | SLM CORP MEDIUM TERM NTS 3.06% 07/27/2009 78442FDQ8 | 94.5000 | 88.0000 | 88.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,840,000.00 | 1,619,200.00 | 1,638,704.00 | 19,504.00 | 2,160,000.00 | 1,900,800.00 | 1,923,696.00 | 22,896.00 | 42,400.00 |
| NWA | 667280408 | NORTHWEST AIRLS CORP | 9.8500 | 9.8000 | 9.8500 | 1.0000 | 1.0000 | USD | 1.0000 | 416,436.00 | 4,101,894.60 | 4,122,716.40 | 20,821.80 | 445,643.00 | 4,389,583.55 | 4,411,865.70 | 22,282.15 | 43,103.95 |
| 5381485 | 125581AV0 | CIT GROUP INC NEW SR NT 3.04938% 01/30/2009 125581AV0 | 97.7330 | 90.0940 | 90.0940 | 0.0100 | 1.0000 | USD | 1.0000 | 1,650,000.00 | 1,486,551.00 | 1,511,730.00 | 25,179.00 | 1,350,000.00 | 1,216,269.00 | 1,236,870.00 | 20,601.00 | 45,780.00 |
| 5574272 | 13135BAE6 | CALPINE GENERATING CO 9.07% 04/01/2009 13135BAE6 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 14,800,000.00 | 37,000.00 | 74,000.00 | 37,000.00 | 5,200,000.00 | 13,000.00 | 26,000.00 | 13,000.00 | 50,000.00 |
| 5BBQTZ6 | 36186LAB9 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 6.054% 12/25/2037 36186LAB9 | 48.9240 | 49.0000 | 49.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,523,920.00 | 1,726,720.80 | 1,761,960.00 | 35,239.20 | 4,429,080.00 | 2,170,249.20 | 2,214,540.00 | 44,290.80 | 79,530.00 |
| 5741989 | 247361VR6 | DELTA AIR PTC 1990-G3 10.79% 09/26/2013 247361VR6 | 84.5000 | 25.5343 | 25.5343 | 0.0100 | 1.0000 | USD | 1.0000 | 10,772,000.00 | 2,750,554.80 | 2,830,364.54 | 79,809.74 | 10,772,000.00 | 2,750,554.80 | 2,830,364.54 | 79,809.74 |
| 5252629 | XS0103759089 | S-AIR GROUP FIN 7.50% 11/15/2007 | 0.0000 | 3.3150 | 3.3150 | 0.0100 | 1.0000 | USD | 1.0000 | 2,270,000.00 | 75,250.50 | 124,850.00 | 49,599.50 | 1,730,000.00 | 57,349.50 | 95,150.00 | 37,800.50 | 87,400.00 |
| 5666251 | 125568AB1 | CIT GROUP FUNDING CO CDA SR NT 4.65% 07/01/2010 125568AB1 | 85.7500 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 550,000.00 | 357,500.00 | 486,640.00 | 129,140.00 | 450,000.00 | 292,500.00 | 398,160.00 | 105,660.00 | 234,800.00 |
| 5169833 | 963150AA5 | WHEELING PITTSBURGH STL CORP SR SECD NT 6% 08/01/2010 963150AA5 | 55.0000 | 97.0000 | 97.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,705,304.00 | 6,504,144.88 | 6,705,304.00 | 201,159.12 | 2,274,859.00 | 2,206,613.23 | 2,274,859.00 | 68,245.77 | 269,404.89 |
| 5634664 | 125577AV8 | CIT GROUP INC R/MD 5.09125   12/19/2008 2.72875% 12/19/2008 125577AV8 | 98.6360 | 93.0000 | 93.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 3,069,000.00 | 3,219,810.00 | 150,810.00 | 2,700,000.00 | 2,511,000.00 | 2,634,390.00 | 123,390.00 | 274,200.00 |
| 5435819 | CH0005532998 | SWISSAIR CORP ***IN DEFAULT 6.25% 04/12/2005 | 0.0000 | 10.2600 | 10.2600 | 0.0100 | 1.0000 | USD | 1.0000 | 10,000,000.00 | 1,026,000.00 | 1,313,311.99 | 287,311.99 | 0.00 | 0.00 | 0.00 | 0.00 | 287,311.99 |
| 5555517 | 247361VV7 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 C 10.79% 03/26/2014 247361VV7 | 81.5000 | 34.1771 | 34.1771 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,258,000.00 | 1,797,031.92 | 2,108,663.06 | 311,631.14 | 311,631.14 |
| 5725709 | 902549AE4 | UAL CORP DEL SETTLEMENT BD 5% 02/01/2021 902549AE4 | 51.6250 | 42.8750 | 42.8750 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 986,125.00 | 1,129,990.00 | 143,865.00 | 2,700,000.00 | 1,157,625.00 | 1,326,510.00 | 168,885.00 | 312,750.00 |
| 5516264 | G33365PB0 | FCE BANK PLC EURO MEDIUM TERM NOTE 5.728% 09/30/2009 G33365PB0 | 135.0467 | 121.0020 | 121.0020 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 8,470,140.00 | 8,802,990.00 | 332,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 332,850.00 |
| 5077083 | 755246AA3 | READ RITE CORP CONV SUB NOTES 6.50% 09/01/2004 755246AA3 | 0.0000 | 0.6855 | 0.6855 | 0.0100 | 1.0000 | USD | 1.0000 | 10,350,000.00 | 70,951.64 | 414,000.00 | 343,048.36 | 0.00 | 0.00 | 0.00 | 0.00 | 343,048.36 |
| 5362572 | 04518GAB7 | ASIA GLOBAL CROSSING LTD SR NT *IN DEFAULT* 13.375% 10/15/2010 04518GAB7 | 0.0000 | 3.2890 | 3.2890 | 0.0100 | 1.0000 | USD | 1.0000 | 42,129,000.00 | 1,385,606.15 | 1,685,160.00 | 299,553.85 | 34,794,000.00 | 1,144,360.00 | 1,391,760.00 | 247,399.10 | 546,952.95 |
| 5259929 | 76113BAF6 | REGIONAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 | 28.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,663,000.00 | 585,860.00 | 1,384,760.00 | 798,900.00 | 2,337,000.00 | 514,140.00 | 853,005.00 | 338,865.00 | 1,137,765.00 |
| 5356646 | 370425RU6 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES 7.25% 03/02/2011 370425RU6 | 71.0000 | 47.7500 | 47.7500 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,363,625.00 | 3,081,375.00 | 717,750.00 | 4,050,000.00 | 1,933,875.00 | 2,521,125.00 | 587,250.00 | 1,305,000.00 |
| 5239485 | 247367AE5 | DELTA AIR PTC 1993-A1 9.875% 4/30/2008 247367AE5 | 0.0000 | 5.8213 | 5.8213 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000,000.00 | 698,557.21 | 469,025.89 | (229,531.32) | (229,531.32) |
| 5BBGFL9 | 37047ZBM0 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.72143% 05/22/2009 37047ZBM0 | 82.8457 | 73.0000 | 73.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,535,000.00 | 9,880,550.00 | 11,240,627.37 | 1,360,077.37 | 14,590,000.00 | 10,650,700.00 | 12,116,790.05 | 1,466,090.05 | 2,826,167.42 |
| 5202379 | 247367AF2 | DELTA AIRLINES INC DEL PASS THRU TRS CTF 1992-A1 8.54% 04/30/2010 247367AF2 | 46.5000 | 16.0982 | 16.0982 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 11,487,000.00 | 1,849,602.35 | 2,147,489.44 | 298,287.09 | 298,287.09 |
| 5850819 | 12668VAA7 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S7 A-1-VAR 2.5513% 11/25/2035 12668VAA7 | 85.0263 | 32.1362 | 32.1362 | 0.0100 | 1.0000 | USD | 1.0000 | 4,000,000.00 | 1,478,263.29 | 1,200,524.57 | (277,738.72) | 5,400,000.00 | 1,735,352.56 | 1,409,311.46 | (326,041.10) | (603,779.82) |
| 5BCLLC0 | 69337YAE4 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.60% 12/25/2027 69337YAE4 | 80.3750 | 64.3846 | 64.3846 | 0.0100 | 1.0000 | USD | 1.0000 | 17,236,000.00 | 11,097,337.80 | 10,863,860.18 | (233,477.62) | 20,233,000.00 | 13,026,945.58 | 12,752,870.91 | (274,074.77) | (507,552.39) |
| 5185591 | 247367AC9 | DELTA AIR LINES INC DEL PASS THRU TRS CTF 1992 B-1 9.375% 09/11/2017 247367AC9 | 94.7500 | 4.8706 | 4.8706 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 19,144,000.00 | 932,424.05 | 994,695.34 | 62,271.29 | 62,271.29 |
| 5F99267 | 76110VSQ2 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 3.30688%12/25/2035 76110VSQ2 | 99.6291 | 12.7977 | 12.7977 | 0.0100 | 1.0000 | USD | 1.0000 | 8,947,000.00 | 1,145,006.57 | 1,062,271.50 | (82,735.07) | 10,503,000.00 | 1,344,138.15 | 1,247,014.37 | (97,123.78) | (179,858.85) |
| | | | | | | | | | | | | (80,523,963.34) | | | (72,461,674.02) | (152,985,637.36) |