**<u>Exhibit A-38</u>**

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Stonehill Offshore Partners Limited<br>c/o Stonehill Capital Management LLC<br>885 Third Avenue, 30th Floor<br>New York, NY 10022<br>Attn: Paul D. Malek, Esq.<br><br>Telephone number: 212-739-7474    Email Address: pmalek@stonehillcap.com | ☑ Check this box to indicate that this claim supersedes a previously filed claim.<br><br>**Court Claim Number:** 19908<br>*(If known)*<br><br>Filed on: 09/21/2009 |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 86,659,892.26

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE ON A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.*

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Prime brokerage agreement (see attachment)
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

| Date:<br>7/28/14 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *(signature)*<br>Paul Malek, General Counsel, Stonehill Capital Management LLC |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| | | | |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the creditor debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of a security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____ D E F I N I T I O N S _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the creditor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## _____ I N F O R M A T I O N _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

ATTACHMENT TO PROOF OF CLAIM OF
STONEHILL OFFSHORE PARTNERS LIMITED

Stonehill Offshore Partners Limited ("Claimant") hereby files this claim (the Proof of

Claim Form together with this Attachment are referred to herein as the "Claim") in the chapter

11 case of Lehman Brothers Holdings Inc. (the "Debtor") and, in support of the Claim,

represents as follows:

Background

1.        Claimant is a private investment fund organized as an exempted company

under the laws of the Cayman Islands. Stonehill Capital Management LLC ("SCM") is

Claimant's investment adviser and an authorized signatory for Claimant.

2.        Prior to the commencement of these chapter 11 cases, Claimant had

various business relationships with and was party to a number of agreements with the Debtor

and its affiliates. A description of certain of these business relationships and agreements and the

claims of Claimant against the Debtor arising thereunder is set forth below.[1]

Prime Brokerage

3.        Lehman Brothers Inc. ("LBI"), an affiliate of the  Debtor currently in a

liquidation proceeding (the "SIPA Proceeding") under the Securities Investment Protection Act

of 1970, as amended ("SIPA"), was Claimant's sole prime broker until September 17, 2008, two

days before commencement of the SIPA Proceeding. Claimant was party to a Customer

Account Prime Brokerage Agreement (Account No.: 732-40125) (the "PB Agreement")

between Claimant and LBI "as signatory for itself and as agent for the affiliates named

---

[1]        Stonehill Institutional Partners, L.P., an affiliate of Claimant, was also a party to a number of agreements
with the Debtor and its affiliates and has filed separate proofs of claim in these cases.  SCM was a signatory
for Claimant for various agreements in its capacity as investment adviser and authorized signatory of
Claimant.

herein." The PB Agreement (Paragraph 1)  provides that the parties to the PB Agreement

consist of Claimant and "Lehman Brothers Inc., Lehman Brothers International (Europe),

Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers

Holdings Inc. ("LBHI") and any of their subsidiaries, parents, affiliates, divisions, officers,

directors, agents and employees now existing or hereafter created." Such entities are defined

as and referred to throughout the PB Agreement collectively and interchangeably as "Lehman

Entities" and "Lehman Brothers" and are referred to interchangeably in this Claim as

"Lehman Entities" or "Lehman Brothers" (which terms include the Debtor).

4.    Although paragraph 21 of the PB agreement refers specifically to "LBI" in

connection with prime brokerage services, LBI acted as agent for and signed on behalf of the

other Lehman Entities in that capacity.  Paragraph 4 of the PB Agreement states that the

Claimant "and Lehman Brothers intend this agreement to be a master netting agreement,"

which is an additional indication that the parties intended all Lehman Entities to share in the

benefits and burdens of the PB Agreement.   In the LBI Trustee's Preliminary Investigation

Report and Recommendations, dated August 25, 2010 (the "Trustee's Report"), the Trustee

noted that prime brokerage customer account agreements "included all Lehman entities as

parties for certain purposes such as subjecting property in the account to claims and liens."

(Trustee's Report at p. 46).  By becoming parties to the PB Agreement and availing themselves

of the benefits of the PB Agreements, including by imposing claims and liens on customer

property, the Debtors and other Lehman Entities also obligated themselves under such

agreement on a joint and several basis with LBI.

5.    Thus, the Debtor and its affiliated debtors and debtors-in-possession were

parties to the PB Agreement. LBHI had the ability to influence and control LBI, its wholly-

owned subsidiary, as well as the other Lehman Entities including with respect to the Lehman

Entities' obligations under the Prime Brokerage Agreement.  Having reaped the benefits of

the PB Agreement, LBHI, the Debtor and its affiliated debtors-in-possession must remain

bound by their obligations and liabilities thereunder. As a party to the PB Agreement, the

Debtor is fully liable for all amounts owed to Claimant in connection with the PB Agreement.

A copy of the PB Agreement is attached to this Claim as Exhibit A.

6.      As Claimant's sole prime broker and pursuant to the PB Agreement, LBI had

custody of a substantial portion of Claimant's assets, including both cash and securities, and

was "responsible for settling trades executed on [Claimant's] behalf by [Claimant's] executing

broker(s)." (PB Agreement, Paragraph 21(b)). In addition, the PB Agreement authorized

"Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers

in any of [Claimant's] accounts" but provided that Claimant "will be entitled to receive all

distributions, including, but not limited to, cash . . . made on or in respect of any loaned,

pledged, repledged, hypothecated or rehypothecated securities." (PB Agreement Paragraph

19). As a regulated broker dealer and by virtue of course of conduct among the parties,

industry practice and custom, and an implied duty of good faith and fair dealing, LBI (as well

as the other Lehman Entities) also had obligations implied by law to Claimant not

specifically enumerated in the PB Agreement.  The failure of LBI to return Claimant's cash

and securities therefore constituted a breach of the PB Agreement by the Debtor and the other

Lehman Entities.

7.      On January 26, 2009, Claimant filed a proof of claim in the SIPA Proceeding

asserting various claims – categorized as "components" of the claim against LBI under SIPA

(the "SIPA Claim"). A copy of the SIPA Claim is attached to this Claim as Exhibit B.

Between the commencement of the SIPA Proceeding and the date of this Amendment, virtually all of Claimant's securities and cash held at LBI have been returned to Claimant pursuant to a Notice of SIPA Trustee's Determination of Claim (SIPA Claim No. 900002114) dated March 23, 2010 (as corrected on June 4, 2010), Schedule A to the SIPA Trustee's Distribution Notice dated June 27, 2013 (as corrected on August 22, 2013), and a Declaration, Release and Assignment entered into by Claimant on September 5, 2013 (collectively, the "SIPA Claim Determination").

8.     Pursuant to the SIPA Claim Determination, all of the components of the SIPA Claim have been resolved other than Component 8, which represents an aggregate of $6,135,929.26 in losses as of September 19, 2008, on foreign currency hedges entered into under the PB Agreement,[2] and component 10, pursuant to which Claimant fully reserved the right to seek interest that may be payable or claimable on cash balanced, additional misdirected wires, and/or other amounts that may have been received by LBI or other Lehman Entities.  Component 8 of Claimant's SIPA claim arising from foreign currency hedges has not yet been admitted as a general unsecured claim in LBI's SIPA proceeding although it may be so admitted in the future.

9.     In addition, the Debtor and the Lehman Entities are obligated to Claimant for damages, interest, costs, attorneys' fees, including, but not limited to the amount representing the diminution in value of the securities held by LBI under the PB Agreement from the date in which LBI's SIPA Proceeding was commenced through the date that such securities were returned to Claimant.  The PB Agreement obligated the Debtor and the Lehman Entities to provide services consistent with the SEC's guidelines on prime brokerage

---

[2]     Although Claimant believes that LBI may have been the only Lehman entity directly involved with the foreign currency hedges, such hedges were entered into under the PB Agreement and are therefore obligations of all of the "Lehman Entities", as noted above.

relationships (PB Agreement Paragraph 21(l)).  It is an established element of the brokerage

relationship that a broker-dealer must promptly return the securities upon request and,

pursuant to the terms of the PB Agreement, the Debtor and all the Lehman Entities were

made jointly and severally liable for any breach of the obligation to return securities.[3]

Therefore, the Debtor and the Lehman Entities were responsible, separate and apart from

LBI's obligations as a broker-dealer subject to SIPA regulation (and notwithstanding any

limitation under SIPA with respect to such a diminution in value claim), for the prompt

return of the securities to Claimant upon request when LBI commenced its SIPA Proceeding,

and must repay Claimant for Claimant's losses due to the failure to return the securities or

cause the securities to be returned.

10.     A further basis for the diminution in value claim is that LBI and the Lehman

Entities were required under state law to act in accordance with their respective obligations

as a bailees of the securities, and therefore to return the securities to Claimant (PB

Agreement Paragraph 3). Under New York law, which governs the PB Agreement, a bailee

has a duty to return goods to a bailor and is liable for loss or damage to the goods.  LBI was

further obligated to hold the securities as financial assets under Article 8 of the Uniform

Commercial Code (PB Agreement Paragraph 3), which entitles the owners of securities to

have property that is held in a security account protected from the intermediary's other

creditors.

11.     The current amount owed for diminution in value of returned securities has

been calculated by Claimant to be at least $80,523,963.  The calculation of this amount is

---

[3]     Such breach rose to the level of gross negligence and/or willful misconduct and therefore was not subject to
the limitation on liability set forth in Paragraph 30 of the PB Agreement.

shown on the spreadsheet attached to this Claim as <u>Exhibit C</u>.[4]  This amount, plus the amount

owing on component 8 of the SIPA Claim, gives an aggregate Claim amount equal to

approximately $86,659,892.26.

12.    In addition to the bases for asserting the Claim against the Debtors described

above, the amounts owed under the PB Agreement discussed above are also recoverable by

Claimant as a result of willful and material misrepresentations made by and/or on behalf of

the Lehman Entities regarding their financial position and related matters, both publicly[5] and

by a senior representative of the Lehman Entities directly to SCM, Claimant's investment

adviser. Such misrepresentations induced Claimant (and likely induced similarly situated

customers and counterparties of the Lehman Entities) to refrain from terminating Claimant's

prime brokerage (and other counterparty) relationships with the Lehman Entities.

13.    During a phone call held in early September 2008, shortly before the Lehman

chapter 11 filing and the commencement of the SIPA Proceeding, Mr. John Wickham,

believed to be head of Lehman Brothers Global Client Services and acting as a representative

of the Lehman Entities, called John Motulsky of SCM in response to Mr. Motulsky's

voicemail message to Alex Kirk, believed to then be a senior officer of LBHI, asking about

the Lehman Entities' financial stability, specifically in connection with the Lehman Entities'

prime brokerage and other commercial relationships with Claimant and its affiliates.

---

[4]    The diminution in value claim is based on the difference in value of securities held at LBI as of the close of
business on September 12, 2008, the last business day before the commencement of these cases and the last
date on which Claimant was able to obtain its securities from LBI, and the date such securities were
returned.  Claimant does not mark its portfolio on a daily basis and prices for the securities in Claimant's
portfolio, other than those that trade on public markets, are not available on a daily basis.  Therefore, other
than with respect to publicly traded securities, Claimant used the value of the securities as of the last
valuation date prior to September 12, 2008 and the date of return, as applicable.

[5]    For example, on an earnings call on September 10, 2008, five days prior to LBHI's chapter 11 filing,
Lehman Brothers' CFO at the time, Ian Lowitt, stated regarding Lehman Brothers' liquidity position that
"our liquidity position… remains very strong."

14.    In response to questions and concerns expressed by Mr. Motulsky regarding the
Lehman Entities' financial strength and viability, Mr. Wickham sought to reassure Claimant
(through SCM and Mr. Motulsky) regarding the Lehman Entities' financial condition and the
stability of its prime brokerage operation. Mr. Motulsky recalls that Mr. Wickham stated that
Lehman had adequate liquidity because unlike Bear Stearns it prudently financed its customers
with matched funding and had sufficient liquidity from sources it believed to be reliable to
meet all of its obligations for a year even if no new financing was available, that it had $12
billion of surplus cash, and also cited the availability of secured financing from the federal
reserve, none of which was used.

15.    Mr. Motulsky also recalls that Mr. Wickham stated that Lehman's unrealized
appreciation in various assets (one of which was Neuberger Berman, half of which Mr.
Wickham stated might soon be sold at a profit to realize value and add to tangible equity)
were more than sufficient to cover possible unrealized losses in its portfolio and provide
incremental equity that would be required for a planned spinout of most of Lehman's
commercial real estate portfolio, and conveyed a message that Lehman Brothers' prime
brokerage operation would continue operating in the normal course, and that Claimant
should be comfortable continuing its customer and counterparty relationship with Lehman
Brothers.[6] A few days after this conversation the Debtor commenced this chapter 11 case
and LBI commenced its SIPA Proceeding.

16.    As a result of the material misrepresentations by Lehman Brothers and its
representatives to the public, and by Mr. Wickham, who acted with apparent authority on behalf

---

[6]    Many of Mr. Wickham's comments appeared to be taken from talking points Mr. Wickham received from
the Lehman Entities for communications with customers, rather than being "off the cuff" remarks of Mr.
Wickham's personal views regarding Lehman's financial condition.

of LBHI and its affiliates, to SCM, Lehman Brothers and their representatives succeeded in

persuading the Claimant to refrain from demanding the return of its assets held by LBI and other

Lehman Entities and otherwise taking actions to promptly reduce its commercial exposure to

Lehman Brothers prior to the effective curtailment of LBI' s normal operations and the

subsequent commencement of the SIPA Proceeding.

17.    Thus, by virtue of the public misrepresentations of Lehman Brothers and private

misrepresentations by Mr. Wickham, Lehman Brothers' agent, directly to SCM, which

misrepresentations were intended for the benefit of the Lehman Entities to convince Lehman

Brothers' customers and counterparties in general and SCM in particular of the financial stability

and health of Lehman Brothers despite the fact that Lehman Brothers' officers knew or should

have known that there were substantial risks that Lehman Brothers' liquidity and capital may

not continue to support its operations, the Lehman Entities, including the Debtor, are fully

liable for any and all direct, indirect, nominal or consequential damages incurred by Claimant

in connection with the PB Agreement or otherwise arising in connection with Claimant's

prime brokerage and counterparty relationship with Lehman Brothers, including the claim

arising from diminution in value of securities that were not timely returned to Claimant.

18.    Claimant is entitled to assert and is asserting against the Lehman Entities,

including the Debtor, the full amount of claims arising under or relating to the PB Agreement,

provided that Claimant may not recover more than 100% of the amount of such claims.

<u>Reservation of Rights</u>

19.    No payments have been made to Claimant on account of the claims asserted

herein.

20.    Claimant reserves all of its rights to supplement or amend this Claim in any and all respects, including to liquidate amounts which are presently unliquidated or estimated.

21.    In the event that the Debtor or any of the other debtors assert or Claimant shall determine that another debtor or other party is obligated or liable for any of the categories of claims and amounts set forth herein, this Claim shall be deemed to have been asserted against such other debtor or other party for such category and amount.

22.    To the extent not set forth in this Claim, Claimant also makes claim for all direct, indirect, nominal or consequential damages, interest, costs, attorneys' fees, and other amounts owed or owing to it, to the extent recoverable under the applicable agreement and/or applicable law, whether or not liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, in law or equity, secured or unsecured, directly or indirectly related to the matters discussed in this Claim. Claims for amounts asserted herein which are or could be deemed to be postpetition interest under the Bankruptcy code are asserted to the extent allowed under the Bankruptcy Code and applicable non-bankruptcy law.

23.    The filing of the Claim is not and shall not be deemed or construed as consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant.

24.    Neither the substance nor the act of filing this claim, nor any later appearance, pleading, claim, or action in these cases, is intended or shall be deemed to be a waiver, release, or modification by Claimant of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to these cases; (c) rights under the applicable

9

safe harbor provisions of the Bankruptcy Code; (d) right to seek to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e)

other rights, remedies, claims, actions, defenses, setoffs or recoupments to which Claimant is or

may be entitled, all of which are hereby expressly reserved.

**EXHIBIT A**

# Customer Account Agreement Prime Brokerage

**LEHMAN BROTHERS INC.**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-7000

| Stonehill Offshore Partners LTD | Account No.: 732-40125 |
| --- | --- |

## Please Read Carefully, Sign and Return

This agreement ("Agreement") sets forth the terms and conditions under which Lehman Brothers (as defined below) will open and maintain prime brokerage account(s) in your name and otherwise transact business with you as our customer. Throughout this Agreement references to "you" and "your" refer to you as our customer.

In consideration of Lehman Brothers opening a prime brokerage account for you, you agree to the following:

**1. PARTIES.** A prime brokerage account opened pursuant to this Agreement will be opened at Lehman Brothers Inc. ("LBI"). All transactions, agreements and contracts between you and Lehman Brothers have been entered into in consideration of each other. You hereby agree that the parties to this Agreement shall consist of you and Lehman Brothers Inc., Lehman Brothers International (Europe), Lehman Brothers Finance S.A., Lehman Brothers Special Financing Inc., Lehman Brothers Holdings Inc. and any of their subsidiaries, parents, affiliates, divisions, officers, directors, agents and employees now existing or hereafter created, including successors and assigns (each such entity or person being referred to hereinafter as Lehman Brothers or a "Lehman Brothers Entity," unless otherwise specified, and all such entities or persons being collectively referred to hereinafter as "Lehman Brothers"). Unless you advise Lehman Brothers in writing to the contrary, you represent that you are not an affiliate (as defined in Rule 144(a)(1) under the U.S. Securities Act of 1933 as may be amended, modified or supplemented) of the issuer of any security held in any account opened hereby. You represent and warrant to Lehman Brothers that you are either (i) not (A) an employee benefit plan (an "ERISA Plan") as defined in Section 3(3) of the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or (B) subject to ERISA or Section 4975 of the U.S. Internal Revenue Code of 1986, as amended (the "Code") or (ii) (A) an ERISA Plan or subject to ERISA or Section 4975 of the Code and (B) whose Investment Manager or General Partner is (and you covenant and agree that any successor Investment Manager or General Partner appointed by you will be) a Qualified Professional Asset Manager ("QPAM") as defined by the relevant prohibited transaction class exemption(s) issued pursuant to ERISA and you will provide Lehman Brothers with a QPAM Representation Letter.

**2. APPLICABLE LAWS, RULES AND REGULATIONS; SEVERABILITY.** All transactions under this Agreement shall be subject to the applicable laws, rules and regulations of all U.S. and, if applicable, non-U.S. federal, state and self-regulatory authorities, including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System of the United States and the constitution, rules and customs of the exchange or market (and clearing house) where such transactions are executed or settled. In the event of any conflict between any such present or future laws, regulations and rules and the terms of this Agreement, the provision(s) of this Agreement so affected shall be deemed modified or superseded to conform to such laws, regulations and rules, but the remaining provisions of this Agreement shall remain in full force and effect.

**3. SECURITY INTEREST AND LIEN; REGISTRATION OF SECURITIES.** As security for the payment and performance of all of your obligations and liabilities from time to time outstanding to any Lehman Brothers Entity, whether under this Agreement or otherwise, each Lehman Brothers Entity shall have a continuing lien and first priority security interest in all your Assets, defined as (i) all property in which you now have or hereafter acquire an interest which is now or hereafter held by or through any Lehman Brothers Entity, including, but not limited to, any and all securities, accounts, instruments, documents, contract rights, contracts (including, but not limited to, open transactions, securities purchase or sale contracts, agreements to lend cash or securities, commodity contracts, futures contracts, forward contracts, repurchase agreements, swap agreements, contracts for differences or any other agreement, without regard to the form of such agreement which may include oral

agreements or agreements confirmed or signed by only one party to the agreement and agreements entered into or signed by a Lehman Brothers Entity on your behalf) (hereinafter "Contracts"), commercial paper and other securities, monies, deposit accounts and general intangibles (including all security entitlements in respect thereof, all income and profits thereon, all dividends, interest and other payments and distributions with respect thereto and all proceeds from any of the foregoing), and (ii) any and all rights, claims or causes of action you may now or hereafter have against any Lehman Brothers Entity. The continuing lien and first priority security interest shall apply to all such Assets, which from time to time may be deposited or credited to any account you may have with a Lehman Brothers Entity, be held or carried by a Lehman Brothers Entity for you, be due from a Lehman Brothers Entity to you, or be delivered to or in a Lehman Brothers Entity's possession or control for any purpose, including safekeeping. Such continuing lien and first priority security interest shall apply irrespective of whether or not Lehman Brothers has made advances in connection with such Assets, the number of accounts you have with Lehman Brothers or which particular Lehman Brothers Entity holds such Assets. You hereby acknowledge and agree that all such Assets held by or through any Lehman Brothers Entity are held as collateral by such Lehman Brothers Entity as agent and bailee for itself and all other Lehman Brothers Entities and, as such, each Lehman Brothers Entity shall comply with any orders or instructions originated by any other Lehman Brothers Entity with respect to or in connection with such collateral without your further consent. You and Lehman Brothers agree that all such Assets held in or credited to any account will be treated as financial assets under Article 8 of the Uniform Commercial Code as in effect in the State of New York (the "UCC") and that any account maintained by you with any Lehman Brothers Entity shall be a securities account under Article 8 of the UCC. In the event of a breach or default by you, a Lehman Brothers Entity shall have, in addition to the rights and remedies provided in this Agreement, all rights and remedies available to a secured creditor under the UCC and any other applicable law. You represent that all of the above-described Assets shall at all times be free and clear of all liens, claims and encumbrances of any nature other than the security interest created hereby. Assets consisting of securities shall be delivered in good deliverable form (or Lehman Brothers shall have the unrestricted power to place such securities in good deliverable form) in accordance with the requirements of the primary market for these securities. In addition, in order to satisfy any of your outstanding liabilities or obligations to any Lehman Brothers Entity, each Lehman Brothers Entity may, to the fullest extent permitted by law, at any time in its discretion and without prior notice to you, use, apply or transfer any and all securities or other property or Assets (including, without limitation, fully-paid securities and cash). You hereby agree that, except as otherwise specifically agreed in writing, each Lehman Brothers Entity may register and hold the securities and other property or Assets in your accounts in its name or the name of its designee. You shall execute such documents and take such other action as such Lehman Brothers Entity shall reasonably request in order to perfect its rights with respect to any of the Assets. In addition, you appoint Lehman Brothers as your attorney-in-fact to act on your behalf to sign, seal, execute and deliver all documents and do all such acts as may be required to realize upon any of Lehman Brothers' rights in the Assets.

**4. BREACH, BANKRUPTCY OR DEFAULT.** If you shall:

(i) breach, repudiate or default under this Agreement or any Contract with any Lehman Brothers Entity, whether heretofore or hereafter entered into;

(ii) make or repeat any misrepresentations in connection with this Agreement or any Contract with any Lehman Brothers Entity;

(iii) state that you will not perform any obligation to any Lehman Brothers Entity;

(iv) apply for, consent to or be the subject of an application or petition for the appointment of or the taking of possession by a receiver, custodian, trustee, liquidator or similar persons of yourself or of all of or a substantial part of your property;

(v) admit in writing your inability, or become generally unable, to pay your debts as such debts become due or give Lehman Brothers other grounds for insecurity, as determined by Lehman Brothers in its sole and absolute discretion (including, without limitation, death; mental incompetence; dissolution; the appointment of a receiver by or against you, any guarantor, co-signer or other party liable on or providing security for your obligations to any Lehman Brothers Entity or the attachment against your or such other party's account(s) with any Lehman Brothers Entity; or any indication of your refusal or inability to satisfy promptly any Margin Call (as defined below) or other obligation);

(vi) make a general assignment for the benefit of your creditors; or

(vii) file or be subject of the filing or entry of a petition or order for relief or be subject of the commencement of a proceeding regarding reorganization, bankruptcy, liquidation, dissolution or insolvency;

then, any such event shall constitute, at Lehman Brothers' election, a default by you under this Agreement and any or all Contracts you may then have with any Lehman Brothers Entity, whether heretofore or hereafter entered into. In the event of any such default, each Lehman Brothers Entity shall have all of the rights of a secured party upon default under the UCC and other applicable laws, rules and regulations, including, without limitation, the right, without prior notice to you, to sell any and all Assets in which you have an interest (including without limitation this Agreement and any Contract) held by or through any Lehman Brothers Entity (either individually or jointly with others), to buy any or all property which may have been sold short, to exercise any and all options and other rights, to accelerate, cancel, terminate, liquidate, close out and net the settlement payments and/or delivery obligations under any or all outstanding transactions and/or to purchase or sell any other securities or property to offset market risk, and to set off or offset any obligation owing by any Lehman Brothers Entity to you against any obligations owing by you to any Lehman Brothers Entity, after which you shall be liable to Lehman Brothers for any remaining deficiency, loss, costs or expenses incurred or sustained by Lehman Brothers in connection therewith. Such purchases and/or sales may be effected publicly or privately without notice or advertisement in such manner as Lehman Brothers may in its sole discretion determine. At any such sale or purchase, any Lehman Brothers Entity may purchase or sell the property to or from itself or third parties free of any right of redemption and you shall remain liable to Lehman Brothers for any deficiency; it being understood that a prior tender, demand or call of any kind from Lehman Brothers, or prior notice from Lehman Brothers, of the time and place of such sale or purchase shall not be considered a waiver of Lehman Brothers' right to buy or sell any securities, commodities or other property or Asset held by Lehman Brothers, or which you may owe to Lehman Brothers. In addition, each Lehman Brothers Entity shall have the right, at any time and from time to time, to set off and otherwise apply any and all amounts owing by such Lehman Brothers Entity to you or for your account against any and all amounts now or hereafter owing by you to any Lehman Brothers Entity (including, without limitation, any indebtedness in your accounts), whether matured or unmatured, fixed, contingent or otherwise and irrespective of whether any Lehman Brothers Entity shall have made any demand therefor. Lehman Brothers agrees to notify you of any such set-off and application, provided, however, that the failure to give such notice shall not affect the validity of any such set-off and application. You agree that any obligation of a Lehman Brothers Entity to you shall be subject to there being no breach, repudiation, misrepresentation or default (however characterized) by you which is continuing under any Contract with a Lehman Brothers Entity. You and Lehman Brothers intend this Agreement to be a master netting agreement.

**5. ADEQUATE ASSURANCES.** Subject to, and not as a limitation of, the rights of Lehman Brothers under this Agreement, if at any time Lehman Brothers has reasonable grounds for insecurity with respect to your performance of any of your obligations, Lehman Brothers may demand, and you shall give, adequate assurance of due performance within 24 hours, or within any shorter period of time Lehman Brothers demands that is reasonable under the circumstances. The adequate assurance of performance that may be demanded by Lehman Brothers may include, but shall not be limited to, the delivery by you of additional property as collateral.

**6. EXECUTION FEES AND SERVICE CHARGES.** You understand that your account(s) will be charged brokerage commissions or mark-ups/mark-downs in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for custody and other services furnished to you ("Service Fees"). You further understand that Execution Fees may be changed from time to time upon prior written notice to you and that Service Fees may be changed from time to time upon prior written notice to you and, in each case, you agree to be bound thereby.

**7. AMOUNTS OWED; TRUTH-IN-LENDING.** You hereby acknowledge receipt of Lehman Brothers' Truth-in-Lending disclosure statement. You understand that interest will be charged on any amount you owe in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any amount due which is not paid at the close of an interest period will be added to the opening balance for the next interest period.

**8. COLLECTION AND OTHER ACCOUNT-RELATED COSTS.** You hereby agree to pay, on demand, all reasonable costs, liabilities and damages incurred by Lehman Brothers (including, without limitation, costs of

3

collection, attorneys' fees, court costs and other expenses) in connection with (i) enforcing its rights hereunder, (ii) any investigation, litigation or proceeding involving your account or any property therein (including, without limitation, claims to such property by third parties), (iii) your use of or access to any Lehman Brothers or third-party system or (iv) Lehman Brothers' acting in reliance upon instructions, including, but not limited to, instructions transmitted via electronic means, including facsimile or electronic mail, from you or your authorized agents (including investment managers or advisers). In each case and whether or not demand has been made therefor, you hereby authorize Lehman Brothers to charge your account(s) for any and all such costs, liabilities and damages, including, without limitation, those incurred in connection with the liquidation of any of your Assets.

**9. IMPARTIAL LOTTERY ALLOCATION.** You agree that, in the event Lehman Brothers holds on your behalf securities in its name, in the name of its designee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of The New York Stock Exchange, Inc. or any other appropriate self-regulatory organization. When any such call is favorable, no allocation will be made to any account in which, to the knowledge of Lehman Brothers, any officer, director or employee of Lehman Brothers has any financial interest until all other customers have been satisfied on an impartial lottery basis.

**10. SECURITIES EVENTS.** Lehman Brothers shall inform you if Lehman Brothers becomes aware of the occurrence or prospective occurrence of any of the following with respect to any securities in your account(s): conversions, subdivision or consolidation; redemption; a takeover offer; calls, including calls on partly-paid securities and published calls; a capitalization issue; rights issue; distribution of income in the form of securities; or a certificate which may at a future date be exchanged for securities or an entitlement to acquire securities. Subject to Section 19 herein, if Lehman Brothers receives notice from you that you wish to act on any of the events referenced in this section and such notice is received by Lehman Brothers within a reasonable time for Lehman Brothers to act on such event, Lehman Brothers will act in accordance with your wishes. You represent that you review all prospectuses and offering statements that you may receive and understand the risks inherent with your securities transactions, including any risks associated with the above-described securities events.

**11. VOTING RIGHTS.** If any right to vote arises with respect to securities in your account, you may inform Lehman Brothers that you wish to exercise such right as you specify. Subject to Section 19 hereof, if Lehman Brothers receives this notice within a reasonable time to act, it will act in accordance with your wishes. If Lehman Brothers does not receive such timely notice from you, it will use its discretion to decide whether and how to vote such securities.

**12. WAIVER, ASSIGNMENT AND NOTICES.** Neither Lehman Brothers' failure to insist at any time upon strict compliance with this Agreement or with any of the terms hereof nor any continued course of such conduct on its part shall constitute or be considered a waiver by Lehman Brothers of any of its rights or privileges hereunder. Any purported assignment of your rights and/or obligations hereunder without obtaining the prior written consent of an authorized representative of Lehman Brothers shall be null and void. Each Lehman Brothers Entity reserves the right to assign any of its rights or obligations hereunder or under any Contract to any other Lehman Brothers Entity without prior notice to you. Notices and other communications to you (including, without limitation, Margin Calls) that are sent by electronic means, including facsimile or electronic mail, sent by express delivery service or mailed, in each case to the address or number provided by you, shall, until the respective Lehman Brothers Entity has received notice in writing of a different address or number, be deemed to have been personally delivered to you. Margin Calls may also be communicated orally, without subsequent written confirmation.

**13. FREE CREDIT BALANCES.** You hereby authorize Lehman Brothers to use any free credit balance awaiting investment or reinvestment in your account(s) in accordance with all applicable rules and regulations and to pay interest thereon at such rate or rates and under such conditions as are established from time to time by Lehman Brothers for such account(s) and for the amounts of cash so used.

**14. RESTRICTIONS ON ACCOUNT.** You understand that Lehman Brothers, in its sole and absolute discretion, may restrict or prohibit trading of securities or other property in your account(s) and may terminate your account(s), and you shall nevertheless remain liable for all of your obligations to the Lehman Brothers Entities under this Agreement or any Contract. In the event that Lehman Brothers, in its sole and absolute discretion, determines to

4

impose such restrictions on your account(s) due to credit, margin, legal, regulatory, money laundering or other concerns, Lehman Brothers shall be under no obligation to provide you with prior notice of such restriction.

**15. CREDIT INFORMATION AND INVESTIGATION.** You authorize Lehman Brothers, in its discretion, at any time and from time to time, to make or obtain reports concerning your credit standing and business conduct (including, but not limited to, obtaining audited account statements, if such are available). You may make a written request for a description of the nature and scope of the reports made or obtained by Lehman Brothers and the same will be provided to you within a reasonable period of time.

**16. SHORT AND LONG SALES.** In placing any sell order for a short account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "short". You are required to and will comply with all applicable rules and regulations relating to short sale transactions. In placing any sell order for a long account, you will designate the order as such and hereby authorize Lehman Brothers to mark the order as being "long". The designation of a sell order as being for a long account shall constitute a representation by you that you own the security with respect to which the order has been placed, that such security is not restricted under Rules 144 and/or 145 under the U.S. Securities Act of 1933 (as may be amended, modified or supplemented) or any other applicable law, rule or regulation and, as such, may be sold without restriction in the open market and that, if Lehman Brothers does not have the security in its possession at the time you place the order, you shall deliver the security by settlement date in good deliverable form or pay to Lehman Brothers any losses and expenses it may incur or sustain as a result of your failure to make delivery on a timely basis.

**17. MARGIN ACCOUNTS.** All Loans made hereunder are demand loans. You hereby agree to deposit and maintain such cash or collateral as margin in your margin accounts, if any, as Lehman Brothers may in its sole discretion require, and you agree to pay forthwith on demand any amount owing with respect to any of your margin accounts to satisfy Lehman Brothers' demand for such payment (a "Margin Call"). In addition, you further agree to deposit promptly and maintain such other collateral with Lehman Brothers as is required by any Contract you may have with any Lehman Brothers Entity. Upon your failure to make any such payment or deposit, or if at any time Lehman Brothers, in its sole discretion, deems it necessary for its protection, whether with or without prior demand, call or notice, Lehman Brothers shall be entitled to exercise all rights and remedies provided herein. No demands, calls, tenders or notices that Lehman Brothers may have made or given in the past in any one or more instances shall invalidate your waiver of the requirement to make or give the same in the future.

**18. SECURITIES CONTRACTS.** You acknowledge and agree that any positions in your account(s) shall be deemed "securities contracts" within the meaning of Sections 555 and 741(7) (as may be amended, modified or supplemented) of the U.S. Bankruptcy Code.

**19. CONSENT TO LOAN OR PLEDGE OF SECURITIES IN MARGIN ACCOUNTS.**

(a) Except as noted in subparagraph (b) below, within the limits of applicable law and regulations, you hereby authorize Lehman Brothers to lend either to itself or to others any securities held by Lehman Brothers in any of your accounts, to convey therewith all attendant rights of ownership (including voting rights and the right to transfer the securities to others), and to use all such property as collateral for its general loans. Any such property, together with all attendant rights of ownership, may be pledged, repledged, hypothecated or rehypothecated either separately or in common with other property for any amounts due to Lehman Brothers thereon or for a greater sum, and Lehman Brothers shall have no obligation to retain a like amount of similar property in its possession and control. You hereby acknowledge that, as a result of such activities, Lehman Brothers may receive and retain certain benefits to which you will not be entitled. In certain circumstances, such loans, pledges, repledges, hypothecations or rehypothecations may limit, in whole or in part, your ability to exercise voting and other attendant rights of ownership with respect to the loaned or pledged securities. You agree to waive the right to vote, or to provide any consent or to take any similar action with respect to these securities in the event that the record date or deadline for such vote, consent or other action falls during the period of any such loan, pledge, repledge, hypothecation or rehypothecation.

(b) Unless otherwise agreed by Lehman Brothers and you, you will be entitled to receive all distributions, including, but not limited to, cash, stock dividends and interest payments, made on or in respect of any loaned, pledged, repledged, hypothecated or rehypothecated securities which are not otherwise received by you, to the full

5

extent you would be entitled if the securities had not been loaned, pledged, repledged, hypothecated or rehypothecated.

**20. OPTIONS POSITIONS.** You represent and warrant not to enter into any purchase or sale of equity, debt, foreign currency or index put or call options without having read and fully understood the terms, conditions and risks as set out in the Characteristics and Risks of Standardized Options booklet and applicable supplements. You understand that short options positions are assigned on an automated random basis and may be assigned on the day written. You will notify Lehman Brothers of your intention to exercise listed options no later than two hours before the expiration time of the option (one hour in the case of an over-the-counter option). Failure to give such notice will constitute an abandonment of the option, in which case Lehman Brothers may, but shall be under no obligation to, exercise the option.

**21. PRIME BROKERAGE SERVICES.** Under the terms and conditions of this Agreement, LBI will act as a prime broker for you in accordance with the no-action letter of the Securities and Exchange Commission dated January 25, 1994, as such letter may be amended, modified or supplemented from time to time (the "SEC Letter") and the provisions set forth below:

(a) LBI will, subject to the terms and conditions of this Agreement, accept for clearance and settlement trades executed on your behalf by executing brokers as you may designate from time to time and who have received LBI's prior approval and who have previously executed an agreement with LBI setting forth the terms and conditions under which such executing brokers will be authorized to accept orders from you for settlement by LBI (the "Executing Brokerage Agreement").

(b) LBI shall be responsible for settling trades executed on your behalf by your executing broker(s) and reported to LBI by you and your executing broker(s) provided that you have reported to LBI on trade date, by the time designated to you by LBI, all the details of such trades including, but not limited to, the contract amount, the security involved, the number of shares or the number of units and whether the transaction was a long or short sale or a purchase, and further provided that LBI has either affirmed or not "DK'd" ("indicated it does not know") and has not subsequently disaffirmed such trades. In the event that LBI determines not to settle a trade, LBI shall not have settlement responsibility for such trade and shall, instead, send you a cancellation notification to offset the notification sent to you under sub-paragraph (c) of this paragraph. You shall be solely responsible and liable to your executing broker(s) for settling such trade. In addition, LBI may be required to cease providing prime brokerage services to you in accordance with the Executing Brokerage Agreement.

(c) On the day following each transaction, LBI shall send you a confirmation of each trade placed with an executing broker in accordance within the SEC Letter based upon the information you provided to LBI. Any confirmations issued by LBI as prime broker shall identify the executing broker and provide you with the information required by the SEC Letter. Confirmations of the execution of orders and other activity in your account(s) which have been provided or made available to you by 10:00 a.m. (New York time) on the business day immediately following the trade date shall be conclusive if not objected to by 2:00 p.m. (New York time) on such business day or, if such reports are provided or made available to you after 10:00 a.m. (New York time) on such business day, then such confirmations shall be conclusive if not objected to within four (4) hours after such confirmations have been provided or made available to you. Monthly statements shall be sent to you in accordance with the SEC Letter. Information contained in monthly statements of account, to the extent not included in an activity report, shall be conclusive if not objected to within ten (10) days after such statements have been provided or made available to you. LBI may send communications to your address of record or another address provided to LBI in writing. All communications sent to such address, whether by mail, facsimile, telegraph, messenger, electronic means or otherwise, shall be deemed to have been given to you personally as of the date and time sent, whether actually received or not.

(d) In the event of: (i) the filing of a petition or other proceeding in bankruptcy, insolvency or for the appointment of a receiver by or against your executing broker, (ii) the termination of your executing broker's registration and the cessation of business by it as a broker-dealer, or (iii) your executing broker's failure, inability or refusal, for any reason whatsoever or for no reason at all, to settle a trade, and if LBI agrees to settle any trades executed on your behalf by such executing broker, regardless of whether LBI either affirmed or did not DK and did

not disaffirm such trades, you shall be solely responsible, and liable to LBI, for any losses arising out of or incurred in connection with LBI's agreement to settle such trades.

(e)  You shall maintain in your account with LBI such minimum net equity in cash or securities as LBI, in its sole discretion, may require from time to time (the "Lehman Brothers Net Equity Requirements"), which shall in no event be less than the minimum net equity required by the SEC Letter (the "SEC Net Equity Requirements"). In the event your account falls below the SEC Net Equity Requirements, you hereby authorize LBI to notify promptly all executing brokers with whom it has an Executing Brokerage Agreement on your behalf of such event. Moreover, if you fail to restore your account to compliance with the SEC Net Equity Requirements within the time specified in the SEC Letter, LBI shall, without notice to you: (i) notify all such executing brokers that LBI is no longer acting as your prime broker and (ii) either not affirm or "DK" ("indicate that it does not know") all prime brokerage transactions on your behalf with a trade date after the business day on which such notification was sent. In the event : (i) your account falls below the Lehman Brothers Net Equity Requirements, (ii) LBI determines in its sole discretion that there would not be enough cash in your account to settle such transactions or that a maintenance Margin Call may be required as a result of settling such transactions, or (iii) LBI determines in its sole discretion that the continuation of prime brokerage services to you presents an unacceptable risk to Lehman Brothers taking into consideration all the facts and circumstances, then LBI may disaffirm all your prime brokerage transactions and/or cease to act as your prime broker. In any such case, LBI shall send a cancellation notification to you, and you understand that you must settle outstanding trades directly with the relevant executing broker and that you authorize LBI to provide the executing broker with any information useful to settle such trades. You further agree that LBI will not be bound to make any investigation into the facts surrounding any transaction to which you are a party and that immediately upon notice to you and, if required, to the executing brokers, LBI may cease acting as your prime broker.

(f)  If you have instructed your executing broker(s) to send confirmations to you in care of LBI, as your prime broker, the confirmation sent by such executing broker is available to you promptly from LBI (once received), at no additional charge.

(g)  If your account is managed on a discretionary basis, you hereby acknowledge that your prime brokerage transactions may be aggregated with those of other accounts of your adviser, according to your adviser's instructions, for execution by your executing broker(s) in a single bulk trade and for settlement in bulk by LBI. You understand that no part of any transaction may be allocated to any other account where such other account's net equity is below the minimum levels established in the SEC Letter and that, should such a net equity deficiency occur in any such other account, LBI must disaffirm the entire transaction. In the event any trade is disaffirmed, as soon as practicable thereafter, LBI shall supply your executing broker(s) with the allocation of the bulk trade, based upon information provided by your adviser.

(h)  You hereby authorize LBI to disclose your name, address and tax I.D. number to your executing broker(s) to enable such executing broker to establish on its books an account for you to be used in the event transactions are disaffirmed by LBI.

(i)  Lehman Brothers will not be responsible or liable for any acts or omissions of any executing broker or its employees. You understand that Lehman Brothers does not act as investment adviser or solicit orders, that Lehman Brothers does not advise prime brokerage customers, perform any analysis, or make any judgment on any matters pertaining to the suitability of any order, or offer any opinion, judgment or other type of information pertaining to the nature, value, potential or suitability of any particular investment.

(j)  You agree to indemnify and hold Lehman Brothers harmless from any loss, claim or expense, including attorneys' fees, incurred by Lehman Brothers in connection with Lehman Brothers acting or declining to act as prime broker for you and to fully reimburse Lehman Brothers for any legal or other expenses (including the cost of any investigation and preparation) which Lehman Brothers may incur in connection with any claim, action, proceeding or investigation arising out of or in connection with this Agreement or any transactions hereunder.

(k)  You represent and warrant that you are currently in compliance, and during the term of this Agreement will remain in compliance, with all applicable requirements of the SEC Letter, including, but not limited to, the requirement that you execute an agreement with each executing broker.

7

(l)  The prime brokerage services hereunder shall be provided in a manner consistent with the SEC Letter.

**22. LEGALLY BINDING.** You hereby agree that this Agreement and all of the terms hereof shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases and sales shall be for your account(s) in accordance with your oral or written instructions. You hereby waive any and all defenses that any oral instruction was not in writing as may be required by any applicable law, rule or regulation. With respect to any of your accounts maintained in connection with this Agreement, you hereby authorize Lehman Brothers to act and rely on any instructions (including, without limitation, instructions to transfer cash or securities, purchase or sell securities, enter into derivative or other transactions or borrow money or securities) received by Lehman Brothers from any of the persons listed on Exhibit A, as such list may be amended by you from time to time. In addition, you hereby authorize Lehman Brothers to act and rely on any instructions received by Lehman Brothers from any of your employees or agents (including any investment manager or adviser) that Lehman Brothers reasonably believes is authorized to so act on your behalf.

**23. AMENDMENT.** You agree that Lehman Brothers may modify the terms of this Agreement at any time upon prior written notice to you. By continuing to accept services from Lehman Brothers thereafter, you will have indicated your acceptance of any such modification. If you do not accept such modification, you must notify Lehman Brothers in writing; your account may then be terminated by Lehman Brothers, after which you will remain liable to Lehman Brothers for all outstanding liabilities and obligations. Otherwise, this Agreement may not be modified absent a written instrument signed by an authorized representative of Lehman Brothers.

**24. GOVERNING LAW.** THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND SHALL BE CONSTRUED, AND THE CONTRACTUAL AND ALL OTHER RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAW OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

**25. JURISDICTION; WAIVER OF JURY TRIAL.** The parties shall attempt in good faith to promptly resolve any dispute arising out of, relating to or in connection with this Agreement or any transactions hereunder by negotiations by executives of the parties who have the authority to settle the controversy. With respect to any suit, action or proceedings relating to this Agreement ("Proceedings"), each party irrevocably submits to the exclusive jurisdiction of the courts of the State of New York and the United States District Court located in the Borough of Manhattan in New York City and waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have any jurisdiction over such party. ANY RIGHT TO A TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION IS HEREBY WAIVED BY ALL THE PARTIES TO THIS AGREEMENT.

**26. WAIVER OF IMMUNITIES.** Each party irrevocably waives, to the fullest extent permitted by applicable law, with respect to itself and its revenues and assets, all immunity on the grounds of sovereignty or other similar grounds from (i) suit, (ii) jurisdiction of any court, (iii) arbitration, (iv) relief by way of arbitration award, injunction, order for specific performance or recovery of property, (v) attachment of its assets (whether before or after judgment) and (vi) execution or enforcement of any judgment or arbitration award and irrevocably agrees, to the fullest extent permitted by applicable law, that it will not claim any such immunity.

**27. TRANSFERS.** Lehman Brothers shall have the right to transfer Assets between any account in order to satisfy any of your obligations to Lehman Brothers. When giving instructions to transfer Assets from your accounts to any bank or other entity, you agree that all such requests will have been approved by an authorized signatory and you agree to provide Lehman Brothers with an accurate account number designating the account to receive such Assets. You agree to indemnify and hold Lehman Brothers harmless from and against all liabilities arising from the provision of an inaccurate account number or any other liabilities arising as a result of the transfer at your request.

**28. PROVISION OF DATA.** With respect to any market data or other information that Lehman Brothers or any third party service provider provide to you, (i) Lehman Brothers and any such provider are not responsible or liable if any such data or information is inaccurate or incomplete in any respect; (ii) Lehman Brothers and any such provider are not responsible or liable for any actions that you take or do not take based on such data or information;

(iii) you will use such data or information solely for the purposes set forth in this Agreement and any other agreement between us; (iv) such data or information is proprietary to Lehman Brothers and any such provider and you will not retransmit or disclose such data or information to third parties except as required by applicable law or regulation; and (v) you will use such data or information solely in compliance with applicable laws, rules and regulations.

**29. EXTRAORDINARY EVENTS.** You agree that Lehman Brothers will not be liable for any loss caused, directly or indirectly, by government restrictions, exchange or market rulings, suspension of trading, war (whether declared or undeclared), terrorist acts, insurrection, riots, fires, flooding, strikes, failure of utility services, accidents, adverse weather or other events of nature, including but not limited to earthquakes, hurricanes and tornadoes, or other conditions beyond Lehman Brothers' control. In the event that any communications network, data processing system, or computer system Lehman Brothers uses is rendered inoperable, Lehman Brothers will not be liable to you for any loss, liability, claim, damage or expense resulting, either directly or indirectly, therefrom.

**30. LIMITATION OF LIABILITY.** Lehman Brothers shall not be liable in connection with the execution, clearing, handling, purchasing or selling of securities, commodities or other property, or other action, except for gross negligence or willful misconduct on Lehman Brothers' part. You understand that certain securities may be held outside the United States by unaffiliated, foreign agent banks and depositories. Lehman Brothers will not be liable to you for any loss, liability or expense incurred by you in connection with these arrangements except to the extent that any such loss, liability or expense results from Lehman Brothers' gross negligence or willful misconduct. In no event will Lehman Brothers be liable for any special, indirect, incidental or consequential damages arising out of this Agreement.

**31. HEADINGS; COUNTERPARTS.** The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights provided for hereunder. This Agreement may be executed in counterparts, each of which shall be deemed an original.

**32. TELEPHONE CONVERSATIONS.** For the protection of both you and Lehman Brothers, and as a tool to correct misunderstandings, you hereby authorize Lehman Brothers, at Lehman Brothers' discretion and without prior notice to you, to monitor and/or record any or all telephone conversations or electronic communications between you and Lehman Brothers or any of Lehman Brothers' employees or agents. You acknowledge that Lehman Brothers may determine not to make or keep any of such recordings and that such determination shall not in any way affect any party's rights.

**33. CUMULATIVE RIGHTS; ENTIRE AGREEMENT.** The rights, remedies, benefits and protections afforded to each Lehman Brothers Entity under this Agreement and under any Contract you may have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are cumulative and in addition to any other rights, remedies, benefits and protections that any Lehman Brothers Entity may have. To the extent that the provisions of any Contracts you have with any Lehman Brothers Entity, whether heretofore or hereafter entered into, are inconsistent (whether the inconsistency be between the Contracts or within a single Contract), the conflict shall be resolved in favor of the provision which affords Lehman Brothers with the maximum rights, remedies, benefits or protections. You hereby appoint Lehman Brothers as your agent and attorney-in-fact to take any action (including, but not limited to, the filing of financing statements) necessary or desirable to perfect and protect the security interest granted herein or to otherwise accomplish the purposes of this Agreement. Except as set forth above, this Agreement represents the entire agreement and understanding between you and Lehman Brothers concerning the subject matter hereof.

**34. CAPACITY TO CONTRACT; ANTI-MONEY LAUNDERING; AFFILIATIONS.** You represent that you have the capacity and authority to enter into this Agreement. You represent to the best of your knowledge that you do not maintain or transact business for or with nor will you introduce individuals or entities to Lehman Brothers that the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") has listed as "Specially Designated Nationals and Blocked Persons" nor with any client in an embargoed country as determined by OFAC. Furthermore, you represent that you have conducted thorough due diligence with respect to all of your clients, and you do not know or have any reason to suspect that the monies used to fund the account have been or will be derived from or related to any illegal activities, including but not limited to, money laundering activities. You agree to

9

provide Lehman Brothers with any information that it may require in relation to compliance with any applicable money laundering regulations. Each representation or warranty made by you in this Agreement will be deemed to be repeated by you on each date on which a transaction occurs hereunder.

You represent that you are of legal age and that, unless you have notified Lehman Brothers to the contrary, neither you nor any member of your immediate family is: (i) an employee or member of any exchange, (ii) an employee or member of the National Association of Securities Dealers, Inc. or any of its affiliates, (iii) an individual or an employee of any corporation or firm engaged in the business of dealing, as broker or principal, in securities, options or futures or (iv) an employee of any bank, trust company or insurance company. If you are signing on behalf of others, you hereby represent that the persons(s) or entity(ies) on whose behalf you are signing is/are authorized to enter into this Agreement and that you are duly authorized to sign this Agreement and make the representations contained herein in the name and on behalf of such other person(s) or entity(ies) and you agree to indemnify and hold Lehman Brothers harmless from any claim or claims arising from your unauthorized execution of this Agreement on the behalf of such other person(s) or entity(ies). You hereby authorize Lehman Brothers to accept faxed copies of this or any other document or instruction as if it were the original and further to accept signatures on said faxes as if they were original.

10

*PLEASE COMPLETE THIS INFORMATION AND SIGN THE APPROPRIATE SPACE BELOW:*

**THIS AGREEMENT IS DATED AS OF** _____, 2007

Stonchill Offshore Partners LTD
*Name of Customer*

c/o Citco Fund Services LTD          BWI
P.O. Box 31106 SMB/ T Woodlaver
Corp. Center West Bay Road
*Address*                              *Country*

Grand Cayman
*City, State*                         *Zip Code + 4*

**BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:**

**YOU HAVE RECEIVED A COPY OF THIS AGREEMENT AND AGREE TO ITS TERMS AND CONDITIONS.**

CUSTOMER
NAME:          Stonehill Offshore Partners LTD
               *Individual or Printed Name of Company*

SIGNATURE:     
               *Signature of Authorized Person*

PRINT NAME:    John Motulsky, General Partner
               *Printed Name and Title of Signatory or Name of General*
               *Partner if Signer is a Partnership*

BY:            
               *Authorized Signatory and Title of General Partner if Above*
               *Signer is a Partnership Otherwise Blank*

**ACCEPTED AND AGREED TO:**

Lehman Brothers Inc., as signatory for itself and as agent for the affiliates
named herein

9 - 10 - 07

11

## **EXHIBIT B**



*900 002 114*

### CUSTOMER CLAIM FORM
### LEHMAN BROTHERS INC.

Stonehill Offshore Part Ltd.
Account# 732-40125
885 Third Avenue
30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

Daytime Phone: (212) 739 7474

Email: cwilson@stonehillcap.com

Contact Person: Chris Wilson

Taxpayer I.D. Number
(Social Security No.): not applicable

# PLEASE NOTE

- A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT.

- TO BE ELIGIBLE FOR THE MAXIMUM PROTECTION AFFORDED UNDER THE SECURITIES INVESTOR PROTECTION ACT ("SIPA"), ALL CUSTOMER CLAIMS SHOULD BE RECEIVED BY THE TRUSTEE ON OR BEFORE JANUARY 30, 2009; THE TRUSTEE WILL DETERMINE WHETHER CLAIMS MEET THE STATUTORY REQUIREMENTS FOR "CUSTOMER" CLAIMS UNDER SIPA; INCLUSION OF A CLAIM OR CLAIM TYPE ON THIS CLAIM FORM IS NOT DETERMINATIVE OF CUSTOMER STATUS UNDER SIPA.

- THE DEADLINE FOR FILING ALL CLAIMS IS JUNE 1, 2009. NO CLAIM WILL BE ALLOWED IF IT IS RECEIVED AFTER THAT DATE.

- ALL CLAIMS ARE DATED AS OF THE DATE RECEIVED BY THE TRUSTEE.

- YOU MAY FILE YOUR CLAIM ELECTRONICALLY ONLINE AT WWW.LEHMANTRUSTEE.COM OR SEND YOUR COMPLETED AND SIGNED CLAIM FORM TO THE TRUSTEE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

- IF YOUR ACCOUNT HAS BEEN TRANSFERRED TO ANOTHER BROKERAGE FIRM, BUT YOU BELIEVE YOU HAVE A CLAIM FOR PROPERTY OWED TO YOU BY LEHMAN BROTHERS INC., YOU MUST FILE A CLAIM TO PROTECT YOUR RIGHTS.

- LEHMAN BROTHERS INC. IS THE ONLY LEHMAN ENTITY THAT IS A DEBTOR IN THIS SIPA LIQUIDATION PROCEEDING. THIS CUSTOMER CLAIM FORM APPLIES ONLY TO LEHMAN BROTHERS INC. AND DOES NOT APPLY TO ANY OTHER LEHMAN ENTITY, INCLUDING ANY ENTITY IN A PROCEEDING UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.

This claim form must be completed electronically online at www.lehmantrustee.com or mailed promptly, together with supporting documentation, to the following:

If by first class mail:
Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

If by overnight mail:
Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

1. **CLAIM FOR MONEY BALANCES OR CASH AS OF SEPTEMBER 19, 2008:**

   a.   LBI owes me a credit or cash in the amount of:                    $ *See attached*

   b.   I owe LBI a debit or cash in the amount of:                        $ _____

   c.   If you wish to repay the debit balance listed in point b. above please
        insert the amount you wish to repay and attach a check payable to
        "James W. Giddens, Trustee for the SIPA Liquidation of Lehman
        Brothers Inc." If you wish to make a payment, **it must be enclosed**
        with this claim form.

                                                                          $ _____

2. **CLAIM FOR SECURITIES AS OF SEPTEMBER 19, 2008:**

   ### Please Do Not Claim Any Securities You Have In Your Possession

                                                          YES            NO
                                                      (Circle Y or N)
   a.   LBI owes me securities:                         Y                N

   b.   I owe LBI securities:                           Y                N

   c.   If yes to either, please list below (or in
        additional pages as necessary):

| Trade Date of Transaction (mm/dd/yyyy) | Name of Security | CUSIP | Number of Shares or Face Amount of Bonds | |
| --- | --- | --- | --- | --- |
| | | | LBI Owes Me (Long) | I Owe LBI (Short) |
| _____ | *See attached* | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

If additional space is needed, attach additional pages providing the information in the exact
format above.

## 3.   COMMODITY FUTURES CLAIMS

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| Do you have a claim based on a commodity futures account? | Y | (N) |

If the answer to the above question is "yes," please state the amount, and explain the basis for your claim below, attaching additional pages and supporting documents as necessary:

Amount of Claim: _____

Basis for Claim: _____

_____

_____

_____

_____

## WHEN COMPLETING SECTIONS 1 THROUGH 3 PLEASE KEEP IN MIND:

- If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate that your claim is an estimated claim.
- Proper documentation can speed the review, allowance, and satisfaction of your claim.
- Please enclose: copies of your last LBI account statement; purchase or sale confirmation slips; copies of checks that relate to the securities or cash you claim; and any other documentation or correspondence you believe will be of assistance in processing your claim.
- Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.
- If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

## PLEASE CIRCLE THE APPROPRIATE ANSWER FOR ITEMS 4 THROUGH 11.

**NOTE:**    IF "Y" IS CIRCLED FOR ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | YES | NO |
|---|---|---|
|  |  | (Circle Y or N) |
| 4.  Does your claim in any way relate to an entity other than Lehman Brothers Inc. (for example, Lehman Brothers Holdings Inc., or another Lehman subsidiary)? | Y | (N) |
| 5.  Has there been any change in your account since September 19, 2008? | (Y) | N |

6. Are you or were you a party to a repurchase or reverse repurchase agreement, director, officer, partner, shareholder, lender to, or capital contributor of LBI?   Y   (N)

7. Are you related to, or do you have any business venture with, any of the persons specified in "6" above, or any employee or other person associated in any way with LBI? If so, give name(s).   Y   (N)

8. Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of LBI?   Y   (N)

9. Is this claim being filed on behalf of a customer of a broker or dealer or bank? If so, provide documentation with respect to each customer on whose behalf you are claiming.   Y   (N)

10. Have you ever given any discretionary authority to any person to execute securities transactions with or through LBI on your behalf? Give names, addresses and phone numbers.   Y   (N)

11. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.   Y   (N)

Please list the full name, address, phone number, and email address of anyone assisting you in the preparation of this claim form:

Full name: _____

Address: _____

_____

Phone number: _____

Email address: _____

If more than one person is assisting you, attach additional pages providing the information in the exact format above.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF UP TO $50,000 OR IMPRISONMENT OF UP TO FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _January 26, 2009_____   Signature _Christopher Blie_____

Date _____   Signature _Managing member_
_Stonehill Capital Management, LLC_
_its advisor_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

4

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Brothers, Inc. | Case Number:<br>08-01420 (JMP) SIPA |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br>1000523153 LBI 12/1/2008 417060<br>Stonehill Offshore Part Lt<br>885 Third Avenue, 30th Floor<br>885 3rd Ave., Fl. 30<br>New York, NY 10022-4834<br><br>Telephone number: (212) 739-7474 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

**1. Amount of Claim as of Date Case Filed:**    $ _see attached_

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _Customer Property_
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____

    **3a.** Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>JAN 26 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_Christoph Wils_, Managing Member, Stonehill Capital Management LLC<br>"its Advisor" | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

**_____DEFINITIONS_____**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**_____INFORMATION_____**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 *et seq.*), and any applicable orders of the bankruptcy court.

If you would like to file your claim online please go to www.lehmantrustee.com and select the
link for the online claim form. You will need the tracking number and mail id listed below to
complete your claim online.

P0000L 0000** -P02016 323 746;5811 1613 A

Tracking Number: 423040 Mail ID: 417060

Stonehill Offshore Part Lt
885 Third Avenue, 30th Floor
885 3rd Ave., Fl. 30
New York, NY 10022-4834

**Stonehill Capital Management LLC**
885 Third Avenue, 30th Floor
New York, NY  10022
(212) 739-7474

Contacts:    Chris Wilson, Managing Member, cwilson@stonehillcap.com
Steve Nelson, Chief Financial Officer, snelson@stonehillcap.com
Ann Kalter, Accounting Manager, akalter@stonehillcap.com


Date:  January 26, 2009


RE:    **STONEHILL OFFSHORE PARTNERS LIMITED**
**Primary LBI account number: 732-40125**


## Customer Claims in Lehman Brothers Inc. (LBI)

---

Stonehill Offshore Partners Limited (SO) was one of the largest prime brokerage clients
of LBI and LBI was SO's sole prime broker.  The professionals representing the LBI
estate have invested long hours and have been extremely accommodating in returning the
vast majority of SO's securities, and Stonehill is very appreciative of those efforts to date.
However a substantial list of securities has not yet been delivered, and substantial cash
has accumulated at LBI as well, which elements comprise SO's customer claim.  This
customer claim is supported by voluminous information; the attachments evidencing this
claim are intended to provide ample support, but SO has substantial additional
information that can be provided upon request.

### Securities

SO received extensive deliveries of its securities in late October and in late
December/early January; however, additional securities remain at LBI.  A list of
securities still carried at LBI is attached as SO Exhibit A.

### Cash

SO's cash claim is presented in several components for ease of understanding:

**Component 1 – Error in Calculation at "True-Up" Date:**

In late October, 2008, at the time of the initial delivery of securities from LBI to SO,
LBI's representatives performed a comprehensive analysis of SO's account and

calculated SO's cash balance to be, as of September 19, 2008, a debit amount (owed to LBI) of $2,248,173.04. SO Exhibit B includes the Summary, and Brokerage Account Statement generated by LBI and delivered to SO at that time. On October 21, 2008, SO paid that amount to the SIPC trustee, effectively zeroing out its cash balance as of September 19, 2008. However, LBI's calculation excluded "type 5" cash, and also excluded the market value of SO's short positions, but the two items do not offset equally. Closing out SO's short positions as of September 19, per the estate's October 14 protocol, results in the cost to close out shorts being less than the type 5 cash by $257,571.75 (see SO Exhibit C.) LBI thus owes SO this value difference.

Component 1 totals $257,571.75

### Component 2 – "P&I" post September 19:

From September 19, 2008, through the date of this claim, Stonehill is aware of principal, interest and other payments on securities custodied at LBI that have flowed to LBI, as presented on Exhibit D.

Component 2 is comprised of the following currencies:

USD   6,173,078.91
GBP   5,262,140.69
EUR   122,442.03
CAD   164,576.11

### Component 3 – Misdirected Wires on Private Investments:

After September 19, 2008, misdirected wires flowed to LBI with respect to non-custodied instruments (private investments.) In addition, certain foreign wires were sent to LBI just before LBI's proceeding, which were never posted to Stonehill's account (it was common for foreign wires to take several days to be posted, and the LBI proceeding interrupted the finalization.) Stonehill is aware of certain of these items which are listed on SI Exhibit E.

Component 3 is comprised of the following currencies:

USD   427,247.78
EUR   262.34
GBP   25,011.80

### Component 4 – Cash Transfer in mid-September:

On September 17, 2008, two days before the SIPA proceeding, SO issued direction to LBI to transfer its securities and cash balance from LBI to an alternate prime broker. LBI

demanded that SO post cash collateral in order to effect the transfer, and SO delivered $5,500,000, which was transferred by LBI to SO account number 732-41222-1. (SO's account statement as of September 19, 2008 depicts this cash as an investment in a money market fund, however, that Lehman fund on or about that date closed itself to new investment, and the funds remained in cash, as depicted in the September 30, 2008 statement.) This cash was excluded from the "true-up" described under Component 1 above, and still resides at LBI. SO Exhibit F provides supporting documentation.

Component 4 totals $5,500,000.00


## Component 5 – Incomplete Transaction re MAC Funding Purchase:

On trade date August 7, 2008 SI agreed to purchase from JP Morgan 2,000,000 MAC Funding 1 Ltd (cusip 55261B202) for consideration of $655,000, by physical settlement. LBI debited cash in that amount from SI's account on August 12, 2008. Subsequent to the September 19 date of proceeding, we learned from JP Morgan that the trade had never settled: JP Morgan had not delivered the security to LBI and LBI had not paid the cash to JP Morgan. LBI must return that improperly debited cash to SO. Reference SO Exhibit G.

Component 5 totals $655,000


## Component 6 – Incomplete Transaction re US Power Generating Company:

On trade date March 27, 2008, Stonehill's two funds executed with LBI as the counterparty a negotiated sale of a private instrument: 15,130 shares of US Power Generating Company at a price of $28 per share, for total consideration of $423,640.00. Both SO and related account Stonehill Institutional Partners L.P. were the sellers; LBI was the buyer. The trade confirmations executed at the time are attached as Exhibit H (a). It was a private transaction subject to documentation, and had not closed by the September 19, 2008 date of the LBI proceeding.

At the time of the true-up described in Component 1, LBI personnel demanded that Stonehill Institutional Partners (SI) pay $118,619.20 to the SIPC trustee in relation to this outstanding trade, which amount was paid on September 21, 2008. LBI misunderstood the nature of this transaction - LBI incorrectly treated this private, negotiated, unclosed trade as if it were a short sale by SI in which SI had failed to deliver the security, demanding collateral in the amount paid. This payment was improper and must be returned to SI. Please note that even though this trade was by both Stonehill funds (Institutional and Offshore, as evidenced by the trade confirmations), the payment demanded at time of true up was only demanded from SI, therefore this portion of this Component 6 claim is only claimed on behalf of SI, not SO, and is recounted here only for fullness of disclosure.

A second element of the claim arises from LBI's failure to close this negotiated trade.
The current market value of US Power Gen stock is $6 per share (see Exhibit H (b));
LBI's failure to close has cost Stonehill $22 per share, times 8,730 shares (SO's portion
of the trade), equals $192,060.00.

Component 6 totals $192,060.00

### Component 7 – Incomplete Transaction re Zarlink Semiconductor common:

On August 15 and August 20, 2008, SO purchased shares in Zarlink Semiconductor with
purchase prices of CAD 5,148.78 and CAD 16,936.56, for a total of CAD 22,085.34. JP
Morgan, the clearing broker on the other side of the trade, was unable to settle prior to
September 19, 2008. However, LBI debited SO's cash in these amounts at the time of
trade and never returned the funds to SO. Exhibit I provides further detail.

Component 7 totals CAD 22,085.34

### Component 8 – Forward Sales of Foreign Currencies:

Stonehill's portfolio included investments denominated in foreign currencies. To hedge
such exposure, Stonehill routinely executed under its prime brokerage agreement with
LBI forward sales of foreign currencies. Stonehill believes that no other Lehman entity
other than LBI was involved in these transactions. SO had numerous foreign currency
transactions open as of September 19, 2008, which were in a gain position because the
dollar had strengthened against the foreign currencies during the term of the contracts. A
brokerage statement listing the transactions, and their market values, and Stonehill's
summary of that brokerage statement for ease of understanding, is SO Exhibit J.

Component 8 totals $6,135,929.26

### Component 9 – Cash Applied Late re Sale of Boston Gen:

On trade date August 1, 2008, SO executed with a third party (Kelts LLC) a negotiated
sale of a private instrument: 2,000,000 EBG Holdings bank debt (aka Boston Gen) for a
total consideration of $1,788,283.65. The trade confirmation executed at the time is
attached as SO Exhibit K(a). The transaction closed on August 26, 2008 and Kelts funded
the purchase price to LBI (see closing documents SO Exhibit K(b).) LBI
acknowledged receipt, but failed to post the cash to SO's account until October 10, 2008,
(see email correspondence attached as SO Exhibit K(c)). Therefore this cash was
excluded from the calculation done at the time of the "true-up" discussed under
Component 1 above, and LBI owes this cash to SO.

Component 9 totals $1,788,283.65

**Component 10 – Interest on Accumulated Cash Balances:**

If the court determines it appropriate, interest may be payable to SO on the accumulated cash balances which have resided at LBI. Stonehill cannot estimate the amount absent direction regarding the appropriate interest rates and a determination of the dates and amounts of funds received by LBI on SO's behalf.

The amount of this Component 10 claim cannot be quantified without direction from LBI and is therefore estimated.

**Component 11 – Other Post Date of Claim and Unknown Activity:**

Other amounts may have flowed into LBI with respect to SO's custodied securities of which we are not currently aware, and it is certain that amounts will continue to flow to LBI on securities which continue to be carried at LBI after the date of this claim. SO includes these presently unquantifiable amounts in its claim. As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items received or due with respect to custodied securities or other customer property of SO.

With regard to private investments, SO has no comprehensive way of determining what payments have flowed into LBI referencing Stonehill's account number or name. Considering Stonehill's distressed investing strategy, Stonehill's portfolio includes many private instruments which have irregular and unpredictable distribution dates, often without notice to us other than information conveyed by the wire transfer itself. As part of this claim, SO requests that LBI provide an accounting from September 19, 2008 forward of any cash items referencing any of the Stonehill accounts, and any Stonehill entity name, and includes all such presently unquantifiable amounts in its claim.

The amount of this Component 11 claim cannot be quantified and is therefore estimated.

**End of Document**

**Stonehill Offshore Partners Ltd - Exhibit A**

| Fund | LEHM A/C /Internal ID | LEHM ID | CUSIP/PCINS | ISIN | SEDOL | Description | Expected Quantity | Notes |
|---|---|---|---|---|---|---|---|---|
| Offshore | 732-40125 | BTDPF | 0081180 | C082881D5 | G0000011801 | 0081180 | BOWNE & CO DEVELOPMENTS PLC | 2,179,976.00 | |
| Offshore | 732-40125 | 5666251 | US12555EAB14 | 12555EAB1 | US12555EAB14 | | BOWNE2K CPT GROUP FUNDING CO DA RT R/MD 4.65 07/01/2010 | 2,179,976.00 | |
| Offshore | 732-40125 | CORE | 1219DAL6 | 1219DAL6 | | | CORE MARK HOLDING CO INC | 350,000.00 | |
| Offshore | 732-40125 | DAL | 247261702 | 247261702 | US2472617023 | | DELTA AIR LINES INC DEL COM NEW | 13,377.00 | |
| Offshore | 732-40125 | 5443519 | U29JDACQ8 | U29JDACQ8 | US2476317023 | B1W9J46 | DELTA AIR LINES INC DEL COM NEW | 13,377.00 | |
| Offshore | 732-40125 | 5442794 | 29357YAD5 | 29357YAD5 | XS0130764967 | 2769357 | ENRON CORP R/MD .678 06/15/2049 | 591,804.00 | |
| Offshore | 732-40125 | FRCPF | B04QZ20 | CA3704728M01 | B04QZ20 | | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE R/MD 7.25 05... | 200,000,000.00 | |
| Offshore | 732-40125 | HDIGFV3 | CA3704728M01 | 3704728M01 | CA3704728M01 | BXCZVW1 | GENERAL MOTORS ACCEPTANCE CORP | 880,395.00 | |
| Offshore | 732-40125 | HOV | 44260YAA4 | 44260YAA4 | US44260YAA46 | 2431167 | HOVNANIAN ENTERPRISES INC CL A CP C R/MD 6 01/15/2010 | 13,555,000.00 | |
| Offshore | 732-40125 | LEHIQ | 5320W117 | 5320W117 | US5325W3170 | 2231204 | IRIDIUM LLC CORP SR NOTE SER C R/MD 11.25 07/15/2049 | 402,500.00 | |
| Offshore | 732-40125 | LEHIQ | 46267JAA4 | 46267JAA4 | US46426H1AA66 | B2FFYC3 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% PFD PFD SER I | 1,000,000.00 | |
| Offshore | 732-40125 | 5BBNNC26 | 5336SAAN1 | 5336SAAN1 | US5336SAAN170 | | MAC CAPITAL LTD SER 2007-1 CL D-2L 144/2CT R/MD 11/2007 | 44,482.00 | |
| Offshore | 732-40125 | 5BBRZCI | 57337VAE3 | 57337VAE3 | US57337VAE24 | B2A6VN8 | MASONITE INTL CORP GTD SR SUB NT R/MD 11 04/06/2015 | 5,000,000.00 | |
| Offshore | 732-40125 | 5070337 | XS0107402017 | XS0107402017 | QT5665AA1 | | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE R/MD 00.00000 02/10/2003 | 6,670,000.00 | |
| Offshore | 732-40125 | 5BDYHQC | 739711AB3 | 739711AB3 | US739711AB30 | | PRATAMA DATAKOM ASIA ACCREDITED INVS R/MD 12.5 07/15/2005 | 1,250,000.00 | |
| Offshore | 732-40125 | 5277207 | XS0108329771 | XS0108329771 | | | PSINET INC EURO SENIOR R/MD 10.50 12/2006 | 500,000.00 | |
| Offshore | 732-40125 | 5155469 | 69363VAD9 | 69363VAD9 | US6936J V170 | 5963045 | PSINET INC SR EUR SR NOTE SER B R/MD 11.00 08/01/2009 | 48,443,000.00 | |
| Offshore | 732-40125 | PDCEF | B0391F5 | Y91447134 | B0391F5 | B0391F3 | PT SEPTRAD PRODUCE TRK SR5 SERIES A | 3,700.00 | |
| Offshore | 732-40125 | 5255599 | B41133AF6 | B41133A01 | DI000009401 | | SOUTHEAST BANKING TR LTR SER B | 14,443,000.00 | |
| Offshore | 732-40125 | 5093597 | XX5903197000 | B41133AA4 | US841138AG10 | 2822465 | SOUTHEAST BANKING CORP CV ADJ-ABD R/MD 10.50 04/15/1999 | 5,000.00 | |
| Offshore | 732-40125 | 5396001 | B41133AF3 | B41133AA4 | US841138AF37 | | SOUTHEAST BANKING CORP FRN CPN LIBOR +1.5 R/MD 15 11/02/1997 | 952,000.00 | |
| Offshore | 732-40125 | 5331044 | B41133AD8 | B41133AD8 | US841138AD88 | | SOUTHEAST BANKING CORP SUB NT R/MD 6.625 03/15/2015 | 13,105,000.00 | |
| Offshore | 732-40125 | 5BDHDQ2 | 8341JAM0 | 8341JAM0 | US83411AM09 | | STANFIELD VICTORIA FIN LTD MEDIUM TERM NT15A4A JCT R/MD 01/25/2008 | 8,736,000.00 | |
| Offshore | 732-40125 | TJ04BSQ | CA8791T972 | CA8791T972 | CA8791T972 | | TELEGLOBE CANADA FIN LTD SR SUB R/MD 9% 10/25/2058 | 4,600,000.00 | |
| Offshore | 732-40125 | ZARLF | 25071120 | 989191O70 | BGKFOP70 | | WASHINGTON MUTUAL UNIT 7.25% R/MD 5/19 PERPETUAL CONV | 13,000,000.00 | |
| Offshore | 732-40125 | C010314 | 12312T159 | 12312T159 | US12312T159 | BGKQN08 | US AIRWAYS GROUP INC | 700,890.00 | |
| Offshore | 732-40125 | 5337735 | 9292JCAP9 | 9292JCAP9 | US9292JCAP98 | | WCI COMM INC SR SUB NT R/MD 6.625 03/15/2015 | 13,105,000.00 | |
| Offshore | 732-40125 | WJ3PJ | 9292JCAG9 | 9292JCAG9 | US9292JCAG96 | 2959951 | WCI COMM INC SR SUB NT R/MD 9 05/01/2012 | 14,645,000.00 | |
| Offshore | 732-40125 | ZARLF | 7447CAD3 | 7447CAD3 | B2925YR | ZARLINK SEMICONDUCTOR INC | 5,530.00 | |
| Offshore | 732-40125 | 2535156 | 69363VAB3 | 69363VAB3 | US9893JUA51 | 2591102 | GMAC LLC 1.75% 12/17/2018 PVT | 3,462,786.00 | Lehman knows qty of 5,490,156 - the difference is unsettled trade. Return cash of CAD 12,089.34 |
| Offshore | 732-40125 | MDINYJ1 | 989511UA51 | 989511UA51 | US9895JUA51 | | GMAC LLC 12% 12/01/2018 PVT REGS | 1,247,000.00 | |
| Offshore | 732-40125 | MDI4151B | US55360182015 | 55360182015 | US55360182015 | | ZIFF DAVIS MEDIA INC BD CPT LTD RATE NEW | 1,417,000.00 | Received from Resq on CUSIP # 76J138AF6 |
| Offshore | 732-40125 | 5449200 | 7447CAF6 | 7447CAD3 | XS0130765026 | 2166009 | MAC FUNDING LTD FRN PFD PIT FLTG RATE NEW | 92,718.00 | PIK Payment received, in post-settlement holdings |
| Offshore | 732-40125 | 5314821 | 7447CAB7 | 7447CAB7 | | | ENRON CORP R/MD .77 06/18/2008 | 0.00 | Lehman knows quantity of 2,000,000, which is unsettled trade. Return cash of USD 655,000.00 |
| Offshore | 732-40125 | 5377979 | 7447CAG4 | 7447CAG4 | | | PSINET INC SENIOR NOTES SER B, IN DEFAULT 10.0000% 02/15/2005 7447CAG6 | 920,000,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 5260900 | 7447CAD3 | 7447CAD3 | | | PSINET INC SR NOTE - IN DEFAULT 10.5000% 12/01/2006 7447CAG6 | 131,370,000.00 | Removed by Lehman, but there will be future distributions |
| Offshore | 732-40125 | 2535156 | 69363VAB3 | 69363VAB3 | | | PSINET INCORPORATED SR NTE - IN DEFAULT 11.0000% 08/01/2009 69363VAB3 | 173,811,000.00 | Removed by Lehman, but there will be future distributions |

So Exhibit B

**MARGIN SUMMARY**
COB
9-18-08

*TOTAL COLLATERAL*

| | |
|---|---:|
| **TOTAL LMV TYPE 1 LONG POSITIONS (US$)** | 266,659,029.00 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (C$ value converted to US$)** | 12,599,576.53 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (BP value converted to US$)** | 1,698,499.33 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (EM value converted to US$)** | 2,724,187.15 |
| **TOTAL LMV TYPE 1 LONG POSITIONS (JY value converted to US$)** | 0.00 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (US$)** | 33,123,055.72 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (C$ value converted to US$)** | 349,136.76 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (BP value converted to US$)** | 0.00 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (EM value converted to US$)** | 0.00 |
| **TOTAL LMV TYPE 2 LONG POSITIONS (JY value converted to US$)** | 0.00 |
| *TOTAL USD DELIVERABLE COLLATERAL* | 299,782,084.72 |
| **TYPE 1 CASH (US$)** | 230,007.94 |
| **TYPE 1 CASH C$ (value converted to US$)** | 0.00 |
| **TYPE 1 CASH BP (value converted to US$)** | 0.00 |
| **TYPE 1 CASH JY (value converted to US$)** | 0.00 |
| **TYPE 1 CASH EM (value converted to US$)** | 0.00 |
| **TYPE 2 CASH (US$)** | 0.00 |
| **TYPE 2 CASH C$ (value converted to US$)** | 0.00 |
| **TYPE 2 CASH BP (value converted to US$)** | 134,366.80 |
| **TYPE 2 CASH JY (value converted to US$)** | 0.00 |
| **TYPE 2 CASH EM (value converted to US$)** | 0.00 |
| *TOTAL USD CASH COLLATERAL* | 230,007.94 |
| *TOTAL EXPOSURES* | |
| **TYPE 2 DEBIT BALANCE** | 531,364.02 |
| **TYPE 2 (C$) DEBIT BALANCE** | 1,936,073.34 |
| **TYPE 2 (EM) DEBIT BALANCE** | 145,110.42 |
| *TOTAL EXPOSURE* | 2,612,547.78 |
| *TOTAL COLLATERAL NEEDED TO COVER EXPOSURE* | 2,248,173.04 |
| *TOTAL VALUE OF COLLATERAL AVAILABLE FOR DELIVERY* | 314,905,311.44 |
| *TOTAL CASH AVAILABLE FOR PAYMENT* | 0.00 |

**Note: Proceeds generated from the close out of shorts will result in a cash in lieu claim

```
BKR256                                          MARGIN ACTIVITY STATEMENTS              09/19/08         PAGE  93762
732-40125

CLIENT 012  STONEHILL
RR.  H01  BALANCES                              CUR-CODE: 000

- - - - OPEN T/D BAL - - - -        CLOSE T/D BAL          OPEN S/D BAL          CLOSE S/D BAL          MARKET VALUE         DLA
TC   213,457.10-                   230,007.94-             213,457.10-           230,007.94-            266,659,169       09/19/08
12   1,380,961.05-                 531,364.02              1,071,771.29          2,984,096.36           35,123,085        09/19/08
20   54,206,948.36-               56,231,081.00-          54,206,948.36-        56,231,081.00-          55,796,251-       09/19/08
55   55,881,566.59-               55,929,724.92-          53,428,834.25-        53,476,992.80-          243,985,632       09/19/08

- - - - ACTIVITY - - - -
S/DTE
12 09/19     LONG/SHORT(-)

- - - - POSITIONS - - - -
LOA                                DESCRIPTION                  CUSIP/SEC        PRICE/ENT  T/D  TRD #    MARKET VALUE      DEBIT/CREDIT(-)
   LONG/SHORT(-)                                                                                                          1,944,132.64
        1.0000                                                                                            0               1,981,503.14

                                MMSAR GROUP FINANCE B V        XXA0009280       INT       09/19                           MARGIN REQUIREMENT
                                DUE 06/08/2006,  4.375          5196207                                    0               0
                                REV ENTRY OF 06-                5196207         INT       09/19
14 09/19                        INCORRECT FX  8-30 DUE TO
                                MMSAR GROUP FINANCE B V         A009928                                                   1,997,855.90-
  404,401.0000                  DUE 06/08/2006,  4.375          003811070      4.38000    09/19           2,122,026       1,455,443
                                REC 5/16/08 PAY 5/28/08         A013767                   404,401.0000
12 122107                       ACACIA RESEARCH - ACACIA        013767                    54,030,404.481.0000
                                TECHNOLOGIES INC
  392,902.0000                  ABOVENET INC                    0374N1070      54.03000   392,902.0000     21,228,495      21,228,495
                                MARK TO MARKET                  A014448        31.00000H  392,902.0000
                                INWIRE RF#051966B7HU2R008975    0374N1070
                                026400H0055                     A01748S                   40,000.0000
   40,000.0000                  MTS ABOVENET INC                0374N1230      2.71700N   40,000.0000      1,240,000       372,000
                                PART HERE LTD FFG A C 732 401   A017488                                    5,922,728
                                MCI COMMODITIES, INC            B157756        2,179,878.0000
 2,179,878.0000                 MMBARRATT DEVELOPMENTS PLC      008280050      2.71700N   2,179,878.0000   5,922,728       5,922,728
                                MARK TO MARKET SHORT POS        200358X1090    205,300.0000
  205,300.0000                  COMFORCE CORP                  C000344         0.00000H   205,300.0000      567,747         567,747
                                                                D000344
 10,000,000.0000                MTS CD RADIO INC               12512252850     0.00000H   10,000,000.000   0               0
                                EXP 5/15/2009  ACCREDITED INVS  001051M1090
  6,664.0000                    COMDISCO HOLDING COMPANY INC   2003541000      9.80000H   6,664.0000        65,307          65,307
                                                                0012106        0.00000H
                                                                1494791070
 25,942.0000                    CATTLESALE COMPANY             C012394         0.00000H   25,942.0000        0               0
                                                                C012394
                                                                2186811040
 13,377.0000                    CORE MARK HOLDING CO INC       C014610 SB     27.92000    13,377.0000       373,485         112,045
```

13

```
BRS6
CLIENT 012                    OFFSHORE              MARGIN ACTIVITY STATEMENTS            09/19/08        PAGE  93763
RR: NO1 STONEHILL             SECURITY DESCRIPTION  CURR-CODE: 000
TC 732-40125  LONG/SHORT(-)
TD 043008     AP 1 PAR
```

| Quantity (LONG/SHORT-) | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|
| 111,001.0000 | CAPEX SA-ORD  AP 1 PAR | P2006N1020 SB | 1.47292H | 164,674 | 164,674 |
| 36.0000 | DECISIONONE CORP NEW | 2434571080 SB / D004752 | 0.00000H | 0 | 0 |
| 880,395.0000 | FRONTERA COPPER CORPORATION | 35904031040 SB / F1064640 | 1.53675 | 1,352,947 | 1,352,947 |
| 50,913.0000 | GUANGDONG ALLIANCE SHS | G41815J040 SB | 0.00000H | 0 | 0 |
| 19,346.0000 | HWGH WATER SUPPLY HL SHS | G3585U1010 SK | 0.00000H | 0 | 0 |
| 11,911.0000 | WTS ICG COMMUNICATIONS INC | H0113D04 SK | 0.00000H | 0 | 0 |
| 402,500.0000 | HOUNANIAN ENTERPRISES INC-CL A | 44924611L0 SB | 9.05000 | 3,642,625 | 1,821,312 |
| 51,750.0000 | RTS KAISER GOVT PROGRAMS INC  PUT RT PUR PFD KAISER GROUP | H5044720030 SB | 0.00000H | 0 | 0 |
| 2,718,868.0000 | KGEN PWR CORP | K00271S SB | 0.00000H | 0 | 0 |
| 44,482.0000 | CDN 144A  LEHMAN BROS HLDGS INC  DEP SH REPSTG 1/100TH 7.95% | 49373X1030 SB / K005938 / L0005D00 | 0.11000H | 4,893 | 4,893 |
| 2,000,000.0000 | KMKMAC FUNDING 1/1 LTD  PRIN PROTECTED SECS ACCREDITED | 52520W3170 SB / 52621B8020 | 0.00000H | 0 | 0 |
| 346,623.0000 | NEENAH ENTERPRISES INC | 64007P1030 SB / M0145B020 | 1.55000H | 537,265 | 537,265 |
| 75,745.0000 | WTS NEENAH ENTERPRISES INC | 64007P1110 SB / N0091997 | 0.00000H | 0 | 0 |
| 53,071.0000 | PATENT LITIGATION TR  BENEFICIAL TRUST INTERESTS | P01157D SB / N009546 / 703041D070 | 0.00052H | 26 | 26 |
| 70,964,707.0000 | KMRPT SIERRAD PRODUCE TBK  SHS SERIES A | P01276410 SB / Y71441340 | 0.00532H | 377,532 | 377,532 |
| 134,259.0000 | PGT INC | 69356U010 SB / P01943G | 3.99000 | 535,693 | 402,777 |
| 1,341,254.0000 | RETAIL HOLDINGS N V  PAR 20.01 | N74108J060 SB / P01943G | 8.00000H | 10,730,032 | 10,730,032 |
| 11,483,635.0000 | SUNSHINE MNG & REFNG COMPANY  PAR 0.01 | 867B3356000 SB / R0054083 / S011728 | 0.00000H | 0 | 0 |

```
BHR56
732-0125
TC  LDA
12  092607
```

**CLIENT 012**
RR: HBI STONEHILL
LBHI/SHORT(-)

**MARGIN ACTIVITY STATEMENTS**   CURR-CODE: 000

09/19/08   PAGE 93764

OFFSHORE

| Date | Quantity | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| | 5,000.0000 | HBI SECURITY CREDITOR TRUST / TR CTF SER B | G8117Q240 | 0.00000H | 0 | 0 |
| 031008 | 233,100.0000 | 3DFX INTERACTIVE INC / NEW | 88855X1030 | 0.01700H | 3,962 | 3,962 |
| 091708 | 9,200.0000 | MM TRANSOCEAN INC / NEW | T001110 / G90D7310D0 | 125.4000H | 1,153,680 | 346,104 |
| 031808 | 246,444.0000 | MM THUNDERBIRD RESORTS INC / CON 144A | T010569 / G86D5P1060 | 0.00000H | 0 | 0 |
| 031808 | 13,000,000,000.0000 | MM TELEGLOBE CANADA INC / TEMP 07 10/25/2026 | T010488 / 87941T9720 | 0.00000H | 0 | 0 |
| 090908 | 45,471.0000 | MM THUNDERBIRD RESORTS INC / NEW | T104632 / 0865761060 | 5.5000H | 250,090 | 250,090 |
| 031808 | 92,000.0000 | US AIRWAYS GROUP INC / NEW | T106117060 / 9036LW100 | 7.9100H | 727,720 | 218,316 |
| 091608 | 187.0000 | MM AVIATEL HOLDING BERMUDA / LIMITED NEW | U003620 / G9344T1110 | 1.00000H | 187 | 187 |
| 031508 | 201,455.0000 | WTS WEBLINK WIRELESS | V004215 / 94769A1190 | 0.00000H | 0 | 0 |
| 031808 | 5,520.0000 | MM WASHINGTON MUTUAL INC / 7.75% SERIES R NON CUMULATIVE | M003085 / 93552G6140 | 335.0000H | 1,849,200 | 554,760 |
| 091608 | 2,091,544.0000 | MM ZARLINK SEMICONDUCTOR INC | 90B1391000 / Y001713 | 0.49000H | 1,024,856 | 1,024,856 |
| 091708 | 120,000.0000 | FULTON CNTY GA DEV AUTH SPL / FACS REV DELTA AIRLINES INC / DUE 05/01/2013 5.300% | 36099AC100 / 3BBWTX8 | 0.00000H | 0 | 0 |
| 092607 | 500,000.0000 | NEW YORK N Y CITY IND. DEV AGY / SPL FAC REV NORTHWEST AIRLINES / DUE 06/01/2027 6.000% | 64998QL90 / 3BB2CT2 | 0.00000H | 0 | 0 |
| 092607 | 7,600,000.0000 | CALIFORNIA STATEWIDE CMNTYS / DEV AUTH SPL FACS DEV UTD AIR / DUE 10/01/2054 5.625% | 150TT99A60 / 30068G7 | 4.0000H | 304,000 | 304,000 |
| 092607 | 195,294.000 | MOBILE ALA INDL DEV BRD SOLID / WSTE DISP RV REF-MOBILE ENERGY / DUE 01/01/2020 6.950% | 607166AY70 / 36018070 | 0.00000H | 0 | 0 |
| 040308 | 5,500,000.0000 | CIT GROUP INC / MEDIUM TERM SR NTS / DUE 10/27/2008 2.905% | 5BBDTK4 / 12560FEA50 | 99.3140H | 5,462,270 | 1,638,681 |

```
BHR56                                        MARGIN ACTIVITY STATEMENTS               09/19/08              PAGE  93765
         CLIENT  012
         RR:    H01 STONEHILL          OFFSHORE
TC  732-40125 LONG/SHORT(+)            SECURITY DESCRIPTION        CUSIP/SEC      PRICE       MARKET VALUE    MARGIN REQUIREMENT
LDA 031808    550,001.0000    CURR-CODE: 000                      CUSIP/SEC      CURR

12  092507   29,260,000.0000   STANFIELD VICTORIA FIN LTD MTN    22864J9AA0 SB   0.00000          0              0
                               VR 03280-052509                   5BBKJ07 SB      29,260,000.0000
                               DUE 03/25/2009

12  090208    6,500,000.0000   CROWN PAPER CO                    05753NAB60 SB   0.00000H         0              0
                               SR SUB NOTES -ESCROW CUSIP-       5BBKLB4 SB      6,500,000.0000
                               DUE 09/01/2005

12  060308      460,000.0000   WMMAC CAPITAL LTD                 64007LAR70 SB   76.62500    352,475        158,613
                               SR SUB NOTES  11.000%             5BBKVC2 SB      460,000.0000
                               DUE 07/24/2017
                               NEENAH CORP
                               SR SECD NT

12  071008    3,450,000.0000   GMACM HOME EQUITY LOAN TRUST      36186KAD70 SB   37.97255H   1,310,052      1,310,052
                               MTGPC/SERIES 2007-HE1 A-4-VAR     5BBKVN8 SB      3,450,000.0000
                               DUE 08/25/2037  5.9522%

12  122007    6,050,000.0000   MAC CAPITAL LTD                   55265AAN10 SB   0.00000          0              0
                               SER 2007-1 CL B-2L 144A/3C7       5BBNND6 SB      6,050,000.0000
                               DUE 07/26/2023  7.045%

12  080408    3,450,000.0000   GMACM HOME EQUITY LN TR           36186LAG80 SB   46.66422H   1,609,915      1,609,915
                               SERIES 2007-HE2 CLASS A6          5BBQTY6 SB      3,450,000.0000
                               DUE 12/25/2037  6.24%

12  081608    3,525,920.0000   GMACM HOME EQUITY LN TR           36186LAB90 SB   48.83500H   1,720,906      1,720,906
                               SERIES 2007-HE2 CLASS A2          5BBRTZ6 SB      3,525,920.0000
                               DUE 12/25/2037  6.054%

12  072508   18,170,000.0000   GMACM HOME EQUITY LN TR           36186LAD50 SB   32.07718H   5,828,423      5,828,423
                               SERIES 2007-HE2 CLASS A4          5BBQTZ9 SB      18,170,000.0000
                               DUE 12/25/2037  6.424%

12  080508   15,410,000.0000   GMACM HOME EQUITY LN TR           36186LA070 SB   48.54300H   7,480,476      7,480,476
                               SERIES 2007-HE2 CLASS A3          5BBQVB1 SB      15,410,000.0000
                               DUE 12/25/2037  6.193%

12  081708    6,670,000.0000   MASONITE CORP                    57537AAE20 SB   23.00000H   1,534,100      1,534,100
                               SR SUB NT                         5BBRZC1 SB      6,670,000.0000
                               DUE 04/06/2015  11.000%

12  060408    1,012,000.0000   STANDARD PACIFIC CORP            85376SAA80 SB   93.37500    944,955        283,486
                               CVT SENIOR SUB NOTES              5BCLN9 SB       1,012,000.0000
                               DUE 10/01/2012  6.000%

12  091608   17,236,000.0000   PHH MORTGAGE TRUST               69337YAE40 SB   80.37500H  11,310,958     11,310,958
                               SER 2007-SL1 CLASS TAGS 144A      5BCLLC0 SB      17,236,000.0000 AMORTIZED  14072,732.41
                               DUE 12/25/2027  6.600%

12  031808    1,150,000.0000   EURO MEDIUM TERM NOTE             G0459CAN00 SB   0.00000H         0              0
                               MMSTANFIELD VICTORIA              5BCSLJ0 SB      1,150,000.0000
                               DUE 03/28/2008
```

BHS6
732-40125
UDA
080408
12

**MARGIN ACTIVITY STATEMENTS**
CURR-CODE: 000

PAGE 93766

CLIENT 012
RR: HBL STONEHILL
RE: LONG/SHORT(-)      26,875,000.0000

OFFSHORE

MARKET VALUE 16,662,500      MARGIN REQUIREMENT 16,662,500

| CODE | QUANTITY | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | 09/19/08 MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 061308 | 26,875,000.0000 | RESIDENTIAL CAP LLC SR SECD NT DUE 05/15/2010  8.550% | 76114AE20 5BDGWF4 SB | 62.00000H | 16,662,500 | | 16,662,500 |
| 090208 | 4,600,000.0000 | STANFIELD VICTORIA FIN LTD MEDIUM TERM NTS144A 3C7 DUE 01/25/2008  FLT 10 | 85431AJM00 5BDNSN5 SB | 0.00000H | 0 | | 0 |
| 001108 | 7,625,000.0000 | CAPMARK FINL GROUP INC SR NT DUE 05/10/2010  3.452% | 14066IAQ10 5BDKMR1 SB | 76.93300 | 5,866,141 | | 1,759,842 |
| 090208 | 2,294,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT FLT6 RATE NEW DUE 05/01/2012 | 98951UAJ50 5BDNVY1 SB | 0.00000H | 0 | | 0 |
| 071808 | 9,085,000.0000 | ZIFF DAVIS MEDIA INC SR SECD NT - ESCROW CUSIP - DUE 05/01/2012 | 989ESC9910 5BDNVZ6 SB | 0.00000H | 0 | | 0 |
| 081208 | 201,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/22/2026  7.960% | 612PMTDA90 5BDQMJ0 SB | 0.00000 | 0 | | 0 |
| 080008 | 340,000.0000 | MONTANA POWER CO - CONTRA CUSIP - DUE 12/23/2026 | 612PMC9C40 5BDQNT2 SB | 0.00000 | 0 | | 0 |
| 082008 | 197,000.0000 | MONTANA POWER CO - TENDER OFFER - DUE 12/20/2006  7.070% | 612PMC9B60 5BDQPD8 SB | 0.00000 | 0 | | 0 |
| 091108 | 11,676,000.0000 | CB NORTHWESTERN CORP - CONTRA CUSIP- DUE 12/20/2006 | 6689PABG60 5BDQSC5 SB | 0.00000 | 0 | | 0 |
| 082008 | 16,863,000.0000 | NORTHWESTERN CORPORATION SENIOR DEBENTURE DUE 11/15/2028  6.950% | 6689PABF80 5BDRLG4 SB | 0.00000 | 0 | | 0 |
| 081108 | 7,528,000.0000 | NORTHWESTERN CORP -CONTRA CUSIP- DUE 03/15/2012  8.750% | 6689PABH40 5BDVXB52 SB | 0.00000 | 0 | | 0 |
| 091208 | 4,950,000.0000 | VICTORIA FIN LTD 144A VR 099908-021708 DUE 12/22/2008 | 92620QAL30 5BFDPV0 SB | 0.00000 | 0 | | 0 |
| 091208 | 1,100,000.0000 | VICTORIA FIN LTD 144A VR 099908-021709 DUE 02/17/2009 | 92620QAF60 5BFBRQ5 SB | 0.00000 | 0 | | 0 |
| 031808 | 4,644,999.0000 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB DUE 02/15/2029  7.750% | 393650UY60 5C48250 SB | 0.00000H | 0 | | 0 |

2616,347.94

| | CLIENT 012<br>RR: NO1 STONEHILL<br>LONG/SHORT(+)<br>795,000.0000 | OFFSHORE<br>SECURITY DESCRIPTION | MARGIN ACTIVITY STATEMENTS<br>CURR-CODE: 000<br>CUSIP/SEC | PRICE | 09/19/08<br>MARKET VALUE | PAGE 93767<br>AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| BHR56<br>732-40125<br>TC<br>LDA<br>12 | 031808 | GREENTREE FINANCIAL<br>CORPORATION MTGPC/SERIES<br>DUE 10/15/2029   7.750% | 36356SYC00<br>5C8820Z   SB | 0.00000H<br>795,000.0000 | 0 | 0 | |
| | 031808 | 14,000,000.0000 | SECURITIZED MULTIPLE ASSET<br>RATED TR ASSET BKD NT<br>DUE 06/15/2005   7.050% | 81375BAN20<br>5C6083I   SB | 0.00000H<br>14,000,000.0000 | 0 | 446,349.60 |
| | 031808 | 31,643,000.0000 | GLOBAL RATED ELIGIBLE ASSET<br>TR CL A2<br>DUE 03/15/2006   7.330% | 37937MAA70<br>5C6424Z   SB | 0.00000H<br>31,643,000.0000 | 0 | 0 |
| | 031808 | 12,362,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR<br>SERIES 1998-A C1-A2<br>DUE 09/15/2007   7.060% | 37937WAB50<br>5C6495G   SB | 0.00000H<br>12,362,000.0000 | 0 | 0 |
| | 031808 | 1,000,000.0000 | PEGASUS AVIATION LEASE<br>SECURITIZATION IIASTRK/SERIES<br>DUE 05/10/2031   2.943% | 70557RAA60<br>5E1267   SB | 0.00000H<br>1,000,000.0000 | 0 | 0 |
| | 031808 | 30,068,000.0000 | SECURITIZED MULTIPLE ASSET<br>SERIES 1997-A C1 A-1<br>DUE 11/15/2006   7.710% | 81375BAW40<br>5E12094   SB | 0.00000H<br>30,068,000.0000 | 0 | 0 |
| | 091608 | 4,025,000.0000 | CHACH HOME EQUITY LOAN TRUST<br>MTGPC/SERIES 2004-HE1 A-3-VAR<br>DUE 06/25/2034   2.601% | 34186GCV70<br>5F23941   SB | 52.93800H<br>4,025,000.0000 | 1,900,914<br>1,900,914 | 1,900,914 |
| | 0990208 | 8,947,000.0000 | RESIDENTIAL FDG MTG SECS II<br>SERIES 2005-HS2 CLASS A-I-1<br>DUE 09/25/2020   2.571% | 761108SQ20<br>5F99267   SB | 15.91760H<br>8,947,000.0000 | 1,423,689<br>AMORTIZED AMOUNT<br>1,423,689<br>1,423,580.64 | |
| | 0990208 | 2,990,000.0000 | RESIDENTIAL FDG MTG SECS II IN<br>SERIES 2004-HSA1 CLASS A-2<br>DUE 11/25/2020   5.150% | 761I0VTD00<br>5I06641   SB | 70.04400H<br>2,999,000.0000 | 2,094,315 | 2,094,315 |
| | 063008 | 2,150,000.0000 | CWMBG HOME EQUITY LOAN TRUST<br>MTGPC/SERIES 2006-S2 A-2-VAR<br>DUE 07/25/2027   5.627% | 12668SDW30<br>5II9026   SB | 78.56092H<br>2,150,000.0000 | 1,689,059 | 1,689,059 |
| | 860408 | 9,200,000.0000 | CWMBG HOME EQUITY LOAN TRUST<br>MTGPC/SERIES 2006-S2 A-3-VAR<br>DUE 07/25/2027   5.841% | 12668SDX10<br>5II9025   SB | 41.12617H<br>9,200,000.0000 | 3,783,607 | 3,783,607 |
| | 091608 | 6,836,750.0000 | CHACH HOME EQUITY LN TR<br>SERIES 2006-HE1 CLASS A-4-VAR<br>DUE 10/25/2036   5.750% | 36012TAB80<br>5I39489   SB | 57.55283H<br>6,836,750.0000 | 3,934,743 | 3,934,743 |
| | 072808 | 1,725,000.0000 | CHACH HOME EQUITY LOAN TRUST<br>MTGPC/SERIES 2006-HE3 A-4-VAR<br>DUE 10/25/2036   6.080% | 36012TAD40<br>5I41557   SB | 83.11253H<br>1,725,000.0000 | 1,435,777 | 1,435,777 |
| | 070708 | 4,070,000.0000 | COUNTRYWIDE ASSET BK CERT<br>SERIES 2006-2N CLASS A3<br>DUE 03/25/2034   5.656% | 12668AAC30<br>5I43662   SB | 87.26355H<br>4,070,000.0000 | 3,551,626 | 3,551,626 |

```
BMS6                                    MARGIN ACTIVITY STATEMENTS                              09/19/08              PAGE  93768
732-4012S   CLIENT 012                                             CURR-CODE:  000
LDA         RR: NA  STONEHILL
12          RE: LONG/SHORT(-)                         OFFSHORE
            18,301,000.0000                           SECURITY DESCRIPTION        CUSIP/SEC        PRICE        MARKET VALUE    MARGIN REQUIREMENT
                                                      CURR-CODE:  000             693344AC70       0.0000H                  0                   0
                                                      PHI HEALTHCARE CORPORATION  500234T          18,301,000.0000
                                                      SUB DEB CV
031808      18,301,000.0000                           DUE 12/15/2002   6.500%
092607      10,815,000.0000                           NNNPOLLY PECK INTERNATIONAL G71554M20        0.0000H                  0                   0
                                                      DUE 01/03/1997   8.750%      501B541          10,815,000.0000
082208      1,450,000.0000                            ESC COMDISCO INC            200336BM90        0.0000H                  0                   0
                                                      NOTE - ESCROW -             503091D          1,450,000.0000
121807      3,000,000.0000                            IONICA PLC                  462213AJ80        0.0000H                  0                   0
                                                      SR NOTE                     503325S          3,000,000.0000
                                                      DUE 08/15/2006   6.125%
031808      11,530,000.0000                           ESC KITTY HAWK INC          49832690530      0.0000H                  0                   0
                                                      SR SECD NTS                 503792G          11,530,000.0000
                                                      DUE 11/15/2004   13.500%
031808      966,100.0000                              WOLVERINE TUBE INC          97809SAE20       92.0000H            888,720             888,720
                                                      SENIOR NOTE SER B           504265Z          966,100.0000
                                                      DUE 04/01/2009   9.950%
031808      2,540,000.0000                            INC SR NOTE                 155560AA30       0.0000H                  0                   0
                                                      CENTRAL TRACTOR FARM & COUNTRY  504601G       2,540,000.0000
031808      3,000,000.0000                            IONICA PLC                  462213AK50       0.0000H                  0                   0
                                                      SENIOR DISC NOTES           501503           3,000,000.0000
                                                      DUE 05/01/2007   15.000%
031808      1,650,000.0000                            KEY PLASTICS INC            49313AD50        0.0000H                  0                   0
                                                      SR SUB NOTE SER B           506S089          1,650,000.0000
                                                      DUE 03/15/2007   10.250%
031808      500,000.0000                              PRATAMA DATAKOM ASIA        73931AB30        0.0000H                  0                   0
                                                      ACCREDITED INVS             507031T          500,000.0000
                                                      DUE 07/15/2005   12.750%
031808      18,880,000.0000                           ENERGY GROUP OVERSEAS BV    29268900AC00     32.5000H          6,136,000          1,888,000
                                                      GTD NOTES 7.375% 10/9/98    507086T          18,880,000.0000
111607      30,635,000.0000                           DUE 10/15/2017   7.425%     29268900AD80     32.5000H          9,955,725          3,063,300
                                                      ENERGY GROUP OVERSEAS BV    507149S          30,635,000.0000
031808      34,450,000.0000                           NT                         62937T0A40       0.00000                  0                   0
                                                      NRG ENERGY INC             507S991          34,450,000.0000
                                                      SR NOTE
                                                      DUE 06/15/2007   7.500%
031106      10,350,000.0000                           READ RITE CORP             75524GAA30       0.00000                  0                   0
                                                      CONV SUB NOTES             507708S          10,350,000.0000
                                                      DUE 09/01/2004   6.500%
```

MARGIN ACTIVITY STATEMENTS

CLIENT  012   OFFSHORE
RR:  H01   STONEHILL
CURR-CODE:  000

| BKR56<br>732-40125<br>TC  LDA<br>12  012908 | LONG/SHORT(-)<br>5,550,000.0000 | SECURITY DESCRIPTION | CUSTP/SEC | PRICE<br>.00000 | MARKET VALUE<br>0 | MARGIN REQUIREMENT<br>0 |
|---|---|---|---|---|---|---|
| 031808 | 7,125,000.0000 | ***SOUTHEAST BANKING CORP<br>STAMPED CERTIFICATES<br>VENTURE HOLDINGS TRUST<br>DUE 11/12/1997   5.250% | XK50935970<br>5095597<br>9232GYA010<br>5102005   SB | .00000<br>.0000H<br>7,125,000.0000 | 0 | 0 |
| 111607 | 20,005,000.0000 | SR NOTE SER B<br>DUE 07/01/2005   9.500%<br>LIVENT INC<br>SR NTS | 537902AC20<br>5097706   SB | .0000<br>20,005,000.0000 | 0 | 0 |
| 031808 | 70,000,000.0000 | DUE 10/15/2004   9.375%<br>CELLNET DATA SYS INC<br>SENIOR DISC NOTE | 15115MAL50<br>5109824   SB | 0.00000H<br>70,000,000.0000 | 0 | 0 |
| 031808 | 3,092,000.0000 | DUE 10/01/2007   14.000%<br>DELTA MILLS INC<br>SR NOTE SER B | 247701AB10<br>5115626   SB | 0.00000H<br>3,092,000.0000 | 0 | 0 |
| 092607 | 5,004,000.0000 | DUE 09/01/2007   9.625%<br>DRYPERS CORP SR NTS<br>SER-B | 262497AG50<br>5123009   SB | 0.00000H<br>5,004,000.0000 | 0 | 0 |
| 092607 | 2,410,000.0000 | DUE 06/15/2007   10.250%<br>EURO 0-CPN STAMPED CERT | XK5123170<br>5123117   SB | 0.0000<br>2,410,000.0000 | 0 | 0 |
| 031808 | 14,153,000.0000 | ***SOUTHEAST BANKING CORP<br>DUE 12/16/1996<br>KELLSTROM INDS INC<br>SUB NTS CONV | 480035AC00<br>5128334   SB | 0.0000H<br>14,153,000.0000 | 0 | 0 |
| 091708<br>12 | 12,650,000.0000 | DUE 10/15/2002   5.750%<br>CAL PINE CONSTRUCTION FINANCE<br>CO L / CORP 2ND PRIORITY | 13134VAA50<br>5128805   SB | 107.50000H<br>12,650,000.0000 | 13,598,750 | 6,119,437 |
| 092607 | 18,090,000.0000 | DUE 08/26/2011   11.602%<br>***POLLY PECK INTL<br>FINANCE CHF | G71536AF60<br>5131395   SB | 0.00000H<br>18,090,000.0000 | 0 | 0 |
| 031808 | 1,000,000.0000 | DUE 03/20/2049   6.250%<br>IRIDIUM LLC CORP<br>SR NOTE SER C | 46261AA60<br>5132068   SB | 0.00000H<br>1,000,000.0000 | 0 | 0 |
| 092607 | 56,450,000.0000 | DUE 07/15/2005   11.250%<br>***RSL COMMUNICATIONS<br>GLOBAL USD | G7703AAD70<br>5142263   SB | 0.00000H<br>56,450,000.0000 | 0 | 0 |
| 031808 | 24,440,000.0000 | DUE 03/15/2008   10.000%<br>KELLSTROM INDS INC<br>CONV SUB NOTES | 480035AG60<br>5142256   SB | 0.0000H<br>24,440,000.0000 | 0 | 0 |
| 031808 | 83,989,000.0000 | DUE 06/15/2003   5.500%<br>PSINET INC<br>SENIOR NOTES SER B<br>DUE 02/15/2005   10.000% | 74437CAB70<br>5142821   SB | 0.00000H<br>83,989,000.0000 | 0 | 0 |

AMORTIZED AMOUNT   72186,756.53

MARGIN ACTIVITY STATEMENTS   CURR-CODE: 000          09/19/08   PAGE 93770

BNFES   CLIENT 012   STONEHILL OFFSHORE
732-465125   RR: M01
TC   LOA   LONG/SHORT(-)   8,250,000.0000
12   031808   8,250,000.0000

| Date | Long/Short(-) | Security Description | Rate | CUSIP/SEC | Price | Market Value | Amortized Amount | Margin Requirement |
|---|---|---|---|---|---|---|---|---|
| 092507 | 16,275,000.0000 | NNS-ATR GROUP SMSATR DUE 07/07/2005 | 0.125% | H711ONAD5O 5144489 SB | 12.12110H | 16,275,000.0000 | 1,980,830 | 594,249 |
| 031808 | 24,385,000.0000 | NEWRSL COMMUNICATION PLC SR NTS DUE 05/01/2008 | 9.125% | 74972EAC20 5145204 SB | 0.00000H | 24,385,000.0000 | 0 | 0 |
| 031808 | 27,500,000.0000 | CHS ELECTRONICS INC SENIOR NOTES DUE 04/15/2005 | 9.876% | 12542AA830 5147251 SB | 0.00000H | 27,500,000.0000 | 0 | 0 |
| 031808 | 100,930,000.0000 | MMCENTAUR MINING & EXPL LTD SENIOR SECD NOTE DUE 12/01/2007 | 11.000% | 15133CAC50 5160557 SB | 0.00000H | 100,930,000.0000 | 0 | 0 |
| 031808 | 50,420,000.0000 | EXODUS COMMUNICATIONS INC SR NTS DUE 07/01/2008 | 11.250% | 30208GAB50 5158280 SB | 0.00000H | 50,420,000.0000 | 0 | 0 |
| 072206 | 6,705,304.0000 | WHEELING PITTSBURGH STL CORP SR SECD NT DUE 08/01/2010 | 6.000% | 963150AA50 5169853 SB | 53.75000H | 6,705,304.0000 | 3,604,100 | 1,081,230 |
| 031808 | 34,270,000.0000 | SAFETY KLEEN SERVICES INC SR SUB NOTE DUE 06/01/2008 | 9.250% | 78649NAA30 5173374 SB | 0.00000H | 34,270,000.0000 | 0 | 0 |
| 031808 | 25,057,250.0000 | NRG ENERGY INC SENIOR DEB DUE 05/15/2006 | 6.500% | 629377AN20 5174951 SB | 0.00000 | 25,057,250.0000 | 0 | 0 |
| 092507 | 23,417,000.0000 | NNRSATR GROUP FINANCE B V DUE 06/08/2006 | 4.375% | H6439BAA60 5196227 SB | 0.00000H | 23,417,000.0000 | 0 | 0 |
| 052908 | 76,891,000.0000 | PSINET INC SR NTS DUE 11/01/2008 | 11.500% | 74437GAD30 5200900 SB | 0.00000H | 76,891,000.0000 | 0 | 0 |
| 031808 | 19,560,000.0000 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE DUE 10/01/2013 | 7.875% | 92923CAM60 5214313 SB | 39.00000H | 19,560,000.0000 | 7,628,400 | 7,628,400 |
| 031808 | 27,850,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5 ASSET BACKED DUE 06/15/2005 | 7.260% | 81375BAJ10 5216675 SB | 0.00000H | 27,850,000.0000 | 0 | 0 |
| 031808 | 34,450,000.0000 | NRG ENERGY INC SR NOTE DUE 06/01/2009 | 7.500% | 6293??AE20 SB | 0.00000 | 34,450,000.0000 | 0 | 0 |

AMORTIZED AMOUNT   66681,945.35

BRN56
732-40125
TC LDA
12 051808

CLIENT 012  
RR: H81 STONEHILL    OFFSHORE

MARGIN ACTIVITY STATEMENTS  
CURR-CODE: 000

09/19/08    PAGE 93771

| | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 051808 | 8,800,000.0000 | CONSUMER PACKAGING INC SR NOTE DUE 02/01/2007 | 2106IPAD80 5220319 | 0.00000H 8,800,000.0000 | 0 | 0 |
| 031808 | 23,300,000.0000 | INSILCO CORP SR SUB NOTE SER-B DUE 08/15/2007 9.750% | 4576I69AW20 5223763 SB | 0.00000H 23,300,000.0000 | 0 | 0 |
| 092607 | 23,420,000.0000 | POLLY PECK INTL FINANCE LTD DUE 11/19/1990 12.000% | 071I536AB50 5226032 SB | 0.00000H 23,420,000.0000 | 0 | 0 |
| 081308 | 6,769,000.0000 | MCI COMMUNICATIONS INC CONV DUE 08/05/2023 6.250% | 92823CAK00 5225200 SB | 33.00000 6,769,000.0000 | 2,233,770 | 670,131 |
| 092607 | 5,700.0000 | SEA HOLDINGS DUE 07/15/2009 4.000% | XK822964I0 5229661 SB | 0.0000H 5,700.0000 | 0 | 0 |
| 101207 | 2120,000,000.0000 | PEREGRINE INVEST HOLDINGS LTD | XK82299S50 5229955 SB | 0.000000H 2120,000,000.0000 | 0 | 0 |
| 031808 | 6,395,000.0000 | BUDGET GROUP INC SR NTS DUE 04/01/2006 | 11903AF80 5230760 | 0.00000 6,395,000.0000 | 0 | 0 |
| 031808 | 26,335,000.0000 | TELEGLOBE INC GTD DEB DUE 07/20/2009 9.125% | 87941IAD70 5231765 SB | 0.00000H 26,335,000.0000 | 0 | 0 |
| 031808 | 53,161,000.0000 | TELEGLOBE INC DEB DUE 07/20/2029 7.200% | 87941IAE50 5231763 SB | 0.00000H 53,161,000.0000 | 0 | 0 |
| 031808 | 79,740,000.0000 | GLOBAL RATED ELIGIBLE ASSET TR 1996-A ASSET BACKED NT A-3 DUE 01/15/2002 7.700% | 37937WAD10 5233639 SB | 0.0000H 79,740,000.0000 | 0 | 0 |
| 092607 | 7,000,000.0000 | SFC NEW HLDGS INC SR SUB NT DUE 08/15/2003 | 78412SAF80 5237126 SB | 0.0000H 7,000,000.0000 | 0 | 0 |
| 031808 | 18,600,000.0000 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACKED DUE 03/15/2005 1.15% 13.250% | 8137SBAK80 5245527 SB | 0.00000H 18,600,000.0000 | 0 | 0 |
| 031808 | 4,000,000.0000 | GST NETWORK FUNDING INC SENIOR DISC NOTE DUE 05/01/2008 | 36283YAC90 5266447 | 0.00000 4,000,000.0000 | 0 | 0 |
| 051808 | 3,215,000.0000 | CARRIER INTL'S A SR NOTE SER B DUE 02/15/2009 13.250% | 1445E0AC90 5247801 SB | 0.0000H 3,215,000.0000 | 0 | 0 |

BMG56
732-40125
LDA
12

CLIENT 012
RR: HAI STONEHILL
LONG/SHORT(-)
49,600,000.0000

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000

09/19/08

PAGE 93772

| CLIENT 012 | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 092607 | IT GROUP INC<br>SENIOR SUB NOTE SER B<br>DUE 04/01/2009 11.250% | 465266ACR0<br>5249169 | 0.00000H<br>49,600,000.0000 | 0 | | 0 |
| 031808 | 2,270,000.0000<br>MMS-ATR GROUP FIN<br>DUE 11/15/2004 7.500% | XK52E2629D<br>5252629 | 0.00000H<br>0.00020H<br>2,270,000.0000 | 0 | | |
| 031808 | 173,811,000.0000<br>PSINET INCORPORATED<br>SR NT<br>DUE 08/01/2009 11.000% | 69X63VAB30<br>5253156 | 0.00000H<br>173,811,000.0000 | 0 | AMORTIZED AMOUNT 149316,337.20 | 0 |
| 061808 | 4,350,000.0000<br>YOSEMITE SECURITIES TRUST I<br>99-A LINKED ENRON OBLIG LEDS<br>DUE 11/15/2004 8.250% | 987406AA30<br>5253212 | 0.00000H<br>4,350,000.0000 | 0 | AMORTIZED AMOUNT 3406,393.21 | 0 |
| 071008 | 52,619,000.0000<br>FRIEDE GOLDMAN INTL INC<br>SUB NT CO<br>DUE 09/15/2004 4.500% | 358430AA40<br>5253291 | 0.00000H<br>52,619,000.0000 | 0 | | 0 |
| 092607 | 4,100,000.0000<br>PSINET INC SER EUR<br>SR NOTES EURO SER<br>DUE 08/01/2009 11.000% | XK52ES6090<br>5253609 | 0.0000<br>4,100,000.0000 | 0 | | 0 |
| 071008 | 11,717,717,000.0000<br>RESIDENTIAL CAP CORP NT 7.375%<br>ON 08/18/2007<br>DUE 06/30/2010 | 76113BAF60<br>5259929 | 21.00000H<br>11,717,717,000.0000 | 2,460,570 | | 2,460,570 |
| 071008 | 34,039,000.0000<br>EXODUS COMMUNICATIONS INC<br>SR NT<br>DUE 12/15/2006 10.750% | 302086AH20<br>5261713 | 0.00000H<br>34,039,000.0000 | 0 | AMORTIZED AMOUNT 25544,316.34 | 0 |
| 031808 | 11,475,000.0000<br>VENTURE HOLDINGS TRUST<br>WORLD ACCESS INC<br>DUE 06/01/2007 11.000% | 9232GYAF60<br>5261756 | 0.00000H<br>11,475,000.0000 | 0 | | 0 |
| 040708 | 67,826,000.0000<br>SENIOR NOTES<br>DUE 01/15/2008 13.250% | 98141AAD30<br>5262134 | 0.00000H<br>67,826,000.0000 | 0 | AMORTIZED AMOUNT 65821,695.57 | 0 |
| 042208 | 1,840,000.0000<br>SLM CORP<br>MEDIUM TERM NTS<br>DUE 07/27/2009 2.900% | 78442FDK80<br>5262964 | 94.85714H<br>1,840,000.0000 | 1,745,371 | | 523,611 |
| 111607 | 4,037,000.0000<br>GTD SR NT ORG CPN 6.4500<br>TXU EASTERN FUNDING CO<br>DUE 05/15/2005 6.450% | 871169AF30<br>5264215 | 0.00000H<br>4,037,000.0000 | 0 | | 0 |
| 111607 | 8,650,000.0000<br>GTD SR NOTE<br>TXU EASTERN FUNDING CO<br>DUE 05/15/2009 6.750% | 871169AL50<br>5264525 | 0.00000H<br>8,650,000.0000 | 0 | | 0 |
| 092607 | 400,000.0000<br>MENDOZA XON INTL FINANCE<br>USD<br>DUE 03/29/2001 10.000% | Y3982EAA60<br>5272401 | 0.00000H<br>400,000.0000 | 0 | | 0 |

BM86
TC 732-4012S
LDA
12 031808

**CLIENT 012 STONEHILL**
RR: H01 STONEHILL
LONG/SHORT(-)

**MARGIN ACTIVITY STATEMENTS**
CURR-CODE: 000

09/19/08   PAGE 93773

AMORTIZED AMOUNT 116603,283.75

| Code | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Amortized Amount | Margin Requirement |
|---|---|---|---|---|---|---|---|
| 12 031808 | 26,400,000.0000 | OFFSHORE CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW DUE 03/15/1997 11.500% | 5272505 SB / 2107959D40 SB | 0.00000H | 26,400,000.0000 | 0 | 0 |
| 011708 | 133,370,000.0000 | PSINET INC SR NOTE DUE 12/01/2006 10.500% | 5273979 SB / 74437CAG60 SB | 0.00000H | 133,370,000.0000 | 0 | 0 |
| 092607 | 300,000,000.0000 | MMTXU EASTERN FUNDING DUE 03/08/2030 7.250% | 5275991 SB / G9143JAE00 SB | 0.00000H | 300,000,000.0000 | 0 | 0 |
| 010908 | 48,443,000.0000 | MMPSINET INC EURO SERIES DUE 12/01/2006 10.500% | 5277207 SB / XK52772070 SB | 0.00000 | 48,443,000.0000 | 0 | 0 |
| 092607 | 2,250,000,000.0000 | LUKENS INC MEDIUM TERM NOTES DUE 02/01/2006 6.500% | 5276012 SB / 54986QAA50 SB | 0.00000 | 2,250,000,000.0000 | 0 | 0 |
| 031808 | 4,218.0000 | MMXGMD BONDHOLDER TRUST OFFSHORE TR CTF REG S DUE 03/31/2000 | 5281808 SB / G3944NAA50 SB | 0.00000H | 4,218.0000 | 0 | 0 |
| 031808 | 100.0000 | MMXGMD BONDHOLDER TRUST OFFSHORE TR CTF 144A DUE 03/31/2000 | 5282351 SB / 36188LAA30 SB | 0.00000H | 100.0000 | 0 | 0 |
| 031808 | 5,985,000,000.0000 | ETOYS IND CONV SUB NOTE DUE 12/01/2004 6.250% | 5294710 SB / 29726ZAA00 SB | 0.0000 | 5,985,000,000.0000 | 0 | 0 |
| 092607 | 1,850,000,000.0000 | MMS-AIR GROUP DUE 11/04/2004 2.125% | 5294457 SB / XK52964570 SB | 0.00000H | 1,850,000,000.0000 | 0 | 0 |
| 031808 | 3,262,000,000.0000 | COLOR TILE INC SR NT DUE 12/15/2001 10.750% | 5307531 SB / 196267AD00 SB | 0.0000H | 3,262,000,000.0000 | 0 | 0 |
| 031808 | 23,850,000,000.0000 | NRG ENERGY INC DUE 09/15/2010 8.250% | 5310628 SB / 62937JAK70 SB | 0.0000 | 23,850,000,000.0000 | 0 | 0 |
| 031808 | 15,218,000,000.0000 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- DUE 07/15/2008 10.750% | 5310628 SB / 26952495C00 SB | 0.0000H | 15,218,000,000.0000 | 0 | 0 |
| 031808 | 4,036,450.0000 | MTS INC SR SUB NOTE DUE 06/15/2009 10.000% | 5322255 SB / 55376WAD10 SB | 0.0000 | 4,036,450.0000 | 0 | 0 |
| 961308 | 9,213,000,000.0000 | ENRON CORP PRIVATE PLACEMENT DUE 08/15/2005 8.000% | 5324524 SB / 29357YAA10 SB | 0.00000 | 9,213,000,000.0000 | 0 | 6432,828.40 |
| 031808 | 18,635,000,000.0000 | RSL COMMUNICATIONS PLC GRD US$ SR NT DUE 03/01/2010 12.875% | 5325546 SB / 74922EAN00 SB | 0.00000 | 18,635,000,000.0000 | 0 | 0 |

```
BMR56      CLIENT 012                    MARGIN ACTIVITY STATEMENTS        09/19/08        PAGE 93774
732-40125  LDA         RR: HB1 STONEHILL OFFSHORE     CURR-CODE: 000
TC  LDA                LONG/SHORT(-)
```

| TC | LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 092507 | 7,000,000.0000 | MMRSL COMMUNICATIONS PLC DUE 05/01/2010 12.875% | 07702XAC00 / 5326574 SB | 0.00000H | 0 | 0 |
| 12 | 031808 | 17,000,000.0000 | GT GROUP TELECOM INC SENIOR DISC EXCH NOTES DUE 02/01/2010 13.250% | 36235VA250 / 5329921 SB | 0.00000H / 7,000,000.0000 / 17,000,000.0000 | 0 | 0 |
| 12 | 092507 | 31,627,000.0000 | MMSAIRGROUP FINANCE DUE 10/06/2010 6.625% | N5639BAC20 / 5332712 SB | 0.00000H / 31,627,000.0000 | 0  AMORTIZED AMOUNT 29254,975.00 | 0 |
| 12 | 092507 | 1,250,000.0000 | MMPASMINCO FINANCE LTD EURO MEDIUM TERM NOTE DUE 02/10/2003 | Q73665AA10 / 5334867 SB | 0.00000 / 1,250,000.0000 | | 0 |
| 12 | 080508 | 13,105,000.0000 | MCI CMMTYS INC SR SUB NT DUE 03/15/2015 6.625% | 92923CAP90 / 5337735 SB | 40.00000H / 13,105,000.0000 | 5,242,000 | 5,242,000 |
| 12 | 072208 | 4,975,000.0000 | BRODER BROS CO SR NOTE DUE 10/15/2010 11.250% | 112013AB30 / 5341886 SB | 67.50000H / 4,975,000.0000 | 3,358,125 | 3,358,125 |
| 12 | 092507 | 1,320,000.0000 | MMMULTIKERAMIK FINANCE LTD SENIOR B VAR RT DUE 10/31/2007 | V65509AA30 / 5341006 SB | 0.00000H / 1,320,000.0000 | 0  AMORTIZED AMOUNT 1294,075.46 | 0 |
| 12 | 092507 | 3,600,000.0000 | MMEXODUS COMMUNICATIONS SENIOR NOTES DUE 12/15/2009 10.750% | XN53426960 / 5342696 SB | 0.00000H / 3,600,000.0000 | 0  AMORTIZED AMOUNT 3047,581.00 | 0 |
| 12 | 031808 | 13,650,000.0000 | MMEXODUS COMMUNICATIONS SENIOR NOTES DUE 07/15/2008 11.375% | 302008AH90 / 5343324 SB | 0.00000 / 13,650,000.0000 | 0 | 0 |
| 12 | 010708 | 8,505,000.0000 | MMKTKU EUROPE FUNDING LTD EURO ISSUE DUE 11/30/2005 7.000% | G9143RAA00 / 5346617 SB | 0.00000H / 8,505,000.0000 | 0 | 0 |
| 12 | 031808 | 164,013,000.0000 | EXODUS COMMUNICATIONS INC US# SR NT DUE 07/15/2010 11.625% | 302008AL30 / 5355200 SB | 0.00000H / 164,013,000.0000 | 0  AMORTIZED AMOUNT 123370,175.12 | 0 |
| 12 | 092507 | 6,045,389.0000 | MMMULTIKERAMIK FINANCE LTD SENIOR A VAR RATE DUE 10/31/2007 7.187% | V65509AA50 / 5355724 SB | 0.00000H / 6,045,389.0000 | 0 | 0 |
| 12 | 073008 | 4,950,000.0000 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES DUE 05/02/2011 7.250% | 370425RU60 / 5356646 SB | 62.78500H / 4,950,000.0000 | 3,107,857 | 1,398,535 |
| 12 | 031808 | 2,925,000.0000 | ESCROW GUANGDONG INTL TR & INVT 144A DUE 11/15/2020 6.750% | 4006SL9A10 / 5358558 SB | 0.00000H / 2,925,000.0000 | 0 | 0 |

```
BHR56    CLIENT 012                    OFFSHORE          MARGIN ACTIVITY STATEMENTS              09/19/08        PAGE 93775
32-40125          RR: H&L STONEHILL                               CURR-CODE: 000
C  LDA            LONG/SHORT(-)
```

| Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | CURR TR & INV | PRICE | MARKET VALUE | AMORTIZED AMOUNT | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|---|
| 031808 | 3,300,000.0000 | ESCRO GUANGDONG INTL TR & INV 144A / DUE 10/24/2016  8.750% | 40065L9N90 5359457 SB | 0.00000H 3,300,000.0000 | | 0 | | 0 |
| 031808 | 42,129,000.0000 | ***ASIA GLOBAL CROSSING LTD SR NT DUE 10/15/2010  13.375% | 04518GAB70 5362572 SB | 0.00000H 42,129,000.0000 | | AMORTIZED AMOUNT | | 34640,153.59 |
| 031808 | 63,600,000.0000 | NRG ENERGY INC BONDS DUE 04/01/2031  8.625% | 629377AL60 5368394 SB | 0.00000 63,600,000.0000 | | 0 | | 0 |
| 031808 | 23,850,000.0000 | NRG ENERGY INC NOTES DUE 04/01/2011  7.750% | 629377AK80 5368395 SB | 0.00000H 23,850,000.0000 | | 0 | | 0 |
| 121007 | 1,185,000.0000 | FLEMING CGS INC NTS DUE 04/01/2008  10.125% | 339130AP10 5370856 SB | 0.00000H 1,185,000.0000 | | AMORTIZED AMOUNT | | 1109,445.69 |
| 032708 | 1,650,000.0000 | CIT GROUP INC NEW SR NT DUE 01/30/2009  2.946% | 125581AV00 5381485 SB | 91.57100 1,650,000.0000 | | 1,510,921 | | 453,276 |
| 111607 | 26,310,000.0000 | ***FTV INVESTMENT FINANCE CV REG S DUE 12/01/2000  4.500% | 07111WAA10 5399354 SB | 0.00000H 26,310,000.0000 | | 0 | | 0 |
| 092507 | 1,740,000.0000 | ***HSH WINTERTHUR UNDER&AGY SVC LTD EURO MEDIUM TERM NOTE DUE 05/14/2003  5.987% | Q36895AB80 5404497 SB | 0.00000 1,740,000.0000 | | 0 | | 0 |
| 070208 | 2,625,000.0000 | MIDWEST GENERATION LLC PASSTHRU CTF SER-A DUE 07/02/2009  8.300% | 59832WAE90 5406872 SB | 102.73200H 2,625,000.0000 | | 964,914 | AMORTIZED AMOUNT | 964,914 / 939,254.11 |
| 031808 | 742,000.0000 | DAIRY MART CONVENIENCE STORES INC - ESCROW - DUE 03/15/2004  10.250% | 2336699B30 5430398 SB | 0.00000 742,000.0000 | | 0 | | 0 |
| 092507 | 10,000,000.0000 | ***MISSAIR CORP DUE 04/12/2005  6.250% | H83970BD60 5435819 SB | 0.00000H 10,000,000.0000 | | 0 | | 0 |
| 072208 | 1,000,000.0000 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE DUE 05/24/2006  7.250% | 29357VAD50 5442794 SB | 0.00000 1,000,000.0000 | | 0 | | 0 |
| 070908 | 215,000,000.0000 | ***ENRON CORP EURO DEB DUE 06/16/2004  0.970% | U29302AJ20 5445610 SB | 0.00000H 215,000,000.0000 | | 0 | | 0 |
| 071008 | 300,000,000.0000 | ***ENRON CORP DUE 06/15/2003  0.678% | U29302AG60 5446359 SB | 0.00000H 300,000,000.0000 | | 0 | | 0 |

```
BNR56      CLIENT 012                    MARGIN ACTIVITY STATEMENTS                09/19/08    PAGE  93776
732-40125  RR: HB1 STONEHILL                        CURR-CODE: 000
FC LDA     LONG/SHORT(-)                 OFFSHORE
12 092607  8,975,000.0000                SECURITY DESCRIPTION      CUSIP/SEC      PRICE          MARKET VALUE    MARGIN REQUIREMENT
```

| FC / Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| 12 092607 | 8,975,000.0000 | ***POLLY PECK INTL / DUE 01/04/2005 7.250% | G71536AG40 / 5446758 SB | 0.00000H / 8,975,000.0000 | 0 | 0 |
| 12 092507 | 795,000.0000 | ***SAIR GROUP / DUE 02/02/2007 4.250% | H0597SAC80 / 5449492 SB | 0.00000H / 795,000.0000 | 0 | 0 |
| 12 092507 | 2,265,000.0000 | ***SAIRGROUP / DUE 07/30/2004 2.750% | H0597SAB00 / 5454713 SB | 0.00000H / 2,265,000.0000 | 0 | 0 |
| 12 092607 | 29,165,000.0000 | ***POLLYPECK / -SF- / DUE 08/13/1992 6.000% | G71536AA70 / 5470166 SB | 2,265.0000H / 29,165,000.0000 | 0 | 0 |
| 12 092607 | 15,535,000.0000 | *** POLLYPECK / DUE 09/20/1994 5.625% | G71536AE90 / 5476585 SB | 0.00000H / 15,535,000.0000 | 0 | 0 |
| 12 092607 | 28,240,000.0000 | *** POLLYPECK / DUE 04/07/1993 5.750% | G71536AC30 / 5476587 SB | 0.00000H / 28,240,000.0000 | 0 | 0 |
| 12 031808 | 7,000,000.0000 | SECURITY MULTI ASSET / DUE 01/01/2059 8.570% | 83099AAL30 / 5485566 SB | 0.00000H / 7,000,000.0000 | 0 | 0 |
| 12 073008 | 14,645,000.0000 | WCI COMMUNITIES INC / GTD SENIOR SUB NOTE / DUE 05/01/2012 9.125% | 92923CAG90 / 5489304 SB | 39.00000H / 14,645,000.0000 | 5,711,550 | 5,711,550 |
| 12 092607 | 25,242,000.0000 | *** POLLY PECK INTL FINANCE-DM / CPM / DUE 04/20/1993 6.000% | G7164NAA90 / 5494069 SB | 0.00000H / 25,242,000.0000 | 0 | 0 |
| 12 121007 | 17,368,000.0000 | FLEMING COMPANIES INC / SENIOR NOTES / DUE 06/15/2010 9.250% | 33913QAX40 / 5497868 SB | 0.00000H / 17,368,000.0000 | 0 | 0 |
| 12 092507 | 3,850,000.0000 | ***GMAC INTL FINANCE BV / EURO MEDIUM TERM NOTE / DUE 12/15/2008 6.250% | N3592NVA50 / 5515750 SB | 180.05463H / 3,850,000.0000 | 6,932,103 | 3,119,446 |
| 12 092507 | 7,000,000.0000 | ***F C E BANK PLC / EURO MEDIUM TERM NOTE / DUE 09/30/2009 5.955% | G33365PB00 / 5516264 SB | 135.88569H / 7,000,000.0000 | 9,511,998 | 4,280,399 |
| 12 031808 | 6,000,000.0000 | CALPINE GENERATING CO LLC / SR SECD NT / DUE 04/04/2010 11.070% | 13135RAF50 / 5530871 SB | 7.62500H / 6,000,000.0000 | 456,356 / AMORTIZED AMOUNT 456,356 | 985,000.00 |
| 12 031808 | 3,000,000.0000 | AMES TRUE TEMPER INC / SENIOR NOTE / DUE 01/15/2012 6.790% | 031042AC80 / 5540558 SB | 75.50000H / 3,000,000.0000 | 2,265,000 | 2,265,000 |
| 12 111607 | 8,756,000.0000 | SOUTHEAST BKG CORP SUB NTS REG / DUE 04/11/2001 10.500% | 841338AD80 / 5551644 SB | 0.00000H / 8,756,000.0000 | 0 | |

BMR56
'52-40125
CLIENT 012
RR: HB1 STONEHILL
MARGIN ACTIVITY STATEMENTS
CURR-CODE: 000
PAGE 93777
09/19/08

| | LDA | LONG/SHORT(-) | OFFSHORE SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| .2 | 100407 | 315,000,000.0000 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT DUE 07/31/2002 13.000% | 029318AA00 SB 5552686 | 0.00000H 315,000.0000 | 0 | 0 |
| .2 | 111607 | 4,876,944.0000 | SOURCE MEDIA INC SR SECD NTS DUE 11/01/2004 12.000% | 836153AC00 SB 5563864 | 0.00000 4,876,944.0000 | 0 | 0 |
| .2 | 031808 | 14,800,000.0000 | CALPINE GENERATING CO DUE 04/01/2009 | 13135BAE60 SB 5574272 | 0.00000H 14,800,000.0000 | 0 | 0 |
| :2 | 031808 | 3,640,000.0000 | JET EQUIPMENT TR MEZZANINE NOTE CL B 95-B DUE 02/15/2015 7.830% | 477122AV70 SB 5574462 | 0.00000 3,640,000.0000 | AMORTIZED AMOUNT | 2932,474.74 |
| 12 | 031808 | 8,600,000.0000 | ESCROW CONTINENTAL AIRLINES INC DUE 11/15/2001 10.000% | 2107959L60 SB 5578456 | 0.00000H 8,600,000.0000 | 0 | 0 |
| 12 | 031808 | 33,789,621.0000 | AIRPLANES PASS THROUGH TRUST ASTBK/SERIES 1996-A D-FIXED RT DUE 03/15/2019 10.875% | 00945IAM80 SB 5579099 | 0.00000H 33,789,621.0000 | AMORTIZED AMOUNT | 33374,008.66 |
| 12 | 092607 | 1,859,000.0000 | SOUTHEAST BANKING CORP CV S/D -REG | 841338AA40 SB 5596000 | 0.00000 1,859,000.0000 | 0 | 0 |
| 12 | 102407 | 1,312,000.0000 | SOUTHEAST BANKING CORP-FRN CPN DUE 10/15/1997 4.750% | 841338AF30 SB 5596001 | 0.00000H 1,312,000.0000 | 0 | 0 |
| 12 | 031808 | 992,000.0000 | SOUTHEAST BANKING CORP CONV SUB CAPITAL NOTE DUE 11/12/1997 5.250% | 841338AC10 SB 5596002 | 0.00000H 992,000.0000 | 0 | 0 |
| 12 | 040708 | 3,300,000.0000 | CIT GROUP INC DUE 03/15/1999 6.500% | 125577AV80 SB 5634664 | 99.33600 3,300,000.0000 | 3,278,088 | 983,426 |
| 12 | 041008 | 550,000.0000 | CIT GROUP FUNDING CO CDA SR NT DUE 12/19/2008 3.212% | 125568AB10 SB 5666251 | 78.61290H 550,000.0000 | 432,404 | 129,721 |
| 12 | 081208 | 11,694,343.0000 | NORTHERNSTAR NAT GAS INC SR NTS 144A DUE 07/01/2010 4.650% | 666107AA50 SB 5713596 | 92.00000H 11,694,343.0000 | 10,758,795 | 3,227,638 |
| 12 | 091608 | 5,980,000.0000 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A DUE 05/15/2013 5.000% | 93934WAA30 SB 5726350 | 12.05300H 5,980,000.0000 | 720,769 | 216,230 |
| 12 | 041008 | 4,815,000.0000 | WMCIT GROUP FDG CO CDA DUE 03/07/2044 6.536% SR NT DUE 11/02/2011 5.600% | 125568AE50 SB 5778017 | 66.22330H 4,815,000.0000 | 3,188,651 | 1,434,893 |

MARGIN ACTIVITY STATEMENTS

PAGE 93778

09/19/08

HMR56    CLIENT 012    OFFSHORE
12-40125    RR: H01 STONEHILL    CURR-CODE: 000
LDA    LONG/SHORT(-)
060408    2,300,000.0000

| Date | Quantity | Security Description | CUSIP/SEC | Price | Market Value | Margin Requirement |
|---|---|---|---|---|---|---|
| 060408 | 2,300,000.0000 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 DUE 11/25/2035 5.693% | 12668VAF60 SB 5801730 | 48.30830H 2,300,000.0000 | 1,111,090 | 1,111,090 |
| 090208 | 4,600,000.0000 | CWHEQ HOME EQUITY LOAN TRUST MTGFC/SERIES 2006-S7 A-1-VAR DUE 11/25/2035 2.561% | 12668VAA70 SB 5850019 | 85.41443H 4,600,000.0000 AMORTIZED AMOUNT | 1,546,558 | 1,546,558 1810,652.13 |
| 092507 | 500,000.0000 | ***FCE BANK PLC EURO MEDIUM TERM NOTE DUE 01/16/2012 7.125% | G3336SSQ40 SB 5856171 | 111.25937H 500,000.0000 | 556,296 | 250,533 |
| 050508 | 12,528,000.0000 | UNIFI INC SR SC NT 11.5%14 DUE 05/15/2014 11.500% | 904677AG60 SB 5856846 | 90.00000H 12,528,000.0000 | 11,275,200 | 11,275,200 |
| 072508 | 5,750,000.0000 | CWHEQ HOME EQUITY LN TR SER 2006-S5 CLASS A2 DUE 06/25/2035 5.681% | 126603AB70 SB 5905694 | 59.50563H 5,750,000.0000 | 3,421,573 | 3,421,573 |
| 082508 | 6,647,920.0000 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 DUE 04/25/2036 5.555% | 12668XAC90 SB 5943647 | 47.92761H 6,647,920.0000 AMORTIZED AMOUNT | 3,175,285 | 3,175,285 6625,170.75 |
| 092607 | 65,800,000.0000 | ***BANQUE PALLAS IN DEFAULT DUE 02/08/1996 10.125% | F07959AG80 SB 5956314 | 0.00000H 63,800,000.0000 | 0 | 0 |
| 092507 | 4,733,000.0000 | GREAT 98-A SERIES A-2 FRN- DUE 12/31/2026 | XH59571710 SB 5957171 | 0.00000H 4,733,000.0000 | 0 | 0 |
| 081608 | 4,798,000.0000 | SECURITIZED MULTIPLE ASSET A2 97-5 DUE 06/29/2005 | XH59572020 SB 5957202 | 0.00000H 4,798,000.0000 | 0 | 0 |
| 090208 | 2,300,000.0000 | CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S10 CLASS A-2 DUE 10/25/2036 2.691% | 12668YAB90 SB 5961848 | 90.53437H 2,300,000.0000 | 2,082,290 | 2,082,290 |
| 031908 | 2,475,000.0000 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A DUE 02/01/2015 9.750% | 85259IAA40 SB 5975781 | 70.50000H 2,475,000.0000 | 1,744,875 | 785,193 |
| 092507 | 1,434,989.0000 | ***LUXFER HOLDINGS PLC DUE 02/06/2012 11.530% | G5698WAD00 SB 5986867 | 0.00000H 1,434,989.0000 | 0 | 0 |
| 092807 | 299,177.0000 | ME ZUCKERMAN INVESTMENTS | 9WA37650 SK | 0.00000 299,177.0000 | 0 | 0 |
| 092707 | 175,438.6000 | CHANGING WORLD TECHNOLOGIES INC RESTRICTED | XK91118260 SK 9111826 | 0.00000 175,438.6000 | 0 | 0 |
| 091908 | 30,110.0000 | TOA TO A/C # (HH) | XK99995400 SK 9995540 | 0.00000 | 0 | 0 |

BMR56   CLIENT 012   MARGIN ACTIVITY STATEMENTS   PAGE 93779
'32-40125   RR: H01 STONEHILL   CURR-CODE: 000   09/19/08
'C LDA   LONG/SHORT(-)   OFFSHORE

| Date | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| :0 062408 | 37,214.0000 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 0036813070 / 000 | 4.38000 / 37,214.0000 | 162,997 | 111,642 |
| 20 070208 | 158,854.0000 | ADVANTA CORP-CL A | 0079421050 SB / A013707 SB | 6.74000 / 158,854.0000 | 1,070,675 | 476,562 |
| 20 091708 | 951,658.0000 | ADVANTA CORP-CL B NON-VTG | 0079422040 SB / A080425 SB | 9.52000H / 901 | 9,089,784 | 2,717,935 |
| 20 092507 | 0.0000 | BURLINGTON INDUSTRIES INC NEW | A109735 / 951,658.0000 | 0.00000H | 0 | 76,750 |
| 20 091108 | 0.0000 | CIT GROUP INC NEW | 1216951050 / B550969 | 11.16000 | 0 | 183,850 |
| 20 092208 | 301,044.0000 | CONTINENTAL AIRLINES INC-CL B | 1256011060 / C011859 | 18.40000 / 301,044.0000 | 5,559,209 F | 1,661,762 9,335.0000 |
| 20 091908 | 591,496.0000 | DELTA AIR LINES INC DEL COM NEW | 2107953080 / C562466 SB | 9.67000H / 201 | 5,719,766 | 1,715,929 |
| 20 040908 | 51,850.0000 | EXX INC-CL A | 2473617020 SB / D01768 | 2.60000 / 51,850.0000 | 134,810 | 134,810 |
| 20 070708 | 174,960.0000 | ICO GLOBAL COMMUNICATIONS HLDS LTD DEL CL A | 2692821090 / E029150 SB | 2.25000H / 174,960.0000 | 393,660 | 393,660 |
| 20 021608 | 0.0000 | MBIA INC | 44930K1080 / H010818 SB | 12.88000 | 0 | 920,000 |
| 20 063008 | 0.0000 | NORTHWESTERN CORPORATION NEW | 5526201000 / M000545 | 26.22000H | 0 | 659,210 |
| 20 092208 | 416,436.0000 | NORTHWEST AIRLS CORP | 6680743050 / N007436 | 11.53000 / 416,436.0000 | 4,801,507 F | 1,440,452 |
| 20 081908 | 0.0000 | MxNNORBORD INC | 6672806080 / N009281 SB | 4.18115H | 0 | 67,893 |
| 20 040908 | 1,147.0000 | PORTLAND GENERAL ELECTRIC CO NEW | 65548P1060 / N101684 | 25.00000H / 1,147.0000 | 28,675 | 8,602 |
| 20 081208 | 0.0000 | RAIT FINANCIAL TRUST | 7365088470 / P019060 SB | 7.35000 | 0 | 273,000 |
| 20 092208 | 608,890.0000 | US AIRWAYS GROUP INC | 7492271040 / R003584 | 7.91000 / 608,890.0000 | 4,816,319 F | 1,444,895 106,720.0000 |
| 20 090208 | 0.0000 | WELLS FARGO & CO | 90541W1080 / U003620 | 39.80000 | 0 | 1,152,210 |
| 20 091508 | 0.0000 | WACHOVIA CORPORATION COM | 9497461010 / W001549 | 18.75000 | 0 | 388,125 |
| | | | 9299031020 / W002990 | | | |

```
BMR56    CLIENT 012                    MARGIN ACTIVITY STATEMENTS                          PAGE 93780
32-40125  RR: H01 STONEHILL  OFFSHORE                    CURR-CODE: 000
C LDA         LONG/SHORT(-)  SECURITY DESCRIPTION        CUSIP/SEC      PRICE      09/19/08
0 09110A          0.0000                                                          4.25000    MARGIN REQUIREMENT
                                                                                                1,852,473
```

| C LDA | LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|
| | | | W020516 | | 0 | 1,852,473 |
| 0 060208 | 225,562.0000 | NMNZARLINK SEMICONDUCTOR INC | 9891391000 | 0.49000 | 110,525 | 110,525 |
| | | | Y001715    SB | 225,562.0000 | | |
| 0 061708 | 2,300,000.0000 | UAL CORP | 902549AE40 | 55.87500 | 1,285,125 | 385,537 |
| | | QRD SETTLEMENT BD | 5725709    SB | 2,300,000.0000 | | |
| | | DUE 02/01/2021 | | | | |
| 20 082208 | 0.0000 | UNITED STATES TREASURY BOND 5.000% | 912810PW20 | 100.03100 | 0 | 2,300,713 |
| | | DUE 02/15/2038 4.375% | 7001110 | | | |
| 20 072508 | 0.0000 | UNITED STATES TREASURY NOTE | 912828H260 | 100.93000 | 0 | 464,278 |
| | | DUE 05/15/2018 3.875% | 7001113 | | | |
| 20 081508 | 0.0000 | UNITED STATES TREASURY NOTE | 912828CA60 | 104.75049H | 0 | 1,571,257 |
| | | DUE 02/15/2014 4.000% | 7004940 | | | |
| 53 092507 | 30,700.0000- | BURLINGTON INDUSTRIES INC NEW | 1216931050 | 0.00000H | 0 | 0 MM |
| | | | B550149 | | | |
| 53 091108 | 36,770.0000- | CIT GROUP INC NEW | 1255811080 | 11.16000 | 410,355- | 0 |
| | | | C011859 | | | |
| 53 082108 | 184,000.0000- | MBIA INC | 55262C1000 | 12.88000 | 2,369,920- | 0 |
| | | | M000545 | | | |
| 53 063008 | 83,805.0000- | NORTHWESTERN CORPORATION NEW | 6680743050 | 26.22000H | 2,197,367- | 0 |
| | | | N007436 | | | |
| 53 081908 | 16,238.0000- | NENNORBORD INC | 65568P1060 | 4.18115H | 67,893- | 0 |
| | | | N101604 | | | |
| 53 081208 | 54,600.0000- | RAIT FINANCIAL TRUST | 7492271040 | 7.35000 | 401,310- | 0 |
| | | | R005584 | | | |
| 53 090208 | 96,500.0000- | WELLS FARGO & CO | 9497461010 | 39.80000 | 3,840,700- | 0 |
| | | | W001549 | | | |
| 53 091508 | 69,000.0000- | WACHOVIA CORPORATION | 9299031020 | 18.75000 | 1,293,750- | 0 |
| | | COM | W002990 | | | |
| 53 091108 | 435,876.0000- | WASHINGTON MUTUAL INC | 9393221030 | 4.25000 | 1,852,473- | 0 |
| | | | W020516 | | | |
| 53 082108 | 25,000,000.0000- | UNITED STATES TREASURY BOND | 912810PW20 | 100.03100 | 23,007,130- | 0 |
| | | DUE 02/15/2038 4.375% | 7001110 | | | |
| 53 072508 | 4,600,000.0000- | UNITED STATES TREASURY NOTE | 912828H260 | 100.93000 | 4,642,780- | 0 |
| | | DUE 05/15/2018 3.875% | 7001113 | | | |
| 53 081508 | 15,000,000.0000- | UNITED STATES TREASURY NOTE | 912828CA60 | 104.75049H | 15,712,574- | 0 |
| | | DUE 02/15/2014 4.000% | 7004940 | | | |

```
- - - T O T A L S - - -
                                              SMA              SMA CHANGE
TOT MV   243,985,632  OLD SMA    9,036,937-                    9,068,744-   31,807
EQUITY   299,915,558  LIQ EQT  299,915,558  EQV %  100  HOUSE EXCESS   78,671,598  NEW HSE CALL      0
CSH AV     9,068,744  BUYING P  18,137,489             OTHER EXCESS  231,882,728  NYSE OPT REQ      0
```

BMR56    CLIENT 012
732-40125    RR: H81 STONEHILL OFFSHORE

MARGIN ACTIVITY STATEMENTS
CURR-CODE: 002 C$

09/19/08    PAGE 93781

| TC | OPEN T/D BAL | CLOSE T/D BAL | OPEN S/D BAL | CLOSE S/D BAL | MARKET VALUE | DLA |
|---|---|---|---|---|---|---|
| | - - -BALANCES - - - | | | | | |
| 012 | 00.00 | 00.00 | 00.00 | 00.00 | 13,213,686 | 09/18/08 |
| FOREIGN CURRENCY C$ RATE | 1,949,777.11 | .9535Z472 T/D BAL | | | | |
| 20 | 2,030,438.55 | .9535Z472 T/D BAL | 1,949,777.11 | 2,030,438.55 | 366,153 | 09/19/08 |
| FOREIGN CURRENCY C$ RATE | 1,936,073.34 | | | | | |
| 53 | 2,739,012.83- | .9535Z472 T/D BAL | 2,819,674.27- | 2,819,674.27- | 2,854,051- | 09/19/08 |
| FOREIGN CURRENCY C$ RATE | 2,688,629.11- | | | | | |
| 53 | 2,819,674.27- | .9535Z472 T/D BAL | | | | |
| T | 789,235.72- | 789,235.72- | 789,235.72- | 789,235.72- | 10,745,787 | |

| TC | S/DTE | - - -ACTIVITY - - - | DESCRIPTION | CUSIP/SEC | PRICE/ENT T/D TRD # | DEBIT/CREDIT(-) |
|---|---|---|---|---|---|---|
| | | LONG/SHORT(-) | MARK TO MARKET | | | |
| | | | MARK TO MARKET SHORT POS | | | |
| 20 | 09/19 | | | | MKT MS   09/19 | 80,661.44 |
| 53 | 09/19 | | | | MKT MS   09/19 | 80,661.44- |

| TC | LDA | - - POSITIONS - - LONG/SHORT(-) | SECURITY DESCRIPTION | CUSIP/SEC | PRICE | MARKET VALUE | MARGIN REQUIREMENT |
|---|---|---|---|---|---|---|---|
| 12 | 091708 | 2,460,526.0000 | ***ZARLINK SEMICONDUCTOR INC | 9891391000 Y001713 | 0.51388  SB | 2,460,526.0000  1,264,422 | 1,264,422 |
| 12 | 041408 | 13,535,000.0000 | ***GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD DUE 05/22/2009    4.721X | 37047ZBM00 5BDGFL9  SB | 86.28618H | 13,535,000.0000  11,949,264 | 5,377,168 |
| 20 | 082908 | 0.0000 | ***CANADIAN IMPERIAL BANK OF COMMERCE | 1360691010 C146504 | 62.50493 | 0 | 166,513 |
| 20 | 082808 | 0.0000 | ***NORBORD INC | 6554BP1060 N101604 | 4.38494H | 0 | 2,279,008 |
| 20 | 082808 | 712,524.0000 | ***ZARLINK SEMICONDUCTOR INC | 9891391000 Y001713 | 0.51388 | 366,153 | 366,153 |
| 53 | 082908 | 8,880.0000- | ***CANADIAN IMPERIAL BANK OF COMMERCE | 1360691010 C146504 | 62.50493 | 555,043- | 0 |
| 53 | 082808 | 519,735.0000- | ***NORBORD INC | 6554BP1060 N101604 | 4.38494H | 2,279,008- | 0 |

| - - -T O T A L S - - - | | | | |
|---|---|---|---|---|
| TOT MV | 10,745,787 | OLD FED CALL | 3,500,992 | NEW FED CALL    3,500,992    0 |
| EQUITY | 11,535,023 | LIQ EQT | 11,535,023 EQY % | NEW HSE CALL    2,081,757    0 |
| CSH AV | 0 | BUYING P | 0 | NYSE OPT REQ    6,017,390    0 |
| | | FED CALL | 0 | |
| | | HOUSE EXCESS | | |
| | | OTHER EXCESS | | |

```
BMR56    CLIENT 012
732-40125    RR: HB1 STONEHILL OFFSHORE         MARGIN ACTIVITY STATEMENTS        09/19/08              PAGE  93782
- - - - -BALANCES- - - - - -                    CURR-CODE: 003 BP
         OPEN T/D BAL      CLOSE T/D BAL       OPEN S/D BAL      CLOSE S/D BAL        MARKET VALUE        DLA
TC
12            00.00            00.00               00.00            00.00                928,090       09/18/08
FOREIGN CURRENCY BP RATE  1.83010002 T/D BAL
20         73,420.47-       73,420.47-             00.00
FOREIGN CURRENCY BP RATE  1.83010002 T/D BAL                         73,420.47-
T          73,420.47-       73,420.47-         134,366.80-       73,420.47-                  00       09/18/08
  - - - -ACTIVITY- - - - - - - -                73,420.47-       73,420.47-                928,090
    NO ACTIVITY FOR THIS ACCOUNT
  - - - - -POSITIONS- - - - - -
TC    LDA     LONG/SHORT(-)     SECURITY DESCRIPTION       CUSIP/SEC        PRICE       MARKET VALUE      MARGIN REQUIREMENT
12    040108    985,000.0000    MMMCIT GROUP INC           U12605AB40    94.2243H        928,090              417,640
                                EURO MEDIUM TERM NOTE      5214345    SB  985,000.0000
                                DUE 12/16/2008    5.500%
                                MMMLUXFER HOLDINGS PLC
12    070108    746,204.0000    DUE 02/06/2012   11.330%   G5698WAD00    0.00000H               0
                                                           5986867    SB  744,204.0000
  - - - -T O T A L S $- - - -
TOT MV          928,090    OLD SMA          73,420-   SMA              73,420-   SMA CHANGE
EQUITY        1,001,510    LIQ EQT       1,001,510  EQY %  100  HOUSE EXCESS     583,870   NEW HSE CALL      0
CSH AV           71,420    BUYING P        146,840             OTHER EXCESS     908,702   NYSE OPT REQ       0
```



```
BMR56    CLIENT 012                                  MARGIN ACTIVITY STATEMENTS          09/19/08        PAGE 93783
32-40125    RR: H01 STONEHILL OFFSHORE                    CURR-CODE: 016 JY
- - - - - - - -BALANCES- - - - - - -
      OPEN T/D BAL          CLOSE T/D BAL
          01.00-               01.00-
FOREIGN CURRENCY JY RATE    .00935201 T/D BAL
- - - - - - - - -ACTIVITY- - - - - - -       OPEN S/D BAL        CLOSE S/D BAL        MARKET VALUE        DLA
NO ACTIVITY FOR THIS ACCOUNT                     01.00-              01.00-               00            05/13/08
                                                  00.00
- - - - - - -POSITIONS- - - - - -
         LONG/SHORT(-)    SECURITY DESCRIPTION     CUSIP/SEC          PRICE        MARKET VALUE     MARGIN REQUIREMENT
 LDA
050908   920,000,000.0000  **ENRON CORP          U29302AN60  SB     0.00000H            0                  0
                             DUE 06/16/2003       5446109       920,000,000.0000
         0.770%
051308   460,000,000.0000  **ENRON CORP          U29302A680  SB     0.00000H            0                  0
                             DUE 06/15/2003       5446359       460,000,000.0000
         0.678%
- - - -T O T A L S- - - -
TOT MV    0  OLD SMA            SMA                   0  SMA CHANGE          0
EQUITY    1  LIQ EQT    1 EQY %  0 HOUSE EXCESS        0  NEW HSE CALL        0
CSH AV    0  BUYING P          0 OTHER EXCESS          0  NYSE OPT REQ        0
```

```
BMR56    CLIENT 012                                MARGIN ACTIVITY STATEMENTS        09/19/08              PAGE 93784
732-40125    RR: H01 STONEHILL OFFSHORE                CURR-CODE: 246 EM
- - - - BALANCES - - - -
TC    OPEN T/D BAL        CLOSE T/D BAL                OPEN S/D BAL        CLOSE S/D BAL                MARKET VALUE          DLA
12    00.00                00.00                        00.00                00.00                        1,893,504          09/18/08
FOREIGN CURRENCY EM RATE
20    196,050.45          1.43870132 T/D BAL           196,050.45          100,862.09                         00  B1      09/19/08
FOREIGN CURRENCY EM RATE
53    1,940,454.85-       1.43870132 T/D BAL           145,110.42           1,845,266.49-                1,958,946-        09/19/08
FOREIGN CURRENCY EM RATE
T     1,744,404.40-       1.43870132 T/D BAL           1,940,454.85-
                          1,744,404.40-                2,654,787.35-
TC S/DTE  - - ACTIVITY - -                             1,744,404.40-                                       65,442-
20  09/19  00.00                                                                                       DEBIT/CREDIT(-)
53  09/19                                                                                                 95,188.36-
                                                                                                          95,188.36
- -POSITIONS - -          DESCRIPTION                                                                  MARGIN REQUIREMENT
TC  LDA   LONG/SHORT(-)   MARK TO MARKET               CUSIP/SEC        PRICE/ENT T/D   TRD #              84,154
12  090206  250,000.0000  MARK TO MARKET SHORT POS                     MKT NS    09/19
                                                                       MKT NS    09/19
                          SECURITY DESCRIPTION         CUSIP/SEC          PRICE         MARKET VALUE
                          MMKFEE BANK PLC              G33365SS00      74.803866H        187,009
                          EURO MEDIUM TERM NOTE        5BBDQY5    SB    250,000.0000
12  071608  920,000.0000  DUE 01/15/2013      7.125%
                          MMKCMAC BANK GMBH            N35923Q660      78.947344H        726,315
                          EURO MEDIUM TERM NOTE        5BBPVH5    SB    920,000.0000
12  041608  1,150,000.0000 DUE 05/21/2010     5.750%
                          MMKCIR GROUP INC             U12605A000      85.232996H        980,179
                          EURO MEDIUM TERM NOTE        5341424    SB    1,150,000.0000
20  080808  0.0000        DUE 05/13/2009      5.415%
                          MMKATOS                      F061161010      32.37989H               0
                          FRF5                         A006971
20  080808  0.0000        MMKVALEO-ORD                 F962211260      25.17263H               0
                          FF 20 PAR                    V148913
53  080808  22,250.0000-  MMKATOS                      F061161010      32.37989H          720,452-
                          FRF5                         A006971
53  080808  49,200.0000-  MMKVALEO-ORD                 F962211260      25.17263H         1,238,493-
                          FF 20 PAR                    V148913
- - - - T O T A L S - - - -                           FED CALL          NEW FED CALL      1,030,497
TOT MV    65,442-   OLD FED CALL      1,030,497      0 HOUSE EXCESS      NEW HSE CALL        239,201
EQUITY    1,678,961  LIQ EQT          1,678,961 EQY %    OTHER EXCESS      NYSE OPT REQ       810,595
CSH AV         0    BUYING P                 0
```

| Symbol | | Qty | Price | MV (€) | | MV ($) |
|---|---|---|---|---|---|---|
| CIT | USD | (36,770) | 11.16 | (410,353.20) | 1 | (410,353.20) |
| MBI | USD | (184,000) | 12.88 | (2,369,920.00) | 1 | (2,369,920.00) |
| NEW | USD | (83,805) | 26.22 | (2,197,367.10) | 1 | (2,197,367.10) |
| NBDFF | USD | (16,238) | 4.18115 | (67,893.51) | 1 | (67,893.51) |
| RAS | USD | (54,600) | 7.35 | (401,310.00) | 1 | (401,310.00) |
| WFC | USD | (96,500) | 39.8 | (3,840,700.00) | 1 | (3,840,700.00) |
| WB | USD | (69,000) | 18.75 | (1,293,750.00) | 1 | (1,293,750.00) |
| WM | USD | (435,876) | 4.25 | (1,852,473.00) | 1 | (1,852,473.00) |
| 912810PW2 | USD | (23,000,000) | 100.031 | (23,007,130.00) | 1 | (23,007,130.00) |
| 912828HZ6 | USD | (4,600,000) | 100.93 | (4,642,780.00) | 1 | (4,642,780.00) |
| 912828CA6 | USD | (15,000,000) | 104.75049 | (15,712,573.50) | 1 | (15,712,573.50) |
| Type 5 | USD | 56,231,081.00 | 1 | 56,231,081.00 | 1 | 56,231,081.00 |
| Net USD | | | | | | 434,830.69 |
| | | | | | | |
| Valeo | EUR | (22,250) | 32.37989 | (720,452.55) | 1.43870132 | (1,036,516.04) |
| Atos | EUR | (49,200) | 25.17263 | (1,238,493.40) | 1.43870132 | (1,781,822.08) |
| Type 5 | EUR | 1,845,266.49 | 1 | 1,845,266.49 | 1.43870132 | 2,654,787.33 |
| Net EUR | | | | | | (163,550.79) |
| | | | | | | |
| CM | CAD | (8,880) | 62.50493 | (555,043.78) | 0.95352472 | (529,247.96) |
| NBDFF | CAD | (519,735) | 4.38494 | (2,279,006.79) | 0.95352472 | (2,173,089.31) |
| Type 5 | CAD | 2,819,674.27 | 1 | 2,819,674.27 | 0.95352472 | 2,688,629.12 |
| Net CAD | | | | | | (13,708.15) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total USD Due Stonehill | | | | | | 257,571.75 |

EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Fund | LEHM A/C # | Month Expected | Internal ID | LEHM ID | CCY | Amount | Notes | Record date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | September-08 | 5913BJ4 | GBP | GBP | 278.18 | INTEREST | 9/21/2008 | INTEREST ON CREDIT BALANCE FROM 08/21 THRU 09/21 @ 4.938% BAL 73,420 ABAL 64,460 INTEREST PAID FOR 31 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5913BJ4 | USD | USD | 22 | INTEREST | 8/24/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.50% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5913562 | USD | USD | 123.74 | INTEREST | 8/28/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/02 @ 1.50% BAL 282,137 ABAL 282,137 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5941547 | USD | USD | 133.82 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 08/21 THRU 09/16 @ 1.362% BAL 475,179 INTEREST PAID FOR 6 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5941547 | USD | USD | 654.81 | INTEREST | 9/16/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 2.00% BAL 1,471,291 ABAL 1,471,291 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | USD | USD | 97.03 | INTEREST | 9/15/2008 | INTEREST ON CREDIT BALANCE FROM 09/15 THRU 09/15 @ 2.00% BAL 1,471,291 ABAL 1,471,291 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | USD | USD | 47,019.52 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE FROM 08/29 THRU 09/11 @ 1.362% BAL 821,864 ABAL 319,416 INTEREST PAID FOR 1 DAY(S) |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | NBDFF | USD | USD | -488.52 | INTEREST | 9/11/2008 | INTEREST ON CREDIT BALANCE TY S CR INT 821-921100 LB TRIND=DST/AUT/DNT |
| Stonehill Offshore Partners | 732-40125 | September-08 | 2641441 | NBDFF | USD | USD | 9.91 | INTEREST | 9/22/2008 | NORBOQ INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | | USD | USD | -518.28 | INTEREST | 9/22/2008 | INTEREST ON CREDIT BALANCE |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5013TKJ2 | B02592 | USD | USD | 11.68 | DIVIDEND | 9/22/2008 | NORBOQ INC |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBKLB4 | B242RO7 | USD | USD | 122,629.26 | INTEREST | 9/4/2008 | ***LEHMAN BROTHERS US DOLLAR LIQUIDITY FUND INSTL DIST CL |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5H13662 | 12668AAC3 | USD | USD | 71,334.12 | DIVIDEND | 9/4/2008 | MAC CAPITAL LTD BND DIVIDENDS |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943547 | 12668XAC9 | USD | USD | 19,100.05 | PAYDOWN | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.6800% 07/25/2014 12668AAC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5943547 | 12668XAC9 | USD | USD | 35,629.96 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.6800% 07/25/2014 12668AAC3 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5901190 | 12668XAC9 | USD | USD | 30,669.95 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-S5 CLASS A5 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5905694 | 12668XAC9 | USD | USD | 10,911.59 | INTEREST | 8/29/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-S5 CLASS A5 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5723941 | 12668S1AB7 | USD | USD | 37,331.4 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S3 A-5 6.9500% 11/25/2033 12668S1A87 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5111974 | 12668S5DX1 | USD | USD | 10,081.72 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S3 A-2 VAR 3.6810% 06/25/2033 12668S1AB7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5450819 | 12668S5DX1 | USD | USD | 44,781.00 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S3 A-3 VAR 3.6270% 07/25/2027 12668S5DX1 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5450819 | 12668VAA7 | USD | USD | 62,270.47 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S7 A-1 VAR 3.5130% 11/25/2035 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5450819 | 12668VAA7 | USD | USD | 5,396.64 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S7 A-1 VAR 3.5130% 11/25/2035 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5961848 | 12668YAB9 | USD | USD | 3,331.42 | INTEREST | 8/29/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S7 A-1 VAR 3.5130% 11/25/2035 12668VAA7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5133485 | 38012TAB8 | USD | USD | 32,759.45 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST 2006-HB1 CLASS A3 5.7500% 03/25/2036 38012TAB8 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQT28 | 36185GCV7 | USD | USD | 2,781.56 | PAYDOWN | 8/29/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HB2 CLASS A3 5.7900% 03/25/2036 38012TAB8 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQT28 | 36185GCV7 | USD | USD | 79,538.39 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 A3-VAR 2.6810% 06/25/2034 361865GCV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQT29 | 36185GCV7 | USD | USD | 92,270.01 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 A3-VAR 2.6810% 06/25/2034 361865GCV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BBQT29 | 36185GCV7 | USD | USD | 17,965.88 | INTEREST | 8/29/2008 | GMACM HOME EQUITY LN TR SERIES 2006-HE1 A3-VAR 2.6810% 06/25/2034 361865GCV7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5BCLLCO | 36185GAD7 | USD | USD | 200,560.00 | PAYDOWN | 8/31/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAG5 144A 6.6000% 12/25/2037 361861AD7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5716644 | 35X0102 | USD | USD | 2,330.96 | INTEREST | 8/31/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS A4-A VAR 5.9200% 09/25/2037 361861AD7 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5716644 | 35X0102 | USD | USD | 12,921.59 | INTEREST | 9/1/2008 | RESIDENTIAL FDG MTG SECS LN TR SERIES 2006-HSA1 CLASS A-3 1.9000% 08/01/2009 09334SPB0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5999265 | NWRC | USD | USD | 81,514.13 | INTEREST | 9/24/2008 | RESIDENTIAL FDG MTG SECS LN TR SERIES 2006-HSA1 CLASS A-3 1.9000% 08/01/2009 09334SPB0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5916204 | NWEC | USD | USD | -25.08 | INTEREST | 9/24/2008 | PHH MORTGAGE PDO MTG SECS LN SER 2007-HE2 CLASS A4-A 5.9200% 09/25/2037 03336SPB0 |
| Stonehill Offshore Partners | 732-40125 | September-08 | 5P12 | 8570521AA8 | USD | USD | 3,163.84 | INTEREST | 9/25/2008 | STATE STREET BK/TR |
| Stonehill Offshore Partners | 732-40125 | October-08 | 9730912 | 9309952A2 | USD | USD | 306,561.50 | DIVIDEND | 9/30/2008 | F C E BANK PLC EURO MEDIUM TERM NOTE 8.7300% 09/09/2009 09336SPB0 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5811267 | 7037VEA3 | USD | USD | 50,715.00 | INTEREST | 10/1/2008 | AMES TRUE TEMPER INC SENIOR 10.000% 07/15/2012 012011 853763AA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5142821 | 7437VCA6 | USD | USD | 6,423.74 | INTEREST | 10/1/2008 | WOLVERINE TUBE INC SENIOR NOTES SER B- IN DEFAULT 10.500% 04/01/2009 978098AA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5273979 | 7437VCAG6 | USD | USD | 138,304.69 | FULL CALL | 10/9/2008 | PEGASUS AVIATION LEASE SECURITIZATION IIASTPMCVSNB 5 8.1000% 05/10/2010 705577RAA8 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5208000 | 7437VCA53 | USD | USD | 80,883.33 | FULL CALL | 10/9/2008 | PSINET INC SENIOR NOTES SER B- IN DEFAULT 11.000% 02/15/2003 74437CAG6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5905694 | 7437VCA53 | USD | USD | 77,221.46 | FULL CALL | 10/9/2008 | PSINET INC NTS N NTS *IN DEFAULT* 11.0000% 08/01/2009 69363VAB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446109 | U39302AH6 | USD | USD | 34,784.00 | FULL CALL | 10/9/2008 | PSINET INCORPORATED SR NTE-*IN DEFAULT* 11.00000% 08/01/2009 12681AB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5446359 | U29302AG8 | USD | USD | 121,416.66 | DISTRIBUTION | 10/14/2008 | ENRON CORP 0.77000% 12/31/2049 U29302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5840538 | 126681DX1 | USD | USD | 32,061.50 | DISTRIBUTION | 10/14/2008 | ENRON CORP 0.77000% 12/31/2049 U29302AH6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5733438 | 113011AB3 | USD | USD | 279,843.75 | INTEREST | 10/14/2008 | AMES TRUE TEMPER INC SENIOR 10.000% 07/15/2012 012011AS3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5778217 | 125568AB1 | USD | USD | 17,778.18 | INTEREST | 10/14/2008 | BRODER BROS CO SR NOTE 11.2500% 10/15/2010 112011AB3 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5666251 | 125568AB1 | USD | USD | 78,718.80 | INTEREST | 10/15/2008 | CIT GROUP FDG CO CDA SR NT 5.6000% 11/02/2011 125568AE5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | | POR | POR | 12,787.59 | INTEREST | 10/1/2008 | PORTLAND GENERAL ELECTRIC CO FRN |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5445410 | U29302AJ2 | POR | POR | 196.72 | DIVIDEND | 9/25/2008 | PORTUGAL TELECOM 6.9750% 12/23/2000 400635J389 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5339453 | 12668XAC9 | USD | USD | 28,122.49 | DISTRIBUTION | 10/14/2008 | ENRON CORP EURO DEB 0.9700% 12/13/2049 U29302AJ2 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943547 | 12668XAC9 | USD | USD | 178,844.00 | DISTRIBUTION | 10/22/2008 | ESCROW GUANGDONG INTL TR & ENV 144A 8.7500% 1/23/2003 400635J389 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5943547 | 12668XAC9 | USD | USD | 30,969.94 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-S5 CLASS A5 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5905694 | 12668XAC9 | USD | USD | 30,504.99 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S5 CLASS A5 5.5500% 04/25/2036 12668XAC9 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5905694 | 12668YAF6 | USD | USD | 10,911.58 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S5 CLASS A5 5.5500% 04/25/2036 12668YAF6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119024 | 5199024 | USD | USD | 37,221.46 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LN TR SER 2006-S3 CLASS A5 3.6810% 06/25/2033 12668YA6 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119023 | 126681DX1 | USD | USD | 10,081.71 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LOAN TRUST LN TR SERIES 2006-S3 A-2 VAR 3.6810% 06/25/2033 12668S1AB7 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5119023 | 380127AB8 | USD | USD | 17,778.18 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S3 A-3 VAR 3.6270% 07/25/2027 126681DX1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQVB1 | 36184LAG8 | USD | USD | 42,781.00 | INTEREST | 9/30/2008 | CWHEQ HOME EQUITY LOAN TRUST MTGPCSERIES 2006-S3 A-3 VAR 3.6270% 07/25/2027 126681DX1 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQVY6 | 36184LAG8 | USD | USD | 92,270.01 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST LN TR SERIES 2007-HE2 CLASS A4 VAR 3.4240% 12/25/2037 36184LAD5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBQCY6 | 36184LAD5 | USD | USD | 17,965.88 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCSERIES 2007-HE2 CLASS A4 6.4340% 12/25/2037 36184LAD5 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5H13157 | 38012TAD4 | USD | USD | 73,710.10 | INTEREST | 9/30/2008 | GMACM HOME EQUITY LOAN TRUST MTGPCSERIES 2006-HE1 A-3 VAR RATE DUE 10/24/2016 6.9100 BND REC 09/30/08 PAY 10/25/08 |

## EXHIBIT D FOR STONEHILL OFFSHORE PARTNERS

| Entity | Account | Month | Code1 | Code2 | Cur | Amount | Transaction | Date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Stonehill Offshore Partners | 732-40125 | October-08 | 39CLLCO | 6937YAE4 | USD | 291,847.10 | PAYDOWN | 9/30/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.60000% 12/25/2027 6937YAE4 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 3BCLLCO | 6937YAE4 | USD | 76,294.21 | INTEREST | 9/30/2008 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.60000% 12/25/2027 6937YAE4 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5306641 | 7611OVTD0 | USD | 13,924.41 | INTEREST | 9/30/2008 | RESIDENTIAL DOC MTG SECS II IN SERIES 2006-HSA1 CLASS A-5 3.19000% 02/25/2036 7611OVTD0 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BBNND6 | 5326SAAN1 | USD | 107,739.51 | INTEREST | 10/27/2008 | MAC CAPITAL LTD SER 2007-1 CL B-3L 144A/CT R/MD 7.045 07/24/2023 |
| Stonehill Offshore Partners | 732-40125 | October-08 | DAL | DAL | DAL | 6.63 | CASH IN LIEU | 10/51/2008 | DELTA AIR LINES INC DEL COM NEW |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5943662 | 12668AAC3 | USD | 19,194.77 | INTEREST | 9/30/2008 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.65800% 01/25/2034 12668AAC3 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5986867 | X50242001820 | GBP | 125,142.40 | INTEREST | 10/31/2008 | LUXFER HOLDINGS PLC 11.8100% 02/06/2012 G5694WAD0 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5443794 | 29357YAD5 | GBP | 32,386.31 | INTEREST | 11/6/2008 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.23000% 05/24/2006 29357YAD5 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5442794 | 29357YAD5 | GBP | 1,621.10 | DISTRIBUTION | 11/6/2008 | ENRON CREDIT LINKED NOTES TR STERLING CREDIT LINKED NOTE 7.23000% 05/24/2006 29357YAD5 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5344424 | U12669A3O | EUR | 15,913.70 | REDEMPTION | 11/14/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE 5.30000% 11/12/2009 U12669A3O |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5446109 | U29302AI6 | USD | 10,394.14 | PAYDOWN | 10/24/2008 | ENRON CORP 0.77000% 12/11/2049 U29302AI6 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5277207 | X501083297I71 | USD | 45,374.94 | PAYDOWN | 10/9/2008 | PSINET INC EURO SERIES 10.50000% 12/01/2006 |
| Stonehill Offshore Partners | 732-40125 | November-08 | 5253609 | 6936YVAD9 | USD | 3,540.90 | PAYDOWN | 10/9/2008 | PSINET INC SER EUR SR NOTE "FN DEFAULT" 11.00000% 08/01/2009 6936YVAD9 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5BB9OPL9 | CA376472BM01 | CAD | 164,576.11 | INTEREST | 11/21/2008 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.73145% 05/22/2009 370472BM0 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5259929 | 7611BAF6 | USD | 490,649.38 | INTEREST | 12/29/2008 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 7611BAF6 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5259929 | 7611BAF6 | USD | 955,118.64 | DISTRIBUTION | 12/11/2008 | RESIDENTIAL CAP CORP NT 6.375% 10 8.375% 06/30/2010 7611BAF6 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5BDHSQ5 | 8431AJM0 | GBP | 731,256.46 | INTEREST | 12/12/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 4.25 12/15/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5214345 | U12669A34 | GBP | 27,037.50 | INTEREST | 12/12/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE R/MD 5.50 12/15/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5515750 | X50202220264 | GBP | 249,625.00 | MATURITY | 12/15/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE R/MD 4.25 12/15/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5214345 | U12669A34 | GBP | 985,000.00 | MATURITY | 12/15/2008 | CIT GROUP INC EURO MEDIUM TERM NOTE R/MD 5.50 12/15/2008 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5214345 | X50202220264 | GBP | 3,850,000.00 | DISTRIBUTION | 12/22/2008 | GMAC INTL FINANCE BV EURO MEDIUM TERM NOTE 4.85% 02/28/2008 G8419CAN0 |
| Stonehill Offshore Partners | 732-40125 | December-08 | 5515750 | 8431AJM0 | USD | 178,006.78 | DISTRIBUTION | 12/22/2008 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS 144A 1CT 05% 10/25/2008 8431AJM0 |
| Stonehill Offshore Partners | 732-40125 | January-09 | 39C5IL30 | X50294277396 | USD | 39,814.50 | DISTRIBUTION | 1/6/2009 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS 144A 1CT 05% 10/25/2008 8431AJM0 |
| Stonehill Offshore Partners | 732-40125 | October-08 | 5BDHSQ5 | 40065L9A1 | USD | 113,174.45 | DISTRIBUTION | 10/22/2008 | ESCROW GUANGDONG INTL TR & INVT 144A/N DEFAULT 6.375% 11/15/2029 40065L9A1 |

### Running Total

| Currency | Amount |
|---|---|
| USD | 6,173,678.91 |
| GBP | 5,362,140.69 |
| EUR | 132,441.03 |
| CAD | 164,576.11 |

## SO EXHIBIT E
## STONEHILL OFFSHORE PARTNERS LTD
**WIRES ON PRIVATE INSTRUMENTS THAT WERE MISDIRECTED TO LBI**

| ACCOUNT | CURRENCY | AMOUNT | DATE | DESCRIPTION |
|---------|----------|--------|------|-------------|
| 732-40125 | EUR | 262.34 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | GBP | 25,011.80 | 9/10/2008 | Unipoly wire from Deutsche Bank |
| 732-40125 | USD | 34,283.33 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 378,776.44 | 11/28/2008 | Murray Energy wire from Goldman Sachs |
| 732-40125 | USD | 14,188.01 | 12/31/2008 | Entegra 2nd Lien wire from Lehman CP |

| | | | CURRENT EXCH RATE | |
|---|---|---|---|---|
| TOTAL | EUR | 262.34 | 1.35 | 353.37 |
| TOTAL | GBP | 25,011.80 | 1.52 | 37,917.89 |
| TOTAL | USD | 427,247.78 | 1.00 | 427,247.78 |
| TOTAL | AS CONVERTED | | | 465,519.04 a) |

a) Note: Currencies are converted to USD only for the purpose of tallying a rough dollar amount due.
Stonehill is not aware of the LBI estate's policies regarding converting foreign wires, the date used for
conversion, or whether foreign wires will be delivered in original currency.

page 1 of 1

SO Exhibit F    page 1 of 2

```
BM956   CLIENT 012                           MARGIN ACTIVITY STATEMENTS      09/19/08          PAGE 93829
732-41222   RR: HB1 STONEHILL OFFSHORE P          CURR-CODE: 000
 - - - - -BALANCES- - - - - -
TC      OPEN T/D BAL      CLOSE T/D BAL      OPEN S/D BAL      CLOSE S/D BAL                                DLA
12          00.00            00.00              00.00             00.00                                  09/18/08
 - - - - -ACTIVITY- - - - - -                                                               MARKET VALUE
NO ACTIVITY FOR THIS ACCOUNT                                                                  5,500,000

 - - -POSITIONS- - -
TC  LDA     LONG/SHORT(-)   SECURITY DESCRIPTION      CUSIP/SEC     PRICE     MARKET VALUE    MARGIN REQUIREMENT
12  091808  5,500,000.0000  6680LEHMAN BROTHERS US DOLLAR  G54G81260   1.0000H    5,500,000        5,500,000
                            LIQUIDITY FUND INSTL DIST CL   A000351

 - - -T O T A L S - - -
TOT MV   5,500,000   OLD SMA               SMA   0            0  SMA CHANGE
EQUITY   5,500,000   LIQ EQT  5,500,000  EQY %  0 HOUSE EXCESS  0  NEW HSE CALL
CSH AV       0       BUYING P         0     OTHER EXCESS       0  NYSE OPT REQ
```

SO Exhibit F  page 2 of 2

# LEHMAN BROTHERS

**For the period 08/30/2008 to 09/30/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

Base Currency : USD
Account Number : 732-40125 H81

## Monthly Activity[1]

**MOVEMENTS OF FUNDS**    (Continued)

| Settlement Date | Transaction | Description | Amount |
|---|---|---|---|
| 09/15/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/12/08 SD | ( 169,000,000.00 ) |
| 09/16/2008 | | INWIRE RF#0311699 | 204,909.09 |
| | | 0008 | |
| | | INES(02) NORTHWEST AIRL INES 6 | |
| | | CITIUS33 | |
| 09/16/2008 | PAID BY WIRE | WIRE PAYMENT TD 09/16/08 SD | ( 5,000,000.00 ) |
| 09/16/2008 | | TFR TO ACCT 732-41222-2 | ( 2,018,932.38 ) |
| 09/17/2008 | | TFR TO ACCT 732-41222-1 | ( 5,500,000.00 ) |
| 09/17/2008 | | REF # 9N44323 | 919,994.61 |
| 09/18/2008 | | INWIRE RF#0352200 | 26,290.98 |
| | | 0008 | |
| | | INES(02) NORTHWEST AIRL INES 6 | |
| | | CITIUS33 | |
| 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 3,585,571.55 |
| 09/19/2008 | | INWIRE RF#09199887HU2R008975 | 31,807.57 |
| | | 026009593 | |
| | | PART NERS LTD FFC A C 732 401 | |
| | | WCI COMMUNITIES, INC | |

**TOTAL NET MOVEMENTS OF FUNDS / USD**    ( 172,269,540.62 )

**GBP**

| | | | |
|---|---|---|---|
| 09/08/2008 | | FRM STK TO CMDY | ( 103,624.20 ) |
| 09/18/2008 | | TFR FROM ACCT 732-41222-1 | 25,038.00 |

**TOTAL NET MOVEMENTS OF FUNDS / GBP**    ( 78,586.20 )

**EUR**

Page 69 of 86

SO Exhibit G
page 1 of 1

# LEHMAN BROTHERS

**Base Currency : USD**
**Account Number : 732-40125 H81**

**For the period 08/01/2008 to 08/29/2008**

STONEHILL OFFSHORE
PARTNERSHIP LTD
C/O CITICO FUND SERVICES

## Monthly Activity(1)

**PURCHASES & SALES**
(Continued)

| Settlement Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 08/12/2008 | BOUGHT | 14,950 | ACACIA RESEARCH - ACACIA TECHNOLOGIES UNSOLICITED TMS08707708?0176160TMS PLUS 448.50 COMM CHARGED BY LEHM | 4.1589 | ( 62,624.08 ) |
| 08/12/2008 | SOLD | 240,534 | ***BARRATT DEVELOPMENTS PLC AVERAGE PRICE UNSOLICITED TMS-REF200808110138535 TMS08711708?0138535TMS 288,029.93 GBP TOTAL AS OF 08/07/08 | 2.3308 | 580,074.19 |
| 08/12/2008 | BOUGHT | 2,000,000 | ***MAC FUNDING LTD PRIN PROTECTED SECS ACCREDITED INVS UNSOLICITED TMS08711708?0044492TMS PLUS 0.00 COMM CHARGED BY CHSE | .3275 | ( 655,000.00 ) * |
| 08/12/2008 | SOLD | 6,300 | PGT INC UNSOLICITED TMS08707708?0182504TMS LESS 282.00 COMM 0.19 FEE CHARGED BY MOUN | 5.1980 | 32,482.61 |
| 08/12/2008 | SOLD | 27,500 | ROSETTA RESOURCES INC UNSOLICITED TMS08707708?0182500TMS LESS 825.00 COMM 3.50 FEE CHARGED BY GSCO | 22.7217 | 624,018.25 |
| 08/12/2008 | BOUGHT | 8,385 | ***ZARLINK SEMICONDUCTOR INC UNSOLICITED | .7158 | ( 6,260.99 ) |

Page 45 of 108

Page 45 of 108

# LEHMAN BROTHERS INC

## TRADE CONFIRMATION

To:   Stonehill Institutional Partners, L.P.
      Contact: Steve Nelson
      Tel No.: 212-739-7470
      Fax No.: 212-838-2291
      Email:   snelson@stonehillcap.com

From: Lehman Brothers Inc.
      Contact: Denise Rosselli            Trade Confirmations: Jessica Markowitz
      Tel No.: 212-526-1490               Tel. No.:   212-526-1490
      Fax No.: 646-758-4993               Fax No.:    646-758-4993
      Email:   drossell@lehman.com        Email:  Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| Trade Date: | March 27, 2008 |
| Seller: | Stonehill Institutional Partners, L.P., as Principal |
| Buyer: | Lehman Brothers Inc., as Principal |
| Issuer: | US Power Generating Company |
| Quantity | 6,400 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| Purchase Price: | $28.00 per Unit |

Other terms:

1.  Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2.  Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3.  All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598*.

NYC:147889.2

2

**LEHMAN BROTHERS INC.**

By: _____

Name: **MARTHA G. MARTINEZ**
        **AUTHORIZED SIGNATORY**

Title: _____

Date: _____

**Stonehill Institutional Partners, L.P.**

By: _____

Name: Steven D. Nelson

Title: CFO

Date: 4/3/08

NYC:147889.2

# LEHMAN BROTHERS INC
## TRADE CONFIRMATION

**To:**   Stonehill Offshore Partners Limited
Contact: Steve Nelson
Tel No.: 212-739-7470
Fax No.: 212-838-2291
Email:   snelson@stonehillcap.com

**From:**   Lehman Brothers Inc.
Contact:   Denise Rosselli
Tel No.:   212-526-1490
Fax No.:   646-758-4993
Email:   drossell@lehman.com

Trade Confirmations: Jessica Markowitz
Tel. No.:   212-526-1490
Fax No.:   646-758-4993
Email:   Jessica.markowitz@lehman.com

We are pleased to confirm the following transaction (the "Transaction"):

| | |
|---|---|
| **Trade Date:** | March 27, 2008 |
| **Seller:** | Stonehill Offshore Partners Limited, as Principal |
| **Buyer:** | Lehman Brothers Inc., as Principal |
| **Issuer:** | US Power Generating Company |
| **Quantity** | 8,730 Class A Shares issued under Certificate of Incorporation (as amended or amended and restated from time to time, the Certificate of Incorporation") of US Power Generating Company, a Delaware corporation |
| **Purchase Price:** | $28.00 per Unit |

**Other terms:**

1. Buyer and Seller agree that the Transaction shall be subject to the transfer requirements set forth in the Certificate of Incorporation; it being understood and agreed that Buyer shall cooperate in all reasonable respects with Seller to cause the Transaction to satisfy such requirements;

2. Buyer and Seller agree to execute and deliver any necessary documentation required pursuant the Certificate of Incorporation (the "Certificate") or by counsel to the Issuer (including, without limitation, in the case of Buyer, a Rule 144A Certificate, Regulatory Certificate and if applicable, a Confidentiality Agreement and, in the case of both parties, a NASD Transfer Form and Letter Agreement with respect to Section 1(b)(i) of Article Five of the Certificate), in order to effect the Transaction.

3. All dividends, payments or any other distributions made on or after the Trade Date are for the Buyer's account.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following e-mail address: Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at 212-526-7598.

NYC:147889.2

2

| LEHMAN BROTHERS INC. | Stonehill Offshore Partners Limited |
|---|---|
| By: | By: |
| Name: MARTHA G. MARTINEZ AUTHORIZED SIGNATORY | Name: Steven D. Nelson |
| Title: | Title: CFO |
| Date: | Date: 4/2/08 |

NYC:147889.2

SD Exhibit H(b)

7                                                        Equity**MSG**
Screen Printed
  1/23  8:50:20                                          Page  1 / 2
   From: ●JAY COYLE (MERRILL LYNCH/NY,WFC)
  Subject: PROJECT ENERGY BANK DEBT -
           No Attachments
FIRST DAY AT BANK OF AMERICA                  Cell:(917)699-9191
ENERGY PROJECT BANK DEBT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANP TL A | 92 | - 94 | 3x3 | LA PALOMA 1ST | 71 | - 73½ | 3x |
| ANP TL B | 89 | - 91 | 3x3 | LA PALOMA 2ND | 59 | - 63 | 2x2 |
| BOSTON GEN 1ST | 62¼ | - 64¼ | 5x3 | LIBERTY ELEC 1ST | 75 | - 80 | |
| BOSTON GEN 2ND | 26½ | - 31½ | 2x2 | LIBERTY ELEC MEZZ | 50 | - 55 | |
| BOSTON GEN MEZZ | 7 | - 12 | 2x2 | LONGVIEW STRIP | 70 | - 72 | P/B |
| US POWER EQUITY | 6.00 | -7.50 | 50kx75k | MACHGEN 2ND | 60 | - 62 | 3x3 |
| BOSQUE TERM | 65 | - 70 | 3x | MACHGEN UNITS | 90 | - 130 | 5kx5k |
| ENTEGRA 2ND LIEN | 71 | - 72½ | 3x3 | TENASKA 1ST | 88 | - 90 | |
| ENTEGRA 3RD LIEN | 33 | - 35 | 3x3 | TENASKA 2NDS | 62 | - 65 | 2x2 |
| ENTEGRA EQUITY | 3.00 | -4.00 | 75x75 | ASTORIA 1ST | 84½ | - 86 | |
| KELSON 1ST | 78 | - 81 | 3x2 | ASTORIA 2NDS | 71 | - 74 | P/S |
| KELSON 2ND | 47½ | - 51½ | 5x5 | | | | |
| KELSON MEZZ | 27 | - 37 | | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2009 Bloomberg Finance L.P.
26-Jan-2009 11:31:26

## Unsettled Zarlink Trades

| 8/15/2008 | Total Qty | Off | SI | | Total Cost | Off | SI |
|---|---|---|---|---|---|---|---|
| Original trade | 55,000 | 25,300 | 29,700 | | 41,402.00 | 19,045.00 | 22,357.00 |
| Unsettled | 14,000 | 6,440 | 7,560 | | 10,539 | 4,847.82 | 5,690.87 |
| | 25.45% | | | | 25.45% | | |
| Corrected | 41,000 | 18,860 | 22,140 | | 30,863 | 14,197.18 | 16,666.13 |
| | | | | | | | |
| 8/20/2008 | | | | | | | |
| Original trade | 60,500 | 27,830 | 32,670 | | 46,029 | 21,173.00 | 24,856.00 |
| Unsettled | 45,500 | 20,930 | 24,570 | | 34,617 | 15,923.50 | 18,693.36 |
| | 75.21% | | | | 75.21% | | |
| Corrected | 15,000 | 6,900 | 8,100 | | 11,412 | 5,249.50 | 6,162.64 |
| | | | | | | | |
| | | | | | | | |
| Pre-adj | 7,654,640 | 5,490,156 | 2,164,484 | | 5,663,502.66 | 3,974,221.71 | 1,689,280.95 |
| Adjustments | | (27,370) | (32,130) | | | (20,771.31) | (24,384.23) |
| New | 7,595,140 | 5,462,786 | 2,132,354 | | 5,618,347.12 | 3,953,450.40 | 1,664,896.72 |
| | | | | | | | |
| | | | | | | | |
| Cash Adj on unsettled | CAD | | | Rate | USD | | |
| 8/15/2008 | 11,193.00 | 5,148.78 | 6,044.22 | 0.94154 | | | |
| 8/20/2008 | 36,818.60 | 16,936.56 | 19,882.04 | 0.94020 | | | |
| Claim on Exibit I | 48,011.60 | 22,085.34 | 25,926.26 | | | | |
| CUSIP # 989139100 | | | | | | | |

page 103

**FX Forward Adj**
**9/19/2008**

Stonehill Offshore - Exhibit U

| FX | Due Date | Offshore Qty | Cost | Price | FMV | Unrealized |
|---|---|---|---|---|---|---|
| CAD | 5/26/09 | (6,650,000) | (6,443,798.45) | 0.9510046 | (6,324,180.74) | 119,617.71 |
| CAD | 5/26/09 | (5,520,000) | (5,374,616.62) | 0.9510046 | (5,249,545.51) | 125,071.11 |
| CHF | 12/29/08 | (19,000,000) | (18,399,264.03) | 0.9103138 | (17,295,962.04) | 1,103,301.99 |
| Euro | 12/29/08 | (14,000,000) | (21,220,080.00) | 1.4439997 | (20,215,995.80) | 1,004,084.20 |
| Euro | 6/24/09 | (6,695,500) | (10,287,635.75) | 1.4326946 | (9,592,606.69) | 695,029.06 |
| GBP | 9/22/08 | (4,100,000) | (8,099,550.00) | 1.8357450 | (7,526,554.50) | 572,995.50 |
| GBP | 12/22/08 | (9,000,000) | (17,747,100.00) | 1.8262393 | (16,436,153.70) | 1,310,946.30 |
| GBP | 3/26/09 | (9,000,000) | (17,362,800.00) | 1.8152082 | (16,336,873.80) | 1,025,926.20 |
| GBP | 6/24/09 | (1,500,000) | (2,888,175.00) | 1.8061452 | (2,709,217.80) | 178,957.20 |
| | | | (107,823,019.85) | | (101,687,090.59) | 6,135,929.26 |

TOTAL 6,135,929.26

LEHMAN BROTHERS INC
745 7TH AVE
NY  10019

***FUTURES/FOREIGN EXCHANGE
CONFIRMATION***

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 2 |

**US NON-SEGREGATED ACCOUNT**

- - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|---|---|
| | | | | | Total FX Long Option value | | 0CR* USD |
| | | | | | Total FX Short Option Value | | 0CR* USD |
| | | | | | Net FX Option Value | | 0CR* USD |

- - - - - - - - - - - - Foreign Exchange Position Delta Summary - - - - - - - - - - - - - - - - - -

| Curr | Notional | USD Equivalent | Delta Notional | Delta USD Equiv |
|---|---|---|---|---|
| EUR | 20,695,500.00DB | 29,808,602.49DB | 20,695,500.00DB | 29,808,602.49DB |
| GBP | 19,500,000.00DB | 35,482,245.30DB | 19,500,000.00DB | 35,482,245.30DB |
| CAD | 12,170,000.00DB | 11,573,726.25DB | 12,170,000.00DB | 11,573,726.25DB |
| CHF | 19,000,000.00DB | 17,295,962.04DB | 19,000,000.00DB | 17,295,962.04DB |
| Sum of the Absolute Values: | | 94,160,536.08 | | 94,160,536.08 |

- - - - - - - - - - -   M A R G I N   R E Q U I R E M E N T   S U M M A R Y  - - - - - - - - - - - - - - - - - - -

| | Margin Requirement - - - - - - | Equity | Margin |
|---|---|---|---|
| | Initial | Excess/Deficit | Call/Excess |
| GBP | 0CR | 4,100,000.00DB | 4,100,000.00DB |
| JPY | CR | CR | CR |
| USD | 4,642,874.10DB | 8,099,550.00CR | 3,456,675.90CR |

Total Value in Base Currency

| USD | 4,642,874.10DB | | 572,995.50CR | 4,069,878.60DB |
|---|---|---|---|---|

- - - - - - - - - - - - - - - A C C O U N T   V A L U E   S U M M A R Y - - - - - - - - - - - - - - - - - - - - -

| | Account Balance | Unrealized G/L on Futures | Net Present Value on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value |
|---|---|---|---|---|---|---|
| GBP | 4,100,000.00DB | 0CR | 0CR | 0CR | 0CR | 4,100,000.00DB |
| JPY | CR | CR | CR | CR | CR | CR |
| USD | 8,099,550.00CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 13,588,848.79CR |

Total Value in Base Currency

| USD | 572,995.50CR | 0CR | 5,489,298.79CR | 0CR | 0CR | 6,062,294.29CR |
|---|---|---|---|---|---|---|

* * * * * * * *  CURRENCY  CONVERSION  RATES  * * * * * * * * *

Base Currency - USD

| POUND STG | GBP | 1.8357450 |
|---|---|---|
| J YEN | JPY | 107.0700000 |

*page 3 of 3*

LEHMAN BROTHERS INC
745 7TH AVE
NY 10019

*FUTURES/FOREIGN EXCHANGE CONFIRMATION*

| SEP 22, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 23040125 |
| Page | 1 |

**US NON-SEGREGATED ACCOUNT**

STONEHILL OFFSHORE PART LTD
C/O CITCO FD SERVICES
PO BOX 31106 SMB
GRAND CAYMAN
CAYMAN ISLANDS

- - - - - OPENING  ACCOUNT  BALANCES - - - -

| | |
|---|---|
| POUND STG | 0CR |
| J YEN | CR |
| US DOLLAR | 0CR |

- - - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   S E T T L E M E N T S - - - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value |
|---|---|---|---|---|---|---|---|

The settlement amounts shown below are reflected in the closing cash balance for each currency.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/19/07 | S | 4,100,000.00DB | 22SEP08 | GBP/USD | 8,099,550.00CR TYPE | 1.9755000 | |

- - - - CLOSING  ACCOUNT  BALANCES - - - - -

| | |
|---|---|
| POUND STG | 4,100,000.00DB* |
| J YEN | CR* |
| US DOLLAR | 8,099,550.00CR* |

- - - - - - - - - - - - - - F O R E I G N   E X C H A N G E   O P E N   P O S I T I O N S - - - - - - - - - - - - - -

| Date | B/S | Base Currency | Maturity | Currency Pair | Counter Amount | Rate | Net Present Value | |
|---|---|---|---|---|---|---|---|---|
| 3/24/08 | S | 14,000,000.00DB | 29DEC08 | EUR/USD | 21,220,080.00CR | 1.5157200 | 995,341.86CR | USD |
| | | | | | Net Present Value | | 995,341.86CR* | USD |
| | | | | | Undiscounted MTM | 1.4439997 | 1004,084.20CR* | USD |
| 6/20/08 | S | 6,695,500.00DB | 24JUN09 | EUR/USD | 10,287,635.75CR TYPE | 1.5365000 | 678,014.44CR | USD |
| | | | | | Net Present Value | | 678,014.44CR* | USD |
| | | | | | Undiscounted MTM | 1.4326946 | 695,029.06CR* | USD |
| 2/19/07 | S | 9,000,000.00DB | 22DEC08 | GBP/USD | 17,747,100.00CR TYPE | 1.9719000 | 1,300,395.52CR | USD |
| | | | | | Net Present Value | | 1,300,395.52CR* | USD |
| | | | | | Undiscounted MTM | 1.8262393 | 1310,946.30CR* | USD |
| 3/24/08 | S | 9,000,000.00DB | 26MAR09 | GBP/USD | 17,362,800.00CR | 1.9292000 | 1,008,044.36CR | USD |
| | | | | | Net Present Value | | 1,008,044.36CR* | USD |
| | | | | | Undiscounted MTM | 1.8152082 | 1025,926.20CR* | USD |
| 6/20/08 | S | 1,500,000.00DB | 24JUN09 | GBP/USD | 2,888,175.00CR TYPE | 1.9254500 | 174,576.24CR | USD |
| | | | | | Net Present Value | | 174,576.24CR* | USD |
| | | | | | Undiscounted MTM | 1.8061452 | 178,957.20CR* | USD |
| 4/10/08 | B | 5,374,616.62DB | 26MAY09 | USD/CAD | 5,520,000.00DB TYPE | 1.0270500 | 122,281.17CR | USD |
| 3/31/08 | B | 6,443,798.45CR | 26MAY09 | USD/CAD | 6,650,000.00DB TYPE | 1.0320000 | 116,949.42CR | USD |
| et | | 11,818,415.07CR* | | | 12,170,000.00DB* | | | |
| | | | | | Net Present Value | | 239,230.59CR* | USD |
| | | | | | Undiscounted MTM | 1.0515196 | 257,295.09CR* | CAD |
| | | | | | Undiscounted MTM In Base | | 244,688.82CR* | USD |
| 5/20/08 | B | 18,399,264.03CR | 29DEC08 | USD/CHF | 19,000,000.00DB TYPE | 1.0326500 | 1,093,695.78CR | USD |
| | | | | | Net Present Value | | 1,093,695.78CR* | USD |
| | | | | | Undiscounted MTM | 1.0985223 | 1212,001.84CR* | CHF |
| | | | | | Undiscounted MTM In Base | | 1103,301.99CR* | USD |
| | | | | | Total FX Forward NPV | | 5,489,298.79CR* | USD |
| | | | | | Total FX Undiscounted MTM | | 5,562,933.77CR* | USD |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

*SD Exhibit K (a)*                                                    *page 1 of 2*

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:**   **Kelts LLC**
        **Attention:**   **William Pool**
        **Phone No.:**   **(203)618-2779**
        **Fax No.:**   **(203)422-4599**
        **Email:**   *harry.pool@rbsgc.com*

**From:**   **Stonehill Offshore Partners Limited**
        **Attention:**   **Ann Mauro**
        **Phone No.:**   **212-739-7474**
        **Fax No.:**   **212-838-2291**
        **Email:**   *amauro@stonehill.nb.com*

**Date:**   **08/13/2008**

        We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:**   08/01/2008

**Seller:**   Stonehill Offshore Partners Limited   ☑ Principal   ☐ Agent

**Buyer:**   Kelts LLC   ☑ Principal   ☐ Agent

**Credit Agreement:**   CREDIT AGREEMENT dated as of December 21, 2006 among EBG HOLDINGS LLC, the Lenders from time to time party thereto, and CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as administrative agent

**Borrower:**   EBG HOLDINGS LLC

**Form of Purchase:**   Assignment

**Purchase Amount/**
**Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 2,000,000.00 | Term | Loan | |

565561001

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006.  All rights reserved.

*page 2 of 2*

| | | | | |
|---|---|---|---|---|
| **Purchase Rate:** | | 89.500% | Loan | |

**Up Front Fees:**    Loan    None
**(if any):**

**Credit Documentation**      No
**to be provided:**

**Trade Specific**
**Other Terms of Trade:**     Recordation Fee is split and no more than one full fee.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Chris Bleakley at ClearPar at the following fax number (646)453-2870 or email address: christopher.bleakley@fnis.com

If you have any questions, please contact Chris Bleakley at (845)639-4890.

**Stonehill Offshore Partners Limited**
**By: Stonehill Advisers LLC**

By: _____

     Name:  Steven Nelson
     Title:

**Kelts LLC**
**By: The Royal Bank of Scotland plc, as sole member**

**By: Greenwich Capital Markets, Inc., its agent**

By: _____

     Name:  Karen Brewer
     Title:

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006.  All rights reserved.

Date: August 26, 2008

**Status: Effective**

To: Kelts LLC as Buyer
Attn: William Pool
Phone: (203)618-2779
Fax: (203)422-4599

From: Stonehill Offshore Partners Limited as Seller
Attn: Ann Mauro
Phone: 212-739-7474
Fax: 212-838-2291

Trade Date: August 1, 2008
Credit Agreement: **BOSTON GENERATING EBG Mezz (12/06)**

Facility: Loan
Global Commitment: USD 359,219,921.50
Sale Amount: USD 2,000,000.00
Percentage of Total: 0.5567619946%
Loans outstanding under facility as of August 26, 2008 (Effective Date)

| Pricing Option: | Cur | Global Amount of Loan: | Buyer's Share of Loan: | Start Date: | Repricing Date: | Base Rate: | Margin: | RAC Rate: | All In Rate: | Exchange Rate: |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | USD | 359,219,921.50 | 2,000,000.00 | Jun 30, 2008 | Sep 30, 2008 | 2.800630 | 7.000000 | 0.000000 | 9.800630 | |

**Funding Memorandum**
**Payment Details**

**On Aug 26, 2008 Buyer will remit to Seller USD 1,788,283.65 calculated as follows:**

1,790,000.00 USD (89.5000% x Buyer's share of outstanding loans under the Loan Facility)

(Seller will remit full Assignment fee 0.00 USD to the Agent - Not included in remittance amount above)

(1,716.35 USD) (Other Fee - Cost of Carry on Aug 26, 2008)

**Seller's Payment Instructions:**
Bank: Chase Manhattan (NYC)
ABA #: 021-000-021
Account #: 140 094 221
Account Name: Lehman Brothers
FFC: Stonehill Offshore Partners Limited #: 732-40125
Attention: Dmitriy Kovalev
Reference: BOSTON GENERATING EBG Mezz (12/06)

Reference Number:

Seller and Buyer hereby agree that payment will be made as calculated above on the Settlement Date.

**STONEHILL OFFSHORE PARTNERS LIMITED**
**By: Stonehill Advisers LLC**

**KELTS LLC**
**By: The Royal Bank of Scotland plc, as sole member**
**By: Greenwich Capital**
**Markets, Inc., its agent**

By: _____

Name:
Title:

By: _____

Name:
Title:

## ASSIGNMENT AND ASSUMPTION

This Assignment and Assumption (the "Assignment and Assumption") is dated as of the Effective Date set forth below and is entered into by and between Stonehill Offshore Partners Limited (the "Assignor") and Kelts LLC (the "Assignee"). Capitalized terms used but not defined herein shall have the meanings given to them in the Credit Agreement identified below (as amended, the "Credit Agreement"), receipt of a copy of which is hereby acknowledged by the Assignee. The Standard Terms and Conditions set forth in Annex 1 attached hereto are hereby agreed to and incorporated herein by reference and made a part of this Assignment and Assumption as if set forth herein in full.

For an agreed consideration, the Assignor hereby irrevocably sells and assigns to the Assignee, and the Assignee hereby irrevocably purchases and assumes from the Assignor, subject to and in accordance with the Standard Terms and Conditions and the Credit Agreement, as of the Effective Date inserted by the Administrative Agent as contemplated below (i) all of the Assignor's rights and obligations in its capacity as a Lender under the Credit Agreement and any other documents or instruments delivered pursuant thereto to the extent related to the amount and percentage interest identified below of all of such outstanding rights and obligations of the Assignor under the respective facilities identified below and (ii) to the extent permitted to be assigned under applicable law, all claims, suits, causes of action and any other right of the Assignor (in its capacity as a Lender) against any Person, whether known or unknown, arising under or in connection with the Credit Agreement, any other documents or instruments delivered pursuant thereto or the loan transactions governed thereby or in any way based on or related to any of the foregoing, including contract claims, tort claims, malpractice claims, statutory claims and all other claims at law or in equity related to the rights and obligations sold and assigned pursuant to clause (i) above (the rights and obligations sold and assigned pursuant to clauses (i) and (ii) above being referred to herein collectively as the "Assigned Interest"). Such sale and assignment is without recourse to the Assignor and, except as expressly provided in this Assignment and Assumption, without representation or warranty by the Assignor.

1. Assignor:    Stonehill Offshore Partners Limited

2. Assignee:    Kelts LLC

3. Borrower(s):    EBG Holdings LLC

4. Administrative Agent:    Credit Suisse, Cayman Islands Branch, as the administrative agent under the Credit Agreement

5. Credit Agreement:    The Credit Agreement dated as of December 21, 2006 among the Borrower, the Guarantors, the Lenders and certain other lender parties party thereto, the Administrative Agent, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Syndication Agents, CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Co-Documentation Agents, and CREDIT SUISSE SECURITIES (USA) LLC and GOLDMAN SACHS CREDIT PARTNERS L.P., as Joint Lead Arrangers and Joint Book Running Managers.

6.    Assigned Interest:

| Facility Assigned | Aggregate Amount of Commitment/Loans for all Lenders | Amount of Commitment/Loans Assigned | Percentage Assigned of Commitment/Loans |
| --- | --- | --- | --- |
| Loan | USD 359,219,921.50 | USD 2,000,000.00 | 0.556761995% |

Effective Date:  August 26, 2008

The Assignee agrees to deliver to the Administrative Agent a completed Administrative Questionnaire in which the Assignee designates one or more Credit Contacts to whom all syndicate-level information (which may contain material non-public information about the Borrower, the other Loan Parties and their Affiliates or their respective securities) will be made available and who may receive such information in accordance with the Assignee's compliance procedures and applicable laws, including Federal and state securities laws.

The terms set forth in this Assignment and Assumption are hereby agreed to:

ASSIGNOR

**STONEHILL OFFSHORE PARTNERS LIMITED, as Assignor**

By: Stonehill Advisers LLC

By: _____

Name:   Steven Nelson

Title:

ASSIGNEE

**KELTS LLC, as Assignee**

By: The Royal Bank of Scotland plc, as sole member

By:

Greenwich Capital Markets, Inc., its agent

By: _____

Name:   Karen Brewer

Title:

page 5 of 7

Consented to and Accepted:

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as Administrative Agent**

By:  _Carolyn T. Stephens_

Name:   Carolyn Stephens
Title:   Assistant Vice President

By:  _Shoshana Tyson_

Name:   Shoshana Tyson
Title:   Credit Suisse Authorized Signer

Consented to:

**EBG HOLDINGS LLC**

By:   N/A _____

Name:

Title:

ANNEX I

## STANDARD TERMS AND CONDITIONS FOR
## ASSIGNMENT AND ASSUMPTION

1. Representations and Warranties.

1.1  Assignor.  The Assignor (a) represents and warrants that (i) it is the legal and beneficial owner of the Assigned Interest, (ii) the Assigned Interest is free and clear of any lien, encumbrance or other adverse claim and (iii) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby; and (b) assumes no responsibility with respect to (i) any statements, warranties or representations made in or in connection with the Credit Agreement or any other Loan Document, (ii) the execution, legality, validity, enforceability, genuineness, sufficiency or value of the Loan Documents or any collateral thereunder, (iii) the financial condition of the Borrower, any of its Subsidiaries or Affiliates or any other Person obligated in respect of any Loan Document or (iv) the performance or observance by the Borrower, any of its Subsidiaries or Affiliates or any other Person of any of their respective obligations under any Loan Document.

1.2.  Assignee.  The Assignee (a) represents and warrants that (i) it has full power and authority, and has taken all action necessary, to execute and deliver this Assignment and Assumption and to consummate the transactions contemplated hereby and to become a Lender under the Credit Agreement, (ii) it satisfies the requirements, if any, specified in the Credit Agreement that are required to be satisfied by it in order to acquire the Assigned Interest and become a Lender, (iii) from and after the Effective Date, it shall be bound by the provisions of the Credit Agreement as a Lender thereunder and, to the extent of the Assigned Interest, shall have the obligations of a Lender thereunder, (iv) it has received and/or had the opportunity to review a copy of the Credit Agreement to the extent it has in its sole discretion deemed necessary, together with copies of the most recent financial statements delivered pursuant to Section 5.03 thereof, as applicable, and such other documents and information as it has in its sole discretion deemed appropriate to make its own credit analysis and decision to enter into this Assignment and Assumption and to purchase the Assigned Interest on the basis of which it has made such analysis and decision independently and without reliance on the Administrative Agent or any other Lender, and (v) if it is a Person organized under the laws of a jurisdiction outside the United States, attached to the Assignment and Assumption is any documentation required to be delivered by it pursuant to the terms of the Credit Agreement, duly completed and executed by the Assignee; and (b) agrees that (i) it will, independently and without reliance on the Administrative Agent, the Assignor or any other Lender, and based on such documents and information as it shall deem appropriate at the time, continue to make its own credit decisions in taking or not taking action under the Loan Documents, and (ii) it will perform in accordance with their terms all of the obligations which by the terms of the Loan Documents are required to be performed by it as a Lender.

2.  Payments.   From and after the Effective Date, the Administrative Agent shall make all payments in respect of the Assigned Interest (including payments of principal, interest, fees and other amounts) to the Assignor for amounts which have accrued to but excluding the Effective Date and to the Assignee for amounts which have accrued from and after the Effective Date.

3. General Provisions. This Assignment and Assumption shall be binding upon, and inure to the benefit of, the parties hereto and their respective successors and assigns. This Assignment and Assumption may be executed in any number of counterparts, which together shall constitute one instrument. Delivery of an executed counterpart of a signature page of this Assignment and Assumption by telecopy shall be effective as delivery of a manually executed counterpart of this Assignment and Assumption. This Assignment and Assumption shall be governed by, and construed in accordance with, the law of the State of New York.

08-13555-mg   Doc 45573-38   Filed 08/05/14   Entered 08/05/14 14:51:02   Exhibit
(A-38 - Offshore   LBHI)   Pg 89 of 96
SD Exhibit K (c)

page 1 of 3

**Steven Nelson**

| | |
|---|---|
| **From:** | Dvorski, Vera [vera.dvorski@barclayscapital.com] |
| **Sent:** | Friday, October 10, 2008 11:14 AM |
| **To:** | Steven Nelson; Kovalev, Dmitriy; Marco, Paul |
| **Subject:** | RE: Boston Gen EBG Mezz |

Hi,

I entered it this morning.   Sorry about the delay.

Regards,

Vera Dvorski
Barclays Capital | Capital Markets Prime Services
Phone: (212)-526-2361
Fax: (646) 834-4652
Email: vera.dvorski@barclayscapital.com


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Friday, October 10, 2008 11:01 AM
To: Dvorski, Vera; Kovalev, Dmitriy; Marco, Paul
Subject: RE: Boston Gen EBG Mezz

We don't see this in our account.

Steve Nelson
Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022
T - 212.739.7470 (direct)
T - 212.739-7474
F - 212.838.2291
snelson@stonehillcap.com


-----Original Message-----
From: Dvorski, Vera [mailto:vera.dvorski@barclayscapital.com]
Sent: Wednesday, October 08, 2008 6:24 PM
To: Steven Nelson; Kovalev, Dmitriy; Marco, Paul
Subject: Re: Boston Gen EBG Mezz

Hi,

Yes, the money should be in your acct tomorrow.

Regards,
Vera

----- Original Message -----
From: Steven Nelson <SNelson@stonehillcap.com>
To: Steven Nelson <SNelson@stonehillcap.com>; Kovalev, Dmitriy; Marco, Paul; Dvorski, Vera
Sent: Wed Oct 08 18:17:24 2008
Subject: RE: Boston Gen EBG Mezz

Any luck with this?


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Steven Nelson
Sent: Wednesday, October 08, 2008 10:08 AM
To: 'Kovalev, Dmitriy'; 'Marco, Paul'; 'Dvorski, Vera'
Subject: FW: Boston Gen EBG Mezz

Please see the message below.  Offshore should have rec'd $1,788,283.65 on 8/27/08.
Please check on this.

Thanks,

Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

New York, NY 10022

T - 212.739.7470 (direct)

T - 212.739-7474

F - 212.838.2291

snelson@stonehillcap.com

---

From: Marie.Cowell@rbsgc.com [mailto:Marie.Cowell@rbsgc.com]
Sent: Wednesday, October 08, 2008 9:57 AM
To: Steven Nelson; loanops@rbos.com
Subject: RE: Boston Gen EBG Mezz

Steven,

funds were sent on 8/27/08.  The Book Transfer # is 0661600240JS.
Please let me know if you have any more questions.


1,788,283.65 BOOK TRANSFER DEBIT BOOK 0661600240JS SAME 17:04 08/27/2008 STRAIGHT

YOUR REF: ADHPHRF30082400W

PAID TO: 00000000140094221 LEHMAN BROS INC-INCOMING CUST FD INCOMING

CUSTOMER FUNDS CLS NEW YORK NY 10019

SWIFT ID: GRNWUS33

B/O CUSTOMER: GREENWICH CAPITAL MARKETS INC 600 STEAMBOAT RD GREENWICH CT

06830-7149

ACCT PARTY: /732907552 LBI

REC GFP: 08272102



Thanks.


Marie Cowell
RBS Global Banking & Markets
Office: +1 203 618 2684


-----Original Message-----
From: Steven Nelson [mailto:SNelson@stonehillcap.com]
Sent: Wednesday, October 08, 2008 9:24 AM
To: *GCM Loan Operations
Subject: Boston Gen EBG Mezz

Stonehill Offshore Partners Limited sold to you a qty of 2,000,000 of Boston Gen thru
clearpar.  It was trade #565561-001 and it closed on 8/26/08.  The funding memo called for
you to pay us $1,788,283.65 but we have yet to receive the funds.  Please check your
records and get back to me.


Thanks,


Steve Nelson

Stonehill Capital Management

885 Third Avenue

30th Floor

**EXHIBIT C**

| Internal ID | CUSIP | Description | filing date | transfer date | cur | USD | | Off P&L | SI Qty | SI MV on filing date | SI MV on transfer date | SI P&L | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KGENY | 49373X103 | KGEN PWR CORP COM 144A | 0.0000 | 15.0000 | 15.0000 | 1.0000 | USD 1.0000 | 2,718,568.00 | 40,783,020.00 | 27,188,680.00 | (13,594,340.00) | 1,866,236.00 | 27,993,540.00 | 18,662,360.00 | (9,331,180.00) | (22,925,520.00) |
| 5489304 | 92923CAG9 | WCI COMMUNITIES INC GTD SENIOR SUB NOTE 9.125% 5/1/2012 92923CAG9 | 39.0000 | 35.0000 | 35.0000 | 0.0100 | USD 1.0000 | 14,645,000.00 | 5,125,750.00 | 219,675.00 | (4,906,075.00) | 14,300,000.00 | 5,008,150.00 | 214,635.00 | (4,793,515.00) | (9,699,590.00) |
| BTDPF | 0081180 | BARRATT DEVELOPMENTS PLC | 2.5983 | 1.8671 | 2.5983 | 1.0000 | USD 1.0000 | 2,179,878.00 | 5,663,992.27 | 1,810,960.19 | (3,853,032.08) | 2,569,067.00 | 6,675,224.77 | 2,134,283.69 | (4,540,941.08) | (8,393,973.16) |
| ABVT | 00374N107 | ABOVENET INC | 56.5000 | 58.0000 | 56.5000 | 0.0100 | USD 1.0000 | 392,902.00 | 22,198,963.00 | 18,073,492.00 | (4,125,471.00) | 372,301.00 | 21,035,006.50 | 17,125,846.00 | (3,909,160.50) | (8,034,631.50) |
| 5337735 | 92923CAP9 | WCI CMNTYS INC SR SUB NT 6.625% 3/15/2015 92923CAP9 | 41.0000 | 35.0000 | 35.0000 | 0.0100 | USD 1.0000 | 13,105,000.00 | 4,586,750.00 | 196,575.00 | (4,390,175.00) | 10,345,000.00 | 3,620,750.00 | 155,175.00 | (3,465,575.00) | (7,855,750.00) |
| ADVNB | 007942204 | ADVANTA CORP-CL B NON-VTG | 8.5800 | 8.2300 | 8.5800 | 1.0000 | USD 1.0000 | 951,658.00 | 8,165,225.64 | 3,654,366.72 | (4,510,858.92) | 689,393.00 | 5,914,991.94 | 2,647,269.12 | (3,267,722.82) | (7,778,581.74) |
| 5214313 | 92923CAM6 | WCI COMMUNITIES INC CONV SENIOR SUB NOTE 7.875% 10/1/2013 92923CAM6 | 38.5000 | 35.0000 | 35.0000 | 0.0100 | USD 1.0000 | 19,560,000.00 | 6,846,000.00 | 2,934,000.00 | (3,912,000.00) | 15,978,000.00 | 5,592,300.00 | 2,396,700.00 | (3,195,600.00) | (7,107,600.00) |
| RHDGF | 2967879 | RETAIL HOLDINGS N V | 8.0000 | 8.5000 | 8.0000 | 1.0000 | USD 1.0000 | 1,341,254.00 | 10,730,032.00 | 6,706,270.80 | (4,023,762.00) | 386,878.00 | 3,095,024.00 | 1,934,390.00 | (1,160,634.00) | (5,184,396.00) |
| HOV | 442487203 | HOVNANIAN ENTERPRISES INC-CL A | 7.5700 | 7.9900 | 7.5700 | 1.0000 | USD 1.0000 | 402,500.00 | 3,046,925.00 | 756,700.00 | (2,290,225.00) | 472,500.00 | 3,576,825.00 | 888,300.00 | (2,688,525.00) | (4,978,750.00) |
| 5BDKMR1 | 140661AD1 | CAPMARK FINL GROUP INC SR NT FLT 10 3.74625% 5/10/2010 140661AD1 | 76.6720 | 65.0000 | 65.0000 | 0.0100 | USD 1.0000 | 7,625,000.00 | 4,956,250.00 | 2,821,250.00 | (2,135,000.00) | 8,255,000.00 | 5,365,750.00 | 3,054,350.00 | (2,311,400.00) | (4,446,400.00) |
| 5332712 | NS639BAC2 | SAIRGROUP FINANCE *IN DEFAULT* 6.625% 10/6/2010 NS639BAC2 | 0.0000 | 26.7085 | 26.7085 | 0.0100 | USD 1.0000 | 31,627,000.00 | 8,447,112.38 | 6,479,710.58 | (1,967,401.80) | 35,743,000.00 | 9,546,436.20 | 7,322,992.87 | (2,223,443.33) | (4,190,845.13) |
| 5BDGWP4 | 76114EAE2 | RESIDENTIAL CAP LLC SR SECD NT 8.50% 05/15/2010 76114EAE2 | 69.5000 | 55.0000 | 55.0000 | 0.0100 | USD 1.0000 | 26,875,000.00 | 14,781,250.00 | 12,900,000.00 | (1,881,250.00) | 26,475,000.00 | 14,561,250.00 | 12,708,000.00 | (1,853,250.00) | (3,734,500.00) |
| M017061 | 55291M202 | MAC CAPITAL LLC COMBINATION SECS MEMBERSHIP | 0.0000 | 0.3200 | 0.3200 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 9,656,000.00 | 3,089,920.00 | 0.00 | (3,089,920.00) | (3,089,920.00) |
| ZARLF | 989139100 | ZARLINK SEMICONDUCTOR INC | 0.6100 | 45.5000 | 0.6100 | 1.0000 | USD 1.0000 | 5,489,218.00 | 3,348,422.98 | 1,209,274.69 | (2,139,148.29) | 2,164,484.00 | 1,320,335.24 | 476,835.81 | (843,499.43) | (2,982,647.72) |
| 5225200 | 92923CAK0 | WCI COMMUNITIES INC CONV 4% 8/5/2023 92923CAK0 | 38.0000 | 35.0000 | 35.0000 | 0.0100 | USD 1.0000 | 6,769,000.00 | 2,369,150.00 | 1,006,888.75 | (1,362,261.25) | 6,410,000.00 | 2,243,500.00 | 953,487.50 | (1,290,012.50) | (2,652,273.75) |
| 5986867 | XS0282003820 | LUXFER HOLDINGS PLC 11.831% 02/06/2012 G5698WAD0 | 0.0000 | 142.1600 | 142.1600 | 0.0100 | USD 1.0000 | 2,179,193.00 | 3,097,940.77 | 1,881,776.74 | (1,216,164.03) | 2,308,621.00 | 3,281,935.61 | 1,898,881.35 | (1,383,054.26) | (2,599,218.29) |
| ACTG | 003881307 | ACACIA RESEARCH - ACACIA TECHNOLOGIES | 4.1300 | 3.0200 | 4.1300 | 1.0000 | USD 1.0000 | 521,695.00 | 2,154,600.35 | 1,064,257.80 | (1,090,342.55) | 612,425.00 | 2,529,315.25 | 1,249,347.00 | (1,279,968.25) | (2,370,310.80) |
| CAL | 210795308 | CONTINENTAL AIRLINES INC-CL B | 18.9500 | 15.8300 | 18.9500 | 1.0000 | USD 1.0000 | 301,304.00 | 5,704,783.80 | 4,633,067.16 | (1,071,716.64) | 343,356.00 | 6,506,596.20 | 5,284,248.84 | (1,222,347.36) | (2,294,064.00) |
| 5BBNND6 | 55265AAN1 | MAC CAPITAL LTD SER 2007-1 CL B-2L 144A/3C7 7.0450% 7/26/2023 55265AAN1 | 0.0000 | 40.4600 | 40.4600 | 0.0100 | USD 1.0000 | 6,050,000.00 | 2,447,830.00 | 1,257,190.00 | (1,190,640.00) | 4,950,000.00 | 2,002,770.00 | 1,028,610.00 | (974,160.00) | (2,164,800.00) |
| 5196207 | NS639BAA6 | SAIR GROUP FINANCE B V *IN DEFAULT* 4.375% 6/8/2006 NS639BAA6 | 0.0000 | 26.7686 | 26.7686 | 0.0100 | USD 1.0000 | 23,417,000.00 | 6,268,397.51 | 5,222,198.79 | (1,046,198.72) | 19,357,000.00 | 5,181,593.31 | 4,100,776.01 | (1,080,817.30) | (2,127,016.02) |
| 5856846 | 904677AG6 | UNIFI INC SR SC NT 11.5% R/MD 05/15/2014 904677AG6 | 90.5000 | 82.5000 | 82.5000 | 0.0100 | USD 1.0000 | 12,528,000.00 | 10,335,600.00 | 9,020,160.00 | (1,315,440.00) | 7,472,000.00 | 6,164,400.00 | 5,379,840.00 | (784,560.00) | (2,100,000.00) |
| 5BBKLB4 | XS0302940688 | MAC CAPITAL LTD R/MD  .000000001 07/24/2023 7% 25/2023 G5753NAB6 | 0.0000 | 0.3900 | 0.3900 | 1.0000 | USD 1.0000 | 6,500,000.00 | 2,535,000.00 | 756,600.00 | (1,778,400.00) | 0.00 | 0.00 | 0.00 | 0.00 | (1,778,400.00) |
| LCC | 90341W108 | US AIRWAYS GROUP INC | 7.8800 | 6.0300 | 7.8800 | 1.0000 | USD 1.0000 | 689,448.00 | 5,432,850.24 | 4,626,196.08 | (806,654.16) | 809,010.00 | 6,374,998.80 | 5,428,457.10 | (946,541.70) | (1,753,195.86) |
| 5BDHSQ5 | 85431AJM0 | VICTORIA STANFIELD FIN LTD MEDIUM TERM NTS144A 3C7 0% 01/25/2008 85431AJM0 | 0.0000 | 42.0000 | 42.0000 | 0.0100 | USD 1.0000 | 4,600,000.00 | 1,932,000.00 | 575,000.00 | (1,357,000.00) | 5,400,000.00 | 2,268,000.00 | 1,890,000.00 | (378,000.00) | (1,735,000.00) |
| ADVNA | 007942105 | ADVANTA CORP-CL A (FORMERLY COMMON) | 7.2200 | 4.9300 | 7.2200 | 1.0000 | USD 1.0000 | 158,854.00 | 1,146,925.88 | 339,947.56 | (806,978.32) | 166,257.00 | 1,200,375.54 | 355,789.98 | (844,585.56) | (1,651,563.88) |
| 5128805 | 13134YAA5 | CALPINE CONSTRUCTION FINANCE CO L P /CCFC FINANCE CORP 144A 11.6025% 08/26/2011 13134YAA5 | 107.5000 | 101.5000 | 101.5000 | 0.0100 | USD 1.0000 | 12,650,000.00 | 12,839,750.00 | 11,448,250.00 | (1,391,500.00) | 2,350,000.00 | 2,385,250.00 | 2,126,750.00 | (258,500.00) | (1,650,000.00) |
| ADPAJ | 00685R102 | ADELPHIA RECOVERY TRUST SERIES ARAHOVA ENT | 0.4000 | 0.2500 | 0.4000 | 1.0000 | USD 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,301,739.00 | 2,120,695.60 | 636,208.68 | (1,484,486.92) | (1,484,486.92) |
| 5341743 | 112013AB3 | BRODER BROS CO SNR NOTE 11.25% 10/15/2010 112013AB3 | 67.5000 | 58.5000 | 58.5000 | 0.0100 | USD 1.0000 | 4,975,000.00 | 2,910,375.00 | 1,990,000.00 | (920,375.00) | 2,525,000.00 | 1,477,125.00 | 1,010,000.00 | (467,125.00) | (1,387,500.00) |
| 5262134 | 98141AAD3 | WORLD ACCESS INC SENIOR NOTES- DEFAULT 13.25% 01/15/2008 98141AAD3 | 0.0000 | 3.2389 | 3.2389 | 0.0100 | USD 1.0000 | 67,826,000.00 | 2,196,799.10 | 2,034,780.00 | (162,019.10) | 58,995,000.00 | 1,910,714.09 | 727,667.55 | (1,183,106.54) | (1,345,125.64) |
| POR | 736508847 | PORTLAND GENERAL ELECTRIC CO NEW | 25.4700 | 23.6600 | 25.4700 | 1.0000 | USD 1.0000 | 1,147.00 | 29,214.09 | 22,641.78 | (6,572.31) | 233,431.00 | 5,945,487.57 | 4,607,927.94 | (1,337,559.63) | (1,344,131.94) |
| 5355724 | XS0116591302 | MULIALEBMARK FINANCE LTD SENIOR A VAR RATE 7.18750% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | USD 1.0000 | 6,045,380.00 | 1,329,983.58 | 453,404.19 | (876,581.40) | 3,114,291.00 | 685,144.02 | 233,571.83 | (451,572.19) | (1,328,153.59) |
| 5325546 | 74972EAN8 | RSL COMMUNICATIONS PLC GRD USS SR NT- *IN DEFAULT* 12.8750% 03/01/2010 74972EAN8 | 0.0000 | 4.2500 | 4.2500 | 0.0100 | USD 1.0000 | 18,635,000.00 | 791,987.50 | 234,987.35 | (557,000.15) | 24,550,000.00 | 1,043,375.00 | 309,575.50 | (733,799.50) | (1,290,799.65) |
| 5975781 | 852591AA4 | STALLION OILFIELD SVCS LTD / CORP SR NT 144A 9.75% 02/01/2015 852591AA4 | 73.0000 | 65.0000 | 65.0000 | 0.0100 | USD 1.0000 | 2,475,000.00 | 1,608,750.00 | 940,500.00 | (668,250.00) | 2,025,000.00 | 1,316,250.00 | 769,500.00 | (546,750.00) | (1,215,000.00) |
| 5713396 | 666107AA5 | NORTHERNSTAR NAT GAS INC SR NTS 144A 5% 05/15/2013 666107AA5 | 92.0000 | 30.0000 | 30.0000 | 0.0100 | USD 1.0000 | 11,694,343.00 | 3,508,302.90 | 2,923,585.75 | (584,717.15) | 11,694,343.00 | 3,508,302.90 | 2,923,585.75 | (584,717.15) | (1,169,434.30) |
| FRCPF | 359043106 | FRONTERA COPPER CORPORATION | 1.7774 | 1.1475 | 1.7774 | 1.0000 | USD 1.0000 | 880,395.00 | 1,564,815.83 | 532,110.74 | (1,032,705.09) | 93,305.00 | 165,840.49 | 56,393.54 | (109,446.95) | (1,142,152.04) |
| 5145204 | 74972EAC2 | RSL COMMUNICATIONS PLC SR NTS- *IN DEFAULT* 9.1250% 03/01/2008 74972EAC2 | 0.0000 | 3.5000 | 3.5000 | 0.0100 | USD 1.0000 | 24,385,000.00 | 853,475.00 | 304,812.50 | (548,662.50) | 26,290,000.00 | 920,150.00 | 328,625.00 | (591,525.00) | (1,140,187.50) |
| THBDL | 88605P108 | THUNDERBIRD RESORTS INC COM 144A | 0.0000 | 5.0000 | 6.0000 | 1.0000 | USD 1.0000 | 244,444.00 | 1,466,664.00 | 855,554.00 | (611,110.00) | 200,000.00 | 1,200,000.00 | 700,000.00 | (500,000.00) | (1,111,110.00) |
| RIG | H8817H100 | TRANSOCEAN INC NEW | 122.6900 | 109.8400 | 122.6900 | 1.0000 | USD 1.0000 | 9,200.00 | 1,128,748.00 | 633,696.00 | (495,052.00) | 10,800.00 | 1,325,052.00 | 743,904.00 | (581,148.00) | (1,076,200.00) |
| 5142263 | XS0087917596 | RSL COMMUNICATIONS GLOBAL USD- *IN DEFAULT* 10% 03/15/2008 G7703AAD7 | 0.0000 | 1.6000 | 1.6000 | 0.0100 | USD 1.0000 | 56,450,000.00 | 903,200.00 | 321,765.00 | (581,435.00) | 47,149,000.00 | 754,384.00 | 268,749.30 | (485,634.70) | (1,067,069.70) |
| 5BDNVY1 | 98951UAJ5 | ZIFF DAVIS MEDIA INC SECD NT FLTG RATE NEW 0% 05/01/2012 98951UAJ5 | 0.0000 | 83.0000 | 83.0000 | 0.0100 | USD 1.0000 | 2,294,000.00 | 1,904,020.00 | 1,376,400.00 | (527,620.00) | 2,150,000.00 | 1,784,500.00 | 1,290,000.00 | (494,500.00) | (1,022,120.00) |
| 5I19025 | 126685DX1 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-3-VAR 5.841% 07/25/2027 126685DX1 | 41.1849 | 41.0000 | 41.0000 | 0.0100 | USD 1.0000 | 9,200,000.00 | 3,772,000.00 | 3,312,000.00 | (460,000.00) | 10,800,000.00 | 4,428,000.00 | 3,888,000.00 | (540,000.00) | (1,000,000.00) |
| ABVTZ | 00374N123 | WTS ABOVENET | 31.0000 | 31.0000 | 31.0000 | 0.0100 | USD 1.0000 | 401,000.00 | 1,243,000.00 | 840,000.00 | (403,000.00) | 40,000.00 | 1,240,000.00 | 840,000.00 | (400,000.00) | (800,000.00) |
| 5943647 | 12668XAC9 | COUNTRYWIDE ASSET-BACKED CTFS SERIES 2006-S8 CLASS A3 5.555% 04/25/2036 12668XAC9 | 52.7379 | 52.5346 | 52.5346 | 0.0100 | USD 1.0000 | 6,647,920.00 | 3,492,456.83 | 3,124,522.40 | (367,934.43) | 7,804,080.00 | 4,099,840.62 | 3,667,917.60 | (431,923.02) | (799,857.45) |
| 5I43662 | 12668XAC3 | COUNTRYWIDE ASSET BK CERT SERIES 2006-2N CLASS A3 5.658% 03/25/2034 12668XAC3 | 86.5816 | 53.0000 | 54.0000 | 0.0100 | USD 1.0000 | 1,150,000.00 | 483,000.00 | 483,000.00 | (366,300.00) | 4,740,000.00 | 2,581,400.00 | 2,151,000.00 | (430,200.00) | (796,500.00) |
| 5BCSLJ0 | G8439CAN0 | VICTORIA STANFIELD EURO MEDIUM TERM NOTE 4.835% 03/28/2008 G8439CAN0 | 0.0000 | 4.2000 | 4.2000 | 0.0100 | USD 1.0000 | 1,150,000.00 | 483,000.00 | 74,750.00 | (408,250.00) | 850,000.00 | 357,000.00 | 102,000.00 | (255,000.00) | (663,250.00) |
| 5F23941 | 361856CV7 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2004-HE1 A-3-VAR 2.6818% 06/25/2034 361856CV7 | 52.9260 | 51.0000 | 51.0000 | 0.0100 | USD 1.0000 | 4,025,000.00 | 2,052,750.00 | 1,752,137.38 | (300,612.62) | 4,725,000.00 | 2,409,750.00 | 2,056,856.92 | (352,893.08) | (653,505.70) |
| 5326574 | XS0110843629 | RSL COMM PLC 12.875% 03/01/2010 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | USD 1.0000 | 7,000,000.00 | 280,000.00 | 101,500.00 | (178,500.00) | 18,047,000.00 | 721,880.00 | 261,681.50 | (460,198.50) | (638,698.50) |
| 5BFBFV0 | 92662G0AL3 | VICTORIA FIN LTD 144A VR 090908-121208 0% 12/12/2008 9262G0AL3 | 65.0000 | 42.0000 | 42.0000 | 0.0100 | USD 1.0000 | 4,950,000.00 | 2,079,000.00 | 661,500.00 | (1,417,500.00) | 2,500,000.00 | 1,050,000.00 | 357,500.00 | (692,500.00) | (630,000.00) |
| CFS | 20038K109 | COMFORCE CORP | 1.9800 | 1.6500 | 1.9800 | 1.0000 | USD 1.0000 | 200,385.00 | 397,600.60 | 564,894.00 | (288,153.70) | 309,581.00 | 512,949.10 | 252,903.00 | (375,291.00) | (629,232.70) |
| NENA | 64007P103 | NEENAH ENTERPRISES INC | 1.8000 | 2.0000 | 1.8000 | 0.0100 | USD 1.0000 | 346,820.00 | 623,921.40 | 346,820.00 | (277,101.40) | 314,750.00 | 566,240.40 | 314,750.00 | (251,490.40) | (528,591.80) |
| 5801730 | 12668VAF6 | COUNTRYWIDE ASSET-BCK CERTIF SERIES 2006-S7 CLASS A6 5.693% 11/25/2035 12668VAF6 | 48.2910 | 48.0000 | 48.0000 | 0.0100 | USD 1.0000 | 2,300,000.00 | 1,104,000.00 | 874,000.00 | (230,000.00) | 2,700,000.00 | 1,296,000.00 | 1,026,000.00 | (270,000.00) | (500,000.00) |
| 5BDRLG4 | 668959ABF8 | NORTHWESTERN CORPORATION SENIOR DEBENTURE 6.95% 11/15/2028 668959ABF8 | 7.7188 | 7.0000 | 7.0000 | 0.0100 | USD 1.0000 | 16,863,000.00 | 1,180,410.00 | 893,739.00 | (286,671.00) | 11,654,000.00 | 815,780.00 | 617,662.00 | (198,118.00) | (484,789.00) |
| 5I41424 | U12605AD0 | CIT GROUP FNDG SECS II GM NOTE 5.305% 01/25/2028 | 132.0000 | 132.0000 | 132.0000 | 0.0100 | USD 1.0000 | 7,040,000.00 | 3,520,000.00 | 3,287,680.00 | (232,320.00) | 4,960,000.00 | 2,480,000.00 | 2,316,960.00 | (163,040.00) | (395,360.00) |
| SGLP | 81662W108 | SEMGROUP ENERGY PARTNERS L P COM UNIT REPSTG LTD PARTNERSHIP | 8.7600 | 6.9800 | 8.7600 | 1.0000 | USD 1.0000 | 124,237.00 | 1,088,316.12 | 867,174.26 | (221,141.86) | 77,793.00 | 681,526.68 | 228,732.00 | (452,794.68) | (673,936.54) |
| 5961848 | 12668YAB9 | COUNTRYWIDE ASSET-BACKED CERTI SERIES 2006-S10 CLASS A3 4.2688% 10/25/2036 12668YAB9 | 90.3607 | 60.0000 | 60.0000 | 0.0100 | USD 1.0000 | 2,300,000.00 | 1,380,000.00 | 1,196,000.00 | (184,000.00) | 2,700,000.00 | 1,620,000.00 | 1,404,000.00 | (216,000.00) | (400,000.00) |
| 5I06641 | 76110VTD0 | RESIDENTIAL FDG MTG SECS II IN SERIES 2006-HSA1 CLASS A-2 5.19% 02/25/2036 76110VTD0 | 69.0380 | 42.0000 | 42.0000 | 0.0100 | USD 1.0000 | 2,990,000.00 | 1,255,800.00 | 1,076,400.00 | (179,400.00) | 3,510,000.00 | 1,474,200.00 | 1,263,600.00 | (210,600.00) | (390,000.00) |
| 5PFS12 | 853763AA8 | STANDARD PACIFIC CORP CVT SENIOR SUB NOTES 6% 10/01/2012 853763AA8 | 76.2500 | 66.2500 | 66.2500 | 0.0100 | USD 1.0000 | 2,102,000.00 | 690,193.70 | 516,120.00 | (174,073.70) | 3,113,000.00 | 871,120.00 | 638,910.00 | (232,210.00) | (406,283.70) |
| 5551644 | 841338AD8 | SOUTHEAST BKG CORP SUB NTS REG IN DEFAULT 0% 05/04/2011 841338AD8 | 0.0000 | 7.0000 | 9.0000 | 0.0100 | USD 1.0000 | 1,750,000.00 | 157,500.00 | 15,750.00 | (141,750.00) | 1,750,000.00 | 157,500.00 | 5,250.00 | (152,250.00) | (294,000.00) |
| ICOG | 44930K108 | ICO GLOBAL COMMUNICATIONS HLDGS LTD DEL CL A | 2.4300 | 1.7200 | 2.4300 | 1.0000 | USD 1.0000 | 174,960.00 | 425,152.80 | 162,712.80 | (262,440.00) | 50,740.00 | 123,298.20 | 47,687.60 | (75,610.60) | (338,050.60) |
| 5BDQSC5 | 66899ABG6 | NORTHWESTERN CORP -CONTRA CUSIP- 7.875% 03/15/2007 66899ABG6 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | USD 1.0000 | 11,676,000.00 | 831,915.00 | 630,504.00 | (201,411.00) | 8,697,000.00 | 619,660.25 | 475,578.00 | (150,382.25) | (351,793.25) |
| G005020 | 361990489 | GR WATER SUPPLY H HL SHS | 0.0000 | 17.2980 | 17.2980 | 0.0100 | USD 1.0000 | 19,380.00 | 335,275.24 | 334,473.00 | (201,411.00) | 10,000.00 | 172,980.00 | 171,500.00 | (162,163.58) | (1,480.00) |
| 5341886 | XS0119594405 | MULIALEMARK FINANCE LTD SENIOR B VAR RT 0% 10/31/2007 | 0.0000 | 22.0000 | 22.0000 | 0.0100 | USD 1.0000 | 1,320,000.00 | 290,400.00 | 99,000.00 | (191,400.00) | 680,000.00 | 149,600.00 | 51,000.00 | (98,600.00) | (290,000.00) |
| CPXOF | ARP2006N1025 | CAPEX SA-ORD AP 1 PAR (BB SYMBOL: CAPX AR) | 1.9645 | 1.4839 | 1.9645 | 1.0000 | USD 1.0000 | 114,100.00 | 224,179.45 | 131,013.01 | (93,166.44) | 110,000.00 | 216,095.00 | 126,302.00 | (89,793.00) | (182,959.44) |
| 5540538 | 031042AC8 | AMES TRUE TEMPER INC SENIOR NOTE 144A 6.7906% 1/15/2012 031042AC8 | 80.5000 | 75.0000 | 75.0000 | 0.0100 | USD 1.0000 | 3,000,000.00 | 2,250,000.00 | 2,100,000.00 | (150,000.00) | 2,000,000.00 | 1,500,000.00 | 1,400,000.00 | (100,000.00) | (250,000.00) |
| 5231765 | 87941TAE5 | TELEGLOBE INC DEB - *IN DEFAULT* 7.70% 07/20/2029 87941TAE5 | 0.0000 | 1.0000 | 1.2500 | 0.0100 | USD 1.0000 | 19,900,000.00 | 248,750.00 | 53,161.00 | (161,810.02) | 10,910,000.00 | 136,375.00 | 50,352.88 | (86,022.12) | (247,832.14) |
| 5I24332 | 989ECS091 | CWHEQ HOME EQUITY LOAN TRUST 144A 6% 03/01/2009 989ECS091 | 100.0000 | 100.0000 | 100.0000 | 0.0100 | USD 1.0000 | 9,000,000.00 | 450,000.00 | 350,169.00 | (127,000.00) | 9,000,000.00 | 450,000.00 | 225,741.78 | (123,430.38) | (248,490.38) |
| 5324524 | 29357YAA1 | ENRON CORP PRIVATE PLACEMENT (CLN CONTRA ) 8% 08/15/2049 29357YAA1 | 1.0000 | 4.0000 | 4.0000 | 0.0100 | USD 1.0000 | 6,000,000.00 | 240,000.00 | 124,560.00 | (115,440.00) | 1,170,000.00 | 46,800.00 | 23,040.00 | (23,760.00) | (139,200.00) |
| 5905694 | 126683AB7 | CWHEQ HOME EQUITY LN SER 2006-S5 CLASS A3 5.681% 06/25/2035 126683AB7 | 59.0244 | 59.0000 | 59.0000 | 0.0100 | USD 1.0000 | 5,700,000.00 | 3,363,300.00 | 3,226,500.00 | (115,000.00) | 5,700,000.00 | 3,363,300.00 | 3,243,500.00 | (135,000.00) | (250,000.00) |
| PGTI | 69336V101 | PGT INC | 2.4900 | 2.0500 | 2.4900 | 1.0000 | USD 1.0000 | 134,900.00 | 544,501.00 | 306,110.52 | (326,295.84) | 0.00 | 0.00 | 0.00 | 0.00 | (326,295.84) |
| 5BDXBS2 | 66899ABH4 | NORTHWESTERN CORP -CONTRA CUSIP- 8.75% 03/15/2049 66899ABH4 | 7.6250 | 7.1250 | 7.1250 | 0.0100 | USD 1.0000 | 7,528,000.00 | 536,370.00 | 406,512.00 | (129,858.00) | 5,937,000.00 | 422,011.25 | 320,598.00 | (102,413.25) | (232,271.25) |
| 5144489 | H7110NAD5 | S-AIR GROUP SWISAIR 0.125% 12/31/2049 H7110NAD5 | 11.9221 | 13.7200 | 13.7200 | 0.0100 | USD 1.0000 | 16,275,000.00 | 2,232,930.00 | 2,137,415.79 | (95,514.21) | 9,780,000.00 | 2,713,816.00 | 2,597,731.12 | (116,084.88) | (211,599.09) |

| Ticker | CUSIP / ID | Security Name |
|---|---|---|
| THRSF | G88576106 | THUNDERBIRD RESORTS INC NEW |
| N009546 | 64007P111 | WTS NEENAH ENTERPRISES INC |
| CORE | 218681104 | CORE MARK HOLDING CO INC |
| 3450402 | 238259Z65 | DAUPHIN CNTY PA GEN AUTH REV OFFICE & PKG-FORUM PL-SER A 6% 01/15/2025 238259Z65 |
| DAL | 247361702 | DELTA AIR LINES INC DEL COM NEW |
| 5253291 | 558430AA4 | FRIEDE GOLDMAN INTL INC SUB NT CV-IN DEFAULT 4.50% 09/15/2049 358430AA4 |
| 5449492 | CH0010348594 | SAIR GROUP -IN DEFAULT 4.25% 02/02/2007 010645182 |
| 5229955 | | PEREGRINE INVEST HOLDINGS LTD |
| 5BBPVH5 | XS0301812557 | GMAC BANK GMBH EURO MEDIUM TERM NOTE 5.75% 05/21/2010 N3592XB66 |
| 5I19024 | 12668SDW3 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S2 A-2-VAR 5.627% 07/25/2027 126685DW3 |
| 5BFBRQ5 | 9262G0AF6 | VICTORIA FIN LTD 144A VR 090908-021709 0% 2/17/2009 9262G0AF6 |
| 5497868 | 339130AX4 | FLEMING COMPANIES INC SENIOR NOTES 9.25% 06/15/2010 339130AX4 |
| 5BBKVC2 | 640071AR7 | NEENAH CORP SR SECD NT 9.50% 01/01/2017 640071AR7 |
| 5204979 | 247361VM7 | DELTA AIR PTC 1990-E15 10.33% 03/26/2006 247361VM7 |
| 5231755 | 87941TAD7 | TELEGLOBE INC GTD DEB 7.2% 07/20/2009 87941TAD7 |
| 5084588 | 247361VU9 | DELTA AIR PTC 1990-B16 10.79% 03/26/2014 247361VU9 |
| T104832 | 87941T972 | TELEGLOBE CANADA INC TEMP 8% 10/23/2026 |
| 5406872 | 59832WAE9 | MIDWEST GENERATION LLC PASSTHRU CTF SER A 8.30% 07/02/2009 59832WAE9 |
| 5197153 | 247361VK1 | DELTA AIR PTC 1990-C15 10.33% 03/26/2006 247361VK1 |
| EXEXA | 269282109 | EXX INC CL A |
| 5253212 | 987406AA3 | YOSEMITE SECURITIES TRUST I 99-A LNKD ENRN OBLG LDS-DFLT 8.25% 11/15/2049 987406AA3 |
| 5451783 | 247361VW5 | DELTA AIR PTC 1990-D16 10.79% 03/26/2014 247361VW5 |
| 5778017 | 125568AE5 | CIT GROUP FDG CO CDA SR NT 5.6% 11/02/2011 125568AE5 |
| 5E11267 | 70557RAA8 | PEGASUS AVIATION LEASE SECURITIZATION IIAST BK/SERIES 5.81% 05/10/2031 70557RAA8 |
| 5174451 | 629377AN2 | NRG ENERGY INC SENIOR DEB 6.50% 05/16/2006 629377AN2 |
| 5648314 | 247361VX3 | DELTA AIR PTC 1990-E16 10.79% 03/26/2014 247361VX3 |
| 5BBFSB4 | 85431AFH5 | VICTORIA STANFIELD FIN LTD MTN VR 032406-032509 3.13% 3/24/2009 85431AFH5 |
| 5BBKJQ7 | 228499AA4 | CROWN PAPER CO SR SUB NOTES -ESCROW CUSIP- 11% 09/01/2005 228499AA4 |
| 5346617 | XS0120313605 | TXU EUROPE FUNDING LTD EURO ISSUE- IN DEFAULT 7% 11/30/2007 |
| 5596000 | 841338AA4 | SOUTHEAST BANKING CORP CV S/D -REG- FLAT 4.75% 10/15/1997 841338AA4 |
| 5263095 | XS0108134465 | RSL COMMUNCIATION LTD -DEFAULTED 12.875% 03/01/2010 |
| 5733607 | XS0107420217 | PASMINCO FINANCE LTD EURO MEDIUM TERM NOTE 0% 02/10/2049 Q7366SAA1 |
| 5454713 | CH0004931496 | SAIRGROUP -IN DEFAULT 2.75% 07/30/2004 |
| 5649514 | 247361VL9 | DELTA AIR PTC 1990-D15 10.33% 03/26/2004 247361VL9 |
| 5856171 | XS0282593440 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/16/2012 G3336SSQ4 |
| 5296457 | CH0007268961 | S-AIR GROUP IN DEFAULT 2.125% 11/04/2004 |
| 5370856 | 339130AP1 | FLEMING COS INC NTS 10.125% 04/01/2008 339130AP1 |
| 5123317 | | SOUTHEAST BANKING CORP EURO 0-CPN STAMPED CERT 0% 12/18/1996 |
| 5596002 | 841338AG1 | SOUTHEAST BANKING CORP SUB CAP CV NOTES-REG-FLAT- *IN DEFAULT 6.5% 03/15/1999 841338AG1 |
| 5404497 | XS0097617996 | HIH WINTERTHUR UNDER&AGY SVC LTD EURO MEDIUM TERM NOTE 5.987% 12/31/2049 Q36895AB8 |
| 5274711 | XS0108136034 | RSL COMMUNICATIONS PLC 12.875% 03/01/2010 |
| 5275991 | XS0108297044 | TXU EASTERN FUNDING 7.25% 03/08/2030 |
| 5343324 | 302088AN9 | EXODUS COMMUNICATIONS SENIOR NOTES- *IN DEFAULT* 11.375% 07/15/2008 302088AN9 |
| 5BBDQY5 | XS0299967413 | FCE BANK PLC EURO MEDIUM TERM NOTE 7.125% 01/15/2013 G3336SSS0 |
| 5065089 | 493137AD5 | KEY PLASTICS INC SR SUB NOTE SER B 10.25% 03/15/2007 493137AD5 |
| CDCO | 200334100 | COMDISCO HOLDING COMPANY INC |
| 5BDQNT2 | 612MMI9C4 | NORTHWESTERN CORP - MONTANA POWER CO - CONTRA CUSIP - 0% 12/23/2026 612MMI9C4 |
| 9N44093 | | TELEGLOBE INC UNSECURED DEBENTURE IN DEFAULT 8.35% 06/20/2003 |
| 5BDQMJ0 | 612MMI8A9 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.96% 12/21/2026 612MMI8A9 |
| 5BDQPD8 | 612MMI8B6 | NORTHWESTERN CORP - MONTANA POWER CO - TENDER OFFER - 7.07% 12/20/2006 612MMI8B6 |
| TDFXQ | 88553X103 | 3DFX INTERACTIVE INC |
| 5132068 | 462691AA4 | IRIDIUM OPERATING LLC 11.25% 07/15/2005 |
| 5342696 | XS0108551366 | EXODUS COMMUNICATIONS SENIOR NOTES 10.75% 12/15/2009 |
| KANIF | 482828308 | KAANAPALI LAND LLC |
| 5272401 | 50714766 | INDORAYON INTL FINANCE USD-DEFAULTED 10% 03/29/2001 Y3982EAA6 |
| 5308012 | 302088AK5 | EXODUS COMMUNICATIONS INC SR NT 144A -IN DEFAULT 11.6250% 07/15/2010 302088AK5 |
| 9057437 | 683990873 | OPEN CONNECT SYSTEMS INC RESTRICTED |
| 5070317 | 739731AB3 | PRATAMA DATAKOM ASIA ACCREDITED INVS 12.75% 07/15/2005 739731AB3 |
| 9957202 | | SECURITIZED MULTIPLE ASSET A2 97-5 0% 06/29/2005 |
| DYHCS | 703044107 | PATENT LITIGATION TR BENEFICIAL TRUST INTERESTS |
| KGPMR | 483058111 | RTS KAISER GOVT PROGRAMS INC PUT RT PUR PFD KAISER GROUP |
| 5579099 | 009451AH8 | AIRPLANES TRUST MANY TRUST STF CL D 10.875% 03/15/2019 009451AH8 |
| A015124 | 029320991 | AMERICAN RICE INC ESCROW CUSIP |
| 5552686 | 029318AA0 | AMERICAN RICE INC MTG NOTES W/CONTINGENT INT 13% 07/31/2002 029318AA0 |
| 5956314 | TT3070725 | BANQUE PALLAS IN DEFAULT 10.125% 02/08/2026 TT3070725 |
| 5230760 | 119003AF8 | BUDGET GROUP INC SR NTS *IN DEFAULT* 9.125% 04/01/2006 119003AF8 |
| 5BBED43 | 13077Y9A6 | CALIFORNIA STATEWIDE CMNTYS DEV AUTH SPL FACS DEV UTD AIR 5.62500 10/01/2034 13077Y9A6 |
| 5530871 | 13135BAF3 | CALPINE GENERATING CO LLC SR SECD NT *IN DEFAULT* 7.755% 04/01/2010 13135BAF3 |
| 5247881 | 144500AC9 | CARRIER INTL S A SR NOTE SER B 13.25% 02/15/2009 144500AC9 |
| CTLEE | 149479107 | CATTLESALE COMPANY |
| 5109824 | 15115MAL5 | CENTRAL DATA SYS INC/SR DISC 14% 01/01/2007 15115MAL5 |
| 5150557 | 15133CAC5 | CENTAUR MINING & EXPL LTD SENIOR SECD NOTE 11% 12/01/2007 15133CAC5 |
| 5046016 | 155560AA3 | CENTRAL TRACTOR FARM & COUNTRY INC SR NOTE 10.625% 04/01/2007 155560AA3 |

| Acct | CUSIP | Description | P1 | P2 | P3 | Rate | F1 | Cur | F2 | M1 | M2 | M3 | | R1 | R2 | R3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5147251 | 12542AAB3 | CHS ELECTRONICS INC SENIOR NOTES 9.875% 04/15/2005 12542AAB3 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | | | | 0.00 | 27,500,000.00 | 137,500.00 | 137,500.00 | 0.00 | 0.00 |
| 5BBDTK4 | 12560PEA5 | CIT GROUP INC MEDIUM TERM SR NTS 2.9050% 10/27/2008 12560PEA5 | 0.0000 | | | 0.0100 | 1.0000 | USD | 1.0000 | | 5,401,220.00 | 5,401,220.00 | 0.00 | 4,500,000.00 | 4,419,180.00 | 4,419,180.00 | 0.00 | 0.00 |
| 5307531 | 196267AD0 | COLOR TILE INC SR NT IN DEFAULT 10.75% 12/15/2001 196267AD0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,262,000.00 | 0.00 | 0.00 | 0.00 | 1,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5220319 | 21061PAD8 | CONSUMER PACKAGING INC SR NOTE 9.75% 02/01/2007 21061PAD8 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,800,000.00 | 0.00 | 0.00 | 0.00 | 23,854,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5272505 | 2107959D4 | CONTINENTAL AIRLINES INC SR NOTES GTD-REG-ESCROW-DEFAULT 11.5% 03/15/1997 2107959D4 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 26,400,000.00 | 0.00 | 0.00 | 0.00 | 13,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5430398 | 2338609B3 | DAIRY MART CONVENIENCE STORES INC - ESCROW - 10.25% 03/15/2004 2338609B3 | 0.0000 | 8.6000 | 8.6000 | 0.0100 | 1.0000 | USD | 1.0000 | 742,000.00 | 74.20 | 74.20 | 0.00 | 584,000.00 | 58.40 | 58.40 | 0.00 | 0.00 |
| D094752 | 24345T108 | DECISIONONE CORP NEW | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 36.00 | 0.00 | 0.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5115626 | 247701AB1 | DELTA MILLS INC SR NOTE SER B 9.62500 09/01/2008 247701AB1 | 0.0000 | 8.6000 | 8.6000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,092,000.00 | 265,912.00 | 265,912.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5123009 | 262497AG5 | DRYPERS CORP SR NTS SER-B 10.25% 06/15/2007 262497AG5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,004,000.00 | 0.00 | 0.00 | 0.00 | 15,953,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5310628 | 2695249C0 | EAGLE GEOPHYSICAL INC SR NT SER B -ESCROWED- 10.75% 07/15/2008 2695249C0 | 0.0000 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 15,218,000.00 | 1,521.80 | 1,521.80 | 0.00 | 11,000,000.00 | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| 5030910 | 200336889 | ESC COMDISCO INC NOTE - ESCROW - 6.125% 01/15/2003 200336889 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,450,000.00 | 0.00 | 0.00 | 0.00 | 1,050,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5037926 | 4983269C3 | ESC KITTY HAWK INC SR SECD NTS 9.95% 11/15/2004 4983269C3 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,530,000.00 | 57,650.00 | 57,650.00 | 0.00 | 22,523,800.00 | 112,619.00 | 112,619.00 | 0.00 | 0.00 |
| 5578456 | 2107959L6 | ESCROW CONTINENTAL AIRLINES INC "IN DEFAULT" 10% 11/15/2001 2107959L6 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,600,000.00 | 0.00 | 0.00 | 0.00 | 5,718,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5359457 | 40065L9B9 | ESCROW GUANGDONG INTL TR & INV 144A 8.75% 11/23/2003 40065L9B9 | 0.0000 | 4.6500 | 4.6500 | 0.0100 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 153,450.00 | 153,450.00 | 0.00 | 1,700,000.00 | 79,050.00 | 79,050.00 | 0.00 | 0.00 |
| 5358558 | 40065L9A1 | ESCROW GUANGDONG INTL TR & INVT 144A-IN DEFAULT 6.75% 11/15/2020 40065L9A1 | 0.0000 | 4.6500 | 4.6500 | 0.0100 | 1.0000 | USD | 1.0000 | 2,925,000.00 | 136,012.50 | 136,012.50 | 0.00 | 1,575,000.00 | 73,237.50 | 73,237.50 | 0.00 | 0.00 |
| 5294718 | 297862AB0 | ETOYS IND CONV SUB NOTE-IN DEFAULT 6.25% 12/01/2004 297862AB0 | 0.0000 | 1.4500 | 1.4500 | 0.0100 | 1.0000 | USD | 1.0000 | 5,985,000.00 | 86,782.50 | 86,782.50 | 0.00 | 4,000,000.00 | 58,000.00 | 58,000.00 | 0.00 | 0.00 |
| 5261713 | 302088AH2 | EXODUS COMMUNICATIONS INC SR NT - IN DEFAULT 10.75% 12/15/2009 302088AH2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 34,039,000.00 | 0.00 | 0.00 | 0.00 | 53,180,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5158280 | 302088AB5 | EXODUS COMMUNICATIONS INC SR NTS - IN DEFAULT 11.25% 07/01/2008 302088AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 50,420,000.00 | 0.00 | 0.00 | 0.00 | 25,850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5355200 | 302088AL3 | EXODUS COMMUNICATIONS INC NTS SR NT 11.625% 07/15/2010 302088AL3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 164,013,000.00 | 0.00 | 0.00 | 0.00 | 191,285,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F006921 | 301990719 | FCLT LOANS ASSET (FIRST CITY LIQ. TRUST) | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 109,941.00 | 0.00 | 0.00 | 0.00 | 109,941.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FCFCL | 33762E108 | FIRSTCITY LIQUIDATING TRUST CL B CBI | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 109,941.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3BBWTX8 | 36099ACJ0 | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA AIRLINES INC 5.30% 05/01/2013 36099ACJ0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 120,000.00 | 0.00 | 0.00 | 0.00 | 120,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5233639 | 37937WAD1 | GLOBAL RATED ELIGIBLE ASSET TR 1998-A ASST BACKED NT -DEFAULT 0% 01/15/2003 37937WAD1 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 79,740,000.00 | 797.40 | 797.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C64242 | 37937WAA7 | GLOBAL RATED ELIGIBLE ASSET TR CL A2 7.33% 03/15/2006 37937WAA7 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 31,643,000.00 | 316.43 | 316.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C64936 | 37937WAB5 | GLOBAL RATED ELIGIBLE ASSET TR SERIES 1998-A CL A-DEFAULT 7.06% 09/15/2007 37937WAB5 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 12,362,000.00 | 123.62 | 123.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5139489 | 38012TAB8 | GMACM HOME EQUITY LN TR SERIES 2006-HE3 CLASS A2 5.75% 10/25/2036 38012TAB8 | 76.9930 | 58.0000 | 58.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,836,750.00 | 3,965,315.00 | 3,965,315.00 | 0.00 | 8,025,750.00 | 4,654,935.00 | 4,654,935.00 | 0.00 | 0.00 |
| 5BBQVB1 | 36186LAC7 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A3 6.193% 12/25/2037 36186LAC7 | 48.0810 | 48.0000 | 48.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 15,410,000.00 | 7,396,800.00 | 7,396,800.00 | 0.00 | 18,090,000.00 | 8,683,200.00 | 8,683,200.00 | 0.00 | 0.00 |
| 5BBQTZ9 | 36186LAD5 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A4 6.424% 12/25/2037 36186LAD5 | 31.7589 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,170,000.00 | 7,994,800.00 | 7,994,800.00 | 0.00 | 21,330,000.00 | 9,385,200.00 | 9,385,200.00 | 0.00 | 0.00 |
| 5B41557 | 38012TAD4 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-HE3 A-4-VAR 6.088% 10/25/2036 38012TAD4 | 81.7825 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,725,000.00 | 759,000.00 | 759,000.00 | 0.00 | 2,025,000.00 | 891,000.00 | 891,000.00 | 0.00 | 0.00 |
| 5BBKVN8 | 36186KAD7 | GMACM HOME EQUITY LOAN TRUST MTGPC/SERIES 2007-HE1 A-4-VAR 5.952% 08/25/2037 36186KAD7 | 38.1446 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,000.00 | 1,518,000.00 | 0.00 | 4,050,000.00 | 1,782,000.00 | 1,782,000.00 | 0.00 | 0.00 |
| 5282351 | 361881AA3 | GMD BONDHOLDER TRUST OFFSHORE TR CTF 144A 0% 12/31/2026 361881AA3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5281808 | G3944MAA5 | GMD BONDHOLDER TRUST OFFSHORE TR CTF REG S 0% 12/31/2026 G3944MAA5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5957171 | | GREAT 98-A SERIES A-2 FRN | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 4,733,000.00 | 47.33 | 47.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5246447 | 36228YAC9 | GST NETWORK FUNDING INC SR SECD DISC NTE DEFAULT 10.50% 05/01/2008 36228YAC9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,000,000.00 | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5329921 | 362359AC5 | GT GROUP TELECOM INC SENIOR DISC EXCH NTS-DEFAULTED 13.25% 02/01/2010 362359AC5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 17,000,000.00 | 0.00 | 0.00 | 0.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5252671 | 422660AD2 | HECHINGER CO *IN DEFAULT* 6.95% 10/15/2003 422660AD2 | 0.0000 | 1.5000 | 1.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 5,892,000.00 | 88,380.00 | 88,380.00 | 0.00 | 0.00 |
| 5205553 | 422660AC4 | HECHINGER CO SR DEBS 9.45% 11/15/2012 422660AC4 | 0.0000 | 1.5000 | 1.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 20,158,000.00 | 302,370.00 | 302,370.00 | 0.00 | 0.00 |
| 5223763 | 457659AM2 | INSILCO CORP SR SUB NOTE SER-B *IN DEFAULT* 12% 08/15/2007 457659AM2 | 0.0000 | 0.0625 | 0.0625 | 0.0100 | 1.0000 | USD | 1.0000 | 23,300,000.00 | 14,562.50 | 14,562.50 | 0.00 | 20,185,000.00 | 12,615.63 | 12,615.63 | 0.00 | 0.00 |
| 5143514 | 457661AA4 | INSILCO HOLDINGG CO SR DISC NT 14% 08/15/2008 457661AA4 | 0.0000 | 0.0625 | 0.0625 | 0.0100 | 1.0000 | USD | 1.0000 | 8,250,000.00 | 5,156.25 | 5,156.25 | 0.00 | 6,750,000.00 | 4,218.75 | 4,218.75 | 0.00 | 0.00 |
| 5051503 | 462213AK5 | IONICA PLC -SNR DISC NTS 15% 12/31/2049 462213AK5 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 30.00 | 30.00 | 0.00 | 1,500,000.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| 5033225 | 462213AJ8 | IONICA PLC SR NOTE 13.50% 08/15/2006 462213AJ8 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 3,000,000.00 | 30.00 | 30.00 | 0.00 | 1,500,000.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| 5249169 | 465266AC8 | IT GROUP INC SENIOR SUB NOTE SER B 11.25% 04/01/2009 465266AC8 | 0.0000 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 49,600,000.00 | 4,960.00 | 4,960.00 | 0.00 | 36,949,500.00 | 3,694.95 | 3,694.95 | 0.00 | 0.00 |
| 5574462 | 477122AV7 | JET EQUIPMENT TR MEZZANINE NOTE CL B 95-B 7.83% 08/15/2012 477122AV7 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 3,640,000.00 | 364.00 | 364.00 | 0.00 | 2,860,000.00 | 286.00 | 286.00 | 0.00 | 0.00 |
| 5142368 | 488035AE6 | KELLSTROM INDS INC CONV SUB NOTES-*DEFAULTED* 5.50% 06/15/2003 488035AE6 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 24,440,000.00 | 305,500.00 | 305,500.00 | 0.00 | 23,010,000.00 | 287,625.00 | 287,625.00 | 0.00 | 0.00 |
| 5125334 | 488035AC0 | KELLSTROM INDS INC SUB NTS CONV 5.75% 10/15/2002 488035AC0 | 0.0000 | 1.2500 | 1.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 14,153,000.00 | 176,912.50 | 176,912.50 | 0.00 | 15,209,000.00 | 190,112.50 | 190,112.50 | 0.00 | 0.00 |
| LEHIQ | B2PJYC5 | LEHMAN BROS HLDGS INC DEP SH REPSTG 1/100TH 7.95% | 8.2500 | 0.0100 | 0.0100 | 0.0100 | 1.0000 | USD | 1.0000 | 44,482.00 | 444.82 | 444.82 | 0.00 | 36,718.00 | 367.18 | 367.18 | 0.00 | 0.00 |
| 5109706 | 537902AC2 | LIVENT INC SR NTS - IN DEFAULT 9.375% 10/15/2004 537902AC2 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 20,005,000.00 | 50,012.50 | 50,012.50 | 0.00 | 18,167,000.00 | 45,417.50 | 45,417.50 | 0.00 | 0.00 |
| 5278012 | 54986QAA5 | LUKENS INC SENIOR NOTE 6.50% 02/01/2006 54986QAA5 | 0.0000 | 0.0625 | 0.0625 | 0.0100 | 1.0000 | USD | 1.0000 | 2,250,000.00 | 1,406.25 | 1,406.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3502020 | 586169AN4 | MEMPHIS TN HLTH EDL&HSG FAC BRD MFHR SECUR.-A-IN DEFAULT 8.68% 12/15/2049 586169AN4 | 0.0100 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3681870 | 607168AY7 | MOBILE AL-ANDL DEV BRD SOLID WSTE DISP RV REF-MOBILE ENERGY 6.95% 01/01/2020 607168AY7 | 0.0100 | 25.0000 | 25.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 195,294.00 | 48,823.50 | 48,823.50 | 0.00 | 9,294.00 | 2,323.50 | 2,323.50 | 0.00 | 0.00 |
| 5BBZCT2 | 64999BJL9 | NEW YORK N Y CITY INDL DEV AGY SPL FAC REV NORTHWEST AIRLINES 6% 06/01/2027 64999BJL9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 500,000.00 | 0.00 | 0.00 | 0.00 | 500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C98570 | 62936EAF5 | NPV VI INC 1998-2 HEALTH CARE RCVBLES NT 6.10% 5/1/2004 62936EAF5 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 7,000,000.00 | 8,750.00 | 8,750.00 | 0.00 | 0.00 |
| 5368394 | 629377AL6 | NRG ENERGY INC BONDS-DEFAULT 8.6250% 04/01/2031 629377AL6 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 63,600,000.00 | 146,280.00 | 146,280.00 | 0.00 | 56,400,000.00 | 129,720.00 | 129,720.00 | 0.00 | 0.00 |
| 5310622 | 629377AG7 | NRG ENERGY INC DEFAULT 8.25% 09/15/2010 629377AG7 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 23,850,000.00 | 54,855.00 | 54,855.00 | 0.00 | 21,150,000.00 | 48,645.00 | 48,645.00 | 0.00 | 0.00 |
| 5368395 | 629377AK8 | NRG ENERGY INC NOTES-DEFAULT 7.75% 04/01/2011 629377AK8 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 23,850,000.00 | 54,855.00 | 54,855.00 | 0.00 | 21,150,000.00 | 48,645.00 | 48,645.00 | 0.00 | 0.00 |
| 5219666 | 629377AE2 | NRG ENERGY INC SR NOTE 7.50% 06/01/2009 629377AE2 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 34,450,000.00 | 79,235.00 | 79,235.00 | 0.00 | 30,500,000.00 | 70,265.00 | 70,265.00 | 0.00 | 0.00 |
| 5075991 | 629377AD4 | NRG ENERGY INC SR NOTE 7.50% 06/15/2007 629377AD4 | 0.0000 | 0.2300 | 0.2300 | 0.0100 | 1.0000 | USD | 1.0000 | 34,450,000.00 | 79,235.00 | 79,235.00 | 0.00 | 30,500,000.00 | 70,265.00 | 70,265.00 | 0.00 | 0.00 |
| 5BDDFC1 | 629ESC9Q9 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9Q9 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC4 | 629ESC9W6 | NWA A SEN - ESCROW CUSIP - 2.30% 12/31/2049 629ESC9W6 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC3 | 629ESC9U0 | NWA A SEN - ESCROW CUSIP - 2.52% 12/31/2049 629ESC9U0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 6,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDFC2 | 629ESC9S5 | NWA A SEN - ESCROW CUSIP - 5.52% 12/31/2049 629ESC9S5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 40,275,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5BDDDY9 | 629ESC9B2 | NWA A SEN - ESCROW CUSIP - 6.36% 03/01/2005 629ESC9B2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 27,250,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PPH102 | 693344AA1 | PHP HEALTHCARE CORPORATION SUB DEB CONV 144A 6.5% 12/15/2002 693344AA1 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,301,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5002347 | 693344AC7 | PHP HEALTHCARE CORPORATION SUB DEB CV 6.50% 12/15/2002 693344AC7 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5395354 | G7111WAA1 | PIV INVESTMENT FINANCE CV REG S-DEFAULT 4.50% 12/01/2049 G7111WAA1 | 0.0000 | 7.0000 | 7.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 26,310,000.00 | 1,841,700.00 | 1,841,700.00 | 0.00 | 1,040,000.00 | 72,800.00 | 72,800.00 | 0.00 | 0.00 |
| 5470166 | CH0007054415 | POLLY PECK EURO #53800 -SF-"DEFAULT" 0% 12/31/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 29,165,000.00 | 145,825.00 | 145,825.00 | 0.00 | 1,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5478587 | CH0007054742 | POLLY PECK EURO #55857 "DEFAULT" 5.75% 12/31/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 28,240,000.00 | 141,200.00 | 141,200.00 | 0.00 | 21,145,000.00 | 105,725.00 | 105,725.00 | 0.00 | 0.00 |
| 5018341 | CH0007067793 | POLLY PECK INTERNATIONAL 7.875% 01/03/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 10,815,000.00 | 54,075.00 | 54,075.00 | 0.00 | 10,000.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| 5446758 | XS0015080673 | POLLY PECK EURO #62976-*IN DEFAULT* 7.25% 01/04/2005 G71536AG4 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,975,000.00 | 44,875.00 | 44,875.00 | 0.00 | 8,975,000.00 | 44,875.00 | 44,875.00 | 0.00 | 0.00 |
| 5225032 | CH0007054304 | POLLY PECK INTL FINANCE LTD 6.25% 11/19/1990 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 23,420,000.00 | 117,100.00 | 117,100.00 | 0.00 | 995,000.00 | 4,975.00 | 4,975.00 | 0.00 | 0.00 |
| 5494069 | DE0004837372 | POLLY PECK INTL FINANCE-DM EURO #55888 CPN 6% 04/20/2010 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 21,542,000.00 | 108,540.60 | 108,540.60 | 0.00 | 7,000,000.00 | 30,100.00 | 30,100.00 | 0.00 | 0.00 |
| 5173374 | 78649QAA3 | SAFETY KLEEN SERVICES INC SR SUB NOTE- IN DEAULT 9.25% 06/01/2008 78649QAA3 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 34,270,000.00 | 0.00 | 0.00 | 0.00 | 30,820,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5216675 | 81375BAJ1 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5 ASSET BACKED 7.72% 06/15/2005 81375BAJ1 | 0.0000 | 0.0010 | 0.0010 | 0.0100 | 1.0000 | USD | 1.0000 | 27,850,000.00 | 278.50 | 278.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 5245527 | 81375BAK8 | SECURITIZED MULTIPLE ASSET RATED TR 1997-5ASSET BACK... 81375BAK8 | | | | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5C60831 | 81375BAN2 | SECURITIZED MULTIPLE ASSET RATED TR ASSET BKD NT 7.056% 06/15/2005 81375BAN2 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 140.00 | 140.00 | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5E12094 | 81375BAM4 | SECURITIZED MULTIPLE ASSET SERIES 1997-6 CL A-1 7.71% 11/15/2006 81375BAM4 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,068,000.00 | 300.68 | 300.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5237126 | 784123AF8 | SFC NEW HLDGS INC SR SUB NT 13.25% 08/15/2003 784123AF8 | 0.0000 | 0.0010 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 0.00 | 0.00 | 0.00 | 17,530,050.00 | 0.00 | 0.00 |
| 5563864 | 836153AC0 | SOURCE MEDIA INC SR SECD NTS 12.00000 11/01/2049 836153AC0 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,876,944.00 | 0.00 | 0.00 | 0.00 | 5,000,000.00 | 0.00 | 0.00 |
| SSMB | 86783360 | SUNSHINE MNG & REFNG COMPANY PAR %0.01 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 11,483,635.00 | 0.00 | 0.00 | 0.00 | 5,999,544.00 | 0.00 | 0.00 |
| 5070867 | 292689AC0 | TXU - ENERGY GROUP OVERSEAS BV GTD NOTES 7.375% 10/9/98 7.425% 10/15/2017 292689AC0 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,880,000.00 | 3,776,000.00 | 3,776,000.00 | 0.00 | 18,255,000.00 | 3,651,000.00 | 3,651,000.00 |
| 5071495 | 292689AD8 | TXU - ENERGY GROUP OVERSEAS BV GTD NT 7.55% 10/15/2027 292689AD8 | 32.7500 | 20.0000 | 20.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 30,633,000.00 | 6,126,600.00 | 6,126,600.00 | 0.00 | 21,450,000.00 | 4,290,000.00 | 4,290,000.00 |
| 5264525 | 873169AJ5 | TXU EASTERN FUNDING CO GTD SR NOTE 6.75% 05/15/2009 873169AJ5 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 8,650,000.00 | 346,000.00 | 346,000.00 | 0.00 | 10,167,000.00 | 406,680.00 | 406,680.00 |
| 5264215 | 873169AF3 | TXU EASTERN FUNDING GTD SR NT- IN DEFAULT 6.45000 05/15/2005 873169AF3 | 0.0000 | 4.0000 | 4.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,037,000.00 | 161,480.00 | 161,480.00 | 0.00 | 815,000.00 | 32,600.00 | 32,600.00 |
| 5261756 | 92326YAF6 | VENTURE HOLDINGS TRUST *IN DEFAULT* 11.00000 12/31/2049 92326YAF6 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 11,475,000.00 | 14,343.75 | 14,343.75 | 0.00 | 10,575,000.00 | 13,218.75 | 13,218.75 |
| 5102085 | 92326YAD1 | VENTURE HOLDINGS TRUST SR NOTE SER B 9.50% 07/01/2005 92326YAD1 | 0.0000 | 0.1250 | 0.1250 | 0.0100 | 1.0000 | USD | 1.0000 | 7,125,000.00 | 8,906.25 | 8,906.25 | 0.00 | 7,125,000.00 | 8,906.25 | 8,906.25 |
| VIAHF | G93447111 | VIATEL HOLDING BERMUDA LIMITED NEW | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 187.00 | 187.00 | 187.00 | 0.00 | 164.00 | 164.00 | 164.00 |
| 5726350 | 93934WAA3 | WASHINGTON MUT PFD FDG TR I PERPETUAL 144A *IN DEFAULT* 6.534% 12/29/2049 93934WAA3 | 10.1880 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 5,980,000.00 | 0.00 | 0.00 | 0.00 | 7,020,000.00 | 0.00 | 0.00 |
| WAMPQ | 939322814 | WASHINGTON MUTUAL INC 7.75% SERIES R NON CUM PERPETUAL CONV PREFERRED STOCK | 285.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 5,520.00 | 0.00 | 0.00 | 0.00 | 6,480.00 | 0.00 | 0.00 |
| 5002385 | 960080AB5 | WESTFED HOLDINGS INC MNT SER DEB SPLT CPN 15.50% 09/15/2049 960080AB5 | 0.0000 | 0.0000 | 0.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 5042652 | 978093AE2 | WOLVERINE TUBE INC SENIOR NOTE SER B 10.50% 04/01/2009 978093AE2 | 92.0000 | 85.0000 | 85.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 966,000.00 | 821,100.00 | 821,100.00 | 0.00 | 241,000.00 | 204,850.00 | 204,850.00 |
| C010314 | 125127159 | WTS CD RADIO INC EXP 5/15/2009 ACCREDITED INVS | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ICGCW | 449246115 | WTS ICG COMMUNICATIONS INC | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 11,911.00 | 0.00 | 0.00 | 0.00 | 7,054.00 | 0.00 | 0.00 |
| W003885 | 94769A119 | WTS WEBLINK WIRELESS EXP PENDING 2012 | 0.0000 | 0.0000 | 0.0000 | 1.0000 | 1.0000 | USD | 1.0000 | 201,455.00 | 0.00 | 0.00 | 0.00 | 134,303.00 | 0.00 | 0.00 |
| 5322253 | 55376WAD1 | MTS INC SR SUB NOTE 9.375% 03/19/2009 55376WAD1 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 4,036,450.00 | 181,640.25 | 181,640.26 | 0.01 | 2,610,135.00 | 117,456.08 | 117,456.08 | 0.01 |
| 5955774 | CH0001188025 | SASEA HOLDINGS 3.25% 10/01/2042 | 0.0000 | 1.1800 | 1.1800 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 17,100.00 | 201.78 | 208.79 | 7.01 |
| 5C58202 | 393505YC0 | GREENTREE FINANCIAL CORPORATION MTGPC/SERIES 7.75% 03/15/2028 393505YC0 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 795,000.00 | 44.63 | 79.50 | 34.87 | 680,000.00 | 38.18 | 68.00 | 29.82 |
| 5273066 | 195204AA0 | COLO.COM SR NOTE 144A - IN DEFAULT 13.875% 03/15/2010 195204AA0 | 0.0000 | 0.0082 | 0.0082 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 4,293,000.00 | 354.07 | 429.30 | 75.23 |
| 5C48250 | 393505UY6 | GREEN TREE FINL CORP SER 1997-4 MFD HSG SR/SUB 7.73% 02/15/2029 393505UY6 | 0.0000 | 0.0056 | 0.0056 | 0.0100 | 1.0000 | USD | 1.0000 | 4,644,999.00 | 261.43 | 464.50 | 203.07 | 3,956,000.00 | 222.66 | 395.60 | 172.94 | 376.01 |
| 5258646 | CH0001129714 | MAXWELL COMMUNICATIONS VAR RATE LIQUID 5% 12/31/2050 | 0.0000 | 1.0500 | 1.0500 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,897,324.00 | 19,921.90 | 20,614.54 | 692.64 | 692.64 |
| 5127481 | XS0045549812 | MAXWELL COMMUN 8.375% 09/01/2030 | 0.0000 | 4.5000 | 4.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 7,943,000.00 | 35,743.50 | 37,285.67 | 1,542.17 | 1,542.17 |
| 5054115 | DE0004115027 | MAXWELL COMMUNICATIONS EURO DEBS 0% 06/15/2049 G59024AF9 | 0.0000 | 0.3100 | 0.3100 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 16,459,000.00 | 51,022.90 | 52,852.07 | 1,829.17 | 1,829.17 |
| 5463379 | CH0001207908 | SAIRGROUP *IN DEFAULT* 5.125% 03/01/2003 H83970AX33 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 115,000.00 | 11,794.87 | 14,336.46 | 2,541.59 | 2,541.59 |
| 5445610 | U29302AJ2 | ENRON CORP EURO DEB 0.97% 12/31/2049 U29302AJ2 | 0.0000 | 0.0140 | 0.0140 | 0.0100 | 1.0000 | USD | 1.0000 | 213,000,000.00 | 29,820.00 | 32,134.41 | 2,314.41 | 87,000,000.00 | 12,180.00 | 13,125.32 | 945.32 | 3,259.73 |
| 5573732 | 717113AA2 | PHAR-MOR INC SR NOTE-DEFAULTED 11.72% 09/11/2002 717113AA2 | 0.0000 | 0.7446 | 0.7446 | 0.0100 | 1.0000 | USD | 1.0000 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 1,884,000.00 | 14,028.53 | 18,840.00 | 4,811.47 | 4,811.47 |
| 5442794 | 29357YAD5 | ENRON CREDIT LINKED NOTES TR STERLINGS CREDIT LINKED NOTE 7.25% 05/24/2006 29357YAD5 | 0.0000 | 0.0140 | 0.0140 | 0.0100 | 1.0000 | USD | 1.0000 | 1,000,000.00 | 10,000.00 | 19,998.54 | 9,998.54 | 0.00 | 0.00 | 0.00 | 0.00 | 9,998.54 |
| 5446359 | U29302AG8 | ENRON CORP DEFAULT 0.678% 12/31/2049 U29302AG8 | 0.0000 | 0.0140 | 0.0140 | 0.0100 | 1.0000 | USD | 1.0000 | 460,000,000.00 | 64,400.00 | 69,398.26 | 4,998.26 | 540,000,000.00 | 75,600.00 | 81,467.53 | 5,867.53 | 10,865.79 |
| 5478585 | CH0007054882 | POLLY PECK 5.625% 09/20/2049 | 0.0000 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 15,535,000.00 | 77,675.00 | 84,680.52 | 7,005.52 | 27,855,000.00 | 139,275.00 | 144,131.86 | 4,856.86 | 11,862.38 |
| 5131393 | CH0007055665 | POLLY PECK INTL FINANCE CHF 6.25% 03/29/2049 | 0.1766 | 0.5000 | 0.5000 | 0.0100 | 1.0000 | USD | 1.0000 | 18,090,000.00 | 90,450.00 | 98,607.70 | 8,157.70 | 18,950,000.00 | 94,750.00 | 99,989.10 | 5,239.10 | 13,396.80 |
| 5271493 | CH0000939394 | SWISSAIR DEFAULTED 5.50% 07/23/2004 | 0.0000 | 10.2600 | 10.2600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 750,000.00 | 76,950.00 | 93,498.66 | 16,548.66 | 16,548.66 |
| 5449494 | H83970AJ4 | SAIRGROUP 2.775% 09/10/3049 H83970AJ4 | 10.1559 | 10.2564 | 10.2564 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750,000.00 | 179,487.18 | 210,108.44 | 30,621.26 | 30,621.26 |
| 5BBQTY6 | 36186LAG8 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A6 6.249% 12/25/2037 36186LAG8 | 46.2138 | 44.0000 | 44.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,450,000.00 | 1,518,000.00 | 1,535,250.00 | 17,250.00 | 4,050,000.00 | 1,782,000.00 | 1,802,250.00 | 20,250.00 | 37,500.00 |
| 5461232 | CH0001207569 | SAIRGROUP ZUERICH VARIABLE RATE 4.125% 02/15/2013 H83970AU9 | 10.9948 | 10.5600 | 10.5600 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 2,035,000.00 | 214,896.00 | 253,693.03 | 38,797.03 | 38,797.03 |
| 5262964 | 78442FDQ8 | SLM CORP MEDIUM TERM NTS 3.06% 07/27/2009 78442FDQ8 | 94.5000 | 88.0000 | 88.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 1,840,000.00 | 1,619,200.00 | 1,638,704.00 | 19,504.00 | 2,160,000.00 | 1,900,800.00 | 1,923,696.00 | 22,896.00 | 42,400.00 |
| NWA | 667280408 | NORTHWEST AIRLS CORP | 9.8500 | 9.8000 | 9.8500 | 1.0000 | 1.0000 | USD | 1.0000 | 416,436.00 | 4,101,894.60 | 4,122,716.40 | 20,821.80 | 445,643.00 | 4,389,583.55 | 4,411,865.70 | 22,282.15 | 43,103.95 |
| 5381485 | 125581AV0 | CIT GROUP INC NEW SR NT 3.04938% 01/30/2009 125581AV0 | 97.7330 | 90.0940 | 90.0940 | 0.0100 | 1.0000 | USD | 1.0000 | 1,650,000.00 | 1,486,551.00 | 1,511,730.00 | 25,179.00 | 1,350,000.00 | 1,216,269.00 | 1,236,870.00 | 20,601.00 | 45,780.00 |
| 5574272 | 13135BAE6 | CALPINE GENERATING CO 9.07% 04/01/2009 13135BAE6 | 0.0000 | 0.2500 | 0.2500 | 0.0100 | 1.0000 | USD | 1.0000 | 14,800,000.00 | 37,000.00 | 74,000.00 | 37,000.00 | 5,200,000.00 | 13,000.00 | 26,000.00 | 13,000.00 | 50,000.00 |
| 5BBQTZ6 | 36186LAB9 | GMACM HOME EQUITY LN TR SERIES 2007-HE2 CLASS A2 6.054% 12/25/2037 36186LAB9 | 48.9240 | 49.0000 | 49.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,523,920.00 | 1,726,720.80 | 1,761,960.00 | 35,239.20 | 4,429,080.00 | 2,170,249.20 | 2,214,540.00 | 44,290.80 | 79,530.00 |
| 5741989 | 247361VR6 | DELTA AIR PTC 1990-G3 10.79% 09/26/2013 247361VR6 | 84.5000 | 25.5343 | 25.5343 | 0.0100 | 1.0000 | USD | 1.0000 | 10,772,000.00 | 2,750,554.80 | 2,830,364.54 | 79,809.74 | 0.00 | 0.00 | 0.00 | 0.00 | 79,809.74 |
| 5252629 | XS0103759089 | S-AIR GROUP FIN 7.50% 11/15/2007 | 0.0000 | 3.3150 | 3.3150 | 0.0100 | 1.0000 | USD | 1.0000 | 2,270,000.00 | 75,250.50 | 124,850.00 | 49,599.50 | 1,730,000.00 | 57,349.50 | 95,150.00 | 37,800.50 | 87,400.00 |
| 5666251 | 125568AB1 | CIT GROUP FUNDING CO CDA SR NT 4.65% 07/01/2010 125568AB1 | 85.7500 | 65.0000 | 65.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 550,000.00 | 357,500.00 | 486,640.00 | 129,140.00 | 450,000.00 | 292,500.00 | 398,160.00 | 105,660.00 | 234,800.00 |
| 5169833 | 963150AA5 | WHEELING PITTSBURGH STL CORP SR SECD NT 6% 08/01/2010 963150AA5 | 55.0000 | 97.0000 | 97.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 6,705,304.00 | 6,504,144.88 | 6,705,304.00 | 201,159.12 | 2,274,859.00 | 2,206,613.23 | 2,274,859.00 | 68,245.77 | 269,404.89 |
| 5634664 | 125577AV8 | CIT GROUP INC R/MD 5.09125   12/19/2008 2.72875% 12/19/2008 125577AV8 | 98.6360 | 93.0000 | 93.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 3,300,000.00 | 3,069,000.00 | 3,219,810.00 | 150,810.00 | 2,700,000.00 | 2,511,000.00 | 2,634,390.00 | 123,390.00 | 274,200.00 |
| 5435819 | CH0003532998 | SWISSAIR CORP ***IN DEFAULT 6.25% 04/12/2005 | 0.0000 | 10.2600 | 10.2600 | 0.0100 | 1.0000 | USD | 1.0000 | 10,000,000.00 | 1,026,000.00 | 1,313,311.99 | 287,311.99 | 0.00 | 0.00 | 0.00 | 0.00 | 287,311.99 |
| 5555517 | 247361VV7 | DELTA AIR LINES INC DEL EQUIP TR CTF SER 1990 C 10.79% 03/26/2014 247361VV7 | 81.5000 | 34.1771 | 34.1771 | 0.0100 | 1.0000 | USD | 1.0000 | 6,436,000.00 | 0.00 | 0.00 | 0.00 | 5,258,000.00 | 1,797,031.92 | 2,108,663.06 | 311,631.14 | 311,631.14 |
| 5725709 | 902549AE4 | UAL CORP DEL SETTLEMENT BD 5% 02/01/2021 902549AE4 | 51.6250 | 42.8750 | 42.8750 | 0.0100 | 1.0000 | USD | 1.0000 | 2,300,000.00 | 986,125.00 | 1,129,990.00 | 143,865.00 | 2,700,000.00 | 1,157,625.00 | 1,326,510.00 | 168,885.00 | 312,750.00 |
| 5516264 | G33365PB0 | FCE BANK PLC EURO MEDIUM TERM NOTE 5.728% 09/30/2009 G33365PB0 | 133.0467 | 121.0020 | 121.0020 | 0.0100 | 1.0000 | USD | 1.0000 | 7,000,000.00 | 8,470,140.00 | 8,802,990.00 | 332,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 332,850.00 |
| 5077083 | 755246AA3 | READ RITE CORP CONV SUB NOTES 6.50% 09/01/2004 755246AA3 | 0.0000 | 0.6855 | 0.6855 | 0.0100 | 1.0000 | USD | 1.0000 | 10,350,000.00 | 70,951.64 | 414,000.00 | 343,048.36 | 0.00 | 0.00 | 0.00 | 0.00 | 343,048.36 |
| 5362572 | 04518GAB7 | ASIA GLOBAL CROSSING LTD SR NT *IN DEFAULT* 13.375% 10/15/2010 04518GAB7 | 0.0000 | 3.2890 | 3.2890 | 0.0100 | 1.0000 | USD | 1.0000 | 42,129,000.00 | 1,385,604.93 | 1,685,160.00 | 299,553.85 | 34,794,000.00 | 1,144,360.52 | 1,391,760.00 | 247,399.10 | 546,953.95 |
| 5259929 | 76113BAF6 | REGAL CAPITAL CORP NT 6.375% 10 8.375% 06/30/2010 76113BAF6 | 28.0000 | 22.0000 | 22.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 2,663,000.00 | 585,860.00 | 1,384,760.00 | 798,900.00 | 2,337,000.00 | 514,140.00 | 853,005.00 | 338,865.00 | 1,137,765.00 |
| 5356646 | 370425RU6 | GENERAL MOTORS ACCEPTANCE CORP GLOBAL NOTES 7.25% 03/02/2011 370425RU6 | 71.0000 | 47.7500 | 47.7500 | 0.0100 | 1.0000 | USD | 1.0000 | 4,950,000.00 | 2,363,625.00 | 3,081,375.00 | 717,750.00 | 4,050,000.00 | 1,933,875.00 | 2,521,125.00 | 587,250.00 | 1,305,000.00 |
| 5239485 | 247367AE5 | DELTA AIR PTC 1993-A1 9.875% 4/30/2008 247367AE5 | 0.0000 | 5.8213 | 5.8213 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 12,000,000.00 | 698,557.21 | 469,025.89 | (229,531.32) | (229,531.32) |
| 5BBGFL9 | 370472BM0 | GENERAL MOTORS ACCEPTANCE CORP OF CANADA LTD 4.72143% 05/22/2009 370472BM0 | 82.8457 | 73.0000 | 73.0000 | 0.0100 | 1.0000 | USD | 1.0000 | 13,535,000.00 | 9,880,550.00 | 11,240,627.37 | 1,360,077.37 | 14,590,000.00 | 10,650,700.00 | 12,116,790.05 | 1,466,090.05 | 2,826,167.42 |
| 5202379 | 247367AF2 | DELTA AIRLINES INC DEL PASS THRU TRS PASS THRU CTF 10.5% 04/30/2016 247367AF2 | 46.5000 | 16.0982 | 16.0982 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 11,687,000.00 | 1,849,363.35 | 2,147,489.41 | 298,286.06 | 298,286.06 |
| 5850819 | 12668VAA7 | CWHEQ HOME EQUITY LOAN TRUST MTGPC/SERIES 2006-S7 A-1-VAR 2.5513% 11/25/2035 12668VAA7 | 85.0263 | 32.1362 | 32.1362 | 0.0100 | 1.0000 | USD | 1.0000 | 4,600,000.00 | 1,478,263.29 | 1,200,524.57 | (277,738.72) | 5,400,000.00 | 1,735,352.56 | 1,409,311.46 | (326,041.10) | (603,779.82) |
| 5BCLLC0 | 69337YAE4 | PHH MORTGAGE TRUST SER 2007-SL1 CLASS TAGS 144A 6.60% 12/25/2027 69337YAE4 | 80.3750 | 64.3846 | 64.3846 | 0.0100 | 1.0000 | USD | 1.0000 | 17,236,000.00 | 11,097,337.80 | 10,863,860.18 | (233,477.62) | 20,233,000.00 | 13,026,974.68 | 12,752,870.91 | (274,074.77) | (507,552.39) |
| 5183591 | 247367AC9 | DELTA AIR LINES INC DEL PASS THRU TRS CTF 1992 B-1 9.375% 09/11/2017 247367AC9 | 94.7500 | 4.8706 | 4.8706 | 0.0100 | 1.0000 | USD | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 19,144,000.00 | 932,424.05 | 994,695.34 | 62,271.29 | 62,271.29 |
| 5F99267 | 76110VSQ2 | RESIDENTIAL FDG MTG SECS II SERIES 2005-HS2 CLASS A-I-1 3.30688%12/25/2035 76110VSQ2 | 99.6291 | 12.7977 | 12.7977 | 0.0100 | 1.0000 | USD | 1.0000 | 8,947,000.00 | 1,145,006.57 | 1,062,271.50 | (82,735.07) | 10,503,000.00 | 1,344,138.15 | 1,247,014.37 | (97,123.78) | (179,858.85) |
| | | | | | | | | | | | **(80,523,963.34)** | | | | | | **(72,461,674.02)** | **(152,985,637.36)** |