WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                      :    **Chapter 11 Case No.**
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
                                                                                :
            Debtors.                                                    :    **(Jointly Administered)**
                                                                                :
------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON AUGUST 12, 2014**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, filed the following omnibus claims objections (together, the "Claims Objections") with the Court for hearing on August 12, 2014:

US_ACTIVE:\44536945\2\58399.0011

(a) Four Hundred Seventy-Fourth Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 45006**]

(b) Four Hundred Seventy-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45007**]

2.  In accordance with the Second Amended Case Management Order, the Plan Administrator established a deadline (the "Response Deadline") for parties to object or file responses to the Claims Objections. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.  The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator. Accordingly, the Plan Administrator respectfully requests that the proposed orders granting the Claims Objections annexed hereto as Exhibits A and B, which are unmodified since the filing of

2

the Claims Objections, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: August 5, 2014
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# EXHIBIT A

**(Proposed Order – ECF No. 45006)**

US_ACTIVE:\44536945\2\58399.0011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                      :        Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :        08-13555 (SCC)
                                                           :
                    Debtors.                               :        (Jointly Administered)
------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the four hundred seventy-fourth omnibus objection to claims, dated July 3, 2014 (the "Four Hundred Seventy-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Claims, as more fully described in the Four Hundred Seventy-Fourth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundred Seventy-Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Seventy-Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Fourth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Seventy- Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the modified amount and priority set forth in the applicable row entitled "Claim as Modified" on Exhibit 1, and any asserted amounts in excess of such amounts are disallowed and expunged; and it is further

ORDERED that the Four Hundred Seventy- Fourth Omnibus Objection to Claims and this Order have no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
New York, New York

                                                                               
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT 1**

08-13555-mg    Doc 45581    Filed 08/05/14    Entered 08/05/14 17:33:18    Main Document
Pg 7 of 18

## OMNIBUS OBJECTION 474: EXHIBIT 1 - REDUCE AND ALLOW

| # | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | | AMOUNTS PRIORITY | UNSECURED | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | ADAIR, JOHN | 23967 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,341,579.00 | $1,352,529.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $1,352,529.00 | $1,352,529.00 |
| 2 | BALLENTINE, JAMES M., III | 23988 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $188,151.00 | $199,101.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $136,048.00 | $136,048.00 |
| 3 | BRAMHAM, SHAUN | 23989 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $173,414.00 | $184,364.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $155,000.00 | $155,000.00 |
| 4 | BUSH, JAMES | 23998 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $164,431.00 | $175,381.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $175,381.00 | $175,381.00 |
| 5 | CAROL, CLAYTON | 23990 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $181,264.00 | $192,214.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $177,000.00 | $177,000.00 |
| 6 | CHAN, KENT | 23991 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $311,295.00 | $322,245.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $247,000.00 | $247,000.00 |
| 7 | DOE, JOCELYN J. | 23992 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $383,270.00 | $394,220.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $292,000.00 | $292,000.00 |
| 8 | DORFMAN, DAVID A. | 23993 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $31,502.00 | $42,452.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $42,452.00 | $42,452.00 |
| 9 | FELDKAMP, GEOFFREY F | 23994 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,785.00 | Undetermined | $10,785.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $10,785.00 | $10,785.00 |
| 10 | GABBAY, MARK | 23982 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,676,463.00 | $1,687,413.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $1,500,000.00 | $1,500,000.00 |
| 11 | GLAVAN, JEFFREY L. | 23956 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $376,338.00 | $387,288.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $387,288.00 | $387,288.00 |

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | AMOUNTS | | |
|---|---|---|---|---|---|---|
| | | | | PRIORITY | UNSECURED | TOTAL |
| 12 HAR-EVEN, ITAMAR | 23996 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $4,799.00 | $15,749.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $15,749.00 | $15,749.00 |
| 13 JOTWANI,TARUN | 23958 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,667,672.00 | $1,678,622.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $1,678,622.00 | $1,678,622.00 |
| 14 LAIBLE, ROBERT K. | 23997 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $435,733.00 | $446,683.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $343,000.00 | $343,000.00 |
| 15 MORRIS, JASON P. | 23969 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $33,307.00 | $44,257.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $44,257.00 | $44,257.00 |
| 16 PAPADAKIS, SPYROS N. | 23970 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $52,366.00 | $63,316.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $63,316.00 | $63,316.00 |
| 17 RUBIN, CHARLES | 23972 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $55,557.00 | $66,507.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $66,507.00 | $66,507.00 |
| 18 SCHIFFMAN, GLENN H. | 23973 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,063,607.00 | $1,074,557.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $1,067,000.00 | $1,067,000.00 |
| 19 SOWINSKI, JOHN A. | 23974 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $703.00 | Undetermined | $703.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $703.00 | $703.00 |
| 20 STEIN, JEFFREY A. | 23975 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $250,262.00 | $261,212.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $132,208.30 | $132,208.30 |
| 21 TUNG, SHARON W. | 23949 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $60,247.00 | $71,197.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $71,197.00 | $71,197.00 |
| 22 UMLAUF, ERIK | 23950 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $83,358.00 | $94,308.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $94,308.00 | $94,308.00 |

## OMNIBUS OBJECTION 474: EXHIBIT 1 - REDUCE AND ALLOW

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | | AMOUNTS | | |
|---|---|---|---|---|---|---|---|
| | | | | | PRIORITY | UNSECURED | TOTAL |
| 23 VULAKH, NATALIE SAVIC | 23952 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $51,678.00 | $62,628.00 |
| | | | | CLAIM AS MODIFIED | $0.00 | $60,000.00 | $60,000.00 |
| 24 WEISS, AARON J. | 23953 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $105,050.00 | $116,000.00 |
| | | | | CLAIM AS MODIFIED | $0.00 | $35,504.00 | $35,504.00 |
| 25 YEE, JACK S. | 23954 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $240,474.00 | $251,424.00 |
| | | | | CLAIM AS MODIFIED | $0.00 | $112,000.00 | $112,000.00 |
| 26 ZOLAD, BRYAN C. | 23955 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $36,719.00 | $47,669.00 |
| | | | | CLAIM AS MODIFIED | $0.00 | $11,000.00 | $11,000.00 |
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | $274,288.00 | $8,968,536.00 | $9,242,824.00 |
| | | | | TOTAL CLAIMS AS MODIFIED | $0.00 | $8,270,854.30 | $8,270,854.30 |

# EXHIBIT B

**(Proposed Order – ECF No. 45007)**

US_ACTIVE:\44536945\2\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (SCC)**
                                                   :
                        Debtors.                   :    **(Jointly Administered)**
------------------------------------------------------------x

**ORDER GRANTING THE FOUR HUNDRED SEVENTY-FIFTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the four hundred seventy-fifth omnibus objection to claims, dated July 3, 2014 (the "Four Hundred Seventy-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance of the Claims, all as more fully described in the Four Hundred Seventy-Fifth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Seventy-Fifth

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Fifth Omnibus Objection to Claims.

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Seventy-Fifth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged, with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 475: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | CHINA FUND CAYMAN LTD. | 08-13600 (SCC) | LB 745 LLC | 09/21/2009 | 33419 | Undetermined | Undetermined | No Liability |
| 2 | CHINA FUND CAYMAN LTD. | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 33420 | Undetermined | Undetermined | No Liability |
| 3 | CHINA FUND CAYMAN LTD. | 08-13664 (SCC) | PAMI Statler Arms LLC | 09/21/2009 | 33421 | Undetermined | Undetermined | No Liability |
| 4 | CHINA FUND CAYMAN LTD. | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 33422 | Undetermined | Undetermined | No Liability |
| 5 | CHINA FUND CAYMAN LTD. | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 33423 | Undetermined | Undetermined | No Liability |
| 6 | CHINA FUND CAYMAN LTD. | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 33424 | Undetermined | Undetermined | No Liability |
| 7 | CHINA FUND CAYMAN LTD. | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/21/2009 | 33425 | Undetermined | Undetermined | No Liability |
| 8 | CHINA FUND CAYMAN LTD. | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/21/2009 | 33426 | Undetermined | Undetermined | No Liability |
| 9 | CHINA FUND CAYMAN LTD. | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/21/2009 | 33427 | Undetermined | Undetermined | No Liability |
| 10 | CHINA FUND CAYMAN LTD. | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/21/2009 | 33528 | Undetermined | Undetermined | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 475: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | CHINA FUND CAYMAN LTD. | 08-13907 (SCC) | CES Aviation IX LLC | 09/21/2009 | 33529 | Undetermined | Undetermined | No Liability |
| 12 | CHINA FUND CAYMAN LTD. | 08-13906 (SCC) | CES Aviation V LLC | 09/21/2009 | 33530 | Undetermined | Undetermined | No Liability |
| 13 | CHINA FUND CAYMAN LTD. | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 33531 | Undetermined | Undetermined | No Liability |
| 14 | CHINA FUND CAYMAN LTD. | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 33532 | Undetermined | Undetermined | No Liability |
| 15 | CHINA FUND CAYMAN LTD. | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 33533 | Undetermined | Undetermined | No Liability |
| 16 | CHINA FUND CAYMAN LTD. | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 33534 | Undetermined | Undetermined | No Liability |
| 17 | CHINA FUND CAYMAN LTD. | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 33535 | Undetermined | Undetermined | No Liability |
| 18 | CHINA FUND CAYMAN LTD. | 09-10560 (SCC) | LB Rose Ranch LLC | 09/21/2009 | 33537 | Undetermined | Undetermined | No Liability |
| 19 | CHINA FUND CAYMAN LTD. | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/21/2009 | 33538 | Undetermined | Undetermined | No Liability |
| 20 | CHINA FUND LP | 08-13905 (SCC) | CES Aviation LLC | 09/21/2009 | 33456 | Undetermined | Undetermined | No Liability |

## OMNIBUS OBJECTION 475: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | CHINA FUND LP | 08-13906 (SCC) | CES Aviation V LLC | 09/21/2009 | 33457 | Undetermined | Undetermined | No Liability |
| 22 | CHINA FUND LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/21/2009 | 33458 | Undetermined | Undetermined | No Liability |
| 23 | CHINA FUND LP | 08-13908 (SCC) | East Dover Limited | 09/21/2009 | 33459 | Undetermined | Undetermined | No Liability |
| 24 | CHINA FUND LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/21/2009 | 33460 | Undetermined | Undetermined | No Liability |
| 25 | CHINA FUND LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/21/2009 | 33461 | Undetermined | Undetermined | No Liability |
| 26 | CHINA FUND LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/21/2009 | 33462 | Undetermined | Undetermined | No Liability |
| 27 | CHINA FUND LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/21/2009 | 33463 | Undetermined | Undetermined | No Liability |
| 28 | CHINA FUND LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/21/2009 | 33464 | Undetermined | Undetermined | No Liability |
| 29 | CHINA FUND LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 33484 | Undetermined | Undetermined | No Liability |
| 30 | CHINA FUND LP | 08-13664 (SCC) | PAMI Statler Arms LLC | 09/21/2009 | 33485 | Undetermined | Undetermined | No Liability |

## OMNIBUS OBJECTION 475: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | CHINA FUND LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 33486 | Undetermined | Undetermined | No Liability |
| 32 | CHINA FUND LP | 08-13600 (SCC) | LB 745 LLC | 09/21/2009 | 33487 | Undetermined | Undetermined | No Liability |
| 33 | CHINA FUND LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 33488 | Undetermined | Undetermined | No Liability |
| 34 | CHINA FUND LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 33489 | Undetermined | Undetermined | No Liability |
| 35 | CHINA FUND LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/21/2009 | 33490 | Undetermined | Undetermined | No Liability |
| 36 | CHINA FUND LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/21/2009 | 33516 | Undetermined | Undetermined | No Liability |
| 37 | CHINA FUND LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/21/2009 | 33517 | Undetermined | Undetermined | No Liability |
| 38 | CHINA FUND LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/21/2009 | 33518 | Undetermined | Undetermined | No Liability |
| | | | | TOTAL | | $0.00 | $0.00 | |