UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
          Debtors.                                                :
                                                                  :
-----------------------------------------------------------------x   Ref. Docket Nos. 45360, 45362,
                                                                      45394, 45405, 45407, 45408, 45414,
                                                                      45416, 45417, 45419, 45421, 45432,
                                                                      45433, 45436, 45438-45442, 45445

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 4, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
5th day of August, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (SCC)
                                         |
                                         | (Jointly Administered)
       Debtors.                          |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BSOF MASTER FUND L.P.                                      BSOF MASTER FUND L.P.
     TRANSFEROR: BARCLAYS BANK PLC                              BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES
     C/O KNIGHTHEAD CAPITAL MANAGEMENT; ATTN: LAURA L. TORRADO  ATTN: ARTHUR LIAO
     1140 AVENUE OF THE AMERICAS, 12TH FLOOR                    345 PARK AVENUE, 28TH FLOOR
     NEW YORK NY 10036                                          NEW YORK NY 10154

Please note that your claim # 60700-03 in the above referenced case and in the amount of
       $12,400,420.50  allowed at $11,882,013.53        has been transferred **(unless previously expunged by court order)**

     GOLDMAN, SACHS & CO.
     TRANSFEROR: BSOF MASTER FUND L.P.
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                           UNITED STATES BANKRUPTCY COURT
                           Southern District of New York
                           One Bowling Green
                           New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45439     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/04/2014                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 4, 2014.

# EXHIBIT B

```
TIME: 12:38:49                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 08/04/14                                         CREDITOR LISTING

Name                                              Address
BANQUE CANTONALE VAUDOISE                         TRANSFEROR: NEUE AARGAUER BANK AG ATTN: ANNE PARIS-CORPORATE ACTIONS CASE POSTALE 300 LAUSANNE 1001 SWITZERLAND
BSOF MASTER FUND L.P.                             TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                             ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                             TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT; ATTN: LAURA L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                             TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA L. TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                             TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                            TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                            ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                            TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO, ESQ C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                            TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ
                                                  1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                            TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ
                                                  1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVE 28TH FL NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND FL                      TRANSFEROR: GOLDMAN SACHS & CO. ATTN: LAURA L TORRADO ESQ C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS 12TH FL NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: GOLDMAN SACHS & CO. ATTN: LAURA TORRADO ESQ C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                                                  1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: GOLDMAN SACHS & CO. ATTN: LAURA TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: GOLDMAN SACHS & CO C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO ESQ 1140 AVENUE OF AMERICAS, 12TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.                   TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.                   TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: EMF-UK 2008-1 PLC ATTN: BRIAN BLESSING / BRIAN BROYLES 1615 BRETT ROAD, BUILDING 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME A. MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: EMPYREAN INVESTMENTS, LLC 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: HLTS FUND II LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: HLTS FUND II LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: HLTS FUND II LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: PARKCENTRAL GLOBAL HUB LIMITED ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
EMF-UK 2008-1 PLC                                 C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM
GOLDMAN, SACHS & CO.                              TRANSFEROR: BSOF MASTER FUND L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE; NYI-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:38:49                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 08/04/14                                         CREDITOR LISTING

Name                                          Address
JPMORGAN SECURITIES PLC                       TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
LONG BEACH HOLDING, L.L.C.                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. FARALLON CAPITAL MANAGEMENT, L.L.C., ITS MANAGER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. FARALLON CAPITAL MANAGEMENT, L.L.C. ITS MANAGER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. FARALLON CAPITAL MANAGEMENT, L.L.C., ITS MANAGER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
MARC GASPARIC                                 TRANSFEROR: NEUE AARGAUER BANK AG LANGMATTSIR 2 KLEINDOTINGAN CH-5314
MERRILL, LYNCH, PIERCE FENNER & SMITH INC.    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NEUE AARGAUER BANK AG                         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                         ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
NEUE AARGAUER BANK AG                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                         TRANSFEROR: BANQUE CANTONALE VAUDOISE CRAVATH, SWAINE & MOORE LLP; RICHARD LEVIN/JENNIFER BOSHAKOVA 825 8TH AVENUE NEW YORK NY 10019
VARDE FUND VI-A LP, THE                       TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                 TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed         60
```

EPIQ BANKRUPTCY SOLUTIONS, LLC