UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :
              Debtors.                                         :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. (08-13888) |
| Creditor Names and Address: | LMA SPC for and on Behalf of Map 15 Segregated Portfolio), LMA SPC for and on Behalf of Map 56 Segregated Portfolio, LMA SPC for and on Behalf of Map 58 Segregated Portfolio, LMA SPC on Behalf of Map I, LMA SPA on Behalf of Map J and Map 502, a Sub-Trust of LMA Ireland c/o Lighthouse Investment Partners 3801 PGA Blvd, Suite 500 Attn: David Pollok Palm Beach Gardens, Fl 33410 |
| Claim Numbers (if known): | 26892, 26872, 26882, 26897, 26900 and 26877 |
| Date Claims Filed: | 09/22/09 |

I, the undersigned, am the above-referenced creditors, or an authorized signatory for the above-referenced creditors. I hereby withdraw the above-referenced claims and authorize the Debtors' claims and noticing agent to file and reflect these withdrawals on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Partner, Sidley Austin LLP, Counsel for Lighthouse Investment Partners |
|---|---|
| Printed Name: Alex R. Rovira | Dated: 8/5/14 |