JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice pending*)

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### DECLARATION OF RICHARD KATZ IN SUPPORT OF SUPPLEMENTAL OBJECTION AND REPLY IN FURTHER SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 33325 FILED BY ARTHUR A. BOOR AND JOANNE BOOR

Pursuant to 28 U.S.C. §1746, I, Richard Katz, declare:

1.      I am over 18 years of age and have personal knowledge of all of the facts set forth in this declaration and if called upon to testify as a witness, I could testify to the truth of the matters set forth herein.

2.      I submit this Declaration in support of *Supplemental Objection And Reply In Further Support of Objection To Proof of Claim No. 33325 Filed By Arthur A. Boor and Joanne Boor.*

3.      I am a Vice President at Lehman Brothers Holdings Inc. and I have held this position since May 2012

4.      Neither BNC Mortgage, LLC nor any of the Lehman Brothers Holdings Inc. and/or its Affiliated Debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") has any interest in the subject loan or the subject property.

5.    In the ordinary administration of the Estate, the loan and all interest therein

was sold to Carrington (Normandy Mortgage Acquisition Company, LLC), on September

10, 2013.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct to the best of my knowledge.

Dated: August __5__, 2014

NAME RICHARD KATZ