Hearing Date: September 9, 2014 at 10:00 a.m. (Eastern Time)
Response Deadline: September 4, 2014 at 4:00 p.m. (Eastern Time)

JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice pending*)

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## NOTICE OF HEARING ON SUPPLEMENTAL
## OBJECTION AND REPLY IN FURTHER SUPPORT OF OBJECTION
## TO PROOF OF CLAIM NO. 33325 FILED BY ARTHUR A. AND JOANNE BOOR

**PLEASE TAKE NOTICE** that on August 5, 2014, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), on behalf of BNC Mortgage, LLC ("BNC"), filed a supplemental objection and reply (the "Supplemental Objection & Reply") to the response (the "Response"), ECF Nos. 40991 and 40992 filed by Arthur A. and Joanne Boor (the "Boors" or "Claimants") opposing the Plan Administrator's Objection to Proof of Claim 33325 ("Objection"), and that a hearing (the "Hearing") to consider the Objection to Claim will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004,

{JK00607529.1 }

on **September 9, 2014, at 10:00 a.m.** (**Eastern Time**), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Supplemental Objection & Reply must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399 upon (i) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623; (ii) attorneys for the Plan Administrator, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Peter D. Isakoff, Esq., Garrett A. Fail, Esq., and Alexander Woolverton, Esq.), and Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, Colorado 80202 (Attn: Michael Rollin, Esq. and Maritza Dominguez Braswell, Esq.); and (iii) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq. Susan Golden, Esq. and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than **September 4, 2014 at 4:00 p.m.** (**Eastern Time**) (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no response is timely filed and served with respect to the Supplemental Objection & Reply, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the

{JK00607529.1 }

2

proposed order annexed to the Objection to Claim (ECF No. 40292), which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: August 5, 2014
       Denver, Colorado

/s/ Michael A. Rollin
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice pending*)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

{JK00607529.1 }