# EXHIBIT 1

THE ORIGINAL OF THE DOCUMENT
RECORDED AS FOLLOWS:
STATE OF HAWAII

BUREAU OF CONVEYANCES

Doc 2009-015836

FEB 04, 2009 03:00 PM

LAND COURT          REGULAR SYSTEM
RECORDATION, RETURN BY:  MAIL ( )  PICK-UP ( X )

ALSTON HUNT FLOYD & ING (JLC)
Telephone: (808) 524-1800

Tax Map Key No.: Hawai`i 7-3-047-016          Total Pages: 3

# RESCISSION OF RELEASE OF MORTGAGE

WHEREAS, that certain Mortgage between MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for BNC MORTGAGE LLC., successor in interest, by merger, to FINANCE AMERICA, LLC, as Mortgagee, and SANFORD A. MOHR and TINA A. MOHR, as Mortgagors, dated April 16, 2004, was recorded in the Bureau of Conveyances of the State of Hawai`i, as Document No. 2004-082632.

WHEREAS, BNC MORTGAGE, INC., a Delaware corporation, formerly known as FINANCE AMERICA, LLC, executed a Release of Mortgage, dated December 2, 2008 ("Release").

699980-2/ 8340-1          1

WHEREAS, through inadvertence and mistake, the recording of the Release was recorded in the Bureau of Conveyances of the State of Hawai`i as Document No. 2008-185290 on December 10, 2008.

WHEREAS, such Release, was not signed by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for BNC MORTGAGE, INC., successor in interest, by merger, to FINANCE AMERICA, LLC, the mortgagee of record, and, therefore, should never have been recorded.

WHEREAS, said Release is hereby rescinded and canceled to the same extent and effect as though the Release had never been executed and recorded.

IN WITNESS WHEREOF, the undersigned has caused this rescission of release to be duly executed this 2nd day of February, 2009.

BNC MORTGAGE, INC.,
a Delaware corporation, formerly known as
FINANCE AMERICA, LLC

By _____
Name: Scott E. Drxdick
Its: SVP


BNC MORTGAGE LLC,
a Delaware corporation, successor in interest,
by merger, to FINANCE AMERICA, LLC

By _____
Name: Scott E. Drxdick
Its: SVP

STATE OF COLORADO           )
                            ) SS:
COUNTY OF Douglas           )

On this 2nd day of February, 2009, before me Lynette A. Spohn
(insert name of notary), personally appeared

Scott E. Drosdick, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

LYNETTE A SPOHN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 08/19/2010

_____
Notary Public, in and for said above named State and County

My commission expires: 8/19/2010