# EXHIBIT 2



**STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED**

May 30, 2014 8:02 AM

Doc No(s) A−52630685



/s/ NICKI ANN THOMPSON
REGISTRAR

1   1/1   KEO
B − 32470469

LAND COURT                    ✓              REGULAR SYSTEM
(AREA ABOVE RESERVED FOR RECORDING INFORMATION)

AFTER RECORDING RETURN BY MAIL __X__ OR PICK-UP_____   PHONE:  800-858-9808

FILL IN NAME AND ADDRESS IN BOX BELOW:

Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

OFB # 1021219-1 SR

LOAN # 7141364542

DOCUMENT CONTAINS __2__ PAGES

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR FINANCE AMRICA, LLC. ITS SUCCESSORS AND/OR ASSIGNS, whose address is 1901 E Voorhees Street, Ste, C, Danville, IL 61834, PO Box 2026 Flint, MI 48501-2026 hereby states that a certain Mortgage. Dated APRIL 16, 2004, Executed by SANFORD A. MOHR AND TINA A. MOHR to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR FINANCE AMRICA, LLC. ITS SUCCESSORS AND/OR ASSIGNS. Recorded on APRIL 27, 2004 as instrument No A2004082632, of Official Records, County of HAWAII, HAWAII, hereby states that the RELEASE OF MORTGAGE WITHOUT SATISAFCTION OF DEBT recorded on AUGUST 5, 2013 as Instrument # A-49650428 Official Records of HAWAII, STATE of HAWAII, was executed in error and hereby withdrawn, cancelled and declared of no force of effect, and that the lien of said Deed of Trust on the property covered thereby shall be now way affected by such erroneous instrument.

In witness whereof, the undersigned has set his hand and seal on __MAR 3 1 2014__.

Witnessed by:

Ivelka Angeles

Shavene Sharpe

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR FINANCE AMRICA, LLC. ITS SUCCESSORS AND/OR ASSIGNS

Samir Margetic
Assistant Secretary

STATE OF FLORIDA
COUNTY OF PALM BEACH

This instrument was acknowledged before me, the undersigned Notary Public on __MAR 3 1 2014__, by __Samir Margetic__, Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR FINANCE AMRICA, LLC. ITS SUCCESSORS AND/OR ASSIGNS, and that he/she as Assistant Secretary, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by him/herself as Assistant Secretary.
Witness my Hand and Seal of Office on __MAR 3 1 2014__.

Notary Public
Christopher Kelley

Investor # 4468
Prepared By: Christian Lazu/MG

Ocwen Loan Servicing, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
(561)682-8745

Notary Public State of Florida
Christopher Kelley
My Commission EE 851683
Expires 12/30/2016