# EXHIBIT 3



Print | Help | New Search | Exit

**Non-Criminal Case Information Screen**

3CC14-1-00283K

Case Title: MLB SUB I LLC VS SANFORD A MOHR ETC ET AL
Initiation Date: 07-30-2014   Initiation Type: P   Confidential Code: N
Initiator I.D.: A7687   Division: 3CK3   Court: C
Cause of Action: FORECLOSURE   Nature of Action: 02501
Section Code:
Trial Type:   Trial Judge:   Court Costs: 0000000000
Consolidation Code:
Case Disposition:   Case Termination:   Case Termination Date: 00-00-0000
Orig. Agency: N. KONA   Lower Court Case:
Taxation Dist.:   Tax Appeal Source:
Gen. Ex. Tax Amt.: 0000000000   Gen. Ex. Tax No.:   Tax Key:
Property Location:
Comments:

[Party List]   [Document List]   [Court Minutes List]