JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice pending*)

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**DECLARATION OF RICHARD KATZ IN SUPPORT OF SUPPLEMENTAL OBJECTION AND REPLY IN FURTHER SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR**

Pursuant to 28 U.S.C. §1746, I, Richard Katz, declare:

1. I am over 18 years of age and have personal knowledge of all of the facts set forth in this declaration and if called upon to testify as a witness, I could testify to the truth of the matters set forth herein.

2. I submit this Declaration in support of *Supplemental Objection And Reply In Further Support of Objection To Proof of Claim No. 33605 Filed By Sanford A. And Tina A. Mohr*.

3. I am a Vice President at Lehman Brothers Holdings Inc. and I have held this position since May 2012.

4. Neither BNC Mortgage, LLC nor any of the Lehman Brothers Holdings Inc. and/or its Affiliated Debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") has any interest in the subject loan or the subject property.

{JK00607069.1 }

5. In the ordinary administration of the Estate, the loan and all interest therein was sold to Mariners LB Holdings, LLC, on September 9, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: August 5, 2014

[signature]
~~[NAME]~~ RICHARD KATZ

{JK00607069.1}                                    2