B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __LEHMAN BROTHER HOLDING INC__    Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__JORGE RAUL MARINI__
Name of Transferee

__OSWALDO OSCAR MARINI__
Name of Transferor

Name and Address where notices to transferee should be sent:
__JORGE RAUL MARINI
PEDRO MORAN # 3842
CAPITAL FEDERAL, ARGENTINA 1419__
Phone: __54-11-4501-8988__
Last Four Digits of Acct #: __8309__

Court Claim # (if known): __51289__
Amount of Claim: __USD 75,000.00__
Date Claim Filed: __10/28/2009__

Phone: __54-02972-425352__
Last Four Digits of Acct. #: __7713__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/__                         Date: __07/29/2014__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



I am not sure if the interest payment will now flow automatically to Mr. Jorge Marini's account since he had previous arrangements to receive a check. That's why he signed the form.
I appreciate your comments.
Thank you


**Herminio Lagonegro-Jr**
**Banking Advisor 2nd Vice President**
Citigold® International
Citibank, N.A.
201 S Biscayne Blvd 5th floor
Miami Fl 33131
**Tel.:** (305) 347 1467 | **Fax:** (305) 415 4113

**Registered Representative – Citigroup Global Markets Inc.**

Important Disclosures
Investment and Insurance Products: NOT FDIC INSURED • NOT A BANK DEPOSIT • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NO BANK GUARANTEE • MAY LOSE VALUE
Financial Advisors, Senior Relationship Managers, and Relationship Management Associates are employees of Citibank, N.A. and are employees and registered representatives of CGMI.

---

**From:** Winter, Greg [mailto:gwinter@epiqsystems.com]
**Sent:** Tuesday, February 11, 2014 2:02 PM
**To:** Lagonegro Junior, Herminio [RCB-CI]
**Subject:** Lehman Brothers Chapter 11 Bankruptcy- Wire Payment
**Importance:** High

Herminio-

I received your voicemail regarding the distribution check and wire payment details for Osvaldo Marini.

There is an issue though with the wire instructions you returned. The account name/number that was provided on the form is in the name of JORGE RAUL MARINI. Any distribution payments made on behalf of a claim in the Lehman Brothers bankruptcy proceedings must be made to the claim holder and no one else. The bank will not process a payment if the distribution is going to someone else other than the claimant.

You will have to return wire instructions for the account held by OSVALDO MARINI or LILIANA NOEMI MACIERI. Otherwise, we can not process these instructions.

Let me know if you have any questions

Regards,
Greg

**GREGORY WINTER**
Business Analyst
Epiq Systems
Bankruptcy Solutions
P: (646) 282-2517
E: gwinter@epiqsystems.com
www.epiqsystems.com

Managed technology for the global legal profession

  

2

Dear Sirs,

The new owner of the bond wants to receive the payment of interest credited to the brokerage account when the bond is being held —

Regards,

*[signature]*

HERMINIO LAGONEGRO JR., 2nd VP
Banking Advisor
Citigold International
Citibank, N.A.
201 S. Biscayne Blvd., 5th Floor
Miami, FL 33131
Ph: 305 347-1467 / Fax: 305 415-4

Citigold® International                                      citi

**Herminio Lagonegro**         Citibank, N.A.
Senior Relationship Manager    201 S. Biscayne Blvd., 5th Floor
                               Miami, FL 33131
                               T 305 347 1467
                               F 305 415 4113
                               herminio.lagonegrojunior@citi.com

Registered Representative · Citigroup Global Markets Inc.

- Not a Bank Deposit
- Not Insured by any Federal Government Agency
- No Bank Guarantee
- May Lose Value

Insurance offered by Citigroup Life Agency LLC.

In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746)

Citi Personal Investments International is available to Citigold® International and International Personal Banking customers.

Citi Personal Investments International ("CPII") is a business of Citigroup Inc., which offers investment products and services to Citigold® International and International Personal Banking customers through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI, Citibank, N.A. and Banamex USA are affiliated companies under the common control of Citigroup Inc.