# CT

July 25, 2014

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Beaveton, OR 97076

Re: Lehman Brothers Holdings Inc., et al., Debtors // To: BNC Mortgage

Case No. 0813555SCC

Dear Sir/Madam:

C T Corporation System has filed a resignation of agent with the State of CA on 02/09/2009. Service can no longer be taken for this entity.

CT was unable to forward.

Very truly yours,

C T Corporation System

Log# 525392399

Sent By Regular Mail

cc: United States Bankruptcy Court Southern District of New York
    One Bowling Green,
    New York, NY 10004-1408

(Returned To)

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Beaveton, OR 97076


Wolters Kluwer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :    Chapter 11
In re:                                                         :
                                                               :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :
                                                Debtors.       :
                                                               :
---------------------------------------------------------------x

## ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS

Upon the motion, dated May 29, 2014 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for the establishment of alternative dispute resolution procedures for indemnification claims of the Debtors against mortgage loan sellers (the "Indemnification ADR Procedures") in the chapter 11 cases of LBHI and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion, it is,

**HEREBY FOUND AND DETERMINED that:**[2]

A.  The Court has jurisdiction to enter this Order as the matter has a close nexus to the chapter 11 cases and the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), confirmed by Order dated December 6, 2011 (the "Confirmation Order"). Pursuant to Paragraph 77 of the Confirmation Order and Section 14.1 of the Plan, the Court retained jurisdiction over the matter. Venue in this Court for the Motion is appropriate pursuant to 28 U.S.C. § 1408.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[2] Pursuant to Bankruptcy Rule 7052, findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact, where appropriate.