

**Wolters Kluwer**
**Corporate Legal Services**

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

877 428 3477 tel
302 658 5459 fax
www.ctcorporation.com

JUL 3 0 2014

July 25, 2014

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, NY 10017

Re: Lehman Brothers Holdings Inc., et al., Debtors // To: Homeservices Lending, LLC

Case No. 0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Homeservices Lending, LLC.

CT was unable to forward.

Very truly yours,

The Corporation Trust Company

Log# 525390297

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408

**(Returned To)**

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, NY 10017