

FILED / RECEIVED

JUL 30 2014

EPIQ SYSTEMS



18.07.14    003.80

CH-1200    PRIORITY
Genève 11    Stand 2

758333

 LA POSTE





GONET & CIE, GENEVA
Attn: Philippe Wiedmer
6, Boulevard du Théâtre
CP 5009 – CH-1211 Genève 11


Genève le 11 Juin 2014


Service des Titres
SRD-542424
Tel: 0041.918.77.80
Email : sandra.muller@efgbank.com


**Transfer and Assignment Agreement - Lehman**


Dear Philippe,

As mentioned along with our settlement details, we will send you the attached transfer of claim for the Lehman position already delivered.
The client might receive compensation, therefore please note that it is crucial for your Legal Department to contact the New York Bankruptcy Court.

***United States Bankruptcy Court / Southern District of New York***
**Lehman Brothers Holdings Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**


Thank you and kind regards,

Sandra Müller

Sandra MÜLLER
Authorized Officer

**Transfer and Assignment Agreement**    (the "**Agreement**")

between

(1)    **EFG BANK AG,** (the "**Assignor**"); Bahnhofstrasse 16 PO Box 2255
        8022 Zurich Switzerland

(the "**Assignor**" or "**Transferor**")

and

(2)    **Gonet & Cie, 6 Boulevard du Théâtre, CP 5009, CH-1211 Genève 11,
        Switzerland**

(the "**Assignee**" or "**Transferee**").

1.    The Assignor des hereby unconditionally and irrevocably transfer and assign
      ("**Assignment**") unto the Assignee, his successors and assigns, all rights and
      obligations, title and interest in the principal amount of [] in respect of structured
      security having ISIN number XS0336951107 and blocking number [CA69305]
      Case No. 08-13555 (JMP), in Claim No. 0000055837 (the "**Claim**") of EFG
      Bank AG. The Assignee accepts such transfer and agrees to assume all
      obligations and to receive all rights of the Assignor title and interest in the
      principal amount of Nominal EUR 110'000 in respect of structured security
      having ISIN number XS0338492571 and blocking number [CA69305] Case No.
      08-13555 (JMP), in Claim No 0000055837 (the "Claim") of EFG Bank AG.

2.    The Assignor hereby waives any objection to the Assignment of the Claim to the
      Assignee on the books and records of Lehman Brothers Holdings, Inc. ("the
      **Debtor**") and the United States Bankruptcy Court for the Southern District of
      New York ("**Bankruptcy Court**"), and hereby waives to the fullest extent
      permitted by law any notice or right to a hearing as may be imposed by Rule
      3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code,
      applicable local bankruptcy rules or applicable law.    The Assignor
      acknowledges and understands, and hereby stipulates that an order of the
      Bankruptcy Court may be entered without further notice to the Assignor
      transferring and assigning to the Assignee the Claim and recognizing the
      Assignee as the sole owner and holder of the Claim.

3.    The Bankruptcy Court can be directed to make all future payments and

- 1 -

distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

4. The Assignee shall file an evidence of Transfer of Claim in form and substance as attached to this Agreement as Annex 1 to the Bankruptcy Court by himself.

5. The Assignee hereby irrevocably and unconditionally agrees, undertakes and covenants with the Assignor to release and discharge the Assignor from all claims, demands, liabilities and obligations whatsoever (whether past, present or future) absolutely in connection with the assignment stated herein (including but not limited to the complete or partial failure of this assignment) and the Assignee hereby irrevocably and unconditionally waives any claim that he has or may have against the Assignor absolutely in connection therewith.

6. The Assignee hereby agrees to fully indemnify and keep the Assignor and their successors and assigns fully indemnified from and against all claims, demands, liabilities and obligations whatsoever (whether past, present or future) which the Assignor may incur or sustain in connection with the assignment stated herein (including but not limited to the complete or partial failure of this assignment).

7. This Agreement shall be governed by and construed in all respects in accordance with the laws of Switzerland (i.e. with the exception of Swiss conflict of laws rules). Any conflict arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the courts of Zurich, Switzerland.

Place, Date: Geneva, 5TH of June 2014

**EFG Bank AG**

_____
[Silvio Maglio]  *Silvio Maglio*
                 *Senior Vice President*

[Karinne Balzarini-Gautier]

Karinne BALZARINI-GAUTIER
Assistant Vice President

Place, Date:

**The Assignee**

[client name]

GONET & Cie
Boulevard du Théatre 6
Case postale 5009
1211 Genève 11

Nicole LEPRAT
Membre de la direction

Ph. Baudois
Fondé de pouvoir

**Annex 1**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York ("**Bankruptcy Court**")

RE:    Lehman Brothers Holdings, Inc. ("**Debtor**")
       Case No. 08-13555 (JMP)

EFG BANK AG ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto:

[Counterparty]   [Address]

its successors and assigns ("Transferee"), all right, title and interest in the principal amount of [.] in respect of structured security having ISIN number [.] and blocking number [.] Case No. [] (JMP)in Claim No [] (the "**Claim**").

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated on 5, June 2014.

**EFG BANK AG**
By:_____          By:_____
Name:                                Name:

- 3 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")

RE:   Lehman Brothers Holdings, Inc. ("**Debtor**")
      Case No. 08-13555 (JMP)

EFG BANK AG ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto:

**(3)**   **Gonet & Cie, 6 Boulevard du Théâtre, CP 5009, CH-1211 Genève 11, Switzerland**

**(4)**    its successors and assigns ("Transferee"), all right, title and interest in the principal amount of Nominal 110'000 EUR in respect of structured security having ISIN number [XS0336951107] and blocking number [CA69305] Case No. 08-13555 (JMP) in Claim No 0000055837 (the "**Claim**").

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated on 5 June 2014.

**EFG BANK AG**
By:_____          By:_____
Silvio MAGLIO:                       Karinne BALZARINI-GAUTIER
*Silvio Maglio*
*Senior Vice President*      - 4 -
                                     Karinne BALZARINI-GAUTIER
                                     Assistant Vice President