

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Societe Generale Private Banking Suisse SA** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55520**) in nominal amount of USD 210'719.44 **equal to an allowed claim of USD 173'367.52** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24th July 2014.

**UNION BANCAIRE PRIVEE, UBP SA**

Elena Montgomery Tonini
Corporate Actions Dept
Director

Riad Sultan
Corporate Actions Dept
Associate

## Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| ISIN ANN5214A6406<br>Certificate on VREF 26.03.12 | 55520 | 29th October 2009 | Lehman Brothers Securites | USD 100'000 |

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| ISIN XS0341522687<br>Reverse convertible 23.12.09 | 55520 | 29th October 2009 | Lehman Brothers Securites | USD 100'000 |



Epiq bankruptcy Solutions, LLC
Attn Lehman Brothers Holdings
Claim Process
757 Third Avenue, 3rd Floor
New York 10017
United States of America

Lausanne, 30th July 2014

Evidence of Transfer of Claim Lehman –Court Claim 55520
Lehman ANN5214A6406   / Lehmann XS0341522687

Dear All,

Please find attached and duly signed the form of Evidence of Transfer of Claim

If you want additional information, feel free to contact to the following email adress :

sgpb-lau-backoffice-ost@socgen.com

Best regards,

Terence THORPE
Assistant Vice President

Thierry Mory
First Vice President

---

**Société Générale Private Banking (Suisse) SA**

| Siège | Zweigniederlassung Zürich | Succursale de Lausanne |
|---|---|---|
| Rue de la Corraterie 6 | Talstrasse 66 | Avenue de Rumine 20 |
| Case postale 5022 | Postfach | Case postale 220 |
| CH-1211 Genève 11 | CH-8021 Zürich | CH-1001 Lausanne |
| Tél.  +41 (0)22 819 02 02 | Tel.  +41 (0)44 218 56 11 | Tél.  +41 (0)21 343 12 12 |
| Fax  +41 (0)22 819 04 03 | Fax  +41 (0)44 211 64 16 | Fax  +41 (0)21 343 12 13 |
| www.privatebanking.societegenerale.ch | | |
| www.societegenerale.com | | |

