UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                                 :
:
---------------------------------------------------------------x    Ref. Docket Nos. 45295, 45323-
45325, 45371-45373, 45407, 45414,
45416, 45417, 45419, 45421, 45452-
45458, 45461, 45462, 45465, 45479,
45480, 45487

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
6th day of August, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL ADFERO BPI FUND, LTD.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O ALDEN GLOBAL CAPITAL
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 50494-01 in the above referenced case and in the amount of $5,390,487.52 has been transferred **(unless previously expunged by court order)**

```
      JPMORGAN SECURITIES PLC
      TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD.
      ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
      383 MADISON AVENUE - FLOOR 43
      NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45479 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/06/2014                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 6, 2014.

# EXHIBIT B

08-13555-mg    Doc 45612    Filed 08/06/14    Entered 08/06/14 15:15:27    Main Document
Pg 4 of 7

```
TIME: 11:53:47                                                       LEHMAN BROTHERS HOLDING INC.                                                       PAGE:  1
DATE: 08/06/14                                                             CREDITOR LISTING

Name                                    Address
ALDEN GLOBAL ADFERO BPI FUND, LTD.      TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
BANC OF AMERICA CREDIT PRODUCTS, INC.   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.   TRANSFEROR: HCN LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                        ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.   TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                        ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.   TRANSFEROR: HLTS FUND II LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                        ONE BRYANT PARK NEW YORK NY 10036
BSOF MASTER FUND L.P.                   BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154-0004
BSOF MASTER FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: AUTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: GREG GEILING 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  GREG GEILING BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, LLC 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12
                                        NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MANAGEMENT - ATTN: LAURA L. TORRADO
                                        1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MANAGEMENT; LAURA L. TORRADO
                                        1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: LAURA TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: MACQUARIE BANK LIMITED C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO, ESQ
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.          BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.          BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PAK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.          BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.          AUTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC - LAURA L. TORRADO
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.          TRANSFEROR: JP MORGAN SECURITIES LLC ATTN: LAURA TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
```

```
TIME: 11:53:47                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    2
DATE: 08/06/14                                              CREDITOR LISTING

Name                                           Address
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                               1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: LAURA TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                                               1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                                               1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                               1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: RBS SECURITIES INC ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                               NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: RBS SECURITIES INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                               NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: RBS SECURITIES INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                               1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND L.P.                 TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019
BSOF PARALLEL MASTER FUND, L.P.                TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
ARTHUR LIAO                                    BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC - ATTN: LAURA L TORRADO
                                               1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.                TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ.
                                               1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.                TRANSFEROR: JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.             TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.             TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.             TRANSFEROR: HLTS FUND II LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CORRE OPPORTUNITIES FUND, L.P.                 TRANSFEROR: MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR
                                               NEW YORK NY 10019
CORRE OPPORTUNITIES QUALIFIED MASTER           TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR
FUND, LP                                       NEW YORK NY 10019
CVF LUX FINCO, LLC                             TRANSFEROR: CVF LUX MASTER SARL C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                        TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343
CVF CVF II LUX MASTER S.A.R.L.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343
CVI HH INVESTMENTS LP                          TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343072I4
CVI HH INVESTMENTS LP                          TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343
CVI HH INVESTMENTS, LP                         TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343
CVIC LUX MASTER S.A.R.L.                       TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CYRUS OPPORTUNITIES MASTER FUND II, LTD.       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.       TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
                                               TRANSFEROR: SOLA LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
J.P. MORGAN SECURITIES LLC                     TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                     TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                     TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                     TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                     TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43
                                               NEW YORK NY 10179
JPMORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                        TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43
                                               NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,         TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:53:47                                                                                                  PAGE: 3
DATE: 08/06/14
```
08-13555-mg    Doc 45612    Filed 08/06/14    Entered 08/06/14 15:15:27    Main Document
Pg 7 of 7

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. FARALLON CAPITAL MANAGEMENT, L.L.C. ITS MANAGER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. FARALLON CAPITAL MANAGEMENT, L.L.C., ITS MANAGER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    83

EPIQ BANKRUPTCY SOLUTIONS, LLC