Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362
Attorneys for the Conway Hospital, Inc.



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS INC. *et al.*,**<br><br>*Debtors.* | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF APPEAL

Notice is hereby given that Conway Hospital, Inc., in the above-captioned chapter 11 cases, hereby appeals under 28 U.S.C. § 158(a) from the order of the Bankruptcy Judge, in the contested matter disallowing Claim No. 68076 as late-filed, entered as Docket No. 45303 on the 21st day of July 2014.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

>Richard P. Krasnow, Esquire
>Lori R. Fife, Esquire
>Shai Y. Waisman, Esquire
>Jaqueline Marcus, Esquire
>Maurice Horwitz, Esquire
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>Telephone: (212) 310-8000

Dated: August 1, 2014				MACAULEY LLC

						_____
						Thomas G. Macauley (Del. Bar No. 3411)
						(admitted *pro hac vice*)
						300 Delaware Avenue, Suite 760
						Wilmington, DE 19801
						Telephone: (302) 656-0100
						Facsimile: (302) 654-4362

						Attorneys for Conway Hospital, Inc.

## CERTIFICATE OF SERVICE

I certify that on August 1, 2014, a true and correct copy of the foregoing was served on the following parties by regular first class mail, postage prepaid.

Honorable Shelley C. Chapman
Courtroom 601
One Bowling Green
New York, NY 10004

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Millbank Tweed & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Tracy Hope Davis, Esquire
Elisabetta Gasparini, Esquire
Andrea Schwartz, Esquire
Office of the United States Trustee
    for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jaqueline Marcus, Esquire
Maurice Horwitz, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

_____
Thomas G. Macauley (ID No. 3411)