Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362
Attorneys for Conway Hospital, Inc.



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS INC.** *et al.*,<br><br>*Debtors.* | **Chapter 11 Case No.**<br><br>**08-13555 (SCC)**<br><br>**(Jointly Administered)** |

## DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES
## TO BE PRESENTED PURSUANT TO BANKRUPTCY RULE 8006

Conway Hospital, Inc. ("Conway"), by and through its attorneys, pursuant to Bankruptcy

Rule 8006, hereby (a) designates the record on its appeal from the Bankruptcy Court's Order,

entered on July 21, 2014, disallowing Claim No. 68076 as late-filed, and (b) sets forth the

statement of issues to be presented on appeal, as follows:

### Designation of Record on Appeal

1.    Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy

Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and

Manner of Notice Thereof and Approving the Proof of Claim Form [Docket No. 4271; filed July

2, 2009] (the "Bar Date Order");

2.    Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings, Inc. and Its Affiliated Debtors [Docket No. 23023; filed December 6, 2011];

3.    Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims)

[Docket No. 29295; filed July 9, 2012];

4.      Response of Conway Hospital, Inc. to Three Hundred Twenty-Third Omnibus Objection To Claims (Late-Filed Claims) [Docket No. 30091; filed August 9, 2012];

5.      Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Objection to Proof of Claim No. 68076 [Docket No. 43742; filed March 26, 2014];

6.      Amended Response of Conway Hospital, Inc. to Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims, [Docket No. 44912; filed June 20, 2014];

7.      Reply to Response of Conway Hospital, Inc. to Lehman Brothers Holdings Inc.'s Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 44912; filed July 11, 2014]; and

8.      Second Supplemental Order Granting Three Hundred Twenty-Third Omnibus Objection to Claims [Docket No. 45303; filed July 21, 2014].

## Statement of Issues To Be Presented

1.      Whether Conway's claim arose before October 3, 2008, and therefore is subject to the September 22, 2009 bar date established by the Bar Date Order.

2.      Whether Conway's claim arose from the rejection of an executory contract.

3.      Whether Conway's claim is based on a "derivative contract" as that term is defined by the Bar Date Order.

4.      Whether the application of the September 22, 2009 bar date to Conway's claim violates Conway's constitutional rights under the Due Process Clause.

Dated:  August 1, 2014          MACAULEY LLC

                                Thomas G. Macauley (Del. Bar No. 3411)
                                (admitted *pro hac vice*)
                                300 Delaware Avenue, Suite 760
                                Wilmington, DE 19801
                                Telephone:  (302) 656-0100
                                Facsimile:  (302) 654.4362

                                Attorneys for Conway Hospital, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on August 1, 2014, a true and correct copy of the foregoing was served on

the following parties by regular first class mail, postage prepaid.

Honorable Shelley C. Chapman
Courtroom 601
One Bowling Green
New York, NY 10004

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Millbank Tweed & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Tracy Hope Davis, Esquire
Elisabetta Gasparini, Esquire
Andrea Schwartz, Esquire
Office of the United States Trustee
     for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jaqueline Marcus, Esquire
Maurice Horwitz, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas G. Macauley (ID No. 3411)