UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
------------------------------------------------------------------x    Ref. Docket Nos. 45373-45375,
                                                                       45463, 45464

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
7th day of August, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: HCN LP
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN / ANTE JAKIC
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK NY 10036

Please note that your claim # 19173-11 in the above referenced case and in the amount of $0.00 allowed at $3,632,000.00 has been transferred **(unless previously expunged by court order)**

CVI HH INVESTMENTS LP
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O CARVAL INVESTORS, LLC
9320 EXCELSIOR BLVD
HOPKINS MN 55343

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45373 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/07/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 7, 2014.

# EXHIBIT B

```
TIME: 12:51:13                                LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 08/07/14                                    CREDITOR LISTING

Name                                    Address
BANC OF AMERICA CREDIT PRODUCTS, INC.   TRANSFEROR: HCN LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                        ONE BRYANT PARK NEW YORK NY 10036
BSOF MASTER FUND L.P.                   TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                   TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                   TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154-0004
BSOF MASTER FUND L.P.                   TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH LOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA R. TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                        NEW YORK NY 10036
BSOF MASTER FUND L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                        NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 34 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  C/O BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  C/O BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: AUTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12
                                        NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                        NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF MASTER FUND, L.P.                  TRANSFEROR: JPMORGAN CHASE BANK,N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                        1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
CVI HH INVESTMENTS LP                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD HOPKINS MN 55343
CVI HH INVESTMENTS LP                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD HOPKINS MN 55343
CVI HH INVESTMENTS LP                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR ROAD HOPKINS MN 55343
CVI HH INVESTMENTS LP                   TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD HOPKINS MN 55343
J.P. MORGAN SECURITIES PLC              TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC              TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179

Total Number of Records Printed        25

                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```