UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :
                       Debtors.                                :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 45331

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2014, I caused to be served the "Notice of Adjournment of Claims Objection Hearing with Respect to Debtors' Objections to Proof of Claim Nos. 21487 and 21488," dated July 22, 2014 [Docket No. 45331], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class certified mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
24th day of July, 2014

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

T:\Clients\LBH\Affidavits\POC Nos. 21487 & 21488\NOA_DE 45331_AFF_7-22-14.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jweiss@gibsondunn.com |
| aalfonso@willkie.com | jwest@velaw.com |
| abeaumont@fklaw.com | jwh@njlawfirm.com |
| abraunstein@riemerlaw.com | kanema@formanlaw.com |
| acaton@kramerlevin.com | karen.wagner@dpw.com |
| adarwin@nixonpeabody.com | karl.geercken@alston.com |
| adiamond@diamondmccarthy.com | kdwbankruptcydepartment@kelleydrye.com |
| aeckstein@blankrome.com | keckhardt@hunton.com |
| aentwistle@entwistle-law.com | keith.simon@lw.com |
| afriedman@irell.com | ken.coleman@allenovery.com |
| agbanknewyork@ag.tn.gov | ken.higman@hp.com |
| aglenn@kasowitz.com | kerry.moynihan@hro.com |
| agold@herrick.com | kgwynne@reedsmith.com |
| agoldstein@tnsj-law.com | kiplok@hugheshubbard.com |
| agottfried@morganlewis.com | kit.weitnauer@alston.com |
| aisenberg@saul.com | kjarashow@stutman.com |
| akadish@dtlawgroup.com | kkelly@ebglaw.com |
| akantesaria@oppenheimerfunds.com | kkolbig@mosessinger.com |
| akolod@mosessinger.com | klyman@irell.com |
| alum@ftportfolios.com | klynch@formanlaw.com |
| amarder@msek.com | kmayer@mccarter.com |
| amartin@sheppardmullin.com | kobak@hugheshubbard.com |
| amcMullen@boultcummings.com | korr@orrick.com |
| amenard@tishmanspeyer.com | kovskyd@pepperlaw.com |
| amh@amhandlerlaw.com | kressk@pepperlaw.com |
| andrew.brozman@cliffordchance.com | kreynolds@mklawnyc.com |
| andrew.lourie@kobrekim.com | krodriguez@allenmatkins.com |
| angelich.george@arentfox.com | krosen@lowenstein.com |
| angie.owens@skadden.com | kurt.mayr@bgllp.com |
| ann.reynaud@shell.com | lacyr@sullcrom.com |
| anthony_boccanfuso@aporter.com | landon@slollp.com |
| aoberry@bermanesq.com | lapeterson@foley.com |
| aostrow@beckerglynn.com | lathompson@co.sanmateo.ca.us |
| apalazzolo@fzwz.com | lawallf@pepperlaw.com |
| aquale@sidley.com | lawrence.gelber@srz.com |
| arainone@bracheichler.com | lberkoff@moritthock.com |
| arheaume@riemerlaw.com | lee.stremba@troutmansanders.com |
| arlbank@pbfcm.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | lhandelsman@stroock.com |
| arthur.rosenberg@hklaw.com | lhill@reedsmith.com |
| arwolf@wlrk.com | lhoffman@deilylawfirm.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aseuffert@lawpost-nyc.com | linda.boyle@twtelecom.com |
| ashmead@sewkis.com | lisa.ewart@wilmerhale.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | michelle.park@freshfields.com |
| cszyfer@stroock.com | millee12@nationwide.com |
| cwalsh@mayerbrown.com | miller@taftlaw.com |
| cward@polsinelli.com | mimi.m.wong@irscounsel.treas.gov |
| cweber@ebg-law.com | mitchell.ayer@tklaw.com |
| cweiss@ingramllp.com | mjedelman@vedderprice.com |
| dallas.bankruptcy@publicans.com | mjr1@westchestergov.com |
| dave.davis@isgria.com | mkjaer@winston.com |
| david.bennett@tklaw.com | mlahaie@akingump.com |
| david.heller@lw.com | mlandman@lcbf.com |
| david.livshiz@freshfields.com | mlichtenstein@crowell.com |
| david.powlen@btlaw.com | mlynch2@travelers.com |
| davids@blbglaw.com | mmorreale@us.mufg.jp |
| davidwheeler@mvalaw.com | mneier@ibolaw.com |
| dbarber@bsblawyers.com | monica.lawless@brookfieldproperties.com |
| dbaumstein@whitecase.com | mpage@kelleydrye.com |
| dbesikof@loeb.com | mparry@mosessinger.com |
| dcimo@gjb-law.com | mpomerantz@julienandschlesinger.com |
| dcoffino@cov.com | mprimoff@kayescholer.com |
| dcrapo@gibbonslaw.com | mpucillo@bermanesq.com |
| ddavis@paulweiss.com | mrosenthal@gibsondunn.com |
| ddrebsky@nixonpeabody.com | mrothchild@mofo.com |
| ddunne@milbank.com | mruetzel@whitecase.com |
| deggermann@kramerlevin.com | mschimel@sju.edu |
| deggert@freebornpeters.com | msegarra@mayerbrown.com |
| demetra.liggins@tklaw.com | mshiner@tuckerlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| dfelder@orrick.com | msolow@kayescholer.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dgrimes@reedsmith.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mvenditto@reedsmith.com |
| dheffer@foley.com | mwarner@coleschotz.com |
| dhurst@coleschotz.com | mwarren@mtb.com |
| dhw@dhclegal.com | nathan.spatz@pillsburylaw.com |
| diconzam@gtlaw.com | nbojar@fklaw.com |
| djcarragher@daypitney.com | ncoco@mwe.com |
| djoseph@stradley.com | neal.mann@oag.state.ny.us |
| dkessler@ktmc.com | ned.schodek@shearman.com |
| dkozusko@willkie.com | neilberger@teamtogut.com |
| dlemay@chadbourne.com | nherman@morganlewis.com |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dmarkham@gibbonslaw.com | nlepore@schnader.com |
| dmcguire@winston.com | notice@bkcylaw.com |
| dmurray@jenner.com | nyrobankruptcy@sec.gov |
| dneier@winston.com | otccorpactions@finra.org |
| dodonnell@milbank.com | paronzon@milbank.com |
| dove.michelle@dorsey.com | patrick.oh@freshfields.com |
| dpegno@dpklaw.com | pbattista@gjb-law.com |
| draelson@fisherbrothers.com | pbosswick@ssbb.com |
| drosenzweig@fulbright.com | pdublin@akingump.com |
| drosner@goulstonstorrs.com | peisenberg@lockelord.com |
| drosner@kasowitz.com | peter.gilhuly@lw.com |
| dshaffer@wtplaw.com | peter.macdonald@wilmerhale.com |
| dshemano@peitzmanweg.com | peter.simmons@friedfrank.com |
| dspelfogel@foley.com | peter@bankrupt.com |
| dtatge@ebglaw.com | pfeldman@oshr.com |
| dtheising@harrisonmoberly.com | pfinkel@wilmingtontrust.com |
| dwdykhouse@pbwt.com | phayden@mcguirewoods.com |
| dwildes@stroock.com | philip.wells@ropesgray.com |
| dworkman@bakerlaw.com | pmaxcy@sonnenschein.com |
| easmith@venable.com | ppascuzzi@ffwplaw.com |
| ecohen@russell.com | ppatterson@stradley.com |
| edward.flanders@pillsburylaw.com | psp@njlawfirm.com |
| efleck@milbank.com | ptrain-gutierrez@kaplanlandau.com |
| efriedman@fklaw.com | ptrostle@jenner.com |
| efriedman@friedmanspring.com | raj.madan@skadden.com |
| eglas@mccarter.com | ramona.neal@hp.com |
| ekbergc@lanepowell.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| eleicht@whitecase.com | rbeacher@pryorcashman.com |
| ellen.halstead@cwt.com | rbernard@foley.com |
| emagnelli@bracheichler.com | rbyman@jenner.com |
| emerberg@mayerbrown.com | rdaversa@orrick.com |
| enkaplan@kaplanlandau.com | relgidely@gjb-law.com |
| eobrien@sbchlaw.com | rflanagan@flanassoc.com |
| ep@scottwood.com | rfriedman@silvermanacampora.com |
| eschwartz@contrariancapital.com | rgmason@wlrk.com |
| etillinghast@sheppardmullin.com | rgoodman@moundcotton.com |
| ezujkowski@emmetmarvin.com | rgraham@whitecase.com |
| fbp@ppgms.com | rhett.campbell@tklaw.com |
| ffm@bostonbusinesslaw.com | rhorkovich@andersonkill.com |
| fhenn@law.nyc.gov | richard.fingard@newedge.com |
| fhyman@mayerbrown.com | richard.lear@hklaw.com |
| foont@foontlaw.com | richard.tisdale@friedfrank.com |
| fritschj@sullcrom.com | richard@rwmaplc.com |
| fsosnick@shearman.com | rick.murphy@sutherland.com |
| fyates@sonnenschein.com | rjones@boultcummings.com |
| gabriel.delvirginia@verizon.net | rleek@hodgsonruss.com |
| gary.ravertpllc@gmail.com | rlevin@cravath.com |
| gbray@milbank.com | rmatzat@hahnhessen.com |
| george.south@dlapiper.com | rnetzer@willkie.com |
| ggitomer@mkbattorneys.com | robert.dombroff@bingham.com |
| ggoodman@foley.com | robert.honeywell@klgates.com |
| giddens@hugheshubbard.com | robert.malone@dbr.com |
| gkaden@goulstonstorrs.com | robert.yalen@usdoj.gov |
| glenn.siegel@dechert.com | robin.keller@lovells.com |
| gmoss@riemerlaw.com | roger@rnagioff.com |
| goldenberg@ssnyc.com | ronald.silverman@bingham.com |
| gspilsbury@jsslaw.com | ross.martin@ropesgray.com |
| harrisjm@michigan.gov | rrainer@wmd-law.com |
| harveystrickon@paulhastings.com | rroupinian@outtengolden.com |
| hbeltzer@mayerbrown.com | rrussell@andrewskurth.com |
| heim.steve@dorsey.com | russj4478@aol.com |
| heiser@chapman.com | rwasserman@cftc.gov |
| hmagaliff@r3mlaw.com | sabin.willett@bingham.com |
| hollace.cohen@troutmansanders.com | sabramowitz@velaw.com |
| holsen@stroock.com | sabvanrooy@hotmail.com |
| howard.hawkins@cwt.com | sally.henry@skadden.com |
| hseife@chadbourne.com | samuel.cavior@pillsburylaw.com |
| hsnovikoff@wlrk.com | sandyscafaria@eaton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hsteel@brownrudnick.com | scargill@lowenstein.com |
| ian.roberts@bakerbotts.com | schager@ssnyc.com |
| icatto@mwe.com | schannej@pepperlaw.com |
| igoldstein@proskauer.com | schepis@pursuitpartners.com |
| ilevee@lowenstein.com | schnabel.eric@dorsey.com |
| irethy@stblaw.com | schristianson@buchalter.com |
| israel.dahan@cwt.com | schwartzmatthew@sullcrom.com |
| iva.uroic@dechert.com | scott.golden@hoganlovells.com |
| jacobsonn@sec.gov | scottj@sullcrom.com |
| jalward@blankrome.com | scottshelley@quinnemanuel.com |
| james.heaney@lawdeb.com | scousins@armstrongteasdale.com |
| james.mcclammy@dpw.com | sdnyecf@dor.mo.gov |
| james.sprayregen@kirkland.com | seba.kurian@invesco.com |
| jamesboyajian@gmail.com | sehlers@armstrongteasdale.com |
| jamestecce@quinnemanuel.com | sfalanga@connellfoley.com |
| jar@outtengolden.com | sfelderstein@ffwplaw.com |
| jason.jurgens@cwt.com | sfineman@lchb.com |
| jay.hurst@oag.state.tx.us | sfox@mcguirewoods.com |
| jay@kleinsolomon.com | sgordon@cahill.com |
| jbeemer@entwistle-law.com | sgubner@ebg-law.com |
| jbeiers@co.sanmateo.ca.us | sharbeck@sipc.org |
| jbird@polsinelli.com | shari.leventhal@ny.frb.org |
| jbromley@cgsh.com | shgross5@yahoo.com |
| jcarberry@cl-law.com | sidorsky@butzel.com |
| jchristian@tobinlaw.com | sldreyfuss@hlgslaw.com |
| jchubak@proskauer.com | sleo@bm.net |
| jdoran@haslaw.com | slerman@ebglaw.com |
| jdrucker@coleschotz.com | slerner@ssd.com |
| jdwarner@warnerandscheuerman.com | slevine@brownrudnick.com |
| jdweck@sutherland.com | sloden@diamondmccarthy.com |
| jdyas@halperinlaw.net | smillman@stroock.com |
| jean-david.barnea@usdoj.gov | smulligan@bsblawyers.com |
| jeanites@whiteandwilliams.com | snewman@katskykorins.com |
| jeannette.boot@wilmerhale.com | sory@fdlaw.com |
| jeff.wittig@coair.com | squsba@stblaw.com |
| jeffrey.sabin@bingham.com | sree@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jennifer.demarco@cliffordchance.com | sselbst@herrick.com |
| jennifer.gore@shell.com | sshimshak@paulweiss.com |
| jfalgowski@reedsmith.com | sskelly@teamtogut.com |
| jfreeberg@wfw.com | sstarr@starrandstarr.com |

6

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jschiller@bsfllp.com | wiltenburg@hugheshubbard.com |
| jschwartz@hahnhessen.com | wisotska@pepperlaw.com |
| jsheerin@mcguirewoods.com | wk@pwlawyers.com |
| jshenwick@gmail.com | wmaher@wmd-law.com |
| jsherman@bsfllp.com | wmarcari@ebglaw.com |
| jshickich@riddellwilliams.com | wmckenna@foley.com |
| jsmairo@pbnlaw.com | wrightth@sullcrom.com |
| jstoll@mayerbrown.com | wsilverm@oshr.com |
| jsullivan@mosessinger.com | wswearingen@llf-law.com |
| jtimko@shutts.com | wtaylor@mccarter.com |
| judy.morse@crowedunlevy.com | wweintraub@stutman.com |
| jvail@ssrl.com | wzoberman@bermanesq.com |
| jwcohen@daypitney.com | yuwatoko@mofo.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

**Additional Parties**

harvey.miller@weil.com

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com

**EXHIBIT B**

08-13555-mg    Doc 45632    Filed 08/07/14    Entered 08/07/14 18:31:45    Main Document
Pg 12 of 15

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

1

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.,**
FIRST CLASS CERTIFIED MAIL SERVICE LIST

TOBACCO SETTLEMENT FINANCING CORPORATION (CRED. NUMBER 1000193252)
50 WEST STATE STREET, 5TH FLOOR
TRENTON, NJ 08625


GIBBONS P.C.
DAVID CRAPO, ESQ.,
COUNSEL TO TOBACCO SETTLEMENT FINANCING CORPORATION
ONE GATEWAY CENTER
NEWARK, NJ 07102

1