

**ORIGINAL**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                          Case No. 08-13555 (SCC)

**LEHMAN BROTHERS HOLDINGS, INC., et al.**

                    **Debtors.**

------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*
### FOR THERESE G. FRANZÉN

    I, Therese G. Franzén, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent The Mortgage House, Inc., a Mortgage Loan Seller in the above-referenced case.

    *I certify that I am a member in good standing* of the bar in the State of Georgia and, the bar of the U.S. District Court for the Northern District of Georgia.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 5, 2014.

Therese G. Franzén
Georgia Bar No. 492367
Franzén and Salzano, P.C.
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092-2906
770-248-2885
770-248-2883 (Fax)
tfranzen@franzen-salzano.com