WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                        :    **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    **08-13555 (SCC)**
                                                             :
               Debtors.                                      :    **(Jointly Administered)**
                                                             :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT SINE DIE OF**
**HEARING ON THE FOUR HUNDRED SIXTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 44488], which was scheduled for August 12, 2014 at 10:00 a.m. (Eastern Time), has been adjourned sine die with respect to the claims listed on Exhibit A annexed hereto.

Dated: August 8, 2014
       New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44538869\1\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| Lexcel Partners | 8712 | ECF No. 44921 |
| Wells Fargo Bank, N.A. | 25704 | n/a |
| Wells Fargo Bank, N.A. | 44296 | n/a |