UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

**In re:**

**LEHMAN BROTHERS HOLDINGS, ET. AL,**    Chapter 11
                                          Case No. 08-13555 (SCC)
                  **Debtors.**            (Jointly Administered)

------------------------------------------------------------------x

Please remove me from the Court's service list for the above-entitled case. I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., by electronic means and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of the Court should this notice requirement change.

DATED:  New York, New York
        August 10, 2014

                                          SHAFFERMAN & FELDMAN LLP
                                          18 East 41st Street, Suite 1201
                                          New York, New York 10017
                                          (212) 509-1802


                                          By: /S/ Joel M. Shafferman
                                           Joel M. Shafferman (JS-1055)