**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No.: 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Therese G. Franzén, to be admitted, ***pro hac vice***, to represent The Mortgage House, Inc., (the "Client") a Mortgage Loan Seller in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and the bar of the United States District Court for the Northern District of Georgia, it is hereby

**ORDERED**, that Therese G. Franzén, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York.

Dated: August 11, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE