WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**               :    **08-13555 (SCC)**
                                                               :
        **Debtors.**                                           :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :    **08-01420 (SCC) (SIPA)**
        **Debtor.**                                            :
                                                               :
---------------------------------------------------------------x

# NOTICE OF AGENDA OF
# MATTERS SCHEDULED FOR THE SEVENTY-SIXTH
# OMNIBUS AND CLAIMS HEARING ON AUGUST 12, 2014 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.  ADVERSARY PROCEEDINGS:

1.  Lehman Brothers Special Financing Inc. v. Bank of America National Association, *et al.* [**Adversary Proceeding No. 10-03542**]

    Lehman Brothers Financial Products Inc. v. The Bank of New York Mellon Trust Co., National Association, *et al.* [**Adversary Proceeding No. 10-03544**]

    Lehman Brothers Special Financing Inc. v. The Bank of New York Mellon Corporation, *et al.* [**Adversary Proceeding No. 10-03545**]

    Lehman Brothers Special Financing Inc. v. Wells Fargo Bank National Association, *et al.* [**Adversary Proceeding No. 10-03809**]

    Lehman Brothers Special Financing Inc. v. Bank of New York Mellon National Association [**Adversary Proceeding No. 10-03811**]

    **Scheduling Conference**

    Related Documents:

    A.  Notice of Scheduling Conference [**Adversary Proceeding No. 10-03542, ECF No. 60**]; [**Adversary Proceeding No. 10-03544, ECF No. 77**]; [**Adversary Proceeding No. 10-03545, ECF No. 143**]; [**Adversary Proceeding No. 10-03809, ECF No. 41**]; [**Adversary Proceeding No. 10-03811, ECF No. 31**]

    B.  Order Extending Stay of Non-Distributed Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the Bankruptcy Code [**ECF No. 44333**]

    Status: This matter is going forward as a scheduling conference.

2. Lehman Brothers Special Financing, Inc. v. Bank of America, *et al*. **[Adversary Proceeding No. 10-03547]**

**Scheduling Conference for Motion**

<u>Related Documents</u>:

- A. Application to Lift Litigation Stay Solely for the Purpose of Filing Motion to Dismiss for Lack of Personal Jurisdiction filed by JA Hokkaido Shinren [**ECF No. 714**]

- B. LBSF's Opposition to JA Hokkaido Shinren's Application to Lift Litigation Stay Solely for the Purpose of Filing Motion to Dismiss for Lack of Personal Jurisdiction filed by Lehman Brothers Special Financing, Inc. [**ECF No. 756**]

- C. Scheduling Order filed by the Court [**ECF No. 794**]

- D. Motion to Dismiss Adversary Proceeding for Lack of Personal Jurisdiction filed by JA Hokkaido Shinren [**ECF No. 795**]

- E. Notice of Hearing filed by JA Hokkaido Shinren [**ECF No. 796**]

- F. Letter of ANZ Nominees Limited seeking leave to file a motion to dismiss [**ECF No. 801**]

- G. Letter of Shield Securities requesting permission to make an individualized motion to dismiss [**ECF No. 803**]

- H. Letter of Lehman Brothers Special Financing Inc. regarding JA Hokkaido Shinren motion to dismiss [**ECF No. 806**]

- I. Letter Response of Lehman Brothers Special Financing Inc. to ANZ's Letter Request seeking leave to file a motion to dismiss (Dkt. No. 801) [**ECF No. 807**]

- J. Corrected Statement Regarding Proposed Scheduling Order on JA Hokkaido's Motion to Dismiss [**ECF No. 810**]

- K. Letter Response of Lehman Brothers Special Financing Inc. to Shield Securities' Letter Request for permission to make an individualized motion to dismiss (Dkt. No. 803) [**ECF No. 811**]

- L. Letter Reply of ANZ Nominees Limited seeking leave to file a motion to dismiss [**ECF No. 812**]

3

Status:  This matter is going forward solely as an initial scheduling conference for motion of JA Hokkaido Shinren.

## LEHMAN BROTHERS INC. PROCEEDING

### II.  CONTESTED MATTER:

3.  Trustee's Objection to the General Creditor Proof of Claim of Connie & Curtis Gale (Claim No. 7000142) [**LBI ECF No. 8408**]

    Response Deadline:  March 20, 2014 at 4:00 p.m.

    Responses Received:

    A.  First Responses of Connie and Curtis Gale [**LBI ECF Nos. 8490, 8512**]

    B.  Supplemental Response Affidavit on behalf of Connie and Curtis Gale's Response and Opposition to Trustee's Objection [**LBI ECF No. 8511**]

    Related Documents:

    C.  Letter Opposing Trustee's Adjournment filed by Stuart David Meissner on behalf of Connie & Curtis Gale [**LBI ECF No. 9336**]

    D.  Letter to the Honorable Shelley C. Chapman Regarding Claim of Connie & Curtis Gale (No. 7000142) [**LBI ECF No. 9347**]

    E.  Reply in Further Support of Trustee's Objection [**LBI ECF No. 9549**]

    Status:  This matter is going forward.

### III.  ADJOURNED MATTERS:

**A.  Lehman Brothers Holdings Inc. Chapter 11 Cases**

4.  Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 35787**]

    Response Deadline:  April 15, 2013 at 4:00 p.m. or as otherwise extended.

    Adjourned Responses:

    A.  Thomas P Blakeslee Opposition Brief to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36654**]

4

      B.      Craig Inglis Response to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 36773]

      C.      Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 36558]

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m. solely with respect to proofs of claim numbers 66365, 10915, and 510.

5.   Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:  June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m.

6.   Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:  June 3, 2013 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Commerzbank AG [**ECF No. 38674**]

      B.      Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m.

7.   Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38050**]

Response Deadline:  July 19, 2013 at 4:00 p.m.

Adjourned Responses:

      A.      Response of Christopher Dorland to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38864**]

    B.    Response of John Greco to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38863]**

    C.    Response filed by Alysse McLoughlin **[ECF No. 39426]**

    D.    Response of Carlos Torres to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38862]**

    E.    Response of David Wilson to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38865]**

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m. solely with respect to proofs of claim numbers 180, 599, 25510, 532, and 772.

8. Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 **[ECF No. 39898]**

Response Deadline:  June 12, 2014 at 4:00 p.m.

Response Received:

    A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 **[ECF No. 40232]**

Related Documents:  None.

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m.

9. Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Nos. 21487 and 21488 **[ECF No. 42516]**

Status:  This matter has been adjourned to October 7, 2014 at 10 a.m.

10. Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers **[ECF No. 44450]**

Response Deadline:  June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
June 13, 2014, at 4:00 p.m. (for Internal Revenue Service, United States Trustee, and parties on the Debtors' Master Service List)

Responses Received:

A. Objection of SecurityNational Mortgage Company to Plan Administrator's Motion For Alternative Dispute Resolution And Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44672**]

B. Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

C. Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

D. Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

E. Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

F. Limited Objection and Reservation of Rights of Amerifirst Financial Corp., *et al.* to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

G. Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage to the Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44740**]

Related Documents:

H. Declaration of Adam M. Bialek in Support of Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

7

       I.      Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

       J.      Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

       K.      Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m.

11. The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44488**]

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Responses Received:

       A.      Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m. with respect to the following claims: claim number 15604 of Moody's Investor Service and claim number 48726 of Wells Fargo Bank, NA. This matter has been adjourned sine die with respect to claim number 8712 of Lexcel Partners, and claim numbers 25704 and 44296 of Wells Fargo Bank, NA.

12. The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44489**]

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m.

13. The Plan Administrator's Four Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 44490]**

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m.

14. Plan Administrator's Objection to Claim No. 8470 Held by Plaza Harbour Mezz Holdings LLC [**ECF No. 44942**]

    Response Deadline:    August 4, 2014 at 4:00 p.m. or as otherwise extended

    Response Received:    None.

    Related Document:

    A.    Notice of Adjournment of Hearing of Plan Administrator's Objection to Claim No. 8470 held by Plaza Harbour Mezz Holdings LLC [**ECF No. 45494**]

    Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m.

**B.    Lehman Brothers Inc. Proceedings**

15. Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6130**]

    Response Deadline:    May 20, 2013 at 4:00 p.m.

    Response Received:

    A.    Response of Zameer Khan [**Not Docketed**]

    Related Document:

    B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6563**]

    Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of Mr. Khan.

16. Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

    Response Deadline:    August 1, 2013 at 4:00 p.m.

    Response Received:

    A.    Response of Ely Eddi [**LBI ECF No. 6951**]

9

<u>Related Document</u>:

    B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

<u>Status</u>: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of Mr. Eddi.

17. Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

<u>Response Deadline</u>: September 27, 2013 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response of Louise Brodsky [**Not Docketed**]

<u>Related Document</u>:

    B.    Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7483**]

<u>Status</u>: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of Ms. Brodsky.

18. Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

<u>Response Deadline</u>: October 23, 2013 at 4:00 p.m., extended for certain claimants to October 30, 2013 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response of Terry G. Reckas [**Not Docketed]**

<u>Related Document</u>:

    B.    Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

<u>Status</u>: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

19. Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

   Response Deadline:   December 5, 2013 at 4:00 p.m., extended to a date to be determined as to one claimant.

   Responses Received:

   A.   Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

   B.   Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

   Related Document:

   C.   Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

   Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

20. Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8467**]

   Response Deadline:   April 2, 2014 at 4:00 p.m.

   Response Received:

   A.   Response of John and Ann McCulla [**LBI ECF No. 8623**]

   Related Document:

   B.   Order Granting the Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8729**]

   Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claims of the McCullas.

21. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

   Response Deadline:   April 4, 2014 at 4:00 p.m., extended to April 21, 2014 at 4:00 p.m.

11

Response Received:

    A.    Response of Comerica Bank [**LBI ECF No. 8711**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

22. Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended to May 9, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Precision Engraving Company [**LBI ECF No. 8622**]

    B.    Response of Mercer, Inc. [**LBI ECF No. 8638**]

    C.    Response of Peter L. Frampton [**LBI ECF No. 8646**]

    D.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

    E.    Responses of Pegasus Transport Service, Inc. [**LBI ECF Nos. 8656, 8657, 8684, 8685**]

    F.    Response of Scott Logic Ltd. [**LBI ECF No. 8673**]

Related Documents:

    G.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I)

12

>   Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]
>
> H. Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597**]
>
> I. Supplemental Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

23. Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

> Response Deadline: April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2013 at 4:00 p.m.
>
> Responses Received: None.
>
> Related Documents:
>
> A. Notice of Withdrawal [**LBI ECF No. 8760**]
>
> B. Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

24. Trustee's Two Hundred Twenty-Ninth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8705**]

> Response Deadline: May 9, 2014 at 4:00 p.m., extended for certain parties to June 20, 2014 at 4:00 p.m.
>
> Responses Received:
>
> A. Response of Russell Reynolds Associates [**LBI ECF No. 8855**]

13

        B.      Response of Standard & Poors Financial Services, LLC and Standard & Poors International, LLC [**LBI ECF No. 8891**]

        C.      Exhibit A to Response of Standard & Poors Financial Services, LLC and Standard & Poors International, LLC [**LBI ECF No. 8898**]

Related Documents:

        D.      Notice of Withdrawal [**LBI ECF No. 8710**]

        E.      Notices of Resolution [**LBI ECF Nos. 8973, 9220, 9559**]

        F.      Corrected Order Granting the Trustee's Two Hundred Twenty-Ninth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 9230**]

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

25.    Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8804**]

Response Deadline:  May 21, 2014 at 4:00 p.m.

Response Received:

        A.      Response of Wendy Uvino [**LBI ECF No. 8980**]

Related Documents:

        B.      Notices of Withdrawal [**LBI ECF Nos. 8829, 9027**]

        C.      Order Granting the Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9172**]

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of Ms. Uvino.

26.    Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:  May 27, 2014 at 4:00 p.m.

Response Received:

    A.    Response of RBC Cees Limited [**Not Docketed**]

Related Document:

    B.    Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to the claim of RBC Cees Limited.

27. Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) [**LBI ECF No. 8966**]

Response Deadline: June 6, 2014 at 4:00 p.m., extended for certain parties to June 20, 2014 at 4:00 p.m.

Responses Received: None.

Related Documents:

    A.    Notice of Withdrawal [**LBI ECF No. 9002**]

    B.    Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to certain claims [**LBI ECF No. 9175**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 9370**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

28. Trustee's Two Hundred Thirty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8999**]

Response Deadline: June 19, 2014 at 4:00 p.m., extended for certain parties to August 6, 2014 at 4:00 p.m.

Responses Received: None.

Related Documents:

    A.    Notice of Withdrawal [**LBI ECF No. 9266**]

    B.    Order Granting Trustee's Two Hundred Thirty Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9372**]

    C.    Supplemental Certificate of No Objection solely as to certain claims [**LBI ECF No. 9592**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

29. Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9013**]

Response Deadline:    June 20, 2014 at 4:00 p.m., extended for certain parties.

Responses Received:

    A.    Response of Julia Kaufman [**LBI ECF No. 9125**]

    B.    Declaration of Julia Kaufman [**LBI ECF No. 9126**]

    C.    Response of Kyle R. Kettler [**LBI ECF No. 9183**]

    D.    Response of Wayne Judkins [**LBI ECF No. 9185**]

    E.    Response of Jeffrey Frase and Roy J. Salame [**LBI ECF No. 9196**]

    F.    Response of P. Mathew Verghese [**LBI ECF No. 9199**]

    G.    Response of Michael Scott Glover and Anshuman Goyal [**LBI ECF No. 9200**]

    H.    Declaration of Harry W. Lipman on behalf of Akshay Murthy [**LBI ECF No. 9202**]

    I.    Response of Akshay Murthy [**LBI ECF No. 9203**]

    J.    Response of Murali Raman [**LBI ECF No. 9209**]

    K.    Response of Julie R. Shapiro [**LBI ECF No. 9262**]

    L.    Response of Brett Ersoff [**LBI ECF No. 9277**]

    M.    Response of Thomas P. Blakeslee [**LBI ECF No. 9316**]

N. Response of Alexander Lesin [**LBI ECF No. 9344**]

O. Declaration in Support of the Response of Alexander Lesin [**LBI ECF No. 9346**]

P. Response of Todd O'Malley [**LBI ECF No. 9354**]

Q. Response of Eric Race [**LBI ECF No. 9411**]

R. Declaration of Eric Race [**LBI ECF No. 9412**]

S. Amended Declaration of Eric Race [**LBI ECF No. 9430**]

T. Response of Zhiyong Shi [**LBI ECF No. 9563**]

Related Document:

U. Corrected Order Granting the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9443**]

Status: This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

30. Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 9059**]

Response Deadline:    June 26, 2014 at 4:00 p.m., extended for certain parties to July 1, 2014 at 4:00 p.m.

Responses Received:

A. Response of Intuition Publishing, Inc. [**LBI ECF No. 9238**]

B. Amended Response of Miller Advertising Agency [**LBI ECF No. 9255**]

Related Document:

C. Order Granting the Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 9408**]

17

08-13555-mg    Doc 45677    Filed 08/11/14    Entered 08/11/14 12:19:50    Main Document
Pg 18 of 19


Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

31. Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9161**]

   Response Deadline:    July 9, 2014 at 4:00 p.m., extended for certain parties to July 25, 2014 at 4:00 p.m.

   Responses Received:

       A.    Response of Kimberly A. Reed [**LBI ECF No. 9474**]

       B.    Response of Nathan Wang [**Not Docketed**]

   Related Document:

       C.    Amended Certificate of No Objection solely as to certain claims [**LBI ECF No. 9593**]

   Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

32. Trustee's Two Hundred Forty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9239**]

   Response Deadline:    July 16, 2014 at 4:00 p.m.

   Response Received:

       A.    Response of William F. Kulp [**LBI ECF No. 9402**]

   Related Document:

       B.    Certificate of No Objection solely as to a certain claim [**LBI ECF No. 9566**]

   Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

33. Trustee's Two Hundred Forty-Fifth Omnibus Objection to General Creditor Claims (No Liability Indemnity Claims) [**LBI ECF No. 9257**]

   Response Deadline:    July 21, 2014 at 4:00 p.m., extended for certain parties to August 6, 2014 at 4:00 p.m.

   Responses Received:  None.

US_ACTIVE:\44536781\7\58399.0011

Related Documents:   None

Status:  This matter has been adjourned to September 9, 2014 at 10:00 a.m., as to certain claims.

Dated:  August 11, 2014
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  August 11, 2014
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.