UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                   :
                      Debtors.                             :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THE FOUR HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY CLAIMS AS GENERAL UNSECURED CLAIMS)

Upon the four hundred seventy-third omnibus objection to claims, dated July 3, 2014 (the "Four Hundred Seventy-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (Docket No. 6664) (the "Procedures Order"), seeking to reclassify the Misclassified Claims as general unsecured claims, all as more fully described in the Four Hundred Seventy-Third Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Third Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-Third Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, and just cause for the relief granted herein is present; and upon the informal objections and reservations of rights set forth herein by

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Third Omnibus Objection to Claims.

the holders of the Misclassified Claims (the "Claimants"); and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Seventy-Third Omnibus Objection to Claims is granted solely as set forth in this Order; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto (collectively, the "Misclassified Claims") are reclassified as general unsecured claims; and it is further

ORDERED that nothing in this Order shall be construed as allowing the Misclassified Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, law of the case, or other effect on the validity, allowance, or disallowance of any Misclassified Claim (other than the priority of the Misclassified Claims), and all rights to object on any basis are expressly reserved with respect to any Misclassified Claim; and it is further

ORDERED that this Order has no res judicata, estoppel, law of the case, or other effect of any kind on the validity, priority, classification, allowance, or disallowance of any of the Claimants' proofs of claim against any other Debtors and their Chapter 11 Estates in the above-referenced chapter 11 cases; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 12, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

## OMNIBUS OBJECTION 473: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29248 | 9/22/09 | LB 2080 Kalakaua Owners LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | Undetermined | | | | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | Undetermined | | Undetermined* |
| 2 NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26374 | 9/22/09 | LB 2080 Kalakaua Owners LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | Undetermined | | | | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | Undetermined | | Undetermined* |
| 3 PEP CREDIT INVESTOR LP | 26398 | 9/22/09 | LB 2080 Kalakaua Owners LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | Undetermined | | | | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | Undetermined | | Undetermined* |
| 4 PROVIDENCE EQUITY PARTNERS VI LP | 29243 | 9/22/09 | LB 2080 Kalakaua Owners LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | Undetermined | | | | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | Undetermined | | Undetermined* |
| 5 PROVIDENCE EQUITY PARTNERS VI-A, LP | 29231 | 9/22/09 | LB 2080 Kalakaua Owners LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | Undetermined | | Undetermined | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | Undetermined | | Undetermined* |
| 6 PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 29257 | 9/22/09 | LB 2080 Kalakaua Owners LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | Undetermined | | | | | Undetermined* |
| | | | | | | | Undetermined | | Undetermined* |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **TOTAL CLAIM AS MODIFIED** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts