UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :
                              Debtors.                         :    (Jointly Administered)
---------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the four hundred seventy-fourth omnibus objection to claims, dated July 3, 2014 (the "Four Hundred Seventy-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Claims, as more fully described in the Four Hundred Seventy-Fourth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundred Seventy-Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Seventy-Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Fourth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Seventy- Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the modified amount and priority set forth in the applicable row entitled "Claim as Modified" on Exhibit 1, and any asserted amounts in excess of such amounts are disallowed and expunged; and it is further

ORDERED that the Four Hundred Seventy- Fourth Omnibus Objection to Claims and this Order have no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 12, 2014
New York, New York

        */s/ Shelley C. Chapman*
        HONORABLE SHELLEY C. CHAPMAN
        UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT 1**

# IN RE: LEHMAN BROTHERS HOLDINGS, INC., et al., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 474: EXHIBIT 1 - REDUCE AND ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | | AMOUNTS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | PRIORITY | UNSECURED | TOTAL |
| 1 | ADAIR, JOHN | 23967 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,341,579.00 | $1,352,529.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $1,352,529.00 | $1,352,529.00 |
| 2 | BALLENTINE, JAMES M., III | 23988 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $188,151.00 | $199,101.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $136,048.00 | $136,048.00 |
| 3 | BRAMHAM, SHAUN | 23989 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $173,414.00 | $184,364.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $155,000.00 | $155,000.00 |
| 4 | BUSH, JAMES | 23998 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $164,431.00 | $175,381.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $175,381.00 | $175,381.00 |
| 5 | CAROL, CLAYTON | 23990 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $181,264.00 | $192,214.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $177,000.00 | $177,000.00 |
| 6 | CHAN, KENT | 23991 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $311,295.00 | $322,245.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $247,000.00 | $247,000.00 |
| 7 | DOE, JOCELYN J. | 23992 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $383,270.00 | $394,220.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $292,000.00 | $292,000.00 |
| 8 | DORFMAN, DAVID A. | 23993 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $31,502.00 | $42,452.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $42,452.00 | $42,452.00 |
| 9 | FELDKAMP, GEOFFREY F | 23994 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,785.00 | Undetermined | $10,785.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $10,785.00 | $10,785.00 |
| 10 | GABBAY, MARK | 23982 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,676,463.00 | $1,687,413.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $1,500,000.00 | $1,500,000.00 |
| 11 | GLAVAN, JEFFREY L. | 23956 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | |
| | | | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $376,338.00 | $387,288.00 |
| | | | | | CLAIM AS MODIFIED | $0.00 | $387,288.00 | $387,288.00 |

08-13555-mg Doc 4570 Filed 08/12/14 Entered 08/12/14 15:06:38 Main Document Pg 5 of 6

# IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 474: EXHIBIT 1 - REDUCE AND ALLOW

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | AMOUNTS | | |
|---|---|---|---|---|---|---|
| | | | | PRIORITY | UNSECURED | TOTAL |
| 12 HAR-EVEN, ITAMAR | 23996 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $4,799.00 | $15,749.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $15,749.00 | $15,749.00 |
| 13 JOTWANI,TARUN | 23958 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,667,672.00 | $1,678,622.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $1,678,622.00 | $1,678,622.00 |
| 14 LAIBLE, ROBERT K. | 23997 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $435,733.00 | $446,683.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $343,000.00 | $343,000.00 |
| 15 MORRIS, JASON P. | 23969 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $33,307.00 | $44,257.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $44,257.00 | $44,257.00 |
| 16 PAPADAKIS, SPYROS N. | 23970 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $52,366.00 | $63,316.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $63,316.00 | $63,316.00 |
| 17 RUBIN, CHARLES | 23972 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $55,557.00 | $66,507.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $66,507.00 | $66,507.00 |
| 18 SCHIFFMAN, GLENN H. | 23973 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $1,063,607.00 | $1,074,557.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $1,067,000.00 | $1,067,000.00 |
| 19 SOWINSKI, JOHN A. | 23974 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $703.00 | Undetermined | $703.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $703.00 | $703.00 |
| 20 STEIN, JEFFREY A. | 23975 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $250,262.00 | $261,212.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $132,208.30 | $132,208.30 |
| 21 TUNG, SHARON W. | 23949 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $60,247.00 | $71,197.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $71,197.00 | $71,197.00 |
| 22 UMLAUF, ERIK | 23950 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $83,358.00 | $94,308.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $94,308.00 | $94,308.00 |

# IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 474: EXHIBIT 1 - REDUCE AND ALLOW

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | AMOUNTS | | |
|---|---|---|---|---|---|---|
| | | | | PRIORITY | UNSECURED | TOTAL |
| 23 VULAKH, NATALIE SAVIC | 23952 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $51,678.00 | $62,628.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $60,000.00 | $60,000.00 |
| 24 WEISS, AARON J. | 23953 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $105,050.00 | $116,000.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $35,504.00 | $35,504.00 |
| 25 YEE, JACK S. | 23954 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $240,474.00 | $251,424.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $112,000.00 | $112,000.00 |
| 26 ZOLAD, BRYAN C. | 23955 | 9/21/09 | Lehman Brothers Holdings Inc. | | | |
| | | | FILED AMOUNT SUBJECT TO OBJECTION | $10,950.00 | $36,719.00 | $47,669.00 |
| | | | CLAIM AS MODIFIED | $0.00 | $11,000.00 | $11,000.00 |
| | | | TOTAL AMOUNT SUBJECT TO OBJECTION | $274,288.00 | $8,968,536.00 | $9,242,824.00 |
| | | | TOTAL CLAIMS AS MODIFIED | $0.00 | $8,270,854.30 | $8,270,854.30 |