UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (SCC)
                                                        :
                        Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred seventy-fifth omnibus objection to claims, dated July 3, 2014 (the "Four Hundred Seventy-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance of the Claims, all as more fully described in the Four Hundred Seventy-Fifth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Seventy-Fifth

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Fifth Omnibus Objection to Claims.

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Seventy-Fifth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged, with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 12, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | CHINA FUND CAYMAN LTD. | 08-13600 (SCC) | LB 745 LLC | 09/21/2009 | 33419 | Undetermined | Undetermined | No Liability |
| 2 | CHINA FUND CAYMAN LTD. | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 33420 | Undetermined | Undetermined | No Liability |
| 3 | CHINA FUND CAYMAN LTD. | 08-13664 (SCC) | PAMI Statler Arms LLC | 09/21/2009 | 33421 | Undetermined | Undetermined | No Liability |
| 4 | CHINA FUND CAYMAN LTD. | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 33422 | Undetermined | Undetermined | No Liability |
| 5 | CHINA FUND CAYMAN LTD. | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 33423 | Undetermined | Undetermined | No Liability |
| 6 | CHINA FUND CAYMAN LTD. | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 33424 | Undetermined | Undetermined | No Liability |
| 7 | CHINA FUND CAYMAN LTD. | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/21/2009 | 33425 | Undetermined | Undetermined | No Liability |
| 8 | CHINA FUND CAYMAN LTD. | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/21/2009 | 33426 | Undetermined | Undetermined | No Liability |
| 9 | CHINA FUND CAYMAN LTD. | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/21/2009 | 33427 | Undetermined | Undetermined | No Liability |
| 10 | CHINA FUND CAYMAN LTD. | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/21/2009 | 33528 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | CHINA FUND CAYMAN LTD. | 08-13907 (SCC) | CES Aviation IX LLC | 09/21/2009 | 33529 | Undetermined | Undetermined | No Liability |
| 12 | CHINA FUND CAYMAN LTD. | 08-13906 (SCC) | CES Aviation V LLC | 09/21/2009 | 33530 | Undetermined | Undetermined | No Liability |
| 13 | CHINA FUND CAYMAN LTD. | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 33531 | Undetermined | Undetermined | No Liability |
| 14 | CHINA FUND CAYMAN LTD. | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 33532 | Undetermined | Undetermined | No Liability |
| 15 | CHINA FUND CAYMAN LTD. | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 33533 | Undetermined | Undetermined | No Liability |
| 16 | CHINA FUND CAYMAN LTD. | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 33534 | Undetermined | Undetermined | No Liability |
| 17 | CHINA FUND CAYMAN LTD. | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 33535 | Undetermined | Undetermined | No Liability |
| 18 | CHINA FUND CAYMAN LTD. | 09-10560 (SCC) | LB Rose Ranch LLC | 09/21/2009 | 33537 | Undetermined | Undetermined | No Liability |
| 19 | CHINA FUND CAYMAN LTD. | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/21/2009 | 33538 | Undetermined | Undetermined | No Liability |
| 20 | CHINA FUND LP | 08-13905 (SCC) | CES Aviation LLC | 09/21/2009 | 33456 | Undetermined | Undetermined | No Liability |

## IN RE LEHMAN BROTHERS HOLDINGS INC., et al., CASE NO. 08-13555 (SCC)
## OMNIBUS OBJECTION 475: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | CHINA FUND LP | 08-13906 (SCC) | CES Aviation V LLC | 09/21/2009 | 33457 | Undetermined | Undetermined | No Liability |
| 22 | CHINA FUND LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/21/2009 | 33458 | Undetermined | Undetermined | No Liability |
| 23 | CHINA FUND LP | 08-13908 (SCC) | East Dover Limited | 09/21/2009 | 33459 | Undetermined | Undetermined | No Liability |
| 24 | CHINA FUND LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/21/2009 | 33460 | Undetermined | Undetermined | No Liability |
| 25 | CHINA FUND LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/21/2009 | 33461 | Undetermined | Undetermined | No Liability |
| 26 | CHINA FUND LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/21/2009 | 33462 | Undetermined | Undetermined | No Liability |
| 27 | CHINA FUND LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/21/2009 | 33463 | Undetermined | Undetermined | No Liability |
| 28 | CHINA FUND LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/21/2009 | 33464 | Undetermined | Undetermined | No Liability |
| 29 | CHINA FUND LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 33484 | Undetermined | Undetermined | No Liability |
| 30 | CHINA FUND LP | 08-13664 (SCC) | PAMI Statler Arms LLC | 09/21/2009 | 33485 | Undetermined | Undetermined | No Liability |

# OMNIBUS OBJECTION 475: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | CHINA FUND LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 33486 | Undetermined | Undetermined | No Liability |
| 32 | CHINA FUND LP | 08-13600 (SCC) | LB 745 LLC | 09/21/2009 | 33487 | Undetermined | Undetermined | No Liability |
| 33 | CHINA FUND LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 33488 | Undetermined | Undetermined | No Liability |
| 34 | CHINA FUND LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 33489 | Undetermined | Undetermined | No Liability |
| 35 | CHINA FUND LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/21/2009 | 33490 | Undetermined | Undetermined | No Liability |
| 36 | CHINA FUND LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/21/2009 | 33516 | Undetermined | Undetermined | No Liability |
| 37 | CHINA FUND LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/21/2009 | 33517 | Undetermined | Undetermined | No Liability |
| 38 | CHINA FUND LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/21/2009 | 33518 | Undetermined | Undetermined | No Liability |
| | | | | TOTAL | | $0.00 | $0.00 | |