## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: SOLUS CORE OPPORTUNITIES FUND MASTER LTD

**SOLUS CORE OPPORTUNITIES FUND MASTER LTD**, , with offices at 410 Park Avenue, 11th Floor, New York, NY 10022 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **SOLA LTD**, with offices located at 410 Park Avenue, 11th Floor, New York, NY 10022 ("Assignee"), all right, title and interest in and to the claims of Assignor against LEHMAN COMMERCIAL PAPER INC. et al, docketed as Claim No. 32697 to the extent of $2,500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13900 (JMP) (jointly administered under Case No. 08-13555).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated as of the dates set forth below.

**SOLUS CORE OPPORTUNITIES FUND MASTER LTD**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
(Signature of authorized signatory)

Name: **Nicholas Signorile**
Title: Chief Financial Officer
Date: 8/13/2014

**SOLA LTD**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
(Signature of authorized signatory)

Name: **Nicholas Signorile**
Title: Chief Financial Officer
Date: 8/13/2014

State Street Core to SOLA 2014-v2 comments.docx

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  SOLUS CORE OPPORTUNITIES FUND MASTER LTD

**SOLUS CORE OPPORTUNITIES FUND MASTER LTD**, , with offices at 410 Park Avenue, 11th Floor, New York, NY  10022 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **SOLA LTD**, with offices located at 410 Park Avenue, 11th Floor, New York, NY  10022 ("Assignee"), all right, title and interest in and to the claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. et al, docketed as Claim No. 32695 to the extent of $2,500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated as of the dates set forth below.

**SOLUS CORE OPPORTUNITIES FUND MASTER LTD**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
(Signature of authorized signatory)

Name:  **Nicholas Signorile**
Title:  Chief Financial Officer
Date:  8/13/2014


**SOLA LTD**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
(Signature of authorized signatory)

Name:  **Nicholas Signorile**
Title:  Chief Financial Officer
Date:  8/13/2014

12

State Street Core to SOLA 2014-v2 comments.docx