## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, THE ROYAL BANK OF SCOTLAND PLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, LLC ("Purchaser") 100% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), evidenced by proof of claim No. 15808 (the "Claim") filed by Seller with the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of _____ 2013.

THE ROYAL BANK OF SCOTLAND PLC          SPCP GROUP, LLC

By: RBS Securities Inc., its agent

By: _Mason Chau_                                    By: _[signature]_
Name: Mason Chau                                    Name:
Title: Vice President                               Title:    Jennifer Poccia
                                                              Authorized Signatory