B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc.                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Hongkong and Shanghai Banking Corporation Limited | HSBC Private Bank (Suisse) SA |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>HSBC Main Building<br>1 Queen's Road Central<br>Hong Kong SAR | Court Claim # (if known): 18217<br><br>Amount of Claim: $724,723.40 |
| Attn: Tony Kwok, Private Banking Division | Date Claim Filed: September 18, 2009 |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: August 13, 2014
Transferee/Transferee's Agent
Name: Tony Y. K. Kwok
Title: Senior Director, Regional Operations

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**HSBC PRIVATE BANK (SUISSE) SA** ("**Transferor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that, as of August, 13, 2014, it has unconditionally and irrevocably transferred and assigned to **THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED** ("**Transferee**") all right, title and interest in and to Proof of Claim Number 18217 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York (the "**Claim**").

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 13th of August, 2014.

HSBC PRIVATE BANK (SUISSE) SA

By: _____

Name: Tony Y. K. Kwok
Title: Senior Director, Regional Operations
Tel.: +852 3604 7474

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____

Name: Tony Y. K. Kwok
Title: Senior Director, Regional Operations,
       Private Banking Division
Tel.: +852 3604 7474