Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711
Richard G. Ziegler

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that MPC Munchmeyer Petersen Structured Products Gmbh ("Claimant") hereby withdraws with prejudice proof of claim 19132 (the "Claim"), filed on September 18, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: August 14, 2014
         New York, New York

/s/ Richard G. Ziegler
Richard G. Ziegler
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711

*Attorneys for MPC Munchmeyer Petersen Structured Products Gmbh*