Schedule 1

Transferred Claims

Purchased Claim

$1,646,162.69 of the notional amount of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Allowed Amount | Maturity |
|---|---|---|---|---|---|---|
| Issue of EUR 15,500,000 Commodity Basket Linked Notes due February 2011 | XS0339537390 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,160,000 | $1,646,162.69 | February 8, 2011 |
|  |  |  |  |  |  |  |