<u>Schedule 1</u>

<u>Transferred Claims</u>

<u>Purchased Claim</u>
EUR5,000,000.00 of the notional amount of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below.

<u>Lehman Programs Securities to which Transfer Relates</u>

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Allowed Amount | Maturity |
|---|---|---|---|---|---|---|
| 10 YR OPTIMA NOTE | XS0279612823 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | $7,095,528.86 | December 29, 2016 |
|  |  |  |  |  |  |  |