WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | **08-13555 (SCC)** |
| : | |
| Debtors. : | **(Jointly Administered)** |

---------------------------------------------------------------x

### PLAN ADMINISTRATOR–APPELLEE'S COUNTER–DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors hereby designates, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items to be included in the record on appeal in addition to items designated by appellant, Conway Hospital, Inc.

### COUNTER-DESIGNATION OF RECORD

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| 1. | 7/18/2014 | 45622 | Transcript Regarding Hearing Held On July 16, 2014 (Hearing on Three Hundred Twenty Third Omnibus Objection to Claims [ECF No. 29295] with respect to Conway Hospital, Inc.). |
| 2. | 7/11/2014 | 45122 | Response / Reply to Response of Conway Hospital, Inc. to Lehman Brothers Holdings Inc.'s Three Hundred Twenty Third Omnibus Objection to Claims (Late-Filed Claims). |
| 3. | 4/18/2012 | N/A | Proof of Claim No. 68076 filed by Conway Hospital, Inc. |

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| 4. | 9/01/2011 | 19631 | Amended Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan. |
| 5. | 9/01/2011 | 19629 | Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code. |
| 6. | 9/17/2009 | 5261 | Transcript Regarding Hearing Held On September 15, 2009 (Ruling on Debtors' Motion, Pursuant to Sections 105(a), 362 and 365 of the Bankruptcy Code, to Compel Performance of Metavante Corporation's Obligations Under an Executory Contract and to Enforce the Automatic Stay [ECF No. 36911]). |
| 7. | 6/26/2009 | 4183 | Transcript Regarding Hearing Held On June 24, 2009 (Ruling on Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of Notice Thereof and Approval of the Proof of Claim Form [ECF No. 3654]). |

Dated: August 15, 2014
New York, New York

/s/ Ralph I. Miller
Ralph I. Miller
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates