**EXHIBIT B-3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>              Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$585,396.43** ownership interest in the claim set forth below (the "Transferred Claim"), of Paulson Enhanced Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$585,396.43** | **22860** |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$585,396.43** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: PAULSON ENHANCED         ASSIGNEE: CITIGROUP FINANCIAL
                      LTD.                                      PRODUCTS INC.

Address:     1251 Avenue of the Americas       Address:      1615 Brett Road, Bldg 3
                   50th Floor                                   New Castle, DE 19720
                   New York, NY 10020
                   Tel: 212-956-2221
                   Fax: 212-977-9505

Signature: _____           Signature: _____
Name: _____               Name:
Title: _____                Title:       Brian S. Broyles
Date: _____                Date:        Authorized Signatory

*August 14, 2014*

Error! Unknown document property name.

**EXHIBIT B-3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$585,396.43** ownership interest in the claim set forth below (the "Transferred Claim"), of Paulson Enhanced Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$585,396.43** | **22860** |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$585,396.43** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: PAULSON ENHANCED
LTD.

Address:     1251 Avenue of the Americas
             50th Floor
             New York, NY 10020
             Tel: 212-956-2221
             Fax: 212-977-9505

Signature: _____
Name:      Stuart Merzer
Title:     Authorized Signatory
Date:

August 14, 2014

ASSIGNEE: CITIGROUP FINANCIAL
PRODUCTS INC.

Address:     1615 Brett Road, Bldg 3
             New Castle, DE  19720

Signature: _____
Name:      _____
Title:     _____
Date:      _____