EXHIBIT A-6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$280,257.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Paulson Enhanced Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$280,257.00** | **23019** |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a $280,257.00 ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | PAULSON ENHANCED<br>LTD. | ASSIGNEE: | CITIGROUP FINANCIAL<br>PRODUCTS INC. |
| Address: | 1251 Avenue of the Americas<br>50th Floor<br>New York, NY 10020<br>Tel: 212-956-2221<br>Fax: 212-977-9505 | Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Signature:<br>Name:<br>Title:<br>Date: | _____ | Signature:<br>Name:<br>Title:<br>Date: | _[signature]_<br>Brian S. Broyles<br>Authorized Signatory<br>August 14, 2014 |

Error! Unknown document property name.

EXHIBIT A-6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$280,257.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Paulson Enhanced Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $280,257.00 | 23019 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$280,257.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: PAULSON ENHANCED LTD. | ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| Address: 1251 Avenue of the Americas<br>50th Floor<br>New York, NY 10020<br>Tel: 212-956-2221<br>Fax: 212-977-9505 | Address: 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Signature:<br>Name: Stuart Merzer<br>Title: Authorized Signatory<br>Date: August 14, 2014 | Signature:<br>Name:<br>Title:<br>Date: |