# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$5,179,000.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Paulson Partners L.P. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $205,000,000 | 28823 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$5,179,000.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: PAULSON PARTNERS L.P.

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.

Address:  1251 Avenue of the Americas
          50th Floor
          New York, NY 10020
          Tel: 212-956-2221
          Fax: 212-977-9505

Address:  1615 Brett Road, Bldg 3
          New Castle, DE 19720

Signature: [signature]
Name: Stuart Merzer
Title: Authorized Signatory
Date: August 14, 2014

Signature: _____
Name: _____
Title: _____
Date: _____

## EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>    Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a $5,179,000.00 ownership interest in the claim set forth below (the "Transferred Claim"), of Paulson Partners LP ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $205,000,000 | 28823 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a $5,179,000.00 ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: PAULSON PARTNERS L.P.    ASSIGNEE: CITIGROUP FINANCIAL
                                              PRODUCTS INC.

Address:  1251 Avenue of the Americas          Address:  1615 Brett Road, Bldg 3
          50th Floor                                     New Castle, DE 19720
          New York, NY 10020
          Tel: 212-956-2221
          Fax: 212-977-9505

Signature: _____    Signature: _____
Name:      _____    Name:      _____
Title:     _____    Title:     Brian S. Browles
Date:      _____               Authorized Signatory
                                         Date: August 14, 2014

Error! Unknown document property name.