## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>　　　　　　　Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a $2,789,000.00 ownership interest in the claim set forth below (the "Transferred Claim"), of Managed Accounts Master Fund Services ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $205,000,000 | 28824 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a $2,789,000.00 ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: MANAGED ACCOUNTS
MASTER FUND – MAP 15

Address:　1251 Avenue of the Americas
　　　　　　50th Floor
　　　　　　New York, NY 10020
　　　　　　Tel: 212-956-2221
　　　　　　Fax: 212-977-9505

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: CITIGROUP FINANCIAL
　　　　　　　PRODUCTS INC.

Address:　1615 Brett Road, Bldg 3
　　　　　　New Castle, DE 19720

Signature: _____
Name: _____
Title: ____Brian S. Broyles_____
　　　　　　Authorized Signatory
Date: August 14, 2014

Error! Unknown document property name.

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a $2,789,000.00 ownership interest in the claim set forth below (the "Transferred Claim"), of Managed Accounts Master Fund Services ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $205,000,000 | 28824 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a $2,789,000.00 ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: MANAGED ACCOUNTS    ASSIGNEE: CITIGROUP FINANCIAL
MASTER FUND SERVICES – MAP 15              PRODUCTS INC.

Address:  1251 Avenue of the Americas        Address:  1615 Brett Road, Bldg 3
          50th Floor                                   New Castle, DE  19720
          New York, NY 10020
          Tel: 212-956-2221
          Fax: 212-977-9505

Signature: /s/                                Signature: _____
Name: Stuart Merzer                           Name: _____
Title: Authorized Signatory                   Title: _____
Date: August 14, 2014                         Date: _____