

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Danijela Gunnesch
Telefon: +49 (69) 2177 3516
Telefax: +49 (69) 2177 4460

Frankfurt, 05.08.2014

**claim #47253**

Dear Sir or Madam,

please note that claim #47253 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Danijela Gunnesch          i.V. Gabriele Strobel

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177-0
Telefax +49 69 2177-3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951

Anlage

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)
Claim Number: 47253**

We would like to inform you that Mr. Rolf Majoor who filed the claim Number 47253 on 10/26/2009 has assigned the rights arising out of this claim corresponding with the following securities

- 160 "Lehman Broth. Treasury Co. B.V. EO-FLR Basket, Lkd MTN 2008 (14)" (ISIN DE000A0TVK20, WKN: A0TVK2 in the amount of a face value of USD 227.216.00 (approved allowed claim amount USD 227,056.95)

to
Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Germany.

The rights arising out of claim Number 47253 corresponding with the following securities remain entirely with Mr. Rolf Majoor:

- 100 Lehman Broth. Treasury Co. B.V. EO-Zo Basket, Lkd MTN 2007 (12)" (ISIN DE000A0TLL96, WKN: A0TLL9 in the amount of a face value of USD 151,950.70 (approved allowed claim amount USD 151,844.32)

Bethmann Bank AG has agreed to the (partial) assignment mentioned herein above. Both Mr. Majoor and Bethmann Bank AG acknowledge and represent that due to the (partial) assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, *5. August 2014*          Hamburg, *20 Juni 2014*

Bethmann Bank AG                      Rolf Majoor
(Assignee)                            (Assignor)

*[signatures]*
Jochen Weber    Oliver Körner         Rolf Majoor