UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENAS ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim 64916, filed on November 5, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Stark Criterion Master Fund Ltd. in the amount of $264,465.00 (the "Claim"). Yorvik Investments Ltd. (the "Claimant") purchased a 100% interest in the Claim, *see* ECF No. 40954. The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

08-13555-mg    Doc 45836    Filed 08/19/14    Entered 08/19/14 10:59:33    Main Document
Pg 2 of 2

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws the subpoena served upon Stark Criterion Master Fund Ltd. on January 2, 2013, the issuance of which was noticed in a filing with the Court on January 4, 2013 [ECF No. 33629]. Notwithstanding the foregoing, LBHI shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: August 19, 2014
London, England

Simon Mullaly
Yorvik Investments Ltd
11 Ironmonger Lane
London EC2V 8EY
United Kingdom
Telephone: +44 (0)20 7796 5901
Facsimile: +44 (0)20 7796 5919

Dated: August 19, 2014
New York, New York

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2