



AUG 0 7 2014

FILED / RECEIVED
AUG 11 2014
EPIQ SYSTEMS



**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claim Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Volksbank AG
Feldkircher Strasse 2, FL-9494 Schaan
Tel.:         +423 239 04 72
Fax:         +423 239 04 37
E-Mail:      thomas.gomboc@volksbank.li
www.volksbank.li

Schaan, 07-24-2014
u/Ref. GOT

**Subject: XS0267329307**

Ladies and Gentlemen

We have been informed, that you are responsible for transferring claims of Lehman security positions held at the Credit Suisse, Zürich, Switzerland

We want to take the following position:

| Units | 50 |
|---|---|
| ISIN-Code | XS0267329307 |
| Name | Lehman Brothers --- Equity Linked Notes 2006-25.9.09 |

Mrs. Marija Petrovic (marija.petrovic@credit-suisse.com) in Zürich informed us that we should send you the necessary documents ex ante.

Please let us know, when it is possible to receive the above mentioned position.

Yours Sincerely
**VOLKSBANK AG**

Hildegard Valentini         Thomas Gomboc
Authorized Officer          Authorized Officer
Security. Department        Security Department



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VOLKSBANK AG, SCHAAN
Name of Transferee

CREDIT SUISSE AG, Zürich
Name of Transferor

Name and Address where notices to transferee should be sent:

Volksbank AG
Securities Claims Dep.
Feldkircher Strasse 2
LI-9490 Vaduz

Court Claim # (if known): No. 55813
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): Unit 50

Phone: +423 / 239 04 72
Last Four Digits of Acct #: _____

Phone: +41/ 44 332 86 11
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: July 23rd, 2014
Transferee/Transferee's Agent

VOLKSBANK AG
Feldkircher Strasse 2
FL-9494 Schaan

Thomas Gomboc

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Volksbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 23, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0267329307 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | Units 50 |



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# HANDELSREGISTER-AUSZUG

| Registernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 1010003 von: FL-0001.541.083-9/a auf: | 1 |
|---|---|---|---|---|---|
| FL-0001.541.083-9 | Aktiengesellschaft | 19.12.1997 | | | |

Aktuelle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 1 | | **Volksbank Aktiengesellschaft** | 29 | Schaan |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 69 | | CHF 32'500'000.00 | CHF 32'500'000.00 | 325'000 Inhaberaktien zu CHF 100.00 | 13 | | Feldkircher Strasse 2<br>9494 Schaan |

| Ei | Lö | Zweck | Ei | Lö | Geschäftsadresse |
|---|---|---|---|---|---|
| 1 | | Die Gesellschaft bezweckt den Betrieb einer Bank. | 4 | | Feldkircher Strasse 2<br>9494 Schaan |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Allgemeine Vertretungsregelung: | 1 | 07.02.2001 |
| | | 1. Direktoren, Vizedirektoren und Prokuristen zeichnen kollektiv zu zweien. | 11 | 22.11.2005 |
| | | 2. Handlungsbevollmächtigte zeichnen kollektiv mit einem Direktor, Vizedirektor oder Prokuristen. | 13 | 20.04.2006 |
| 1 | | Mitteilung an die Aktionäre erfolgen durch eingeschriebene Briefe. Die Bekanntmachungen der Gesellschaft erfolgen in den Landeszeitungen und allfälligen weiteren, vom Verwaltungsrat zu bestimmenden Pulikationsorganen. | 29 | 18.03.2008 |
| | | | 69 | 02.09.2011 |
| 4 | | Der von der bisherigen Registerkarte übertragene Auszug enthält keine vor dem Übertrag gestrichenen Tatsachen und somit auch keine allfälligen früheren Statutendaten oder Tagebuch-Zitate. Diese Informationen können auf der im Feld "Übertrag" bezeichneten Handelsregisterkarte eingesehen werden. | | |
| 11 | | Erhöhung des Aktienkapitals und Änderung der Statuten lt. Beschluss der a.o. Generalversammlung vom 22.11.2005 | | |
| 13 | | Erhöhung des Aktienkapitals und Anpassung der Statuten der Gesellschaft (Art. 5) lt. Beschluss der ordentlichen Generalversammlung vom 20.04.2006 | | |
| 29 | | Statutenänderung lt. Beschluss der Generalversammlung vom 18.03.2008. | | |
| 1 | | Allgemeine Vertretungsregelung: Die Gesellschaft wird durch die kollektive Unterschrift von je zwei Zeichnungsberechtigten verpflichtet. | | |
| 69 | | Statutenänderung lt. Beschluss der Generalversammlung vom 02.09.2011. | | |

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| | | | 1 | Landeszeitungen |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| | | | | | |

| Zei | Ref | TB-Nr | TB-Datum | Zei | Ref | TB-Nr | TB-Datum |
|---|---|---|---|---|---|---|---|
| | 0 | | (Auslassung) | HJ | 42 | 682 | 11.01.2010 |
| gm | 1 | 0 | 26.06.2004 | SCR | 43 | 1659 | 18.01.2010 |
| HR | 2 | 5764 | 17.09.2004 | WE | 44 | 7919 | 11.03.2010 |
| WE | 3 | 11598 | 01.12.2004 | SM | 45 | 14340 | 12.05.2010 |
| WE | 4 | 563 | 11.01.2005 | SM | 46 | 16068 | 01.06.2010 |
| WE | 5 | 4843 | 09.03.2005 | HRE | 47 | 19693 | 02.07.2010 |
| GM | 6 | 11997 | 14.06.2005 | HJ | 48 | 20207 | 07.07.2010 |
| FE | 7 | 16325 | 03.08.2005 | HRE | 49 | 22309 | 26.07.2010 |
| BD | 8 | 17011 | 17.08.2005 | HRE | 50 | 27568 | 14.09.2010 |
| HR | 9 | 19306 | 23.09.2005 | HRE | 51 | 30631 | 13.10.2010 |
| HR | 10 | 19524 | 27.09.2005 | HJ | 52 | 3824 | 01.02.2011 |
| FE | 11 | 25099 | 14.12.2005 | EP | 53 | 6158 | 16.02.2011 |
| WE | 12 | 8097 | 05.05.2006 | SM | 54 | 8106 | 04.03.2011 |
| FE | 13 | 8556 | 12.05.2006 | EP | 55 | 8903 | 21.03.2011 |

Vaduz, 15.07.2014 07:31                                                                 Fortsetzung auf der folgenden Seite



**AMT FÜR JUSTIZ**
**FÜRSTENTUM LIECHTENSTEIN**
HANDELSREGISTER

# HANDELSREGISTER-AUSZUG

| FL-0001.541.083-9 | Volksbank Aktiengesellschaft | | Schaan | 2 |

**Aktuelle Eintragungen**

| Zei | Ref | TB-Nr | TB-Datum | Zei | Ref | TB-Nr | TB-Datum |
|---|---|---|---|---|---|---|---|
| GMA | 14 | 12358 | 03.07.2006 | SM | 56 | 8986 | 22.03.2011 |
| AA | 15 | 12564 | 05.07.2006 | SM | 57 | 9881 | 04.04.2011 |
| GMA | 16 | 18668 | 18.09.2006 | SCR | 58 | 10001 | 05.04.2011 |
| AA | 17 | 21198 | 13.10.2006 | SM | 59 | 10815 | 20.04.2011 |
| BD | 18 | 31 | 03.01.2007 | SCR | 60 | 16908 | 21.07.2011 |
| NI | 19 | 809 | 16.01.2007 | GE | 61 | 17567 | 01.08.2011 |
| SM | 20 | 4393 | 02.03.2007 | SCR | 62 | 19123 | 24.08.2011 |
| WE | 21 | 4695 | 06.03.2007 | SCR | 63 | 19393 | 29.08.2011 |
| SM | 22 | 6963 | 30.03.2007 | HRE | 64 | 26837 | 07.12.2011 |
| KJ | 23 | 9157 | 08.05.2007 | HRE | 65 | 3610 | 01.03.2012 |
| HR | 24 | 16000 | 07.08.2007 | SJ | 66 | 4025 | 08.03.2012 |
| KJ | 25 | 16970 | 23.08.2007 | HRE | 67 | 5084 | 23.03.2012 |
| GE | 26 | 23005 | 23.11.2007 | SJ | 68 | 6035 | 12.04.2012 |
| SM | 27 | 4371 | 03.03.2008 | EP | 69 | 6434 | 18.04.2012 |
| KJ | 28 | 6728 | 07.04.2008 | SJ | 70 | 7679 | 14.05.2012 |
| HR | 29 | 7372 | 16.04.2008 | SJ | 71 | 9156 | 12.06.2012 |
| EP | 30 | 11556 | 18.06.2008 | SM | 72 | 9894 | 22.06.2012 |
| HR | 31 | 16935 | 10.09.2008 | NA | 73 | 14380 | 24.09.2012 |
| HJ | 32 | 20687 | 30.10.2008 | HRE | 74 | 14521 | 26.09.2012 |
| EP | 33 | 21023 | 04.11.2008 | EP | 75 | 498 | 11.01.2013 |
| GE | 34 | 23203 | 03.12.2008 | BEN | 76 | 1429 | 25.01.2013 |
| GE | 35 | 23612 | 10.12.2008 | SJ | 77 | 4285 | 22.03.2013 |
| WE | 36 | 11454 | 22.04.2009 | SJ | 78 | 6461 | 08.05.2013 |
| HR | 37 | 12995 | 07.05.2009 | HR | 79 | 8761 | 21.06.2013 |
| HJ | 38 | 16705 | 10.06.2009 | HRE | 80 | 11475 | 06.08.2013 |
| HR | 39 | 26700 | 14.09.2009 | SJ | 81 | 15365 | 14.10.2013 |
| WE | 40 | 30699 | 19.10.2009 | BEN | 82 | 19673 | 04.12.2013 |
| WE | 41 | 38531 | 16.12.2009 | HR | 83 | 13192 | 14.07.2014 |

| Ei | Ae | Lö | Angaben zur Verwaltung | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | PricewaterhouseCoopers AG, 9001 St. Gallen | Revisionsstelle | |
| 1 | | | Gomboc, Thomas, StA: Österreich, 6972 Fussach | Prokurist | Kollektivunterschrift zu zweien |
| | 2 | | Valentini, Hildegard, StA: Österreich, 6830 Rankweil | Prokurist | Kollektivunterschrift zu zweien |
| | 10 | | Werle, Mag. Josef, StA: Österreich, 6820 Frastanz | Geschäftsführer + Direktor | Kollektivunterschrift zu zweien |
| 26 | | | Müller, Dr. Roland, StA: Österreich, 6800 Feldkirch | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 36 | | | Wiedemann, Stefan, StA: Österreich, 6923 Lauterach | Vize-Direktor | Kollektivunterschrift zu zweien |
| 39 | | | Ender, Werner Josef, StA: Liechtenstein, 9494 Schaan | Prokurist | Kollektivunterschrift zu zweien |
| | 42 | | Mengiardi, Dr. iur Reto, StA: Schweiz, 7000 Chur | Vizepräsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 55 | | Hamel, Gerhard, StA: Österreich, 6811 Göfis | Präsident des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 67 | | | Wolf, Stefan Anton, StA: Österreich, 9491 Ruggell | Mitglied der Geschäftsleitung | Kollektivunterschrift zu zweien |
| 68 | | | Prpic, Violeta, StA: Österreich, 6830 Rankweil | | Kollektivunterschrift zu zweien |
| 68 | | | Watzenegger, Julia, StA: Österreich, 6830 Rankweil | | Kollektivunterschrift zu zweien |
| 68 | | | Probst, Marco, StA: Österreich, 6700 Bludenz | | Kollektivunterschrift zu zweien |

Vaduz, 15.07.2014 07:31    Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# HANDELSREGISTER-AUSZUG

| FL-0001.541.083-9 | Volksbank Aktiengesellschaft | | Schaan | 3 |
|---|---|---|---|---|

Aktuelle Eintragungen

| Ei | Ae | Lö | Angaben zur Verwaltung | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 68 | | | Salzger, Daniel, StA: Österreich, 6800 Feldkirch | | Kollektivunterschrift zu zweien |
| | 68 | | Benz, Tamara, StA: Schweiz, 9444 Diepoldsau | | Kollektivunterschrift zu zweien |
| | 68 | | Ender, Mario Franz, StA: Liechtenstein, 9494 Schaan | | Kollektivunterschrift zu zweien |
| | 68 | | Hofstetter, Alexandra, StA: Österreich, 9492 Eschen | | Kollektivunterschrift zu zweien |
| | 68 | | Summer, Carmen, StA: Österreich, 6840 Götzis | | Kollektivunterschrift zu zweien |
| | 68 | | Dorn, Daniela, StA: Österreich, 6844 Altach | | Kollektivunterschrift zu zweien |
| | 70 | | Bereuter-Dellemann, Brigitte, StA: Österreich, 6800 Feldkirch | Prokuristin | Kollektivunterschrift zu zweien |
| 72 | | | Elsner, Anja, StA: Liechtenstein, 9490 Vaduz | | Kollektivunterschrift zu zweien |
| 73 | | | Nigsch, Dr. Marco Emanuel, StA: Österreich, 9494 Schaan | Direktor | Kollektivunterschrift zu zweien |
| 73 | | | Lauermann, Bernd, StA: Österreich, 9473 Gams | Prokurist | Kollektivunterschrift zu zweien |
| | 74 | | Winkler, Dr. Helmut, StA: Österreich, 6824 Schlins | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| | 75 | | Grass, Mag. Alexander, StA: Österreich, 6710 Nenzig | Prokurist | Kollektivunterschrift zu zweien |
| | 75 | | Titze, Christian Michael, StA: Deutschland, 7320 Sargans | Prokurist | Kollektivunterschrift zu zweien |
| 77 | | | Fitz, Thomas, StA: Österreich, 6971 Hard | Prokurist | Kollektivunterschrift zu zweien |
| 77 | | | Zengerle, Hannes, StA: Österreich, 6863 Egg | | Kollektivunterschrift zu zweien |
| | 79 | | Stemmer, Oliver Friedrich, StA: Deutschland, 94522 Haidlfing | Prokurist | Kollektivunterschrift zu zweien |
| 79 | | | Riedlechner, Joachim, StA: Liechtenstein, 9491 Ruggell | Prokurist | Kollektivunterschrift zu zweien |
| 81 | | | Keel, Markus Antonius, StA: Liechtenstein, 6820 Frastanz | Mitglied des Verwaltungsrates | Kollektivunterschrift zu zweien |
| 82 | | | Reid, Sarah Maria, StA: Österreich, 6840 Götzis | | Kollektivunterschrift zu zweien |
| 82 | | | Rützler, Nina, StA: Österreich, 6971 Hard | | Kollektivunterschrift zu zweien |
| 82 | | | Rauch, Sigrid, StA: Italien, 6812 Meiningen | | Kollektivunterschrift zu zweien |
| 82 | | | Andujar Portillo, Ramona Christina, StA: Österreich, 6800 Feldkirch | | Kollektivunterschrift zu zweien |
| | 83 | | Fend, Alexander, StA: Österreich, 6800 Feldkirch | Prokurist | Kollektivunterschrift zu zweien |
| 83 | | | Bernatzik, Maria, StA: Österreich, 6900 Bregenz | | Kollektivunterschrift zu zweien |
| 83 | | | Gebhardt, Daniela Elisabeth, StA: Österreich, 6972 Fussach | | Kollektivunterschrift zu zweien |
| 83 | | | Rhomberg, Jasmin Andrea, StA: Österreich, 6830 Rankweil | | Kollektivunterschrift zu zweien |

Vaduz, 15.07.2014 07:31

Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# HANDELSREGISTER-AUSZUG

| FL-0001.541.083-9 | Volksbank Aktiengesellschaft | Schaan | 4 |

Aktuelle Eintragungen

Vaduz, 15.07.2014 07:31 HR



Beglaubigter Auszug:

Rico HASSLER

Dieser Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat ohne die nebenstehende Originalbeglaubigung keine Gültigkeit. Er enthält alle gegenwärtig aktuellen Eintragungen. Auf besonderes Verlangen kann auch ein Auszug erstellt werden, der alle Eintragungen, die aktuellen und die gestrichenen, enthält.





UNTERSCHRIFTENVERZEICHNIS
LIST OF AUTHORIZED SIGNATURES

Stand Juni 2014
As at June 2014

Volksbank Aktiengesellschaft | Feldkircher Strasse 2 | FL-9494 Schaan | Telefon: +423 239 04 04 | Fax: +423 239 04 05 | E-Mail: info@volksbank.li www.volksbank.li

**Volksbank AG
Feldkircher Strasse 2
9494 Schaan
Fürstentum Liechtenstein**

Zeichnungsberechtigte Personen mit Kollektivzeichnungsrecht zu zweien
*Persons with signing authority jointly by two*

Die Firmenzeichnung ist wie folgt festgelegt:
*Company signing is defined as follows:*

1. Die Direktoren, Vizedirektoren und Prokuristen unterzeichnen kollektiv zu zweien.
   *Directors, Vice Directors and authorized officers sign with dual signing authority.*
1. Die Handlungsbevollmächtigten unterzeichnen kollektiv mit einem Direktor, Vizedirektor oder Prokuristen.
   *A registered manager signs collective with a Director, Vice Director or authorized officer.*

## GRUPPE A / GESCHÄFTSLEITUNG UND VIZEDIREKTOREN
## GROUP A / DIRECTORS (EXECUTIVE BOARD) AND VICE DIRECTORS

| NAME / VORNAME<br>SURNAME / FORENAME | UNTERSCHRIFT / SIGNATURE | KÜRZEL / ABBREVIATION |
|---|---|---|
| WOLF  Stefan<br>Geschäftsleitung<br>Management Board | *[signature]* | *[initials]* |
| WERLE  Josef<br>Geschäftsleitung<br>Management Board | *[signature]* | *[initials]* |
| DR. NIGSCH  Marco<br>Geschäftsleitung<br>Management Board | *[signature]* | *[initials]* |
| WIEDEMANN  Stefan<br>Vizedirektor /<br>Vice Director | *[signature]* | *[initials]* |

## GRUPPE B / PROKURISTEN
## GROUP B / AUTHORIZED OFFICER

| NAME / VORNAME<br>SURNAME / FORENAME | | UNTERSCHRIFT / SIGNATURE | KÜRZEL / ABBREVIATION |
|---|---|---|---|
| BEREUTER-DELLEMANN | Brigitte | | |
| ENDER | Werner | | |
| FEND | Alexander | | FEA |
| FITZ | Thomas | | |
| GOMBOC | Thomas | | |
| GRASS | Alexander | | |
| LAUERMANN | Bernd | | |
| RIEDLECHNER | Joachim | | |
| STEMMER | Oliver | | |
| TITZE | Christian | | |
| VALENTINI | Hildegard | | |

## GRUPPE C / HANDLUNGSBEVOLLMÄCHTIGTE
## GROUP C / REGISTERED MANAGER

| NAME / VORNAME SURNAME / FORENAME | | UNTERSCHRIFT / SIGNATURE | KÜRZEL / ABBREVIATION |
|---|---|---|---|
| ANDUJAR | Ramona | i.V. *(signature)* | ANR |
| BENZ | Tamara | i.V. *(signature)* | *(initials)* |
| BERNATZIK | Maria | i.V. *(signature)* | MB |
| DORN | Daniela | i.V. D. Dorn | *(initials)* |
| ELSNER | Anja | i.V. *(signature)* | *(initials)* |
| ENDER | Mario | i.V. *(signature)* | *(initials)* |
| GEBHARDT | Daniela | i.V. *(signature)* | ged |
| HOFSTETTER | Alexandra | i.V. *(signature)* | *(initials)* |
| PROBST | Marco | i.V. Marco Probst | *(initials)* |
| PRPIC | Violeta | i.V. Violeta Prpić | prv |

## GRUPPE C / HANDLUNGSBEVOLLMÄCHTIGTE
## GROUP C / REGISTERED MANAGER

| NAME / VORNAME SURNAME / FORENAME | | UNTERSCHRIFT / SIGNATURE | KÜRZEL / ABBREVIATION |
|---|---|---|---|
| RAUCH | Sigrid | i.V. Sigrid Rauch | |
| REID | Sarah | i.V. Reid | |
| RHOMBERG | Jasmin | i.V. Jasmin Rhomberg | |
| RÜTZLER | Nina | i.V. | |
| SALZGER | Daniel | i.V. | |
| SUMMER | Carmen | i.V. Carmen Summer | SUC |
| ZENGERLE | Hannes | I.V. Hannes Zengerle | |
| ZULJI-MEMIDZAN | Edita | Edita Zulji | |

Volksbank Aktiengesellschaft | Feldkircher Strasse 2 | FL-9494 Schaan | Telefon: +423 239 04 04 | Fax: +423 239 04 05 | E-Mail: info@volksbank.li www.volksbank.li