## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Caspian Capital Partners, L.P.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Caspian Select Credit Master Fund, Ltd.**, its successors and assigns ("Buyer"), a ratable portion equal to USD 344,870.00 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 43812.01 (CUSIP/ISIN XS0298692434) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of August 2014.

SELLER:

**Caspian Capital Partners, L.P.**

By: _[signature]_
Name:
Title:

Address:
c/o Caspian Capital LP
767 Fifth Avenue, 45th Floor
New York, New York 10153

BUYER:

**Caspian Select Credit Master Fund, Ltd.**

By: _[signature]_
Name:
Title:

Address:
c/o Caspian Capital LP
767 Fifth Avenue, 45th Floor
New York, New York 10153