# United States Bankruptcy Court

## Southern District of New York

<u>In re:</u> **Lehman Brothers Holdings, Inc. et al.**          <u>Case No.:</u> **08-13555**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**<u>Farallon Capital Offshore Investors II, L.P.</u>**

Name and Address where notices to transferee should be sent

**c/o Farallon Capital Management, L.L.C.**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Max Strasburg**

**<u>J.P. Morgan Securities plc</u>**
Name of Transferor

Court Claim Number: **30300**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 276,667.37

Court Claim Number: **30301**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 103,374.36

Court Claim Number: **30302**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 235,693.53

Court Claim Number: **30303**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 436,051.84

Court Claim Number: **30304**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 651,070.50

Court Claim Number: **30318**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 193,591.98

Court Claim Number: **30319**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 71,422.28

Court Claim Number: **30320**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 368,388.62

Court Claim Number: **30340**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 4,956,330.57

Court Claim Number: **30341**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 225,544.05

Court Claim Number: **36267**
Allowed Amount of Claim Transferred with respect to ISIN XS0260592752: $ 662,265.75

Court Claim Number: **40672**
Allowed Amount of Claim Transferred with respect to ISIN XS0291131141: $ 656,336.42

Court Claim Number: **44551**
Allowed Amount of Claim Transferred with respect to ISIN XS0228154158: $ 204,938.14

Court Claim Number: **44551**
Allowed Amount of Claim Transferred with respect to ISIN XS0228154158: $ 660,111.58

Court Claim Number: **44572**
Allowed Amount of Claim Transferred with respect to ISIN CH0027120655: $ 1,059,383.65

Court Claim Number: **44575**
Allowed Amount of Claim Transferred with respect to ISIN XS0268576609: $ 654,686.49

Court Claim Number: **44619**
Allowed Amount of Claim Transferred with respect to ISIN XS0139285257: $ 7,154,066.97

Court Claim Number: **44619**
Allowed Amount of Claim Transferred with respect to ISIN XS0154907991: $ 7,744,711.07

Court Claim Number: **47603**
Allowed Amount of Claim Transferred with respect to ISIN AU300LBTC011: $ 563,860.13

Court Claim Number: **49737**
Allowed Amount of Claim Transferred with respect to ISIN XS0176153350: $ 674,706.78

Court Claim Number: **49737**
Allowed Amount of Claim Transferred with respect to ISIN XS0297522228: $ 3,035,692.59

Court Claim Number: **49737**
Allowed Amount of Claim Transferred with respect to ISIN XS0200284247: $ 533,719.28

Court Claim Number: **49737**
Allowed Amount of Claim Transferred with respect to ISIN XS0185655445: $ 672,461.61

Court Claim Number: **50315**
Allowed Amount of Claim Transferred with respect
to ISIN XS0125559467: $ 534,425.58

Court Claim Number: **50315**
Allowed Amount of Claim Transferred with respect
to ISIN XS0126892255: $ 777,378.87

Court Claim Number: **50315**
Allowed Amount of Claim Transferred with respect
to ISIN XS0163560690: $ 798,539.47

Court Claim Number: **50316**
Allowed Amount of Claim Transferred with respect
to ISIN XS0125559467: $ 2,388,823.30

Court Claim Number: **50316**
Allowed Amount of Claim Transferred with respect
to ISIN XS0125559467: $ 440,873.32

Court Claim Number: **50316**
Allowed Amount of Claim Transferred with respect
to ISIN XS0126892255: $ 4,118,161.35

Court Claim Number: **50316**
Allowed Amount of Claim Transferred with respect
to ISIN XS0163560690: $ 4,233,434.36

Court Claim Number: **51638**
Allowed Amount of Claim Transferred with respect
to ISIN XS0214347360: $ 2,017,496.94

Court Claim Number: **52389**
Allowed Amount of Claim Transferred with respect
to ISIN XS0218304458: $ 335,639.33

Court Claim Number: **52390**
Allowed Amount of Claim Transferred with respect
to ISIN XS0210433206: $ 424,262.80

Court Claim Number: **55824**
Allowed Amount of Claim Transferred with respect
to ISIN XS0301522719: $ 951,687.80

Court Claim Number: **55829**
Allowed Amount of Claim Transferred with respect
to ISIN XS0336151088: $ 727,220.75

Court Claim Number: **55935**
Allowed Amount of Claim Transferred with respect
to ISIN XS0323848977: $ 3,396,219.50

Court Claim Number: **56717**
Allowed Amount of Claim Transferred with respect
to ISIN XS0260371827: $ 721,970.06

Court Claim Number: **56941**
Allowed Amount of Claim Transferred with respect
to ISIN AU300LBTC029: $ 2,443,956.96

Court Claim Number: **58221**
Allowed Amount of Claim Transferred with respect
to ISIN XS0210782552: $ 144,169.07

Court Claim Number: **58247**
Allowed Amount of Claim Transferred with respect
to ISIN XS0270752313: $ 1,711,671.12

Court Claim Number: **58247**
Allowed Amount of Claim Transferred with respect
to ISIN XS0260592752: $ 3,311,328.77

Court Claim Number: **58893**
Allowed Amount of Claim Transferred with respect
to ISIN XS0248282120: $ 1,450,649.84

Court Claim Number: **58893**
Allowed Amount of Claim Transferred with respect
to ISIN XS0248282120: $ 1,015,888.01

Court Claim Number: **58895**
Allowed Amount of Claim Transferred with respect
to ISIN XS0248282120: $ 435,194.53

Court Claim Number: **58895**
Allowed Amount of Claim Transferred with respect
to ISIN XS0248282120: $ 514,232.26

Court Claim Number: **58895**
Allowed Amount of Claim Transferred with respect
to ISIN XS0248282120: $ 419,094.38

Court Claim Number: **58895**
Allowed Amount of Claim Transferred with respect
to ISIN XS0248282120: $ 745,654.13

Court Claim Number: **58914**
Allowed Amount of Claim Transferred with respect
to ISIN AU300LBTC011: $ 563,860.13

Court Claim Number: **58915**
Allowed Amount of Claim Transferred with respect
to ISIN AU300LBTC011: $ 1,503,627.02

Court Claim Number: **58918**
Allowed Amount of Claim Transferred with respect
to ISIN AU300LBTC011: $ 563,860.13

Court Claim Number: **59427**
Allowed Amount of Claim Transferred with respect
to ISIN XS0168797032: $ 1,900,093.93

Court Claim Number: **59427**
Allowed Amount of Claim Transferred with respect to ISIN XS0168797032: $ 169,334.80

Court Claim Number: **59427**
Allowed Amount of Claim Transferred with respect to ISIN XS0168797032: $ 2,953.52

Court Claim Number: **59495**
Allowed Amount of Claim Transferred with respect to ISIN XS0288524795: $ 1,318,388.64

Court Claim Number: **60639**
Allowed Amount of Claim Transferred with respect to ISIN XS0289069519: $ 1,045,317.55

Court Claim Number: **60639**
Allowed Amount of Claim Transferred with respect to ISIN XS0289069519: $ 854,066.12

Court Claim Number: **60639**
Allowed Amount of Claim Transferred with respect to ISIN XS0289069519: $ 212,945.63

Court Claim Number: **60655**
Allowed Amount of Claim Transferred with respect to ISIN XS0279202682: $ 817,833.71

Court Claim Number: **61055**
Allowed Amount of Claim Transferred with respect to ISIN XS0209164358: $ 3,941,669.48

Court Claim Number: **61059**
Allowed Amount of Claim Transferred with respect to ISIN XS0209164192: $ 3,278,970.34

Court Claim Number: **61059**
Allowed Amount of Claim Transferred with respect to ISIN XS0209164192: $ 4,013,401.84

Court Claim Number: **61059**
Allowed Amount of Claim Transferred with respect to ISIN XS0209164192: $ 1,255,174.32

Court Claim Number: **62721**
Allowed Amount of Claim Transferred with respect to ISIN XS0180580572: $ 11,387,548.94

Court Claim Number: **62743**
Allowed Amount of Claim Transferred with respect to ISIN XS0315504323: $ 4,612,265.97

Court Claim Number: **62743**
Allowed Amount of Claim Transferred with respect to ISIN XS0315504323: $ 4,612,265.97

Court Claim Number: **62743**
Allowed Amount of Claim Transferred with respect to ISIN XS0315504323: $ 6,588,951.39

Court Claim Number: **62822**
Allowed Amount of Claim Transferred with respect to ISIN XS0309103546: $ 656,336.42

Court Claim Number: **63325**
Allowed Amount of Claim Transferred with respect to ISIN XS0210782552: $ 1,005,830.70

Court Claim Number: **63595**
Allowed Amount of Claim Transferred with respect to ISIN XS0218614567: $ 3,361,321.20

Court Claim Number: **63595**
Allowed Amount of Claim Transferred with respect to ISIN XS0255988817: $ 8,368,289.34

Court Claim Number: **63597**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 262,534.57

Court Claim Number: **63597**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 328,168.21

Court Claim Number: **63597**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 262,534.57

Court Claim Number: **63597**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 459,435.49

Court Claim Number: **63598**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 984,504.63

Court Claim Number: **63598**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 1,312,672.84

Court Claim Number: **63598**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 1,115,771.91

Court Claim Number: **63598**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 1,837,741.97

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect to ISIN XS0213454829: $ 656,336.44

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0218614567: $ 672,264.22

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0213454829: $ 787,603.70

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0218614567: $ 806,717.09

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0213454829: $ 656,336.40

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0218614567: $ 739,490.67

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0213454829: $ 1,181,405.56

Court Claim Number: **63605**
Allowed Amount of Claim Transferred with respect
to ISIN XS0218614567: $ 1,142,849.21

Court Claim Number: **66501**
Allowed Amount of Claim Transferred with respect
to ISIN XS0268043709: $ 1,812,144.85

Court Claim Number: **66501**
Allowed Amount of Claim Transferred with respect
to ISIN XS0268043709: $ 147,019.33

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0283820065: $ 575,322.71

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0289253287: $ 706,693.59

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0290250454: $ 388,060.30

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0290251007: $ 1,524,491.69

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0291347234: $ 453,862.00

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0283820065: $ 487,487.18

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0289253287: $ 598,234.95

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0290250454: $ 329,007.64

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0290251007: $ 1,290,834.33

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0291347234: $ 384,440.95

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0283820065: $ 117,480.02

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0289253287: $ 144,992.06

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0290250454: $ 78,335.15

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0290251007: $ 316,445.04

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0291347234: $ 95,089.34

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0284892261: $ 1,600,420.57

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0288341448: $ 5,307,882.47

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0303838006: $ 3,256,260.15

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0284511994: $ 12,046,503.22

Court Claim Number: **66962**
Allowed Amount of Claim Transferred with respect
to ISIN XS0284511994: $ 5,616,085.42

Court Claim Number: **67180**
Allowed Amount of Claim Transferred with respect
to ISIN XS0263871674: $ 3,272,860.37

Court Claim Number: **67474**
Allowed Amount of Claim Transferred with respect
to ISIN XS0244093927: $ 17,899.89

Court Claim Number: **67475**
Allowed Amount of Claim Transferred with respect
to ISIN XS0244093927: $ 153,562.20

Court Claim Number: **67476**
Allowed Amount of Claim Transferred with respect
to ISIN XS0244093927: $ 118,637.23

Court Claim Number: **67477**
Allowed Amount of Claim Transferred with respect
to ISIN XS0244093927: $ 46,364.75

Phone: _____
Last Four Digits of Acct#:_____

Name and Address where transferee payments
should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: /s/ Monica Landry, Managing Member of the General Partner          Date:  8/18/14
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, J.P. Morgan Securities plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Farallon Capital Offshore Investors II, LP (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number(s) set forth at Schedule 1 hereto (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) distributions have been received in respect of the Transferred Claims, which distributions have been no less favorable, including with respect to timing of distributions, than those received by creditors holding similar claims against the Debtors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is dated as set forth below.

**J.P. Morgan Securities plc**

By: _____
Name:    Andrew C. Faherty
Title:    Authorized Signatory
Date:    8/5/14

Address:
J.P. Morgan Securities plc
Mail Code: NY1-M138
383 Madison Avenue – Floor 43
New York, New York 10179
ATTN: Jeffrey L. Panzo

**Farallon Capital Offshore Investors II, LP**
By: Farallon Partners, L.L.C., its General Partner

By: _____
Name:
Title:    Rajiv A. Patel
Date:    Managing Member    8/5/14

Address:
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

2

Farallon Capital Offshore Investors II, LP

**Schedule 1**
Transferred Claims

**Purchased Claim**

The allowed amounts set forth below together with all accrued interest, fees and other recoveries due.

Lehman Programs Securities to which Transfer Relates

| | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 1 | Fixed Rate Note | 30300.01 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 340,400 | $276,667.37 |
| 2 | Fixed Rate Note | 30301.01 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 127,188 | $103,374.36 |
| 3 | Fixed Rate Note | 30302.01 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 289,988 | $235,693.53 |
| 4 | Fixed Rate Note | 30303 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 536,500 | $436,051.84 |
| 5 | Fixed Rate Note | 30304.01 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 801,050 | $651,070.50 |
| 6 | Fixed Rate Note | 30318 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 238,188 | $193,591.98 |
| 7 | Fixed Rate Note | 30319 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 87,875 | $71,422.28 |
| 8 | Fixed Rate Note | 30320 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 453,250 | $368,388.62 |
| 9 | Fixed Rate Note | 30340 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 6,098,063 | $4,956,330.57 |
| 10 | Fixed Rate Note | 30341 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 277,500 | $225,544.05 |
| 11 | Issue of EUR 6,000,000 Callable Fixed Rate Notes Due July 2026 under the US $45,000,000,000 Euro Medium Term Note Retail Program | 36267 | XS0260502752 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $662,265.75 |
| 12 | Issue of EUR 1,000,000 Index Linked Redemption Notes Due March 2012 under a Basket of Indices under the US $60,000,000,000 Euro Medium Term Note Program | 40672 | XS0291131141 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $656,336.42 |

| | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 13 | Issue of CHF 16,000,000 Equity Linked Notes due September 2010 relating to a basket of shares under the US $45,000,000,000 Euro Medium Term Note Program | 44551.13 | XS0228154158 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | CHF | 231,250 | $204,938.14 |
| 14 | Issue of CHF 16,000,000 Equity Linked Notes due September 2010 relating to a basket of shares under the US $45,000,000,000 Euro Medium Term Note Program | 44551.14 | XS0228154158 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | CHF | 740,000 | $660,111.58 |
| 15 | Issue of CHF 30,000,000 Capital Protected Certificates on a Basket of Shares | 44572.12 | CH0027120655 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | CHF | 1,184,000 | $1,059,383.65 |
| 16 | Issue of CHF 12,000,000 Equity Linked Notes due September 2011 relating to a Basket of Shares under the US $60,000,000,000 Euro Medium Term Note Program | 44575.11 | XS0268576609 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | CHF | 727,050 | $654,686.49 |
| 17 | Issue of EUR 20,000,000 Zero Coupon Notes due December 2009 Linked to Indices under the US $16,000,000,000 Euro Medium Term Note Program | 44619.04 | XS0139285257 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 5,041,250 | $7,154,066.97 |
| 18 | Issue of EUR 18,500,000 Equity Basket Coupon Linked Notes due October 2010 under the US $16,000,000,000 Euro Medium Term Note Program | 44619.04 | XS0154907991 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 5,263,250 | $7,744,711.07 |
| 19 | Issue of AUD 250,000,000 Australian Domestic Fixed Rate Notes due 8/24/11 under the US $60,000,000,000 Euro Medium Term Note Program | 47603 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 693,750 | $563,860.13 |
| 20 | Issue of EUR 300,000,000 Inflation linked Multi-tranche Notes under the US $18,000,000,000 Euro Medium Term Note Program | 49737.03 | XS0176153350 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $674,706.78 |
| 21 | Issue of EUR 5,000,000 MarQCuS Notes due May 2010 under the US $60,000,000,000 Euro Medium Term Note Program | 49737.23 | XS0297522228 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,312,500 | $3,035,692.59 |
| 22 | Issue of EUR 125,000,000 Inflation linked Notes under the US $25,000,000,000 Euro Medium Term Note Program | 49737.32 | XS0200284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 365,375 | $533,719.28 |

| | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 23 | Issue of EUR 50,000,000 Inflation linked Notes under the US $18,000,000,000 Term Note Program | 49737.33 | XS0185655445 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $672,461.61 |
| 24 | MTN1090 | 50315.44 | XS0125559467 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 375,079 | $534,425.58 |
| 25 | MTN1120 | 50315.44 | XS0126892255 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 546,040 | $777,378.87 |
| 26 | MTN1680 | 50315.44 | XS0163560690 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 560,192 | $798,539.47 |
| 27 | MTN1090 | 50316.44 | XS0125559467 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,676,563 | $2,388,823.30 |
| 28 | MTN1090 | 50316.45 | XS0125559467 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 309,421 | $440,873.32 |
| 29 | MTN1120 | 50316.45 | XS0126892255 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,892,647 | $4,118,161.35 |
| 30 | MTN1680 | 50316.45 | XS0163560690 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,969,840 | $4,233,434.36 |
| 31 | Issue of EUR 3,000,000 Floating Rate/Index Linked Notes Due March 2015 under the US $25,000,000,000 Euro Medium Term Note Program | 51638.01 | XS0214347360 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,387,500 | $2,017,496.94 |
| 32 | Index linked Notes | 52389 | XS0021830458 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 231,250 | $335,639.33 |
| 33 | Index linked Notes | 52390 | XS0210433206 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 289,063 | $424,262.80 |
| 34 | Issue of EUR 15,000,000 Capital Protected Notes Due Dec. 2010 relating to a Basket of Asian Markets Assets under the US $60,000,000,000 Euro Medium Term Note Retail Program | 55824.1 | XS0301522719 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 670,625 | $951,697.80 |
| 35 | Issue of EUR 10,000,000 Equity Linked Notes Due July 2009 relating to a Basket of Shares under the US $100,000,000,000 Euro Medium Term Note Program | 55829.02 | XS0336151088 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 512,450 | $727,220.75 |
| 36 | Autoredeemer Worst of Basket Note | 55935 | XS0323848977 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 3,769,375 | $3,396,219.50 |
| 37 | Issue of EUR 4,000,000 Multi Asset Rainbow Notes due 2011 relating to a Basket of 3 Indices under the US $60,000,000,000 Euro Medium Term Note Program | 56717.01 | XS0260371827 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 508,750 | $721,970.06 |

| # | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 38 | Issue of Australian Domestic Floating Rate Notes due 8/24/11 under the US $80,000,000,000 Euro Medium Term Note Program | 56941 | AU3001BTC029 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 3,006,250 | $2,443,956.96 |
| 39 | Issue of EUR 100,000,000 CMS-Linked Notes due February 2013 Under the US $25,000,000,000 Euro Medium Term Note Program | 58221.44 | XS0210782552 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 99,438 | $144,169.07 |
| 40 | Issue of EUR 2,500,000 Callable Inverse Floater Notes due October 2036 under the US $80,000,000 Euro Medium Term Note Program | 58247.01 | XS0270752313 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,156,250 | $1,711,671.12 |
| 41 | Issue of EUR 6,000,000 Callable Fixed Rate Notes due July 2026 under the US $45,000,000 Euro Medium Term Note retail Note Program | 58247.02 | XS0260592752 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,312,500 | $3,311,328.77 |
| 42 | Note Issued under USD 45,000,000,000 Euro Medium Term Note Retail Program | 58893 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 952,039 | $1,450,649.84 |
| 43 | Note Issued under USD 45,000,000,000 Euro Medium Term Note Retail Program | 58893.03 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 666,711 | $1,015,888.01 |
| 44 | Note Issued under USD 45,000,000,000 Euro Medium Term Note Retail Program | 58895 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 285,611 | $435,194.53 |
| 45 | Note Issued under USD 45,000,000,000 Euro Medium Term Note Retail Program | 58895.01 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 337,483 | $514,232.26 |
| 46 | Note Issued under USD 45,000,000,000 Euro Medium Term Note Retail Program | 58895.02 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 275,045 | $419,094.38 |
| 47 | Note Issued under USD 45,000,000,000 Euro Medium Term Note Retail Program | 58895.03 | XS0248282120 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 489,361 | $745,654.13 |
| 48 | Fixed Rate Note | 58914 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 693,750 | $563,860.13 |
| 49 | Fixed Rate Note | 58915 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 1,850,000 | $1,503,627.02 |
| 50 | Fixed Rate Note | 58918 | AU300LBTC011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD | 693,750 | $563,860.13 |
| 51 | Issue of 37,000,000 Synthetic Index Linked Notes due 2009 under USD 15,000,000,000 Euro Medium Term Note Program | 59427 | XS0168797032 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,338,938 | $1,900,093.93 |

| | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 52 | Issue of 37,000,000 Synthetic Index Linked Notes due 2009 under USD 15,000,000,000 Euro Medium Term Note Program | 59427.01 | XS0168797032 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 119,325 | $169,334.80 |
| 53 | Issue of 37,000,000 Synthetic Index Linked Notes due 2009 under USD 15,000,000,000 Euro Medium Term Note Program | 59427.03 | XS0168797032 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,081 | $2,953.52 |
| 54 | Issue of EUR 15,000,000 Variable Coupon CPPI Notes due April 2017 Under the US $60,000,000,000 Euro Medium term Note Program | 59495 | XS0288524795 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 925,000 | $1,318,388.64 |
| 55 | ITRAXX Europe Series 6 | 60639.08 | XS0289069519 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 846,838 | $1,045,317.55 |
| 56 | ITRAXX Europe Series 6 | 60639.1 | XS0289069519 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 691,900 | $854,066.12 |
| 57 | ITRAXX Europe Series 6 | 60639.11 | XS0289069519 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 172,513 | $212,945.63 |
| 58 | Multi Index replacement Rainbow Cliquet | 60655 | XS0279202682 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 601,250 | $817,833.71 |
| 59 | Issue of EUR 25,000,000 Floating Rate/Index Linked Notes due October 15, 2018 under USD 25,000,000,000 Euro Medium Term Note Program | 61055 | XS0209164858 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,775,000 | $3,941,669.48 |
| 60 | Issue of EUR 25,000,000 Floating Rate/Index Linked Notes due October 1, 2018 under USD 25,000,000,000 Euro Medium Term Note Program | 61059 | XS0209164192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,306,488 | $3,278,970.34 |
| 61 | Issue of EUR 25,000,000 Floating Rate/Index Linked Notes due October 1, 2018 under USD 25,000,000,000 Euro Medium Term Note Program | 61059.01 | XS0209164192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,823,100 | $4,013,401.84 |
| 62 | Issue of EUR 25,000,000 Floating Rate/Index Linked Notes due October 1, 2018 under USD 25,000,000,000 Euro Medium Term Note Program | 61059.03 | XS0209164192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 882,913 | $1,255,174.32 |
| 63 | Lehman Program Security | 62721 | XS0180580572 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | HK | 89,262,500 | $11,387,548.94 |
| 64 | Issue of EUR 300,000,000 Index-Linked Notes due August 2017 Under the US $100,000,000,000 Euro Medium Term Note Program | 62743.01 | XS0315504323 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 3,237,500 | $4,612,265.97 |

| | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 65 | Issue of EUR 300,000,000 Index-Linked Notes due August 2017 Under the US $100,000,000,000 Euro Medium Term Note Program | 62743.05 | XS0315504323 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 3,237,500 | $4,612,265.97 |
| 66 | Issue of EUR 300,000,000 Index Linked Notes due August 2017 under USD 100,000,000,000 Euro Medium Term Note Program | 62743.9 | XS0315504323 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 4,625,000 | $6,588,951.39 |
| 67 | Lehman Program Security | 62822.09 | XS0309103546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $656,336.42 |
| 68 | Issue of EUR 100,000,000 CMS-Linked Notes due February 2013 Under the US $25,000,000,000 Euro Medium Term Note Program | 63325.08 | XS0210782552 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 693,750 | $1,005,830.70 |
| 69 | Lehman Program Security | 63595.2 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,312,500 | $3,361,321.20 |
| 70 | Lehman Program Security | 63595.37 | XS0255988817 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 5,896,875 | $8,368,289.34 |
| 71 | Lehman Program Security | 63597.01 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 185,000 | $262,534.57 |
| 72 | Lehman Program Security | 63597.02 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 231,250 | $328,168.21 |
| 73 | Lehman Program Security | 63597.03 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 185,000 | $262,534.57 |
| 74 | Lehman Program Security | 63597.04 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 323,750 | $459,435.49 |
| 75 | Lehman Program Security | 63598 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 693,750 | $984,504.63 |
| 76 | Lehman Program Security | 63598.01 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 925,000 | $1,312,672.84 |
| 77 | Lehman Program Security | 63598.02 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 786,250 | $1,115,771.91 |
| 78 | Lehman Program Security | 63598.03 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,295,000 | $1,837,741.97 |
| 79 | Lehman Program Security | 63605.01 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $656,336.44 |
| 80 | Lehman Program Security | 63605.01 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $672,264.22 |
| 81 | Lehman Program Security | 63605.04 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 555,000 | $787,603.70 |
| 82 | Lehman Program Security | 63605.04 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 555,000 | $806,717.09 |
| 83 | Lehman Program Security | 63605.05 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 462,500 | $656,336.40 |

| # | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 84 | Lehman Program Security | 63605.05 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 508,750 | $739,490.67 |
| 85 | Lehman Program Security | 63605.06 | XS0213454829 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 832,500 | $1,181,405.56 |
| 86 | Lehman Program Security | 63605.06 | XS0218614567 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 786,250 | $1,142,849.21 |
| 87 | Issue of EUR 60,000,000 FX Basket-Linked Notes due 2010 Under the US $60,000,000,000 Euro Medium Term Note Program | 66501.28 | XS0268043709 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,276,963 | $1,812,144.85 |
| 88 | Issue of EUR 60,000,000 FX Basket-Linked Notes due 2010 Under the US $60,000,000,000 Euro Medium Term Note Program | 66501.29 | XS0268043709 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 103,600 | $147,019.33 |
| 89 | Lehman Program Security | 66962.22 | XS0283820065 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 484,700 | $575,322.71 |
| 90 | Lehman Program Security | 66962.22 | XS0289253287 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 572,575 | $706,693.59 |
| 91 | Lehman Program Security | 66962.22 | XS0290250454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 297,850 | $388,060.30 |
| 92 | Lehman Program Security | 66962.22 | XS0290251007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,294,538 | $1,524,491.69 |
| 93 | Lehman Program Security | 66962.22 | XS0291347234 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 359,825 | $453,862.00 |
| 94 | Lehman Program Security | 66962.24 | XS0283820065 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 410,700 | $487,487.18 |
| 95 | Lehman Program Security | 66962.24 | XS0289253287 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 484,700 | $598,234.95 |
| 96 | Lehman Program Security | 66962.24 | XS0290250454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 252,525 | $329,007.64 |
| 97 | Lehman Program Security | 66962.24 | XS0290251007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,096,125 | $1,290,834.33 |
| 98 | Lehman Program Security | 66962.24 | XS0291347234 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 304,788 | $384,440.95 |
| 99 | Lehman Program Security | 66962.25 | XS0283820065 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 98,975 | $117,480.02 |
| 100 | Lehman Program Security | 66962.25 | XS0289253287 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 117,475 | $144,992.06 |
| 101 | Lehman Program Security | 66962.25 | XS0290250454 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 60,125 | $78,335.15 |
| 102 | Lehman Program Security | 66962.25 | XS0290251007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 268,713 | $316,445.04 |
| 103 | Lehman Program Security | 66962.25 | XS0291347234 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 75,388 | $95,089.34 |

| | Description | POC | ISIN | Issuer | Guarantor | Currency | Notional Amount | Allowed Amount Transferred herein |
|---|---|---|---|---|---|---|---|---|
| 104 | Lehman Program Security | 66962.26 | XS0284892261 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 1,318,125 | $1,600,426.57 |
| 105 | Lehman Program Security | 66962.26 | XS0288341448 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 4,194,875 | $5,307,882.47 |
| 106 | Lehman Program Security | 66962.26 | XS0930838006 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,714,875 | $3,256,260.15 |
| 107 | Lehman Program Security | 66962.26 | XS0284511994 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 9,920,625 | $12,046,503.22 |
| 108 | Lehman Program Security | 66962.27 | XS0284511994 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 4,625,000 | $5,616,085.42 |
| 109 | MTN4825 | 67180 | XS0263871674 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 2,312,500 | $3,272,860.37 |
| 110 | Lehman Program Security | 67474.04 | XS0244093927 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 12,303 | $17,899.89 |
| 111 | Lehman Program Security | 67475.03 | XS0244093927 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 105,543 | $153,562.20 |
| 112 | Lehman Program Security | 67476.05 | XS0244093927 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 81,539 | $118,637.23 |
| 113 | Lehman Program Security | 67477.03 | XS0244093927 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR | 31,866 | $46,364.75 |
| | | | | | | | | $181,980,140.03 |