UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
        Debtors.                                                 :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 45474-45477,
                                                                      45505-45511, 45518-45520, 45524-
                                                                      45526, 45533-45535, 45539-45542,
                                                                      45546, 45551, 45557, 45559-45564,
                                                                      45566, 45570, 45580

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
19th day of August, 2014
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ABSALON II, LTD.
         TRANSFEROR: DEUTSCHE BANK AG, LONDON
         C/O GOLDENTREE ASSET MANAGEMENT, LP
         ATTN: KAREN WEBER
         300 PARK AVENUE, 21ST FLOOR
         NEW YORK NY 10022

Please note that your claim # 15644-14 in the above referenced case and in the amount of
       $378,947.37   allowed at $360,000.00        has been transferred (unless previously expunged by court order)

         CITIGROUP FINANCIAL PRODUCTS INC.
         TRANSFEROR: ABSALON II, LTD.
         ATTN: SCOTT R. EVAN
         1615 BRETT ROAD, BLDG 3
         NEW CASTLE DE 19720

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45511       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/11/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EES USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 11, 2014.

# EXHIBIT B

08-13555-mg    Doc 45891    Filed 08/19/14    Entered 08/19/14 20:56:41    Main Document
Pg 4 of 6

```
TIME: 16:30:30                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/11/14                                             CREDITOR LISTING

Name                                          Address
ABSALON II, LTD.                              TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                              NEW YORK NY 10022
ABSALON II, LTD.                              TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10019
BANC OF AMERICA CREDIT PRODUCTS, INC.         TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC
                                              BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANK OF AMERICA, N.A.                         TRANSFEROR: STANDARD CHARTERED BANK C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC BANK OF AMERICA TOWER, 3RD FLOOR
                                              ONE BRYANT PARK NEW YORK NY 10036
BARCLAYS BANK PLC                             JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANIEL MIRRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANIEL MIRRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BSOF MASTER FUND L.P.                         TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANILE MIRRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BSOF MASTER FUND L.P.                         BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                         BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154-0004
BSOF MASTER FUND L.P.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                              1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.               TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                              NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.               ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
CENTURYLINK, INC. DEFINED BENEFIT MASTER      TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ.
TRUST                                         1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
                                              TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                              NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: ABSALON II, LTD. ATTN: MICHAEL ELIASON 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: ABSALON II, LTD. ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST ATTN: SCOTT R. EVAR 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: CITY OF NEW YORK GROUP TRUST ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT) ATTN: MICHAEL ELIASON 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: DIGNITY HEALTH ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: GN3 SIP LIMITED ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC FOR ACCOUNT OF SEGREGATED PORTFOLIO I ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3
                                              NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC FOR ACT OF SEGREGATED PORTFOLIO (STRATEGIC), LTD ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3
                                              NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD. ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: STICHTING PGGM DEPOSITARY, AS DEPOSITARY OF PGGM HIGH YIELD BOND FUND ATTN: SOCTT R. EVAN 1615 BRETT ROAD, BLDG 3
                                              NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.             TRANSFEROR: STICHTING PGGM DEPOSITARY, AS DEPOSITARY OF PGGM HIGH YIELD BOND FUND ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3
                                              NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: UNIPENSION INVEST F.M.B.A. HIGH YIELD OBLIGATIONER ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                 DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITY OF NEW YORK GROUP TRUST                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                              NEW YORK NY 10022
CREDIT FUND GOLDEN LTD (F/K/A SEB             TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED C/O GOLDENTREE ASSET MANAGEMENT LP 485 LEXINGTON AVENUE, 15TH FLOOR
CREDIT)                                       NEW YORK NY 10017
CVI HH INVESTMENTS LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: HLF LP C/O DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: HLF LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:30:30                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 08/11/14                                          CREDITOR LISTING

Name                                    Address
DIGNITY HEALTH                          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
FIFTH STREET STATION                    TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: SEAN LOBO 505 5TH AVENUE SOUTH SEATTLE WA 98104
FIFTH STREET STATION LLC                TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: SEAN LOBO 505 5TH AVENUE SOUTH SEATTLE WA 98104
FIFTH STREET STATION LLC                TRANSFEROR: BANK OF AMERICA, N.A. ATTN: SEAN LOBO 505 5TH AVENUE SOUTH SEATTLE WA 98104
GN3 SIP LIMITED                         TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC FOR  PORTFOLIO I TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
ACCOUNT OF SEGREGATED                   NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
OFFSHORE (STRATEGIC), LTD.              NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
OFFSHORE 110 LIMITED                    NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE 110 LIMITED
GOLDENTREE HIGH YIELD VALUE FUND        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
OFFSHORE II, LTD.                       NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                        NEW YORK NY 10022
STICHTING PGGM DEPOSITARY, AS DEPOSITARY BOND FUND TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
OF PGGM HIGH YIELD                      NEW YORK NY 10022
UNIPENSION INVEST F.M.B.A. HIGH YIELD   TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
OBLIGATIONER                            NEW YORK NY 10022


Total Number of Records Printed         53
```