UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                               :         Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :         08-13555 (SCC)
:         (Jointly Administered)
Debtors.                        :
:
------------------------------------------------------------------x         Ref. Docket No. 45565

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of July, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 45565_Aff 8-11-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   ABSALON II, LTD.
              TRANSFEROR: DEUTSCHE BANK AG, LONDON
              C/O GOLDENTREE ASSET MANAGEMENT, LP
              ATTN: KAREN WEBER
              300 PARK AVENUE, 21ST FLOOR
              NEW YORK NY 10022

Additional:

Transferee:   CITIGROUP FINANCIAL PRODUCTS INC.
              ATTN: MICHAEL ELIASON
              1615 BRETT BROAD, BLDG 3
              NEW CASTLE DE 19720

Your transfer   of claim #   15644-02   is defective for the reason(s) checked below:

Other                                    Not Enough Money See Transfer at Docket No. 45511

Docket Number 45565           Date 08/05/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 11, 2014.

**EXHIBIT B**

```
TIME: 16:27:39                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 08/11/14                                          CREDITOR LISTING

Name                              Address
ABSALON II, LTD.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                  NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC. ATTN: MICHAEL ELIASON 1615 BRETT BROAD, BLDG 3 NEW CASTLE DE 19720

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC