UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                              :
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   08-13555 (SCC)
                                                              :   (Jointly Administered)
            Debtors.                                          :
                                                              :
-----------------------------------------------------------------------x   Ref. Docket No. 45620, 45621,
                                                                  45623-45625, 45627, 45631, 45633-
                                                                  45647

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ *Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
19th day of August, 2014

/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45620, 45621, 45623-45625, 45627, 45631, 45633-45647_AFF_8-12-14.doc

# EXHIBIT A

08-13555-mg    Doc 45893    Filed 08/19/14    Entered 08/19/14 21:05:38    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: HALCYON LOAN TRADING FUND LLC
      C/O DEUTSCHE BANK SECURITIES INC.
      ATTN: RICH VICHAIDITH
      60 WALL STREET
      NEW YORK NY 10005
```

Please note that your claim # 17199-09 in the above referenced case and in the amount of
$72,241,769.77   allowed at $25,000,000.00        has been transferred (**unless previously expunged by court order**)

```
      VARDE INVESTMENT PARTNERS, LP
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      ATTN: EDWINA PJ STEFFER
      8500 NORMANDALE LAKE BLVD., STE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45631     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/12/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 12, 2014.

08-13555-mg Doc 45893 Filed 08/19/14 Entered 08/19/14 21:05:38 Main Document
Pg 4 of 6

# EXHIBIT B

```
TIME: 11:29:22                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 08/12/14                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, LP C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| JPMORGAN ABSOLUTE RETURN CREDIT MASTER FUND LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| JPMORGAN DISTRESSED DEBT MASTER FUND, LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. | C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. | WACHTELL, LIPTON, ROSE & KATZ ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. | ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240 |
| JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. | JP MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ. 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JPMORGAN FIXED INCOME OPPORTUNITY MASTER FUND, LP | C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |

```
                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:29:22                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 08/12/14                                         CREDITOR LISTING

Name                                              Address
JPMORGAN FIXED INCOME OPPORTUNITY MASTER          BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
 FUND, LP
JPMORGAN FIXED INCOME OPPORTUNITY MASTER          WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ., KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019
 FUND, LP
JPMORGAN FIXED INCOME OPPORTUNITY MASTER          ATTN: SCOTT E. RICHTER JP MORGANASSET MANAGEMENT 1111 POLARIS PARKWAY, FLOOR 4P COLUMBUS OH 43240
 FUND, LP
JPMORGAN FIXED INCOME OPPORTUNITY MASTER          J.P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT FLOOR 4P ATTN: SCOTT E. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240
 FUND, LP
JPMORGAN FIXED INCOME OPPORTUNITY MASTER          TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: ZHILUN PANG C/O JPMORGAN ASSET MANAGEMENT 270 PARK AVENUE, 9TH FLOOR
 FUND, LP                                         NEW YORK NY 10017
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MONARCH DEBT RECOVERY MASTER FUND LTD.            C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.            MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MONARCH OPPORTUNITIES MASTER FUND LTD.            C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.            MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
P MONARCH RECOVERY LTD.                           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed            47
```