UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :   (Jointly Administered)
         Debtors.                                              :
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 45200, 45282,
                                                                   45363, 45368, 45395, 45413, 45415,
                                                                   45420, 45425, 45426, 45471, 45473,
                                                                   45478, 45489, 45490, 45495, 45497-
                                                                   45499, 45502, 45512, 45514-45517,
                                                                   45521-45523, 45527-45532, 45536-
                                                                   45538, 45543-45545, 45547-45550,
                                                                   45552-45556, 45558, 45567-45569,
                                                                   45576, 45591-45599, 45610, 45613,
                                                                   45618

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of August, 2014
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  ABSALON II, LTD.
         TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC
         C/O GOLDENTREE ASSET MANAGEMENT, LP
         300 PARK AVENUE, 21ST FLOOR
         NEW YORK NY 10022
```

Please note that your claim # 11307-17 in the above referenced case and in the amount of
    $9,973,186.16    allowed at $9,880,183.48    has been transferred **(unless previously expunged by court order)**

```
         CITIGROUP FINANCIAL PRODUCTS INC.
         TRANSFEROR: ABSALON II, LTD.
         1615 BRETT ROAD, BLDG 3
         NEW CASTLE DE 19720
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45567    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/13/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 13, 2014.

# EXHIBIT B

```
TIME: 11:58:21                                      LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 08/13/14                                          CREDITOR LISTING

Name                                                Address
ABSALON II, LTD.                                    TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
ABSALON II, LTD.                                    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
ABSALON II, LTD.                                    TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
ABU DHABI INVESTMENT AUTHORITY                      CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE
ABU DHABI INVESTMENT AUTHORITY                      ATTN: EXECUTIVE DIRECTOR - TREASURY 211 CORNICHE, P.O. BOX 3600 ABU DHABI UNITED ARAB EMIRATES
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BANCA AKROS SPA                                     TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: FRANCO BRICHETTI; FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
BANCA FIDEURAM S.P.A.                               ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY
BANCA PASSADORE & C. S.P.A.                         PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY
BANCA POPOLARE DI MILANO SOCIETA                    TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA 16121 ITALY
COOPERATIVE A.R.L.
BANK LOMBARD ODIER & CO LTD                         ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY
BARCLAYS BANK PLC                                   TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 11 RUE DE LA CORRATERIE CH-1204 GENEVA SWITZERLAND
BARCLAYS BANK PLC                                   ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BSOF MASTER FUND L.P.                               TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BSOF MASTER FUND L.P.                               BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND, L.P.                              TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                                    NEW YORK NY 10036
BSOF MASTER FUND, L.P.                              TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ
                                                    1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
CITIBANK PRIVATKUNDEN AG & CO. KGAA                 PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA                 ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: ABSALON II, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT) 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GN3 SIP LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: GOLDENTREE MASTER FUND, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: ABSALON II, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                       C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                       DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                       TRANSFEROR: TURNPIKE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT FUND GOLDEN LTD (F/K/A SEB                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED C/O GOLDENTREE ASSET MANAGEMENT, LP
CREDIT)                                             485 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
CREDIT SUISSE (DEUTSCHLAND) AG                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (DEUTSCHLAND) AG                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (DEUTSCHLAND) AG                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                    PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDIT SUISSE ITALY SPA                             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA                             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                             CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CVF LUX MASTER S.A.R.L.                             TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON EC2N 2DB UNITED KINGDOM
DZ PRIVATBANK (SCHWEIZ) AG                          TRANSFEROR: CREDIT SUISSE AG ATTN: CORPORATE ACTIONS MUNSTERHOF 12/POSTFACH ZURICH CH-8022 SWITZERLAND

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:58:21                                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    2
DATE: 08/13/14                                                          CREDITOR LISTING

Name                                          Address
FARALLON CAPITAL (AM) INVESTORS, L.P.         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                      SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, L.P.                                     SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                              SAN FRANCISCO CA 94111
GN3 SIP LIMITED                               TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GN3 SIP LIMITED                               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GN3 SIP LIMITED                               TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC            SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR
O/B/O AND ACCOUNT FOR                         NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC O/B/O      SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP
AND ACCOUNT FOR                               300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC O/B/O      SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP
AND ACCOUNT FOR                               300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC O/B/O      SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP
AND ACCOUNT FOR                               300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE HIGH YIELD VALUE FUND              TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE 110 LIMITED
GOLDENTREE HIGH YIELD VALUE FUND              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE 110 LIMITED
GOLDENTREE HIGH YIELD VALUE FUND              TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE 110 LIMITED
GOLDENTREE HIGH YIELD VALUE FUND              TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE STRATEGIC, LTD.
GOLDENTREE HIGH YIELD VALUE FUND              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE STRATEGIC, LTD.
GOLDENTREE HIGH YIELD VALUE FUND              TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE STRATEGIC, LTD.
GOLDENTREE MASTER FUND II, LTD.               TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND II, LTD.               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND II, LTD.               TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND II, LTD.               TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                  TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                  TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                  TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                           TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                           TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: ETON PARK FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HSBC PRIVATE BANK (C.I.) LIMITED              TRANSFEROR: BANCA AKROS SPA SATTRIA ALFAD / GLENDA JARO PARK PLACE, PARK STREET ST PETER PORT, GUERNSEY
                                              CHANNEL ISLANDS GY1 1EE UNITED KINGDOM
HSBC PRIVATE BANK SUISSE SA                   ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND
ICCREA BANCA S.P.A.                           ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                           ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                 TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM


                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:58:21                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   3
DATE: 08/13/14                                               CREDITOR LISTING

Name                                          Address
ILLIQUIDX LLP                                 TRANSFEROR: JARDIM DE FEITAS, MANUEL LAMBERTO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON     EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: PEREIRA, ANIBAL LECA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON     EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: PIETERSEN, PETER H. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON     EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.        REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
JARDIM DE FEITAS, MANUEL LAMBERTO             BANIF - BANCO INTERNACIONAL DO FUNCHAL, S.A. ATTN: LUIS FILIPE TELLES DE ALMEIDA CAPELA AND NUNO ALEXANDRE LIMA
                                              AV. JOSE MALHOA, NO 9, 2ND FLOOR LISBON 1099-012 PORTUGAL
JARDIM DE FEITAS, MANUEL LAMBERTO             RUA NOVA PEDRO JOSE DE ORNELAS, 11 FUNCHAL   9050-072 PORTUGAL
LIQUIDATION OPPORTUNITIES MASTER FUND,        TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
MARINI, JORGE RAUL                            TRANSFEROR: MARINI, OSVALDO AND LILIANA NOEMI MACIERI PEDRO MORAN #3842 CAPITAL FEDERAL 1419     ARGENTINA
MARINI, OSVALDO AND LILIANA NOEMI             HABANA 4151 BUENOS AIRES   1419 ARGENTINA
MACIERI
NOONDAY OFFSHORE, INC.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAP MAN., LLC. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                              SAN FRANCISCO CA 94111
PEREIRA, ANIBAL LECA                          BANIF - BANCO INTERNACIONAL DO FUNCHAL, S.A. ATTN: LUIS FILIPE TELLES DE ALMEIDA CAPELA AND NUNO ALEXANDRE LIMA AV. JOSE MALHOA,
                                              NO 9, 2ND FLOOR LISBON 1099-012 PORTUGAL
PIETERSEN, PETER H.                           AV. ARRIAGA 75, CONJ. MONUMENTAL INFANTE 4, SALA 402 FUNCHAL 9000-060 PORTUGAL
PLUME, GERHARD                                DE ZIEL 41 BUNSCHOTEN-SPAKENBURG  3751 BT NETHERLANDS
SERENGETI OPPORTUNITIES MM L.P.               TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHLIERSEESTR. 19 MUENCHEN  81541 GERMANY
SERENGETI OPPORTUNITIES MM L.P.               MICHAEL GREENBLATT, ESQ & ANDREW PROPPS, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
                                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FL
                                              NEW YORK NY 10012
SOCIETE GENERALE PRIVATE BANKING              TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA ATTN: TERENCE THORPE THIERRY MORY AVENUE DE RUMINE 20 LAUSANNE 1001 SWITZERLAND
(SUISSE) SA
SOLA LTD.                                     TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD.                                     TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVE D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                              NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                              NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                    TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                              TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                              NEW YORK NY 10022
UBS BANK AG                                   TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                 TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 96-98 RUE DU RHONE GENEVA 1 1211 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                 TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: EMIN BITLIS RUE DU RHONE 96-98 GENEVE  CH-1211 SWITZERLAND


Total Number of Records Printed         115                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```