**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** ***et al.*****,** | : | **08-13555 (SCC)** **(Jointly Administered)** |
| **Debtors.** | : | |
| | | **Ref. Docket No. 45200, 45282, 45363, 45368, 45395, 45413, 45415, 45420, 45425, 45426, 45471, 45473, 45478, 45489, 45490, 45495, 45497-45499, 45502, 45512, 45514-45517, 45521-45523, 45527-45532, 45536-45538, 45543-45545, 45547-45550, 45552-45556, 45558, 45567-45569, 45576, 45591-45599, 45610, 45613, 45618** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of August, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ABSALON II, LTD.
TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC
C/O GOLDENTREE ASSET MANAGEMENT, LP
300 PARK AVENUE, 21ST FLOOR
NEW YORK NY 10022

Please note that your claim # 11307-17 in the above referenced case and in the amount of $9,973,186.16 allowed at $9,880,183.48 has been transferred **(unless previously expunged by court order)**

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: ABSALON II, LTD.
1615 BRETT ROAD, BLDG 3
NEW CASTLE DE 19720

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45567 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/13/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 13, 2014.

# EXHIBIT B

| Name | Address |
|---|---|
| ABSALON II, LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| ABSALON II, LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| ABSALON II, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| ABU DHABI INVESTMENT AUTHORITY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: EXECUTIVE DIRECTOR - TREASURY 211 CORNICHE, P.O. BOX 3600 ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: FRANCO BRICHETTI; FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| BANCA PASSADORE & C. S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA 16121 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANK LOMBARD ODIER & CO LTD | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 11 RUE DE LA CORRATERIE CH-1204 GENEVA SWITZERLAND |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BSOF MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; LAURA L TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| BSOF MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ABSALON II, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT) 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GN3 SIP LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE MASTER FUND, LTD. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: TURNPIKE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT) | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED C/O GOLDENTREE ASSET MANAGEMENT, LP 485 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE ITALY SPA | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DZ PRIVATBANK (SCHWEIZ) AG | TRANSFEROR: CREDIT SUISSE AG ATTN: CORPORATE ACTIONS MUNSTERHOF 12/POSTFACH ZURICH CH-8022 SWITZERLAND |

| Name | Address |
|---|---|
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| GN3 SIP LIMITED | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GN3 SIP LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GN3 SIP LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR | SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR | SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR | SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR | SEGREGATED PORTFOLIO I TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O GOLDENTREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ETON PARK FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HSBC PRIVATE BANK (C.I.) LIMITED | TRANSFEROR: BANCA AKROS SPA SATTRIA ALFAD / GLENDA JARO PARK PLACE, PARK STREET ST PETER PORT, GUERNSEY CHANNEL ISLANDS GY1 1EE UNITED KINGDOM |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |

| Name | Address |
|---|---|
| ILLIQUIDX LLP | TRANSFEROR: JARDIM DE FEITAS, MANUEL LAMBERTO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: PEREIRA, ANIBAL LECA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: PIETERSEN, PETER H. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| JARDIM DE FEITAS, MANUEL LAMBERTO | BANIF - BANCO INTERNACIONAL DO FUNCHAL, S.A. ATTN: LUIS FILIPE TELLES DE ALMEIDA CAPELA AND NUNO ALEXANDRE LIMA AV. JOSE MALHOA, NO 9, 2ND FLOOR LISBON 1099-012 PORTUGAL |
| JARDIM DE FEITAS, MANUEL LAMBERTO | RUA NOVA PEDRO JOSE DE ORNELAS, 11 FUNCHAL 9050-072 PORTUGAL |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MARINI, JORGE RAUL | TRANSFEROR: MARINI, OSVALDO AND LILIANA NOEMI MACIERI PEDRO MORAN #3842 CAPITAL FEDERAL 1419 ARGENTINA |
| MARINI, OSVALDO AND LILIANA NOEMI MACIERI | HABANA 4151 BUENOS AIRES 1419 ARGENTINA |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O FARALLON CAP MAN., LLC. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| PEREIRA, ANIBAL LECA | BANIF - BANCO INTERNACIONAL DO FUNCHAL, S.A. ATTN: LUIS FILIPE TELLES DE ALMEIDA CAPELA AND NUNO ALEXANDRE LIMA AV. JOSE MALHOA, NO 9, 2ND FLOOR LISBON 1099-012 PORTUGAL |
| PEREIRA, ANIBAL LECA | AV. ARRIAGA 75, CONJ. MONUMENTAL INFANTE 4, SALA 402 FUNCHAL 9000-060 PORTUGAL |
| PIETERSEN, PETER H. | DE ZIEL 41 BUNSCHOTEN-SPAKENBURG 3751 BT NETHERLANDS |
| PLUME, GERHARD | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHLIERSEESTR. 19 MUENCHEN 81541 GERMANY |
| SERENGETI OPPORTUNITIES MM L.P. | MICHAEL GREENBLATT, ESQ & ANDREW PROPPS, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) SA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA ATTN: TERENCE THORPE THIERRY MORY AVENUE DE RUMINE 20 LAUSANNE 1001 SWITZERLAND |
| SOLA LTD. | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD. | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVE D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| UBS BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 96-98 RUE DU RHONE GENEVA 1 1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: EMIN BITLIS RUE DU RHONE 96-98 GENEVE CH-1211 SWITZERLAND |

Total Number of Records Printed 115