UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                       :

In re                                              :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                              :    (Jointly Administered)
                Debtors.                      :
                                              :
------------------------------------------------------------------x    Ref. Docket No. 44615, 45000,
                                                        45104, 45501, 45503, 45504, 45614,
                                                        45651, 45653-45660, 45667, 45690,
                                                        45691

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  */s/ Lauren Rodriguez*
                                                                  Lauren Rodriguez

Sworn to before me this
19th day of August, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>     Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                          CREDIT SUISSE
      ATTN: ALLEN GAGE                       CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                          ATTN: RICHARD LEVIN
      NEW YORK NY 10010                      WORLDWIDE PLAZA
                                             825 EIGHTH AVENUE
                                             NEW YORK NY 10019
```

Please note that your claim # 5255829-28 in the above referenced case and in the amount of $0.00     allowed at $106,432.93          has been transferred **(unless previously expunged by court order)**

```
      E. GUTZWILLER & CIE. BANQUIERS
      TRANSFEROR: CREDIT SUISSE
      ATTN: JEAN-FRANCOIS RUF
      KAUFHAUSGASSE 7
      BASEL    4051
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45503      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/14/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 14, 2014.

# EXHIBIT B

08-13555-mg    Doc 45896    Filed 08/19/14    Entered 08/19/14 21:21:29    Main Document
Pg 4 of 6

```
TIME: 11:35:15                                                      LEHMAN BROTHERS HOLDING INC.                                                     PAGE: 1
DATE: 08/14/14                                                            CREDITOR LISTING

Name                                              Address
CITIGROUP GLOBAL MARKETS LTD.                     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS LTD.                     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                           CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DOERMANN, CLAUDIA                                 TRANSFEROR: CREDIT SUISSE STETTBACHSTRASSE 73 ZURICH CH-8051 SWITZERLAND
E. GUTZWILLER & CIE, BANQUIERS                    TRANSFEROR: CREDIT SUISSE ATTN: JEAN-FRANCOIS RUF KAUFHAUSGASSE 7 BASEL  4051 SWITZERLAND
E. GUTZWILLER & CIE. BANQUIERS                    TRANSFEROR: CREDIT SUISSE ATTN: JEAN-FRANCOIS RUF KAUFHAUSGASSE 7 BASEL  4051 SWITZERLAND
INTESA SANPAOLO SPA                               TRANSFEROR: CREDIT SUISSE ITALY SPA LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.    TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MONARCH DEBT RECOVERY MASTER FUND LTD.            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:35:15                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 08/14/14                                                CREDITOR LISTING

Name                                   Address
SOLA LTD.                              TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                       410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                       410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
UBS AG                                 TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND

Total Number of Records Printed           41
```

EPIQ BANKRUPTCY SOLUTIONS, LLC