UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                    :

In re                             :        **Chapter 11 Case No.**
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (SCC)**
                                      :      **(Jointly Administered)**

          **Debtors.**             :

                                      :
------------------------------------------------------------------x      **Ref. Docket No. 45689**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 14, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
19th day of July, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                          |
In re                                     |   Chapter 11 Case No.
                                          |
LEHMAN BROTHERS HOLDINGS INC., et al.,    |   08-13555 (SCC)
                                          |
                                          |   (Jointly Administered)
              Debtors.                    |
                                          |
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     LEHMAN BROTHERS INTERNATIONAL (EUROPE)
                (IN ADMINISTRATION)TRANSFEROR: CITIBANK, N.A., LONDON BRANCH
                ATTN: RUSSELL DOWNS
                LEVEL 23, 25 CANADA SQUARE
                LONDON E14 5LS UNITED KINGDOM


Additional:


Transferee:     CITIGROUP GLOBAL MARKETS LTD.
                C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                ATTN: DOUGLAS R. DAVIS
                1285 AVENUE OF THE AMERICAS
                NEW YORK NY 10019


**Your transfer   of claim #  58911-05  is defective for the reason(s) checked below:**

Other                                    Transfer Amount Exceeds Amount Owned for ISIN CH0043088662
Other                                    Transfer Amount Exceeds Amount Owned for ISIN CH0043088662


Docket Number 45689            Date 08/12/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 14, 2014.

# EXHIBIT B

TIME: 11:35:59
DATE: 08/14/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| CITIGROUP GLOBAL MARKETS LTD. | ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION)TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: RUSSELL DOWNS LEVEL 23, 25 CANADA SQUARE LONDON E14 5LS UNITED KINGDOM |

Total Number of Records Printed        3

EPIQ BANKRUPTCY SOLUTIONS, LLC