UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 45609, 45648-45650,
                                                                      45670, 45671, 45679, 45707, 45709,
                                                                      45713-45718

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
19th day of August, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 45898    Filed 08/19/14    Entered 08/19/14 21:27:02    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CITIGROUP GLOBAL MARKETS INC.                      CITIGROUP GLOBAL MARKETS INC.
    TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P.       DOUGLAS R. DAVIS
    ATTN: TAYLOR LEAHY                                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    390 GREENWICH STREET, 4TH FLOOR                    1285 AVENUE OF THE AMERICAS
    NEW YORK NY 10013                                  NEW YORK NY 10019
```

Please note that your claim # 58095-03 in the above referenced case and in the amount of $4,999,252.90 allowed at $5,000,000.00 has been transferred **(unless previously expunged by court order)**

```
    KNIGHTHEAD (NY) FUND, L.P.
    TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
    C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
    ATTN: LAURA L. TORRADO, ESQ.
    1140 AVENUE OF THE AMERICAS, FLOOR 12
    NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45707 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/15/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 15, 2014.

# EXHIBIT B

08-13555-mg    Doc 45898    Filed 08/19/14    Entered 08/19/14 21:27:02    Main Document
Pg 4 of 5

```
TIME: 11:29:16                                            LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/15/14                                                 CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               SUSMAN GODFREY LLP ATTN: STEPHEN D. SUSMAN (COUNSEL TO MASON CAPITAL MANAGEMENT, LLC) 560 LEXINGTON AVENUE, 15TH FLOOR
                                                  NEW YORK NY 10022-6828
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: GOLDMAN, SACHS & CO. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                  LONDON W1F 9LT UNITED KINGDOM
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
EYAT FAMILY IRREVOCABLE TRUST                     TRANSFEROR: FRANZ, ROBERT 1500 SAN REMO AVENUE, SUITE #125 CORAL GABLES FL 33146
FRANZ, ROBERT                                     TRANSFEROR: BANK HAPOALIM B.M. 6 BAYER LANE BOONTON NJ 07005
GONET & CIE                                       TRANSFEROR: EFG BANK AG NICOLE LEPRAT MEMBRE DE LA DIRECTION BOULEVARD DU THEATRE 6 CASE POSTALE 5009 1211 GENEVE 11      SWITZERLAND
KNIGHTHEAD (NY) FUND, L.P.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                                  1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS LP.               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
SOLA LTD.                                         TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD          TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UBS AG                                            TRANSFEROR: CREDIT SUISSE BAHNHOFSTR. 45 ATTN: MATTHIAS MOHOS ZURICH 8001 SWITZERLAND


Total Number of Records Printed                   25
```