UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                          :    (Jointly Administered)
            Debtors.                                 :
                                                          :
-----------------------------------------------------------------x    Ref. Docket Nos. 45710, 45711

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ Lauren Rodriguez
                                                      Lauren Rodriguez

Sworn to before me this
19th day of July, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    PINES EDGE VALUE INVESTORS LTD.
               TRANSFEROR: BARCLAYS BANK PLC
               C/O PINE RIVER CAPITAL MANAGEMENT L.P.
               601 CARLSON PARKWAY, SUITE 330
               HOPKINS MN 55305-7703

Additional:

Transferee:    CITIGROUP GLOBAL MARKETS INC.
               ATTN: TAYLOR LEAHY
               390 GREENWICH STREET, 4TH FLOOR
               NEW YORK NY 10013

**Your transfer**    of claim #    60708    **is defective** for the reason(s) checked below:

Other                                   The name on the transfer does not match the claim.

Docket Number 45711              Date 08/13/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 15, 2014.

# EXHIBIT B

TIME: 11:27:28
DATE: 08/15/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. | ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PINE EDGE VALUE INVESTORS LTD. | C/O SEWARD & KISSEL LLP ATTN: RONALD L. COHEN, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PINES EDGE VALUE INVESTORS LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PINE RIVER CAPITAL MANAGEMENT L.P. 601 CARLSON PARKWAY, SUITE 330 HOPKINS MN 55305-7703 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC