

# St.Galler Kantonalbank

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

**By Courier**
Epiq Bankruptcy Solutions, LLC
Attn : Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

Date: 11.08.2014
u/Ref: Sfca
Phone-No.: +41 71 231 34 13 / Anina Zürcher
E-Mail: anina.zuercher@sgkb.ch

**Claim Transfer**

Dear Sir or Madam,

We refer to your 'Notice of defective transfer' dated 07/21/14 regarding claim #59233-75.

Please find enclosed a copy of the form 'Evidence of Partial Transfer of Claim' (the original has already been sent to your address) and the corrected form 210A.

Please do not hesitate to contact me for any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Oriana Scheuss        Anina Zürcher
Mitglied des Kaders   Mitglied des Kaders

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St. Galler Kantonalbank AG
**Name of Transferee**

UBS AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

St. Galler Kantonalbank AG
St. Leonhardstrasse 25
9000 St. Gallen
SWITZERLAND

Court Claim # (if known): 59233
Date Claim Filed: 10/30/2009
Amount of Claim: USD 7'674'000
Portion of Claim Transferred (see Schedule I): USD 10'000.00

Phone: 0041 71 231 34 13
Last Four Digits of Acct #: 8764

Phone: 0041 44 236 07 54
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 08/11/2014
Transferee/Transferee's Agent
Oriana Scheuss    Anina Zürcher

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**St.Galler Kantonalbank AG**



## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **St. Galler Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 06th day of June 2014.

UBS AG (Transferor)

By: _____
Name: Hugo Koller
Title:  Director

By: _____
Name: Matthias Mohos
Title:  Associate Director



UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   UBS AG
              BAHNHOFSTR. 45
              ATTN: HUGO KOLLER
              ZURICH 8001 SWITZERLAND

Additional:   UBS AG
              ATTN: HUGO KOLLER, OQ9C/O5GC
              P.O. BOX
              ZURICH 8098 SWITZERLAND

Transferee:   ST. GALLER KANTONALBANK AG
              ST. LEONHARDSTRASSE 25
              ST. GALLEN 9000 SWITZERLAND

Your transfer of claim # 59233-75 is defective for the reason(s) checked below:

Other                            Verify Claim No.: 58233 or 59233

Docket Number 45321         Date 07/21/14

s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
As claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 23, 2014.