WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8240
Facsimile: (212) 728-9240
Alan J. Lipkin

*Attorneys for the Trustees of the Lehman
Brothers Pension Scheme and the Board
of the Pension Protection Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim: 32541, filed on September 22, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by the Trustees of the Lehman Brothers Pension Scheme and the Board of the Pension Protection Fund (together, the "Claimants") in an unliquidated amount (the "Claim"). The Claimants represent and warrant that as of the date hereof, the Claimants have not sold, assigned, or transferred the Claim.

The Claimants, by and through their attorneys, hereby withdraw with prejudice the Claim and direct Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

Each of the Claimants, through its attorneys, represents and warrants that the withdrawal of the Claim is within such Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any instrument or agreement binding on it, or to the best of its knowledge, any law, regulation, judgment, order, or administrative action binding on it.

Dated: August __/__, 2014

_____
Alan J. Lipkin
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8240
Facsimile: (212) 728-9240

*Attorneys for the Trustees of the Lehman
Brothers Pension Scheme and the Board
of the Pension Protection Fund*