





United States Bankruptcy Court
Southern District of New-York
Lehman Brothers Holdings
Claims Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New-York, NY 10150-5076
United States

N/réf. : LO0/LO42
Tél. 0041 32 723 63 58
Fax 0041 32 723 63 21

Colombier, August 08, 2014

Dear Sir or Madam,

Enclosed we send you Evidences of Transfers of Claim Form.

Thank you for your attention.

Yours faithfully,

BANQUE CANTONALE NEUCHATELOISE

Christian Debrot
Fondé de pouvoir
Resp. Trans. et
Opérations financières

Laurence Rusconi
Mandataire commerciale
Transactions et opérations
financières

Banque Cantonale Neuchâteloise
Place Pury 4, CH-2001 Neuchâtel / Avenue Léopold-Robert 44, CH-2301 La Chaux-de-Fonds
T +41(0)32 723 61 11, F +41(0)32 723 62 36
info@bcn.ch, www.bcn.ch

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Holdings Inc. et al. Deb_____,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Cantonale Neuchâteloise | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Banque Cantonale Neuchâteloise
  Av. de la Gare 12, CH - 2013 Colombier

Court Claim # (if known): 59233
Amount of Claim: CHF 20,000.00
Date Claim Filed: _____

Phone: +41 32 / 723 63 58
Last Four Digits of Acct #: _____

Phone: +41 44 236 07 54
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: 08/08/2014
   Transferee/Transferee's Agent

Banque Cantonale Neuchâteloise
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Christian Debrot
Fondé de pouvoir
Resp.Trans. et Opérations financières

Laurence Rusconi
Mandataire commerciale
Transactions et Opérations financières

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0320322901 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 20'000.00 out of CHF17'798'000.00 |

NV3385154

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to Banque Cantonale Neuchâteloise ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 03 day of July 2014.

UBS AG
By: _____
Name: Matthias Mohos
Title:   Associate Director

By: _____
Name: Stephan Gfeller
Title:   Associate Director