**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

*Writer's Direct Dial: (212) 277-6585*
*Writer's Direct Fax: (917) 591-7897*
*E-Mail Address: SkakelD@dicksteinshapiro.com*

August 20, 2014

United States Bankruptcy Court–
  Southern District of New York
One Bowling Green
New York, New York 10004

Attn: Clerk of the Court

    Re:   *In re Lehman Brothers Holding, Inc., et. al., Chapter 11 Case No. 08-13555(SCC)*
           *Request for termination from service list for electronic filings*

Dear Bankruptcy Court Clerk:

    I am a member of Dickstein Shapiro LLP, and my email address is SkakelD@dicksteinshapiro.com. I respectfully request that my name and email address be removed from the Court's CM/ECF system and the electronic mail service list with respect to electronic filings in the above-referenced Chapter 11 case.

    Thank you for your assistance.

Very truly yours,

*Deborah A. Skakel* (signature)

Deborah A. Skakel

DAS/mf