UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*             :    08-13555 (SCC)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Maritza Dominguez Braswell, to be admitted, *pro hac vice,* to represent Lehman Brothers Holdings Inc., as Plan Administrator, a debtor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and the State of New Jersey and, the bar of the U.S. District Court for the State of Colorado and the State of New Jersey, it is hereby

**ORDERED**, that Maritza Dominguez Braswell, Esq., is admitted to practice, ***pro hac vice**,* in the above referenced case to represent Lehman Brothers Holdings Inc., as Plan Administrator, in the United States Bankruptcy Court for the Southern District of New York.

Dated: August 21, 2014
New York, New York

                                    */s/ Shelley C. Chapman*
                                    HONORABLE SHELLEY C. CHAPMAN
                                    UNITED STATES BANKRUPTCY JUDGE