EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York
AND TO: LEHMAN BROTHERS HOLDINGS INC. (the "Debtors")

**Citibank N.A., Indonesia Branch** ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Transferee"), a ratable portion equal to **USD 1,270,000.00** of all right, title and interest in and to the claims of Seller against the Debtors docketed as **Claim No. 55844 (ISIN XS0343610530)** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this **21st** day of August 2014.

SELLER:

**Citibank N.A., Indonesia Branch**
By: _____
Name: **Ivan Jaya**
Title: **Wealth Management Head**

Address:
Plaza Bapindo, Citibank Tower Level 9
JL Jend. Sudirman Kav. 54-55
Jakarta, 12190
Indonesia

BUYER:

**Citigroup Financial Products Inc.**
By: _____
Name:
Title:   Brian S. Broyles
         Authorized Signatory

Address:
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/Brian Broyles
Email: Brian.m.blessing@citi.com / brian.broyles@citi.com
Phone: (302) 324-6660 / (302) 894-6175

AMR-488609-v1                           - 1 -                           80-40539871