EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$45,000,000.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $705,807,411.00 | 28099 |

has been transferred and assigned to CVIC Lux Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$45,000,000.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL<br>PRODUCTS INC. | ASSIGNEE: CVIC LUX MASTER<br>S.A.R.L. |
|---|---|
| | By: Carval Investors, LLC<br>Its attorney-in-fact |
| Address: 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: 9320 Excelsior Boulevard, 7th Fl<br>Hopkins, Minnesota 55343 |
| Signature:<br>Name: Brian S. Broyles<br>Title: Authorized Signatory<br>Date: 8/21/2014 | Signature:<br>Name: Ryan Morrell<br>Title: Authorized Signer<br>Date: 8/21/14 |

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$45,000,000.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $705,807,411.00 | 28103 |

has been transferred and assigned to CVIC Lux Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$45,000,000.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL<br>PRODUCTS INC. | ASSIGNEE: CVIC LUX MASTER<br>S.A.R.L. |
|---|---|
| | By: Carval Investors, LLC<br>  Its attorney-in-fact |
| Address: 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: 9320 Excelsior Boulevard, 7th Fl<br>Hopkins, Minnesota 55343 |
| Signature:<br>Name:<br>Title: Brian S. Broyles<br>        Authorized Signatory<br>Date: 8/21/2014 | Signature:<br>Name: Ryan Morrell<br>Title: Authorized Signer<br>Date: 8/21/14 |