WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING FOR OBJECTIONS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the omnibus objections to claims listed on Exhibit A attached hereto, *solely* as to the claims listed on Exhibit A, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on **September 9, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:   August 21, 2014
         New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

| Claim Number | Claimant | Omnibus Objection | Response ECF No |
|---|---|---|---|
| 7258 | Bobb, Janice | • One Hundred Seventeenth (No Liability Non-Debtor Employee Claims) [ECF No. 15363] | 16424 |
| 67020 | Chan, Lori. | • Forty First (Late-Filed Claims) [ECF No. 11306] | 12005 |
| 13125, 13126, 13127 | Cramer, Rebekah W. | • One Hundred Seventy-Seventh (No Liability Non-Debtor Employee Claims) [ECF No. 19393] | Informal |
| 24408, 26312 | Lynch, Mary A. | • One Hundred Seventeenth (No Liability Non-Debtor Employee Claims) [ECF No. 15363] | Informal |
| 14399, 14400 | Scott, Eric A. | • One Hundred Seventeenth (No Liability Non-Debtor Employee Claims) [ECF No. 15363] | 17036, 17053 |
| 10365 | Shah, Niraj | • One Hundred Seventeenth (No Liability Non-Debtor Employee Claims) [ECF No. 15363] | 16922 |
| 460 | Twitchell, Daryl M. | • One Hundred Seventeenth (No Liability Non-Debtor Employee Claims) [ECF No. 15363] | 16766 |