B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

SOLA LTD                                          Morgan Stanley Senior Funding, Inc.
_____                           _____
       Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee should       Court Claim # (if known): 66653
be sent:                                                  Amount of Claim Transferred: $18,149,614.51
                                                          Date Claim Filed: 5/20/10
SOLA LTD                                                  Debtor: Lehman Brothers Special Financing Inc.
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY  10022
Tele #: (212) 284-4317
Fax #   (212) 284-4347
E-Mail: notices@soluslp.com (emails preferred)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____8/20/14_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Agreed and Acknowledged:

By: _____          Date: _____8/20/14_____
      Transferor/Transferor's Agent
            **John Ragusa**
         **Authorized Signatory**