# Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                    :    Chapter 11
                                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                                  :    Case No. 08-13555 (SCC)
                                                                          :
                                              Debtors.                    :    (Jointly Administered)
------------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 8.4 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS AND SECTIONS 105(a), 502(c) AND 1142(b) OF THE BANKRUPTCY CODE INCREASING THE RESERVE TO $12.143 BILLION AND ENTERING A SCHEDULING ORDER TO ESTIMATE AND ALLOW THE RMBS TRUSTEES' CLAIMS FOR COVERED LOANS

Upon the Motion to Increase the Reserve to $12.143 Billion and to Estimate and Allow Their Claims For Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code (the "Motion"), of U.S. Bank National Association, Wilmington Trust Company, Wilmington Trust, National Association, Law Debenture Trust Company of New York, and Deutsche Bank National Trust Company, solely in their capacity as trustee, separate trustee, or indenture trustee, for trusts that issued residential mortgage-backed securities (collectively, the "RMBS Trustees"), pursuant to section 8.4 of the Plan and sections 105(a), 502(c) and 1142(b) of title 11 of the United States Code, to increase the reserve and estimate and allow the amount of the claims filed by the RMBS Trustees in the chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI"), Structured Assets Securities Corporation ("SASCO") and their affiliated debtors with respect to certain Covered Loans, for the purposes of increasing the reserve to $12.143 billion and entering a scheduling order for a hearing to estimate the claims as more fully set forth in the Motion; and upon consideration of the Motion and the declarations attached thereto; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Debtors; (ii) the United States Trustee for Region 2; (iii) the Official Committee of Unsecured Creditors; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases, ECF No. 9635; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is:

ORDERED that the Motion is granted as provided herein;[1] and it is further

ORDERED that the RMBS Trustees' reserve amount be increased from $5 billion to $12.143 billion (the "Reserve"); and it is further

ORDERED that the Reserve amount, as set forth herein, is not deemed to determine or affect in any respect the allowed amount, validity or priority of the RMBS Trustees' Claims; and it is further

ORDERED that all rights of the RMBS Trustees, LBHI, SASCO and the Plan

---

[1] Capitalized terms not defined herein shall have the meanings ascribed in the Motion.

2

Administrator with respect to the RMBS Trustees' Claims are fully preserved; and it is further

ORDERED that a scheduling order is entered to provide for discovery in advance of the hearing to estimate and allow the RMBS Claims with respect to Covered Loans as follows:

(1) Expert Discovery:

(i) The Parties shall disclose the identities of any testifying expert witnesses and serve any expert reports pursuant to FED. R. CIV. P. 26(a)(2)(B) (made applicable to this matter pursuant to FED. R. BANKR. P. 7026) on any issue(s) as to which that party bears the burden of proof no later than 30 days after entry of the scheduling order.

(ii) Any party's expert report intended to rebut any other expert report shall be served no later than 45 days after entry of the scheduling order.

(iii) All expert depositions shall be completed on or before 90 days after entry of the scheduling order.

(2) Motions:

(i) Any motions shall be filed and served no later than 120 days after the entry of the scheduling order.

(ii) Oppositions to any motions shall be filed no later than 145 days after the entry of the scheduling order

(iii) Reply briefs in further support of any motions shall be filed no later than 160 days after the entry of the scheduling order.

4

  (3) <u>Estimation Hearing</u>:

    (i) The Court shall hold a final pre-trial conference on Monday, April 13, 2015, or as soon thereafter as is convenient for the Court's schedule, including with respect to its disposition of any motions; and it is further

ORDERED that to the extent that there may be any inconsistency between the terms of the Motion and this Order, the terms of this Order shall govern; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
September __, 2014

                 _____
                 Honorable Shelley C. Chapman
                 United States Bankruptcy Judge

SK 16271 0159 6094301

4