# ATTACHMENT II

# Documents Considered

**Interviews**

1. Interview with Jim Burke of Cowen on August 9, 2013.
2. Interview with Yulia Gillman of Cowen on August 9, 2013.
3. Interview with Joe Phillips of Digital Risk on June 10, 2014.

**Documents Produced**

4. Mortgage Loan Sale and Assignment Agreement, Trust Agreements, Prospectuses, and Prospectus Supplements for the following Trusts:
   - SLHM 1989-1
   - SASC 1996-4
   - SASC 1997-2
   - SASC 1998-3
   - SASC 1998-2
   - SASC 1998-RF2
   - SASC 1998-RF4
   - SASC 1998-RF1
   - SASC 1998-RF3
   - LHELT 1998-2
   - SASC 1998-6
   - SASC 1999-RF1
   - SASC 1999-ALS3
   - LABMH 2001-B
   - SASC 2001-SB1
   - ARC 2001-BC1
   - SASC 2001-16H
   - SASC 2001-19
   - SASC 2001-11
   - SASC 2001-6
   - SASC 2001-1
   - SASC 2001-21A
   - SASC 2001-2
   - FFML 2002-FF3
   - LABMH 2002-A
   - SASC 2002-AL1
   - SASC 2002-10H
   - SASC 2002-22H
   - SASC 2002-BC1
   - SASC 2002-HF1
   - SASC 2002-HF2
   - ARC 2002-BC9
   - SASC 2002-12
   - ARC 2002-BC6
   - ARC 2002-BC5
   - SASC 2002-5A
   - ARC 2002-BC10
   - SASC 2002-13
   - SASC 2002-15
   - SASC 2002-6
   - SASC 2002-NP1
   - ARC 2002-BC8
   - SASC 2002-17
   - AMT 2003-1
   - ENCOR 2003-1
   - FFML 2003-FF3
   - FFML 2003-FFB
   - SASC 2003-AL2
   - SASC 2003-AL1
   - SAIL 2003-BC6
   - SAIL 2003-BC7
   - SASC 2003-23H
   - SASC 2003-33H
   - SASC 2003-7H
   - SAIL 2003-BC2
   - SASC 2003-4
   - SASC 2003-RNP2
   - SASC 2003-10
   - SAIL 2003-BC11
   - SASC 2003-NP2

1

- SAIL 2003-BC10
- SASC 2003-NP3
- SAIL 2003-BC12
- SAIL 2003-BC4
- SAIL 2003-BC3
- SAIL 2003-BC9
- SASC 2003-NP1
- SAIL 2003-BC13
- SAIL 2003-BC1
- SAIL 2003-BC8
- SAIL 2003-BC5
- SASC 2003-3XS
- SASC 2003-15A
- SASC 2003-12XS
- SASC 2003-S2
- SASC 2003-16
- SASC 2003-GEL1
- SASC 2003-18XS
- SASC 2003-21
- LABS 2003-1
- SASC 2003-6A
- SASC 2003-14
- SASC 2003-8
- SASC 2003-S1
- SASC 2003-36XS
- SASC 2003-25XS
- SASC 2003-20
- SASC 2003-38
- SASC 2003-28XS
- SASC 2003-32
- SASC 2003-30
- SASC 2003-39EX
- SASC 2003-29
- SASC 2003-35
- SASC 2003-17A
- SASC 2003-34A
- SASC 2003-26A
- FINA 2004-1
- FFML 2004-FF7
- FFML 2004-FFA
- LABS 2004-2
- HLTV 2004-1
- WFHET 2004-1
- FHLT 2004-3
- SAIL 2004-7
- SAIL 2004-BNC1
- SAIL 2004-BNC2
- SASC 2004-12H
- SASC 2004-5H
- SASC 2004-18H
- SASC 2004-NP1
- ARC 2004-1
- SAIL 2004-4
- SASC 2004-NP2
- SASC 2004-GEL3
- SAIL 2004-6
- SAIL 2004-2
- SAIL 2004-9
- SASC 2004-GEL2
- SAIL 2004-5
- SAIL 2004-3
- SASC 2004-S2
- SAIL 2004-1
- SARM 2004-9XS
- SASC 2004-15
- SASC 2004-GEL1
- SASC 2004-S3
- SAIL 2004-11
- SASC 2004-17XS
- SAIL 2004-8
- LABS 2004-1
- SASC 2004-22
- SASC 2004-6XS
- SASC 2004-16XS
- SASC 2004-4XS
- SASC 2004-19XS
- SAIL 2004-10
- SASC 2004-10
- SASC 2004-2AC
- SASC 2004-3

2

- SASC 2004-S4
- SASC 2004-7
- SASC 2004-9XS
- SASC 2004-21XS
- SASC 2004-11XS
- SASC 2004-13
- SASC 2004-20
- SARM 2004-5
- SASC 2004-23XS
- SARM 2004-10
- SARM 2004-20
- SARM 2004-18
- SARM 2004-16
- FFML 2005-FF10
- FFML 2005-FF3
- FFML 2005-FF9
- FFML 2005-FFH2
- LABS 2005-1
- LXS 2005-5N
- LXS 2005-7N
- LXS 2005-9N
- GPMF 2005-HE3
- TMST 2005-3
- SAIL 2005-HE1
- SAIL 2005-HE2
- SARM 2005-14
- SARM 2005-16XS
- SARM 2005-19XS
- SARM 2005-9
- SASC 2005-AR1
- SASC 2005-GEL1
- SASC 2005-NC1
- SASC 2005-NC2
- SASC 2005-OPT1
- SASC 2005-RMS1
- SASC 2005-WF1
- SASC 2005-WF2
- SASC 2005-WF3
- SASC 2005-WF4
- SASC 2005-RF3
- SASC 2005-SC1
- SASC 2005-RF7
- SASC 2005-11H
- SASC 2005-RF6
- SASC 2005-RF2
- SASC 2005-RF1
- SASC 2005-RF4
- SASC 2005-RF5
- SASC 2005-GEL2
- SASC 2005-GEL3
- SAIL 2005-10
- SAIL 2005-3
- SAIL 2005-11
- SAIL 2005-2
- SASC 2005-S4
- SASC 2005-GEL4
- SAIL 2005-9
- SAIL 2005-1
- SARM 2005-3XS
- SASC 2005-3
- SARM 2005-15
- SAIL 2005-HE3
- SAIL 2005-7
- SASC 2005-S1
- SAIL 2005-6
- SAIL 2005-5
- SASC 2005-6
- SASC 2005-14
- SARM 2005-11
- SAIL 2005-8
- SASC 2005-S2
- SASC 2005-2XS
- SASC 2005-S3
- SAIL 2005-4
- SARM 2005-8XS
- SARM 2005-6XS
- SASC 2005-15
- SARM 2005-12
- SASC 2005-4XS
- SASC 2005-7XS

3

- SASC 2005-10
- SASC 2005-5
- SASC 2005-17
- SASC 2005-1
- SASC 2005-9XS
- SASC 2005-S5
- LMT 2005-3
- SARM 2005-17
- SARM 2005-20
- LMT 2005-1
- SASC 2005-S6
- LXS 2005-1
- SARM 2005-23
- LXS 2005-8
- LXS 2005-4
- SARM 2005-22
- LXS 2005-2
- SASC 2005-S7
- LXS 2005-10
- LXS 2005-3
- LMT 2005-2
- LXS 2005-6
- BNCMT 2006-1
- BNCMT 2006-2
- FFML 2006-FF10
- FFML 2006-FF12
- FFML 2006-FF14
- FFML 2006-FF15
- FFML 2006-FF17
- FFML 2006-FF2
- FFML 2006-FFA
- FFML 2006-FFB
- GPMF 2006-AR4
- GPMF 2006-AR5
- GPMF 2006-AR6
- GPMF 2006-AR7
- GPMF 2006-AR8
- LMT 2006-3
- LXS 2006-14N
- LXS 2006-16N
- LXS 2006-18N
- LXS 2006-2N
- LXS 2006-4N
- LXS 2006-GP1
- LXS 2006-GP2
- LXS 2006-GP3
- LXS 2006-GP4
- TBW 2006-3
- GPMF 2006-HE1
- TMST 2006-4
- SASC 2006-BC5
- SAIL 2006-3
- SAIL 2006-BNC1
- SAIL 2006-BNC2
- SAIL 2006-BNC3
- SASC 2006-3H
- SASC 2006-AM1
- SASC 2006-ARS1
- SASC 2006-BC1
- SASC 2006-BC6
- SASC 2006-EQ1A
- SASC 2006-NC1
- SASC 2006-OPT1
- SASC 2006-OW1
- SASC 2006-W1A
- SASC 2006-WF1
- SASC 2006-WF2
- SASC 2006-WF3
- SASC 2006-RF1
- SASC 2006-RF4
- SASC 2006-RF2
- SASC 2006-RF3
- SASC 2006-ZA
- SASC 2006-GEL3
- SAIL 2006-1
- SASC 2006-GEL2
- SASC 2006-GEL4
- SASC 2006-GEL1
- LMT 2006-4
- LMT 2006-2

- SAIL 2006-4
- SASC 2006-BC2
- LXS 2006-12N
- SAIL 2006-2
- SARM 2006-10
- SARM 2006-8
- SASC 2006-BC4
- LXS 2006-10N
- SARM 2006-9
- SARM 2006-7
- LMT 2006-1
- LMT 2006-9
- SARM 2006-11
- SARM 2006-6
- SASC 2006-BC3
- SARM 2006-12
- SARM 2006-3
- SARM 2006-5
- LXS 2006-1
- LMT 2006-8
- LXS 2006-11
- LXS 2006-3
- SARM 2006-1
- LXS 2006-9
- SARM 2006-2
- SASC 2006-S1
- LXS 2006-13
- SARM 2006-4
- LXS 2006-15
- LXS 2006-5
- LXS 2006-20
- LXS 2006-8
- LXS 2006-19
- SASC 2006-S3
- LXS 2006-7
- LXS 2006-17
- SASC 2006-S2
- SASC 2006-S4
- GPMF 2007-AR1
- GPMF 2007-AR2
- GPMF 2007-AR3
- LXS 2007-2N
- LXS 2007-4N
- LMT 2007-3
- LMT 2007-2
- LMT 2007-10
- LMT 2007-6
- LMT 2007-1
- LMT 2007-7
- SARM 2007-10
- LXS 2007-7N
- LMT 2007-4
- LMT 2007-5
- SARM 2007-11
- LXS 2007-20N
- LXS 2007-18N
- SARM 2007-3
- LXS 2007-9
- LMT 2007-8
- SARM 2007-1
- LXS 2007-15N
- SARM 2007-2
- LXS 2007-12N
- SARM 2007-8
- LXS 2007-16N
- LXS 2007-11
- SARM 2007-6
- SARM 2007-4
- LXS 2007-1
- LXS 2007-5H
- LXS 2007-17H
- LXS 2007-3
- LXS 2007-14H
- LXS 2007-10H
- LXS 2007-8H
- LXS 2007-6
- LMT 2007-9
- SARM 2008-1
- LMT 2008-6
- LMT 2008-2

5

- o SARM 2008-2
- o BNCMT 2007-1
- o BNCMT 2007-2
- o BNCMT 2007-3
- o LABSM 2007-1
- o RSMLT 2007-1A
- o SASC 2007-BNC1
- o SASC 2007-EQ1
- o SASC 2007-MN1A
- o SASC 2007-RNP1
- o SASC 2007-SC1
- o SASC 2007-WF1
- o SASC 2007-WF2
- o SASC 2007-TC1
- o SASC 2007-RF2
- o SASC 2007-RF1
- o SASC 2007-GEL1
- o SASC 2007-BC3
- o SASC 2007-GEL2
- o SASC 2007-BC2
- o SASC 2007-BC1
- o SASC 2007-OSI
- o BNCMT 2007-4
- o RLT 2008-AH1
- o SASC 2007-BC4

5. Proofs of Claim, numbered as follows:
   - o 0000021105.PDF
   - o 0000021106.PDF
   - o 0000021107.PDF
   - o 0000021108.PDF
   - o 0000021109.PDF
   - o 0000021110.PDF
   - o 0000021111.PDF
   - o 0000021112.PDF
   - o 0000021113.PDF
   - o 0000021114.PDF
   - o 0000021115.PDF
   - o 0000021116.PDF
   - o 0000021117.PDF
   - o 0000021118.PDF
   - o 0000021119.PDF
   - o 0000021120.PDF
   - o 0000021121.PDF
   - o 0000021122.PDF
   - o 0000021123.PDF
   - o 0000021124.PDF
   - o 0000021125.PDF
   - o 0000021126.PDF
   - o 0000021127.PDF
   - o 0000021128.PDF
   - o 0000021129.PDF
   - o 0000021130.PDF
   - o 0000021131.PDF
   - o 0000021132.PDF
   - o 0000021133.PDF
   - o 0000021134.PDF
   - o 0000021135.PDF
   - o 0000021136.PDF
   - o 0000022604.PDF
   - o 0000022605.PDF
   - o 0000022606.PDF
   - o 0000022718.PDF
   - o 0000022719.PDF
   - o 0000022721.PDF
   - o 0000022761.PDF
   - o 0000022766 (1).PDF
   - o 0000022766.PDF
   - o 0000022773 (1).PDF
   - o 0000022773.PDF
   - o 0000022774.PDF

6. J William Boone Trust Settlement Letter A
7. J William Boone Trust Settlement Letter B
8. Christopher Desiderio Trust Settlement Letter A
9. Christopher Desiderio Trust Settlement Letter B

10. Jennifer Doran Trust Settlement Letter A
11. Jennifer Doran Trust Settlement Letter B
12. Stephen Mertz Trust Settlement Letter A
13. Stephen Mertz Trust Settlement Letter B
14. Term Sheet to Lehman's Settlement Letter A
15. Franklin Top Trust Settlement Letter A
16. Franklin Top Trust Settlement Letter B
17. The following Breach Reports, per Digital Risk:
    - Cowen FINAL Wilmington NA_50_3.xls
    - Cowen Final_Version_US Bank _26.xls
    - Cowen_DB_Final_Version_7.xls
    - Cowen_Final Version_Wilmington NA_11.xls
    - Cowen_Final Version_ Wilmington_NA_8.xls
    - Cowen_Final Version_Wilmington_NA_50_4.xls
    - Cowen_Final_ Version US Bank 2573_8.xls
    - Cowen_Final_ Version_ Wilmington NA Report 5.xls
    - Cowen_FINAL_ Wilmington NA Report 2.xls
    - Cowen_Final_Verison_Wilmington NA_10.xls
    - Cowen_Final_Version_US Bank 2573_7.xls
    - Cowen_Final_Version_US Bank_1.xls
    - Cowen_Final_Version_USBank_Transfer_1.xls
    - Cowen_Final_Version_USBank_Transfer_2.xls
    - Cowen_Final_Version_USBank_Transfer_3.xls
    - Cowen_Final_Version_Wells 1033_5.xls
    - Cowen_Final_Version_Wilmington 489_50_1.xls
    - Cowen_Final_Version_Wilmington 489_MOVEMENT SUMMARY.xls
    - Cowen_Final_Version_Wilmington NA_12.xls
    - Cowen_Final_Version_Wilmington NA_13.xls
    - Cowen_Final_Version_Wilmington NA_14.xls
    - Cowen_Final_Version_Wilmington NA_15.xls
    - Cowen_Final_Version_Wilmington NA_16.xls
    - Cowen_Final_Version_Wilmington NA_50_6.xls
    - Cowen_Final_Version_Wilmington NA_50_7.xls
    - Cowen_Final_Version_Wlimington_NA_9.xls
    - Cowen_Final_Wilmington NA  Report 1.xls
    - Cowen_US Bank Final_Version_18.xls
    - Cowen_US Bank Final_Version_3.xls
    - Cowen_US Bank_Final Version_23.xls
    - Cowen_US Bank_Final Version_24.xls
    - Cowen_US Bank_Final Version_25.xls

- o   Cowen_US Bank_Final_Version_10.xls
- o   Cowen_US Bank_Final_Version_11.xls
- o   Cowen_US Bank_Final_Version_12.xls
- o   Cowen_US Bank_Final_Version_13.xls
- o   Cowen_US Bank_Final_Version_14.xls
- o   Cowen_US Bank_Final_Version_15.xls
- o   Cowen_US Bank_Final_Version_16.xls
- o   Cowen_US Bank_Final_Version_17.xls
- o   Cowen_US Bank_Final_Version_19.xls
- o   Cowen_US Bank_Final_Version_20.xls
- o   Cowen_US Bank_Final_Version_21.xls
- o   Cowen_US Bank_Final_Version_22.xls
- o   Cowen_US Bank_Final_Version_4.xls
- o   Cowen_US Bank_Final_Version_5.xls
- o   Cowen_US Bank_Final_Version_50_2.xls
- o   Cowen_US Bank_Final_Version_6.xls
- o   Cowen_US Bank_Final_Version_9.xls
- o   Cowen_USBank_Transfer_Final_ Version_4.xls
- o   Cowen_Wells_Final Version_6.xls
- o   Cowen_Wells_Final_Version _4.xls
- o   Cowen_Wells_Final_Version_1.xls
- o   Cowen_Wells_Final_Version_2.xls
- o   Cowen_Wells_Final_Version_3.xls
- o   Cowen_Wilmington 489_Final_Verion_2.xls
- o   Cowen_Wilmington 489_Final_Version_3.xls
- o   Cowen_Wilmington NA_Final_Version_17.xls
- o   Cowen_Wilmington NA_Final_Version_18.xls
- o   Cowen_Wilmington NA_Final_Version_19.xls
- o   Cowen_Wilmington_Final_Version_489_1.xls
- o   Cowen US Bank Final Version_41.xls
- o   Cowen_US Bank 2573 Final Version_45.xls
- o   Cowen_US Bank 2573 Final Version_46.xlsx
- o   Cowen Law Debenture_13_Final Version.xls
- o   Cowen US Bank_ Final Version_30.xls
- o   Cowen US Bank_Final Version_31.xls
- o   Cowen US Bank_Final Version_32.xls
- o   Cowen_US Bank_Final Version_29.xls
- o   Cowen_Law Debenture Final_Version_7.xls
- o   Cowen_Law Debenture_Final_Version_8.xls
- o   Cowen_US Bank 2573_Final Version_28.xls

8

- o Cowen_US Bank Final Version_33.xls
- o Cowen_US Bank Final Version_34.xls
- o Cowen_US Bank Final Version_35.xls
- o Cowen_US Bank Final Version_36.xls
- o Cowen_US Bank_Final_Version_27.xls
- o Cowen_Wilmington NA_Final Version_20.xls
- o Cowen_Law Debenture_1033_14 Final Version.xls
- o Cowen_US Bank Final Version_37.xls
- o Cowen_US Bank Final Version_39.xls
- o Cowen_US Bank Final Version_40.xls
- o Cowen_US Bank 2573_47 Final Version.xls
- o Cowen_US Bank 2573_48 Final Version.xls
- o Cowen_US Bank Final Version_42.xls
- o Cowen_US Bank_Final Version_43.xls
- o Cowen_US Bank_Final Version_44.xls
- o Cowen_Wells 1033_7 _Final Version.xls
- o Cowen_Wells 1033_8_Final Version.xls
- o Cowen_Wells 1033_9 Final Version.xls
- o Cowen_Wells 1033_10  Final Version.xls
- o Cowen_Wells 1033_11 Final Version.xls
- o Cowen_Wells 1033_12 Final Version.xls
- o Cowen_Wilmington 489_5 Final Version.xls
- o Cowen_Wilmington 489_6 Final Version.xls
- o Cowen_Wilmington NA_21 Final Version.xls
- o Cowen_US Bank Final Version_38.xls
- o Cowen_Law Debenture_1033_15 Final Version.xls
- o Cowen_Law Debenture_1033_16 Final Version.xls
- o Cowen_Law Debenture 1033_17_Final Version.xls
- o Cowen_US Bank 2573_49 Final Version.xls
- o Cowen_Wilmington 489_7 Final Version.xls
- o Cowen_Wilmington 489_8 Final Version.xls
- o Cowen_Wilmington NA_4 Final Version.xls
- o Cowen_Wilmington NA_22 Final Version.xls

**Data Sources, Websites, and Other Publicly Available Information**

18. "Super Conforming Mortgages: Maximum LTV/TLTV/HTLTV ratio requirements." Freddie Mac: http://www.freddiemac.com/singlefamily/mortgages/docs/Updated_ LTVs_superconforming.pdf.
19. "Product Overview: REMIC Program" Freddie Mac: http://www.freddiemac.com/mbs /docs/fs_remicprogram.pdf.

20. "U.S. Agency Mortgage-Backed Securities Issuance and Outstanding," August 8, 2013, Microsoft Excel file. (accessed at: http://www.sifma.org/research/statistics.aspx).
21. SIFMA. "U.S. Mortgage-Related Issuance and Outstanding," December 2, 2013, Microsoft Excel file. (accessed at: http://www.sifma.org/research/statistics.aspx).
22. "Company Overview." Intex: http://www.intex.com/main/company.php.
23. "S&P/Case-Schiller 20-City Composite Home Price." S&P Dow Jones Indices. (accessed on May 10th, 2014: http://us.spindices.com/indices/real-estate/sp-case-shiller-20-city-composite-home-price-index).
24. NationStar Remittance Data, April 25, 2014, Wells Fargo Remittance Data, April 25, 2014.
25. NationStar Remittance Data, June 25, 2012.

**Legal Decisions**

26. *Cook v. Rockwell Int'l,* 619 F.3d 1127 (10th Cir. 2010).
27. *Town of Verona v. Cuomo,* 2013 WL 5839839 (N.D.N.Y.).
28. *Deutsche Bank National Trust Co. v. WMC Mortgage LLC*, 2014 WL 1289234 (D. Conn).
29. *Assured Guar. Mun. Corp. v. Flagstar Bank*, FSB, 920 F. Supp. 2d 475 – (S.D.N.Y. 2013)
30. *MBIA Ins. Corp. v. Countrywide,* 87 AD 3d 287, (N.Y.A.D. 2011).
31. *Syncora Guarantee Inc. v. EMC Mortg. Corp.,* 874 F. Supp. 2d 328 (Dist. Court, SD N).
32. *Illinois Physicians Union v. Miller*, 675 F. 2d 151, (7th Circuit 1982).
33. *U.S. Bank Natl. Assn. v. DLJ Mtge. Capital, Inc.*, 2013 WL 6997183 (N.Y. Supp.).
34. *DynCorp v. GTE Corp.*, 215 F. Supp. 2d 308, (S.D.N.Y. 2002).
35. *Bank of NY Mellon v. WMC Mtge., LLC*, 2013 WL 6153207 (N.Y. Supp.)
36. *Deutsche ALT-A Securities v. DB Structured Products.*, 958 F. Supp. 2d 488 (S.D.N.Y. 2013),

**Publications and Articles**

37. Stone, Charles A., and Anne Zissu. *The Securitization Markets Handbook: Structures and Dynamics of Mortgage- and Asset-backed Securities*. Princeton, NJ: Bloomberg, 2005.
38. Adam B. Ashcraft & Til Schuermann, *Understanding the Securitization of Subprime Mortgage Credit*, 318 Fed. Reserve Bank of N.Y. Staff Report (2007).
39. Ashcraft. "Understanding the Securitization of Subprime Mortgage Credit," Federal Reserve Bank of New York. March 2008.
40. Asset-Backed Securities, Exchange Act Release Nos. 33-8518, 34-50905, 84 SEC Docket 1624 (Dec. 22, 2004).
41. Brown and Larson, "The Issue of Retail Credit Risk Seasoning and Its Impact Upon Basel II PD Estimation," Promontory Financial Group, June 26, 2007.
42. Deepika Kothari & Yehudah Forster, Moody's Investors Service, *Moody's Approach to Rating US Residential Mortgage-Backed Securities* (2008).
43. Frank J. Fabozzi, *The Handbook of Mortgage-Backed Securities* (6th ed. 2005).

44. Gustafson, Mark A. and Peter P. Simon, "Use of Statistical Sampling in Litigation," in *Litigation Services Handbook: The Role of the Financial Expert*, 5th Ed., ed. Roman L. Weil, Daniel G. Lentz, and David P. Hoffman, Hoboken, NJ, John Wiley & Sons, 1996.
45. Hays, William L. and Winkler, Robert L., *Statistics: Probability, Inference, and Decision*, New York, Holt, Rinehart and Winston, Inc., 1971.
46. Jablansky and Wang. "Perfect Pay and Credit Burnout: Non-Agency Valuation Implications, Securitized Product Insights," The Royal Bank of Scotland, March 10, 2011.
47. James Watkins, Fitch Ratings, *ResiLogic: U.S. Residential Mortgage Loss Model Technical Document* (2007).
48. Jobst, A. (2008). *Back to Basics: What is Securitization?* International Monetary Fund.
49. Khazanie, Ramakant, *Elementary Statistics in a World of Applications* 4th Ed., New York, HarperCollins College Publishers, 1996.
50. *Litigation Services Handbook: Role of the Financial Expert*, 5th Edition. 2012
51. *Litigation Services Handbook: Role of the Financial Expert*, 4th Edition. 2007.
52. Metropolis, N. "The Beginning of the Monte Carlo Method," *Los Alamos Science: Special Issue 1987*.
53. Nicola Cetorelli & Stravos Peristiani, *The Role of Banks in Asset Securitization*, 18 Economic Policy Review (2012).
54. Office of Compliance Inspections and Examinations, U.S. Securities and Exchange Commission, *Summary Report of Issues Identified in the Commission Staff's Examinations of Select Credit Ratings Agencies* (2008).
55. Satish Mansukhani, Credit Suisse First Boston, *CSFB's Starter Kit for Non-Agency Residential Mortgage-Backed Securities* (2005).
56. Scott Besley & Eugene F. Brigham, *Principles of Finance* (South-Western 4th ed. 2008).
57. Standard & Poor's, *Guide to Credit Rating Essentials* (2011).
58. Standard & Poor's, *Methodology and Assumptions for Rating U.S. RMBS Prime, Alternative-A, And Subprime Loans* (2009).
59. U.S. Securities and Exchange Commission, *Report on the Role and Function of Credit Rating Agencies in the Operation of the Securities Markets* (2003).
60. Wheelan, Charles, *Naked Statistics: Stripping the Dread from the Data*, New York, W. W. Norton & Company, 2013.