# ATTACHMENT VI

## Inputs for Intex Projection Model

|  | Deal ID | CRR | CDR | Severity |
|---|---|---|---|---|
| 1 | LABS 2003-1 | 23.04 | 0.57 | 63.48 |
| 2 | LABS 2004-1 | 17.81 | 1.01 | 51.92 |
| 3 | LMT 2006-8 | 7.78 | 7.99 | 62.41 |
| 4 | LMT 2006-9 | 5.76 | 5.90 | 77.42 |
| 5 | LMT 2007-1 | 5.25 | 4.18 | 80.48 |
| 6 | LMT 2007-10 | 7.20 | 5.55 | 80.27 |
| 7 | LMT 2007-2 | 12.99 | 4.01 | 59.14 |
| 8 | LMT 2007-3 | 14.90 | 3.15 | 43.88 |
| 9 | LMT 2007-4 | 5.17 | 10.82 | 83.73 |
| 10 | LMT 2007-5 | 11.79 | 2.76 | 75.28 |
| 11 | LMT 2007-6 | 6.67 | 4.86 | 81.39 |
| 12 | LMT 2007-7 | 12.98 | 2.54 | 84.40 |
| 13 | LMT 2007-8 | 15.01 | 1.54 | 42.03 |
| 14 | LXS 2005-1 | 7.06 | 3.74 | 60.94 |
| 15 | LXS 2005-10 | 3.30 | 5.64 | 68.71 |
| 16 | LXS 2005-2 | 8.12 | 6.26 | 79.52 |
| 17 | LXS 2005-3 | 5.71 | 7.33 | 79.00 |
| 18 | LXS 2005-4 | 5.37 | 4.15 | 84.01 |
| 19 | LXS 2005-6 | 5.55 | 5.86 | 77.97 |
| 20 | LXS 2005-8 | 4.58 | 7.25 | 71.73 |
| 21 | LXS 2006-1 | 5.87 | 4.11 | 84.46 |
| 22 | LXS 2006-10N | 3.82 | 5.21 | 63.04 |
| 23 | LXS 2006-11 | 4.54 | 6.07 | 112.42 |
| 24 | LXS 2006-12N | 2.11 | 5.51 | 92.05 |
| 25 | LXS 2006-13 | 4.56 | 6.87 | 89.92 |
| 26 | LXS 2006-15 | 3.60 | 6.04 | 90.94 |
| 27 | LXS 2006-17 | 2.92 | 6.94 | 86.10 |
| 28 | LXS 2006-19 | 5.40 | 5.60 | 82.74 |
| 29 | LXS 2006-20 | 0.90 | 12.72 | 70.51 |
| 30 | LXS 2006-3 | 2.98 | 7.75 | 76.14 |
| 31 | LXS 2006-5 | 3.08 | 9.37 | 64.11 |
| 32 | LXS 2006-7 | 2.82 | 6.93 | 73.99 |
| 33 | LXS 2006-8 | 5.42 | 5.98 | 79.62 |
| 34 | LXS 2006-9 | 3.08 | 10.19 | 69.89 |
| 35 | LXS 2007-1 | 2.51 | 9.06 | 87.21 |
| 36 | LXS 2007-10H | 3.42 | 9.67 | 100.70 |
| 37 | LXS 2007-11 | 1.91 | 9.22 | 87.72 |
| 38 | LXS 2007-12N | 3.30 | 8.04 | 84.72 |
| 39 | LXS 2007-14H | 3.61 | 13.95 | 85.61 |
| 40 | LXS 2007-15N | 2.75 | 7.31 | 89.06 |
| 41 | LXS 2007-16N | 4.68 | 6.40 | 82.45 |
| 42 | LXS 2007-17H | 2.61 | 9.05 | 100.04 |
| 43 | LXS 2007-18N | 3.46 | 9.34 | 64.13 |
| 44 | LXS 2007-20N | 4.70 | 11.42 | 62.77 |
| 45 | LXS 2007-3 | 2.42 | 9.06 | 76.30 |
| 46 | LXS 2007-5H | 3.46 | 10.84 | 64.09 |

**Inputs for Intex Projection Model**

|    | Deal ID | CRR | CDR | Severity |
|---|---|---|---|---|
| 47 | LXS 2007-6 | 1.97 | 7.99 | 91.55 |
| 48 | LXS 2007-7N | 4.78 | 8.29 | 70.97 |
| 49 | LXS 2007-8H | 2.03 | 9.51 | 104.84 |
| 50 | LXS 2007-9 | 1.53 | 7.83 | 106.13 |
| 51 | SARM 2004-9XS | 10.49 | 0.94 | 71.74 |
| 52 | SARM 2005-22 | 12.16 | 5.32 | 49.65 |
| 53 | SARM 2005-23 | 6.52 | 4.24 | 68.74 |
| 54 | SARM 2005-3XS | 5.58 | 2.01 | 100.85 |
| 55 | SARM 2005-6XS | 7.94 | 5.50 | 50.22 |
| 56 | SARM 2005-8XS | 4.88 | 5.86 | 69.47 |
| 57 | SARM 2006-1 | 7.01 | 4.77 | 61.05 |
| 58 | SARM 2006-10 | 4.99 | 8.34 | 61.47 |
| 59 | SARM 2006-11 | 3.85 | 5.07 | 83.22 |
| 60 | SARM 2006-12 | 5.83 | 5.24 | 66.14 |
| 61 | SARM 2006-2 | 5.81 | 3.67 | 63.26 |
| 62 | SARM 2006-3 | 11.71 | 8.80 | 58.74 |
| 63 | SARM 2006-4 | 12.07 | 3.92 | 68.55 |
| 64 | SARM 2006-5 | 14.42 | 5.65 | 46.35 |
| 65 | SARM 2006-6 | 12.29 | 7.30 | 57.63 |
| 66 | SARM 2006-8 | 12.23 | 4.24 | 78.25 |
| 67 | SARM 2006-9 | 7.22 | 4.73 | 53.69 |
| 68 | SARM 2007-1 | 3.48 | 6.50 | 72.70 |
| 69 | SARM 2007-10 | 2.32 | 4.22 | 62.31 |
| 70 | SARM 2007-11 | 8.38 | 5.69 | 43.42 |
| 71 | SARM 2007-2 | 3.39 | 7.80 | 71.05 |
| 72 | SARM 2007-3 | 9.71 | 5.96 | 103.59 |
| 73 | SARM 2007-4 | 2.69 | 6.49 | 73.66 |
| 74 | SARM 2007-6 | 4.87 | 6.66 | 86.01 |
| 75 | SARM 2007-8 | 6.79 | 4.65 | 72.79 |
| 76 | SASC 2003-12XS | 3.35 | 7.09 | 63.48 |
| 77 | SASC 2003-18XS | 0.00 | 20.50 | 50.53 |
| 78 | SASC 2003-25XS | 8.04 | 5.23 | 23.16 |
| 79 | SASC 2003-28XS | 14.19 | 0.88 | 125.00 |
| 80 | SASC 2003-29 | 23.60 | 2.03 | 100.00 |
| 81 | SASC 2003-32 | 13.29 | 1.00 | 71.98 |
| 82 | SASC 2003-35 | 13.15 | 1.11 | 22.24 |
| 83 | SASC 2003-36XS | 12.74 | 16.32 | 90.60 |
| 84 | SASC 2003-3XS | 0.00 | 11.08 | 90.96 |
| 85 | SASC 2003-S1 | 0.97 | 25.02 | 54.69 |
| 86 | SASC 2004-10 | 14.69 | 1.39 | 39.58 |
| 87 | SASC 2004-11XS | 14.53 | 2.13 | 56.20 |
| 88 | SASC 2004-13 | 12.46 | 1.70 | 45.41 |
| 89 | SASC 2004-16XS | 7.24 | 1.75 | 47.88 |
| 90 | SASC 2004-17XS | 9.07 | 0.94 | 62.67 |
| 91 | SASC 2004-18H | 9.35 | 5.36 | 27.25 |
| 92 | SASC 2004-19XS | 18.52 | 1.99 | 28.10 |

**Inputs for Intex IRes Projection Model**

|  | Deal ID | CRR | CDR | Severity |
|---|---|---|---|---|
| 93 | SASC 2004-21XS | 15.73 | 1.49 | 49.72 |
| 94 | SASC 2004-23XS | 11.33 | 1.35 | 65.99 |
| 95 | SASC 2004-2AC | 12.27 | 1.53 | 57.27 |
| 96 | SASC 2004-3 | 12.79 | 1.30 | 23.83 |
| 97 | SASC 2004-4XS | 17.21 | 1.98 | 47.98 |
| 98 | SASC 2004-6XS | 20.37 | 1.85 | 84.32 |
| 99 | SASC 2004-7 | 15.19 | 1.25 | 50.38 |
| 100 | SASC 2004-9XS | 16.40 | 0.61 | 72.55 |
| 101 | SASC 2004-S2 | 6.09 | 7.52 | 96.46 |
| 102 | SASC 2004-S3 | 9.15 | 3.99 | 91.41 |
| 103 | SASC 2004-S4 | 8.73 | 4.62 | 34.56 |
| 104 | SASC 2005-11H | 12.94 | 0.23 | 90.66 |
| 105 | SASC 2005-2XS | 10.09 | 4.72 | 66.92 |
| 106 | SASC 2005-4XS | 8.79 | 3.14 | 47.35 |
| 107 | SASC 2005-7XS | 11.16 | 4.85 | 73.25 |
| 108 | SASC 2005-9XS | 4.86 | 5.83 | 75.88 |
| 109 | SASC 2006-S1 | 5.90 | 5.20 | 105.82 |
| 110 | SASC 2006-S2 | 8.84 | 6.42 | 91.99 |
| 111 | SASC 2006-S3 | 5.25 | 1.90 | 98.60 |
| 112 | SASC 2006-S4 | 4.98 | 1.80 | 98.97 |
| 113 | LMT 2005-1 | 12.74 | 3.16 | 48.35 |
| 114 | LMT 2005-2 | 11.12 | 4.10 | 52.36 |
| 115 | LMT 2005-3 | 10.33 | 5.50 | 55.81 |
| 116 | LMT 2006-1 | 16.36 | 2.52 | 76.71 |
| 117 | LMT 2006-2 | 16.81 | 2.18 | 52.43 |
| 118 | LMT 2006-4 | 13.75 | 2.85 | 100.99 |
| 119 | LMT 2007-9 | 8.38 | 4.39 | 60.54 |
| 120 | LMT 2008-2 | 14.82 | 2.82 | 101.46 |
| 121 | LMT 2008-6 | 4.11 | 6.68 | 20.54 |
| 122 | SARM 2004-10 | 6.54 | 1.18 | 40.55 |
| 123 | SARM 2004-16 | 8.40 | 3.61 | 56.52 |
| 124 | SARM 2004-18 | 5.70 | 4.25 | 39.46 |
| 125 | SARM 2004-20 | 4.78 | 2.70 | 58.27 |
| 126 | SARM 2004-5 | 6.60 | 1.82 | 52.79 |
| 127 | SARM 2005-11 | 6.59 | 1.15 | 58.68 |
| 128 | SARM 2005-12 | 8.61 | 3.04 | 47.57 |
| 129 | SARM 2005-15 | 8.99 | 3.18 | 52.62 |
| 130 | SARM 2005-17 | 9.63 | 3.42 | 59.00 |
| 131 | SARM 2005-20 | 8.63 | 3.80 | 37.37 |
| 132 | SARM 2006-7 | 6.50 | 6.06 | 79.86 |
| 133 | SARM 2008-2 | 6.14 | 4.86 | 14.52 |
| 134 | SASC 2003-10 | 18.09 | 2.03 | 38.07 |
| 135 | SASC 2003-15A | 7.74 | 2.03 | 38.07 |
| 136 | SASC 2003-16 | 16.22 | 2.03 | 38.07 |
| 137 | SASC 2003-17A | 4.21 | 0.27 | 38.07 |
| 138 | SASC 2003-21 | 7.70 | 2.03 | 38.07 |

**Inputs for Intex IRS Projection Model**

|  | Deal ID | CRR | CDR | Severity |
|---|---|---|---|---|
| 139 | SASC 2003-26A | 5.75 | 5.59 | 38.07 |
| 140 | SASC 2003-30 | 14.05 | 2.03 | 38.07 |
| 141 | SASC 2003-34A | 14.17 | 1.87 | 47.80 |
| 142 | SASC 2003-38 | 11.42 | 1.90 | 40.41 |
| 143 | SASC 2003-6A | 7.58 | 1.95 | 18.12 |
| 144 | SASC 2004-15 | 10.82 | 2.44 | 100.00 |
| 145 | SASC 2004-20 | 21.59 | 2.56 | 55.16 |
| 146 | SASC 2004-22 | 18.96 | 0.95 | 15.42 |
| 147 | SASC 2005-1 | 15.68 | 2.02 | 27.04 |
| 148 | SASC 2005-10 | 16.92 | 1.53 | 68.93 |
| 149 | SASC 2005-14 | 17.97 | 3.39 | 55.86 |
| 150 | SASC 2005-15 | 11.40 | 4.25 | 52.17 |
| 151 | SASC 2005-17 | 10.77 | 3.11 | 53.94 |
| 152 | SASC 2005-3 | 9.62 | 1.11 | 66.43 |
| 153 | SASC 2005-5 | 20.09 | 2.99 | 26.94 |
| 154 | SASC 2005-6 | 15.94 | 0.99 | 31.60 |
| 155 | ARC 2002-BC10 | 0.89 | 2.34 | 86.50 |
| 156 | ARC 2002-BC8 | 4.03 | 6.59 | 80.48 |
| 157 | ARC 2002-BC9 | 5.32 | 2.48 | 125.00 |
| 158 | ARC 2004-1 | 13.30 | 3.84 | 91.20 |
| 159 | BNCMT 2006-1 | 3.54 | 7.83 | 115.85 |
| 160 | BNCMT 2006-2 | 2.75 | 11.41 | 86.10 |
| 161 | BNCMT 2007-1 | 3.77 | 3.89 | 125.00 |
| 162 | BNCMT 2007-2 | 3.41 | 4.84 | 125.00 |
| 163 | BNCMT 2007-3 | 4.36 | 3.45 | 125.00 |
| 164 | BNCMT 2007-4 | 3.69 | 2.39 | 125.00 |
| 165 | SAIL 2003-BC1 | 2.81 | 2.65 | 62.62 |
| 166 | SAIL 2003-BC10 | 4.93 | 2.68 | 106.66 |
| 167 | SAIL 2003-BC11 | 8.41 | 3.43 | 94.02 |
| 168 | SAIL 2003-BC12 | 6.54 | 2.08 | 120.79 |
| 169 | SAIL 2003-BC13 | 7.79 | 2.55 | 92.49 |
| 170 | SAIL 2003-BC2 | 0.89 | 6.30 | 79.61 |
| 171 | SAIL 2003-BC3 | 3.17 | 3.39 | 68.04 |
| 172 | SAIL 2003-BC4 | 5.39 | 2.17 | 125.00 |
| 173 | SAIL 2003-BC5 | 6.42 | 1.09 | 125.00 |
| 174 | SAIL 2003-BC8 | 7.59 | 3.29 | 99.84 |
| 175 | SAIL 2003-BC9 | 2.07 | 1.92 | 125.00 |
| 176 | SAIL 2004-1 | 4.97 | 2.87 | 64.19 |
| 177 | SAIL 2004-10 | 5.51 | 3.95 | 94.98 |
| 178 | SAIL 2004-11 | 3.66 | 3.55 | 113.86 |
| 179 | SAIL 2004-2 | 7.59 | 3.05 | 125.00 |
| 180 | SAIL 2004-3 | 6.67 | 2.99 | 71.01 |
| 181 | SAIL 2004-4 | 5.19 | 3.85 | 110.46 |
| 182 | SAIL 2004-5 | 3.03 | 1.02 | 125.00 |
| 183 | SAIL 2004-6 | 6.81 | 2.58 | 104.52 |
| 184 | SAIL 2004-8 | 3.42 | 1.88 | 108.94 |

Inputs for Intex Loss Projection Model

|     | Deal ID | CRR | CDR | Severity |
|-----|---------|-----|-----|----------|
| 185 | SAIL 2004-9 | 3.29 | 3.67 | 45.33 |
| 186 | SAIL 2005-1 | 5.11 | 5.39 | 95.23 |
| 187 | SAIL 2005-10 | 3.23 | 4.78 | 93.76 |
| 188 | SAIL 2005-11 | 3.15 | 7.78 | 93.48 |
| 189 | SAIL 2005-2 | 3.86 | 5.16 | 104.41 |
| 190 | SAIL 2005-3 | 2.89 | 3.29 | 118.18 |
| 191 | SAIL 2005-4 | 2.87 | 2.45 | 125.00 |
| 192 | SAIL 2005-5 | 4.28 | 5.60 | 112.76 |
| 193 | SAIL 2005-6 | 4.40 | 4.88 | 100.29 |
| 194 | SAIL 2005-7 | 2.98 | 6.77 | 77.79 |
| 195 | SAIL 2005-8 | 3.34 | 5.67 | 86.27 |
| 196 | SAIL 2005-9 | 3.42 | 7.52 | 88.06 |
| 197 | SAIL 2005-HE3 | 1.47 | 7.15 | 68.96 |
| 198 | SAIL 2006-1 | 2.52 | 5.15 | 87.05 |
| 199 | SAIL 2006-2 | 2.77 | 7.24 | 83.32 |
| 200 | SAIL 2006-4 | 1.75 | 6.08 | 85.14 |
| 201 | SAIL 2006-BNC3 | 4.17 | 5.18 | 125.00 |
| 202 | SASC 2003-39EX | 0.00 | 8.21 | 110.12 |
| 203 | SASC 2003-GEL1 | 0.00 | 2.76 | 125.00 |
| 204 | SASC 2003-NP1 | 0.17 | 3.31 | 112.76 |
| 205 | SASC 2003-NP3 | 5.91 | 5.14 | 112.76 |
| 206 | SASC 2003-S2 | 18.74 | 3.52 | 38.44 |
| 207 | SASC 2004-GEL1 | 6.89 | 0.92 | 86.26 |
| 208 | SASC 2004-GEL2 | 4.50 | 8.20 | 86.26 |
| 209 | SASC 2004-GEL3 | 5.70 | 0.49 | 86.26 |
| 210 | SASC 2004-NP1 | 9.42 | 1.37 | 102.53 |
| 211 | SASC 2004-NP2 | 3.43 | 3.64 | 102.53 |
| 212 | SASC 2005-GEL2 | 5.16 | 10.00 | 111.95 |
| 213 | SASC 2005-GEL3 | 18.16 | 4.14 | 68.10 |
| 214 | SASC 2005-GEL4 | 8.70 | 2.85 | 55.69 |
| 215 | SASC 2005-RF1 | 3.99 | 5.78 | 13.18 |
| 216 | SASC 2005-RF2 | 4.68 | 4.43 | 10.09 |
| 217 | SASC 2005-RF4 | 7.54 | 3.20 | 12.36 |
| 218 | SASC 2005-RF5 | 3.94 | 4.92 | 10.09 |
| 219 | SASC 2005-RF6 | 3.09 | 2.52 | 10.09 |
| 220 | SASC 2005-RF7 | 6.18 | 5.32 | 16.21 |
| 221 | SASC 2005-S1 | 8.76 | 2.18 | 63.99 |
| 222 | SASC 2005-S2 | 5.01 | 3.81 | 15.85 |
| 223 | SASC 2005-S3 | 7.09 | 9.60 | 106.65 |
| 224 | SASC 2005-S4 | 7.86 | 11.12 | 110.23 |
| 225 | SASC 2005-S5 | 8.88 | 6.43 | 107.69 |
| 226 | SASC 2005-S6 | 6.23 | 4.10 | 110.43 |
| 227 | SASC 2005-S7 | 6.69 | 4.78 | 105.43 |
| 228 | SASC 2005-SC1 | 6.10 | 3.42 | 82.74 |
| 229 | SASC 2006-BC6 | 3.53 | 5.23 | 122.59 |
| 230 | SASC 2006-GEL1 | 6.60 | 7.84 | 68.65 |

|     | Deal ID | CRR | CDR | Severity |
|-----|---------|-----|-----|----------|
| 231 | SASC 2006-GEL2 | 9.34 | 11.15 | 62.87 |
| 232 | SASC 2006-GEL3 | 5.78 | 5.94 | 77.34 |
| 233 | SASC 2006-GEL4 | 4.92 | 7.36 | 101.17 |
| 234 | SASC 2006-RF1 | 10.23 | 3.54 | 16.31 |
| 235 | SASC 2006-RF2 | 4.66 | 2.55 | 16.31 |
| 236 | SASC 2006-RF3 | 4.55 | 4.62 | 16.31 |
| 237 | SASC 2006-RF4 | 2.46 | 2.48 | 28.93 |
| 238 | SASC 2006-ZA | 3.79 | 6.99 | 125.00 |
| 239 | SASC 2007-BC1 | 3.55 | 5.62 | 118.87 |
| 240 | SASC 2007-BC2 | 4.54 | 4.74 | 123.22 |
| 241 | SASC 2007-BC3 | 3.33 | 5.60 | 125.00 |
| 242 | SASC 2007-BC4 | 4.01 | 4.59 | 125.00 |
| 243 | SASC 2007-BNC1 | 3.83 | 4.92 | 125.00 |
| 244 | SASC 2007-GEL1 | 6.14 | 11.11 | 74.85 |
| 245 | SASC 2007-GEL2 | 2.68 | 5.87 | 79.74 |
| 246 | SASC 2007-MN1A | 1.42 | 7.63 | 125.00 |
| 247 | SASC 2007-OSI | 2.88 | 3.41 | 125.00 |
| 248 | SASC 2007-RF1 | 2.69 | 3.96 | 120.00 |
| 249 | SASC 2007-RF2 | 3.88 | 5.36 | 120.00 |
| 250 | SASC 2007-TC1 | 2.10 | 3.91 | 105.73 |
| 251 | SASC 2006-BC2 | 3.87 | 9.28 | 104.41 |
| 252 | SASC 2006-BC3 | 3.19 | 7.82 | 106.80 |
| 253 | SASC 2006-BC4 | 3.30 | 6.40 | 97.99 |