**ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL**

# Exhibit A

# List of Covered Trusts

21

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

# Covered Trusts

### List of Covered Trusts

|    | Trust Name Provided | Bloomberg Name | Trustee |
|----|---------------------|----------------|---------|
| 1  | ARC 2004-1          | ARC 2004-1     | U.S. Bank |
| 2  | BNC 2006-1          | BNCMT 2006-1   | U.S. Bank |
| 3  | BNC 2006-2          | BNCMT 2006-2   | U.S. Bank |
| 4  | BNC 2007-1          | BNCMT 2007-1   | U.S. Bank |
| 5  | BNC 2007-2          | BNCMT 2007-2   | U.S. Bank |
| 6  | LABS 2003-1         | LABS 2003-1    | U.S. Bank |
| 7  | LABS 2004-1         | LABS 2004-1    | U.S. Bank |
| 8  | LMT 2005-1          | LMT 2005-1     | U.S. Bank |
| 9  | LMT 2005-2          | LMT 2005-2     | U.S. Bank |
| 10 | LMT 2005-3          | LMT 2005-3     | U.S. Bank |
| 11 | LMT 2006-2          | LMT 2006-2     | U.S. Bank |
| 12 | LMT 2006-8          | LMT 2006-8     | U.S. Bank |
| 13 | LMT 2007-10         | LMT 2007-10    | U.S. Bank |
| 14 | LMT 2007-2          | LMT 2007-2     | U.S. Bank |
| 15 | MT 2007-3           | LMT 2007-3     | U.S. Bank |
| 16 | LMT 2007-6          | LMT 2007-6     | U.S. Bank |
| 17 | LMT 2007-7          | LMT 2007-7     | U.S. Bank |
| 18 | LMT 2007-8          | LMT 2007-8     | U.S. Bank |
| 19 | LXS 2005-2          | LXS 2005-2     | U.S. Bank |
| 20 | LXS 2005-4          | LXS 2005-4     | U.S. Bank |
| 21 | LXS 2006-10N        | LXS 2006-10N   | U.S. Bank |
| 22 | LXS 2006-11         | LXS 2006-11    | U.S. Bank |
| 23 | LXS 2006-12N        | LXS 2006-12N   | U.S. Bank |
| 24 | LXS 2006-15         | LXS 2006-15    | U.S. Bank |
| 25 | LXS 2006-19         | LXS 2006-19    | U.S. Bank |
| 26 | LXS 2006-20         | LXS 2006-20    | U.S. Bank |
| 27 | LXS 2006-3          | LXS 2006-3     | U.S. Bank |
| 28 | LXS 2006-8          | LXS 2006-8     | U.S. Bank |
| 29 | LXS 2007-1          | LXS 2007-1     | U.S. Bank |
| 30 | LXS 2007-10H        | LXS 2007-10H   | U.S. Bank |
| 31 | LXS 2007-12N        | LXS 2007-12N   | U.S. Bank |
| 32 | LXS 2007-14H        | LXS 2007-14H   | U.S. Bank |
| 33 | LXS 2007-15N        | LXS 2007-15N   | U.S. Bank |
| 34 | LXS 2007-16N        | LXS 2007-16N   | U.S. Bank |
| 35 | LXS 2007-17H        | LXS 2007-17H   | U.S. Bank |
| 36 | LXS 2007-18N        | LXS 2007-18N   | U.S. Bank |
| 37 | LXS 2007-20N        | LXS 2007-20N   | U.S. Bank |
| 38 | LXS 2007-3          | LXS 2007-3     | U.S. Bank |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL

## List of Covered Trusts

|    | Trust Name Provided | Bloomberg Name | Trustee |
|----|---------------------|----------------|---------|
| 39 | LXS 2007-5H         | LXS 2007-5H    | U.S. Bank |
| 40 | LXS 2007-6          | LXS 2007-6     | U.S. Bank |
| 41 | LXS 2007-7N         | LXS 2007-7N    | U.S. Bank |
| 42 | LXS 2007-8H         | LXS 2007-8H    | U.S. Bank |
| 43 | LXS 2007-9          | LXS 2007-9     | U.S. Bank |
| 44 | SAIL 2003-BC1       | SAIL 2003-BC1  | U.S. Bank |
| 45 | SAIL 2003-BC10      | SAIL 2003-BC10 | U.S. Bank |
| 46 | SAIL 2003-BC11      | SAIL 2003-BC11 | U.S. Bank |
| 47 | SAIL 2003-BC13      | SAIL 2003-BC13 | U.S. Bank |
| 48 | SAIL 2003-BC2       | SAIL 2003-BC2  | U.S. Bank |
| 49 | SAIL 2003-BC5       | SAIL 2003-BC5  | U.S. Bank |
| 50 | SAIL 2003-BC8       | SAIL 2003-BC8  | U.S. Bank |
| 51 | SAIL 2003-BC9       | SAIL 2003-BC9  | U.S. Bank |
| 52 | SAIL 2004-10        | SAIL 2004-10   | U.S. Bank |
| 53 | SAIL 2004-11        | SAIL 2004-11   | U.S. Bank |
| 54 | SAIL 2004-2         | SAIL 2004-2    | U.S. Bank |
| 55 | SAIL 2004-3         | SAIL 2004-3    | U.S. Bank |
| 56 | SAIL 2004-4         | SAIL 2004-4    | U.S. Bank |
| 57 | SAIL 2004-5         | SAIL 2004-5    | U.S. Bank |
| 58 | SAIL 2004-6         | SAIL 2004-6    | U.S. Bank |
| 59 | SAIL 2004-8         | SAIL 2004-8    | U.S. Bank |
| 60 | SAIL 2004-9         | SAIL 2004-9    | U.S. Bank |
| 61 | SAIL 2005-1         | SAIL 2005-1    | U.S. Bank |
| 62 | SAIL 2005-10        | SAIL 2005-10   | U.S. Bank |
| 63 | SAIL 2005-11        | SAIL 2005-11   | U.S. Bank |
| 64 | SAIL 2005-2         | SAIL 2005-2    | U.S. Bank |
| 65 | SAIL 2005-3         | SAIL 2005-3    | U.S. Bank |
| 66 | SAIL 2005-4         | SAIL 2005-4    | U.S. Bank |
| 67 | SAIL 2005-5         | SAIL 2005-5    | U.S. Bank |
| 68 | SAIL 2005-6         | SAIL 2005-6    | U.S. Bank |
| 69 | SAIL 2005-7         | SAIL 2005-7    | U.S. Bank |
| 70 | SAIL 2005-8         | SAIL 2005-8    | U.S. Bank |
| 71 | SAIL 2005-9         | SAIL 2005-9    | U.S. Bank |
| 72 | SAIL 2005-HE3       | SAIL 2005-HE3  | U.S. Bank |
| 73 | SAIL 2006-1         | SAIL 2006-1    | U.S. Bank |
| 74 | SAIL 2006-2         | SAIL 2006-2    | U.S. Bank |
| 75 | SAIL 2006-4         | SAIL 2006-4    | U.S. Bank |
| 76 | SAIL 2006-BNC3      | SAIL 2006-BNC3 | U.S. Bank |

**ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL**

### List of Covered Trusts

|   | Trust Name Provided | Bloomberg Name | Trustee |
|---|---|---|---|
| 77 | SARM 2005-22 | SARM 2005-22 | U.S. Bank |
| 78 | SARM 2005-23 | SARM 2005-23 | U.S. Bank |
| 79 | SARM 2005-6XS | SARM 2005-6XS | U.S. Bank |
| 80 | SARM 2005-8XS | SARM 2005-8XS | U.S. Bank |
| 81 | SARM 2006-1 | SARM 2006-1 | U.S. Bank |
| 82 | SARM 2006-10 | SARM 2006-10 | U.S. Bank |
| 83 | SARM 2006-11 | SARM 2006-11 | U.S. Bank |
| 84 | SARM 2006-12 | SARM 2006-12 | U.S. Bank |
| 85 | SARM 2006-2 | SARM 2006-2 | U.S. Bank |
| 86 | SARM 2006-3 | SARM 2006-3 | U.S. Bank |
| 87 | SARM 2006-4 | SARM 2006-4 | U.S. Bank |
| 88 | SARM 2006-5 | SARM 2006-5 | U.S. Bank |
| 89 | SARM 2006-6 | SARM 2006-6 | U.S. Bank |
| 90 | SARM 2006-7 | SARM 2006-7 | U.S. Bank |
| 91 | SARM 2006-8 | SARM 2006-8 | U.S. Bank |
| 92 | SARM 2006-9 | SARM 2006-9 | U.S. Bank |
| 93 | SARM 2007-10 | SARM 2007-10 | U.S. Bank |
| 94 | SARM 2007-8 | SARM 2007-8 | U.S. Bank |
| 95 | SARM 2008-2 | SARM 2008-2 | U.S. Bank |
| 96 | SASCO 2003-10 | SASC 2003-10 | U.S. Bank |
| 97 | SASCO 2003-16 | SASC 2003-16 | U.S. Bank |
| 98 | SASCO 2003-21 | SASC 2003-21 | U.S. Bank |
| 99 | SASCO 2003-25XS | SASC 2003-25XS | U.S. Bank |
| 100 | SASCO 2003-32 | SASC 2003-32 | U.S. Bank |
| 101 | SASCO 2003-39EX | SASC 2003-39EX | U.S. Bank |
| 102 | SASCO 2003-GEL1 | SASC 2003-GEL1 | U.S. Bank |
| 103 | SASCO 2003-NP1 | SASC 2003-NP1 | U.S. Bank |
| 104 | SASCO 2003-NP2 | SASC 2003-NP2 | U.S. Bank |
| 105 | SASCO 2003-NP3 | SASC 2003-NP3 | U.S. Bank |
| 106 | SASCO 2003-RNP2 | SASC 2003-RNP2 | U.S. Bank |
| 107 | SASCO 2004-10 | SASC 2004-10 | U.S. Bank |
| 108 | SASCO 2004-11XS | SASC 2004-11XS | U.S. Bank |
| 109 | SASCO 2004-13 | SASC 2004-13 | U.S. Bank |
| 110 | SASCO 2004-17XS | SASC 2004-17XS | U.S. Bank |
| 111 | SASCO 2004-19XS | SASC 2004-19XS | U.S. Bank |
| 112 | SASCO 2004-20 | SASC 2004-20 | U.S. Bank |
| 113 | SASCO 2004-21XS | SASC 2004-21XS | U.S. Bank |
| 114 | SASCO 2004-2AC | SASC 2004-2AC | U.S. Bank |

**ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL**

### List of Covered Trusts

| | **Trust Name Provided** | **Bloomberg Name** | **Trustee** |
|---|---|---|---|
| 115 | SASCO 2004-3 | SASC 2004-3 | U.S. Bank |
| 116 | SASCO 2004-6XS | SASC 2004-6XS | U.S. Bank |
| 117 | SASCO 2004-7 | SASC 2004-7 | U.S. Bank |
| 118 | SASCO 2004-9XS | SASC 2004-9XS | U.S. Bank |
| 119 | SASCO 2004-GEL1 | SASC 2004-GEL1 | U.S. Bank |
| 120 | SASCO 2004-GEL2 | SASC 2004-GEL2 | U.S. Bank |
| 121 | SASCO 2004-GEL3 | SASC 2004-GEL3 | U.S. Bank |
| 122 | SASCO 2004-NP1 | SASC 2004-NP1 | U.S. Bank |
| 123 | SASCO 2004-NP2 | SASC 2004-NP2 | U.S. Bank |
| 124 | SASCO 2004-S2 | SASC 2004-S2 | U.S. Bank |
| 125 | SASCO 2004-S3 | SASC 2004-S3 | U.S. Bank |
| 126 | SASCO 2004-S4 | SASC 2004-S4 | U.S. Bank |
| 127 | SASCO 2005-14 | SASC 2005-14 | U.S. Bank |
| 128 | SASCO 2005-3 | SASC 2005-3 | U.S. Bank |
| 129 | SASCO 2005-6 | SASC 2005-6 | U.S. Bank |
| 130 | SASCO 2005-7XS | SASC 2005-7XS | U.S. Bank |
| 131 | SASCO 2005-GEL2 | SASC 2005-GEL2 | U.S. Bank |
| 132 | SASCO 2005-GEL3 | SASC 2005-GEL3 | U.S. Bank |
| 133 | SASCO 2005-GEL4 | SASC 2005-GEL4 | U.S. Bank |
| 134 | SASCO 2005-RF1 | SASC 2005-RF1 | U.S. Bank |
| 135 | SASCO 2005-RF2 | SASC 2005-RF2 | U.S. Bank |
| 136 | SASCO 2005-RF4 | SASC 2005-RF4 | U.S. Bank |
| 137 | SASCO 2005-RF5 | SASC 2005-RF5 | U.S. Bank |
| 138 | SASCO 2005-RF6 | SASC 2005-RF6 | U.S. Bank |
| 139 | SASCO 2005-RF7 | SASC 2005-RF7 | U.S. Bank |
| 140 | SASCO 2005-S1 | SASC 2005-S1 | U.S. Bank |
| 141 | SASCO 2005-S2 | SASC 2005-S2 | U.S. Bank |
| 142 | SASCO 2005-S3 | SASC 2005-S3 | U.S. Bank |
| 143 | SASCO 2005-S4 | SASC 2005-S4 | U.S. Bank |
| 144 | SASCO 2005-S5 | SASC 2005-S5 | U.S. Bank |
| 145 | SASCO 2005-SC1 | SASC 2005-SC1 | U.S. Bank |
| 146 | SASCO 2006-BC2 | SASC 2006-BC2 | U.S. Bank |
| 147 | SASCO 2006-BC3 | SASC 2006-BC3 | U.S. Bank |
| 148 | SASCO 2006-BC4 | SASC 2006-BC4 | U.S. Bank |
| 149 | SASCO 2006-BC6 | SASC 2006-BC6 | U.S. Bank |
| 150 | SASCO 2006-GEL1 | SASC 2006-GEL1 | U.S. Bank |
| 151 | SASCO 2006-GEL2 | SASC 2006-GEL2 | U.S. Bank |
| 152 | SASCO 2006-GEL3 | SASC 2006-GEL3 | U.S. Bank |

**ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL**

**List of Covered Trusts**

|     | **Trust Name Provided** | **Bloomberg Name** | **Trustee** |
| --- | --- | --- | --- |
| 153 | SASCO 2006-GEL4 | SASC 2006-GEL4 | U.S. Bank |
| 154 | SASCO 2006-RF1 | SASC 2006-RF1 | U.S. Bank |
| 155 | SASCO 2006-RF2 | SASC 2006-RF2 | U.S. Bank |
| 156 | SASCO 2006-RF3 | SASC 2006-RF3 | U.S. Bank |
| 157 | SASCO 2006-RF4 | SASC 2006-RF4 | U.S. Bank |
| 158 | SASCO 2006-S1 | SASC 2006-S1 | U.S. Bank |
| 159 | SASCO 2006-Z | SASC 2006-ZA | U.S. Bank |
| 160 | SASCO 2007-BC2 | SASC 2007-BC2 | U.S. Bank |
| 161 | SASCO 2007-BC3 | SASC 2007-BC3 | U.S. Bank |
| 162 | SASCO 2007-BC4 | SASC 2007-BC4 | U.S. Bank |
| 163 | SASCO 2007-BNC1 | SASC 2007-BNC1 | U.S. Bank |
| 164 | SASCO 2007-GEL1 | SASC 2007-GEL1 | U.S. Bank |
| 165 | SASCO 2007-GEL2 | SASC 2007-GEL2 | U.S. Bank |
| 166 | SASCO 2007-RF1 | SASC 2007-RF1 | U.S. Bank |
| 167 | SASCO 2007-RF2 | SASC 2007-RF2 | U.S. Bank |
| 168 | SASCO 2007-TC1 | SASC 2007-TC1 | U.S. Bank |
| 169 | BNC 2007-3 | BNCMT 2007-3 | Wilmington Trust |
| 170 | LMT 2006-1 | LMT 2006-1 | Wilmington Trust |
| 171 | LMT 2006-4 | LMT 2006-4 | Wilmington Trust |
| 172 | LXS 2005-1 | LXS 2005-1 | Wilmington Trust |
| 173 | LXS 2005-10 | LXS 2005-10 | Wilmington Trust |
| 174 | LXS 2005-3 | LXS 2005-3 | Wilmington Trust |
| 175 | LXS 2005-6 | LXS 2005-6 | Wilmington Trust |
| 176 | LXS 2005-8 | LXS 2005-8 | Wilmington Trust |
| 177 | LXS 2006-1 | LXS 2006-1 | Wilmington Trust |
| 178 | LXS 2006-13 | LXS 2006-13 | Wilmington Trust |
| 179 | LXS 2006-17 | LXS 2006-17 | Wilmington Trust |
| 180 | LXS 2006-5 | LXS 2006-5 | Wilmington Trust |
| 181 | LXS 2006-7 | LXS 2006-7 | Wilmington Trust |
| 182 | LXS 2006-9 | LXS 2006-9 | Wilmington Trust |
| 183 | LXS 2007-11 | LXS 2007-11 | Wilmington Trust |
| 184 | SARM 2005-3XS | SARM 2005-3XS | Wilmington Trust |
| 185 | SASCO 2003-12XS | SASC 2003-12XS | Wilmington Trust |
| 186 | SASCO 2003-18XS | SASC 2003-18XS | Wilmington Trust |
| 187 | SASCO 2003-28XS | SASC 2003-28XS | Wilmington Trust |
| 188 | SASCO 2003-29 | SASC 2003-29 | Wilmington Trust |
| 189 | SASCO 2003-30 | SASC 2003-30 | Wilmington Trust |
| 190 | SASCO 2003-35 | SASC 2003-35 | Wilmington Trust |

**ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL**

### List of Covered Trusts

| | **Trust Name Provided** | **Bloomberg Name** | **Trustee** |
|---|---|---|---|
| 191 | SASCO 2003-36XS | SASC 2003-36XS | Wilmington Trust |
| 192 | SASCO 2003-38 | SASC 2003-38 | Wilmington Trust |
| 193 | SASCO 2003-3XS | SASC 2003-3XS | Wilmington Trust |
| 194 | SASCO 2003-S1 | SASC 2003-S1 | Wilmington Trust |
| 195 | SASCO 2004-15 | SASC 2004-15 | Wilmington Trust |
| 196 | SASCO 2004-16XS | SASC 2004-16XS | Wilmington Trust |
| 197 | SASCO 2004-18H | SASC 2004-18H | Wilmington Trust |
| 198 | SASCO 2004-22 | SASC 2004-22 | Wilmington Trust |
| 199 | SASCO 2004-23XS | SASC 2004-23XS | Wilmington Trust |
| 200 | SASCO 2004-4XS | SASC 2004-4XS | Wilmington Trust |
| 201 | SASCO 2005-1 | SASC 2005-1 | Wilmington Trust |
| 202 | SASCO 2005-10 | SASC 2005-10 | Wilmington Trust |
| 203 | SASCO 2005-11H | SASC 2005-11H | Wilmington Trust |
| 204 | SASCO 2005-15 | SASC 2005-15 | Wilmington Trust |
| 205 | SASCO 2005-17 | SASC 2005-17 | Wilmington Trust |
| 206 | SASCO 2005-2XS | SASC 2005-2XS | Wilmington Trust |
| 207 | ASCO 2005-4XS | SASC 2005-4XS | Wilmington Trust |
| 208 | SASCO 2005-5 | SASC 2005-5 | Wilmington Trust |
| 209 | SASCO 2005-9XS | SASC 2005-9XS | Wilmington Trust |
| 210 | SASCO 2006-S2 | SASC 2006-S2 | Wilmington Trust |
| 211 | SASCO 2006-S3 | SASC 2006-S3 | Wilmington Trust |
| 212 | SASCO 2006-S4 | SASC 2006-S4 | Wilmington Trust |
| 213 | LMT 2006-9 | MT 2006-9 | Law Debenture |
| 214 | LMT 2007-1 | LMT 2007-1 | Law Debenture |
| 215 | LMT 2007-4 | LMT 2007-4 | Law Debenture |
| 216 | LMT 2007-5 | LMT 2007-5 | Law Debenture |
| 217 | LMT 2007-9 | LMT 2007-9 | Law Debenture |
| 218 | LMT 2008-2 | LMT 2008-2 | Law Debenture |
| 219 | LMT 2008-6 | LMT 2008-6 | Law Debenture |
| 220 | SARM 2004-10 | SARM 2004-10 | Law Debenture |
| 221 | SARM 2004-16 | SARM 2004-16 | Law Debenture |
| 222 | SARM 2004-18 | SARM 2004-18 | Law Debenture |
| 223 | SARM 2004-20 | SARM 2004-20 | Law Debenture |
| 224 | SARM 2004-5 | SARM 2004-5 | Law Debenture |
| 225 | SARM 2004-9XS | SARM 2004-9XS | Law Debenture |
| 226 | SARM 2005-11 | SARM 2005-11 | Law Debenture |
| 227 | SARM 2005-12 | SARM 2005-12 | Law Debenture |
| 228 | SARM 2005-15 | SARM 2005-15 | Law Debenture |

**ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL**

### List of Covered Trusts

|  | Trust Name Provided | Bloomberg Name | Trustee |
|---|---|---|---|
| 229 | SARM 2005-17 | SARM 2005-17 | Law Debenture |
| 230 | SARM 2005-20 | SARM 2005-20 | Law Debenture |
| 231 | SARM 2007-1 | SARM 2007-1 | Law Debenture |
| 232 | SARM 2007-11 | SARM 2007-11 | Law Debenture |
| 233 | SARM 2007-2 | SARM 2007-2 | Law Debenture |
| 234 | SARM 2007-3 | SARM 2007-3 | Law Debenture |
| 235 | SARM 2007-4 | SARM 2007-4 | Law Debenture |
| 236 | SARM 2007-6 | SARM 2007-6 | Law Debenture |
| 237 | SASCO 2003-15A | SASC 2003-15A | Law Debenture |
| 238 | SASCO 2003-17A | SASC 2003-17A | Law Debenture |
| 239 | SASCO 2003-26A | SASC 2003-26A | Law Debenture |
| 240 | SASCO 2003-34A | SASC 2003-34A | Law Debenture |
| 241 | SASCO 2003-6A | SASC 2003-6A | Law Debenture |
| 242 | SASCO 2007-MLN1 | SASC 2007-MN1A | Law Debenture |
| 243 | ARC 2002-BC10 | ARC 2002-BC10 | Law Debenture |
| 244 | ARC 2002-BC8 | ARC 2002-BC8 | Law Debenture |
| 245 | ARC 2002-BC9 | ARC 2002-BC9 | Law Debenture |
| 246 | BNC 2007-4 | BNCMT 2007-4 | Law Debenture |
| 247 | SAIL 2003-BC12 | SAIL 2003-BC12 | Law Debenture |
| 248 | SAIL 2003-BC3 | SAIL 2003-BC3 | Law Debenture |
| 249 | SAIL 2003-BC4 | SAIL 2003-BC4 | Law Debenture |
| 250 | SASCO 2003-S2 | SASC 2003-S2 | Law Debenture |
| 251 | SASCO 2005-S6 | SASC 2005-S6 | Law Debenture |
| 252 | SASCO 2005-S7 | SASC 2005-S7 | Law Debenture |
| 253 | SASCO 2007-BC1 | SASC 2007-BC1 | Law Debenture |
| 254 | SASCO 2007-OSI | SASC 2007-OSI | Law Debenture |
| 255 | SAIL 2004-1 | SAIL 2004-1 | Deutsche Bank |