# Exhibit D

# Frequency of Breach Findings within Each Category of Breach Finding

## Frequency of Breach Findings within Each Category of Breach Finding

| | Credit Breach Categories | Breach Count |
|---|---|---|
| 1 | Failure to Verify Housing History | 48 |
| 2 | Failure to Provide Credit Package | 47 |
| 3 | Failure to Obtain Required Documentation | 31 |
| 4 | Failure to Investigate Credit History | 26 |
| 5 | Misrepresentation of Housing History | 12 |
| 6 | Failure to Obtain Valid Credit Report | 5 |
| 7 | Failure to Pay Open Collections | 4 |

| | Capacity Breach Categories | Breach Count |
|---|---|---|
| 8 | Misrepresentation of Income | 940 |
| 9 | Misrepresentation of Debt Obligations | 558 |
| 10 | Misrepresentation of Employment | 275 |
| 11 | Excessive DTI | 157 |
| 12 | Failure to Determine Reasonable Ability to Repay | 99 |
| 13 | Failure to Verify Assets | 65 |
| 14 | Misrepresentation of Assets | 41 |
| 15 | Improper Calculation of Debts | 24 |
| 16 | Improper Calculation of Income | 21 |
| 17 | Failure to Verify Employment | 11 |
| 18 | Incomplete Income Documentation | 6 |
| 19 | Failure to Satisfy Liens | 2 |
| 20 | Excessive Payment Shock | 1 |

| | Collateral Breach Categories | Breach Count |
|---|---|---|
| 21 | Failure to Obtain Qualified Appraisal | 615 |
| 22 | Misrepresentation of Occupancy | 271 |
| 23 | Straw Purchaser Transaction | 14 |
| 24 | LTV/CLTV Exceeds Max | 4 |
| 25 | LTV/CLTV Exceeds 100% | 3 |
| 26 | Ineligible Property Type | 1 |

|    | Compliance Breach Categories | Breach Count |
|----|------------------------------|--------------|
| 27 | Failure to Provide Final TIL | 733 |
| 28 | Failure to Provide Final HUD-1 | 422 |
| 29 | Loan Fees Under-Disclosed | 167 |
| 30 | Failure to Provide Right of Rescission | 128 |
| 31 | Failure to Provide Subject Note | 124 |
| 32 | No High Cost Loan | 19 |
| 33 | Failure to Obtain Title Insurance | 14 |
| 34 | Failure to Verify Social Security Number | 11 |
| 35 | Failure to Obtain Flood/Hazard Insurance | 9 |
| 36 | Failure to Provide a Prepayment Disclosure | 8 |
| 37 | Cash Out Amount Exceeds Guideline Maximum | 7 |
| 38 | Failure to Obtain Mortgage Insurance Coverage | 5 |
| 39 | Failure to Verify Legal Residency | 2 |
| 40 | Ineligible Transaction | 4 |
| 41 | Failure to Obtain First or Second Lien Note | 3 |
| 42 | Failure to Obtain Clear Title | 1 |
| 43 | Documentation Type Lowered Prior to Closing | 1 |
| 44 | Ineligible Borrower | 1 |