SEWARD & KISSEL LLP
M. William Munno
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :    **Chapter 11**
                                                    :
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :    **Case No. 08-13555 (SCC)**
                                                    :
            Debtors.                                :    **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF APEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Law Debenture Trust Company of New York ("Law Debenture"), solely in its capacity as Separate Trustee on behalf of certain trusts, by and through its counsel, Seward & Kissel LLP, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Law Debenture, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 7005, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary

proceedings in such cases, be given to and served upon the undersigned at the following office address, telephone numbers and email address:

> M. William Munno, Esq.
> Seward & Kissel LLP
> One Battery Park Plaza
> New York, New York 10004
> Tel.: (212) 574-1200
> Fax: (212) 480-8421
> Munno@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applicant, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Law Debenture's (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Law Debenture is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Law Debenture expressly reserves.

Dated: New York, New York
August 22, 2014

        SEWARD & KISSEL LLP

        s/M. William Munno
        M. William Munno
        One Battery Park Plaza
        New York, New York 10004
        Tel.: (212) 574-1200
        Fax: (212) 480-8421
        Email: Munno@sewkis.com

        Attorneys for Law Debenture Trust
        Company of New York, solely in its
        capacity as Separate Trustee

SK 16271 0159 6094645