B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**               Case No. 08-13555
                                                      (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**York Global Finance BDH, LLC**                     **Citigroup Financial Products Inc.**
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  15173
should be sent:

York Global Finance BDH, LLC                          Amount of Claim Transferred:
c/o York Capital Management                           $1,656,000.00
767 5th Avenue, 17th Fl.
New York, NY 10153
Attn: Lauren Searing

                                                      Date Claim Filed:  9/17/2009

Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ John Fosina_____              Date: __8/22/2014_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that **$1,656,000.00** of or an undivided 22.12% ownership interest in the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") (or Assignor's predecessor) filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $7,485,000.00 | 15173 |

has been transferred and assigned to **York Global Finance BDH, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,656,000.00 or an undivided 22.12% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | York Global Finance BDH, LLC | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o York Capital Management<br>767 5th Ave, 17th Fl<br>New York, NY 10153 | Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Attn: | Lauren Searing | Attn: | Brian Blessing / Brian Broyles |
| Phone: | 212-710-6549 | Phone: | 302-324-6660 / 302-894-6175 |
| Email: | bankdebt@yorkcapital.com | Email: | brian.m.blessing@citi.com /<br>brian.broyles@citi.com |
| Signature: | *[signature]* | Signature: | |
| Name: | John J. Fosina | Name: | |
| Title: | Chief Financial Officer | Title: | |
| Date: | 8-20-2014 | Date: | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors | |

### NOTICE AND EVIDENCE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $1,656,000.00 of or an undivided 22.12% ownership interest in the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") (or Assignor's predecessor) filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $7,485,000.00 | 15173 |

has been transferred and assigned to **York Global Finance BDH, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,656,000.00 or an undivided 22.12% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: York Global Finance BDH, LLC
Address: c/o York Capital Management
767 5th Ave, 17th Fl
New York, NY 10153
Attn: Lauren Searing
Phone: 212-710-6549
Email: bankdebt@yorkcapital.com

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.
Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Blessing / Brian Broyles
Phone: 302-324-6660 / 302-894-6175
Email: brian.m.blessing@citi.com / brian.broyles@citi.com

Signature: _[signed]_
Name: _____
Title: Brian S. Broyles
Date: Authorized Signatory
August 21, 2014