B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** | Case No. 08-13555 |
| **Lehman Brothers Special Financing Inc.** | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **York Global Finance BDH, LLC** | **Citigroup Financial Products Inc.** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __66927__ |
| York Global Finance BDH, LLC<br>c/o York Capital Management<br>767 5th Avenue, 17th Fl.<br>New York, NY 10153<br>Attn: Lauren Searing | Amount of Claim Transferred:<br>$986,700.67<br><br>Date Claim Filed: __6/28/2010__ |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ John Fosina__         Date: __8/22/2014__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that **$986,700.67** of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") (or Assignor's predecessor) filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $986,700.67 | 66927 |

has been transferred and assigned to **York Global Finance BDH, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $986,700.67 or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | York Global Finance BDH, LLC | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o York Capital Management<br>767 5th Ave, 17th Fl<br>New York, NY 10153 | Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Attn: | Lauren Searing | Attn: | Brian Blessing / Brian Broyles |
| Phone: | 212-710-6549 | Phone: | 302-324-6660 / 302-894-6175 |
| Email: | bankdebt@yorkcapital.com | Email: | brian.m.blessing@citi.com /<br>brian.broyles@citi.com |
| Signature: | [signature] | Signature: | |
| Name: | John J. Fosina | Name: | |
| Title: | Chief Financial Officer | Title: | |
| Date: | 8-20-2014 | Date: | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $986,700.67 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") (or Assignor's predecessor) filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $986,700.67 | 66927 |

has been transferred and assigned to **York Global Finance BDH, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $986,700.67 or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | York Global Finance BDH, LLC | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o York Capital Management<br>767 5th Ave, 17th Fl<br>New York, NY 10153 | Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Attn: | Lauren Searing | Attn: | Brian Blessing / Brian Broyles |
| Phone: | 212-710-6549 | Phone: | 302-324-6660 / 302-894-6175 |
| Email: | bankdebt@yorkcapital.com | Email: | brian.m.blessing@citi.com /<br>brian.broyles@citi.com |
| Signature: | _____ | Signature: | [signed] |
| Name: | _____ | Name: | Brian S. Broyles |
| Title: | _____ | Title: | Authorized Signatory |
| Date: | _____ | Date: | August 21, 2014 |