# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 24944, but solely to the extent of $5,300,000.00 (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on August 22, 2014.

**BARCLAYS BANK PLC**

By: _____
Name:
Title:

Jenna Yoo
Authorized Signatory

**SOLUS OPPORTUNITIES FUND 1 LP**
**By: Solus Alternative Asset Management**
**Its Investment Advisor**

By: _____
Name:
Title:

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on August 22, 2014.

**BARCLAYS BANK PLC**

By: _____
Name:
Title:


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management
Its Investment Advisor

By: _____
Name:
Title:   Nicholas Signorile
         Chief Financial Officer