UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
                                                                 :   Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :
                                                                 :
                                                                 :
---------------------------------------------------------------- x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE OR IN THE CASE OF A JOINTLY-ADMINISTERED AFFILIATE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

CCP Credit Acquisition Holdings, L.L.C.
Name of Transferee

Goldman Sachs Lending Partners LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Case No.: 08-13555

| Claim Number | Transferred Amount |
|---|---|
| 26969 | $18,077,500.00 |
| 27141 | $18,077,500.00 |

CCP Credit Acquisition Holdings, L.L.C.
375 Park Avenue, 12th Floor
New York, NY 10152
E-mail: tradeclaims@centerbridge.com

*With Copies To*:

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: dhoyt@andrewskurth.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 8/22/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:287877.1

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 26969

**Goldman Sachs Lending Partners LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CCP Credit Acquisition Holdings, L.L.C.**
375 Park Avenue 13th Floor
New York, NY 10152
Attn: Bank Debt Operations
Phone number: 1-212-672-4486
Fax number: 1-212-672-4586
E-mail address: tradeclaims@centerbridge.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 26969, solely to the extent of $18,077,500.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 22, 2014.

**CCP Credit Acquisition Holdings, L.L.C.**

By: _____
Name:
Title:

**Goldman Sachs Lending Partners LLC**

By: _____
Name:
Title: Ashwin Ramakrishna
       Authorized Signatory

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 27141

**Goldman Sachs Lending Partners LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CCP Credit Acquisition Holdings, L.L.C.**
375 Park Avenue 13th Floor
New York, NY 10152
Attn: Bank Debt Operations
Phone number: 1-212-672-4486
Fax number: 1-212-672-4586
E-mail address: tradeclaims@centerbridge.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 27141, solely to the extent of $18,077,500.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 22, 2014.

**CCP Credit Acquisition Holdings, L.L.C.**

By: _____
Name:
Title:

**Goldman Sachs Lending Partners LLC**

By: _____
Name:
Title:    Ashwin Ramakrishna
          Authorized Signatory