# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.                    Case No. 08-13555 (JMP)
                                                                        (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.
Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or
applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of
the Bankruptcy Court may be entered without further notice to Transferor transferring to
Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim

| CCP Credit Acquisition Holdings, L.L.C. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 17199
Amount of Claim Transferred: $14,956,600.40
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Holdings Inc.

CCP Credit Acquisition Holdings, L.L.C.
375 Park Avenue 13th Floor
New York, NY 10152
Attn: Bank Debt Operations
Phone number: 1-212-672-4486
Fax number: 1-212-672-4586
E-mail address: tradeclaims@centerbridge.com

Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____8/22/14_____
      Name of Transferee/Transferee's Agent


Acknowledged and Agreed:


By: _____          Date: _____
      Name of Transferor/Transferor's Agent



*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
      Name of Transferee/Transferee's Agent


Acknowledged and Agreed:

By: _____          Date: ___8/22/2014_____
      Name of Transferor/Transferor's Agent



*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.