Recommended weight
1 = 0.5 kg
2 = 1 kg
3 = 2 kg
4 = 5 kg
5 = 10 kg
6 = 15 kg
7 = 20 kg
8 = 25 kg
AWB: 7402269755
DHL
INSTRUCTIONS:
CONSIGNEE NAME:
LEHMAN BROTHERS HOLDINGS CLAIM P
NEW DELIVERY ADDRESS:
FDR Station, PO Box 5076
757 3rd Ave. 3rd fl.
646-282-2500
PHONE: 1 800 314 5550
EXPRESS WORLDWIDE
DOX
From Liechtensteinische Landesbank AG
Florian Gassner +423 236 97 59
Staedtle 44
9490 Vaduz
LI LIECHTENSTEIN
To Lehman Brothers Holdings Claim Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, PO Box 5076
10150-5076 NEW YORK NEW YORK
US UNITED STATES OF AMERICA
US-ZYP-TSS
EXPRESS WORLDWIDE
DOX
101505076 NEW YORK, United States
Origin: BSL
US-ZYP-TSS
JFKL
Account No. 160347679
Ref code
Pce / Shpt Weight 0.10 / 0.10 KG
Piece 1/1
Content description:
WAYBILL74 0226 9755
(2L)US101505076+42000000
(J)JD01 4600 0009 0312 9030
(J)JD01 4600 0009 0312 9030
www.dhl.com




**Liechtensteinische
Landesbank AG**

Städtle 44 · P. O. Box 384
9490 Vaduz · Liechtenstein

Telephone +423 236 88 11
Fax +423 236 88 22
www.llb.li

Registered office Vaduz
Register authority: AJU
HR FL-0001.000.289-1

Florian Gassner
Reference LLBSSE / GAF
Direct line +423 236 97 59
Direct fax +423 236 99 82
florian.gassner@llb.li

Vaduz, 19 August 2014
Page 1/1

Lehman Brothers Holdings Claim Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, PO Box 5076
10150-5076 New York

RECEIVED
AUG 22 2014
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Case No. 08-13555 (JMP) / Claim number 60964
Lehman Brothers Holdings Inc, et al, Debitors**

Dear all

Attached to this cover sheet you will find documents for our currently pending claim transfer to Alpha RHEINTAL Bank AG.

Please note, the original transfer form (dated July 17th 2014) has been rejected by your side due to the fact that the transfer amount has been set up in CHF instead of USD. I therefore kindly ask you to amend the transfer to USD 173'913.60.

The new and correct transfer form of USD 173'913.60 - duly signed by all parties - has been attached to this cover sheet (please avoid any duplication!).

Feel free to contact us if you have any further questions.

Yours sincerely

Liechtensteinische Landesbank
Aktiengesellschaft

p.p. Daniel Eberle
Assistant Vice President

Florian Gassner
Assistant Vice President

- Form for transfer of claim
- Copy of incorrect transfer form that has to be replaced

1072 12.13

Amended Form

replaces the form with transfer amount in CHF.

RECEIVED
AUG 22 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

FILED / RECEIVED
AUG 20 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP
Court ID (Court Use Only) ___________

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Alpha RHEINTAL Bank AG** | Name of Transferor:<br>**Liechtensteinische Landesbank Aktiengesellschaft** |
|---|---|
| Notices to Transferee should be sent to:<br>Alpha RHEINTAL Bank AG<br>c/o Finanz-Logistik AG<br>Rosenbergstrasse 16<br>9004 St. Gallen<br>PHONE: +41 71 242 77 17<br>Attn: Marcel Ledergerber<br>EMAIL: marcel.ledergerber@finanz-logistik.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br>Liechtensteinische Landesbank Aktiengesellschaft<br>Staedtle 44<br>9490 Vaduz<br>Principality of Liechtenstein |
| Amount of Claim Being Transferred:<br><br>***SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** (face amount of securities) | ***NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 60964 | |
| Date Claim Filed: November 02, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature] Date: 20140818

Alpha RHEINTAL Bank AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
9004 St. Gallen

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

RECEIVED
AUG 22 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *60964* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): USD 173'913.60

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 14% Cert.Barrier Rev. Lehman Brothers 2007-19.12.2008 Basket shs Reg. | CH0034774536 | LBS NV | LBH Inc. | USD 173'913.60 out of USD 2'978'270.40 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 11 and in paragraphs/lines 9 of the Addendum to the Proof of Claim.**

LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Alpha RHEINTAL Bank AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
9004 St. Gallen
PHONE: +41 71 242 77 17
Attn: Marcel Ledergerber
EMAIL: marcel.ledergerber@finanz-logistik.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the

Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 17, 2012.

DRRT FBO

LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT
Transferor

By: ______________________
Name: Alexander Reus
Title: Managing Partner

ACKNOWLEDGED BY:

Alpha RHEINTAL Bank AG
Transferee

By: ______________________
Name: Marcel Ledergerber
Title: Member of the Management

FINANZ-LOGISTIK AG

By: ______________________
Name: Roman Lengwiler
Title: Member of the Management