UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                    :  Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :  08-13555 (SCC)
                                                         :
            Debtors.                                     :  (Jointly Administered)
                                                         :
------------------------------------------------------------------------x  Ref. Docket No. 46041

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2014, I caused to be served the "Order Disallowing Proofs of Claim Filed by 2138747 Ontario Ltd. and 6785778 Canada Inc. (Claim Nos. 33583 and 33586)," dated August 22, 2014 [Docket No. 46041], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: Dickstein Shapiro LLP, Attn: Deborah A. Skakel & Shaya M. Berger, 1633 Broadway, New York, NY 10019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Christina Siguenza*
                                              Christina Siguenza

Sworn to before me this
25th day of August, 2014
*/s/ Diane M. Streany*
_____
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2014

T:\Clients\LBH\Affidavits\Order Disallowing POCs_DI_46041_AFF_8-22-14_SS.doc

# EXHIBIT A

skakeld@dicksteinshapiro.com

bergers@dicksteinshapiro.com