**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS

Reference is made to the proofs of claim listed on the attached Exhibit A (collectively, the "Claims"), which were filed against Lehman Brothers Holdings Inc. ("LBHI") in the amounts listed thereon (collectively, the "Filed Amounts"), and which are currently held by the parties listed thereon (collectively, the "Claimants"). The Claimants are all clients of Pacific Investment Management Company LLC ("PIMCO"), which acted as investment advisor to the Claimants.

PLEASE TAKE NOTICE that in accordance with prior agreements between the Claimants and LBHI, certain portions of the Claims were allowed (collectively, the "Allowed Amounts") and certain portions remain unresolved (collectively, the "Unresolved Amounts").

PLEASE TAKE FURTHER NOTICE that PIMCO hereby withdraws with prejudice the portion of the Claims related to the Unresolved Amounts and directs Epiq Bankruptcy Solutions LLC to expunge the portion of the Claims related to the Unresolved Amounts from the claims register. PIMCO represents and warrants that the withdrawal of the Unresolved Amounts is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

Dated: August 22, 2014
New York, New York

PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC, as adviser and agent for and
on behalf of each Client solely with respect to
their respective obligations hereunder

By: _____

Name: Kevin Broadwater
Title: Executive Vice President

## EXHIBIT A

| Claim # | Claimant | Filed Amount | Allowed Amount | Unresolved Amount |
|---------|----------|--------------|----------------|-------------------|
| 22275 | PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) | $483,912.25 | $70,982.05 | $412,930.20 |
| 22500 | PIMCO BERMUDA US LOW DURATION FUND- 2741 | $94,367.06 | $66,440.78 | $27,926.28 |
| 25426 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND - (#2755) | $403,927.80 | $89,044.27 | $314,883.53 |
| 25557 | PIMCO CAYMAN GLOBAL AGGREGATE | $64,568.51 | $8,030.78 | $56,537.73 |
| 24438 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND - (#2763) | $705,147.10 | $125,307.25 | $579,839.85 |
| 24553 | PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802 | $599,077.32 | $224,770.87 | $374,306.45 |
| 25449 | PIMCO ABSOLUTE RETURN STRATEGY III 4803 | $4,035,316.20 | $2,991,900.46 | $1,043,415.74 |