UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                          Chapter 11
                                               Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC.,

                                   Debtor.
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as counsel in the representation of Dorothea Douglas.

    Dated: New York, New York
           August 26, 2014

                                Shenwick & Associates

                                By:   /s/ James H. Shenwick
                                      James H. Shenwick (JS 7825)
                                      655 Third Avenue, 20th Floor
                                      New York, New York 10017
                                      Telephone: (212) 541-6224
                                      Fax: (646) 218-4600
                                      E-mail: jshenwick@gmail.com