WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
|  |  |
|---|---|
| | : |
| In re | :    Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :    **08-13555 (SCC)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |
| | : |
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF FOUR HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirteenth

Omnibus Objection to Claims (Valued Derivative Claims) that was scheduled originally for June

13, 2013 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to September 9, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has**

**been further adjourned, solely with respect to the claims listed on Exhibit A annexed**

**hereto, to October 7, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as

soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley

C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 621, and such Hearing may be further adjourned

from time

to time without further notice other than an announcement at the Hearing.

Dated:  August 26, 2014
      New York, New York

              /s/ Robert J. Lemons
              Robert J. Lemons
              Ralph Miller
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc.
              and Certain of Its Affiliates

2

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Commerzbank AG | 18996 | 38674 |
| Eurohypo AG | 19002 | 38674 |

WEIL:\95073254\1\58399.0008