Monday, June 9, 2014     412.335

**OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**

**Bolivarian Republic of Venezuela**
**Superintendence of Banking Sector Institutions**
[Illegible]

## DECISION

**NUMBER: 066.14**     **DATE: MAY 19, 2014**
204th, 155th and 15th

Whereas, on August 27, 2010, pursuant to Decision No. 468.10, published in Official Gazette of the Bolivarian Republic of Venezuela No. 39.498 dated August 30, 2010, this Superintendence of Banking Sector Institutions (formerly Superintendence of Banks and Other Financial Institutions), decided to intervene the business corporation Credican, C.A., registered before the Fifth Commercial Registry for the Capital District Judicial Circuit and the State of Miranda on January 3, 2002, under No. 23, Book 622-A-Qto., inasmuch as there is unity on decision and management with respect to Banco Canarias de Venezuela, C.A. (under liquidation).

Whereas, pursuant to provisions in Article 251 of the Decree-Law on the Partial Reform of Banking Sector Institutions, the period established for the intervention process has lapsed, and this Supervisory body has the authority and power when deemed appropriate to decide to conclude such process.

Whereas, in accordance with reports filed by the respective Receivers there is evidence that liquidation of the business corporation Credican, C.A. will assist in recovering Banco Canarias de Venezuela, C.A. (under liquidation) credit balances.

Whereas, pursuant to provisions in Article 172 paragraph 5 of Decree-Law on the Partial Reform of Banking Sector Institutions this Superintendence obtained the favorable opinion of the National Financial System Superior Body (OSFIN), as set forth under the information item dated April 22, 2014.

Whereas, this Superintendence granted the hearing set forth in Article 246 *ejusdem*, and having considered the foregoing elements, this Superintendence of Banking Sector Institutions, in accordance with provisions in Article 260 paragraph 3 of the referenced Decree-Law,

## DECIDES

1.-     To agree to liquidate the business corporation Credican, C.A.

2.-     To notify the business corporation Credican, C.A., what has been agreed in this Decision.

3.-     Notify Fondo de Proteccion Social de los Depositos Bancarios of this Decision, in accordance with provisions in Articles 264, 265, 266 of Decree-Law on Partial Reform of the Law on Banking Sector Institutions, to proceed to perform the duties vested to liquidators and establish the rules to proceed to liquidate the referenced business corporation, related to Banco Canarias de Venezuela, C.A.

In accordance with Articles 233, 239 ibid, an Appeal for Reversal may be filed within ten (10) banking days, as of notice of this Decision, or the Appeal for Nullity before the jurisdiction of the National Administrative Law Courts for the Capital Region within forty-five (45) continuous days subsequent to notice of this decision, or the [order] that decides the Appeal for Reversal, if filed, in accordance with Article 234 and 240 *ejusdem*.

|  |  |
|---|---|
| Enter and Publish,<br>/s/ Illegible<br>**Mary Rosa Espinoza de [Illegible]**<br>**Superintendent of Banking Sector Institutions**<br>Presidential Decree No. 772 dated February 5, 2014<br>Published in Official Gazette of the Bolivarian Republic of Venezuela No. 40.370 dated March 12, 2014 | [Seal:] Bolivarian Republic of Venezuela<br>Coat of Arms<br>SUDEBAN<br>[remainder illegible] |

---

## CERTIFICATE OF ACCURACY

I, **Esther Cecilia Crespo**, an interpreter certified by the Administrative Office of the United States Courts, for and on behalf of **Liaison Services, Inc.**, hereby certify that the foregoing translation from Spanish into English, attached hereto and consisting of   2   page(s), is a true and correct translation of the original document.

_____
Esther Cecilia Crespo
Miami, Florida

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto Nº 1.021, mediante el cual se nombra al ciudadano Rodolfo Clemente Marco Torres, en su carácter de Ministro del Poder Popular de Economía, Finanzas y Banca Pública, como Director del Banco Central de Venezuela.

Decreto Nº 1.022, mediante el cual se ordena la transferencia a título gratuito, al Gobierno del Distrito Capital, de todos los bienes que conforman el patrimonio de la Fundación Poliedro de Caracas.

**VICEPRESIDENCIA DE LA REPÚBLICA**
Fondo de Compensación Interterritorial

Providencia mediante la cual se designa a la ciudadana Joali Gabriela Moreno Pinto, como Gerente de la Gerencia de Control y Seguimiento de este Organismo.

**MINISTERIO DEL PODER POPULAR DE ECONOMÍA, FINANZAS Y BANCA PÚBLICA**
ONAPRE

Providencia mediante la cual se procede a la publicación del Traspaso Presupuestario de Gastos Corrientes para Capital del Ministerio del Poder Popular para Relaciones Exteriores, por la cantidad que en ella se indica.

SUDEBAN

Resolución mediante la cual se constituye la Comisión de Contrataciones de esta Superintendencia, integrada por los ciudadanos y ciudadanas que en ella se señalan.

Resolución mediante la cual se acuerda la liquidación de la sociedad mercantil Credican, C.A.

SENIAT

Providencia mediante la cual se establece la tasa aplicable para el cálculo de los intereses moratorios correspondiente al mes de abril 2014.

FOGADE

Providencias mediante las cuales se designa a la ciudadana y al ciudadano que en ellas se mencionan, como Gerentes en las Oficinas que en ellas se especifican, de este Organismo.

Providencia mediante la cual se designa a las ciudadanas y al ciudadano que en ella se mencionan, como integrantes de la Junta Coordinadora del proceso de liquidación de las instituciones del sector bancario y de las personas jurídicas que en ella se señalan, pertenecientes al Grupo Financiero Maracaibo.

Providencia mediante la cual se participa de la finalización del proceso de liquidación administrativa y extinción de la personalidad jurídica de las sociedades mercantiles que en ella se mencionan, vinculadas a los Grupos Financieros que en ella se indican.

**MINISTERIO DEL PODER POPULAR PARA LA DEFENSA**

Resolución mediante la cual se crea y activa el Regimiento Guardia del Pueblo Nueva Esparta, adscrito al Comando Nacional Guardia del Pueblo, con sede en Mata Siete, Municipio Arismendi del estado Nueva Esparta.

Resolución mediante la cual se crea y activa el Destacamento Guardia del Pueblo (Este), adscrito al Regimiento Guardia del Pueblo Nueva Esparta, con sede en Porlamar, Municipio Mariño del estado Nueva Esparta.

Resolución mediante la cual se crea y activa el Destacamento Guardia del Pueblo (Oeste), adscrito al regimiento Guardia del Pueblo Nueva Esparta, con sede en Punta de Piedras, Municipio Tubores del estado Nueva Esparta.

**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN UNIVERSITARIA**
FAMES

Providencia mediante la cual se designa a los Miembros de la Comisión de Contrataciones de esta Fundación, integrada por los ciudadanos y ciudadanas que en ella se indican.

**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN**

Resolución mediante la cual se autoriza la suscripción de contratos de «Alianzas Estratégicas» en el procedimiento de contrataciones públicas, cuyo objeto es la prestación del «Servicio de Impresión, Reproducción y Ensamblaje de los Textos Escolares que Conforman la Colección Bicentenario Correspondiente al Año Escolar 2014-2015».

**MINISTERIOS DEL PODER POPULAR PARA LA SALUD Y PARA VIVIENDA Y HÁBITAT**

Resolución Conjunta mediante la cual se dicta las Normas que establecen los Requisitos Mínimos para la Construcción, Remodelación/Reparación y Equipamiento de Consultorios Populares.

**MINISTERIO DEL PODER POPULAR PARA LA ALIMENTACIÓN**
FUNDAPROAL

Providencia mediante la cual se delega en la Presidenta de esta Fundación, ciudadana María de Lourdes Rodríguez González, la facultad para autorizar las modificaciones presupuestarias que en ella se indican.

Providencia mediante la cual se constituye la Comisión de Contrataciones Públicas de este Organismo, integrada por los ciudadanos y ciudadanas que en ella se mencionan.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

Resoluciones mediante las cuales se otorga el beneficio de Pensión por Invalidez Laboral, a los ciudadanos y ciudadanas que en ella se señalan.

Resoluciones mediante las cuales se otorga el beneficio de Jubilación a las ciudadanas y ciudadanos que en ellas se especifican.

**MINISTERIO PÚBLICO**

Resolución mediante la cual se cambia la denominación de la Coordinación de Peritaje, por la de «Coordinación de Actuaciones Periciales», de este Organismo.

Resolución mediante la cual se cambia la adscripción de la Coordinación de Actuaciones Periciales y sus Divisiones, de la Dirección Técnico Científica y de Investigaciones, a la Dirección de Laboratorios Criminalísticos.

Resolución mediante la cual se designa a la ciudadana Dulce Escalona Pacheco, Jefe de División de la Unidad Administradora Desconcentrada del Ministerio Público del estado Yaracuy (Encargada).

Resolución mediante la cual se crea la Fiscalía Municipal Cuarta del Ministerio Público de la Circunscripción Judicial del estado Guárico, con competencia territorial en el Municipio Sebastián Francisco de Miranda y sede en la localidad de Calabozo, adscrita a la Fiscalía Superior del Ministerio Público de la citada Circunscripción Judicial.

Resoluciones mediante las cuales se designa a la ciudadana y al ciudadano que en ellas se señalan, como Fiscales Superiores (E), de este Organismo, en las Circunscripciones Judiciales que en ellas se especifican.

República Bolivariana de Venezuela
Superintendencia de las Instituciones
del Sector Bancario

## RESOLUCIÓN

NÚMERO: 066.14                    FECHA: 19 de mayo de 2014
                                  204°, 155° y 15°

Visto que en fecha 27 de agosto de 2010, mediante Resolución N° 468.10, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.498 del 30 de agosto de 2010, esta Superintendencia de las Instituciones del Sector Bancario (anteriormente Superintendencia de Bancos y Otras Instituciones Financieras) resolvió intervenir la sociedad mercantil Credican, C.A., inscrita por ante el Registro Mercantil Quinto de la Circunscripción Judicial del Distrito Capital y Estado Miranda en fecha 3 de enero de 2002, bajo el N° 23, Tomo 622-A-Qto., por existir unidad de decisión y gestión con respecto al Banco Canarias de Venezuela C.A. (en proceso de liquidación).

Visto que conforme a lo previsto en el artículo 251 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, el lapso dispuesto para el proceso de intervención culminó, y siendo atribución y potestad de este Ente Supervisor, cuando lo considere conveniente tomar la decisión de concluir dicho proceso.

Visto que de conformidad con los informes presentados por los respectivos Interventores, se evidenció que la liquidación de la sociedad mercantil Credican, C.A., coadyuvará en el proceso de recuperación de acreencias del Banco Canarias de Venezuela C.A. (en proceso de liquidación).

Visto que de conformidad con lo establecido en el numeral 5 del artículo 172 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, esta Superintendencia obtuvo la opinión favorable del Órgano Superior del Sistema Financiero Nacional (OSFIN), según se evidencia en el punto de información de fecha 22 del abril de 2014.

Visto que esta Superintendencia concedió la audiencia prevista en el artículo 246 ejusdem y vistos los elementos anteriores, esta Superintendencia de las Instituciones del Sector Bancario, de conformidad con lo establecido en el numeral 3 del artículo 260 del mencionado Decreto Ley,

### RESUELVE

1.- Acordar la liquidación de la sociedad mercantil Credican, C.A.

2.- Notificar a la sociedad mercantil Credican, C.A., lo acordado en la presente Resolución.

3.- Notificar al Fondo de Protección Social de los Depósitos Bancarios, lo acordado en la presente Resolución, a los fines que de conformidad con lo establecido en los artículos 264, 265, 266 del Decreto con Rango Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, ejerza las funciones atribuidas a los liquidadores y establezca las normas, mediante las cuales deba procederse a la liquidación de la mencionada sociedad mercantil, relacionada al Banco Canarias de Venezuela C.A.

Contra la presente decisión, de conformidad con los artículos 233, 239 ibídem, podrá ejercer el Recurso de Reconsideración, dentro de los diez (10) días hábiles bancarios, contados a partir de la notificación de la presente Resolución o el Recurso de Anulación ante los Juzgados Nacionales de la Jurisdicción Contenciosa Administrativa de la Región Capital, dentro de los cuarenta y cinco (45) días continuos siguientes a la notificación de esta decisión o de aquella mediante la cual se resuelva el Recurso de Reconsideración, si éste fuera interpuesto, de acuerdo con los artículos 234 y 240 ejusdem.

Comuníquese y Publíquese.

Mary Rosa Espinoza de Robles
Superintendente de las Instituciones del Sector Bancario
Decreto Presidencial N° 772 de fecha 5 de febrero de 2014
Publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.370 de fecha 12 de marzo de 2014

---

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE ECONOMÍA,
FINANZAS Y BANCA PÚBLICA
SERVICIO NACIONAL INTEGRADO DE ADMINISTRACIÓN ADUANERA Y TRIBUTARIA

N° SNAT/2014/0023

Caracas, 22 de Mayo de 2014
AÑOS 204° Y 155°

### PROVIDENCIA ADMINISTRATIVA

El Superintendente del Servicio Nacional Integrado de Administración Aduanera y Tributaria (SENIAT), en uso de las facultades previstas en los numerales 1 y 7 del artículo 4 de la Ley del Servicio Nacional Integrado de Administración Aduanera y Tributaria, publicada en Gaceta Oficial de la República Bolivariana de Venezuela N° 37.320 de fecha 08/11/2001, y de conformidad con lo dispuesto en el artículo 66 del Código Orgánico Tributario, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 37.305 de fecha 17/10/2001.

Dicta lo siguiente:

**PROVIDENCIA ADMINISTRATIVA QUE ESTABLECE LA TASA APLICABLE PARA EL CÁLCULO DE LOS INTERESES MORATORIOS CORRESPONDIENTE AL MES DE ABRIL DE 2014**

**Artículo Único.** La tasa de interés activa promedio ponderado de los seis (6) principales bancos comerciales y universales del país con mayor volumen de depósitos, excluidas las carteras con intereses preferenciales, fijada por el Banco Central de Venezuela para el mes de **Abril de 2014**, es de **18,29%**.

En consecuencia, para el cálculo de los intereses moratorios causados durante el mes de Abril de 2014, se aplicará dicha tasa incrementada en uno punto dos (1.2) veces.

Dado en Caracas a los        días del mes de        de 2014. Años 204° de la Independencia, 155° de la Federación y 15° de la Revolución

Comuníquese y Publíquese

JOSÉ DAVID CABELLO RONDÓN
Superintendente del Servicio Nacional
Integrado de Administración Aduanera y Tributaria
Decreto N° 5.851 del 01-02-2008
Gaceta Oficial N° 38.863 del 01-02-2008

---

REPÚBLICA BOLIVARIANA DE VENEZUELA.
MINISTERIO DEL PODER POPULAR DE ECONOMÍA, FINANZAS Y
BANCA PÚBLICA.
FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS.
PRESIDENCIA.

204°, 155° Y 15°

Caracas, 23 de abril de 2014.

### PROVIDENCIA N° 365

La Presidenta del Fondo de Protección Social de los Depósitos Bancarios, **MARÍA GRACIA RANDO SOCORRO**, titular de la cédula de identidad N° V-14.233.896, de conformidad con lo previsto en el numeral 4 del artículo 113 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.627, de fecha 2 de marzo de 2011 y, el artículo 20 del Estatuto Funcionarial del Fondo de Garantía de Depósitos y Protección Bancaria, ahora denominado Fondo de Protección Social de los Depósitos Bancarios, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 38.589, de fecha 21 de diciembre de 2006, decidió a partir del 01 de abril de 2014, designar a la ciudadana **ISABEL GRANADILLO**, titular de la cédula de identidad N° 4.372.959, como Gerente General de la Gerencia General de Administración y Finanzas de este Instituto.

Comuníquese y Publíquese/

MARÍA GRACIA RANDO SOCORRO
Presidenta
Designada mediante Decreto N° 771, de fecha 05/02/2014,
publicado en la Gaceta Oficial de la República Bolivariana
de Venezuela N° 40.349 de fecha 05/02/2014, reimpreso
en la Gaceta Oficial de la República Bolivariana
de Venezuela N° 40.353 de fecha 11/02/2014.

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

DEPÓSITO LEGAL: ppo 187207DF1

AÑO CXLI — MES VIII — Número 40.429
Caracas, lunes 9 de junio de 2014

Esquina Urapal, edificio Dimase, La Candelaria
Caracas – Venezuela
Tarifa sujeta a publicación de fecha 14 de noviembre de 2003
en la Gaceta Oficial N° 37.818
http://www.minci.gob.ve

Esta Gaceta contiene 24 Págs. costo equivalente
a 10,05 % valor Unidad Tributaria

### LEY DE PUBLICACIONES OFICIALES
(22 DE JULIO DE 1941)

*Artículo 11.* La GACETA OFICIAL, creada por Decreto Ejecutivo del 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA.

*Artículo 12.* La GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.
*Parágrafo único:* Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial

*Artículo 13.* En la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicarán los actos de los Poderes Públicos que deberán insertarse y aquellos cuya inclusión sea considerada conveniente por el Ejecutivo Nacional.

*Artículo 14.* Las leyes, decretos y demás actos oficiales tendrán carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, cuyos ejemplares tendrán fuerza de documentos públicos.



**DILE NO A LOS GESTORES**

Servicio Autónomo
Imprenta Nacional y Gaceta Oficial

## Estimados usuarios

El Servicio Autónomo
Imprenta Nacional y Gaceta Oficial
facilita a todas las personas naturales,
jurídicas y nacionalizadas
la realización de los trámites
legales para la solicitud
de la Gaceta Oficial
sin intermediarios.

Recuerde que a través
de nuestra página usted puede
consultar o descargar
de forma rápida y gratuita
la Gaceta Oficial visite:

http://www.imprentanacional.gob.ve

**Conoce Nuestros Servicios**
(+58212) 576-80-86 / 576-43-92.

**Síguenos en Twitter**
@oficialgaceta
@oficialimprenta

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para la Comunicación y la Información | Servicio Autónomo Imprenta Nacional y Gaceta Oficial | Juventud Bicentenaria