

FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS
EIN: G-20002241-3

Caracas, January 31, 2014

Messrs.
**DIAZ, REUS & TARG LLP**
101 S.E. Second Street
Suite 3400
Miami, Florida 33131-USA

I am hereby writing for the purpose of formally instructing you, as a result of the Final Order issued on January 27, 2014, by the District Court for the Southern District of New York, United States of America in the case filed by Smith Rocke Ltd. against the Bolivarian Republic of Venezuela and this Institute,[of] the authorization to perform each and every one of the actions you deem appropriate to recover and receive the assets belonging to Banco Canarias and Credican (both intervened and subject to administration and liquidation by Fondo de Proteccion Social de los Depositos Bancarios (FOGADE), including the "Lehman Notes", that is the promissory notes issued by Lehman Brothers in the United States of America (an entity that is undergoing a Bankruptcy Proceeding before the courts), including contacting and negotiating with the trustee/receiver in bankruptcy, and if necessary, to go before the Bankruptcy Court to assert the interests and rights of the Institute (FOGADE) over the "Lehman Notes". Once the instruction has been executed, to deliver and deposit to Fondo de Proteccion Social de los Depositos Bancarios (FOGADE) the funds that are recovered in the Institution's bank account, which I will provide to you privately.

Having nothing further of reference, I remain

Very truly yours,
/s/ Illegible           [Fogade seal, Office of Legal Counsel]
**HECTOR VILLALOBOS ESPINA**
**General Counsel**

## CERTIFICATE OF ACCURACY

I, Esther Cecilia Crespo, an interpreter certified by the Administrative Office of the United States Courts, for and on behalf of Liaison Services, Inc., hereby certify that the foregoing translation from Spanish into English, attached hereto and consisting of _1_ page(s), is a true and correct translation of the original document.

*[signature]*
Esther Cecilia Crespo
Miami, Florida

FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS

Caracas, 31 de enero de 2014

Señores
DIAZ, REUS & TARG LLP
100 S.E. Second Street
Suite 3400
Miami, Florida 33131-USA

Tengo a bien dirigirme a Usted, con el objeto de instruirle formalmente que, con ocasión de la Sentencia Definitiva pronunciada por el Juzgado Federal del Distrito del Sur de la Ciudad de Nueva York, Estados Unidos de América, en fecha 27 de enero de 2014, en el juicio incoado por el Smith Rocke Ltd. contra la República Bolivariana de Venezuela y este Instituto, la autorización para efectuar todas y cada una de las acciones que estime pertinentes, para recuperar y recibir los activos propiedad del Banco Canarias y Credican (ambos intervenidos y sujetos a administración y liquidación por el Fondo de Protección Social de los Depósitos Bancarios (FOGADE), incluyendo los "Lehman Notes" es decir los pagarés emitidos por la empresa Lehman Brothers en Estados Unidos de América (ente que se encuentra en Proceso Judicial de Quiebra), incluyendo contactar y negociar con el Liquidador/Administrador de la Quiebra y de ser necesario, acudir ante el Tribunal Administrador de la Quiebra, para hacer valer el interés y los derechos del Instituto (FOGADE) sobre los "Lehman Notes". Una vez ejecutada la instrucción, entregar y consignar al Fondo de Protección Social de los Depósitos Bancarios (FOGADE) las cantidades dinerarias que fuesen recuperadas en la cuenta bancaria de la institución, que le señalaré en forma privada.-

Sin más a que hacer referencia, quedo de usted,

Atentamente.

HECTOR VILLALOBOS ESPINA
Consultor Jurídico