**Hearing Date: October 7, 2014 at 10:00 a.m.**
                                          **Response Deadline: September 29, 2014 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE:** | Case No. 08-13555 (SCC) |
|  | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC. et al.,** | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF HEARING ON FOGADE'S MOTION TO DESIGNATE DIAZ REUS & TARG, LLP. AS AGENT FOR RECEIPT OF DISTRIBUTIONS AND HONOR CHANGE OF ADDRESS FOR PURPOSES OF ALL DISTRIBUTIONS IN THE LBHI AND SIPA CASES

PLEASE TAKE NOTICE THAT Fondo de Proteccion Social de los Depositos Bancarios ("FOGADE"), by its counsel Diaz, Reus & Targ, LLP., has filed a Motion to Designate Diaz, Reus & Targ, LLP., as Agent for Receipt of Distributions and Honor Change of Address for Purposes of All Distributions (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") to consider the relief requested in the Motion has been scheduled for 10:00 a.m. (Eastern Daylight Savings time) on October 7, 2014 before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, NY 10004-1408.

PLEASE TAKE FURTHER NOTICE that responses, if any to the Motion must be (a) made in writing: (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of New York and the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules

1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated June 17, 2010; (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Form (PDF), WordPerfect, or ay other Windows-based word processing format by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004; and (e) be served upon the following parties: (i) counsel for Diaz, Reus & Targ, LLP. 100 S.E. 2nd Street, Suite 3400, Miami, FL  33131, Attention: Carlos F. Gonzalez; (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attention: Robert J. Lemons, Esq., Shai Y Waisman, Esq, and Jacqueline Marcus, Esq., (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy, LLP., 1 Chase Manahttan Plaza, New Tork, New York 10005, Attention: Dennis F. Dunne, Esq., Denise O'Donnell, Esq., and Evan Fleck, Esq.,; (iv) counsel for the Debtors Postpetition Lenders, Clearly Gottlieb Steen & Hamilton, LLP., One Liberty Plaza New York, New York 10006, Attention: Lindsee P. Granfield, Esq., and and Lisa Shweiger, Esq., and Sullivan Cromwell, LLP., 125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy Esq., and Hydee R. Feldstein, Esq., (iv) counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Hughes Hubbard & Reed, LLP, One Battery Plaza, New York, New York, 10004, Attention Jeffrey Coleman, Christopher Kiplok and Sarah K. Loomis Cave; and (vi) the Office of the United States Trustee for the Soutern District of New York, New York 10004, Attention: Andy Velez-Rivera, Paul Shwatrzberg, Brian Masumoto, Linda Rifkin and tracy Hope Davis, in each case so as to be

2

**received no later than 4:00 p.m. (Eastern Daylight Savings Time) on September 29, 2014 (the "Response Deadline").**

PLEASE TAKE FURTHER NOTICE that only responses made in writing and timely filed and received by the Response Deadline will be considered by the Bankruptcy Court at the hearing. If no responses to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: Miami, Florida
August 26, 2014

      /s/ Carlos F. Gonzalez
Carlos F. Gonzalez

DIAZ, REUS & TARG, LLP
100 S.E. 2nd Street
3400 Miami Tower
Miami, FL 33131
Telephone (305) 375-9220
Facsimile (305) 375-8050
cgonzalez@diazreus.com