# ALDRIDGE | CONNORS LLP

August 27, 2014

Clerk, United States Bankruptcy Court
Southern District of New York
Manhattan Division

## REQUEST FOR SERVICE OF NOTICES

| | | |
|---|---|---|
| RE: Debtor(s) | : | Lehman Brothers Holdings Inc. , |
| Case Number | : | 08-13555 |
| Chapter | : | 11 |
| Secured Creditor | : | PennyMac Loan Services, LLC |
| Loan Number | : | 0233 |

Dear Sir / Madam:

Would you please add the following interested party to the mailing / service list in the above referenced case:

      PennyMac Loan Services, LLC
      c/o Aldridge Connors LLP
      Bankruptcy Department
      Fifteen Piedmont Center
      3575 Piedmont Road, N.E., Suite 500
      Atlanta, GA 30305

Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Ciro A. Mestres
Ciro A. Mestres, Esq.
Agent for PennyMac Loan Services, LLC

cc:  Debtor's Counsel
     Trustee
     United States Trustee

Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
P:  404~994~7400
F:  888~246~7307