# United States Bankruptcy Court

### Southern District of New York

In re:   **Lehman Brothers Holdings, Inc., et al**
**Case Number 08-13555**
**Entity Name Lehman Brothers Holdings, Inc., et al**
**Entity Case Number 08-13555**

Court ID (Court use only)_____

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee | Name of Transferor |
| **Corre Opportunities Qualified Master Fund, LP** | **Citigroup Financial Products Inc** |
| Name and Address where notices to transferee should be sent: | Court Record Address of Transferor |
| | (Court Use Only) |

**Corre Opportunities Qualified Master Fund, LP**
**1370 Avenue of the Americas, 29th Floor**
**New York, NY 10019**
**Attn: Claims Processing (Bankruptcy)**

Phone:
646.863.7151

| | |
|---|---|
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Citigroup Financial Products Inc** |
| | **Attn:  Brian Broyles** |
| | **1615 Brett Road, Bldg 3** |
| | **New Castle, DE  19720** |
| | Partial Transfer Claim Amount: **$4,612,692.00** |
| Phone: *Same as Above* | Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| | Court  Scheduled Claim # (if known):  **29058** |
| | Date Claim Filed:  **9/22/09** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Kevin Barrett_____                          Date:      **8/28/2014**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
**CLERK OF THE COURT**