## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that pursuant to ¶¶ 9-10 of the Second Amended Case Management Order, I caused a copy of the foregoing MOTION TO (I) INCREASE THE RESERVE TO $12.143 BILLION AND (II) ESTIMATE AND ALLOW THEIR CLAIMS FOR COVERED LOANS AT $12.143 BILLION PURSUANT TO SECTION 502(C) OF THE BANKRUPTCY CODE to be served upon the parties listed in the Master Service List maintained by the Debtors and last updated August 14, 2014, by causing true and correct copies of same to be sent by mail in a properly addressed, stamped and sealed envelope and causing said envelope to be deposited in the U.S. Mail Chute at 111 West Monroe Street, Chicago, Illinois 60603, this 22nd day of August, 2014.

Hannah M. Wendling