**Hearing Date and Time: October 7, 2014, at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Date and Time: September 30, 2014, at 4:00 p.m. (Prevailing Eastern Time)**

Jack A. Raisner (JR 6171)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Fax: 646-509-2070
Email:  jar@outtengolden.com

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone:  (510) 832-5411
Fax:  (925) 820-0335
Email:  GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br> (Jointly Administered) |

# AFFIDAVIT OF SERVICE

003336.0013\3670528.1

I, Mark S. Bostick, an attorney, hereby certify that on August 28, 2014, I caused true and correct copies of the following documents to be served by my office:

**SUPPLEMENT TO MOTION FOR RELIEF FROM STAY AND INJUNCTION PROVIDED UNDER PLAN**

**SUPPLEMENTAL DECLARATION OF J. GARY GWILLIAM IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND INJUNCTION PROVIDED UNDER PLAN**

**BY FEDEX:** by enclosing said document(s) in Federal Express envelopes marked for express overnight delivery, addressed to the persons listed below in **List A**. Said envelopes were then hand delivered to a Federal Express office next day delivery.

**by Federal Express**

Chambers of the Hon. Shelley C. Chapman
United States Bankruptcy Judge
U.S. Bankruptcy Court, So Dist. of NY
Courtroom 623
One Bowling Green
New York, NY  10004

Office of the U.S. Trustee
Attn:  William K. Harrington, Esq.;
Susan D. Golden, Esq.; and
Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, NY  10014

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.;
Dennis O'Donnell, Esq.; and
Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005
(*Counsel to the Official Committee of Unsecured Creditors*)

Weil, Gotshal & Manges LLP
Attn:  Richard P. Krasnow, Esq.;
Lori R. Fife, Esq., Shai Y. Waisman, Esq.
and Jacqueline Marcus, Esq.
767 Fifth Ave.
New York, NY  10153
(*Counsel for Lehman Brothers Holdings Inc. and Certain of Its Affiliates, Joint Debtors*)

Internal Revenue Service
Special Procedures Branch
Attn:  District Director
290 Broadway
New York, NY  10007

DATED:  August 28, 2014

WENDEL, ROSEN, BLACK & DEAN LLP

By:  */s/ Mark S. Bostick*
Mark S. Bostick
Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo