**Hearing Date and Time: October 7, 2014, at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Date and Time: September 30, 2014, at 4:00 p.m. (Prevailing Eastern Time)**

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (925) 820-0335
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

003336.0013\3670868.1

I, Mark S. Bostick, an attorney, hereby certify that on August 29, 2014, I caused true and correct copies of the following documents to be served by my office:

### SUPPLEMENT TO MOTION FOR RELIEF FROM STAY AND INJUNCTION PROVIDED UNDER PLAN

### SUPPLEMENTAL DECLARATION OF J. GARY GWILLIAM IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND INJUNCTION PROVIDED UNDER PLAN

**BY E-MAIL TRANSMISSION:** by causing copies said document(s) to be sent by electronic mail to those parties listed on the attached List.

All other parties have been served electronically through the Court's ECF System.

DATED: August 29, 2014                     WENDEL, ROSEN, BLACK & DEAN LLP

                                                 By: */s/ Mark S. Bostick*
                                                    Mark S. Bostick
                                                    Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo

**LIST OF EMAIL ADDRESSES**

RICHARD.KRASNOW@WEIL.COM
LORI.FIFE@WEIL.COM
ROBERT.LEMONS@WEIL.COM
JACQUELINE.MARCUS@WEIL.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
LUBELL@HUGHESHUBBARD.COM
WILTENBURG@HUGHESHUBBARD.COM
DDUNNE@MILBANK.COM
WFOSTER@MILBANK.COM
DODONNELL@MILBANK.COM
EFLECK@MILBANK.COM
PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV
RWASSERMAN@CFTC.GOV
SHARBECK@SIPC.ORG
NEWYORK@SEC.GOV
NYROBANKRUPTCY@SEC.GOV
JACOBSONN@SEC.GOV
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
MSTAMER@AKINGUMP.COM
SSCHULTZ@AKINGUMP.COM
CRAIGJUSTINALBERT@GMAIL.COM
RAUL.ALCANTAR@ALCANTARLAW.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
KRODRIGUEZ@ALLENMATKINS.COM
KARL.GEERCKEN@ALSTON.COM
WILL.SUGDEN@ALSTON.COM
KIT.WEITNAUER@ALSTON.COM
TDUFFY@ANDERSONKILL.COM
RHORKOVICH@ANDERSONKILL.COM

RRUSSELL@ANDREWSKURTH.COM
ANGELICH.GEORGE@ARENTFOX.COM
SCOUSINS@ARMSTRONGTEASDALE.COM
SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
ANTHONY_BOCCANFUSO@APORTER.COM
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
DWORKMAN@BAKERLAW.COM
IAN.ROBERTS@BAKERBOTTS.COM
PETER@BANKRUPT.COM
MICHAEL.MCCRORY@BTLAW.COM
DAVID.POWLEN@BTLAW.COM
FFM@BOSTONBUSINESSLAW.COM
CSALOMON@BECKERGLYNN.COM
AOSTROW@BECKERGLYNN.COM
SLEO@BM.NET
MPUCILLO@BERMANESQ.COM
WZOBERMAN@BERMANESQ.COM
AOBERRY@BERMANESQ.COM
DAVIDS@BLBGLAW.COM
SGRAZIANO@BLBGLAW.COM
DBARBER@BSBLAWYERS.COM
DBARBER@BSBLAWYERS.COM
SMULLIGAN@BSBLAWYERS.COM
JEFFREY.SABIN@BINGHAM.COM
RONALD.SILVERMAN@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
SABIN.WILLETT@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM
ROBERT.DOMBROFF@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
MARK.DEVENO@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM
RONALD.SILVERMAN@BINGHAM.CO

| | |
|---|---|
| M | SGORDON@CAHILL.COM |
| JOSHUA.DORCHAK@BINGHAM.COM | JLEVITIN@CAHILL.COM |
| JEFFREY.SABIN@BINGHAM.COM | CAHN@CLM.COM |
| RONALD.SILVERMAN@BINGHAM.COM | WANDA.GOODLOE@CBRE.COM |
| | DLEMAY@CHADBOURNE.COM |
| STEVEN.WILAMOWSKY@BINGHAM.COM | HSEIFE@CHADBOURNE.COM |
| | AROSENBLATT@CHADBOURNE.COM |
| CAROL.WEINERLEVY@BINGHAM.COM | JCLOSE@CHAPMAN.COM |
| | JSCHREIB@CHAPMAN.COM |
| JEFFREY.SABIN@BINGHAM.COM | APPLEBY@CHAPMAN.COM |
| JOSHUA.DORCHAK@BINGHAM.COM | HEISER@CHAPMAN.COM |
| JOSHUA.DORCHAK@BINGHAM.COM | HEISER@CHAPMAN.COM |
| AECKSTEIN@BLANKROME.COM | LGRANFIELD@CGSH.COM |
| JALWARD@BLANKROME.COM | LSCHWEITZER@CGSH.COM |
| TSALTER@BLANKROME.COM | MAOFILING@CGSH.COM |
| JSCHILLER@BSFLLP.COM | MAOFILING@CGSH.COM |
| JSHERMAN@BSFLLP.COM | MAOFILING@CGSH.COM |
| AMCMULLEN@BOULTCUMMINGS.COM | MAOFILING@CGSH.COM |
| | MAOFILING@CGSH.COM |
| RJONES@BOULTCUMMINGS.COM | MAOFILING@CGSH.COM |
| KURT.MAYR@BGLLP.COM | JENNIFER.DEMARCO@CLIFFORDCHANCE.COM |
| EMAGNELLI@BRACHEICHLER.COM | |
| ARAINONE@BRACHEICHLER.COM | ANDREW.BROZMAN@CLIFFORDCHANCE.COM |
| NOTICE@BKCYLAW.COM | |
| MGORDON@BRIGGS.COM | ANDREW.BROZMAN@CLIFFORDCHANCE.COM |
| MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM | |
| | PSP@NJLAWFIRM.COM |
| SLEVINE@BROWNRUDNICK.COM | JWH@NJLAWFIRM.COM |
| HSTEEL@BROWNRUDNICK.COM | LMAY@COLESCHOTZ.COM |
| SCHRISTIANSON@BUCHALTER.COM | JDRUCKER@COLESCHOTZ.COM |
| TUNRAD@BURNSLEV.COM | MWARNER@COLESCHOTZ.COM |
| SIDORSKY@BUTZEL.COM | DHURST@COLESCHOTZ.COM |
| JOHN.RAPISARDI@CWT.COM | MMENDEZ@CRB-LAW.COM |
| HOWARD.HAWKINS@CWT.COM | SFALANGA@CONNELLFOLEY.COM |
| ELLEN.HALSTEAD@CWT.COM | CHEMRICK@CONNELLFOLEY.COM |
| ISRAEL.DAHAN@CWT.COM | JEFF.WITTIG@COAIR.COM |
| MARK.ELLENBERG@CWT.COM | ESCHWARTZ@CONTRARIANCAPITAL.COM |
| HOWARD.HAWKINS@CWT.COM | |
| ELLEN.HALSTEAD@CWT.COM | BCARLSON@CO.SANMATEO.CA.US |
| HOWARD.HAWKINS@CWT.COM | JBEIERS@CO.SANMATEO.CA.US |
| ELLEN.HALSTEAD@CWT.COM | LATHOMPSON@CO.SANMATEO.CA.US |
| HOWARD.HAWKINS@CWT.COM | |
| MARK.ELLENBERG@CWT.COM | MHOPKINS@COV.COM |
| HOWARD.HAWKINS@CWT.COM | DCOFFINO@COV.COM |
| JASON.JURGENS@CWT.COM | RLEVIN@CRAVATH.COM |
| ELLEN.HALSTEAD@CWT.COM | |

JUDY.MORSE@CROWEDUNLEVY.COM
MLICHTENSTEIN@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
JCARBERRY@CL-LAW.COM
DHW@DHCLEGAL.COM
KAREN.WAGNER@DPW.COM
JAMES.MCCLAMMY@DPW.COM
JAMES.MCCLAMMY@DPW.COM
DJCARRAGHER@DAYPITNEY.COM
MGINZBURG@DAYPITNEY.COM
JJTANCREDI@DAYPITNEY.COM
JWCOHEN@DAYPITNEY.COM
MCTO@DEBEVOISE.COM
GLENN.SIEGEL@DECHERT.COM
IVA.UROIC@DECHERT.COM
LHOFFMAN@DEILYLAWFIRM.COM
LPERKINS@DEILYLAWFIRM.COM
MMOONEY@DEILYLAWFIRM.COM
TDEWEY@DPKLAW.COM
DPEGNO@DPKLAW.COM
ADIAMOND@DIAMONDMCCARTHY.COM
SLODEN@DIAMONDMCCARTHY.COM
AKADISH@DTLAWGROUP.COM
AAARONSON@DILWORTHLAW.COM
CPAPPAS@DILWORTHLAW.COM
MATTHEW.KLEPPER@DLAPIPER.COM
THOMAS.CALIFANO@DLAPIPER.COM
STEPHEN.COWAN@DLAPIPER.COM
GEORGE.SOUTH@DLAPIPER.COM
SCHNABEL.ERIC@DORSEY.COM
HEIM.STEVE@DORSEY.COM
DOVE.MICHELLE@DORSEY.COM
STEVEN.TROYER@COMMERZBANK.COM
JJOYCE@DRESSLERPETERS.COM
ROBERT.MALONE@DBR.COM
LJKOTLER@DUANEMORRIS.COM
TDUFFY@ANDERSONKILL.COM
JIM@ATKINSLAWFIRM.COM
SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM
AENTWISTLE@ENTWISTLE-LAW.COM
JBEEMER@ENTWISTLE-LAW.COM
JPORTER@ENTWISTLE-LAW.COM
KKELLY@EBGLAW.COM
DTATGE@EBGLAW.COM
WMARCARI@EBGLAW.COM
SLERMAN@EBGLAW.COM
SGUBNER@EBG-LAW.COM
CWEBER@EBG-LAW.COM
MICHAEL.KRAUSS@FAEGREBD.COM
LSCARCELLA@FARRELLFRITZ.COM
SHARI.LEVENTHAL@NY.FRB.ORG
SFELDERSTEIN@FFWPLAW.COM
PPASCUZZI@FFWPLAW.COM
CHARLES@FILARDI-LAW.COM
ALUM@FTPORTFOLIOS.COM
RFLANAGAN@FLANASSOC.COM
STEVEN.USDIN@FLASTERGREENBERG.COM
WDASE@FZWZ.COM
APALAZZOLO@FZWZ.COM
DHEFFER@FOLEY.COM
JLEE@FOLEY.COM
WMCKENNA@FOLEY.COM
DSPELFOGEL@FOLEY.COM
RBERNARD@FOLEY.COM
GGOODMAN@FOLEY.COM
LAPETERSON@FOLEY.COM
RBERNARD@FOLEY.COM
KLYNCH@FORMANLAW.COM
KANEMA@FORMANLAW.COM
SORY@FDLAW.COM
JHIGGINS@FDLAW.COM
DEGGERT@FREEBORNPETERS.COM
PATRICK.OH@FRESHFIELDS.COM
TIMOTHY.HARKNESS@FRESHFIELDS.COM
DAVID.LIVSHIZ@FRESHFIELDS.COM
PETER.SIMMONS@FRIEDFRANK.COM
RICHARD.TISDALE@FRIEDFRANK.COM
RICHARD.TISDALE@FRIEDFRANK.COM
EFRIEDMAN@FRIEDMANSPRING.COM

EFRIEDMAN@FKLAW.COM
ABEAUMONT@FKLAW.COM
ABEAUMONT@FKLAW.COM
NBOJAR@FKLAW.COM
DROSENZWEIG@FULBRIGHT.COM
JMERVA@FULT.COM
JMELKO@GARDERE.COM
BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM
JGENOVESE@GJB-LAW.COM
PBATTISTA@GJB-LAW.COM
DCIMO@GJB-LAW.COM
DCRAPO@GIBBONSLAW.COM
DMARKHAM@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM
JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM
TNIXON@GKLAW.COM
DROSNER@GOULSTONSTORRS.COM
GKADEN@GOULSTONSTORRS.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
DICONZAM@GTLAW.COM
MELOROD@GTLAW.COM
TANNWEILER@GREERHERZ.COM
JOY.MATHIAS@DUBAIIC.COM
JSCHWARTZ@HAHNHESSEN.COM
JORBACH@HAHNHESSEN.COM
RMATZAT@HAHNHESSEN.COM
WBENZIJA@HALPERINLAW.NET
JDYAS@HALPERINLAW.NET
DTHEISING@HARRISONMOBERLY.COM
SLDREYFUSS@HLGSLAW.COM
MMOLOSHOK@HLGSLAW.COM
AGOLD@HERRICK.COM
SSELBST@HERRICK.COM
RAMONA.NEAL@HP.COM
KEN.HIGMAN@HP.COM
JDORAN@HASLAW.COM
TMARRION@HASLAW.COM
SWEYL@HASLAW.COM
RLEEK@HODGSONRUSS.COM
SCOTT.GOLDEN@HOGANLOVELLS.COM
BARBRA.PARLIN@HKLAW.COM
ARTHUR.ROSENBERG@HKLAW.COM
RICHARD.LEAR@HKLAW.COM
ARTHUR.ROSENBERG@HKLAW.COM
JOHN.MONAGHAN@HKLAW.COM
BARBRA.PARLIN@HKLAW.COM
KERRY.MOYNIHAN@HRO.COM
ADAM.BREZINE@HRO.COM
KECKHARDT@HUNTON.COM
JRSMITH@HUNTON.COM
CWEISS@INGRAMLLP.COM
DAVE.DAVIS@ISGRIA.COM
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
SEBA.KURIAN@INVESCO.COM
AFRIEDMAN@IRELL.COM
KLYMAN@IRELL.COM
MNEIER@IBOLAW.COM
JAY.HURST@OAG.STATE.TX.US
PTROSTLE@JENNER.COM
DMURRAY@JENNER.COM
RBYMAN@JENNER.COM
GSPILSBURY@JSSLAW.COM
JOSEPH.CORDARO@USDOJ.GOV
MICHAELS@JSTRIALLAW.COM
MICHAELS@JSTRIALLAW.COM
ROBERT.HONEYWELL@KLGATES.COM
PTRAIN-GUTIERREZ@KAPLANLANDAU.COM
ENKAPLAN@KAPLANLANDAU.COM
DROSNER@KASOWITZ.COM
AGLENN@KASOWITZ.COM
SNEWMAN@KATSKYKORINS.COM
MPRIMOFF@KAYESCHOLER.COM
MPRIMOFF@KAYESCHOLER.COM
MSOLOW@KAYESCHOLER.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
MPAGE@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

STEPHEN.HESSLER@KIRKLAND.COM
MARK.MCKANE@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JONATHAN.HENES@KIRKLAND.COM
JOSEPH.SERINO@KIRKLAND.COM
CHAD.HUSNICK@KIRKLAND.COM
CHRISTOPHER.GRECO@KIRKLAND.COM
JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM
LKISS@KLESTADT.COM
ANDREW.LOURIE@KOBREKIM.COM
BONEILL@KRAMERLEVIN.COM
ACATON@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM
WBALLAINE@LCBF.COM
SREE@LCBF.COM
EKBERGC@LANEPOWELL.COM
KEITH.SIMON@LW.COM
DAVID.HELLER@LW.COM
PETER.GILHULY@LW.COM
JAMES.HEANEY@LAWDEB.COM
JAMESBOYAJIAN@GMAIL.COM
JAMESBOYAJIAN@GMAIL.COM
GABRIEL.DELVIRGINIA@VERIZON.NET
LISA.SOLOMON@ATT.NET
LKATZ@LTBLAW.COM
WSWEARINGEN@LLF-LAW.COM
SFINEMAN@LCHB.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
PEISENBERG@LOCKELORD.COM
WCURCHACK@LOEB.COM
VRUBINSTEIN@LOEB.COM
DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM
ROBIN.KELLER@LOVELLS.COM
CHRIS.DONOHO@LOVELLS.COM
ROBIN.KELLER@LOVELLS.COM
ILEVEE@LOWENSTEIN.COM
ILEVEE@LOWENSTEIN.COM
KROSEN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
TWHEELER@LOWENSTEIN.COM
JPROL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
MWARREN@MTB.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
FHYMAN@MAYERBROWN.COM
MSEGARRA@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
MSEGARRA@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
FHYMAN@MAYERBROWN.COM
EMERBERG@MAYERBROWN.COM
TKIRIAKOS@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
FHYMAN@MAYERBROWN.COM
SWOLOWITZ@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
JSTOLL@MAYERBROWN.COM
HBELTZER@MAYERBROWN.COM
CWALSH@MAYERBROWN.COM

BTRUST@MAYERBROWN.COM
CWALSH@MAYERBROWN.COM
JLAMAR@MAYNARDCOOPER.COM
KREYNOLDS@MKLAWNYC.COM
MH1@MCCALLARAYMER.COM
JNM@MCCALLARAYMER.COM
EGLAS@MCCARTER.COM
KMAYER@MCCARTER.COM
WTAYLOR@MCCARTER.COM
GGITOMER@MKBATTORNEYS.COM
NCOCO@MWE.COM
ICATTO@MWE.COM
PHAYDEN@MCGUIREWOODS.COM
SFOX@MCGUIREWOODS.COM
DHAYES@MCGUIREWOODS.COM
JMADDOCK@MCGUIREWOODS.COM
JSHEERIN@MCGUIREWOODS.COM
JMR@MSF-LAW.COM
MBLOEMSMA@MHJUR.COM
TSLOME@MSEK.COM
AMARDER@MSEK.COM
JMAZERMARINO@MSEK.COM
HARRISJM@MICHIGAN.GOV
MICHAEL.FREGE@CMS-HS.COM
SDNYECF@DOR.MO.GOV
STEVE.GINTHER@DOR.MO.GOV
MICHAEL.KELLY@MONARCHLP.COM
DAVIDWHEELER@MVALAW.COM
NHERMAN@MORGANLEWIS.COM
AGOTTFRIED@MORGANLEWIS.COM
JGOODCHILD@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM
LMARINUZZI@MOFO.COM
LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM
TGOREN@MOFO.COM
JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM
MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM
BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM
AKOLOD@MOSESSINGER.COM
MPARRY@MOSESSINGER.COM
KKOLBIG@MOSESSINGER.COM
RGOODMAN@MOUNDCOTTON.COM
AMH@AMHANDLERLAW.COM
SABVANROOY@HOTMAIL.COM
MILLEE12@NATIONWIDE.COM
FHENN@LAW.NYC.GOV
RICHARD.FINGARD@NEWEDGE.COM
DDREBSKY@NIXONPEABODY.COM
ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
CDESIDERIO@NIXONPEABODY.COM
RPEDONE@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
MJR1@WESTCHESTERGOV.COM
JOHN.MULE@AG.STATE.MN.US
JNADRITCH@OLSHANLAW.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM
RDAVERSA@ORRICK.COM
JGUY@ORRICK.COM
JGUY@ORRICK.COM
KORR@ORRICK.COM
DFELDER@ORRICK.COM
MAUSTIN@ORRICK.COM
JGUY@ORRICK.COM
DFELDER@ORRICK.COM
LMCGOWEN@ORRICK.COM
RDAVERSA@ORRICK.COM
TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG
WSILVERM@OSHR.COM
PFELDMAN@OSHR.COM
MCYGANOWSKI@OSHR.COM
PFELDMAN@OSHR.COM

JAR@OUTTENGOLDEN.COM
RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM
CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM
BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM
DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM
DSHEMANO@PEITZMANWEG.COM
KRESSK@PEPPERLAW.COM
KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
ARLBANK@PBFCM.COM
JHORGAN@PHXA.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM
EDWARD.FLANDERS@PILLSBURYLAW.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM
CWARD@POLSINELLI.COM
JSMAIRO@PBNLAW.COM
TJFREEDMAN@PBNLAW.COM
BBISIGNANI@POSTSCHELL.COM
FBP@PPGMS.COM
LML@PPGMS.COM
IGOLDSTEIN@PROSKAUER.COM
JCHUBAK@PROSKAUER.COM
MBIENENSTOCK@PROSKAUER.COM
JCHUBAK@PROSKAUER.COM
RBEACHER@PRYORCASHMAN.COM
CANELAS@PURSUITPARTNERS.COM
SCHEPIS@PURSUITPARTNERS.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
JAMESTECCE@QUINNEMANUEL.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
JRABINOWITZ@RLTLAWFIRM.COM
BROY@RLTLAWFIRM.COM
GARY.RAVERTPLLC@GMAIL.COM
LHILL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM
JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM
DGRIMES@REEDSMITH.COM
ASOMERS@RCTLEGAL.COM
HMAGALIFF@R3MLAW.COM
RICHARD@RWMAPLC.COM
JSHICKICH@RIDDELLWILLIAMS.COM
GMOSS@RIEMERLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM
ARHEAUME@RIEMERLAW.COM
ROGER@RNAGIOFF.COM
MARK.BANE@ROPESGRAY.COM
ROSS.MARTIN@ROPESGRAY.COM
PHILIP.WELLS@ROPESGRAY.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
MSCHIMEL@SJU.EDU
CMONTGOMERY@SALANS.COM
LWHIDDEN@SALANS.COM
CBELMONTE@SSBB.COM
TBROCK@SSBB.COM
PBOSSWICK@SSBB.COM
ASNOW@SSBB.COM
AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM
DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM
COHEN@SEWKIS.COM
ASHMEAD@SEWKIS.COM
FSOSNICK@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM
JENNIFER.GORE@SHELL.COM
JENNIFER.GORE@SHELL.COM

003336.0013\3670868.1                    7

JSHENWICK@GMAIL.COM
CSHULMAN@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
ETILLINGHAST@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
AMARTIN@SHEPPARDMULLIN.COM
RREID@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM
AQUALE@SIDLEY.COM
AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
SQUSBA@STBLAW.COM
IRETHY@STBLAW.COM
raj.madan@skadden.com
angie.owen@skadden.com
SALLY.HENRY@SKADDEN.COM
FYATES@SONNENSCHEIN.COM
PMAXCY@SONNENSCHEIN.COM
SLERNER@SSD.COM
RTERENZI@STCWLAW.COM
CGOLDSTEIN@STCWLAW.COM
J.ZELLOE@STAHLZELLOE.COM
SCHAGER@SSNYC.COM
GOLDENBERG@SSNYC.COM
MARC.CHAIT@SC.COM
SSTARR@STARRANDSTARR.COM
DMILLER@STEINLUBIN.COM
EOBRIEN@SBCHLAW.COM
CP@STEVENSLEE.COM
CP@STEVENSLEE.COM
MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM
MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM
MCORDONE@STRADLEY.COM
MDORVAL@STRADLEY.COM
MDORVAL@STRADLEY.COM
PPATTERSON@STRADLEY.COM
DJOSEPH@STRADLEY.COM
JMMURPHY@STRADLEY.COM
LANDON@SLOLLP.COM
VILLA@SLOLLP.COM
STREUSAND@STREUSANDLANDON.COM
MSPEISER@STROOCK.COM
SMILLMAN@STROOCK.COM
LHANDELSMAN@STROOCK.COM
DWILDES@STROOCK.COM
HOLSEN@STROOCK.COM
CSZYFER@STROOCK.COM
WWEINTRAUB@STUTMAN.COM
KJARASHOW@STUTMAN.COM
LACYR@SULLCROM.COM
CLARKB@SULLCROM.COM
SCHWARTZMATTHEW@SULLCROM.COM
WRIGHTTH@SULLCROM.COM
FRITSCHJ@SULLCROM.COM
SCOTTJ@SULLCROM.COM
JDWECK@SUTHERLAND.COM
RICK.MURPHY@SUTHERLAND.COM
MARK.SHERRILL@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM
MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV
MARVIN.CLEMENTS@AG.TN.GOV
THALER@THALERGERTLER.COM
JONATHAN.GOLDBLATT@BNYMELLON.COM
MMORREALE@US.MUFG.JP
FOONT@FOONTLAW.COM
YAMASHIRO@SUMITOMOTRUST.CO.JP
MATT@WILLAW.COM
DEMETRA.LIGGINS@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
MITCHELL.AYER@TKLAW.COM
DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM

AMENARD@TISHMANSPEYER.COM
MBENNER@TISHMANSPEYER.COM
BTURK@TISHMANSPEYER.COM
JCHRISTIAN@TOBINLAW.COM
WCHEN@TNSJ-LAW.COM
AGOLDSTEIN@TNSJ-LAW.COM
JMAKOWER@TNSJ-LAW.COM
NEILBERGER@TEAMTOGUT.COM
SSKELLY@TEAMTOGUT.COM
MLYNCH2@TRAVELERS.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
BMANNE@TUCKERLAW.COM
MSHINER@TUCKERLAW.COM
LINDA.BOYLE@TWTELECOM.COM
DLIPKE@VEDDERPRICE.COM
MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM
SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM
SABRAMOWITZ@VELAW.COM
JELDREDGE@VELAW.COM
HSNOVIKOFF@WLRK.COM
RGMASON@WLRK.COM
ARWOLF@WLRK.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM
JFREEBERG@WFW.COM
RGRAHAM@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM
AVENES@WHITECASE.COM
ELEICHT@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM
ELEICHT@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM
RGRAHAM@WHITECASE.COM
MRUETZEL@WHITECASE.COM
TLAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM
BSTRICKLAND@WTPLAW.COM
DSHAFFER@WTPLAW.COM
SZUCH@WIGGIN.COM
MABRAMS@WILLKIE.COM
MFELDMAN@WILLKIE.COM
AALFONSO@WILLKIE.COM
RNETZER@WILLKIE.COM
DKOZUSKO@WILLKIE.COM
MABRAMS@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM
JEANNETTE.BOOT@WILMERHALE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM
LISA.EWART@WILMERHALE.COM
PFINKEL@WILMINGTONTRUST.COM
CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM
MKJAER@WINSTON.COM
DNEIER@WINSTON.COM
JLAWLOR@WMD-LAW.COM
JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM
RRAINER@WMD-LAW.COM
BANKR@ZUCKERMAN.COM