STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Goldman Sachs Emerging
Markets Opportunities Fund, LLC and
Goldman Sachs Emerging Markets
Opportunities Fund Offshore, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

  Scott Siegel, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On August 29, 2013, affiant served, true and correct copies of the *Response of Goldman Sachs Emerging Markets Opportunities Fund LLC and Goldman Sachs Emerging Markets*

*Opportunities Fund Offshore LLC to Debtors' Four Hundred Seventy-Ninth Omnibus Objection to Claims* (Docket No. 46197) filed via the Court's ECF system on such date, via First Class Mail upon those parties as set forth on the attached service list:

                                                   /s/ Scott Siegel
                                                   Scott Siegel

Sworn to before me this
2nd day of September, 2014

/s/ Michael Magzamen
NOTARY PUBLIC
Michael Magzamen
Notary Public, State of New York
No. 01MA6055692
Qualified in Nassau County
Commission Expires March 5, 2015

## Service List

Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Garrett Fail, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the U.S. Trustee
Attn: William K. Harrington, Esq.
Susan Golden, Esq.
Andrew B. Schwartz, Esq.
201 Varick Street Suite 1006
New York, NY 10014

Curtis Mallet-Prevost Colt & Mosle LLP
Attn: L.P. Harrison III, Esq.
Cindi Giglio, Esq.
101 Park Avenue
New York, NY 10178