SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

## CERTIFICATE OF SERVICE

I, Thomas John Wright, hereby certify that, on September 2, 2014, I caused to be served true and correct copies of the **Notice of Adjournment of the Hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004** to be served by ECF on the parties requesting electronic service, by U.S. Mail, First Class, Postage Prepaid, on the Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), and by hand delivery on:

> The Chambers of the Honorable Shelley C. Chapman
> One Bowling Green
> Courtroom 621
> New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Sarah Cave, James W. Giddens, James B. Kobak, Jr., and Christopher K. Kiplock

*Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Dated: New York, New York
       September 2, 2014

Respectfully submitted,

/s/  Thomas John Wright
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*

-2-