J. Dragao
Aug, 13, 2014
Vilamoura, 8125-417
Portugal

To : Office of the U.S. Bankruptcy Court
for the Southern District of New York
33 White Hall Str., 21st floor, N.Y.
New York, 10004, U.S. of America

**Att. to : The Honorable James M. Peck**
       **U. S. Bankruptcy Judge**

**Ref: Lehman Brothers Holdings Inc.**
**Creditor name – Jose Ruivo Dragao, Joao**
**Claim number - 64556**

Dear Sir

Enclosed please find a copy of a letter sent to you on Jan. 2, 2013 re. the subject above.
About this matter I have not yet received any answer from you or from Epiq Bankruptcy Solutions or from Weil, Gotshal & Manges LLP.

Could you please be so kind to send me some information about the actual position of this case and when can I expect to receive some retribution from the investment I have done in Lehman Brothers bonds, 6 years ago.

Thank you.
Kind regards
J.J.R. Dragao
Vilamoura- Portugal

e. mail — j. dragao @ mail. telepac. pt

J.Dragao
Jan. 2, 2013
Vilamoura, 8125-417
Portugal

                       To : Office of the U.S. Bankruptcy Court
                            for the Southern District of New York
                            33 White Hall Str., 21st floor, N.Y.
                            New York, 10004, U.S.of America

**Att. to : The Honorable James M. Peck**
        **U. S. Bankruptcy Judge**

**Ref: Lehman Brothers Holdings Inc.**
**Creditor name – Jose Ruivo Dragao, Joao**
**Claim number - 64556**

Dear Sir

Enclosed please find a copy of my letter send today to Epiq Bankruptcy Solution as answer to Notice of the 379 th Omnibus Objection to Claims, including mine, with number 64556.

This is sent for you, just for your knowledge and consideration.

I am a retired civil engineer, 79 years old ( born on 2nd May, 1933), living permanently in Portugal, that applied his economies buying 50 bonds of Lehman Brothers, and now needs this money for his and his wife's necessities and is waiting for the resolution of the Claim 64556 , presented on Nov. 2009.

Sincerely Yours

*[signature]*

J. J. R. Dragao
Vilamoura- Portugal