WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | :      Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | :      **08-13555 (SCC)** |
| | : |
|           Debtors. | :      **(Jointly Administered)** |
| | : |

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED SEVENTY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

        **PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred

Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which

was scheduled for September 9, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to**

**October 7, 2014 at 10:00 a.m. (Eastern Time)**, with respect to the claims listed on Exhibit A

annexed hereto.

Dated:  September 2, 2014
        New York, New York

                      /s/ Garrett A. Fail
                      Garrett A. Fail
                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Lehman Brothers Holdings Inc.
                      and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. | Response |
|----------|-----------|----------|
| Halewood Company Limited | 21956 | 46195 |
| Wincent Investment Limited | 21965 | 46182 |
| Fatai Investment Limited | 21966 | 46183 |
| Zama International Limited | 21967 | 46184 |