UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

Lehman Brothers Holdings Inc., et al.,

                 Debtor.
-------------------------------------------------------X

Chapter 11
Case No. 08-13555 (jmp)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF NOTICES
## OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE** that Thaler Gertler, LLP (f/k/a Thaler & Gertler, LLP) hereby withdraws its appearance as counsel to The August '86 Trust I n the above-captioned Chapter 11 case.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned should be removed from the service lists, including the court's electronic notification list, in the above-captioned case.

Dated: September 2, 2014
       East Meadow, New York

                                            Thaler Gertler LLP
                                            f/k/a Thaler & Gertler LLP
                                            Attorneys for
                                            The August '86 Trust
                                            90 Merrick Avenue, Suite 400
                                            East Meadow, New York 11554

                                  By:    /s/ Andrew M. Thaler
                                                  Andrew M. Thaler, Esq.

W:\Thaler Law Firm Clients\Clients\Clients M - Z\The August '86 Trust\Withdrawal of Notices of Appearance\Withdrawal of Notices of Appearance.wpd