CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Adam Lesman

*Attorneys for Halewood Company Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,          :
                                                   :   Case No. 08-13555 (SCC)
Debtors.                                           :
                                                   :   (Jointly Administered)
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DAMIEN A. MORRIS, being duly sworn, deposes and says:

I am an employee of Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019. I am not a party to or interested in the above-captioned cases and I am over 18 years of age.

On August 29, 2014, I served, by hand delivery, a true and correct copy of the *Response of Halewood Company Limited to the Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [Docket No. 46195]*, which was also filed and served via the Court's CM/ECF system upon the following parties: (i) the chambers of the Honorable Shelley C. Chapman, The United States Bankruptcy Court, Southern District of New

York, One Bowling Green, Courtroom 621, New York, New York 10004; (ii) Weil, Gotshal & Manges LLP, Attn: Garret A. Fail, Esq. and Sunny Singh, Esq., 767 Fifth Avenue, New York, New York 10153; (iii) Office of the United States Trustee for the Southern District of New York, Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq., 201 Varick Street, Suite 1006, New York, New York 10014.

Dated: New York, New York
September 3, 2014

*/s/ Damien A. Morris*
Damien A. Morris

SWORN TO AND SUBSCRIBED before me this 3rd day of September, 2014

*/s/ Maureen A. Kelly*

MAUREEN A. KELLY
Notary Public, State of New York
No. 01KE4925577
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Apr. 4, 20_15_

AMR #199155-v1