DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 277-6500
Fax: (212) 277-6501
Deborah A. Skakel
Shaya M. Berger

*Attorneys for 2138747 Ontario Ltd. and 6785778 Canada Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                                                  :   Chapter 11
                                                                                           :
                                                                                           :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC.,         :   (Jointly Administered)
*et al.*,                                                                             :
                                                                                           :
                              Debtors.                                     :
                                                                                           :
------------------------------------------------------------ x

# NOTICE OF APPEAL

2138747 Ontario Ltd. and 6785778 Canada Inc. hereby appeal under 28 U.S.C. § 158(a) from the final order of the United States Bankruptcy Court for the Southern District of New York, entitled *Order Disallowing Proofs Of Claim Filed By 2138747 Ontario Ltd. And 6785778 Canada Inc. (Claim Nos. 33583 And 33586)* (Docket No. 46041) (the "Order"), which was entered in the above-captioned Chapter 11 cases on August 22, 2014, including, without limitation, any and all judgments, decrees, decisions, rulings, and/or opinions that merged into and/or became a part of the Order, that are related to the Order, and/or upon which the Order is based.

DOCSNY-573520

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| **Counsel** | **Party** |
|---|---|
| Robert J. Lemons, Esq.<br>Stephen A. Youngman, Esq.<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-0800<br>Fax: (212) 310-8007 | Lehman Brothers Holdings Inc.<br>Appellee |
| Deborah A. Skakel, Esq.<br>Shaya M. Berger, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 277-6500<br>Fax: (212) 277-6501 | 2138747 Ontario Ltd. and 6785778 Canada Inc.<br>Appellants |

Dated: New York, New York
        September 3, 2014

DICKSTEIN SHAPIRO LLP

By: /s/ Deborah A. Skakel
    Deborah A. Skakel
    Shaya M. Berger
1633 Broadway
New York, New York 10019
Tel.: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for 2138747 Ontario Ltd.
and 6785778 Canada Inc.*