

**valartis**bank⁺

Valartis Bank (Liechtenstein) AG
Schaaner Strasse 27
9487 Gamprin-Bendern
Fürstentum Liechtenstein

Phone +423 265 56 56
Fax +423 265 56 99
info@valartis.li
www.valartis.li

MwSt. Nr. 53242
Reg.-Nr. FL-0001.534.001-6
SIC Code: 08803-7
SWIFT Code: HYIBLI22

United States Bankruptcy Court
Southern Disctict of New York
Att. Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408
USA

| Initial | Direct line | Date |
|---|---|---|
| GMA | 00423/265 56 52 | 13.8.2014 |

**Transfer of Claim**
**ISIN XS0300477709**
**Court Claim No 56031**

Dear Sirs

We refer to the above mentioned claim. Enclosed please find

- the evidence of transfer of claim
- form 210A

for your files. If there are any questions left just feel free to contact us.

With kind regards

**Valartis Bank**
**(Liechtenstein) AG**

Mag. Dr. Gerhard Lackinger          Dr. Gabriele Martin-Grass, MMag.(FH)
MOB                                 Executive Director

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc            ,            Case No.  08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| Valartis Bank (Liechtenstein) AG | Rothschild Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  Schaaner Strasse 27
  9487 Gamprin-Bendern LIECHTENSTEIN

Court Claim # (if known): ___56031___
Amount of Claim: eur.$1,100,000.00
Date Claim Filed: ___10/29/2009___

Phone: __00423 265 56 56__
Last Four Digits of Acct #: ____3700____

Phone: __0041 44 384 76 60__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
  Swiss Euro Clearing Bank GmbH
  Solmsstr. 83, D-60486 Frankfurt/Main

Phone: __0049 69 979898-0__
Last Four Digits of Acct #: ____3700____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: Valartis Bank (Liechtenstein) AG                    Date: __08/13/2014__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EINGEGANGEN

2 5. Juni 2014

MGS

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Rothschild Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Valartis Bank Liechtenstein AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 56031**) of **EUR 1'100'000** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **May 27, 2014**.

**Rothschild Bank AG**

By:_____
Name: Michael Harrer
Title:   Vice President

By:_____
Name: Michael Niggeler
Title:   Executive

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0300477709 | 56031 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 1'100'000 |