

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

August 18, 2014



subject  **Claim Transfer Agreement Lehman Program Securities**

On behalf of           Attention: Clerk of the Court

you are receiving      Evidence of partial transfer of claim: Credit Suisse, Switzerland

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☒ please process
☐ please complete           ☐

Remarks
TOCE106    SGD 150'000.00 XS0300350203
           SGD 250'000.00 XS0308982650
Transferor: Bank of Singapore / Claim Number: 41773
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited, 63 Market Street #22-00 Bank of Singapore Centre, Singapore 048942** ("Transferor") unconditionally and irrevocably transferred to **UBS AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. 41773) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 August 2014.

**Bank of Singapore Limited**

By: _____
NAME: LYNETTE CHOA
TITLE : ASSOCIATE DIRECTOR

By: _____
NAME: YEO GUEK HOON
TITLE : ASSOCIATE DIRECTOR

TOCE 106

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0300350203 | 41773 | 19 Oct 2009 | Lehman Brothers Treasury Co BV. | 150,000 |
| XS0308982650 | 41773 | 19 Oct 2009 | Lehman Brothers Treasury Co BV. | 250,000 |

TOCE106