CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Adam Lesman

*Attorneys for Fatai Investment Limited,
Wincent Investment Limited and Zama
International Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                        :
                                                             :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                    :
                                                             :   Case No. 08-13555 (SCC)
Debtors.                                                     :
                                                             :   (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Vitold J. de Stronie, being duly sworn, deposes and says:

I am an employee of Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019. I am not a party to, or interested in, the above-captioned cases and I am over 18 years of age.

On August 28, 2014, I caused a true and correct copy of each of the following documents,

> Response of Fatai Investment Limited to the
> Plan Administrator's Four Hundred Seventy-Seventh
> Omnibus Objection to Claims (No Liability Claims) [Docket entry 46183]

AMR #199155-v1

Response of Wincent Investment Limited to the
Plan Administrator's Four Hundred Seventy-Seventh
Omnibus Objection to Claims (No Liability Claims) [Docket entry 46182]

Response of Zama International Limited to the
Plan Administrator's Four Hundred Seventy-Seventh
Omnibus Objection to Claims (No Liability Claims) [Docket entry 46184]

to be served by hand delivery and via the Court's CM/ECF system upon the following parties: (i) the chambers of the Honorable Shelley C. Chapman, The United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 621, New York, New York 10004; (ii) Weil, Gotshal & Manges LLP, Attn: Garret A. Fail, Esq. and Sunny Singh, Esq., 767 Fifth Avenue, New York, New York 10153; (iii) Office of the United States Trustee for the Southern District of New York, Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq., 201 Varick Street, Suite 1006, New York, New York 10014.

Dated: New York, New York
September 3, 2014

_____
Vitold J. de Stronie

Sworn to before me this
3rd day of September, 2014

_____
Notary Public

MARSHA CIRILLI
Notary Public, State of New York
No. 01CI4827187
Qualified in New York County
Commission Expires Feb. 28, 2015

2

AMR #199155-v1