UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              : Case No. 08-13555 (SCC)
                                                    :
                                  Debtors.          : (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a copy of the foregoing RMBS Trustees' Notice of Motion and Motion to (i) Increase the Reserve to $12.143 Billion and (ii) Estimate and Allow their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code and the Declarations, with exhibits, of the RMBS Trustees' experts, Dr. Charles A. Parekh and James H. Aronoff, both of Duff & Phelps, LLC, to be served upon the following counsel of record via hand delivery on August 22, 2014:

    Milbank Tweed Hadley & McCloy
    One Chase Manhattan Plaza
    New York, New York 10005
    Attn:  Dennis F. Dunne, Esq.
          Wilbur Foster, Jr., Esq.
          Dennis O'Donnell, Esq.
          Evan R. Fleck Esq.,
    Counsel for Unsecured Creditors Committee

    Office of the U.S. Trustee
    U.S. Federal Office Building
    201 Varick Street
    New York, New York 10014
    Attn:  William K. Harrington, Esq.
          Susan Golden, Esq.
          Andrea B. Schwartz, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Richard P. Krasnow, Esq.
       Lori R. Fife, Esq.
       Jacqueline Marcus, Esq.
       Shai Y. Waisman, Esq.
       Robert Lemons, Esq.
Attorneys for the Debtors

s/ M. William Munno

SK 16271 0159 6098163

-2-