UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (SCC)
                                                            :     (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x     Ref. Docket No. 45216, 45720-45724,
                                                                  45726, 45727, 45735, 45738, 45739,
                                                                  45742, 45745, 45747-45765, 45806

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 20, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      TRANSFEROR: ALSTON INVESTMENTS LLC             ATTN: ANTHONY VITIELLO
      ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
      745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 62743-94 in the above referenced case and in the amount of
  $4,771,740.01    allowed at $2,831,789.48      has been transferred **(unless previously expunged by court order)**

```
      SERENGETI LYCAON MM L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR
      ATTN: ERIN FINEGAN
      632 BROADWAY, 12TH FLOOR
      NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45735      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/20/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 20, 2014.

# EXHIBIT B

```
TIME: 15:25:41                                                        LEHMAN BROTHERS HOLDING INC.                                                                  PAGE: 1
DATE: 08/20/14                                                            CREDITOR LISTING

Name                                                Address
BARCLAYS BANK PLC                                   ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: PAULSON ENHANCED LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: PAULSON PARTNERS ENHANCED L.P. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CVI CVF II LUX MASTER S.A.R.L.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ATTESTOR VALUE MASTER FUND, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ULTRA MASTER LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
FARALLON CAPITAL AA INVESTORS L.P.                  TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
HONGKONG AND SHANGHAI BANKING                       TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: TONY KWOK, PRIVATE BANKING DIVISION HSBC MAIN BUILDING 1 QUEEN'S ROAD CENTRAL
CORPORATION LIMITED, THE                            HONG KONG SAR  HONG KONG
HSBC PRIVATE BANK SUISSE SA                         ATTN: TONY KWOK, DIRECTOR LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL  HONG KONG
ILLIQUIDX LLP                                       TRANSFEROR: JOHN SURTEES LIMITED SSAS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LLC                          TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                          TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JOHN SURTEES LIMITED SSAS                           DAVID MOLAND ARBUTHNOT LATHAM & CO. LIMITED 20 ROPEMAKER STREET LONDON EC2Y 9AR UNITED KINGDOM
JOHN SURTEES LIMITED SSAS                           C/O JLT PENSION SERVICES ATTN: MATTHEW HAWDON FITZALAN HOUSE, FITZALAN COURT FITZALAN ROAD CARDIFF CF24 0EL UNITED KINGDOM
P MONARCH RECOVERY LTD.                             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
PAULSON CREDIT OPPORTUNITIES MASTER LTD.            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON ENHANCED LTD.                               TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
PAULSON ENHANCED LTD.                               TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.                      TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.                      TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
ROYAL BANK OF SCOTLAND, PLC, THE                    TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                    TRANSFEROR: CWD QC 522 MASTER FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SERENGETI LYCAON MM L.P.                            TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI MULTI-SERIES MASTER, LLC -                TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERIES E11
SILVER POINT LUXEMBOURG PLATFORM S.A.R.L            TRANSFEROR: SPCP GROUP, LLC ATTN: SELMA TRIANT GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830
SILVER POINT LUXEMBOURG PLATFORM                    TRANSFEROR: SPCP GROUP, L.L.C. ATTN: SELMA TRIANT 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
S.A.R.L.
SPCP GROUP, L.L.C.                                  TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC                                     TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: JENNIFER POCCIA 2 GREENWICH PLAZA GREENWICH CT 06830


Total Number of Records Printed     37                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```