UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             : Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          : 08-13555 (SCC)
                                                                  : (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 45707, 45709-45711,
                                                                      45733, 45734, 45743, 45783, 45788-
                                                                      45798, 45803-45805, 45834, 45835,
                                                                      45837-45841, 45845-45848, 45850-
                                                                      45853, 45863, 45873-45875

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45707, 45709-45711...45863, 45873-45875_AFF_8-21-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BARCLAYS BANK PLC                          BARCLAYS BANK PLC
          TRANSFEROR: ASHTON INVESTMENTS LLC         ANTHONY VITIELLO
          ATTN: DANIEL MIRANDA                       745 SEVENTH AVENUE, 2ND FLOOR
          745 SEVENTH AVENUE, 2ND FLOOR              NEW YORK NY 10019
          NEW YORK NY 10019
```

Please note that your claim # 62743-96 in the above referenced case and in the amount of
    $213,660.00   allowed at $215,072.62        has been transferred **(unless previously expunged by court order)**

```
          SERENGETI OPPORTUNITIES MM L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR
          ATTN: ERIN FINEGAN
          632 BROADWAY, 12TH FLOOR
          NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45734     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/21/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 21, 2014.

# EXHIBIT B

```
TIME: 15:14:59                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 08/21/14                                           CREDITOR LISTING

Name                                              Address
AFRASIA BANK LTD                                  TRANSFEROR: UBS AG ATTN: KHALID MAHAMODALLY BOWEN SQUARE, 10 DR FERRIERE STREET PORT LOUIS   MAURITIUS
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BETHMANN BANK AG                                  MAJOOR, ROLF BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: DEUTSCHE BANK SECURITIES INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: GOLDMAN, SACHS, & CO C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN CAPITAL PARTNERS, L.P.                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASPIAN SELECT CREDIT MASTER FUND, LTD.           TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P. C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15 ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON ENHANCED LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON ENHANCED LTD. ATTN: BRINA S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON INTERNATIONAL LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON PARTNERS ENHANCED L.P. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON PARTNERS L.P. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     PAUL WEISS RIFKIND WHARTON & GARRISON LLP WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: PINE RIVER CREDIT RELATIVE VALUE MASTER FUND LTD. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP; ATTN: RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 10019
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ON MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
GOLDMAN SACHS & CO.                               TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
KNIGHTHEAD (NY) FUND, L.P.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ.
                                                  1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036
MAJOOR, ROLF                                      WERDER STR. 47 HAMBURG D-20144 GERMANY
MANAGED ACCOUNTS MASTER FUND SERVICES -           TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
MAP 15
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON ENHANCED LTD.                             TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
PAULSON ENHANCED LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
                                                  NEW YORK NY 10020
PAULSON ENHANCED LTD.                             TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020

                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON PARTNERS L.P. | TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PINE RIVER CREDIT RELATIVE VALUE MASTER FUND LTD. | C/O SEWARD & KISSEL LLP ATTN: RONALD L. COHEN, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PINE RIVER CREDIT RELATIVE VALUE MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PINE RIVER CAPITAL MANAGEMENT L.P. 601 CARLSON PARKWAY, SUITE 330 HOPKINS MN 55305-7703 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10022 |
| SOLA LTD. | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VOLKSBANK AG, SCHAAN | TRANSFEROR: CREDIT SUISSE AG C/O VOLKSBANK AG SECURITIES CLAIMS DEP. FELDKIRCHER STRASSE 2 VADUZ L1-9490 SWITZERLAND |

Total Number of Records Printed  67

EPIQ BANKRUPTCY SOLUTIONS, LLC