UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                      :  Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :  08-13555 (SCC)
                                           :  (Jointly Administered)
            Debtors.                       :
                                           :
------------------------------------------------------------x  Ref. Docket No. 45766-45782,
                                              45784-45787, 45800, 45802, 45803,
                                              45807, 45809-45811, 45813-45816,
                                              45842, 45855, 45856, 45864-45871,
                                              45934

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45766-45782, 45784...45864-45871, 45934_AFF_8-22-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CASPIAN CAPITAL PARTNERS, L.P.
              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
              C/O CASPIAN CAPITAL
              ATTN: SUSAN LANCASTER
              767 FIFTH AVENUE, 45TH FL
              NEW YORK NY 10153

Please note that your claim # 55169-05 in the above referenced case and in the amount of
        $827,778.73    allowed at $824,611.04         has been transferred **(unless previously expunged by court order)**

              CASPIAN SELECT CREDIT MASTER FUND, LTD.
              TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P.
              C/O CASPIAN CAPITAL LP
              767 FIFTH AVENUE, 45TH FLOOR
              NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45855    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/22/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 22, 2014.

**EXHIBIT B**

```
TIME: 10:50:28                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 08/22/14                                               CREDITOR LISTING

Name                                                      Address
BARCLAYS BANK PLC                                         JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENETH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                         JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                         TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASPIAN CAPITAL PARTNERS, L.P.                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CASPIAN SELECT CREDIT MASTER FUND, LTD.                   TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P. C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15 ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: PAULSON ENHANCED LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: PAULSON INTERNATIONAL LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: PAULSON PARTNERS ENHANCED L.P. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: PAULSON PARTNERS L.P. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                         TRANSFEROR: PP OPPORTUNITIES LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
DEUTSCHE BANK AG, LONDON BRANCH                           TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
FARALLON CAPITAL (AM) INVESTORS, L.P.                     TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                        TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P.          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP            TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II, LP                TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II, L.P.              TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
GOLDMAN SACHS & CO.                                       TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES LLC                                TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                                TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                                TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                                TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                                TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                                   TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                                   TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                                   TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15            TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
NOONDAY OFFSHORE, INC.                                    TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAP MAN., LLC. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                                    TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
PAULSON CREDIT OPPORTUNITIES MASTER LTD.                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON ENHANCED LTD.                                     TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020

                                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:50:28                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 08/22/14                                              CREDITOR LISTING

Name                                 Address
PAULSON ENHANCED LTD.                TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON INTERNATIONAL LTD.           TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.       TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. INC. C/O JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
                                     NEW YORK NY 10020
PAULSON PARTNERS L.P.                TRANSFEROR: MORTGAGE FUNDING 2008 1-PLC C/O PAULSON & CO. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O PAULSON & CO INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR
                                     NEW YORK NY 10020
RAPAX OC MASTER FUND, LTD.           TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                     NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.           TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O SERENGETI ASSET MANAGEMENT LP- ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                     NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.           TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.           TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.           TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                     NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.      TRANSFEROR: GOLDMAN SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                     NEW YORK NY 10012
VARDE INVESTMENT PARTNERS, LP        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed      52
```

EPIQ BANKRUPTCY SOLUTIONS, LLC