UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                                              :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :       08-13555 (SCC)
:       (Jointly Administered)
Debtors.                         :
:
------------------------------------------------------------x       Ref. Docket Nos. 45369, 45630

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 45369, 45630_Aff 8-22-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:　CREDIT SUISSE
　　　　　　ATTN: ALLEN GAGE
　　　　　　1 MADISON AVENUE
　　　　　　NEW YORK NY 10010

Additional:

Transferee:　BANCA PRIVADA D'ANDORRA
　　　　　　BACKOFFICE DEPARTMENT
　　　　　　AVD. CARLEMANY 119
　　　　　　ESCALDES-ENGORDANY ANDORRA

**Your transfer**　of claim #　555829-27　**is defective for the reason(s) checked below:**

Other　　　　　　　　　　　　　　　　　Transfer is in units and claim is in EUR.

Docket Number 45369　　　　　　Date 07/23/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 22, 2014.

# EXHIBIT B

```
TIME: 11:03:18                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:    1
DATE: 08/22/14                                    CREDITOR LISTING

Name                              Address
BANCA PRIVADA D'ANDORRA           BACKOFFICE DEPARTMENT AVD. CARLEMANY 119 ESCALDES-ENGORDANY   ANDORRA
CREDIT SUISSE                     ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
VARDE INVESTMENT PARTNERS, LP     ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC