UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) (Jointly Administered) |
| Debtors. | Ref. Docket Nos. 17198, 17199, 45138, 45513, 45630, 45809, 45811, 45814, 45816-45818, 45826, 45854-45857, 45859, 45860, 45872, 45880-45882, 45885, 45900-45903, 45906, 45908-45910, 45912-45914, 45917, 45920-45926, 45928, 45929, 45937, 45943, 45944, 45946-45959, 45961-45964, 45966, 45968, 45975, 45978-45981, 45985-45987, 45989, 45992, 45994, 45995, 45999, 46001, 46003, 46028, 46033, 46035, 46037, 46102-46104, 46107, 46111, 46114, 46116 |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | 08-13888 (SCC) (Jointly Administered) |
| Debtors. | Ref. Docket No. 393 |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Lauren Rodriguez</i><br>
Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014

<i>/s/ Sidney J. Garabato</i>
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 17198, 17199, 45138...46111, 46114, 46116; (08-13888) 393_AFF_8-25-14.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL ADFERO BPI FUND, LTD.
     TRANSFEROR: GOLDMAN SACHS & CO.
     C/O ALDEN GLOBAL CAPITAL, L.L.C.
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 566962-18 in the above referenced case and in the amount of
     $2,834,999.99   allowed at $1,743,350.47        has been transferred **(unless previously expunged by court order)**

```
     JPMORGAN SECURITIES PLC
     TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD.
     ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
     383 MADISON AVENUE - FLOOR 37
     NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45950        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/25/2014                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 25, 2014.

**EXHIBIT B**

08-13555-mg    Doc 46226    Filed 09/03/14    Entered 09/03/14 17:03:14    Main Document
Pg 5 of 10

```
TIME: 15:38:36                                                                                                    PAGE: 1
DATE: 08/25/14
                                              LEHMAN BROTHERS HOLDING INC.
                                                    CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL ADFERO BPI FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
MASTER FUND, L.P.                                 NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: UBS AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL , LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
ALPHA TEAM DEVELOPMENTS LTD                       FLAT C 11/F 62 BROADWAY STAGE 3 MEI FOO SUN CHUEN KOWLOON  HONG KONG
BANCA POPOLARE DI MILANO S.C.A.R.L.               TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO 20121 ITALY
BANCA POPOLARE DI MILANO S.C.P.A.                 TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: MARIA TERESA GUERRA, MANAGER PIAZZA MEDA, 4 MILANO 20121 ITALY
BANCA POPOLARE DI MILANO S.C.P.A.                 ATTN: MARIA TERESA GUERRA, MANAGER VIA ROSELLINI 16 MILANO 20124 ITALY
BANCO SANTANDER (SUISSE) S.A., AS AGENT           ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA 1201 SWITZERLAND
BANCO SANTANDER (SUISSE) S.A., AS AGENT           WILLIAM M. GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BANQUE CANTONALE NEUCHATELOISE                    TRANSFEROR: UBS AG AV. DE LA GARE 12 COLOMBIER CH-2013 SWITZERLAND
BANQUE PICTET & CIE SA                            60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: QFR MASTER VICTORIA FUND, L.P. ATTN: JENNA YOO 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANILE MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CITIBANK N.A., INDONESIA BRANCH                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019
CITIBANK N.A., INDONESIA BRANCH                   ATTN: MELIANA SUTIKNO 9TH FLOOR, CITIBANK TOWER, JL JEND. SUDIRMAN KAV. 54-55 JAKARTA 12190 INDONESIA
CITIGROUP FINANCIAL PRODUCTS INC.                 C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIBANK N.A., INDONESIA BRANCH C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD OPS III
                                                  NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC C/O CITIBANK N.A.; ATTN: VINCENT J. FARRELL 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:38:36                                                    PAGE:    2
DATE: 08/25/14
```
08-13555-mg    Doc 46226    Filed 09/03/14    Entered 09/03/14 17:03:14    Main Document
Pg 7 of 10

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC CITIBANK N.A. ATTN: VINCENT J. FARRELL 1615 BRETT RD. OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: GRF MASTERFUND, L.P. ATTN: BRIAN BLESSING / BRIAN BROYLES 1615 BRETT ROAD, BUILDING 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: OAKFORD MF LIMITED ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: BRIAN BLESSING 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS LTD | TRANSFEROR: PINE RIVER CREDIT RELATIVE VALUE MASTER FUND LTD. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD | CITIGROUP CENTRE, CANADA SQUARE ATTENTION: PETER FISHER-JONES CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD. | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS LTD. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS LTD. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS, INC. | DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: BES VIDA COMPANHIA SEGUROS S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: ESAF-ESPIRITO SANTO FUNDOS DE INVESTIMENTO MOBILIARIOS, SA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10019 |
| CREDIT ANDORRA, S.A. | TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT AV. MERITXELL 80 E. 5 A FINANCERA ANDORRA LA VELLA AD500 ANDORRA |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST 3RD FL NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANQUE PICTET & CIE SA ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTIT. PART. II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: MAX STRASBURG; C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:38:36                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:   3
DATE: 08/25/14                                            CREDITOR LISTING

Name                                              Address
FARALLON CAPITAL INSTIT. PART. II, L.P.           TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: MAX STRASBURG; C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, LP                                            SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, L.P                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, L.P.                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, LP                                           SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON PART., L.L.C. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FIBI BANK (SWITZERLAND) LTD                       SEESTRASSE 61 ZURICH CH-8027 SWITZERLAND
FIFTH STREET STATION LLC                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: BENJAMIN KOLPA/SEAN LOBO 505 5TH AVENUE SOUTH SEATTLE WA 98104
FIFTH STREET STATION LLC                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: SEAN LOBO/BENJAMIN KOLPA 505 5TH AVENUE SOUTH SEATTLE WA 98104
HALCYON LOAN TRADING FUND LLC                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
INTESA SANPAOLO S.P.A.                            ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                                  NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                                  NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:38:36                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    4
DATE: 08/25/14                                         CREDITOR LISTING

Name                                              Address
JPMORGAN SECURITIES PLC                           TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43
                                                  NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                                  NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                                  NEW YORK NY 10179
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14  5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14  5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION)TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: RUSSELL DOWNS LEVEL 23, 25 CANADA SQUARE
                                                  LONDON  E14  5LS UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND LP          LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: GOLDMAN SACHS & CO. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, L.L.C. 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
LP                                                885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MORGAN STANLEY & CO. INTERNATIONAL PLC            MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: ALPHA TEAM DEVELOPMENTS LTD 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARD, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY)                                S  RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ETON PARK FUND, LP ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY WEALTH MANAGEMENT                  TRANSFEROR: UBS AG ATTN: JASON BAUMANN 590 MADISON AVENUE, 11TH FLOOR NEW YORK NY 10022
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT LLC ; ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT LLC; ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN:K BINIE ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
QFR MASTER VICTORIA FUND, L.P.                    1 BRYANT PARK #37 489 FIFTH AVENUE 31ST FLOOR NEW YORK NY 10036-6728
QFR MASTER VICTORIA FUND, L.P.                    C/O SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FL NEW YORK NY 10022
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10022
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SOLA LTD.                                         TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                                  NEW YORK NY 10022

                                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:38:36                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:    5
DATE: 08/25/14                              CREDITOR LISTING

Name                                   Address
SOLA LTD.                              TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP 410 PARK AVENUE, 11TH FLOOR
                                       NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP      TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP      TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                       NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                       885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE
                                       885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                       NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                       885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                       885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                       NEW YORK NY 10022
TURNPIKE LIMITED                       TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                       NEW YORK NY 10022
UBS AG                                 BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                 ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                 TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UBS AG                                 TRANSFEROR: FIBI BANK (SWITZERLAND) LTD BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA         ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA         ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO 20121 ITALY
VARDE INVESTMENT PARTNERS, LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WILSHIRE INSTITUTIONAL MASTER FUND II  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
 SPC                                   885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
 SPC                                   885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II  TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 SPC

Total Number of Records Printed     187
```

EPIQ BANKRUPTCY SOLUTIONS, LLC