UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 45819, 45830,
: 45849, 45856, 45859, 45860, 45862,
: 45864, 45876-45878, 45882, 45884,
: 45886, 45904, 45907, 45915, 45927,
: 45930, 45933, 45936, 45938, 45969,
: 45971, 45972, 45974, 45976, 45977,
: 45982-45984, 45988, 45990, 45991,
: 45993, 45996, 46006, 46010-46014,
: 46017-46040, 46042-46049, 46051,
: 46052, 46054-46072, 46075, 46081-
: 46084, 46087-46101, 46103, 46105,
: 46106, 46108-46110, 46113, 46115,
: 46117-46123
:
------------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC., : 08-13888 (SCC)
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 394
:
:
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 27, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45819, 45830, 45849...46115, 46117-46123; (08-13888) 394_AFF_8-27-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC)
|
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: PAULSON ENHANCED LTD.
      ATTN: BRIAN S. BROYLES
      1615 BRETT ROAD, BLDG 3
      NEW CASTLE DE 19720
```

Please note that your claim # 28824-06 in the above referenced case and in the amount of
   $11,740,915.14   allowed at $9,363,000.00      has been transferred **(unless previously expunged by court order)**

```
      CVI CVF II LUX MASTER S.A.R.L.
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      CARVAL INVESTORS, LLC
      ATTN: RYAN MORRELL
      9320 EXCELSIOR BOULEVARD, 7TH FLOOR
      HOPKINS MN 55343
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46081    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/27/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 27, 2014.

# EXHIBIT B

```
TIME: 11:36:05                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 08/27/14                                              CREDITOR LISTING

Name                                       Address
314 COMMONWEALTH AVE INC.                  TRANSFEROR: LUXEMBOURG TRADING FINANCE S.A.R.L. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
ALDEN GLOBAL DISTRESSED OPPORTUNITIES      TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALEITER HOLDINGS LLC
BARCLAYS BANK PLC                          TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BARCLAYS BANK PLC                          JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                          TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JENNA YOO & HOWARD LEE 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019
BROMLEY LLC                                C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
BROMLEY LLC                                TRANSFEROR: 737 PORTFOLIO TRUST C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: JOSEPH J. SCIAMETTA 1271 AVENUE OF THE AMERICAS, 40TH FLOOR
                                           NEW YORK NY 10020
BROMLEY LLC                                TRANSFEROR: JET PARTNERS LLC LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
CAISTOR TRADING BV                         C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
CES AVIATION V LLC                         LB 745 LEASECO II LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
CITIGROUP FINANCIAL PRODUCTS INC.          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AEMRICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.          C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVNEUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.          C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN:TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: GN3 SIP LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: GOLDENTREE MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15 ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: PAULSON ENHANCED LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: PAULSON INTERNATIONAL LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: PAULSON PARTNERS ENHANCED L.P. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: PAULSON PARTNERS L.P. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.          TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.         JAIME A. MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: CONTINENTAL CASUALTY COMPANY ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: CONTINENTAL CASUALTY COMPANY ATTN:SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: HCN LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: HCN LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.         TRANSFEROR: HLF LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.              DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.              DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.              TRANSFEROR: HAYIMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.              TRANSFEROR: LAMP HAYMAN CAPITAL FUND ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.              TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
```

```
TIME: 11:36:05                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 08/27/14                                   CREDITOR LISTING

Name                                    Address
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III
                                        NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III
                                        NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/SCOTT EVAN 1615 BRETT ROAD OPS III
                                        NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: OPPS LBBV HOLDINGS, LP C/O CITIBANK, N.A. ATTN: BRIAN BLESSING / SCOTT EVAN 1615 BRETT ROAD OPS III NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS LTD.           C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.          ATTN: EDWARD G. TURAN 388 GREENWICH ST NEW YORK NY 10013-2375
CITIGROUP GLOBAL MARKETS, INC.          DOUGLAS R. DAVIS, ESQ PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.          DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRSION LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP GLOBAL MARKETS, INC.          DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: SCOTT BALKAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: BANK JULIUS BAER & CO. LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CAIXA DE TERRASSA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: BRIAN JOHNSON 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK AS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK BELGIUM S.A. ATTN: PETER HALL 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK INTERNATIONAL PLC, GREECE BRANCH MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIBANK, N.A. ATTN: PETER HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: CITIGROUP GLOBAL MARKETS JAPAN INC. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES BNP PARIBAS ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES BNP PARIBAS ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES BPI ABERTO VALORIZACAO ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES BPI ABERTO VALORIZACAO ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES CENTRALCER ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES CENTRALCER ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES ENVC ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES ENVC ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES EPAL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES EPAL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES GESTNAVE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES GESTNAVE ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES GRUPO GAS DE PORTUGAL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES GRUPO GAS DE PORTUGAL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES IAPMEI ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES ICP ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES ICP ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES PORTUCEL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOES UNICER ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOS ABERTO BPI SEGURANCA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOS ABERTO BPI SEGURANCA ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: FUNDO DE PENSOS CASH PLUS TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.          TRANSFEROR: LEGG MASON CASH PLUS TRUST ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
```

```
TIME: 11:36:05                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:   3
DATE: 08/27/14                                         CREDITOR LISTING

Name                                              Address
CLARKS SUMMIT II LLC                              TRANSFEROR: ACADIA RJV, LLC C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR
                                                  NEW YORK NY 10020
CLARKS SUMMIT II LLC                              TRANSFEROR: PETERBOROUGH 850 LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. CARVAL INVESTORS, LLC ATTN: RYAN MORRELL 9320 EXCELSIOR BOULEVARD, 7TH FLOOR
                                                  HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. CARVAL INVESTORS, LLC ATTN; RYAN MORRELL 9320 EXCELSIOR BOULEVARD, 7TH FLOOR
                                                  HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. CARVAL INVESTORS, LLC ATTN: RYAN MORRELL 9320 EXCELSIOR BOULEVARD, 7TH FLOOR
                                                  HOPKINS MN 55343
CVI HH INVESTMENTS LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN; TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS LLC ATTN: T.SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS, LP                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI HH INVESTMENTS, LP                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD, 3RD FLOOR
CVIC II LUX MASTER SARL                           TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) C/O CARVAL INVESTORS GB LLP 25 GREAT PULTENEY STREET, 3RD FLOOR
                                                  LONDON W1F9LT UNITED KINGDOM
CVIC LUX MASTER S.A.R.L.                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. CARVAL INVESTORS, LLC ATTN: RYAN MORRELL 9320 EXCELSIOR BOULEVARD, 7TH FLOOR
                                                  HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH
                                                  60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CWD OC 522 MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SPCP GROUP, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST 3RD FL NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HCN LP ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SPCP GROUP, LLC ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: STORM FUNDING LIMITED 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DOLOSTONE, L.L.C.                                 C/O ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
DOLOSTONE, L.L.C.                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) P.O. BOX 7954 NEW YORK NY 10150
ECHO INVESTMENTS I LIMITED                        DAVID J. KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
```

```
TIME: 11:36:05                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   4
DATE: 08/27/14                                        CREDITOR LISTING

Name                                              Address
ECHO INVESTMENTS I LIMITED                        TRANSFEROR: UBS SECURITIES LLC ATTN: TREASURY DESK; C/O KKR ASSET MANAGEMENT LLC 555 CALIFORNIA STREET, 50TH FLOOR
                                                  SAN FRANCISCO CA 94104
FARAFALLON CAPITAL INSTITUTIONAL                  TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
PARTNERS LP                                       SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, L.P.                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, L.P.                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, L.P.                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 9411108054
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL PART., L.L.C. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL PART., L.L.C. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
GOLDMAN SACHS & CO.                               TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVE 8TH FL NEW YORK NY 10022
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:36:05                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:    5
DATE: 08/27/14                                              CREDITOR LISTING

Name                                          Address
HSBC BANK PLC                                 TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: RYAN LAMPARTER/ALVITA HEMINGWAY 8 CANADA SQUARE CANARY WHARF
                                              LONDON E14 5HQ UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.        REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                       TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                              NEW YORK NY 10179
LB 745 LEASECO I LLC                          TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LB 745 LEASECO II LLC                         TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LB 745 LLC                                    TRANSFEROR: LB 745 LEASECO I LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LB 745 LLC                                    TRANSFEROR: LB 745 LEASECO II LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LB I GROUP INC.                               TRANSFEROR: LEHMAN QUEENS CENTER INC. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LB I GROUP INC.                               TRANSFEROR: NEWARK PROPERTIES ONE INC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LB RENAR LPTGA                                TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LB2 LIMITED                                   TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LEHMAN ALI                                    TRANSFEROR: LB RENAR LPTGA ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN ALI INC.                               TRANSFEROR: LEHMAN SYNDICATED LOAN FUNDING INC. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN ALI INC.                               TRANSFEROR: PICNIC 1 INC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS INC.                 TRANSFEROR: BROMLEY LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS INC.                 TRANSFEROR: CLARKS SUMMIT II LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS INC.                 TRANSFEROR: LB2 LIMITED ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS INC.                 TRANSFEROR: LEHMAN CMBS FUNDING INC. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                TRANSFEROR: NB AGENCY (NBAGN) ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                TRANSFEROR: TAX EXEMPT AFFORD MORTGAGE ACCEPT ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS INTERNATIONAL (EUROPE)        TRANSFEROR: BROMLEY LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS INTERNATIONAL (EUROPE)        TRANSFEROR: LEHMAN WEALTH SERVICES HOLDINGS LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
(IN ADMINISTRATION)                           ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)        PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
                                              LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
LEHMAN BROTHERS REAL ESTATE JPN LTD           C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG
LEHMAN BROTHERS SPECIAL FINANCING INC.        TRANSFEROR: BROMLEY LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.        TRANSFEROR: CAISTOR TRADING BV ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.        TRANSFEROR: LB2 LIMITED ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN CMBS FUNDING INC.                      TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LEHMAN CMO INC.                               TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LEHMAN COMMERCIAL PAPER INC.                  TRANSFEROR: CLARKS SUMMIT II LLC ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN COMMERCIAL PAPER INC.                  TRANSFEROR: LEHMAN CMO INC. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN COMMERCIAL PAPER INC.                  TRANSFEROR: LEHMAN STRUCTURED SECURITIES CORP ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN COMMERCIAL PAPER INC.                  TRANSFEROR: LEHMAN SYNDICATED LOANS INC. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN COMMERCIAL PAPER INC.                  TRANSFEROR: LUXEMBOURG TRADING FINANCE S.A.R.L. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN COMMERCIAL PAPER INC.                  TRANSFEROR: STRUCTURED ASSET SECURITIES CORP II ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN QUEENS CENTER INC.                     TRANSFEROR: C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:36:05                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    6
DATE: 08/27/14                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| LEHMAN STRUCTURED SECURITIES CORP | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN SYNDICATED LOAN FUNDING INC. | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN SYNDICATED LOANS INC. | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN WEALTH SERVICES HOLDINGS LLC | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LUXEMBOURG TRADING FINANCE S.A.R.L. | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TURNPIKE LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS II-A LP | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH CAPITAL MASTER PARTNERS LP. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 RICHARDS, KIBBE & ORBE LLP ATTN: MANAGING CLERK (BANKRUPTCY) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: ETON PARK FUND, LP ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: ETON PARK FUND, LP ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD. ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| NATIONAL BANK OF FUJAIRAH PSC | ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI UNITED ARAB EMIRATES |
| NB AGENCY (NBAGN) | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| NEWARK PROPERTIES ONE INC | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| P MONARCH RECOVERY LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT LLC; ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| PAMI ALI LLC | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| PAMI HARBOUR PARK | TRANSFEROR: PAMI HARBOUR PARK ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| PETERBOROUGH 850 LLC | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| PICNIC 1 INC | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| REVIVAL HOLDINGS LTD. | TRANSFEROR: LEHMAN BROTHERS REAL ESTATE JPN LTD ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:36:05                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    7
DATE: 08/27/14                                        CREDITOR LISTING

Name                                         Address
SERENGETI OVERSEAS MM L.P.                   C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOLA LTD.                                    TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD.                                    TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP                TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 1 LP                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND I LP                TRANSFEROR: BARCLAYS BANK PLC SOLUS ALTERNATIVE ASSET MANAGEMENT ATTN: NICHOLAS SIGNORILE 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP            TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP            TRANSFEROR: BARCLAYS BANK PLC SOLUS ALTERNATIVE ASSET MANAGEMENT ATTN: NICHOLAS SIGNORILE 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP            TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP            TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE 11TH FLOOR
                                             NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP            TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS OPERATIONS ADMINISTRATION
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ST. GALLER KANTONALBANK AG                   TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND
STORM FUNDING LIMITED                        ATTN: DAN Y. SCHWARZMANN, JOINT ADMINISTRATOR 7 MORE LONDON RIVERSIDE, LONDON SE1 2RT UNITED KINGDOM
STORM FUNDING LIMITED                        DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017
STORM FUNDING LIMITED                        LINKLATERS LLP ATTN: RICHARD HOLDEN AND TITIA HOLTZ ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM
STRUCTURED ASSET SECURITIES CORP II          C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
TAX EXEMPT AFFORD MORTGAGE ACCEPT            C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
TURNPIKE LIMITED                             TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                             NEW YORK NY 10022
UBS AG                                       BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                       ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS SECURITIES LLC                           TRANSFEROR: UBS AG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901
VARDE CREDIT PARTNERS MASTER, L.P.           TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                   TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P.                  TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE            TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)         TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD. - 8500 NORMANDALE LAKE BLVD., SUITE 1500
MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.              TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. - 8500 NORMANDALE LAKE BLVD., SUITE 1500
                                             ATTN: EDWINA P.J. STEFFER MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER
                                             8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500
                                             MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                             MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FL.
                                             NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed      314                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```