UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (SCC)
                                                            :     (Jointly Administered)
                    Debtors.                                :
                                                            :
-----------------------------------------------------------------x     Ref. Docket No. 45932

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 27, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 45932_Aff 8-27-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: HALCYON LOAN TRADING FUND LLC
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK NY 10005

Additional:

Transferee:   VARDE INVESTMENT PARTNERS, LP
ATTN: EDWINA PJ STEFFER
8500 NORMANDALE LAKE BLVD., STE 1500
MINNEAPOLIS MN 55437

**Your transfer   of claim #   17198-09   is defective for the reason(s) checked below:**

Other                        The claim does not have enough money.

Docket Number 45932              Date 08/20/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 27, 2014.

# EXHIBIT B

```
TIME: 11:36:52                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 08/27/14                                            CREDITOR LISTING

Name                              Address
DEUTSCHE BANK AG, LONDON BRANCH   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
VARDE INVESTMENT PARTNERS, LP     ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed   2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC