UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (SCC)
                                                            :   (Jointly Administered)
                        Debtors.                            :
                                                            :
---------------------------------------------------------------x   Ref. Docket No. 45819, 45820,
                                                                45830, 45834, 45842, 45859, 45876,
                                                                45879, 45886, 45887, 45906, 45915,
                                                                45916, 45930, 45931, 45938, 45940,
                                                                45962, 46004, 46074, 46077, 46079,
                                                                46124-46156, 46159, 46160

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 28, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45819, 45820, 45830...46156, 46159, 46160_AFF_8-28-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                          BARCLAYS BANK PLC
     TRANSFEROR: VARDE INVESTMENT PARTNERS, LP  DANIEL MIRANDA AND JEFFERY LONGMUIR
     ATTN: JENNA YOO & HOWARD LEE               BARCLAYS BANK PLC
     1301 AVE OF THE AMERICAS, 8TH FLOOR        745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                          NEW YORK NY 10019
```

Please note that your claim # 24945 in the above referenced case and in the amount of
  $5,718,758.00  allowed at $5,300,000.00   has been transferred **(unless previously expunged by court order)**

```
     SOLUS OPPORTUNITIES FUND 1 LP
     TRANSFEROR: BARCLAYS BANK PLC
     C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
     410 PARK AVENUE, 11TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

  UNITED STATES BANKRUPTCY COURT
  Southern District of New York
  One Bowling Green
  New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46133   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/28/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 28, 2014.

# EXHIBIT B

08-13555-mg Doc 46229 Filed 09/03/14 Entered 09/03/14 17:18:32 Main Document Pg 4 of 7

```
TIME: 15:47:30                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 08/28/14                                         CREDITOR LISTING

Name                                              Address
ALPHA RHEINTAL BANK AG                            TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT C/O FINANZ-LOGISTIK AG ROSENBERGSTRASSE 16 ST. GALLEN 9024 SWITZERLAND
BANQUE CANTONALE NEUCHATELOISE                    TRANSFEROR: UBS AG AV. DE LA GARE 12 COLOMBIER CH-2013 SWITZERLAND
BANQUE LOMBARD ODIER DARIER HENTSCH               TRANSFEROR: UBS AG ATTN: J. FILELLA RUE DE LA CORRATERIE 11, CP 5215 GENEVA 11 CH-1211 SWITZERLAND
BARCLAYS BANK PLC                                 DANIEL MIRANDA AND JEFFERY LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ.. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JENNA YOO & HOWARD LEE 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019
BETHMANN BANK AG                                  MAJOOR, ROLF BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.           DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152
L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
L.P.
CENTERBRIDGE SPECIAL CREDITOR PARTNERS            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
II, L.P.
CENTERBRIDGES SPECIAL CREDIT PARTNERS             DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 12TH FLOOR NEW YORK NY 10152
II, L.P.
CENTERBRIDGES SPECIAL CREDIT PARTNERS             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152
II, L.P.
CITIGROUP FINANCIAL PRODUCTS INC.                 C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: PP OPPORTUNITIES LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP GLOBAL MARKETS INC.                     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS LTD.                     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS LTD.                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CVIC II LUX MASTER S.A.R.L.                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 ATTN: MAX STRASBURG
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL (AM) INVESTORS, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL AA INVESTORS L.P.                TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
II, L.P.                                          SAN FRANCISCO CA 94111
```

```
TIME: 15:47:30                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  2
DATE: 08/28/14                                         CREDITOR LISTING

Name                                              Address
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 ATTN: MAX STRASBURG
 II, L.P.                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 II, L.P.                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 III, L.P                                         SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 III, L.P.                                        SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 III, L.P.                                        SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 ATTN: MAX STRASBURG
 III, L.P.                                        SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 L.P.                                             SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 L.P.                                             SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 L.P.                                             SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 L.P.                                             SAN FRANCISCO CA 941111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
 L.P.                                             SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 ATTN: MAX STRASBURG
 L.P.                                             SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON PART., L.L.C. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
GOLDMAN SACHS LENDING PARTNERS, LLC               DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: SCOTT YOON 200 WEST STREET NEW YORK NY 10282-2198
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: CANYON BALANCED MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: CANYON VALUE REALIZATION FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179


                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:47:30                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 08/28/14                                              CREDITOR LISTING

Name                                              Address
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                           TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LIECHTENSTEINISCHE LANDESBANK                     C/O DRRT ATTN: ALEXANDER REUS, P.A. 340 W FLAGLER ST STE 201 MIAMI FL 33130
  AKTIENGESELLSCHAFT
MAJOOR, ROLF                                      WERDER STR. 47 HAMBURG  D-20144 GERMANY
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
SOLUS OPPORTUNITIES FUND 1 LP                     TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                     TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP                 TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP                 TRANSFEROR: BARCLAYS BANK PLC SOLUS ALTERNATIVE ASSET MANAGEMENT ATTN: NICHOLAS SIGNORILE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE FUND VI-A LP, THE                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER) L.P., THE                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WINCENT INVESTMENT LIMITED                        TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) P.O. BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANNE ST., ST. HELIER JERSEY, CHANNEL ISLANDS JE4 8SY UNITED KINGDOM
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10019
ZAMA INTERNATIONAL LIMITED                        JENNIFER C. DEMARCO & SARAH CAMPBELL, ESQRS. CLIFFORD CHANCE US LLP 31 W 52ND ST. NEW YORK NY 10019
ZAMA INTERNATIONAL LIMITED                        TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) P.O. BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANNE STREET, ST. HELIER JERSEY, CHANNEL ISLANDS JE4 8SY UNITED KINGDOM


Total Number of Records Printed     97                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```