UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :      08-13555 (SCC)
                                                    :      (Jointly Administered)
                        Debtors.                    :
                                                    :
-------------------------------------------------------------------------x      Ref. Docket No. 45707, 45799,
                                                           45801, 45807, 45810, 45820, 45821,
                                                           45842, 45843, 45859, 45860, 45879,
                                                           45881, 45887, 45888, 45916, 45918,
                                                           45922, 45923, 45925, 45926, 45928,
                                                           45931, 45933, 45940, 45941, 45993,
                                                           45997, 46000, 46002, 46005, 46095


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45707, 45799, 45801...46002, 46005, 46095_AFF_8-29-14.doc

**EXHIBIT A**

```
                                                |
UNITED STATES BANKRUPTCY COURT                  |
Southern District of New York                   |
                                                |
_____        |
                                                |
In re                                           |     Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |     08-13555 (SCC)
                                                |
                                                |     (Jointly Administered)
                  Debtors.                      |
                                                |
_____        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.  JEFF LONGMUIR
     ATTN: DANIEL MIRANDA                            BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                   745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                               NEW YORK NY 10019
```

Please note that your claim # 66962-98 in the above referenced case and in the amount of
        $708,750.00  allowed at $659,104.10        has been transferred **(unless previously expunged by court order)**

```
     TURNPIKE LIMITED
     TRANSFEROR: BARCLAYS BANK PLC
     C/O ALDEN GLOBAL CAPITAL, LLC
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45922        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/29/2014                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 29, 2014.
```

# EXHIBIT B

TIME: 09:54:30
DATE: 08/29/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALDEN GLOBAL ADFERO BPI FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL ADFERO BPI FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BARCLAYS BANK PLC | JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS. INC. | TRANSFEROR: HLF LLP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: JPMORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |

```
TIME: 09:54:30                              LEHMAN BROTHERS HOLDING INC.                              PAGE:    2
DATE: 08/29/14                                  CREDITOR LISTING
```

| Name | Address |
|------|---------|
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES LLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| J. P. MORGAN SECURITIES LLC | TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| J. P. MORGAN SECURITIES LLC | TRANSFEROR: BSOF MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| J. P. MORGAN SECURITIES PLC | TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| J. P. MORGAN SECURITIES PLC | TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| KNIGHTHEAD (NY) FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, FLOOR 12 NEW YORK NY 10036 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. FONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J. P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| TURNPIKE LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

```
Total Number of Records Printed            63
```

EPIQ BANKRUPTCY SOLUTIONS, LLC