UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                   :

**In re**                                     :         **Chapter 11 Case No.**
                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :         **08-13555 (SCC)**
                                       :         **(Jointly Administered)**

                  **Debtors.**             :
                                       :

------------------------------------------------------------------x      **Ref. Docket Nos. 45488, 45997**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
3rd day of September, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
               TRANSFEROR: GOLDMAN, SACHS & CO.
               C/O ALDEN GLOBAL CAPITAL
               ATTN: CHRIS SCHOFIELD
               885 THIRD AVENUE
               NEW YORK NY 10022


Additional:


Transferee:    CITIGROUP FINANCIAL PRODUCTS INC.
               ATTN: TAYLOR LEAHY
               390 GREENWICH STREET, 4TH FLOOR
               NEW YORK NY 10013


**Your transfer  of claim #  66962-13  is defective for the reason(s) checked below:**


Docket Number 45488              Date 08/04/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 29, 2014.

# EXHIBIT B

TIME: 09:49:13
DATE: 08/29/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |

Total Number of Records Printed          4

EPIQ BANKRUPTCY SOLUTIONS, LLC