UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors | (Jointly Administered) |

## JOINT NOTICE OF WITHDRAWAL

Reference is made to proof of claim number 59489 (the "Claim"), filed on October 30, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Merrill Lynch International (the "Claimant") and the Plan Administrator's Four Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) [ECF No. 45481] (the "Objection").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims registry. The Claimant does not withdraw, and LBHI and Claimant reserve all rights with respect to, the Claimant's remaining claims. The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws the Objection **solely as to the Claim**. LBHI does not withdraw any other portion of the Objection and reserves all rights to object to any of the Claimant's remaining claims.

Dated: September 4, 2014
Washington, DC

MERRILL LYNCH INTERNATIONAL

By: _____

John H. Thompson
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2411
Facsimile: (202) 862-2400

*Attorneys for Merrill Lynch International*

Dated: September 4, 2014
New York, New York

LEHMAN BROTHERS HOLDINGS INC.

By: _____

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*