WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Adam M. Bialek
Fletcher W. Strong

*Special Counsel for Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by the Debtors pursuant to the Order. The date the subpoena was served, the name of the entity and the date, time and place for the production of documents are set forth on "Exhibit A" attached hereto.

Dated: September 5, 2014
      New York, New York

    WOLLMUTH MAHER & DEUTSCH LLP

By:    /s/ Adam M. Bialek
      Adam M. Bialek
      Fletcher W. Strong

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Special Counsel for Lehman Brothers Holdings Inc. and Certain of its Affiliates*

## **Exhibit A**

### NOTICE OF SUBPOENA

| Name of Witness: | National Financial Services LLC |
|---|---|
| Date of Service of Subpoena: | September 4, 2014 |
| Subject of Subpoena: | The production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be furnished by September 10, 2014 at 10:00 a.m. (EST) at Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. |

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Adam M. Bialek
Fletcher W. Strong

*Special Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                   :   Chapter 11
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   Case No. 08-13555 (SCC)
                                        :
             **Debtors.**               :   (Jointly Administered)
---------------------------------------------------------------x

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

    MATTHEW R. BENINCASA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed at the law firm Wollmuth Maher & Deutsch LLP, and is not a party to this action.

    That on the 4th day of September, 2014, deponent caused true and correct copies of the SUBPOENA FOR A RULE 2004 EXAMINATION, dated September 3, 2014, and ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES, dated November 23, 2009 (collectively, the "Subpoena") to be served BY HAND DELIVERY on:

        National Financial Services LLC
        c/o CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York, 10011

    Service was accepted at the above location by Elena Bou, Process Specialist of CT Corporation System at approximately 10:48 AM on September 4, 2014. Ms. Bou is a white female, approximately 5 feet 8 inches tall, and weighing approximately 130 pounds.

In addition, on the 4th day of September, 2014, true and correct copies of the Subpoena were also served via FEDERAL EXPRESS upon the following entities:

Jacob H. Stillman, Esq.
Katharine B. Gresham, Esq.
Mark Pennington, Esq.
Dimple Gupta, Esq.
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Alistaire Bambach
Patricia Schrage
U.S. Securities and Exchange Commission
3 World Financial Center
New York, New York 10281

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, New York 10007

Danna Drori, Esq.
Robert William Yalen, Esq.
Assistant United States Attorney (S.D.N.Y.)
For the Internal Revenue Service
86 Chambers Street, 3rd Floor
New York, New York 10007

Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

_____
Matthew R. Benincasa

Sworn to before me this
4th day of September, 2014

_____
Notary Public

MARTINA S FREDERICK
Notary Public - State of New York
NO. 01FR6236978
Qualified in Westchester County
My Commission Expires 3/14/15

2