UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (SCC)
                                                  :
                Debtors.                          :    (Jointly Administered)
                                                  :
-------------------------------------------------------------------x    Ref. Docket No. 46209
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2014, I caused to be served the "Notice of Adjournment of Hearing on the Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims)," dated September 2, 2014 [Docket No. 46209], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christina Siguenza
Christina Siguenza

Sworn to before me this
3rd day of September, 2014
/s/ Panagiotis Caris
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

Lehman Brothers Holdings Inc. Email Service List

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com

demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jclose@chapman.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| jfalgowski@reedsmith.com | jrabinowitz@rltlawfirm.com |
| jfreeberg@wfw.com | jrsmith@hunton.com |
| jg5786@att.com | jschiller@bsfllp.com |
| jgenovese@gjb-law.com | jschreib@chapman.com |
| jgoodchild@morganlewis.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jshenwick@gmail.com |
| jhorgan@phxa.com | jsherman@bsfllp.com |
| jhuggett@margolisedelstein.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jsullivan@mosessinger.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jvail@ssrl.com |
| jlee@foley.com | jwcohen@daypitney.com |
| jlevitin@cahill.com | jweiss@gibsondunn.com |
| jlscott@reedsmith.com | jwest@velaw.com |
| jmaddock@mcguirewoods.com | jwh@njlawfirm.com |
| jmakower@tnsj-law.com | kanema@formanlaw.com |
| jmazermarino@msek.com | karen.wagner@dpw.com |
| jmelko@gardere.com | karl.geercken@alston.com |
| jmerva@fult.com | kdwbankruptcydepartment@kelleydrye.com |
| jmmurphy@stradley.com | keckhardt@hunton.com |
| jmr@msf-law.com | keith.simon@lw.com |
| jnadritch@olshanlaw.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | ken.higman@hp.com |
| john.monaghan@hklaw.com | kerry.moynihan@hro.com |
| john.mule@ag.state.mn.us | kgwynne@reedsmith.com |
| john.rapisardi@cwt.com | kiplok@hugheshubbard.com |
| jonathan.goldblatt@bnymellon.com | kit.weitnauer@alston.com |
| jonathan.henes@kirkland.com | kjarashow@stutman.com |
| jorbach@hahnhessen.com | kkelly@ebglaw.com |
| joseph.cordaro@usdoj.gov | kkolbig@mosessinger.com |
| joseph.serino@kirkland.com | klyman@irell.com |
| joshua.dorchak@bingham.com | klynch@formanlaw.com |
| jowen769@yahoo.com | kmayer@mccarter.com |
| joy.mathias@dubaiic.com | kobak@hugheshubbard.com |
| jpintarelli@mofo.com | korr@orrick.com |
| jporter@entwistle-law.com | kovskyd@pepperlaw.com |
| jprol@lowenstein.com | kressk@pepperlaw.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krodriguez@allenmatkins.com | matt@willaw.com |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| kurt.mayr@bgllp.com | maustin@orrick.com |
| lacyr@sullcrom.com | mbenner@tishmanspeyer.com |
| landon@slollp.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lawallf@pepperlaw.com | mbienenstock@proskauer.com |
| lawrence.gelber@srz.com | mbloemsma@mhjur.com |
| lberkoff@moritthock.com | mbossi@thompsoncoburn.com |
| lee.stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcordone@stradley.com |
| lhandelsman@stroock.com | mcto@debevoise.com |
| lhill@reedsmith.com | mcyganowski@oshr.com |
| lhoffman@deilylawfirm.com | mdorval@stradley.com |
| linda.boyle@twtelecom.com | melorod@gtlaw.com |
| lisa.solomon@att.net | meltzere@pepperlaw.com |
| ljkotler@duanemorris.com | metkin@lowenstein.com |
| lkatz@ltblaw.com | mfeldman@willkie.com |
| lkiss@klestadt.com | mginzburg@daypitney.com |
| lmarinuzzi@mofo.com | mgordon@briggs.com |
| lmay@coleschotz.com | mgreger@allenmatkins.com |
| lmcgowen@orrick.com | mh1@mccallaraymer.com |
| lml@ppgms.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michael.kelly@monarchlp.com |
| lperkins@deilylawfirm.com | michael.krauss@faegrebd.com |
| lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |
| lschweitzer@cgsh.com | michaels@jstriallaw.com |
| lubell@hugheshubbard.com | millee12@nationwide.com |
| lwhidden@salans.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.chait@sc.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.deveno@bingham.com | mlandman@lcbf.com |
| mark.ellenberg@cwt.com | mlichtenstein@crowell.com |
| mark.ellenberg@cwt.com | mlynch2@travelers.com |
| mark.mckane@kirkland.com | mmendez@crb-law.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |

Lehman Brothers Holdings Inc. Email Service List

mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com

pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com

| | |
|---|---|
| rpedone@nixonpeabody.com | slevine@brownrudnick.com |
| rrainer@wmd-law.com | sloden@diamondmccarthy.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| russj4478@aol.com | snewman@katskykorins.com |
| rwasserman@cftc.gov | sory@fdlaw.com |
| sabin.willett@bingham.com | squsba@stblaw.com |
| sabramowitz@velaw.com | sree@lcbf.com |
| sabvanrooy@hotmail.com | sschultz@akingump.com |
| sally.henry@skadden.com | sselbst@herrick.com |
| samuel.cavior@pillsburylaw.com | sshimshak@paulweiss.com |
| sandyscafaria@eaton.com | sskelly@teamtogut.com |
| scargill@lowenstein.com | sstarr@starrandstarr.com |
| schager@ssnyc.com | steele@lowenstein.com |
| schannej@pepperlaw.com | stephen.cowan@dlapiper.com |
| schepis@pursuitpartners.com | stephen.hessler@kirkland.com |
| schnabel.eric@dorsey.com | steve.ginther@dor.mo.gov |
| schristianson@buchalter.com | steven.usdin@flastergreenberg.com |
| schwartzmatthew@sullcrom.com | steven.wilamowsky@bingham.com |
| scott.golden@hoganlovells.com | streusand@slollp.com |
| scottj@sullcrom.com | susheelkirpalani@quinnemanuel.com |
| scottshelley@quinnemanuel.com | sweyl@haslaw.com |
| scousins@armstrongteasdale.com | swolowitz@mayerbrown.com |
| sdnyecf@dor.mo.gov | szuch@wiggin.com |
| seba.kurian@invesco.com | tannweiler@greerherz.com |
| sehlers@armstrongteasdale.com | tbrock@ssbb.com |
| sfalanga@connellfoley.com | tdewey@dpklaw.com |
| sfelderstein@ffwplaw.com | tgoren@mofo.com |
| sfineman@lchb.com | thaler@thalergertler.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | timothy.harkness@freshfields.com |
| sgraziano@blbglaw.com | tjfreedman@pbnlaw.com |
| sgubner@ebg-law.com | tkiriakos@mayerbrown.com |
| sharbeck@sipc.org | tlauria@whitecase.com |
| shari.leventhal@ny.frb.org | tmacwright@whitecase.com |
| shgross5@yahoo.com | tmarrion@haslaw.com |
| sidorsky@butzel.com | tnixon@gklaw.com |
| sldreyfuss@hlgslaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sleo@bm.net | tomwelsh@orrick.com |
| slerman@ebglaw.com | tsalter@blankrome.com |
| slerner@ssd.com | tslome@msek.com |

Lehman Brothers Holdings Inc. Email Service List

tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

| Claim Name | Address Information |
|---|---|
| FATAI INVESTMENT LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| FATAI INVESTMENT LIMITED | ATTN: MR. TIMON LIU FATAI INVESTMENT LTD C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS, ANN STREET, ST. HELIER, JERSEY JE4 8SY UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| HALEWOOD COMPANY LIMITED | ATTN: COLIN LAM C/O MOSSACK FONSECA & CO (BVI) LTD PO BOX 3136 ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| HALEWOOD COMPANY LIMITED | COLIN LAM 38/F, DLAT A, TOWER 1 2 BOWEN ROAD HONG KONG |
| HALEWOOD COMPANY LIMITED | PAGET DARE BRYAN/ ALEX CHEUNG CLIFFORD CHANCE 28/F, JARDINE PLACE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| HALEWOOD COMPANY LIMITED | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| WINCENT INVESTMENT LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| WINCENT INVESTMENT LIMITED | ATTN: MR. TIMON LIU C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS, ANN STREET, ST. HELIER, JERSEY, CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| WINCENT INVESTMENT LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| ZAMA INTERNATIONAL LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| ZAMA INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| ZAMA INTERNATIONAL LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |

**Total Creditor count  13**