**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE FOUR
HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for September 9, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

[*Remainder of Page Intentionally Left Blank*]

-2-

**the claims listed on Exhibit A attached hereto, to October 7, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated: September 5, 2014
      New York, New York

                                    **CURTIS, MALLET-PREVOST,**
                                      **COLT & MOSLE LLP**

                                  By:  */s/ L. P. Harrison 3rd*
                                          L. P. Harrison 3rd
                                          Cindi Eilbott Giglio
                                101 Park Avenue
                                New York, New York 10178-0061
                                (212) 696-6000

                                *Counsel for Lehman Brothers Holdings Inc.*
                                 *and Certain of Its Affiliates*

# EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| ABSA BANK LIMITED | 18071 |
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 21620 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 15824 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 15891 |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18217 |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | 27105 |
| J.P. MORGAN SUISSE SA | 25133 |
| J.P. MORGAN TRUST COMPANY (BAHAMAS) LTD AS TRUSTEE | 25131 |
| KAUPTHING BANK HF. | 20249 |
| LUTHERAN HILLSIDE VILLAGE, INC. | 23893 |

19659300