**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Turner P. Smith
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                            :    **Chapter 11 Case No.**
                                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (SCC)**
                                                                                     :
                                  Debtors.                              :    (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION
UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS
CLAIMS OBJECTION SCHEDULED FOR HEARING ON SEPTEMBER 9, 2014**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures entered on June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1.   Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases (the "Chapter 11

Cases"), filed the following omnibus claims objection (the "Claims Objection") with the Court for hearing on September 9, 2014:

(a)   Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 45448].

2.   In accordance with the Second Amended Case Management Order, LBHI established a deadline of August 29, 2014 at 4:00 p.m. (the "Response Deadline") for parties to object or file responses to the Claims Objection.

3.   The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

4.   The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on LBHI's counsel by any of the holders of the claims included in Exhibit 1 to the Order attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted.

5.   Accordingly, LBHI respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, which, except for the inclusion of additional language to reference the inclusion of a separate exhibit attached to the proposed order for proofs of claim for which the Claims Objection is adjourned, is unmodified since the filing of the

Claims Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: September 5, 2014
New York, New York

           **CURTIS, MALLET-PREVOST,**
           **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Turner P. Smith
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

3

19656177

## **EXHIBIT A**

**(Proposed Order – Docket No. 45448)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                             :
                              Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred seventy-ninth omnibus objection to claims, dated July 30, 2014 (the "Four Hundred Seventy-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Seventy-Ninth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Ninth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-Ninth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Seventy-Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Ninth Omnibus Objection to Claims.

-2-

ORDERED that the relief requested in the Four Hundred Seventy-Ninth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned the hearing on the Four Hundred Seventy-Ninth Omnibus Objection to Claims to October 7, 2014 at 10:00 a.m. with respect to the claims listed on Exhibit 2 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 479: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | POUDRE VALLEY HEALTH CARE, INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14735 | $3,000,000.00 * | $3,000,000.00* | No Liability |
| 2 | TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO ELECTRONICS DEFINED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9904 | $59,439.12 | $18,027.60 | No Liability |
| | A portion of this claim was expunged in the Order Granting the Four Hundred Seventieth Omnibus Objection to Claims (No Liability Claims) [ECF No. 45218]. | | | | | | | |
| 3 | VERMONT PENSION INVESTMENT COMMITTEE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16012 | $151,569.54 | $151,569.54 | No Liability |
| | | | | TOTAL | | $3,211,008.66 | $3,169,597.14 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

**EXHIBIT 2**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 479: EXHIBIT 2 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ABSA BANK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18071 | $2,404,334.00 * | $2,404,334.00* | No Liability |
| 2 | CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21620 | $131,097.00 | $131,097.00 | No Liability |
| 3 | GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15824 | $118,052.57 * | $118,052.57* | No Liability |
| 4 | GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15891 | $427,365.44 * | $427,365.44* | No Liability |
| 5 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18217 | $724,723.40 * | $724,723.40* | No Liability |
| 6 | INVESCO VAN KAMPEN EQUITY AND INCOME FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27105 | $810,393.00 * | $810,393.00* | No Liability |
| 7 | J.P. MORGAN SUISSE SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25133 | $70,140.00 * | $70,140.00* | No Liability |
| 8 | J.P. MORGAN TRUST COMPANY (BAHAMAS) LTD AS TRUSTEE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25131 | $127,000.00 * | $127,000.00* | No Liability |
| 9 | KAUPTHING BANK HF. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20249 | $3,485,908.80 * | $3,485,908.80* | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 479: EXHIBIT 2 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | LUTHERAN HILLSIDE VILLAGE, INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23893 | $370,485.80 | $370,485.80 | No Liability |
| | | | | TOTAL | | $8,669,500.01 | $8,669,500.01 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts