Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone:  303-573-1600
Email:  mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTIONS
### TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objections to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [Docket Nos. 39348 and 45587] that was scheduled for September 9, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to October 7, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  September 5, 2014

                                                 */s/* Michael A. Rollin
                                                 Michael A. Rollin
                                                 JONES & KELLER, P.C.
                                                 1999 Broadway, Suite 3150
                                                 Denver, CO 80202
                                                 Telephone:  303-573-1600
                                                 Attorneys for Lehman Brothers Holdings Inc. and
                                                 Certain of Its Affiliates

{JK00615420.1 }