WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE ONE HUNDRED SEVENTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Claims) [ECF No. 15363], which was scheduled for September 9, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to October 7, 2014 at 10:00 a.m. (Eastern Time)**, solely with respect to claim 14743 of Jeffrey K. Wardell.

Dated:   September 5, 2014
         New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95082968\1\58399.0011