WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                                          :    **Chapter 11 Case No.**
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                                                                    :
                                           Debtors.                    :    **(Jointly Administered)**
                                                                                    :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED SEVENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which was scheduled for September 9, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to October 7, 2014 at 10:00 a.m. (Eastern Time)**, with respect to the claim listed on Exhibit A annexed hereto.

Dated:  September 8, 2014
            New York, New York

                                            /s/ Garrett A. Fail
                                            Garrett A. Fail
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

WEIL:\95083007\1\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| KBC Bank NV | 13872 |