WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED SIXTY-EIGHTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 44489], which was scheduled for September 9, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to October 7, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: September 8, 2014
      New York, New York

                                               /s/ Garrett A. Fail
                                               Garrett A. Fail
                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

                                               Attorneys for Lehman Brothers Holdings Inc.
                                               and Certain of Its Affiliates

WEIL:\44515632\3\58399.0011