WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :    **Chapter 11 Case No.**
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                                   :    **08-13555 (SCC)**
                                                                               :
                                          **Debtors.**                         :    **(Jointly Administered)**
                                                                               :
-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :
                                                                               :    **Case No.**
**LEHMAN BROTHERS INC.**,                                                      :
                                                                               :    **08-01420 (SCC) (SIPA)**
                                          **Debtor.**                          :
                                                                               :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF
MATTERS SCHEDULED FOR THE SEVENTY-SEVENTH
OMNIBUS AND CLAIMS HEARING ON SEPTEMBER 9, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

I.    **UNCONTESTED MATTERS:**

1.    Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Between Lehman Brothers Special Financing Inc. and the Bank of New York Mellon Trust Company, National Association, as Trustee, Relating to MKP Vela CBO Credit Default Swap Agreement **[ECF No. 45296]**

Response Deadline:    September 2, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Declaration of Abhishek Kalra in Support of Motion [**ECF No. 46248**]

Status:  This matter is going forward on an uncontested basis.

2.    Motion for Authorization for Lehman Brothers Special Financing Inc. and Lehman Brothers Commercial Corporation to Invest Disputed Claims Reserves for Claim Numbers 66455 and 66476 Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors **[ECF No. 46073]**

Response Deadline:    September 2, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Declaration of William A. Olshan in Support of Motion [**ECF No. 46237**]

Status:  This matter is going forward on an uncontested basis.

II.   **CONTESTED MATTERS:**

3.   Forty First Omnibus Objection to Claims **[ECF No. 11306]**

Response Deadline:   October 17, 2010 at 4:00 p.m.

Response Received:

A.   Response of Lori Chan **[ECF No. 12005]**

Related Documents:

B.   Reply of Lehman Brothers Holdings Inc. **[ECF No. 46234]**

C.   Notice of Hearing for Objections to Certain Claims **[ECF No. 46016]**

Status:  This matter is going forward on a contested basis solely with respect to the claim of Lori Chan (Claim No. 67020).

4.   One Hundred Seventeenth Omnibus Objection to Claims **[ECF No. 15363]**

Response Deadline:   May 18, 2011 at 4:00 p.m.

Responses Received:

A.   Response of Janice Bobb **[ECF No. 16424]**

B.   Responses of Eric A. Scott **[ECF Nos. 17036 & 17053]**

C.   Response of Niraj Shah **[ECF No. 16922]**

D.   Response of Daryl M. Twitchell **[ECF No. 16766]**

E.   Response of Jeffery K. Wardell **[ECF No. 16926]**

Related Documents:

F.   Reply of Lehman Brothers Holdings Inc. **[ECF No. 46234]**

G.   Notice of Hearing for Objections to Certain Claims **[ECF No. 46016]**

Status:  This matter is going forward on a contested basis solely with respect to the claims of Janice Bobb (Claim No. 7258), Eric A. Scott (Claim Nos. 14399 and 14400), Niraj Shah (Claim No. 10365), and Daryl M. Twitchell (Claim No. 460). The claim of Jeffery K. Wardell (Claim No. 14743) is adjourned to October 7, 2014 at 10:00 a.m.

WEIL:\95071775\7\58399.0011

5.      One Hundred Seventy-Seventh Omnibus Objection to Claims **[ECF No. 19393]**

Response Deadline:      September 20, 2011 at 4:00 p.m.

Response Received:

      A.      Response of Rebekah W. Cramer

Related Documents:

      B.      Reply of Lehman Brothers Holdings Inc. **[ECF No. 46234]**

      C.      Notice of Hearing for Objections to Certain Claims **[ECF No. 46016]**

Status:  This matter is going forward on a contested basis solely with respect to the claims of Rebekah W. Cramer (Claim Nos. 13125, 13126, and 13127).

6.      Plan Administrator's Objection to Proof of Claim No. 33325 Filed by Arthur A. Boor and Joan Boor **[ECF No. 40292]**

Response Deadline:      September 4, 2014 at 4:00 p.m.

Responses Received:

      A.      Response of Arthur A. Boor and Joan Boor **[ECF No. 40991]**

      B.      Response of Arthur A. Boor and Joan Boor **[ECF No. 40992]**

Related Documents:

      C.      Plan Administrator's Supplemental Objection and Reply in Further Support of Objection **[ECF No. 45583]**

      D.      Notice of Hearing on Supplemental Objection and Reply **[ECF No. 45586]**

      E.      Response of Arthur Boor **[ECF No. 46232]**

Status:  This matter is going forward on a contested basis.

## LEHMAN BROTHERS INC. PROCEEDING

## III.    CONTESTED MATTERS:

7.      Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 6130]**

Response Deadline:      May 20, 2013 at 4:00 p.m.

WEIL:\95071775\7\58399.0011

Response Received:

> A.    Response of Zameer Khan [**Annexed to Trustee's Omnibus Reply**]

Related Documents:

> B.    Order Granting the Trustee's Sixty-First Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 6563**]

> C.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Sixty-First, One Hundred Thirty-Fifth, and Two Hundred Seventeenth Omnibus Objections to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9799**]

Status:  This matter is going forward.

8.    Trustee's One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7185**]

Response Deadline:    September 27, 2013 at 4:00 p.m.

Response Received:

> A.    Response of Louise Brodsky [**Annexed to Trustee's Omnibus Reply**]

Related Documents:

> B.    Order Granting One Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7483**]

> C.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Sixty-First, One Hundred Thirty-Fifth, and Two Hundred Seventeenth Omnibus Objections to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9799**]

Status:  This matter is going forward.

9.    Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8467**]

Response Deadline:    April 2, 2014 at 4:00 p.m.

Response Received:

> A.    Response of John and Ann McCulla [**LBI ECF No. 8623**]

Related Documents:

      B.    Order Granting the Trustee's Two Hundred Seventeenth Omnibus Objection to General Creditor Claims (No Liability Claims)  [**LBI ECF No. 8729**]

      C.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Sixty-First, One Hundred Thirty-Fifth, and Two Hundred Seventeenth Omnibus Objections to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9799**]

Status:  This matter is going forward.

## IV.    **ADJOURNED MATTERS:**

### A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

10.    Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 35787**]

Response Deadline:    April 15, 2013 at 4:00 p.m. or as otherwise extended.

Adjourned Responses:

      A.    Thomas P Blakeslee Opposition Brief to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36654**]

      B.    Craig Inglis Response to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36773**]

      C.    Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36558**]

Related Documents:  None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m. solely as to Claim Nos. 510, 10915 and 66365.

11.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

12.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 37168]**

Response Deadline:    June 3, 2013 at 4:00 p.m.

Adjourned Responses:

        A.    Response of Commerzbank AG **[ECF No. 38674]**

        B.    Response of EuroHypo AG **[ECF No. 38674]**

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

13.    Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38050]**

Response Deadline:    July 19, 2013 at 4:00 p.m.

Adjourned Responses:

        A.    Response of Christopher Dorland to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38864]**

        B.    Response of John Greco to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38863]**

        C.    Response filed by Alysse McLoughlin **[ECF No. 39426]**

        D.    Response of Carlos Torres to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 36882]**

        E.    Response of David Wilson to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38865]**

Related Documents:    None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m. solely as to Claim Nos. 180, 532, 599, 772 and 25510.

WEIL:\95071775\7\58399.0011

14.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr **[ECF No. 39348]**

Response Deadline:    September 22, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Sanford and Tina Mohr **[ECF No. 41101]**

Related Documents:

    B.    Supplemental Objection and Reply in Further Support of Objection **[ECF No. 45587]**

    C.    Notice of Hearing on Supplemental Objection and Reply **[ECF No. 45589]**

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

15.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 **[ECF No. 39898]**

Response Deadline:    June 12, 2014 at 4:00 p.m.

Response Received:

    A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 **[ECF No. 40232]**

Related Documents:    None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

16.    Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Nos. 21487 and 21488 **[ECF No. 42516]**

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

8

17.     Debtors' Motion for Alternative Dispute Resolution Procedures Order for
        Indemnification Claims of the Debtors Against Mortgage Loan Sellers **[ECF No.
        44450]**

> Response Deadline:    June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
>                       June 13, 2014, at 4:00 p.m. (for Internal Revenue Service,
>                       United States Trustee, and parties on the Debtors' Master
>                       Service List)

> Responses Received:

> A.    Objection of PHH Home Loans, LLC to Motion for Alternative
>       Dispute Resolution Procedures Order for Indemnification Claims
>       of the Debtors Against Mortgage Loan Sellers **[ECF No. 44673**]

> B.    Limited Objection and Reservation of Rights of Mountain West
>       Financial, Inc. to Motion for Alternative Dispute Resolution
>       Procedures Order for Indemnification Claims of the Debtors
>       Against Mortgage Loan Sellers **[ECF No. 44677**]

> C.    Limited Objection and Reservation of Rights of First California
>       Mortgage Corporation to Motion for Alternative Dispute
>       Resolution Procedures Order for Indemnification Claims of the
>       Debtors Against Mortgage Loan Sellers **[ECF No. 44679**]

> D.    Limited Objection and Reservation of Rights of Republic
>       Mortgage Home Loans, LLC to Motion for Alternative Dispute
>       Resolution Procedures Order for Indemnification Claims of the
>       Debtors Against Mortgage Loan Sellers **[ECF No. 44681**]

> E.    Limited Objection and Reservation of Rights of Amerifirst
>       Financial Corp., *et al.* to Motion for Alternative Dispute
>       Resolution Procedures Order for Indemnification Claims of the
>       Debtors Against Mortgage Loan **[ECF No. 44684**]

> F.    Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a
>       Commerce Mortgage to the Limited Objection and Reservation of
>       Rights to Motion for Alternative Dispute Resolution Procedures
>       Order for Indemnification Claims of the Debtors Against Mortgage
>       Loan Sellers **[ECF No. 44740**]

> Related Documents:

> G.    Declaration of Adam M. Bialek in Support of Order to Show
>       Cause to Shorten Notice Period and Extend the Response Deadline
>       by One Day for Late Served Recipients of Debtors' Motion for
>       Alternative Resolution Procedures Order for Indemnification

WEIL:\95071775\7\58399.0011

Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

H.    Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

I.    Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

J.    Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

18.    The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44488**]

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:

A.    Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

Related Documents:    None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m. as to Claim No. 15604 of Moody's Investor Service and Claim No. 48726 of Wells Fargo Bank, NA.

19.    The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44489**]

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

20.    Plan Administrator's Objection to Claim No. 8470 Held by Plaza Harbour Mezz Holdings LLC [**ECF No. 44942**]

Response Deadline:    September 2, 2014 at 4:00 p.m.

WEIL:\95071775\7\58399.0011

Response Received:    None.

Related Document:

      A.    Notice of Adjournment of Hearing [**ECF No. 46207**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m.

21.    Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45446**]

Response Deadline:    August 29, 2014 at 4:00 p.m.

Responses Received:

      A.    Response of Wincent Investment Limited [**ECF No. 46182**]

      B.    Response of Fatai Investment Limited [**ECF No. 46183**]

      C.    Response of Zama International Limited [**ECF No. 46184**]

      D.    Response of Halewood Company Limited [**ECF No. 46195**]

      E.    Response of KBC Bank NV [**ECF No. 46238**]

      F.    Declaration of Markus Schott in Support of Response of KBC Bank NV [**ECF No. 46239**]

Related Documents:    None.

Status:  This matter has been adjourned with respect to the foregoing responses to October 7, 2014 at 10:00 a.m.

22.    Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45448**]

Response Deadline:    August 29, 2014 at 4:00 p.m.

Response Received:

      A.    Response of Goldman Sachs Emerging Markets Opportunities Fund LLC and Goldman Sachs Emerging Markets Opportunities Fund Offshore, LLC [**ECF No. 46197**]

Related Documents:  None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m. for Claim Nos. 15824, 15891, 18071, 18217, 20249, 21620, 23893, 25131, 25133, and 27105.

23.     The RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and
(II) Estimate and Allow Their Claims for Covered Loans at $12.143 Billion
Pursuant to Section 502(c) of the Bankruptcy Code **[ECF No. 46078]**

Response Deadline:     September 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.     Declaration of Charles A. Parekh, Ph.D. **[ECF No. 46080]**

      B.     Declaration of James H. Aronoff **[ECF No. 46085]**

Status:  This matter is adjourned to a date to be determined.

**B.     Lehman Brothers Inc. Proceeding**

24.     Trustee's One Hundred Second Omnibus Objection to General Creditor Claims
(Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:     August 1, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

      B.     Order Granting the Trustee's One Hundred Second Omnibus
Objection to General Creditor Claims (Satisfied Claims) solely as
to certain claims [**LBI ECF No. 7093**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to the
claim of Mr. Eddi.

25.     Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor
Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:     October 23, 2013 at 4:00 p.m., extended for certain parties
to October 30, 2013 at 4:00 p.m.

Response Received:

      A.     Response of Terry G. Reckas **[Not Docketed]**

WEIL:\95071775\7\58399.0011

Related Document:

      B.      Order Granting One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

26.      Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:      December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

      B.      Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

      C.      Order Granting One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

27.      Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:      April 4, 2014 at 4:00 p.m., extended for certain parties to June 4, 2014 at 4:00 p.m.

Response Received:

      A.      Response of Comerica Bank [**LBI ECF No. 8711**]

Related Documents:

      B.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

    D.    Notice of Resolution Solely as to a Certain Claim [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

28.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

    Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to September 8, 2014 at 4:00 p.m.

    Responses Received:

    A.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

    B.    Responses of Pegasus Transport Service, Inc. [**LBI ECF Nos. 8656, 8657, 8684, 8685**]

    C.    Response of Scott Logic Ltd. [**LBI ECF No. 8673**]

    Related Documents:

    D.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    E.    Notices of Resolution Solely as to Certain Claims [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9275, 9810**]

    F.    Supplemental Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168**]

14

       G.       Supplemental Certificate of No Objection [**LBI ECF No. 9761**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

29.    Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2014 at 4:00 p.m.

Response Received:

       A.       Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

Related Documents:

       B.       Notice of Withdrawal [**LBI ECF No. 8760**]

       C.       Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

30.    Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 8804**]

Response Deadline:    May 21, 2014 at 4:00 p.m.

Response Received:

       A.       Response of Wendy Uvino [**LBI ECF No. 8980**]

Related Documents:

       B.       Notices of Withdrawal [**LBI ECF Nos. 8829, 9027**]

       C.       Order Granting the Trustee's Two Hundred Thirty-Second Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9172**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to the claim of Ms. Uvino.

WEIL:\95071775\7\58399.0011

31.     Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor
        Claims (No Liability Claims) [**LBI ECF No. 8858**]

        Response Deadline:     May 27, 2014 at 4:00 p.m.

        Response Received:

                A.      Response of RBC Cees Limited [**Not Docketed**]

        Related Document:

                B.      Order Granting the Trustee's Two Hundred Thirty-Third Omnibus
                        Objection to General Creditor Claims (No Liability Claims) solely
                        as to certain claims [**LBI ECF No. 9173**]

        Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to the
        claim of RBC Cees Limited.

32.     Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor
        Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) [**LBI
        ECF No. 8966**]

        Response Deadline:     June 6, 2014 at 4:00 p.m., extended for certain parties to
                               September 8, 2014 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

                A.      Notice of Withdrawal [**LBI ECF No. 9002**]

                B.      Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus
                        Objection to General Creditor Claims (Satisfied Claims, No
                        Liability Claims, and Subordinated Claims) solely as to certain
                        claims [**LBI ECF No. 9175**]

                C.      Supplemental Order Granting the Trustee's Two Hundred Thirty-
                        Fifth Omnibus Objection to General Creditor Claims (Satisfied
                        Claims, No Liability Claims, and Subordinated Claims) solely as
                        to a certain claim [**LBI ECF No. 9370**]

        Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to
        certain claims.

33.     Trustee's Two Hundred Thirty-Sixth Omnibus Objection to General Creditor
        Claims (Insufficient Documentation Claims) [**LBI ECF No. 8999**]

        Response Deadline:     June 19, 2014 at 4:00 p.m., extended for certain parties to
                               August 29, 2014 at 4:00 p.m.

WEIL:\95071775\7\58399.0011

Responses Received:  None.

Related Documents:

      A.     Notice of Withdrawal [**LBI ECF No. 9266**]

      B.     Order Granting Trustee's Two Hundred Thirty Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9372**]

      C.     Supplemental Order Granting Trustee's Two Hundred Thirty Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9631**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

34.     Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9013**]

Response Deadline:    June 20, 2014 at 4:00 p.m., extended for certain parties to August 22, 2014 at 4:00 p.m.

Responses Received:

      A.     Response of Julia Kaufman [**LBI ECF No. 9125**]

      B.     Declaration of Julia Kaufman [**LBI ECF No. 9126**]

      C.     Response of Kyle R. Kettler [**LBI ECF No. 9183**]

      D.     Response of Wayne Judkins [**LBI ECF No. 9185**]

      E.     Response of Jeffrey Frase and Roy J. Salame [**LBI ECF No. 9196**]

      F.     Response of P. Mathew Verghese [**LBI ECF No. 9199**]

      G.     Response of Michael Scott Glover and Anshuman Goyal [**LBI ECF No. 9200**]

      H.     Declaration of Harry W. Lipman on behalf of Akshay Murthy [**LBI ECF No. 9202**]

      I.     Response of Akshay Murthy [**LBI ECF No. 9203**]

      J.     Response of Murali Raman  [**LBI ECF No. 9209**]

      K.     Response of Julie R. Shapiro [**LBI ECF No. 9262**]

L.  Response of Brett Ersoff [**LBI ECF No. 9277**]

M.  Response of Maximilian Coreth [**LBI ECF No. 9282**]

N.  Declaration on behalf of Maximilian Coreth [**LBI ECF No. 9283**]

O.  Affidavit filed on behalf of Maximilian Coreth [**LBI ECF No. 9284**]

P.  Response of Thomas P. Blakeslee [**LBI ECF No. 9316**]

Q.  Response of Alexander Lesin [**LBI ECF No. 9344**]

R.  Declaration in Support of the Response of Alexander Lesin [**LBI ECF No. 9346**]

S.  Response of Todd O'Malley [**LBI ECF No. 9354**]

T.  Response of Shashank Agrawal [**LBI ECF No. 9357**]

U.  Response of Eric Race [**LBI ECF No. 9411**]

V.  Declaration of Eric Race [**LBI ECF No. 9412**]

W.  Amended Declaration of Eric Race [**LBI ECF No. 9430**]

X.  Response of Zhiyong Shi [**LBI ECF No. 9563**]

Y.  Response of 1EE, LLC [**LBI ECF No. 9694**]

Related Documents:

Z.  Corrected Order Granting the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9443**]

AA.  Motion of 1EE, LLC Pursuant to 11 U.S.C. Sections 107(b) and 107(c) and Fed. R. Bankr. P. Rule 9018 for an Order Authorization 1EE LLC to File Certain Exhibits to the Declaration of Jonathan Hoffman Under Seal [**LBI ECF No. 9693**]

BB.  Declaration of Jonathan Hoffman on behalf of 1EE, LLC [**LBI ECF No. 9695**]

CC.  Affidavit of Service filed on behalf of 1EE, LLC [**LBI ECF No. 9698**]

WEIL:\95071775\7\58399.0011

DD.   Order Pursuant to 11 U.S.C. Sections 107(b) and 107(c) and Fed.
R. Bankr. P. Rule 9018 Authorizing 1EE, LLC to File Certain
Exhibits to the Declaration of Jonathan Hoffman Under Seal [**LBI
ECF No. 9715**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to
certain claims.

35.   Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims
Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and
(II) Disallow and Expunge Certain Claims (Accounts Payable Claims)
[**LBI ECF No. 9059**]

Response Deadline:   June 26, 2014 at 4:00 p.m., extended for certain parties to
July 31, 2014 at 4:00 p.m.

Responses Received:

A.   Response of Intuition Publishing, Inc. [**LBI ECF No. 9238**]

B.   Amended Response of Miller Advertising Agency [**LBI ECF No.
9255**]

Related Documents:

C.   Order Granting the Trustee's Two Hundred Fortieth Omnibus
Objection to General Creditor Claims Seeking to (I) Reduce
Certain Claims and Allow Such Claims as Modified, and (II)
Disallow and Expunge Certain Claims (Accounts Payable Claims)
solely as to certain claims [**LBI ECF No. 9408**]

D.   Notice of Resolution Solely as to a Certain Claim [**LBI ECF No.
9775**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to
certain claims.

36.   Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor
Claims (Employee Claims) [**LBI ECF No. 9161**]

Response Deadline:   July 9, 2014 at 4:00 p.m., extended for certain parties to
July 25, 2014 at 4:00 p.m.

Responses Received:

A.   Response of Craig O. Benson and Michael J. Petrucelli [**LBI ECF
No. 9325**]

WEIL:\95071775\7\58399.0011

B.  Response of Kimberly A. Reed [**LBI ECF No. 9474**]

C.  Response of Nathan Wang [**Not Docketed**]

Related Document:

D.  Order Granting the Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9628**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

37.  Trustee's Two Hundred Forty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9239**]

Response Deadline:  July 16, 2014 at 4:00 p.m.

Response Received:

A.  Response of William F. Kulp [**LBI ECF No. 9402**]

Related Document:

B.  Order Granting the Trustee's Two Hundred Forty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims  [**LBI ECF No. 9629**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

38.  Trustee's Two Hundred Forty-Fifth Omnibus Objection to General Creditor Claims (No Liability Indemnity Claims) [**LBI ECF No. 9257**]

Response Deadline:  July 21, 2014 at 4:00 p.m., extended for certain parties to August 29, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

39.  Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9394**]

Response Deadline:  August 4, 2014 at 4:00 p.m., extended for certain parties to August 15, 2014 at 4:00 p.m.

WEIL:\95071775\7\58399.0011

Responses Received:

  A.  Response of Jeffrey M. Klinger [**LBI ECF No. 9551**]

  B.  Response of Robert Dyer [**LBI ECF No. 9777**]

Related Document:

  C.  Amended Certificate of No Objection [**LBI ECF No. 9801**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

40. Trustee's Two Hundred Forty-Eighth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Securities Lending Claims) [**LBI ECF No. 9426**]

 Response Deadline: August 6, 2014 at 4:00 p.m., extended for certain parties to September 3, 2014 at 4:00 p.m.

 Responses Received:  None.

 Related Documents:

  A.  Notices of Withdrawal [**LBI ECF Nos. 9497, 9582**]

  B.  Certificate of No Objection [**LBI ECF No. 9789**]

 Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

41. Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) [**LBI ECF No. 9442**]

 Response Deadline: August 8, 2014 at 4:00 p.m., extended for certain parties to September 2, 2014 at 4:00 p.m.

 Responses Received:  None.

 Related Document:

  A.  Certificate of No Objection [**LBI ECF No. 9816**]

 Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

WEIL:\95071775\7\58399.0011

42.  Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

Response Deadline:  August 13, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Response Received:

A.  Response of Israel Discount Bank of New York [**LBI ECF No. 9632**]

B.  Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

C.  Response of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. [**LBI ECF No. 9778**]

Related Document:

D.  Certificate of No Objection [**LBI ECF No. 9817**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

43.  Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

Response Deadline:  August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

A.  Response of Patricia M. Bah [**LBI ECF No. 9636**]

B.  Response of Vito. A. Santoro [**LBI ECF No. 9714**]

Related Document:

C.  Certificate of No Objection [**LBI ECF No. 9763**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

WEIL:\95071775\7\58399.0011

44.    Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

Response Deadline:    August 15, 2014 at 4:00 p.m., extended for certain parties to August 29, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Certificate of No Objection [**LBI ECF No. 9819**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

45.    Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

Response Deadline:    August 21, 2014 at 4:00 p.m.

Response Received:

A.    Response of U.S. Bank National Association [**LBI ECF No. 9674**]

Related Documents:   None.

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

46.    Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9529**]

Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 8, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Acumen Fund, Inc. [**LBI ECF No. 9690**]

B.    Informal Response of Newedge [**Not Docketed**]

C.    Response of TTSD Trust [**LBI ECF No. 9663**]

Related Documents:

D.    Memorandum Endorsed Order re Request for Waiver of Courtcall fee [**LBI ECF No. 9705**]

WEIL:\95071775\7\58399.0011

E.      Certificate of No Objection [**LBI ECF No. 9771**]

<u>Status</u>:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

47.     Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9530**]

<u>Response Deadline</u>:     August 22, 2014 at 4:00 p.m., extended for certain parties to September 12, 2014 at 4:00 p.m.

<u>Response Received</u>:

A.      Response of Walter J. Sieczkowski [**Not Docketed**]

WEIL:\95071775\7\58399.0011

Related Document:

B.    Certificate of No Objection [**LBI ECF No. 9820**]

Status:  This matter has been adjourned to October 7, 2014 at 10:00 a.m., as to certain claims.

Dated:  September 8, 2014
        New York, New York

                                    /s/ Jacqueline Marcus
                                    Jacqueline Marcus

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

Dated:  September 8, 2014
        New York, New York

                                    /s/ Jeffrey S. Margolin
                                    James B. Kobak, Jr.
                                    Christopher K. Kiplok
                                    Jeffrey S. Margolin

                                    HUGHES HUBBARD & REED LLP
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone: (212) 837-6000
                                    Facsimile: (212) 422-4726

                                    Attorneys for James W. Giddens, Trustee for
                                    the SIPA Liquidation of Lehman Brothers Inc.

25