SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
M. William Munno

Attorneys for Law Debenture Trust Company
of New York, solely in its capacity as Separate Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (SCC)
                                                             :
                              Debtors.                       :    (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE RMBS TRUSTEES' MOTION TO**
**(I) INCREASE THE RESERVE TO $12.143 BILLION AND (II) ESTIMATE AND**
**ALLOW THEIR CLAIMS FOR COVERED LOANS AT $12.143 BILLION**
**PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the *RMBS Trustees' Motion to (i) Increase the Reserve to $12.143 Billion and (ii) Estimate and Allow Their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code (ECF No. 46078)*, that was scheduled for September 9, 2014, at 10:00 a.m. (EST), **has been adjourned to a date to be determined**.

Dated: September 8, 2014
      New York, New York

*/s/ M. William Munno*
M. William Munno

SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200

Attorneys for Law Debenture Trust
Company of New York, solely in its capacity
as Separate Trustee

SK 16271 0159 6099028