WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                          :     Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :     08-13555 (SCC)
                                               :
                 Debtors.                      :     (Jointly Administered)
                                               :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED EIGHTIETH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) [ECF No. 45481], which was scheduled for September 9, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to October 7, 2014 at 10:00 a.m. (Eastern Time)**, with respect to the claims listed on Exhibit A annexed hereto.

Dated:  September 8, 2014
        New York, New York

                                    /s/ Garrett A. Fail
                                    Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

WEIL:\95084530\1\58399.0011

# **EXHIBIT A**

| **Claimant** | **Claim No.** |
|---|---|
| BANCA MEDIOLANUM S.P.A. | 56626 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | 56130 |
| BANCA POPOLARE DI MILANO S.C.A.R.L. | 56295 |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | 56938 |
| BANCA POPOLARE PUGLIESE SOCIETA COOPERATIVE PER AZIONI | 56935 |
| BANCO DE FINANZAS E INVERSIONES S.A. | 56560 |
| CASSA CENTRALE BANCA | 51876 |
| CREDITO EMILIANO S.P.A. | 62892 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 56670 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 56668 |
| UNIONE DI BANCHE ITALIANE SCPA | 56677 |