WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*

REBEKAH CRAMER
199 14th St NE, Ste 2207
Atlanta, GA 30309
Telephone: (212) 882-1244

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS**
**AND WITHDRAWAL OF OBJECTIONS TO SUCH CLAIMS**

Reference is made to proofs of claim number 13125, 13126, and 13127 filed on September 16, 2009 against Lehman Brothers Holdings Inc. ("LBHI") by Rebekah W. Cramer (the "Claimant" and together with LBHI, each a "Party") in the aggregate amount of $37,033 plus certain unliquidated amounts (collectively, the "Claims"). Claimant represents and warrants that as of the date hereof, Claimant has not sold, assigned or transferred the Claims.

LBHI objected to proofs of claim 13125 and 13127 through the Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF No. 19393] (the "177th Objection"). LBHI objected to proof of claim 13126 through the 177th Objection and through the Debtors' Three Hundred Twenty-Ninth Objection

to Claims (Misclassified Claims) [ECF No. 29324] (the "329th Objection" and together with the 177th Objection, the "Objections").

**PLEASE TAKE NOTICE** that Claimant hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

**PLEASE TAKE FURTHER NOTICE** that LBHI hereby withdraws the Objections solely with respect to the Claims.

Each person who executes this notice of withdrawal represents that he is duly authorized to do so on behalf of the applicable Party and that each such Party has full knowledge of, and has consented to, the withdrawal.

Dated:  September 8, 2014
        New York, New York

LEHMAN BROTHERS HOLDINGS INC.

By: _____
    Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*

Dated:  September 3, 2014
        Atlanta, Georgia

REBEKAH W. CRAMER

By: _____
    Rebekah W. Cramer

199 14th St NE, Ste 2207
Atlanta, GA 30309
Telephone: (212) 882-1244

WEIL:\95080517\1\58399.0011