WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                           :         **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (SCC)**
:
                 **Debtors.**        :        **(Jointly Administered)**
:
----------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER**
**28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS**
**OBJECTIONS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2014**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

          Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

         1.       Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers

Holdings Inc. and its Affiliated Debtors, filed the following omnibus claims objections (together,

the "Claims Objections") with the Court for hearing on September 9, 2014:

(a)     The Plan Administrator's Four Hundred Sixty-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44490**]

(b)     Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45446**]

(c)     The Plan Administrator's Four Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45447**]

(d)     The Plan Administrator's Four Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45481**]

2.     In accordance with the Second Amended Case Management Order, the Plan Administrator established deadlines (the "Response Deadlines") for parties to object or file responses to the Claims Objections.  The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.     The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator, with respect to the claims that are identified on the exhibits to the proposed orders attached hereto.  Accordingly, the Plan Administrator respectfully requests that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through D, be entered in accordance with the procedures described in the Second Amended Case Management Order.

2

I declare that the foregoing is true and correct.

Dated: September 8, 2014
      New York, New York

                                       /s/ Garrett A. Fail
                                       Garrett A. Fail

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of Its Affiliates

WEIL:\95084017\1\58399.0011

**EXHIBIT A**

**(Proposed Order – ECF No. 44490)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                  :          **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :          **08-13555 (SCC)**
                                                       :
                        **Debtors.**                    :          **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED SIXTY-NINTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)

Upon the four hundred sixty-ninth omnibus objection to claims, dated June 2,

2014 (the "Four Hundred Sixty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge

the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664], all as more fully described in the Four Hundred Sixty-Ninth Omnibus Objection to

Claims; and due and proper notice of the Four Hundred Sixty-Ninth Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Four Hundred Sixty-

Ninth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest, and that the legal and factual bases set forth in the Four

Hundred Sixty-Ninth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Sixty-Ninth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Sixty-Ninth Omnibus

Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No

Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**OMNIBUS OBJECTION #9: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23609 | $18,390.00 | $18,390.00 | None |
| 2 | CATERPILLAR INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21572 | $3,990.61 | $3,990.61 | None |
| 3 | CATERPILLAR INC. 401K | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21564 | $819.30 | $819.30 | None |
| 4 | CATERPILLAR INC. VEBA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21563 | $680.79 | $680.79 | None |
| 5 | CHEVRON CORP INTERNATIONAL GROWTH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21562 | $2,330.12 | $2,330.12 | None |
| 6 | DALLAS POLICE & FIRE PENSION SYSTEM SELECT INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21538 | $2,342.75 | $2,342.75 | None |
| 7 | FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21651 | $32,353.59 | $32,353.59 | None |
| 8 | FIDELITY ADVISOR EQUITY GROWTH FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21641 | $3,533.97 | $3,533.97 | None |
| 9 | FIDELITY ADVISOR NEW INSIGHTS FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21653 | $1,391.27 | $1,391.27 | None |
| 10 | FIDELITY ADVISOR OVERSEAS FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21644 | $3,578.94 | $3,578.94 | None |
| 11 | FIDELITY BLUE CHIP GROWTH FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21647 | $18,732.11 | $18,732.11 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 469: EXHIBIT 1 - NO LIABILITY**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 12 FIDELITY CONTRAFUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21640 | $12,301.87 | $12,301.87 | None |
| 13 FIDELITY EUROPE CAPITAL APPRECIATION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21649 | $3,754.98 | $3,754.98 | None |
| 14 FIDELITY EUROPE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21645 | $112,493.21 | $112,493.21 | None |
| 15 FIDELITY EUROPE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23607 | $50,830.00 | $50,830.00 | None |
| 16 FIDELITY FIFTY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21650 | $3,123.01 | $3,123.01 | None |
| 17 FIDELITY GROWTH DISCOVERY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21648 | $1,196.57 | $1,196.57 | None |
| 18 FIDELITY GROWTH STRATEGIES FUND, A SERIES OF FIDELITY MT. VERNON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21616 | $999.84 | $999.84 | None |
| 19 FIDELITY INTERNATIONAL DISCOVERY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21646 | $18,460.61 | $18,460.61 | None |
| 20 FIDELITY OVERSEAS FUND, A SERIES OF FIDELITY INVESTMENT TRUST | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21921 | $9,267.78 | $9,267.78 | None |
| 21 FIDELITY TREND FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21639 | $1,855.95 | $1,855.95 | None |
| 22 GROWTH PORTFOLIO, | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21642 | $3,638.26 | $3,638.26 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 469: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|------|-------------|-------------|-----------|---------|------------------------------|--------------------------|----------------------------------------|
| 23 IPYRAMIS INTERNATIONAL GROWTH FUND LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21566 | $1,086.70 | $1,086.70 | None |
| 24 IPYRAMIS SELECT INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21565 | $467.29 | $467.29 | None |
| 25 IPYRAMIS SELECT INTERNATIONAL EQUITY FUND LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21567 | $229.30 | $229.30 | None |
| 26 KENTUCKY RETIREMENT SYSTEMS INSURANCE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21561 | $2,557.29 | $2,557.29 | None |
| 27 KENTUCKY RETIREMENT SYSTEMS PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21560 | $7,971.98 | $7,971.98 | None |
| 28 MID CAP PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21652 | $1,293.40 | $1,293.40 | None |
| 29 MINNESOTA STATE BOARD OF INVESTMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21569 | $2,672.32 | $2,672.32 | None |
| 30 MINNESOTA STATE BOARD OF INVESTMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/11/2009 | 65404 | $102,302.87 | $1,504.84 | $100,798.03 |
| 31 OHIO POLICE AND FIRE PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21559 | $3,261.99 | $3,261.99 | None |
| 32 OREGON INVESTMENT COUNCIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21543 | $13,196.71 | $10,851.64 | $2,345.07 |
| 33 OREGON INVESTMENT COUNCIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21655 | $956.70 | $956.70 | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 469: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 34 | OVERSEAS PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21643 | $5,932.38 | $5,932.38 | None |
| 35 | PENSION FUND SOCIETY OF THE BANK OF MONTREAL, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23608 | $1,601.00 | $1,601.00 | None |
| 36 | PRIM SELECT INTERNATIONAL PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21533 | $5,500.43 | $5,500.43 | None |
| 37 | PRINCIPAL FUNDS, INC. - INTERNATIONAL FUND I | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21537 | $18,863.22 | $18,863.22 | None |
| 38 | PYRAMIS SELECT GLOBAL EQUITY COMMINGLED POOL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/11/2009 | 65411 | $21,780.91 | $230.62 | $21,550.29 |
| 39 | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21552 | $4,662.88 | $3,835.37 | $827.51 |
| 40 | STANLIB WEALTH MANAGEMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21570 | $18.47 | $18.47 | None |
| | | | | TOTAL | | $500,421.37 | $374,900.47 | $125,520.90 |

# EXHIBIT B

## (Proposed Order – ECF No. 45446)

WEIL:\95084017\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | : |
| **Debtors.** | : |

| |
|---|
| **Chapter 11 Case No.** |
| |
| **08-13555 (SCC)** |
| |
| **(Jointly Administered)** |

---------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED SEVENTY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred seventy-seventh omnibus objection to claims, dated July 30, 2014 (the "Four Hundred Seventy-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Four Hundred Seventy-Seventh Omnibus Objection to Claims; and due and proper notice of the Four Hundred Seventy-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Seventy-Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Seventy-Seventh Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Seventy-Seventh Omnibus Objection to Claims.

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

    ORDERED that the relief requested in the Four Hundred Seventy-Seventh

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

    ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims or

portions of claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged with

prejudice; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2014
   New York, New York

       _____
       UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 477: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIANCE INVESTMENT MANAGEMENT LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2276 | $20,437.93 | $20,437.93 | Claim number 2276 does not identify any transaction, document or basis that could give rise to liability of LBHI.  Instead, claimant attaches what appear to be brokerage account statements and other records relating to Lehman Brothers Inc.  Based upon the Plan Administrator's review of LBHI's books and records and the claim, the Plan Administrator does not believe that there is any liability owing to claimant from LBHI.  Accordingly, the claim should be expunged. |
| 2 | BANQUE CANTONALE VAUDOISE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8570 | $9,060.30 | $9,060.30 | Claim number 8570 refers to a prepetition stipulation between claimant and Lehman Brothers Inc.  The claim does not identify any basis that could give rise to liability of LBHI other than a vague reference to an "assignment notice for contract."  No such assignment notice or other document has been provided to support the claim.  In addition, based upon the Plan Administrator's review of LBHI's books and records and the claim, the Plan Administrator does not believe that there is any liability owing to claimant from LBHI.  Accordingly, the claim should be expunged. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 477: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3  DARTMOUTH CAPITAL PARTNERS LLP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16495 | $108,309.00 * | $108,309.00* | Claim number 16495 is filed on behalf of LBHI's prepetition affiliate Dartmouth Capital Partners.  The claim does not assert any liability against LBHI or identify any specific transactions or documents that could give rise to liability of LBHI.  The proof of claim merely reserves the right to assert claims against LBHI in the event such claims are later identified and asserts an unsubstantiated intercompany balance of $108,309.  Based upon the Plan Administrator's review of LBHI's books and records and the claim, the Plan Administrator does not believe that there is any liability owing to claimant from LBHI, including on account of the unsubstantiated intercompany balance.  Accordingly, the claim should be expunged. |
| 4  LEHMAN BROTHERS GLOBAL FINANCE LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14039 | $4.00 * | $4.00* | Claim number 14039 is filed on behalf of LBHI's prepetition affiliate Lehman Brothers Global Finance Limited.  The claim does not assert any liability against LBHI or identify any specific transaction or document that could give rise to liability of LBHI.  The proof of claim merely reserves the right to assert claims against LBHI in the event such claims are later identified and asserts an unsubstantiated intercompany balance of $4.00.  Based upon the Plan Administrator's review of LBHI's books and records and the claim, the Plan Administrator does not believe that there is any liability owing to claimant from LBHI, including on account of the unsubstantiated intercompany balance. Accordingly, the claim should be expunged. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 477: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 5 | LIGHTPOINT CAPITAL MGT EUROPE LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14013 | Undetermined | Undetermined | Claim number 14013 is filed on behalf of LBHI's prepetition affiliate Lightpoint Capital Management Europe Ltd.  The claim does not assert any liability against LBHI or identify any specific transaction or document that could give rise to liability of LBHI.  The proof of claim merely reserves the right to assert claims against LBHI in the event such claims are later identified.  Based upon the Plan Administrator's review of LBHI's books and records and the claim, the Plan Administrator does not believe that there is any liability owing to claimant from LBHI.  Accordingly, the claim should be expunged. |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 477: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 6 | U.S. BANK NATIONAL ASSOCIATION | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31023 | $23,271.48 * | $23,271.48* | Claim number 31023 is a purported guarantee claim against LBHI that corresponds to a primary claim (claim number 30961) against Lehman Brothers Derivatives Products Inc. ("LBDP"), which primary claim is disputed by LBDP.  The primary claim against LBDP is asserted in the same amount as the guarantee claim against LBHI and is being reserved in full in cash by LBDP.   In accordance with the Plan provisions governing distributions and long-standing principles of suretyship law, recoveries on account of related primary and guarantee claims are limited to a single satisfaction.  See Plan §§ 8.13(a)(ii) and (b)(ii); see also See Bankers' Trust Co. v. Irving Trust Co.(In re United Cigar Stores), 73 F.2d 296, 298 (2d Cir. 1934) ("In no case can the [holder of a guarantee claim] recover from all sources more than the full amount of its claim"); Ross v. Worth Elec. Supply Co., Inc., 420 N.Y.S.2d 441, 443 (N.Y. Civ. Ct. 1979) ("It is fundamental in suretyship that with the payment of the principal obligation the obligations of both principal and surety are discharged.").  In addition, because catch-up distributions to disputed claims that become allowed only occur on a scheduled semi-annual distribution date under the Plan, even if the primary claim against LBDP and the guarantee claim against LBHI were allowed simultaneously, LBHI would not make a distribution on the guarantee claim prior to distributions by LBDP on the primary claim.  See Plan §§ 8.3 and 8.4.  As a result, no distributions will ever be made by LBHI on account of claim number 29599, and, therefore, the claim should be expunged. |
| | | | TOTAL | | | $161,082.71 | $161,082.71 | |

**EXHIBIT C**

**(Proposed Order – ECF No. 45447)**

WEIL:\95084017\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :       **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (SCC)**
                                                               :
                              **Debtors.**             :       **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING FOUR HUNDRED SEVENTY-EIGHTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)

Upon the four hundred seventy-eighth omnibus objection to claims, dated July 30,

2014 (the "Four Hundred Seventy-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge

the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664], all as more fully described in the Four Hundred Seventy-Eighth Omnibus Objection

to Claims; and due and proper notice of the Four Hundred Seventy-Eighth Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the Four Hundred Seventy-

Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest, and that the legal and factual bases set forth in the Four

Hundred Seventy-Eighth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four
Hundred Seventy-Eighth Omnibus Objection to Claims.

ORDERED that the relief requested in the Four Hundred Seventy-Eighth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, this Order shall govern the disallowance of solely those claims listed on <u>Exhibit 1</u>.  Nothing herein shall prejudice the rights of any party with respect to any claims asserted in these Chapter 11 Cases that are not specifically referenced on <u>Exhibit 1</u> to this Order.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
            New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 478: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ABAXBANK S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16061 | $100,052.00 | $100,052.00 | No Liability |
| 2 | BANK LEUMI LE-ISRAEL B.M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28331 | $145,053.00 * | $145,053.00* | No Liability |
| 3 | CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29599 | $37,704.00 | $37,704.00 | No Liability |
| 4 | GOODRIDGE, JOHN A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9459 | $5,338,260.83 | $50,000.00 | No Liability |
| 5 | JOHN, TAN LYE THIAM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34794 | $25,535.00 * | $25,535.00* | No Liability |
| 6 | NTGI-QM COLLECTIVE DAILY ALL COUNTRY WORLD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31909 | $22,614.94 * | $22,614.94* | No Liability |
| | | | | TOTAL | | $5,669,219.77 | $380,958.94 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT D**

**(Proposed Order – ECF No. 45481)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FOUR HUNDRED EIGHTIETH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)**

Upon the four hundred eightieth omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Eightieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eightieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eightieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eightieth Omnibus Objection to Claims.

**ORDERED** that the relief requested in the Four Hundred Eightieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

WEIL:\95084083\1\58399.0011

EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO FINANTIA S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63518 | $28,494.00 * | $2,541.17* | No Liability |
| 2 | BANK HAPOALIM (SWITZERLAND), LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55855 | $63,705,494.00 * | $103,520.75* | No Liability |
| 3 | BANK JULIUS BAER & CO. LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51761 | $100,000.00 * | $31,975.52* | No Liability |
| 4 | CASSA DI RISPARMIO IN BOLOGNA S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49719 | $594,325.35 | $7,369.40 | No Liability |
| 5 | DOTSON INVESTMENTS, LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47171 | $653,141.31 | $57,684.62 | No Liability |
| 6 | INTESA SANPAOLO PRIVATE BANKING S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49719 | $625,500.71 | $25,411.73 | No Liability |
| 7 | INTESA SANPAOLO S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49719 | $7,690,203.18 | $67,341.08 | No Liability |
| 8 | KHALIFA, SHAIKHA H. H. HALA AL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58236 | $568,815.30 * | $75,941.87* | No Liability |
| 9 | MERRILL LYNCH INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59489 | $21,980,580.00 * | $2,935,752.66* | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10  VOIGT, ERROL JOHN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59110 | $144,447.72 | $19,385.16 | No Liability |
| | | | TOTAL | | $96,091,001.57 | $3,326,923.96 | |