**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | Adversary Proceeding |
| | : | No.: 09-01032 (SCC) |
| BALLYROCK ABS CDO 2007-1 LIMITED; WELLS | : | |
| FARGO BANK, N.A., as Trustee; BARCLAYS BANK, | : | |
| PLC, as owner of beneficial interests in the Senior Notes; | : | |
| LONG ISLAND INTERNATIONAL LIMITED, as owner | : | |
| of beneficial interests in the Senior Notes; LONG HILL | : | |
| 2006-1 LTD., as owner of beneficial interests in the Senior | : | |
| Notes; BLACKROCK MORTGAGE INVESTORS | : | |
| MASTER FUND, L.P., as owner of beneficial interests in | : | |
| the Senior Notes, | : | |
| Defendants. | : | |

-------------------------------------------------------------------------------x    **Ref. Docket Nos. 189-191**

## <u>AFFIDAVIT OF SERVICE</u>

|  |  |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 3, 2014, I caused to be served the:

    a)  "Motion of Lehman Brothers Holdings Inc., on Behalf of Lehman Brothers Special Financing Inc., for Leave to File the Second Amended Complaint," dated September 3, 2014 [Docket No. 189 in Adv. Proc. Case No. 09-01032],

b) "Declaration of Richard W. Slack in Support of Motion of Lehman Brothers Holdings Inc., on Behalf of Plaintiff Lehman Brothers Special Financing Inc., for Leave to File the Second Amended Complaint and Order to Show Cause and Notice Fixing the Objection Deadline and Hearing Date on the Motion," dated September 3, 2014 [Docket No. 190 in Adv. Proc. Case No. 09-01032], and

c) "Order to Show Cause, Notice Fixing the Objection Deadline and Hearing Date on Motion of Lehman Brothers Holdings Inc., on Behalf of Plaintiff Lehman Brothers Special Financing Inc., for Leave to File the Second Amended Complaint," dated September 3, 2014 [Docket No. 191 in Adv. Proc. Case No. 09-01032],

by causing true and correct copies to be:

i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
5th day of September, 2014

Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

# Exhibit A

### Counsel To The Official Committee Of Unsecured  Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| APOLLO GLOBAL MANAGEMENT LLC | 9 W. 57TH STREET, FLOOR 37 NEW YORK NY 10019 |
| AXON FINANCIAL FUNDING LTD. | C/O AXON FINANCIAL C/O PEGGY ANN KELLY, TARYN SNIPE 1540 BROADWAY, SUITE 1606 NEW YORK NY 10036 |
| CLEARSTREAM BANKING | 1 CLEARSTREAM BANKING SA 42 AVENUE J.F. KENNEDY LUXEMBOURG L1855 LUXEMBOURG |
| HBK MASTER FUND LP – FIPB | 2101 CEDAR SPRINGS DRIVE, SUITE 700 DALLAS TX 75201 |
| KBC INVESTMENTS | HAVENLAAN 2 BRUSSELS B – 1080 BELGIUM |
| LLOYDS DOLLAR TRUST FUNDS | CORPORATION OF LLOYDS ONE LIME STREET LONDON EC3M UNITED KINGDOM |
| LLOYDS MFD | CORPORATION OF LLOYDS ONE LIME STREET LONDON EC3M UNITED KINGDOM |
| LONGSHORE CDO FUNDING 2006-1, LTD | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92705 |
| LONGSHORE CDO FUNDING 2007-3, LTD | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92705 |
| MAGNETAR CONSTELLATION | MASTER FUND II LIMITED 1603 ORRINGTON AVENUE EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION | MASTER FUND III, LTD. 1603 ORRINGTON AVENUE EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | 1603 ORRINGTON AVENUE EVANSTON IL 60201 |
| METROPOLITAN LIFE INSURANCE COMPANY | 1095 AVENUE OF THE AMERICAS MSG39.146 NEW YORK NY 10036 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | C/O HARVARD MANAGEMENT COMPANY 600 ATLANTIC AVENUE ATTN: MICHAEL BURNS BOSTON MA 02210-2203 |
| REVELSTOKE CDO I LIMITED | ATTN: EVA FENG CANADIAN SECURITIZATION GROUP 161 BAY ST 4TH FLOOR TORONTO ON M5J 2S8 CANADA |
| SAGITTARIUS CDO I | 1761 E. ST. ANDREW PLACE SANTA ANA CA 92705 |
| U.S. BANK TRUSTEES LIMITED | AS TRUSTEE OF AVEBURY FINANCE CDO P.L.C. 125 OLD BROAD STREET LONDON EC2N 1AR UNITED KINGDOM |

**Total Creditor count  17**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

ORRICK, HERRINGTON & SUTCLIFFE, LLP
ATTN: STEVEN J. FINK ESQ & ROBERT L. SILLS ESQ
51 WEST 52ND STREET
NEW YORK, NY 10019
(COUNSEL TO BALLYROCK)

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: CASEY B. HOWARD ESQ
3 WORLD FINANCIAL CENTER, 20TH FLOOR
NEW YORK, NY 10281
(COUNSEL TO WELLS FARGO)