UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (SCC)
                                                               :
                    Debtors.                                   :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 46234
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 4, 2014, I caused to be served the "Reply to Claimants Asserting Claims Against Lehman Brothers Holdings Inc. with Corresponding Allowed Claims Against Lehman Brothers Inc. (Claim Nos. 460, 7258, 10365, 13125, 13126, 13127, 14399, 14400 & 67020)," dated September 4, 2014 [Docket No. 46234], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Carol Zhang*
                                                    Carol Zhang

Sworn to before me this
5th day of September, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | judy.morse@crowedunlevy.com |
| aalfonso@willkie.com | jvail@ssrl.com |
| abeaumont@fklaw.com | jwcohen@daypitney.com |
| abraunstein@riemerlaw.com | jweiss@gibsondunn.com |
| acaton@kramerlevin.com | jwest@velaw.com |
| adarwin@nixonpeabody.com | jwh@njlawfirm.com |
| adiamond@diamondmccarthy.com | kanema@formanlaw.com |
| aeckstein@blankrome.com | karen.wagner@dpw.com |
| aentwistle@entwistle-law.com | karl.geercken@alston.com |
| afriedman@irell.com | kdwbankruptcydepartment@kelleydrye.com |
| agbanknewyork@ag.tn.gov | keckhardt@hunton.com |
| aglenn@kasowitz.com | keith.simon@lw.com |
| agold@herrick.com | ken.coleman@allenovery.com |
| agoldstein@tnsj-law.com | ken.higman@hp.com |
| agottfried@morganlewis.com | kerry.moynihan@hro.com |
| aisenberg@saul.com | kgwynne@reedsmith.com |
| akadish@dtlawgroup.com | kiplok@hugheshubbard.com |
| akantesaria@oppenheimerfunds.com | kit.weitnauer@alston.com |
| akolod@mosessinger.com | kjarashow@stutman.com |
| alum@ftportfolios.com | kkelly@ebglaw.com |
| amarder@msek.com | kkolbig@mosessinger.com |
| amartin@sheppardmullin.com | klyman@irell.com |
| amcmullen@boultcummings.com | klynch@formanlaw.com |
| amenard@tishmanspeyer.com | kmayer@mccarter.com |
| amh@amhandlerlaw.com | kobak@hugheshubbard.com |
| andrew.brozman@cliffordchance.com | korr@orrick.com |
| andrew.lourie@kobrekim.com | kovskyd@pepperlaw.com |
| angelich.george@arentfox.com | kressk@pepperlaw.com |
| angie.owens@skadden.com | kreynolds@mklawnyc.com |
| ann.reynaud@shell.com | krodriguez@allenmatkins.com |
| anthony_boccanfuso@aporter.com | krosen@lowenstein.com |
| aoberry@bermanesq.com | kurt.mayr@bgllp.com |
| aostrow@beckerglynn.com | lacyr@sullcrom.com |
| apalazzolo@fzwz.com | landon@slollp.com |
| appleby@chapman.com | lapeterson@foley.com |
| aquale@sidley.com | lawallf@pepperlaw.com |
| arainone@bracheichler.com | lawrence.gelber@srz.com |
| arheaume@riemerlaw.com | lberkoff@moritthock.com |
| arlbank@pbfcm.com | lee.stremba@troutmansanders.com |
| arosenblatt@chadbourne.com | lgranfield@cgsh.com |
| arthur.rosenberg@hklaw.com | lhandelsman@stroock.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| arwolf@wlrk.com | lhill@reedsmith.com |
| aseuffert@lawpost-nyc.com | lhoffman@deilylawfirm.com |
| ashmead@sewkis.com | linda.boyle@twtelecom.com |
| asnow@ssbb.com | lisa.solomon@att.net |
| asomers@rctlegal.com | ljkotler@duanemorris.com |
| aunger@sidley.com | lkatz@ltblaw.com |
| austin.bankruptcy@publicans.com | lkiss@klestadt.com |
| avenes@whitecase.com | lmarinuzzi@mofo.com |
| azylberberg@whitecase.com | lmay@coleschotz.com |
| bankr@zuckerman.com | lmcgowen@orrick.com |
| bankruptcy@goodwin.com | lml@ppgms.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | millee12@nationwide.com |
| cszyfer@stroock.com | miller@taftlaw.com |
| cwalsh@mayerbrown.com | mimi.m.wong@irscounsel.treas.gov |
| cward@polsinelli.com | mitchell.ayer@tklaw.com |
| cweber@ebg-law.com | mjedelman@vedderprice.com |
| cweiss@ingramllp.com | mjr1@westchestergov.com |
| dallas.bankruptcy@publicans.com | mlahaie@akingump.com |
| dave.davis@isgria.com | mlandman@lcbf.com |
| david.bennett@tklaw.com | mlichtenstein@crowell.com |
| david.heller@lw.com | mlynch2@travelers.com |
| david.livshiz@freshfields.com | mmendez@crb-law.com |
| david.powlen@btlaw.com | mmorreale@us.mufg.jp |
| davids@blbglaw.com | mneier@ibolaw.com |
| davidwheeler@mvalaw.com | monica.lawless@brookfieldproperties.com |
| dbarber@bsblawyers.com | mpage@kelleydrye.com |
| dbaumstein@whitecase.com | mparry@mosessinger.com |
| dbesikof@loeb.com | mprimoff@kayescholer.com |
| dcimo@gjb-law.com | mpucillo@bermanesq.com |
| dcoffino@cov.com | mrosenthal@gibsondunn.com |
| dcrapo@gibbonslaw.com | mrothchild@mofo.com |
| ddavis@paulweiss.com | mruetzel@whitecase.com |
| ddrebsky@nixonpeabody.com | mschimel@sju.edu |
| ddunne@milbank.com | msegarra@mayerbrown.com |
| deggermann@kramerlevin.com | mshiner@tuckerlaw.com |
| deggert@freebornpeters.com | msolow@kayescholer.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| demetra.liggins@tklaw.com | mspeiser@stroock.com |
| dfelder@orrick.com | mstamer@akingump.com |
| dflanigan@polsinelli.com | munno@sewkis.com |
| dgrimes@reedsmith.com | mvenditto@reedsmith.com |
| dhayes@mcguirewoods.com | mwarner@coleschotz.com |
| dheffer@foley.com | mwarren@mtb.com |
| dhurst@coleschotz.com | nathan.spatz@pillsburylaw.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmarkham@gibbonslaw.com | notice@bkcylaw.com |
| dmcguire@winston.com | nyrobankruptcy@sec.gov |
| dmiller@steinlubin.com | otccorpactions@finra.org |
| dmurray@jenner.com | paronzon@milbank.com |
| dneier@winston.com | pbattista@gjb-law.com |
| dodonnell@milbank.com | pbosswick@ssbb.com |
| dove.michelle@dorsey.com | pdublin@akingump.com |
| dpegno@dpklaw.com | peisenberg@lockelord.com |
| draelson@fisherbrothers.com | peter.gilhuly@lw.com |
| drosenzweig@fulbright.com | peter.macdonald@wilmerhale.com |
| drosner@goulstonstorrs.com | peter.simmons@friedfrank.com |
| drosner@kasowitz.com | peter@bankrupt.com |
| dshaffer@wtplaw.com | pfeldman@oshr.com |
| dshemano@peitzmanweg.com | pfinkel@wilmingtontrust.com |
| dspelfogel@foley.com | phayden@mcguirewoods.com |
| dtatge@ebglaw.com | philip.wells@ropesgray.com |
| dtheising@harrisonmoberly.com | pmaxcy@sonnenschein.com |
| dwdykhouse@pbwt.com | ppascuzzi@ffwplaw.com |
| dwildes@stroock.com | ppatterson@stradley.com |
| dworkman@bakerlaw.com | psp@njlawfirm.com |
| easmith@venable.com | ptrain-gutierrez@kaplanlandau.com |
| ecohen@russell.com | ptrostle@jenner.com |
| edward.flanders@pillsburylaw.com | raj.madan@skadden.com |
| efleck@milbank.com | ramona.neal@hp.com |
| efriedman@fklaw.com | raul.alcantar@alcantarlaw.com |
| efriedman@friedmanspring.com | rbeacher@pryorcashman.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| eglas@mccarter.com | rbernard@foley.com |
| ekbergc@lanepowell.com | rbyman@jenner.com |
| eleicht@whitecase.com | rdaversa@orrick.com |
| ellen.halstead@cwt.com | relgidely@gjb-law.com |
| emagnelli@bracheichler.com | rflanagan@flanassoc.com |
| emerberg@mayerbrown.com | rfriedman@silvermanacampora.com |
| enkaplan@kaplanlandau.com | rgmason@wlrk.com |
| eobrien@sbchlaw.com | rgoodman@moundcotton.com |
| eschwartz@contrariancapital.com | rgraham@whitecase.com |
| etillinghast@sheppardmullin.com | rhett.campbell@tklaw.com |
| ezujkowski@emmetmarvin.com | rhorkovich@andersonkill.com |
| fbp@ppgms.com | richard.fingard@newedge.com |
| ffm@bostonbusinesslaw.com | richard.lear@hklaw.com |
| fhenn@law.nyc.gov | richard@rwmaplc.com |
| fhyman@mayerbrown.com | rick.murphy@sutherland.com |
| foont@foontlaw.com | rjones@boultcummings.com |
| fritschj@sullcrom.com | rleek@hodgsonruss.com |
| fsosnick@shearman.com | rlevin@cravath.com |
| fyates@sonnenschein.com | rmatzat@hahnhessen.com |
| gabriel.delvirginia@verizon.net | rnetzer@willkie.com |
| gary.ravertpllc@gmail.com | robert.dombroff@bingham.com |
| gbray@milbank.com | robert.honeywell@klgates.com |
| george.south@dlapiper.com | robert.malone@dbr.com |
| ggitomer@mkbattorneys.com | robert.yalen@usdoj.gov |
| ggoodman@foley.com | robin.keller@lovells.com |
| giddens@hugheshubbard.com | roger@rnagioff.com |
| gkaden@goulstonstorrs.com | ronald.silverman@bingham.com |
| glenn.siegel@dechert.com | ross.martin@ropesgray.com |
| gmoss@riemerlaw.com | rpedone@nixonpeabody.com |
| goldenberg@ssnyc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | russj4478@aol.com |
| hbeltzer@mayerbrown.com | rwasserman@cftc.gov |
| heim.steve@dorsey.com | sabin.willett@bingham.com |
| heiser@chapman.com | sabramowitz@velaw.com |
| hmagaliff@r3mlaw.com | sabvanrooy@hotmail.com |
| hollace.cohen@troutmansanders.com | sally.henry@skadden.com |
| holsen@stroock.com | samuel.cavior@pillsburylaw.com |
| howard.hawkins@cwt.com | sandyscafaria@eaton.com |
| hseife@chadbourne.com | scargill@lowenstein.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hsnovikoff@wlrk.com | schager@ssnyc.com |
| hsteel@brownrudnick.com | schannej@pepperlaw.com |
| ian.roberts@bakerbotts.com | schepis@pursuitpartners.com |
| icatto@mwe.com | schnabel.eric@dorsey.com |
| igoldstein@proskauer.com | schristianson@buchalter.com |
| ilevee@lowenstein.com | schwartzmatthew@sullcrom.com |
| irethy@stblaw.com | scott.golden@hoganlovells.com |
| israel.dahan@cwt.com | scottj@sullcrom.com |
| iva.uroic@dechert.com | scottshelley@quinnemanuel.com |
| jacobsonn@sec.gov | scousins@armstrongteasdale.com |
| jalward@blankrome.com | sdnyecf@dor.mo.gov |
| james.heaney@lawdeb.com | seba.kurian@invesco.com |
| james.mcclammy@dpw.com | sehlers@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sfalanga@connellfoley.com |
| jamesboyajian@gmail.com | sfelderstein@ffwplaw.com |
| jamestecce@quinnemanuel.com | sfineman@lchb.com |
| jar@outtengolden.com | sfox@mcguirewoods.com |
| jason.jurgens@cwt.com | sgordon@cahill.com |
| jay.hurst@oag.state.tx.us | sgraziano@blbglaw.com |
| jay@kleinsolomon.com | sgubner@ebg-law.com |
| jbeemer@entwistle-law.com | sharbeck@sipc.org |
| jbeiers@co.sanmateo.ca.us | shari.leventhal@ny.frb.org |
| jbird@polsinelli.com | shgross5@yahoo.com |
| jbromley@cgsh.com | sidorsky@butzel.com |
| jcarberry@cl-law.com | sldreyfuss@hlgslaw.com |
| jchristian@tobinlaw.com | sleo@bm.net |
| jchubak@proskauer.com | slerman@ebglaw.com |
| jclose@chapman.com | slerner@ssd.com |
| jdoran@haslaw.com | slevine@brownrudnick.com |
| jdrucker@coleschotz.com | sloden@diamondmccarthy.com |
| jdwarner@warnerandscheuerman.com | smillman@stroock.com |
| jdweck@sutherland.com | smulligan@bsblawyers.com |
| jdyas@halperinlaw.net | snewman@katskykorins.com |
| jean-david.barnea@usdoj.gov | sory@fdlaw.com |
| jeanites@whiteandwilliams.com | squsba@stblaw.com |
| jeannette.boot@wilmerhale.com | sree@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffrey.sabin@bingham.com | sselbst@herrick.com |
| jeldredge@velaw.com | sshimshak@paulweiss.com |
| jennifer.demarco@cliffordchance.com | sskelly@teamtogut.com |
| jennifer.gore@shell.com | sstarr@starrandstarr.com |

6

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfalgowski@reedsmith.com | steele@lowenstein.com |
| jfreeberg@wfw.com | stephen.cowan@dlapiper.com |
| jg5786@att.com | stephen.hessler@kirkland.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jgoodchild@morganlewis.com | steven.usdin@flastergreenberg.com |
| jguy@orrick.com | steven.wilamowsky@bingham.com |
| jhiggins@fdlaw.com | streusand@slollp.com |
| jhorgan@phxa.com | susheelkirpalani@quinnemanuel.com |
| jhuggett@margolisedelstein.com | sweyl@haslaw.com |
| jim@atkinslawfirm.com | swolowitz@mayerbrown.com |
| jjoyce@dresslerpeters.com | szuch@wiggin.com |
| jjtancredi@daypitney.com | tannweiler@greerherz.com |
| jjureller@klestadt.com | tbrock@ssbb.com |
| jlamar@maynardcooper.com | tdewey@dpklaw.com |
| jlawlor@wmd-law.com | tgoren@mofo.com |
| jlee@foley.com | thaler@thalergertler.com |
| jlevitin@cahill.com | thomas.califano@dlapiper.com |
| jlscott@reedsmith.com | timothy.harkness@freshfields.com |
| jmaddock@mcguirewoods.com | tjfreedman@pbnlaw.com |
| jmakower@tnsj-law.com | tkiriakos@mayerbrown.com |
| jmazermarino@msek.com | tlauria@whitecase.com |
| jmelko@gardere.com | tmacwright@whitecase.com |
| jmerva@fult.com | tmarrion@haslaw.com |
| jmmurphy@stradley.com | tnixon@gklaw.com |
| jmr@msf-law.com | toby.r.rosenberg@irscounsel.treas.gov |
| jnadritch@olshanlaw.com | tomwelsh@orrick.com |
| jnm@mccallaraymer.com | tsalter@blankrome.com |
| john.monaghan@hklaw.com | tslome@msek.com |
| john.mule@ag.state.mn.us | tunrad@burnslev.com |
| john.rapisardi@cwt.com | twheeler@lowenstein.com |
| jonathan.goldblatt@bnymellon.com | villa@slollp.com |
| jonathan.henes@kirkland.com | vmilione@nixonpeabody.com |
| jorbach@hahnhessen.com | vrubinstein@loeb.com |
| joseph.cordaro@usdoj.gov | wanda.goodloe@cbre.com |
| joseph.serino@kirkland.com | wballaine@lcbf.com |
| joshua.dorchak@bingham.com | wbenzija@halperinlaw.net |
| jowen769@yahoo.com | wchen@tnsj-law.com |
| joy.mathias@dubaiic.com | wcurchack@loeb.com |
| jpintarelli@mofo.com | wdase@fzwz.com |
| jporter@entwistle-law.com | wfoster@milbank.com |
| jprol@lowenstein.com | will.sugden@alston.com |

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | wiltenburg@hugheshubbard.com |
| jrsmith@hunton.com | wisotska@pepperlaw.com |
| jschiller@bsfllp.com | wk@pwlawyers.com |
| jschreib@chapman.com | wmaher@wmd-law.com |
| jschwartz@hahnhessen.com | wmarcari@ebglaw.com |
| jsheerin@mcguirewoods.com | wmckenna@foley.com |
| jshenwick@gmail.com | wrightth@sullcrom.com |
| jsherman@bsfllp.com | wsilverm@oshr.com |
| jshickich@riddellwilliams.com | wswearingen@llf-law.com |
| jsmairo@pbnlaw.com | wtaylor@mccarter.com |
| jstoll@mayerbrown.com | wweintraub@stutman.com |
| jsullivan@mosessinger.com | wzoberman@bermanesq.com |
| jtimko@shutts.com | yuwatoko@mofo.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

chan.lori@gmail.com
jcramer@visionpartners.com
nirajshah_2000@yahoo.com
scotty6441@aol.com

1

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

| Claim Name | Address Information |
|---|---|
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| CRAMER, REBEKAH W. | 2670 MANOR PL ELLENWOOD GA 302942544 |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 02052 |
| SHAH, NIRAJ | 107 WEST PASSAIC AVENUE BLOOMFIELD NJ 07003 |
| TWITCHELL, DARYL M. | 11 SILVER RIDGE ROAD NEW CANAAN CT 06840 |

**Total Creditor count  6**