**Presentment Date and Time: September 16, 2014 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: September 16, 2014 at 11:30 a.m. (Prevailing Eastern Time)**

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
I-Heng Hsu

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No. 08-13555 (SCC)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
---------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER**
**SETTING A PRE-EVIDENTIARY HEARING SCHEDULE**
**REGARDING CLAIMS NUMBER 37355 AND NUMBER 37356**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation, Agreement and Order Regarding Claims Number 37355 and Number 37356 Setting a Pre-evidentiary Hearing Schedule (the "Stipulation") to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on **September 16, 2014 at 12:00 noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulation, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **September 16, 2014 at 11:30 a.m. (Prevailing Eastern Time)**, the Stipulated Order Setting a Pre-evidentiary Hearing Schedule may be signed.

Dated:   September 9, 2014             Respectfully submitted,
         New York, New York

                                        _/s/ I-Heng Hsu_____
                                       Jayant W. Tambe
                                       Laura W. Sawyer
                                       I-Heng Hsu
                                       JONES DAY
                                       222 East 41st Street
                                       New York, New York  10017
                                       Telephone:  (212) 326-3939
                                       Facsimile:  (212) 755-7306

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In re:  :  **Chapter 11**

**LEHMAN BROTHERS HOLDINGS INC., et al.**  :  Case No. 08-13555 (SCC)

Debtors.  :  (Jointly Administered)

:

------------------------------------------------------------------- x

### STIPULATION, AGREEMENT AND ORDER REGARDING CLAIMS NUMBER 37355 AND NUMBER 37356 SETTING A PRE-EVIDENTIARY HEARING SCHEDULE

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* (the "Plan"), and the Washington State Tobacco Settlement Authority ("Washington TSA") and, together with the Plan Administrator, (the "Parties"), hereby stipulate and agree as follows:

### RECITALS

WHEREAS, the Court has scheduled the evidentiary hearing of this action to begin on November 4, 2014 (the "Hearing Date");

WHEREAS, to assist the orderly and efficient preparation for the evidentiary hearing, the parties desire to establish a pre-evidentiary hearing schedule for certain events;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record, and, upon court approval hereof, it shall be ordered that the schedule of pre-evidentiary hearing events in the above-captioned case shall be as follows:

| Event | Deadline |
|---|---|
| Parties exchange witness lists | September 5, 2014 |
| Parties exchange deposition designations | September 12, 2014 |
| Parties exchange proposed exhibit lists and copies of proposed exhibits | September 26, 2014 |
| Parties exchange counter deposition designations | October 3, 2014 |
| Parties exchange proposed uncontested facts | October 3, 2014 |
| Parties object to proposed exhibits | October 10, 2014 |
| Submission to the Court of deposition designations | October 14, 2014 |
| Submission to the Court of Joint Statement of Uncontested Facts | October 14, 2014 |
| Parties agree upon joint exhibits, to the extent possible | October 17, 2014 |
| Submission to the Court of Pre-Hearing Briefs | October 21, 2014 |
| Submission to the Court of Motions in Limine | October 23, 2014 |
| Submission to the Court of Witness Lists | October 27, 2014 |
| Submission to the Court of joint and individual exhibit lists, as well as pre-marked joint and individual exhibits | October 30, 2014 |
| Submission to the Court of Oppositions to the Motions in Limine | October 31, 2014 |

IT IS HEREBY FURTHER STIPULATED AND AGREED that the deadlines in the preceding schedule shall be for service on opposing counsel of record.

IT IS HEREBY FURTHER STIPULATED AND AGREED that service shall be by electronic mail, with hardcopy service by hand or overnight delivery for the next business day.

| | |
|---|---|
| Dated: Seattle, Washington<br>September 5, 2014 | PACIFICA LAW GROUP LLP<br>By: /s/ *Paul J. Lawrence*<br>Paul J. Lawrence<br>Kymberly K. Evanson<br>1191 Second Avenue, Suite 2100<br>Seattle, WA 98101<br>Telephone: 206-245-1700<br>Facsimile: 206-245-1750 |
| Dated: New York, New York<br>September 5, 2014 | RICH MICHAELSON MAGALIFF MOSER, LLP<br><br>By: /s/ *Eric T. Moser*<br>Eric T. Moser<br>Robert N. Michaelson<br>340 Madison Avenue, 19th Floor<br>Telephone: (212) 220-9402<br>Facsimile: (212) 913-9642<br><br>*Attorneys for Washington State Tobacco Settlement Authority* |
| Dated: New York, New York<br>September 9, 2014 | JONES DAY<br><br>By: /s/ *Laura W. Sawyer*<br>Jayant W. Tambe<br>Laura W. Sawyer<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3685<br>Facsimile: (212) 755-7306<br><br>*Attorneys for the Debtors* |

**SO ORDERED:**

Dated: New York, New York
      September __, 2014

                                             Honorable Shelley C. Chapman
                                             United States Bankruptcy Judge