B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                  Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bimini Investments S.à r.l. | SL Trade Claim I LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

6, Rue Eugène Ruppert
L-2453 Luxembourg
Luxembourg
Attn: Jerome Devillet
Telephone: +352 26449 615
Email: Jerome.Devillet@intertrustgroup.com

With copies to:
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan
Telephone: 212 478 2310
Facsimile: 212 478 2311
Email: MStephan@Elliottmgmt.com

Court Claim # (if known): _____54846_____
Amount of Claim: $    2,534,694.27    *
Date Claim Filed: _____10-29-2009_____
Phone: _____

Last Four Digits of Acct #: _____

Last Four Digits of Acct#: _____

*plus additional amounts as set forth in the proof of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Name of Transferee

By: _____  Date: __7/11/14_____
Transferee/Transferee's Agent
Elliot Greenberg

By: _____  Date: __7/11/14_____
Transferee/Transferee's Agent
Jérôme Devillet

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Lehman Brothers Holdings Inc. and
       The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SL TRADE CLAIM I LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the **BIMINI INVESTMENTS S.À R.L.** (the "Buyer") all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.,* Chapter 11 Case Number 08-13555 (SCC) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of **$2,534,694.27** (the "Claim") and docketed as claim number **54846**.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th day of July, 2014

| SELLER: | BUYER: |
|---|---|
| **SL TRADE CLAIM I LLC** | **BIMINI INVESTMENTS S.À R.L.** |
| By: Serengeti Asset Management LP, as the Investment Adviser | |
| By: /s/ Marc Baum | By: _____ |
| Name: Marc Baum | Name: |
| Title: Director | Title: |
| | By: _____ |
| | Name: |
| | Title: |

US 100668066v1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th day of July, 2014

SELLER:

**SL TRADE CLAIM I LLC**
 By: Serengeti Asset Management LP,
  as the Investment Adviser

By:_____
Name:
Title:

BUYER:

**BIMINI INVESTMENTS S.À R.L.**

By:_____
Name: Elliot Greenberg
Title: Authorized Signatory

By:_____
Name: Jérôme Devillet
Title: Authorized Signatory