UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                                :
:    Ref. Docket Nos. 45472, 45799,
:    45801, 45821, 45822, 45824, 45825,
:    45827-45829, 45831-45834, 45843,
:    45844, 45861, 45881, 45883, 45884,
:    45888, 45890, 45918, 45919, 45923,
:    45933, 45935, 45941, 45942, 45962,
:    45969, 45991, 46000, 46007-46009,
:    46099, 46132, 46147, 46148
:
---------------------------------------------------------------x
:
In re                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC.,     :    08-13888 (SCC)
:    (Jointly Administered)
Debtors.                                :
:    Ref. Docket No. 395, 396
:
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of September, 2014
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45472, 45799, 45801...46132, 46147, 46148; (08-13888) 395, 396_AFF_9-2-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. JEFF LONGMUIR
     ATTN: DANIEL MIRANDA                            BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                   745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                               NEW YORK NY 10019
```

Please note that your claim # 566962-65 in the above referenced case and in the amount of
    $425,250.00   allowed at $269,960.41      has been transferred **(unless previously expunged by court order)**

```
     LIQUIDATION OPPORTUNITIES MASTER FUND LP
     TRANSFEROR: BARCLAYS BANK PLC
     C/O ALDEN GLOBAL CAPITAL, LLC
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45923       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/02/2014                     Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 2, 2014.

# EXHIBIT B

```
TIME: 11:35:02                                          LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 09/02/14                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: QFR MASTER VICTORIA FUND, L.P. ATTN: JENNA YOO 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: MAJOOR, ROLF BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVE, 13TH FL NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LTD. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS LTD. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: FUNDO DE PENSOES PORTUCEL ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: FUNDO DE PENSOES UNICER ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MGT ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:35:02                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 09/02/14                                         CREDITOR LISTING

Name                                              Address
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, LP                                           SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, LP                                           SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
III, LP                                           SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG
L.P.                                              ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL INSTITUTIONAL PARTNERS,          TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG
L.P.                                              ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
L.P.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
LP                                                SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON PART., L.L.C. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG
                                                  ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: MR. RONNY SCIRE PIAZZA DURANTE, 11 MILANO 20131 ITALY
FARALLON CAPITAL PARTNERS, L.P.                   TRANSFEROR: CANYON BALANCED MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
FINECOBANK SPA                                    TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
GOLDMAN, SACHS & CO.                              TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:35:02                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    3
DATE: 09/02/14                                        CREDITOR LISTING

Name                                              Address
JPMORGAN SECURITIES PLC                           TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179
LEHMAN BROTHERS INTERNATIONAL (EUROPE)            (IN ADMINISTRATION)TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: RUSSELL DOWNS LEVEL 23, 25 CANADA SQUARE
                                                  LONDON  E14 5LS UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MAJOOR, ROLF                                      WERDER STR.  47 HAMBURG  D-20144 GERMANY
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: CHARUTI PATEL 309 WEST 49TH STREET NEW YORK NY 10019
NOONDAY OFFSHORE, INC.                            TRANSFEROR: GOLDMAN, SACHS & CO. C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: MAX STRASBURG C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
NOONDAY OFFSHORE, INC.                            TRANSFEROR: JPMORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                                  SAN FRANCISCO CA 94111
QFR MASTER VICTORIA FUND, L.P.                    C/O SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
QFR MASTER VICTORIA FUND, L.P.                    C/O QFR CAPITAL GROUP, LLC ATTN: JOSE LUIS DAZA ATTN: KRISTEN BOYLE 489 FIFTH AVENUE 31ST FLOOR NEW YORK NY 10167
SANTANDER PRIVATE BANKING SPA                     F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO  20121 ITALY
SOLUS RECOVERY FUND III MASTER LP                 TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR
                                                  NEW YORK NY 10022

Total Number of Records Printed        84
```

EPIQ BANKRUPTCY SOLUTIONS, LLC