UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                      :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :     08-13555 (SCC)
:     (Jointly Administered)
Debtors.                                          :
:
------------------------------------------------------------x     Ref. Docket Nos. 45368, 45977

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of September, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L.
ATTN: MARIA TERESA GUERRA, LEGAL DEPT
PIAZZA F. MEDA, 4
MILAN 20121 ITALY

Additional:

Transferee:  BANCA PASSADORE&C
ATTN: MAURO GATTI
VIA ETTORE VERNAZZA 27
GENOVA 16121 ITALY

**Your transfer of claim # 56938-03 is defective for the reason(s) checked below:**

Other                          The amount on transfer does not match the original ISIN.

Docket Number 45368            Date 07/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 2, 2014.

# EXHIBIT B

```
TIME: 11:30:48                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 09/02/14                                                   CREDITOR LISTING

Name                              Address
BANCA PASSADORE&C                 ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA   16121 ITALY
BANCA POPOLARE DI MILANO SOCIETA  ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN   20121 ITALY
 COOPERATIVE A.R.L.
CITIGROUP FINANCIAL PRODUCTS INC. ATTN: TAYLOR LEAHY 390 GREENWICH ST., 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.     ATTN: TAYLOR LEAHY 390 GREENWICH ST., 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.     TRANSFEROR: TURNPIKE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019


Total Number of Records Printed     6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC