UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                   :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (SCC)
:    (Jointly Administered)
                    Debtors.                                            :
:
------------------------------------------------------------------------x    Ref. Docket No. 45916, 45940,
                                                                             45961, 45972

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
9th day of September, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP GLOBAL MARKETS INC.                    CITIGROUP GLOBAL MARKETS INC.
     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE)   C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON
     ATTN: TAYLOR LEAHY                               ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FLOOR                  1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                                NEW YORK NY 10019
```

Please note that your claim # 562783-83 in the above referenced case and in the amount of
    $502,763.90    allowed at $500,000.00           has been transferred **(unless previously expunged by court order)**

```
          CITIGROUP FINANCIAL PRODUCTS INC.
          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
          ATTN: TAYLOR LEAHY
          390 GREENWICH STREET, 4TH FLOOR
          NEW YORK NY 10013
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 45972      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/03/2014                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 3, 2014.

# EXHIBIT B

08-13555-mg    Doc 46273    Filed 09/09/14    Entered 09/09/14 17:26:36    Main Document
Pg 4 of 5

```
TIME: 10:12:33                                              LEHMAN BROTHERS HOLDING INC.                                                                      PAGE:   1
DATE: 09/03/14                                                  CREDITOR LISTING

Name                                      Address
CITIGROUP FINANCIAL PRODUCTS INC.         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.             C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.             TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
FARALLON CAPITAL (AM) INVESTORS, L.P.     TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LC; ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                          SAN FRANCISCO CA 94111
J.P. MORGAN SECURITIES PLC                TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
LEHMAN BROTHERS INTERNATIONAL (EUROPE)    (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5L5 UNITED KINGDOM
NOONDAY OFFSHORE, INC.                    TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O FARALLON CAPITAL MANAGEMENT, LLC. ATTN:MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100
                                          SAN FRANCISCO CA 94111

Total Number of Records Printed    7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC