UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re                                                         : Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  : 08-13555 (SCC)
                                                              :
                    Debtors.                                  : (Jointly Administered)
------------------------------------------------------------------------x

### ORDER GRANTING MOTION FOR AUTHORIZATION FOR LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN BROTHERS COMMERCIAL CORPORATION TO INVEST DISPUTED CLAIMS RESERVES FOR CLAIM NUMBERS 66455 AND 66476 PURSUANT TO SECTION 8.4 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

Upon the motion (the "Motion")[1] dated August 22, 2014 of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"), for authorization for (a) LBSF to invest the LBSF Investment Amount (as the same may be modified as a result of future Distributions or otherwise) with LBHI, and (b) LBCC to invest the LBCC Investment Amount (as the same may be modified as a result of future Distributions or otherwise) with LBHI, in each case, on the terms and conditions described in the Motion; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the chapter 11 estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that LBSF is authorized to make the LBSF Investment on the terms and conditions contained in the Motion; and it is further

ORDERED that LBCC is authorized to make the LBCC Investment on the terms and conditions contained in the Motion; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 10, 2014
New York, New York

*/s/ Shelley C. Chapman*
UNITED STATES BANKRUPTCY JUDGE