WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING THE PLAN ADMINISTRATOR'S FOUR HUNDRED
EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On August 1, 2014, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), filed with this Court *The Plan Administrator's Four Hundred Eightieth Omnibus Objection to Claims (No Liability Claims)* (the "Claims Objection") [ECF No. 45481].

WEIL:\95087095\2\58399.0011

2. In accordance with the Second Amended Case Management Order, September 2, 2014 at 4:00 p.m. (Prevailing Eastern Time) was established as the deadline for parties to object or file responses to the Claims Objection (the "Objection Deadline"). The Objection Deadline was extended to September 10, 2014 at 4:00 p.m. (the "Extended Deadline") with respect to certain claims subject to the Claims Objection. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Extended Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator, with respect to the claims that are identified on the exhibit to the proposed order attached hereto. Accordingly, the Plan Administrator respectfully requests that the proposed order granting the

Claims Objection annexed hereto as <u>Exhibit A</u>, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: September 10, 2014
       New York, New York

        /s/ Garrett A. Fail
        Garrett A. Fail

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

# EXHIBIT A

**(Proposed Order – ECF No. 45481)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL ORDER GRANTING FOUR HUNDRED**
**EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILTY CLAIMS)**

Upon the four hundred eightieth omnibus objection to claims, dated June 2, 2014 (the "Four Hundred Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the Claims pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Eightieth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eightieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eightieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eightieth Omnibus Objection to Claims.

**ORDERED** that the relief requested in the Four Hundred Eightieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that this Order is without prejudice to those portions of Claims 56668 and 56670 that are not disallowed and expunged pursuant to this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT 1

WEIL:\95087095\2\58399.0011

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNTS SUBJECT TO OBJECTION | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCA MEDIOLANUM S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56626 | $25,411.73 * | $25,411.73* | No Liability |
| 2 | BANCA MONTE DEI PASCHI DI SIENA S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56130 | $36,618.57 * | $36,618.57* | No Liability |
| 3 | BANCA POPOLARE DI MILANO S.C.A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56295 | $1,905.88 | $1,905.88 | No Liability |
| 4 | BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56938 | $129,900.56 | $129,900.56 | No Liability |
| 5 | BANCA POPOLARE PUGLIESE SOCIETA COOPERATIVA PER AZIONI | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56935 | $3,996.94 | $3,996.94 | No Liability |
| 6 | BANCO DE FINANZAS E INVERSIONES S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56560 | $98,724.43 * | $98,724.43* | No Liability |
| 7 | CASSA CENTRALE BANCA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51876 | $28,178.43 * | $28,178.43* | No Liability |
| 8 | CREDITO EMILIANO S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62892 | $35,669.01 * | $35,669.01* | No Liability |
| 9 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56670 | $1,061,627.62 * | $1,021,658.22* | No Liability |

The amount to be disallowed excludes $39,969.40 of claim 56670, which represents €200,000 in notional amounts of Preferred Securities issued by UK Funding II identified by ISIN XS0229269856.

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNTS SUBJECT TO OBJECTION | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56668 | $325,053.84 * | $259,672.71* | No Liability |
| | The amount to be disallowed excludes $65,381.13 of claim 56668, which represents €200,000 in notional amounts of Preferred Securities issued by UK Funding I identified by ISIN XS0215349357, and €200,000 in notional amounts of Preferred Securities issued by UK Funding II identified by ISIN XS0229269856. | | | | | | | |
| 11 | UNIONE DI BANCHE ITALIANE SCPA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56677 | $3,996.94 | $3,996.94 | No Liability |
| | | | | TOTAL | | $1,751,083.95 | $1,645,733.42 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts