# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 478: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ABAXBANK S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16061 | $100,052.00 | $100,052.00 | No Liability |
| 2 | BANK LEUMI LE-ISRAEL B.M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28331 | $145,053.00 * | $145,053.00* | No Liability |
| 3 | CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29599 | $37,704.00 | $37,704.00 | No Liability |
| 4 | GOODRIDGE, JOHN A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9459 | $5,338,260.83 | $50,000.00 | No Liability |
| 5 | JOHN, TAN LYE THIAM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34794 | $25,535.00 * | $25,535.00* | No Liability |
| 6 | NTGI-QM COLLECTIVE DAILY ALL COUNTRY WORLD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31909 | $22,614.94 * | $22,614.94* | No Liability |
| | | | | | TOTAL | $5,669,219.77 | $380,958.94 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts