EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO FINANTIA S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63518 | $28,494.00 * | $2,541.17* | No Liability |
| 2 | BANK HAPOALIM (SWITZERLAND), LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55855 | $63,705,494.00 * | $103,520.75* | No Liability |
| 3 | BANK JULIUS BAER & CO. LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51761 | $100,000.00 * | $31,975.52* | No Liability |
| 4 | CASSA DI RISPARMIO IN BOLOGNA S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49719 | $594,325.35 | $7,369.40 | No Liability |
| 5 | DOTSON INVESTMENTS, LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47171 | $653,141.31 | $57,684.62 | No Liability |
| 6 | INTESA SANPAOLO PRIVATE BANKING S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49719 | $625,500.71 | $25,411.73 | No Liability |
| 7 | INTESA SANPAOLO S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49719 | $7,690,203.18 | $67,341.08 | No Liability |
| 8 | KHALIFA, SHAIKHA H. H. HALA AL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58236 | $568,815.30 * | $75,941.87* | No Liability |
| 9 | VOIGT, ERROL JOHN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59110 | $144,447.72 | $19,385.16 | No Liability |
| | | | | | TOTAL | $74,110,421.57 | $391,171.30 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts