# EXHIBIT 1

## OMNIBUS OBJECTION 469: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23609 | $18,390.00 | $18,390.00 | None |
| 2 | CATERPILLAR INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21572 | $3,990.61 | $3,990.61 | None |
| 3 | CATERPILLAR INC. 401K | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21564 | $819.30 | $819.30 | None |
| 4 | CATERPILLAR INC. VEBA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21563 | $680.79 | $680.79 | None |
| 5 | CHEVRON CORP INTERNATIONAL GROWTH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21562 | $2,330.12 | $2,330.12 | None |
| 6 | DALLAS POLICE & FIRE PENSION SYSTEM SELECT INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21538 | $2,342.75 | $2,342.75 | None |
| 7 | FIDELITY ADVISOR DIVERSIFIED INTERNATIONAL FUND, | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21651 | $32,353.59 | $32,353.59 | None |
| 8 | FIDELITY ADVISOR EQUITY GROWTH FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21641 | $3,533.97 | $3,533.97 | None |
| 9 | FIDELITY ADVISOR NEW INSIGHTS FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21653 | $1,391.27 | $1,391.27 | None |
| 10 | FIDELITY ADVISOR OVERSEAS FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21644 | $3,578.94 | $3,578.94 | None |
| 11 | FIDELITY BLUE CHIP GROWTH FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21647 | $18,732.11 | $18,732.11 | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 469: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 12 FIDELITY CONTRAFUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21640 | $12,301.87 | $12,301.87 | None |
| 13 FIDELITY EUROPE CAPITAL APPRECIATION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21649 | $3,754.98 | $3,754.98 | None |
| 14 FIDELITY EUROPE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21645 | $112,493.21 | $112,493.21 | None |
| 15 FIDELITY EUROPE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23607 | $50,830.00 | $50,830.00 | None |
| 16 FIDELITY FIFTY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21650 | $3,123.01 | $3,123.01 | None |
| 17 FIDELITY GROWTH DISCOVERY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21648 | $1,196.57 | $1,196.57 | None |
| 18 FIDELITY GROWTH STRATEGIES FUND, A SERIES OF FIDELITY MT. VERNON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21616 | $999.84 | $999.84 | None |
| 19 FIDELITY INTERNATIONAL DISCOVERY FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21646 | $18,460.61 | $18,460.61 | None |
| 20 FIDELITY OVERSEAS FUND, A SERIES OF FIDELITY INVESTMENT TRUST | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21921 | $9,267.78 | $9,267.78 | None |
| 21 FIDELITY TREND FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21639 | $1,855.95 | $1,855.95 | None |
| 22 GROWTH PORTFOLIO, | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21642 | $3,638.26 | $3,638.26 | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 69: EXHIBIT 1 - NO LIABILITY

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 23 IPYRAMIS INTERNATIONAL GROWTH FUND LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21566 | $1,086.70 | $1,086.70 | None |
| 24 IPYRAMIS SELECT INTERNATIONAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21565 | $467.29 | $467.29 | None |
| 25 IPYRAMIS SELECT INTERNATIONAL EQUITY FUND LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21567 | $229.30 | $229.30 | None |
| 26 KENTUCKY RETIREMENT SYSTEMS INSURANCE FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21561 | $2,557.29 | $2,557.29 | None |
| 27 KENTUCKY RETIREMENT SYSTEMS PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21560 | $7,971.98 | $7,971.98 | None |
| 28 MID CAP PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21652 | $1,293.40 | $1,293.40 | None |
| 29 MINNESOTA STATE BOARD OF INVESTMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21569 | $2,672.32 | $2,672.32 | None |
| 30 MINNESOTA STATE BOARD OF INVESTMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/11/2009 | 65404 | $102,302.87 | $1,504.84 | $100,798.03 |
| 31 OHIO POLICE AND FIRE PENSION FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21559 | $3,261.99 | $3,261.99 | None |
| 32 OREGON INVESTMENT COUNCIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21543 | $13,196.71 | $10,851.64 | $2,345.07 |
| 33 OREGON INVESTMENT COUNCIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21655 | $956.70 | $956.70 | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 169: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 34 | OVERSEAS PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21643 | $5,932.38 | $5,932.38 | None |
| 35 | PENSION FUND SOCIETY OF THE BANK OF MONTREAL, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23608 | $1,601.00 | $1,601.00 | None |
| 36 | PRIM SELECT INTERNATIONAL PORTFOLIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21533 | $5,500.43 | $5,500.43 | None |
| 37 | PRINCIPAL FUNDS, INC. - INTERNATIONAL FUND I | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21537 | $18,863.22 | $18,863.22 | None |
| 38 | PYRAMIS SELECT GLOBAL EQUITY COMMINGLED POOL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/11/2009 | 65411 | $21,780.91 | $230.62 | $21,550.29 |
| 39 | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21552 | $4,662.88 | $3,835.37 | $827.51 |
| 40 | STANLIB WEALTH MANAGEMENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21570 | $18.47 | $18.47 | None |
| | | | | TOTAL | | $500,421.37 | $374,900.47 | $125,520.90 |

\* - Indicates claim contains unliquidated and/or undetermined amounts