Edward J. Leen
MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for Värde Investment Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                        :     Chapter 11 Case No.
                                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (SCC)
                                                                                  :
                          Debtors.                                    :     (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Värde Investment Partners, L.P. hereby withdraws its Evidence of Transfer of Claim (Claim #17199) filed on August 7, 2014 (ECF Docket No. 45631) from Deutsche Bank AG, London Branch to Värde Investment Partners, L.P. in the amount of USD 25,000,000.00.

Respectfully submitted this 11th day of September, 2014

/s/ Edward J. Leen
Edward J. Leen

MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for Värde Investment Partners, L.P.*

119-1648/CERTS/4395002.1