**<u>EXHIBIT 1</u>**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## OMNIBUS OBJECTION 479: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | POUDRE VALLEY HEALTH CARE, INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14735 | $3,000,000.00 * | $3,000,000.00* | No Liability |
| 2 | TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO ELECTRONICS DEFINED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9904 | $59,439.12 | $18,027.60 | No Liability |

A portion of this claim was expunged in the Order Granting the Four Hundred Seventieth Omnibus Objection to Claims (No Liability Claims) [ECF No. 45218].

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 3 | VERMONT PENSION INVESTMENT COMMITTEE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16012 | $151,569.54 | $151,569.54 | No Liability |
| | | | | TOTAL | | $3,211,008.66 | $3,169,597.14 | |