**EXHIBIT 2**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 479: EXHIBIT 2 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ABSA BANK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18071 | $2,404,334.00 * | $2,404,334.00* | No Liability |
| 2 | CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21620 | $131,097.00 | $131,097.00 | No Liability |
| 3 | GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15824 | $118,052.57 * | $118,052.57* | No Liability |
| 4 | GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15891 | $427,365.44 * | $427,365.44* | No Liability |
| 5 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18217 | $724,723.40 * | $724,723.40* | No Liability |
| 6 | INVESCO VAN KAMPEN EQUITY AND INCOME FUND | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27105 | $810,393.00 * | $810,393.00* | No Liability |
| 7 | J.P. MORGAN SUISSE SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25133 | $70,140.00 * | $70,140.00* | No Liability |
| 8 | J.P. MORGAN TRUST COMPANY (BAHAMAS) LTD AS TRUSTEE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25131 | $127,000.00 * | $127,000.00* | No Liability |
| 9 | KAUPTHING BANK HF. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20249 | $3,485,908.80 * | $3,485,908.80* | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 479: EXHIBIT 2 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | LUTHERAN HILLSIDE VILLAGE, INC. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23893 | $370,485.80 | $370,485.80 | No Liability |
| | | | | TOTAL | | $8,669,500.01 | $8,669,500.01 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts