

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

DZ PRIVATBANK (Schweiz) AG
Münsterhof 12, Postfach
CH-8022 Zürich

Ansprechpartner:
Vreni Münzenmayer
Handlungsbevollmächtigte
OPS-WA

Telefon +41 44 214-9036
Telefax +41 44 9489

vreni.muenzenmayer@dz-privatbank.com
www.dz-privatbank.com

Zürich, 29. August 2014 MUV

**TRANSFER OR CLAIM OTHER THAN FOR SECURITY and EVIDENCE OF TRANSFER OF CLAIM**

<u>Credit Suisse AG to DZ Privatbank (Schweiz) AG: Court Claim 55813</u>

Dear Madam, Dear Sir

Please find enclosed mentioned duly signed forms.

Yours sincerely,

*(signature)*

Vreni Münzenmayer
Assistant Manager

Generaldirektion:
Dr. Marion Pester (Vorsitzende)
Klaus-Peter Bräuer
Felix Kirschner

Vorsitzender des Verwaltungsrates:
Lars Hille

Sitz:
Zürich, Schweiz

Handelsregister:
CH-020.3.906.593-1

CH-Mehrwertsteuernummer:
CHE-116.285.903 MWST

DÜSSELDORF
FRANKFURT
HAMBURG
HANNOVER
LUXEMBURG
MÜNCHEN
NÜRNBERG
SINGAPUR
STUTTGART
ZÜRICH

1/1


Genossenschaftliche FinanzGruppe
Volksbanken Raiffeisenbanken



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DZ Privatbank (Schweiz) AG
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices
to transferee should be sent:

DZ Privatbank (Schweiz) AG
Attn. Corporate Actions
Münsterhof 12 / Postfach
CH-8022 Zürich
SWITZERLAND

Court Claim # (if known): 55813
Date Claim Filed: 29.10.2009
Amount of Claim: USD 100,000
Portion of Claim Transferred (see Schedule I): _____

Phone: +41 44214-9400
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ P. Schnetzer    i.V. V. Münzenmayer    Date: Zurich, 29.08.2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DZ PRIVATBANK (Schweiz) AG**
Münsterhof 12 | Postfach | CH-8022 Zürich
Telefon +41 44 214-9111 | Fax +41 44 214-9285
info.ch@dz-privatbank.com | www.dz-privatbank.com

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **DZ Privatbank (Schweiz) AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **August 18, 2014.**

**Credit Suisse AG**

By: _[signature]_
Name: Claudio P. Sieber
Title: AVP

By: _[signature]_
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0336320022 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | USD 100,000 |