```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/15/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NEWPORT GLOBAL ADVISORS LP,

       Appellant,     Case No. 14-cv-6045

-against-

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    **ORDER**

       Appellees.
------------------------------------------------------------------x

  Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure and upon the duly executed stipulation between and among Appellant Newport Global Advisors and Appellees Lehman Brothers Holdings Inc. and its Affiliated Debtors dated August 13, 2014, it is hereby

  ORDERED that the appeal from the *Order Granting the Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims)* entered by the United States Bankruptcy Court for the Southern District of New York on June 25, 2014 [Case No. 08-13555, Docket No. 44863] and the *Memorandum Decision Sustaining Four Hundred Fifty-Eighth Omnibus Objection to Claims (No Liability Claims)*, dated June 18, 2014 [Docket No. 44782], is hereby dismissed with prejudice, with each party to bear its own costs.

  The duly executed stipulation may be found at Docket Entry 5.

**SO ORDERED.**

Dated: August 15, 2014
   New York, New York

                _____
                HONORABLE VALERIE E. CAPRONI
                UNITED STATES DISTRICT JUDGE