UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

                              Debtors.

Chapter 11
Case No. 08-13555 (JMP)

Jointly Administered

## RELEASE AND DISCHARGE OF CHARGING LIEN

**PLEASE TAKE NOTICE** that the firm of Morrison Cohen LLP hereby RELEASES AND DISCHARGES the charging lien which it asserted on December 9, 2013 on any claim or right of recovery of Edward Park ("Mr. Park") in these cases and said released lien shall no longer attach to or be enforceable against any settlement or judgment that has been, or may be, entered in Mr. Park's behalf and/or to any proceeds due to Mr. Park on account of any settlement, judgment, or other resolution of the Proof of Claim he filed in above-captioned cases.

Dated: New York, New York
         August 25, 2014

                                      MORRISON COHEN, LLP

                                      By: _____
                                           Jerome Tarnoff
                                       909 Third Avenue, 27th Floor
                                       New York, NY 10022
                                       (212) 735-8600
Former Attorneys for Creditor
Edward Park

#5276864 v1 \021269 \0001

TO:    Stephen V. Falanga, Esq.
CONNELL FOLEY LLP
888 Seventh Avenue, 9th Floor
New York, NY 10106212-685-7600
SFalanga@connellfoley.com

Garrett Fail, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
garrett.fail@weil.com

Matthew Kliegman
2307 Avery Court - Building 4
Somerset, New Jersey 08873
(917) 838-6162
matthewkliegman@gmail.com

#5276864 v1 \021269 \0001