GENERAL RELEASE

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT

Edward Park, of 130 West 30th Street, Apt. 15A, New York, New York 10001, as RELEASOR,

for good and valuable consideration received from **Morrison Cohen LLP, a limited liability partnership, with offices located at 909 Third Avenue, 27th floor, New York, New York 1022**, as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges the RELEASEE, RELEASEE'S parent companies, successors, predecessors, subsidiaries, affiliates, related entities, divisions, agents, assigns, shareholders, officers and directors from any and all liability for claims, rights, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, executions and demands whatsoever, in law or equity, which against the RELEASEE, the RELEASOR, the RELEASOR'S heirs, executors, administrators, successors and assigns, ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this RELEASE.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

*IN WITNESS WHEREOF*, the RELEASOR has executed this RELEASE on the 21 day of August, 2014.

*In presence of:*

_____
EDWARD PARK

STATE OF NEW YORK      )
COUNTY OF NEW YORK   ) ss.:

On August 21, 2014, before me personally came **EDWARD PARK**, to me known and known to me to be the individual described in, and who executed the foregoing GENERAL RELEASE, and duly acknowledged to me that he executed the same.

_____
Notary Public

BRITTANY DANIELLE KOLASINSKI
Notary Public - State of New York
NO. 01KO6258811
Qualified In Suffolk County
My Commission Expires 4/2/16

#5270436 v1 \099996 \0201