**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------X
                                                                  :
In re:                                                            :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :   Case No. 08-13555 (SCC)
                                                                  :
                              Debtors.                            :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------X
```

### NOTICE OF CHANGE OF CLAIMANT NAME AND ADDRESS FOR CLAIM 13075

**PLEASE TAKE NOTICE THAT** Sumitomo Trust & Banking Co., Ltd. ("**SMTB**"), holder of proof of claim number 13075 filed on September 15, 2009 (the "**Claim**") against Lehman Brothers Holdings Inc., has changed its name to: **Sumitomo Mitsui Trust Bank, Limited**.

**PLEASE TAKE FURTHER NOTICE THAT** SMTB has changed its address to:

> SUMITOMO MITSUI TRUST BANK HEAD OFFICE BLDG.
> 1-4-1, MARUNOUCHI, CHIYODA-KU, TOKYO, 100-8233 JAPAN
> Asset-management-product@smtb.jp

**PLEASE TAKE FURTHER NOTICE THAT** notices to SMTB should also be sent to:

> **ALLEN & OVERY LLP**
> Attn: Daniel Guyder and Jonathan Cho
> 1221 Avenue of the Americas
> New York, New York 10020
> daniel.guyder@allenovery.com
> jonathan.cho@allenovery.com

SMTB respectfully requests that the service lists maintained in these cases be updated accordingly, solely with respect to the Claim and not with respect to any other claim of SMTB.

Dated: September 12, 2014
      New York, New York

                                          /s/ Daniel Guyder
                                          Daniel Guyder
                                          Jonathan Cho
                                          **ALLEN & OVERY LLP**
                                          1221 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 610-6300
                                          Facsimile: (212) 610-6399

                                          *Attorneys for Sumitomo Mitsui*
                                          *Trust Bank, Limited*