# LEHMAN BROTHERS

August 25, 2014

Epiq Bankruptcy Solutions, LLC
Email: lehman@epiqsystems.com

VIA EMAIL

Re:  In re Lehman Brothers Holdings Inc. et al., Case No. 08-13555 (JMP)
     Notice and Request for Modification of Claims Register

To Whom It May Concern:

In order to complete the implementation of certain provisions of the Settlement Agreement, dated as of October 24, 2011 (the "Settlement Agreement"), among Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors, the LBLIS Group Entities, the UK Administration Companies, the UK Liquidation Companies and the Other UK Affiliates (in each case as defined in the Settlement Agreement), LBHI and Lehman Brothers International (Europe) (in administration) have taken steps to cancel the portions of certain LBHI issued notes compromised pursuant to the Settlement Agreement (the "Notes").

The Notes were originally included on the proof of claim filed by Wilmington Trust Company, as indenture trustee, claim no. 10082 (the "Proof of Claim"). To give effect to the Settlement Agreement and the cancellation, LBHI, as Plan Administrator, requests that you update the claims register to reflect the withdrawal reduction of the portions of the Proof of Claim indicated on Schedule A attached hereto.

LEHMAN BROTHERS HOLDINGS INC., as Plan Administrator

By: [signature]
Name: Anton Kolev
Title: Co-Treasurer

**Agreed and Acknowledged:**

WILMINGTON TRUST COMPANY, as Indenture Trustee

By: [signature]
Name: [illegible]
Title: Authorized Representative

US_ACTIVE:\44532872\3\58399.0011

# LEHMAN BROTHERS

Schedule A

*Summary by CUSIP:*

| Target CUSIP | Escrow CUSIP | Claim No. | Original Allowed Amount | Cancelled Amount | Adjusted Allowed Amount |
|---|---|---|---|---|---|
| 52517PXM8 | 525ESC5T2 | 10082 | $36,269,875.11 | $141,245.69 | $36,128,629.42 |
| 52517PXW6 | 525ESC6Q7 | 10082 | $66,810,537.50 | $905,098.55 | $65,905,438.95 |
| 52517PZL8 | 525ESCBC2 | 10082 | $17,646,136.67 | $301,300.00 | $17,344,836.67 |
| 52517PSC6 | 525ESC3F4 | 10082 | $1,370,602,808.59 | $2,710,133.06 | $1,367,892,675.53 |
| 52517PVM0 | 525ESC4G1 | 10082 | $491,246,529.43 | $17,196,671.88 | $474,049,857.55 |