# LEHMAN BROTHERS

September 2,
~~August~~ __, 2014

Epiq Bankruptcy Solutions, LLC
Email: lehman@epiqsystems.com

VIA EMAIL

Re:   In re Lehman Brothers Holdings Inc. et al., Case No. 08-13555 (JMP)
      Notice and Request for Modification of Claims Register

To Whom It May Concern:

In order to complete the implementation of certain provisions of the Settlement Agreement, dated as of October 24, 2011 (the "Settlement Agreement"), among Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors, the LBLIS Group Entities, the UK Administration Companies, the UK Liquidation Companies and the Other UK Affiliates (in each case as defined in the Settlement Agreement), LBHI and Lehman Brothers International (Europe) (in administration) have taken steps to cancel the portions of certain LBHI issued notes compromised pursuant to the Settlement Agreement (the "Notes").

The Notes were originally included on Schedule F of LBHI's Schedules of Liabilities (as amended, the "Scheduled Claims"). To give effect to the Settlement Agreement and the cancellation, LBHI, as Plan Administrator, requests that you update the claims register to reflect the withdrawal and reduction of the portions of the Scheduled Claims indicated on Schedule A attached hereto.

LEHMAN BROTHERS HOLDINGS INC., as Plan Administrator

By: _____
Name: Anton Koler
Title: Co-Treasurer

**Agreed and Acknowledged:**

THE BANK OF NEW YORK, as Paying Agent

By: _____
Name: Kim Sham
Title: Client Service Manager

Schedule A

| ISIN | Claim ID in Epiq Records | Original Allowed Amount | Cancelled Amount | Adjusted Allowed Amount |
|---|---|---|---|---|
| XS0224346592 | 555030640 | $2,848,455,358.98 | $28,837,585.14 | $2,819,617,773.84 |
| XS0362467150 | 555030870 | $921,876,293.66 | $6,637,509.31 | $915,238,784.35 |
| XS0282937985 | 555030750 | $2,112,635,036.10 | $2,712,166.60 | $2,109,922,869.50 |
| XS0287044969 | 555031080 | $1,451,717,044.22 | $18,654,564.02 | $1,433,062,480.20 |
| XS0268648952 | 555031040 | $960,410,170.21 | $31,176,391.68 | $929,233,778.53 |
| XS0300055547 | 555030840 | $2,059,377,820.43 | $17,043,225.15 | $2,042,334,595.28 |
| XS0189741001 | 555030590 | $1,112,875,978.45 | $11,777,064.61 | $1,101,098,913.84 |
| XS0326006540 | 555030920 | $2,566,488,762.01 | $225,312,107.96 | $2,341,176,654.05 |
| XS0205185456 | 555030610 | $912,859,482.75 | $19,438,320.78 | $893,421,161.97 |
| XS0128857413 | 555030500 | $465,657,283.48 | $13,656,379.02 | $452,000,904.46 |
| XS0307745744 | 555030850 | $717,437,778.55 | $3,874,164.00 | $713,563,614.55 |
| XS0254171191 | 555030690 | $854,761,572.67 | $14,246,026.21 | $840,515,546.46 |
| XS0193035358 | 555030600 | $719,279,860.85 | $192,251.14 | $719,087,609.71 |
| XS0299141332 | 555030830 | $558,730,921.64 | $3,911,116.45 | $554,819,805.19 |
| XS0288579260 | 555030770 | $639,925,112.23 | $142,095.06 | $639,783,017.17 |
| XS0290745180 | 555030810 | $6,272,962.61 | $62,729.63 | $6,210,232.98 |
| XS0252834576 | 555030670 | $863,751,796.96 | $11,654,890.91 | $852,096,906.05 |
| XS0210414750 | 555030620 | $647,742,547.60 | $2,887,081.07 | $644,855,466.53 |
| XS0183944643 | 555030570 | $1,507,697,857.36 | $19,396,606.12 | $1,488,301,251.24 |