Seqa Capital Master Fund, Ltd.
3 Pepperidge Drive
New York, New York 10956
Telephone: (212) 302-8877
Andrew F. Van Hise

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 21591, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Seqa Capital Master Fund, Ltd. (the "Claimant") in the amount of $2,713,567.58 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: February ___, 2014  [handwritten: 9/15/2014]
New York, New York

_____
Andrew F. Van Hise
Seqa Capital Master Fund, Ltd.
3 Pepperidge Drive
New York, New York 10956
Telephone: (212) 302-8877

US_ACTIVE:\44353393\1\58399.0011