## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNTS SUBJECT TO OBJECTION | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCA MEDIOLANUM S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56626 | $25,411.73 * | $25,411.73* | No Liability |
| 2 | BANCA MONTE DEI PASCHI DI SIENA S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56130 | $36,618.57 * | $36,618.57* | No Liability |
| 3 | BANCA POPOLARE DI MILANO S.C.A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56295 | $1,905.88 | $1,905.88 | No Liability |
| 4 | BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56938 | $129,900.56 | $129,900.56 | No Liability |
| 5 | BANCA POPOLARE PUGLIESE SOCIETA COOPERATIVA PER AZIONI | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56935 | $3,996.94 | $3,996.94 | No Liability |
| 6 | BANCO DE FINANZAS E INVERSIONES S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56560 | $98,724.43 * | $98,724.43* | No Liability |
| 7 | CASSA CENTRALE BANCA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51876 | $28,178.43 * | $28,178.43* | No Liability |
| 8 | CREDITO EMILIANO S.P.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62892 | $35,669.01 * | $35,669.01* | No Liability |
| 9 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56670 | $1,061,627.62 * | $1,021,658.22* | No Liability |

The amount to be disallowed excludes $39,969.40 of claim 56670, which represents €200,000 in notional amounts of Preferred Securities issued by UK Funding II identified by ISIN XS0229269856.

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNTS SUBJECT TO OBJECTION | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56668 | $325,053.84 * | $259,672.71* | No Liability |

The amount to be disallowed excludes $65,381.13 of claim 56668, which represents €200,000 in notional amounts of Preferred Securities issued by UK Funding I identified by ISIN XS0215349357, and €200,000 in notional amounts of Preferred Securities issued by UK Funding II identified by ISIN XS0229269856.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNTS SUBJECT TO OBJECTION | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | UNIONE DI BANCHE ITALIANE SCPA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56677 | $3,996.94 | $3,996.94 | No Liability |
| | | | | TOTAL | | $1,751,083.95 | $1,645,733.42 | |

* - Indicates claim contains unliquidated and/or undetermined amounts