UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**THIRD SUPPLEMENTAL ORDER GRANTING
DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS**

Upon the forty-first objection to claims, dated September 13, 2010 (the "Forty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], disallowing and expunging claim number 67020 of Lori Chan, all as more fully described in the Forty-First Omnibus Objection to Claims; and upon consideration of the response of Lori Chan [ECF No. 12005], the Reply to Claimants Asserting Claims Against Lehman Brothers Holdings Inc. With Corresponding Allowed Claims Against Lehman Brothers Inc. (Claim Nos. 460, 7258, 10365, 13125, 13126, 13127, 14399, 14400 & 67020) [ECF No. 46234], and the arguments at the hearing held on September 9, 2014 (the "Hearing"); and due and proper notice of the Forty-First Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and for the reasons stated by the Court at the Hearing, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Forty-First Omnibus Objection to Claims.

2

**ORDERED** that the relief requested in the Forty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that the claim listed on <u>Exhibit 1</u> annexed hereto is disallowed and expunged in its entirety with prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 17, 2014
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE