3

# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (SCC)

## OMNIBUS OBJECTION 41: EXHIBIT 1

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | CHAN, LORI | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/13/2010 | 67020 | $417,994.37 |
| | | | | | TOTAL | $417,994.37 |