HINCKLEY, ALLEN & SNYDER LLP
20 Church Street
Hartford, CT 06103
Telephone: (860) 725-6200 (Phone)
Facsimile: (860) 278-3802 (Fax)
Thomas S. Marrion

Attorneys for Interested Party: United Church of Christ Retirement Community, Inc.
d/b/a/ Havenwood Heritage Heights

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF APPEARANCES

Please withdraw appearances of the following individuals in the Lehman Brothers Holdings Inc. Chapter 11 bankruptcy matter:

Thomas S. Marrion
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103

Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

Stephen E. Weyl
Hinckley, Allen & Snyder LLP
11 South Main Street, Suite 400
Concord, NH 03301

UNITED CHURCH OF CHRIST
RETIREMENT COMMUNICY, INC.
d/b/a HAVENWOOD HERITAGE
HEIGHTS

By their attorneys,

_____
Thomas S. Marrion
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT  06103
(860) 725-6200 (Phone)
(860) 278-3802 (Fax)
tmarrion@hinckleyallen.com

Dated:      September 8, 2014

-2-

-3-

## CERTIFICATE OF SERVICE

I, Thomas S. Marrion, hereby certify that on this 8th day of September, 2014, I caused to be served a copy of the Notice of Withdrawal of Appearance filed herewith to be served on the attached List.



Thomas S. Marrion
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT  06103
(860) 725-6200 (Phone)
tmarrion@hinckleyallen.com

-3-

-5-

## SERVICE LIST

| | | |
|---|---|---|
| **Adam M. Bialek**<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110 | **Jerrold Lyle Bregman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **David S. Cohen**<br>Milbank, Tweed, Hadley & McCloy LLP<br>International Square Building<br>1850 K Street, NW<br>Suite 1100 |
| **William F. Dahill**<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>Suite 1200<br>New York, NY 10110 | **Brijesh P. Dave**<br>Lehman Brothers Holdings, Inc.<br>1271 Avenue of the Americas<br>New York, NY 10020 | **Joshua Dorchak**<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 |
| **Garrett A. Fail**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Lynn P. Harrison, III**<br>Curtis, Mallet-Prevost, Colt & Mosle,LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | **Diane Harvey**<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| **Jonathan S. Henes**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4675 | **William J. Hine**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 | **Thomas T. Janover**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| **James N. Lawlor**<br>Wollmuth Maher & Deutsch, LLP<br>One Gateway Center<br>9th Floor<br>Newark, NJ 07102 | **Robert J. Lemons**<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Jacqueline Marcus**<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |
| **Arthur J. Margulies**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | **Harvey R. Miller**<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Ralph I. Miller**<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street, N.W.<br>Suite 900<br>Washington, DC 20005 |
| **Paul B. O'Neill**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Steven J. Reisman**<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **Michael A. Rollin**<br>Jones & Keller, PC<br>1999 Broadway<br>Suite 3150<br>Denver, CO 80202 |
| **Benjamin Rosenblum**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | **Shai Waisman**<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | **Jane Rue Wittstein**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

| | | |
|---|---|---|
| **Jeffrey R. Coleman**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | **Christopher K. Kiplok**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | **Sarah K. Loomis Cave**<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| **Daniel Steven Lubell**<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | **William R. Maguire**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | **Jeffrey S. Margolin**<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| **Neil J. Oxford**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | **William Heuer**<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086 | **Andrew Howard Sherman**<br>Sills Cummis Epstein & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| **Elena Paras Ketchum**<br>Stichter Riedel Blain & Prosser, P.A.<br>110 E. Madison Street<br>Suite 200<br>Tampa, FL 33602 | **Andrea B. Schwartz**<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10004 | **Andrew D. Velez-Rivera**<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |
| **David R. Seligman**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | **James H.M. Sprayregen**<br>Kirkland & Ellis LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654 | **Robert K. Dakis**<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| **Dennis F. Dunne**<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | **Eric D. Winston**<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 | **Bruce J. Duke**<br>4201 Grenwich Lane<br>Mt. Laurel, NJ 08054 |
| **Ron Jacobs**<br>Email: rjacobs@bsillc.com | | |