**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**FIFTH SUPPLEMENTAL ORDER GRANTING ONE**
**HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon consideration of the one hundred seventeenth omnibus objection to claims, dated March 25, 2011 (the "One Hundred Seventeenth Omnibus Objection to Claims"), of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, in accordance with section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of claim numbers 7258, 10365, 14399, 14400 & 460 (collectively, the "Claims"), among other claims, on the basis that LBHI has no liability for the Claims, all as more fully described in the One Hundred Seventeenth Omnibus Objection to Claims; and upon consideration of the responses of Janice Bobb, Eric A. Scott, Niraj Shah, and Daryl M. Twitchell [ECF Nos. 16424, 17036, 17053, 16922 & 16766], the Reply to Claimants Asserting Claims Against Lehman Brothers Holdings Inc. With Corresponding Allowed Claims Against Lehman Brothers Inc. (Claim Nos. 460, 7258, 10365, 13125, 13126, 13127, 14399, 14400 & 67020) [ECF No. 46234] , and the arguments at the hearing held on September 9, 2014 (the "Hearing"); and due and proper notice of the One Hundred Seventeenth Omnibus Objection to Claims, the Reply and the

Hearing having been provided, and it appearing that no other or further notice need be provided; for the reasons stated by the Court at the Hearing, it is

**ORDERED** that the relief requested in the One Hundred Seventeenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that the claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 17, 2014
      New York, New York

                                     /S/ Shelley C. Chapman
                                     UNITED STATES BANKRUPTCY JUDGE