## EXHIBIT 1

3

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (SCC)

### OMNIBUS OBJECTION 117: EXHIBIT 1 - NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS

| # | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BOBB, JANICE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7258 | $32,083.99 |
| 2 | SHAH, NIRAJ | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10365 | $28,708.97 |
| 3 | SCOTT, ERIC A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14399 | $25,384.59 |
| 4 | SCOTT, ERIC A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14400 | $25,384.59 |
| 5 | TWITCHELL, DARYL M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/03/2008 | 460 | $20,192.31 |
| | | | | | TOTAL | $131,754.45 |