

Biella, SEPT. 11 2014



Piazza Gaudenzio Sella, 1 - 13900 BIELLA (BI)

**AMMINISTRAZIONE TITOLI**
**TELEFAX**: 0039-015-2433963
**TEL**. 0039-015-3500362
**ADDRESS:** PIAZZA G.SELLA 1
13900 BIELLA (ITALY)
E.MAIL: CARLO.NEGRO@SELLA.IT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATT. CLERK OF COURT
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN

NEW YORK, NY   10004-1408

ATTN CLERK OF COURT.

Please find herewith notice of partial transfer of claim in re. LEHMAN BROTHERS HOLDINGS INC. and agreement and evidence of transfer of claim Lehman Program Security.

If you have any problem do not hesitate to contact Mr. Carlo Negro at tel. +390153501362, e.mail CARLO.NEGRO@SELLA.IT.

Thank you for your cooperation and best regards.

BANCA SELLA HOLDING SPA

(BRUNO TORCHIO MANAGER)



Banca Sella Holding S.p.A. - Sede: Piazza Gaudenzio Sella,1 - 13900 BIELLA (BI) - Tel. 015.35011 - Telefax 015.351767 - Capitale Sociale e Riserve Euro 469.632.431 - Codice ABI 3311 - Iscritta nel Reg. Impr. C.C.I.A.A. di Biella - Cod. FISC. e P. IVA 01709430027 - SWIFT: SELB IT 22 - Aderente al Fondo Interbancario di Tutela dei Depositi - Iscritta all'Albo delle Banche e dei Gruppi Bancari - Capogruppo del Gruppo Banca Sella - Sito Internet http://www.gruppobancasella.it - E-mail: info@gruppobancasella.it

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC. ,   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCA SELLA HOLDING SPA | ERSEL SIM S.P.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Piazza Sella 1
13900 BIELLA- BI

Court Claim # (if known): _____
Amount of Claim: $5,675.80
Date Claim Filed: 10/23/2009

Phone: 00390153500362
Last Four Digits of Acct #: _____

Phone: 00390115520614
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Piazza Sella 1
13900 BIELLA- BI ITALY

Phone: 00390153500362
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BANCA SELLA HOLDING S.P.A. /s/   Date: SEP 11 2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE 1

Amount in dollars ( change rate at 15/09/2008) for the claim transferred:

| ISIN | DESCRIPTION | Euros | Exchange rate 15/09/2008 E/D | Dollars ( $) |
|---|---|---|---|---|
| XS0181945972 | LEHMAN B.TSY EUR 14/1/14 MCP | 4,000.00 | 1.41895 | 5,675.8 |