UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
                                                             :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC.,                              :   (Jointly Administered)
*et al.*,                                                    :
                                                             :
        Debtors.                                             :
                                                             :
------------------------------------------------------------ x

# STIPULATION OF WITHDRAWAL OF APPEAL

Appellants 2138747 Ontario Ltd. and 6785778 Canada Inc. and Appellee Lehman Brothers Holdings Inc. hereby stipulate and agree that, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(1), Appellants' appeal from this Court's *Order Disallowing Proofs Of Claim Filed By 2138747 Ontario Ltd. And 6785778 Canada Inc. (Claim Nos. 33583 And 33586)* entered on August 22, 2014 (Docket No. 46041), is hereby withdrawn, and that the appeal should be dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP | DICKSTEIN SHAPIRO LLP |
| By: /s/ Stephen A. Youngman | By: /s/ Shaya M. Berger |
|     Robert J. Lemons, Esq. |     Deborah A. Skakel |
|     Stephen A. Youngman, Esq. |     Shaya M. Berger |
| 767 Fifth Avenue | 1633 Broadway |
| New York, New York 10153 | New York, New York 10019 |
| Tel: (212) 310-0800 | Tel.: (212) 277-6500 |
| Fax: (212) 310-8007 | Fax: (212) 277-6501 |
| *Attorneys for Lehman Brothers Holdings Inc.* | *Attorneys for 2138747 Ontario Ltd. and 6785778 Canada Inc.* |

Dated: New York, New York
       September 17, 2014

DOCSNY-575127

**SO ORDERED**

Dated:  New York, New York
September 17, 2014

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

DOCSNY-575127