**PSALM** POWER SECTOR ASSETS & LIABILITIES MANAGEMENT CORPORATION




09 September 2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ONE BOWLING GREEN
NEW YORK, NY 100004-1408

Subject:    Change of Name and Address where Notice should be sent

| | |
|---|---|
| Debtor Name and Case Number: | LEHMAN BROTHERS SPECIAL FINANCING INC. 08-13888 |
| Creditor Name and Address: | POWER SECTOR ASSETS AND LIABILITIES MANAGEMENT CORPORATION<br><br>7th Floor Bankmer Building, 6756 Ayala Avenue Makati City, PHILIPPINES |
| Court Claim Number (if known): | |
| Date Claim Filed: | 31 August 2009 |
| Total Amount of Claim Filed: | US$ 3,461,590.93 |

This is to respectfully request that all notices for the abovementioned creditor be sent to the following name and address:

Emmanuel R. Ledesma, Jr.
President and CEO
Power Sector Asssets and Liabilities
Management Corporation
7th Floor, Bankmer Building
6756 Ayala Avenue
Makati City, Philippines
Tel: (632) 902-9006
Email: erledesma@psalm.gov.ph

Thank you.

Very truly yours,

**EMMANUEL R. LEDESMA, JR.**
President & CEO

Cc: EPIC BANKRUPTCY SOLUTIONS, LLC
   Attn: LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
   757 THIRD AVENUE, 3RD FLOOR
   NEW YORK, NEW YORK 10017

7th Floor Bankmer Building 6756 Ayala Avenue, Makati City 1226 Philippines
Tel No. (632) 9029000/Fax No. (632) 8405301 www.psalm.gov.ph