# Hengeler Mueller

Hengeler Mueller • Postfach 17 04 18 • 60078 Frankfurt am Main

VIA COURIER
United States Bankruptcy Court
for the Southern District of New York
Att.: Ms Mary Lopez
One Bowling Green
New York, NY 10014-1408
USA

Dr. Bernhard K. Quensel
Senior Associate

Direktwahl
Direct Number
+49 69 17095-915

E-Mail des Absenders
Sender's E-mail
bernhard.quensel@hengeler.com

Bockenheimer Landstraße 24
60323 Frankfurt am Main
Telefon +49 69 17095-0
Telefax +49 69 17095-099
www.hengeler.com

Frankfurt am Main, 16 September 2014
67120920v1

**In re Lehman Brothers Holdings Inc., et al., Debtors.**
**Case No. 08-13555 (JMP)**
**Form 210A**

Dear Ms Lopez,

With respect to the above captioned case, claims have been partially transferred from Diamond Finance plc to our client, Dr. Christoph A. Bulfon, as evidenced by enclosed originals of Form 210A of 4 September 2014 in relation to:

- Court Claim # 17908 against Lehman Brothers Holding Inc., and
- Court Claim # 17987 against Lehman Brothers Special Financing Inc.

Please confirm receipt of these documents, and invoice the transfer fee(s), by email to franziska.pothmann@hengeler.com. Thank you very much.

Please let us know if you have any questions or if you require any further information or documents for completion of the partial transfer of the Court Claims ## 17908 and 17987 to Dr. Christoph A. Bulfon.

Kind regards,

*Franziska Pothmann*
Franziska Pothmann
Secretary

Enclosures

Hengeler Mueller · Partnerschaft von Rechtsanwälten mbB, Sitz Berlin, AG Berlin-Charlottenburg PR 291

**Düsseldorf**

Albert Heusch
Dr. Klaus Böhlhoff
Dieter Gerhardt
Dr. Hermann Menzel
Hans Peter Hengeler
Prof. Dr. Michael Hoffmann-Becking
Jochen Burrichter
Dr. Axel Baumanns
Dr. Georg Wiesner
Dr. Matthias Blaum
Dr. Thomas Schmidt-Kötters
Dr. Maximilian Schiessl
Dr. Matthias Hentzen
Dr. Andreas Austmann
Dr. Gerd Sassenrath
Dr. Daniel Wilm
Dr. Wolfgang Kellenter
Dr. Wolfgang Meyer-Sparenberg
Prof. Dr. Gerd Krieger
Dr. Christoph Stadler
Dr. Reinhold Ernst
Dr. Hartwin Bungert
Dr. Rainer Krause
Dr. Alf-Henrik Bischke•
Dr. Christian Möller
Dr. Hans-Jörg Niemeyer•
Dr. Thorsten Mäger
Dr. Carsten A. Schapmann
Dr. Georg Seyfarth
Dr. Bernd Wirbel
Dr. Dirk Uwer
Thomas Meurer
Dr. Markus Röhrig•
Dr. Alexander Nolte
Dr. Oliver Rieckers
Dr. Dirk Busch
Dr. Christian Schwandtner
Dr. Christian Wentrup
Dr. Changfeng Tu

Dr. Petra Mennicke•
Dr. Andrea Schlaffge•
Manuela Roeding•
Dr. Daniel Zimmer•

Vicki Treibmann[+]
Daniela Klar[+]
Dr. Astrid Harmsen[+]
Dr. Vera Jungkind[+]
Dr. Laura Sophie Gravenhorst[+]
Dr. Maurice Séché[+]
Robert Stiefelhagen[+]
Dr. Susanne Koch[+]
Patrick Wilkening[+]
Dr. Thomas Paul[+]
Dr. Enno Ahlenstiel[+]
Dr. Holger M. Kleinhenz[+]
Dr. Heiko Gotsche[+]
Dr. Jörg Meinzenbach[+]
Dr. Henrik Humrich[+]
Dr. Philipp Dornbach[+]
Dr. Dennis Schlottmann[+]
Hannah Ehlers[+]
Mikolaj Pogorzelski[+]
Dr. Tobias de Raet[+]
Dr. Martin Ulbrich[+]
Christian Nienkemper[+]
Dr. Marcel Nuys[+]
Dr. Thomas Meyer[+]
Dr. Thomas Nebel[+]
Stefanie Budde[+]
Benedikt Migdal[+]
Dr. Lars Mesenbrink[+]
Dr. Matthias Cloppenburg[+]
Dr. Daniel Möritz[+]
Dr. Irene Kämper[+]
Dr. Eva Frankenberger[+]

**Frankfurt am Main**

Dr. Heinz Wetterkamp
Dr. Michael Thoma, Notar a.D.
Prof. Dr. Hans-Jürgen Hellwig, Notar a.D.
Dr. Hannes Schneider, Notar a.D.
Dr. Burkhardt W. Meister, Notar a.D.
Dr. Bernhard M. Maassen•
Dr. Dieter Beinert, Notar
Dr. Oleg de Lousanoff, Notar
Dr. Peter Heckel
Dr. Ingo Klöcker, Notar
Dr. Michael Baumgartl, Notar
Dr. Hans-Joachim Liebers
Dr. Hendrik Haag
Dr. Horst Satzky
Friedhelm Jacob
Dr. Klaus-Dieter Stephan
Dr. Christof Jäckle
Dr. Peter Weyland
Dr. Stefan Krauss
Dr. Edgar Wallach
Thomas Müller
Dr. Torsten Busch
Dr. Joachim Rosengarten
Dr. Markus Meier
Dr. Daniela Favoccia
Dr. Thomas O. Cron
Dr. Thomas Paul
Dr. Martin Geiger
Dr. Ernst-Thomas Kraft
Dr. Martin Klein
Dr. Wolfgang Groß
Heinrich Knepper
Dr. Dirk H. Bliesener
Dr. Georg Frowein, Notar
Dr. Johannes Tieves
Dr. Frank Burmeister, Notar
Dr. Karsten Schmidt-Hern
Dr. Daniel M. Weiß
Dr. Ralph Defren
Dr. Johannes Adolff
Dr. Carsten van de Sande
Dr. Daniel Kress
Dr. Christian Hoefs
Dr. Stefanie Beinert
Alexander G. Rang
Dr. Matthias Scheifele
Dr. Sven H. Schneider
Dr. Nikolaus Vieten
Dr. Philipp Hanfland
Dr. Christian Schmies
Hendrik Bockenheimer

Martin Peters•
Peter Dampf•
Dr. Mathias Link•
Dr. Axel Gehringer•
Cecilia Di Ció••
Dr. Susan Kempe-Müller•
Dr. Vanessa Wettner•
Bianka Bielecke•

Dr. Sabine van Scherpenberg[+]
Dr. Katharina Gebhardt[+]
Julia Weidner[+]
Dr. Signe Schwarze[+]
Anna Maria Flick[+"]
Heike Kainer[+"]
Dr. Judith Sawang[+]
Dr. Anabel Harting[+]
Dr. Andreas Stoll[+]
Dr. Lucina Berger[+]
Dr. Christian Häußer[+]
Dr. Andreas Hoger[+]
Jan Penselin[+]
Dr. Gunther Wagner[+]
Dr. Tim Schlösser[+]
Dr. Jesko Kamischke[+]
Dr. Daniela Böning[+]
Peter Wehner[+]
Dr. Annika Clauss[+]
Dr. Martin T. Mohr[+]
Christine Messing[+]
Dr. Björn Bork[+]
Dr. Gunnar L. Schmüser[+]
Dr. Steffen C. Hörner[+]
Jan Letto Steffen[+]
Dr. Sonnhild Heinsch[+]
Eckbert Müller[+]
Dr. Maximilian Clostermeyer[+]
Andreas Lischka[+]
Bianca Vogt[+]
Dr. Nicolas Nohlen[+]
Dr. Stephan Hennrich[+]
Johannes von Billerbeck[+]

**Frankfurt am Main**

Dr. Frederik Gärtner[+]
Dr. Martin Tasma[+]
Julia Rost[+]
Dr. Thomas Lang[+]
Dr. Christoph Trautrims[+]
Anne Broll[+]
Dr. Nadine Rinck[+]
Dr. Michael Born[+]
Dr. Daniel Pejko[+]
Lisa Friedsam[+]
Dr. Carl-Philipp Eberlein[+]
Tino Schneider[+]

**Berlin**

Dr. Martin Heidenhain, Notar a.D.
Dr. Julius Budde, Notar
Dr. Cord-Georg Hasselmann, Notar
Dr. Ulrich Blech
John Flüh, Notar
Dr. Stefan Richter
Prof. Dr. Wolfgang Spoerr
Dr. Nicolas Böhm, Notar
Dr. Henning Bälz
Dr. Albrecht Conrad
Dr. Kai-Steffen Scholz
Dr. Jan Bonhage
Dr. Jens Wenzel

Dr. Iris Paetzke•
Dr. Katharina Wodarz•
Fabian Seip•
Andreas Breier•

Johanna Wirth[+]
Nadine Hartung[+]
Dr. André Schneider[+]
Dr. Ralf Willer[+]
Dr. Sebastian Schneider[+]
Dr. Jonas Pape[+]
Dr. Jan-Marco Luczak[+]
Dr. Fabian Quast[+]
Dr. Matthias Berberich[+]
Dr. Marc Roberts[+]
Karolin Hiller[+]
Anna Schulz[+]
Anja Mahnke[+]
Dr. Robert Kilian[+]
Alexander Bekier[+]

**München**

Dr. Gerhard Lang
Dr. Achim Herfs
Prof. Dr. Jochen Vetter
Dr. Hans-Jörg Ziegenhain
Dr. Emanuel P. Strehle
Dr. Viola Sailer-Coceani
Dr. Daniel Wiegand
Dr. Steffen Oppenländer
Dr. Simon Patrick Link

Dr. Anna Schwander•

Dr. Alexander Ego[+]
Dr. Jan-Henning Wyen[+]
Dr. Benjamin Leyendecker-Langner[+]
Dr. Verena Nosch[+]
Marie Heissler[+]
Dr. Georg Heiß[+]
Sebastian Meul[+]
Thomas Krawitz[+]
Dr. Moritz Schuler[+]

**Brüssel**

Dr. Bernhard M. Maassen•
Dr. Hans-Jörg Niemeyer•
Dr. Horst Satzky
Dr. Alf-Henrik Bischke•
Dr. Markus Röhrig•

**London**

Dr. Martin Geiger
Dr. Daniel Kress
Dr. Steffen Oppenländer

Carsten B. Hohmann[+]

**Berlin**

Hengeler Mueller
Behrenstraße 42
10117 Berlin
Telefon +49 30 20374-0
Telefax +49 30 20374-333

**Düsseldorf**

Hengeler Mueller
Benrather Straße 18-20
40213 Düsseldorf
Telefon +49 211 8304-0
Telefax +49 211 8304-170

**Frankfurt**

Hengeler Mueller
Bockenheimer Landstraße 24
60323 Frankfurt am Main
Telefon +49 69 17095-0
Telefax +49 69 17095-099

**München**

Hengeler Mueller
Leopoldstraße 8-10
80802 München
Telefon +49 89 383388-0
Telefax +49 89 383388-333

**Brüssel**

Hengeler Mueller
Square de Meeûs 40
1000 Bruxelles
Telefon +32 2 7885-500
Telefax +32 2 7885-599

**London**

Hengeler Mueller
30 Cannon Street
London EC4M 6XH
Telefon +44 20 7429 0660
Telefax +44 20 7429 0666

• Counsel (nicht Mitglied der Partnerschaft)

+ Associate (nicht Mitglied der Partnerschaft)

▲ als Rechtsanwalt auch in Brüssel eingetragen

■ in Deutschland nicht als Rechtsanwalt zugelassen

www.hengeler.com

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Dr. Christoph A. Bulfon | Diamond Finance plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Dr. Christoph A. Bulfon
Widenmayerstrasse 12
80538 Munich
Germany

Court Claim # (if known): 17908
Amount of Claim Transferred: $3,917,299.64
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Bulfon_____        Date: September 4, 2014
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Dr. Christoph A. Bulfon | Diamond Finance plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Dr. Christoph A. Bulfon
Widenmayerstrasse 12
80538 Munich
Germany

Court Claim # (if known): 17987
Amount of Claim Transferred: $3,917,299.64
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bulfon
Transferee

Date: September 4, 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.