# HENGELER MUELLER

Hengeler Mueller • Postfach 17 04 18 • 60078 Frankfurt am Main

VIA COURIER
United States Bankruptcy Court
for the Southern District of New York
Att.: Ms Mary Lopez
One Bowling Green
New York, NY 10014-1408
USA

Dr. Bernhard K. Quensel
Senior Associate

Direktwahl
Direct Number
+49 69 17095-915

E-Mail des Absenders
Sender's E-mail
bernhard.quensel@hengeler.com

Bockenheimer Landstraße 24
60323 Frankfurt am Main
Telefon +49 69 17095-0
Telefax +49 69 17095-099
www.hengeler.com

Frankfurt am Main, 16 September 2014
67120940v1

**In re Lehman Brothers Holdings Inc., et al., Debtors.**
**Case No. 08-13555 (JMP)**
**Form 210A**

Dear Ms Lopez,

With respect to the above captioned case, claims have been partially transferred from Diamond Finance plc to our client, Philipp A. Schoeller, as evidenced by enclosed originals of Form 210A of 4 September 2014 in relation to:

- Court Claim # 17908 against Lehman Brothers Holding Inc., and
- Court Claim # 17987 against Lehman Brothers Special Financing Inc.

Please confirm receipt of these documents, and invoice the transfer fee(s), by email to franziska.pothmann@hengeler.com. Thank you very much.

Please let us know if you have any questions or if you require any further information or documents for completion of the partial transfer of the Court Claims ## 17908 and 17987 to Philipp A. Schoeller.

Kind regards,

*Franziska Pfe* (signature)
Franziska Pothmann
Secretary

Enclosures

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>Philipp A. Schoeller</u> | <u>Diamond Finance plc</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Philipp A. Schoeller
Rodelweg 12
82067 Ebenhausen
Germany

copy to:

Hauck & Aufhäuser Privatbankiers KGaA
Attn.: Heiko Trautmann
Kaiserstrasse 24
60311 Frankfurt/Main
Germany

Court Claim # (if known): <u>17987</u>
Amount of Claim Transferred: <u>$3,917,299.64</u>
Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

2 / 2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: September 4, 2014
    Transferee

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Philipp A. Schoeller | Diamond Finance plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Philipp A. Schoeller
Rodelweg 12
82067 Ebenhausen
Germany

copy to:

Hauck & Aufhäuser Privatbankiers KGaA
Attn.: Heiko Trautmann
Kaiserstrasse 24
60311 Frankfurt/Main
Germany

Court Claim # (if known): 17908
Amount of Claim Transferred: $3,917,299.64
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

2 / 2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: September 4, 2014
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.