B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Royal Bank of Scotland plc</u>          <u>Malayan Banking Berhad, new York Branch</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>18065</u>
should be sent:                                 Amount of Claim Transferred: <u>$8,370,926.11</u>
                                                Date Claim Filed: <u>September 22, 2009</u>
The Royal Bank of Scotland plc                  Debtor: <u>Lehman Brothers Holdings Inc.</u>
600 Washington Boulevard
Stamford, CT 06901


Phone:_____       Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

849163v.1 2620/00542                          1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities Inc., its agent

By: _____    Date: __9/22/14__
Name of Transferee/Transferee's Agent
**Suzanne Glossoti**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Malayan Banking Berhad, New York Branch ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto The Royal Bank of Scotland plc ("Assignee") in and to claim number 18065 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor")whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 4th day of June, 2013.

ASSIGNOR:

Malayan Banking Berhad, New York Branch

Name: ADAM MALIK AZLAN

Title: GENERAL MANAGER

ASSIGNEE:

The Royal Bank of Scotland plc

By: RBS Securities Inc., its agent

Name:

Title:

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Malayan Banking Berhad, New York Branch ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto The Royal Bank of Scotland plc ("Assignee") in and to claim number 18065 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor")whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 4th day of June, 2013.

ASSIGNOR:

Malayan Banking Berhad, New York Branch

Name:

Title:

ASSIGNEE:

The Royal Bank of Scotland plc

By: RBS Securities Inc., its agent

Name: **Suzanne Glossoti**
**Authorized Signatory**

Title: