

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VENKATA N. KALIDINDI | VEGESNA FAMILY TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
VENKATA N. KALIDINDI
10692 SANTA LUCIA ROAD
CUPERTINO, CA 95014
Phone: 408-257-7871
Last Four Digits of Acct #: _____

Court Claim # (if known): 4373
Amount of Claim: $739,812.48
Date Claim Filed: 05/15/2009

Phone: 408-270-1956
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
VENKATA N. KALIDINDI
10692 SANTA LUCIA ROAD, CUPERTINO, CA 95014

Phone: 408-257-7871
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: K.V.N. Rao /s/    Date: 06/27/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
C/O LEHMAN BROTHERS HOLDINGS INC.
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Please find the copy signed "Transfer Claim letter attached.

Thanks

Venkata Kalidindi
10692 Santa Lucia Road
Cupertino
CA – 95014

Phone # 408-257-7871