**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------------------x  Ref. Docket No. 46335

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 18, 2014, I caused to be served the "Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Objection to Proof of Claim No. 24663," dated September 18, 2014 [Docket No. 46335], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Carol Zhang*
                                        Carol Zhang

Sworn to before me this
22nd day of September, 2014
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jtimko@shutts.com |
| aalfonso@willkie.com | judy.morse@crowedunlevy.com |
| abeaumont@fklaw.com | jvail@ssrl.com |
| abraunstein@riemerlaw.com | jwcohen@daypitney.com |
| acaton@kramerlevin.com | jweiss@gibsondunn.com |
| adarwin@nixonpeabody.com | jwest@velaw.com |
| adiamond@diamondmccarthy.com | jwh@njlawfirm.com |
| aeckstein@blankrome.com | kanema@formanlaw.com |
| aentwistle@entwistle-law.com | karen.wagner@dpw.com |
| afriedman@irell.com | karl.geercken@alston.com |
| agbanknewyork@ag.tn.gov | kdwbankruptcydepartment@kelleydrye.com |
| aglenn@kasowitz.com | keckhardt@hunton.com |
| agold@herrick.com | keith.simon@lw.com |
| agoldstein@tnsj-law.com | ken.coleman@allenovery.com |
| agottfried@morganlewis.com | ken.higman@hp.com |
| aisenberg@saul.com | kerry.moynihan@hro.com |
| akadish@dtlawgroup.com | kgwynne@reedsmith.com |
| akantesaria@oppenheimerfunds.com | kiplok@hugheshubbard.com |
| akolod@mosessinger.com | kit.weitnauer@alston.com |
| alum@ftportfolios.com | kjarashow@stutman.com |
| amarder@msek.com | kkelly@ebglaw.com |
| amartin@sheppardmullin.com | kkolbig@mosessinger.com |
| amcmullen@boultcummings.com | klyman@irell.com |
| amenard@tishmanspeyer.com | klynch@formanlaw.com |
| amh@amhandlerlaw.com | kmayer@mccarter.com |
| andrew.brozman@cliffordchance.com | kobak@hugheshubbard.com |
| andrew.lourie@kobrekim.com | korr@orrick.com |
| angelich.george@arentfox.com | kovskyd@pepperlaw.com |
| angie.owens@skadden.com | kressk@pepperlaw.com |
| ann.reynaud@shell.com | kreynolds@mklawnyc.com |
| anthony_boccanfuso@aporter.com | krodriguez@allenmatkins.com |
| aoberry@bermanesq.com | krosen@lowenstein.com |
| aostrow@beckerglynn.com | kurt.mayr@bgllp.com |
| apalazzolo@fzwz.com | lacyr@sullcrom.com |
| appleby@chapman.com | landon@slollp.com |
| aquale@sidley.com | lapeterson@foley.com |
| arainone@bracheichler.com | lawallf@pepperlaw.com |
| arheaume@riemerlaw.com | lawrence.gelber@srz.com |
| arlbank@pbfcm.com | lberkoff@moritthock.com |
| arosenblatt@chadbourne.com | lee.stremba@troutmansanders.com |
| arthur.rosenberg@hklaw.com | lgranfield@cgsh.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| arwolf@wlrk.com | lhandelsman@stroock.com |
| aseuffert@lawpost-nyc.com | lhill@reedsmith.com |
| ashmead@sewkis.com | lhoffman@deilylawfirm.com |
| asnow@ssbb.com | linda.boyle@twtelecom.com |
| asomers@rctlegal.com | lisa.solomon@att.net |
| aunger@sidley.com | ljkotler@duanemorris.com |
| austin.bankruptcy@publicans.com | lkatz@ltblaw.com |
| avenes@whitecase.com | lkiss@klestadt.com |
| azylberberg@whitecase.com | lmarinuzzi@mofo.com |
| bankr@zuckerman.com | lmay@coleschotz.com |
| bankruptcy@goodwin.com | lmcgowen@orrick.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lubell@hugheshubbard.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmestres@aclawllp.com | mginzburg@daypitney.com |
| cmontgomery@salans.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | millee12@nationwide.com |
| cshulman@sheppardmullin.com | miller@taftlaw.com |
| cszyfer@stroock.com | mimi.m.wong@irscounsel.treas.gov |
| cwalsh@mayerbrown.com | mitchell.ayer@tklaw.com |
| cward@polsinelli.com | mjedelman@vedderprice.com |
| cweber@ebg-law.com | mjr1@westchestergov.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | mlandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmendez@crb-law.com |
| david.livshiz@freshfields.com | mmorreale@us.mufg.jp |
| david.powlen@btlaw.com | mneier@ibolaw.com |
| davids@blbglaw.com | monica.lawless@brookfieldproperties.com |
| davidwheeler@mvalaw.com | mpage@kelleydrye.com |
| dbarber@bsblawyers.com | mparry@mosessinger.com |
| dbaumstein@whitecase.com | mprimoff@kayescholer.com |
| dbesikof@loeb.com | mpucillo@bermanesq.com |
| dcimo@gjb-law.com | mrosenthal@gibsondunn.com |
| dcoffino@cov.com | mrothchild@mofo.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |
| deggermann@kramerlevin.com | msolow@kayescholer.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| deggert@freebornpeters.com | mspeiser@stroock.com |
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dfelder@orrick.com | munno@sewkis.com |
| dflanigan@polsinelli.com | mvenditto@reedsmith.com |
| dgrimes@reedsmith.com | mwarner@coleschotz.com |
| dhayes@mcguirewoods.com | mwarren@mtb.com |
| dheffer@foley.com | nathan.spatz@pillsburylaw.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmarkham@gibbonslaw.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dwildes@stroock.com | psp@njlawfirm.com |
| dworkman@bakerlaw.com | ptrain-gutierrez@kaplanlandau.com |
| easmith@venable.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |
| efleck@milbank.com | raul.alcantar@alcantarlaw.com |
| efriedman@fklaw.com | rbeacher@pryorcashman.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| efriedman@friedmanspring.com | rbernard@foley.com |
| eglas@mccarter.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |
| ellen.halstead@cwt.com | rflanagan@flanassoc.com |
| emagnelli@bracheichler.com | rfriedman@silvermanacampora.com |
| emerberg@mayerbrown.com | rgmason@wlrk.com |
| enkaplan@kaplanlandau.com | rgoodman@moundcotton.com |
| eobrien@sbchlaw.com | rgraham@whitecase.com |
| eschwartz@contrariancapital.com | rhett.campbell@tklaw.com |
| etillinghast@sheppardmullin.com | rhorkovich@andersonkill.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| ffm@bostonbusinesslaw.com | richard.lear@hklaw.com |
| fhenn@law.nyc.gov | richard@rwmaplc.com |
| fhyman@mayerbrown.com | rick.murphy@sutherland.com |
| foont@foontlaw.com | rjones@boultcummings.com |
| fritschj@sullcrom.com | rleek@hodgsonruss.com |
| fsosnick@shearman.com | rlevin@cravath.com |
| fyates@sonnenschein.com | rmatzat@hahnhessen.com |
| gabriel.delvirginia@verizon.net | rnetzer@willkie.com |
| gary.ravertpllc@gmail.com | robert.dombroff@bingham.com |
| gbray@milbank.com | robert.honeywell@klgates.com |
| george.south@dlapiper.com | robert.malone@dbr.com |
| ggitomer@mkbattorneys.com | robert.yalen@usdoj.gov |
| ggoodman@foley.com | robin.keller@lovells.com |
| giddens@hugheshubbard.com | roger@rnagioff.com |
| gkaden@goulstonstorrs.com | ronald.silverman@bingham.com |
| glenn.siegel@dechert.com | ross.martin@ropesgray.com |
| gmoss@riemerlaw.com | rpedone@nixonpeabody.com |
| goldenberg@ssnyc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | russj4478@aol.com |
| hbeltzer@mayerbrown.com | rwasserman@cftc.gov |
| heim.steve@dorsey.com | sabin.willett@bingham.com |
| heiser@chapman.com | sabramowitz@velaw.com |
| hmagaliff@r3mlaw.com | sabvanrooy@hotmail.com |
| hollace.cohen@troutmansanders.com | sally.henry@skadden.com |
| holsen@stroock.com | samuel.cavior@pillsburylaw.com |
| howard.hawkins@cwt.com | sandyscafaria@eaton.com |
| hseife@chadbourne.com | scargill@lowenstein.com |

5

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hsnovikoff@wlrk.com | schager@ssnyc.com |
| hsteel@brownrudnick.com | schannej@pepperlaw.com |
| ian.roberts@bakerbotts.com | schepis@pursuitpartners.com |
| icatto@mwe.com | schnabel.eric@dorsey.com |
| igoldstein@proskauer.com | schristianson@buchalter.com |
| ilevee@lowenstein.com | schwartzmatthew@sullcrom.com |
| irethy@stblaw.com | scott.golden@hoganlovells.com |
| israel.dahan@cwt.com | scottj@sullcrom.com |
| iva.uroic@dechert.com | scottshelley@quinnemanuel.com |
| jacobsonn@sec.gov | scousins@armstrongteasdale.com |
| jalward@blankrome.com | sdnyecf@dor.mo.gov |
| james.heaney@lawdeb.com | seba.kurian@invesco.com |
| james.mcclammy@dpw.com | sehlers@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sfalanga@connellfoley.com |
| jamesboyajian@gmail.com | sfelderstein@ffwplaw.com |
| jamestecce@quinnemanuel.com | sfineman@lchb.com |
| jar@outtengolden.com | sfox@mcguirewoods.com |
| jason.jurgens@cwt.com | sgordon@cahill.com |
| jay.hurst@oag.state.tx.us | sgraziano@blbglaw.com |
| jay@kleinsolomon.com | sgubner@ebg-law.com |
| jbeemer@entwistle-law.com | sharbeck@sipc.org |
| jbeiers@co.sanmateo.ca.us | shari.leventhal@ny.frb.org |
| jbird@polsinelli.com | shgross5@yahoo.com |
| jbromley@cgsh.com | sidorsky@butzel.com |
| jcarberry@cl-law.com | sldreyfuss@hlgslaw.com |
| jchristian@tobinlaw.com | sleo@bm.net |
| jchubak@proskauer.com | slerman@ebglaw.com |
| jclose@chapman.com | slerner@ssd.com |
| jdoran@haslaw.com | slevine@brownrudnick.com |
| jdrucker@coleschotz.com | sloden@diamondmccarthy.com |
| jdwarner@warnerandscheuerman.com | smillman@stroock.com |
| jdweck@sutherland.com | smulligan@bsblawyers.com |
| jdyas@halperinlaw.net | snewman@katskykorins.com |
| jean-david.barnea@usdoj.gov | sory@fdlaw.com |
| jeanites@whiteandwilliams.com | squsba@stblaw.com |
| jeannette.boot@wilmerhale.com | sree@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffrey.sabin@bingham.com | sselbst@herrick.com |
| jeldredge@velaw.com | sshimshak@paulweiss.com |
| jennifer.demarco@cliffordchance.com | sskelly@teamtogut.com |
| jennifer.gore@shell.com | sstarr@starrandstarr.com |

6

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com

wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

8

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADD-OVN**
MIDFIRST BANK
ATTN: LEGAL DEPARTMENT
501 N.W. GRAND BLVD.
OKLAHOMA CITY, OK 73118