B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LB UK Financing Limited (in administration)** | **LB SF No.1 (in liquidation)** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Assigned Claim No.: 200014 <br> Date Claim No. Assigned: 3/6/2012 <br> Debtor: Lehman Brothers Holdings Inc. |
| LB UK Financing Limited (in administration) <br> Level 23, 25 Canada Square <br> London <br> E14 5LQ <br> United Kingdom | Amount transferred (as allowed): <br> $353,187.00 |
| | |
| Phone: _____ <br> Last Four Digits of Acct #: _____ | Phone: _____ <br> Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: September 4, 2014
    Administrator (acting as agent and without personal liability)
    LB UK Financing Limited (in administration)

    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   LEHMAN BROTHERS HOLDINGS INC. AND THE BANKRUPTCY COURT

1.   LB SF No.1 (in liquidation) ("Transferor") by and through its joint liquidators, Anthony Victor Lomas, Michael John Andrew Jervis and Derek Anthony Howell (the "Joint Liquidators" and each a "Joint Liquidator") without personal liability, pursuant to the terms of the Deed of Assignment dated 4 September 2014 and entered into, among others, between Transferor and Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to LB UK Financing Limited (in administration) ("Transferee") by and through its joint administrators, Anthony Victor Lomas, Steven Anthony Pearson, Derek Anthony Howell, Julian Guy Parr and Gillian Eleanor Bruce (the "Joint Administrators" and each a "Joint Administrator") all right, title and interest in and to the claim in Transferor's name against Lehman Brothers Holdings Inc. ("LBHI"), formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (SCC) (the "Bankruptcy Case"), assigned claim number 200014 by the claim agent for LBHI and allowed in the Bankruptcy Case as a class 4B claim (the "Transferred Claim").

2.   Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3.   One of the Joint Liquidators has signed this Evidence of Transfer on behalf of all the Joint Liquidators as agents for and on behalf of Transferor and neither they, their firm, nor its members, partners, directors, officers, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Liquidators and shall operate as a waiver of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Joint Liquidators, their firm and its members, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

4.   One of the Joint Administrators has signed this Evidence of Transfer as agent for and on behalf of Transferee and neither the Joint Administrators, their firm, its members, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Joint Administrators, their firm and its members, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 4th day of September 2014.

LB SF No.1 (in liquidation)
By: _____
Name: Derek Anthony Howell
Title: Joint Liquidator
For and on behalf of
LB SF No.1 (in liquidation) acting as its agent
and without personal liability

Level 23
25 Canada Square
London E14 5LQ
United Kingdom

LB UK Financing Limited (in administration)
By: _____
Name: Gillian Eleanor Bruce
Title: Joint Administrator
For and on behalf of
LB UK Financing Limited (in administration)
acting as its agent and without personal liability

Level 23
25 Canada Square
London E14 5LQ
United Kingdom

A18556011

2

| | |
|---|---|
| **LB SF No.1 (In liquidation)** | **LB UK Financing Limited (in administration)** |
| By:_____ | By:_____ |
| Name: Derek Anthony Howell | Name: ~~Gillian Eleanor Brace~~ Guy Parr |
| Title: Joint Liquidator | Title: Joint Administrator |
| For and on behalf of | For and on behalf of |
| LB SF No.1 (in liquidation) acting as its agent and without personal liability | LB UK Financing Limited (in administration) acting as its agent and without personal liability |
| | |
| Level 23 | Level 23 |
| 25 Canada Square | 25 Canada Square |
| London E14 5LQ | London E14 5LQ |
| United Kingdom | United Kingdom |