DIAZ, REUS & TARG, LLP
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile:  (305) 375-8050
Carlos F. Gonzalez

Attorneys for Fondo De Proteccion Social
De Los Depositos Bancarios (FOGADE)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CASE NO.: 08-13555 (SCC) |
| | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE
## PRO HAC VICE

Carlos F. Gonzalez (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney duly admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Diaz Reus & Targ, LLP ("DRT"), hereby moves this Court to enter an order permitting Marta Colomar to practice *pro hac* vice before the United States Bankruptcy Court for the Southern District of New York in the above captioned case.  In support thereof, the Movant respectfully represents as follows:

Ms. Colomar is a partner with DRT, a member in good standing of the Bar of the State of Florida and is admitted to practice in the United States District Court for the Southern and Middle Districts of Florida.  Ms. Colomar agrees to pay the fee of $25.00 upon entry of an order admitting her to practice *pro hac vice* in this Chapter 11 case.  Ms. Colomar's address is: Diaz Reus & Targ, LLP, 100 S.E. 2nd Street, 3400 Miami Tower, Miami, Florida 33131.  Ms.

Colomar's e-mail address is mcolomar@diazreus.com and his telephone number is (305) 375-9220.

WHEREFORE, the Movant respectfully request entry of the Proposed Order attached hereto granting the relief requested herein and such other and further relief as may be just and proper.

Dated: September 25, 2014

Respectfully Submitted,

/s/ Carlos F. Gonzalez
Carlos F. Gonzalez (cgonzalez@diazreus.com)
DIAZ, REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile:  (305) 375-8050

*Attorneys for Fondo De Proteccion Social
De Los Depositos Bancarios (FOGADE)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically via NEF to all users registered with the Court's CM/ECF service who are entitled to entitled to receive notice electronically on the 25th day of September, 2014.

/s/ Carlos F. Gonzalez
Attorney