DIAZ, REUS & TARG, LLP
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile:  (305) 375-8050
Carlos F. Gonzalez

Attorneys for Fondo De Proteccion Social
 De Los Depositos Bancarios

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | CASE NO.: 08-13555 (SCC) |
| ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**ORDER AUTHORIZING ADMISSION**
***PRO HAC VICE* OF MARTA COLOMAR**

UPON the motion of Carlos F. Gonzalez dated September 25, 2014, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED**, that Marta Colomar is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: September 26, 2014

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE