UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | Case No. 08-13555 (SCC) |
| Debtors. : | (Jointly Administered) |

---

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC. : | Adversary Proceeding |
| Plaintiffs-Counterclaim Defendants : | No. 13-01554 (SCC) |
| v. : | |
| GIANTS STADIUM LLC, : | |
| Defendant-Counterclaim Plaintiff. : | |

---

**STIPULATION ON SCHEDULE FOR
LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN BROTHERS
HOLDINGS, INC. TO RESPOND TO COUNTERCLAIMS OF GIANTS STADIUM LLC**

WHEREAS, on October 23, 2013, Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holdings, Inc. ("LBHI," and together with LBSF, "Lehman") filed a complaint in the above-referenced Adversary Proceeding [ECF No. 1; 13-01554] (the "Complaint");

WHEREAS, on September 8, 2014, Giants Stadium LLC ("Giants Stadium") filed an answer to the Complaint and asserted counterclaims against Lehman [ECF No. 35, 13-01554] (the "Counterclaims");

WHEREAS, on September 25, 2014, Lehman requested from Giants Stadium an extension of Lehman's time to answer or otherwise respond to the Counterclaims; and

WHEREAS, on August 22, 2014, Lehman filed an objection to proof of claim numbers 64070 and 64071 [ECF No. 46050, 08-13555] (the "Objection"), to which Giants Stadium must respond on or before October 6, 2014 pursuant to a stipulation so ordered by the Court on July 21, 2014 [ECF No. 33, 13-01554];

THEREFORE, it is hereby stipulated and agreed, by and among Lehman and Giants Stadium, that Lehman shall answer or otherwise respond to the Counterclaims on or before October 14, 2014 and Giants Stadium shall have six days from the date Lehman files and serves its response to the Counterclaims to file and serve its response to the Objection.

IT IS HEREBY STIPULATED AND AGREED:

Dated this 29th day of September, 2014

| WEIL, GOTSHAL & MANGES LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/ Robert J. Lemons | By: /s/ Matthew A. Schwartz |
| Richard W. Slack<br>Robert J. Lemons<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007 | Bruce E. Clark<br>Matthew A. Schwartz<br>125 Broad Street<br>New York, NY 10004<br>Phone: (212) 558-4000<br>Fax: (212) 291-9481 |
| *Counsel for Lehman Brothers Holdings, Inc and Certain of Its Affiliates* | *Counsel for Giants Stadium LLC* |

So Ordered in New York, New York, this 29th day of September, 2014.

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge

2