WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OMNIBUS
### OBJECTIONS TO CLAIMS AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors hereby withdraws, the omnibus objections to claims listed on Exhibit A hereto, with respect to those certain claim numbers listed on Exhibit A.

Dated: September 29, 2014
       New York, New York

                                          /s/ Garrett A. Fail
                                          Garrett A. Fail
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates

WEIL:\95094161\1\58399.0011

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Omnibus Objection Number | Claim Number | Claimant Name |
|---|---|---|
| 117 | 23991 | Chen, Kent |
| 117 | 23992 | Doe, Jocelyn J. |
| 117 | 23993 | Dorfman, David A. |
| 117 | 23994 | Feldkamp, Geoffrey F. |
| 117 | 23982 | Gabbay, Mark |
| 117 | 23956 | Glavan, Jeffrey L. |
| 117 | 23996 | Har-Evan, Itamar |
| 117 | 6615 | Imperato, Jason |
| 117 | 23958 | Jotwani, Tarun |
| 117 | 23997 | Laible, Robert K. |
| 117 | 13727 | Lax, Stephen |
| 117 | 23969 | Morris, Jason P. |
| 117 | 23970 | Papadakis, Spyros N. |
| 117 | 5614 | Ropner, Henry |
| 117 | 23972 | Rubin, Charles |
| 117 | 23973 | Schiffman, Glenn H. |
| 117 | 23974 | Sowinski, John A. |
| 117 | 23975 | Stein, Jeffrey A. |
| 117 | 23949 | Tung, Sharon W. |
| 117 | 23950 | Umlauf, Erik |
| 117 | 23952 | Vulakh, Natalie Savic |
| 117 | 14743 | Wardell, Jeffrey K. |
| 117 | 23953 | Weiss, Aaron J. |
| 117 | 23954 | Yee, Jack S. |
| 117 | 23955 | Zolad, Bryan C. |
| 143 | 67363 | Coleman, Michael Alexis Sr. |
| 177 | 21508 | Butler-McLaughlin, Cecelia E. |
| 177 | 20289 | Robson-Canty, Geraldine D. |
| 177 | 9609 | Spital, Saul H. |
| 254 | 67688 | Carpenter, Theresa J. |
| 282 | 68052 | Brickman, Dawn M. |
| 342 | 25502 | Kieran, Michael Dennis |
| 349 | 2640 | Brelinsky, Maryann |
| 349 | 2643 | Moore, Robert Cody |
| 349 | 9881 | Schneider, Russell |
| 366 | 23716 | Adair, John |
| 366 | 11265 | Borges, Idalia |
| 388 | 4362 | Davis, Jeremy |
| 404 | 8311 | Livingston, David |

2

WEIL:\95094161\1\58399.0011

| Omnibus Objection Number | Claim Number | Claimant Name |
|---|---|---|
| 404 | 10718 | Wolf, Tom |
| 467 | 15604 | Moody's Investor Services |
| 476 | 26892 | LMA SPC |
| 476 | 26872 | LMA SPC |
| 476 | 26882 | LMA SPC |
| 476 | 26897 | LMA SPC |
| 476 | 26900 | LMA SPC |
| 476 | 26877 | Map 502 |

WEIL:\95094161\1\58399.0011