Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Email: mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : **08-13555 (SCC)** |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTIONS
### TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

**PLEASE TAKE NOTICE** that the hearing on Debtors' Objections to Proof of

Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [Docket Nos. 39348 and 45587] that was

scheduled for October 7, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to**

**November 7, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon

thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C.

Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 623, and such Hearing may be further adjourned from time

to time without further notice other than an announcement at the Hearing.

Dated: September 30, 2014

/s/ Michael A. Rollin
Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600
Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

{JK00621105.1 }