UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                    :    Chapter 11
In re                                                               :
                                                                    :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :
                                                                    :    Jointly Administered
                        Debtors.                                    :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE
## AND REQUEST TO RECEIVE ELECTRONIC NOTICES

  PLEASE TAKE NOTICE that John G. McCarthy is permitted to practice in this Court pursuant to Local Bankruptcy Rule 2090-1(a) as counsel on behalf of Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited in the above-captioned case, and in that capacity hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 and to 11 U.S.C. § 1109(b), to receive all electronic notices given or required to be given in the above-captioned case at the following email address:

mccarthyj@sullcrom.com

  PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b), this request includes not only the notices specifically referred to in the Federal Rules of Bankruptcy Procedure cited above but also and without limitation notices of any order, application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, or otherwise.

Dated: New York, New York
September 30, 2014

                                    Respectfully submitted,

                                    /s/ John G. McCarthy
                                    John G. McCarthy
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York 10004
                                    (212) 558-4000

                                    *Attorneys for Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited*