UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: Jointly Administered
Debtors. :
:
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

The undersigned attorney with Sullivan & Cromwell LLP, as counsel for Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited, hereby withdraws his appearance in the above-captioned case and requests that service upon him of all future notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from the electronic (ECF) service list in the above-captioned case.

Dated:  New York, New York
        September 30, 2014

                                              Respectfully submitted,

                                              /s/ Andrew E. Gelfand
                                              Andrew E. Gelfand
                                              SULLIVAN & CROMWELL LLP
                                              125 Broad Street
                                              New York, New York 10004
                                              (212) 558-4000

                                              *Attorneys for Canary Wharf
                                              Management Ltd., Heron Quays
                                              (HQ2) T1 Limited and Heron Quays
                                              (HQ2) T2 Limited*