**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (SCC)
                                           :
                       Debtors.            :    (Jointly Administered)
------------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF THE FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for October 7, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

[*Remainder of Page Intentionally Left Blank*]

**the claims listed on Exhibit A attached hereto, to November 7, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)**.

Dated: September 30, 2014
      New York, New York

                              **CURTIS, MALLET-PREVOST,**
                               **COLT & MOSLE LLP**

                        By:  */s/ L. P. Harrison 3rd*
                            L. P. Harrison 3rd
                            Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

-2-

19940633

## **EXHIBIT A**

## **Adjourned Claims**

| Claimant | Claim Number |
|---|---|
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 21620 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 15824 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 15891 |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18217 |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | 27105 |
| LUTHERAN HILLSIDE VILLAGE, INC. | 23893 |

19940633