**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE
FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventy-Ninth

Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for

October 7, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

[*Remainder of Page Intentionally Left Blank*]

-2-

**the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated: September 30, 2014
       New York, New York

        **CURTIS, MALLET-PREVOST,**
         **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

-2-

19940592

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| ABSA BANK LIMITED | 18071 |
| J.P. MORGAN SUISSE SA | 25133 |
| J.P. MORGAN TRUST COMPANY (BAHAMAS) LTD AS TRUSTEE | 25131 |

19940592