# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.            Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OZ Special Master Fund, Ltd. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Attn: Cindy Kwok
Tel: (646) 826-6869

Court Claim # (if known): 68032

Amount of Claim Transferred: $9,422,205.93

Date Claim Filed: March 6, 2012

Phone:
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____           Date: September 30, 2014
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

513-1174/CERTS/4410035.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 68032 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| The Royal Bank of Scotland plc | OZ Special Master Fund, Ltd. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Matthew Rosencrans<br>The Royal Bank of Scotland plc<br>600 Washington Boulevard<br>Stamford CT, 06901<br>Tel: (203) 897-2644<br>Fax: (201) 215-9316<br>Email: loanops@rbs.com | OZ Special Master Fund, Ltd.<br>c/o Och-Ziff Capital Management Group<br>9 West 57th Street, 13th Floor<br>Email: noticesbankdebt@ozcap.com<br>Attn: Cindy Kwok<br>Tel: (646) 826-6869 |

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

The Royal Bank of Scotland PLC ("Transferor") does hereby certify that it has transferred and assigned to OZ Special Master Fund, Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to $9,422,205.93 of that certain allowed claim against Lehman Brothers Holdings Inc. (Claim No.: 68032) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of $9,422,205.93 of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**THE ROYAL BANK OF SCOTLAND PLC**

By:  RBS Securities Inc., its agent

By: _____
Name: Suzanne Glossoti
Title: Authorized Signatory
Date:


**OZ SPECIAL MASTER FUND, LTD.**
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner


By: _____
Name:
Title:
Date:

16

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

The Royal Bank of Scotland PLC ("Transferor") does hereby certify that it has transferred and assigned to OZ Special Master Fund, Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to $9,422,205.93 of that certain allowed claim against Lehman Brothers Holdings Inc. (Claim No.: 68032) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of $9,422,205.93 of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**THE ROYAL BANK OF SCOTLAND PLC**

By: _____
Name:
Title:
Date:


**OZ SPECIAL MASTER FUND, LTD.**
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name:
Title:    Joel Frank
Date:    Chief Financial Officer

16