WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Ralph I. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIM ON THE**
**ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

   **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399] *solely* as to the claim listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on **December 10, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: October 1, 2014
    New York, New York

                /s/ Ralph I. Miller
                Ralph I. Miller

                WEIL, GOTSHAL & MANGES LLP
                1300 Eye Street, NW, Suite 900
                Washington, DC 20005
                Telephone: (202) 682-7000
                Facsimile: (202) 857-0940

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

# Exhibit A

## Claim to Be Heard at December 10, 2014 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF Number |
|---|---|---|
| Michael Stipo | 15580 | 20176 |