WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED SEVENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which was scheduled for October 7, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to November 7, 2014 at 10:00 a.m. (Eastern Time)** with respect to the claim listed on Exhibit A annexed hereto.

Dated: October 1, 2014
New York, New York

/s/ Garrett A. Fail

Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# EXHIBIT A

| Claimant | Claim Number | Response ECF No. |
|---|---|---|
| Fatai Investment Limited | 21966 | 46183 |
| Halewood Company Limited | 21956 | 46195 |
| Wincent Investment Limited | 21965 | 46182 |
| Zama International Limited | 21967 | 46184 |
| KBC Bank NV | 13872 | 46238 |