UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (SCC)
                                                               :     (Jointly Administered)
            Debtors.                                           :
                                                               :
------------------------------------------------------------------x     Ref. Docket No. 46269, 46270,
                                                                        46341, 46347, 46352, 46359

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 30, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
1st day of October, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (SCC)
                                        |
                                        |   (Jointly Administered)
                Debtors.                |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DISCOVERY GLOBAL OPPORTUNITY MASTER FUND        DISCOVERY GLOBAL OPPORTUNITY MASTER FUND
      C/O SEWARD & KISSEL LLP                         JOHN FAGAN
      ATTN: JUSTIN SHEARER                            DISCOVERY GLOBAL OPPORTUNITY MASTER FUND
      ONE BATTERY PARK PLAZA                          C/O DISCOVERY CAPITAL MANAGEMENT, LLC
      NEW YORK NY 10004                               20 MARSHALL STREET
                                                      SOUTH NORWALK CT 06854
```

Please note that your claim # 33301 in the above referenced case and in the amount of
         $13,232,112.01  Unliquidated        has been transferred **(unless previously expunged by court order)**

```
      BANC OF AMERICA CREDIT PRODUCTS, INC.
      TRANSFEROR: DISCOVERY GLOBAL OPPORTUNITY MASTER FUND
      C/O BANK OF AMERICA MERRILL LYNCH
      ATTN: GARY S. COHEN/ANTE JAKIC
      BANK OF AMERICA TOWER - 3RD FLOOR
      ONE BRYANT PARK
      NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46359        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/30/2014                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 30, 2014.

# EXHIBIT B

```
TIME: 10:54:19                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 09/30/14                                         CREDITOR LISTING

Name                                          Address
BANC OF AMERICA CREDIT PRODUCTS, INC.         TRANSFEROR: DISCOVERY GLOBAL OPPORTUNITY MASTER FUND C/O BANC OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                              BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BIMINI INVESTMENTS S.A.R.L.                   C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
BIMINI INVESTMENTS S.A.R.L.                   TRANSFEROR: SL TRADE CLAIM I LLC ATTN: JEROME DEVILLET 6, RUE EUGENE RUPPERT LUXEMBOURG L-2453 LUXEMBOURG
DIAMOND FINANCE PUBLIC LIMITED COMPANY        C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE
 SERIES 2007-08                               LONDON  E14 5AL UNITED KINGDOM
DIAMOND FINANCE PUBLIC LIMITED COMPANY        REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
 SERIES 207-08
DIAMOND FINANCE PUBLIC LIMITED COMPANY        C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
 SERIES 207-08                                LONDON  E14 5AL UNITED KINGDOM
DISCOVERY GLOBAL OPPORTUNITY MASTER FUND      C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004
DISCOVERY GLOBAL OPPORTUNITY MASTER FUND      JOHN FAGAN DISCOVERY GLOBAL OPPORTUNITY MASTER FUND C/O DISCOVERY CAPITAL MANAGEMENT, LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854
GOLDMAN SACHS LENDING PARTNERS, LLC           DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI
                                              30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
KALIDINDI, VENKATA N.                         TRANSFEROR: VEGESNA, RAJU & BALA - TTEES VEGESNA FAMILY TRUST 10692 SANTA LUCIA ROAD CUPERTINO CA 95014
SCHOELLER, PHILIPP A.                         C/O HAUCK & AUFHAUSER PRIVATBANKIERS KGAA ATTN: HEIKO TRAUTMANN KAISERSTRASSE 24 FRANKFURT/MAIN 60311 GERMANY
SCHOELLER, PHILIPP A.                         TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-08 RODELWEG 12 EBENHAUSEN 82067 GERMANY
SCHOELLER, PHILIPP A.                         TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207-08 RODELWEG 12 EBENHAUSEN 82067 GERMANY
SL TRADE CLAIM I LLC                          TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS
                                              632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SL TRADE CLAIM I LLC                          TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN ROGERS
                                              632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VEGESNA, RAJU & BALA - TTEES VEGESNA          MR. AND MRS. RAJU VEGESNA 5808 TROWBRIDGE WAY SAN JOSE CA 95138-2362
 FAMILY TRUST

Total Number of Records Printed        18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC