UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
-------------------------------------------------------------------x   Ref. Docket No. 46190, 46274,
46297, 46306, 46307, 46320, 46321,
46327, 46342, 46351, 46356, 46357,
46358, 46361

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of October, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CREDIT SUISSE
          TRANSFEROR: CREDIT SUISSE
          ATTN: ALLEN GAGE
          1 MADISON AVENUE
          NEW YORK NY 10010

Please note that your claim # 5255829-45 in the above referenced case and in the amount of
        $0.00   Unliquidated        has been transferred **(unless previously expunged by court order)**

          BANK JULIUS BAER & CO. AG
          TRANSFEROR: CREDIT SUISSE
          ATTN: PATRIK ROOS
          BAHNOFSTRASSE 36
          ZURICH    CH-8010
          SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46190    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/01/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 1, 2014.

**EXHIBIT B**

```
TIME: 10:59:31                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 10/01/14                                                   CREDITOR LISTING

Name                                              Address
BANCA MEDIOLANUM S.P.A.                           ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO )   20080 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.           VIA SAN CARLO 8/20 MODENA  41100 ITALY
BANK JULIUS BAER & CO. AG                         TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DZ PRIVATBANK (SCHWEIZ) AG                        TRANSFEROR: CREDIT SUISSE AG ATTN: CORPORATE ACTIONS MUNSTERHOF 12/POSTFACH ZURICH  CH-8022 SWITZERLAND
ECHO INVESTMENTS I LIMITED                        TRANSFEROR: UBS SECURITIES LLC C/O KKR ASSET MANAGEMENT LLC ATTN: TREASURY DESK 555 CALIFORNIA STREET, 50TH FLOOR
                                                  SAN FRANCISCO CA 94104
FALCON PRIVATE BANK LTD, AS AGENT FOR             SCHELLENBERG WITTMER ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ. LOWENSTRASSE 19 P.O. BOX 1876 ZURICH  8021 SWITZERLAND
  ITS CUSTOMERS
FALCON PRIVATE BANK LTD, AS AGENT FOR             PELIKANSTRASSE 37 PO BOX 1376 ZURICH  8021 SWITZERLAND
  ITS CUSTOMERS
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LB SF NO. I                                       ATTN: DEREK A. HOWELL LEVEL 23 25 CANADA SQUARE LONDON  E14 5LQ UNITED KINGDOM
LB SF NO. I                                       DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017
LB SF NO. I                                       LINKLATERS LLP ATTN: RICHARD HOLDEN AND TITIA HOLTZ ONE SILK STREET LONDON  EC2Y 8HQ UNITED KINGDOM
LB UK FINANCING LIMITED (IN                       TRANSFEROR: LB SF NO. I LEVEL 23, 25 CANADA SQUARE LONDON  E14 5LQ UNITED KINGDOM
  ADMINISTRATION)
NEUE AARGAUER BANK AG                             TRANSFEROR: CREDIT SUISSE C/O CRAVATH, SWAINE & MOORE LLP ATTN: MR. RICHARD LEVIN / MS. JENNIFER BOSHAKOVA 825 8TH AVENUE
                                                  NEW YORK NY 10019
SOUND POINT BEACON MASTER FUND, L.P.              TRANSFEROR: UBS SECURITIES LLC C/O SOUND POINT CAPITAL MANAGEMENT, LP ATTN: JORDAN MICHELS 375 PARK AVENUE NEW YORK NY 10152
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
UBS AG                                            TRANSFEROR: CREDIT SUISSE AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UBS SECURITIES LLC                                TRANSFEROR: AKTIA BANK PLC ATTN: CRAIG PEARSON 677 WASHINGTON BOULEVARD STAMFORD CT 06901
UNIONE DI BANCHE ITALIANE S.C.P.A.                C/O ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY
UNIONE DI BANCHE ITALIANE S.C.P.A.                TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO, 8
                                                  BERGAMO  24121 ITALY
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed                   29
```