UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                    :         Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :         08-13555 (SCC)
                                                         :         (Jointly Administered)
                         Debtors.                        :
                                                         :
---------------------------------------------------------------x   Ref. Docket No. 46360

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
1st day of October, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019


Transferee:    UBS AG
               BAHNHOFSTRASSE 45
               ZURICH CH-8001 SWITZERLAND


**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                                          ISIN not related to Claim


Docket Number 46360              Date 09/24/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 1, 2014.

# EXHIBIT B

```
TIME: 11:00:43                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 10/01/14                                    CREDITOR LISTING

Name                  Address
CREDIT SUISSE         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
UBS AG                BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND


Total Number of Records Printed          4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC