**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x     **Ref. Docket Nos. 45737, 45587-45589**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 25, 2014, I caused to be served the:

    a) "Affidavit of Service from Carol Zhang," *regarding Docket Nos. 45583, 45585-45590*, dated August 5, 2014 [Docket No. 45737],

    b) "Supplemental Objection and Reply in Further Support of Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr," dated August 5, 2014 [Docket No. 45587],

    c) "Declaration of Richard Katz in Support of Supplemental Objection and Reply in Further Support of Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr," dated August 5, 2014 [Docket No. 45588],

    d) "Notice of Hearing on Supplemental Objection and Reply in Further Support of Objection to Proof of Claim No. 33605 Filed by Sanford and Tina A. Mohr," dated August 5, 2014 [Docket No. 45589], and

    e) *Letter from Jones & Keller to Sanford A. and Tina A. Mohr*, regarding Supplemental Objection, dated September 25, 2014, annexed hereto as <u>Exhibit A</u>,

by causing true and correct copies to be:

     i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    ii.    enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party following party: Hilo Law Center, 73-4787 Halolani Street, Kailua-Kona, HI 96740.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
29th day of September, 2014
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

**EXHIBIT A**



# JONES & KELLER
— A T T O R N E Y S   A T   L A W —

MARITZA DOMINGUEZ BRASWELL
mbraswell@joneskeller.com

September 25, 2014

*Via Overnight Mail*

Sanford A. and Tina A. Mohr
Hilo Law Center
73-4787 Halolani Street
Kailua-Kona, HI 96740

*Re: In re Lehman Brothers Holdings Inc. et al., Case Number 08-13555, POC No. 33605*

Dear Mr. and Mrs. Mohr:

Please find enclosed a courtesy copy of Lehman Brothers Holdings Inc.'s Supplemental Objection and Reply in Further Support of Objection to Proof of Claim No. 33605 Filed By Sanford A. and Tina A. Mohr ("Supplemental Objection") and notice of hearing, (ECF Nos. 45587, 45588, and 45589) filed August 5, 2014 via ECF with the United States Bankruptcy Court, Southern District of New York, in the case *In re Lehman Brothers Holdings Inc., et al.*, case number 08-13555 (SCC).

Although Epiq Bankruptcy Solutions, LLC served the enclosed Supplemental Objection on August 5, 2014, via U.S. Mail, as reflected in the enclosed Affidavit of Service (ECF No. 45737) and the Supplemental Objection was provided to you via email from my office on August 5, 2014, we are providing the enclosed copy as a courtesy in response to your September 4, 2014 and September 22, 2014 emails requesting the Supplemental Objection.

Please contact me should you have any questions.

Sincerely,

Maritza Dominguez Braswell

# EXHIBIT B

**<u>Additional Parties</u>**

harvey.miller@weil.com

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com