Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **CVI CVF II Lux Master S.a.r.l.** | **Morgan Stanley Alpha Advantage European Bond Fund II** |

**Name and Address where notices to Transferee should be sent:**
CVI CVF II Lux Master S.a.r.l
c/o CarVal Investors GB LLP
3rd Floor, 25 Great Pulteney Street
London, WIF 9LT
United Kingdom
Email: Matt.Shipton@carval.com

Court Claim# (if Known): **27114**
Amount of Claim Transferred: **$6,077,009.99**
Date Claim Filed**: 09-22-09**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Short**          Date:   **October 1, 2014**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of Morgan Stanley Alpha Advantage European Bond Fund II ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $6,077,009.99 | 27114 |

has / have been transferred and assigned to CVI CVF II Lux Master S.a.r.l. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

USActive 31432145.1

| | | | |
|---|---|---|---|
| ASSIGNEE: | CVI CVF II Lux Master S.a.r.l. | SELLER: | Morgan Stanley Alpha Advantage European Bond Fund II |
| Address: | C/O CarVal Investors GB LLP<br>3rd Floor, 25 Great Pulteney Street<br>London, W1F 9LT | Address: | c/o Morgan Stanley Investment Management, Inc.,<br>Attn: Kimberly Thompson<br>100 Front Street, 7th Floor<br>West Conshohocken, PA 19428 |

BY CARVAL INVESTORS GB LLP

Signature: _/s/_
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

Signature: _/s/ Matthew Graver_
Name: Matthew Graver
Title: Managing Director
Date: