UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>*Debtors.* | CHAPTER 11<br><br>CASE NO. 08-13555 (SCC) |
| MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE, LTD., JR MOORE, LP, LM MOORE LP, MF MOORE LP (formerly MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUND (MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C., and TRADE PROCESS CORPORATION,<br><br>*Plaintiffs,*<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., and LEHMAN BROTHERS COMMERCIAL CORPORATION,<br><br>*Defendants.* | ADVERSARY PROCEEDING<br>NO: 14-02021-scc |

### NOTICE OF ADJOURNMENT OF HEARING DATE ON PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' FIRST, FIFTH, SIXTH, AND SEVENTH COUNTERCLAIMS

**PLEASE TAKE NOTICE** that the hearing on Plaintiffs Moore Macro Fund, LP's, Moore Macro Markets Fund (Master), LP's, SJL Moore, Ltd.'s, JR Moore, LP's, LM Moore LP's, MF Moore LP's (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, LTD.'s, Moore Emerging Markets Fund (Master) LP's, Moore Capital Advisors, L.L.C.'s, and Trade Process Corporation's (collectively, "Moore") Motion to Dismiss Defendants Lehman Brothers Holdings Inc.'s, Lehman Brothers Special Financing Inc.'s, and Lehman Brothers Commercial Corporation's (collectively, "Lehman") First, Fifth, Sixth, and

Seventh Counterclaims that was scheduled for October 7, 2014, at 9:00 a.m. (prevailing Eastern Time), **has been adjourned to November 12, 2014, at 10:00 a.m. (prevailing Eastern Time)**.

Dated:  New York, New York
         October 1, 2014

By: __/s/_____

Bennette D. Kramer
Jeffrey M. Eilender
Erik S. Groothuis
Samuel L. Butt
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, NY 10004
(212) 344-5400
*Attorneys for Moore Macro Fund, LP, Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., JR Moore, LP, LM Moore LP, MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, Ltd., Moore Emerging Markets Fund (Master) LP, Moore Capital Advisors, L.L.C., and Trade Process Corporation*