Clerk of the Bankruptcy Court

United States Bankruptcy Court,

Southern District of New York,

Clerk of Court Office,

One Bowling Green,

New York, NY 10004-1408

25th September 2014



**Reference: Lehman Brothers bankruptcy**
**Subject: 6.9% USD LEHMAN CAP FUND PERPETUAL**
**ISIN number: XS0301813522**

Dear Sir/ Madam
 We have recently read in the newspapers that money is leftover and unsecured notes will also get the refund.
With this letter we are putting forth our claim for the above note we hold.
Let us know at your earliest if there is any other means to make a claim.
Your quick reply is awaited.
Please note email address for faster communication is vipin.s@ntlworld.com.

Yours Sincerely

Vipinchandra Shah                                     Tilochana Shah

25 St Martins Avenue,
Epsom
Surrey, KT18 5HZ
UK