UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :    08-13555 (SCC)
                                                                    :    (Jointly Administered)
                            Debtors.                                :
                                                                    :
---------------------------------------------------------------------x    Ref. Docket No. 46332, 46338,
                                                                          46339, 46394, 46406

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
2nd day of October, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              | 08-13555 (SCC)
                                                   |
                                                   | (Jointly Administered)
             Debtors.                              |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE                                  CREDIT SUISSE
     ATTN: ALLEN GAGE                               CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                  ATTN: RICHARD LEVIN
     NEW YORK NY 10010                              WORLDWIDE PLAZA
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019

Please note that your claim # 5255829-47 in the above referenced case and in the amount of
        $0.00    allowed at $49,114.13        has been transferred **(unless previously expunged by court order)**

        BANK JULIUS BAER & CO. AG
        TRANSFEROR: CREDIT SUISSE
        ATTN: PATRIK ROOS
        BAHNOFSTRASSE 36
        ZURICH    CH-8010
        SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46394   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 2, 2014.

# EXHIBIT B

```
TIME: 11:53:59                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 10/02/14                                                    CREDITOR LISTING

Name                                    Address
BANCA SELLA HOLDING S.P.A.              TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: CARLO NEGRO PIAZZA G.SELLA 1 BIELLA  13900 ITALY
BANK JULIUS BAER & CO. AG               TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (ITALY) SPA               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                 TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: WILLIAM CAVALLARI, ELENA SPAGNOLI VIA SANTA MARGHERITA 3 MILANO  20121 ITALY
CREDITO EMILIANO S.P.A.                 ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                 ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
OZ SPECIAL MASTER FUND, LTD.            TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: CINDY KWOK 9 WEST 57TH STREET, 13TH FLOOR
                                        NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE        IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND, PLC, THE        TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O RBS SECURITIES INC. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
UNIPOL BANCA S.P.A.                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FUNZIONE LEGALE-LUCA FIORINA PIAZZA DELLA COSTITUZIONE 2 BOLOGNA  40128 ITALY


Total Number of Records Printed         12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC