JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
I-Heng Hsu

Attorneys for Lehman Brothers Holding Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             )
                                                             )
                                                             )    **Chapter 11 Case No.**
**In re**                                                    )
                                                             )    **08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC. *et al.*,**                  )
                                                             )    **(Jointly Administered)**
                    **Debtors.**                             )
                                                             )
                                                             )
------------------------------------------------------------ x

### NOTICE OF ADJOURNMENT OF
### CLAIMS OBJECTION HEARING WITH RESPECT TO
### DEBTORS' OBJECTIONS TO PROOF OF CLAIM NOS. 21487 AND 21488

PLEASE TAKE NOTICE that the Claims Objection Hearing with respect to proofs of claim numbers 21487 and 21488 that was scheduled originally for May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time) pursuant to Notice of ADR Procedures and Scheduling of Claims Objection Hearing With Respect to Debtors' Objections to Proof of Claim Nos. 21487 and 21488, Docket No. 42516, and that was previously adjourned to October 7, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 10, 2014, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:   New York, New York
         October 3, 2014

Respectfully submitted,

 /s/ I-Heng Hsu
Jayant W. Tambe
Laura W. Sawyer
I-Heng Hsu
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

ATTORNEYS FOR LEHMAN BROTHERS HOLDINGS INC. AND CERTAIN OF ITS AFFILIATES