# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

Attn: Clerk

AND TO: Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) et al (Jointly Administered) (the "Case")

Proof of Claim Number 27813

Amount of Claim: $3,909,955.10

**SPCP Group, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Silver Point Luxembourg Platform S.à.r.l.**
**2 Greenwich Plaza**
**1st Floor**
**Greenwich, CT 06830**
**Attn: Arbab Khalid**
**Phone: 203-542-4441**
**Fax:    203-542-4541**
**Email: ops-administration@silverpointcapital.com**
**and  akhalid@silverpointcapital.com**

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 27813, solely to the extent of $3,909,955.10 (the "Claim") against the Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

NYC:245336.4

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated September 3, 2014.

| SPCP GROUP, LLC | SILVER POINT LUXEMBOURG PLATFORM S.à.r.l. |
|---|---|
| By: *[signature]* | By: _____ |
| Name: Jennifer Poccia | Name: |
| Title: Authorized Signatory | Title: |

NYC:245336.4

Pg 3 of 3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated September 3, 2014.

| SPCP GROUP, LLC | SILVER POINT LUXEMBOURG PLATFORM S.à.r.l. |
|---|---|
| By: _____ | By: _/s/ Paul Clarke_____ |
| Name: | Name: Paul Clarke |
| Title: | Title: Manager |

NYC:245336.4