UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                                       :
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :   08-13555 (SCC)
                                                                       :   (Jointly Administered)
                  Debtors.                                             :
                                                                       :
----------------------------------------------------------------------x   Ref. Docket No. 46344, 46346,
                                                                           46349, 46350

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
3rd day of October, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MALAYAN BANKING BERHAD                         MALAYAN BANKING BERHAD
     400 PARK AVENUE, 9TH FLOOR                     ROTTENBERG LIPMAN RICH, P.C.
     NEW YORK NY 10022                              ATTN: THOMAS CHASE
                                                    369 LEXINGTON AVENUE, 15TH FLOOR
                                                    NEW YORK NY 10017
```

Please note that your claim # 18065 in the above referenced case and in the amount of
    $8,370,926.11      has been transferred **(unless previously expunged by court order)**

```
        ROYAL BANK OF SCOTLAND, PLC, THE
        TRANSFEROR: MALAYAN BANKING BERHAD
        ATTN: MATTHEW ROSENCRANS
        600 WASHINGTON BOULEVARD
        STAMFORD CT 06901
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46350       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/03/2014                        Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 3, 2014.

**EXHIBIT B**

```
TIME: 11:00:24                                                    LEHMAN BROTHERS HOLDING INC.                                                         PAGE: 1
DATE: 10/03/14                                                          CREDITOR LISTING

Name                                            Address
DIAMOND FINANCE PUBLIC LIMITED COMPANY          C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE
 SERIES 2007-08                                 LONDON E14 5AL UNITED KINGDOM
DIAMOND FINANCE PUBLIC LIMITED COMPANY          REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
 SERIES 207-08
DIAMOND FINANCE PUBLIC LIMITED COMPANY          C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
 SERIES 207-08                                  LONDON E14 5AL UNITED KINGDOM
DR. CHRISTOPH A. BULFON                         TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-08 WIDENMAYERSTRASSE 12 MUNICH 80538 GERMANY
DR. CHRISTOPH A. BULFON                         TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207-08 WIDENMAYERSTRASSE 12 MUNICH 80538 GERMANY
MALAYAN BANKING BERHAD                          400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
MALAYAN BANKING BERHAD                          ROTTENBERG LIPMAN RICH, P.C. ATTN: THOMAS CHASE 369 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
METLIFE ASSURANCE LIMITED                       15 BEDFORD STREET LONDON WC2E 9HE UNITED KINGDOM
METLIFE ASSURANCE LIMITED                       TODD LURIE, ESQ. C/O METLIFE INVESTMENTS - LEGAL DEPT. P.O BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962
ROYAL BANK OF SCOTLAND, PLC, THE                TRANSFEROR: MALAYAN BANKING BERHAD ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                TRANSFEROR: METLIFE ASSURANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SILVER POINT LUXEMBOURG PLATFORM                TRANSFEROR: SPCP GROUP, LLC ATTN: ARBAB KHALID 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
 S.A.R.L.
SPCP GROUP, LLC                                 RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                 TRANSFEROR: SOLENT CREDIT OPPORTUNITIES MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL
                                                OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830


Total Number of Records Printed       14

                                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```