SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

## CERTIFICATE OF SERVICE

I, Thomas John Wright, hereby certify that, on October 3, 2014, I caused to be served true and correct copies of the ***Ex Parte*** **Motion of Giants Stadium LLC for Authorization To File Under Seal Certain Documents in Connection with the Response of Giants Stadium LLC To Debtors' Objection to Proof of Claim Numbers 64070 and 64071 (the "Motion")** and the exhibits thereto to be served by ECF on the parties requesting electronic service, by U.S. Mail, First Class, Postage Prepaid, on the Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), and by hand delivery on:

> The Honorable Shelley C. Chapman
> One Bowling Green
> Courtroom 621
> New York, New York 10004

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea B. Schwartz, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack

*Attorneys for the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
October 3, 2014

Respectfully submitted,

/s/  Thomas John Wright_____
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*