WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
:
                              Debtors.                             :   (Jointly Administered)
:
-------------------------------------------------------------------------------x
:
In re                                                              :
:   Case No.
LEHMAN BROTHERS INC.,                                :
:   08-01420 (SCC) (SIPA)
                              Debtor.                              :
:
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR THE SEVENTY-EIGHTH**
**OMNIBUS AND CLAIMS HEARING ON OCTOBER 7, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.    CONTESTED MATTERS:**

1.    Motion of Claimants Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo for Relief from Stay and Injunction Provided Under Plan [**ECF Nos. 44848**]

Response Deadline:    September 30, 2014 at 4:00 p.m.

Response Received:

A.    Plan Administrator's Objection [**ECF No. 46398**]

Related Documents:

B.    Supplement to Motion for Relief from Stay and Injunction Provided Under Plan [**ECF No. 46189**]

C.    Declaration of Robert S. Shwarts in Support of Plan Administrator's Objection [**ECF No. 46399**]

D.    Declaration of Scott Allan in Support of Plan Administrator's Objection [**ECF No. 46400**]

E.    Claimants' Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo Reply Brief in Support of Motion for Relief from Stay and Injunction Provided Under Plan [ECF No. 46437]

Status:  This matter is going forward on a contested basis.

2.    FOGADE's Motion to Designate Diaz Reus & Targ, LLP as Agent for Receipt of All Distributions and Honor Change of Address in the LBHI and LBI Proceedings [**ECF No. 46173 / LBI ECF No. 9723**]

Response Deadline:    September 29, 2013 at 4:00 p.m.

Responses Received:

    A.    Interested Party Smith Rocke Ltd.'s Opposition to FOGADE's Motion to Designate Diaz Reus & Targ, LLP as Agent for Receipt of Distributions and Honor Change of Address in the LBHI and LBI Proceedings [**ECF No. 46389 / LBI ECF No. 9968**]

    B.    Smith Rocke's Opposition to FOGADE's Motion to Designate Diaz, Reus & Targ, LLP as agent for receipt of all distributions [**ECF No. 46444 / LBI ECF No. 10060**]

Related Document:

    C.    Trustee's Statement in Respect of FOGADE Motions to Designate Diaz Reus & Targ, LLP as Agent for Receipt of All Distributions and Honor Change of Address in the LBI and LBHI Proceedings [**ECF No. 46393 / LBI ECF No. 9973**]

Status:  This matter is going forward on a contested basis.

## LEHMAN BROTHERS INC. PROCEEDING

## II.    UNCONTESTED MATTERS:

    3.    Trustee's Motion for an Order Enforcing the Automatic Stay with Respect to a Civil Action Commenced by Barbara Newman Against the Debtor Pending Before the United States District Court for the District of Massachusetts  [**LBI ECF No. 9737**]

Response Deadline:    September 18, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Declaration of Mary E. Pierce in Support of the Lehman Brothers Inc. Trustee's Motion for an Order Enforcing the Automatic Stay with Respect to a Civil Action by Barbara Newman Against the Debtor Pending Before the United States District Court for the District of Massachusetts [**LBI ECF No. 9738**]

Status:  This matter is going forward.

WEIL:\95104293\6\58399.0011

III.    **CONTESTED MATTERS:**

4.      Trustee's Motion for Summary Judgment on the Trustee's Objection to the
        General Creditor Claim filed by Mary A. Ortegon (Claim No. 4546) [**LBI ECF
        No. 9427**]

        Response Deadline:    August 15, 2014 at 4:00 p.m.

        Response Received:

        A.      Mary Ortegon's [Claim #4546] Memorandum of Law in Support
                of Her Opposition to the Trustee's Motion for Summary Judgment
                [**LBI ECF No. 9654**]

        Related Documents:

        B.      Trustee's One Hundred Ninety-Ninth Omnibus Objection to
                General Creditor Claims (No Liability Claims) [**LBI ECF No.
                8154**]

        C.      Mary Ortegon's [Claim #4546] Response to the Trustee's One
                Hundred Ninety-Ninth Omnibus Objection to General Creditor
                Claims (No Liability Claims) [**LBI ECF No. 8238**]

        D.      Stipulation and Scheduling Order Regarding Contested Claim of
                Mary Oregon (Claim No. 4546) [**LBI ECF No. 9259**]

        E.      Declaration of Meaghan Gragg in Support of the Trustee's Motion
                for Summary Judgment on the Trustee's Objection to the General
                Creditor Claim Filed by Mary A. Ortegon (Claim No. 4546) [**LBI
                ECF No. 9428**]

        F.      Trustee's Local Bankruptcy Rule 7056-1 Statement of Material
                Facts in Support of His Motion for Summary Judgment on the
                Trustee's Objection to the General Creditor Claim Filed by Mary
                A. Ortegon (Claim No. 4546) [**LBI ECF No. 9429**]

        G.      Mary Ortegon's [Claim #4546] Local Bankruptcy Rule 7056-1
                Response to the Trustee's Statement of Material Facts in Support
                of His Motion for Summary Judgment and Statement of Additional
                Material Facts [**LBI ECF No. 9655**]

        H.      Declaration of Ethan A. Brecher in Support of Mary Ortegon's
                [Claim #4546] Opposition to the Trustee's Motion for Summary
                Judgment [**LBI ECF No. 9656**]

        I.      Trustee's Reply Memorandum in Support of the Trustee's Motion
                for Summary Judgment on the Trustee's Objection to the General

WEIL:\95104293\6\58399.0011

Creditor Claim filed by Mary A. Ortegon (Claim No. 4546) [**LBI ECF No. 9734**]

J.     Declaration of Meaghan Gragg in Support of the Trustee's Reply Memorandum in Support of the Trustee's Motion for Summary Judgment on the Trustee's Objection to the General Creditor Claim filed by Mary A. Ortegon (Claim No. 4546) [**LBI ECF No. 9735**]

<u>Status</u>: This matter is going forward.

## **ADVERSARY PROCEEDINGS:**

5.    Lehman Brothers Special Financing Inc. v. Merrill Lynch Capital Services, Inc. [**Adversary Proceeding No. 14-02030**]

**Motion to Dismiss Adversary Proceeding**

<u>Related Documents</u>:

A.    Adversary Complaint [**ECF No. 1**]

B.    Defendant's Motion to Dismiss Adversary Proceeding [**ECF No. 5**]

C.    Defendant's Memorandum of Law in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 6**]

D.    Notice of Hearing on Defendant's Motion to Dismiss Adversary Proceeding [**ECF No. 8**]

E.    Plaintiff's Opposition to Defendant's Motion to Dismiss Adversary Proceeding [**ECF No. 9**]

F.    Defendant's Reply in Support of Motion to Dismiss Adversary Proceeding [**ECF No. 10**]

<u>Status</u>:  This matter is going forward.

6.    Bania Brothers, L.L.C., *et al.* v. Lehman Brothers OTC Derivatives Inc., *et al.* [**Adversary Proceeding No. 14-02095**]

**Pre-Trial Conference**

<u>Related Documents</u>:

A.    Adversary Complaint [**ECF No. 1**]

B.    Motion to Dismiss Adversary Complaint [**ECF No. 11**]

WEIL:\95104293\6\58399.0011

    C.      Memorandum of Law of Lehman Brothers OTC Derivatives Inc., *et al*. in Support of Motion to Dismiss Adversary Complaint [**ECF No. 12**]

    D.      Declaration of Ralph I. Miller in Support of Motion to Dismiss Adversary Complaint [**ECF No. 13**]

Status:  This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

7.     Lehman Brothers Special Financing Inc. *et al*. v. AmeriCredit Financial Services Inc. *et al*. [**Adversary Proceeding No. 11-02403**]

**Motion to Dismiss Adversary Complaint**

Related Documents:

    A.      Amended Adversary Complaint [**ECF No. 10**]

    B.      Motion to Dismiss Amended Adversary Complaint [**ECF No. 14**]

    C.      Memorandum of Law in Support of the Moving Defendants' Motion to Dismiss [**ECF No. 15**]

    D.      Declaration of Anthony J. Ford in Support of the Moving Defendants' Motion to Dismiss [**ECF No. 16**]

    E.      Response of Lehman Brothers Holdings Inc. to AmeriCredit's Motion to Dismiss Amended Complaint [**ECF No. 21**]

    F.      So Ordered Stipulation and Order Dismissing Count IX of the Amended Complaint [**ECF No. 22**]

    G.      Reply Memorandum of AmeriCredit Financial Services Inc. et al. [**ECF No. 24**]

    H.      Notice of Supplemental Authority of Lehman Brothers Holdings Inc., et al. [**ECF No. 30**]

    I.      Letter of AmeriCredit in Response to Notice of Subsequent Authority [**ECF No. 31**]

Status:  This matter is going forward.

WEIL:\95104293\6\58399.0011

IV.     **ADJOURNED MATTERS:**

A.     **Lehman Brothers Holdings Inc. Chapter 11 Cases**

   8.     Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 35787**]

   Response Deadline:     April 15, 2013 at 4:00 p.m. or as otherwise extended.

   Adjourned Responses:

      A.     Thomas P Blakeslee Opposition Brief to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36654**]

      B.     Craig Inglis Response to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36773**]

      C.     Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36558**]

   Related Documents:     None.

   Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m. solely as to claim numbers 510, 10915 and 66365.

   9.     Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

   Response Deadline:     June 12, 2014 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:     None.

   Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

   10.     Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

   Response Deadline:     June 3, 2013 at 4:00 p.m.

   Adjourned Responses:

      A.     Response of Commerzbank AG [**ECF No. 38674**]

      B.     Response of EuroHypo AG [**ECF No. 38674**]

WEIL:\95104293\6\58399.0011

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

11.    Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38050]**

Response Deadline:    July 19, 2013 at 4:00 p.m.

Adjourned Responses:

A.    Response of Christopher Dorland to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38864]**

B.    Response of John Greco to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38863]**

C.    Response filed by Alysse McLoughlin **[ECF No. 39426]**

D.    Response of Carlos Torres to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 36882]**

E.    Response of David Wilson to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) **[ECF No. 38865]**

Related Documents:    None.

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m. solely as to claim numbers 180, 532, 599, 772 and 25510.

12.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr **[ECF No. 39348]**

Response Deadline:    September 22, 2014 at 4:00 p.m.

Response Received:

A.    Response of Sanford and Tina Mohr **[ECF No. 41101]**

Related Documents:

B.    Supplemental Objection and Reply in Further Support of Objection **[ECF No. 45587]**

8

      C.      Notice of Hearing on Supplemental Objection and Reply [**ECF No. 45589**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

13.      Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:      June 12, 2014 at 4:00 p.m.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

14.      Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline:      February 18, 2014 at 4:00 p.m.

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m. solely with respect to claim numbers 19986, 19987, 19988 and 27709.

15.      Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Nos. 21487 and 21488 [**ECF No. 42516**]

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

16.      The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44488**]

Response Deadline:      July 2, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:

      A.      Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

Related Documents:  None.

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m. as to Claim No. 48726 of Wells Fargo Bank, NA.

17.      The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44489**]

Response Deadline:      July 2, 2014 at 5:00 p.m. or as otherwise extended.

WEIL:\95104293\6\58399.0011

Response Received:   None.

Related Documents:   None.

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

18.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Response Deadline:    June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
June 13, 2014, at 4:00 p.m. (for Internal Revenue Service, United States Trustee, and parties on the Debtors' Master Service List)

Responses Received:

A.    Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

B.    Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

C.    Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

D.    Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

E.    Limited Objection and Reservation of Rights of Amerifirst Financial Corp., *et al.* to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

F.    Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage to the Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44740**]

WEIL:\95104293\6\58399.0011

Related Documents:

G.     Declaration of Adam M. Bialek in Support of Order to Show
Cause to Shorten Notice Period and Extend the Response Deadline
by One Day for Late Served Recipients of Debtors' Motion for
Alternative Resolution Procedures Order for Indemnification
Claims of the Debtors Against Mortgage Loan Sellers on Debtors'
Master Service List [**ECF No. 44571**]

H.     Order to Show Cause to Shorten Notice Period and Extend the
Response Deadline By One Day For Late Served Recipients of
Debtors' Motion for Alternative Resolution Procedures Order for
Indemnification Claims of the Debtors Against Mortgage Loan
Sellers on Debtors' Master Service List [**ECF No. 44572**]

I.     Debtors' Omnibus Reply to Responses and Objections [**ECF No.
44728**]

J.     Alternative Dispute Resolution Procedures Order For
Indemnification Claims of the Debtors Against Mortgage Loan
Sellers [**ECF No. 44846**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

19.   Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to
Claims (No Liability Claims) [**ECF No. 45446**]

Response Deadline:    August 29, 2014 at 4:00 p.m.

Responses Received:

A.     Response of Wincent Investment Limited [**ECF No. 46182**]

B.     Response of Fatai Investment Limited [**ECF No. 46183**]

C.     Response of Zama International Limited [**ECF No. 46184**]

D.     Response of Halewood Company Limited [**ECF No. 46195**]

E.     Response of KBC Bank NV [**ECF No. 46238**]

F.     Declaration of Markus Schott in Support of Response of KBC
Bank NV [**ECF No. 46239**]

Related Documents:    None.

Status:  This matter has been adjourned with respect to the foregoing responses to
November 7, 2014 at 10:00 a.m.

20. Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45448**]

   Response Deadline:   August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 and October 29, 2014.

   Response Received:

   A.   Response of Goldman Sachs Emerging Markets Opportunities Fund LLC and Goldman Sachs Emerging Markets Opportunities Fund Offshore, LLC [**ECF No. 46197**]

   B.   Response of the Hongkong and Shanghai Banking Corporation Limited [**ECF No. 46388**]

   Related Document:

   C.   Order Granting the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46284**]

   Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m. for Claim Nos. 23893, 27105, 21620, 15824, 15891, and 18217.  This matter has been adjourned sine die for Claim Nos. 18071, 25131, and 25133.

## B.   Adversary Proceedings

21. Moore Macro Fund, LP, *et al.* v. Lehman Brothers Holdings Inc., *et al.* [**Adversary Proceeding No. 14-02021**]

   **Motion to Dismiss Defendants' First, Fifth, Sixth and Seventh Counterclaims**

   Status:  This matter has been adjourned to November 12, 2014 at 10:00 a.m.

22. Lehman Brothers Derivative Products Inc. v. U.S. Bank Trust National Association, *et al.* [**Adversary Proceeding No. 14-02234**]

   **Pre-Trial Conference**

   Related Documents:

   A.   Adversary Complaint [**ECF No. 1**]

   B.   Summons with Notice of Pre-Trial Conference [**ECF No. 2**]

   C.   Notice of Adjournment of Pre-trial Conference [**ECF No. 3**]

   Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

23. Lehman Brothers Special Financing Inc., *et al.* v. Granite Finance Limited, *et al.* [**Adversary Proceeding No. 14-02236**]

**Pre-Trial Conference**

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

## C.    Lehman Brothers Inc. Proceeding

24. Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

   A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

   B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to the claim of Mr. Eddi.

25. Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:    October 23, 2013 at 4:00 p.m., extended for certain parties to October 30, 2013 at 4:00 p.m.

Response Received:

   A.    Response of Terry G. Reckas [**Not Docketed**]

Related Document:

   B.    Order Granting the Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter is adjourned to November 7, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

WEIL:\95104293\6\58399.0011

26.     Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:     December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

Responses Received:

A.     Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

B.     Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

C.     Order Granting the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

27.     Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]

Response Deadline:     March 24, 2014 at 4:00 p.m.

Response Received:

A.     Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

B.     Notice of Withdrawal [**LBI ECF No. 8681**]

C.     Order Granting the  Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

28.     Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:     April 4, 2014 at 4:00 p.m., extended for certain parties to June 4, 2014 at 4:00 p.m.

WEIL:\95104293\6\58399.0011

Response Received:

    A.     Response of Comerica Bank [**LBI ECF No. 8711**]

Related Documents:

    B.     Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    C.     Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

    D.     Notice of Resolution Solely as to a Certain Claim [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

29.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to October 31, 2014 at 4:00 p.m.

Responses Received:

    A.     Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

    B.     Response of Scott Logic Ltd. [**LBI ECF No. 8673**]

Related Documents:

    C.     Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    D.        Notices of Resolution Solely as to Certain Claims [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014**]

    E.        Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168, 9849**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

30.    Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2014 at 4:00 p.m.

Response Received:

    A.        Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

Related Documents:

    B.        Notice of Withdrawal [**LBI ECF No. 8760**]

    C.        Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

31.    Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:    May 27, 2014 at 4:00 p.m.

Response Received:

    A.        Response of RBC Cees Limited [**Not Docketed**]

WEIL:\95104293\6\58399.0011

Related Document:

    B.    Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to the claim of RBC Cees Limited.

32.    Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) [**LBI ECF No. 8966**]

    Response Deadline:    June 6, 2014 at 4:00 p.m., extended for certain parties to October 31, 2014 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.    Notice of Withdrawal [**LBI ECF No. 9002**]

    B.    Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to certain claims [**LBI ECF No. 9175**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 9370**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to a certain claim.

33.    Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9013**]

    Response Deadline:    June 20, 2014 at 4:00 p.m., extended for certain parties to August 22, 2014 at 4:00 p.m.

    Responses Received:

    A.    Response of Julia Kaufman [**LBI ECF No. 9125**]

    B.    Declaration of Julia Kaufman [**LBI ECF No. 9126**]

    C.    Response of Kyle R. Kettler [**LBI ECF No. 9183**]

WEIL:\95104293\6\58399.0011

D.       Response of Wayne Judkins [**LBI ECF No. 9185**]

E.       Response of Jeffrey Frase and Roy J. Salame [**LBI ECF No. 9196**]

F.       Response of P. Mathew Verghese [**LBI ECF No. 9199**]

G.       Response of Michael Scott Glover and Anshuman Goyal [**LBI ECF No. 9200**]

H.       Declaration of Harry W. Lipman on behalf of Akshay Murthy [**LBI ECF No. 9202**]

I.       Response of Akshay Murthy [**LBI ECF No. 9203**]

J.       Response of Murali Raman  [**LBI ECF No. 9209**]

K.       Response of Julie R. Shapiro [**LBI ECF No. 9262**]

L.       Response of Brett Ersoff [**LBI ECF No. 9277**]

M.       Response of Maximilian Coreth [**LBI ECF No. 9282**]

N.       Declaration on behalf of Maximilian Coreth [**LBI ECF No. 9283**]

O.       Response of Thomas P. Blakeslee [**LBI ECF No. 9316**]

P.       Response of Alexander Lesin [**LBI ECF No. 9344**]

Q.       Declaration in Support of the Response of Alexander Lesin [**LBI ECF No. 9346**]

R.       Response of Todd O'Malley [**LBI ECF No. 9354**]

S.       Response of Shashank Agrawal [**LBI ECF No. 9357**]

T.       Response of Eric Race [**LBI ECF No. 9411**]

U.       Declaration of Eric Race [**LBI ECF No. 9412**]

V.       Amended Declaration of Eric Race [**LBI ECF No. 9430**]

W.       Response of Zhiyong Shi [**LBI ECF No. 9563**]

X.       Response of 1EE, LLC [**LBI ECF No. 9694**]

Related Documents:

Y.       Corrected Order Granting the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims

(Employee Claims) solely as to certain claims [**LBI ECF No. 9443**]

Z.    Motion of 1EE, LLC Pursuant to 11 U.S.C. Sections 107(b) and 107(c) and Fed. R. Bankr. P. Rule 9018 for an Order Authorization 1EE LLC to File Certain Exhibits to the Declaration of Jonathan Hoffman Under Seal [**LBI ECF No. 9693**]

AA.    Declaration of Jonathan Hoffman on behalf of 1EE, LLC [**LBI ECF No. 9695**]

BB.    Order Pursuant to 11 U.S.C. Sections 107(b) and 107(c) and Fed. R. Bankr. P. Rule 9018 Authorizing 1EE, LLC to File Certain Exhibits to the Declaration of Jonathan Hoffman Under Seal [**LBI ECF No. 9715**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

34.    Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 9059**]

Response Deadline:    June 26, 2014 at 4:00 p.m., extended for certain parties to July 31, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Intuition Publishing, Inc. [**LBI ECF No. 9238**]

B.    Amended Response of Miller Advertising Agency [**LBI ECF No. 9255**]

Related Documents:

C.    Order Granting the Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 9408**]

D.    Notices of Resolution Solely as to a Certain Claim [**LBI ECF Nos. 9775, 10004**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

WEIL:\95104293\6\58399.0011

35.    Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9161**]

     Response Deadline:   July 9, 2014 at 4:00 p.m., extended for certain parties to July 25, 2014 at 4:00 p.m.

     Responses Received:

         A.     Response of Craig O. Benson and Michael J. Petrucelli [**LBI ECF No. 9325**]

         B.     Response of Kimberly A. Reed [**LBI ECF No. 9474**]

         C.     Response of Nathan Wang [**Not Docketed**]

     Related Document:

         D.     Order Granting the Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9628**]

     Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

36.    Trustee's Two Hundred Forty-Fifth Omnibus Objection to General Creditor Claims (No Liability Indemnity Claims) [**LBI ECF No. 9257**]

     Response Deadline:   July 21, 2014 at 4:00 p.m., extended for certain parties without date.

     Responses Received:  None.

     Related Document:

         A.     Notice of Resolution [**LBI ECF No. 9919**]

     Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to a certain claim.

37.    Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9394**]

     Response Deadline:   August 4, 2014 at 4:00 p.m., extended for certain parties to August 15, 2014 at 4:00 p.m.

     Responses Received:

         A.     Response of Jeffrey M. Klinger [**LBI ECF No. 9551**]

B.        Response of Robert Dyer [**LBI ECF No. 9777**]

Related Document:

C.        Order Granting the Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9853**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

38.    Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) [**LBI ECF No. 9442**]

Response Deadline:    August 8, 2014 at 4:00 p.m., extended for certain parties to September 22, 2014 at 4:00 p.m.

Response Received:

A.        Response of Bank of Montreal [**LBI ECF No. 9707**]

Related Documents:

B.        Order Granting the Trustee's Two Hundred Forty-Ninth Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9852**]

C.        Supplemental Certificate of No Objection [**LBI ECF No. 10061**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

39.    Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

Response Deadline:    August 13, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

A.        Response of Israel Discount Bank of New York [**LBI ECF No. 9632**]

B.        Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

WEIL:\95104293\6\58399.0011

      C.      Response of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. [**LBI ECF No. 9778**]

Related Documents:

      D.      Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

      E.      Notice of Resolution [**LBI ECF No. 10005**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

40.      Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

Response Deadline:      August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

      A.      Response of Patricia M. Bah [**LBI ECF No. 9636**]

      B.      Response of Vito. A. Santoro [**LBI ECF No. 9714**]

Related Document:

      C.      Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9846**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

41.      Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

Response Deadline:      August 15, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:  None.

WEIL:\95104293\6\58399.0011

Related Documents:

    A.    Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

    B.    Supplemental Certificate of No Objection [**LBI ECF No. 10013**]

    C.    Notice of Resolution [**LBI ECF No. 10015**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

42.    Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

Response Deadline:    August 21, 2014 at 4:00 p.m.

Response Received:

    A.    Response of U.S. Bank National Association [**LBI ECF No. 9674**]

Related Documents:    None.

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

43.    Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9529**]

Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 8, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Acumen Fund, Inc. [**LBI ECF No. 9690**]

    B.    Response of TTSD Trust [**LBI ECF No. 9663**]

Related Documents:

    C.    Memorandum Endorsed Order re Request for Waiver of Courtcall fee [**LBI ECF No. 9705**]

    D.    Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9847**]

WEIL:\95104293\6\58399.0011

E.      Notice of Resolution Solely as to a Certain Claim [**LBI ECF No. 10006**]

F.      Supplemental Certificate of No Objection [**LBI ECF No. 10062**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to the Acumen claim.  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the TTSD claim.

44.     Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9530**]

Response Deadline:     August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

Responses Received:

A.      Response of Walter J. Sieczkowski [**Not Docketed**]

B.      Response of Richard N. Wayne [**LBI ECF  No. 9970**]

C.      Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

Related Document:

D.      Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to Mr. Wayne and Mr. Lazares' claims.  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to Mr. Sieczkowski's claim.

45.     Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) [**LBI ECF No. 9583**]

Response Deadline:     August 28, 2014 at 4:00 p.m., extended for certain parties to October 31, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.      Certificate of No Objection solely as to certain claims [**LBI ECF No. 9931**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to a certain claim.

46.     Trustee's Two Hundred Fifty-Eighth Omnibus Objection to General Creditor
        Claims (No Liability Indemnity Claims (WaMu)) [**LBI ECF No. 9584**]

        Response Deadline:    August 28, 2014 at 4:00 p.m., extended for certain parties
                              to October 9, 2014 at 4:00 p.m.

        Responses Received:  None.

        Related Document:

                A.      Notice of Resolution [**LBI ECF No. 9918**]

        Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to
        certain claims.

47.     Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor
        Claims [**LBI ECF No. 9601**]

        Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties
                              to October 13, 2014 at 4:00 p.m.

        Responses Received:

                A.      Response of RTC-CEBFT Russell International Fund [**LBI ECF
                        No. 9833**]

                B.      Response of Atif Khan [**LBI ECF No. 9862**]

        Related Document:

                C.      Certificate of No Objection solely as to certain claims [**LBI ECF
                        No. 9932**]

        Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to
        certain claims.

48.     Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims
        (No Liability Claims) [**LBI ECF No. 9605**]

        Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties
                              to September 12, 2014 at 4:00 p.m.

        Responses Received:

                A.      Response of General Ore International Corporation Ltd., Neu
                        Holdings Corporation, Neu Foundation of California, Amy Patrick
                        Neu and Janice K. Moss [**LBI ECF No. 9864**]

WEIL:\95104293\6\58399.0011

       B.     Amended Response of General Ore International Corporation Ltd., Neu Holdings Corporation, Neu Foundation of California, Amy Patrick Neu and Janice K. Moss [**LBI ECF No. 9890**]

Related Document:

       C.     Certificate of No Objection solely as to a certain claim [**LBI ECF No. 9933**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

49.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:    September 5, 2014 at 4:00 p.m.

Responses Received:

       A.     Response of US National Bank Association [**LBI ECF No. 9824**]

Related Document:

       B.     Certificate of No Objection solely as to a certain claim [**LBI ECF No. 9964**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to the claim of US National Bank Association.

50.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties to October 24, 2014 at 4:00 p.m.

Responses Received:

       A.     Response of RUT The International Bond Fund [**LBI ECF No. 9827**]

       B.     Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Document:

    C.    Certificate of No Objection solely as to a certain claim [**LBI ECF No. 10044**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

51.    Motion of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. for Entry of an Order to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [**LBI ECF No. 9712**]

Response Deadline:    September 30, 2014 at 4:00 p.m., extended to October 31, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m.

52.    Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9736**]

Response Deadline:    September 18, 2014 at 4:00 p.m., extended for certain parties to October 2, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    *Ex Parte* Motion for Entry of an Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9732**]

    B.    Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9733**]

    C.    Filed Under Seal Release Agreement, Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9901**]

    D.    *Ex Parte* Motion for Entry of an Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10009**]

WEIL:\95104293\6\58399.0011

E.  Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co. to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10011**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

53.  Trustee's Two Hundred Sixty-Fifth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Claims) [**LBI ECF No. 9744**]

Response Deadline:  September 18, 2014 at 4:00 p.m., extended for certain parties to October 9, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.  Certificate of No Objection solely as to a certain claim [**LBI ECF No. 10036**]

Status:  This matter has been adjourned to November 7, 2014 at 10:00 a.m., as to certain claims.

## V.  **WITHDRAWN MATTERS:**

54.  Plan Administrator's Objection to Claim No. 8470 Held by Plaza Harbour Mezz Holdings LLC [**ECF No. 44942**]

Response Deadline:  September 2, 2014 at 4:00 p.m.

Response Received:  None.

Related Document:

    A.    Notice of Withdrawal [**ECF No. 46324**]

Status:  This matter has been withdrawn.

Dated:  October 6, 2014
      New York, New York

          /s/ Garrett A. Fail
          Garrett A. Fail

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Lehman Brothers Holdings Inc.
          and Certain of Its Affiliates

Dated:  October 6, 2014
      New York, New York

          /s/ Jeffrey S. Margolin
          James B. Kobak, Jr.
          Christopher K. Kiplok
          Jeffrey S. Margolin

          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, New York 10004
          Telephone: (212) 837-6000
          Facsimile: (212) 422-4726

          Attorneys for James W. Giddens, Trustee for
          the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95104293\6\58399.0011