UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

------------------------------------------------------------------- x

**Chapter 11**

**Case No. 08-13555 (SCC)**

**(Jointly Administered)**

### STIPULATION, AGREEMENT AND ORDER REGARDING CLAIMS NUMBER 37355 AND NUMBER 37356 SETTING A PRE-EVIDENTIARY HEARING SCHEDULE

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* (the "Plan"), and the Washington State Tobacco Settlement Authority ("Washington TSA") and, together with the Plan Administrator, (the "Parties"), hereby stipulate and agree as follows:

### RECITALS

WHEREAS, the Court has scheduled the evidentiary hearing of this action to begin on November 4, 2014 (the "Hearing Date");

WHEREAS, to assist the orderly and efficient preparation for the evidentiary hearing, the parties desire to establish a pre-evidentiary hearing schedule for certain events;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record, and, upon court approval hereof, it shall be ordered that the schedule of pre-evidentiary hearing events in the above-captioned case shall be as follows:

| **Event** | **Deadline** |
|---|---|
| Parties exchange witness lists | September 5, 2014 |
| Parties exchange deposition designations | September 12, 2014 |
| Parties exchange proposed exhibit lists and copies of proposed exhibits | September 26, 2014 |
| Parties exchange counter deposition designations | October 3, 2014 |
| Parties exchange proposed uncontested facts | October 3, 2014 |
| Parties object to proposed exhibits | October 10, 2014 |
| Submission to the Court of deposition designations | October 14, 2014 |
| Submission to the Court of Joint Statement of Uncontested Facts | October 14, 2014 |
| Parties agree upon joint exhibits, to the extent possible | October 17, 2014 |
| Submission to the Court of Pre-Hearing Briefs | October 21, 2014 |
| Submission to the Court of Motions in Limine | October 23, 2014 |
| Submission to the Court of Witness Lists | October 27, 2014 |
| Submission to the Court of joint and individual exhibit lists, as well as pre-marked joint and individual exhibits | October 30, 2014 |
| Submission to the Court of Oppositions to the Motions in Limine | October 31, 2014 |

IT IS HEREBY FURTHER STIPULATED AND AGREED that the deadlines in the preceding schedule shall be for service on opposing counsel of record.

IT IS HEREBY FURTHER STIPULATED AND AGREED that service shall be by electronic mail, with hardcopy service by hand or overnight delivery for the next business day.

| | |
|---|---|
| Dated: Seattle, Washington<br>September 5, 2014 | PACIFICA LAW GROUP LLP<br><br>By: /s/ *Paul J. Lawrence*<br>Paul J. Lawrence<br>Kymberly K. Evanson<br>1191 Second Avenue, Suite 2100<br>Seattle, WA 98101<br>Telephone: 206-245-1700<br>Facsimile: 206-245-1750 |
| Dated: New York, New York<br>September 5, 2014 | RICH MICHAELSON MAGALIFF MOSER, LLP<br><br>By: /s/ *Eric T. Moser*<br>Eric T. Moser<br>Robert N. Michaelson<br>340 Madison Avenue, 19th Floor<br>Telephone: (212) 220-9402<br>Facsimile: (212) 913-9642<br><br>*Attorneys for Washington State Tobacco Settlement Authority* |
| Dated: New York, New York<br>September 9, 2014 | JONES DAY<br><br>By: /s/ *Laura W. Sawyer*<br>Jayant W. Tambe<br>Laura W. Sawyer<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3685<br>Facsimile: (212) 755-7306<br><br>*Attorneys for the Debtors* |

**SO ORDERED:**

Dated: New York, New York
October 6, 2014

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge