Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Skandinaviska Enskilda Banken AB (publ)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NOS. 26481 AND 26482

PLEASE TAKE NOTICE that Skandinaviska Enskilda Banken AB (publ) by and through their undersigned counsel, hereby withdraws Claim No. 26481 and Claim No. 26482 submitted in the above captioned proceeding, and that the official claims register should be updated accordingly:

Dated:  October 6, 2014
          New York, New York

SIDLEY AUSTIN LLP

/s/ Alex R. Rovira
Alex R. Rovira
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5959

Counsel for Skandinaviska Enskilda Banken AB (publ)