**CHADBOURNE & PARKE LLP**
Thomas J. Hall
Marcelo M. Blackburn
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
thall@chadbourne.com

Attorneys for Smith Rocke Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **Lehman Brothers Holdings, Inc. et al.,** | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF INTERESTED PARTY SMITH ROCKE LTD.'S OPPOSITION TO FOGADE'S MOTION TO DESIGNATE DIAZ REUS & TARG, LLP AS AGENT FOR RECEIPT OF DISTRIBUTIONS AND HONOR CHANGE OF ADDRESS IN THE LBHI AND LBI PROCEEDINGS AND REQUEST TO SUSPEND DISTRIBUTIONS TO CREDICAN**

**PLEASE TAKE NOTICE** that Smith Rocke Ltd. hereby withdraws its Opposition to Fogade's Motion to Designate Diaz Reus & Targ, LLP as Agent for Receipt of Distributions and Honor Change of Address in the LBHI and LBI Proceedings and Request to Suspend Distributions to Credican (Docket No. 46389).

Date: New York, NY
October 6, 2014

Respectfully submitted,

CHADBOURNE & PARKE LLP

By    */s/ Thomas J. Hall*

Thomas J. Hall
Marcelo M. Blackburn
1301 Avenue of the Americas
New York, NY  10019
(212) 408-5100
thall@chadbourne.com

*Counsel for Smith Rocke Ltd.*