WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING FOR OBJECTIONS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the omnibus objections to claims listed on Exhibit A attached hereto, *solely* as to the claims listed on Exhibit A, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on **November 7, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  October 6, 2014
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95108664\1\58399.0011

## Exhibit A

| Claim Number | Claimant | Omnibus Objection | Response ECF No |
|---|---|---|---|
| 32308 | Vito Santoro | One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF No. 15363] | 17042 |
| 4618 | Zhiyong Shi | One Hundred Eighty-Fifth Objection to Claims (Compound Claims) [ECF No. 19714] | Informal |
| 12755 | Charlotte Grezo | Three Hundred Seventeenth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 28441] | 29448 & 29885 |

WEIL:\95108664\1\58399.0011