# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

October 7, 2014

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holding, Inc.**
    **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Fifty-ninth Status Report**

Dear Judge Chapman:

The six Tier One Mediators have requested again, your Honor, that I submit this monthly report (the fifty-ninth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the October 7, 2014 omnibus hearing.

In the 28 days following the last prior report, Debtors served no additional ADR Notice in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 478. During the immediately past reporting period, Debtors achieved settlements with counterparties in three ADR matters, all as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,689,915,530 new dollars for the Debtors' estates. Settlements now have been achieved in 374 ADR matters involving 490 counterparties.

Honorable Shelley C. Chapman  
October 7, 2014  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 202 ADR matters that have reached the mediation stage in Tier One and have been concluded, 188 have been settled in mediation; only fourteen mediations have terminated without settlement. Five additional Tier One mediations have been scheduled to commence on the following dates: October 9, 23, 28 and 30; and November 7, 2014.

Respectfully submitted,

*[signature: Peter Gruenberger]*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)