B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc.        Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Treekids Investment Limited** | **The Hongkong and Shanghai Banking Corporation Limited** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: Suite 1807, Great Eagle Centre, 23 Harbour Road Hong Kong | Court Claim # (if known): 56670 |
| | Amount of Claim: EUR200,000- |
| | Date Claim Filed: October 29, 2009 |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 06 Oct.2014

Transferee/Transferee's Agent
Name: Leung Jacqueline Alee
Title: Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

06-OCT-2014  14:42             LTL                          852 2737 2301      P.01/01

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ("Transferor"), for good and valuable consideration, the adequacy and sufficiency of which are hereby acknowledged, does hereby certify that, as of September [ 30 ] , 2014, it has unconditionally and irrevocably transferred and assigned to TREEKIDS INVESTMENT LIMITED ("Transferee"), to the extent specified below (the "Transferred Claim"), Transferor's right, title and interest in and to Proof of Claim Number 56670 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "Claim").

| ISIN | Issuer | Guarantor | Principal Amount |
|---|---|---|---|
| XS0229269856 | Lehman Brothers UK Capital Funding II LP | Lehman Brothers Holdings Inc. | EUR200,000.- |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the [30] of September, 2014.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED
By: _____
Name: LUNG WAI TAT JAMES
Title: SENIOR DIRECTOR
Tel.: 28998678

TREEKIDS INVESTMENT LIMITED
By: _____
Name: Leung Jacqueline Alee
Title: Director
Tel.: 06 Oct. 2014

RESTRICTED

TOTAL P.01