**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

_____

**ORDER AUTHORIZING GIANTS STADIUM LLC TO
FILE UNDER SEAL CERTAIN DOCUMENTS IN CONNECTION WITH THE
RESPONSE OF GIANTS STADIUM LLC TO DEBTORS' OBJECTION
TO PROOF OF CLAIM NUMBERS 64070 AND 64071**

Upon the *ex parte* Motion ("Motion") of Giants Stadium LLC ("Giants Stadium") for the entry of an order (this "Order") pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure authorizing Giants Stadium to file under seal certain documents ("Confidential Documents") in connection with the Response of Giants Stadium To Debtors' Objection to Proof of Claim Numbers 64070 and 64071; and upon consideration of the Motion and related papers; and due and appropriate notice of the Motion having been given, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. Giants Stadium is authorized to file under seal the Confidential Documents, which are listed in the Motion, by delivering such documents to Chambers and to the Clerk of the Court's attention with a letter referencing this Order:

   a. An unredacted copy of the Response of Giants Stadium To Debtors' Objection to Proof of Claim Numbers 64070 and 64071 ("Response"); and

   b. A copy of the Declaration of Matthew A. Schwartz in Support of the Response, with the Confidential Documents attached as exhibits.

3. The documents subject to this Order shall remain under seal and confidential and shall not be made available to anyone, other than as provided for in paragraph 4 of this Order, without the consent of Giants Stadium or without further order of the Court.

4. The Confidential Documents shall be made available only to the Court and counsel to Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.

5. Giants Stadium will dispose of the Confidential Documents at the conclusion of this matter.

6. Notwithstanding anything contained in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of the Southern District of New York, the terms and conditions of this Order (i) shall be immediately effective and enforceable upon its entry, and (ii) shall not prejudice the rights of any party in interest or the United States Trustee to seek to unseal the Confidential Documents in whole or in part.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 7, 2014
      New York, New York

    /S/ Shelley C. Chapman
    THE HONORABLE SHELLEY C. CHAPMAN
    UNITED STATES BANKRUPTCY JUDGE