WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON THE FOUR HUNDRED FORTY-NINTH
OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM NUMBER 17889**

      **PLEASE TAKE NOTICE** that a hearing to consider the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [ECF No. 41664] *solely* as to the claim listed on Exhibit A attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on **November 7, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: October 7, 2014
       New York, New York

                                            /s/ Robert J. Lemons
                                            Robert J. Lemons

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, NY 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

# Exhibit A

## Claim to Be Heard at November 7, 2014 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF Number |
|---|---|---|
| UBS Financial Services Inc. | 17889 | 42124 |