SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz
Thomas C. White

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**DECLARATION OF MATTHEW A. SCHWARTZ IN
SUPPORT OF RESPONSE OF GIANTS STADIUM LLC TO DEBTORS'
OBJECTION TO PROOF OF CLAIM NUMBERS 64070 AND 64071**

MATTHEW A. SCHWARTZ hereby declares:

1. I am a member of the Bar of this Court and a Partner at Sullivan & Cromwell LLP, attorneys for Giants Stadium LLC ("Giants Stadium"). I submit this declaration to provide the Court with documents that are not in controversy and which are cited in Giants Stadium's Response.[1]

2. [Redacted]

---

[1] Capitalized terms not defined herein are ascribed the meaning in the Response.

3. █████████████ Redacted ████████████████████████████

████ ████ ████ ████ ████ ████ ████ ████ ████ ████ ████

████████████

4. █████████████ Redacted ████████████████████████████

███████████████████████████

5. Attached hereto as Exhibit D are excerpts from a true and correct copy of the transcript of the deposition of Christine Procops dated May 25, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of ISDA Master Agreement and schedule thereto, dated July 27, 2007, and the confirmation, dated August 16, 2007, corresponding to the FGIC-insured swap between Giants Stadium and LBSF.

7. Attached hereto as Exhibit F is a true and correct copy of the ISDA Master Agreement and schedule thereto, dated July 27, 2007, and the confirmation, dated August 16, 2007, corresponding to the FSA-insured swap between Giants Stadium and LBSF.

8. █████████████ Redacted ████████████████████████████

███████████████████████████

9. █████████████ Redacted ████████████████████████████

███████████████████████

10. █████████████ Redacted ████████████████████████████

███████████████████████████████████████████████████████████

11. █████████████ Redacted ████████████████████████████

███████████████████████████████████████████████████████████

████████

12. ⬛ Redacted ⬛

13. Attached hereto as Exhibit L is an email from Kyle Ingram to Anne Cosgrove dated December 27, 2007 (HHR_LBI_PST_00262550).

14. ⬛ Redacted ⬛

15. ⬛ Redacted ⬛

16. ⬛ Redacted ⬛

17. ⬛ Redacted ⬛

18. ⬛ Redacted ⬛

19. ⬛ Redacted ⬛

20. ⬛ Redacted ⬛

21. ⬛ Redacted ⬛

22. Attached hereto as Exhibit U are excerpts from true and correct copies of Giants Stadium's Proof of Claim Numbers 64070 and 64071 dated October 29, 2009, reflecting the calculation statements dated October 2, 2008.

23. ███ Redacted ███

24. Attached hereto as Exhibit W are excerpts from a true and correct copy of the transcript of the omnibus hearing held by Judge Peck on November 14, 2012.

25. ███ Redacted ███

26. Attached hereto as Exhibit Y is a true and correct copy of the Indenture of Trust between Giants Stadium and The Bank of New York dated August 1, 2007 (GStad_LB_0006823).

27. ███ Redacted ███

28. Attached hereto as Exhibit AA is a true and correct copy of a Bloomberg Finance LP chart displaying the S&P 500 Index price history from October 1928 to October 1935 dated October 6, 2014.

29. Attached hereto as Exhibit BB are excerpts from a true and correct copy of the Expert Report of John J. Olvany dated March 15, 2010.

30. Attached hereto as Exhibit CC are excerpts from a true and correct copy of the Expert Report of Professor Paul Pfleiderer dated January 8, 2010.

Executed on this  7th  day of October, 2014, in New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

/s/
Matthew A. Schwartz