**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| Lehman Brothers Treasury Co BV 2Y CDA 2+5+6 29-Dec-2009 23.75% | XS0337137623 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD200,000 |

* No portion of the Claim, whether relating to ISIN XS0337137623 or otherwise, is being withdrawn in excess of the principal amount in this column.