WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*

STAMELL & SCHAGER, LLP
555 Fifth Avenue, 14th Floor
New York, New York 10017
Telephone: (212) 566-4057
Facsimile: (212) 566-4061
Richard J. Schager, Jr.

*Attorneys for Wendy M. Uvino*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL

Reference is made to proof of claim number 4770 filed on June 5, 2009 against

Lehman Brothers Holdings Inc. ("LBHI") by Wendy M. Uvino (the "Claimant" and together

with LBHI, each a "Party") in the aggregate amount of $283,307.69 plus certain unliquidated

amounts (collectively, the "Claim"). Claimant represents and warrants that as of the date hereof,

Claimant has not sold, assigned or transferred the Claim.

LBHI objected to the Claim through the Debtors' Four Hundred Third Omnibus

Objection to Claims (No Liability Claims) [ECF No. 36007] (the "Objection").

By Order dated May 1, 2013 [ECF 37069], the Court granted the Objection to the

extent of Claimant's Claim for $91,000 for medical insurance benefits, which Claimant did not

oppose [ECF 36760], and the Court adjourned *sine die* the hearing on the Objection to

Claimant's Claim for $192,307.69 for severance and termination notice compensation, which

Claimant did oppose [*id.*].

      **PLEASE TAKE NOTICE** that Claimant hereby withdraws with prejudice the

Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims

register.

      **PLEASE TAKE FURTHER NOTICE** that LBHI hereby withdraws the

Objection solely with respect to the Claim.

      Each person who executes this notice of withdrawal represents that he is duly

authorized to do so on behalf of the applicable Party and that each such Party has full knowledge

of, and has consented to, the withdrawal.

Dated:   October 9, 2014             LEHMAN BROTHERS HOLDINGS INC.
         New York, New York

                                  By: _____
                                    Garrett A. Fail

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                *Attorneys for Lehman Brothers Holdings Inc.*

Dated:   October 9, 2014             WENDY M. UVINO
         New York, New York

                                    By: _____
                                    Richard J. Schager, Jr.

                                STAMELL & SCHAGER, LLP
                                555 Fifth Avenue, 14th Floor
                                New York, New York 10017
                                Telephone: (212) 566-4057
                                Facsimile: (212) 566-4061

                                *Attorney for Wendy M. Uvino*

WEIL:\95116303\1\58399.0011