David J. Mark (DMark@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for Thomas P. Blakeslee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――

| | : | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (SCC) |
| | : | |
| Debtors | : | (Jointly Administered) |

―――――――――――――――――――――――――――

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Thomas P. Blakeslee hereby appears through his counsel Kasowitz, Benson, Torres & Friedman LLP.  Such counsel hereby enters its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's matrix, if any, in this case, and that all further notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in this matter should be served upon Mr. Blakeslee at the address and numbers set forth below:

David J. Mark, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: DMark@kasowitz.com

Dated: October 9, 2014
New York, New York

By: /s/ David J. Mark

David J. Mark (DMark@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Thomas P. Blakeslee*