## United States Bankruptcy Court

### Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et. al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

KT Credit LLC ✓                                    Citigroup Financial Products Inc.
Name of Transferee                                 Name of Transferor

Name and Address where notices to                  Court Claim # (if known): 66361
transferee should be sent:                         Amount of Claim Transferred: $15,000,000.00 ✓
                                                   Date Claim Filed: January 25, 2011
KT Credit LLC                                      Debtor: <u>Lehman Brothers Special Financing</u>
c/o Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David Hoyt

with a copy to:
E-mail address: tcamr@debtprocure.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date: October 9, 2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By:_____                         Date: _____
    Transferor/Transferor's Agent

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.    Case No. 08-13555 (SCC)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

KT Credit LLC                                   Citigroup Financial Products Inc.
Name of Transferee                              Name of Transferor

Name and Address where notices to               Court Claim # (if known): 66361
transferee should be sent:                      Amount of Claim Transferred: $15,000,000.00
                                                Date Claim Filed: January 25, 2011
KT Credit LLC                                   Debtor: Lehman Brothers Special Financing
c/o Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: David Hoyt

with a copy to:
E-mail address: tcamr@debtprocure.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571

Acknowledged and Agreed:

By:_____    Date: October 9, 2014
    Transferor/Transferor's Agent

    Brian S. Broyles
    Authorized Signatory