# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc.,             Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **MAI Bridge Fund** | **Mizuho Alternative Investments, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

MAI Bridge Fund
c/o Mizuho Alternative Investments, LLC
757 Third Avenue
New York, NY 10017
Attention: Michael R. Schwenk
Phone: (212) 282-4739
Email: michael.schwenk@mizuhocbus.com

Court Claim # (if known): 17421
Amount of Claim: $6,594,625.96 (Allowed Unsecured)
Date Claim Filed: September 18, 2009

Phone:
Last Four Digits of Acct. #:

Last Four Digits of Acct. #:

An Evidence of Transfer of Claim is attached hereto as Exhibit A.

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ illegible signature_                Date: _October 8, 2014_
Transferee's Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    17421

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Mizuho Alternative Investments, LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns unto **MAI Bridge Fund** ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's Claim No. 17421, in the allowed amount of $6,594,625.96 (the "Transferred Claim"), against the Debtor, Lehman Brothers Holdings, Inc., a debtor in possession in the Chapter 11 case pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Transferred Claim and recognizing the Assignee as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 8, 2014.

| MIZUHO ALTERNATIVE INVESTMENTS, LLC | MAI BRIDGE FUND |
|---|---|
| By: _____ | By: _____ |
| Name: Morikuni Shimoyamada | Name: Robert Aspinall & Deanna Derrick |
| Title: President & CEO | Title: Authorised Signatories |