WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (SCC)
                                        :
                Debtors.                :    (Jointly Administered)
                                        :
-------------------------------------------------------------------x
```

**EIGHTEENTH NOTICE OF WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1.      On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973].  The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2.       Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3.       On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May 31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012, December 4, 2012, February 8, 2013, March 8, 2013, June 27, 2013, October 28, 2013, February 24, 2014, June 17, 2014, and July 17, 2014, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts.

4.       The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

5.       The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on

WEIL:\95107718\2\58399.0008

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on

Schedule 1 or 2 to the Confirmation Order.

Dated:  October 13, 2014
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

3

**EXHIBIT A**

**AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND
ORDERS PERTAINING THERETO**

1.  Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2.  Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3.  Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4.  Amendment No. 4 to the Plan Supplement, filed on November 29, 2011ECF No. 22742].

5.  Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6.  Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7.  Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8.  Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9.  Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on March 8, 2013 [ECF No. 35786].

28. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 14, 2013 [ECF No. 35924].

29. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on March 19, 2013 [ECF No. 36058].

30. Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on June 27, 2013 [ECF No. 38227].

WEIL:\95107718\2\58399.0008

31. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 3, 2013 [ECF No. 38404].

32. Notice of Corrected Exhibit with Respect to Thirteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on July 12, 2013 [ECF No. 38686].

33. Notice of Corrected Exhibit with Respect to Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on July 15, 2013 [ECF No. 38714].

34. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on August 28, 2013 [ECF No. 39883].

35. Fourteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40762].

36. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on October 28, 2013 [ECF No. 40767].

37. Fifteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 24, 2014 [ECF No. 43288].

38. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on March 5, 2014 [ECF No. 43430].

39. Sixteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on June 17, 2014 [ECF No. 44752].

40. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 17, 2014 [ECF No. 44753].

41. Seventeenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on July 17, 2014 [ECF No. 45202].

WEIL:\95107718\2\58399.0008

**EXHIBIT B**

**WITHDRAWN CONTRACTS**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| DOW JONES CDX.NA.HY.3 TRUST 1 DECEMBER 2009 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 8, 2004 | US BANK 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| DOW JONES CDX.NA.HY.3 TRUST 2 DECEMBER 2009 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 8, 2004 | US BANK 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| DOW JONES CDX.NA.HY.3 TRUST 3 DECEMBER 2009 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 8, 2004 | US BANK 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| DOW JONES CDX.NA.HY.3 TRUST 4 DECEMBER 2009 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 8, 2004 | US BANK 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| EGYPT TRUST I, SERIES 2000-A | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF OCTOBER 4, 2000 | HSBC BANK USA<br>140 BROADWAY<br>NEW YORK, NY 10005<br>UNITED STATES |
| | | | TINA N. MOSS<br>PRYOR CASHMAN LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| HAVENWOOD HERITAGE HEIGHTS (UNITED CHURCH OF CHRIST RETIREMENT COMMNITY, INC.) | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT (LOCAL CURRENCY-SINGLE JURISDICTION), DATED AS OF SEPTEMBER 14, 2006 | 33 CHRISTIAN AVENUE<br>CONCORD, NH 03301<br>ATTN: MICHAEL PALMIERI |
| | | | 745 SEVENTH AVENUE<br>16TH FLOOR<br>NEW YORK, NY 10019<br>ATTN: MUNICIPAL FINANCIAL PRODUCTS - MIDDLE OFFICE |
| | | | HINCKLEY, ALLEN & SNYDER LLP<br>THOMAS S. MARRION<br>20 CHURCH STREET<br>HARTFORD, CT 06103-1221 |
| LAKEVIEW CDO SPC SERIES 2007-4 SEGREGATED PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF JULY 5, 2007 | C/O US BANK<br>CORPORATE TRUST SERVICES<br>PO BOX 960778<br>BOSTON, MA 02196-0778 |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| LION CITY CDO LTD SERIES 2006-5 | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF OCTOBER 10, 2002 | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET<br>FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | INTERNATIONAL FINANCIAL SERVICES CENTRE<br>NORTHWALL QUAY<br>DUBLIN 1, IRELAND |
| | | | P.O. BOX 908 GT<br>GEORGE TOWN, GRAND CAYMAN<br>CAYMAN ISLANDS |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| MKP VELA CBO LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 16, 2006 | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET,<br>FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | WALKER HOUSE<br>87 MARY STREET<br>GEORGE TOWN, GRAND CAYMAN KY1-9002<br>CAYMAN ISLANDS |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>SHERON KORPUS<br>MATTHEW B. STEIN<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | | | MEISTER SEELIG & FEIN LLP<br>JAMES M. RINGER<br>140 E. 45TH STREET<br>NEW YORK, NY 10017 |

B-3

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | CARTER LEDYARD & MILBURN LLP STEPHEN M. PLOTNICK 2 WALL STREET NEW YORK, NY 10005 |
| RACERS 2006-18-C ABX-A-06-1-I | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 21, 2006 | CORPORATE TRUST SERVICES 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| RACERS 2006-18-C ABX-A-06-1-II | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 21, 2006 | CORPORATE TRUST SERVICES 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |

WEIL:\95107718\2\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| RACERS 2006-18-C ABX-A-06-1-III | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 21, 2006 | CORPORATE TRUST SERVICES 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| RACERS 2006-18-C ABX-A-06-2-I | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 21, 2006 | CORPORATE TRUST SERVICES 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |

B-5

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| RACERS 2006-18-C ABX-A-06-2-II | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 21, 2006 | CORPORATE TRUST SERVICES 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |
| RACERS 2006-18-C ABX-A-06-2-III | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF NOVEMBER 21, 2006 | CORPORATE TRUST SERVICES 100 WALL STREET SUITE 1600 NEW YORK, NY 10005 |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK, NY 10017-5010 |

B-6

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| RUBY FINANCE 2005-1 CLASS A16 | LEHMAN BROTHERS SPECIAL FINANCING INC. | 1992 ISDA MASTER AGREEMENT (MULTICURRENCY - CROSS BORDER) DATED AS OF OCTOBER 10, 2002 | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET FLOOR 14 NEW YORK, NY 10016 ATTN: THOMAS MUSARRA |
| | | | RUBY FINANCE PLC C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM |
| | | | MICHAEL J. VENDITTO REED SMITH LLP ERIC A. SCHAFFER 599 LEXINGTON AVENUE NEW YORK, NY 10022 |
| SANKATY CREDIT OPPORTUNITIES III, L.P | LEHMAN BROTHERS SPECIAL FINANCING INC. | MARCH 17, 2007 ISDA MASTER AGREEMENT (MULTICURRENCY-CROSS BORDER) | 111 HUNTINGTON AVENUE BOSTON, MA 02199 ATTN: JEFF HAWKINS |
| | | | ROPES & GRAY LLP MARK I. BANE JOSE RAUL ALCANTAR VILLAGRAN 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 |
| SANKATY SPECIAL SITUATIONS I, L.P. | LEHMAN BROTHERS SPECIAL FINANCING INC. | AUGUST 13, 2007 ISDA MASTER AGREEMENT (MULTICURRENCY-CROSS BORDER) | 111 HUNTINGTON AVENUE BOSTON, MA 02199 |
| | | | ROPES & GRAY LLP MARK I. BANE JOSE RAUL ALCANTAR VILLAGRAN 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 |
| SGS HY CREDIT FUND I (EXUM RIDGECBO 2006-3) LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 25, 2006 | C/O MAPLES AND CALDER P.O. BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET GRAND CAYMAN, CAYMAN ISLANDS ATTN: DALE CROWLEY |

WEIL:\95107718\2\58399.0008

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | C/O MAPLES FINANCE LIMITED<br>P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN, CAYMAN ISLANDS<br>ATTN: THE DIRECTORS |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET FLOOR 14<br>NEW YORK, NY 10016<br>ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP<br>JAMES E. SPIOTTO<br>ANN E. ACKER<br>FRANKLIN H. TOP, III<br>JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 |
| | | | CHAPMAN AND CUTLER LLP<br>CRAIG M. PRICE<br>330 MADISON AVENUE<br>34TH FLOOR<br>NEW YORK, NY 10017-5010 |
| THE BANK OF NEW YORK MELLON | LEHMAN BROTHERS COMMERCIAL CORPORATION | INTERNATIONAL CURRENCY OPTIONS MARKET MASTER AGREEMENT DATED AS OF SEPTEMBER 5, 1996 | 32 OLD SLIP<br>16TH FLOOR<br>NEW YORK, NY 10286<br>ATTN: STEPHEN LAWLER/SWAP CONFIRMATION DEPT. |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| THE BANK OF NEW YORK MELLON | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF JULY 1, 2008 | 32 OLD SLIP, 16TH FLOOR<br>NEW YORK, NY 10286<br>ATTN: STEPHEN M. LAWLER |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |

WEIL:\95107718\2\58399.0008