UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (SCC)
                                                :
                 Debtors.                       :   (Jointly Administered)
                                                :
---------------------------------------------------------------x   Ref. Docket No. 46416

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2014, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Four Hundred Eightieth Omnibus Objection to Claims (No Liability Claims)," dated October 1, 2014 [Docket No. 46416], by causing true and correct copies to be:

   a) delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b) enclosed securely in separate postage pre-paid envelope and delivered via overnight mail to the following party: Office of the US Trustee, U.S. Federal Office Building, William K. Harrington, Esq., Andrea B. Schwartz, Esq., 201 Varick Street, Room 1006, New York, NY 10014.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Christina Siguenza*
                                              Christina Siguenza

Sworn to before me this
2nd day of October, 2014
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

T:\Clients\LBH\Affidavits\480th COC_DI_46416_AFF_10-1-14.doc

# EXHIBIT A

# Exhibit A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com