Paul J. Lawrence
Kymberly K. Evanson
PACIFICA LAW GROUP
1191 2nd Avenue, Suite 2100
Seattle, Washington 98101
Tel: (206) 245-1700
Fax: (206) 245-1750

Robert N. Michaelson
Eric T. Moser
RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, New York 11073
Tel: (212) 220-9404
Fax: (212) 913-9642

*Attorneys for Washington State Tobacco Settlement Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

### ORDER DENYING LEHMAN'S MOTION FOR AN ORDER EXCLUDING THE TESTIMONY OF DANIEL CURRY AND JEFFREY HASTEROK

This matter coming before the Court on Lehman's Motion for an Order Excluding the Testimony of Daniel Curry and Jeffrey Hasterok (the "Motion"); the Court having reviewed the Motion and having considered the arguments of counsel and testimony of the witnesses before the Court during the Evidentiary Hearing on November 4, 5, and 6, 2014; and the Court having found that:

(a) The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

(b) This is a core proceeding pursuant to 28 U.S.C. § 157(b); and

(c) The testimony of Daniel Curry and Jeffrey Hasterok is the product of reliable principles and methods, which they have reliably applied to the facts of this case.

IT IS HEREBY ORDERED THAT:

(i) The Motion is DENIED.

**SO ORDERED:**

Dated:   New York, New York
              _____, 2014

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

ORDER DENYING LEHMAN'S MOTION FOR AN
ORDER EXCLUDING THE TESTIMONY OF
DANIEL CURRY AND JEFFREY HASTEROK - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2014, I caused the document to which this Certificate is attached to be served upon the following:

| | |
|---|---|
| Jayant W. Tambe<br>Laura W. Sawyer<br>Jennifer L. Del Medico<br>Benjamin Rosenblum<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017<br>Email: jtambe@jonesday.com<br>Email: lwsawyer@jonesday.com<br>Email: jdelmedico@jonesday.com<br>Email: brosenblum@jonesday.com<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306 | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via email<br>☒ via electronic court filing<br>☐ via hand delivery |

Attorneys for the Debtors and Debtors in Possession

Signed at Seattle, Washington this 14th day of October, 2014.

/s/ Kymberly K. Evanson
Kymberly K. Evanson
Attorney for Washington State Tobacco Settlement Authority

ORDER DENYING LEHMAN'S MOTION FOR AN
ORDER EXCLUDING THE TESTIMONY OF
DANIEL CURRY AND JEFFREY HASTEROK - 3

10000 00001 dj14ew31j5