Paul J. Lawrence
Kymberly K. Evanson
PACIFICA LAW GROUP
1191 2nd Avenue, Suite 2100
Seattle, Washington 98101
Tel: (206) 245-1700
Fax: (206) 245-1750

Robert N. Michaelson
Eric T. Moser
RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, New York 11073
Tel: (212) 220-9404
Fax: (212) 913-9642

*Attorneys for Washington State Tobacco Settlement Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) <br><br> (Jointly Administered) |

**DECLARATION OF PAUL J. LAWRENCE IN SUPPORT OF WASHINGTON STATE**
**TOBACCO SETTLEMENT AUTHORITY'S OPPOSITION TO LEHMAN'S MOTION**
**TO EXCLUDE DANIEL CURRY AND JEFFREY HASTEROK**

I, Paul J. Lawrence, declare as follows:

1.     I am a partner at Pacifica Law Group LLP, counsel of record for the Washington State

Tobacco Settlement Authority ("TSA"), in the above-captioned matter. I am over the age of 18,

am competent to testify, and offer this declaration based on my personal knowledge.

DECLARATION OF PAUL J. LAWRENCE IN
SUPPORT OF WASHINGTON STATE TOBACCO
SETTLEMENT AUTHORITY'S OPPOSITION TO
LEHMAN'S MOTION TO EXCLUDE DANIEL
CURRY AND JEFFREY HASTEROK - 1

2.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Michael Kim Herman as a 30(b)(6) witness on behalf of TSA taken in this litigation on December 16, 2013.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the October 1, 2002 Indenture by and between TSA and U.S. Bank, N.A. as Indenture Trustee.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of a March 24, 2009 email from Dennis Tupper of Deutsche Bank to Sergey Arefiev of Lehman Brothers regarding Washington State Tobacco, produced by Lehman Brothers in discovery in this matter at LBHI_WTSA_00000331.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Samuel M. Gruer, taken in this litigation on March 6, 2014.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of David F. Babbel, taken in this litigation on March 7, 2014.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Dean Melchior as a 30(b)(6) witness on behalf of Lehman Brothers taken in this litigation on December 11, 2013.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of the March 24, 2014 Rebuttal Report by Peter Shapiro, produced by TSA in this litigation.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of Peter Orr, *50 Years of UST Yields – How Well do Forwards Predict?*, WWW.INTUITIVE-ANALYTICS.COM (May 17, 2013),

DECLARATION OF PAUL J. LAWRENCE IN
SUPPORT OF WASHINGTON STATE TOBACCO
SETTLEMENT AUTHORITY'S OPPOSITION TO
LEHMAN'S MOTION TO EXCLUDE DANIEL
CURRY AND JEFFREY HASTEROK - 2

*available at* http://www.intuitive-analytics.com/blog/bid/59605/50-Years-of-UST-Yields-How-Well-do-Forwards-Predicts (last visited October 10, 2014).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Seattle, Washington this 14th day of October, 2014.

By  /s/ Paul J. Lawrence
Paul J. Lawrence, WSBA # 13557
Admitted Pro Hac Vice
Attorney for Washington State Tobacco
Settlement Authority

DECLARATION OF PAUL J. LAWRENCE IN
SUPPORT OF WASHINGTON STATE TOBACCO
SETTLEMENT AUTHORITY'S OPPOSITION TO
LEHMAN'S MOTION TO EXCLUDE DANIEL
CURRY AND JEFFREY HASTEROK - 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2014, I caused the document to which

this Certificate is attached to be served upon the following:

Jayant W. Tambe  
Laura W. Sawyer  
Jennifer L. Del Medico  
Benjamin Rosenblum  
Jones Day  
222 East 41st Street  
New York, New York 10017  
Email:  jtambe@jonesday.com  
Email:  lwsawyer@jonesday.com  
Email:  jdelmedico@jonesday.com  
Email:  brosenblum@jonesday.com  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306  

☐  via facsimile  
☐  via overnight courier  
☐  via first-class U.S. mail  
☐  via email  
☒  via electronic court filing  
☐  via hand delivery  

Attorneys for the Debtors and Debtors in  
Possession

Signed at Seattle, Washington this 14th day of October, 2014.

/s/  Kymberly K. Evanson  
Kymberly K. Evanson  
Attorney for Washington State Tobacco  
Settlement Authority

DECLARATION OF PAUL J. LAWRENCE IN  
SUPPORT OF WASHINGTON STATE TOBACCO  
SETTLEMENT AUTHORITY'S OPPOSITION TO  
LEHMAN'S MOTION TO EXCLUDE DANIEL  
CURRY AND JEFFREY HASTEROK - 4

10000 00001 dj10dj31j1