# EXHIBIT 5

```
                                                                 1

 1
 2              UNITED STATES BANKRUPTCY COURT
 3                SOUTHERN DISTRICT OF NEW YORK
 4
       In Re:  LEHMAN BROTHERS       )  Chapter 11 Case
 5                                   )  No. 08-13555
       HOLDINGS, INC., et al.,       )  (JMP)
 6                                   )  (Jointly
                     Debtors.        )  Administered)
 7     _____   )
 8
 9
10
11
12
13            DEPOSITION OF DAVID F. BABBEL
14                 New York, New York
15              Friday, March 7, 2014
16
17
18
19
20
21
22
23
24     Reported by:
       PATRICIA A. BIDONDE, RPR
25
```

5

```
 1                      D. Babbel
 2                   P R O C E E D I N G S
 3         D A V I D   F.   B A B B E L,
 4              called as a witness, having been duly
 5              sworn by a Notary Public, was examined
 6              and testified as follows:
 7    EXAMINATION BY
 8    MR. LAWRENCE:
 9           Q.    Please state your full name for
10    the record and spell your last name, please.
11           A.    David Frederick Babbel,
12    B-a-b-b-e-l.
13           Q.    What is your business address?
14           A.    215 Wakefield Road, Bryn Mawr,
15    Pennsylvania.
16           Q.    We were introduced before the
17    deposition.  My name is Paul Lawrence, and I
18    represent the Washington State Tobacco
19    Settlement Authority.
20                 I appreciate your time today.
21    You understand you've been retained as an
22    expert witness in this case, correct?
23           A.    Correct.
24           Q.    And it looks, from your
25    materials, that you've testified many times
```

```
 1                      D. Babbel
 2    forward rates from future rates?
 3           A.    Forward rates are today's price
 4    for locking in a new commitment.
 5           Q.    Because the market -- you're not
 6    using market data to predict future rates.
 7    You're using market data to understand the
 8    market as of a given day.  Correct?
 9           A.    That's correct.
10           Q.    And the ability to use market
11    data to understand forward rates assumes that
12    there's an active market that you can trade
13    in.  Correct?
14                 MR. TAMBE:  Objection to the form
15         of the question.
16           Q.    In other words, if you're
17    deciding about buying T-Bills and you're
18    deciding about the different rates that are
19    available and the different terms and you're
20    analyzing forward rates, you're using market
21    data on the assumption that you can then go
22    out and transact in T-Bills in the market.
23    Correct?
24                 MR. TAMBE:  Same objection.
25           A.    In both versions of your
```

```
 1                      D. Babbel
 2     the agreements.  Correct?
 3          A.    That's correct.
 4          Q.    And if I wanted to discount that
 5     to present value, how would you do that?
 6          A.    It would depend, as I said, on
 7     who the counterparty is, who is going to make
 8     those payments.
 9          Q.    Right now, there's no
10     counterparty who is going to make those
11     payments?
12          A.    That's right.
13          Q.    So what assumption would you make
14     in order to do present value calculation in
15     the sum of those payments?
16          A.    Well, I wouldn't assume the
17     federal government is going to pay it.  So
18     you're going to have some other party -- you
19     would look at the nonfederal government analog
20     to that to be the fixed leg of a swap.
21          Q.    So what would your best opinion
22     be about what you would look to?  Are you
23     talking about LIBOR?  Are we talking about
24     some other index?  Are we talking about the
25     rate of return that TSA was actually receiving
```

```
 1                      D. Babbel
 2      for a period of time?  How would you figure
 3      that out?
 4                  MR. TAMBE:  Object to the form.
 5                  You can answer.
 6            A.    It really depends upon the damage
 7      theory, I suppose.  I wasn't retained as an
 8      expert on damages, and I haven't thought about
 9      damages.
10                  The focus of my testimony is
11      whether forward rates of interest are used in
12      valuing swaps.  So I don't have an opinion.
13      It depends on the damage theory that the
14      courts decide is appropriate in this case.
15            Q.    Explain that to me.  What about
16      the damage theory would inform your decision
17      on how to discount a current value?
18                  MR. TAMBE:  Objection to the form
19            of the question.
20            A.    Your hypothetical -- your
21      question is looking at a series of future
22      payments according to reports, the next 23
23      years or so, whatever remains of that.  And
24      you want me to come up with -- you're asking
25      how would I come up with a present value.
```

1                D. Babbel

2        Q.   That wasn't my question.  My
3   question is simply: Whether or not you would
4   agree that the forward rate predicted on a
5   given day for eight years out is more likely
6   than not going to be different than the actual
7   rate on that given day eight years out.
8             MR. TAMBE:  Objection to the
9        form.
10       A.   Well, now you said the forward
11  rate predicted.
12       Q.   I know you don't like to do the
13  prediction work.
14       A.   It doesn't predict.
15       Q.   The forward curve gives you a
16  number?
17       A.   It gives you a number, today's
18  price of making a future commitment.
19       Q.   Right.  And you go out eight
20  years, and you look to see whether or not the
21  six-month yield is at the number the forward
22  curve generated.
23            Would you agree it's more likely
24  than not that the eight-year-out number is
25  going to be different than the number that was

93

```
 1                      D. Babbel
 2      generated by the forward curve?
 3            A.    You're creating a link where
 4      there's no necessary link.  Eight years from
 5      now there's different information, different
 6      prices.
 7                  The forward rate tells you
 8      today's price of making a future commitment.
 9      It doesn't tell you the future price of making
10      that commitment.  You have to add a whole
11      bunch of assumptions to get to that point.
12            Q.    Now, the typical oversimplified
13      version of modeling is, sort of, the
14      garbage-in-garbage-out equation, which means
15      that the quality of the data input is
16      important to understanding the quality of the
17      model.  Correct?
18            A.    Yes.
19            Q.    And the forward curve model
20      depends on market data.  Correct?  The data
21      inputs are market information?
22            A.    The forward curve does not depend
23      upon market data.  The calibration of the
24      forward curve depends upon market data.
25            Q.    The inputs into the -- the data
```

1                       D. Babbel
2      out. Correct?
3           A.      Correct.
4           Q.      With economists, I think you
5      would be asking them to do their best
6      prediction on what rates would be on agency
7      securities five, ten, fifteen years out.  But
8      you could generate a forward curve based on
9      economists' predictions.  Correct?
10          A.      That's not a forward curve.  A
11     forward curve has to do only with current
12     prices.
13          Q.      So you would generate -- you
14     would generate a curve and call it something
15     else?
16          A.      Call it "predictions," yeah.
17          Q.      Because, certainly, the forward
18     curve is not about predictions.
19          A.      No.  It is to some people.  But
20     that's not how it's constructed.
21          Q.      That's now how it's supposed to
22     be used in your view as an economist and in
23     your view, based on your opinion, in this
24     case?
25          A.      I won't say that's not how it's

```
 1                     D. Babbel
 2    supposed to be used.  People can use the
 3    curve.  And if they can get some information
 4    on or about the future, bless their hearts.
 5    But it's calculated based upon the present.
 6           Q.    You're not opining that it's a
 7    good predictive tool.  Correct?
 8           A.    I'm not saying one way or the
 9    other.  There's a big debate about that.
10                 MR. LAWRENCE:  Why don't we take
11           a lunch break.
12                 (Lunch recess taken from
13           12:34 p.m. to 1:41 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

1                       D. Babbel

2           A.    Forward rates are important
3   whether you can lock them in or not.  They
4   tell you the price of money at different
5   periods of time, today's price of locking
6   those in.  Whether you can lock it in or not,
7   the value is independent of whether you can do
8   it.
9           Q.    Well, if I don't have the
10  capability to invest in the ways that are
11  necessary to lock in the rates derived from
12  the forward curve, what good does it do me?
13          A.    It tells you what the costs are.
14  And it tells you what the market value is.
15          Q.    It doesn't tell you what the
16  value is to me in terms of what I can transact
17  in the market.  Correct?
18          A.    It doesn't tell you that.
19          Q.    Now, you would agree that the --
20  and if the word "indication" is wrong, let me
21  know.
22          A.    Can I go back to the last
23  question.  I don't know that I -- could you
24  read that again for me.  I think I was
25  incomplete in my answer.

1                       D. Babbel
2                  (Record read.)
3         Q.    Can I go on to my next question?
4         A.    Yes.
5         Q.    Thank you.  And, if the word
6     "indication" bothers you, let me know.  And
7     tell me what would be a better word.
8                  So the forward curve as of March
9     25, 2009, indicated a -- how short-term
10    interest rates would look from 2009 through
11    February 24, 2014.  Correct?
12        A.    No.
13        Q.    Please correct my statement.
14               MR. TAMBE:  Objection to the form
15         of the question.
16               You can answer.
17        Q.    What is incorrect about my
18    question?
19        A.    How short-term rates should look.
20    I think those were your words.
21        Q.    I want to use the terminology
22    that works for you.  So you tell me what
23    terminology works for you.  What does the
24    forward rate tell us about -- other than what
25    market participants think short-term rates

1                    D. Babbel
2      will be, it doesn't tell us anything more than
3      that.  Right?
4                    MR. TAMBE:  Objection to form.
5           A.    It doesn't necessarily tell you
6      that.
7           Q.    Okay.
8           A.    It tells you the price of money
9      today to lock in the future commitment.  It
10     has embedded in it the consensus of the market
11     for what the costs of making those commitments
12     are.
13          Q.    So if we look at the forward
14     curve as of March 25, 2009, it will -- it
15     indicated what the price would be to lock in
16     the interest rate as of February 24, 2014.
17     Correct?
18          A.    What the price would be to lock
19     in the interest rate as of February 24, yes,
20     it would tell you.
21          Q.    And it would tell you what the
22     yield would be as of February 24, 2014, that
23     you were locking in.  Correct?
24          A.    It would.
25          Q.    So is it fair to say that the

110

```
 1                    D. Babbel
 2      yields that appear on the forward curve as of
 3      March 25, 2009, are different than the yield
 4      that could have been locked in on January of
 5      2014, if you had a forward curve, say, on that
 6      day?
 7              A.    Yes.
 8              Q.    Different than January of 2010?
 9              A.    It would be different than March
10      26 of 2009.
11              Q.    Every day is different?
12              A.    Every day.
13              Q.    So if we wanted to actually look
14      at the reality of short-term interest rates up
15      to February 24, 2014, there's actual real data
16      that we could look to and say, here are the
17      actual short-term interest rates.  Correct?
18              A.    Correct.
19              Q.    Okay.  And I think, as you've
20      just said, if we ran a future curve as of the
21      date of your report, February 24, 2014, it
22      would look different in terms of short-term
23      interest rates on a future curve on March 25,
24      2009.  Correct?
25              A.    Yes.
```

132

```
 1                      D. Babbel
 2    what you have stated, and others -- there was
 3    not an active market for those sorts of
 4    contracts.  But there was, certainly, a very
 5    active market for both legs of that contract.
 6           Q.    Well, that's not what this -- did
 7    you read this agreement?
 8           A.    I did.
 9           Q.    Okay.  Does the agreement say
10    you're supposed to get quotes for some
11    different kind of contract, than the RFA?
12           A.    Well, you can't get quotes for
13    the RFA.  You have to value it in pieces.
14           Q.    That's not what it says here,
15    does it?  Does it say, "If you can't get
16    quotes, then you value it in pieces"?
17                MR. TAMBE:  Objection to the form
18           of the question.
19                And just if you can, just let him
20           finish answering.
21           A.    If you keep reading, if you go to
22    Section 7.6, it says that when you're doing
23    such an operation, you have to do it from the
24    perspective of the dealer, basically.
25                Because dealers are the ones that
```

1                    D. Babbel
2    offer this.  In fact, they said "Lehman's
3    perspective."  And that's the way the market
4    values these things, and you do it in pieces.
5    You do the best you can.
6              These instruments are valued all
7    the time even though they're not traded.  And
8    they have to be valued, because they're
9    reported mark to market on a daily basis.  The
10   CME requires that they use forward rates to
11   value them.
12             The London Clearing House says
13   you have to use forward rates to value them,
14   and nothing that I've ever read says you have
15   to use Hasterok's assumption.
16             And had Lehman assumed, or anyone
17   assumed, what Hasterok does, they never would
18   have entered into the deal.  They would have
19   said, "Okay.  You're giving us $45 million,
20   but it's only worth $15 million or $10
21   million.  Because you're limiting us to only
22   earn 65 basis points for the next 23 years."
23        Q.   So is it correct then that your
24   opinion is based on the assumption that the
25   TSA loss has to be valued from the dealer side

```
 1                     D. Babbel
 2    of the market?
 3              MR. TAMBE:  Objection to the form
 4         of the question.
 5         A.   It -- you use -- the way I read
 6    that -- and I'm not giving a legal opinion,
 7    just the way I read the contract -- is that
 8    you're supposed to use the typical conventions
 9    that dealers would use.
10         Q.   So then is your opinion based on
11    that assumption; that is, your opinions about
12    the propriety, the use of the forward curve,
13    et cetera, based on the assumption that you
14    value this from the dealer side of the market
15    using dealer-standard valuation methodologies?
16         A.   That's a good question.  I would
17    value it the same whether I were the buyer or
18    the dealer, because those are the only values
19    that are traded.  So it really doesn't matter.
20         Q.   But if TSA can't transact, why do
21    traded values matter to TSA?
22              MR. TAMBE:  Objection to the form
23         of the question.
24              You want him to speculate as to
25         what matters to the TSA?
```

```
 1                      D. Babbel
 2           Q.   I'm not suggesting you know.  I'm
 3   just asking how do you determine what their
 4   total losses will be.  As you said, there may
 5   not be losses.  You have to go through the
 6   valuation first.  How do you valuate what the
 7   total losses will be?
 8           A.   You look at what they could have
 9   lost in value.  That's how I would do it.  But
10   I'm not the damages expert.  I don't know the
11   definition of damages.
12                They're talking here about a
13   termination amount.  I know something about
14   valuing swaps, fixed pieces, and floating
15   pieces.
16                My testimony is really restricted
17   to methodology and how swaps are -- take
18   advantage of or valued by forward rates of
19   interest.  So I wasn't asked to really do
20   this, what you're asking me now.
21           Q.   Okay. Fair enough. I do need
22   that back though.
23           A.   Sure.  (Handing.)
24           Q.   Have you ever been asked to give
25   an opinion about a party's total losses?
```

141

```
 1                        D. Babbel
 2              MR. TAMBE:  Objection to the form
 3         of the question.
 4         A.    I don't know.  I don't think so.
 5         Q.    Okay.  When you use the term
 6   "historically low short-term interest rates,"
 7   what interest rates are you referring to?
 8         A.    Interest rates during my time,
 9   since I started looking at it.
10         Q.    What instrument?  When you say
11   "interest rates," it could be a money market
12   funds, a T-Bill, a --
13         A.    I'm sorry.  Treasuries.
14         Q.    Treasuries?
15         A.    Yes.
16         Q.    You say the 65 -- the .65 percent
17   interest rate ignores historical record.
18               Do you see that?
19         A.    Yes.
20         Q.    It certainly reflects the
21   historical record from March 2009 to February
22   2014.  Correct?
23              MR. TAMBE:  Objection to the
24         form.
25         A.    I'd have to look at the data.
```