UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :         08-13555 (SCC)
                                                :        (Jointly Administered)
                            Debtors.            :
                                                :
------------------------------------------------------------------x        Ref. Docket No. 43660, 46179,
                                                         46290, 46312, 46362, 46363, 46373,
                                                         46413, 46415, 46417, 46433


<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Lauren Rodriguez*_____
                                                        Lauren Rodriguez

Sworn to before me this
15th day of October, 2014
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CITIGROUP FINANCIAL PRODUCTS, INC.
             TRANSFEROR: OC 530 OFFSHORE FUND, LTD.
             ATTN: BRIAN BROYLES
             1615 BRETT ROAD, BLDG 3
             NEW CASTLE DE 19720

Please note that your claim # 17376-04 in the above referenced case and in the amount of $7,900,546.50  allowed at $4,612,692.00       has been transferred **(unless previously expunged by court order)**

        CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP
        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
        ATTN: CLAIMS PROCESSING (BANKRUPTCY)
        1370 AVENUE OF AMERICAS, 29TH FLOOR
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46179       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/06/2014                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 6, 2014.

**EXHIBIT B**

TIME: 13:30:21
DATE: 10/06/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALDEN GLOBAL ADEPFO BPI FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL ADEPFO BPI FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL ADEPFO BPI FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: ITHRAN OLIVACCE 885 THIRD AVE., 34TH FLOOR NEW YORK |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: ITHRAN OLIVACCE 885 THIRD AVE., 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: ITHRAN OLIVACCE 885 THIRD AVE., 34TH FLOOR NEW YORK NY 10022 |
| ARVO INVESTMENT HOLDINGS S.A.R.L. | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| ARVO INVESTMENT HOLDINGS S.A.R.L. | TRANSFEROR: SAPHIR FINANCE PLC SERIES 2005-3 6C, RUE GABRIEL LIPPMANN, L-5365 MUNSBACH L-5365 LUXEMBOURG |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF AMERICAS, 29TH FLOOR NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIESUSA, LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIESUSA, LLC | TRANSFEROR: CREDIT SUISSE ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND II C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE MASTER UNIT | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| HBK MASTER FUND L.P. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND II | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND II | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| SAPHIR FINANCE PLC SERIES 2005-3 | C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2005-3 | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOUND POINT BEACON MASTER FUND, L.P. | STEVEN GIORDANO BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O SOUND POINT CAPITAL MANAGEMENT, LP ATTN: JORDAN MICHELS 375 PARK AVENUE NEW YORK NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O SOUND POINT CAPITAL MANAGEMENT, LP ATTN: JORDAN MICHELS 375 PARK AVENUE NEW YORK NY 10152 |
| UBS SECURITIES LLC | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: UBS AG LONDON BRANCH ARLASS, 67 WASHINGTON BLVD. STAMFORD CT 06901 |
| | THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    38

EPIQ BANKRUPTCY SOLUTIONS, LLC