UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 45071, 45628,
                                                                      46106, 46418, 46419, 46424, 46429,
                                                                      46430, 46436, 46441

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
15th day of October, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      ATTN: BRIAN BROYLES
      1615 BRETT ROAD, BLDG 3
      NEW CASTLE DE 19720
```

Please note that your claim # 11305-31 in the above referenced case and in the amount of
       $2,958,838.27   allowed at $1,549,422.74        has been transferred **(unless previously expunged by court order)**

```
      YORK GLOBAL FINANCE BDH, LLC
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      C/O YORK CAPITAL MGT LP/LAUREN SEARING
      767 FIFTH AVENUE, 17TH FLOOR
      NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46106    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/07/2014                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 7, 2014.

# EXHIBIT B

```
TIME: 10:49:40                                              LEHMAN BROTHERS HOLDING INC.                                                           PAGE:    1
DATE: 10/07/14                                                    CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
ALDEN GLOBAL VALUE REOVERY MASTER FUND,           TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: JPMORGAN FIXED INCOME OPPORTUNITY INSTITUTIONAL FUND, LTD. C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
                                                  BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT FUND GOLDEN LTD.                           TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: GOLDMAN, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  ATTN: RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
                                                  PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DZ PRIVATBANK (SCHWEIZ) AG                        TRANSFEROR: CREDIT SUISSE AG ATTN: CORPORATE ACTIONS MUNSTERHOF 12/POSTFACH ZURICH CH-8022 SWITZERLAND
GOLDENTREE HIGH YIELD VALUE MASTER UNIT           TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
 TRUST
GOLDENTREE HIGH YIELD VALUE MASTER UNIT           TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVE 21ST FL NEW YORK NY 10022
 TRUST
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: NOMURA INTERNATIONAL PLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: BANCA DELL'ADRIATICO SPA ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCO DI NAPOLI S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CASSA DEI RISPARMI DI FORLI' E DELLA ROMAGNA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET
                                                  LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MS GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: JARDIM DE FEITAS, MANUEL LAMBERTO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: PEREIRA, ANIBAL LECA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: VONDER, J & L & N ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN FIXED INCOME OPPORTUNITY                 TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O JPMORGAN ASSET MANAGEMENT ATTN: ZHILUN PANG 270 PARK AVENUE, 9TH FLOOR
 INSTITUTIONAL FUND, LTD.                         NEW YORK NY 10017
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: SAPHIR FINANCE PLC SERIES 2005-3 C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL
                                                  1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
ROCK BLUFF STRATEGIC FIXED INCOME                 TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022
 PARTNERSHIP, L.P.
ROCK BLUFF STRATEGIC FIXED INCOME                 TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022
 PARTNERSHIP, L.P.
SAPHIR FINANCE PLC SERIES 2005-3                  C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
SAPHIR FINANCE PLC SERIES 2005-3                  MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
SILVER POINT LUXEMBOURG PLATFORM                  TRANSFEROR: SPCP GROUP, LLC, ATTN: ARBAB KHALID 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
 S.A.R.L.
SPCP GROUP, LLC,                                  AS AGENT FOR SILVER POINT CAPITAL FUND, L.P, AND TRANSFEROR: ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND LTD
                                                  SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC,                                  PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed        34                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```