UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                   Debtors.                                       :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 44386, 46337,
                                                                      46374, 46380, 46434, 46458, 46459,
                                                                      46468-46471, 46473, 46475

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
15th day of October, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ABSALON II, LTD.
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: JOHN DEMARTINO
         300 PARK AVENUE, 21ST FLOOR
         NEW YORK NY 10022

Please note that your claim # 63654-05 in the above referenced case and in the amount of
    $1,248,655.00  allowed at $1,244,101.65         has been transferred **(unless previously expunged by court order)**

         GOLDMAN, SACHS & CO.
         TRANSFEROR: ABSALON II, LTD.
         ATTN: MICHELLE LATZONI
         200 WEST STREET
         NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46475        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2014                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 13, 2014.

**EXHIBIT B**

```
TIME: 16:29:15                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 10/13/14                                               CREDITOR LISTING

Name                                                   Address
ABSALON II, LTD.                                       TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
BANQUE INTERNATIONALE A LUXEMBOURG SA                  TRANSFEROR: UBS AG ATTN: AUDREY ZIELKOWSKI 69 ROUTE D'ESCH LUXEMBOURG L-2953 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.                      DOUGHLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS LTD.                          TRANSFEROR: PRUDENTIAL ASSURANCE COMPANY SINGAPORE PTE LTD ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT FUND GOLDEN LTD.                                TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH (UK)                   TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                   TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                   TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
GN3 SIP L.P.                                           JASON SANJANA LATHAM & WATKINS LLP 885 THIRD AVENUE NEW YORK NY 10022
GN3 SIP L.P.                                           TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DE MATIRO OPERATIONS DIRECTOR 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10019
GN3 SIP L.P.                                           TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE ENTRUST MASTER FUND SPC O/B/O               TRANSFEROR: GOLDENTREE MASTER FUND II, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
SEGREGATED PORTFOLIO I TRANSFEROR
AND ACCOUNT FOR
GOLDENTREE ENTRUST MASTER FUND SPC O/B/O               TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
SEGREGATED PORTFOLIO I TRANSFEROR
AND ACCOUNT FOR
GOLDENTREE HIGH YIELD VALUE FUND                       TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OFFSHORE STRATEGIC, LTD.
GOLDENTREE HIGH YIELD VALUE FUND                       TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVE 21ST FL NEW YORK NY 10022
OFFSHORE STRATEGIC, LTD.
GOLDENTREE HIGH YIELD VALUE MASTER UNIT                TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVE 21ST FL NEW YORK NY 10022
TRUST
GOLDMAN SACHS & CO.                                    TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                   TRANSFEROR: ABSALON II, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                   TRANSFEROR: CREDIT FUND GOLDEN LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                   TRANSFEROR: GN3 SIP L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                   TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR SEGREGATED PORTFOLIO I ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                                   TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
INVERSIS BANCO SPAIN                                   TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE) EDIFICIO PLAZA AEROPUERTO AVDA. DE LA HISPANIDAD 6 MADRID 28042 SPAIN
LIQUIDATION OPPORTUNITIES MASTER FUND,                 TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,                 TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
PRUDENTIAL ASSURANCE COMPANY SINGAPORE                 ATTN: SAMUEL SOH 156 CECIL STREET, 10TH FLOOR FAR EASTERN BANK BUILDING SINGAPORE 069544 SINGAPORE
PTE LTD
ROTHSCHILD BANK AG (AS NOMINEE)                        ZOLLIKERSTRASSE 181 ZURICH 8034 SWITZERLAND
TURNPIKE LIMITED                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                                 BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                                 ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UNIPOL BANCA S.P.A.                                    TRANSFEROR: UBS AG ATTN: LUCA FIORINA PIAZZA DELLA COSTITUZIONE 2 BOLOGNA IT 40128 ITALY


Total Number of Records Printed       33                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```