UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :    08-13555 (SCC)
                                                                         :    (Jointly Administered)
                        Debtors.                                         :
                                                                         :
------------------------------------------------------------------------x    Ref. Docket No. 46215, 46216,
                                                                              46218, 46331, 46466, 46476

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of October, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDENTREE MASTER FUND II, LTD.
     TRANSFEROR: BARCLAYS BANK PLC
     ATTN: JOHN DEMARTINO
     300 PARK AVENUE, 21ST FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 63653-01 in the above referenced case and in the amount of
     $149,266.60  allowed at $130,632.55       has been transferred (**unless previously expunged by court order**)

```
     GOLDMAN, SACHS & CO.
     TRANSFEROR: GOLDENTREE MASTER FUND II, LTD.
     ATTN: MICHELLE LATZONI
     200 WEST STREET
     NEW  YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46476      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/14/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2014.

# EXHIBIT B

```
TIME: 09:03:42                                      LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 10/14/14                                          CREDITOR LISTING

Name                                    Address
BANCA SELLA HOLDING SPA                 TRANSFEROR: ERSEL SIM SPA PIAZZA SELLA 1 BIELLA-BI  13900 ITALY
BANK OF SINGAPORE LIMITED               CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
BANK OF SINGAPORE LIMITED               ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                        SINGAPORE  048619 SINGAPORE
ERSEL SIM SPA                           11 PIAZZA SOLFERINO TORINO  10121 ITALY
ERSEL SIM SPA                           C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
GOLDENTREE MASTER FUND II, LTD.         TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN, SACHS & CO.                    TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.                    TRANSFEROR: UNIPENSION INVEST F.M.B.A. HIGH YIELD OBLIGATIONER ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
ROTHSCHILD BANK AG (AS NOMINEE)         ZOLLIKERSTRASSE 181 ZURICH  8034 SWITZERLAND
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                  TRANSFEROR: BANK OF SINGAPORE LIMITED BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UNIPENSION INVEST F.M.B.A. HIGH YIELD   TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
OBLIGATIONER
VALARTIS BANK LIECHTENSTEIN AG          TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE) SCHAANER STRASSE 27 GAMPRIN-BENDERN  9487 LIECHTENSTEIN
ZUGER KANTONALBANK AG                   TRANSFEROR: UBS AG ATTN: WILLY MULLER BAARERSTRASSE 37 ZUG CH 6301 SWITZERLAND


Total Number of Records Printed         15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC