**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (SCC)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x    Ref. Docket No. 46494

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2014, I caused to be served the "Eighteenth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts," dated October 13, 2014 [Docket No. 46494], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Eleni Manners*
                                            Eleni Manners

Sworn to before me this
13th day of October, 2014
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | arwolf@wlrk.com |
| aalfonso@willkie.com | aseuffert@lawpost-nyc.com |
| abeaumont@fklaw.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | asomers@rctlegal.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| agottfried@morganlewis.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akadish@dtlawgroup.com | bcarlson@co.sanmateo.ca.us |
| akantesaria@oppenheimerfunds.com | bdk@schlamstone.com |
| akolod@mosessinger.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bmanne@tuckerlaw.com |
| amarder@msek.com | bmiller@mofo.com |
| amartin@sheppardmullin.com | boneill@kramerlevin.com |
| amcmullen@boultcummings.com | brian.corey@greentreecreditsolutions.com |
| amenard@tishmanspeyer.com | brosenblum@jonesday.com |
| amh@amhandlerlaw.com | broy@rltlawfirm.com |
| andrew.brozman@cliffordchance.com | bruce.wright@sutherland.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| angelich.george@arentfox.com | btrust@mayerbrown.com |
| angie.owens@skadden.com | bturk@tishmanspeyer.com |
| ann.reynaud@shell.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apalazzolo@fzwz.com | cbelisle@wfw.com |
| appleby@chapman.com | cbelmonte@ssbb.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com |
| arainone@bracheichler.com | cgonzalez@diazreus.com |
| arheaume@riemerlaw.com | chad.husnick@kirkland.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com |
| arosenblatt@chadbourne.com | charles@filardi-law.com |
| arthur.rosenberg@hklaw.com | charles_malloy@aporter.com |

Lehman Brothers Holdings Inc. Email Service List

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmestres@aclawllp.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com

2

| | |
|---|---|
| efriedman@friedmanspring.com | hsnovikoff@wlrk.com |
| eglas@mccarter.com | hsteel@brownrudnick.com |
| ekbergc@lanepowell.com | ian.roberts@bakerbotts.com |
| eleicht@whitecase.com | icatto@mwe.com |
| ellen.halstead@cwt.com | igoldstein@proskauer.com |
| emagnelli@bracheichler.com | ilevee@lowenstein.com |
| emerberg@mayerbrown.com | irethy@stblaw.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| eobrien@sbchlaw.com | iva.uroic@dechert.com |
| eschwartz@contrariancapital.com | jacobsonn@sec.gov |
| etillinghast@sheppardmullin.com | jalward@blankrome.com |
| ezujkowski@emmetmarvin.com | james.heaney@lawdeb.com |
| ffm@bostonbusinesslaw.com | james.mcclammy@dpw.com |
| fhenn@law.nyc.gov | james.sprayregen@kirkland.com |
| fhyman@mayerbrown.com | jamesboyajian@gmail.com |
| foont@foontlaw.com | jamestecce@quinnemanuel.com |
| fritschj@sullcrom.com | jar@outtengolden.com |
| fsosnick@shearman.com | jason.jurgens@cwt.com |
| fyates@sonnenschein.com | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gary.ravertpllc@gmail.com | jbeemer@entwistle-law.com |
| gbray@milbank.com | jbeiers@co.sanmateo.ca.us |
| george.south@dlapiper.com | jbird@polsinelli.com |
| ggitomer@mkbattorneys.com | jbromley@cgsh.com |
| ggoodman@foley.com | jcarberry@cl-law.com |
| giddens@hugheshubbard.com | jchristian@tobinlaw.com |
| gkaden@goulstonstorrs.com | jchubak@proskauer.com |
| glenn.siegel@dechert.com | jclose@chapman.com |
| gmoss@riemerlaw.com | jdoran@haslaw.com |
| goldenberg@ssnyc.com | jdrucker@coleschotz.com |
| gspilsbury@jsslaw.com | jdwarner@warnerandscheuerman.com |
| harrisjm@michigan.gov | jdweck@sutherland.com |
| harveystrickon@paulhastings.com | jdyas@halperinlaw.net |
| hbeltzer@mayerbrown.com | jean-david.barnea@usdoj.gov |
| heim.steve@dorsey.com | jeanites@whiteandwilliams.com |
| heiser@chapman.com | jeannette.boot@wilmerhale.com |
| hmagaliff@r3mlaw.com | jeff.wittig@coair.com |
| hollace.cohen@troutmansanders.com | jeffrey.sabin@bingham.com |
| holsen@stroock.com | jeldredge@velaw.com |
| howard.hawkins@cwt.com | jennifer.demarco@cliffordchance.com |
| hseife@chadbourne.com | jennifer.gore@shell.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| jfalgowski@reedsmith.com | jrabinowitz@rltlawfirm.com |
| jfreeberg@wfw.com | jrsmith@hunton.com |
| jg5786@att.com | jschiller@bsfllp.com |
| jgenovese@gjb-law.com | jschreib@chapman.com |
| jgoodchild@morganlewis.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jsherman@bsfllp.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jim@atkinslawfirm.com | jstoll@mayerbrown.com |
| jjoyce@dresslerpeters.com | jsullivan@mosessinger.com |
| jjtancredi@daypitney.com | jtimko@shutts.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jlamar@maynardcooper.com | jvail@ssrl.com |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlscott@reedsmith.com | jwh@njlawfirm.com |
| jmaddock@mcguirewoods.com | kanema@formanlaw.com |
| jmakower@tnsj-law.com | karen.wagner@dpw.com |
| jmazermarino@msek.com | karl.geercken@alston.com |
| jmelko@gardere.com | kdwbankruptcydepartment@kelleydrye.com |
| jmerva@fult.com | keckhardt@hunton.com |
| jmmurphy@stradley.com | keith.simon@lw.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnadritch@olshanlaw.com | ken.higman@hp.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.monaghan@hklaw.com | kgwynne@reedsmith.com |
| john.mule@ag.state.mn.us | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kit.weitnauer@alston.com |
| jonathan.goldblatt@bnymellon.com | kjarashow@stutman.com |
| jonathan.henes@kirkland.com | kkelly@ebglaw.com |
| jorbach@hahnhessen.com | kkolbig@mosessinger.com |
| joseph.cordaro@usdoj.gov | klyman@irell.com |
| joseph.serino@kirkland.com | klynch@formanlaw.com |
| joshua.dorchak@bingham.com | kmayer@mccarter.com |
| jowen769@yahoo.com | kobak@hugheshubbard.com |
| joy.mathias@dubaiic.com | korr@orrick.com |
| jpintarelli@mofo.com | kovskyd@pepperlaw.com |
| jporter@entwistle-law.com | kressk@pepperlaw.com |
| jprol@lowenstein.com | kreynolds@mklawnyc.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| krodriguez@allenmatkins.com | maustin@orrick.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| lacyr@sullcrom.com | mberman@nixonpeabody.com |
| landon@slollp.com | mbienenstock@proskauer.com |
| lapeterson@foley.com | mbloemsma@mhjur.com |
| lawallf@pepperlaw.com | mbossi@thompsoncoburn.com |
| lawrence.gelber@srz.com | mcademartori@sheppardmullin.com |
| lberkoff@morritthock.com | mccarthyj@sullcrom.com |
| lee.stremba@troutmansanders.com | mcordone@stradley.com |
| lgranfield@cgsh.com | mcto@debevoise.com |
| lhandelsman@stroock.com | mcyganowski@oshr.com |
| lhill@reedsmith.com | mdorval@stradley.com |
| lhoffman@deilylawfirm.com | melorod@gtlaw.com |
| linda.boyle@twtelecom.com | meltzere@pepperlaw.com |
| lisa.solomon@att.net | metkin@lowenstein.com |
| ljkotler@duanemorris.com | mfeldman@willkie.com |
| lkatz@ltblaw.com | mginzburg@daypitney.com |
| lkiss@klestadt.com | mgordon@briggs.com |
| lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| lmay@coleschotz.com | mh1@mccallaraymer.com |
| lmcgowen@orrick.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michael.kelly@monarchlp.com |
| lperkins@deilylawfirm.com | michael.krauss@faegrebd.com |
| lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |
| lschweitzer@cgsh.com | michaels@jstriallaw.com |
| lwhidden@salans.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| maofiling@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| marc.chait@sc.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.deveno@bingham.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.ellenberg@cwt.com | mlichtenstein@crowell.com |
| mark.mckane@kirkland.com | mlynch2@travelers.com |
| mark.sherrill@sutherland.com | mmendez@crb-law.com |
| marvin.clements@ag.tn.gov | mmorreale@us.mufg.jp |
| matt@willaw.com | mneier@ibolaw.com |
| matthew.klepper@dlapiper.com | monica.lawless@brookfieldproperties.com |

Lehman Brothers Holdings Inc. Email Service List

mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com

philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com

Lehman Brothers Holdings Inc. Email Service List

rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com

Lehman Brothers Holdings Inc. Email Service List

wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| CARTER LEDYARD & | MILBURN LLP STEPHEN M. PLOTNICK 2 WALL STREET NEW YORK NY 10005 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVENUE 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO,ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CORPORATE SERVICES | 100 WALL STREET SUITE 1600 NEW YORK NY 10005 |
| HAVENWOOD HERITAGE HEIGHTS (UNITED CHURCH | OF CHRIST RETIREMENT COMMNITY, INC.) ATTN: MUNICIPAL FINANCIAL PRODUCTS -MIDDLE OFFICE 745 SEVENTH AVENUE,16TH FLO NEW YORK NY 10019 |
| HAVENWOOD HERITAGE HEIGHTS (UNITED CHURCH | OF CHRIST RETIREMENT COMMNITY, INC.) ATTN: MICHAEL PALMIERI 33 CHRISTIAN AVENUE CONCORD NH 03301 |
| HINCKLEY, ALLEN & SNYDER LLP | THOMAS S. MARRION 20 CHURCH STREET HARTFORD CT 06103-1221 |
| HSBC BANK USA | 140 BROADWAY NEW YORK NY 10005 |
| HSBC BANK, USA | CTLA - STRUCTURED FINANCE ATTN: THOMAS MUSARRA 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| INTERNATIONAL FINANCIAL SERVICES CENTRE | NORTHWALL QUAY DUBLIN 1, IRELAND P.O. BOX 908 GT GRAND CAYMAN GEORGE TOWN, CAYMAN ISLANDS |
| KASOWITZ, BENSON, | TORRES & FRIEDMAN LLP SHERON KORPUS MATTHEW B. STEIN 1633 BROADWAY NEW YORK NY 10019 |
| MAPLES FINANCE LIMITED | ATTN: THE DIRECTORS P.O. BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| MEISTER SEELIG & FEIN LLP | JAMES M. RINGER 140 E. 45TH STREET NEW YORK NY 10017 |
| REED SMITH LLP | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROPES & GRAY LLP | MARK I. BANE JOSE RAUL ALCANTAR VILLAGRAN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| RUBY FINANCE PLC | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM |
| SANKATY CREDIT | OPPORTUNITIES III, L.P 111 HUNTINGTON AVENUE ATTN: JEFF HAWKINS BOSTON MA 02199 |
| SGS HY CREDIT FUND I | (EXUM RIDGECBO 2006-3) LTD ATTN: DALE CROWLEY,C/O MAPLES&CALDER P.O. BOX 309GT,UGLAND HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| THE BANK OF NEW YORK | MELLON ATTN: STEPHEN M. LAWLER 32 OLD SLIP, 16TH FLOOR NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON | ATTN: STEPHEN LAWLER/SWAP,CONFIRMATION DEPT. 32 OLD SLIP 16TH FLOOR NEW YORK NY 10286 |
| TINA N. MOSS | PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| US BANK | 100 WALL STREET SUITE 1600 NEW YORK NY 10005 |
| US BANK | CORPORATE TRUST SERVICES PO BOX 960778 BOSTON MA 02196-0778 |
| WALKER HOUSE | 87 MARY STREET GRAND CAYMAN GEORGE TOWN, KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  24**