**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings, Inc., *et al.*,                 Case No. 08-13555 (JMP)
                                                          (Jointly Administered)


                        Debtors.
-------------------------------------------------------------X

<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED OCTOBER 7, 2014, [DOC. NO. 46460], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Response of Giants Stadium LLC to Debtors' Objection to Proof of Claim Numbers 64070 and 64071**