**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED OCTOBER 7, 2014, [DOC. NO. 46460], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Declaration of Matthew A. Schwartz in Support of Response of Giants Stadium LLC to Debtors' Objection to Proof of Claim Numbers 64070 and 64071**