EXHIBIT A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF [PARTIAL] TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $387,308.00 ownership interest in claim number 17376 (the "Transferred Claim") of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s) has been transferred and assigned to Corre Opportunities Fund LP ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $387,308.00 of the claim and all rights thereto.

(signature page follows)

Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: CORRE OPPORTUNITIES FUND LP

Address: 1370 Avenue of the Americas, 29TH FL
New York, NY 10019

Signature: _____
Name: Eric Soderlund
Title: Managing Partner
Date: August 20, 2014

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: CORRE OPPORTUNITIES FUND LP |
|---|---|
| Address: 1615 Brett Road, Bldg 3 New Castle, DE 19720 | Address: 1370 Avenue of the Americas, 29TH FL New York, NY 10019 |
| Signature: *[signature]* | Signature: *[signature]* |
| Name: | Name: Eric Soderlund |
| Title: **BRIAN BLESSING** **AUTHORIZED SIGNATORY** | Title: Managing Partner |
| Date: | Date: August 20, 2014 |