Form 210A (10/06)

FILED / RECEIVED
OCT 06 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rothschild Bank AG
Name of Transferee

RBS Coutts Bank AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 45221
Date Claim Filed: October 23, 2009
Amount of Claim: USD 40'200'105.23
Portion of Claim Transferred (see Schedule I): Nominal EUR 755'000

Phone: +41 44 384 7665
Last Four Digits of Acct #: n/a

Phone: +41 43 2455767
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Rothschild Bank AG
Transferee/Transferee's Agent
Date: 29.09.2014

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael Harrer
Vice President

Michael Niggeler
Executive

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0300477709 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR   190'000.00 |
| XS0290588572 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR   565'000.00 |

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Rothschild Bank AG, 8008 Zurich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 26 September 2014

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

29. September 2014



**Registered**
**Strictly Private and Confidential**

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**Claim Transfer**

To whom it may concern

We have recently received two positions from RBS Coutts Bank AG and would like to re-register the claim to our nominee. Please find the signed supporting Form 210a and the Evidence of Transfer of Claim attached.

Please send your confirmation and docket number to the email address mentioned below.

Please don't hesitate to contact me should you have any questions.

Yours sincerely

Michael Niggeler
Executive

Michael Harrer
Vice President

Rothschild Bank AG        Telephone +41 (0) 44 384 7660        Registered Number: CH-020.3.922.189-8
Zollikerstrasse 181       Facsimile: +41 (0) 44 384 7217       Zollikerstrasse 181, 8034 Zurich, Switzerland
8034 Zurich               Corporate.Actions@Rothschildbank.com
Schweiz




