UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                   :

In re                                 :          Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :          08-13555 (SCC)
                                   :
            Debtors.                  :          (Jointly Administered)
                                   :
------------------------------------------------------------x

**ORDER DENYING THE MOTION FOR RELIEF
FROM STAY AND INJUNCTION PROVIDED UNDER PLAN**

      Upon the Motion for Relief from Stay and Injunction Provided Under Plan, filed on June 24, 2014 [ECF No. 4484] (the "Initial Stay Relief Motion"), and the Supplemental Motion for Relief from Stay and Injunction Provided Under Plan, filed on August 28, 2014 [ECF No. 46189] (the "Supplemental Stay Relief Motion," and together with the Initial Stay Relief Motion, the "Motion"), of Coleen Denise Colombo, Isabel Guajardo, Linda Howard-James, Cheryl McNeil, Michelle Seymour, Sylvia Vega-Sutfin (collectively, the "Claimants"), for relief from the automatic stay set forth in section 362 of title 11 of the United States Code and relief from the stay or injunction set forth in paragraph 13.7 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and an objection to the Motion (the "Objection"), dated September 30, 2014 [ECF No. 46398], and the declarations of Robert S. Shwarts and Scott Allan in support of the Objection [ECF Nos.

46400 and 46399] having been filed by Lehman Brothers Holdings Inc., as Plan Administrator under the Plan, on behalf of BNC Mortgage Inc.; and Claimants' response to the Objection (the "Response") having been filed on October 3, 2014 [ECF No. 46437]; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion, the Objection and the Response; and for the reasons stated on the record at the Hearing the Court having found and determined that Claimants have not established cause for obtaining the relief sought in the Motion; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is hereby denied; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 21, 2014
       New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2

WEIL:\95114715\3\58399.0011