B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Stonehill Institutional Partners, L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York  10022

Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email:snelson@stonehillcap.com/ops@stonehillcap.com

Court Claim # (if known): <u>17247</u>
Amount of Claim: <u>$580,000,000.00 (allowed)</u>
Transferred Amount: <u>$150,000.00 (allowed)</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By: Stonehill Capital Management LLC,
its Investment Adviser

By: _____          Date: ___10/21/14___
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By: Stonehill Capital Management LLC,
its Investment Adviser

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

19