**Paul Edwards**

| | |
|---|---|
| From: | Jennifer TORRETTI |
| Sent: | Thu 10/24/2002 1:46 PM (GMT -7) |
| To: | gslater@csgadvisors.com; jordan.greg@dorseylaw.com; jcross@hdw.com; ravandusen@hdw.com; rbagley@hdw.com; jayr@prestongates.com; bruce.colwell@usbank.com; pedwards@wshfc.org; pmead@wshfc.org |
| Cc: | John BONOW; MIKE HARRIS |
| Bcc: | |
| Subject: | WA TSA Liquidity Reserve Bid Results |
| Attachments: | Investment Agmt Bid Results.pdf |

Good afternoon,

Please find the attached bid results for Liquidity Reserve related to the Tobacco Settlement Authority, Tobacco Settlement Asset-Backed Bonds. The Bid sheets will follow.

Thank you,


Jennifer M. Torretti
Consultant
Public Financial Management, Inc.
P: (717) 232-2723 ext. 6224
F: (717) 233-6073
torrettij@publicfm.com

TSA_034460

# Investment Agreement - Competitive Bid Results

PFMID No: 554

| | | |
|---|---|---|
| **Issuer:** | Tobacco Settlement Authority (WA) | **Bid Date:** 10/24/2002 |
| **Fund Type:** | Reserve | **Bid Time:** 2:30 PM |
| **Issue:** | $517,905,000 | **Award Time:** 3:00 PM |
| | Tobacco Settlement Asset-Backed Bonds | **Awarded By:** George Majors |
| | Series 2002 | **Purchase Price %:** 100.00% |
| | | **Coupon:** 4.484% |
| **Best Bid:** | Lehman Brothers | **Yield:** 4.484% |
| | | **Award Basis:** Highest Rate |

| | Provider | SP | Moody's | Coupon | Bidder | Conditions/Notes |
|---|---|---|---|---|---|---|
| 1 | Lehman Brothers | A+ | A2 | 4.484% | James Lister | None |
| 2 | Hypovereinsbank | A+ | Aa3 | 4.350% | Chris Patronis | None |
| 3 | Bear, Stearns & Company(NY) | A | A2 | 4.320% | Anne Michele Kuh | None |
| 4 | Morgan Stanley & Co. Inc.(NY) | AA- | Aa3 | 4.000% | Kevin Schwartz | Various - see bid form |
| 5 | Salomon Reinvestment Company, Inc. | AAA | Aaa | 3.510% | Peter Colquitt | Various - see bid form |
| 6 | Merrill Lynch Capital Services | A+ | Aa3 | 0.000% | Rick Fogliano | Pass - Credit |
| 7 | Wachovia | A+ | Aa3 | 0.000% | Martin McConnell | Pass - Credit |

Public Financial Management

# Investment Agreement - Competitive Bid Results

PFMID No: 553

**Issuer:** Tobacco Settlement Authority (WA)
**Fund Type:** Reserve
**Issue:** $517,905,000
Tobacco Settlement Asset-Backed Bonds
Series 2002

**Best Bid:** Not Awarded

**Bid Date:** 10/24/2002
**Bid Time:** 2:30 PM
**Award Time:**
**Awarded By:**
**Purchase Price %:** 100.00%
**Coupon:**
**Yield:**
**Award Basis:** Highest Rate

| | Provider | SP | Moody's | Coupon | Bidder | Conditions/Notes |
|---|---|---|---|---|---|---|
| 1 | Lehman Brothers | A+ | A2 | 4.874% | James Lister | None |
| 2 | Morgan Stanley & Co. Inc.(NY) | AA- | Aa3 | 4.820% | Kevin Schwartz | Various - see bid form |
| 3 | Bear, Stearns & Company(NY) | A | A2 | 4.760% | Anne Michele Kuh | None |
| 4 | Hypovereinsbank | A+ | Aa3 | 4.680% | Chris Patronis | None |
| 5 | Salomon Smith Barney (NY) | AA- | Aa1 | 4.450% | Peter Colquitt | Various - see bid form |
| 6 | Merrill Lynch Capital Services | A+ | Aa3 | 0.000% | Rick Fogliano | Pass - Credit |
| 7 | Wachovia | A+ | Aa3 | 0.000% | Martin McConnell | Pass - Credit |

Public Financial Management

TSA_034462