| | |
|---|---|
| **From:** | Dennis Tupper <dennis.tupper@db.com> |
| **Sent:** | Tuesday, March 24, 2009 3:45 PM (GMT) |
| **To:** | Arefiev, Sergey <sergey.arefiev@lehman.com> |
| **Cc:** | Patrick Marsh <patrick.marsh@db.com> |
| **Subject:** | Re: FW: Washington State Tobacco |

---

Unfortunately this just isn't something we can do, we're just not in this business.

Dennis M. Tupper
Vice President
Deutsche Bank
Municipal Structuring
60 Wall Street - 3rd Floor | New York, NY 10005
Office: 212.250.8257 | dennis.tupper@db.com

"Arefiev, Sergey" <sergey.arefiev@lehman.com>

03/24/2009 11:31 AM

To
Dennis Tupper/db/dbcom@DBAmericas

cc
Patrick Marsh/db/dbcom@DBAmericas

Subject
FW: Washington State Tobacco

Dennis,

We urgently need to get indicative quotes on the valuation for the attached FPA with Washington State Tobacco Settlement Authority. I am sorry for the short notice but we need to get by tomorrow. This is only for indicative purposes. Would you be able to help?

Thanks,
Sergey

------------------------------------------



This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
[attachment "RFA.EC.pdf" deleted by Dennis Tupper/db/dbcom] [attachment "Amendment.ec.tif" deleted by Dennis Tupper/db/dbcom]

---
This communication may contain confidential and/or privileged information. If you are not the intended recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such.

