**JONES DAY**
Jayant W. Tambe
Laura W. Sawyer
222 East 41st Street
New York, New York 10017

*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | : | **Case No. 08-13555 (SCC)** |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------ x

**DECLARATION OF LAURA W. SAWYER IN FURTHER SUPPORT OF LEHMAN'S MOTION FOR AN ORDER EXCLUDING THE TESTIMONY OF <u>DANIEL CURRY AND JEFFREY HASTEROK</u>**

I, Laura W. Sawyer, declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney with the law firm Jones Day, counsel to Debtors in the above-captioned case, and I respectfully submit this declaration in further support of Lehman's Motion for an Order Excluding the Testimony of Daniel Curry and Jeffrey Hasterok, dated October 21, 2014.

2. Attached as Exhibit A to this declaration is a true and correct copy of the deposition transcript of Peter Shapiro, dated October 16, 2014.

3. Attached as Exhibit B to this declaration is a true and correct copy of the deposition transcript of David F. Babbel, dated March 7, 2014.

-2-

    4.  Attached as Exhibit C to this declaration is a true and correct copy of the Report of Samuel Gruer, dated March 5, 2014.

    5.  Attached as Exhibit D to this declaration is a true and correct copy of the Report of Prof. David F. Babbel, dated February 24, 2014.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 21, 2014
       New York, New York

/s/ Laura W. Sawyer
JONES DAY
Laura W. Sawyer
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3685
Facsimile:   (212) 755-7306

*Attorneys for the Debtors*

## DECLARATION OF SERVICE

I, I-Heng Hsu, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on October 21, 2014, I caused a true and correct copy of the attached Declaration Of Laura W. Sawyer In Further Support Of Lehman's Motion For An Order Excluding The Testimony Of Daniel Curry and Jeffrey Hasterok to be served by first class mail and via the Southern District of New York Bankruptcy Court's electronic case filing system upon the following counsel of record:

Paul J. Lawrence
Kymberly K. Evanson
PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2100
Seattle, WA 98101

Eric T. Moser
Robert N. Michaelson
RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, NY 10173

/s/ I-Heng Hsu
I-Heng Hsu