**EXHIBIT B to the Declaration Of Laura W. Sawyer In Further Support Of Debtors' Motion For An Order Excluding The Testimony Of Daniel Curry And Jeffrey Hasterok**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re:  LEHMAN BROTHERS          )  Chapter 11 Case
                                )  No. 08-13555
HOLDINGS, INC., et al.,         )  (JMP)
                                )  (Jointly
              Debtors.          )  Administered)
_____  )

DEPOSITION OF DAVID F. BABBEL

New York, New York

Friday, March 7, 2014

Reported by:
PATRICIA A. BIDONDE, RPR

Page 2

```
 1
 2
 3
 4
 5
 6                      March 7, 2014
 7                      10:04 a.m.
 8
 9
10          Deposition of DAVID F. BABBEL,
11      held at the offices of JONES DAY,
12      222 East 41st Street, New York, New York,
13      before Patricia A. Bidonde, a Registered
14      Professional Reporter and Notary Public
15      of the State of New York.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2          IT IS HEREBY STIPULATED AND
 3      AGREED, by and between the attorneys for
 4      the respective parties herein, that
 5      filing and sealing be and the same are
 6      hereby waived.
 7          IT IS FURTHER STIPULATED AND
 8      AGREED that all objections, except as to
 9      the form of the question, shall be
10      reserved to the time of the trial.
11          IT IS FURTHER STIPULATED AND
12      AGREED that the within deposition may be
13      sworn to and signed before any officer
14      authorized to administer an oath, with
15      the same force and effect as if signed
16      and sworn to before the Court.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2          A P P E A R A N C E S:
 3
 4      JONES DAY
 5      Attorneys for Debtors
 6          222 East 41st Street
 7          New York, New York 10017-6702
 8      BY:   JAYANT W. TAMBE, ESQ.,
 9            JENNIFER DEL MEDICO, ESQ.,
10            LAURI SAWYER, ESQ.
11
12      PACIFICA LAW GROUP
13      Attorneys for Washington State Tobacco
14      Settlement Authority
15          1191 2nd Avenue
16          Suite 2100
17          Seattle, Washington 98101
18      BY:   PAUL J. LAWRENCE, ESQ.
19
20
21      ALSO PRESENT:
22      DEAN MELCHIOR
23
24
25
```

Page 5

```
 1               D. Babbel
 2          P R O C E E D I N G S
 3      D A V I D   F.   B A B B E L,
 4          called as a witness, having been duly
 5          sworn by a Notary Public, was examined
 6          and testified as follows:
 7      EXAMINATION BY
 8      MR. LAWRENCE:
 9          Q.   Please state your full name for
10      the record and spell your last name, please.
11          A.   David Frederick Babbel,
12      B-a-b-b-e-l.
13          Q.   What is your business address?
14          A.   215 Wakefield Road, Bryn Mawr,
15      Pennsylvania.
16          Q.   We were introduced before the
17      deposition.  My name is Paul Lawrence, and I
18      represent the Washington State Tobacco
19      Settlement Authority.
20          I appreciate your time today.
21      You understand you've been retained as an
22      expert witness in this case, correct?
23          A.   Correct.
24          Q.   And it looks, from your
25      materials, that you've testified many times
```

Page 6

1          D. Babbel
2    before; is that fair?
3        A.   Yes.
4        Q.   So, I won't go through the basic
5    rules.
6        I want to understand a little bit
7    about your background and typically how your
8    background relates to your opinions in this
9    case.
10       A.   Yes.
11       Q.   Let's start with your, your
12   non-academic appointments particularly with
13   Goldman Sachs.  Okay?
14       A.   Sure.
15       Q.   What was your role at Goldman
16   Sachs, and if it's changed over the period of
17   time that you were there, tell me about those
18   changes.
19       A.   Okay.  I started off in the fixed
20   income division in the financial strategies
21   group.  And my primary role was to do research
22   on the valuation and hedging strategies used
23   in fixed income securities.
24       I also, while there, did analysis
25   of the riskiness of fixed income instruments

Page 7

1    and their derivatives.
2        My second year there I was the
3    founding member of the insurance and pension
4    department that worked closely with the fixed
5    income division, financial strategies.
6        We were their major clients
7    because the insurance and pension department
8    represented the buy side for fixed-income
9    securities.  And they were the biggest buyer
10   that Goldman had.
11       I stayed there for a year and
12   then returned to the Wharton School.  But I
13   worked part-time there after.
14       Q.   What was your part-time
15   employment?
16       A.   I worked part-time at Goldman
17   Sachs thereafter.
18       Q.   I'm sorry.  Did you continue in
19   the same role in the insurance and pension
20   department or did you take on any additional
21   role or duties in your part-time work?
22       A.   Yes, I took on some additional
23   duties.  I worked with Goldman Sachs asset
24   management and also the mortgage securities

Page 8

1          D. Babbel
2    department.  But it was mostly relating to
3    pension and insurance issues.
4        Q.   Is it correct that you've never
5    been a trader for Goldman Sachs or any other
6    entity?
7        A.   That's correct.
8        Q.   Have any of your non-academic
9    experience related to forward purchase
10   agreements?
11       A.   Have they?
12       Q.   Yes.
13       A.   Yes.  Certainly, at Goldman Sachs
14   we did that.  I don't think we did that at
15   Frank Russell.
16       Q.   What was your -- I'm sorry.
17   Goldman Sachs --
18       A.   At the World Bank we didn't do
19   that.
20       Q.   What was your personal
21   involvement with respect to forward purchase
22   agreements at Goldman Sachs?
23       A.   Helping to value transactions
24   coming up with valuation models that are
25   appropriate in particular term structure of

Page 9

1          D. Babbel
2    interest, forward rates and spot rates of
3    interest.
4        I also helped create valuation
5    models for derivatives on fixed income
6    instruments.  And I wrote research papers on
7    those.
8        Q.   In terms of the work you've
9    described --
10       A.   I left off one thing.
11       Q.   Sure.
12       A.   With Johnson and Higgins, which
13   was the second largest insurance brokerage
14   firm at the time, later acquired by Marsh
15   Mack, I believe, I worked with the term
16   structure of interest and, in particular,
17   forward rates and spot rates of interest
18   rates.  In constructing for them hedges and
19   way to price their granted investment
20   contracts or GIC's.
21       Q.   Can we go back now to what you
22   described at Goldman Sachs.  It sounded like
23   you did -- did you do actual programming for
24   how to do valuations or -- I'm just trying to
25   get a little more depth of what your

Page 10

D. Babbel

2  particular involvement -- obviously, you did
3  research?
4      A.  Yes.
5      Q.  And, in addition to research, it
6  sounded like you had some more specific
7  involvement in valuation mechanisms; is it
8  programming a model or giving advice on
9  particular transactions?  Can you explain
10  that?
11      A.  Yes, I worked out the
12  mathematics.  And, in some cases, I did
13  programming for valuation.  I also produced
14  term structures of interest for them.  I
15  analyzed the volatility of the term structure
16  of interest and used those models to assess
17  the riskiness of fixed income instruments.
18      Q.  You used the term in your
19  testimony, also in your report, "term
20  structure of interest."  Can you explain that?
21      A.  Yes.  The term structure of
22  interest is a term we use to describe interest
23  rates or yields that are available on
24  instruments of similar credit risk but of
25  different maturities or duration.

Page 11

D. Babbel

2      Q.  Can you give me an example of a,
3  of how the term structure of interest would
4  have applied to a particular instrument?
5      A.  Sure.  If we go to the bank a
6  block away, you can ask them for quotations on
7  their certificates of deposit.  And they will
8  say, we have one rate for six months, another
9  rate for one year, another rate for two years.
10  We even have a five-year rate.  And those will
11  be different interest rates depending on how
12  long you want to tie up the money.
13      Q.  So what do you do with that data?
14  How do you contribute to the understanding of
15  that data?
16      A.  I don't contribute to the
17  understanding of the bank's CDs.  But if you
18  mean in general how do I contribute to the
19  understanding of ...
20      Q.  Well, for example, as I
21  understand your testimony, you provided
22  research and advice to Goldman Sachs with
23  respect to the term structure of interest.
24      So for example, you would see, I
25  don't know that Goldman Sachs dealt with bank

Page 12

D. Babbel

2  CDs, probably more complicated -- but you
3  would get this information from a bank, and
4  then you'd obviously do some sort of research
5  and valuation of the different term options
6  that were available.  Is that fair?
7      I'm just trying to understand a
8  little bit more about what you were doing.
9  Obviously you weren't just saying, "Here's the
10  rates."
11      You were trying to do
12  something -- not manipulate -- or provide
13  information, point a perspective about those
14  rates?
15      A.  Yes.  I'll try to explain better.
16  What you see in the marketplace are prices of
17  securities and their cousin yields.  And those
18  yields on the securities are particular to the
19  instrument in question and cannot be used to
20  value instruments that don't have those
21  precise characteristics and exact replicas.
22      So what economists do and what
23  market participants do is extract financial
24  instruments the underlying forward rates and
25  underlying spot rates of interest, which in

Page 13

D. Babbel

2  turn, can be used to value anything that has
3  cash flows occurring at different times along
4  the maturity spectrum.  And you have to have
5  those fundamental factors to value other
6  instruments.  And I've written a lot about
7  this subject.
8      The yields to maturity of one
9  instrument cannot be used, cannot be used
10  directly to impute the value of another
11  instrument unless it's a clone.  Instead you
12  have to extract the underlying forward rates
13  and spot rates of interest.  And those, in
14  turn, can be used.
15      Q.  If I understand you correctly,
16  and please correct me if I'm oversimplifying
17  or missing the point, you might look at two
18  instruments a CD versus a treasury and look at
19  the rates that are offered at various periods
20  of time and determine from the respective
21  rates what particular interest yields might be
22  relevant between the two so you can make an
23  investment decision about whether you want, if
24  you wanted to invest in a series of six-month
25  transactions or two-year transactions, which

4 (Pages 10 to 13)

Page 14

D. Babbel

1
2  of the two instruments is going to be most
3  beneficial or highest yielding over time?
4          MR. TAMBE:  Objection to form.
5      You can answer.
6      A.   I would say "no."
7      Q.   Okay.  Can you explain why "no"?
8          MR. TAMBE:  Same objection.
9      A.   That was a long question with a
10  lot of parts to it.  And I was hanging with
11  you for a while, but then you lost me.
12      Q.   Okay.  Where did you hang with
13  me?
14      A.   We were talking about the rates
15  of interest and spot rates and forward rates,
16  and all of a sudden you injected CDs and
17  treasuries into the mix and you weren't
18  talking specifically with term rates of
19  interest for the, just the yields on those
20  instruments.
21      Q.   I'm trying to understand when
22  Goldman Sachs went to you and asked you for
23  your research and advice, what were they
24  getting in return?
25      A.   Yes.  So I published a lot of

Page 15

D. Babbel

1
2  that when I was in Goldman Sachs, and it's
3  listed in my vitae.
4      Q.   But it's also fair for me to ask
5  these questions.  I'd prefer for you to answer
6  rather than me read your hundred or so
7  publications.  If that's okay?
8      A.   That's a smart approach.  They
9  were getting insight from me into term
10  structure interest, its calculation, more
11  efficient ways to calculate it.
12          There had been a number of
13  approaches to calculate term structure of
14  interest.  All of them came up with fairly
15  similar things.  They wanted to understand
16  which one was the most accurate and also to do
17  research on its volatility over time.
18      Q.   So did you determine the most
19  accurate way to calculate the term structure
20  of interest?
21      A.   I, I was able to assess which one
22  was the most usable for them.
23      Q.   Which was what?
24      A.   It was, it was called a
25  Nelson-Siegel method which is for the Treasury

Page 16

D. Babbel

1
2  securities.  It was the one at the time that
3  seemed to be the most accurate.
4          It ended up not mattering very
5  much shortly thereafter because we started
6  trading zero-coupon bonds in such volume that
7  you could look at the term structure directly.
8      Q.   Meaning that the market
9  information was sufficient to determine term
10  structure of interest?
11      A.   Yes.  The market information was
12  always sufficient to determine it, but you
13  have to do more interpolation sometimes than
14  others, depending on how dense the market is.
15  Zero-coupon bonds gave us a direct measure,
16  the term structure of interest.
17      Q.   Your research in this field
18  depends upon market data.  Correct?
19      A.   Yes.
20      Q.   And it assumes the validity of
21  market data for the purposes of the research
22  you're doing.  Correct?
23          MR. TAMBE:  Objection to form.
24      Q.   All I'm trying to get at is when
25  someone does research, you have to use data

Page 17

D. Babbel

1
2  points.  Correct?
3      A.   That's correct.
4      Q.   If I'm going to research
5  statistics about baseball, I might use a
6  batting average as one data point, or home
7  runs, and come up with different calculations
8  of how a player performs by manipulating
9  available data.  Correct?
10      A.   By studying available data, yes.
11      Q.   I don't mean for "manipulating"
12  to be a bad word.  Bill James has come up with
13  new statistics based on existing data
14  presented in a new way.
15          Do you understand that?
16      A.   Yes.
17      Q.   And in your world, you're using
18  market data, correct, to do your analysis?
19      A.   I do.
20      Q.   And you're using market data to
21  understand future rates.  Is that fair, in
22  part?
23      A.   I -- I use market data to
24  understand forward rates.
25      Q.   And how would you distinguish

Page 18

D. Babbel

1 forward rates from future rates?
2     A.    Forward rates are today's price
3 for locking in a new commitment.
4     Q.    Because the market -- you're not
5 using market data to predict future rates.
6 You're using market data to understand the
7 market as of a given day.  Correct?
8     A.    That's correct.
9     Q.    And the ability to use market
10 data to understand forward rates assumes that
11 there's an active market that you can trade
12 in.  Correct?
13            MR. TAMBE:  Objection to the form
14     of the question.
15     Q.    In other words, if you're
16 deciding about buying T-Bills and you're
17 deciding about the different rates that are
18 available and the different terms and you're
19 analyzing forward rates, you're using market
20 data on the assumption that you can then go
21 out and transact in T-Bills in the market.
22 Correct?
23            MR. TAMBE:  Same objection.
24     A.    In both versions of your

Page 19

D. Babbel

1 question, you used the word "you."
2     Q.    I'm not talking about you,
3 personally.
4     A.    Somebody in the marketplace needs
5 to be able to transact.
6     Q.    So if there was an instrument
7 that was no longer available in the market
8 upon which to transact and you had data, say,
9 from 40 years ago when there was a market for
10 an instrument, you wouldn't have any ability
11 to understand the current rate structure or
12 current value of that asset.  Is that fair?
13     A.    I wouldn't say that.
14     Q.    Would you explain how you would
15 look at the value of that asset where there's
16 no market transactions available and no market
17 in which to transact on that asset?
18            MR. TAMBE:  Objection to form.
19     You can answer.
20     A.    The term structure of interest
21 tells us the price or the value of cash flows
22 received at various points in time.  And the
23 forward rates and the term structure of
24 interest tell us the price of making future

Page 20

D. Babbel

1 commitments either to buy or to sell.
2            The value of an instrument can be
3 determined, and is determined, every day on
4 Wall Street before the instruments actually
5 exist.  Because they have market data on
6 securities that are traded that gives you an
7 understanding of value for some security that
8 you're about to issue.  And that's --
9     Q.    Go ahead.  I don't want to
10 interrupt your answer.
11     A.    That's sufficient.
12     Q.    How does current market data tell
13 you what the yield on a bond issued by the
14 Confederacy is?
15            MR. TAMBE:  Objection to the form
16     of the question.
17     A.    Which confederacy?
18     Q.    The South in the civil war.
19     A.    At its current market data?
20     Q.    Yeah.
21     A.    Tell you what it's worth?
22     Q.    Yeah.
23     A.    You have to go to the market for
24 that.  There is a market for those bonds.  I

Page 21

D. Babbel

1 even have one.  And you can trade them.  But
2 they're collector's items, so that's the
3 market for them.
4     Q.    So in order to understand the
5 value of that asset, you would want actual
6 market data to inform your value.  Correct?
7     A.    If it's a collector's item, you
8 need that.  Because there are no cash flows
9 associated with the particular bond, since the
10 Confederacy is out of operation.
11     Q.    And what if you don't have market
12 data?  Let's say people lost interest in
13 Confederate bonds, so there hasn't been a
14 trade in five years.
15     A.    Yes.
16     Q.    How do you bring that into your
17 valuation?
18     A.    For Confederate bonds?
19     Q.    It could be any.  I'm just using
20 that as a hypothetical.
21     A.    Because they offer no payments,
22 and they're bought strictly through
23 collectors.
24     Q.    Right.

Page 22

D. Babbel

1
2     A.   You have to look at the
3  fundamental elements of the security in
4  question.  And the fundamental elements
5  involve cash flows back and forth.  Those can
6  be valued with term structures of interest
7  rates.
8     Q.   Well, as you said, there's no
9  cash flows associated with Confederate bonds
10 at this time?
11    A.   Not that I know of.
12    Q.   The South will rise again?
13    A.   Unless South Carolina is doing
14 something I don't know about.
15    Q.   You understand that the RFA
16 question in this case is a contract with
17 Lehman who went into bankruptcy and rejected
18 the contract.  Correct?
19    A.   I understand.
20    Q.   And so you understand that that
21 particular contract is not going to generate
22 any cash flows to the rejection date to TSA.
23 Right?
24    A.   That's my understanding.
25    Q.   And is there some market out

Page 23

D. Babbel

1
2  there for Lehman rejected Reserve Fund
3  Agreements that you're aware of?
4     A.   I'm not a market participant.
5  You would need to ask Mr. Gruer about that.
6     Q.   But, in order to analyze the
7  value of that contract, you would want market
8  information relevant to that contract.
9  Correct?
10       MR. TAMBE:  Objection to the form
11    of the question.
12    A.   I wouldn't need necessarily
13 market information on that particular kind of
14 security.  What you're looking for is the cash
15 flows that would go back and forth and you can
16 value those.  There are thousands of
17 instruments that will provide that.
18    Q.   But if an instrument is not
19 generating a cash flow, it's value is zero
20 unless, as you say in the Confederate, there's
21 somebody that wants to put one on the wall for
22 collector's purposes.
23       Is that fair?
24       MR. TAMBE:  Objection to the form
25    of the question.

Page 24

D. Babbel

1
2     You can answer.
3     A.   You switch from a -- TSA RFA
4  which was rejected to a confederacy bond.
5  It's my understanding that the TSA retained
6  their full $45 million, and they can invest
7  that and earn money on that.
8        Whereas, in the confederacy bond
9  they didn't get their -- I guess the
10 confederacy retained their money, but they had
11 it absconded by the federal government.
12    Q.   Right.  So going back to the TSA
13 situation.  What I understand you said was
14 that the TSA got back its $45 million.  Right?
15    A.   They have it.
16    Q.   So what you would look at is the
17 opportunities the TSA has to invest that $45
18 million to understand what the value is that
19 they retained.  Correct?
20    A.   I would say the value they
21 retained is $45 million.  That's what they
22 have.
23    Q.   That's what they have now?
24    A.   Yes, what they do with it.
25 That's their business, but they have the

Page 25

D. Babbel

1
2  money.
3     Q.   Right.  But if you're trying to
4  compare what they might have earned under the
5  contract with Lehman with guaranteed rate of
6  return over a period of time, to what the
7  value of that $45 million is now, you would
8  look to the investment opportunities on those
9  $45 million TSA holds and see what they can
10 generate from that, consistent with whatever
11 restrictions there are on that $45 million and
12 compare it to the guaranteed rate that Lehman
13 was to provide.
14       Is that fair?
15       MR. TAMBE:  Object to the form.
16       You can answer.
17    A.   You're focusing on the value of
18 something, of a contract that no longer
19 exists.  To a financial person, the value of
20 $45 million is $45 million.
21       You can put it in pork belly
22 futures.  You can put it in treasury bonds.
23 You can put it in stock.  You can put it in
24 Egyptian junk.  It's still $45 million.
25 That's what the value is.  That's the end of

Page 26

D. Babbel

1  that story.
2      Now, in terms of -- so that's the
3  present value, $45 million.  What TSA happens
4  to do with that money is TSA's business.
5      Q.   Fair enough.  So as I understand
6  it in pretty straightforward terms:  The value
7  of the $45 million of the TSA Reserve Fund
8  Agreement to date was the $45 million that the
9  TSA had in hand to do with what it thought
10  best?
11      MR. TAMBE:  Objection to the form
12  of the question.
13      You can answer.
14      A.   That's the value of the amount of
15  the money they have now.  If the contract was
16  so-called in the money or out of the money --
17  if the contract was in the money, in favor of
18  TSA, they would have lost some portion because
19  they entered into the agreement back in
20  2002.
21      By 2009, things had changed.  And
22  so they may have had -- they may have been in
23  the money or maybe Lehman was in the money,
24  and that would be the only piece.  In addition
25

Page 27

D. Babbel

1  to the $45 million, that would either be added
2  or subtracted to it, to come up with the
3  value.
4      Q.   Now, you could do a net present
5  value calculation of the interest that TSA was
6  supposed to earn from the date of rejection to
7  the end date of the contract.  Correct?
8      A.   In that present value of the
9  interest.
10      Q.   Of the interest payments that
11  were guaranteed under the contract?
12      A.   You could calculate a present
13  value of the interest.  But a net present
14  value, you have to pay for that.  It's 45
15  million.
16      Q.   Forget the word "net."
17      A.   Okay.
18      Q.   So you could add up the interest
19  payments that were supposed to be paid every
20  six months on that contract over the rejection
21  date and reduce that to a present value.  Is
22  that more accurate?
23      A.   Yes.
24      Q.   And if you were doing a present
25

Page 28

D. Babbel

1  value calculation, what would you use to
2  discount the total payments over time to the
3  present value?
4      MR. TAMBE:  Which payments?
5      Q.   The interest payments that Lehman
6  was supposed to make over the every-six-months
7  in the remaining twenty years of the RFA?
8      A.   It would depend on the security
9  of those payments.
10      Q.   What do you mean by "the security
11  of those payments"?
12      A.   Well, if the Treasury, or
13  something better than the Treasury, were
14  offering me 4.484 percent on $45 million, that
15  would have a value higher than if someone that
16  couldn't print money were offering it to me.
17      Q.   Well, Lehman was the one who was
18  obligated to make the payment.  Obviously,
19  they're not going to make the payment.  So is
20  there a way -- maybe I'm missing your
21  point.
22      But there is a way we can
23  calculate the number of dollars that Lehman
24  was supposed to pay over the remaining term of
25

Page 29

D. Babbel

1  the agreements.  Correct?
2      A.   That's correct.
3      Q.   And if I wanted to discount that
4  to present value, how would you do that?
5      A.   It would depend, as I said, on
6  who the counterparty is, who is going to make
7  those payments.
8      Q.   Right now, there's no
9  counterparty who is going to make those
10  payments?
11      A.   That's right.
12      Q.   So what assumption would you make
13  in order to do present value calculation in
14  the sum of those payments?
15      A.   Well, I wouldn't assume the
16  federal government is going to pay it.  So
17  you're going to have some other party -- you
18  would look at the nonfederal government analog
19  to that to be the fixed leg of a swap.
20      Q.   So what would your best opinion
21  be about what you would look to?  Are you
22  talking about LIBOR?  Are we talking about
23  some other index?  Are we talking about the
24  rate of return that TSA was actually receiving
25

Page 30

D. Babbel

1  for a period of time?  How would you figure
2  that out?
3
4         MR. TAMBE:  Object to the form.
5      You can answer.
6      A.   It really depends upon the damage
7  theory, I suppose.  I wasn't retained as an
8  expert on damages, and I haven't thought about
9  damages.
10        The focus of my testimony is
11  whether forward rates of interest are used in
12  valuing swaps.  So I don't have an opinion.
13  It depends on the damage theory that the
14  courts decide is appropriate in this case.
15     Q.   Explain that to me.  What about
16  the damage theory would inform your decision
17  on how to discount a current value?
18        MR. TAMBE:  Objection to the form
19     of the question.
20     A.   Your hypothetical -- your
21  question is looking at a series of future
22  payments according to reports, the next 23
23  years or so, whatever remains of that.  And
24  you want me to come up with -- you're asking
25  how would I come up with a present value.

Page 31

D. Babbel

1
2     Q.   Exactly.
3     A.   It's inextricably linked to the
4  damage theory.  You want to -- you talk about
5  one leg of a transaction and if it were
6  replaced.  But if it were replaced, it would
7  involve a counterparty.
8         There are no counterparties out
9  there for it, apparently, at least in your
10  hypothetical.  And if there are no
11  counterparties out there available to make
12  those payments, why aren't there?
13        Because there are counterparties
14  out there.  There are hundreds of
15  counterparties out there for streams of
16  payments.
17        Is it because Washington Tobacco
18  is not a good counterparty?  Did they
19  deteriorate?  Did that entire industry
20  deteriorate?
21        It had nothing to do with Lehman
22  Brothers.  There's some reason that these
23  hundred or thousand potential counterparties
24  aren't taking that side with Washington.
25  You're saying --

Page 32

D. Babbel

1
2     Q.   Because you're saying you can't
3  find the counterparty?
4     A.   Right.  So that's not Lehman's
5  fault.  Now, were you in the money or out of
6  the money when Lehman -- that contract, that's
7  your focus.  Right?
8     Q.   Well, that's not my question.
9  But obviously that's a focus of this
10  litigation.
11        My question for you is:  We know
12  what the fixed leg payments from Lehman were
13  supposed to be over those 23 years.  Correct?
14     A.   We do.  We don't know that it was
15  over 23 years, but --
16     Q.   Yes --
17        MR. TAMBE:  Let him ask his
18     question.  You're talking over each
19     other.
20     Q.   You do understand that it's
21  appropriate, when looking at that number, to
22  do a present value discount to understand what
23  that payment stream is worth today as part of
24  a damage calculation.  Correct?
25     A.   To the extent that damage

Page 33

D. Babbel

1
2  calculation involves values, yes.
3     Q.   So I'm now looking to you,
4  Professor Babbel, to help me figure out what
5  the appropriate mechanism to discount the
6  present value is.
7         MR. TAMBE:  Objection to form.
8     Asked and answered.
9         You can answer.
10     A.   I'm trying to see what I can say,
11  what I haven't already.  Because you're
12  talking about a series of cash flows over 23
13  years, and the value of it obviously depends
14  upon the counterparty.  And you're saying
15  there isn't a counterparty, and it has no
16  value.
17        So, putting that aside, what's
18  the best you can do -- the second best you can
19  do since you have no counterparty?  That is to
20  use the market for similar sorts of cash
21  flows, and I would use the LIBOR curve to
22  value that.
23     Q.   Now, in this situation, because
24  there are no counterparties out there willing
25  to step into the contract, does that

Page 34

D. Babbel

1  complicate the valuation exercise?
2       MR. TAMBE:  Objection to the form
3  of the question.
4       A.   You're stipulating that there are
5  none because that was an assumption earlier.
6  Now, you're stipulating?
7       Q.   Well, Lehman's expert has
8  testified that there was no active market in
9  March of 2009 for these types of agreements.
10      A.   Yes.
11      Q.   So I don't know that that's in
12 the form of a stipulation.  But I will ask you
13 to take that as an assumption for my question.
14      A.   Okay.
15      MR. TAMBE:  What's the question
16 again?
17      Q.   What complications does that
18 create for valuing a contract when there's no
19 counterparty available to step in, no market
20 participant who's willing to enter into this
21 contract?
22      A.   Yes.
23      MR. TAMBE:  Objection to the form
24 of that question.

Page 35

D. Babbel

1       A.   It does not eliminate the ability
2  to calculate a present value using LIBOR
3  rates, which I understand would have been used
4  when the contract was initially set up and
5  which continued to exist in rich measure.  So
6  you can value it with LIBOR rates, as I said.
7       Q.   In terms of the -- so we're
8  talking about the, sort of, fixed rate of the
9  transaction, that has failed.  In terms of the
10 floating leg of the transaction, I think you
11 testified earlier that TSA has its $45
12 million.  Correct?
13      A.   Yes.
14      Q.   And it has the ability to invest
15 that.  Correct?
16      A.   It does.
17      Q.   And in terms of looking at what
18 that floating leg would be worth, you would
19 look at what the investment options are for
20 TSA with that $45 million.
21      Is that fair?
22      A.   To see what that's worth?
23      Q.   Yes.
24      A.   No.  It's worth $45 million.

Page 36

D. Babbel

1       Q.   That's the present value of what
2  TSA has?
3       A.   Yes.  They're giving that to
4  somebody else.  And if you're looking at what
5  they could earn from it, presumably they could
6  earn market rates.  And if you discount by
7  market rates, you got $45 million.
8       That's assuming that they get not
9  only the interest on it but also the
10 principal.  If they don't get the principal,
11 then you just calculate the interest rate you
12 could get on it.
13      Q.   So actually, present value is
14 simply looking at the interest earned over
15 time and returning now to the present.  And as
16 you said, IPOs de facto with that $45 million,
17 it goes back to $45 million as the present
18 value?
19      MR. TAMBE:  Objection to the form
20 of the question.
21      You can answer.
22      A.   If you go to not only the
23 interest stream but also the principal, yes,
24 then it's worth 45 million.

Page 37

D. Babbel

1       Q.   I think we're all assuming that
2  the principal would be there at the end.
3       A.   Uh-huh.
4       Q.   So we actually got off on this,
5  talking about your nonacademic experience.  I
6  just want to finish up on that area.
7       You indicated you were not a
8  trader.  Did you ever participate in any way
9  with respect to valuations of the Reserve Fund
10 Agreement?
11      A.   No.
12      Q.   Did you have any involvement in
13 any way with --
14      A.   Well, I'm sorry, I shouldn't say
15 that.  I should say I didn't.  I didn't
16 participate in any way in the values of
17 research fund agreements associated with
18 tobacco settlements.  As for whether I ever
19 worked with reserve agreements apart from
20 tobacco, I don't recall.
21      Q.   And my next question was going to
22 be tobacco related.  If I understand your
23 testimony, you didn't have any involvement in
24 Tobacco-related Reserve Fund Agreements.  Is

Page 38

```
 1              D. Babbel
 2  that correct?
 3       A.   That's correct.
 4       Q.   Did you have any involvement at
 5  all in analyzing the tobacco master settlement
 6  and payments to estates in any way?
 7       A.   No.
 8       Q.   And you don't recall one way or
 9  another whether you had any involvement in
10  other types of Reserve Fund Agreements.  Is
11  that correct?
12       A.   That's correct.
13       Q.   In your academic experience, did
14  you do any writing or research with respect to
15  Tobacco RFAs?
16       A.   No.
17       Q.   Did you do any writing or
18  research with respect to the Tobacco Master
19  Settlement Agreements and payments to the
20  estates from that?
21       A.   No.
22       Q.   Do you recall doing any research
23  and writing with respect to Reserve Fund
24  Agreements, generally?
25            MR. TAMBE:  Object to the form.
```

Page 39

```
 1              D. Babbel
 2            You can answer.
 3       A.   To me, from a description of cash
 4  flows that respective -- it's not, Reserve
 5  Fund Agreements are different from,
 6  fundamentally different from other sorts of
 7  swap arrangements.
 8       Q.   And that's a fair answer.  But,
 9  for example, you can look at your CV.  You've
10  written a lot about insurance instruments.
11  Correct?
12       A.   Yes.
13       Q.   And I understand that your
14  research and writing may pertain to Reserve
15  Fund Agreements.  But that's not my question.
16            My question is:  Are any of your
17  research or articles focused specifically on
18  Reserve Fund Agreements as an instrument?
19       A.   No.  I would add that you said a
20  lot of my writing refers to insurance
21  instruments.  But insurance instruments --
22  insurance companies have assets and
23  liabilities.  So I have written papers on
24  virtually every kind of asset that an
25  insurance company has, which is virtually
```

Page 40

```
 1              D. Babbel
 2  every asset treated on Wall Street.
 3            So to characterize those as
 4  insurance instruments, well, they're financial
 5  instruments.  Insurance companies happen to
 6  buy them.
 7       Q.   And I didn't mean to distinguish
 8  that you didn't write more broadly about
 9  insurance.
10       A.   Okay.
11       Q.   Your -- the focus of your opinion
12  here is on the future curve.  Correct?
13            MR. TAMBE:  Objection to the form
14  of the question.
15       Q.   Forward curve.  Sorry.
16       A.   Yes.
17       Q.   And your opinion is about the
18  fact that the forward curve is a valid tool to
19  use in the market.  Correct?
20       A.   Yes.
21       Q.   Are there -- and I understand
22  that your research and publications may touch
23  on that.  But are there any particular
24  research publications that you've listed that
25  would talk most directly about the forward
```

Page 41

```
 1              D. Babbel
 2  curve and its use in the market?
 3            MR. TAMBE:  Objection to the form
 4  of the question.
 5            You can answer.
 6       A.   I'd have to take a look.
 7            MR. LAWRENCE:  Let's mark your
 8  report and do that.
 9            (Babbel Exhibit 1, Report of
10  David F. Babbel, marked for
11  identification, as of this date.)
12       A.   Can I mark on this?  Does that
13  make it easier?
14       Q.   If I give you the okay to mark on
15  it, it's okay to mark on it.
16            For now, let me first of all ask:
17  Is that your expert report in this matter?
18       A.   It looks like it, yes.
19       Q.   So starting on page 22.  You have
20  many pages of research papers that you've
21  conducted.  And as much as I would love to
22  read all of them, I'm asking you if you can
23  identify -- and maybe the answer to that --
24  there are none that are particularly focused
25  on the forward curve.  But if you could
```

Page 42

D. Babbel

1  identify a couple that you think are
2  particularly focused on your view of the
3  forward curve, that would be appreciated.
4      MR. TAMBE:  Objection to the form
5  of the question.
6      You can answer.
7      And just so you know, Paul, we
8  need to take a break at 11:15, about 20
9  minutes from now.
10     MR. LAWRENCE:  That's fine.
11     MR. TAMBE:  So you can plan
12 accordingly.
13 A.   May I mark on page 22?
14 Q.   Yes, that would be fine.
15 A.   Okay.
16 Q.   Just, you have to tell me what
17 you're --
18 A.   (Document review.) "Evaluating
19 Pension Insurance Pricing."  "In technical
20 review," this is for the government.
21     MR. TAMBE:  Well, he's going to
22 tell you enough so you know what he's
23 marking.
24     MR. LAWRENCE:  Exactly.

Page 43

D. Babbel

1  Q.   I would say you don't have to go
2  back before 2002.
3  A.   On page 23, it's "Extracting
4  Probabilistic Information from the Price of
5  Interest Rate Options" from the Journal of
6  Business paper.
7      Very relevant would be "The Price
8  Pressure Hypothesis and Off-the-Run Treasury
9  Bonds."
10 Q.   What page are you on?
11 A.   Twenty-four.
12     (Document review.)  I'm sure to a
13 financial economist the next three papers
14 would be relevant.
15 Q.   The three "Fair Value of
16 Liabilities"?
17 A.   Yes.
18     (Document review.)  I don't know
19 about the "Financial Engineering and
20 Structured Products."
21     The "Financial Markets,
22 Instruments and Institutions" is very
23 relevant.
24 Q.   Are you two the sole authors, or

Page 44

D. Babbel

1  is it a collection?
2  A.   No.  We're the sole authors.  I
3  wrote all but two chapters.  But he is a
4  president of the Federal Reserve Bank, so he
5  thought his name would sell more books.
6      I don't know about
7  "Asset/Liability Management for Insurers in
8  the New Era."  "Inverse Floaters," that would
9  definitely have something about it.
10 "Valuation of Interest-Sensitive Financial
11 Instruments," that's a book that I wrote
12 together with Craig Merrill.
13 Q.   I don't want to stop you if you
14 need to you go back before 2000, but I was
15 interested in your more recent writing.
16 A.   Some of the best is yet to come.
17 This investment managers for insurers, I can't
18 be sure, but that was an he did volume.  So, I
19 wrote three or four papers in that book.
20 Q.   Why don't we call it a day there.
21 And if I need to go back --
22 A.   I know there are a bunch back in
23 the '70s and '80s.
24 Q.   If there's something specific

Page 45

D. Babbel

1  that you want to point to -- I'm just trying
2  to avoid you having to go through every
3  particular option.
4  A.   Sure, there's one.  In the back.
5      I guess the first time I wrote
6  about it was actually my doctoral
7  dissertation.  That's 1978.  That's one of the
8  books.  So that would be inflation and
9  indexation.  So that uses forward rates.
10     And I also have another important
11 one in 1983, approximately; which is,
12 "Duration and the Term Structure of Interest
13 Rate Volatility."  That paper led to my hiring
14 by Goldman Sachs.
15     "Real Immunization with Index
16 Bonds," 1984, that was me showing how to value
17 index bonds before they existed, using forward
18 curves and spot curves.
19     "The Term Structure of Interest
20 Rate Volatility:  A Binational Comparison" --
21 anyway, that's enough.  There are probably
22 about ten more.  So I have maybe 20 papers
23 total.
24 Q.   Thank you.

Page 46

D. Babbel

1
2       So, you've testified in quite a
3   number of cases in the past four years as
4   identified in your disclosure.
5       Is that fair?
6       A.   Yes. I left off the most
7   important one, that's a journal, "Financial
8   Engineering."
9       MR. TAMBE:  Going back to the
10  articles?
11      THE WITNESS:  Yes.
12      A.   Let's see when that was.  It even
13  has forward in the title of the paper.
14      Q.   It looks like on page 26 it's
15  talking about quantity-adjusting options and
16  forward contracts?
17      A.   Yes.
18      Q.   Okay.  Thank you.
19      What percentage of your time over
20  the past four years have been spent doing
21  expert witness work?
22      A.   Maybe 15 percent.  That's a broad
23  guess.
24      Q.   And you've listed a number of
25  cases that you've been involved in.  I want to

Page 47

D. Babbel

1
2   go over a few of those at least briefly.
3       A.   Sure.
4       Q.   The first is Salty Brine 1 v.
5   United States of America.
6       Do you recall testifying as an
7   expert in that case?
8       A.   Yes.
9       Q.   What side did you testify for?
10      A.   The government.
11      Q.   And what was the nature of the
12  dispute there?
13      A.   It involved phantom insurance
14  policies and tax avoidance.
15      Q.   And did your testimony in that
16  case involve the validity of the forward
17  curve?
18      A.   No.
19      Q.   Next case is Principal Life
20  Insurance Company v. USA.  Which side did you
21  testify there?
22      A.   Principal Life.
23      Q.   And what generally was the
24  dispute?
25      A.   It related to the valuation of

Page 48

D. Babbel

1
2   floating rate instruments and perpetual
3   floaters, and the tax implications.
4       Q.   What was the subject of your
5   expert testimony?
6       A.   On the floating rate instruments
7   and their value and whether that value was
8   correctly assigned to the tax elements.
9       Q.   So how -- part of your testimony
10  related to the proper method to value certain
11  floating rate instruments.  Is that right?
12      A.   Yes.
13      Q.   What floating rate instruments
14  did you opine about in terms of value?
15      A.   Perpetual floaters and when they
16  were divided into certain tranches:  a forward
17  tranche and a present tranche.
18      Q.   Did the valuation methodology
19  differ depending upon whether you were valuing
20  the forward tranche versus the present
21  tranche?
22      A.   No.  It's the same methodology.
23      Q.   And what is the methodology that
24  you advocated for in terms of valuing these
25  perpetual floating rate instruments?

Page 49

D. Babbel

1
2       A.   Well, in both cases, you use the
3   term "structure of interest," the spot and
4   forward rates to value them.
5       Q.   Would those instruments that
6   could be transacted in the market at the time
7   that was in dispute, the time of valuation?
8       A.   The market had deteriorated for
9   those instruments, but they could still be
10  valued.
11      Q.   And how did you value them in a
12  deteriorating market?
13      A.   You could still value them with
14  the underpinning spot and forward rate curves.
15      Q.   And were you looking at the spot
16  and forward rate curves for those particular
17  instruments, or were you looking for the
18  curves -- the spot and forward rate curves for
19  what you opined were like instruments?
20      MR. TAMBE:  Objection to the form
21  of the question.
22      A.   I don't recall.  It was, like,
23  years ago, or something.
24      Q.   Do you recall how that case was
25  resolved?

Page 50

D. Babbel

1
2    A.   The Internal Revenue Service
3  stopped -- stopped all action.  I don't know
4  why.
5    Q.   Okay.
6    A.   And I don't know if it's going to
7  resume at some point.
8    Q.   The next case listed is Razorback
9  Funding v. Scott Rothstein.  What side were
10 you on in that case?
11   A.   TD Bank.
12   Q.   And what was the nature of the
13 dispute?
14   A.   It was a Ponzi scheme related to
15 sexual harassment claims where there were no
16 victims or claimants.  It was all fictitious.
17   Q.   And what was the nature of your
18 testimony?
19   A.   I looked at the rates of return
20 that were promised, which were somewhere
21 between 800 percent and 5,000 percent over a
22 three-month time period, and then suggested
23 that sophisticated investors might think that
24 there's something awry to have a risk-free
25 investment that was offering those sorts of

Page 51

D. Babbel

1
2  rates.
3    Q.   Okay.  Let's move to Claston, LLC
4  v. USA.  What side did you testify for in that
5  case, if you recall?
6    A.   I don't remember that.
7    Q.   Claston, LLC, by and through
8  Sunset Holdings, LLC v. USA?
9    A.   Okay.  I was on the USA side.
10   Q.   And what was the nature of that
11 dispute?
12   A.   That was fraudulent taxation.
13   Q.   What was the nature of your
14 testimony?
15   A.   That it was fraudulent.
16   Q.   Ritchie Risk-Linked Strategies
17 Trading v. Coventry First, LLC.  What side
18 were you on?
19   A.   Coventry.
20   Q.   What was the nature of that
21 dispute?
22   A.   That was on the sale of life
23 settlements to a hedge fund.
24   Q.   And what was the nature of your
25 expert testimony?

Page 52

D. Babbel

1
2    A.   On the appropriate pricing of the
3  life settlements.
4    Q.   Now, you use the term pricing
5  rather than valuation.  Is that an intentional
6  distinction in your mind?
7    A.   No.
8    Q.   And how did you go about valuing
9  the pricing of the life settlements?
10   A.   Well, I think that would take the
11 rest of the deposition, a lot of time to go
12 through that.
13   Q.   Did it involve the use of spot
14 and forward rates?
15   A.   We certainly used spot rates.
16   Q.   We can move on then.
17       MR. TAMBE:  Is this a good time?
18 It's almost 11:15.  I just need to take
19 a break for a call.
20       MR. LAWRENCE:  Sure.
21       (Recess taken from 11:13 a.m. to
22 11:36 a.m.)
23 BY MR. LAWRENCE:
24   Q.   We were going through the cases
25 in which you had testified, and the next case

Page 53

D. Babbel

1
2  identified by counsel for Lehman is Kim Nolte,
3  Sherry Lewis on behalf of the CIGNA 401(k)
4  plan v. CIGNA.
5       Do you recall that case?
6    A.   Yes.
7    Q.   Which side did you testify for?
8    A.   On the side of CIGNA.
9    Q.   And what was the nature of the
10 dispute?
11   A.   It had to do with the stable
12 value investment fund and whether the rates
13 generated were appropriate for their 401(k)
14 plans.
15   Q.   And what was the nature of your
16 testimony?
17   A.   They actually were better than
18 just about any player in that market.
19   Q.   In terms of the rates that were
20 being offered?
21   A.   Yes.
22   Q.   The next case is World Holdings,
23 LLC v. Federal Republic of Germany.  What side
24 did you testify on behalf of?
25   A.   World Holdings.

Page 54

D. Babbel

1
2    Q.   And what was the nature of that
3  dispute?
4    A.   Gold bonds.
5    Q.   And was the nature of your
6  testimony?
7    A.   What their value would be in
8  today's dollars.  They were from the pre-Nazi
9  era.
10    Q.   Similar to the Confederacy issue?
11    A.   No, because they actually have
12  backing and the governments are paying.
13    Q.   What was your testimony as far as
14  how you go about valuing these bonds?
15    A.   Well, they were linked to gold
16  prices.  So I just looked at what the promises
17  were and the language, and I could value it.
18    Q.   So there was no -- strike that.
19      Did you look at a valuation as of
20  a particular date or a valuation -- strike
21  that.
22      Did you look at valuation into
23  the future at all?
24    A.   No.
25    Q.   So all the gold price data that

Page 55

D. Babbel

1
2  you utilized was known and verified from
3  actual market transactions.  Correct?
4    A.   It was.
5    Q.   The next case is Individual
6  Investors v. Bankinter -- B-a-n-k-i-n-t-e-r
7  S-a?
8    A.   Yes.
9    Q.   And which side did you testify
10  for?
11    A.   On the side of Bankinter.
12    Q.   What was the nature of the
13  dispute?
14    A.   It had to do with the insolvency
15  of Lehman Brothers and what kind of remedial
16  actions that plaintiffs should take, and as of
17  what date they should take them.
18    Q.   What was the role of -- how did
19  Lehman play in that case?
20    A.   Just the investors had purchased
21  some funds through Bankinter from Lehman
22  Brothers.
23    Q.   And what was the nature of your
24  testimony?
25    A.   It was just establishing the time

Page 56

D. Babbel

1
2  when the market knew about the insolvency and
3  what the prices were at that time, that
4  moment.  Whatever the instruments were, I
5  forget.
6    Q.   How did you go about determining
7  when the market knew about the Lehman
8  bankruptcy?
9    A.   Well, we looked for the reports
10  that came out at that time.  And it was
11  important, actually, what hour of the day when
12  it went across the wires, and so we diagnosed
13  all of that.
14    Q.   So do I understand you were
15  trying to find a minute, so-to-speak, in time
16  when the market was informed about the Lehman
17  bankruptcy in order to look at the price, I
18  guess, immediately before that?
19    A.   I don't remember that.  But I do
20  remember that we had to look at a very fine
21  amount of time.  So I don't remember if it was
22  a minute before, a minute after, or whatever.
23    Q.   You're trying to find what the
24  market conditions -- what the market value of
25  these instruments were at that moment in time?

Page 57

D. Babbel

1
2    A.   Yes.
3    Q.   Again, you were looking at actual
4  market data from the past rather than
5  predictive market data for the future.
6  Correct?
7      MR. TAMBE:  Objection to the
8    form.
9      You can answer.
10    A.   I don't know that.  As I sit
11  here, it seemed to me the markets were very
12  thin, and I can't remember what we had to do
13  in this case, if we had to interpolate or
14  what.  I just don't remember.  But it's in
15  Spanish.
16    Q.   Did you testify in Spanish?
17    A.   My testimony is in Spanish.  I'm
18  fluent in Portuguese, but I wrote it in
19  English.  It was translated by an official
20  translator, and that's all I know.
21    Q.   Ormande v. Anthem, Inc.  What
22  side did you testify on behalf of?
23    A.   The class, Ormande.
24    Q.   And what was the nature of the
25  dispute?

Page 58

D. Babbel
1
2       A.   Had to do with an initial public
3   offering.
4       Q.   And what was the nature of your
5   expert testimony?
6       A.   That's going back.  It's one of
7   the most complicated cases I've been involved
8   in.  I recall that there was no due diligence
9   done on the initial public offering price by
10  the people who were supposed to certify it.
11          And had they done a decent job,
12  they would have come up with -- they wouldn't
13  have left so much value on the table for the
14  old shareholders.  That's the gist of it.
15      Q.   Stephens v. American Equity
16  Investment.
17      A.   Yes.
18      Q.   What was that case about, and
19  which side did you testify for?
20      A.   I testified on the case of the
21  defendant in that case.  And the case boiled
22  down to what was the point size of type in an
23  insurance policy for surrender fees, and what
24  is the front page.  There was a law in
25  California.  Point size had to be a particular

Page 59

D. Babbel
1
2   size, bold, and on the front page.
3          And there were three definitions
4   of front page.  There's boilerplate pages, and
5   there's the terms page, which insurers call
6   front page.  Then they put it on that page.
7          But the plaintiffs acknowledge it
8   should have been on the boilerplate page, and
9   they stated:  "Surrender fees 55 times the
10  document."
11          The plaintiff said, "Well, I
12  never opened the document."
13          So, anyway, she's a Berkley
14  engineer.
15      Q.   James Jeffrey v. London Life
16  Insurance Company.  What side did you testify
17  on behalf of?
18      A.   London Life Insurance.
19      Q.   What was the nature of that
20  dispute?
21      A.   It was a merger between two
22  companies and had to do with the rates of
23  return that were provided on their insurance
24  policies before and after the merger.
25      Q.   Are you retained by Lehman in any

Page 60

D. Babbel
1
2   other matters other than this matter?
3       A.   No.
4       Q.   Are you retained by Jones Day in
5   any other matters other than this matter?
6       A.   No.
7       Q.   Have you ever conducted -- going
8   back through your entire history of expert
9   witnesses, have you ever conducted a lost
10  profits calculation?
11          MR. TAMBE:  Objection to the form
12      of the question.
13      A.   I'm almost sure I have.  But as I
14  sit here, I can't point to a case unless I
15  look through all the cases.  You gave me the
16  last four years or five years' worth.  But I'm
17  sure I have.
18      Q.   Do you recall how you conducted
19  the lost profits analysis?
20      A.   No.  I imagine -- I know I've
21  looked at lost profit calculations.  I may
22  have done some, but I don't recall.
23      Q.   How would you go about conducting
24  a lost profit analysis?
25          MR. TAMBE:  Objection to the form

Page 61

D. Babbel
1
2   of the question.
3       A.   It would depend so much on
4   circumstances particular, you know, to the
5   case.  So I don't have, like, a general way of
6   doing it.
7       Q.   Do you recall whether or not you
8   engaged in such analysis with respect to a
9   contract that was breached?
10      A.   I don't recall.
11      Q.   You indicate in your report that
12  you assisted leading firms in the development
13  of software for the valuation of assets and
14  liabilities.
15          Do you recall that?
16      A.   Yes.
17      Q.   Which firms have you assisted in
18  the development of software for the valuation
19  of assets and liabilities?
20      A.   Winklevoss, the father of the
21  twins that are so famous, he has one of the
22  biggest pension evaluation operations.  I did
23  for Goldman Sachs.  Our method was used by
24  Salomon Brothers for forward contracts in
25  quantity adjusting options.

Page 62

D. Babbel

1
2     I did for Swiss Re, for their
3  annuities -- that's where I actually did the
4  software -- and many other companies, in terms
5  of the approaches to take.
6     Q.   Have you ever consulted on the
7  risks associated with entering into forward
8  purchase agreements?
9        MR. TAMBE:  Object to the form of
10 the question.
11       You can answer.
12    A.   That were consulted on it?
13    Q.   Yes.
14    A.   No.  I've taught on it.  I don't
15 remember consulting on it.  I may have.
16    Q.   Tell me, in terms of that
17 teaching that you just described, what do you
18 teach about the risk of forward purchase
19 agreements?
20    A.   Well, I took a two-week course in
21 Bank of America on that when I was a professor
22 at Berkley.  And from even before that date, I
23 was teaching how to price those sorts of
24 contracts.  That would be 1978-79.
25       I took the course in about 1980.

Page 63

D. Babbel

1
2  And they were more complex forward purchase
3  agreements than the current contract because
4  they involved multiple countries and
5  currencies.  So I taught that for years.
6     Q.   You agree that there are risks
7  involved in forward purchase agreements.
8  Correct?
9     A.   Sure.
10    Q.   And is there, in terms of -- have
11 you been involved in pricing for forward
12 purchase agreements?
13       MR. TAMBE:  Object to the form.
14       You can answer.
15    Q.   That is how a dealer should price
16 a forward purchase agreement?
17    A.   I have in the case of the
18 contracts I just mentioned, yes.
19    Q.   And what -- how do you account
20 for risk in the pricing of a forward purchase
21 agreement?
22    A.   Well, there's, counterparty
23 risks.  That's the major one.
24    Q.   Are you familiar with the term
25 "credit charge"?

Page 64

D. Babbel

1
2     A.   Yes.
3     Q.   Is that a way -- is that an
4  element that reflects the counterparty risk in
5  a, for example, forward purchase agreement?
6        MR. TAMBE:  Object to form.
7     Q.   In terms of pricing?
8        MR. TAMBE:  Same objection.
9     A.   Counterparty risk is part of a
10 forward agreement between two parties, and
11 it's taken into account through negotiations.
12 And it also depends on -- it can evolve over
13 time.  It depends on who's in the money and
14 who's not.
15       But a typical agreement at the
16 beginning is done on a par basis.  But there
17 can be credit charges as part of that.
18    Q.   So if the dealer perceives that
19 the counterparty has a greater potential for
20 default, that would result in a larger credit
21 charge.  Is that fair?
22    A.   It could.
23    Q.   Have you ever hedged a forward
24 purchase agreement?
25    A.   I guess I have.

Page 65

D. Babbel

1
2     Q.   Tell me about that.
3     A.   It's a homemade version.  But I
4  had a bonus that was an escalating bonus that
5  went over five years.  And because I had the
6  chance of leaving the firm, I decided to hedge
7  it all because I had to return part of it if I
8  left.
9        So I used forward rates and I
10 used interest rate caps and I got caplets for
11 each of the five payments.  It was a
12 substantial amount, and so I needed to do
13 that.  So I did.  I hedged it.
14    Q.   And the purpose of hedging is to
15 try to lock in the perceived rates that you
16 were going to -- the return you were going to
17 otherwise obtain from these five years of
18 bonus payments.  Is that right?
19       MR. TAMBE:  Objection to form.
20       You can answer.
21    A.   The purpose was:  If I walked
22 away, I would have to come up with some amount
23 to give the firm back and the interest rates
24 could change during the interim.  So I hedged
25 it.

17 (Pages 62 to 65)

Page 66

D. Babbel

1
2     Q.   Hedging is to protect against
3  interest rate fluctuation.  Is that fair?
4     A.   That's right.
5     Q.   But in terms of your work for
6  financial institutions, you've never hedged a
7  deal for Goldman or any other dealer.  Is that
8  right?
9     A.   I've told them how to hedge it.
10  I didn't do the transaction.  I helped a lot
11  of institutions on that.
12     Q.   So they will present you with an
13  instrument, and you will give advice as to how
14  to hedge the risks associated with that
15  instrument?
16     A.   Or a portfolio, yes.
17     Q.   And with respect to those
18  instruments, the purpose of the hedge -- like
19  for your personal hedge -- was to try to
20  address the interest rate risks associated
21  with entering into a transaction.  Is that
22  fair?  Or a portfolio of transactions?
23     A.   Yes.
24     Q.   Did -- has any of your work
25  involved analyzing transactions with -- or

Page 67

D. Babbel

1
2  potential transactions with municipal
3  government entities?
4     A.   I've had to calculate the ratios
5  that companies would need to use to hedge
6  municipal debt.
7     Q.   Explain that.
8     A.   Well, I'm an asset liability
9  management specialist.  And so when a
10  financial institution has, among in their
11  assets, municipal debt, it has particular
12  sensitivities in their value to movements in
13  their interest rates.
14         And I had to look at that and
15  estimate its sensitivity and what kind of
16  liabilities -- if they had those kind of
17  assets, what kind of liabilities would be
18  appropriate and how they should price those.
19     Q.   How does the fact that you're
20  dealing with a municipal entity change or
21  alter the thinking than if you're dealing with
22  a corporate entity that you were doing the
23  transaction with?
24         MR. TAMBE:  Objection to form.
25     A.   I wasn't dealing with a municipal

Page 68

D. Babbel

1
2  entity.  I was dealing with regular
3  corporations who happen to own municipal debt.
4     Q.   Right.  I'm talking about on the
5  other side of the deal.  In other words, you
6  have advised people who have, as you said,
7  considered assets that are municipal debt and
8  considered assets also that are corporate
9  debt, I assume.  Correct?
10     A.   Yes.
11     Q.   How is the fact that you're
12  dealing with municipal debt as opposed to
13  corporate debt matter?  Or does it matter?
14     A.   It's sensitive in its price
15  movement, the value of the municipal bonds, to
16  interest rates that take into account a tax
17  treatment factor.
18     Q.   Other than that, any differences?
19     A.   Well, there's a lot of kinds of
20  municipal debt, if it's a full faith and
21  credit or if it's a revenue bond.  They even
22  have financial -- very short-term financial
23  payment.
24     Q.   And revenue bonds are considered
25  more riskier that full faith bonds.  Correct?

Page 69

D. Babbel

1
2         MR. TAMBE:  Objection to the
3  form.
4     A.   It depends on the source of
5  revenue and the municipality standing behind
6  it.  They could be safer.
7     Q.   With putting aside the exception,
8  such as Detroit, if you have a relatively
9  healthy municipality, would you say that full
10  faith in credit bonds tend to be safer than
11  revenue-backed bonds?
12         MR. TAMBE:  Same objection.
13     A.   You have to be more specific than
14  that question.  Name the municipality and name
15  the source of revenue.  If it's a Bridge at
16  Turnpike revenue, pretty solid, versus, not
17  just Detroit but eventually California cities.
18         And the municipalities have
19  credit rating all over the map, but the
20  revenue bonds are dependent upon the source of
21  revenue.
22     Q.   So with assessing that type of
23  thing, you really want to know very much the
24  specifics of the investment instrument that
25  you're considering.  Correct?

Page 70

D. Babbel

1
2       A.   If I'm investing in a security,
3   I'd like to know the risk behind it.
4       Q.   Or if you're advising someone
5   about an investment securement, you want to
6   know the specific risks involved in that
7   instrument.  Correct?
8       A.   Yes.
9       Q.   In this case, does your opinion
10  depend upon the specific risk associated with
11  the RFA, Reserve Fund Agreement, at issue?
12      A.   My specific opinion is that
13  forward rates are used in valuation of swaps,
14  and that doesn't change.
15      Q.   I understand that.  But have you
16  looked at -- have you read the Reserve Fund
17  Agreement in this case?
18      A.   I did.
19      Q.   Does your opinion depend at all
20  on the specific details of that instrument?
21          MR. TAMBE:  Objection to the
22  form.
23          You can answer.
24      A.   That instrument is gone.
25      Q.   Right.

Page 71

D. Babbel

1
2       A.   It's ineffective.  So you're just
3   looking at what the residual cash flows would
4   have been, one way or the other, and evaluate
5   that.  But the rest of the instrument is gone.
6       Q.   In your experience, is there any
7   difference in the way that academics or
8   researchers, such as you, would approach
9   values as opposed to a trader on the floor?
10          MR. TAMBE:  Objection to the form
11  of the question.
12      A.   It depends, truly, on the trader.
13  Some traders use rules of thumb.  Some use
14  very technical models.
15          And so I've worked with the
16  people that were in charge of investing
17  Goldman Sachs' own capital.  They use the most
18  sophisticated models in the world.  Whether
19  all the traders understand and are beholden to
20  those models, I don't know.  But I don't think
21  so.
22      Q.   What is a consequence of the fact
23  that certain people are trading based on
24  models versus rules of thumb or other
25  nonmodel-based perspectives in the market?

Page 72

D. Babbel

1
2          MR. TAMBE:  Objection to the form
3   of the question.
4       A.   People use tools to evaluate
5   whether they are good deals or not.  There
6   are -- the better tool you have, the better
7   assessment you can make.
8       Q.   And I assume you're in favor of
9   model-based tools as opposed to intuition?
10      A.   That's my training.
11      Q.   That's what you research and
12  write about?
13      A.   That's right.
14      Q.   You would agree that the events
15  in fall 2008, that are sometimes known as the
16  "Great Recession" -- have you heard that
17  terminology before, the "Great Recession"?
18      A.   I have.
19      Q.   Do you agree the Great Recession
20  has caused substantial disruption in the
21  markets?
22      A.   I do.
23      Q.   How so?
24      A.   The liquidity in some markets was
25  quite limited.  Pricing was more difficult to

Page 73

D. Babbel

1
2   do in those sorts of markets.
3       Q.   Why was pricing more difficult to
4   do?
5       A.   Sometimes you would have to go to
6   models if you couldn't find live transactions.
7       Q.   What -- and maybe I'm wrong.  But
8   I assume that models tend to use live
9   transaction data as the data points that are
10  input into the model.  Correct?
11      A.   That's correct.
12      Q.   So explain to me the distinction
13  you were making between going to models rather
14  than using live transactions?
15      A.   Yes.
16          MR. TAMBE:  Objection to the form
17  of the question.
18          You can answer.
19      A.   I just said, "Models are based on
20  live transactions."  Those are the inputs for
21  the models.  The models are ways for
22  interpolating between dates and across
23  instruments.
24          There's a lot of information.
25  There was always a lot of information in the

Page 74

D. Babbel

1  market for pricing securities. That doesn't
2  mean every single security would attract
3  traders at any given moment.
4       But that doesn't -- it also
5  doesn't mean that you can't put a value on
6  that instrument based upon value of cash flows
7  and the timing of cash flows, which we can do
8  through the term structure of interest rates.
9       Q.   I want to try to make sure I
10 understand the distinction you're drawing.
11 You can certainly look at an instrument and
12 look at its anticipated cash flows. Correct?
13      MR. TAMBE:   Objection to the
14 form.
15      You can answer.
16      A.   You can look at an instrument if
17 it has promised cash flows. You can model
18 that.
19      Q.   When you say "model that," you
20 don't really need to model it because you
21 have -- if you have a guaranteed cash flow,
22 you have a guaranteed cash flow. It's just
23 inputting those guaranteed flows into a model.
24 Correct?
25

Page 75

D. Babbel

1       A.   That's what I thought I said.
2  That's what I mean by "model." You put them
3  into a formula and then you discount them and
4  you add their values.
5       Q.   So in terms of what I think you
6  were saying before and distinguishing between
7  talking about -- sorry -- the impacts of the
8  great recession on the market, you indicated
9  that there are certain instruments that
10 because of lack of live transactional data,
11 you would have to go to models. I'm still
12 trying to understand that.
13      When you have a floating rate
14 instrument without sufficient market
15 transactions to give you valid data points,
16 how do you use a model to come up with an
17 alternative?
18      A.   I don't know of any period during
19 the great recession when we didn't have
20 sufficient data to model something with
21 floating interest rates. We did.
22      Q.   So do I -- just -- just so I
23 understand what you were saying before is:
24 The preference always is to go and look at the
25

Page 76

D. Babbel

1  actual transaction on a particular day because
2  that tells you what market -- what is
3  happening in the market in real time.
4  Correct?
5       MR. TAMBE:   Objection to form.
6       A.   You're mixing a little bit of the
7  time. If you look on a particular day, that
8  doesn't tell you what something's worth. That
9  tells you what something was worth at the
10 moment that it traded. Right?
11      So you have some data that is
12 relevant for what happened in the past. But
13 if you have quotes available for the current
14 time, that's different than whatever the past
15 data happened to say, typically, if the price
16 is -- the prices are moving all the time.
17      Q.   What I'm trying to understand is
18 the distinction you're making between the
19 situation where you don't have live
20 transactions, when you have to resort to
21 modeling. Can you give me an example?
22      A.   When you say "live
23 transactions" --
24      Q.   I think that was your
25

Page 77

D. Babbel

1  terminology.
2       A.   Okay. But live transactions,
3  there's two ways to think of it. A
4  transaction that was live and just happened or
5  a transaction that's available to happen now.
6       Which do you mean?
7       Q.   You used the terminology. So you
8  tell me what you meant when you used the
9  terminology.
10      A.   Well, if you have transactions,
11 bids and asks prices for instruments available
12 now, that's more important than if you had
13 something two minutes ago, stale data.
14      That doesn't mean that the stale
15 data won't give you at least an indication of
16 what it might be worth, depending on what's
17 happened in the interim. There's some events
18 that can happen in a very short period of time
19 that change the value substantially.
20      Q.   When a person generates a forward
21 curve, should they be looking at the bid and
22 ask numbers at a given point or should they be
23 looking at actual completed transaction at a
24 given point or some combination thereof?
25

| Page 78 | Page 80 |
|---|---|

**Page 78**

D. Babbel
2  MR. TAMBE:  Objection to the form
3  of the question.
4  A.  Who's looking?
5  Q.  Who's looking?  Say, a dealer
6  trying to price an instrument.
7  A.  So the dealers will look at the
8  ask side.  They also look at the bid side too.
9  A lot of markets are very tight where the
10  difference is minuscule.
11  Sometimes you'll get a quote
12  where there's no difference.  But yeah, they
13  should look at the forward rates and spot
14  rates if those are relevant to whatever
15  instruments that they're concerned with.
16  Q.  If you're doing an interest rate
17  curve, a forward curve on interest rates for,
18  say, T-Bills.  Walk through how you generate
19  your forward curve.  What data points do you
20  input?
21  A.  On T-Bills -- you have T-Bills of
22  various maturities going out through 360 days.
23  It's not a very interesting curve but --
24  Q.  Let's take in a security that can
25  go out -- you can buy for one year -- three

**Page 79**

D. Babbel
2  months up to thirty years.
3  A.  What data do you take?
4  Q.  Yeah.
5  A.  You take -- you have the bond
6  prices.  Associated with the bond prices, is a
7  yield.  It can be calculated.  Sometimes the
8  bonds are even quoted in terms of yield as
9  opposed to price.  They're two sides of the
10  same coin.
11  Those yields are particular to an
12  instrument.  And what you need to do, if
13  you're going to price anything other than that
14  instrument, you have to calculate spot rates
15  and forward rates.
16  Now, the reason I say that is
17  because the yield is particular to that
18  instrument and no other instrument on Earth.
19  It reflects the particular cash flows and the
20  timing of the cash flows and the size of the
21  cash flows of that instrument.
22  Now, closely related to other
23  instruments, the timing of the cash flows
24  might be slightly different, but it's
25  credit-worthiness backing are the same.

**Page 80**

D. Babbel
2  But the yield that you get from
3  that particular instrument, treasury bond, is
4  particular only to that treasury bond.  So you
5  have to extract from that yield to maturity
6  something that's useful, which is a spot rate.
7  And the yield to maturity on a
8  treasury bond is that -- you're not going to
9  like this -- a dollar duration weighted
10  average of the underlying spot rates or
11  forward rates.  And the dollar duration
12  ratings depend upon that particular
13  instrument, which is unique to that
14  instrument, and they don't apply to any other
15  instrument.
16  That's why you can't use yields
17  to maturity on a bond to price to another
18  bond, not if you're vigorous.  You decompose
19  it to the underlying spot rates which you can
20  use for any other instrument and their
21  associated forward rates, which again are two
22  sides of a different coin.
23  Q.  So you have a bond, and you see
24  what the prices are for someone purchasing the
25  bond of -- the maturities out on different

**Page 81**

D. Babbel
2  bonds for three months, six months, five
3  years, ten years, twenty years.  Correct?
4  A.  Yes.
5  Q.  And you can look at transactions
6  and figure out what the yield was for a
7  particular transaction.  Correct?
8  A.  Yes.
9  Q.  Okay.  And then you're trying to
10  extrapolate out information from those sets of
11  transactions to yield the spot rates.
12  Correct?
13  A.  Yes.
14  Q.  And -- again, because I don't
15  want to make an assumption -- do you use those
16  transactions to generate a spot rate?
17  A.  There's something called
18  "bootstrapping," which is the oldest and most
19  common method, where you're able to determine
20  what spot rates were associated with that bond
21  to create the particular yield to maturity.
22  And it's an iterative process.
23  You start with one bond, like the treasury
24  bill.  The spot rate and the yield are one in
25  the same, if the yield is calculated

Page 82

D. Babbel

1  appropriately.
2
3        It's not a discount -- it's
4  usually reported on a discount basis, but you
5  can turn that into a yield maturity.  It's one
6  in the same thing.  You can take that treasury
7  bill and go out and mature.  Now, you have a
8  bond with coupons.
9        So its yield isn't helpful, but
10  its price is.  You know what the price of the
11  whole bond is.  You know what the market is
12  telling you the first years' worth is because
13  we have certainty on that.
14        So it just takes algebra to
15  figure out the forward rate, and also the spot
16  rate, for two years.  Once you've figured out
17  that, you can continue on out three, four,
18  five --
19        You don't even really need to do
20  that now in zero-coupon bonds because it tells
21  you all the way out to thirty years what
22  everything is worth on a quarterly basis.
23        Q.  So how do you use that
24  information -- let's say you want to assess an
25  agency security in the yield --

Page 83

D. Babbel

1
2        A.  Yes.
3        Q.  -- how would you go about using
4  the information?  Do you use the information
5  from the treasuries for the agency securities
6  analysis?
7        A.  You could, but then you'd have to
8  add a spread, because it's not the same
9  market.  That spread would be a positive
10  spread.
11        But the agency market is really
12  quite rich in data.  So you can also use a
13  bootstrapping method, but you're going to have
14  some voids because it's not as deep as the
15  treasury market.  You have to interpolate.
16        Q.  And how do you interpolate those
17  missing data points in the agency market?
18        A.  Well, the Treasury produces a
19  formula for doing that, and it's very useful
20  for the agency market as well.  It shows you
21  exactly how they interpolate and they publish
22  these things every day.
23        The market is actually interested
24  in these things every minute.  So there are
25  other programs that will do that.

Page 84

D. Babbel

1
2        Q.  You gave the example in your
3  report of the runner with the hundred-yard
4  dash.
5        A.  Yes.
6        Q.  And I assume the point there was
7  that if you know the time or the yield at the
8  end of the hundred yards and you know the time
9  or the yield at the end of fifty yards, you
10  can extrapolate and figure out the yield or
11  time for the final fifty yards.  Correct?
12        A.  That was the idea.
13        Q.  The same way with respect to a
14  security or an instrument.  If you know what
15  the yield is through nine years, you know what
16  the yield is through ten years, you can
17  extrapolate what the one-year yield would be
18  if you purchased a year nine.  Correct?
19        A.  You can.  But it's a little more
20  complicated because unless it's a zero-coupon
21  bond, it would be akin to the runner getting
22  to the 50-yard line and throwing off his water
23  bottle and then running the rest of it, and
24  throwing off coupons.
25        And so it takes someone with a

Page 85

D. Babbel

1
2  little bit of skill to do this.  And there are
3  readily available programs now to do it.
4        Q.  How do you account for the
5  difficulty you described, sticking with the
6  agency securities?  You have market
7  information for nine, you have market
8  information for ten.
9        You're trying to figure out what
10  someone nine years from now could yield on a
11  one-year treasury -- I'm sorry -- one-year
12  agency.  How do you go about making that?  You
13  said there's some complication to it, and you
14  would have to make adjustments?
15        A.  Because the cash flows aren't one
16  time per year.  They are typically semi-annual
17  cash flows.  Some can even have quarterly.
18        Q.  Right.
19        A.  But most bonds are semi-annual.
20  So if you're trying to get between year, say,
21  nine and ten, and you have instruments on both
22  dates, but you don't have one on nine and a
23  half years, you have to make an interpolation
24  for a nine-and-a-half year rate.
25        Q.  How do you do that?

Page 86

D. Babbel

1  A.   Well, the published programs are
2  quite available, and they typically follow a
3  curve that best explains all of the data
4  points where you have current quotations.
5  Q.   And is it always a curve rather
6  than straight line between two data points?
7  A.   To the -- to the, eye, some of it
8  might look like a straight line when you get
9  out far enough.
10  Q.   But, technically, there's always
11  some curvature in there?
12  A.   Technically, yes.
13  Q.   So the forward curve depends on
14  market data.  Correct?
15  A.   Yes.
16  Q.   And it gives you -- it gives you
17  information based on market expectations of
18  future interest rates.  Correct?
19  A.   There are theories.  If you take
20  a couple of steps and are willing to make a
21  bunch of assumptions, you could -- you could
22  try to say that, yes.
23  Q.   You could, as opposed to what?
24  A.   Well, the forward curve tells you

Page 87

D. Babbel

1  what the price of making a commitment is in
2  the future.  It tells you what rate you need
3  to be able to transact at.  And then that can
4  be adjusted for other costs and things like
5  that.
6  Q.   You would agree, though, that the
7  forward curve is, more often than not, wrong
8  in the sense that it will tell you on day one
9  what the predicted yield will be on year
10  eight.  But if you went out to year eight, the
11  chances of it actually being that point on a
12  forward curve would be pretty small?
13  MR. TAMBE:  Objection to the form
14  of the question.
15  You can answer.
16  A.   The forward curve doesn't tell
17  you the predicted value.  Like I said, you
18  need to take a couple of assumptions if you
19  want to do that.  And depending on the
20  assumptions, it would come up with different
21  predicted values.
22  But the forward rate, that's not
23  what it's all about.  It's telling you today's
24  cost for making a forward commitment either

Page 88

D. Babbel

1  buying or selling, and it doesn't really have
2  -- there's no necessary link between that and
3  predictions.
4  Q.   So it's not a predictive tool?
5  A.   People sometimes use it as a
6  predictive tool if they have various theories
7  that they want to try to predict things.
8  I mean, people are always trying
9  to predict things in the market.  They're
10  looking for an edge.  Forward rates, I've seen
11  it used before as a predictive tool.
12  Q.   Do you think it's an appropriate
13  predictive tool to predict what, in fact,
14  interest rates will be five years out?
15  A.   Is it an appropriate tool?  It
16  embeds all the information we currently have
17  about the future.  So if you have more
18  information somehow that the market doesn't,
19  you wouldn't want to use a forward rate.
20  If you did use a forward rate,
21  the question is:  Is it a predictor of the
22  future short rate?  Not necessarily.
23  You have to invoke a whole
24  architecture of theory.  One has to do with

Page 89

D. Babbel

1  the risk aversion.  One has to do with risk
2  preference, liquidity preference -- there are
3  all sorts of things that people of -- they're
4  trying to use forward rates to help them
5  predict the future, maybe, and they're seeing
6  if they can.  But that's not what the forward
7  rates about.  The forward rates is independent
8  of that.
9  Q.   Would you agree that if you took
10  a forward rate on a given day, looked at what
11  it predicted out for short-term rates over
12  time, keep looking at the forward curve
13  generated day-to-day, that the forward curve
14  would mispredict short-term rates in over 90
15  percent of the cases?
16  MR. TAMBE:  Objection to the form
17  of the question.
18  Q.   I won't use the word "predict."
19  The forward curve -- look at the each day,
20  what the forward curve is.  Look at then what
21  actual short-term rates turn out to be.  Would
22  you agree that the forward curve generates a
23  short-term rate that is not accurate more than
24  90 percent of the time?

Page 90

D. Babbel

2  MR. TAMBE:  Same objection.
3  A.  I think I understand the
4  question.
5  Let me ask what you mean by
6  "accurate."
7  Q.  Meaning, you look at the forward
8  curve generated on a particular day, say March
9  25, 2009, and you use that forward curve to
10  give you information about what a six-month
11  agency yield might be eight years from now.
12  Correct?
13  A.  Correct.
14  Q.  And then you now go out eight
15  years, and you look at what is the actual
16  six-month yield on that same agency security,
17  eight years out.
18  So I'm comparing those two
19  numbers:  the actual eight years out, and the
20  number generated by the forward curve eight
21  years earlier.  Those numbers would be
22  different at least 90 percent of the time.  Is
23  that fair?
24  MR. TAMBE:  Objection to the form
25  of the question.

Page 91

D. Babbel

2  A.  My question to you is:  What do
3  you mean by "accurate" or "different"?  If one
4  says 6.23 percent and the other says 6.24,
5  would that be a failure of prediction?
6  Q.  Let's start with that.  Would you
7  agree that -- in terms of exact numbers --
8  that it would be different more than 90
9  percent of the time?
10  A.  I don't know.  If it's more than
11  90 percent --
12  Q.  If you haven't done that work,
13  you can just say, "I don't know."
14  A.  That's not how economists look at
15  things.  Maybe that's what they do in Las
16  Vegas, point spreads, and things like that.
17  We look at market data as a rich source of
18  information for market consensus of all these
19  players in the market, and we try to extract
20  information from that.
21  But I've never heard 90 percent
22  of the time these -- the forward rates get
23  the -- are -- are a deviance with the actual
24  future rate that ensues.  That doesn't mean
25  forward rates aren't useful.

Page 92

D. Babbel

2  Q.  That isn't my question.  My
3  question is simply:  Whether or not you would
4  agree that the forward rate predicted on a
5  given day for eight years out is more likely
6  than not going to be different than the actual
7  rate on that given day eight years out.
8  MR. TAMBE:  Objection to the
9  form.
10  A.  Well, now you said the forward
11  rate predicted.
12  Q.  I know you don't like to do the
13  prediction work.
14  A.  It doesn't predict.
15  Q.  The forward curve gives you a
16  number?
17  A.  It gives you a number, today's
18  price of making a future commitment.
19  Q.  Right.  And you go out eight
20  years, and you look to see whether or not the
21  six-month yield is at the number the forward
22  curve generated.
23  Would you agree it's more likely
24  than not that the eight-year-out number is
25  going to be different than the number that was

Page 93

D. Babbel

2  generated by the forward curve?
3  A.  You're creating a link where
4  there's no necessary link.  Eight years from
5  now there's different information, different
6  prices.
7  The forward rate tells you
8  today's price of making a future commitment.
9  It doesn't tell you the future price of making
10  that commitment.  You have to add a whole
11  bunch of assumptions to get to that point.
12  Q.  Now, the typical oversimplified
13  version of modeling is, sort of, the
14  garbage-in-garbage-out equation, which means
15  that the quality of the data input is
16  important to understanding the quality of the
17  model.  Correct?
18  A.  Yes.
19  Q.  And the forward curve model
20  depends on market data.  Correct?  The data
21  inputs are market information?
22  A.  The forward curve does not depend
23  upon market data.  The calibration of the
24  forward curve depends upon market data.
25  Q.  The inputs into the -- the data

24  (Pages 90 to 93)

Page 94

1          D. Babbel
2    inputs into the forward curve is market data.
3    Correct?
4        A.   Yes.
5        Q.   You could input data of the
6    opinions of a thousand economists and use that
7    instead.  Correct?
8        A.   You could.
9        Q.   You could take a thousand people
10   on the street and ask them their view of
11   yields, eight years out, and do a forward
12   curve based on the thousand people on the
13   street.  Correct?
14       A.   You could.
15       Q.   And the usefulness of the forward
16   curve depends upon its usefulness in the
17   market.  Correct?
18          MR. TAMBE:  Objection to the form
19   of the question.
20       A.   It has lots of uses.  The market
21   is one of them.
22          THE WITNESS:  Could you read back
23   two questions ago where Mr. Lawrence was
24   talking about going to a thousand
25   economists -- which is near and dear to

Page 95

1          D. Babbel
2    my heart because I see an employment
3    opportunity here -- and asking them what
4    the forward curve is or something like
5    that?
6        Q.   I meant -- what I said was:  You
7    get data from the market about what yields
8    will be at a particular point out into the
9    future.  And that is data that then is used to
10   generate a forward curve.  Right?
11          And you could also go to a
12   thousand economists and say, "What do you
13   expect the yields to be -- a year, two years,
14   three years, five years, ten years, twenty
15   years out?"
16          And you put that as data points
17   and generate a forward curve.  Correct?  You
18   may call it something else, but you're
19   generating a curve that reflects the
20   economists' predictions?
21       A.   Well, could you read that entire
22   statement back?  Because the first part of it
23   is a question -- had an assumption there that
24   I didn't buy.  But go ahead and read it.
25          MR. LAWRENCE:  Okay.

Page 96

1          D. Babbel
2    (Record read.)
3          THE WITNESS:  That's enough.  No.
4    So we don't need the rest of the
5    question.
6        Q.   I'm sorry.  So what's wrong with
7    that statement?  You said you disagreed with
8    it.
9        A.   That you use all these rates
10   about what future interest rates will be, and
11   that could be used to generate a forward
12   curve.  That implies a prediction of that
13   future rate --
14       Q.   Or -- I'm sorry.
15       A.   -- as generated based upon
16   current data.  You just need a calculator.
17   You don't need expectations in there.
18          A thousand economists or one
19   economist, I can do it without any
20   expectations.  Just give me a calculator.
21       Q.   I understand.  The word,
22   "expectations" may be the wrong word.  In
23   market data, you're doing data on what people
24   are paying for particular instruments that
25   have, you know, dates five, ten, fifteen years

Page 97

1          D. Babbel
2    out.  Correct?
3        A.   Correct.
4        Q.   With economists, I think you
5    would be asking them to do their best
6    prediction on what rates would be on agency
7    securities five, ten, fifteen years out.  But
8    you could generate a forward curve based on
9    economists' predictions.  Correct?
10       A.   That's not a forward curve.  A
11   forward curve has to do only with current
12   prices.
13       Q.   So you would generate -- you
14   would generate a curve and call it something
15   else?
16       A.   Call it "predictions," yeah.
17       Q.   Because, certainly, the forward
18   curve is not about predictions.
19       A.   No.  It is to some people.  But
20   that's not how it's constructed.
21       Q.   That's now how it's supposed to
22   be used in your view as an economist and in
23   your view, based on your opinion, in this
24   case?
25       A.   I won't say that's not how it's

Page 98

D. Babbel

1  supposed to be used. People can use the
2  curve. And if they can get some information
3  on or about the future, bless their hearts.
4  But it's calculated based upon the present.
5      Q.  You're not opining that it's a
6  good predictive tool. Correct?
7      A.  I'm not saying one way or the
8  other. There's a big debate about that.
9          MR. LAWRENCE: Why don't we take
10 a lunch break.
11         (Lunch recess taken from
12     12:34 p.m. to 1:41 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 99

D. Babbel

1      A F T E R N O O N   S E S S I O N
2         (Time noted: 1:41 p.m.)
3  D A V I D   F.   B A B B E L, resumed and
4      testified as follows:
5  CONTINUED EXAMINATION
6  BY MR. LAWRENCE:
7      Q.  If you could turn to page 2 of
8  your report.
9      A.  Sure.
10     Q.  Before we get there, have you
11 ever heard of a piece called "Valuing
12 Derivatives: Funding Value Adjustments and
13 Fair Value" by Hall and White, John Hall and
14 Alan White?
15     A.  I don't recall the title of it,
16 but I've read books of theirs and I've read
17 papers of theirs.
18     Q.  What is the estimation of
19 Mr. Hall and Mr. White within your area of
20 expertise, financial market -- finances?
21         MR. TAMBE: Objection to the form
22 of the question.
23     Q.  Are they considered reliable
24 persons?

Page 100

D. Babbel

1      A.  Well, they cite me, so they must
2  be right.
3      Q.  There you go.
4      A.  They have a specialty in that
5  area. They're cited a lot.
6      Q.  They're cited a lot in that
7  field, in the area in which they write?
8      A.  They have interest rate models.
9  That's a two-factor model that became a
10 famous model for stochastic processes of
11 interest rates.
12     Q.  And their work is cited within
13 your field of expertise?
14     A.  Yes. I know a lot about that
15 field.
16     Q.  If you'll turn to page 2 of your
17 report under "Assignment."
18     A.  Yes.
19     Q.  You were asked to review the
20 Curry and Hasterok valuation report. Is that
21 correct?
22     A.  That is correct.
23     Q.  And as I understand it, you have
24 not calculated an alternative number that

Page 101

D. Babbel

1  would put TSA back in the same position it
2  would have enjoyed had the RFA not been
3  terminated. Is that right?
4      A.  That's right.
5      Q.  Nor have you opined as to the
6  appropriate methodology to come up with that
7  number. Correct?
8          MR. TAMBE: Objection to the form
9  of the question.
10     Q.  I understand you criticize their
11 methodology.
12     A.  Yes.
13     Q.  But you're not proposing an
14 alternative methodology as to how to arrive at
15 the number that would put TSA back in the same
16 position it would have enjoyed had the RFA not
17 been terminated?
18     A.  I didn't do that calculation. I
19 did say that when you're looking at these
20 sorts of instruments, you have to use forward
21 rates and spot rates of interest.
22     Q.  We'll talk about that in more
23 detail.
24     A.  Okay.

Page 102

D. Babbel

1
2    Q.    So that would be a tool that you
3    think is appropriate to use in a valuation
4    exercise such as the one presented here?
5    A.    Forward rates and spot rates,
6    yes.
7    Q.    Okay.  If you turn to page 4, one
8    of the opinions that you identify is that you
9    think it was inappropriate for Mr. Curry and
10   Mr. Hasterok to use historically low interest
11   rates to compute the flow of cash shortfalls.
12   Correct?
13   A.    Yes.
14   Q.    Okay.  Now, those historically
15   low short-term interest rates are interest
16   rates reflective of the period from late 2008
17   to present.  Correct?
18         MR. TAMBE:  Objection to the form
19   of the question.
20   A.    They were historically low,
21   especially in the last three years.
22   Q.    And do you have a prediction of
23   what interest -- short-term interest rates are
24   going to be next year?
25   A.    No.

Page 103

D. Babbel

1
2    Q.    Five years from now?
3    A.    I have a direction, but I don't
4    have a prediction number.
5    Q.    Now, are you aware of any other
6    period of time where U.S. short-term interest
7    rates have remained low and stable for an
8    extended period of time?
9    A.    Not under conditions like we have
10   today with massive deficit spending and an
11   unprecedented monetary policy of printing
12   money as if it's going out of style.
13   Q.    Do you agree that in the 1950s
14   and 1960s, short-term interest rates were low
15   over an extended period of time?
16   A.    They were, during the early '50s
17   during the Eisenhower administration.  They
18   didn't get this low, but they were low.  Once
19   President Johnson came on, and even partly
20   Kennedy, we started seeing some upward
21   movement.
22   Q.    So at least in the '50s through
23   the early '60s, interest rates were low and
24   steady, though not as low as they are now?
25   A.    Well, they were relatively low

Page 104

D. Babbel

1
2    and relatively steady during the early '60s
3    and particularly the '50s.
4    Q.    And you have not opined as to
5    what an appropriate short-term interest rate
6    should be that -- in lieu of what Mr. Curry
7    and Mr. Hasterok have suggested.  Correct?
8          MR. TAMBE:  Objection to the form
9    of the question.
10   A.    What a short-term rate should be?
11   Q.    Well, you're criticizing their
12   use of historically low short-term rates, you
13   don't have a prediction about the future, and
14   I'm just confirming that I didn't miss -- you
15   didn't provide an opinion that Mr. Curry or
16   Mr. Hasterok should have used X or Y or Z
17   instead of the short-term interest rates that
18   they use.
19   A.    I thought I said that they should
20   use forward rates.  That's -- if you use
21   something other than forward rates for
22   projections, you end up with free money,
23   infinite arbitrage opportunities, inconsistent
24   pricing with the market.
25         The spot rate tells you what any

Page 105

D. Babbel

1
2    cash flow is worth at any future point in
3    time, and the forward rate tells you what you
4    can lock in at any future point in time.
5          So they were using something --
6    even the federal government couldn't sell any
7    of their debt if they were trying to price it
8    the way that Curry and Hasterok are pricing
9    it.  You can't use historical rates to price
10   future interest commitments.
11   Q.    Well, is it your understanding
12   that TSA has the ability to lock in interest
13   rates for a 23-year period during the
14   remainder of the term of the contract?
15   A.    TSA would have the ability, as
16   anyone would.  I can lock in the interest
17   rate.  You could too.  They could too.
18         Now, if you ask whether they
19   could with these particular funds that were in
20   a particular bucket, maybe not.  But the
21   market can lock in these cash flows.
22   Q.    But just to be clear, you haven't
23   looked at anything about the indenture of the
24   bonds that limits the investments that TSA can
25   make with respect to the reserve fund, have

Page 106

1              D. Babbel
2       you?
3           A.   I've read about it in reports,
4       but I haven't looked at the indenture.
5           Q.   So you can't tell us, based on
6       your independent review of the indenture
7       whether or not TSA could have locked in rates
8       at any particular level or not?
9           A.   I can't tell you what TSA could
10      do.
11          Q.   And you haven't looked at the
12      statutory authority creating TSA to see what
13      limitations, if any, exists on their authority
14      to invest funds.  Correct?
15          A.   Well, I've read in the reports
16      what they say their limitations were.
17          Q.   Have you done any independent
18      investigation to determine what those
19      limitations are with respect to the TSA's
20      investment authority?
21          A.   No.
22          Q.   Forward rates are important if
23      you can lock in those rates.  Correct?
24               MR. TAMBE:  Objection to the form
25          of the question.

Page 107

1              D. Babbel
2           A.   Forward rates are important
3       whether you can lock them in or not.  They
4       tell you the price of money at different
5       periods of time, today's price of locking
6       those in.  Whether you can lock it in or not,
7       the value is independent of whether you can do
8       it.
9           Q.   Well, if I don't have the
10      capability to invest in the ways that are
11      necessary to lock in the rates derived from
12      the forward curve, what good does it do me?
13          A.   It tells you what the costs are.
14      And it tells you what the market value is.
15          Q.   It doesn't tell you what the
16      value is to me in terms of what I can transact
17      in the market.  Correct?
18          A.   It doesn't tell you that.
19          Q.   Now, you would agree that the --
20      and if the word "indication" is wrong, let me
21      know.
22          A.   Can I go back to the last
23      question.  I don't know that I -- could you
24      read that again for me.  I think I was
25      incomplete in my answer.

Page 108

1              D. Babbel
2       (Record read.)
3           Q.   Can I go on to my next question?
4           A.   Yes.
5           Q.   Thank you.  And, if the word
6       "indication" bothers you, let me know.  And
7       tell me what would be a better word.
8               So the forward curve as of March
9       25, 2009, indicated a -- how short-term
10      interest rates would look from 2009 through
11      February 24, 2014.  Correct?
12          A.   No.
13          Q.   Please correct my statement.
14               MR. TAMBE:  Objection to the form
15          of the question.
16               You can answer.
17          Q.   What is incorrect about my
18      question?
19          A.   How short-term rates should look.
20      I think those were your words.
21          Q.   I want to use the terminology
22      that works for you.  So you tell me what
23      terminology works for you.  What does the
24      forward rate tell us about -- other than what
25      market participants think short-term rates

Page 109

1              D. Babbel
2       will be, it doesn't tell us anything more than
3       that.  Right?
4               MR. TAMBE:  Objection to form.
5           A.   It doesn't necessarily tell you
6       that.
7           Q.   Okay.
8           A.   It tells you the price of money
9       today to lock in the future commitment.  It
10      has embedded in it the consensus of the market
11      for what the costs of making those commitments
12      are.
13          Q.   So if we look at the forward
14      curve as of March 25, 2009, it will -- it
15      indicated what the price would be to lock in
16      the interest rate as of February 24, 2014.
17      Correct?
18          A.   What the price would be to lock
19      in the interest rate as of February 24, yes,
20      it would tell you.
21          Q.   And it would tell you what the
22      yield would be as of February 24, 2014, that
23      you were locking in.  Correct?
24          A.   It would.
25          Q.   So is it fair to say that the

Page 110

```
 1            D. Babbel
 2  yields that appear on the forward curve as of
 3  March 25, 2009, are different than the yield
 4  that could have been locked in on January of
 5  2014, if you had a forward curve, say, on that
 6  day?
 7       A.   Yes.
 8       Q.   Different than January of 2010?
 9       A.   It would be different than March
10  26 of 2009.
11       Q.   Every day is different?
12       A.   Every day.
13       Q.   So if we wanted to actually look
14  at the reality of short-term interest rates up
15  to February 24, 2014, there's actual real data
16  that we could look to and say, here are the
17  actual short-term interest rates.  Correct?
18       A.   Correct.
19       Q.   Okay.  And I think, as you've
20  just said, if we ran a future curve as of the
21  date of your report, February 24, 2014, it
22  would look different in terms of short-term
23  interest rates on a future curve on March 25,
24  2009.  Correct?
25       A.   Yes.
```

Page 111

```
 1            D. Babbel
 2       Q.   And the curve would be lower;
 3  that is, the yields along that curve would be
 4  substantially lower than the yields on the
 5  curve that was generated on March 25, 2009.
 6  Correct?
 7       MR. TAMBE:  Objection to form.
 8       A.   Are you talking about my report
 9  and the chart I did?
10       Q.   If you want to reference the
11  chart, that's fine.
12       A.   Because those were based on
13  treasuries.  So the treasuries have a
14  different market than LIBOR.  And, yes, they
15  were lower -- and the forward curves, and also
16  the spot curves.
17       I'm looking at figure 2; which
18  looks at the spot rate curves.
19       Q.   The figure 2 is talking about
20  comparing 2002 to 2009.  Correct?
21       A.   Yes.  Maybe I misheard you.
22       Q.   That's fine.  We can start with
23  this one.
24       And the 2002 curve shows higher
25  yields than the 2009 curve.  Correct?
```

Page 112

```
 1            D. Babbel
 2       A.   Correct.
 3       Q.   And if we did a curve, dated
 4  February 24, 2014, that would show lower
 5  yields than the 2009 curve.  Is that correct?
 6       A.   For the treasuries, yes.
 7       Q.   Would that be different for other
 8  short-term instruments?
 9       A.   Yes.
10       Q.   So is it your understanding that
11  there are short-term instruments available --
12  that they are short-term instruments that you
13  would generate a forward curb with respect
14  to -- that would be showing higher yields
15  today than in March of 2009?
16       A.   I don't know.  I haven't done
17  that.  I do know that other short-term
18  interest rate curves are higher than the
19  treasury.  I also know that because of the
20  financial crisis, which you are calling the
21  Great Recession, treasury became a safe haven.
22       It pushed up the demand for
23  treasury instruments and pushed their
24  accompanying yields downward, more than any
25  other market.  So in LIBOR, you would not see
```

Page 113

```
 1            D. Babbel
 2  a spread like this between those two dates, to
 3  this degree.
 4       Q.   Okay.  But if we ran a LIBOR
 5  curve as of March 25, 2009, and a LIBOR curve
 6  as of February 24, 2014, the 2014 curve would
 7  show lower yields than the 2009 curve.  Is
 8  that fair?
 9       A.   It could be.  I haven't looked at
10  that.
11       Q.   Okay.
12       A.   I will say I looked at a LIBOR
13  six-month rate on those two dates, and they
14  looked about the same.
15       Q.   What -- which --
16       A.   These two dates here.
17       Q.   Okay.
18       A.   But I don't know about the entire
19  curve.
20       Q.   Just so I understand, what you
21  just said:  You looked at the LIBOR six-month
22  rate in 2002 and 2009, and the six-month rate
23  was relatively close in those two periods?
24       A.   On the chart, it looked that way
25  to me.
```

Page 114

D. Babbel
1
2  Q.  But you didn't run a curve?
3  A.  No, I didn't.  I just looked at
4  the short one.
5  Q.  Do you agree that short-term
6  rates tend to be lower than mid-term rates?
7  A.  I've seen every kind of shape of
8  a yield curve imaginable, and sometimes they
9  are and sometimes they aren't.
10  Q.  Well, you're a professor of
11  finance.  Would you agree, more often than
12  not, that short-term rates are lower than
13  mid-term rates?
14  A.  I would.
15  Q.  In paragraph 2, you say the
16  forward rates and the term structure of
17  interest rates as of March 25, 2009 -- I'm
18  just trying to reduce that.
19  You're saying that the forward
20  curve, as of March 25, 2009, would suggest a
21  rate substantially higher than that assumed by
22  Mr. Curry and Hasterok.  Correct?
23  A.  Yes.
24  Q.  I don't understand your sentence,
25  "To do otherwise, would imply values that have

Page 115

D. Babbel
1
2  nothing to do with the values seen in the
3  marketplace."
4  Could you explain that?
5  A.  Sure.  When you're valuing a
6  floating rate leg of a swap, the market
7  practice is consistent with finance theory.
8  And you use -- you input the forward rates for
9  the cash flow projections and then you
10  discount by the set of forward rates
11  associated with that.  When you do so, you get
12  a swap that's valued at par, typically.
13  If you assume some other --
14  something else -- if you input some other
15  projected cash flows, such as Mr. Curry and
16  Hasterok, and then you discount them by the
17  appropriate forward curve, you get something
18  that's worth a small fraction of what these
19  instruments trade for in the marketplace.
20  And so I said -- you read a
21  sentence here, but --
22  Q.  Sorry.  It was, "To do others
23  would imply values that have nothing to do
24  with the values seen in the marketplace."
25  A.  Right.  So for instance, if you

Page 116

D. Babbel
1
2  use Mr. Curry and Hasterok's assumption, you
3  would get a value that's one-seventh as much
4  as something, one-fifth as much, something
5  like that.  That's what a floating rate
6  instrument -- where you're just getting the
7  coupons.  You don't get the principal of what
8  it's worth in the marketplace.
9  Anyway, it's a small fraction.
10  I've never seen anything trade like that.
11  That's not how it works.  And it's
12  inconsistent with valuation principals.  The
13  forward and spot rate curves tell you what the
14  value of money is:  any amount of money from
15  one dollar to a million dollars or more on any
16  particular date.
17  Q.  So are you saying if I have a
18  dollar that I want to lock in a rate of return
19  reflected in the forward curve, I can do that?
20  I can go someplace, and somebody's going to
21  lock me in for a dollar?
22  A.  You may find someone.  Usually,
23  it takes a lot more than that.
24  Q.  The ability to take advantage of
25  the information in the forward curve depends

Page 117

D. Babbel
1
2  on the ability to transact freely in the
3  market.  Correct?
4  MR. TAMBE:  Objection to the form
5  of the question.
6  A.  No.  You can take advantage of it
7  because the instruments that you buy all
8  reflect that.  So you can sell instruments or
9  buy instruments --
10  Q.  No, I'm asking you a question.
11  A.  -- but they reflect those
12  interest rates.
13  Q.  Right.  My question is:  You just
14  acknowledged, I think, that if I have a
15  dollar, I'm not going to get anyone to do
16  business with me.  You need a lot more than
17  that?
18  A.  Yes.
19  Q.  My question in follow up to that
20  was:  In order to take advantage of or to reflect
21  the information that's in the forward curve, I
22  would need to be in a position where I can
23  transact in the market.  Is that correct or
24  not?
25  MR. TAMBE:  Objection to the form

Page 118

```
 1              D. Babbel
 2   of the question.
 3         THE WITNESS:  Can you just read
 4   it back?
 5         (Record read.)
 6      A.   To take advantage of or reflect?
 7   Could you rephrase that question?
 8      Q.   I understand the forward curve
 9   demonstrates what you believe the
10   market-available yield would be.  Correct?
11         MR. TAMBE:  Objection to the form
12   of the question.
13      Q.   Is that correct or not?
14      A.   The yield curve reflects the
15   available yield?
16      Q.   What's available in the market.
17      A.   Yes.
18      Q.   In order for an individual or an
19   entity to take advantage of that, in order to
20   achieve that yield, I have to be able to
21   transact in the market.  Is that correct?
22      A.   You have to be able to qualify to
23   transact.  So I did five years' worth of this,
24   and it cost me $14,000 for a lot of money.
25   And it took very little money on my part to
```

Page 120

```
 1              D. Babbel
 2   rate is speculative."
 3         Do you see that?
 4      A.   Yes.
 5      Q.   Would you agree that any guess
 6   about what future interest rates will be is
 7   speculative?
 8      A.   Any guess is a guess.  Some
 9   guesses are better than others.  This is a
10   horrible guess.
11      Q.   But any guess is speculative?
12      A.   How are you defining
13   "speculative" for this purpose?
14      Q.   How are you defining
15   "speculative" as you use the term here?
16      A.   That we don't know the future.
17      Q.   So since we don't know the
18   future, any assumption about interest rates in
19   the future would indeed be speculative.
20   Correct?
21         MR. TAMBE:  Objection to the
22   form.
23         You can answer.
24      A.   I say, "Speculative,
25   unsupported."  It's speculative in that sense.
```

Page 119

```
 1              D. Babbel
 2   lock in all these rates.
 3         And I think you could do it.  I
 4   imagine TSA could do it for that.  That would
 5   be just part of a rounding error or something.
 6      Q.   That's an assumption on your
 7   part?
 8      A.   Yes.
 9         MR. TAMBE:  Well, your question
10   is a hypothetical, so ...
11         MR. LAWRENCE:  His statement
12   about the TSA was an assumption on his
13   part.
14      Q.   You continued in the next
15   paragraph, 3, you provide further criticism of
16   the .65 interest rate.
17         Do you see that?
18         MR. TAMBE:  Page 4?
19         MR. LAWRENCE:  Yes, we're still
20   on page 4.
21      Q.   Do you see that paragraph 3?
22      A.   In the summary of opinions?
23      Q.   Yes.
24      A.   Okay.
25      Q.   You say, "Using the .65 interest
```

Page 121

```
 1              D. Babbel
 2   They can't point to any financial theory that
 3   would justify that prediction.  They can't
 4   point to any market praise that would justify
 5   such a prediction.
 6         In fact, we have five experts all
 7   saying forward rates are important.  We have
 8   the entire market saying all forward rates are
 9   important, including Curry and Hasterok.
10         They never used this method
11   before.  They invented it out of whole cloth,
12   and it's laughable.  I haven't seen anything
13   like this in my 30 years.  They would have
14   flunked my 101 class in finance.
15      Q.   I assume you think it's
16   laughable, too, that the TSA has lost tens of
17   millions of dollars since Lehman defaulted on
18   its bankruptcy?
19         MR. TAMBE:  I don't think
20   that's --
21         Objection to ---
22      A.   That's a nonsecretor --
23      Q.   Is it laughable, sir?
24      A.   I don't think it's laughable.
25      Q.   These are taxpayer moneys that
```

Page 122

D. Babbel

1  are being lost. Is that laughable, sir?
2  
3       A.   I think it's sad that TSA
4  invested them in money markets. They had
5  other options and you know it.
6       Q.   What options would you suggest to
7  retain the same level of risk that was in the
8  RFA, given the constraints the TSA had in the
9  bond indenture and in their authorizing
10  authority?
11       MR. TAMBE: Objection to the form
12  of the question.
13       A.   They could have mimicked
14  something like the floating leg of a swap, by
15  investing in appropriate money market
16  instruments and not throwing away so much
17  money.
18       Q.   What are appropriate money market
19  instruments that they could have invested in?
20       A.   Well, I don't know what TSA is
21  limited to. I know that, at least under the
22  RFA and the indenture, they had some limits.
23  I don't know to what extent they applied, but
24  they gave a list of things that they could
25  invest in.

Page 123

D. Babbel

1  
2       And money markets, you're paying
3  through the nose to get daily liquidity. Why
4  does TSA need daily liquidity? Why couldn't
5  they get six-month liquidity?
6       Q.   So my question was: Can you
7  identify any other instruments that you
8  believe that should have been invested in
9  given the indenture requirements and authority
10  requirements that would have provided the same
11  risk profile as the RFA?
12       MR. TAMBE: Objection to the form
13  of the question.
14       You can answer.
15       A.   Well, when you say, "the same
16  risk profile," how are you defining that?
17       Q.   I'm defining the risk that the
18  TSA would face of nonperformance and including
19  loss of principal.
20       MR. TAMBE: Objection to the form
21  of the question.
22       Could you just read back that
23  last question?
24       (Record read.)
25       MR. TAMBE: So you're asking him

Page 124

D. Babbel

1  
2  to assume that they would not lose
3  principal? Is that the assumption
4  you're asking him to make?
5       MR. LAWRENCE: That the risk
6  profile and that the chance that
7  principal would be lost within the RFA
8  is mirrored; for example, in an
9  alternative instrument.
10       So for example, an
11  uncollateralized GIC would raise the
12  possibility of loss of principal.
13  Correct?
14       A.   An uncollateralized --
15       MR. TAMBE: Continuing objection
16  to the form of the question.
17       Q.   Is that correct?
18       A.   When you said, to mimic the same
19  risk, what you did was buy -- you entered into
20  a swap agreement, essentially, with a
21  counterparty that was going to go bankrupt in
22  a few years.
23       Are there other counterparties
24  that you may enter into that would have a
25  similar chance of going into bankruptcy? You

Page 125

D. Babbel

1  
2  want to replace exactly the same risk. Right?
3       Q.   I would like to see -- you to
4  tell me whether there are other instruments
5  that would have the same risk involved. Here,
6  the risk was the failure of Lehman to pay
7  interest because the dollars were not invested
8  in Lehman. Lehman wasn't holding the dollars.
9  And so, fortunately, the $45 million principal
10  remains intact.
11       So there's a concern, a risk,
12  that the TSA has to make sure that that
13  principal remains intact?
14       A.   Yes.
15       MR. TAMBE: Objection to the form
16  of the question.
17       Q.   So, we're looking for a financial
18  instrument that was available on March 2009,
19  that in your estimation would best approximate
20  the risk that TSA was trying to address in the
21  RFA.
22       A.   TSA entered into a swap
23  agreement. It had a fixed leg and a floating
24  leg. Because the fixed leg is not available,
25  they could take the same side that Lehman

Page 126

D. Babbel

1    took, if they wanted, and invest in floating
2    rate instruments.
3
4           The best floating rate
5    instruments will have interest rates that
6    ensue over time but will provide the return of
7    principal at the end of the intervals, the
8    same as before.
9           And it had the same present
10   value, at least at the outset, to Lehman
11   Brothers, as it had to TSA, approximately the
12   same present value.  And undertaking a series
13   of investments in the future with a floating
14   rate would similarly have a present value that
15   reflects the full principal that you have.
16          As you represented to me earlier,
17   and some of the witnesses represented, the
18   fixed leg is precluded right now because of
19   unpopularity of the tobacco settlement swaps.
20   But you could get a floating leg that is worth
21   the same amount of money and invest your money
22   similarly to what is actually assumed in the
23   swap pricing.
24       Q.   Let's -- let's just assume --
25   well, let's step back because the testimony

Page 127

D. Babbel

1
2    has been that, not just tobacco RFAs, but that
3    Reserve Funds Agreements, in general, are not
4    available in the market.
5           Do you understand that?
6       A.   Well, that's what you said.  I
7    don't know --
8       Q.   That's what Lehman's expert said.
9       A.   That's fine.
10          MR. TAMBE:  You're asking him to
11      assume that fact.  Is that what you're
12      asking?
13          MR. LAWRENCE:  That's what he
14      testified to yesterday.  So ...
15          MR. TAMBE:  What are you asking
16      this witness for?  Not what someone else
17      testified to you yesterday.  What are
18      you asking him to assume for purposes of
19      the next question?
20       Q.   Assume that Lehman's expert is
21   correct in that point, that there was no
22   active market for Reserve Fund Agreements.
23       A.   Okay.
24       Q.   There hasn't been, to his
25   knowledge, a Reserve Fund Agreement transacted

Page 128

D. Babbel

1
2    since 2009?
3       A.   Yes.
4       Q.   Keep that in mind as we go
5    forward in this deposition.
6       A.   Yes.
7       Q.   Have you done any calculation of
8    what TSA's losses would be if they had, for
9    example, purchased government agency
10   securities on a six-month basis every six
11   months between March 2009 and today?
12       A.   I haven't done the calculation.
13       Q.   You could do that.  Right?
14          We know what they could have
15   received, what yield they could have received,
16   if they purchased in March 25, 2009.  Correct?
17          Let's move to the actual date.
18   So June 2009, they would have purchased.
19   Correct?  And we can look at the market data
20   and see what yield they could obtain.
21   Correct?
22       A.   Yes.
23       Q.   And what costs they would incur
24   in making that transaction.  Correct?
25       A.   Yes.

Page 129

D. Babbel

1
2       Q.   And then you can go six months
3    out from there and see what the yields were in
4    December of 2009 and do that same exercise
5    every six months to date.  Correct?
6       A.   You could.
7       Q.   And you could compare that actual
8    interest that could have been earned with the
9    guaranteed interest that Lehman agreed to
10   provide.  Correct?
11       A.   Right.
12       Q.   And that is one way that you
13   could determine the loss that TSA suffered, at
14   least between 2009 and 2014.  Correct?
15       A.   Assuming that they bought what
16   instruments, that they bought money -- the
17   money market that they actually purchased?
18       Q.   I'm just saying, assuming that
19   they bought one of the eligible securities
20   under the RFA.
21       A.   Yes, you could calculate that.
22       Q.   And that would be a reflection of
23   the actual loss, in your view, that the TSA
24   has suffered between 2009 and 2014.  Correct?
25          MR. TAMBE:  Objection to the form

Page 130

```
 1              D. Babbel
 2    of the question.
 3          You can answer.
 4       A.   No.  The loss depends upon the
 5    value of the instrument.  And the value of the
 6    instrument would reflect all of the future
 7    possibilities as well.
 8       Q.   Have you read the termination
 9    amount provision of the RFA?
10       A.   Yes.
11       Q.   Does it say anywhere in there
12    that the termination amount shall be
13    determined by the theoretical value of the
14    instrument?
15       A.   It talks about using market
16    quotes, and forward curves are dependent on
17    market quotes.  So it embraces the notion of
18    forward curves because that's how these
19    floating rate instruments are valued.
20          And when I talk about the value
21    of the procedure, we're not just talking about
22    the first four years of cost flows.  This is
23    twenty-three years.  And value is going to
24    reflect the full length of time that you're
25    going to be able to do this.
```

Page 131

```
 1              D. Babbel
 2       Q.   Are you finished?
 3       A.   Well, I can stop now.
 4       Q.   I agree with you, that the first
 5    step in the process to obtain market quotes
 6    would typically involve a dealer using the
 7    forward curve to come up with a market quote.
 8    We can agree on that.
 9       A.   Yes.
10       Q.   That would be standard in the
11    industry, so to speak?
12       A.   It would be.
13       Q.   And I agree, just looking at that
14    provision, that it does contemplate that if
15    you can get market quotes, that will tell us
16    what the value is.  Is that correct?
17       A.   That's correct.
18       Q.   But market quotes were not able
19    to be obtained.  Do you have any different
20    understanding?
21          MR. TAMBE:  Objection to the form
22       of the question.
23       A.   Market rates for what?
24       Q.   For a replacement RFA contract.
25       A.   Those contracts, according to
```

Page 132

```
 1              D. Babbel
 2    what you have stated, and others -- there was
 3    not an active market for those sorts of
 4    contracts.  But there was, certainly, a very
 5    active market for both legs of that contract.
 6       Q.   Well, that's not what this -- did
 7    you read this agreement?
 8       A.   I did.
 9       Q.   Okay.  Does the agreement say
10    you're supposed to get quotes for some
11    different kind of contract, than the RFA?
12       A.   Well, you can't get quotes for
13    the RFA.  You have to value it in pieces.
14       Q.   That's not what it says here,
15    does it?  Does it say, "If you can't get
16    quotes, then you value it in pieces"?
17          MR. TAMBE:  Objection to the form
18       of the question.
19          And just if you can, just let him
20       finish answering.
21       A.   If you keep reading, if you go to
22    Section 7.6, it says that when you're doing
23    such an operation, you have to do it from the
24    perspective of the dealer, basically.
25          Because dealers are the ones that
```

Page 133

```
 1              D. Babbel
 2    offer this.  In fact, they said "Lehman's
 3    perspective."  And that's the way the market
 4    values these things, and you do it in pieces.
 5    You do the best you can.
 6          These instruments are valued all
 7    the time even though they're not traded.  And
 8    they have to be valued, because they're
 9    reported mark to market on a daily basis.  The
10    CME requires that they use forward rates to
11    value them.
12          The London Clearing House says
13    you have to use forward rates to value them,
14    and nothing that I've ever read says you have
15    to use Hasterok's assumption.
16          And had Lehman assumed, or anyone
17    assumed, what Hasterok does, they never would
18    have entered into the deal.  They would have
19    said, "Okay.  You're giving us $45 million,
20    but it's only worth $15 million or $10
21    million.  Because you're limiting us to only
22    earn 65 basis points for the next 23 years."
23       Q.   So is it correct then that your
24    opinion is based on the assumption that the
25    TSA loss has to be valued from the dealer side
```

Page 134

D. Babbel

1    of the market?
2
3        MR. TAMBE: Objection to the form
4    of the question.
5        A.   It -- you use -- the way I read
6    that -- and I'm not giving a legal opinion,
7    just the way I read the contract -- is that
8    you're supposed to use the typical conventions
9    that dealers would use.
10       Q.   So then is your opinion based on
11   that assumption; that is, your opinions about
12   the propriety, the use of the forward curve,
13   et cetera, based on the assumption that you
14   value this from the dealer side of the market
15   using dealer-standard valuation methodologies?
16       A.   That's a good question.  I would
17   value it the same whether I were the buyer or
18   the dealer, because those are the only values
19   that are traded.  So it really doesn't matter.
20       Q.   But if TSA can't transact, why do
21   traded values matter to TSA?
22       MR. TAMBE: Objection to the form
23   of the question.
24       You want him to speculate as to
25   what matters to the TSA?

Page 135

D. Babbel

1
2        A.   The contract has ended.  The
3    question is -- in my view, the question is:
4    Did TSA do the best that they could?
5    Investing in money markets is, like, the worst
6    thing you could do from my perspective.  I
7    don't know why they did that.
8        Were they trying to go for the
9    lowest possible yield or have daily liquidity
10   so they could gamble on the future and
11   immediately transact when markets jump so they
12   could make a big profit?
13       I don't know what their
14   motivation was.  I think they have pretty
15   good -- well, I shouldn't speculate on that.
16       Q.   Do you have any reason to believe
17   that TSA was not acting in good faith?
18       MR. TAMBE: Objection to the form
19   of the question.
20       A.   I think I could have done a
21   better job of mitigating losses than they did
22   unless they were trying to make a play on the
23   future.
24       Q.   My question was whether or not
25   you had any opinion on whether or not the TSA

Page 136

D. Babbel

1
2    was acting in good faith?
3        A.   No.
4        Q.   In fact, it doesn't appear that
5    you have reviewed any of the depositions of
6    the TSA people who were making those
7    decisions.  Correct?
8        A.   That's correct.
9        Q.   Now, the actual RFA provides that
10   if quotations are not available, that the
11   burden party -- who is TSA.  You understand
12   that, that TSA is the burden party in this
13   contract?
14       A.   That's what I understand.
15       Q.   (Reading.) "The termination
16   amount shall be the amount as reasonably
17   determined in good faith by the TSA to be the
18   TSA's total losses and costs."
19       Do you remember that terminology?
20       A.   Sure.
21       Q.   And how does total losses and
22   costs -- does that tell you you have to use
23   future curves?
24       A.   Could you give me the document,
25   please?

Page 137

D. Babbel

1
2        Q.   Sure.
3        A.   (Document review.) Section 5.5
4    talks about termination amounts.  And it says
5    the amount owed to Lehman could be
6    substantial.
7        It also -- I remember reading
8    something about material errors, that if the
9    entity doing the valuation -- which in this
10   case would be TSA -- made a -- I forget the
11   exact wording, but it had to do with apparent
12   or material --
13       Q.   I think if you look at the end of
14   the termination amount definition we were
15   looking at the beginning of the contract,
16   there's a manifest error.  Is that what you're
17   talking about?
18       A.   Manifest error.
19       Q.   It's in the termination amount
20   definition that we were looking at originally.
21       A.   Okay.
22       Q.   At the end of that, on the next
23   page.
24       A.   I don't know what the definition
25   of a "manifest error" is between economists.

Page 138

D. Babbel

1 Curry and Hasterok made it to come up with a
2 new method valuation, which I've never seen,
3 they've never done. So there's clearly a
4 manifest error from an economist's point of
5 view.
6 
7     Q.   Oh, does the termination amount
8 definition incorporate from an economist's
9 point of view into its definition?
10        MR. TAMBE:  Objection to the form
11     of the question.
12     A.   I'm an economist. It was
13 manifest to me. What else can I say?
14     Q.   The definition doesn't
15 incorporate the standard of an economist
16 finance professor at Wharton does it?
17     A.   It does talk about from Lehman's
18 point of view, from the perspective of Lehman
19 in Section 7.6.
20        I would say that all the experts
21 would agree that this is something that
22 they've never seen before and never done
23 before. And to make a claim for millions and
24 millions of dollars from people who are not
25 trained in economic things and who come up

Page 139

D. Babbel

1 with a model that's ludicrous to valuate
2 something, to me, that's a manifest error.
3 
4        They should use standard
5 valuation procedures that are consistent with
6 the way things are actually valued.
7     Q.   What's the standard procedure
8 when you have a situation, as you've said,
9 you've never seen before?
10     A.   Uh-huh. You look at the pieces
11 of the transaction and see if you can value
12 them the best you can. Because the contract
13 is no longer available, so there's potential
14 damages that go to one party or the other.
15 And you do the valuation and find out who they
16 go to.
17     Q.   Is there anything unfair or
18 inappropriate in the definition of termination
19 amount to try to figure out what TSA's actual
20 losses will be?
21        MR. TAMBE:  Objection to the form
22     of the question.
23     A.   What their actual losses will be?
24 I don't know that there will be any losses at
25 all under this contract.

Page 140

D. Babbel

1     Q.   I'm not suggesting you know. I'm
2 
3 just asking how do you determine what their
4 total losses will be. As you said, there may
5 not be losses. You have to go through the
6 valuation first. How do you valuate what the
7 total losses will be?
8     A.   You look at what they could have
9 lost in value. That's how I would do it. But
10 I'm not the damages expert. I don't know the
11 definition of damages.
12        They're talking here about a
13 termination amount. I know something about
14 valuing swaps, fixed pieces, and floating
15 pieces.
16        My testimony is really restricted
17 to methodology and how swaps are -- take
18 advantage of or valued by forward rates of
19 interest. So I wasn't asked to really do
20 this, what you're asking me now.
21     Q.   Okay. Fair enough. I do need
22 that back though.
23     A.   Sure. (Handing.)
24     Q.   Have you ever been asked to give
25 an opinion about a party's total losses?

Page 141

D. Babbel

1 
2        MR. TAMBE:  Objection to the form
3     of the question.
4     A.   I don't know. I don't think so.
5     Q.   Okay. When you use the term
6 "historically low short-term interest rates,"
7 what interest rates are you referring to?
8     A.   Interest rates during my time,
9 since I started looking at it.
10     Q.   What instrument? When you say
11 "interest rates," it could be a money market
12 funds, a T-Bill, a --
13     A.   I'm sorry. Treasuries.
14     Q.   Treasuries?
15     A.   Yes.
16     Q.   You say the 65 -- the .65 percent
17 interest rate ignores historical record.
18        Do you see that?
19     A.   Yes.
20     Q.   It certainly reflects the
21 historical record from March 2009 to February
22 2014. Correct?
23        MR. TAMBE:  Objection to the
24     form.
25     A.   I'd have to look at the data.

Page 142

D. Babbel

1    I'd say "no." What it did was reflect one
2    interest rate that was available out of four
3    years. That interest rate happened to be
4    reasonably close to one available four years
5    earlier, but the rate fluctuated quite a bit.
6         So I looked at that curve. It
7    went way up and then way down. So I can't say
8    that it's reflective of that four-year period.
9         Q.    Nor can you say it's not
10   reflective. Right?
11        A.    I can say that I saw the interest
12   rate jump way up and way down during that
13   period and then jump up again. It depends on
14   how you define "reflective."
15        Q.    So which interest rate jumped up
16   between March 2009 and 2014?
17        A.    I saw a LIBOR plot. I went back
18   to 2001 or 2002 and looked at a plot. And I
19   already discussed that plot with you after one
20   month, three month, six month LIBOR.
21        Q.    I just want to make sure I
22   understood your testimony. You were saying
23   that going back to 2001, you see significant
24   fluctuations up and down. Correct?

Page 143

D. Babbel

1         A.    Yes.
2         Q.    But my question was: Since 2009,
3    have you seen significant fluctuations up and
4    down, if you know?
5         A.    Since 2009?
6         Q.    Yes.
7         A.    I haven't looked at that.
8         Q.    Is linear regression a common --
9    commonly used in finance?
10        A.    A linear regression is commonly
11   used in finance.
12        Q.    You don't have any problem using
13   linear -- sorry -- using linear regression is
14   not unsupported by financial theory. Correct?
15             MR. TAMBE: Objection to the form
16   of the question.
17        A.    It doesn't make any sense to me.
18        Q.    Other people use it in financial
19   theory?
20        A.    Financial theory does not speak
21   to statistical methodology.
22        Q.    So the forward curve is not --
23   does not have anything to do with financial
24   theory?

Page 144

D. Babbel

1         A.    Forward curve has a lot to do
2    with financial theory. Linear regression is
3    one of many methods used to calculate forward
4    curves and spot curves.
5         Q.    So I understand, linear
6    regression is a tool used in financial theory
7    by some people to calculate the spot curve or
8    forward curve. Correct?
9         A.    The earliest models back in the
10   '70s used that.
11        Q.    And the forward curve is simply a
12   more precise, from a modeling point of view,
13   line drawing. Is that fair?
14             MR. TAMBE: Objection as to form
15   of the question.
16        A.    No, it's not fair.
17        Q.    It is just drawing a line based
18   on a computer model. Correct?
19        A.    If you define a curve as a line,
20   I guess it's a kind of a line, a non-straight
21   line.
22        Q.    In paragraph 4, you talk about
23   the upward sloping of the term structure of
24   interest rates. It's more historically

Page 145

D. Babbel

1    prevalent at higher levels?
2         A.    Yes.
3         Q.    Does the -- I'm just going to use
4    the word "forward curve," because it's easier
5    for me to say. Is the forward curve always
6    upward sloping?
7         A.    No.
8         Q.    So you're just talking about the
9    upward slope that was present on March 25,
10   2009?
11             MR. TAMBE: Objection to the form
12   of the question.
13        A.    Well, the upward slope is
14   persistent for a while here. It reflects
15   market expectations as well as all other
16   market information.
17        Q.    Low interest rates have persisted
18   for a while as well. Right?
19        A.    They have.
20             MR. LAWRENCE: Why don't we take
21   a break.
22             MR. TAMBE: Sure.
23             (Recess taken from 2:40 p.m. to
24   2:58 p.m.)

Page 146

D. Babbel

1    BY MR. LAWRENCE:
2    Q.    Given what you know about
3    financial theory and the functioning of the
4    markets, wouldn't you expect some dealer to be
5    able to quote a replacement RFA contract in
6    March 2009, just on a theoretical basis?
7         MR. TAMBE:  Objection to the form
8    of the question.
9    A.    I would expect -- more than
10   expect I would have an almost certainty that
11   they would be able to quote swaps.  Whether
12   associated with an RFA or not, you'd have to
13   ask someone that's closer to the markets, the
14   day-to-day market, than I am.
15   Q.    Well, your financial theory is
16   that there's a standard market methodology for
17   valuing contracts such as the RFA.  Correct?
18   A.    There is a standard methodology,
19   yes.
20   Q.    And this is not a secret.  It's
21   known to all of the market participants.
22   Correct?
23   A.    Apparently not, if TSA is saying
24   that they use some other way of valuing it.
25

Page 147

D. Babbel

1    Q.    Well, they're not a dealer, but
2    I'm asking from the dealer's point of view.
3    This is a well-understood theory of using
4    forward curves to value contracts such as
5    this.  Correct?
6    A.    Yes.
7    Q.    And it should have been a
8    relatively straightforward exercise for a
9    dealer to valuate this contract in 2009.
10   Correct?
11   A.    They had to do it daily.
12   Q.    And thus it should have been
13   relatively straightforward for a dealer to
14   provide a quote to the TSA to provide some
15   type of replacement contract?
16        MR. TAMBE:  Objection to the form
17   of the question.
18   A.    I think that's a non sequitur.
19   Q.    Why?
20   A.    I could come up with a value, but
21   that doesn't mean I'm going to quote.  I may
22   not be interested in that particular
23   instrument.  That doesn't mean I can't figure
24   out what it's worth.
25

Page 148

D. Babbel

1    Q.    So you recognize there's a
2    difference between your valuation methodology
3    and what a dealer might be willing to
4    transact?
5         MR. TAMBE:  Objection to the form
6    of the question.
7    A.    Could you read back the question?
8         (Record read.)
9    A.    A dealer will have their own
10   valuation methodology, not necessarily my
11   valuation methodology, but something that's
12   consistent with it.  And he may not be in the
13   market to transact for that particular
14   instrument, but they can still value it.  We
15   did that all the time at Goldman Sachs.
16   Q.    Well, you've got a lot of market
17   players who are capable of applying similar
18   financial models to yours to value this
19   contract, the transactions under this
20   contract.  Correct?
21   A.    Yes.
22   Q.    Okay.  But none of them were
23   willing to actually transact.  Correct?
24        MR. TAMBE:  Objection to the form
25

Page 149

D. Babbel

1    of the question.
2    A.    I don't know if some of them
3    were.  What I know is TSA didn't find anyone
4    that was.  I don't know how much canvassing
5    they did.  I know that Curry and Hasterok
6    purported that there wasn't, even though their
7    own firm was offering quotes, according to
8    Mr. Hasterok, on such instruments.
9    Q.    In 2009?
10   A.    I think he said that the
11   Lehman -- sorry, not the Lehman desk but
12   Morgan Stanley desk.  He mentioned it.  Page
13   109, or something, he said something like
14   that.  I couldn't swear to that particular
15   number.  I have a lot of numbers in my head.
16        And not only them.  Wachovia
17   apparently made some sort of quote that they
18   were apparently willing to transact at.
19   Q.    I'm sorry.  Is it your
20   understanding that the Wachovia quote was a
21   quote that they were willing to transact at?
22   A.    I think so, but I don't know for
23   sure.  I'd have to go back and review the
24   testimony.
25

| Page 150 | Page 152 |
|---|---|

**Page 150**

D. Babbel

1

2  Q.   Was it fact that you think
3  Wachovia provided a quote that they were
4  willing to transact something that supports,
5  in your view, your opinions in this case?
6  A.   No.
7  Q.   Can you explain why -- if there
8  are financial models that everyone uses in the
9  market that are substantially similar, that
10 can easily value this contract -- nobody was
11 willing to transact an alternative contract?
12         MR. TAMBE:  Objection to the form
13    of the question.
14 A.   I don't know that nobody was
15 willing to.  I just know that Mr. Shapiro
16 apparently asked some people, but he didn't
17 keep track of who he asked and what they said.
18         And Mr. Hasterok or Curry asked a
19 couple of people.  I'm assuming that the
20 market was thin or dried up entirely.  But
21 that doesn't mean the cash flows associated
22 with the original contract couldn't be
23 mimicked and priced.
24 Q.   Doesn't the fact that the market
25 is unwilling to transact, provide some

**Page 151**

D. Babbel

1

2  indication of the value of the contract?
3         MR. TAMBE:  Objection to the form
4    of the question.
5  A.   Assuming the market was unwilling
6  to transact, I presume there would be a price,
7  some price that would induce someone to go
8  into it.  But to me, it doesn't indicate the
9  value of the floating rate of a swap or a
10 fixed leg rate of a swap.
11 Q.   I thought -- sorry.
12 A.   That's enough.
13 Q.   Well, it's correct that you would
14 assume that somebody would be willing to
15 transact at some price, because that's
16 consistent with your financial theory,
17 correct, about how markets operate?
18 A.   Yeah.  And you'd think at some
19 price you could attract someone.  I don't know
20 what that price would be.  But it's not
21 particularly relevant.
22         Because what you're looking for
23 is what the value of the two legs happen to be
24 on the day of the termination, or rejection, I
25 should say.

**Page 152**

D. Babbel

1

2  Q.   The forward curve, as we've
3  talked about, is based on data from market
4  transactions.  Why isn't the inability or the
5  lack of a transaction a relevant piece of data
6  that should be considered?
7  A.   Because there were thousands of
8  transactions on the same LIBOR curve during
9  any given day.
10 Q.   But there hasn't been a
11 transaction in an RFA since 2009.  Why isn't
12 that data relevant?
13 A.   You can get the same amount of
14 dollars on some other kind of instrument.  The
15 fixed rate back in 2009 was about 5-something
16 percent.  They were being offered 4.484.
17         It's just that TSA, because of
18 their indenture, wasn't able to take advantage
19 of that.  So that means they would have to do
20 the floating rate leg, which is worth the same
21 amount of money, if you're trying to figure
22 out how much money was lost and what it's
23 worth.
24 Q.   I'm just trying to understand why
25 it is that you take into account certain

**Page 153**

D. Babbel

1

2  market data but then refuse to take into
3  account other market data?
4         MR. TAMBE:  Objection to the form
5    of the question.
6  A.   I'm looking at the present value
7  of a cash flow strain.  We already talked
8  about the fixed rate leg and we talked about
9  the floating rate leg.  The present values can
10 be determined, and you can get pretty accurate
11 valuations on those.
12         Whether TSA had restricted itself
13 through an indenture or something to take
14 advantage of certain legs of the transaction,
15 they nonetheless had all the money.  And the
16 transactions had the same -- the legs have the
17 same value whether TSA can take advantage of
18 one leg or the other.
19 Q.   Did you take into account the
20 mandatory cleanup call provision of the RFA?
21 A.   Yes, I read it.  It means there's
22 a potential cancellation TSA could do.  I
23 looked at whether there was optionality
24 involved.  There isn't in the financial sense,
25 but there is in a legal sense, I suppose.

Page 154

1          D. Babbel
2          The financial sense optionality
3    means you can willfully do something just
4    because you find an advantage to doing so.
5    And instead, this was precipitated by
6    something outside their control.
7       Q.   Are you aware of any swap
8    transactions where an event -- I don't know if
9    that's a word you feel comfortable -- but an
10   event can trigger a par call?
11      A.   Sure, cancellable-type swaps.
12   And in this particular case, it must have been
13   embedded in the original agreement that
14   pricing would have reflected the fact that TSA
15   had this cancellation provision that might be
16   invoked.
17      Q.   So a callable swap might have
18   been an appropriate alternative investment
19   vehicle for TSA?
20          MR. TAMBE:  Objection to the form
21      of the question.
22      A.   I talked about cancellable swaps.
23      Q.   Maybe I'm misunderstanding the
24   distinction between callable and cancellable.
25      A.   Yeah.  Cancellable was outside of

Page 155

1          D. Babbel
2    the volition of the TSA, as I understand it.
3    And so it doesn't invoke the option pricing.
4    Instead, it invokes actuarial type pricing
5    where you look at probabilities.
6          It's sort of like mortgage
7    backed -- well, no.  Mortgage-backed
8    securities actually -- some of the
9    mortgage-backed securities have options in
10   them where people will cancel them en masse
11   because of an interest rate change.
12          But these are, sort of, outside
13   the control of TSA.  So you just put
14   expectations on it and you price it.
15      Q.   You didn't calculate the pricing
16   of what a cancellable swap would be in March
17   2009.  Right?
18      A.   No.
19      Q.   Or what it would have earned in
20   terms of a floating rate?
21      A.   No.
22      Q.   If you turn to page 6 of your
23   report.  At the bottom of page 6, you
24   analogize the forward rate to the algebraic
25   equation, 5 plus "X" equals 8.  Correct?

Page 156

1          D. Babbel
2       A.   I analogize the facility with
3    which you can calculate forward rates as that
4    equation, 5 plus "X" equals 8.
5       Q.   Well, just so we understand:  5
6    plus 3 equals 8 today, tomorrow, the next day.
7    It always equals 8.  Correct?
8       A.   Yes.
9       Q.   But as you've indicated, the
10   forward curve on March 25 is going to give a
11   different algebraic equation than a forward
12   curve is on December 24 or 25.  Well, the 25th
13   is a holiday.  You probably don't have too
14   many transactions on it.  Correct?
15      A.   Correct.
16      Q.   So the notion that X is not
17   speculative and is reliable and ambiguous,
18   only pertains to the one day for which the
19   forward curve is calculated.  Fair?
20          MR. TAMBE:  Objection to the form
21      of that question.
22      A.   I wouldn't state it that way.  I
23   would just state that X is the solution to the
24   equation, and it's always that solution to
25   that equation.  Every day there's another

Page 157

1          D. Babbel
2    equation, and you can solve for the new X.
3       Q.   But you can't, you can't use the
4    equation -- unlike 5 plus X equals 8, which is
5    always true, you can't use the equation to
6    determine actual interest rates one or two
7    years from now, or three or four years from
8    now.  Correct?
9       A.   I wouldn't use 5 plus X equals 8
10   to determine interest rates.  I'm not sure
11   what you mean.
12      Q.   You can't use the forward curve
13   to determine interest rates five, ten,
14   fifteen, twenty years out.  Correct?
15      A.   You can use forward rates how you
16   want to.  Some people might use it for that
17   purpose.
18      Q.   But that would be speculating.
19      A.   Well, it could be reasoned
20   through various other principals.  The forward
21   rates reflect the best information the market
22   has, not only on future interest rates, but on
23   credit risk and on liquidity and everything
24   else the market puts into that calculation of
25   a forward rate.

D. Babbel

1          D. Babbel
2      So some people try to extract the
3 other information and find out the pure,
4 implicit forecast that might be in the forward
5 rate. And other people say that you don't
6 accept those assumptions.
7    Q.   What about you?
8    A.   I've looked at forward rates, and
9 I've looked at all sorts of ways of
10 forecasting future interest rates. I've read
11 the literature. I must have read a -- I'm
12 just guessing -- 40 or 50 papers on it.
13    Q.   Do you --
14        MR. TAMBE: You want to let him
15   finish his answer.
16        MR. LAWRENCE: I thought he was
17   finished.
18    A.   There's a mixed response. Some
19 people have better success with them than
20 others, depending on what else they put in
21 their model to filter out the other factors.
22    Q.   Do you believe that's an accurate
23 way to forecast interest rates five years out?
24        MR. TAMBE: Objection to the form
25   of the question.

D. Babbel

1          D. Babbel
2    You can answer.
3    A.   Well, earlier on in the
4 deposition, we talked about "reliable." I
5 said, "What's reliable? One basis point out
6 of 100?" And I think I said 6.4 or 6.42 or
7 something like that. And you said, "Let's
8 start with that."
9    I have the same problem with the
10 question you just gave. Do you think that
11 forward rates give an accurate prediction of
12 future spot rates of interest? I don't know.
13    If you had asked the question:
14 "Are they better than other forecasting
15 techniques?" They're better than a lot of
16 forecasting techniques. I've read a lot of
17 papers showing that. But a forward rate can
18 only reflect the information we have available
19 today, and tomorrow is another day.
20    I would say the same thing about
21 the stock market. You can't predict the
22 dividends and the earnings of companies in the
23 future very well. Neither can I. And yet the
24 market has a price that it's worth today. And
25 we have to transact at that price. We don't

D. Babbel

1          D. Babbel
2 get the choice.
3    Well, we get the choice not to
4 buy or not to sell, but we don't get to pick
5 our own value. Because no one is going to do
6 that. They use the market value.
7    Q.   TSA would have liked any value,
8 but they couldn't get any from a market quote?
9        MR. TAMBE: Objection to the form
10   of the question.
11        MR. LAWRENCE: Strike that.
12    Q.   On the next page, you state --
13 this is in the bottom paragraph there -- "In
14 particular, note that the near-term rates for
15 March 2009 are very low, and then from that
16 point the interest rate rises quite steadily."
17    Do you see that?
18    A.   Where is that?
19    Q.   Bottom of page 7.
20    A.   Yes, they are very low. That's
21 right.
22    Q.   Is it fair that near-term rates
23 are typically very low compared to other
24 rates?
25    A.   No. We already talked about the

D. Babbel

1          D. Babbel
2 term structure, and it's typical that maybe 70
3 percent of the time -- I've seen some studies,
4 some historical studies. About 70 percent of
5 the time, the near-term rate is lower than the
6 rate two years later or three years later.
7 But I've seen also near-term rate at 18 to 21
8 percent and the long-term at 12.
9    Q.   I assume you would acknowledge
10 that was in another anomalous period in the
11 late '70s. Correct?
12    A.   It was certainly a period of a
13 lot of volatility and uncertainty.
14    Q.   Can you turn to page 9.
15    A.   Yes.
16    Q.   The second full paragraph
17 includes, "I conclude that Messrs. Curry and
18 Hasterok's calculation of the termination
19 amount will certainly yield TSA substantially
20 more than the TSA contracted for with LBSF and
21 RFA."
22    Do you see that?
23    A.   Yes.
24    Q.   I need your help in understanding
25 that. How will the termination amount yield

Page 162

D. Babbel

1 D. Babbel
2 substantially more than what TSA contracted
3 for?
4       A.   Let me look at the full
5 paragraph.  Just a second.
6       Q.   Sure.
7       A.   (Document review.)  Well, yes,
8 they did three things in their calculation,
9 all of which inflate the value to TSA of the
10 contract.
11       Q.   And I understand your opinion on
12 that.  I'm just trying to specifically
13 understand this sentence.
14            What is the yield that TSA
15 contracted for?  Maybe that's what I'm trying
16 to figure out.  I mean, TSA contracted for a
17 guaranteed rate of 4.484 percent.
18       A.   Okay.  I see.  Maybe the choice
19 of my word "yield" is signifying to you
20 something to you other than I intended.  I
21 could have used the word "give," "provide,"
22 "earn," something else.  I don't mean an
23 interest rate.  I mean a return.
24       Q.   So again, I'm trying to
25 understand, TSA contracted to get 4.484

Page 163

D. Babbel

1 D. Babbel
2 percent from Lehman Brothers.  Correct?
3       A.   That's right.  And also to give
4 them a floating rate opportunity to invest 45
5 million for some 20-plus years.
6       Q.   Right.  But I'm saying, from
7 TSA's point of view, they gave over $45
8 million every six months, and they got back
9 4.484 percent?
10       A.   Plus 45 million.
11       Q.   Plus 45 million, exactly.
12            So how does Curry and Hasterok's
13 calculation yield or earn more than that?
14       A.   Curry and Hasterok were taking
15 some historical average rate over four months,
16 or something like that, and assuming it goes
17 on forever.  And instead of -- that's one
18 problem.
19            The second problem is that they
20 discounted it, not by the rate the whole
21 market uses, but they discounted it by that
22 similar rate.  They set their cash flows based
23 upon that same rate prevailing.
24            Well, that same rate hasn't
25 prevailed maybe one or two days out of the

Page 164

D. Babbel

1 D. Babbel
2 last four years, .65, it's always changing
3 each day.  They assumed it for the next 23
4 years.  There's never been a period in our
5 history like that.
6            If you ask any economist or just
7 ask the market:  What are you predicting, or
8 what are you thinking about the future?
9 They're saying we face some very rough water
10 ahead because of the monetary policy that
11 we've undertaken as well as our fiscal policy.
12            So inflation is down the road.
13 We just don't know when it's going to hit.
14 But when it does, interest rates reflect the
15 inflation rate.
16       Q.   Let me ask it a different way.
17            Do you have an opinion as to what
18 earnings TSA contracted for with Lehman
19 Brothers in the RFA?
20       A.   I have an understanding that TSA
21 contracted for 4.484 percent.
22       Q.   And how is Curry and Hasterok's
23 calculation of the termination amount going to
24 yield more than what TSA contracted for?
25       A.   We don't know what it's going to

Page 165

D. Babbel

1 D. Babbel
2 yield.  We only know one thing -- and I'd
3 stake my reputation on this -- that it's not
4 going to be -- that the markets are not going
5 to provide 0.65 percent from now for the next
6 23 years.  There's zero percent chance of that
7 happening.
8       Q.   And would you agree there's a
9 zero percent chance of the market providing
10 the yields reflected in the forward curve as
11 of March 25, 2009, over the next 23 years?
12       A.   I would agree that the market
13 will provide more or less than the forward
14 curve.  Some years more; some years less.
15       Q.   If I bought a ten-year treasury
16 on March 25, 2009, and my partner buys
17 six-month treasury bills -- buys six-month
18 treasury bills every six months for ten years,
19 do you believe that they're going to end up in
20 the same place in terms of the amount of money
21 they've earned over that ten-year period?
22       A.   I don't know.
23       Q.   You can't tell based on the
24 forward curve.  Correct?
25       A.   No.

D. Babbel

1
2    Q.   Is that correct?
3    A.   That's correct.
4    Q.   If you turn to page 12, you have
5 two -- you have a chart on page 12 and a chart
6 on page 13 showing curves.  What is the point
7 of those two charts?
8    A.   Two points:  First, that the term
9 structures -- the spot rates are extremely
10 important in valuing things, so important that
11 the treasury goes through the trouble of
12 calculating every single day of the year.  Not
13 only the treasury, but now we have all these
14 other private corporations that are trying to
15 get a more refined calculation.
16        Secondly, that the treasury
17 calculates the forward rates every day for
18 every year since 1960, not just the U.S.
19 Treasury, but every other place.  Like Goldman
20 Sachs, like Lehman Brothers, like Merrill
21 Lynch, like just about every other trading
22 house, calculates these forward curves and
23 spot curbs every day; in fact, every minute of
24 the day because they're important in valuing
25 instruments.

D. Babbel

1
2        And I just want to show you some
3 evidence of that.  Because it sounded like
4 from the report -- until I heard the
5 depositions from the report of Curry and
6 Hasterok, it sounded like they were eschewing
7 the use of forward and spot rates when they're
8 primary tools in the valuation in the
9 marketplace.  Now, their depositions said that
10 they agreed, then they always used them
11 themselves.
12    Q.   The disagreement is whether or
13 not forward curves are a usable tool for a
14 contract that is not being transacted.  And I
15 know you think it's okay, and they think it's
16 not.
17    A.   Uh-huh.
18    Q.   Is there any publication that you
19 can point to that gives us guidance as to how
20 we should value when there's no market to
21 transact in a certain asset?
22    A.   Sure.  The Accounting Standards
23 Board has produced a hierarchy for use in
24 valuation and reporting.  And what they say
25 is: If you cannot find active trades, quotes,

D. Babbel

1
2 then you can use -- the second tier would be
3 to mark the model.  Then the model needs to be
4 consistent with things that are accurately
5 traded, which tell you the value of money at
6 different points in time for future delivery.
7    Q.   So you're talking about the FAS
8 150?
9    A.   I think it's 150.
10    Q.   What's owed by Level III assets?
11    A.   What about them?
12    Q.   How do you value those?
13        MR. TAMBE:  Objection to the form
14 of the question.
15    A.   I don't remember.  I remember
16 reading it.
17    Q.   Do you know whether or not banks
18 consider Tobacco RFA's to be Level III assets
19 or Level II assets?
20    A.   I don't know.
21    Q.   And you don't have an opinion as
22 to whether it's a Level II asset or Level III
23 asset.  Is that correct?
24    A.   That's correct.
25    Q.   Okay.  If you turn to page 14.

D. Babbel

1
2    A.   (Complying.)
3    Q.   You have a Table 1.  Do you see
4 that?
5    A.   Yes.
6    Q.   And these are published by the
7 Fed Reserve Board?
8    A.   Yes, economists that were
9 contracted by them and one of them who works
10 with them.
11    Q.   And what does that tell us
12 about -- just so I can understand the table --
13 it says, "Year 1, spot rates of interest, .66
14 percent.  Forward rates of interest .92
15 percent."
16        What is that telling me?
17    A.   Yes.  From time 0 to time 1, the
18 amount of yield you can get for a one-year
19 instrument is .66 percent.  And the forward
20 rate of interest for time 1 to time 2 is 0.92
21 percent.  So that's one year looking forward.
22    Q.   I'm sorry.  Is that -- I just
23 want to make sure I understand.  Are you
24 saying that the -- that the .92 percent
25 interest is what you need to earn in the

Page 170

D. Babbel

1
2   second year to get to the .95 percent spot
3   rate?
4       A.   Good question.  I need to check
5   that.
6           I looked at it, and I can't
7   remember right now.
8       Q.   But if I were buying a one-year
9   treasury on March 25, 2009, I'd be able to get
10  .66 percent interest for that one-year
11  treasure.  Correct?
12      A.   Yes.  That's their spot rate.
13  And that's based on treasury bonds and not the
14  bills.
15      Q.   Sorry.
16      A.   The treasury also uses a slight
17  smoothing routine that isn't used by all the
18  market -- by some market participants.  So you
19  get a smoother curve when the treasury does
20  it.  That's just their preference.
21      Q.   Are you familiar with ISDA?
22      A.   I know of it, yes.
23      Q.   What is ISDA?
24      A.   It's a protocol for swaps and
25  derivatives, and that's the S and the D.

Page 171

D. Babbel

1
2       Q.   You're right.  Do you understand
3   how it's used in the industry?
4       A.   Well, they have, sort of --
5           MR. TAMBE:  Objection to the form
6       of the question.  "How" -- what's --
7       "used in the industry"?
8           MR. LAWRENCE:  The ISDA master
9       contract and schedule are used in the
10      industry.
11      A.   So that's -- now you took away my
12  answer.  That's what I was going to say.  They
13  have a master, sort of, a standard form
14  agreement that can be modified.  But that's
15  the standard, a starting place.
16      Q.   Was the TSA RFA subject to the
17  ISDA master schedule?
18      A.   Don't know.
19      Q.   Is the TSA RFA a derivative
20  transaction?
21          MR. TAMBE:  Objection to the form
22      of the question.
23      A.   How are you defining a
24  derivative?
25      Q.   How would you define a

Page 172

D. Babbel

1
2   derivative?
3       A.   I would define a derivative as
4   something whose value depends upon the value
5   of something else.
6       Q.   Based on that definition, do you
7   consider the TSA RFA to be a derivative
8   transact?
9       A.   I don't opine on that.  What I
10  opine on is that it could be valued using
11  methods that are appropriate for derivatives
12  and nonderivatives.
13      Q.   Isn't the RFA securities
14  transaction what a dealer would typically
15  hedge using derivative transactions?
16          MR. TAMBE:  Objection to the form
17      of the question.
18      A.   I don't know whether a dealer
19  would typically hedge it.  I know that dealers
20  can hedge it, at least to some extent.
21      Q.   Well, with your experience in the
22  marketplace, you don't know whether or not
23  dealers would typically hedge an RFA
24  transaction?
25      A.   I know what Goldman would do, and

Page 173

D. Babbel

1
2   I have an understanding of what most dealers
3   do.  They try to lock in a profit and hedge
4   out the rest and move on.
5       Q.   Do you know what Lehman did in
6   this case?
7       A.   No.
8       Q.   So on page 19, you identify four,
9   I guess, economic theories -- sorry, 15.  On
10  page 15, you talk about four theories, regard
11  that one might use to look at future levels of
12  interest rates.  Is that correct?
13      A.   Yes.
14      Q.   And would you agree that all four
15  of those theories would have predicted
16  different interest rates for the period 2009
17  to 2014 than in actuality occurred?
18      A.   I don't know.  I haven't -- the
19  theories are -- they're not that simple that I
20  could respond without doing some calculations.
21      Q.   On page 16, in the middle of the
22  paragraph on that page, you say Messrs. Curry
23  and Hasterok have simply ignored the fact that
24  to make forward commitments, the providing
25  institution, LBSF, will have to incur the

Page 174

D. Babbel

1  market costs of doing so.  And those market
2  costs are reflected in the term structure of
3  interest rates."
4      Do you see that?
5      A.  Yes, yes.
6      Q.  Can you help me -- explain that
7  sentence to me.
8      A.  Yes.  Mr. Curry and Hasterok
9  have -- let me start over again.
10      Lehman Brothers and LBSF are
11  going to be making commitments, putting Lehman
12  on the line for a number of years in the
13  future.
14      And if they're going to be
15  providing payments to TSA, they have to figure
16  out how to get those payments and the
17  appropriate amounts to TSA.
18      A typical dealer will not just go
19  naked on it.  They will hedge it, and they
20  will find market instruments that provide
21  those sorts of cash flows.
22      Q.  When you say "market costs,"
23  you're talking about of obtaining hedges?
24      A.  Yes.

Page 175

D. Babbel

1      Q.  Now, you reviewed the valuation
2  matrix that was prepared by Messrs. Curry and
3  Hasterok?
4      A.  I read about it.
5      Q.  One of the items on the matrix
6  was a callable swap, and it had a yield
7  associated with that.
8      Do you recall that?
9      A.  I recall that.
10      Q.  Did you do any research to
11  determine whether or not they used the correct
12  yield for that type of instrument?
13      A.  No.
14      Q.  Did you do any research to
15  determine whether or not the yields identified
16  in the valuation matrix were accurate or not?
17      A.  No.  That was not my task.
18      Q.  And I take it you were not asked
19  to review the calculation of SWAP
20  Financials.  Is that correct?
21      A.  That's right.  Let me say, your
22  question was not asked to review the
23  calculation.  So that's correct.  I did not
24  review the calculation.  I did look at the

Page 176

D. Babbel

1  methodology, but I didn't verify anything,
2  replicate anything.  I was not asked to do any
3  valuations.
4      Q.  You were not asked to provide any
5  opinion, at least as far as I see in your
6  report, about swaps?
7      A.  About swaps?
8      Q.  About the SWAP Financial
9  calculation?
10      A.  That's correct.
11      MR. LAWRENCE:  Why don't we take
12  five minutes and see if we're about
13  done.
14      MR. TAMBE:  Okay.
15      (Recess taken from 3:43 p.m. to
16  3:53 p.m.)
17      (Continued on the next page.)

Page 177

D. Babbel

1  BY MR. LAWRENCE:
2      Q.  Under your contract with Jones
3  Day, I understand there's a cap on fees of
4  $75,000.  My question is:  What fees have been
5  incurred to date?
6      A.  $75,000.
7      MR. LAWRENCE:  That's it.  Thank
8  you.
9      (Time noted:  3:53 p.m.)

*(Line numbers 1–25 in left margin.)*

Page 178

```
 1              D. Babbel
 2        A C K N O W L E D G M E N T
 3
 4   STATE OF           )
 5                     : ss
 6   COUNTY OF         )
 7
 8        I, DAVID F. BABBEL hereby certify
 9   that I have read the transcript of my
10   testimony taken under oath in my
11   deposition of March 7, 2014; that the
12   transcript is a true, complete and
13   correct record of my testimony, and that
14   the answers on the record as given by me
15   are true and correct.
16
17   _____
18        DAVID F. BABBEL
19
20   Signed and subscribed to
21   before me this _____
22   day of _____, 2014.
23   _____
24   Notary Public
25
```

Page 179

```
 1              D. Babbel
 2        C E R T I F I C A T E
 3
 4   STATE OF NEW YORK    )
 5                       : ss.
 6   COUNTY OF NASSAU     )
 7
 8        I, PATRICIA A. BIDONDE, a Notary
 9   Public within and for the State of New
10   York, do hereby certify:
11        That DAVID F. BABBEL, the witness
12   whose deposition is hereinbefore set
13   forth, was duly sworn by me and that
14   such deposition is a true record of the
15   testimony given by the witness.
16        I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage, and that I
19   am in no way interested in the outcome
20   of this matter.
21        IN WITNESS WHEREOF, I have
22   hereunto set my hand this day,
23   March 17, 2014.
24   _____
25        PATRICIA A. BIDONDE, RPR
```

Page 180

```
 1              D. Babbel
 2        I N D E X
     Examinations                    Page
 3
     MR. LAWRENCE                     5
 4
 5   Babbel                  Page  Line
 6
 7   Exhibit 1   Report of David F. Babbel.... 41   9
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 181

```
 1              D. Babbel
 2   ERRATA SHEET FOR THE TRANSCRIPT OF:
 3   Case Name:  In Re:  Lehman BROTHERS HOLDINGS.
 4   Dep Date:      March 7, 2014
 5   Deponent:     DAVID F. BABBEL
 6   Pg. Ln.  Now Reads    Should Read      Reason
 7   ___ ___ _____ _____ _____
 8   ___ ___ _____ _____ _____
 9   ___ ___ _____ _____ _____
10   ___ ___ _____ _____ _____
11   ___ ___ _____ _____ _____
12   ___ ___ _____ _____ _____
13   ___ ___ _____ _____ _____
14   ___ ___ _____ _____ _____
15   ___ ___ _____ _____ _____
16   ___ ___ _____ _____ _____
17   ___ ___ _____ _____ _____
18   ___ ___ _____ _____ _____
19
20              _____
21              Signature of Deponent
22   Signed and subscribed to before me
23   this ____ day of _____, 2014
24   _____
25   Notary Public
```

**A**

**ability** 18:10 19:11
  35:2,15 105:12,15
  116:24 117:2
**able** 15:21 19:6
  81:19 87:4 118:20
  118:22 130:25
  131:18 146:6,12
  152:18 170:9
**absconded** 24:11
**academic** 38:13
**academics** 71:7
**accept** 158:6
**accompanying**
  112:24
**account** 63:19
  64:11 68:16 85:4
  152:25 153:3,19
**accounting** 167:22
**accurate** 15:16,19
  16:3 27:23 89:24
  90:6 91:3 153:10
  158:22 159:11
  175:17
**accurately** 168:4
**achieve** 118:20
**acknowledge** 59:7
  161:9
**acknowledged**
  117:14
**acquired** 9:14
**acting** 135:17
  136:2
**action** 50:3 179:18
**actions** 55:16
**active** 18:12 34:9
  127:22 132:3,5
  167:25
**actual** 9:23 21:6
  55:3 57:3 76:2
  77:24 89:22 90:15
  90:19 91:23 92:6
  110:15,17 128:17
  129:7,23 136:9
  139:19,23 157:6
**actuality** 173:17
**actuarial** 155:4
**add** 27:19 39:19
  75:5 83:8 93:10
**added** 27:2

**addition** 10:5 26:25
**additional** 7:21,23
**address** 5:13 66:20
  125:20
**adjusted** 87:5
**adjusting** 61:25
**adjustments** 85:14
  99:13
**administer** 4:14
**administered** 1:6
**administration**
  103:17
**advantage** 116:24
  117:6,20 118:6,19
  140:18 152:18
  153:14,17 154:4
**advice** 10:8 11:22
  14:23 66:13
**advised** 68:6
**advising** 70:4
**advocated** 48:24
**agency** 82:25 83:5
  83:11,17,20 85:6
  85:12 90:11,16
  97:6 128:9
**ago** 19:10 49:23
  77:14 94:23
**agree** 63:6 72:14,19
  87:7 89:10,23
  91:7 92:4,23
  103:13 107:19
  114:5,11 120:5
  131:4,8,13 138:21
  165:8,12 173:14
**agreed** 4:3,8,12
  129:9 167:10
**agreement** 26:9,20
  37:11 63:16,21
  64:5,10,15,24
  70:11,17 124:20
  125:23 127:25
  132:7,9 154:13
  171:14
**agreements** 8:10
  8:22 23:3 29:2
  34:10 37:18,20,25
  38:10,19,24 39:5
  39:15,18 62:8,19
  63:3,7,12 127:3
  127:22

**ahead** 20:10 95:24
  164:10
**akin** 84:21
**al** 1:5
**alan** 99:15
**algebra** 82:14
**algebraic** 155:24
  156:11
**alter** 67:21
**alternative** 75:18
  100:25 101:15
  124:9 150:11
  154:18
**ambiguous** 156:17
**america** 47:5 62:21
**american** 58:15
**amount** 26:15
  56:21 65:12,22
  116:14 126:21
  130:9,12 136:16
  136:16 137:5,14
  137:19 138:7
  139:19 140:13
  152:13,21 161:19
  161:25 164:23
  165:20 169:18
**amounts** 137:4
  174:18
**analog** 29:19
**analogize** 155:24
  156:2
**analysis** 6:24 17:18
  60:19,24 61:8
  83:6
**analyze** 23:6
**analyzed** 10:15
**analyzing** 18:20
  38:5 66:25
**annuities** 62:3
**anomalous** 161:10
**answer** 14:5 15:5
  19:20 20:11 24:2
  25:16 26:14 30:5
  33:9 36:22 39:2,8
  41:5,23 42:7 57:9
  62:11 63:14 65:20
  70:23 73:18 74:16
  87:16 107:25
  108:16 120:23
  123:14 130:3

158:15 159:2
  171:12
**answered** 33:8
**answering** 132:20
**answers** 178:14
**anthem** 57:21
**anticipated** 74:13
**anyway** 45:22
  59:13 116:9
**apart** 37:20
**apparent** 137:11
**apparently** 31:9
  146:24 149:18,19
  150:16
**appear** 110:2 136:4
**applied** 11:4
  122:23
**apply** 80:14
**applying** 148:18
**appointments** 6:12
**appreciate** 5:20
**appreciated** 42:4
**approach** 15:8 71:8
**approaches** 15:13
  62:5
**appropriate** 8:25
  30:14 32:21 33:5
  52:2 53:13 67:18
  88:13,16 101:7
  102:3 104:5
  115:17 122:15,18
  154:18 172:11
  174:18
**appropriately** 82:2
**approximate**
  125:19
**approximately**
  45:12 126:11
**arbitrage** 104:23
**architecture** 88:25
**area** 37:7 99:20
  100:6,8
**arent** 31:12,24
  85:15 91:25 114:9
**arrangements** 39:7
**arrive** 101:15
**articles** 39:17
  46:10
**aside** 33:17 69:7
**asked** 14:22 33:8

**100**:20 140:19,24
  150:16,17,18
  159:13 175:19,23
  176:3,5
**asking** 30:24 41:22
  95:3 97:5 117:10
  123:25 124:4
  127:10,12,15,18
  140:3,20 147:3
**asks** 77:12
**assess** 10:16 15:21
  82:24
**assessing** 69:22
**assessment** 72:7
**asset** 7:24 19:13,16
  19:18 21:6 39:24
  40:2 44:8 67:8
  167:21 168:22,23
**assets** 39:22 61:13
  61:19 67:11,17
  68:7,8 168:10,18
  168:19
**assigned** 48:8
**assignment** 100:18
**assisted** 61:12,17
**associated** 21:10
  22:9 37:18 62:7
  66:14,20 70:10
  79:6 80:21 81:20
  115:11 146:13
  150:21 175:8
**assume** 29:16 68:9
  72:8 73:8 84:6
  115:13 121:15
  124:2 126:24
  127:11,18,20
  151:14 161:9
**assumed** 114:21
  126:22 133:16,17
  164:3
**assumes** 16:20
  18:11
**assuming** 36:9 37:2
  129:15,18 150:19
  151:5 163:16
**assumption** 18:21
  29:13 34:6,14
  81:15 95:23 116:2
  119:6,12 120:18
  124:3 133:15,24

134:11,13
**assumptions** 86:22
 87:19,21 93:11
 158:6
**attorneys** 3:5,13
 4:3
**attract** 74:3 151:19
**authority** 3:14 5:19
 106:12,13,20
 122:10 123:9
**authorized** 4:14
**authorizing** 122:9
**authors** 43:25 44:3
**available** 10:23
 12:6 17:9,10
 18:19 19:8,17
 31:11 34:20 76:14
 77:6,12 85:3 86:3
 112:11 118:15,16
 125:18,24 127:4
 136:10 139:13
 142:3,5 159:18
**avenue** 3:15
**average** 17:6 80:10
 163:15
**aversion** 89:2
**avoid** 45:3
**avoidance** 47:14
**aware** 23:3 103:5
 154:7
**awry** 50:24

**B**
**b** 5:3,3,3 99:4,4,4
 180:4
**babbel** 1:13 2:10
 5:1,11,12 6:1 7:1
 8:1 9:1 10:1 11:1
 12:1 13:1 14:1
 15:1 16:1 17:1
 18:1 19:1 20:1
 21:1 22:1 23:1
 24:1 25:1 26:1
 27:1 28:1 29:1
 30:1 31:1 32:1
 33:1,4 34:1 35:1
 36:1 37:1 38:1
 39:1 40:1 41:1,9
 41:10 42:1 43:1
 44:1 45:1 46:1

47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
178:8,18 179:1,11
180:1,5,7 181:1,5
**back** 9:21 22:5
 23:15 24:12,14
 26:20 36:18 43:3
 44:15,22,23 45:5

46:9 58:6 60:8
65:23 94:22 95:22
101:2,16 107:22
118:4 123:22
126:25 140:22
142:18,24 144:10
148:8 149:24
152:15 163:8
**backed** 155:7
**background** 6:7,8
**backing** 54:12
 79:25
**bad** 17:12
**bank** 8:18 11:5,25
 12:3 44:5 50:11
 62:21
**bankinter** 55:6,6
 55:11,21
**bankrupt** 124:21
**bankruptcy** 1:2
 22:17 56:8,17
 121:18 124:25
**banks** 11:17 168:17
**baseball** 17:5
**based** 17:13 71:23
 73:19 74:7 86:18
 94:12 96:15 97:8
 97:23 98:5 106:5
 111:12 133:24
 134:10,13 144:18
 152:3 163:22
 165:23 170:13
 172:6
**basic** 6:4
**basically** 132:24
**basis** 64:16 82:4,22
 128:10 133:9,22
 146:7 159:5
**batting** 17:6
**beginning** 64:16
 137:15
**behalf** 53:3,24
 57:22 59:17
**beholden** 71:19
**believe** 9:15 118:9
 123:8 135:16
 158:22 165:19
**belly** 25:21
**beneficial** 14:3
**berkley** 59:13

62:22
**best** 26:11 29:21
 33:18,18 44:17
 86:4 97:5 125:19
 126:4 133:5 135:4
 139:12 157:21
**better** 12:15 28:14
 53:17 72:6,6
 108:7 120:9
 135:21 158:19
 159:14,15
**bid** 77:22 78:8
**bidonde** 1:24 2:13
 179:8,25
**bids** 77:12
**big** 98:9 135:12
**biggest** 7:10 61:22
**bill** 17:12 81:24
 82:7
**bills** 165:17,18
 170:14
**binational** 45:21
**bit** 6:6 12:8 76:7
 85:2 142:6
**bless** 98:4
**block** 11:6
**blood** 179:18
**board** 167:23 169:7
**boiled** 58:21
**boilerplate** 59:4,8
**bold** 59:2
**bond** 20:14 21:10
 24:4,8 68:21 79:5
 79:6 80:3,4,8,17
 80:18,23,25 81:20
 81:23 82:8,11
 84:21 122:9
**bonds** 16:6,15
 20:25 21:14,19
 22:9 22:22 43:10
 45:17,18 54:4,14
 68:15,24,25 69:10
 69:11,20 79:8
 81:2 82:20 85:19
 105:24 170:13
**bonus** 65:4,4,18
**book** 44:12,20
**books** 44:6 45:9
 99:17
**bootstrapping**

81:18 83:13
**bothers** 108:6
**bottle** 84:23
**bottom** 155:23
 160:13,19
**bought** 21:23
 129:15,16,19
 165:15
**breached** 61:9
**break** 42:9 52:19
 98:11 145:22
**bridge** 69:15
**briefly** 47:2
**brine** 47:4
**bring** 21:17
**broad** 46:22
**broadly** 40:8
**brokerage** 9:13
**brothers** 1:4 31:22
 55:15,22 61:24
 126:11 163:2
 164:19 166:20
 174:11 181:3
**bryn** 5:14
**bucket** 105:20
**bunch** 44:23 86:22
 93:11
**burden** 136:11,12
**business** 5:13 24:25
 26:5 43:7 117:16
**buy** 7:9 20:2 40:6
 78:25 95:24 117:7
 117:9 124:19
 160:4
**buyer** 7:10 134:17
**buying** 18:17 88:2
 170:8
**buys** 165:16,17

**C**
**c** 3:2 5:2 178:2
 179:2,2
**calculate** 15:11,13
 15:19 27:13 28:24
 35:3 36:12 67:4
 79:14 129:21
 144:4,8 155:15
 156:3
**calculated** 79:7
 81:25 98:5 100:25

156:19
**calculates** 166:17
166:22
**calculating** 166:12
**calculation** 15:10
27:6 28:2 29:14
32:24 33:2 60:10
101:19 128:7,12
157:24 161:18
162:8 163:13
164:23 166:15
175:20,24,25
176:10
**calculations** 17:7
60:21 173:20
**calculator** 96:16,20
**calibration** 93:23
**california** 58:25
69:17
**call** 44:21 52:19
59:5 95:18 97:14
97:16 153:20
154:10
**callable** 154:17,24
175:7
**called** 5:4 15:24
81:17 99:12
**calling** 112:20
**cancel** 155:10
**cancellable** 154:22
154:24,25 155:16
**cancellabletype**
154:11
**cancellation** 153:22
154:15
**cant** 32:2 44:18
57:12 60:14 74:6
80:16 105:9 106:5
106:9 121:2,3
132:12,15 134:20
142:8 147:24
157:3,3,5,12
159:21 165:23
170:6
**canvassing** 149:5
**cap** 177:4
**capability** 107:10
**capable** 148:18
**capital** 71:17
**caplets** 65:10

**caps** 65:10
**carolina** 22:13
**case** 1:4 5:22 6:9
22:16 30:14 47:7
47:16,19 49:24
50:8,10 51:5
52:25 53:5,22
55:5,19 57:13
58:18,20,21,21
60:14 61:5 63:17
70:9,17 97:24
137:10 150:5
154:12 173:6
181:3
**cases** 10:12 46:3,25
49:2 52:24 58:7
60:15 89:16
**cash** 13:3 19:22
21:9 22:5,9,22
23:14,19 33:12,20
39:3 71:3 74:7,8
74:13,18,22,23
79:19,20,21,23
85:15,17 102:11
105:2,21 115:9,15
150:21 153:7
163:22 174:22
**caused** 72:20
**cd** 13:18
**cds** 11:17 12:2
14:16
**certain** 48:10,16
71:23 75:10
152:25 153:14
167:21
**certainly** 8:13
52:15 74:12 97:17
132:4 141:20
161:12,19
**certainty** 82:13
146:11
**certificates** 11:7
**certify** 58:10 178:8
179:10,16
**cetera** 134:13
**chance** 65:6 124:6
124:25 165:6,9
**chances** 87:12
**change** 65:24 67:20
70:14 77:20

155:11
**changed** 6:16 26:22
**changes** 6:18
**changing** 164:2
**chapter** 1:4
**chapters** 44:4
**characteristics**
12:21
**characterize** 40:3
**charge** 63:25 64:21
71:16
**charges** 64:17
**chart** 111:9,11
113:24 166:5,5
**charts** 166:7
**check** 170:4
**choice** 160:2,3
162:18
**cigna** 53:3,4,8
**circumstances** 61:4
**cite** 100:2
**cited** 100:6,7,13
**cities** 69:17
**civil** 20:19
**claim** 138:23
**claimants** 50:16
**claims** 50:15
**class** 57:23 121:14
**claston** 51:3,7
**cleanup** 153:20
**clear** 105:22
**clearing** 133:12
**clearly** 138:4
**clients** 7:7
**clone** 13:11
**close** 113:23 142:5
**closely** 7:5 79:22
**closer** 146:14
**cloth** 121:11
**cme** 133:10
**coin** 79:10 80:22
**collection** 44:2
**collectors** 21:3,8,24
23:22
**combination** 77:25
**come** 17:7,12 27:3
30:24,25 44:17
58:12 65:22 75:17
87:21 101:7 131:7
138:2,25 147:21

**comfortable** 154:9
**coming** 8:24
**commitment** 18:4
87:2,25 92:18
93:8,10 109:9
**commitments** 20:2
105:10 109:11
173:24 174:12
**common** 81:19
143:9
**commonly** 143:10
143:11
**companies** 39:22
40:5 59:22 62:4
67:5 159:22
**company** 39:25
47:20 59:16
**compare** 25:4,12
129:7
**compared** 160:23
**comparing** 90:18
111:20
**comparison** 45:21
**complete** 178:12
**completed** 77:24
**complex** 63:2
**complicate** 34:2
**complicated** 12:2
58:7 84:20
**complication** 85:13
**complications**
34:18
**complying** 169:2
**compute** 102:11
**computer** 144:19
**concern** 125:11
**concerned** 78:15
**conclude** 161:17
**conditions** 56:24
103:9
**conducted** 41:21
60:7,9,18
**conducting** 60:23
**confederacy** 20:15
20:18 21:11 24:4
24:8,10 54:10
**confederate** 21:14
21:19 22:9 23:20
**confirming** 104:14
**consensus** 91:18

109:10
**consequence** 71:22
**consider** 168:18
172:7
**considered** 68:7,8
68:24 99:24 152:6
**considering** 69:25
**consistent** 25:10
115:7 139:5
148:13 151:16
168:4
**constraints** 122:8
**constructed** 97:20
**constructing** 9:18
**consulted** 62:6,12
**consulting** 62:15
**contemplate**
131:14
**continue** 7:19
82:17
**continued** 35:6
99:6 119:14
176:18
**continuing** 124:15
**contract** 22:16,18
22:21 23:7,8 25:5
25:18 26:16,18
27:8,12,21 32:6
33:25 34:19,22
35:5 61:9 63:3
105:14 131:24
132:5,11 134:7
135:2 136:13
137:15 139:12,25
146:6 147:10,16
148:20,21 150:10
150:11,22 151:2
162:10 167:14
171:9 177:3
**contracted** 161:20
162:2,15,16,25
164:18,21,24
169:9
**contracts** 9:20
46:16 61:24 62:24
63:18 131:25
132:4 146:18
147:5
**contribute** 11:14
11:16,18

**control** 154:6
  155:13
**conventions** 134:8
**corporate** 67:22
  68:8,13
**corporations** 68:3
  166:14
**correct** 5:22,23 8:4
  8:7 13:16 16:18
  16:22 17:2,3,9,18
  18:8,9,13,23 21:7
  22:18 23:9 24:19
  27:8 29:2,3 32:13
  32:24 35:13,16
  36:19 38:2,3,11
  38:12 39:11 40:12
  40:19 55:3 57:6
  63:8 68:9,25
  69:25 70:7 73:10
  73:11 74:13,25
  76:5 81:3,7,12
  84:11,18 86:15,19
  90:12,13 93:17,20
  94:3,7,13,17
  95:17 97:2,3,9
  98:7 100:22,23
  101:8 102:12,17
  104:7 106:14,23
  107:17 108:11,13
  109:17,23 110:17
  110:18,24 111:6
  111:20,25 112:2,5
  114:22 117:3,23
  118:10,13,21
  120:20 124:13,17
  127:21 128:16,19
  128:21,24 129:5
  129:10,14,24
  131:16,17 133:23
  136:7,8 141:22
  142:25 143:15
  144:9,19 146:18
  146:23 147:6,11
  148:21,24 151:13
  151:17 155:25
  156:7,14,15 157:8
  157:14 161:11
  163:2 165:24
  166:2,3 168:23,24
  170:11 173:12

175:12,21,24
  176:11 178:13,15
**correctly** 13:15
  48:8
**cost** 87:25 118:24
  130:22
**costs** 87:5 107:13
  109:11 128:23
  136:18,22 174:2,3
  174:23
**couldnt** 28:17 73:6
  105:6 123:4
  149:15 150:22
  160:8
**counsel** 53:2
**counterparties**
  31:8,11,13,15,23
  33:24 124:23
**counterparty** 29:7
  29:10 31:7,18
  32:3 33:14,15,19
  34:20 63:22 64:4
  64:9,19 124:21
**countries** 63:4
**county** 178:6 179:6
**couple** 42:2 86:21
  87:19 150:19
**coupons** 82:8 84:24
  116:7
**course** 62:20,25
**court** 1:2 4:16
**courts** 30:14
**cousin** 12:17
**coventry** 51:17,19
**craig** 44:13
**create** 9:4 34:19
  81:21
**creating** 93:3
  106:12
**credit** 10:24 63:25
  64:17,20 68:21
  69:10,19 157:23
**creditworthiness**
  79:25
**crisis** 112:20
**criticism** 119:15
**criticize** 101:11
**criticizing** 104:11
**curb** 112:13
**curbs** 166:23

**currencies** 63:5
**current** 19:12,13
  20:13,20 30:17
  63:3 76:14 86:5
  96:16 97:11
**currently** 88:17
**curry** 100:21 102:9
  104:6,15 105:8
  114:22 115:15
  116:2 121:9 138:2
  149:6 150:18
  161:17 163:12,14
  164:22 167:5
  173:22 174:9
  175:3
**curvature** 86:12
**curve** 33:21 40:12
  40:15,18 41:2,25
  42:4 47:17 77:22
  78:17,17,19,23
  86:4,6,14,25 87:8
  87:13,17 89:13,14
  89:20,21,23 90:8
  90:9,20 92:15,22
  93:2,19,22,24
  94:2,12,16 95:4
  95:10,17,19 96:12
  97:8,10,11,14,18
  98:3 107:12 108:8
  109:14 110:2,5,20
  110:23 111:2,3,5
  111:24,25 112:3,5
  113:5,5,6,7,19
  114:2,8,20 115:17
  116:19,25 117:21
  118:8,14 131:7
  134:12 142:7
  143:23 144:2,8,9
  144:12,20 145:5,6
  152:2,8 156:10,12
  156:19 157:12
  165:10,14,24
  170:19
**curves** 45:19,19
  49:14,16,18,18
  111:15,16,18
  112:18 116:13
  130:16,18 136:23
  144:5,5 147:5
  166:6,22 167:13

**cv** 39:9

**D**
**d** 5:1,2,3,3 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1,4,4 100:1
  101:1 102:1 103:1
  104:1 105:1 106:1
  107:1 108:1 109:1
  110:1 111:1 112:1
  113:1 114:1 115:1
  116:1 117:1 118:1
  119:1 120:1 121:1
  122:1 123:1 124:1
  125:1 126:1 127:1
  128:1 129:1 130:1
  131:1 132:1 133:1
  134:1 135:1 136:1
  137:1 138:1 139:1
  140:1 141:1 142:1
  143:1 144:1 145:1

146:1 147:1 148:1
  149:1 150:1 151:1
  152:1 153:1 154:1
  155:1 156:1 157:1
  158:1 159:1 160:1
  161:1 162:1 163:1
  164:1 165:1 166:1
  167:1 168:1 169:1
  170:1,25 171:1
  172:1 173:1 174:1
  175:1 176:1 177:1
  178:1,2 179:1
  180:1,2 181:1
**daily** 123:3,4 133:9
  135:9 147:12
**damage** 30:6,13,16
  31:4 32:24,25
**damages** 30:8,9
  139:14 140:10,11
**dash** 84:4
**data** 11:13,15
  16:18,21,25 17:6
  17:9,10,13,18,20
  17:23 18:6,7,11
  18:21 19:9 20:6
  20:13,20 21:7,13
  54:25 57:4,5 73:9
  73:9 75:11,16,21
  76:12,16 77:14,16
  78:19 79:3 83:12
  83:17 86:4,7,15
  91:17 93:15,20,20
  93:23,24,25 94:2
  94:5 95:7,9,16
  96:16,23,23
  110:15 128:19
  141:25 152:3,5,12
  153:2,3
**date** 22:22 26:9
  27:7,8,22 41:11
  54:20 55:17 62:22
  110:21 116:16
  128:17 129:5
  177:6 181:4
**dated** 112:3
**dates** 73:22 85:22
  96:25 113:2,13,16
**david** 1:12 2:10
  5:11 41:10 178:8
  178:18 179:11

180:7 181:5
**day** 2:11 3:4 18:8
20:4 44:21 56:11
60:4 76:2,8 83:22
87:9 89:11,20
90:8 92:5,7 110:6
110:11,12 151:24
152:9 156:6,18,25
159:19 164:3
166:12,17,23,24
177:4 178:22
179:22 181:23
**days** 78:22 163:25
**daytoday** 89:14
146:15
**de** 36:17
**deal** 66:7 68:5
133:18
**dealer** 63:15 64:18
66:7 78:5 131:6
132:24 133:25
134:14,18 146:5
147:2,10,14 148:4
148:10 172:14,18
174:19
**dealers** 78:7 132:25
134:9 147:3
172:19,23 173:2
**dealerstandard**
134:15
**dealing** 67:20,21,25
68:2,12
**deals** 72:5
**dealt** 11:25
**dean** 3:22
**dear** 94:25
**debate** 98:9
**debt** 67:6,11 68:3,7
68:9,12,13,20
105:7
**debtors** 1:6 3:5
**december** 129:4
156:12
**decent** 58:11
**decide** 30:14
**decided** 65:6
**deciding** 18:17,18
**decision** 13:23
30:16
**decisions** 136:7

**decompose** 80:18
**deep** 83:14
**default** 64:20
**defaulted** 121:17
**defendant** 58:21
**deficit** 103:10
**define** 142:15
144:20 171:25
172:3
**defining** 120:12,14
123:16,17 171:23
**definitely** 44:10
**definition** 137:14
137:20,24 138:8,9
138:14 139:18
140:11 172:6
**definitions** 59:3
**degree** 113:3
**del** 3:9
**delivery** 168:6
**demand** 112:22
**demonstrates**
118:9
**dense** 16:14
**dep** 181:4
**department** 7:5,8
7:21 8:2
**depend** 28:9 29:6
61:3 70:10,19
80:12 93:22
**dependent** 69:20
130:16
**depending** 11:11
16:14 48:19 77:17
87:20 158:20
**depends** 16:18 30:6
30:13 33:13 64:12
64:13 69:4 71:12
86:14 93:20,24
94:16 116:25
130:4 142:14
172:4
**deponent** 181:5,21
**deposit** 11:7
**deposition** 1:13
2:10 4:12 5:17
52:11 128:5 159:4
178:11 179:12,14
**depositions** 136:5
167:5,9

**depth** 9:25
**derivative** 171:19
171:24 172:2,3,7
172:15
**derivatives** 7:2 9:5
99:13 170:25
172:11
**derived** 107:11
**describe** 10:22
**described** 9:9,22
62:17 85:5
**description** 39:3
**desk** 149:12,13
**detail** 101:24
**details** 70:20
**deteriorate** 31:19
31:20
**deteriorated** 49:8
**deteriorating** 49:12
**determine** 13:20
15:18 16:9,12
81:19 106:18
129:13 140:3
157:6,10,13
175:12,16
**determined** 20:4,4
130:13 136:17
153:10
**determining** 56:6
**detroit** 69:8,17
**development** 61:12
61:18
**deviance** 91:23
**diagnosed** 56:12
**didnt** 8:18 24:9
37:16,16,24 40:7
40:8 66:10 75:20
95:24 101:19
103:18 104:14,15
114:2,3 149:4
150:16 155:15
176:2
**differ** 48:19
**difference** 71:7
78:10,12 148:3
**differences** 68:18
**different** 10:25
11:11 12:5 13:3
17:7 18:18,19
39:5,6 76:15

79:24 80:22,25
87:21 90:22 91:3
91:8 92:6,25 93:5
93:5 107:4 110:3
110:8,9,11,22
111:14 112:7
131:19 132:11
156:11 164:16
168:6 173:16
**difficult** 72:25 73:3
**difficulty** 85:5
**diligence** 58:8
**direct** 16:15
**direction** 103:3
**directly** 13:10 16:7
40:25
**disagreed** 96:7
**disagreement**
167:12
**disclosure** 46:4
**discount** 28:3 29:4
30:17 32:22 33:5
36:7 75:4 82:3,4
115:10,16
**discounted** 163:20
163:21
**discussed** 142:20
**dispute** 47:12,24
49:7 50:13 51:11
51:21 53:10 54:3
55:13 57:25 59:20
**disruption** 72:20
**dissertation** 45:8
**distinction** 52:6
73:12 74:11 76:19
154:24
**distinguish** 17:25
40:7
**distinguishing** 75:7
**district** 1:3
**divided** 48:16
**dividends** 159:22
**division** 6:20 7:6
**doctoral** 45:7
**document** 42:19
43:13,19 59:10,12
136:24 137:3
162:7
**doesnt** 70:14 74:2,5
74:6 76:9 77:15

87:17 88:2,19
91:24 92:14 93:9
107:15,18 109:2,5
134:19 136:4
138:14 143:18
147:22,24 150:21
150:24 151:8
155:3
**doing** 12:8 16:22
22:13 27:25 38:22
46:20 61:6 67:22
78:16 83:19 96:23
132:22 137:9
154:4 173:20
174:2
**dollar** 80:9,11
116:15,18,21
117:15
**dollars** 28:24 54:8
116:15 121:17
125:7,8 138:24
152:14
**dont** 8:14 11:16,25
12:20 17:11 20:10
21:12 22:14 30:12
32:14 34:12 36:11
37:21 38:8 43:2
43:19 44:7,14,21
49:22 50:3,6 51:6
56:19,21 57:10,14
60:22 61:5,10
62:14 71:20,20
74:21 75:19 76:20
80:14 81:14 82:19
85:22 91:10,13
92:12 96:4,17
98:10 99:16 103:3
104:13 107:9,23
112:16 113:18
114:24 116:7
120:16,17 121:19
121:24 122:20,23
127:7 135:7,13
137:24 139:24
140:10 141:4,4
143:13 145:21
149:3,5,23 150:14
151:19 154:8
156:13 158:5
159:12,25 160:4

162:22 164:13,25
165:22 168:15,20
168:21 171:18
172:9,18,22
173:18 176:12
**downward** 112:24
**drawing** 74:11
144:14,18
**dried** 150:20
**due** 58:8
**duly** 5:4 179:13
**duration** 10:25
45:13 80:9,11
**duties** 7:22,24

**E**

**e** 3:2,2 5:2,2,3 99:2
99:2,4 178:2,2
179:2,2 180:2,4
**earlier** 34:6 35:12
90:21 126:16
142:6 159:3
**earliest** 144:10
**early** 103:16,23
104:2
**earn** 24:7 27:7 36:6
36:7 133:22
162:22 163:13
169:25
**earned** 25:4 36:15
129:8 155:19
165:21
**earnings** 159:22
164:18
**earth** 79:18
**easier** 41:13 145:5
**easily** 150:10
**east** 2:12 3:6
**economic** 138:25
173:9
**economist** 43:14
97:22 138:12,15
164:6
**economists** 12:22
91:14 94:6,25
95:12,20 96:18,19
97:4,9 137:25
138:5,8 169:8
**edge** 88:11
**effect** 4:15

**efficient** 15:11
**egyptian** 25:24
**eight** 87:11,11
90:11,14,17,19,20
92:5,7,19 93:4
94:11
**eightyearout** 92:24
**eisenhower** 103:17
**either** 20:2 27:2
87:25
**element** 64:4
**elements** 22:3,4
48:8
**eligible** 129:19
**eliminate** 35:2
**embedded** 109:10
154:13
**embeds** 88:17
**embraces** 130:17
**employment** 7:16
95:2
**en** 155:10
**ended** 16:4 135:2
**engaged** 61:8
**engineer** 59:14
**engineering** 43:20
46:8
**english** 57:19
**enjoyed** 101:3,17
**ensue** 126:6
**ensues** 91:24
**enter** 34:21 124:24
**entered** 26:20
124:19 125:22
133:18
**entering** 62:7 66:21
**entire** 31:19 60:8
95:21 113:18
121:8
**entirely** 150:20
**entities** 67:3
**entity** 8:6 67:20,22
68:2 118:19 137:9
**equals** 155:25
156:4,6,7 157:4,9
**equation** 93:14
155:25 156:4,11
156:24,25 157:2,4
157:5
**equity** 58:15

**era** 44:9 54:9
**errata** 181:2
**error** 119:5 137:16
137:18,25 138:5
139:3
**errors** 137:8
**escalating** 65:4
**eschewing** 167:6
**especially** 102:21
**esq** 3:8,9,10,18
**essentially** 124:20
**establishing** 55:25
**estates** 38:6,20
**estimate** 67:15
**estimation** 99:19
125:19
**et** 1:5 134:13
**evaluate** 71:4 72:4
**evaluating** 42:19
**evaluation** 61:22
**event** 154:8,10
**events** 72:14 77:18
**eventually** 69:17
**everysixmonths**
28:7
**evidence** 167:3
**evolve** 64:12
**exact** 12:21 91:7
137:11
**exactly** 31:2 42:25
83:21 125:2
163:11
**examination** 5:7
99:6
**examinations**
180:2
**examined** 5:5
**example** 11:2,20,24
39:9 64:5 76:22
84:2 124:8,10
128:9
**exception** 69:7
**exercise** 34:2 102:4
129:4 147:9
**exhibit** 41:9 180:7
**exist** 20:6 35:6
**existed** 45:18
**existing** 17:13
**exists** 25:19 106:13
**expect** 95:13 146:5

146:10,11
**expectations** 86:18
96:17,20,22
145:16 155:14
**experience** 8:9 37:6
38:13 71:6 172:21
**expert** 5:22 30:8
34:8 41:17 46:21
47:7 48:5 51:25
58:5 60:8 127:8
127:20 140:10
**expertise** 99:21
100:14
**experts** 121:6
138:20
**explain** 10:9,20
12:15 14:7 19:15
30:15 67:7 73:12
115:4 150:7 174:7
**explains** 86:4
**extended** 103:8,15
**extent** 32:25
122:23 172:20
**extract** 12:23 13:12
80:5 91:19 158:2
**extracting** 43:4
**extrapolate** 81:10
84:10,17
**extremely** 166:9
**eye** 86:8

**F**

**f** 1:13 2:10 5:3
41:10 99:2,4
178:8,18 179:2,11
180:7 181:5
**face** 123:18 164:9
**facility** 156:2
**fact** 40:18 67:19
68:11 71:22 88:14
121:6 127:11
133:2 136:4 150:2
150:24 154:14
166:23 173:23
**facto** 36:17
**factor** 68:17
**factors** 13:5 158:21
**failed** 35:10
**failure** 91:5 125:6
**fair** 6:2 12:6 15:4

17:21 19:13 23:23
25:14 26:6 35:22
39:8 43:16 46:5
64:21 66:3,22
90:23 99:14
109:25 113:8
140:21 144:14,17
156:19 160:22
**fairly** 15:14
**faith** 68:20,25
69:10 135:17
136:2,17
**fall** 72:15
**familiar** 63:24
170:21
**famous** 61:21
100:11
**far** 54:13 86:10
176:6
**fas** 168:7
**father** 61:20
**fault** 32:5
**favor** 26:18 72:8
**february** 108:11
109:16,19,22
110:15,21 112:4
113:6 141:21
**fed** 169:7
**federal** 24:11 29:17
44:5 53:23 105:6
**feel** 154:9
**fees** 58:23 59:9
177:4,5
**fictitious** 50:16
**field** 16:17 100:8
100:14,16
**fifteen** 96:25 97:7
157:14
**fifty** 84:9,11
**figure** 30:2 33:4
81:6 82:15 84:10
85:9 111:17,19
139:19 147:24
152:21 162:16
174:16
**figured** 82:16
**filing** 4:5
**filter** 158:21
**final** 84:11
**finance** 114:11

115:7 121:14
138:16 143:10,12
**finances** 99:21
**financial** 6:20 7:6
12:23 25:19 40:4
43:14,20,22 44:11
46:7 66:6 67:10
68:22,22 99:21
112:20 121:2
125:17 143:15,19
143:21,24 144:3,7
146:4,16 148:19
150:8 151:16
153:24 154:2
176:9
**financials** 175:21
**find** 32:3 56:15,23
73:6 116:22
139:15 149:4
154:4 158:3
167:25 174:21
**fine** 42:11,15 56:20
111:11,22 127:9
**finish** 37:7 132:20
158:15
**finished** 131:2
158:17
**firm** 9:14 65:6,23
149:8
**firms** 61:12,17
**first** 41:16 45:6
47:4 51:17 82:12
95:22 130:22
131:4 140:6 166:8
**fiscal** 164:11
**five** 21:15 60:16
65:5,11,17 81:2
82:18 88:15 95:14
96:25 97:7 103:2
118:23 121:6
157:13 158:23
176:13
**fiveyear** 11:10
**fixed** 6:19,23,25
7:5 9:5 10:17
29:20 32:12 35:9
125:23,24 126:18
140:14 151:10
152:15 153:8
**fixedincome** 7:9

**floaters** 44:9 48:3
48:15
**floating** 35:11,19
48:2,6,11,13,25
75:14,22 115:6
116:5 122:14
125:23 126:2,4,13
126:20 130:19
140:14 151:9
152:20 153:9
155:20 163:4
**floor** 71:9
**flow** 23:19 74:22,23
102:11 105:2
115:9 153:7
**flows** 13:3 19:22
21:9 22:5,9,22
23:15 33:12,21
39:4 71:3 74:7,8
74:13,18,24 79:19
79:20,21,23 85:15
85:17 105:21
115:15 130:22
150:21 163:22
174:22
**fluctuated** 142:6
**fluctuation** 66:3
**fluctuations** 142:25
143:4
**fluent** 57:18
**flunked** 121:14
**focus** 30:10 32:7,9
40:11
**focused** 39:17
41:24 42:3
**focusing** 25:17
**follow** 86:3 117:19
**follows** 5:6 99:5
**force** 4:15
**forecast** 158:4,23
**forecasting** 158:10
159:14,16
**forever** 163:17
**forget** 27:17 56:5
137:10
**form** 4:9 14:4
16:23 18:14 19:19
20:16 23:10,24
25:15 26:12 30:4
30:18 33:7 34:3

34:13,24 36:20
38:25 40:13 41:3
42:5 49:20 57:8
60:11,25 62:9
63:13 64:6 65:19
67:24 69:3 70:22
71:10 72:2 73:16
74:15 76:6 78:2
87:14 89:17 90:24
92:9 94:18 99:22
101:9 102:18
104:8 106:24
108:14 109:4
111:7 117:4,25
118:11 120:22
122:11 123:12,20
124:16 125:15
129:25 131:21
132:17 134:3,22
135:18 138:10
139:21 141:2,24
143:16 144:15
145:12 146:8
147:17 148:6,25
150:12 151:3
153:4 154:20
156:20 158:24
160:9 168:13
171:5,13,21
172:16
**formula** 75:4 83:19
**forth** 22:5 23:15
179:13
**fortunately** 125:9
**forward** 8:9,21 9:2
9:17 12:24 13:12
14:15 17:24 18:2
18:3,11,20 19:24
30:11 40:15,18,25
41:25 42:4 45:10
45:18 46:13,16
47:16 48:16,20
49:4,14,16,18
52:14 61:24 62:7
62:18 63:2,7,11
63:16,20 64:5,10
64:23 65:9 70:13
77:21 78:13,17,19
79:15 80:11,21
82:15 86:14,25

87:8,13,17,23,25
88:11,20,21 89:5
89:7,8,11,13,14
89:20,21,23 90:7
90:9,20 91:22,25
92:4,10,15,21
93:2,7,19,22,24
94:2,11,15 95:4
95:10,17 96:11
97:8,10,11,17
101:21 102:5
104:20,21 105:3
106:22 107:2,12
108:8,24 109:13
110:2,5 111:15
112:13 114:16,19
115:8,10,17
116:13,19,25
117:21 118:8
121:7,8 128:5
130:16,18 131:7
133:10,13 134:12
140:18 143:23
144:2,4,9,12
145:5,6 147:5
152:2 155:24
156:3,10,11,19
157:12,15,20,25
158:4,8 159:11,17
165:10,13,24
166:17,22 167:7
167:13 169:14,19
169:21 173:24
**founding** 7:4
**four** 44:20 46:3,20
60:16 82:17
130:22 142:3,5
157:7 163:15
164:2 173:8,10,14
**fouryear** 142:9
**fraction** 115:18
116:9
**frank** 8:15
**fraudulent** 51:12
51:15
**frederick** 5:11
**free** 104:22
**freely** 117:2
**friday** 1:15
**front** 58:24 59:2,4

59:6
**full** 5:9 24:6 68:20
68:25 69:9 126:15
130:24 161:16
162:4
**functioning** 146:4
**fund** 23:2 26:8
37:10,18,25 38:10
38:23 39:5,15,18
51:23 53:12 70:11
70:16 105:25
127:22,25
**fundamental** 13:5
22:3,4
**fundamentally**
39:6
**funding** 50:9 99:13
**funds** 55:21 105:19
106:14 127:3
141:12
**further** 4:7,11
119:15 179:16
**future** 17:21 18:2,6
19:25 30:21 40:12
54:23 57:5 86:19
87:3 88:18,23
89:6 91:24 92:18
93:8,9 95:9 96:10
96:13 98:4 104:13
105:2,4,10 109:9
110:20,23 120:6
120:16,18,19
126:13 130:6
135:10,23 136:23
157:22 158:10
159:12,23 164:8
168:6 173:11
174:14
**futures** 25:22

----

**G**

**g** 5:2 178:2
**gamble** 135:10
**garbageingarbag...**
93:14
**general** 11:18 61:5
127:3
**generally** 38:24
47:23
**generate** 22:21

25:10 78:18 81:16
95:10,17 96:11
97:8,13,14 112:13
**generated** 53:13
89:14 90:8,20
92:22 93:2 96:15
111:5
**generates** 77:21
89:23
**generating** 23:19
95:19
**germany** 53:23
**getting** 14:24 15:9
84:21 116:6
**gic** 124:11
**gics** 9:20
**gist** 58:14
**give** 11:2 41:14
65:23 66:13 75:16
76:22 77:16 90:10
96:20 136:24
140:24 156:10
159:11 162:21
163:3
**given** 18:8 74:4
77:23,25 89:11
92:5,7 122:8
123:9 146:3 152:9
178:14 179:15
**gives** 20:7 86:17,17
92:15,17 167:19
**giving** 10:8 36:4
133:19 134:6
**go** 6:4 9:21 11:5
18:21 20:10,24
23:15 36:23 43:2
44:15,22 45:3
47:2 52:8,11
54:14 56:6 60:23
73:5 75:12,25
78:25 82:7 83:3
85:12 90:14 92:19
95:11,24 100:4
107:22 108:3
116:20 124:21
128:4 129:2
132:21 135:8
139:14,16 140:5
149:24 151:7
174:19

**goes** 36:18 163:16
166:11
**going** 14:2 17:4
22:21 24:12 28:20
29:7,10,17,18
37:22 42:22 46:9
50:6 52:24 58:6
60:7 65:16,16
73:13 78:22 79:13
80:8 83:13 92:6
92:25 94:24
102:24 103:12
116:20 117:15
124:21,25 130:23
130:25 142:24
145:4 147:22
156:10 160:5
164:13,23,25
165:4,4,19 171:12
174:12,15
**gold** 54:4,15,25
**goldman** 6:13,15
7:11,17,24 8:5,13
8:17,22 9:22
11:22,25 14:22
15:2 45:15 61:23
66:7 71:17 148:16
166:19 172:25
**good** 31:18 52:17
72:5 98:7 107:12
134:16 135:15,17
136:2,17 170:4
**government** 24:11
29:17,19 42:21
47:10 67:3 105:6
128:9
**governments** 54:12
**granted** 9:19
**great** 72:16,17,19
75:9,20 112:21
**greater** 64:19
**group** 3:12 6:21
**gruer** 23:5
**guaranteed** 25:5,12
27:12 74:22,23,24
129:9 162:17
**guess** 24:9 45:6
46:23 56:18 64:25
120:5,8,8,10,11
144:21 173:9

**guesses** 120:9
**guessing** 158:12
**guidance** 167:19

**H**

**h** 180:4
**half** 85:23
**hall** 99:14,14,20
**hand** 26:10 179:22
**handing** 140:23
**hang** 14:12
**hanging** 14:10
**happen** 40:5 68:3
77:6,19 151:23
**happened** 76:13,16
77:5,18 142:4
**happening** 76:4
165:7
**happens** 26:4
**harassment** 50:15
**hasnt** 21:14 127:24
152:10 163:24
**hasterok** 100:21
102:10 104:7,16
105:8 114:22
115:16 121:9
133:17 138:2
149:6,9 150:18
163:14 167:6
173:23 174:9
175:4
**hasteroks** 116:2
133:15 161:18
163:12 164:22
**haven** 112:21
**havent** 30:8 33:11
91:12 105:22
106:4,11 112:16
113:9 121:12
128:12 143:8
173:18
**head** 149:16
**healthy** 69:9
**heard** 72:16 91:21
99:12 167:4
**heart** 95:2
**hearts** 98:4
**hedge** 51:23 65:6
66:9,14,18,19
67:5 172:15,19,20

172:23 173:3
174:20
**hedged** 64:23 65:13
65:24 66:6
**hedges** 9:18 174:24
**hedging** 6:22 65:14
66:2
**held** 2:11
**help** 33:4 89:5
161:24 174:7
**helped** 9:4 66:10
**helpful** 82:9
**helping** 8:23
**hereinbefore**
179:12
**heres** 12:9
**hereunto** 179:22
**hes** 42:22,23
**hierarchy** 167:23
**higgins** 9:12
**higher** 28:16
111:24 112:14,18
114:21 145:2
**highest** 14:3
**hiring** 45:14
**historical** 105:9
141:17,21 161:4
163:15
**historically** 102:10
102:14,20 104:12
141:6 144:25
**history** 60:8 164:5
**hit** 164:13
**holding** 125:8
**holdings** 1:5 51:8
53:22,25 181:3
**holds** 25:9
**holiday** 156:13
**home** 17:6
**homemade** 65:3
**horrible** 120:10
**hour** 56:11
**house** 133:12
166:22
**hundred** 15:6
31:23 84:8
**hundreds** 31:14
**hundredyard** 84:3
**hypothesis** 43:9
**hypothetical** 21:21

30:20 31:10
119:10

**I**

**id** 15:5 41:6 70:3
141:25 142:2
149:24 165:2
170:9
**idea** 84:12
**identification**
41:11
**identified** 46:4 53:2
175:16
**identify** 41:23 42:2
102:8 123:7 173:8
**ignored** 173:23
**ignores** 141:17
**ii** 168:19,22
**iii** 160:10,18,22
**ill** 12:15
**im** 7:19 8:16 9:24
12:7 13:16 14:21
16:24 17:4 19:3
21:20 23:4 28:21
33:3,10 37:15
41:22 43:13 45:2
57:17 60:13,16
67:8 68:4 70:2
73:7 75:12 76:18
85:11 90:18 96:6
96:14 98:8 104:14
111:17 114:17
117:10,15 123:17
129:18 134:6
138:12 140:2,2,10
141:13 145:4
147:3,22 149:20
150:19 152:24
153:6 154:23
157:10 158:11
162:12,15,24
163:6 169:22
**imaginable** 114:8
**imagine** 60:20
119:4
**immediately** 56:18
135:11
**immunization**
45:16
**impacts** 75:8

implications 48:3
implicit 158:4
implies 96:12
imply 114:25
  115:23
important 45:11
  46:7 56:11 77:13
  93:16 106:22
  107:2 121:7,9
  166:10,10,24
impute 13:10
inability 152:4
inappropriate
  102:9 139:18
includes 161:17
including 121:9
  123:18
income 6:20,23,25
  7:6 9:5 10:17
incomplete 107:25
inconsistent 104:23
  116:12
incorporate 138:8
  138:15
incorrect 108:17
incur 128:23
  173:25
incurred 177:6
indenture 105:23
  106:4,6 122:9,22
  123:9 152:18
  153:13
independent 89:8
  106:6,17 107:7
index 29:24 45:16
  45:18
indexation 45:10
indicate 61:11
  151:8
indicated 37:8 75:9
  108:9 109:15
  156:9
indication 77:16
  107:20 108:6
  151:2
individual 55:5
  118:18
induce 151:7
industry 31:19
  131:11 171:3,7,10

ineffective 71:2
inextricably 31:3
infinite 104:23
inflate 162:9
inflation 45:9
  164:12,15
inform 21:7 30:16
information 12:3
  12:13 16:9,11
  23:8,13 43:5
  73:24,25 81:10
  82:24 83:4,4 85:7
  85:8 86:18 88:17
  88:19 90:10 91:18
  91:20 93:5,21
  98:3 116:25
  117:21 145:17
  157:21 158:3
  159:18
informed 56:16
initial 58:2,9
initially 35:5
injected 14:16
input 73:10 78:20
  93:15 94:5 115:8
  115:14
inputs 73:20 93:21
  93:25 94:2
inputting 74:24
insight 15:9
insolvency 55:14
  56:2
instance 115:25
institution 67:10
  173:25
institutions 43:23
  66:6,11
instrument 11:4
  12:19 13:9,11
  19:7,11 20:3
  23:18 39:18 66:13
  66:15 69:24 70:7
  70:20,24 71:5
  74:7,12,17 75:15
  78:6 79:12,14,18
  79:18,21 80:3,13
  80:14,15,20 84:14
  116:6 124:9
  125:18 130:5,6,14
  141:10 147:24

148:15 152:14
  169:19 175:13
instruments 6:25
  9:6 10:17,24
  12:20,24 13:6,18
  14:2,20 20:5
  23:17 39:10,21,21
  40:4,5 43:23
  44:12 48:2,6,11
  48:13,25 49:5,9
  49:17,19 56:4,25
  66:18 73:23 75:10
  77:12 78:15 79:23
  85:21 96:24
  101:21 112:8,11
  112:12,23 115:19
  117:7,8,9 122:16
  122:19 123:7
  125:4 126:3,5
  129:16 130:19
  133:6 149:9
  166:25 174:21
insurance 7:4,8,20
  8:3 9:13 39:10,20
  39:21,22,25 40:4
  40:5,9 42:20
  47:13,20 58:23
  59:16,18,23
insurers 44:8,18
  59:5
intact 125:10,13
intended 162:20
intentional 52:5
interest 9:2,3,16,17
  10:14,16,20,22,22
  11:3,11,23 12:25
  13:13,21 14:15,19
  15:10,14,20 16:10
  16:16 19:21,25
  21:13 22:6 27:6
  27:10,11,14,19
  28:6 30:11 36:10
  36:12,15,24 43:6
  45:13,20 49:3
  65:10,23 66:3,20
  67:13 68:16 74:9
  75:22 78:16,17
  86:19 88:15 96:10
  100:9,12 101:22
  102:10,15,15,23

102:23 103:6,14
  103:23 104:5,17
  105:10,12,16
  108:10 109:16,19
  110:14,17,23
  112:18 114:17
  117:12 119:16,25
  120:6,18 125:7
  126:5 129:8,9
  140:19 141:6,7,8
  141:11,17 142:3,4
  142:12,16 144:25
  145:18 155:11
  157:6,10,13,22
  158:10,23 159:12
  160:16 162:23
  164:14 169:13,14
  169:20,25 170:10
  173:12,16 174:4
interested 44:16
  83:23 147:23
  179:19
interesting 78:23
interestsensitive
  44:11
interim 65:24
  77:18
internal 50:2
interpolate 57:13
  83:15,16,21
interpolating 73:22
interpolation 16:13
  85:23
interrupt 20:11
intervals 126:7
introduced 5:16
intuition 72:9
invented 121:11
inverse 44:9
invest 13:24 24:6
  24:17 35:15
  106:14 107:10
  122:25 126:2,21
  163:4
invested 122:4,19
  123:8 125:7
investigation
  106:18
investing 70:2
  71:16 122:15

135:5
investment 9:19
  13:23 25:8 35:20
  44:18 50:25 53:12
  58:16 69:24 70:5
  106:20 154:18
investments 105:24
  126:13
investors 50:23
  55:6,20
invoke 88:24 155:3
invoked 154:16
invokes 155:4
involve 22:5 31:7
  47:16 52:13 131:6
involved 46:25
  47:13 58:7 63:4,7
  63:11 66:25 70:6
  125:5 153:24
involvement 8:21
  10:2,7 37:13,24
  38:4,9
involves 33:2
ipos 36:17
isda 170:21,23
  171:8,17
isnt 33:15 82:9
  152:4,11 153:24
  170:17 172:13
issue 20:9 54:10
  70:11
issued 20:14
issues 8:3
item 21:8
items 21:3 175:6
iterative 81:22
ive 13:6 58:7 60:20
  62:14 66:9 67:4
  71:15 88:11 91:21
  99:17,17 106:3,15
  114:7 116:10
  133:14 138:3
  158:8,9,10 159:16
  161:3,7

J

j 3:18
james 17:12 59:15
january 110:4,8
jayant 3:8

**jeffrey** 59:15
**jennifer** 3:9
**jmp** 1:5
**job** 58:11 135:21
**john** 99:14
**johnson** 9:12
103:19
**jointly** 1:6
**jones** 2:11 3:4 60:4
177:3
**journal** 43:6 46:7
**jump** 135:11
142:13,14
**jumped** 142:16
**june** 128:18
**junk** 25:24
**justify** 121:3,4

**K**
**k** 53:3,13 178:2
**keep** 89:13 128:4
132:21 150:17
**kennedy** 103:20
**kim** 53:2
**kind** 23:13 39:24
55:15 67:15,16,17
114:7 132:11
144:21 152:14
**kinds** 68:19
**knew** 56:2,7
**know** 11:25 22:11
22:14 32:11,14
34:12 42:8,23
43:19 44:7,23
50:3,6 57:10,20
60:20 61:4 69:23
70:3,6 71:20
75:19 82:10,11
84:7,8,14,15
91:10,13 92:12
96:25 100:15
107:21,23 108:6
112:16,17,19
113:18 120:16,17
122:5,20,21,23
127:7 128:14
135:7,13 137:24
139:24 140:2,10
140:13 141:4
143:5 146:3 149:3

149:4,5,6,23
150:14,15 151:19
154:8 159:12
164:13,25 165:2
165:22 167:15
168:17,20 170:22
171:18 172:18,19
172:22,25 173:5
173:18
**knowledge** 127:25
**known** 55:2 72:15
146:22

**L**
**l** 5:3 99:4 178:2
**lack** 75:11 152:5
**language** 54:17
**larger** 64:20
**largest** 9:13
**las** 91:15
**late** 102:16 161:11
**laughable** 121:12
121:16,23,24
122:2
**lauri** 3:10
**law** 3:12 58:24
**lawrence** 3:18 5:8
5:17 41:7 42:11
42:25 52:20,23
94:23 95:25 98:10
99:7 119:11,19
124:5 127:13
145:21 146:2
158:16 160:11
171:8 176:12
177:2,8 180:3
**lbsf** 161:20 173:25
174:11
**leading** 61:12
**leaving** 65:6
**led** 45:14
**left** 9:10 46:6 58:13
65:8
**leg** 29:20 31:5
32:12 35:11,19
115:6 122:14
125:23,24,24
126:18,20 151:9
151:10 152:20
153:8,9,18

**legal** 134:6 153:25
**legs** 132:5 151:23
153:14,16
**lehman** 1:4 22:17
23:2 25:5,12
26:24 28:6,18,24
31:21 32:6,12
53:2 55:15,19,21
56:7,16 59:25
121:17 125:6,8,8
125:25 126:10
129:9 133:16
137:5 138:18
149:12,12 163:2
164:18 166:20
173:5 174:11,12
181:3
**lehmans** 32:4 34:8
127:8,20 133:2
138:17
**length** 130:24
**level** 106:8 122:7
168:10,18,19,22
168:22
**levels** 145:2 173:11
**lewis** 53:3
**liabilities** 39:23
43:17 61:14,19
67:16,17
**liability** 44:8 67:8
**libor** 29:23 33:21
35:3,7 111:14
112:25 113:4,5,12
113:21 142:18,21
152:8
**lieu** 104:6
**life** 47:19,22 51:22
52:3,9 59:15,18
**liked** 160:7
**limitations** 106:13
106:16,19
**limited** 72:25
122:21
**limiting** 133:21
**limits** 105:24
122:22
**line** 84:22 86:7,9
144:14,18,20,21
144:22 174:13
180:5

**linear** 143:9,11,14
143:14 144:3,6
**link** 88:3 93:3,4
**linked** 31:3 54:15
**liquidity** 72:24
89:3 123:3,4,5
135:9 157:23
**list** 122:24
**listed** 15:3 40:24
46:24 50:8
**literature** 158:11
**litigation** 32:10
**little** 6:6 9:25 12:8
76:7 84:19 85:2
118:25
**live** 73:6,8,14,20
75:11 76:20,23
77:3,5
**llc** 51:3,7,8,17
53:23
**ln** 181:6
**lock** 65:15 105:4,12
105:16,21 106:23
107:3,6,11 109:9
109:15,18 116:18
116:21 119:2
173:3
**locked** 106:7 110:4
**locking** 18:4 107:5
109:23
**london** 59:15,18
133:12
**long** 11:12 14:9
**longer** 19:8 25:18
139:13
**longterm** 161:8
**look** 13:17,18 16:7
19:16 22:2 24:16
25:8 29:19,22
35:20 39:9 41:6
54:19,22 56:17,20
60:15 67:14 74:12
74:13,17 75:25
76:8 78:7,8,13
81:5 86:9 89:20
89:21 90:7,15
91:14,17 92:20
108:10,19 109:13
110:13,16,22
128:19 137:13

139:10 140:8
141:25 155:5
162:4 173:11
175:25
**looked** 50:19 54:16
56:9 60:21 70:16
89:11 105:23
106:4,11 113:9,12
113:14,21,24
114:3 142:7,19
143:8 153:23
158:8,9 170:6
**looking** 23:14
30:21 32:21 33:3
35:18 36:5,15
49:15,17 57:3
71:3 77:22,24
78:4,5 88:11
89:13 101:20
111:17 125:17
131:13 137:15,20
141:9 151:22
153:6 169:21
**looks** 5:24 41:18
46:14 111:18
**lose** 124:2
**loss** 123:19 124:12
129:13,23 130:4
133:25
**losses** 128:8 135:21
136:18,21 139:20
139:23,24 140:4,5
140:7,25
**lost** 14:11 21:13
26:19 60:9,19,21
60:24 121:16
122:2 124:7 140:9
152:22
**lot** 13:6 14:10,25
39:10,20 52:11
66:10 68:19 73:24
73:25 78:9 100:6
100:7,15 116:23
117:16 118:24
144:2 148:17
149:16 159:15,16
161:13
**lots** 94:20
**love** 41:21
**low** 102:10,15,20

103:7,14,18,18,23
103:24,25 104:12
141:6 145:18
160:15,20,23
**lower** 111:2,4,15
112:4 113:7 114:6
114:12 161:5
**lowest** 135:9
**ludicrous** 139:2
**lunch** 98:11,12
**lynch** 166:21

**M**

**m** 2:7 52:21,22
98:13,13 99:3
145:24,25 176:16
176:17 177:10
178:2
**mack** 9:15
**major** 7:7 63:23
**making** 19:25
73:13 76:19 85:12
87:2,25 92:18
93:8,9 109:11
128:24 136:6
174:12
**management** 7:25
44:8 67:9
**managers** 44:18
**mandatory** 153:20
**manifest** 137:16,18
137:25 138:5,13
139:3
**manipulate** 12:12
**manipulating** 17:8
17:11
**map** 69:19
**march** 1:15 2:6
34:10 90:8 108:8
109:14 110:3,9,23
111:5 112:15
113:5 114:17,20
125:18 128:11,16
141:21 142:17
145:10 146:7
155:16 156:10
160:15 165:11,16
170:9 178:11
179:23 181:4
**mark** 41:7,12,14,15

42:14 133:9 168:3
**marked** 41:10
**market** 12:23 16:8
16:11,14,18,21
17:18,20,23 18:5
18:6,7,8,10,12,20
18:22 19:8,10,17
19:17 20:6,13,20
20:24,25 21:4,7
21:12 22:25 23:4
23:7,13 33:20
34:9,20 36:7,8
40:19 41:2 49:6,8
49:12 53:18 55:3
56:2,7,16,24,24
57:4,5 71:25 74:2
75:9,15 76:3,4
82:11 83:9,11,15
83:17,20,23 85:6
85:7 86:15,18
88:10,19 91:17,18
91:19 93:20,21,23
93:24 94:2,17,20
95:7 96:23 99:21
104:24 105:21
107:14,17 108:25
109:10 111:14
112:25 115:6
117:3,23 118:16
118:21 121:4,8
122:15,18 127:4
127:22 128:19
129:17 130:15,17
131:5,7,15,18,23
132:3,5 133:3,9
134:2,14 141:11
145:16,17 146:15
146:17,22 148:14
148:17 150:9,20
150:24 151:5
152:3 153:2,3
157:21,24 159:21
159:24 160:6,8
163:21 164:7
165:9,12 167:20
170:18,18 174:2,2
174:21,23
**marketavailable**
118:10
**marketplace** 12:16

19:5 115:3,19,24
116:8 167:9
172:22
**markets** 43:22
57:11 72:21,24
73:2 78:9 122:4
123:2 135:5,11
146:5,14 151:17
165:4
**marking** 42:24
**marriage** 179:18
**marsh** 9:14
**masse** 155:10
**massive** 103:10
**master** 38:5,18
171:8,13,17
**material** 137:8,12
**materials** 5:25
**mathematics** 10:12
**matrix** 175:3,6,17
**matter** 41:17 60:2
60:5 68:13,13
134:19,21 179:20
**mattering** 16:4
**matters** 60:2,5
134:25
**mature** 82:7
**maturities** 10:25
78:22 80:25
**maturity** 13:4,8
80:5,7,17 81:21
82:5
**mawr** 5:14
**mean** 11:18 17:11
28:11 40:7 74:3,6
75:3 77:7,15 88:9
90:5 91:3,24
147:22,24 150:21
157:11 162:16,22
162:23
**meaning** 16:8 90:7
**means** 93:14
152:19 153:21
154:3
**meant** 77:9 95:6
**measure** 16:15
35:6
**mechanism** 33:5
**mechanisms** 10:7
**medico** 3:9

**melchior** 3:22
**member** 7:4
**mentioned** 63:18
149:13
**merger** 59:21,24
**merrill** 44:13
166:20
**messrs** 161:17
173:22 175:3
**method** 15:25
48:10 61:23 81:19
83:13 121:10
138:3
**methodologies**
134:15
**methodology** 48:18
48:22,23 101:7,12
101:15 140:17
143:22 146:17,19
148:3,11,12 176:2
**methods** 144:4
172:11
**middle** 173:21
**midterm** 114:6,13
**million** 24:6,14,18
24:21 25:7,9,11
25:20,20,24 26:4
26:8,9 27:2,16
28:15 35:13,21,25
36:8,17,18,25
116:15 125:9
133:19,20,21
163:5,8,10,11
**millions** 121:17
138:23,24
**mimic** 124:18
**mimicked** 122:13
150:23
**mind** 52:6 128:4
**minuscule** 78:10
**minute** 56:15,22,22
83:24 166:23
**minutes** 42:10
77:14 176:13
**mirrored** 124:8
**misheard** 111:21
**mispredict** 89:15
**missing** 13:17
28:21 83:17
**misunderstanding**

154:23
**mitigating** 135:21
**mix** 14:17
**mixed** 158:18
**mixing** 76:7
**model** 10:8 73:10
74:18,20,21,24
75:3,17,21 93:17
93:19 100:10,11
139:2 144:19
158:21 168:3,3
**modelbased** 72:9
**modeling** 76:22
93:13 144:13
**models** 8:24 9:5
10:16 71:14,18,20
71:24 73:6,8,13
73:19,21,21 75:12
100:9 144:10
148:19 150:8
**modified** 171:14
**moment** 56:4,25
74:4 76:11
**monetary** 103:11
164:10
**money** 11:12 24:7
24:10 25:2 26:5
26:16,17,17,18,24
26:24 28:17 32:5
32:6 64:13 103:12
104:22 107:4
109:8 116:14,14
118:24,25 122:4
122:15,17,18
123:2 126:21,21
129:16,17 135:5
141:11 152:21,22
153:15 165:20
168:5
**moneys** 121:25
**month** 142:21,21
142:21
**months** 11:8 27:21
79:2 81:2,2
128:11 129:2,5
163:8,15 165:18
**morgan** 149:13
**mortgage** 7:25
155:6
**mortgagebacked**

155:7,9
**motivation** 135:14
**move** 51:3 52:16
128:17 173:4
**movement** 68:15
103:21
**movements** 67:12
**moving** 76:17
**multiple** 63:4
**municipal** 67:2,6
67:11,20,25 68:3
68:7,12,15,20
**municipalities**
69:18
**municipality** 69:5
69:9,14

**N**

**n** 3:2 5:2 99:2,2,2
178:2,2 180:2
**naked** 174:20
**name** 5:9,10,17
44:6 69:14,14
181:3
**nassau** 179:6
**nature** 47:11 50:12
50:17 51:10,13,20
51:24 53:9,15
54:2,5 55:12,23
57:24 58:4 59:19
**near** 94:25
**nearterm** 160:14
160:22 161:5,7
**necessarily** 23:12
88:23 109:5
148:11
**necessary** 88:3
93:4 107:11
**need** 21:9 23:5,12
42:9 44:15,22
52:18 67:5 74:21
79:12 82:19 87:3
87:19 96:4,16,17
117:16,22 123:4
140:21 161:24
169:25 170:4
**needed** 65:12
**needs** 19:5 168:3
**negotiations** 64:11
**neither** 159:23

**nelsonsiegel** 15:25
**net** 27:5,14,17
**never** 8:4 59:12
66:6 91:21 116:10
121:10 133:17
138:3,4,22,22
139:9 164:4
**new** 1:3,14,14 2:12
2:12,15 3:7,7
17:13,14 18:4
44:9 138:3 157:2
179:4,9
**nine** 84:15,18 85:7
85:10,21,22
**nineandahalf** 85:24
**nolte** 53:2
**non** 147:19
**nonacademic** 6:12
8:8 37:6
**nonderivatives**
172:12
**nonfederal** 29:19
**nonmodelbased**
71:25
**nonperformance**
123:18
**nonsecretor** 121:22
**nonstraight** 144:21
**nose** 123:3
**notary** 2:14 5:5
178:24 179:8
181:25
**note** 160:14
**noted** 99:3 177:10
**notion** 130:17
156:16
**number** 15:12
28:24 32:21 46:3
46:24 90:20 92:16
92:17,21,24,25
100:25 101:8,16
103:4 149:16
174:13
**numbers** 77:23
90:19,21 91:7
149:16

**O**

**o** 5:2 99:2,2,2 178:2
**oath** 4:14 178:10

**object** 25:15 30:4
38:25 62:9 63:13
64:6
**objection** 14:4,8
16:23 18:14,24
19:19 20:16 23:10
23:24 26:12 30:18
33:7 34:3,24
36:20 40:13 41:3
42:5 49:20 57:7
60:11,25 64:8
65:19 67:24 69:2
69:12 70:21 71:10
72:2 73:16 74:14
76:6 78:2 87:14
89:17 90:2,24
92:8 94:18 99:22
101:9 102:18
104:8 106:24
108:14 109:4
111:7 117:4,25
118:11 120:21
121:21 122:11
123:12,20 124:15
125:15 129:25
131:21 132:17
134:3,22 135:18
138:10 139:21
141:2,23 143:16
144:15 145:12
146:8 147:17
148:6,25 150:12
151:3 153:4
154:20 156:20
158:24 160:9
168:13 171:5,21
172:16
**objections** 4:8
**obligated** 28:19
**obtain** 65:17
128:20 131:5
**obtained** 131:19
**obtaining** 174:24
**obviously** 10:2 12:4
12:9 28:19 32:9
33:13
**occurred** 173:17
**occurring** 13:3
**offer** 21:22 133:2
**offered** 13:19 53:20

152:16
**offering** 28:15,17
50:25 58:3,9
149:8
**officer** 4:13
**offices** 2:11
**official** 57:19
**offtherun** 43:9
**oh** 138:7
**okay** 6:13,19 14:7
14:12 15:7 27:18
34:15 40:10 41:14
41:15 42:16 46:18
50:5 51:3,9 77:3
81:9 95:25 101:25
102:7,14 109:7
110:19 113:4,11
113:17 119:24
127:23 132:9
133:19 137:21
140:21 141:5
148:23 162:18
167:15 168:25
176:15
**old** 58:14
**oldest** 81:18
**once** 82:16 103:18
**onefifth** 116:4
**ones** 132:25
**oneseventh** 116:3
**oneyear** 84:17
85:11,11 169:18
170:8,10
**opened** 59:12
**operate** 151:17
**operation** 21:11
132:23
**operations** 61:22
**opine** 48:14 172:9
172:10
**opined** 49:19 101:6
104:4
**opining** 98:6
**opinion** 29:21
30:12 40:11,17
70:9,12,19 97:23
104:15 133:24
134:6,10 135:25
140:25 162:11
164:17 168:21

176:6
**opinions** 6:8 94:6
102:8 119:22
134:11 150:5
**opportunities**
24:17 25:8 104:23
**opportunity** 95:3
163:4
**opposed** 68:12 71:9
72:9 79:9 86:24
**option** 45:4 155:3
**optionality** 153:23
154:2
**options** 12:5 35:20
43:6 46:15 61:25
122:5,6 155:9
**order** 21:5 23:6
29:14 56:17
117:20 118:18,19
**original** 150:22
154:13
**originally** 137:20
**ormande** 57:21,23
**outcome** 179:19
**outset** 126:10
**outside** 154:6,25
155:12
**oversimplified**
93:12
**oversimplifying**
13:16
**owed** 137:5 168:10

**P**

**p** 3:2,2 5:2 98:13,13
99:3 145:24,25
176:16,17 177:10
**pacifica** 3:12
**page** 41:19 42:14
43:4,11 46:14
58:24 59:2,4,5,6,6
59:8 99:8 100:17
102:7 119:18,20
137:23 149:13
155:22,23 160:12
160:19 161:14
166:4,5,6 168:25
173:8,10,21,22
176:18 180:2,5
**pages** 41:20 59:4

**paid** 27:20
**paper** 43:7 45:14
  46:13
**papers** 9:6 39:23
  41:20 43:14 44:20
  45:23 99:18
  158:12 159:17
**par** 64:16 115:12
  154:10
**paragraph** 114:15
  119:15,21 144:23
  160:13 161:16
  162:5 173:22
**part** 17:22 32:23
  48:9 64:9,17 65:7
  95:22 118:25
  119:5,7,13
**participant** 23:4
  34:21
**participants** 12:23
  108:25 146:22
  170:18
**participate** 37:9,17
**particular** 8:25
  9:16 10:2,9 11:4
  12:18 13:21 21:10
  22:21 23:13 40:23
  45:4 49:16 54:20
  58:25 61:4 67:11
  76:2,8 79:11,17
  79:19 80:3,4,12
  81:7,21 90:8 95:8
  96:24 105:19,20
  106:8 116:16
  147:23 148:14
  149:15 154:12
  160:14
**particularly** 6:12
  41:24 42:3 104:3
  151:21
**parties** 4:4 64:10
  179:17
**partly** 103:19
**partner** 165:16
**parts** 14:10
**parttime** 7:14,15
  7:17,22
**party** 29:18 136:11
  136:12 139:14
**partys** 140:25

**patricia** 1:24 2:13
  179:8,25
**paul** 3:18 5:17 42:8
**pay** 27:15 28:25
  29:17 125:6
**paying** 54:12 96:24
  123:2
**payment** 28:19,20
  32:23 68:23
**payments** 21:22
  27:11,20 28:3,5,6
  28:10,12 29:8,11
  29:15 30:22 31:12
  31:16 32:12 38:6
  38:19 65:11,18
  174:16,17
**pennsylvania** 5:15
**pension** 7:4,8,20
  8:3 42:20 61:22
**people** 21:13 58:10
  68:6 71:16,23
  72:4 88:6,9 89:4
  94:9,12 96:23
  97:19 98:2 136:6
  138:24 143:19
  144:8 150:16,19
  155:10 157:16
  158:2,5,19
**perceived** 65:15
**perceives** 64:18
**percent** 28:15
  46:22 50:21,21
  89:16,25 90:22
  91:4,9,11,21
  141:16 152:16
  161:3,4,8 162:17
  163:2,9 164:21
  165:5,6,9 169:14
  169:15,19,21,24
  170:2,10
**percentage** 46:19
**performs** 17:8
**period** 6:16 25:6
  30:2 50:22 75:19
  77:19 102:16
  103:6,8,15 105:13
  142:9,14 161:10
  161:12 164:4
  165:21 173:16
**periods** 13:19

107:5 113:23
**perpetual** 48:2,15
  48:25
**persisted** 145:18
**persistent** 145:15
**person** 25:19 77:21
**personal** 8:20
  66:19
**personally** 19:4
**persons** 99:25
**perspective** 12:13
  132:24 133:3
  135:6 138:18
**perspectives** 71:25
**pertain** 39:14
**pertains** 156:18
**pg** 181:6
**phantom** 47:13
**pick** 160:4
**piece** 26:25 99:12
  152:5
**pieces** 132:13,16
  133:4 139:10
  140:14,15
**place** 165:20
  166:19 171:15
**plaintiff** 59:11
**plaintiffs** 55:16
  59:7
**plan** 42:12 53:4
**plans** 53:14
**play** 55:19 135:22
**player** 17:8 53:18
**players** 91:19
  148:18
**please** 5:9,10 13:16
  108:13 136:25
**plot** 142:18,19,20
**plus** 155:25 156:4,6
  157:4,9 163:10,11
**point** 12:13 13:17
  17:6 28:22 45:2
  50:7 58:22,25
  60:14 77:23,25
  84:6 87:12 91:16
  93:11 95:8 105:2
  105:4 121:2,4
  127:21 138:5,9,18
  144:13 147:3
  159:5 160:16

163:7 166:6
  167:19
**points** 17:2 19:23
  73:9 75:16 78:19
  83:17 86:5,7
  95:16 133:22
  166:8 168:6
**policies** 47:14
  59:24
**policy** 58:23 103:11
  164:10,11
**ponzi** 50:14
**pork** 25:21
**portfolio** 66:16,22
**portion** 26:19
**portuguese** 57:18
**position** 101:2,17
  117:22
**positive** 83:9
**possibilities** 130:7
**possibility** 124:12
**possible** 135:9
**potential** 31:23
  64:19 67:2 139:13
  153:22
**practice** 115:7
**praise** 121:4
**precipitated** 154:5
**precise** 12:21
  144:13
**precluded** 126:18
**predict** 18:6 88:8
  88:10,14 89:6,19
  92:14 159:21
**predicted** 87:10,18
  87:22 89:12 92:4
  92:11 173:15
**predicting** 164:7
**prediction** 91:5
  92:13 96:12 97:6
  102:22 103:4
  104:13 121:3,5
  159:11
**predictions** 88:4
  95:20 97:9,16,18
**predictive** 57:5
  88:5,7,12,14 98:7
**predictor** 88:22
**prefer** 15:5
**preference** 75:25

89:3,3 170:20
**prenazi** 54:8
**prepared** 175:3
**present** 3:21 26:4
  27:5,9,13,14,22
  27:25 28:4 29:5
  29:14 30:25 32:22
  33:6 35:3 36:2,14
  36:16,18 48:17,20
  66:12 98:5 102:17
  126:9,12,14
  145:10 153:6,9
**presented** 17:14
  102:4
**president** 44:5
  103:19
**pressure** 43:9
**presumably** 36:6
**presume** 151:6
**pretty** 26:7 69:16
  87:13 135:14
  153:10
**prevailed** 163:25
**prevailing** 163:23
**prevalent** 145:2
**price** 9:19 18:3
  19:22,25 43:5,8
  54:25 56:17 58:9
  62:23 63:15 67:18
  68:14 76:16 78:6
  79:9,13 80:17
  82:10,10 87:2
  92:18 93:8,9
  105:7,9 107:4,5
  109:8,15,18 151:6
  151:7,15,19,20
  155:14 159:24,25
**priced** 150:23
**prices** 12:16 54:16
  56:3 76:17 77:12
  79:6,6 80:24 93:6
  97:12
**pricing** 42:20 52:2
  52:4,9 63:11,20
  64:7 72:25 73:3
  74:2 104:24 105:8
  126:23 154:14
  155:3,4,15
**primary** 6:21 167:8
**principal** 36:11,11

36:24 37:3 47:19
47:22 116:7
123:19 124:3,7,12
125:9,13 126:7,15
**principals** 116:12
157:20
**print** 28:17
**printing** 103:11
**private** 166:14
**probabilistic** 43:5
**probabilities** 155:5
**probably** 12:2
45:22 156:13
**problem** 143:13
159:9 163:18,19
**procedure** 130:21
139:7
**procedures** 139:5
**process** 81:22
131:5
**processes** 100:11
**produced** 10:13
167:23
**produces** 83:18
**products** 43:21
**professional** 2:14
**professor** 33:4
62:21 114:10
138:16
**profile** 123:11,16
124:6
**profit** 60:21,24
135:12 173:3
**profits** 60:10,19
**programming** 9:23
10:8,13
**programs** 83:25
85:3 86:2
**projected** 115:15
**projections** 104:22
115:9
**promised** 50:20
74:18
**promises** 54:16
**proper** 48:10
**proposing** 101:14
**propriety** 134:12
**protect** 66:2
**protocol** 170:24
**provide** 12:12

23:17 25:13
104:15 119:15
126:6 129:10
147:15,15 150:25
162:21 165:5,13
174:21 176:5
**provided** 11:21
59:23 123:10
150:3
**provides** 136:9
**providing** 165:9
173:24 174:16
**provision** 130:9
131:14 153:20
154:15
**public** 2:14 5:5
58:2,9 178:24
179:9 181:25
**publication** 167:18
**publications** 15:7
40:22,24
**publish** 83:21
**published** 14:25
86:2 169:6
**purchase** 8:9,21
62:8,18 63:2,7,12
63:16,20 64:5,24
**purchased** 55:20
84:18 128:9,16,18
129:17
**purchasing** 80:24
**pure** 158:3
**purported** 149:7
**purpose** 65:14,21
66:18 120:13
157:17
**purposes** 16:21
23:22 127:18
**pushed** 112:22,23
**put** 23:21 25:21,22
25:23,23 59:6
74:6 75:3 95:16
101:2,16 155:13
158:20
**puts** 157:24
**putting** 33:17 69:7
174:12

**Q**

**qualify** 118:22

**quality** 93:15,16
**quantity** 61:25
**quantityadjusting**
46:15
**quarterly** 82:22
85:17
**question** 4:9 12:19
14:9 18:15 19:2
20:17 22:4,16
23:11,25 26:13
30:19,21 32:8,11
32:18 34:4,14,16
34:25 36:21 37:22
39:15,16 40:14
41:4 42:6 49:21
60:12 61:2 62:10
69:14 71:11 72:3
73:17 78:3 87:15
88:22 89:18 90:4
90:25 91:2 92:2,3
94:19 95:23 96:5
99:23 101:10
102:19 104:9
106:25 107:23
108:3,15,18 117:5
117:10,13,19
118:2,7,12 119:9
122:12 123:6,13
123:21,23 124:16
125:16 127:19
130:2 131:22
132:18 134:4,16
134:23 135:3,3,19
135:24 138:11
139:22 141:3
143:3,17 144:16
145:13 146:9
147:18 148:7,8
149:2 150:13
151:4 153:5
154:21 156:21
158:25 159:10,13
160:10 168:14
170:4 171:6,22
172:17 175:23
177:5
**questions** 15:5
94:23
**quite** 46:2 72:25
83:12 86:3 142:6

160:16
**quotations** 11:6
86:5 136:10
**quote** 78:11 131:7
146:6,12 147:15
147:22 149:18,21
149:22 150:3
160:8
**quoted** 79:8
**quotes** 76:14
130:16,17 131:5
131:15,18 132:10
132:12,16 149:8
167:25

**R**

**r** 3:2 5:2 99:2 179:2
**raise** 124:11
**ran** 110:20 113:4
**rate** 11:8,9,9,10
19:12 25:5,12
29:25 35:9 36:12
43:6 45:14,21
48:2,6,11,13,25
49:14,16,18 65:10
66:3,20 75:14
78:16 80:6 81:16
81:24 82:15,16
85:24 87:3,23
88:20,21,23 89:11
89:24 91:24 92:4
92:7,11 93:7
96:13 100:9 104:5
104:10,25 105:3
105:17 108:24
109:16,19 111:18
112:18 113:13,22
113:22 114:21
115:6 116:5,13,18
119:16 120:2
126:3,4,14 130:19
141:17 142:3,4,6
142:13,16 151:9
151:10 152:15,20
153:8,9 155:11,20
155:24 157:25
158:5 159:17
160:16 161:5,6,7
162:17,23 163:4
163:15,20,22,23

163:24 164:15
169:20 170:3,12
**rates** 9:2,2,17,17,18
10:23 11:11 12:10
12:14,24,25 13:12
13:13,19,21 14:14
14:15,15,18 17:21
17:24 18:2,2,3,6
18:11,18,20 19:24
22:7 30:11 35:4,7
36:7,8 45:10 49:4
50:19 51:2 52:14
52:15 53:12,19
59:22 65:9,15,23
67:13 68:16 70:13
74:9 75:22 78:13
78:14,17 79:14,15
80:10,11,19,21
81:11,20 86:19
88:11,15 89:5,8,8
89:12,15,22 91:22
91:25 96:9,10
97:6 100:12
101:22,22 102:5,5
102:11,15,16,23
103:7,14,23
104:12,17,20,21
105:9,13 106:7,22
106:23 107:2,11
108:10,19,25
110:14,17,23
114:6,6,12,13,16
114:17 115:8,10
117:12 119:2
120:6,18 121:7,8
126:5 131:23
133:10,13 140:18
141:6,7,8,11
144:25 145:18
156:3 157:6,10,13
157:15,21,22
158:8,10,23
159:11,12 160:14
160:22,24 164:14
166:9,17 167:7
169:13,14 173:12
173:16 174:4
**rating** 69:19
**ratings** 80:12
**ratios** 67:4

razorback 50:8
read 15:6 41:22
  70:16 94:22 95:21
  95:24 96:2 99:17
  99:17 106:3,15
  107:24 108:2
  115:20 118:3,5
  123:22,24 130:8
  132:7 133:14
  134:5,7 148:8,9
  153:21 158:10,11
  159:16 175:5
  178:9 181:6
readily 85:3
reading 132:21
  136:15 137:7
  168:16
reads 181:6
real 45:16 76:4
  110:15
reality 110:14
really 30:6 69:23
  74:21 82:19 83:11
  88:2 134:19
  140:16,19
reason 31:22 79:16
  135:16 181:6
reasonably 136:16
  142:5
reasoned 157:19
recall 37:21 38:8
  38:22 47:6 49:22
  49:24 51:5 53:5
  58:8 60:18,22
  61:7,10,15 99:16
  175:9,10
received 19:23
  128:15,15
receiving 29:25
recess 52:21 98:12
  145:24 176:16
recession 72:16,17
  72:19 75:9,20
  112:21
recognize 148:2
record 5:10 96:2
  108:2 118:5
  123:24 141:17,21
  148:9 178:13,14
  179:14

reduce 27:22
  114:18
reference 111:10
referring 141:7
refers 39:20
refined 166:15
reflect 117:8,11,20
  118:6 130:6,24
  142:2 157:21
  159:18 164:14
reflected 116:19
  154:14 165:10
  174:3
reflection 129:22
reflective 102:16
  142:9,11,15
reflects 64:4 79:19
  95:19 118:14
  126:15 141:20
  145:15
refuse 153:2
regard 173:10
registered 2:13
regression 143:9
  143:11,14 144:3,7
regular 68:2
rejected 22:17 23:2
  24:4
rejection 22:22
  27:7,21 151:24
related 8:9 37:23
  47:25 48:10 50:14
  79:22 179:17
relates 6:8
relating 8:2
relatively 69:8
  103:25 104:2
  113:23 147:9,14
relevant 13:22 23:8
  43:8,15,24 76:13
  78:14 151:21
  152:5,12
reliable 99:24
  156:17 159:4,5
remainder 105:14
remained 103:7
remaining 28:8,25
remains 30:23
  125:10,13
remedial 55:15

remember 51:6
  56:19,20,21 57:12
  57:14 62:15
  136:19 137:7
  168:15,15 170:7
rephrase 118:7
replace 125:2
replaced 31:6,6
replacement
  131:24 146:6
  147:16
replicas 12:21
replicate 176:3
report 10:19 41:8,9
  41:17 61:11 84:3
  99:9 100:18,21
  110:21 111:8
  155:23 167:4,5
  176:7 180:7
reported 1:24 82:4
  133:9
reporter 2:14
reporting 167:24
reports 30:22 56:9
  106:3,15
represent 5:18
represented 7:9
  126:16,17
republic 53:23
reputation 165:3
requirements
  123:9,10
requires 133:10
research 6:21 9:6
  10:3,5 11:22 12:4
  14:23 15:17 16:17
  16:21,25 17:4
  37:18 38:14,18,22
  39:14,17 40:22,24
  41:20 72:11
  175:11,15
researchers 71:8
reserve 23:2 26:8
  37:10,20,25 38:10
  38:23 39:4,14,18
  44:5 70:11,16
  105:25 127:3,22
  127:25 169:7
reserved 4:10
residual 71:3

resolved 49:25
resort 76:21
respect 8:21 11:23
  37:10 38:14,18,23
  61:8 66:17 84:13
  105:25 106:19
  112:13
respective 4:4
  13:20 39:4
respond 173:20
response 158:18
rest 52:11 71:5
  84:23 96:4 173:4
restricted 140:16
  153:12
restrictions 25:11
result 64:20
resume 50:7
resumed 99:4
retain 122:7
retained 5:21 24:5
  24:10,19,21 30:7
  59:25 60:4
return 14:24 25:6
  29:25 50:19 59:23
  65:7,16 116:18
  126:6 162:23
returned 7:13
returning 36:16
revenue 50:2 68:21
  68:24 69:5,15,16
  69:20,21
revenuebacked
  69:11
review 42:19,21
  43:13,19 100:20
  106:6 137:3
  149:24 162:7
  175:20,23,25
reviewed 136:5
  175:2
rfa 22:15 24:3 28:8
  70:11 101:3,17
  122:8,22 123:11
  124:7 125:21
  129:20 130:9
  131:24 132:11,13
  136:9 146:6,13,18
  152:11 153:20
  161:21 164:19

171:16,19 172:7
  172:13,23
rfas 38:15 127:2
  168:18
rich 35:6 83:12
  91:17
right 21:25 22:23
  24:12,14 25:3
  29:9,12 32:4,7
  48:11 65:18 66:4
  66:8 68:4 70:25
  72:13 76:11 85:18
  92:19 95:10 100:3
  101:4,5 109:3
  115:25 117:13
  125:2 126:18
  128:13 129:11
  142:11 145:19
  155:17 160:21
  163:3,6 170:7
  171:2 175:22
rise 22:12
rises 160:16
risk 10:24 62:18
  63:20 64:4,9 70:3
  70:10 89:2,2
  122:7 123:11,16
  123:17 124:5,19
  125:2,5,6,11,20
  157:23
riskfree 50:24
riskier 68:25
riskiness 6:25
  10:17
risklinked 51:16
risks 62:7 63:6,23
  66:14,20 70:6
ritchie 51:16
road 5:14 164:12
role 6:15,21 7:20
  7:22 55:18
rothstein 50:9
rough 164:9
rounding 119:5
routine 170:17
rpr 1:24 179:25
rules 6:5 71:13,24
run 114:2
runner 84:3,21
running 84:23

runs 17:7
russell 8:15

**S**

s 3:2 5:2 99:2,2,2
103:6 166:18
170:25 180:4
sa 55:7
sachs 6:13,16 7:18
7:24 8:5,13,17,22
9:22 11:22,25
14:22 15:2 45:15
61:23 71:17
148:16 166:20
sad 122:3
safe 112:21
safer 69:6,10
sale 51:22
salomon 61:24
salty 47:4
saw 142:12,18
sawyer 3:10
saying 12:9 31:25
32:2 33:14 75:7
75:24 98:8 114:19
116:17 121:7,8
129:18 142:23
146:24 163:6
164:9 169:24
says 91:4,4 132:14
132:22 133:12,14
137:4 169:13
schedule 171:9,17
scheme 50:14
school 7:13
scott 50:9
sealing 4:5
seattle 3:17
second 7:3 9:13
33:18 161:16
162:5 163:19
168:2 170:2
secondly 166:16
secret 146:21
section 132:22
137:3 138:19
securement 70:5
securities 6:23 7:10
7:25 12:17,18
16:2 20:7 74:2

83:5 85:6 97:7
128:10 129:19
155:8,9 172:13
security 20:8 22:3
23:14 28:9,11
70:2 74:3 78:24
82:25 84:14 90:16
see 11:24 12:16
25:9 33:10 35:23
46:12 80:23 92:20
95:2 106:12
112:25 119:17,21
120:3 125:3
128:20 129:3
139:11 141:18
142:24 160:17
161:22 162:18
169:3 174:5 176:6
176:13
seeing 89:6 103:20
seen 88:11 114:7
115:2,24 116:10
121:12 138:3,22
139:9 143:4 161:3
161:7
sell 20:2 44:6 105:6
117:8 160:4
selling 88:2
semiannual 85:16
85:19
sense 87:9 120:25
143:18 153:24,25
154:2
sensitive 68:14
sensitivities 67:12
sensitivity 67:15
sentence 114:24
115:21 162:13
174:8
sequitur 147:19
series 13:24 30:21
33:12 126:12
service 50:2
set 35:5 115:10
163:22 179:12,22
sets 81:10
settlement 3:14
5:19 38:5,19
126:19
settlements 37:19

51:23 52:3,9
sexual 50:15
shape 114:7
shapiro 150:15
shareholders 58:14
sheet 181:2
sherry 53:3
shes 59:13
short 77:19 88:23
114:4
shortfalls 102:11
shortly 16:5
shortterm 68:22
89:12,15,22,24
102:15,23 103:6
103:14 104:5,10
104:12,17 108:9
108:19,25 110:14
110:17,22 112:8
112:11,12,17
114:5,12 141:6
shouldnt 37:15
135:15
show 112:4 113:7
167:2
showing 45:17
112:14 159:17
166:6
shows 83:20 111:24
side 7:9 31:24 47:9
47:20 50:9 51:4,9
51:17 53:7,8,23
55:9,11 57:22
58:19 59:16 68:5
78:8,8 125:25
133:25 134:14
sides 79:9 80:22
signature 181:21
signed 4:13,15
178:20 181:22
significant 142:24
143:4
signifying 162:19
similar 10:24 15:15
33:20 54:10
124:25 148:18
150:9 163:22
similarly 126:14,22
simple 173:19
simply 36:15 92:3

144:12 173:23
single 74:3 166:12
sir 121:23 122:2
sit 57:10 60:14
situation 24:13
33:23 76:20 139:8
six 11:8 27:21 81:2
128:10 129:2,5
142:21 163:8
165:18
sixmonth 13:24
90:10,16 92:21
113:13,21,22
123:5 128:10
165:17,17
size 58:22,25 59:2
79:20
skill 85:2
slight 170:16
slightly 79:24
slope 145:10,14
sloping 144:24
145:7
small 87:13 115:18
116:9
smart 15:8
smoother 170:19
smoothing 170:17
socalled 26:17
software 61:13,18
62:4
sole 43:25 44:3
solid 69:16
solution 156:23,24
solve 157:2
somebody 19:5
23:21 36:5 151:14
somebodys 116:20
someplace 116:20
somethings 76:9
sophisticated 50:23
71:18
sorry 7:19 8:16
37:15 40:15 75:8
85:11 96:6,14
115:22 141:13
143:14 149:12,20
151:11 169:22
170:15 173:9
sort 12:4 35:9

93:13 149:18
155:6,12 171:4,13
sorts 33:20 39:6
50:25 62:23 73:2
89:4 101:21 132:3
158:9 174:22
sotospeak 56:15
sounded 9:22 10:6
167:3,6
source 69:4,15,20
91:17
south 20:19 22:12
22:13
southern 1:3
spanish 57:15,16
57:17
speak 131:11
143:21
specialist 67:9
specialty 100:5
specific 10:6 44:25
69:13 70:6,10,12
70:20
specifically 14:18
39:17 162:12
specifics 69:24
spectrum 13:4
speculate 134:24
135:15
speculating 157:18
speculative 120:2,7
120:11,13,15,19
120:24,25 156:17
spell 5:10
spending 103:10
spent 46:20
spot 9:2,17 12:25
13:13 14:15 45:19
49:3,14,15,18
52:13,15 78:13
79:14 80:6,10,19
81:11,16,20,24
82:15 101:22
102:5 104:25
111:16,18 116:13
144:5,8 159:12
166:9,23 167:7
169:13 170:2,12
spread 83:8,9,10
113:2

**spreads** 91:16
**ss** 178:5 179:5
**stable** 53:11 103:7
**stake** 165:3
**stale** 77:14,15
**standard** 131:10
  138:15 139:4,7
  146:17,19 171:13
  171:15
**standards** 167:22
**standing** 69:5
**stanley** 149:13
**start** 6:11 81:23
  91:6 111:22 159:8
  174:10
**started** 6:19 16:5
  103:20 141:9
**starting** 41:19
  171:15
**state** 2:15 3:13 5:9
  5:18 156:22,23
  160:12 178:4
  179:4,9
**stated** 59:9 132:2
**statement** 95:22
  96:7 108:13
  119:11
**states** 1:2 47:5
**statistical** 143:22
**statistics** 17:5,13
**statutory** 106:12
**stayed** 7:12
**steadily** 160:16
**steady** 103:24
  104:2
**step** 33:25 34:20
  126:25 131:5
**stephens** 58:15
**steps** 86:21
**sticking** 85:5
**stipulated** 4:2,7,11
**stipulating** 34:5,7
**stipulation** 34:13
**stochastic** 100:11
**stock** 25:23 159:21
**stop** 44:14 131:3
**stopped** 50:3,3
**story** 26:2
**straight** 86:7,9
**straightforward**

26:7 147:9,14
**strain** 153:7
**strategies** 6:20,22
  7:6 51:16
**stream** 32:23 36:24
**streams** 31:15
**street** 2:12 3:6 20:5
  40:2 94:10,13
**strictly** 21:23
**strike** 54:18,20
  160:11
**structure** 8:25 9:16
  10:15,20,21 11:3
  11:23 15:10,13,19
  16:7,10,16 19:12
  19:21,24 45:13,20
  49:3 74:9 114:16
  144:24 161:2
  174:3
**structured** 43:21
**structures** 10:14
  22:6 166:9
**studies** 161:3,4
**studying** 17:10
**style** 103:12
**subject** 13:7 48:4
  171:16
**subscribed** 178:20
  181:22
**substantial** 65:12
  72:20 137:6
**substantially** 77:20
  111:4 114:21
  150:9 161:19
  162:2
**subtracted** 27:3
**success** 158:19
**sudden** 14:16
**suffered** 129:13,24
**sufficient** 16:9,12
  20:12 75:15,21
**suggest** 114:20
  122:6
**suggested** 50:22
  104:7
**suggesting** 140:2
**suite** 3:16
**sum** 29:15
**summary** 119:22
**sunset** 51:8

**supports** 150:4
**suppose** 30:7
  153:25
**supposed** 27:7,20
  28:7,25 32:13
  58:10 97:21 98:2
  132:10 134:8
**sure** 6:14 9:11 11:5
  43:13 44:19 45:5
  47:3 52:20 60:13
  60:17 63:9 74:10
  99:10 115:5
  125:12 136:20
  137:2 140:23
  142:22 145:23
  149:24 154:11
  157:10 162:6
  167:22 169:23
**surrender** 58:23
  59:9
**swap** 29:20 39:7
  115:6,12 122:14
  124:20 125:22
  126:23 151:9,10
  154:7,17 155:16
  175:7,20 176:9
**swaps** 30:12 70:13
  126:19 140:14,17
  146:12 154:11,22
  170:24 176:7,8
**swear** 149:15
**swiss** 62:2
**switch** 24:3
**sworn** 4:13,16 5:5
  179:13

**T**

**t** 99:2 178:2 179:2
  179:2 180:4
**table** 58:13 169:3
  169:12
**take** 7:21 34:14
  41:6 42:9 52:10
  52:18 55:16,17
  62:5 68:16 78:24
  79:3,5 82:6 86:20
  87:19 94:9 98:10
  116:24 117:6,20
  118:6,19 125:25
  140:17 145:21

152:18,25 153:2
  153:13,17,19
  175:19 176:12
**taken** 52:21 64:11
  98:12 145:24
  176:16 178:10
**takes** 82:14 84:25
  116:23
**talk** 31:4 40:25
  101:23 130:20
  138:17 144:23
  173:10
**talked** 152:3 153:7
  153:8 154:22
  159:4 160:25
**talking** 14:14,16
  19:3 29:23,23,24
  32:18 33:12 35:9
  37:6 46:15 68:4
  75:8 94:24 111:8
  111:19 130:21
  137:17 140:12
  145:9 168:7
  174:24
**talks** 130:15 137:4
**tambe** 3:8 14:4,8
  16:23 18:14,24
  19:19 20:16 23:10
  23:24 25:15 26:12
  28:5 30:4,18
  32:17 33:7 34:3
  34:16,24 36:20
  38:25 40:13 41:3
  42:5,12,22 46:9
  49:20 52:17 57:7
  60:11,25 62:9
  63:13 64:6,8
  65:19 67:24 69:2
  69:12 70:21 71:10
  72:2 73:16 74:14
  76:6 78:2 87:14
  89:17 90:2,24
  92:8 94:18 99:22
  101:9 102:18
  104:8 106:24
  108:14 109:4
  111:7 117:4,25
  118:11 119:9,18
  120:21 121:19
  122:11 123:12,20

123:25 124:15
  125:15 127:10,15
  129:25 131:21
  132:17 134:3,22
  135:18 138:10
  139:21 141:2,23
  143:16 144:15
  145:12,23 146:8
  147:17 148:6,25
  150:12 151:3
  153:4 154:20
  156:20 158:14,24
  160:9 168:13
  171:5,21 172:16
  176:15
**task** 175:18
**taught** 62:14 63:5
**tax** 47:14 48:3,8
  68:16
**taxation** 51:12
**taxpayer** 121:25
**tbill** 141:12
**tbills** 18:17,22
  78:18,21,21
**td** 50:11
**teach** 62:18
**teaching** 62:17,23
**technical** 42:20
  71:14
**technically** 86:11
  86:13
**techniques** 159:15
  159:16
**tell** 6:17 19:25
  20:13,22 42:17,23
  62:16 65:2 76:9
  77:9 87:9,17 93:9
  106:5,9 107:4,15
  107:18 108:7,22
  108:24 109:2,5,20
  109:21 116:13
  125:4 131:15
  136:22 165:23
  168:5 169:11
**telling** 82:12 87:24
  169:16
**tells** 19:22 76:3,10
  82:20 86:25 87:3
  93:7 104:25 105:3
  107:13,14 109:8

**ten** 45:23 81:3
84:16 85:8,21
95:14 96:25 97:7
157:13 165:18
**tend** 69:10 73:8
114:6
**tens** 121:16
**tenyear** 165:15,21
**term** 8:25 9:15
10:14,15,18,19,21
10:22 11:3,23
12:5 14:18 15:9
15:13,19 16:7,9
16:16 19:21,24
22:6 28:25 45:13
45:20 49:3 52:4
63:24 74:9 105:14
114:16 120:15
141:5 144:24
161:2 166:8 174:3
**terminated** 101:4
101:18
**termination** 130:8
130:12 136:15
137:4,14,19 138:7
139:18 140:13
151:24 161:18,25
164:23
**terminology** 72:17
77:2,8,10 108:21
108:23 136:19
**terms** 9:8 18:19
26:3,7 35:8,10,18
48:14,24 53:19
59:5 62:4,16
63:10 64:7 66:5
75:6 79:8 91:7
107:16 110:22
155:20 165:20
**testified** 5:6,25
34:9 35:12 46:2
52:25 58:20 99:5
127:14,17
**testify** 47:9,21 51:4
53:7,24 55:9
57:16,22 58:19
59:16
**testifying** 47:6
**testimony** 10:19
11:21 30:10 37:24

47:15 48:5,9
50:18 51:14,25
53:16 54:6,13
55:24 57:17 58:5
126:25 140:16
142:23 149:25
178:10,13 179:15
**thank** 45:25 46:18
108:5 177:8
**thats** 8:7 15:7,8
17:3 18:9 20:9,12
21:3 22:24 24:21
24:23,25 25:25,25
26:3,15 29:3,12
32:4,6,8,9 34:12
35:23 36:2,9 38:3
38:12 39:8,15
42:11 44:12 45:8
45:8,22 46:7,22
57:20 58:6,14
62:3 63:23 66:4
72:10,11,13 73:11
75:2,3 76:15 77:6
77:13 80:6,16
87:23 89:7 91:14
91:15 96:3 97:10
97:20,21,25
100:10 101:5
104:20 111:11,22
115:12,18 116:3,5
116:11 117:21
119:6 121:20,22
127:6,8,9,13
130:18 131:17
132:6,14 133:3
134:16 136:8,14
139:2,3 140:9
146:14 147:19
148:12 151:12,15
154:9 158:22
160:20 162:15
163:3,17 166:3
168:24 169:21
170:12,13,20,25
171:11,12,14
175:22,24 176:11
177:8
**theirs** 99:17,18
**theoretical** 130:13
146:7

**theories** 86:20 88:7
173:9,10,15,19
**theory** 30:7,13,16
31:4 88:25 115:7
121:2 143:15,20
143:21,25 144:3,7
146:4,16 147:4
151:16
**thereof** 77:25
**theres** 18:12 19:16
22:8 23:20 29:9
31:22 34:19 44:25
45:5 50:24 59:4,5
63:22 68:19 73:24
77:4,18 78:12
81:17 85:13 86:11
88:3 93:4,5 98:9
110:15 125:11
137:16 138:4
139:13 146:17
148:2 153:21
156:25 158:18
164:4 165:6,8
167:20 177:4
**theyre** 21:3,23
28:20 36:4 40:4
78:15 79:9 88:10
89:4,6 100:6,7
133:7,8 140:12
147:2 159:15
164:9 165:19
166:24 167:7
173:19 174:15
**theyve** 138:4,22
165:21
**thin** 57:12 150:20
**thing** 9:10 69:23
82:6 135:6 159:20
165:2
**things** 15:15 26:22
83:22,24 87:5
88:8,10 89:4
91:15,16 122:24
133:4 138:25
139:6 162:8
166:10 168:4
**think** 8:14 35:11
37:2 42:2 50:23
52:10 71:20 75:6
76:25 77:4 88:13

90:3 97:4 102:3,9
107:24 108:20,25
110:19 117:14
119:3 121:15,19
121:24 122:3
135:14,20 137:13
141:4 147:19
149:11,23 150:2
151:18 159:6,10
167:15,15 168:9
**thinking** 67:21
164:8
**thirty** 79:2 82:21
**thought** 26:10 30:8
44:6 75:2 104:19
151:11 158:16
**thousand** 31:23
94:6,9,12,24
95:12 96:18
**thousands** 23:16
152:7
**three** 43:14,16
44:20 59:3 78:25
81:2 82:17 95:14
102:21 142:21
157:7 161:6 162:8
**threemonth** 50:22
**throwing** 84:22,24
122:16
**thumb** 71:13,24
**tie** 11:12
**tier** 168:2
**tight** 78:9
**time** 4:10 5:20 6:17
9:14 13:20 14:3
15:17 16:2 19:23
22:10 25:6 28:3
30:2 36:16 45:6
46:19 49:6,7
50:22 52:11,17
55:25 56:3,10,15
56:21,25 64:13
76:4,8,15,17
77:19 84:7,8,11
85:16 89:13,25
90:22 91:9,22
99:3 103:6,8,15
105:3,4 107:5
126:6 130:24
133:7 141:8

148:16 161:3,5
168:6 169:17,17
169:20,20 177:10
**times** 5:25 13:3
59:9
**timing** 74:8 79:20
79:23
**title** 46:13 99:16
**tobacco** 3:13 5:18
31:17 37:19,21,23
38:5,15,18 126:19
127:2 168:18
**tobaccorelated**
37:25
**today** 5:20 32:23
103:10 109:9
112:15 128:11
156:6 159:19,24
**todays** 18:3 54:8
87:24 92:17 93:8
107:5
**told** 66:9
**tomorrow** 156:6
159:19
**tool** 40:18 72:6
88:5,7,12,14,16
98:7 102:2 144:7
167:13
**tools** 72:4,9 167:8
**total** 28:3 45:24
136:18,21 140:4,7
140:25
**touch** 40:22
**track** 150:17
**trade** 18:12 21:2,15
115:19 116:10
**traded** 20:7 76:11
133:7 134:19,21
168:5
**trader** 8:5 37:9
71:9,12
**traders** 71:13,19
74:4
**trades** 167:25
**trading** 16:6 51:17
71:23 166:21
**trained** 138:25
**training** 72:10
**tranche** 48:17,17
48:20,21

tranches 48:16
transact 18:22 19:6
  19:9,18 87:4
  107:16 117:2,23
  118:21,23 134:20
  135:11 148:5,14
  148:24 149:19,22
  150:4,11,25 151:6
  151:15 159:25
  167:21 172:8
transacted 49:6
  127:25 167:14
transaction 31:5
  35:10,11 66:10,21
  67:23 73:9 76:2
  77:5,6,24 81:7
  128:24 139:11
  152:5,11 153:14
  171:20 172:14,24
transactional 75:11
transactions 8:23
  10:9 13:25,25
  19:17 55:3 66:22
  66:25 67:2 73:6
  73:14,20 75:16
  76:21,24 77:3,11
  81:5,11,16 148:20
  152:4,8 153:16
  154:8 156:14
  172:15
transcript 178:9,12
  181:2
translated 57:19
translator 57:20
treasure 170:11
treasuries 14:17
  83:5 111:13,13
  112:6 141:13,14
treasury 13:18
  15:25 25:22 28:13
  28:14 43:9 80:3,4
  80:8 81:23 82:6
  83:15,18 85:11
  112:19,21,23
  165:15,17,18
  166:11,13,16,19
  170:9,13,16,19
treated 40:2
treatment 68:17
trial 4:10

trigger 154:10
trouble 166:11
true 157:5 178:12
  178:15 179:14
truly 71:12
try 12:15 65:15
  66:19 74:10 86:23
  88:8 91:19 139:19
  158:2 173:3
trying 9:24 12:7,11
  14:21 16:24 25:3
  33:10 45:2 56:15
  56:23 75:13 76:18
  78:6 81:9 85:9,20
  88:9 89:5 105:7
  114:18 125:20
  135:8,22 152:21
  152:24 162:12,15
  162:24 166:14
tsa 22:22 24:3,5,12
  24:14,17 25:9
  26:4,8,10,19 27:6
  29:25 35:12,21
  36:3 101:2,16
  105:12,15,24
  106:7,9,12 119:4
  119:12 121:16
  122:3,8,20 123:4
  123:18 125:12,20
  125:22 126:11
  129:13,23 133:25
  134:20,21,25
  135:4,17,25 136:6
  136:11,12,17
  137:10 146:24
  147:15 149:4
  152:17 153:12,17
  153:22 154:14,19
  155:2,13 160:7
  161:19,20 162:2,9
  162:14,16,25
  164:18,20,24
  171:16,19 172:7
  174:16,18
tsas 26:5 106:19
  128:8 136:18
  139:19 163:7
turn 13:2,14 82:5
  89:22 99:8 100:17
  102:7 155:22

161:14 166:4
  168:25
turnpike 69:16
twenty 28:8 81:3
  95:14 157:14
twentyfour 43:12
twentythree 130:23
twins 61:21
two 11:9 13:17,22
  14:2 43:25 44:4
  59:21 64:10 77:4
  77:14 79:9 80:21
  82:16 86:7 90:18
  94:23 95:13 113:2
  113:13,16,23
  151:23 157:6
  161:6 163:25
  166:5,7,8
twofactor 100:10
twoweek 62:20
twoyear 13:25
type 58:22 69:22
  147:16 155:4
  175:13
types 34:10 38:10
typical 64:15 93:12
  134:8 161:2
  174:19
typically 6:7 76:16
  85:16 86:3 115:12
  131:6 160:23
  172:14,19,23

U
u 103:6 166:18
uhhuh 37:4 139:10
  167:17
uncertainty 161:13
uncollateralized
  124:11,14
underlying 12:24
  12:25 13:12 80:10
  80:19
underpinning
  49:14
understand 5:21
  6:6 11:21 12:7
  13:15 14:21 15:15
  17:15,21,24 18:7
  18:11 19:12 21:5

22:15,19,20 24:13
  24:18 26:6 32:20
  32:22 35:4 37:23
  39:13 40:21 56:14
  70:15 71:19 74:11
  75:13,24 76:18
  90:3 96:21 100:24
  101:11 113:20
  114:24 118:8
  127:5 136:11,14
  144:6 152:24
  155:2 156:5
  162:11,13,25
  169:12,23 171:2
  177:4
understanding
  11:14,17,19 20:8
  22:24 24:5 93:16
  105:11 112:10
  131:20 149:21
  161:24 164:20
  173:2
understood 142:23
undertaken 164:11
undertaking
  126:12
unfair 139:17
unique 80:13
united 1:2 47:5
unpopularity
  126:19
unprecedented
  103:11
unsupported
  120:25 143:15
unwilling 150:25
  151:5
upward 103:20
  144:24 145:7,10
  145:14
usa 47:20 51:4,8,9
usable 15:22
  167:13
use 10:22 16:25
  17:5,23 18:10
  28:2 33:20,21
  40:19 41:2 49:2
  52:4,13 67:5
  71:13,13,17 72:4
  73:8 75:17 80:16

80:20 81:15 82:23
  83:4,12 88:6,20
  88:21 89:5,19
  90:9 94:6 96:9
  98:2 101:21 102:3
  102:10 104:12,18
  104:20,20 105:9
  108:21 115:8
  116:2 120:15
  133:10,13,15
  134:5,8,9,12
  136:22 139:4
  141:5 143:19
  145:4 146:25
  157:3,5,9,12,15
  157:16 160:6
  167:7,23 168:2
  173:11
useful 80:6 83:19
  91:25
usefulness 94:15,16
uses 45:10 94:20
  150:8 163:21
  170:16
usually 82:4 116:22
utilized 55:2

V
v 5:3 47:4,20 50:9
  51:4,8,17 53:4,23
  55:6 57:21 58:15
  59:15 99:4
valid 40:18 75:16
validity 16:20
  47:16
valuate 139:2
  140:6 147:10
valuation 6:22 8:24
  9:4 10:7,13 12:5
  21:18 34:2 44:11
  47:25 48:18 49:7
  52:5 54:19,20,22
  61:13,18 70:13
  100:21 102:3
  116:12 134:15
  137:9 138:3 139:5
  139:15 140:6
  148:3,11,12 167:8
  167:24 175:2,17
valuations 9:24

37:10 153:11
176:4
**value** 8:23 12:20
13:2,5,10 19:13
19:16,22 20:3,8
21:6,7 23:7,16,19
24:18,20 25:7,17
25:19,25 26:4,7
26:15 27:4,6,9,14
27:15,22 28:2,4
28:16 29:5,14
30:17,25 32:22
33:6,13,16,22
35:3,7 36:2,14,19
43:16 45:17 48:7
48:7,10,14 49:4
49:11,13 53:12
54:7,17 56:24
58:13 67:12 68:15
74:6,7 77:20
87:18 99:13,14
107:7,14,16 116:3
116:14 126:10,12
126:14 130:5,5,13
130:20,23 131:16
132:13,16 133:11
133:13 134:14,17
139:11 140:9
147:5,21 148:15
148:19 150:10
151:2,9,23 153:6
153:17 160:5,6,7
162:9 167:20
168:5,12 172:4,4
**valued** 22:6 49:10
115:12 130:19
133:6,8,25 139:6
140:18 172:10
**values** 33:2 37:17
71:9 75:5 87:22
114:25 115:2,23
115:24 133:4
134:18,21 153:9
**valuing** 30:12
34:19 48:19,24
52:8 54:14 99:12
115:5 140:14
146:18,25 166:10
166:24
**various** 13:19

19:23 78:22 88:7
157:20
**vegas** 91:16
**vehicle** 154:19
**verified** 55:2
**verify** 176:2
**version** 65:3 93:13
**versions** 18:25
**versus** 13:18 48:20
69:16 71:24
**victims** 50:16
**view** 42:3 94:10
97:22,23 129:23
135:3 138:6,9,18
144:13 147:3
150:5 163:7
**vigorous** 80:18
**virtually** 39:24,25
**vitae** 15:3
**voids** 83:14
**volatility** 10:15
15:17 45:14,21
161:13
**volition** 155:2
**volume** 16:6 44:19

___
**W**

**w** 3:8 178:2
**wachovia** 149:17
149:21 150:3
**waived** 4:6
**wakefield** 5:14
**walk** 78:18
**walked** 65:21
**wall** 20:5 23:21
40:2
**want** 6:6 11:12
13:23 20:10 21:6
23:7 30:24 31:4
37:7 44:14 45:2
46:25 69:23 70:5
74:10 81:15 82:24
87:20 88:8,20
108:21 111:10
116:18 125:2
134:24 142:22
157:16 158:14
167:2 169:23
**wanted** 13:24 15:15
29:4 110:13 126:2

**wants** 23:21
**war** 20:19
**washington** 3:13,17
5:18 31:17,24
**wasnt** 30:7 67:25
92:2 125:8 140:19
149:7 152:18
**water** 84:22 164:9
**way** 9:19 15:19
28:21,23 37:9,14
37:17 38:6,8 61:5
64:3 71:4,7 82:21
84:13 98:8 105:8
113:24 129:12
133:3 134:5,7
139:6 142:8,8,13
142:13 146:25
156:22 158:23
164:16 179:19
**ways** 15:11 17:14
73:21 77:4 107:10
158:9
**weighted** 80:9
**wellunderstood**
147:4
**went** 14:22 22:17
56:12 65:5 87:11
142:8,18
**weve** 152:2 164:11
**wharton** 7:13
138:16
**whats** 33:17 34:16
77:17 96:6 118:16
139:7 159:5
168:10 171:6
**whereof** 179:21
**white** 99:14,15,20
**whos** 34:21 64:13
64:14 78:4,5
**willfully** 154:3
**willing** 33:24 34:21
86:21 148:4,24
149:19,22 150:4
150:11,15 151:14
**winklevoss** 61:20
**wires** 56:12
**witness** 5:4,22
46:11,21 94:22
96:3 118:3 127:16
179:11,15,21

**witnesses** 60:9
126:17
**wont** 6:4 77:16
89:19 97:25
**word** 17:12 19:2
27:17 89:19 96:21
96:22 107:20
108:5,7 145:5
154:9 162:19,21
**wording** 137:11
**words** 18:16 68:5
108:20
**work** 7:22 9:8
46:21 66:5,24
91:12 92:13
100:13
**worked** 7:5,14,17
7:24 9:15 10:11
37:20 71:15
**works** 108:22,23
116:11 169:9
**world** 8:18 17:17
53:22,25 71:18
**worst** 135:5
**worth** 20:22 32:23
35:19,23,25 36:25
60:16 76:9,10
77:17 82:12,22
105:2 115:18
116:8 118:23
126:20 133:20
147:25 152:20,23
159:24
**wouldnt** 19:11,14
23:12 29:16 58:12
88:20 146:5
156:22 157:9
**write** 40:8 72:12
100:8
**writing** 38:14,17,23
39:14,20 44:16
**written** 13:6 39:10
39:23
**wrong** 73:7 87:8
96:6,22 107:20
**wrote** 9:6 44:4,12
44:20 45:6 57:18

___
**X**

**x** 104:16 155:25

156:4,16,23 157:2
157:4,9 180:2,4

___
**Y**

**y** 104:16
**yards** 84:8,9,11
**yeah** 20:21,23
78:12 79:4 97:16
151:18 154:25
**year** 7:3,12 11:9
78:25 84:18 85:16
85:20,24 87:10,11
95:13 102:24
166:12,18 169:13
169:21 170:2
**years** 11:9 19:10
21:15 28:8 30:23
32:13,15 33:13
46:3,20 49:23
60:16,16 63:5
65:5,17 79:2 81:3
81:3,3 82:12,16
82:21 84:15,16
85:10,23 88:15
90:11,15,17,19,21
92:5,7,20 93:4
94:11 95:13,14,14
95:14,15 96:25
97:7 102:21 103:2
118:23 121:13
124:22 130:22,23
133:22 142:4,5
157:7,7,14 158:23
161:6,6 163:5
164:2,4 165:6,11
165:14,14,18
174:13
**yesterday** 127:14
127:17
**yield** 20:14 79:7,8
79:17 80:2,5,7
81:6,11,21,24,25
82:5,9,25 84:7,9
84:10,15,16,17
85:10 87:10 90:11
90:16 92:21
109:22 110:3
114:8 118:10,14
118:15,20 128:15
128:20 135:9

161:19,25 162:14
162:19 163:13
164:24 165:2
169:18 175:7,13
**yielding** 14:3
**yields** 10:23 12:17
12:18 13:8,21
14:19 79:11 80:16
94:11 95:7,13
110:2 111:3,4,25
112:5,14,24 113:7
129:3 165:10
175:16
**york** 1:3,14,14 2:12
2:12,15 3:7,7
179:4,10
**youd** 12:4 83:7
146:13 151:18
**youll** 78:11 100:17
**youre** 16:22 17:17
17:20 18:5,7,16
18:17,19,20 20:9
23:3,14 25:3,17
29:18 30:24 31:25
32:2,18 33:11,14
34:5,7 36:5 42:18
56:23 67:19,21
68:11 69:25 70:4
71:2 72:8 74:11
76:7,19 78:16
79:13 80:8,18
81:9,19 83:13
85:9,20 93:3
95:18 96:23 98:6
101:14,20 104:11
114:10,19 115:5
116:6 123:2,25
124:4 127:10,11
130:24 132:10,22
133:19,21 134:8
137:16 140:20
145:9 151:22
152:21 168:7
171:2 174:24
**youve** 5:21,25 8:4
9:8 39:9 40:24
41:20 46:2,24,25
66:6 82:16 110:19
139:8,9 148:17
156:9

**Z**

**z** 104:16
**zero** 23:19 165:6,9
**zerocoupon** 16:6
16:15 82:20 84:20

**0**

**0** 165:5 169:17,20
**000** 50:21 118:24
177:5,7
**04** 2:7
**0813555** 1:5

**1**

**1** 41:9 47:4 98:13
99:3 169:3,13,17
169:20 180:7
**10** 2:7 133:20
**100** 159:6
**100176702** 3:7
**101** 121:14
**109** 149:14
**11** 1:4 42:9 52:18
52:21,22
**1191** 3:15
**12** 98:13 161:8
166:4,5
**13** 52:21 166:6
**14** 118:24 168:25
**15** 42:9 46:22 52:18
133:20 173:9,10
**150** 168:8,9
**16** 173:21
**17** 179:23
**18** 161:7
**19** 173:8
**1950s** 103:13
**1960** 166:18
**1960s** 103:14
**1978** 45:8
**197879** 62:24
**1980** 62:25
**1983** 45:12
**1984** 45:17

**2**

**2** 99:8 100:17
111:17,19 114:15
145:24,25 169:20
**20** 42:9 45:23

**2000** 44:15
**2001** 142:19,24
**2002** 26:21 43:3
111:20,24 113:22
142:19
**2008** 72:15 102:16
**2009** 26:22 34:10
90:9 108:9,10
109:14 110:3,10
110:24 111:5,20
111:25 112:5,15
113:5,7,22 114:17
114:20 125:18
128:2,11,16,18
129:4,14,24
141:21 142:17
143:3,6 145:11
146:7 147:10
149:10 152:11,15
155:17 160:15
165:11,16 170:9
173:16
**2010** 110:8
**2014** 1:15 2:6
108:11 109:16,22
110:5,15,21 112:4
113:6,6 129:14,24
141:22 142:17
173:17 178:11,22
179:23 181:4,23
**20plus** 163:5
**21** 161:7
**2100** 3:16
**215** 5:14
**22** 41:19 42:14
**222** 2:12 3:6
**23** 30:22 32:13,15
33:12 43:4 91:4
133:22 164:3
165:6,11
**23year** 105:13
**24** 91:4 108:11
109:16,19,22
110:15,21 112:4
113:6 156:12
**25** 90:9 108:9
109:14 110:3,23
111:5 113:5
114:17,20 128:16
145:10 156:10,12

165:11,16 170:9
**25th** 156:12
**26** 46:14 110:10
**2nd** 3:15

**3**

**3** 119:15,21 156:6
176:16,17 177:10
**30** 121:13
**34** 98:13
**36** 52:22
**360** 78:22

**4**

**4** 28:15 102:7
119:18,20 144:23
152:16 159:6
162:17,25 163:9
164:21
**40** 19:10 145:24
158:12
**401** 53:3,13
**41** 98:13 99:3 180:7
**41st** 2:12 3:6
**42** 159:6
**43** 176:16
**45** 24:6,14,17,21
25:7,9,11,20,20
25:24 26:4,8,9
27:2,15 28:15
35:12,21,25 36:8
36:17,18,25 125:9
133:19 163:4,7,10
163:11
**484** 28:15 152:16
162:17,25 163:9
164:21

**5**

**5** 50:21 137:3,3
155:25 156:4,5
157:4,9 180:3
**50** 158:12
**50s** 103:16,22
104:3
**50yard** 84:22
**53** 176:17 177:10
**55** 59:9
**58** 145:25
**5something** 152:15

**6**

**6** 91:4,4 132:22
138:19 155:22,23
159:6,6
**60s** 103:23 104:2
**65** 119:16,25
133:22 141:16,16
164:2 165:5
**66** 169:13,19
170:10

**7**

**7** 1:15 2:6 132:22
138:19 160:19
178:11 181:4
**70** 161:2,4
**70s** 44:24 144:11
161:11
**75** 177:5,7

**8**

**8** 155:25 156:4,6,7
157:4,9
**800** 50:21
**80s** 44:24

**9**

**9** 161:14 180:7
**90** 89:15,25 90:22
91:8,11,21
**92** 169:14,20,24
**95** 170:2
**98101** 3:17