**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 480: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNTS SUBJECT TO OBJECTION | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|-------------------------------|---------------------------|-----------------------------------|
| 1 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56670 | $39,969.40 * | $39,969.40* | No Liability |
| 2 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56668 | $65,381.13 * | $65,381.13* | No Liability |
| | | | | | TOTAL | $105,350.53 | $105,350.53 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts