UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (SCC)
                                                                :   (Jointly Administered)
                    Debtors.                                    :
                                                                :
----------------------------------------------------------------x   Ref. Docket No. 46476


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
22nd day of October, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 46476_AFF_10-15-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

------------------------------------------------

In re                                           | Chapter 11 Case No.
                                                |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (SCC)
                                                |
                                                | (Jointly Administered)
         Debtors.                               |

------------------------------------------------

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GOLDENTREE MASTER FUND II, LTD.
             TRANSFEROR: BARCLAYS BANK PLC
             ATTN: JOHN DEMARTINO
             300 PARK AVENUE, 21ST FLOOR
             NEW YORK NY 10022

Please note that your claim # 63661-04 in the above referenced case and in the amount of
        $112,696.40   allowed at $98,627.73        has been transferred **(unless previously expunged by court order)**

             GOLDMAN, SACHS & CO.
             TRANSFEROR: GOLDENTREE MASTER FUND II, LTD.
             ATTN: MICHELL ELATZONI
             200 WEST STREET
             NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46476      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2014.

# EXHIBIT B

```
TIME: 11:14:36                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 10/15/14                                         CREDITOR LISTING

Name                              Address
GOLDENTREE MASTER FUND II, LTD.   TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN, SACHS & CO.              TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: MICHELL ELATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO.              TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282

Total Number of Records Printed            3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC