B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fifth Street Station LLC</u>
Name of Transferee

<u>Barclays Bank PLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Fifth Street Station
505 5th Avenue South
Seattle, WA 98104
Attn: Sean Lobo
Email: SeanL@vulcan.com
Tel: (206) 342-2476

Court Claim # (if known): <u>67649</u>
Amount of Claim Transferred: <u>$25,000,000.00</u>
Date Claim Filed: <u>August 31, 2011</u>
Debtor: <u>Lehman Brothers Holdings, Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

851877v.1 3453/00029

1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FIFTH STREET STATION LLC

By: _____SEAN MEEKER___          Date: ___14 OCTOBER 2014_____
       Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **FIFTH STREET STATION LLC** ("Buyer") an undivided 100% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number 67649, which is in the amount of **$25,000,000.00**, plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered), less amounts that have already been distributed by the Debtor to Seller on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 20th day of October, 2014.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **FIFTH STREET STATION LLC** |
| *[signature]* | |
| Name: | Name: |
| Title: Jenna Yoo, Authorized Signatory | Title: |

12

ACTIVE 201769156v.5

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **FIFTH STREET STATION LLC** ("Buyer") an undivided 100% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number 67649, which is in the amount of **$25,000,000.00**, plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered), less amounts that have already been distributed by the Debtor to Seller on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 20th day of October, 2014.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **FIFTH STREET STATION LLC** |
| Name:<br>Title: | Name: SEAN MEEKER<br>Title: DIRECTOR |

ACTIVE: 201769156v.5