UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) (Jointly Administered) |
| Debtors. | Ref. Docket Nos. 45371, 46476, 46480, 46481, 46483, 46487, 46491-46493, 46496, 46497, 46499, 46500-46502, 46510, 46512-46516 |

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | 08-13888 (SCC) (Jointly Administered) |
| Debtors. | Ref. Docket No. 397 |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of October, 2014

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 45371, 46476, 46480...46510, 46512-46516; (08-13888) 397_AFF_10-16-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
     TRANSFEROR: HLF LP
     C/O BANK OF AMERICA MERRILL LYNCH
     ATTN: GARY S. COHEN / ANTE JAKIC
     BANK OF AMERICA TOWER - 3RD FLOOR
     ONE BRYANT PARK
     NEW YORK NY 10036
```

Please note that your claim # 28099-16 in the above referenced case and in the amount of
$9,230,395.04    allowed at $4,287,000.00    has been transferred **(unless previously expunged by court order)**

```
     CVI HH INVESTMENTS, LP
     TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
     C/O CARVAL INVESTORS LLC ATTN: T.SALBERG
     9320 EXCELSIOR BOULEVARD
     HOPKINS MN 55343
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 45371    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2014        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
     as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 16, 2014.

# EXHIBIT B

```
TIME: 10:09:32                                            LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 10/16/14                                                CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: HLF LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN / ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA    53100 ITALY
BANCO SANTANDER (SUISSE) S.A., AS AGENT           ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA    1201 SWITZERLAND
BANCO SANTANDER (SUISSE) S.A., AS AGENT           DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BLUE SEA HOLDINGS SA                              C/O GMG CAPITAL SA ATTN: DAVE ELZAS OR LYDIA ENDER 23 RUE FERDINAND HODLER GENEVA 3   CH-1211 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE AG                                  TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 10019
CVI HH INVESTMENTS, LP                            TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS LLC ATTN: T.SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: MACQUARIE BANK LIMITED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDENTREE MASTER FUND II, LTD.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: SCOTT YOON 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN, SACHS & CO.                              TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY
GOLDMAN, SACHS & CO.                              TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP- M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: HCN LP C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: NOMURA INTERNATIONAL PLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
KT CREDIT LLC                                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O ANDREWS KURTH, LLP; ATTN: DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR
                                                  NEW YORK NY 10017
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: BLUE SEA HOLDINGS SA ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MACQUARIE BANK LIMITED                            ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: UNIPENSION INVEST F.M.B.A. HIGH YIELD OBLIGATIONER ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
MAI BRIDGE FUND                                   TRANSFEROR: MIZUHO ALTERNATIVE INVESTMENTS, LLC C/O MIZUHO ALTERNATIVE INVESTMENTS, LLC ATTN: MICHAEL R. SCHWENK 757 THIRD AVENUE
                                                  NEW YORK NY 10017
MIZUHO ALTERNATIVE INVESTMENTS, LLC               ATTN: PETER KATSANOS 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MIZUHO ALTERNATIVE INVESTMENTS, LLC               CLAUDE G. SZYFER, ESQ. STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038
MORGAN STANLEY & CO. INTERNATIONAL PLC            MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: YAU MEI CHEUNG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
PENTWATER EQUITY OPPORTUNITIES MASTER             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
  FUND LTD.
PENTWATER EQUITY OPPORTUNITIES MASTER             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606
  FUND LTD.
PENTWATER EQUITY OPPORTUNITIES MASTER             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON STREET SUITE 1450 CHICAGO IL 60606
  FUND LTD.
UNIPENSION INVEST F.M.B.A. HIGH YIELD             TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
  OBLIGATIONER
YAU MEI CHEUNG                                    5B PINECREST 65 REPULSE BAY ROAD HONG KONG    HONG KONG

Total Number of Records Printed      39                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```