UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (SCC)
                                              :   (Jointly Administered)
                      Debtors.                :
                                              :
-----------------------------------------------------------------x   Ref. Docket No. 46178, 46180

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
22nd day of October, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CITIGROUP FINANCIAL PRODUCTS, INC.
               TRANSFEROR: OC 530 OFFSHORE FUND, LTD.
               ATTN: BRIAN BROYLES
               1615 BRETT ROAD, BLDG 3
               NEW CASTLE DE 19720

Additional:

Transferee:    CORRE OPPORTUNITIES FUND, L.P.
               ATTN: CLAIMS PROCESSING (BANKRUPTCY)
               1370 AVENUE OF THE AMERICAS, 29TH FLOOR
               NEW YORK NY 10019

**Your transfer** of claim # 17376-01 **is defective for the reason(s) checked below:**

Other                              The name on the Transfer and notice do not match.

Docket Number 46178          Date 08/28/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 16, 2014.

# EXHIBIT B

```
TIME: 10:10:05                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 10/16/14                                              CREDITOR LISTING

Name                              Address
CITIGROUP FINANCIAL PRODUCTS, INC. TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC. TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CORRE OPPORTUNITIES FUND, L.P.     ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC