UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 44122, 46181, 46525

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
22nd day of October, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CITIGROUP FINANCIAL PRODUCTS, INC.
          TRANSFEROR: OC 530 OFFSHORE FUND, LTD.
          ATTN: BRIAN S. BROYLES
          1615 BRETT ROAD, BLDG 3
          NEW CASTLE DE 19720
```

Please note that your claim # 29058-06 in the above referenced case and in the amount of
    $7,900,546.50   allowed at $4,612,692.00       has been transferred **(unless previously expunged by court order)**

```
          CORRE OPPORTUNITIES QUALIFIED MASTER FND
          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
          ATTN: CLAIMS PROCESSING (BANKRUPTCY)
          1370 AVENUE OF AMERICAS, 29TH FLOOR
          NEW YORK, NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46181      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/17/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 17, 2014.

# EXHIBIT B

```
TIME: 11:23:37                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 10/17/14                                                   CREDITOR LISTING

Name                                           Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
MASTER FUND LP                                  NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CORRE OPPORTUNITIES QUALIFIED MASTER FND        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF AMERICAS, 29TH FLOOR
                                                NEW YORK, NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET
                                                LONDON  EC2N 2DB UNITED KINGDOM
MOORE, CHARLES E.                               SCOTT R. LOVERNICK, ESQ. SCHWARTZ & CERA, LLP 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO CA 94104
VONWIN CAPITAL MANAGEMENT, LP                   TRANSFEROR: MOORE, CHARLES E. VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                                NEW YORK NY 10016


Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC