UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                   :

In re                              :       Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (SCC)
                                   :       (Jointly Administered)

                Debtors.       :

-------------------------------------------------------------------x    Ref. Docket Nos. 46517, 46518


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 17, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                  */s/ Lauren Rodriguez*
                                  Lauren Rodriguez

Sworn to before me this
22nd day of October, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
                  ATTN: ALLEN GAGE
                  1 MADISON AVE
                  NEW YORK NY 10010

Additional:    CREDIT SUISSE
                  CRAVATH, SWAINE & MOORE LLP
                  ATTN: RICHARD LEVIN
                  WORLDWIDE PLAZA
                  825 EIGHTH AVENUE
                  NEW YORK NY 10019

Transferee:    BANK JULIUS BAER & CO. LTD.
                  ATTN: PATRIK ROOS
                  BAHNOFSTRASSE 36
                  ZURICH CH-8010 SWITZERLAND

**Your transfer of claim # 55829 is defective for the reason(s) checked below:**

Other                            The specified ISIN does not exist for the claim number.

Docket Number 46518          Date 10/15/14

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 17, 2014.

**EXHIBIT B**

TIME: 11:22:22
DATE: 10/17/14

PAGE:  1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BANK JULIUS BAER & CO. LTD. | ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010  SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DIGNITY HEALTH | GOLDEN TREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| DIGNITY HEALTH | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |

Total Number of Records Printed         6

EPIQ BANKRUPTCY SOLUTIONS, LLC