

SECURITIES – Corporate Actions
1, rue Jean Piret
L-2965 Luxembourg

Votre contact: Valérie DION-BERGMANN
T +352 44 99 4916  F +352 44 99 8283
E valerie.bergmann@ing.lu / ca@ing.lu

United States Bankruptcy Court
For the Southern District of New York
Attn: Clerk of the Court
One Bowling Green
New York, New York 10004
USA

Luxembourg, October 13th, 2014

N. réf.  TCR/1488/vb/ID30053
V. réf.

Dear Sirs,

Re: Lehman Brothers Treasury XS0295698947 – Claim Transfer Request

Please kindly find enclosed a claim transfer request pertaining to EUR 100.000,00 (face amount of securities) – Court Claim #59233, filed on October 30, 2009 for which we require to transfer it in favour of us.
We also attach an extract from our authorised signatures.

Should you require any other details, please let us know.

Best regards,

Valérie Dion-Bergmann
Team Leader Corporate Actions

Bernard Poncin
Manager Securities Safekeeping

ING Luxembourg, Société Anonyme          R.C.S. Luxembourg B.6041          T +352 44 99 11  F +352 44 99 12 31
52, route d'Esch L-2965 Luxembourg        TVA LU 11082217  Code Swift CELLLULL        www.ing.lu

BANKING                                   INSURANCE                                   LEASING



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Ing Luxembourg SA | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Ing Luxembourg SA<br>SECURITIES / Corporate Actions<br>Centre Drosbach, Rue Guillaume Kroll 12E<br>L-1882 Luxembourg<br>Tel: +352 44 99 4916<br>Email: ca@ing.lu | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): n/a | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 100'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Ing Luxembourg SA    Date:    12/09/2014
SECURITIES / Corporate Actions
Centre Drosbach, Rue Guillaume Kroll 12E
L-1882 Luxembourg

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC251

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 12.7%Cert. Lehman Bros Treasury BV 07-29.04.2011 | XS0295698947 | LBT BV | LBH Inc. | EUR 100'000.00 out of EUR 3'543'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Ing Luxembourg SA
SECURITIES / Corporate Actions
Centre Drosbach, Rue Guillaume Kroll 12E
L-1882 Luxembourg
Telephone: +352 44 99 4916
Email: ca@ing.lu

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy

TOC 25A

Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~May~~ Oct. 6, 2014

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Hugo Koller
Title: Director

ACKNOWLEDGED BY:

Ing Luxembourg SA
Transferee

By: _____
Valérie DION
[illegible] Corporate Actions

By: _____
Bernard PONCIN
Manager Securities Transfers
& Corporate Actions

TOC25A



ING Luxembourg s.a.

Contact:  Florence ISTACE
T +352 44 99 3625
F +352 44 99 2200
E florence.istace@ing.lu



Luxembourg, 12 September 2014

**Specimen of authorized signature**

Dear Sir or Madam,

Please find hereafter copy of the specimen of signature of Mrs Valérie DION-BERGMANN and Mr Bernard PONCIN.

| | |
|---|---|
| DION-BERGMANN Valérie<br>Securities / Corporate Actions<br><br>B | *signature* |
| PONCIN Bernard<br>Securities / Safekeeping<br><br>B | *signature* |

Best regards.



Nicolas RASSON                                   Florence ISTACE
Head of Corporate Administration                 General Management, Secretary

ING Luxembourg, Société Anonyme        R.C.S. Luxembourg B.6041           T +352 44 99 1  F +352 44 99 23 10
52, route d'Esch L-2965 Luxembourg      TVA LU 11082217  Code Swift CELLLULL   www.ing.lu