Paul J. Lawrence
Kymberly K. Evanson
PACIFICA LAW GROUP
1191 2nd Avenue, Suite 2000
Seattle, Washington 98101-3404
Tel: (206) 245-1700
Fax: (206) 245-1750

Robert N. Michaelson
Eric T. Moser
RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, New York 11073
Tel: (212) 220-9404
Fax: (212) 913-9642

*Attorneys for Washington State Tobacco Settlement Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING WASHINGTON TOBACCO SETTLEMENT AUTHORITY'S MOTIONS IN LIMINE**

This matter coming before the Court on the Motions in Limine (the "Motions") from the Washington Tobacco Settlement Authority ("Washington TSA" or "TSA"); the Court having reviewed the Motions and having considered the arguments of counsel and testimony of the witnesses before the Court during the Evidentiary Hearing on November 4, 5, and 6, 2014; and the Court having found that:

ORDER GRANTING WASHINGTON TOBACCO
SETTLEMENT AUTHORITY'S MOTIONS IN
LIMINE - 1

10000 00001 dj235f3162

    (a)    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

    (b)    This is a core proceeding pursuant to 28 U.S.C. § 157(b).

IT IS HEREBY ORDERED THAT:

    (i)    TSA's Motion in Limine No. 1 is GRANTED.

    (ii)    TSA's Motion in Limine No. 2 is GRANTED.

    (iii)    TSA's Motion in Limine No. 3 is GRANTED.

    (iv)    TSA's Motion in Limine No. 4 is GRANTED.

    (v)    TSA's Motion in Limine No. 5 is GRANTED.

**SO ORDERED:**

Dated:    New York, New York
                _____, 2014

                                                    HONORABLE SHELLEY C. CHAPMAN
                                                    UNITED STATES BANKRUPTCY JUDGE

Signed at Seattle, Washington this 23rd day of October, 2014.

                                                    /s/  Kymberly K. Evanson
                                                        Kymberly K. Evanson
                                                  Attorney for Washington State Tobacco
                                                 Settlement Authority