Response Deadline: December 3, 2014
Hearing Date: December 10, 2014 at 10:00 a.m.

Robyn F. Pollack
Lucian B. Murley (Admission Pro Hac Vice Pending)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7537

*Attorneys for the Cantor/BGC Parties*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

### NOTICE OF MOTION OF THE CANTOR/BGC PARTIES' MOTION FOR RECONSIDERATION OF ORDERS GRANTING FOUR HUNDRED SIXTY-SIXTH AND FOUR HUNDRED SIXTY-SEVENTH OMNIBUS CLAIM OBJECTIONS

PLEASE TAKE NOTICE that, upon (i) the accompanying Motion of Cantor/BGC Parties for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Fourth Hundred Sixty-Seventh Omnibus Claim Objections; (ii) the Declaration of Michael A. Lampert dated October 23, 2014 filed contemporaneously herewith, and (iii) all prior proceedings in Chapter 11 Case No. 08-13555 (SCC), Case No. 08-01420 (SCC) (Jointly Administered), the Cantor/BGC Parties move this Court pursuant to section 502(j) of title 11 of the United States Code, Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedure, and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York for

636555.1 10/24/14

reconsideration of this Court's *Order Granting the Four Hundred Sixty-Sixth Omnibus Objection to Claims (No Liability Claims)* and *Order Granting Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims)* (the "Motion for Reconsideration"), and for such other and/or further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion for Reconsideration will be held on **December 10, 2014 at 10:00 a.m.**, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 601.

Respectfully submitted,

SAUL EWING LLP

By: _____
Robyn F. Pollack
Lucian B. Murley (Admission Pro Hac Vice Pending)
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone:  (215) 972-7537
Facsimile:  (215) 972-1946

*Attorneys for BGC Brokers LP*

Dated: October 24, 2014