UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (CSS) <br><br> Re: Docket No. \_\_\_\_ |

### ORDER GRANTING THE CANTOR/BGC PARTIES' MOTION FOR RECONSIDERATION OF ORDERS GRANTING FOUR HUNDRED SIXTY-SIXTH AND FOUR HUNDRED SIXTY-SEVENTH OMNIBUS CLAIM OBJECTIONS

Upon the motion, dated October 24, 2014 and supporting declaration (the "Motion"), of Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited ("Cantor Fitzgerald Hong Kong"), and BGC Partners (Australia) PTY Limited ("BGC Australia, and, together with Cantor Fitzgerald Europe and Cantor Fitzgerald Hong Kong, the "Cantor/BGC Parties") for entry of an order pursuant to section 502(j) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York (the "Local Rules") granting a hearing for reconsideration of this Court's orders granting the four hundred sixty-sixth omnibus objection to claims [D.I. 44487] (the "466th Omnibus Objection"), and the four hundred sixty–seventh omnibus objection to claims [D.I. 44488] (the "467th Omnibus Objection" and, together with the 466th Omnibus Objection, the "Claim Objections"), as to Claim Numbers 22151, 22156, 22158 (the "Claims"); and due and proper notice of the Motion having been given; and the Court having read and considered the Motion and objections to the Motion, if any; and after due deliberation, and sufficient cause appearing to grant the requested relief; it is

**ORDERED,** that the Motion is granted as provided in this Order; and it is further

636555.1 10/24/14

**ORDERED**, that responses and objections to the Motion, if any, that have not been withdrawn are overruled; and it is further

**ORDERED**, that reconsideration of the Orders as to the Claims is granted; and it is further

**ORDERED**, that a hearing on the Claim Objections solely as to the Claims shall be held on _____, 201\_ at \_\_:\_\_ \_.m. or as soon thereafter as counsel may be heard; and it is further

**ORDERED**, that the Motion shall be deemed to be a response to the Omnibus Objection; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2014
New York, New York

 

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE