B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,         Case No. 08-13555 (JMP)
                                                     (Jointly Administered)

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Senior Funding, Inc. | CF LBHI LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York NY  10036
Attn:  John Ragusa
Tel:  (212) 761-1069
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY  10281

Court Claim # (if known): 68032
Amount of Claim Transferred:  $24,958,803.26 (as allowed)
Date Claim Filed:  March 6, 2012 (with respect to 68032)
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

[signatures on next page]

Aozora Assignment Agree. (Claims)                       - 5 -
851554v.1 892/04655

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Morgan Stanley Senior Funding, Inc.**,
   as Transferee

By: _John Ragusa_ (signature)    Date: 10/23/14
Name: John Ragusa
Title: Authorized Signatory


Acknowledged and agreed:

**CF LBHI LLC**,
   as Transferor


By: _____    Date: _____
Name:
Title:


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Morgan Stanley Senior Funding, Inc.,**
   as Transferee

By: _____     Date: _____
Name:
Title:


Acknowledged and agreed:

**CF LBHI LLC,**
   as Transferor

By: _____/s/_____     Date:    10/23/14
Name:
Title:
                **David Prael**
                **Chief Financial Officer**
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.