SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas C. White

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC., | Adversary Proceeding |
| | No. 13-01554 (SCC) |
| Plaintiffs-Counterclaim Defendants | |
| v. | |
| GIANTS STADIUM LLC, | |
| Defendant-Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

      I, Thomas C. White, hereby certify that I caused to be served true and correct copies of Giants Stadium LLC's **Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief**, and the **Declaration of Thomas C. White in Support of Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief** and the exhibits thereto (i) on October 24, 2014, by ECF on the parties requesting electronic service and (ii) on October 24, 2014, by U.S. Mail, First Class, Postage Prepaid, on the Internal Revenue Service,

Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), and by hand delivery on:

>The Chambers of the Honorable Shelley C. Chapman
>One Bowling Green
>Courtroom 623
>New York, New York 10004
>
>The U.S. Trustee
>U.S. Federal Office Building
>201 Varick Street, Suite 1006
>New York, New York 10014
>Attn: William K. Harrington, Susan D. Golden, and Andrea B. Schwartz
>
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, New York 10153
>Attn: Richard W. Slack, Robert J. Lemons
>
>*Attorneys for the Debtors*
>
>Milbank, Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck
>
>*Attorneys for the Creditors' Committee*

| | |
|---|---|
| Dated: New York, New York<br>October 27, 2014 | Respectfully submitted,<br><br>/s/ Thomas C. White<br>Thomas C. White<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Attorney for Giants Stadium LLC* |