

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New YorkNY 10004-1408
United States of America

St. Gallen, 15th October 2014

**In re Lehman Brothers Holdings, Inc, Case 08-13555**

Dear Sir's

Enclosed please find one transfers of claim other than for security with attached evidences of claim.

The mentioned Lehman Products are now deposited in our bank.

Please process these transfers.

If you have any questions, do not hesitate to contact us at phone 0041 71 242 57 52.

Yours sincerely,

Notenstein Private Bank Ltd

Roger Knöpfel          August Zingg

NOTENSTEIN PRIVATBANK AG   CH-9004 ST.GALLEN   BOHL 17   +41 (0)71 242 50 00   INFO@NOTENSTEIN.CH

ST.GALLEN   BASEL   BERN   CHUR   GENF   LAUSANNE   LOCARNO   LUGANO
LUZERN   SCHAFFHAUSEN   WINTERTHUR   ZÜRICH

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings, Inc.</u>        Case No <u>08-13555(JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Notenstein Privatbank AG</u>                    <u>Credit Suisse AG</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>55829</u>
should be sent:                                  Amount of Claim: Note: *This is a Partial Transfer of Claim. See attached 1 Evidence of Transfer of Claim for Details*

Notenstein Privatbank AG
Bohl 17
CH-9004 St. Gallen
Switzerland                                      Date Claim Filed: <u>10/29/2009</u>

Phone: <u>+41 71 242 57 52</u>                   Phone:_____
Email: <u>ca@notenstein.ch</u>
Last Four Digits of Acct #: <u>n/a</u>           Last Four Digits of Acct. #: <u>n/a</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____  Date: <u>October 15th 2014</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG**  ("Transferor") unconditionally and irrevocably transferred to **Notenstein Privatbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 14, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0323535418 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | Units 5 |