Paul J. Lawrence
Kymberly K. Evanson
PACIFICA LAW GROUP
1191 2nd Avenue, Suite 2100
Seattle, Washington 98101
Tel: (206) 245-1700
Fax: (206) 245-1750

Robert N. Michaelson
Eric T. Moser
RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, New York 11073
Tel: (212) 220-9404
Fax: (212) 913-9642

*Attorneys for Washington State Tobacco Settlement Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITNESS LIST OF WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY**

  Pursuant to the agreed scheduling order between the parties, Washington State Tobacco

Settlement Authority ("Washington TSA") submits the following list of witnesses who are

presently expected to be called at the Evidentiary Hearing on November 4-6, 2014 for Proofs of

Claim numbers 37355 and 37356.  Washington TSA reserves the right to amend or revise this

list and to call additional witnesses in rebuttal or otherwise.


  1. Kim Herman
    Executive Director, Washington TSA

WITNESS LIST OF WASHINGTON STATE
TOBACCO SETTLEMENT AUTHORITY - 1

2. Robert Cook
   Senior Director of Finance, Washington TSA

3. Michael Roberts
   Washington TSA Board Secretary

4. Jeffrey Hasterok
   Washington TSA Expert Witness

5. Daniel Curry
   Washington TSA Expert Witness

6. Peter Shapiro
   Swap Financial Group, LLC
   Washington TSA Expert Witness

7. Seth Konheim
   Lehman's 30(b)(6) Representative

DATED this 27th day of October, 2014.

PACIFICA LAW GROUP, LLP

By  /s/  Paul Lawrence
   Paul J. Lawrence, WSBA # 13557
Admitted Pro Hac Vice
   Kymberly K. Evanson, WSBA # 39973
Admitted Pro Hac Vice
Attorneys for Washington State Tobacco
Settlement Authority

WITNESS LIST OF WASHINGTON STATE
TOBACCO SETTLEMENT AUTHORITY - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2014, I caused the document to which

this Certificate is attached to be served upon the following:

Jayant W. Tambe      ☐ via facsimile
Laura W. Sawyer      ☐ via overnight courier
Jennifer L. Del Medico      ☐ via first-class U.S. mail
Benjamin Rosenblum      ☒ via email
Jones Day      ☒ via electronic court filing
222 East 41st Street      ☐ via hand delivery
New York, New York 10017
Email:  jtambe@jonesday.com
Email:  lwsawyer@jonesday.com
Email:  jdelmedico@jonesday.com
Email:  brosenblum@jonesday.com
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for the Debtors and Debtors in
Possession

      Signed at Seattle, Washington this 27th day of October, 2014.


                /s/  Kymberly K. Evanson
                   Kymberly K. Evanson
                Attorney for Washington State Tobacco
                Settlement Authority

WITNESS LIST OF WASHINGTON STATE
TOBACCO SETTLEMENT AUTHORITY - 3