**JONES DAY**
Jayant W. Tambe
Laura W. Sawyer
222 East 41st Street
New York, New York 10017

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | : | Case No. 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------x

### DEBTORS' WITNESS LIST

Pursuant to the Joint Stipulation and Scheduling Order (Dkt. 46450), so-ordered on October 6, 2014, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (collectively, "Debtors") respectfully submit this list of witnesses that Debtors intend to call to provide oral testimony at the evidentiary hearing regarding Proofs of Claim Nos. 37355 and 37356 submitted by the Washington State Tobacco Settlement Authority ("Washington TSA"), scheduled to be held on November 4 through November 6, 2014.

Debtors intend to call the following witnesses:

    1.    David Babbel

    2.    Samuel Gruer

    3.    James Vergara (by video recording of his deposition)

Debtors reserve their right to call any witness listed on Washington TSA's witness list, or any witnesses needed to authenticate documents. In addition, Debtors reserve the right to call additional witnesses in rebuttal or otherwise.

Dated: October 27, 2014  
New York, New York

Respectfully submitted,

JONES DAY

*/s/* Laura Washington Sawyer  
Jayant W. Tambe  
Laura Washington Sawyer  
222 East 41st Street  
New York, New York 10017  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306

*Attorneys for Debtors*

2

## **CERTIFICATE OF SERVICE**

I, I-Heng Hsu, certify that on October 27, 2014, I caused a true copy of the foregoing Debtors' Witness List to be served via ECF and electronic mail upon:

>Paul J. Lawrence
>Kymberly K. Evanson
>PACIFICA LAW GROUP LLP
>1191 Second Avenue, Suite 2100
>Seattle, WA 98101
>
>Eric T. Moser
>Robert N. Michaelson
>RICH MICHAELSON MAGALIFF MOSER, LLP
>340 Madison Avenue, 19th Floor
>New York, NY 10173
>
>*Attorneys for Washington State*
>*Tobacco Settlement Authority*

Dated: October 27, 2014
          New York, New York

                                                                    /s/ I-Heng Hsu
                                                                    I-Heng Hsu