



FILED / RECEIVED

OCT 2 0 2014

EPIQ SYSTEMS

**15.10.14**    **003.80**

CH - 4621
Frankieren Post

PRIORITY
Stand 2

T51336



DIE POST





Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

Telefon    0844 822 811
Telefax    041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr.  439 766

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

| | |
|---|---|
| Datum | October 14, 2014 DR-Fep |
| Telefon direkt | 041 206 24 86 Peter Felder |
| Telefax direkt | 041 206 29 16 |
| E-Mail | peter.felder@lukb.ch |

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
**Case No. 08-13555 (JMP)**

Dear Sir or Madam,

Enclosed we send you 1Evidence of Transfer of Claim Form.

Thank you for your attention.

Sincerely yours,

Luzerner Kantonalbank

Peter Felder  / Jörg Gubler

enclosure.





FILED / RECEIVED

OCT 20 2014

EPIQ BANKRUPTCY SOLUTIONS, LLC

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Luzerner Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 17, 2014.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:   AVP

By:_____
Name: Rita von Wyl
Title:   AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| XS0335964648 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 7,000 |