UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (SCC)
                                                                     :    (Jointly Administered)
                    Debtors.                                         :
                                                                     :
---------------------------------------------------------------------x    Ref. Docket No. 46491, 46535-46537,
                                                                          46539, 46541, 46542

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 22, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren Rodriguez

Sworn to before me this
28th day of October, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:     CALADIUM PARTNERS, L.L.C.
        TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY
        FDR STATION, PO BOX 262
        NEW YORK NY 10150
```

Please note that your claim # 67649-01 in the above referenced case and in the amount of
        $25,000,000.00        has been transferred **(unless previously expunged by court order)**

```
BARCLAYS BANK PLC                              BARCLAYS BANK PLC
TRANSFEROR: CALADIUM PARTNERS, L.L.C.          DANIEL MIRANDA AND JEFFERY LONGMUIR
ATTN: JENNA YOO AND HOWARD LEE                 BARCLAYS BANK PLC
1301 AVE OF THE AMERICAS, 8TH FLOOR            745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019                              NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46541        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/22/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 22, 2014.

# EXHIBIT B

```
TIME: 09:15:19                                                                                                                              PAGE:   1
DATE: 10/22/14
                                                        LEHMAN BROTHERS HOLDING INC.
                                                              CREDITOR LISTING

Name                                     Address
BARCLAYS BANK PLC                        DANIEL,MIRANDA AND JEFFERY LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: CALADIUM PARTNERS, L.L.C. ATTN: JENNA YOO AND HOWARD LEE 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019
CALADIUM PARTNERS, L.L.C.                TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY FDR STATION, PO BOX 262 NEW YORK NY 10150
CHI WAH FOUNDATION LIMITED               TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) ATTN: LAM KO YIN
                                         ROOM 2207, 22/F, WELLBORNE COMMERCIAL CENTRE 8 JAVA ROAD, NORTH POINT HONG KONG
CITIGROUP FINANCIAL PRODUCTS, INC.       TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.       TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.       TRANSFEROR: OC 530 OFFSHORE FUND, LTD. ATTN: BRIAN S. BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CORRE OPPORTUNITIES FUND, L.P.           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR
                                         NEW YORK NY 10019
KT CREDIT LLC                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O ANDREWS KURTH, LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR
                                         NEW YORK NY 10017
LEHMAN BROTHERS COMMERCIAL CORPORATION   (IN LIQUIDATION) TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) 8TH FLOOR, PRINCE'S BUILDING 10 CHATER ROAD CENTRAL  HONG KONG
  ASIA LIMITED
RBS COUTTS BANK AG                       STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
ROTHSCHILD BANK AG                       TRANSFEROR: RBS COUTTS BANK AG ZOLLIKERSTRASSE 181 ZURICH  8034 SWITZERLAND


Total Number of Records Printed          12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC