UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 46544, 46546-46551

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
28th day of October, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (SCC)
                                                   |
                                                   | (Jointly Administered)
            Debtors.                               |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DIGNITY HEALTH
     TRANSFEROR: DEUTSCHE BANK AG, LONDON
     C/O GOLDENTREE ASSET MANAGEMENT, LP
     ATTN: KAREN WEBER
     300 PARK AVENUE, 21ST FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 15644-04 in the above referenced case and in the amount of
        $378,947.37    allowed at $360,000.00        has been transferred **(unless previously expunged by court order)**

```
     CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: DIGNITY HEALTH
     ATTN: SCOTT R. EVAN
     1615 BRETT ROAD, BLDG 3
     NEW CASTLE DE 19720
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46547      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/23/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2014.

# EXHIBIT B

```
TIME: 10:06:41                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:     1
DATE: 10/23/14                                         CREDITOR LISTING

Name                                      Address
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO   TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. PIERO PIETRINI SERVIZIO AMM. STRUMENTI FINANZIARI VIA CALAMANDREI, 255
SOCIETA' COOPERATIVA                      AREZZO  I-52100 ITALY
CITIGROUP FINANCIAL PRODUCTS INC.         TRANSFEROR: DIGNITY HEALTH ATTN: SCOTT R. EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDITO EMILIANO SPA                      TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA ATTN: EFSIO BERTRAND VIA EMILIA SAN PIETRO, N.4
                                          REGGIO EMILIA  42121 ITALY
DIGNITY HEALTH                            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR
                                          NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: PCI FUND, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES PLC                TRANSFEROR: LEHMAN BROTHERS JAPAN INC. ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179
LEHMAN BROTHERS JAPAN INC.                ATTENTION: KAY CHOI, AKIRA HIDAKA LEHMAN BROTHERS JAPAN INC. 9/F KISHIMOTO BUILDING 2-2-1 MARUNOUCHI
                                          CHIYODA-KU, TOKYO 100-0005 JAPAN
LEHMAN BROTHERS JAPAN INC.                MORRISON & FOERSTER LLP ATTN: LORENZO MARINUZZI, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
LEHMAN BROTHERS JAPAN INC.                NOBUTAKA TANAKA KISHIMOTO BUILDING 2F, 2-1, MARUNOUCHI 2-CHOME, CHIYODA-KU, TOKYO, 100-0005   JAPAN
LEHMAN BROTHERS JAPAN INC.                LORENZO MARINUZZI, ESQ. MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104
LEHMAN BROTHERS JAPAN INC.                TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) LEHMAN BROTHERS JAPAN INC. 9/F KISHIMOTO BUILDING
                                          2-2-1 MARUNOUCHI CHIYODA-KU, TOKYO 100-0005 JAPAN
STONEHILL INSTITUTIONAL PARTNERS, L.P.    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                          885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                          885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022


Total Number of Records Printed      14
```