UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (SCC)
                                                :        (Jointly Administered)
                   Debtors.                  :
                                                  :
------------------------------------------------------------x        Ref. Docket No. 46457

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           */s/ Lauren Rodriguez*
                                                                           Lauren Rodriguez

Sworn to before me this
28th day of October, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
              TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH
              ATTN: SARAH CHAN, DIRECTOR
              LEVEL 13 & 14
              1 QUEEN'S ROAD CENTRAL
              HONG KONG HONG KONG

Additional:

Transferee:   TREEKIDS INVESTMENT LIMITED
              SUITE 1807 GREAT EAGLE CENTRE
              23 HARBOUR ROAD
              HONG KONG HONG KONG

**Your transfer** of claim #   56670-04   is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 46457            Date 10/07/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2014.

# EXHIBIT B

```
TIME: 10:07:38                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 10/23/14                                               CREDITOR LISTING

Name                            Address
HONGKONG AND SHANGHAI BANKING   TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH ATTN: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL
 CORPORATION LIMITED, THE       HONG KONG   HONG KONG
TREEKIDS INVESTMENT LIMITED     SUITE 1807 GREAT EAGLE CENTRE 23 HARBOUR ROAD HONG KONG   HONG KONG

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC