UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (SCC)
                                                                       :    (Jointly Administered)
                            Debtors.                                   :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket No. 45901, 46538,
                                                                            46565, 46567, 46571, 46576

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
28th day of October, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
+------------------------------------------+
| In re                                    |  Chapter 11 Case No.
|                                          |
| LEHMAN BROTHERS HOLDINGS INC., et al.,   |  08-13555 (SCC)
|                                          |
|                                          |  (Jointly Administered)
|              Debtors.                    |
|                                          |
+------------------------------------------+
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      TRANSFEROR: CALADIUM PARTNERS, L.L.C.          DANIEL MIRANDA AND JEFFERY LONGMUIR
      ATTN: JENNA YOO AND HOWARD LEE                 BARCLAYS BANK PLC
      1301 AVE OF THE AMERICAS, 8TH FLOOR            745 SEVENTH AVENUE, 2ND FLOOR
      NEW YORK NY 10019                              NEW YORK NY 10019
```

Please note that your claim # 67649-01 in the above referenced case and in the amount of
         $25,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      FIFTH STREET STATION
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SEAN LOBO
      505 5TH AVENUE SOUTH
      SEATTLE WA 98104
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46565      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/24/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 24, 2014.

**EXHIBIT B**

```
TIME: 10:33:04                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 10/24/14                                              CREDITOR LISTING

Name                                          Address
BANCA POPOLARE DI MILANO S.C.P.A.             TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: MARIA TERESA GUERRA, MANAGER PIAZZA MEDA, 4 MILANO 20121 ITALY
BANCA POPOLARE DI MILANO S.C.P.A.             ATTN: MARIA TERESA GUERRA, MANAGER VIA ROSELLINI 16 MILANO 20124 ITALY
BARCLAYS BANK PLC                             ANDREW J. CALLANHA, ESQ. ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             DANIEL MIRANDA AND JEFFERY LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: CALADIUM PARTNERS, L.L.C. ATTN: JENNA YOO AND HOWARD LEE 1301 AVE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10019
FIFTH STREET STATION                          TRANSFEROR: BARCLAYS BANK PLC ATTN: SEAN LOBO 505 5TH AVENUE SOUTH SEATTLE WA 98104
FIFTH STREET STATION LLC                      TRANSFEROR: BARCLAYS BANK PLC ATTN: SEAN LOBO 505 5TH AVENUE SOUTH SEATTLE WA
GOLDMAN SACHS & CO.                           TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GRUSS GLOBAL INVESTORS MASTER FUND, LTD.      TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065
MACQUARIE BANK LIMITED                        ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                        TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
OFFSHORE ASSET HOLDING VEHICLE A, LTD         DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
OFFSHORE ASSET HOLDING VEHICLE A, LTD         TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
OFFSHORE ASSET HOLDING VEHICLE A, LTD         TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P.; ATTN: DAVID F. STEINMETZ
                                              2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
RYF, BERNHARD                                 JUNGFRAUWEG 18 MUENSINGEN CH-3110 SWITZERLAND
RYF, BERNHARD                                 UPM SCHNEIDER BERTHOLD RAINWEG 19 UTZIGEN CH-3068 SWITZERLAND
UBS AG                                        TRANSFEROR: RYF, BERNHARD BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA                TRANSFEROR: BANCA POPOLARE DI MILANO S.C.P.A. ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8
                                              BERGAMO 24121 ITALY

Total Number of Records Printed    18
```