United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. 08-13555 |
|---|---|
| Creditor Name and Address: | TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOIS<br>ATTN: TASSI MATON<br>DIRECTOR OF INVESTMENT OPERATIONS |
| Court Claim Number (if known): | 22497 |
| Date Claim Filed: | 09/21/2009 |
| Total Amount of Claim Filed: | $295,026.23 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: October 28, 2014

Print Name: Richard W. Ingram

Title (if applicable): Executive Director

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

# POWER OF ATTORNEY

WHEREAS, the Teachers' Retirement System of the State of Illinois (the "System"), pursuant to its investment authority, enters into investment management agreements or partnership agreements with certain asset managers or investment partners authorized by contract to act on behalf of the System; and

WHEREAS, such asset managers and investment partners from time to time in the performance of their contractual functions must obtain from the System certain executed documents such as, for example and not by way of limitation, a Power of Attorney for real estate transactions; and

WHEREAS, the System's Board of Trustees (the "Board") has the authority, pursuant to 40 ILCS 5/16-179, to enter into such agreements and to execute such documents as it determines to be necessary to complete any investment transaction; and

WHEREAS, the Board has the authority, pursuant to 40 ILCS 5/16-169, to appoint a secretary to serve as the chief executive officer of the System, known as the Executive Director, responsible for the detailed administration of the System; and

WHEREAS, the Board intends that the System's Executive Director should have the requisite power and authority to execute such documents as are necessary to complete any transactions in or related to interests in real property or other investments on behalf of the System; and

WHEREAS, on January 5, 2011, the Board resolved to approve an employment contract with Richard W. Ingram ("Ingram") for the position of Executive Director; and

WHEREAS, as of January 27, 2011, Ingram began his term as the System's Executive Director;

NOW, THEREFORE, the Board hereby grants to Ingram, for so long as he shall serve as the System's Executive Director, the authority to execute on behalf of the System such powers of attorney or any other necessary documents as may be required for the completion of any transactions directly or indirectly related to the System's investments or other business.

BOARD OF TRUSTEES OF THE
TEACHERS' RETIREMENT SYSTEM
OF THE STATE OF ILLINOIS

By: _____
Christopher Koch, Board President

Dated: 2/4/11