B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| York Global Finance BDH, LLC | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

York Global Finance BDH, LLC
c/o York Capital Management
767 5th Avenue, 17th Floor
New York, NY  10153
Attn:   Lauren Searing
Tel:    212-710-6549
Fax:    212-710-6590
Email:  bankdebt@yorkcapital.com

Court Claim # (if known):  28103
Amount of Claim Transferred:  $11,063,000.00
Date Claim Filed:  September 22, 2009
Debtor:  Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: ___10/28/14___
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Goldman Sachs Lending Partners LLC**, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned **York Global Finance BDH LLC**, its successors and assigns ("Purchaser"), an undivided pro rata share of **$11,063,000.00** (the "Transferred Claim") in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **28103**) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 28th day of October, 2014.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:   **Ashwin Ramakrishna**
         **Authorized Signatory**

YORK GLOBAL FINANCE BDH LLC

By: _____
Name:
                                    Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Goldman Sachs Lending Partners LLC**, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned **York Global Finance BDH LLC**, its successors and assigns ("Purchaser"), an undivided pro rata share of **$11,063,000.00** (the "Transferred Claim") in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **28103**) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  28th  day of  October, 2014.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:


YORK GLOBAL FINANCE BDH LLC

By: _____
Name:  John J. Fosina
       Chief Financial Officer          Title: