Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 22nd Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
jvanacore@perkinscoie.com

David M. Miller
BERENBAUM WEINSHIENK PC
370 17th Street, Suite 4800
Denver, CO 80202
303.825.0800
303.629.7610 (facsimile)
dmiller@bw-legal.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS INC.; LB ROSE RANCH LLC and PAMI STATLER ARMS LLC, | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |
| Debtors. | |

## NOTICE OF CHANGE OF FIRM

The undersigned counsel for the movants hereby provides the Court and counsel with this Notice of Change of Law Firm.

1. David M. Miller, one of the counsel for movants, has changed law firms. I will continue to represent the movants in this matter. My updated contact information is as follows:

David M. Miller
BERENBAUM WEINSHIENK PC
370 17th Street, Suite 4800

LEGAL123954446.1

                                                Denver, CO 80202
                                                303.825.0800 (phone)
                                                303.629.7610 (facsimile)
                                                    dmiller@bw-legal.com

Dated: October 28, 2014
New York, New York                                 PERKINS COIE LLP


By: */s/ Jeffrey D. Vanacore*


Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 22nd Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
jvanacore@perkinscoie.com

- and -

David M. Miller
(Admitted *Pro Hac Vice*)
370 17th Street, Suite 4800
Denver, CO 80202
303.825.0800 (phone)
303.629.7610 (facsimile)
dmiller@bw-legal.com

Attorneys for Movants

LEGAL123954446.1