B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al</u>    .          Case No. <u>08-13555 (SCC)</u>
                                                                (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>VÄRDE INVESTMENT PARTNERS,  L.P.</u>          <u>THE ROYAL BANK OF SCOTLAND PLC</u>
Name of Transferee                                             Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):  <u>14208</u>
should be sent:                                                    Amount of Claim Transferred:  <u>$4,297,585.00</u>
                                                                        Date Claim Filed:  <u>9/16/09</u>
                                                                        Debtor:  <u>Lehman Brothers Holdings Inc.</u>

VÄRDE INVESTMENT PARTNERS,  L.P.
8500 Normandale Lake Blvd,  Suite 1500
Minneapolis, MN  55437
Fax:  952-893-9613

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Värde Investment Partners, L.P.**

By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____          Todd B. Jelen
       Transferee/Transferee's Agent                 Managing Director                    Date: ___10/29/14___

**The Royal Bank of Scotland PLC**

By: RBS Securities Inc., its agent


By: _____          Date: _____
       Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Värde Investment Partners, L.P.**

By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____          Date: _____
     Transferee/Transferee's Agent

**The Royal Bank of Scotland PLC**

By: RBS Securities Inc., its agent


By: _*[signature: Mason Chau]*_____          Date: 10/24/14
     Transferor/Transferor's Agent
     Name: Mason Chau
     Title: Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.