WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**
**ON THE FOUR HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred

Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which

was scheduled for November 7, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to**

**December 10, 2014 at 10:00 a.m. (Eastern Time)** with respect to the claims listed on Exhibit A

annexed hereto.

Dated:  October 29, 2014
        New York, New York

                              /s/ Garrett A. Fail
                              Garrett A. Fail
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates

**EXHIBIT A**

| Claimant | Claim Number | Response ECF No. |
|---|---|---|
| KBC Bank NV | 13872 | 46238 |
| Halewood Company Limited | 21956 | 46195 |
| Wincent Investment Limited | 21965 | 46182 |
| Fatai Investment Limited | 21966 | 46183 |
| Zama International Limited | 21967 | 46184 |