# Sparkasse
# Freiburg-Nördlicher Breisgau

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
NEW YORK; NY 10017
USA

S-Vermögensmanagement
Freiburg Mitte
Kaiser-Joseph-Str. 186-190
79098 Freiburg

Thomas Kirner
Telefon: 0761 215-2616
Telefax: 0761 215-2619
thomas.kirner@
sparkasse-freiburg.de

17. Oktober 2014

Dear Sirs,

referring to documents attached (Form 210A (10/06)) we ask you to attend our transfer of claim accordingly.

Your kind assistance in this matter is very much appreciated.

Yours faithfully

Sparkasse
Freiburg-Nördlicher Breisgau

Thomas Kirner        Tanja Hettich

VermögensManagement
Postfach 11 70
79011 Freiburg

Sparkasse
Freiburg-Nördlicher Breisgau
Kaiser-Joseph-Straße 186-190
79098 Freiburg

Telefon 0761 215 0
Telefax 0761 215 1999
info@sparkasse-freiburg.de
www.sparkasse-freiburg.de
BIC (SWIFT-Code): FRSPDE66XXX

Anstalt des öffentlichen Rechts
HRA 4583 (AG Freiburg)
USt-ID-Nr.: DE 142 113 394
Steuer-Nr.: 06471/46536
Bankleitzahl 680 501 01

FNB 1.20.01_020 (Fass. 04.2013)






Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Joachim Niehaus
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Joachim Niehaus
Stadtstr. 83 b
79104 Freiburg

Court Claim # (if known): 55829
Date Claim Filed: 29 October, 2009
Amount of Claim: 
Portion of Claim Transferred (see Schedule 1): see Evidence of Transfer of Claim Form

Phone: 0049 761 215 2616
Last Four Digits of Acct #: --

Phone: --
Last Four Digits of Acct. #: --

Name and Address where transferee payments should be sent (if different from above):

Sparkasse Freiburg-Nördliche Breisgau, Freiburg
IBAN DE 66 6805 0101 0001 67 55 99
Attn Mr. Thomas Kirner

Phone: --
Last Four Digits of Acct #: --

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16.10.2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0323535418 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | Units 21 |

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Joachim Niehaus, 79104 Freiburg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **September 23, 2014.**

**Credit Suisse AG**

By: _____
Name: Claudio P. Sieber
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP