EXECUTION VERSION

**EXHIBIT A**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>STONEHILL INSTITUTIONAL PARTNERS, L.P.</u><br>Name of Transferee | <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Stonehill Institutional Partners, L.P.<br>c/o Stonehill Capital Management LLC<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Steven D. Nelson<br>Telephone: 212-739-7470<br>Fax: 212-838-2291<br>Email:snelson@stonehillcap.com/ops@stonehillcap.com | Court Claim # (if known): <u>67080</u><br>Amount of Claim Transferred: <u>$10,000,000.00</u><br>Date Claim Filed: <u>September 20, 2010</u><br>Debtor: <u>Lehman Commercial Paper Inc.</u> |
| Phone:_____<br>Last Four Digits of Acct #:_____ | Phone:_____<br>Last Four Digits of Acct. #:_____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

850359v.1 3091/00572

EXECUTION VERSION

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By:    Stonehill Capital Management LLC,
its Investment Adviser

By: _____          Date: __10/30/14__
       Name of Transferee/Transferee's Agent


By: _____          Date: _____
       Name of Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

850359v.1 3091/00572

EXECUTION VERSION

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By:   Stonehill Capital Management LLC,
its Investment Adviser

By:_____          Date:_____
    Name of Transferee/Transferee's Agent

By:_____          Date: 10/30/14
    Name of Transferor/Transferor's Agent
    Michelle Latzoni
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

850359v.1 3091/00572