EXECUTION VERSION

**EXHIBIT A**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (SCC)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| STONEHILL MASTER FUND LTD. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stonehill Master Fund Ltd.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email:snelson@stonehillcap.com/ops@stonehillcap.com

Court Claim # (if known): 67080
Amount of Claim Transferred: $10,000,000.00
Date Claim Filed: September 20, 2010
Debtor: Lehman Commercial Paper Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

850358v.1 3091/00572

EXECUTION VERSION

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL MASTER FUND LTD.
By:   Stonehill Capital Management LLC,
its Investment Adviser

By: _____          Date:  10/30/14
Name of Transferee/Transferee's Agent


By: _____          Date: _____
Name of Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

850358v.1 3091/00572

EXECUTION VERSION

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL MASTER FUND LTD.
By:    Stonehill Capital Management LLC,
its Investment Adviser


By: _____          Date: _____
     Name of Transferee/Transferee's Agent


By: _____          Date: 10/30/14
     Name of Transferor/Transferor's Agent
     *Michelle Latzoni, Authorized Signatory*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

850358v.1 3091/00572