**DBS PRIVATE BANK**

24 October 2014

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A



Attention : United States Bankruptcy Court
Southern District of New York

Dear Sirs,

**LEHMAN PROGRAMS SECURITIES**
**PARTIAL TRANSFER OF CLAIM FROM SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH TO DBS BANK LTD**

Please find attached Form B210A and evidence of partial transfer of claim for your necessary action.

If you have any queries, please do not hesitate to contact the undersigned at telephone +65 6878 9151 / +65 6878 4323.

Yours faithfully,
For and on behalf of DBS Bank Ltd

Liew Chin Choy
Senior Vice-President

Sim Geok Kim
Vice-President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

RECEIVED OCT 27 2014 U.S. BANKRUPTCY COURT SO DIST NEW YORK

In re <u>Lehman Brothers Holdings Inc.,et al</u>       Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>DBS BANK LTD</u>
Name of Transferee

<u>SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
DBS BANK LTD
2 Changi Business Park Crescent #09-05
Lobby B DBS Asia Hub Singapore 486029

Court Claim # (if known):<u>62901</u>
Amount of Claim: <u>Refer to attached</u>
Date Claim Filed: <u>11/02/2009</u>

Phone: <u>+656878 4323</u>
Last Four Digits of Acct #: _____

Phone: <u>+65 63033922</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Liew Chin Choy / Sim Geok Kim</u>        Date: <u>24 October 2014</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>DBS BANK LTD | Name of Transferor:<br>SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH |
|---|---|
| Notices to Transferee should be sent to:<br><br>DBS BANK LTD<br>2 Changi Business Park Crescent #09-05 Lobby B<br>DBS Asia Hub Singapore 486029<br>Attn: Head of Wealth Management Ops<br>Tel: +65 6878 4323<br>Email: pbops-regca@dbs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br><br>SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH<br>1 Raffles Quay #35-01 North Tower<br>Singapore 048583<br>Attn: Head of Operations<br>Tel: +65 6303 3922<br>Email: sin-priv-corporate-actions@sgprivasia.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>See attached _____ (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____[signature]_____    Date: 24.10.2014

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 62901 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 3 YR HSBC HOLD LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | XS0275721628 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |
| LEHMAN BROTHERS SEC ZC | XS0295725260 | LEHMAN BROTHERS SECURITIES CO. NV | LEHMAN BROTHERS HOLDINGS INC | USD 1,000,000 |
| 2 YR (CARR.PA+LVMH.PA) DAILY ACC CALLB ELN | XS0300152666 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | EUR 300,000 |
| 2.75YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACCRUAL CALLABLE | XS0306341958 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 500,000 |
| 5YR WORST OF JAPANESE BASKET AUTO CALLB ELN | XS0312924334 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | SGD 4,000,000 |
| 5YR WORST OF JAPANESE BSKT AUTO CALL ELN | XS0312938045 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | SGD 4,000,000 |

| CORPORATE CREDIT LINKED NOTES | XS0313103003 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 4,100,000 |
|---|---|---|---|---|
| 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | XS0313789074 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 1,500,000 |
| LEHMAN BROTHERS SEC | XS0313891359 | LEHMAN BROTHERS SECURITIES CO. NV | LEHMAN BROTHERS HOLDINGS INC | USD 1,050,000 |
| 1 YEAR US BASKET DAILY ACCRUAL CALLABLE ELN | XS0320033466 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |
| 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTE | XS0332109221 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 1,200,000 |
| 1 YEAR US BASKET | XS0336249643 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 200,000 |
| 1 YR US BASKET DLY ACC CALLABLE ELN | XS0337553258 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 1,000,000 |
| 2 YEARS HK BASKET 0857 | XS0337553415 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 300,000 |
| 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTES | XS0339480187 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**SOCIETE GENERALE BANK & TRUST, SINGAPORE BRANCH**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

DBS BANK LTD
2 Changi Business Park Crescent #09-05 Lobby B DBS Asia Hub Singapore 486029
Attn: Head of Wealth Management Ops
Tel: +65 6878 4323
Email: pbops-regca@dbs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 21, 2014.

SOCIETE GENERALE BANK & TRUST, SINGAPORE BRANCH
Transferor

By: _____
Name: ~~Ng Kok Kham~~ / Dominic Teo
Title:   Executive Director / Senior Director


ACKNOWLEDGED BY:

DBS BANK LTD
Transferee

By: _____
Name:  Liew Chin Choy       / Sim Geok Kim
Title:   Senior Vice-President / Vice-President

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS**<br>**PROOF OF CLAIM**<br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000062901 |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Societe Generale Bank & Trust Singapore Branch
1 Raffles Quay #35-01 North Tower Singapore 048583
Attention: Head of Operations

Telephone number: (65) 6303-3922      Email Address: sin-priv-corporate-actions@sgprivasia.com

☑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 1297 & 1298
*(If known)*

Filed on: 12Oct08   (Received on 12Dec08)

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:   Email   Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $   41,159,958.12   (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**   See attached   **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached   (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FILED / RECEIVED<br>FOR COURT USE ONLY<br>NOV 02 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|
| 28 October 2009 | Ng Kok Kham (Regional Head of Operations) / Anne Lee (Director-Operations Back Office) | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| Series Number | ISIN | Issuer | Description | Maturity date | Currency | Nominal Holdings | Face value | Interest | Face value + Interest | Claim amount (USD) | Basis of interest calculation | No. of Beneficial Owners | Safekeep with | Electronic Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MTN1937 | XS0183944643 | LEHMAN BROTHERS HOLDINGS INC | 4.75% NOTE | 16/01/2014 | EUR | 250,000 | 250,000 | 7,884.22 | 257,884.22 | 368,155.51 | 16Jan08-15Sep08 (A/A) 243/366 days x 4.75% x 250,000 = 7,884.22 | 1 | The Bank of New York Mellon A/c 808015, in the name of Societe Generale Bank & Trust Singapore Branch | 6048257 |
| MTN9680 | XS0348395814 | LEHMAN BROTHERS HOLDINGS INC | SGD 250M 4.20% 5YR FIXED RATE NOTES DUE 2013 | 22/02/2013 | SGD | 2,000,000 | 2,000,000 | 5,523.29 | 2,005,523.29 | 1,400,406.78 | 22Aug08-15Sep08 (A/365) 24/365 days x 4.2% x 2,000,000 = 5,523.29 | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048631 |
| | XS0295725260 | LEHMAN BROTHERS SECURITIES CO. NV | LEHMAN BROTHERS SEC ZCP | 20/04/2010 | USD | 1,125,000 | 1,125,000 | - | 1,125,000.00 | 1,125,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048632 |
| | XS0313891359 | LEHMAN BROTHERS SECURITIES CO. NV | LEHMAN BROTHERS SEC | 07/08/2009 | USD | 1,050,000 | 1,050,000 | to be determined | 1,050,000.00 | 1,050,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048633 |
| MTN2844 | XS0221851875 | LEHMAN BROTHERS TREASURY CO. BV | 15NC3M CALLABLE ON INVERSION STEEPENER | 01/07/2020 | USD | 2,050,000 | 2,050,000 | to be determined | 2,050,000.00 | 2,050,000.00 | - | 3 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048634 |
| MTN5472 | XS0275721628 | LEHMAN BROTHERS TREASURY CO. BV | 3 YR HSBC HOLD LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 30/11/2009 | USD | 1,400,000 | 1,400,000 | to be determined | 1,400,000.00 | 1,400,000.00 | - | 7 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048635 |
| MTN5491 | XS0276154738 | LEHMAN BROTHERS TREASURY CO. BV | 2.5YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 01/06/2009 | USD | 600,000 | 600,000 | to be determined | 600,000.00 | 600,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048636 |
| MTN5484 | XS0276286993 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DLY ACC CALL ELN | 01/12/2008 | HKD | 5,000,000 | 5,000,000 | to be determined | 5,000,000.00 | 641,585.00 | - | 3 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048637 |
| MTN5513 | XS0276437521 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HSBC HLDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC ELN | 04/12/2008 | USD | 2,800,000 | 2,800,000 | to be determined | 2,800,000.00 | 2,800,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048638 |
| MTN6540 | XS0291251808 | LEHMAN BROTHERS TREASURY CO. BV | 2YR JAPAN BASKET DAILY ACC CALLABLE ELN | 23/03/2009 | JPY | 30,000,000 | 30,000,000 | to be determined | 30,000,000.00 | 286,710.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048639 |
| MTN7160 | XS0300152666 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR (CARR.PA+LVMH.PA) DAILY ACC CALLB ELN | 26/05/2009 | EUR | 2,500,000 | 2,500,000 | to be determined | 2,500,000.00 | 3,569,000.00 | - | 6 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048640 |
| MTN7364 | XS0303764129 | LEHMAN BROTHERS TREASURY CO. BV | 2.75 YRS HSBC HDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC CALL ELN | 08/03/2010 | USD | 3,600,000 | 3,600,000 | to be determined | 3,600,000.00 | 3,600,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048641 |
| MTN7528 | XS0306341958 | LEHMAN BROTHERS TREASURY CO. BV | 2.75YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACCRUAL CALLABLE | 25/03/2010 | USD | 2,900,000 | 2,900,000 | to be determined | 2,900,000.00 | 2,900,000.00 | - | 5 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048642 |
| MTN7932 | XS0312924334 | LEHMAN BROTHERS TREASURY CO. BV | 5YR WORST OF JAPANESE BASKET AUTO CALLB ELN | 01/08/2012 | SGD | 4,000,000 | 4,000,000 | to be determined | 4,000,000.00 | 2,793,100.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048643 |
| MTN7938 | XS0312938045 | LEHMAN BROTHERS TREASURY CO. BV | 5YR WORST OF JAPANESE BSKT AUTO CALL ELN | 01/08/2012 | SGD | 4,000,000 | 4,000,000 | to be determined | 4,000,000.00 | 2,793,100.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048644 |
| MTN7946 | XS0313103003 | LEHMAN BROTHERS TREASURY CO. BV | CORPORATE CREDIT LINKED NOTES | 27/07/2012 | USD | 4,100,000 | 4,100,000 | 60,133.33 | 4,160,133.33 | 4,160,133.33 | 27Jul08-15Sep08 (30/360) 48/360 days x 11% x 4,100,000 = 60,133.33 | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048645 |
| MTN7984 | XS0313789074 | LEHMAN BROTHERS TREASURY CO. BV | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 07/08/2009 | USD | 1,500,000 | 1,500,000 | to be determined | 1,500,000.00 | 1,500,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048646 |
| MTN8165 | XS0317366689 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HSBC HOLDINGS DAILY ACCRUAL CALLABLE ELN | 28/08/2009 | GBP | 1,500,000 | 1,500,000 | to be determined | 1,500,000.00 | 2,696,850.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048647 |
| MTN8292 | XS0320033466 | LEHMAN BROTHERS TREASURY CO. BV | 1 YEAR US BASKET DAILY ACCRUAL CALLABLE ELN | 15/09/2008 | USD | 200,000 | - | - | 5448 Citigroup shares | 32.50 | Resulting from redemption in shares | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048648 |
| MTN9014 | XS0332109221 | LEHMAN BROTHERS TREASURY CO. BV | 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTE | 11/12/2017 | USD | 1,200,000 | 1,200,000 | to be determined | 1,200,000.00 | 1,200,000.00 | - | 4 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048649 |
| MTN9048 | XS0332763035 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HK BASKET DLY ACCRL CALLABLE ELN | 30/11/2009 | USD | 100,000 | 100,000 | to be determined | 100,000.00 | 100,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048650 |
| MTN9272 | XS0336249643 | LEHMAN BROTHERS TREASURY CO. BV | 1 YEAR US BASKET | 22/12/2008 | USD | 400,000 | 400,000 | to be determined | 400,000.00 | 400,000.00 | - | 2 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048651 |
| MTN9351 | XS0337553258 | LEHMAN BROTHERS TREASURY CO. BV | 1 YR US BASKET DLY ACC CALLABEL ELN | 29/12/2008 | USD | 1,000,000 | 1,000,000 | to be determined | 1,000,000.00 | 1,000,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048652 |
| MTN9353 | XS0337553415 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEARS HK BASKET 0857 | 04/01/2010 | USD | 300,000 | 300,000 | to be determined | 300,000.00 | 300,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048653 |
| MTN9518 | XS0339480187 | LEHMAN BROTHERS TREASURY CO. BV | 10Y NC3M CALLABLE LIBOR RANGE ACCRUAL NOTES | 24/01/2018 | USD | 100,000 | 100,000 | to be determined | 100,000.00 | 100,000.00 | - | 1 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048654 |
| | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUNDING V | FIXED RATE ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES | | USD | 2,280,000 | 2,280,000 | 45,885.00 | 2,325,885.00 | 2,325,885.00 | 01Jun08-15Sep08 (30/360) 105/360 days x 6.9% x 2,280,000 = 45,885.00 | 7 | Euroclear Bank A/c 21845, in the name of Societe Generale Bank & Trust Singapore Branch | 6048655 |

41,159,958.12

| | |
|---|---|
| EUR/USD | 1.427600 |
| GBP/USD | 1.797900 |
| HKD/USD | 0.128317 |
| JPY/USD | 0.009557 |
| SGD/USD | 0.698275 |