WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                            :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    **08-13555 (SCC)**
:
Debtors.                          :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON
### OBJECTION TO PROOF OF CLAIM NUMBERS 64070 AND 64071

**PLEASE TAKE NOTICE** that the hearing on the Objection to Proof of Claim Numbers 64070 and 64071 [ECF No. 46050], that was scheduled for November 7, 2014, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 19, 2015, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and

WEIL:\95140387\1\58399.0003

the Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  October 30, 2014
        New York, New York

        /s/ Richard W. Slack
        Richard W. Slack

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

2