WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                             :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :    **08-13555 (SCC)**
                                                  :
                        Debtors.                  :    **(Jointly Administered)**
                                                  :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED SIXTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

    **PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Sixty-

Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 44488], which was

scheduled for November 7, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to**

**December 10, 2014 at 10:00 a.m. (Eastern Time)**, with respect to the claim listed on Exhibit A

annexed hereto.

Dated: October 31, 2014
        New York, New York

                                    /s/ Garrett A. Fail
                                    Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

WEIL:\44515618\3\58399.0011

## EXHIBIT A

| Claimant | Claim No. | Response |
|---|---|---|
| Wells Fargo Bank, N.A. | 48726 | n/a |

WEIL:\44515618\3\58399.0011