WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED SIXTY-EIGHTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 44489], which was scheduled for November 7, 2014 at 10:00 a.m. (Eastern Time), **has been adjourned to December 10, 2014 at 10:00 a.m. (Eastern Time)**.

Dated: October 31, 2014
    New York, New York

                   /s/ Garrett A. Fail
                   Garrett A. Fail
                   WEIL, GOTSHAL & MANGES LLP
                   767 Fifth Avenue
                   New York, New York 10153
                   Telephone: (212) 310-8000
                   Facsimile: (212) 310-8007

                   Attorneys for Lehman Brothers Holdings Inc.
                   and Certain of Its Affiliates

WEIL:\44515632\4\58399.0011