# EXHIBIT 1

Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS HOLDINGS,   ) Chapter 11
INC., et al.,                      ) Case No. 08-13555 (JMP)
                                   )
            Debtors,               ) (Jointly Administered)

DEPOSITION OF BOB COOK

December 6, 2013

Seattle, Washington

Page 31

```
 1                       BOB COOK
 2      bond issue.
 3   Q  Were you concerned about the potential loss of expected
 4      earnings under the reserve fund agreement?
 5   A  Absolutely.
 6   Q  Were there other concerns that you can think of?
 7   A  Well, those are certainly the primary ones.
 8   Q  Were you concerned about the fact that Washington TSA
 9      could owe Lehman a termination amount payment?
10   A  I'm not sure when we first internalized that factor,
11      other than when PFM, in discussion, said it could be a
12      $1.2 million fee figure at that point in time.
13                              (Exhibit No. 1 marked for
14                                identification.)
15   Q  (By Ms. Sawyer)  The court reporter has handing you a
16      document that's been marked as Cook Exhibit 1, which is a
17      two-page document Bates-stamped TSA 38381 to 38382.  It's
18      an email from Benee Gould to a number of individuals
19      about setting up a conference call.
20   A  Uh-huh.
21   Q  And this is November 17th, 2008, so just a couple days
22      after the Lehman bankruptcy.
23         Do you recall participating in a call on or about
24      this time with the group of individuals reflected on this
25      email?
```

```
 1       STATE OF WASHINGTON )    I, Cindy M. Koch, CCR, RPR, CRR,
                             ) ss CLR, a certified court reporter
 2       County of Pierce    )    in the State of Washington, do
                                  hereby certify:
 3

 4
                 That the foregoing deposition of BOB COOK was
 5       taken before me and completed on December 6, 2013, and
         thereafter was transcribed under my direction; that the
 6       deposition is a full, true and complete transcript of the
         testimony of said witness, including all questions, answers,
 7       objections, motions and exceptions;

 8               That the witness, before examination, was by me
         duly sworn to testify the truth, the whole truth, and
 9       nothing but the truth, and that the witness reserved the
         right of signature;
10
                 That I am not a relative, employee, attorney or
11       counsel of any party to this action or relative or employee
         of any such attorney or counsel and that I am not
12       financially interested in the said action or the outcome
         thereof.
13

14

15
                 IN WITNESS WHEREOF, I have hereunto set my
16       signature on December 11, 2013.

17

18

19

20

21

22

23                                  _____
                                    Cindy M. Koch, CCR, RPR, CRR, CLR
24                                  Certified Court Reporter No. 2357.

25
```

Elisa Dreier Reporting Corp.   (212) 557-5558
950 Third Avenue, New York, NY 10022