# EXHIBIT 3

```
 1                CHRISTOPHER HARRIS - CONFIDENTIAL
                    UNITED STATES BANKRUPTCY COURT
 2                   SOUTHERN DISTRICT OF NEW YORK

 3

 4     _____
                                      :
 5     In re:,                        :
       LEHMAN BROTHERS HOLDINGS,      :    Chapter 11
 6     INC., et al.,                  :    Case No. 08-13555 (JMP)
                                      :
 7              Debtors.              :
       _____:
 8

 9

10

11            DEPOSITION OF CHRISTOPHER HARRIS
                 Taken on behalf of the Debtor
12

13
            DATE:    January 3rd, 2014
14
            TIME:    1:00 p.m. - 2:43 p.m.
15
            PLACE:   Stevens and Lee
16                   11 North Sixth Street
                     Reading, Pennsylvania
17

18

19       Examination of the witness taken before
                      Diana L. Netherton
20             Registered Professional Reporter
          Pennsylvania Court Reporter's Association
21                  MBIVR, United Kingdom

22

23

24

25
```

1         A.      Yes.  That reflects the spot curves

2    that we would have used to discount the cash flows.

3         Q.      And then the next column over it says,

4    spread the LIBOR curve.

5         Do you see that?

6         A.      Yes.

7         Q.      And what's that?

8         A.      That is the -- what we refer to as the

9    residual spread that gets added to the LIBOR spot rate.

10        Q.      Why is it ten basis points?

11        A.      Ten basis points is reflective of where

12   we have historically seen these sorts of agreements

13   terminate, and it's effectively reflective of what we

14   refer to as the mid-market level for the agreement.

15        Q.      In the prior valuations that we've

16   looked at or generally discussed, would you have

17   prepared a spreadsheet like this for each one of those

18   valuation dates?

19        A.      Typically the way that we perform the

20   valuation is we utilize one set of cash flows.  You

21   chart out the cash flows, and then you update the curve

22   for each valuation date that you're going to use.  So

23   the other valuations wouldn't have been in a separate

24   file, per se, but would have used different information

25   in the LIBOR zero percent rates column.

```
 1    COUNTY OF LANCASTER                :

 2                                       SS

 3    COMMONWEALTH OF PENNSYLVANIA       :

 4

 5              I, Diana L. Netherton, RPR, MBVIR, Notary

 6    Public, Official Court Reporter and Undersigned

 7    Commission, do hereby certify that personally appeared

 8    before me, Christopher Harris, the witness, being by me

 9    first duly sworn or affirmed to testify to the truth,

10    the whole truth and nothing but the truth, in answer to

11    the oral questions propounded to Christopher Harris by

12    the attorneys for the respective parties as set forth in

13    the foregoing deposition.

14              I further certify that before the taking of

15    said deposition, the above witnesses were duly sworn or

16    affirmed, that the questions and answers were taken down

17    stenographically by the said Diana L. Netherton, RPR,

18    MBIVR, Official Court Reporter, Lancaster, PA, approved

19    and agreed to, and afterwards reduced to print by means

20    of computer-aided transcription under the direction of

21    the aforesaid reporter.

22              In testimony whereof, I have hereunto

23    subscribed my hand this 5th day of January, 2014.

24                       _____
                                D.L. Netherton, RPR, MBIVR
25                              Official Court Reporter
```