# EXHIBIT 5

```
                                                          1

 1

 2   IN THE UNITED STATES BANKRUPTCY COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Chapter 11
     CASE NO. 08-13555 (JMP)
 4   Jointly Administered

 5

 6   IN RE:   LEHMAN BROTHERS
              HOLDINGS, INC. et al.
 7
              Debtors,
 8

 9   -------------------------------------------

10

11

12                  TRANSCRIPT OF
              DEPOSITION OF PETER SHAPIRO
13

14

15

16         TRANSCRIPT of the stenographic

17   notes of the proceedings in the

18   above-entitled matter, as taken by and

19   before TAB PREWETT, a Registered

20   Professional Reporter, a Certified

21   Shorthand Reporter, a Certified LiveNote

22   Reporter, and Notary Public, held at the

23   Offices of JONES DAY, 222 East 41st Street,

24   New York, New York, on Wednesday, March 5,

25   2014, commencing at 10:15 a.m.
```

234

```
 1                  Peter Shapiro
 2       Q      And did you recommend any other
 3  individuals?
 4       A      I may have discussed them.
 5       Q      Who do you recall?
 6       A      I'm not recalling.
 7       Q      Okay.  Do you recall where else
 8  you suggested they might look for experts?
 9       A      You know, I recall generally
10  saying that I thought the best thing would
11  be to have somebody who would provide a
12  good balance to my expertise by having
13  somebody who had recent dealer experience.
14       Q      Because that was something you
15  were lacking?
16       A      Yes, because I haven't been on
17  the dealer side, you know, as you have gone
18  over, since 1993, which is a little while
19  ago.
20       Q      And the market was relatively
21  young at that point?
22       A      Correct.
23       Q      In your last deposition, Jay
24  asked a couple of questions about the
25  market quotation process that you did in
```

1                  Peter Shapiro

2      March of 2009 relating to the Washington

3      RFA.

4                  Do you recall that?

5           A      Yes.

6           Q      And you had indicated that you

7      weren't able to obtain anything either

8      actionable or indicative in terms of quotes

9      at that time?

10          A      Right.

11          Q      And you said you also didn't

12     retain any records relating to that

13     process?

14          A      Right.

15          Q      You also ran a market quotation

16     process for Tobacco New York; is that

17     correct?

18          A      Yes, for New York State Tobacco

19     Securitization Financing Corporation.

20          Q      And do you recall the results

21     of that market quotation process?

22          A      No -- no bid, you know, no

23     quotes.

24          Q      Do you recall whether you kept

25     records of that process?

255

```
 1
 2                       CERTIFICATE
 3
 4         I, TAB PREWETT, A Registered
    Professional Reporter, Notary Public,
 5  Certified LiveNote Reporter, and Certified
    Shorthand Reporter, do hereby certify that
 6  prior to the commencement of the
    examination PETER SHAPIRO was sworn by the
 7  notary public to testify the truth, the
    whole truth and nothing but the truth.
 8
 9
            I DO FURTHER CERTIFY that the
10  foregoing is a true and accurate transcript
    of the testimony as taken stenographically
11  by and before me at the time, place and on
    the date hereinbefore set forth.
12
13
            I DO FURTHER CERTIFY that I am
14  neither a relative nor employee nor
    attorney nor counsel of any of the parties
15  to this action, and that I am neither a
    relative nor employee of such attorney or
16  counsel, and that I am not financially
    interested in the action.
17
18
    _____
19
20
    Notary Public
21
22
    My Commission expires February 9, 2019
23  Dated:  March 16, 2014
24
25
```