# EXHIBIT 6

```
                                                                    1

   1              JAMES VERGARA - CONFIDENTIAL
   2   UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK
   3

   4

   5    In re:                         Chapter 11

   6    LEHMAN BROTHERS HOLDINGS,      Case No. 08-13555 (JMP)
        INC., et al.,
   7                                   (Jointly Administered)
           Debtors.
   8
       _____/
   9

  10

  11
             VIDEOTAPED DEPOSITION OF JAMES VERGARA
  12

  13         Taken on behalf of the Debtor

  14
        DATE:    November 22, 2013
  15
        TIME:    9:07 a.m. - 1:43 p.m.
  16
        PLACE:   Moseley, Prichard, Parrish,
  17              Knight & Jones
                  501 West Bay Street, Second Floor
  18              Jacksonville, Florida  32202

  19

  20      Examination of the witness taken before
                    Helen A. Anderson
  21         Registered Professional Reporter
              Florida Professional Reporter
  22

  23
                         - - -
  24

  25
```

```
 1              JAMES VERGARA - CONFIDENTIAL
 2        Q     And did you do a bid process in
 3   connection with Washington TSA?
 4        A     I believe so.
 5        Q     Do you specifically recall doing a bid
 6   process?
 7        A     Not specifically for Washington TSA.
 8        Q     We haven't seen any documents or
 9   records suggesting there was a bid process.  So
10   to the extent you do have a specific
11   recollection, can you give me the details of
12   that bid process?
13        A     I mean, again, I don't have -- I don't
14   really recall.
15        Q     And then what do you do following the
16   solicitation of the bids in calculating the
17   termination amount?
18        A     Well, first you have to actually
19   receive bids.
20        Q     Okay.
21        A     And then, depending on the number of
22   bids that you have, you'll mathematically
23   determine what the termination amount is based
24   upon that.
25        Q     Do you specifically recall whether any
```

206

```
 1              JAMES VERGARA - CONFIDENTIAL
 2     Brothers Special Financing, Inc.  And this
 3     relates to the calculation of loss done for
 4     Tobacco New York.  Do you see that?
 5          A    I do.
 6          Q    And on the first page you describe a
 7     market quotation process that you did for
 8     Tobacco Settlement New York.  Do you see that?
 9          A    Yes.
10          Q    And if you had conducted a similar
11     process for Washington Tobacco, would you have
12     reflected it in your calculation of loss
13     memorandum that we looked at?
14          A    Most likely.
15          Q    And you just don't remember one way or
16     another if you did do a quote solicitation
17     process for Washington Tobacco?
18          A    Yes.
19          Q    Does this refresh your recollection
20     that you may not have done one for Washington
21     Tobacco?
22          A    No.
23          Q    Were you aware that Lehman had
24     solicited and received a market quotation for
25     the Washington RFA in March of 2009?
```

243

```
 1               JAMES VERGARA - CONFIDENTIAL
 2                C E R T I F I C A T E
 3    STATE OF FLORIDA    )
                          )
 4    COUNTY OF DUVAL     )
 5               I, Helen A. Anderson, Registered
 6    Professional Reporter, Florida Professional
 7    Reporter and Notary Public, certify that I was
 8    authorized to and did stenographically report
 9    the deposition of JAMES VERGARA; that a review
10    of the transcript was not requested; and that
11    the transcript is a true and complete record of
12    my stenographic notes.
13               I further certify that I am not a
14    relative, employee, attorney, or counsel of any
15    of the parties, nor am I a relative of any of
16    the parties' attorneys or counsel connected with
17    the action, nor am I financially interested in
18    the action.
19               DATED this 25th day of November,
20    2013.
21
22
23                        _____
                          Helen A. Anderson, RPR, FPR
24
25
```