# EXHIBIT 18

**Lillian Chern**

From: Nathaniel Singer
Sent: Mon 8/23/2010 2:40 PM (GMT -7)
To: Lillian Chern; Peter Shapiro
Cc:
Bcc:
Subject: RE: Tobacco

Sorry, I didn't read everything.

**From:** Lillian Chern [mailto:Lchern@swapfinancial.com]
**Sent:** Monday, August 23, 2010 2:40 PM
**To:** Nathaniel Singer; Peter Shapiro
**Subject:** RE: Tobacco

Wash TSA values for each of the spreads are below, is that what you're asking?

**From:** Nathaniel Singer
**Sent:** Monday, August 23, 2010 5:33 PM
**To:** Lillian Chern; Peter Shapiro
**Subject:** RE: Tobacco

For kicks, where does the Wash Tobacco reserve fund price as of 3/25/09 at LIBOR -27bps?

**From:** Lillian Chern [mailto:Lchern@swapfinancial.com]
**Sent:** Monday, August 23, 2010 2:14 PM
**To:** Peter Shapiro; Nathaniel Singer
**Subject:** RE: Tobacco

For NJ, termination amounts priced on 1/26/09 look to be based on spread to LIBOR of -27bps (high of -160bps from Barclays, low of +14bps from Morgan Stanley).

Applying spreads to Wash as of 3/25/09:

| Spread   | MTM        |
|----------|------------|
| -27bps   | 12,857,373 |
| +14 bps  | 9,037,201  |
| -160 bps | 25,249,638 |

**From:** Peter Shapiro
**Sent:** Monday, August 23, 2010 3:33 PM
**To:** Nat Singer (nsinger@swapfinancial.com)
**Cc:** Lillian Chern
**Subject:** Tobacco

Here's the NJ tobacco claim for comparison with Washington etc.

As I mentioned, it has one really unusual feature – their FA (First Southwest) got Market Quotations.

Lillian: Could take a look at these quotes (page 4 of the PDF) and see what they would back into on the Washington claim if the same underlying assumptions were used?



EXHIBIT
Shapiro-40
10-16-14

Debtors' Ex. 101

SFG_002352