**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re                                                             :        Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        08-13555 (SCC)
                                                                  :
                   Debtors.                           :        (Jointly Administered)
---------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF
### THE FOUR HUNDRED SEVENTY-NINTH OMNIBUS
### OBJECTION TO CLAIMS (SOLELY AS TO CERTAIN CLAIM)

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Four Hundred Seventy-Ninth Omnibus Objection to Claims [ECF No. 45448] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:  October 31, 2014
        New York, New York

                                                           **CURTIS, MALLET-PREVOST,
                                                            COLT & MOSLE LLP**

                                                           By:  */s/ L. P. Harrison 3rd*
                                                                 L. P. Harrison 3rd
                                                                 Cindi Eilbott Giglio
                                                           101 Park Avenue
                                                           New York, New York 10178-0061
                                                           (212) 696-6000

                                                           *Counsel for Lehman Brothers Holdings Inc.
                                                            and Certain of Its Affiliates*

# EXHIBIT A

## Claim for Which Objection Is Withdrawn

| Claimant | Claim Number |
|---|---|
| LUTHERAN HILLSIDE VILLAGE, INC. | 23893 |

20258794