UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (SCC)
                                                                :
                     Debtors.                                   :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 46669

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2014, I caused to be served the "Notice of Adjournment of Debtors' Objections to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr," dated October 28, 2014 [Docket No. 46669], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         Carol Zhang

Sworn to before me this
30th day of October, 2014

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 20__

T:\Clients\LBH\Affidavits\Mohr Claim Obj NOA_DI_46669_AFF_10-28-14_SS.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jsullivan@mosessinger.com |
| aalfonso@willkie.com | jtimko@shutts.com |
| abeaumont@fklaw.com | judy.morse@crowedunlevy.com |
| abraunstein@riemerlaw.com | jvail@ssrl.com |
| acaton@kramerlevin.com | jwcohen@daypitney.com |
| adarwin@nixonpeabody.com | jweiss@gibsondunn.com |
| adiamond@diamondmccarthy.com | jwest@velaw.com |
| aeckstein@blankrome.com | jwh@njlawfirm.com |
| aentwistle@entwistle-law.com | kanema@formanlaw.com |
| afriedman@irell.com | karen.wagner@dpw.com |
| agbanknewyork@ag.tn.gov | karl.geercken@alston.com |
| aglenn@kasowitz.com | kdwbankruptcydepartment@kelleydrye.com |
| agold@herrick.com | keckhardt@hunton.com |
| agoldstein@tnsj-law.com | keith.simon@lw.com |
| agottfried@morganlewis.com | ken.coleman@allenovery.com |
| aisenberg@saul.com | ken.higman@hp.com |
| akadish@dtlawgroup.com | kerry.moynihan@hro.com |
| akantesaria@oppenheimerfunds.com | kgwynne@reedsmith.com |
| akolod@mosessinger.com | kiplok@hugheshubbard.com |
| alum@ftportfolios.com | kit.weitnauer@alston.com |
| amarder@msek.com | kjarashow@stutman.com |
| amartin@sheppardmullin.com | kkelly@ebglaw.com |
| amcMullen@boultcummings.com | kkolbig@mosessinger.com |
| amenard@tishmanspeyer.com | klyman@irell.com |
| amh@amhandlerlaw.com | klynch@formanlaw.com |
| andrew.brozman@cliffordchance.com | kmayer@mccarter.com |
| andrew.lourie@kobrekim.com | kobak@hugheshubbard.com |
| angelich.george@arentfox.com | korr@orrick.com |
| angie.owens@skadden.com | kovskyd@pepperlaw.com |
| ann.reynaud@shell.com | kressk@pepperlaw.com |
| anthony_boccanfuso@aporter.com | kreynolds@mklawnyc.com |
| aoberry@bermanesq.com | krodriguez@allenmatkins.com |
| aostrow@beckerglynn.com | krosen@lowenstein.com |
| apalazzolo@fzwz.com | kurt.mayr@bgllp.com |
| appleby@chapman.com | lacyr@sullcrom.com |
| aquale@sidley.com | landon@slollp.com |
| arainone@bracheichler.com | lapeterson@foley.com |
| arheaume@riemerlaw.com | lawallf@pepperlaw.com |
| arlbank@pbfcm.com | lawrence.gelber@srz.com |
| arosenblatt@chadbourne.com | lberkoff@moritthock.com |
| arthur.rosenberg@hklaw.com | lee.stremba@troutmansanders.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| arwolf@wlrk.com | lgranfield@cgsh.com |
| aseuffert@lawpost-nyc.com | lhandelsman@stroock.com |
| ashmead@sewkis.com | lhill@reedsmith.com |
| asnow@ssbb.com | lhoffman@deilylawfirm.com |
| asomers@rctlegal.com | linda.boyle@twtelecom.com |
| aunger@sidley.com | lisa.solomon@att.net |
| austin.bankruptcy@publicans.com | ljkotler@duanemorris.com |
| avenes@whitecase.com | lkatz@ltblaw.com |
| azylberberg@whitecase.com | lkiss@klestadt.com |
| bankr@zuckerman.com | lmarinuzzi@mofo.com |
| bankruptcy@goodwin.com | lmay@coleschotz.com |
| bankruptcy@morrisoncohen.com | lmcgowen@orrick.com |
| bankruptcy@ntexas-attorneys.com | lnashelsky@mofo.com |
| bankruptcymatters@us.nomura.com | loizides@loizides.com |
| barbra.parlin@hklaw.com | lperkins@deilylawfirm.com |
| bbisignani@postschell.com | lscarcella@farrellfritz.com |
| bcarlson@co.sanmateo.ca.us | lschweitzer@cgsh.com |
| bdk@schlamstone.com | lwhidden@salans.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |
| charles@filardi-law.com | mccarthyj@sullcrom.com |
| charles_malloy@aporter.com | mcordone@stradley.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chemrick@connellfoley.com | mcto@debevoise.com |
| chipford@parkerpoe.com | mcyganowski@oshr.com |
| chris.donoho@lovells.com | mdorval@stradley.com |
| christopher.greco@kirkland.com | melorod@gtlaw.com |
| clarkb@sullcrom.com | meltzere@pepperlaw.com |
| clynch@reedsmith.com | metkin@lowenstein.com |
| cmestres@aclawllp.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | millee12@nationwide.com |
| cszyfer@stroock.com | miller@taftlaw.com |
| cwalsh@mayerbrown.com | mimi.m.wong@irscounsel.treas.gov |
| cward@polsinelli.com | mitchell.ayer@tklaw.com |
| cweber@ebg-law.com | mjedelman@vedderprice.com |
| cweiss@ingramllp.com | mjr1@westchestergov.com |
| dallas.bankruptcy@publicans.com | mlahaie@akingump.com |
| dave.davis@isgria.com | mlandman@lcbf.com |
| david.bennett@tklaw.com | mlichtenstein@crowell.com |
| david.heller@lw.com | mlynch2@travelers.com |
| david.livshiz@freshfields.com | mmendez@crb-law.com |
| david.powlen@btlaw.com | mmorreale@us.mufg.jp |
| davids@blbglaw.com | mneier@ibolaw.com |
| davidwheeler@mvalaw.com | monica.lawless@brookfieldproperties.com |
| dbarber@bsblawyers.com | mpage@kelleydrye.com |
| dbaumstein@whitecase.com | mparry@mosessinger.com |
| dbesikof@loeb.com | mprimoff@kayescholer.com |
| dcimo@gjb-law.com | mpucillo@bermanesq.com |
| dcoffino@cov.com | mrosenthal@gibsondunn.com |
| dcrapo@gibbonslaw.com | mrothchild@mofo.com |
| ddavis@paulweiss.com | mruetzel@whitecase.com |
| ddrebsky@nixonpeabody.com | mschimel@sju.edu |
| ddunne@milbank.com | msegarra@mayerbrown.com |
| deggermann@kramerlevin.com | mshiner@tuckerlaw.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| deggert@freebornpeters.com | msolow@kayescholer.com |
| demetra.liggins@tklaw.com | mspeiser@stroock.com |
| dfelder@orrick.com | mstamer@akingump.com |
| dflanigan@polsinelli.com | munno@sewkis.com |
| dgrimes@reedsmith.com | mvenditto@reedsmith.com |
| dhayes@mcguirewoods.com | mwarner@coleschotz.com |
| dheffer@foley.com | mwarren@mtb.com |
| dhurst@coleschotz.com | nathan.spatz@pillsburylaw.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmark@kasowitz.com | notice@bkcylaw.com |
| dmarkham@gibbonslaw.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dwildes@stroock.com | psp@njlawfirm.com |
| dworkman@bakerlaw.com | ptrain-gutierrez@kaplanlandau.com |
| easmith@venable.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |
| efleck@milbank.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| efriedman@fklaw.com | rbeacher@pryorcashman.com |
| efriedman@friedmanspring.com | rbernard@foley.com |
| eglas@mccarter.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |
| ellen.halstead@cwt.com | rflanagan@flanassoc.com |
| emagnelli@bracheichler.com | rfriedman@silvermanacampora.com |
| emerberg@mayerbrown.com | rgmason@wlrk.com |
| enkaplan@kaplanlandau.com | rgoodman@moundcotton.com |
| eobrien@sbchlaw.com | rgraham@whitecase.com |
| eschwartz@contrariancapital.com | rhett.campbell@tklaw.com |
| etillinghast@sheppardmullin.com | rhorkovich@andersonkill.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| ffm@bostonbusinesslaw.com | richard.lear@hklaw.com |
| fhenn@law.nyc.gov | richard@rwmaplc.com |
| fhyman@mayerbrown.com | rick.murphy@sutherland.com |
| foont@foontlaw.com | rjones@boultcummings.com |
| fritschj@sullcrom.com | rleek@hodgsonruss.com |
| fsosnick@shearman.com | rlevin@cravath.com |
| fyates@sonnenschein.com | rmatzat@hahnhessen.com |
| gabriel.delvirginia@verizon.net | rnetzer@willkie.com |
| gary.ravertpllc@gmail.com | robert.dombroff@bingham.com |
| gbray@milbank.com | robert.honeywell@klgates.com |
| george.south@dlapiper.com | robert.malone@dbr.com |
| ggitomer@mkbattorneys.com | robert.yalen@usdoj.gov |
| ggoodman@foley.com | robin.keller@lovells.com |
| giddens@hugheshubbard.com | roger@rnagioff.com |
| gkaden@goulstonstorrs.com | ronald.silverman@bingham.com |
| glenn.siegel@dechert.com | ross.martin@ropesgray.com |
| gmoss@riemerlaw.com | rpedone@nixonpeabody.com |
| goldenberg@ssnyc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | russj4478@aol.com |
| hbeltzer@mayerbrown.com | rwasserman@cftc.gov |
| heim.steve@dorsey.com | sabin.willett@bingham.com |
| heiser@chapman.com | sabramowitz@velaw.com |
| hmagaliff@r3mlaw.com | sabvanrooy@hotmail.com |
| hollace.cohen@troutmansanders.com | sally.henry@skadden.com |
| holsen@stroock.com | samuel.cavior@pillsburylaw.com |
| hooper@sewkis.com | sandyscafaria@eaton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| howard.hawkins@cwt.com | scargill@lowenstein.com |
| hseife@chadbourne.com | schager@ssnyc.com |
| hsnovikoff@wlrk.com | schannej@pepperlaw.com |
| hsteel@brownrudnick.com | schepis@pursuitpartners.com |
| ian.roberts@bakerbotts.com | schnabel.eric@dorsey.com |
| icatto@mwe.com | schristianson@buchalter.com |
| igoldstein@proskauer.com | schwartzmatthew@sullcrom.com |
| ilevee@lowenstein.com | scott.golden@hoganlovells.com |
| irethy@stblaw.com | scottj@sullcrom.com |
| israel.dahan@cwt.com | scottshelley@quinnemanuel.com |
| iva.uroic@dechert.com | scousins@armstrongteasdale.com |
| jacobsonn@sec.gov | sdnyecf@dor.mo.gov |
| jalward@blankrome.com | seba.kurian@invesco.com |
| james.heaney@lawdeb.com | sehlers@armstrongteasdale.com |
| james.mcclammy@dpw.com | sfalanga@connellfoley.com |
| james.sprayregen@kirkland.com | sfelderstein@ffwplaw.com |
| jamesboyajian@gmail.com | sfineman@lchb.com |
| jamestecce@quinnemanuel.com | sfox@mcguirewoods.com |
| jar@outtengolden.com | sgordon@cahill.com |
| jason.jurgens@cwt.com | sgraziano@blbglaw.com |
| jay.hurst@oag.state.tx.us | sgubner@ebg-law.com |
| jay@kleinsolomon.com | sharbeck@sipc.org |
| jbeemer@entwistle-law.com | shari.leventhal@ny.frb.org |
| jbeiers@co.sanmateo.ca.us | shgross5@yahoo.com |
| jbird@polsinelli.com | sidorsky@butzel.com |
| jbromley@cgsh.com | sldreyfuss@hlgslaw.com |
| jcarberry@cl-law.com | sleo@bm.net |
| jchristian@tobinlaw.com | slerman@ebglaw.com |
| jchubak@proskauer.com | slerner@ssd.com |
| jclose@chapman.com | slevine@brownrudnick.com |
| jdoran@haslaw.com | sloden@diamondmccarthy.com |
| jdrucker@coleschotz.com | smillman@stroock.com |
| jdwarner@warnerandscheuerman.com | smulligan@bsblawyers.com |
| jdweck@sutherland.com | snewman@katskykorins.com |
| jdyas@halperinlaw.net | sory@fdlaw.com |
| jean-david.barnea@usdoj.gov | squsba@stblaw.com |
| jeanites@whiteandwilliams.com | sree@lcbf.com |
| jeannette.boot@wilmerhale.com | sschultz@akingump.com |
| jeff.wittig@coair.com | sselbst@herrick.com |
| jeffrey.sabin@bingham.com | sshimshak@paulweiss.com |
| jeldredge@velaw.com | sskelly@teamtogut.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jennifer.demarco@cliffordchance.com | sstarr@starrandstarr.com |
| jennifer.gore@shell.com | steele@lowenstein.com |
| jfalgowski@reedsmith.com | stephen.cowan@dlapiper.com |
| jfreeberg@wfw.com | stephen.hessler@kirkland.com |
| jg5786@att.com | steve.ginther@dor.mo.gov |
| jgenovese@gjb-law.com | steven.usdin@flastergreenberg.com |
| jgoodchild@morganlewis.com | steven.wilamowsky@bingham.com |
| jguy@orrick.com | streusand@slollp.com |
| jhiggins@fdlaw.com | susheelkirpalani@quinnemanuel.com |
| jhorgan@phxa.com | swolowitz@mayerbrown.com |
| jhuggett@margolisedelstein.com | szuch@wiggin.com |
| jim@atkinslawfirm.com | tannweiler@greerherz.com |
| jjoyce@dresslerpeters.com | tbrock@ssbb.com |
| jjtancredi@daypitney.com | tdewey@dpklaw.com |
| jjureller@klestadt.com | tgoren@mofo.com |
| jlamar@maynardcooper.com | thomas.califano@dlapiper.com |
| jlawlor@wmd-law.com | timothy.harkness@freshfields.com |
| jlee@foley.com | tjfreedman@pbnlaw.com |
| jlevitin@cahill.com | tkiriakos@mayerbrown.com |
| jlscott@reedsmith.com | tlauria@whitecase.com |
| jmaddock@mcguirewoods.com | tmacwright@whitecase.com |
| jmakower@tnsj-law.com | tnixon@gklaw.com |
| jmazermarino@msek.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmelko@gardere.com | tomwelsh@orrick.com |
| jmerva@fult.com | tsalter@blankrome.com |
| jmmurphy@stradley.com | tslome@msek.com |
| jmr@msf-law.com | tunrad@burnslev.com |
| jnadritch@olshanlaw.com | twheeler@lowenstein.com |
| jnm@mccallaraymer.com | villa@slollp.com |
| john.monaghan@hklaw.com | vmilione@nixonpeabody.com |
| john.mule@ag.state.mn.us | vrubinstein@loeb.com |
| john.rapisardi@cwt.com | wanda.goodloe@cbre.com |
| jonathan.goldblatt@bnymellon.com | wballaine@lcbf.com |
| jonathan.henes@kirkland.com | wbenzija@halperinlaw.net |
| jorbach@hahnhessen.com | wchen@tnsj-law.com |
| joseph.cordaro@usdoj.gov | wcurchack@loeb.com |
| joseph.serino@kirkland.com | wdase@fzwz.com |
| joshua.dorchak@bingham.com | wfoster@milbank.com |
| jowen769@yahoo.com | will.sugden@alston.com |
| joy.mathias@dubaiic.com | wiltenburg@hugheshubbard.com |
| jpintarelli@mofo.com | wisotska@pepperlaw.com |

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**ADDITIONAL PARTIES**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

8

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


MOHR SANFORD A. AND TINA A.
HILO LAW CENTER
73-4787 HALOLANI STREET
KAILUA-KONA  HI 96740