WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON THE FOUR HUNDRED FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM NUMBER 17889**

　　　　　**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [ECF No. 41664] *solely* as to the claim listed on Exhibit A attached hereto, which was scheduled for November 7, 2014 at 10:00 a.m. (Eastern Time), has been adjourned to December 10, 2014 at 10:00 a.m. (Eastern Time).

Dated:　November 4, 2014
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ Robert J. Lemons
　　　　　　　　　　　　　　　　　　　　　Robert J. Lemons

　　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10153
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　　　　Attorneys for Lehman Brothers Holdings Inc.
　　　　　　　　　　　　　　　　　　　　　and Certain of Its Affiliates

# Exhibit A

## Claim to Be Heard at December 10, 2014 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF Number |
|---|---|---|
| UBS Financial Services Inc. | 17889 | 42124 |