UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :   Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :   08-13555 (SCC)
                                                                     :   (Jointly Administered)
                          Debtors.                                   :
                                                                     :
---------------------------------------------------------------------x   Ref. Docket No. 46602

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           /s/ Lauren Rodriguez
                                                           Lauren Rodriguez

Sworn to before me this
4th day of November, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　　Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SILVER POINT CAPITAL FUND, LP              SILVER POINT CAPITAL FUND, LP
     TRANSFEROR: GOLDMAN SACHS & CO.            DAVIS POLK & WARDWELL LLP
     ATTN: DAVID F. STEINMETZ                   ATTN: ERIC RUIZ
     C/O SILVER POINT CAPITAL, L.P.             450 LEXINGTON AVENUE
     2 GREENWICH PLAZA, FIRST FLOOR             NEW YORK NY 10017-3904
     GREENWICH CT 06830
```

Please note that your claim # 62743-76 in the above referenced case and in the amount of $281,000.00 allowed at $283,634.37 has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS & CO.
     TRANSFEROR: SILVER POINT CAPITAL FUND, LP
     ATTN: MICHELLE LATZONI
     200 WEST STREET
     NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　Southern District of New York
　　　　　One Bowling Green
　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46602 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/28/2014　　　　　　　　　　　　　Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 28, 2014.

**EXHIBIT B**

```
TIME: 09:39:44                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 10/28/14                                         CREDITOR LISTING

Name                              Address
GOLDMAN SACHS & CO.               TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
SILVER POINT CAPITAL FUND, LP     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP     TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                  GREENWICH CT 06830


Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC