UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 46574, 46575,
                                                                       46577, 46587, 46589-46595, 46598,
                                                                       46600-46603, 46607-46609

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of November, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
       To:  OFFSHORE ASSET HOLDING VEHICLE A, LTD
            TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP
            C/O SILVER POINT CAPITAL, L.P.
            2 GREENWICH PLAZA, FIRST FLOOR
            GREENWICH CT 06830
```

Please note that your claim # 49617-15 in the above referenced case and in the amount of
    $19,311,628.94    allowed at $18,757,754.74         has been transferred **(unless previously expunged by court order)**

```
            GOLDMAN SACHS & CO.
            TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD
            ATTN: MICHELLE LATZONI
            200 WEST STREET
            NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46577       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/29/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 29, 2014.

# EXHIBIT B

```
TIME: 10:55:59                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 10/29/14                                           CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS & CO.                               TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN; MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
ING LUXEMBOURG SA                                 TRANSFEROR: UBS AG SECURITIES / CORPORATE ACTIONS CENTRE DROSBACH, RUE GUILLAUME KROLL 12E LUXEMBOURG L-1882
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: UBS AG BOHL 17 GALLEN CH-9004 SWITZERLAND
OFFSHORE ASSET HOLDING VEHICLE A, LTD             DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
OFFSHORE ASSET HOLDING VEHICLE A, LTD             ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
OFFSHORE ASSET HOLDING VEHICLE A, LTD             TRANSFEROR: SILVER POINT CAPITAL FUND, LP C/O SILVER POINT CAPITAL, L.P.; ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
OFFSHORE ASSET HOLDING VEHICLE A, LTD             TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
OFFSHORE ASSET HOLDING VEHICLE A, LTD             TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL, LP 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL LP 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP; ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA 1ST FL GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: TAIFOOK SECURITIES COMPANY LIMITED C/O SILVER POINT CAPITAL, LP; ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND

Total Number of Records Printed        31                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```