UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   08-13555 (SCC)
                                                             :   (Jointly Administered)
                    Debtors.                                 :
                                                             :
---------------------------------------------------------------x   Ref. Docket No. 46586, 46588,
                                                                 46603-46606, 46616, 46623, 46624,
                                                                 46626-46628, 46633-46640, 46644

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                             */s/ Lauren Rodriguez*
                                                             Lauren Rodriguez

Sworn to before me this
4th day of November, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          TRANSFEROR: GOLDMAN, SACHS & CO.
          C/O ALDEN GLOBAL CAPITAL
          ATTN: CHRIS SCHOFIELD
          885 THIRD AVENUE
          NEW YORK NY 10022

Please note that your claim # 566962-66 in the above referenced case and in the amount of
    $19,129,515.92   allowed at $11,233,837.71         has been transferred **(unless previously expunged by court order)**

        CITIGROUP GLOBAL MARKETS INC.
        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
        ATTN: TAYLOR LEAHY
        390 GREENWICH STREET, 4TH FLOOR
        NEW YORK NY 10013

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46627      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/31/2014                            Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 31, 2014.

**EXHIBIT B**

```
TIME: 12:48:40                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 10/31/14                                         CREDITOR LISTING

Name                                                  Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
CITIGROUP GLOBAL MARKETS INC.                         TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR
                                                      NEW YORK NY 10013
D.B. ZWIRN SPECIAL OPPORTUNITIES FUND,                C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
 LTD.
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH & JEFFREY OLINSKY
                                                      60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: HCM/Z SPECIAL OPPORTUNITIES LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH & JEFFREY OLINSKY 60 WALL STREET
                                                      NEW YORK NY 10005
GOLDMAN SACHS & CO.                                   TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                   TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                   TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                   TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HCM/Z SPECIAL OPPORTUNITIES LLC                       C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
OFFSHORE ASSET HOLDING VEHICLE A, LTD                 ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
OFFSHORE ASSET HOLDING VEHICLE A, LTD                 TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                                      2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                         DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                         C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                         ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                         TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                         TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER PINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                         TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                         TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVR POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER                  ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVE NEW YORK NY 10017-3904
 FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER                  ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NW 10017-3904
 FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER                  ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                             GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                             GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                             GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                             GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL LP ATTN: DAVIS F STEINMETZ 2 GREENWICH PLAZA 1ST FL GREENWICH CT 06830
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                   DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                   ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                   TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL LP 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                             GREENWICH CT 06830
```

```
TIME: 12:48:40                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 10/31/14                                   CREDITOR LISTING

Name                              Address
SILVERPOINT CAPITAL OFFSHORE MASTER   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVIS F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                              GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER   TRANSFEROR: SILVER POINT CAPITAL FUND, LP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                              GREENWICH CT 06830


Total Number of Records Printed     33
```

EPIQ BANKRUPTCY SOLUTIONS, LLC