UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE OF TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **Powszechna Kasa Oszczednosci Bank Polski S.A.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| 9,745,241.44 | 29057 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

[*remainder of page intentionally left blank; signatures on next page*]

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: | **Powszechna Kasa Oszczednosci Bank Polski S.A.** |
| Address: | Citigroup Financial Products Inc.<br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720<br>Attention: Brian Broyles | Address: | ul. Puławska 15,<br>02-515 WARSAW,<br>POLAND |
| Signature: | *[signed]* | Signature: | |
| Name: | | Name: | |
| Title: | Brian S. Broyles<br>Authorized Signatory | Title: | |
| Date: | October 23, 2014 | Date: | |

| | |
|---|---|
| Signature: | |
| Name: | |
| Title: | |
| Date: | |

| ASSIGNEE: | **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: | Powszechna Kasa Oszczednosci Bank Polski S.A. |
|---|---|---|---|
| Address: | Citigroup Financial Products Inc.<br>1615 Brett Road, Bldg 3<br>New Castle, DE 19720<br>Attention: Brian Broyles | Address: | ul. Puławska 15,<br>02-515 WARSAW,<br>POLAND |
| Signature: | _____ | Signature: | _/s/ Konrad Milczarski_ DYREKTOR |
| Name: | _____ | Name: | _____ |
| Title: | _____ | Title: | _____ |
| Date: | _____ | Date: | October 23, 2014 |
|  |  | Signature: | _/s/ Mariusz Majewski_ DYREKTOR BIURA |
|  |  | Name: | _____ |
|  |  | Title: | _____ |
|  |  | Date: | October 23, 2014 |