Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                       :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC.,                              :    Case No. 08-013555 (SCC)
:
Debtor.                                                     :
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that State Street Bank and Trust Company, through the undersigned counsel, hereby withdraws Proof of Claim No. 22964 filed against Lehman Brothers Holdings Inc. in the above-captioned case and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  November 5, 2014
        New York, New York

                                            **BINGHAM MCCUTCHEN LLP**

                                            By: /s/ Joshua Dorchak
                                                Joshua Dorchak
                                                joshua.dorchak@bingham.com
                                                399 Park Avenue
                                                New York, New York 10022
                                                (212) 705-7000

                                                *Attorneys for State Street Bank
                                                and Trust Company*