

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408



22 October 2014

Dear Sir or Madam,

Please find enclosed the Transfer of Claim Other Than for Security form for Case Number 08-13555 (JMP) for Aberdeen Global Services.

Please do not hesitate to contact me if you have any further questions.

Yours faithfully,

Catie Paterson
Product Management Executive

Aberdeen Global Services S.A.
2b, rue Albert Borschette, L - 1246 Luxembourg
Telephone: +352 26 43 30 00  Fax: +352 26 43 30 97  aberdeen-asset.com

Authorised and regulated by the CSSF Luxembourg. Member of the Aberdeen Asset Management group of companies.
Registered in Luxembourg No.B120637. Registered Office 2b, rue Albert Borschette, L-1246 Luxembourg.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC ,    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Aberdeen Global - Frontier Markets Bond | Sovereign High Yield Investment Co. Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Aberdeen Global Services, 2b rue Albert Borchette, L-1246 Luxembourg

Court Claim # (if known):  16643
Amount of Claim:  $1,130,000.00
Date Claim Filed:  09/18/2009

Phone:  +352 2643 3006
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ S. Hashimzai_____    Date:  10/22/2014
    Transferee/Transferee's Agent

Soraya Hashimzai
Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.