WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                        :
**In re**                                               :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :    **08-13555 (SCC)**
                                                        :
                                    **Debtors.**        :    **(Jointly Administered)**
                                                        :
------------------------------------------------------------------------------x
                                                        :
**In re**                                               :
                                                        :    **Case No.**
**LEHMAN BROTHERS INC.**,                               :
                                                        :    **08-01420 (SCC) (SIPA)**
                                    **Debtor.**         :
                                                        :
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR THE SEVENTY-NINTH**
<u>**OMNIBUS AND CLAIMS HEARING ON NOVEMBER 7, 2014 AT 10:00 A.M.**</u>

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, <u>**Room 623**</u>, One Bowling Green, New York, NY 10004-1408

<u>**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**</u>

I.    <u>**UNCONTESTED MATTERS:**</u>

1.    Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Putnam Structured Product Funding 2003-1 Ltd., Putnam Structured Product Funding 2003-1 LLC, U.S. Bank National Association, as Successor Trustee, Lehman Brothers Special Financing Inc., and Lehman Brothers Holdings Inc. **[ECF No. 46364]**

<u>Response Deadline</u>:    October 31, 2014 at 4:00 p.m.

<u>Response Received</u>:    None.

<u>Related Document</u>:

    A.    Declaration of Lawrence Brandman in Support of Motion [**ECF No. 46743**]

<u>Status</u>:  This matter is going forward on an uncontested basis.

II.    <u>**CONTESTED MATTERS:**</u>

2.    One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) **[ECF No. 15363]**

<u>Response Deadline</u>:    May 18, 2011, or as otherwise extended.

<u>Response Received</u>:

    A.    Response of Vito Santoro [**ECF No. 17042**]

<u>Related Document</u>:

    B.    Reply to Responses to Objections to Claim Numbers 4618 and 32308 [**ECF No. 46789**]

<u>Status</u>:  This matter is going forward solely as to claim number 32308 of Vito Santoro.

WEIL:\95140204\3\58399.0011

## LEHMAN BROTHERS INC. PROCEEDING

**III.    STATUS CONFERENCES:**

3.    Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9013**]

Response Deadline:    June 20, 2014 at 4:00 p.m., extended for certain parties to August 22, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Julia Kaufman [**LBI ECF No. 9125**]

B.    Declaration of Julia Kaufman [**LBI ECF No. 9126**]

C.    Response of Kyle R. Kettler [**LBI ECF No. 9183**]

D.    Response of Wayne Judkins [**LBI ECF No. 9185**]

E.    Response of Jeffrey Frase and Roy J. Salame [**LBI ECF No. 9196**]

F.    Response of P. Mathew Verghese [**LBI ECF No. 9199**]

G.    Response of Michael Scott Glover and Anshuman Goyal [**LBI ECF No. 9200**]

H.    Declaration of Harry W. Lipman on behalf of Akshay Murthy [**LBI ECF No. 9202**]

I.    Response of Akshay Murthy [**LBI ECF No. 9203**]

J.    Response of Murali Raman  [**LBI ECF No. 9209**]

K.    Response of Julie R. Shapiro [**LBI ECF No. 9262**]

L.    Response of Brett Ersoff [**LBI ECF No. 9277**]

M.    Response of Maximilian Coreth [**LBI ECF No. 9282**]

N.    Declaration on behalf of Maximilian Coreth [**LBI ECF No. 9283**]

O.    Response of Thomas P. Blakeslee [**LBI ECF No. 9316**]

P.    Response of Alexander Lesin [**LBI ECF No. 9344**]

Q.    Declaration in Support of the Response of Alexander Lesin [**LBI ECF No. 9346**]

WEIL:\95140204\3\58399.0011

R.    Response of Todd O'Malley [**LBI ECF No. 9354**]

S.    Response of Shashank Agrawal [**LBI ECF No. 9357**]

T.    Response of Eric Race [**LBI ECF No. 9411**]

U.    Amended Declaration of Eric Race [**LBI ECF No. 9430**]

V.    Response of Zhiyong Shi [**LBI ECF No. 9563**]

W.    Response of 1EE, LLC [**LBI ECF No. 9694**]

Related Documents:

X.    Corrected Order Granting the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9443**]

Y.    Declaration of Jonathan Hoffman on behalf of 1EE, LLC [**LBI ECF No. 9695**]

Z.    Order Pursuant to 11 U.S.C. Sections 107(b) and 107(c) and Fed. R. Bankr. P. Rule 9018 Authorizing 1EE, LLC to File Certain Exhibits to the Declaration of Jonathan Hoffman Under Seal [**LBI ECF No. 9715**]

AA.    Letter to the Honorable Shelley C. Chapman Regarding the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 10141**]

BB.    Memorandum Endorsed Order re November 7th Hearing to be Treated as a Status Conference [**LBI ECF No. 10175**]

Status:  This matter is going forward, solely as a status conference.

4.    Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

Response Deadline:    August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Patricia M. Bah [**LBI ECF No. 9636**]

B.    Response of Vito A. Santoro [**LBI ECF No. 9714**]

WEIL:\95140204\3\58399.0011

Related Documents:

    C.    Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9846**]

    D.    Notice of Status Conference [**LBI ECF No. 10312**]

Status:  This matter is going forward, solely as a status conference as to the claim of Mr. Santoro.  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of Ms. Bah.

5.    Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Classification) [**LBI ECF No. 10097**]

Response Deadline:    October 28, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Richard S. Hajdukiewicz [**LBI ECF No. 10252**]

    B.    Response of Andrew Mason [**LBI ECF No. 10261**]

Related Documents:

    C.    Certificate of No Objection solely as to certain claims [**LBI ECF No. 10374**]

    D.    Notice of Status Conference [**LBI ECF No. 10312**]

Status:  This matter is going forward, solely as a status conference as to the claim of Mr. Hajdukiewicz.  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of Mr. Mason.

6.    Trustee's Objection to the General Creditor Proof of Claim of Robert J. Chambers (Claim No. 6107) [**LBI ECF No. 10194**]

Response Deadline:    November 7, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward, solely as a status conference.

WEIL:\95140204\3\58399.0011

IV.    **CONTESTED MATTER:**

7.    Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims [**LBI ECF No. 9601**]

Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 at 4:00 p.m.

Responses Received:

A.    Response of RTC-CEBFT Russell International Fund [**LBI ECF No. 9833**]

B.    Response of Atif Khan [**LBI ECF No. 9862**]

C.    Response of Ceskoslovenska Obchodna Banka, A.S. [**LBI ECF No. 10150**]

Related Documents:

D.    Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims solely as to certain claims [**LBI ECF No. 10086**]

E.    Trustee's Reply in Further Support [**LBI ECF No. 10373**]

Status:  This matter is going forward, as to the claim of Mr. Khan.  This matter is adjourned to December 10, 2014 at 10:00 a.m., as to the claims of RTC-CEBFT Russell International Fund and Ceskoslovenska Obchodna Banka.

V.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

8.    Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 35787**]

Response Deadline:    April 15, 2013 at 4:00 p.m. or as otherwise extended.

Adjourned Responses:

A.    Thomas P Blakeslee Opposition Brief to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36654**]

B.    Craig Inglis Response to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36773**]

WEIL:\95140204\3\58399.0011

  C. Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36558**]

  Related Documents: None.

  Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m. solely as to claim numbers 510, 10915 and 66365.

9. Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

  Response Deadline: June 12, 2014 at 4:00 p.m.

  Responses Received:  None.

  Related Documents:  None.

  Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

10. Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

  Response Deadline: June 3, 2013 at 4:00 p.m.

  Adjourned Responses:

   A. Response of Commerzbank AG [**ECF No. 38674**]

   B. Response of EuroHypo AG [**ECF No. 38674**]

  Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

11. Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38050**]

  Response Deadline: July 19, 2013 at 4:00 p.m.

  Adjourned Responses:

   A. Response of Christopher Dorland to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38864**]

   B. Response of John Greco to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38863**]

      C.      Response filed by Alysse McLoughlin [**ECF No. 39426**]

      D.      Response of Carlos Torres to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 36882**]

      E.      Response of David Wilson to the Plan Administrators Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38865**]

Related Documents:   None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m. solely as to claim numbers 180, 532, 599, 772 and 25510.

12.    Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:   February 4, 2015 at 4:00 p.m.

Response Received:

      A.      Response of Sanford and Tina Mohr [**ECF No. 41101**]

Related Documents:

      B.      Supplemental Objection and Reply in Further Support of Objection [**ECF No. 45587**]

      C.      Notice of Hearing on Supplemental Objection and Reply [**ECF No. 45589**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

13.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:   June 12, 2014 at 4:00 p.m.

Response Received:

      A.      LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 40232**]

8

Related Documents:   None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

14.     The Plan Administrator's Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [**ECF No. 41664**]

Response Deadline:   January 21, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:

A.     Response of UBS Financial Services Inc. [**ECF No. 42124**]

Related Document:

B.     Notice of Hearing Setting Hearing for November 7, 2014 at 10:00 a.m. [**ECF No. 46462**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

15.     Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline:   February 18, 2014 at 4:00 p.m.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m. solely with respect to claim numbers 19986, 19987, 19988 and 27709.

16.     Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Response Deadline:   June 12, 2014, at 4:00 p.m. (for Mortgage Loan Sellers)
June 13, 2014, at 4:00 p.m. (for Internal Revenue Service, United States Trustee, and parties on the Debtors' Master Service List)

Responses Received:

A.     Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

B.     Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

WEIL:\95140204\3\58399.0011

C.      Limited Objection and Reservation of Rights of First California
        Mortgage Corporation to Motion for Alternative Dispute
        Resolution Procedures Order for Indemnification Claims of the
        Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

D.      Limited Objection and Reservation of Rights of Republic
        Mortgage Home Loans, LLC to Motion for Alternative Dispute
        Resolution Procedures Order for Indemnification Claims of the
        Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

E.      Limited Objection and Reservation of Rights of Amerifirst
        Financial Corp., *et al.* to Motion for Alternative Dispute
        Resolution Procedures Order for Indemnification Claims of the
        Debtors Against Mortgage Loan [**ECF No. 44684**]

F.      Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a
        Commerce Mortgage to the Limited Objection and Reservation of
        Rights to Motion for Alternative Dispute Resolution Procedures
        Order for Indemnification Claims of the Debtors Against Mortgage
        Loan Sellers [**ECF No. 44740**]

Related Documents:

G.      Declaration of Adam M. Bialek in Support of Order to Show
        Cause to Shorten Notice Period and Extend the Response Deadline
        by One Day for Late Served Recipients of Debtors' Motion for
        Alternative Resolution Procedures Order for Indemnification
        Claims of the Debtors Against Mortgage Loan Sellers on Debtors'
        Master Service List [**ECF No. 44571**]

H.      Order to Show Cause to Shorten Notice Period and Extend the
        Response Deadline By One Day For Late Served Recipients of
        Debtors' Motion for Alternative Resolution Procedures Order for
        Indemnification Claims of the Debtors Against Mortgage Loan
        Sellers on Debtors' Master Service List [**ECF No. 44572**]

I.      Debtors' Omnibus Reply to Responses and Objections [**ECF No.
        44728**]

J.      Alternative Dispute Resolution Procedures Order For
        Indemnification Claims of the Debtors Against Mortgage Loan
        Sellers [**ECF No. 44846**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

WEIL:\95140204\3\58399.0011

17.     The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44488**]

Response Deadline:     July 2, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:

      A.     Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

Related Documents:   None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m. as to Claim No. 48726 of Wells Fargo Bank, NA.

18.     The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44489**]

Response Deadline:     July 2, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:   None.

Related Documents:   None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

19.     Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45446**]

Response Deadline:     August 29, 2014 at 4:00 p.m.

Responses Received:

      A.     Response of Wincent Investment Limited [**ECF No. 46182**]

      B.     Response of Fatai Investment Limited [**ECF No. 46183**]

      C.     Response of Zama International Limited [**ECF No. 46184**]

      D.     Response of Halewood Company Limited [**ECF No. 46195**]

      E.     Response of KBC Bank NV [**ECF No. 46238**]

      F.     Declaration of Markus Schott in Support of Response of KBC Bank NV [**ECF No. 46239**]

Related Documents:   None.

Status:  This matter has been adjourned with respect to the foregoing responses to December 10, 2014 at 10:00 a.m.

WEIL:\95140204\3\58399.0011

20.     Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims)
[**ECF No. 45448**]

Response Deadline:     August 29, 2014 at 4:00 p.m., extended for certain parties
to October 13, 2014 and October 29, 2014.

Responses Received:

A.     Response of Goldman Sachs Emerging Markets Opportunities
Fund LLC and Goldman Sachs Emerging Markets Opportunities
Fund Offshore, LLC [**ECF No. 46197**]

B.     Response of the Hongkong and Shanghai Banking Corporation
Limited [**ECF No. 46388**]

Related Document:

C.     Order Granting the Four Hundred Seventy-Ninth Omnibus
Objection to Claims (No Liability Claims) [**ECF No. 46284**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m. for
Claim Nos. 21620, 15824, 15891, 18217, and  27105.  This matter has been
adjourned sine die for Claim Nos. 18071, 25131, and 25133.

21.     Motion for Objection to Claim Numbers 64070 and 64071 [**ECF No. 46050**]

Response Deadline:     October 6, 2014 at 4:00 p.m.

Response Received:

A.     Response of Giants Stadium LLC [**ECF No. 46463**]

Related Documents:

B.     Order Authorizing Giants Stadium LLC to File Under Seal Certain
Documents in Connection with the Response of Giants Stadium
LLC to Debtors Objection to Proof of Claim Numbers 64070 and
64071 [**ECF No. 46460**]

C.     Declaration of Matthew A. Schwartz in Support of Response of
Giants Stadium LLC to Debtors Objection to Proof of Claim
Numbers 64070 and 64071 [**ECF No. 46464**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

WEIL:\95140204\3\58399.0011

22. Giants Stadium LLC's Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 46641]**

Response Deadline:    November 19, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

**B.     Adversary Proceedings**

23. Lehman Brothers Finance AG, in Liquidation, *et al*. v. Citibank, N.A., *et al*. [**Adversary Proceeding No. 14-02050**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Amended Adversary Complaint [**ECF No. 9**]

    C.    Answer to Amended Adversary Complaint [**ECF No. 12**]

    D.    Notice of Presentment of [Proposed] Scheduling Order and Discovery Plan [**ECF No. 18**]

    E.    Scheduling Order and Discovery Plan [**ECF No. 19**]

Status:  This matter has been adjourned to a date to be determined.

24. Lehman Brothers Derivative Products Inc. v. U.S. Bank Trust National Association, *et al*. [**Adversary Proceeding No. 14-02234**]

**Pre-Trial Conference**

Related Document:

    A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m.

WEIL:\95140204\3\58399.0011

C.    **Lehman Brothers Inc. Proceeding**

25.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Document:

B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of Mr. Eddi.

26.    Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 7382**]

Response Deadline:    October 23, 2013 at 4:00 p.m., extended for certain parties to October 30, 2013 at 4:00 p.m.

Response Received:

A.    Response of Terry G. Reckas [**Not Docketed**]

Related Document:

B.    Order Granting the Trustee's One Hundred Forty-Sixth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 7672**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of Mr. Reckas.

27.    Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

Responses Received:

A.    Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

14

      B.      Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

      C.      Order Granting the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

28.      Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

      A.      Response of Comerica Bank [**LBI ECF No. 8711**]

Related Documents:

      B.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

      C.      Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

      D.      Notice of Resolution Solely as to a Certain Claim [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

29.      Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

WEIL:\95140204\3\58399.0011

Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to November 28, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    C.    Notices of Resolution Solely as to Certain Claims [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159**]

    D.    Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168, 9849**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

30.    Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

Related Documents:

    B.    Notice of Withdrawal [**LBI ECF No. 8760**]

WEIL:\95140204\3\58399.0011

      C.      Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

31.     Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:    May 27, 2014 at 4:00 p.m.

Response Received:

      A.      Response of RBC Cees Limited [**Not Docketed**]

Related Document:

      B.      Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of RBC Cees Limited.

32.     Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) [**LBI ECF No. 8966**]

Response Deadline:    June 6, 2014 at 4:00 p.m., extended for certain parties to October 31, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.      Notice of Withdrawal [**LBI ECF No. 9002**]

      B.      Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to certain claims [**LBI ECF No. 9175**]

      C.      Supplemental Order Granting the Trustee's Two Hundred Thirty-Fifth Omnibus Objection to General Creditor Claims (Satisfied Claims, No Liability Claims, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 9370**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to a certain claim.

33.     Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 9059**]

Response Deadline:     June 26, 2014 at 4:00 p.m., extended for certain parties to July 31, 2014 at 4:00 p.m.

Response Received:

A.     Response of Intuition Publishing, Inc. [**LBI ECF No. 9238**]

Related Documents:

B.     Order Granting the Trustee's Two Hundred Fortieth Omnibus Objection to General Creditor Claims Seeking to (I) Reduce Certain Claims and Allow Such Claims as Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 9408**]

C.     Notices of Resolution Solely as to a Certain Claim [**LBI ECF Nos. 9775, 10004**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

34.     Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9161**]

Response Deadline:     July 9, 2014 at 4:00 p.m., extended for certain parties to July 25, 2014 at 4:00 p.m.

Responses Received:

A.     Response of Craig O. Benson and Michael J. Petrucelli [**LBI ECF No. 9325**]

B.     Response of Kimberly A. Reed [**LBI ECF No. 9474**]

C.     Response of Nathan Wang [**Not Docketed**]

Related Document:

D.     Order Granting the Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9628**]

WEIL:\95140204\3\58399.0011

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

35.     Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9394**]

    Response Deadline:    August 4, 2014 at 4:00 p.m., extended for certain parties to August 15, 2014 at 4:00 p.m.

    Responses Received:

        A.    Response of Jeffrey M. Klinger [**LBI ECF No. 9551**]

        B.    Response of Robert Dyer [**LBI ECF No. 9777**]

    Related Document:

        C.    Order Granting the Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9853**]

    Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

36.     Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) [**LBI ECF No. 9442**]

    Response Deadline:    August 8, 2014 at 4:00 p.m., extended for certain parties to September 22, 2014 at 4:00 p.m.

    Response Received:

        A.    Response of Bank of Montreal [**LBI ECF No. 9707**]

    Related Documents:

        B.    Order Granting the Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9852**]

        C.    Supplemental Order Granting the Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) solely as to a certain claim [**LBI ECF No. 10093**]

    Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

WEIL:\95140204\3\58399.0011

37.     Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

Response Deadline:     August 13, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:

    A.     Response of Israel Discount Bank of New York [**LBI ECF No. 9632**]

    B.     Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

    C.     Response of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. [**LBI ECF No. 9778**]

Related Documents:

    D.     Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

    E.     Notice of Resolution [**LBI ECF No. 10005**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

38.     Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

Response Deadline:     August 15, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:  None.

Related Documents:

    A.     Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

WEIL:\95140204\3\58399.0011

      B.      Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

      C.      Notice of Resolution [**LBI ECF No. 10015**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

39.    Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

Response Deadline:    August 21, 2014 at 4:00 p.m.

Response Received:

      A.      Response of U.S. Bank National Association [**LBI ECF No. 9674**]

Related Documents:  None.

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

40.    Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9530**]

Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

Responses Received:

      A.      Response of Walter J. Sieczkowski [**Not Docketed**]

      B.      Response of Richard N. Wayne [**LBI ECF  No. 9970**]

      C.      Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

Related Document:

      D.      Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

41.    Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) [**LBI ECF No. 9583**]

Response Deadline:    August 28, 2014 at 4:00 p.m., extended for certain parties to November 28, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

   A.    Order Granting the Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) solely as to certain claims [**LBI ECF No. 10087**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to a certain claim.

42.    Trustee's Two Hundred Fifty-Eighth Omnibus Objection to General Creditor Claims (No Liability Indemnity Claims (WaMu)) [**LBI ECF No. 9584**]

Response Deadline:    August 28, 2014 at 4:00 p.m., extended for certain parties to November 6, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

   A.    Notice of Resolution [**LBI ECF No. 9918**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

43.    Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9605**]

Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties to September 12, 2014 at 4:00 p.m.

Responses Received:

   A.    Response of General Ore International Corporation Ltd., Neu Holdings Corporation, Neu Foundation of California, Amy Patrick Neu and Janice K. Moss [**LBI ECF No. 9864**]

WEIL:\95140204\3\58399.0011

  B. Amended Response of General Ore International Corporation Ltd., Neu Holdings Corporation, Neu Foundation of California, Amy Patrick Neu and Janice K. Moss [**LBI ECF No. 9890**]

Related Document:

  C. Order Granting the Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to a certain claim [**LBI ECF No. 10085**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

44. Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline: September 5, 2014 at 4:00 p.m.

Response Received:

  A. Response of US National Bank Association [**LBI ECF No. 9824**]

Related Document:

  B. Order Granting the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to the claim of US National Bank Association.

45. Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline: September 8, 2014 at 4:00 p.m., extended for certain parties to November 19, 2014 at 4:00 p.m.

Responses Received:

  A. Response of RUT The International Bond Fund [**LBI ECF No. 9827**]

  B. Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

WEIL:\95140204\3\58399.0011

Related Document:

    C.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

Status: This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

46.    Motion of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. for Entry of an Order to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [**LBI ECF No. 9712**]

Response Deadline:    September 30, 2014 at 4:00 p.m., extended to October 31, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to December 10, 2014 at 10:00 a.m.

47.    Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9736**]

Response Deadline:    September 18, 2014 at 4:00 p.m., extended for certain parties to October 2, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Goldman, Sachs & Co. [**LBI ECF No. 10024**]

    B.    Declaration of Paul St. Lawrence in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10025**]

    C.    Declaration of Shiwon Choe in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10027**]

    D.    Response of Goldman, Sachs & Co. Filed Under Seal [**LBI ECF No. 10056**

    E.    Declaration of Paul St. Lawrence in Support of the Response of Goldman, Sachs & Co. Filed Under Seal [**LBI ECF No. 10057**]

Related Documents:

F.     *Ex Parte* Motion for Entry of an Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9732**]

G.     Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9733**]

H.     Filed Under Seal Release Agreement, Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9901**]

I.     *Ex Parte* Motion for Entry of an Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10009**]

J.     Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co. to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10011**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims

48.   Trustee's Two Hundred Sixty-Fifth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Claims) [**LBI ECF No. 9744**]

Response Deadline:    September 18, 2014 at 4:00 p.m., extended for certain parties to November 14, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.     Order Granting the Trustee's Two Hundred Sixty-Fifth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Claims) solely as to a certain claim [**LBI ECF No. 10091**]

B.     Supplemental Certificate of No Objection solely as to certain claims [**LBI ECF No. 10229**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

WEIL:\95140204\3\58399.0011

49. Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) [**LBI ECF No. 9865**]

Response Deadline:  October 3, 2014 at 4:00 p.m., extended for certain parties to November 14, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A. Certificate of No Objection solely as to certain claims [**LBI ECF No. 10264**]

Status:  This matter has been adjourned to December 10, 2014 at 10:00 a.m., as to certain claims.

Dated:  November 6, 2014
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

Dated:  November 6, 2014
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95140204\3\58399.0011