WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing the omnibus objections to claims listed on Exhibit A attached hereto, *solely* as to the claims listed on Exhibit A.

Dated:   November 6, 2014
         New York, New York

　　　　　　　　　　　　　　　　　　 */s/ Garrett A. Fail*
　　　　　　　　　　　　　　　　　　 Garrett A. Fail

　　　　　　　　　　　　　　　　　　 WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　 767 Fifth Avenue
　　　　　　　　　　　　　　　　　　 New York, New York 10153
　　　　　　　　　　　　　　　　　　 Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　 Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　 *Attorneys for Lehman Brothers Holdings Inc.
　　　　　　　　　　　　　　　　　　 and Certain of Its Affiliates*

WEIL:\95147638\2\58399.0011

**Exhibit A**

| Claim Number | Claimant | Omnibus Objection |
|---|---|---|
| 4618 | Zhiyong Shi | One Hundred Eighty-Fifth Objection to Claims (Compound Claims) **[ECF No. 19714]** |
| 12755 | Charlotte Grezo | Three Hundred Seventeenth Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 28441]** |

WEIL:\95147638\2\58399.0011