# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

November 7, 2014

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holding, Inc.
ADR Procedures Order Dated 9/17/09 ("Order")
Sixtieth Status Report**

Dear Judge Chapman:

The six Tier One Mediators have requested again, your Honor, that I submit this monthly report (the sixtieth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the November 7, 2014 omnibus hearing.

In the 31 days following the last prior report, Debtors served 11 ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 489. During the immediately past reporting period, Debtors achieved settlements with counterparties in four ADR matters, all as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,747,907,216 new dollars for the Debtors' estates. Settlements now have been achieved in 378 ADR matters involving 494 counterparties.

WEIL:\95146310\1\58399.0011

Honorable Shelley C. Chapman  
November 7, 2014  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 205 ADR matters that have reached the mediation stage in Tier One and have been concluded, 192 have been settled in mediation; only thirteen mediations have terminated without settlement. Four additional Tier One mediations have been scheduled to commence on the following dates: November 7, 11 and 17; and December 4, 2014.

Respectfully submitted,

*[signature: Peter Gruenberger]*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc:  Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)