**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re                                              :         **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :         **08-13555 (SCC)**
                                                   :
                    **Debtors.**                   :         **(Jointly Administered)**
                                                   :

---------------------------------------------------------------------x

### ORDER SUSTAINING OMNIBUS OBJECTIONS AND RECLASSIFYING CLAIMS FOR RESTRICTED STOCK UNITS AND CONTINGENT STOCK AWARDS

Upon the fourteen omnibus objections (collectively, the "Omnibus Objections")[1] to

proofs of claim asserting claims for bonus or commission compensation during the years 2003

through 2008 for which claimants received or were to receive restricted stock units or contingent

stock awards (collectively, the "RSU Claims"),[2] filed by Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Chapter 11

Estates"), pursuant to section 502 of the Bankruptcy Code, Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

---

[1] The Omnibus Objections are Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 13295]; Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 15666]; Debtors' One Hundred Thirtieth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16115]; Debtors' One Hundred Thirty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16116]; Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16530]; Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16532]; Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16808]; Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 19392]; Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714]; Debtors' Two Hundred and Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 20012]; Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28433]; Three Hundred Fourteenth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 28435] Three Hundred Nineteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28777]; and Three Hundred Forty-Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 30357].

[2] Certain of the RSU Claims have been disallowed pursuant to previous orders entered by Judge Peck in the above-referenced chapter 11 cases. Other RSU Claims have been settled by the parties. The remaining disputed RSU Claims (collectively, the "Remaining RSU Claims") are set forth on Exhibit 1, attached hereto.

objections to proofs of claim [ECF No. 6664]; and due and proper notice of the Omnibus

Objections having been provided; and opposition to the Omnibus Objections having been

interposed from time to time (collectively, the "Responses") by certain claimants listed on the

Omnibus Objections; and an initial hearing having been held on December 21, 2011 (the "2011

Hearing"); and a three-day evidentiary hearing (the "Evidentiary Hearing") regarding the

Omnibus Objections having been held on April 1, 2, and 3, 2014; and upon the post-hearing

submissions in connection with the Remaining RSU Claims;[3] and the Court having reviewed the

Omnibus Objections, the Responses thereto, the records of the 2011 Hearing and the Evidentiary

Hearing, and the post-hearing submissions; and upon all of the proceedings had before the Court;

and the Court having issued its memorandum decision, dated November 3, 2014 (ECF No.

46797) (the "Memorandum Decision"), sustaining the Objections; and for the reasons stated in

the Memorandum Decision, it is hereby

ORDERED that the Responses are overruled in their entirety; and it is further

ORDERED that the Omnibus Objections are sustained as to the Remaining RSU

Claims; and it is further

ORDERED that the Remaining RSU Claims listed on Exhibit 1 annexed hereto

are hereby reclassified as Equity Interests (as such term is defined in the Modified Third

Amended Joint Chapter 11 Plan of LBHI and its Affiliated Debtors [ECF No. 23023]) having the

same priority as, and no greater priority than, common stock interests in LBHI; and it is further

---

[3]Those submissions include the Proposed Findings of Fact and Conclusions of Law Submitted by Compensation
Claimants in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as
Equity or Alternatively to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code dated June 6,
2014 [ECF No. 44951]; Neuberger Berman Claimants' Proposed Findings of Fact and Conclusions of Law dated
June 6, 2014 [ECF No. 44567]; Letter from Andrea T. Jao dated June 6, 2014 [ECF No. 44705]; Debtors' Proposed
Findings of Fact and Conclusions of Law [ECF No. 45026]; Debtors' Reply to RSU Claimants' Proposed Findings
of Fact and Conclusions of Law [ECF No. 45025]; Letter from Eugene Neal Kaplan on behalf of Neuberger Berman
Claimants dated July 9, 2014 [ECF No. 45093]; Letter from Richard J. Schager on behalf of Compensation
Claimants dated July 22, 2014 [ECF No. 45333]

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: November 7, 2014
      New York, New York

                  /S/ Shelley C. Chapman
                  HONORABLE SHELLEY C. CHAPMAN
                  UNITED STATES BANKRUPTCY JUDGE

WEIL:\95143171\2\58399.0011

## Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|---|
| 1 | ABRAMS, STANLEY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16132 | $493,339.74 | $412,235.98 | 207 |
| 2 | ADLER, JENNIFER S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30611 | Undetermined | Undetermined | 130 |
| 3 | ALI, ASGAR | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27619 | Undetermined | Undetermined | 207 |
| 4 | ALLARD, ANDREW | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11044 | $110,291.00 | $110,291.00 | 73 |
| 5 | ANDERSON, IAN W. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12809 | $85,781.92 | $85,781.92 | 73 |
| 6 | ANDRIOLA, ROCCO F. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10544 | $1,507,706.00 | $1,507,706.00 | 118 |
| 7 | ANTONCIC, MADELYN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16516 | $10,204,571.00 | $10,204,571.00 | 118 |
| 8 | BANCHETTI, RICCARDO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20313 | $26,040,000.00 | $26,040,000.00 | 118 |
| 9 | BANCHETTI, RICCARDO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/13/2012 | 68071 | $26,040,000.00 | $26,040,000.00 | 314 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 10  BARDEHLE, CHRISTIAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14851 | $15,139.66 | $15,139.66 | 133 |
| 11  BAREGGI, MICHELE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32511 | Undetermined | Undetermined | 207 |
| 12  BAZYLEVSKY, BO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 02/24/2010 | 66323 | $3,568,323.88 | $3,568,323.88 | 118 |
| 13  BECKER, JENNIFER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13360 | $327,351.20 | $327,351.20 | 130 |
| 14  BENSON, CRAIG O. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2136 | $312,864.31 | $220,371.95 | 313 |
| 15  BIRASCHI,PAOLA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34980 | $559,676.00 | $559,676.00 | 313 |
| 16  BIRD, RICHARD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/19/2009 | 19506 | $61,000.00 | $61,000.00 | 207 |
| 17  BOGERT, LISA R | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33233 | $53,148.26 | $53,148.26 | 131 |
| 18  BOWYER, MICHAEL L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15087 | $2,526,640.00 | $2,526,640.00 | 118 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 19  BRANCATO, JENNIFER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30417 | Undetermined | Undetermined | 207 |
| 20  BREWER, KAREN H | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11297 | $271,928.05 | $243,514.00 | 313 |
| 21  BROADBENT, WILLIAM S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65126 | $1,870,078.90 | $736,228.63 | 313 |
| 22  BROADBENT, WILLIAM S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9971 | $849,686.28 | $849,686.28 | 130 |
| 23  BROOKS, DAVID J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34559 | $259,911.00 | $259,911.00 | 313 |
| 24  BURKE, TIMOTHY A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27925 | Undetermined | Undetermined | 207 |
| 25  BURKE, TIMOTHY A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/19/2012 | 68086 | $10,011,786.00 | $10,011,786.00 | 314 |
| 26  BUTLER-MCLAUGHLIN, CECELIA E. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21510 | Undetermined | Undetermined | 207 |
| 27  CALLIES,GUILLEMETTE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5733 | $12,482.00 | $12,482.00 | 176 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 28  CARANGO, ANTHONY T. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25198 | $78,545.00 | $78,545.00 | 131 |
| 29  CASSANOVA, CATRINA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25137 | Undetermined | Undetermined | 207 |
| 30  CASUPLE, VIRGILIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34326 | $6,184.00 | $6,184.00 | 207 |
| 31  CATALAO MAIA, ALEXANDRE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17760 | $2,868,427.08 | $2,868,427.08 | 118 |
| 32  CHAN, SHIRLEY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32595 | Undetermined | Undetermined | 207 |
| 33  CHEN, KENG-CHONG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9025 | Undetermined | Undetermined | 207 |
| 34  CINTRON, JACQUELINE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25226 | $1,387.00 | $1,387.00 | 207 |
| 35  COHEN, DARIAN J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16153 | $437,550.00 | $388,377.68 | 176 |
| 36  COHEN, GUSTAVO SEBASTIAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25443 | $6,188.13 | $2,598.20 | 207 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|-----------|---------|------------------------------|----------------------------|----------------------|
| 37 COLLIER, MICHAEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11588 | $225,335.44 | $194,885.44 | 313 |
| 38 COLTON, DAVID | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25073 | $19,956.00 | $19,956.00 | 207 |
| 39 CRASTON, EDMUND ANTHONY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17879 | $3,518,527.65 | $3,518,527.65 | 73 |
| 40 CREMIN, PATRICK G. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/02/2009 | 10101 | $175,394.00 | $175,394.00 | 131 |
| 41 D'AMADEO, JOSEPH G | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19076 | $7,483,695.80 | $6,677,848.51 | 313 |
| 42 DAS, NACHIKETA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27231 | $588,932.07 | $588,932.07 | 130 |
| 43 DAY, GEMMA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/23/2009 | 5952 | $1,961.00 | $1,961.00 | 135 |
| 44 DE JESUS, NESTOR E | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34492 | $750,555.00 | $750,555.00 | 313 |
| 45 DELLARUSSO,RICHARD J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 01/30/2009 | 4319 | $112,876.55 | $112,876.55 | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 46 DESFORGES, MATHIEU | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14260 | $124,524.17 | $124,524.17 | 131 |
| 47 DICCIANNI, CHARLES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12314 | $96,068.00 | $96,068.00 | 73 |
| 48 DICENSO, JOSEPH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29210 | $10,950.00 * | $10,950.00* | 207 |
| 49 DMUCHOWSKI, JOHN J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34401 | $5,069.83 | $5,069.83 | 313 |
| 50 DUFFY, KATHLEEN C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21911 | $38,604.00 | $38,604.00 | 73 |
| 51 DUFOURNIER, PHILIPPE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15528 | Undetermined | Undetermined | 130 |
| 52 DUFOURNIER, PHILIPPE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/17/2012 | 68073 | $14,604,161.52 | $14,604,161.52 | 314 |
| 53 DUNKIN, ROBEN L | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5729 | Undetermined | Undetermined | 207 |
| 54 DYER, ROBERT C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28012 | $262,069.00 | $262,069.00 | 73 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 55  ENGEL, STEVEN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15255 | $284,161.36 * | $149,870.00* | 313 |
| 56  ERTMANN, JAMES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19193 | $133,246.59 | $126,886.19 | 207 |
| 57  ESCOBAR, CALIXTO M. JR. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24678 | $7,537.76 | $7,537.76 | 207 |
| 58  FALLTRICK, BARRY J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12733 | $14,504.05 | $14,504.05 | 133 |
| 59  FELDERHOF, STEPHEN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25339 | Undetermined | Undetermined | 207 |
| 60  FINKEL, SETH J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18067 | $1,409,198.00 | $1,409,198.00 | 207 |
| 61  FLACKMAN, CYNTHIA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 06/01/2009 | 4709 | $46,832.00 | $46,832.00 | 131 |
| 62  FLEISCHMAN RICHMAN, SANDY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8530 | $3,903,072.10 | $3,903,072.10 | 118 |
| 63  FLYNN, PATRICK | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24407 | $558,505.00 * | $558,505.00* | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|-----------|---------|------------------------------|----------------------------|----------------------|
| 64  FRASER-JENKINS, INIGO L | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25772 | $460,525.00 | $460,525.00 | 130 |
| 65  FRYER, DANIEL J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23028 | Undetermined | Undetermined | 207 |
| 66  GATTUSO, MARGARET E. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27735 | $165,726.61 | $165,726.61 | 131 |
| 67  GLASEBROOK, RICHARD J., II | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9682 | $20,129,666.00 | $20,129,666.00 | 118 |
| 68  GOLDBERG, JASON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23894 | $3,297,005.00 | $3,297,005.00 | 118 |
| 69  GOLDBERG, LOUISE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/19/2009 | 19518 | $15,565.00 | $12,520.00 | 313 |
| 70  GOLDMAN, SHERYL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/01/2009 | 10029 | $13,511.00 | $13,511.00 | 73 |
| 71  GOYAL, ANSHUMAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2292 | $4,176,740.27 | Undetermined | 347 |
| 72  GRAN, MICHAEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23900 | $1,199,094.00 | $1,199,094.00 | 73 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 73  GRAVES, ADRIAN T | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24498 | $8,629.00 | $5,884.00 | 313 |
| 74  HAHN-COLBERT, SANDRA M | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34727 | $250,000.00 | $250,000.00 | 313 |
| 75  HAHN-COLBERT, SANDRA M | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34728 | $41,888.00 | $41,888.00 | 313 |
| 76  HALL, ROOPALI A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30355 | $22,222.00 | $22,222.00 | 207 |
| 77  HARGRAVE, BRIAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33155 | Undetermined | Undetermined | 207 |
| 78  HASHIDA, AKIKO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/16/2009 | 5421 | Undetermined | Undetermined | 207 |
| 79  HAWES, GREGG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7797 | $60,464.00 | $60,464.00 | 207 |
| 80  HOAR, NICK JOHN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30475 | $389,793.12 | $389,793.12 | 130 |
| 81  HOM, MICHAEL C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12940 | $189,892.00 | $189,892.00 | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 82 HOOPER, HELEN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28365 | Undetermined | Undetermined | 207 |
| 83 HORNICK, PETER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/28/2010 | 66971 | Undetermined | Undetermined | 313 |
| 84 HOWARD, NICHOLAS P. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28279 | $3,192,226.03 | $1,827,077.51 | 313 |
| 85 HUTTON, RANDALL J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14023 | $8,851,649.15 | $8,851,649.15 | 118 |
| 86 IRAGORRI, JULIAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64991 | $2,841,142.00 | $2,836,082.29 | 319 |
| 87 IYER, SUBRAMANIUM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23575 | $3,196.64 | $3,196.64 | 207 |
| 88 JACOBSON, LARS P. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24335 | $408,027.05 | $245,962.98 | 176 |
| 89 JAO, ANDREA T. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5340 | $107,253.00 | $107,253.00 | 73 |
| 90 JENCKES, GEORGE A., IV | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20300 | $24,719.00 | $17,098.83 | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 91  JOHNSON, BRIAN A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15102 | $225,000.00 | $225,000.00 | 207 |
| 92  JUDD, IAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6286 | $25,870.00 | $25,870.00 | 133 |
| 93  KELLARD, CRAIG J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12821 | $2,227.00 | $2,227.00 | 73 |
| 94  KENNEY, JUDITH A | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13929 | $790,327.00 | $790,327.00 | 73 |
| 95  KETTLER, R. KYLE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13888 | $350,000.00 | $350,000.00 | 130 |
| 96  KILGALLON,JOHNINE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25172 | $450,000.00 | $450,000.00 | 207 |
| 97  KING, HARRIET CHAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34546 | $6,081.00 * | $6,081.00* | 313 |
| 98  KOTIAN, SURAJ | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23582 | $3,196.64 | $3,196.64 | 207 |
| 99  KRIEGER, KAREN M. SIMON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18087 | $225,396.55 | $164,319.52 | 185, 329 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|-----------|---------|------------------------------|----------------------------|----------------------|
| 100 LANGEVIN, MARY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24675 | $52,415.00 | $52,415.00 | 73 |
| 101 LANKEN, JONATHAN P | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32239 | Undetermined | Undetermined | 207 |
| 102 LATIFA, DEBBARH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25874 | $38,115.00 | $38,115.00 | 133 |
| 103 LAWRENCE, HENRY MORGAN III | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 03/17/2009 | 3374 | $2,843,547.67 | $2,626,707.24 | 118 |
| 104 LAWRENCE, NICOLE S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 03/17/2009 | 3373 | $354,008.53 | $331,620.57 | 130 |
| 105 LAWSKY, MICHAEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24670 | $94,482.00 | $94,482.00 | 207 |
| 106 LEE, MAN YANG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/13/2009 | 5262 | Undetermined | Undetermined | 207 |
| 107 LEGOTTE, LEONARD J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31267 | $75,454.89 | $75,454.89 | 207 |
| 108 LENG, MANHUA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27230 | $520,584.00 | $520,584.00 | 130 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 109 LEUNG, PAMELA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6741 | $10,000.00 | $10,000.00 | 207 |
| 110 LEV ARI, TAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 12/07/2009 | 65858 | $178,077.26 | $178,077.26 | 319 |
| 111 LEVILEV, YERUCHIM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33565 | $10,430.42 | $10,430.42 | 347 |
| 112 LEVINE, RICHARD S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31657 | $10,950.00 * | Undetermined* | 185 |
| 113 LEVY, STEWART F. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14342 | $288,662.33 | $288,662.33 | 130 |
| 114 LEWIS, SARAH J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8812 | $403,077.00 | $372,627.00 | 313 |
| 115 LIOTTI, FABIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15120 | $3,519,222.00 | $2,548,421.52 | 176 |
| 116 LISTER, JAMES G. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17624 | $5,332,393.02 | $5,140,116.94 | 185 |
| 117 LOWE, TIA GELAINE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28287 | $39,182.00 | $39,182.00 | 207 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 118 LUKEN, PATRICIA M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 22763 | $216,744.00 | $216,744.00 | 313 |
| 119 LYNCH, MARY A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24409 | Undetermined | Undetermined | 118 |
| 120 MALCOLM, ANDREW | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30704 | Undetermined | Undetermined | 207 |
| 121 MARNEY, LESLEY N | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11107 | $21,315.00 | $21,315.00 | 207 |
| 122 MARSHALL, NIKKI A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23723 | $160,483.71 | $160,483.71 | 131 |
| 123 MCCARTHY, LAWRENCE E | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 03/15/2010 | 66392 | $4,500,083.35 | $4,500,083.35 | 319 |
| 124 MCCOOEY, KEVIN C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10370 | $378,851.13 | $378,851.13 | 176 |
| 125 MCCULLY, MICHAEL K. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 12/15/2009 | 65949 | $837,036.00 | $837,036.00 | 313 |
| 126 MCGEE, HUGH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31081 | Undetermined | Undetermined | 313 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 127 MCLAUGHLIN, MARY D | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11434 | $24,696.00 | $24,696.00 | 207 |
| 128 MEARS, RUSSELL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11108 | $5,993.13 | $5,993.13 | 134 |
| 129 MENZIES, FIONA M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/19/2009 | 8707 | $62,904.00 | $62,904.00 | 131 |
| 130 MISCHLER, VINCENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32557 | $704,789.18 | $704,789.18 | 130 |
| 131 MODASIA,DIPAK | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24585 | Undetermined | Undetermined | 207 |
| 132 MONAHAN, BRIAN W. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20775 | $1,653,621.00 | $1,653,621.00 | 118 |
| 133 MONTALVO, MIRIAM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30680 | Undetermined | Undetermined | 207 |
| 134 MUINOS, BARBARA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11043 | $41,105.00 | $41,105.00 | 73 |
| 135 MURPHY, PATRICIA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17261 | $24,385.00 | $24,385.00 | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 136 NACKENSON, RICHARD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13968 | $6,473,275.00 | $6,473,275.00 | 118 |
| 137 NEDEV, BORIS | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22803 | $194,817.00 | $194,817.00 | 131 |
| 138 NETZEL,GAVIN R | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12806 | $11,010.00 | $11,010.00 | 73 |
| 139 NEVILLE, IAN A | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31678 | $6,423.89 | $3,378.89 | 313 |
| 140 NOBLE, RICHARD GRANT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14197 | $1,559,900.00 | $1,559,900.00 | 73 |
| 141 NORTH-CLAUSS, BRYAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20305 | $104,495.42 | $104,495.42 | 207 |
| 142 O'MARA, MICHAEL J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17872 | $308,382.00 | $308,382.00 | 130 |
| 143 O'SULLIVAN, THOMAS J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27300 | $650,000.00 * | Undetermined* | 185 |
| 144 OLIVIER, HELMUT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14855 | $1,244,228.16 | $1,244,228.16 | 313 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 145 PARR, ANKE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16039 | Undetermined | Undetermined | 118 |
| 146 PARR, ANKE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/17/2012 | 68074 | $8,403,856.00 | $8,403,856.00 | 314 |
| 147 PATANKAR, SAMEER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23578 | $3,196.64 | $3,196.64 | 207 |
| 148 PATTERSON, MARTIN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16289 | $435,321.00 | $414,006.00 | 313 |
| 149 PENTON, ANDREA M | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12044 | $4,533.00 | $4,533.00 | 73 |
| 150 PETRUCELLI, MICHAEL J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5770 | $2,452,214.56 | $2,323,193.05 | 313 |
| 151 POCHINAPEDDI, VENKATA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31219 | $35,527.00 | $35,527.00 | 207 |
| 152 POPE, SAMANTHA J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/26/2009 | 9428 | $30,334.00 | $30,334.00 | 73 |
| 153 PORTER, BARRY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12975 | $360,248.00 | $360,248.00 | 130 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 154 PRIMIANO, VINCENT A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31795 | $4,856,359.00 * | $4,856,359.00* | 118 |
| 155 PRIMIANO, VINCENT A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/19/2012 | 68079 | $4,830,605.00 | $4,830,605.00 | 314 |
| 156 PULJIC, GORAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28316 | $3,800,778.00 | $3,800,778.00 | 207 |
| 157 RADICK, JONATHAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11300 | Undetermined | Undetermined | 207 |
| 158 RAMALLO, HENRY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17607 | $8,654,989.94 | $8,654,989.94 | 118 |
| 159 REINER, BRETT S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/19/2009 | 19584 | $1,918,035.00 | $1,918,035.00 | 118 |
| 160 REYCROFT, EMILY M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 10489 | $1,002.00 * | $1,002.00* | 207 |
| 161 REYNOLDS, CHRISTIAN F. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28442 | $1,044,547.00 | $1,044,547.00 | 118 |
| 162 RIVKIN, JACK L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 03/08/2010 | 66375 | $6,815,723.30 | $6,815,723.30 | 319 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 163 RONCAGLIOLO, JACQUELINE S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/14/2009 | 5326 | Undetermined | Undetermined | 207 |
| 164 SAKS, ROGER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19077 | $3,736,268.27 | $3,409,091.54 | 176 |
| 165 SANTODOMINGO MARTELL, ALVARO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19947 | $178,031.00 * | $156,716.00* | 313 |
| 166 SARKAR, AMIT K | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34872 | $3,076,963.23 | $3,076,963.23 | 176 |
| 167 SARODE, SUNIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23577 | $3,196.64 | $3,196.64 | 207 |
| 168 SARONNE, GIANCARLO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15754 | $12,883,007.00 | $12,883,007.00 | 118 |
| 169 SARONNE, GIANCARLO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/19/2012 | 68080 | $10,871,611.00 | $10,871,611.00 | 314 |
| 170 SAVILLO, JOSEPHINE M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/21/2009 | 8951 | Undetermined | Undetermined | 207 |
| 171 SCHUSTER, CHRISTIANE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11369 | $1,662,921.00 | $1,662,921.00 | 135 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 172 SCHWAB, STEVEN B | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11540 | $455,210.00 | $425,146.00 | 207 |
| 173 SCHWARTZ, MARVIN C | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20244 | $10,950.00 * | $10,950.00* | 118 |
| 174 SEBIRI, JONATHAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/18/2012 | 68077 | $4,890,579.00 | $4,890,579.00 | 314 |
| 175 SEWARD, BRIAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11590 | $115,492.70 | $85,042.70 | 313 |
| 176 SHAH, HARSH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14285 | $10,952,772.58 | $10,952,772.58 | 118 |
| 177 SHAH, HARSH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/16/2012 | 68072 | $10,952,772.58 | $10,952,772.58 | 314 |
| 178 SHAPIRO, ROSS B. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31374 | $85,752.31 * | Undetermined* | 313 |
| 179 SHINDE, SUDARSHAN SUBHASH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23580 | $3,196.64 | $3,196.64 | 207 |
| 180 SHOTTON, PAUL NIGEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21362 | $4,766,920.21 | $4,766,920.21 | 73 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 181 SHUM, DANIEL T. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14958 | $1,005,600.00 | $1,005,600.00 | 207 |
| 182 SIBIRSKI, LINDA J. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13458 | Undetermined | Undetermined | 207 |
| 183 SIEGEL, NORMAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65222 | $960,419.78 | $877,495.30 | 207 |
| 184 SINGH, ANIL KUMAR | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32064 | $60,000.00 * | $60,000.00* | 207 |
| 185 SMITH, MARGARET E | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11054 | $111,939.00 | $81,489.00 | 313 |
| 186 SNELLING, STEPHEN J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/20/2009 | 8813 | $108,464.00 | $105,419.00 | 313 |
| 187 SOMMA, GREGG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24373 | $120,563.00 | $120,563.00 | 73 |
| 188 SPERO, CHARLES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23799 | Undetermined | Undetermined | 207 |
| 189 SPERO, CHARLES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/18/2012 | 68075 | $11,637,879.00 | $11,637,879.00 | 314 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|-----------|---------|------------------------------|----------------------------|----------------------|
| 190 STEFFENS, EDWARD M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31665 | $59,480.00 | $59,480.00 | 207 |
| 191 STEVENS, CHRISTIAN E. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25431 | $132,944.81 | $132,944.81 | 207 |
| 192 STIEFEL, STEPHANIE J | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21711 | $3,097,980.60 | $3,097,980.60 | 118 |
| 193 SULLIVAN, ANDREA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13087 | $204,389.02 | $204,389.02 | 73 |
| 194 SURI, TARVINDER SINGH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23576 | $3,196.63 | $3,196.63 | 207 |
| 195 SWEELY, GORDON G. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33156 | Undetermined | Undetermined | 207 |
| 196 SWEELY, GORDON G. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 04/18/2012 | 68078 | $6,583,261.74 | $6,583,261.74 | 314 |
| 197 TESCHNER, STEFAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14852 | $171,684.72 | $171,684.72 | 131 |
| 198 TOAL, IAN G | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12811 | $7,117.00 | $7,117.00 | 73 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 199 TRAVERSA, ROBERT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9879 | $51,559.00 | $51,559.00 | 207 |
| 200 TUIL, LAURENT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32257 | $87,402.35 | $48,644.19 | 176 |
| 201 TURNBULL, NIGINA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26063 | Undetermined | Undetermined | 207 |
| 202 VALECCE, JOHN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31902 | $240,597.39 | $240,597.39 | 207 |
| 203 VELEBA, MILAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8447 | $5,803.00 | $5,803.00 | 134 |
| 204 VOLINI, PIERLUIGI | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25900 | Undetermined | Undetermined | 313 |
| 205 WAIRKAR, DINESH VISHWANATH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23579 | $3,196.64 | $3,196.64 | 207 |
| 206 WALKER, MATTHEW | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12296 | $453,002.00 | $453,002.00 | 130 |
| 207 WANG,YULAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25072 | $43,041.00 | $43,041.00 | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|---|---|---|---|---|---|---|---|
| 208 WARD, PETER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9915 | $1,966,452.00 | $1,878,300.00 | 313 |
| 209 WATTEVILLE, JEAN DE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28313 | $311,342.27 | $311,342.27 | 130 |
| 210 WECKER, JEFFREY | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29718 | Undetermined | Undetermined | 313 |
| 211 WEINER, DAVID I. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18314 | $15,684,379.91 | $15,684,379.91 | 118 |
| 212 WEINREICH, RUTH | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13327 | Undetermined | Undetermined | 207 |
| 213 WELCH, COLIN S. A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13290 | $1,330,971.75 | $1,330,971.75 | 73 |
| 214 WHAMOND, CHRISTIAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 12/31/2009 | 66053 | $179,515.80 | $179,515.80 | 131 |
| 215 WIDEMAN, ANDREW | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22286 | $151,021.61 | $151,021.61 | 207 |
| 216 WILKINSON,TIMOTHY B | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34829 | $1,543,425.91 | $1,543,425.91 | 313 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**

**EXHIBIT 1 - REMAINING RSU CLAIMS TO BE RECLASSIFIED**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE RECLASSIFIED | OMNIBUS OBJECTION(S) |
|------|-------------|-------------|------------|---------|------------------------------|----------------------------|----------------------|
| 217 WILSON, KELLY WEINBERGER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25129 | $20,000.00 | $20,000.00 | 207 |
| 218 WILSON, ROBERT W. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9968 | $64,655.35 | $64,655.35 | 131 |
| 219 WINCHESTER, JUDITH A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19298 | Undetermined | Undetermined | 207 |
| 220 WREN, ALEX H | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/24/2009 | 6130 | Undetermined | Undetermined | 207 |

* - Indicates claim contains unliquidated and/or undetermined amounts