**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**SIXTH SUPPLEMENTAL ORDER GRANTING ONE
HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon consideration of the one hundred seventeenth omnibus objection to claims, dated March 25, 2011 (the "One Hundred Seventeenth Omnibus Objection to Claims"), of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, in accordance with section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of claim numbers 7258, 10365, 14399, 14400 & 460 (collectively, the "Claims"), among other claims, on the basis that LBHI has no liability for the Claims, all as more fully described in the One Hundred Seventeenth Omnibus Objection to Claims; and upon consideration of the response of Vito Santoro [ECF No. 17042], the Reply to Responses to Objections to Claim Numbers 4618 and 32308 [ECF No. 46789] , and the arguments at the hearing held on November 7, 2014 (the "Hearing"); and due and proper notice of the One Hundred Seventeenth Omnibus Objection to Claims, the Reply and the Hearing having been provided, and it appearing that no other or further notice need be provided; for the reasons stated by the Court at the Hearing, it is

**ORDERED** that the relief requested in the One Hundred Seventeenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that the claim number 32308 is disallowed and expunged in its entirety with prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 7, 2014
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

2

F:\OMNI 117 - FIFTH SUPPLEMENTAL ORDER.DOC