UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

In re:                                                             :     **Chapter 11**

**LEHMAN BROTHERS HOLDINGS INC., et al.**                          :     **Case No. 08-13555 (SCC)**

                                                                   :     **(Jointly Administered)**

Debtors.                                                           :

------------------------------------------------------------------ X

### ORDER REGARDING CLAIMS NUMBER 37355 AND NUMBER 37356

In connection with the Claims Nos. 37356 and 37355 (the "Claims") filed by the Washington State Tobacco Settlement Authority, the Court held a three-day Claims Hearing (the "Claims Hearing"); and after hearing the evidence and argument presented at the Claims Hearing, it is hereby

ORDERED that the Washington State Tobacco Settlement Authority and Debtors shall engage in mediation within 45 days of the date of this Order, with a professional mediator jointly selected by the Parties (the "Mediation");

ORDERED that a person possessing ultimate authority to reconcile, settle, or otherwise resolve the Claims on behalf of the Debtors and Washington TSA shall attend the Mediation;

ORDERED that the Debtors and Washington TSA shall each bear its own costs in participating in the Mediation;

ORDERED that the Debtors shall bear the costs of the Mediator's fees;

ORDERED that the confidentiality provisions of the *Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors Under Derivatives*, dated September 17, 2009, are incorporated herein;

ORDERED that nothing in this Order shall preclude the parties from engaging in direct settlement discussions relating to the Claims;

ORDERED that the Claims Hearing process shall continue as directed by the Court notwithstanding the Mediation;

ORDERED that Washington TSA and the Debtors shall appear before the Court at the omnibus hearing scheduled in the above-captioned chapter 11 cases on January 15, 2015 at 10:00 a.m., or as soon thereafter as counsel may be heard, for a status conference regarding the Mediation;

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order and the Claims.

Dated:  New York, New York
        November 7, 2014

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge

- 2 -