**Transfer and Assignment Agreement**   (the "**Agreement**")

between

(1)    **EFG BANK AG,** (the "**Assignor**"); Bahnhofstrasse 16 PO Box 2255
        8022 Zurich Switzerland

(the "**Assignor**" or "**Transferor**")

and

(2)    **Gonet et Cie Genève, 6 Bd du théâtre, CP 5009, 1211 Genève 11, Switzerland**

(the "**Assignee**" or "**Transferee**").

1.    The Assignor des hereby unconditionally and irrevocably transfer and assign
      ("**Assignment**") unto the Assignee, his successors and assigns, all rights and
      obligations, title and interest in the principal amount of [] in respect of structured
      security having ISIN number XS03238923379 and blocking number [CA69221]
      Case No. 08-13555 (JMP), in Claim No. 0000055837 (the "**Claim**") of EFG
      Bank AG. The Assignee accepts such transfer and agrees to assume all
      obligations and to receive all rights of the Assignor title and interest in the
      principal amount of Nominal EUR 150'000 in respect of structured security
      having ISIN number XS03238923379 and blocking number [CA69221] Case No.
      08-13555 (JMP), in Claim No 0000055837 (the "Claim") of EFG Bank AG.

2.    The Assignor hereby waives any objection to the Assignment of the Claim to the
      Assignee on the books and records of Lehman Brothers Holdings, Inc. ("the
      **Debtor**") and the United States Bankruptcy Court for the Southern District of
      New York ("**Bankruptcy Court**"), and hereby waives to the fullest extent
      permitted by law any notice or right to a hearing as may be imposed by Rule
      3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code,
      applicable local bankruptcy rules or applicable law.    The Assignor
      acknowledges and understands, and hereby stipulates that an order of the
      Bankruptcy Court may be entered without further notice to the Assignor
      transferring and assigning to the Assignee the Claim and recognizing the
      Assignee as the sole owner and holder of the Claim.

3.    The Bankruptcy Court can be directed to make all future payments and
      distributions, and to give all notices and other communications, in respect of the

- 1 -

Claim to the Assignee.

4.  The Assignee shall file an evidence of Transfer of Claim in form and substance as attached to this Agreement as Annex 1 to the Bankruptcy Court by himself.

5.  The Assignee hereby irrevocably and unconditionally agrees, undertakes and covenants with the Assignor to release and discharge the Assignor from all claims, demands, liabilities and obligations whatsoever (whether past, present or future) absolutely in connection with the assignment stated herein (including but not limited to the complete or partial failure of this assignment) and the Assignee hereby irrevocably and unconditionally waives any claim that he has or may have against the Assignor absolutely in connection therewith.

6.  The Assignee hereby agrees to fully indemnify and keep the Assignor and their successors and assigns fully indemnified from and against all claims, demands, liabilities and obligations whatsoever (whether past, present or future) which the Assignor may incur or sustain in connection with the assignment stated herein (including but not limited to the complete or partial failure of this assignment).

7.  This Agreement shall be governed by and construed in all respects in accordance with the laws of Switzerland (i.e. with the exception of Swiss conflict of laws rules). Any conflict arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the courts of Zurich, Switzerland.

Place, Date: Geneva, 12 July 2012

**EFG Bank AG**

X. Dejean
Vice President
_____
[Xavier Dejean]

Karen Amatte
First Vice President
_____
[Karen Amatte]

Place, Date: Geneva, July 12, 2012

**The Assignee**

GONET & Cie
Boulevard du Théatre 6
Case postale 5009
1211 Genève 11

[client name]

**Annex 1**

- 2 -

Nicole LEPRAT
Membre de la direction

Ph. Baudois
Fondé de pouvoir

TO:   United States Bankruptcy Court for the
      Southern District of New York ("**Bankruptcy Court**")

RE:     Lehman Brothers Holdings, Inc. ("**Debtor**")
        Case No. 08-13555 (JMP)

EFG BANK AG ("**Transferor**"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged, does hereby unconditionally and
irrevocably transfer and assign unto:

**Gonet et Cie Genève, 6 Bd du théâtre, CP 5009, 1211 Genève 11, Switzerland**

 its successors and assigns ("Transferee"), all right, title and interest in the principal
amount of Nominal 150'000 EUR in respect of structured security having ISIN number
[XS03238923379] and blocking number [CA69221] Case No. 08-13555 (JMP) in Claim
No 0000055837 (the "**Claim**").

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest
extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of
the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local
bankruptcy rules or applicable law.   Transferor acknowledges and understands, and hereby
stipulates that an order of the Bankruptcy Court may be entered without further notice to
Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole
owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all
notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of
Claim by its duly authorized representative dated on 12th July 2012.

**EFG BANK AG**

By:_____
    X. Dejean
    Vice President

Xavier Dejean:

By:_____
    Karen Amatte
    First Vice President

Karen Amatte:

- 4 -