UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x Ref. Docket No. 43481, 46110,
46615, 46617-46620, 46622, 46630,
46632, 46645, 46647-46649, 46693,
46695-46698

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
10th day of November, 2014

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

08-13555-mg   Doc 46873   Filed 11/10/14   Entered 11/10/14 20:32:49   Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC)
| (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP GLOBAL MARKETS INC.                    CITIGROUP GLOBAL MARKETS INC.
     TRANSFEROR: TURNPIKE LIMITED                     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON
     ATTN: TAYLOR LEAHY                               ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FLOOR                  1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                                NEW YORK NY 10019
```

Please note that your claim # 66962-91 in the above referenced case and in the amount of
        $2,636,160.76   allowed at $1,548,089.47         has been transferred **(unless previously expunged by court order)**

```
     CITIGROUP FINANCIAL PRODUCTS INC.                CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.        ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, 4TH FLOOR                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: TAYLOR LEAHY                               1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                                NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER  46693  in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/04/2014                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 4, 2014.

# EXHIBIT B

```
TIME: 09:25:36                              LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 11/04/14                                    CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDATION) C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ANTE JAKIC
                                                  ONE BRYANT PARK 3RD FLOOR NEW YORK NY 10036
BROAD MARKET XL HOLDINGS LTD (IN                  ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR BUILDING 3 CAYMAN FINANCIAL CENTRE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS
  OFFICIAL LIQUIDATION)
CITI FINANCIAL PRODUCTS INC.                      ATTN: DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITI FINANCIAL PRODUCTS INC.                      TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. 390 GREENWICH STREET, 4TH FLOOR ATTN: TAYLOR LEAHY NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 ATTN: DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. 390 GREENWICH STREET, 4TH FLOOR ATTN: TAYLOR LEAHY NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                     C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: TURNPIKE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J. D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HCN LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: HLTS FUND II LP C/O GOLDMAN, SACHS & CO. ATTN: J. D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     ERIC RUIZ DAVIS PLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P.
                                                  ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P.
                                                  2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL FUND, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: HELLENIC BANK PUBLIC COMPANY LTD - CLIENTS C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                                  2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: HELLENIC BANK PUBLIC COMPANY LTD - CLIENTS C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
  FUND, L.P.                                      2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
  FUND, L.P.                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER              ERIC RUIZ DAVIS POL & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER              ERIC RUIZ DAVIS POLK & WARDWLL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER              ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
  FUND, LP                                        GREENWICH CT 06830

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 09:25:36                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  2
DATE: 11/04/14                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER PONT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O YORK CAPITAL MANAGEMENT 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    41

EPIQ BANKRUPTCY SOLUTIONS, LLC