UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                             :
:
------------------------------------------------------------x    Ref. Docket No. 46538

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of November, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 46538_Aff 11-4-14.doc

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

```
Transferor:   RYF, BERNHARD
              JUNGFRAUWEG 18
              MUENSINGEN CH-3110 SWITZERLAND


Additional:   RYF, BERNHARD
              UPM SCHNEIDER BERTHOLD
              RAINWEG 19
              UTZIGEN CH-3068 SWITZERLAND




Transferee:   UBS AG
              ATTN: MR. HUGO KOLLER
              BAHNHOFSTRASSE 45
              ZURICH 8001 SWITZERLAND
```

**Your transfer** of claim #  57275  is defective for the reason(s) checked below:

Other                                         Confirm Transfer Amt-Transfer Ntc is in CHF-Claim is in USD


Docket Number 46538              Date 10/20/14


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 4, 2014.

# EXHIBIT B

```
TIME: 09:26:11                                           LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 11/04/14                                                 CREDITOR LISTING

Name                       Address
RYF, BERNHARD              JUNGFRAUWEG 18 MUENSINGEN  CH-3110 SWITZERLAND
RYF, BERNHARD              UPM SCHNEIDER BERTHOLD RAINWEG 19 UTZIGEN  CH-3068 SWITZERLAND
UBS AG                     ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND


Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC