UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (SCC)
                                                     : (Jointly Administered)
                   Debtors.                          :
                                                     :
---------------------------------------------------------------------x  Ref. Docket No. 46702-46704, 46706,
                                                        46712, 46714, 46716-46723

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                      /s/ *Lauren Rodriguez*
                                                                                       Lauren Rodriguez

Sworn to before me this
10th day of November, 2014

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   ROYAL BANK OF SCOTLAND, PLC, THE              ROYAL BANK OF SCOTLAND, PLC, THE
          TRANSFEROR: ARAB BANKING CORPORATION (B.S.C)  DAVID HOYT
          ATTN: FRANCESCA SENA                          ANDREWS KURTH LLP
          600 WASHINGTON BLVD                           450 LEXINGTON AVENUE
          STAMFORD CT 06901                             NEW YORK NY 10017
```

Please note that your claim # 14209 in the above referenced case and in the amount of $6,452,357.58 allowed at $4,297,585.00     has been transferred **(unless previously expunged by court order)**

```
          VARDE INVESTMENTS PARTNERS, L.P.
          TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE
          8500 NORMANDALE LAKE BLVD, SUITE 1500
          MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46702    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 5, 2014.

# EXHIBIT B

```
TIME: 12:20:50                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 11/05/14                                              CREDITOR LISTING

Name                                        Address
ROYAL BANK OF SCOTLAND, PLC, THE            DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
ROYAL BANK OF SCOTLAND, PLC, THE            ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
ROYAL BANK OF SCOTLAND, PLC, THE            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
ROYAL BANK OF SCOTLAND, PLC, THE            IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND, PLC, THE            MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: ARAB BANKING CORPORATION (B.S.C) ATTN: FRANCESCA SENA 600 WASHINGTON BLVD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: ARAB BANKING CORPORATION (B.S.C) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: FINANTIA SECURITIES LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD
                                            STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: IBERDROLA GENERACION, S.A.U. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: IBERDROLA GENERACION, S.A.U. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: ICP PENDULUM FUND I, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: MERCURIA ENERGY TRADING PTE LTD ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: VANGUARD SHORT-TERM INVESTMENT-GRADE PORTFOLIO, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: VANGUARD U.S. FUTURES FUND, A SUB-FUND OF ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
VARDE INVESTMENT PARTNERS, L.P.             TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LADE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.             TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55347
VARDE INVESTMENT PARTNERS, L.P.             TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENTS PARTNERS, L.P.            TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    20
```