UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------------x   Ref. Docket No. 46553, 46554,
46597, 46599, 46655, 46657, 46660,
46713, 46715, 46724-46739, 46741

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 6, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*_____
                                                     Lauren Rodriguez

Sworn to before me this
10th day of November, 2014
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   ALTUNED HOLDINGS LLC                                    ALTUNED HOLDINGS LLC
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH            DAVID J. KARP & STEPHANIE BLATTMACHR
      C/O CHAPMAN AND CUTLER LLP                             SCHULTE ROTH & ZABEL LLP
      1270 AVENUE OF THE AMERICAS, 30TH FLOOR                919 THIRD AVE.
      NEW YORK NY 10020-1708                                 NEW YORK NY 10022

Please note that your claim # 58182 in the above referenced case and in the amount of
     $275,911,315.37  allowed at $226,038,604.00        has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: ALTUNED HOLDINGS LLC
        ATTN: RICH VICHAIDITH
        60 WALL ST., 3RD FLOOR
        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46660       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/06/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 6, 2014.

**EXHIBIT B**

TIME: 16:31:17
DATE: 11/06/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | DAVID J. KARP & STEPHANIE BLATTMACHER SCHULTE ROTH & ZABEL LLP 919 THIRD AVE. NEW YORK NY 10022 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| BARCLAYS BANK PLC | TRANSFEROR: CRESCENT 1, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CRS MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CRESCENT 1 LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ALTUNED HOLDINGS LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIRE AND POLICE MEMBERS' BENEFIT FUND ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| FIRE AND POLICE MEMBERS' BENEFIT FUND | 5290 DTC PARKWAY, SUITE 100 GREENWOOD VILLAGE CO 80111 |
| FIRE AND POLICE MEMBERS' BENEFIT FUND | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GRF MASTER FUND III, L.P. ATTN: J. MICHELLE LATZONI 130 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| ROYAL BANK OF SCOTLAND, PLC, THE | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: BROOKDALE SENIOR LIVING ATTN: MATHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD BALANCED INDEX FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD FIDUCIARY INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD FIDUCIARY TRUST CO INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD FIDUCIARY TRUST CO SHORT-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. AS TRUSTEE OF THE BASF CORP. EMPLOYEE SAVINGS PLAN (A/K/A VANGUARD HIGH QUALITY BOND PORTFOLIO) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. AS TRUSTEE OF THE BASF CORP. EMPLOYEE SAVINGS PLAN (A/K/A VANGUARD HIGH QUALITY BOND PORTFOLIO) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. INTERMEDIATE-TERM BOND TRUST ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD INTERMEDIATE-TERM INVESTMENT-GRADE FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VANGUARD SHORT-TERM INVESTMENT GRADE FUND, ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL INSTITUTIONAL PARTNERS, L.P. ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    33

EPIQ BANKRUPTCY SOLUTIONS, LLC