**BNP PARIBAS**
**WEALTH MANAGEMENT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administrated) |

------------------------------------------------------------- x

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 35899

Reference is made to proof of claim number 35899 (the "**Claim**") against Lehman Brothers Holding Inc. ("**LBHI**") held by BNP PARIBAS (SUISSE) SA ("**BNP**").

Please take notice that, that BNP hereby withdraws the portion of the Claim identified in Exhibit A attached hereto ("Withdrawn Portion") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, BNP does not seek to withdrawn any part of the Claim other than the Withdrawn Portion.

Dated: November 12, 2014

Geneva, Switzerland

Sandra Clementz                                   Paul Quintas Guisolan

                                                  Corp. Act. Manages

Head of Securities
Administration

## EXHIBIT A

| Description of Security | ISIN | Issuer | Principal Amount Withdrawn * | Court Claim # |
|---|---|---|---|---|
| Lehman Brothers Cherry Picker Notes 2005-30.6.10 On a Basket | XS0223700658 | Lehman Brothers Treasury Bv | EUR 20'000 | 35899 |

*No portion of the Claim, whether relating to ISIN XS0223700658 or otherwise, is being withdrawn in excess of the principal amount in this column.