WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS**
**ON THE ONE HUNDRED SEVENTY-THIRD OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)**

**PLEASE TAKE NOTICE** that a hearing to consider the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399], *solely* as to the claims listed on Exhibit A, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on **December 10, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  November 12, 2014
        New York, New York

 */s/ Garrett A. Fail*
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

# Exhibit A

| Claim Number | Claimant | Response ECF No. |
|---|---|---|
| 11327, 11328, 11329 | Donald C. Dybeck | 20171 |
| 8257 | Donald N. Fritts | 20464 |
| 28717 | Edmund Finder | 20150, 20389 |
| 13286 | Edwin Mc Guinn Jr. | 20417 |
| 32259 | John A. Whalen | 20173 |
| 15223 | Michael Collins | 20378 |
| 11388 | Robert C. Mountford | 20471 |
| 7716 | Robert D. Morrison | 20179 |
| 22939 | Robert Forfia | 20181 |
| 5570 | William A. Wagner | 20438 |
| 6147 | William C. Smith | 20428 |