**EXHIBIT F-1**

| | |
|---|---|
| **From:** | Gambone, Kenneth G <kgambone@lehman.com> |
| **Sent:** | Wednesday, August 15, 2007 11:38 PM |
| **To:** | Shlionsky, Gregory <gshlions@lehman.com> |
| **Subject:** | Re: Giants' Stadium and other auctions seeking bank liquidity |

Will do. I have had a number of follow up calls with them today. Their head guy has been on vacation withoiut email access and has been call ing to go over verbally. Cautiously optimistic.

--------------------------------

----- Original Message -----
From: Shlionsky, Gregory
To: Gambone, Kenneth G; Whang, Michael
Cc: Killian, Gary M
Sent: Wed Aug 15 23:12:20 2007
Subject: Re: Giants' Stadium and other auctions seeking bank liquidity

Thanks a lot Ken. **Redacted for Responsiveness**

--------------------------------

----- Original Message -----
From: Gambone, Kenneth G
To: Shlionsky, Gregory; Whang, Michael
Cc: Killian, Gary M
Sent: Wed Aug 15 21:28:52 2007
Subject: Giants' Stadium and other auctions seeking bank liquidity

Just a quick update on some of the banks I contacted over the past few days to discuss providing liquidity to an auction backed trust and Giants' Stadium auction liquidity in the primary market or in a trust. I followed up with almost all of them again today and noted some of the results below.

Banks:

**Redacted**

CONFIDENTIAL                                                                                                              LBSF00176679

**Redacted**

At this point I believe the best interest has come back from the following banks:
Dexia: only the FSA portion of Giants

**Redacted**

The overall feeling I am getting is that almost all these banks are nervous around the current markets and some of the foreign banks have new business on hold right now. **Redacted for Responsiveness**
**Redacted for Responsiveness**

Ken

Kenneth G. Gambone
Senior Vice President
Lehman Brothers Inc.
399 Park Avenue, 16th Floor
New York, NY 10022
Phone: 212-526-2093
Fax: 646-758-1905
Mobile: 917-701-4631
Email: kgambone@lehman.com