**EXHIBIT F-2**

| | |
|---|---|
| **From:** | Bhatia, Nidhi <nidhi.bhatia@lehman.com> |
| **Sent:** | Friday, November 30, 2007 3:33 AM (GMT) |
| **To:** | Batt, Jessica <jessica.batt@lehman.com>; Chan, Katie <yzhang@lehman.com>; Cho, John <john.cho@lehman.com>; Coleman, Peter E <pcoleman@lehman.com>; Connors, William F <bconnors@lehman.com>; Killian, Gary M <gkillian@lehman.com>; Kirshenbaum, Jeffrey <jeffrey.kirshenbaum@lehman.com>; Li, Joe <joli@lehman.com>; Murphy, Francis E <fmurphy@lehman.com>; Murthy, Vishnu <vishnu.murthy@lehman.com>; Rathgeber, Lisa <lisa.rathgeber@lehman.com>; Subramanian, Bala <bala.subramanian@lehman.com>; Zuckerman, Lauren <lzuckerm@lehman.com>; Chang, Yong <yong.chang@lehman.com>; McGinley, James(FID) <james.mcginley@lehman.com>; Whang, Michael <mwhang@lehman.com> |
| **Subject:** | Municipals Report 11/28 |
| **Attach:** | 1128Muncipals.xls |

Attached please find the Municipals Cash desk report as of 11/28 containing data downloaded from Lehman Risk.

Please let me know if you have any questions.


<<1128Muncipals.xls>>

Regards,
Nidhi Bhatia

Market Risk Management
Lehman Brothers
745 Seventh Avenue
New York, NY 10019
(212) 526-7604

CONFIDENTIAL

# Redacted for Responsiveness

LBSF00065140

CONFIDENTIAL

LBSF00065141

# Redacted for Responsiveness

CONFIDENTIAL

LBSF00065142

**Redacted**

CONFIDENTIAL

LBSF00065143

# Redacted

CONFIDENTIAL

LBSF00065144

**Redacted**

LBSF00065145

**Redacted**

CONFIDENTIAL

LBSF00065146

**Redacted**

CONFIDENTIAL

LBSF00065147

**Redacted**

CONFIDENTIAL

LBSF00065148

**Redacted**

CONFIDENTIAL

LBSF00065149

Redacted

CONFIDENTIAL

LBSF00065150

**Redacted**

CONFIDENTIAL

LBSF00065151

Redacted

CONFIDENTIAL

LBSF00065152

**Redacted**

CONFIDENTIAL

LBSF00065153

# Redacted

CONFIDENTIAL

LBSF00065154

**Redacted**

CONFIDENTIAL

LBSF00065155

**Redacted**

CONFIDENTIAL

LBSF00065156

**Redacted**

CONFIDENTIAL

LBSF00065157

**Redacted**

CONFIDENTIAL

LBSF00065158

Redacted

CONFIDENTIAL

LBSF00065159

Redacted

CONFIDENTIAL

LBSF00065160

**Redacted**

CONFIDENTIAL

LBSF00065161

**Redacted**

CONFIDENTIAL

LBSF00065162

**Redacted**

CONFIDENTIAL

LBSF00065163

Redacted

CONFIDENTIAL

LBSF00065164

**Redacted**

CONFIDENTIAL

LBSF00065165

**Redacted**

CONFIDENTIAL

LBSF00065166

**Redacted**

CONFIDENTIAL

LBSF00065167

Redacted

CONFIDENTIAL

LBSF00065168

**Redacted**

CONFIDENTIAL

LBSF00065169

Redacted

CONFIDENTIAL

LBSF00065170

**Redacted**

CONFIDENTIAL

LBSF00065171

Redacted

CONFIDENTIAL

LBSF00065172

CONFIDENTIAL

Redacted

LBSF00065173

**Redacted**

CONFIDENTIAL

LBSF00065174

**Redacted**

CONFIDENTIAL

LBSF00065175

**Redacted**

CONFIDENTIAL

LBSF00065176

Redacted

CONFIDENTIAL

LBSF00065177

**Redacted**

CONFIDENTIAL

LBSF00065178

**Redacted**

CONFIDENTIAL

Redacted

LBSF00065179

CONFIDENTIAL

LBSF00065180

Redacted

CONFIDENTIAL

LBSF00065181

**Redacted**

CONFIDENTIAL

LBSF00065182

Redacted

CONFIDENTIAL

LBSF00065183

# Redacted

CONFIDENTIAL