**EXHIBIT F-3**

| | |
|---|---|
| **From:** | Killian, Gary M <gkillian@lehman.com> |
| **Sent:** | Monday, January 14, 2008 12:51 PM (GMT) |
| **To:** | Kirk, Alex (FID) <akirk@lehman.com>; Felder, Eric <efelder@lehman.com> |
| **Subject:** | |
| **Attach:** | Muni Tax Ex Taxable SAVRS.xls;Book1.xls;Corporate Auctions.xls |

<<Muni Tax Ex Taxable SAVRS.xls>>  <<Book1.xls>>  <<Corporate Auctions.xls>>
We have 3 items

Listing of all muni issuers taxable and tax exempt, the credit, enhancer, max rate, underlying ratings, etc.

Breakdown of all Lehman lead auctions by product with highlighted taxable and tax exempt munis

Listing of Leh auction programs for IOUs and Coop utilities (assuming Chris W is there) all are tax exempt except Socal Edison

Gary M. Killian
LEHMAN BROTHERS
745 Seventh Avenue, 7th Floor
New York, NY 10019
Tel:  212-528-6027
Fax:  646-758-1809
E-mail:  gkillian@lehman.com

CONFIDENTIAL                                                                                                    LBSF00038185

**Lehman Brothers' Tax-Exempt Auction Portfolio with Corporate Obligors**
**Summary of Outstanding Auction Programs by Corporate Obligor**
**As of January 11, 2008**

| Corporate Obligor | Parent Company | Lehman as Lead Broker-Dealer | Lehman as Co Broker-Dealer | Total |
|---|---|---|---|---|

# Redacted

CONFIDENTIAL  LBSF00038188

Lehman Brothers' Tax-Exempt Auction Portfolio with Corporate Obligors
(As Lead Broker-Dealer)
As of January 11, 2008

| Obligor | Parent Company | Issuer | Series | State | Par Size | CUSIP | Tax Status | Reset | Next Auction | Day of Auction | Bond Ratings | Insurer | Auction Lead | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Redacted

CONFIDENTIAL

LBSF00038189

**Lehman Brothers' Tax-Exempt Auction Portfolio with Corporate Obligors**
(As Co Broker-Dealer)
As of January 11, 2008

| Obligor | Parent Company | Issuer | Series | State | Par Size | CUSIP | Tax Status | Reset | Next Auction | Day of Auction | Bond Ratings | Insurer | Auction Lead | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Redacted

CONFIDENTIAL               LBSF00038190