**EXHIBIT F-4**

| | |
|---|---|
| **From:** | Killian, Gary M <gkillian@lehman.com> |
| **Sent:** | Friday, February 29, 2008 11:43 AM |
| **To:** | Chan, Katie <yzhang@lehman.com> |
| **Subject:** | RE: Q1 Bal Sht Forecast |

I think the BS numbers still seem pretty reasonable

> _____
> From: Chan, Katie
> Sent: Thursday, February 28, 2008 1:43 PM
> To: Killian, Gary M
> Subject: RE: Q1 Bal Sht Forecast
>
> Gary,  Please review this projection and confirm if it's reasonable.
> We have had daily call with Frank and Treasury to review the short
> term B/S and it seems our projection of [Redacted] still looks reasonable.
> Not much change around other businesses.
>
> We have worked with all areas regarding pricing variances and
> potential markdowns. Jim has done most of his positions, we are still
> pending the Giants markdown and more [Redacted] markdowns in [Redacted].
> However the new CP trust new business should offset these and so the
> net result should be relatively flat.
>
> Katie
>
>  << File: MUNI BAL SHT (02-29-08) Projection 9.xls >>
>
> _____
> From: Kirshenbaum, Jeffrey
> Sent: Wednesday, February 27, 2008 4:54 PM
> To: Killian, Gary M
> Cc: Coleman, Peter E; Shlionsky, Gregory; Chan, Katie
> Subject: Q1 Bal Sht Forecast
>
> Gary, I just wanted to confirm that we can keep the existing balance
> sheet forecast at [Redacted] (including SAVRS).  Based on where we look
> for balance sheet right now as well as where Frank's inventory is
> estimated to be, this seems like a reasonable forecast.  Please
> confirm so I can submit to FID management.  Thanks.
>
> Jeffrey K. Kirshenbaum, CPA
> LEHMAN BROTHERS

CONFIDENTIAL                                                                                                              LBSF00025111

> 1301 Avenue of the Americas - 12 fl.
> New York, NY 10019
> 212-320-2841|212-419-2134 (F)
>

CONFIDENTIAL

LBSF00025112