**EXHIBIT F-5**

| | |
|---|---|
| **From:** | Fanter, Edward <Edward.Fanter@lehman.com> |
| **Sent:** | Friday, June 20, 2008 6:29 PM |
| **To:** | Howard, Stephen E. <showard@lehman.com> |
| **Subject:** | Re: Giants |

Do not remember what agreement was, **Redacted**

-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Howard, Stephen E.
To: Fanter, Edward
Sent: Fri Jun 20 19:27:38 2008
Subject: Re: Giants

Yes alt rate for savrs. LB actaul rate payments on savrs good till certain level of fgic downgrade
-------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


----- Original Message -----
From: Fanter, Edward
To: Howard, Stephen E.
Sent: Fri Jun 20 19:08:26 2008
Subject: Re: Giants

alt rate for savrs? Swap covers monoline downgrade.


-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Howard, Stephen E.
To: Fanter, Edward
Sent: Fri Jun 20 18:24:37 2008
Subject: Giants

Why haven't the alternate rate triggers kicked in w all the fgic downgrades?
-------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

CONFIDENTIAL                                                                                                                      LBSF00029341