**EXHIBIT F-6**

| | |
|---|---|
| From: | Chan, Katie <yzhang@lehman.com> |
| Sent: | Monday, August 25, 2008 5:59 PM (GMT) |
| To: | Rizzieri, Jerry (NY) <jerry.rizzieri@lehman.com> |
| Subject: | Re: [Redacted for Responsiveness] |

Sure.

---

----- Original Message -----
From: Rizzieri, Jerry (NY)
To: Chan, Katie
Sent: Mon Aug 25 13:36:59 2008
Subject: Re: [Redacted for Responsiveness]

Do not add Giants [____] until I get sign off from Andy.

---

----- Original Message -----
From: Chan, Katie
To: Rizzieri, Jerry (NY)
Sent: Mon Aug 25 11:00:21 2008
Subject: [Redacted for Responsiveness]

Hi Jerry,

**Redacted for Responsiveness**

**Redacted for Responsiveness** Also I spoke with Anatoly we would put down -10mm for Giants in the Q3 estimate, as the terms of the restructuring are still being negotiated. Thanks.

Katie

CONFIDENTIAL                                                                                                          LBSF00513944