**EXHIBIT F-7**

| | |
|---|---|
| **From:** | Patterson, William B <william.patterson@lehman.com> |
| **Sent:** | Wednesday, July 15, 2009 5:52 PM (GMT) |
| **To:** | O'Meara, Chris M (NY) <comeara@lehman.com>; Ehrmann, Daniel <daniel.ehrmann@lehman.com>; Ferraro, Michael <michael.ferraro@lehman.com>; McKenna, Peter J <pmckenna@lehman.com> |
| **Cc:** | McMurray, Locke R <locke.mcmurray@lehman.com>; Konheim, Seth L <skonheim@lehman.com>; Cody, Stephen F <codystep@lehman.com>; Derivatives Finance <DerivativesFinance@lehman.com>; Vicini, Josh (CORP) <jovicini@lehman.com>; Kelly, Christopher <christopher.kelly@lehman.com>; Derivatives Management Information <derivMIS@lehman.com>; Weber, Andrew <anweber@internal.lehman.com>; Potts, Martin <mpotts@lehman.com> |
| **Subject:** | 7th Avenue List as of 7-15-2009 |
| **Attach:** | 2009-07-15 7th Avenue list.xls |

<<2009-07-15 7th Avenue list.xls>>

For the week ended 7/15/09:

There has been no new activity since our last report.

Status of pending final settlements:

**Redacted for Privilege**

**Redacted for Responsiveness**

Please let me know if you have any comments/questions.

Will

William B. Patterson
Derivatives Finance
Lehman Brothers Holdings Inc.
1271 Sixth Avenue, 40th Floor
New York, NY 10020
Tel: 646-333-9683 (internal 4-9683)

Email: William.Patterson@lehman.com

CONFIDENTIAL  LBSF00329347

**Redacted for Responsiveness**

LBSF00329348

CONFIDENTIAL

7 Avenue List
07/15/09

| CP/Master ID | Counterparty Name vs. LBSF | Series | 9/12/2008 Receivable | 9/12/2008 Payable | USD Net Termination Amount Amount payable by Lehman "-"; Amount payable by Counterparty "+" | Receivable per Valuation Statement (USD) | * Expected Recovery USD | Pre Oct 3rd cash collection USD | Post Oct 3rd cash collection USD | Total Cash USD | Team name | Team Assignment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Redacted for Responsiveness

CONFIDENTIAL

LBSF00329349

LBSF00329350

Redacted for Responsiveness

Redacted for Responsiveness

CONFIDENTIAL

| 073107GIAN | GIANTS STADIUM, LLC | 4 | 56,091,743 | 0 | Y | (254,631,977) | - | 13,628 | 13,628 | - | Municipals / Governments 13,628 | Jenkins, Courtney |

**Redacted for Responsiveness**

LBSF00329351

CONFIDENTIAL