UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Shafer Fund, L.L.C.                              Dexia Crediop S.p.A.
_____        _____
Name of Transferee                              Name of Transferor

100%                                             15801
_____         _____
Portion of Claim Transferred                    Proof of Claim Number

September 17, 2009
_____
Date Claim Filed

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Shafer Fund, L.L.C.
Address:      c/o Ropes & Gray LLP
              1211 Avenue of the Americas
              New York, NY 10036-8704
              Attn: Philip Wells

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:   /s/ Philip A. Wells                        Date:   November 13, 2014

Name: Philip A. Wells
Title:   Counsel for Transferee

# EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **DEXIA CREDIOP S.P.A.** ("Seller")

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **SHAFER FUND, L.L.C.** ("Buyer"), all right, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. relating to proof of claim number 15801 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of May 20, 2014

**SELLER: <u>DEXIA CREDIOP S.P.A.</u>**

By: _____/signature/_____
Name:
Title: MAURIZIO RAZZE

By: _____/signature/_____
Name:
Title: STEFANO CATALANO