**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Facsimile: (302) 421-5864

*Attorneys for the Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Lucian B. Murley, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and, if applicable, the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 13, 2014

_____
Lucian B. Murley, Esquire
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Email: lmurley@saul.com

637277.1 11/13/14

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

### ORDER GRANTING LUCIAN B. MURLEY ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lucian B. Murley, Esquire, to be admitted, *pro hac vice*, to represent Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited (collectively, the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and, if applicable, the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Lucian B. Murley, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2014
       _____, New York

_____
SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

637277.1 11/13/14