UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                    :
In re                                                               :    Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                        :    08-13555 (SCC)
                                                                    :
                    Debtors.                                        :    (Jointly Administered)
                                                                    :
------------------------------------------------------------------------x    Ref. Docket Nos. 46785

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as Coordinator, Case Management Services by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2014, I caused to be served, the "Notice of Hearing on the Plan Administrator's Four Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims)," dated October 31, 2014, to which was attached the "Four Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims)," dated October 31, 2014 [Docket No. 46785], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Cassandra Murray
                                                Cassandra Murray

Sworn to before me this
13th day of November, 2014

/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**OVERNIGHT MAIL**

STONEHILL INSTITUTIONAL PARTNERS, L.P.
C/O STONEHILL CAPITAL MANAGEMENT LLC
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022
ATTN: PAUL D. MALEK, ESQ.

STONEHILL OFFSHORE PARTNERS LIMITED
C/O STONEHILL CAPITAL MANAGEMENT LLC
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022
ATTN: PAUL D. MALEK, ESQ.

DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
ATTN: ALLAN S. BRILLIANT & SHMUEL VASSER