## UBS

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

October 23, 2014

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of / you are receiving    Attention: Clerk of the Court
                                    Evidence of partial transfer of claim


RECEIVED OCT 31 2014 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

☐ for your information        ☐ returned with thanks        ☐ please return
☒ for your records            ☐ please comment              ☒ please confirm receipt
☐ as agreed                   ☐ please sign                 ☒ please process
☐ please complete             ☐

Remarks
TOCE114    CHF 20'000.00    XS0270828584
           USD 15'000.00    XS0186883798
Transferor: Mr Francesco Piemontesi / Claim Number: 55303 / 55300
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **MR FRANCESCO PIEMONTESI** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55303 / 55300**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of October 2014.

UBS AG

By: _____
Name: Matthias Mohos
Title:   Associate Director

By: _____
Name: Stephan Gfeller
Title:   Associate Director

[RECEIVED OCT 31 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0270828584 | 55303 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 20'000.00 |
| XS0186883798 | 55300 | October 29, 2009 | Lehman Brothers Treasury BV | USD 15'000.00 |