# CRÉDIT AGRICOLE
## PRIVATE BANKING SERVICES

Avec nos compliments les meilleurs
*With our compliments*

ANTONINO.SCARDINO@CA-SUISSE.COM

**Crédit Agricole (Suisse) SA**
38, chemin de Bérée – Case postale 224 – CH-1010 Lausanne 10
Tél. +41 58 321 50 00 – Fax +41 58 321 51 00 – www.ca-suisse.com

Antonino SCARDINO

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,       Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MR Nasr Marei
Name of Transferee

CREDIT SUISSE AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Mr Nasr Marei
3, Sayed Marei St
Mansouria Rd
Giza 12561

Court Claim # (if known): 55829
Date Claim Filed: OCTOBER 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): SEE EVIDENCE OF TRF. OF CLAIM

Phone: +20111062228
Last Four Digits of Acct #: 0700

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Clearstream Luxembourg
in fav. credit agricole suisse sa
acc 11886

Phone: +41 58 321 51 33
Last Four Digits of Acct #: 11886

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: OCTOBER 27 .2014
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CRÉDIT AGRICOLE (SUISSE) SA
Administration titres
46-48, chemin de Bérée
1010 Lausanne 10

Stéphane VUAREND                     Antonino SCARDINO

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Crédit Agricole (Suisse) SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 15, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0347732892 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD 100'000 |
| XS0204933997 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 100'000 |