



Hamburger Sparkasse
20454 Hamburg

# Haspa
### Hamburger Sparkasse

Hamburger Sparkasse • 20454 Hamburg

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3Floor
New York, NY 10017 (USA)

Postanschrift:
20454 Hamburg

Vermögensberatung
Müggenkampstr. 2
20257 Hamburg
Birthe Kopka
Telefon: (040) 35 79-53 28
Telefax: (040) 401 96 448
Birthe.Kopka@Haspa.de
Unser Zeichen: 975
21.10.2014

## Transfer of Claim

Please find attached Formular of Transfer.

Kind Regards

Hamburger Sparkasse

Hamburger Sparkasse AG • Sitz Hamburg • Handelsregister Amtsgericht Hamburg • HRB 80 691 • USt-ID-Nr. DE216540952
Zentrale, Ecke Adolphsplatz / Gr. Burstah, 20457 Hamburg • Bankleitzahl 200 505 50 • BIC HASPDEHHXXX
Telefon 040 3579-0 • Telefax 040 3579-3418 • Internet www.haspa.de
Vorsitzender des Aufsichtsrats: Dr. Karl-Joachim Dreyer • Vorstand: Dr. Harald Vogelsang,
Frank Brockmann, Axel Kodlin, Bettina Poullain, Jürgen Marquardt (stv.)



FILED / RECEIVED
OCT 27 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Markus Friedrichsen
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Markus Friedrichsen
Erlenkamp 29
DE-22087 Hamburg

Court Claim # (if known): 55829
Date Claim Filed: 29 October, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: 0049 40 3579 2974
Last Four Digits of Acct #: --

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Hamburger Sparkasse
HASPDEHHXX
IBAN DE67120300001016517896

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 20.10.14
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Markus Friedrichsen, Hamburg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 1, 2014.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title: AVP

By:_____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0269149497 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | Units 22 |