SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas C. White

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC., | Adversary Proceeding |
| | No. 13-01554 (SCC) |
| Plaintiffs-Counterclaim Defendants | |
| v. | |
| GIANTS STADIUM LLC, | |
| Defendant-Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

      I, Thomas C. White, hereby certify that I caused to be served true and correct copies of Giants Stadium LLC's Letter to the Court dated November 12, 2014 and the exhibits thereto (i) on November 12, 2014, by ECF on the parties requesting electronic service and (ii) on November 13, 2014, by U.S. Mail, First Class, Postage Prepaid, on the Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director, Bonnie Austin), and by hand delivery on:

The Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 623
New York, New York 10004

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Susan D. Golden, and Andrea B. Schwartz

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Robert J. Lemons

*Attorneys for the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
       November 14, 2014

Respectfully submitted,

/s/ Thomas C. White
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*

-2-