

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

RECEIVED NOV - 3 2014 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

# Message

October 30, 2014

**subject** Claim Transfer Agreement Lehman Program Securities

| On behalf of | Attention: Clerk of the Court |
| you are receiving | Evidence of partial transfer of claim |

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete

- [ ] returned with thanks
- [ ] please comment
- [ ] please sign

- [ ] please return
- [x] please confirm receipt
- [x] please process

**Remarks**
TOCE116    EUR 200'000.00    XS0326542072
Transferor: LBBW (Schweiz) AG / Claim Number: 37656
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E    07.03.2012    N1    30.10.2014    Page 1/1



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **UBS AG** | Name of Transferor: <br> **LBBW (Schweiz) AG** |
|---|---|
| Notices to Transferee should be sent to: <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> **LBBW (Schweiz) AG** <br> Beethovenstrasse 11 <br> CH-8027 Zürich <br> 0041 44 286 26 86 <br> Attn: Christian Siegfried <br> info@lbbwschweiz.ch |
| Amount of Claim Being Transferred: <br><br> $ <br><br> OR <br><br> € 200'000.00 (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 37656 | |
| Date Claim Filed: 13.10.2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 30.10.14
Hugo Koller, Director
UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland

TOCE 116

141029_ClaimTransferForm-Lehman
Page 1 of 3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number 37656 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10 % Barrier Reverse Convert. Certificate Lehman Brothers Securities NV 2007-5.11.2008 | XS0326542072 | Lehman Brothers Securities NV | LBHI | 200'000.00 OUT OF 200'000.00 |

The aggregate amount of the Transferred Claim is to Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

LBBW (Schweiz) AG ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 - hugo.koller@ubs.com

TOCE M6

141029_ClaimTransferForm-Lehman
Page 2 of 3

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 29.10.2014.

**LBBW (Schweiz) AG**
Transferor

By: _____
Name:  Christian Siegfried
Title:   CEO

By: _____
Name:  Bruno Betschart
Title:   authorized signatory

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
Name: Hugo Koller
Title:  Director

By: _____
Name: Matthias Mohos
Title:  Associate Director

TOCE116

141029_ClaimTransferForm-Lehman
Page 3 of 3