

**INSINGER DE BEAUFORT**
BNP PARIBAS WEALTH MANAGEMENT

United States Bankruptcy Court
Southern District of New York
Att. Mary Lopez
One Bowling Green
New York, NY 10004-1408
United States



RECEIVED
NOV - 3 2014
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

Amsterdam, 31 October 2014

reference            Re-registration Lehman claim no 55813
your contact person.  Annemarie Lamain / +31 (0)20 5215 805

Dear Madam Lopez,

Hereby we send you a hard copy of the form for the transfer of the Lehman claim.

Yours faithfully,
Bank Insinger de Beaufort N.V.

Annemarie Lamain

EL0044/0912/1.0

IDB/A12/02

Form 210A (10/06)



# United States Bankruptcy Court

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>     Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Bank Insinger de Beaufort N.V.</u>                     <u>Credit Suisse A.G.</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices           Court Claim # (if known): <u>55813</u>
to transferee should be sent:                 Date Claim Filed: <u>October 29, 2009</u>

J. Dietz / Settlements department             Amount of Claim: <u>--</u>
Bank Insinger de Beaufort N.V.                Portion of Claim Transferred (see
Herengracht 537                               Schedule I): <u>see Evidence of transfer of claim form</u>
1017 BV Amsterdam
THE NETHERLANDS

Phone: <u>0031 20 5215 803</u>                       Phone: <u>0041 44 332 86 11</u>
Last Four Digits of Acct #: <u>--</u>                 Last Four Digits of Acct. #: <u>--</u>

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: <u>--</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature                              Date: <u>June 04, 2014</u>
Transferee/Transferee's Agent
J DIETZ    v.S.L. Laanhaven

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.