**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**ORDER GRANTING LUCIAN B. MURLEY ADMISSION**
**TO PRACTICE *PRO HAC VICE***

Upon the motion of Lucian B. Murley, Esquire, to be admitted, ***pro hac vice***, to represent Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited (collectively, the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and, if applicable, the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Lucian B. Murley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 14, 2014
       New York, New York

                                    /S/ Shelley C. Chapman
                                    SHELLEY C. CHAPMAN
                                    UNITED STATES BANKRUPTCY JUDGE

637277.1 11/14/14