# Exhibit 2



SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/13

AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-2628
DIRECT FAX
(917) 777-2628
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

April 1, 2013

**BY FAX**

Hon. Harold Baer, Jr.
United States District Judge
500 Pearl Street, Chambers 2230
New York, New York 10007

RE:    *Assured Guaranty Municipal Corp. v. UBS Real Estate*
       *Securities Inc., 12-cv-1579 (HB)(JCF) (the "Assured Action")*

Dear Judge Baer:

        We represent UBS Real Estate Securities Inc. ("UBS RESI") in the
above-referenced consolidated action. At the March 22 conference, Your Honor
ordered Plaintiff to submit its proposed amended complaint by March 26 and for
UBS RESI to respond with its position by March 29 (Tr. at 24:20 – 25:15), which the
parties have done. Contrary to the Court's direction, Plaintiff submitted today an
additional letter responding to UBS RESI's March 29 submission. While this new
letter purports to "correct several errors" in UBS RESI's March 29 letter, Plaintiff's
submission merely constitutes additional legal argument not authorized by this
Court. UBS RESI disagrees with the arguments contained in Plaintiff's additional
submission and is prepared to address them. As requested in UBS RESI's March 29
letter, we respectfully request an opportunity to fully brief these issues, including
Plaintiff's failure to state a claim for relief in connection with this novel claim
asserted for the first time last week.

*[handwritten notes:]* As to the March 22, (1) I will allow ... (2) I will not allow ... this time ... (3) I will see ... 4/11/13.

                                              Respectfully submitted,

                                              *[signature]*
                                              Scott D. Musoff

SO ORDERED:

cc:    Adam M. Abensohn, Esq. (by email)

*[signature]* Harold Baer, Jr., U.S.D.J.

Date: 4/1/13

Endorsement:

As to the March 22 letter:

1.      I will allow sampling.

2.      I will not allow a new cause of action at this time.

3.      I will see you on April 11, 2013.