# Exhibit 3

FILED: NEW YORK COUNTY CLERK 11/19/2013

NYSCEF DOC. NO. 236

INDEX NO. 156016/2012

RECEIVED NYSCEF: 11/19/2013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : PART 45

--------------------------------------------------------------------x

HOME EQUITY MORTGAGE TRUST SERIES 2006-1,   :
HOME EQUITY MORTGAGE TRUST SERIES 2006-3,   :
and HOME EQUITY MORTGAGE TRUST SERIES       :
2006-4,                                     :
                                            :
                        Plaintiffs,         :          Index No. 156016/2012
                                            :
        -against-                           :          INTERIM ORDER
                                            :
DLJ MORTGAGE CAPITAL, INC., and SELECT      :
PORTFOLIO SERVICING, INC.,                  :
                                            :
                        Defendants.         :

--------------------------------------------------------------------x

**MELVIN L. SCHWEITZER, J.:**

      After review of plaintiffs' November 11, 2013 correspondence, the court agrees that

plaintiffs' use of statistical sampling to prove liability and damages would streamline the trial,

promote judicial economy, and conserve the resources of the parties and the court.  Accordingly,

it is hereby

      ORDERED that plaintiffs may use a statistical sampling to prove liability and damages

on all of their claims; and it is further

      ORDERED that the parties shall meet and confer as to the sample to be used.

Dated: November 18, 2013

                ENTER:

                J.S.C.

                        MELVIN L. SCHWEITZER