# ATTACHMENT II

# Documents Considered

**Legal Filings**

1. *Lehman Brothers Holdings Inc.'s (A) Objection to RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and (II) Estimate and Allow Their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code, and (B) Cross-Motion to Establish a Protocol to Resolve Claims Filed by RMBS Trustees* and Exhibits, October 15, 2014 (ECF 46526).

2. *Joint Motion to Allow/The RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and (II) Estimate and Allow Their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code* and Exhibits, August 22, 2014 (ECF 46078).

**Declarations**

3. *Declaration of Charles A. Parekh, Ph.D.*, August 21, 2014, and Attachments (ECF 46080).

4. *Declaration of James H. Aronoff*, August 21, 2014 (ECF 46085).

5. *Declaration of Zachary Trumpp in Support of Debtors Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code to Estimate the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-Backed Securities or Purposes of Establishing Reserves*, January 12, 2012 (ECF 24255).

**Interviews**

6. Interviews with Joe Phillips, Digital Risk, June 10, 2014, and November 12, 2014.

**Other**

7. All documents listed in Attachment II to the *Declaration of Charles A. Parekh, Ph.D.*, August 21, 2014, (ECF 46080).