# ATTACHMENT III

**Scenario 1: Covered Loans Less Loans Paid-in-Full**

| Processes | | | | Assumptions | |
|---|---|---|---|---|---|
| Number of Covered Loans | | | 416,091 | | |
| Number of Covered Loans Less Loans Paid-in-Full | | | 213,974 | | Any Loan that has not Paid Off is Reviewed (as of June 2014) |
| Loans Requested-to-Date | | | 5,000 | | |
| Loans Received and Reviewed | | | 4,579 | | |
| Number of Loans for Review | | | 209,395 | | |
| **Step 0: Receive Loans from Servicers** | | | | | |
| Years to Receive Loans from Servicers | | | 3.0 | 3 | Years to Receive Loans from Servicers |
| **Step 1: [Proposed Lehman Protocol Iai-ii]: Review Remaining Loans** | | | | | |
| | | | | 40 | Reviewers |
| | | | | 3 | Loans per Day (Each) |
| Years to Review Remaining Loans | | | 7.0 | 251 | Days per Year |
| | | | | $250 - $400 | Cost per Loan (Range) |
| Cost to Trusts to Review Remaining Loans | $52,348,750 | - | $83,758,000 | 100% | Cost Attributable to Trusts |
| Cost to Estate to Review Remaining Loans | $0 | - | $0 | 0% | Cost Attributable to Estate |
| **Step 2: [Proposed Lehman Protocol Ibi]: Plan Administrator Reviews Repurchase Requests** | | | | | |
| Number of Requests from Initial Sample | | | 2,612 | 57% | Breach Rate from Digital Risk Review Applied to 4,579 Loans |
| Number of Additional Requests Submitted | | | 119,355 | 57% | Breach Rate Applied to 209,395 Loans |
| Total Number of Loans Requested for Repurchase | | | 121,967 | | |
| | | | | 20 | Reviewers |
| | | | | 3 | Loans per Day (Each) |
| Years for Plan Administrator to Review Requests | | | 8.1 | 251 | Days per Year |
| | | | | $250 - $400 | Cost per Loan (Range) |
| Cost to Trusts to Review Requests | $0 | - | $0 | 0% | Cost Attributable to Trusts |
| Cost to Estate to Review Requests | $30,491,788 | - | $48,786,860 | 100% | Cost Attributable to Estate |
| Plan Administrator Agrees to Repurchase | | | 60,984 | 50% | Agreed to Repurchase |
| Plan Administrator Declines to Repurchase | | | 60,984 | 50% | Disagreed to Repurchase |
| **Step 3: [Proposed Lehman Protocol 1e-f]: Trustees Negotiate Declined Repurchase Requests** | | | | | |
| | | | | 4 | Trustees |
| | | | | 10 | Loans per Day (Each) |
| Years to Negotiate Declined Repurchase Requests | | | 6.1 | 251 | 8 Hour Days per Year |
| Negotiation Results in Resolution | | | 15,246 | 25% | Percentage Resolved |
| | | | | $600 | Hourly Rate of Negotiation |
| Cost to Trusts of Negotiation | | | $14,636,058 | 50% | Cost Attributable to Trusts |
| Cost to Estate of Negotiation | | | $14,636,058 | 50% | Cost Attributable to Estate |
| **Step 4: [Proposed Lehman Protocol IIa-f]: Claim Facilitator Reviews Unresolved Repurchase Claims** | | | | | |
| Loans Sent to Claim Facilitator | | | 45,738 | 75% | Percentage Unresolved after Negotiation |
| | | | | 5 | Facilitators |
| | | | | 10 | Loans per Day (Each) |
| Years for Claim Facilitator to Review Requests | | | 3.6 | 251 | 8 Hour Days per Year |
| Claim Facilitator Review Results in Resolution | | | 34,303.26 | 75% | Percentage of Requests Settled by CF and PA |
| | | | | $500 | Hourly Rate |
| Cost to Trusts of Claim Facilitator Review | | | $9,147,536 | 50% | Cost Attributable to Trusts |
| Cost to Estate of Claim Facilitator Review | | | $9,147,536 | 50% | Cost Attributable to Estate |
| **Step 5: [Proposed Lehman Protocol IIIa-d]: Court Reviews for Final Resolution** | | | | | |
| Loans Sent to Court for Final Resolution | | | 11,434 | 25% | Percentage of Requests not Settled by CF and PA |
| | | | | 1 | Judge |
| | | | | 7 | Loans per Day |
| Years for Court to Review Remaining Requests | | | 27.2 | 60 | 8 Hour Days per Year (1 Weeks per Month) |
| | | | | $3,000 | Hourly Rate (Lawyers/Experts) |
| Cost to Trusts of Court Review | | | $19,601,863 | 50% | Cost Attributable to Trusts |
| Cost to Estate of Court Review | | | $19,601,863 | 50% | Cost Attributable to Estate |
| **Cost to Trusts to Satisfy Protocol** | $95,734,208 | - | $127,143,458 | | |
| **Cost to Estate to Satisfy Protocol** | $73,877,245 | - | $92,172,318 | | |
| **TOTAL COST TO SATISFY PROTOCAL** | $169,611,453 | - | $219,315,775 | | |
| **TOTAL LABOR-YEARS NEEDED TO SATISFY PROTOCOL** | | | 55.0 | | |
| **Protocol Process Complete Prior to Court Review** | | | | | |
| **YEARS NEEDED TO SATISFY PROTOCOL (RUNNING BASIS)** | | | 35.7 | | |
| **Court Review Performed Seriatim** | | | | | |
| **YEARS NEEDED TO SATISFY PROTOCOL (RUNNING BASIS)** | | | 27.6 | | |

**Notes:**
Projected durations assume continuous throughput without scheduling delays or wait times.

1

**Scenario 1: Covered Loans Less Loans Paid-in-Full**

**Protocol Process Complete Prior to Court Review**

| Step | Process | Rate per Month (Capacity) | Progress Rate per Month | Effective Rate per Month | Effective Rate per Year | Process Duration (Years) | Start (Years)* | End (Years) |
|---|---|---|---|---|---|---|---|---|
| 0 | Receive Loans from Servicers | 5,817 | n/a | 5,817 | 69,798 | 3.0 | 0.0 | 3.0 |
| 1 | Review Remaining Loans | 2,510 | 5,817 | 2,510 | 30,120 | 7.0 | 0.1 | 7.0 |
| 2 | Plan Administrator Reviews Repurchase Requests | 1,255 | 1,431 | 1,255 | 15,060 | 8.1 | 0.2 | 8.3 |
| 3 | Trustees Negotiate Declined Repurchase Requests | 837 | 628 | 628 | 7,530 | 8.1 | 0.3 | 8.3 |
| 4 | Claim Facilitator Reviews Unresolved Repurchase Claims | 1,046 | 471 | 471 | 5,648 | 8.1 | 0.3 | 8.4 |
| 5 | Court Reviews for Final Resolution | 35 | 118 | 35 | 420 | 27.2 | 8.4 | 35.7 |
| | | | | | | | *Projected Duration:* | **35.7** |

* One month (.08 Year) elapses before each new stage begins.



**Court Review Performed Seriatim**

| Step | Process | Rate per Month (Capacity) | Progress Rate per Month | Effective Rate per Month | Effective Rate per Year | Process Duration (Years) | Start (Years)* | End (Years) |
|---|---|---|---|---|---|---|---|---|
| 0 | Receive Loans from Servicers | 5,817 | n/a | 5,817 | 69,798 | 3.0 | 0.0 | 3.0 |
| 1 | Review Remaining Loans | 2,510 | 5,817 | 2,510 | 30,120 | 7.0 | 0.1 | 7.0 |
| 2 | Plan Administrator Reviews Repurchase Requests | 1,255 | 1,431 | 1,255 | 15,060 | 8.1 | 0.2 | 8.3 |
| 3 | Trustees Negotiate Declined Repurchase Requests | 837 | 628 | 628 | 7,530 | 8.1 | 0.3 | 8.3 |
| 4 | Claim Facilitator Reviews Unresolved Repurchase Claims | 1,046 | 471 | 471 | 5,648 | 8.1 | 0.3 | 8.4 |
| 5 | Court Reviews for Final Resolution | 35 | 118 | 35 | 420 | 27.2 | 0.4 | 27.6 |
| | | | | | | | *Projected Duration:* | **27.6** |

* One month (.08 Year) elapses before each new stage begins.



2

**Scenario 2: Covered Loans with a Loss or Projected Loss**

| Processes | | | | Assumptions | |
|---|---|---|---|---|---|
| Number of Covered Loans | | | 416,091 | | |
| Number of Covered Loans with Loss/Expected Loss | | | 161,797 | | Any Loan that has not Paid Off is Reviewed (as of June 2014) |
| Loans Requested-to-Date | | | 5,000 | | |
| Loans Received and Reviewed | | | 4,579 | | |
| Number of Loans for Review | | | 157,218 | | |
| **Step 0: Receive Loans from Servicers** | | | | | |
| Years to Receive Loans from Servicers | | | 3.0 | 3 | Years to Receive Loans from Servicers |
| **Step 1: [Proposed Lehman Protocol Iai-ii]: Review Remaining Loans** | | | | | |
| | | | | 40 | Reviewers |
| | | | | 3 | Loans per Day (Each) |
| Years to Review Remaining Loans | | | 5.2 | 251 | Days per Year |
| | | | | $250 - $400 | Cost per Loan (Range) |
| Cost to Trusts to Review Remaining Loans | $39,304,500 | - | $62,887,200 | 100% | Cost Attributable to Trusts |
| Cost to Estate to Review Remaining Loans | $0 | - | $0 | 0% | Cost Attributable to Estate |
| **Step 2: [Proposed Lehman Protocol Ibi]: Plan Administrator Reviews Repurchase Requests** | | | | | |
| Number of Requests from Initial Sample | | | 2,612 | 57% | Breach Rate from Digital Risk Review Applied to 4,579 Loans |
| Number of Additional Requests Submitted | | | 89,614 | 57% | Breach Rate Applied to 157,218 Loans |
| Total Number of Loans Requested for Repurchase | | | 92,226 | | |
| | | | | 20 | Reviewers |
| | | | | 3 | Loans per Day (Each) |
| Years for Plan Administrator to Review Requests | | | 6.1 | 251 | Days per Year |
| | | | | $250 - $400 | Cost per Loan (Range) |
| Cost to Trusts to Review Requests | $0 | - | $0 | 0% | Cost Attributable to Trusts |
| Cost to Estate to Review Requests | $23,056,565 | - | $36,890,504 | 100% | Cost Attributable to Estate |
| Plan Administrator Agrees to Repurchase | | | 46,113 | 50% | Agreed to Repurchase |
| Plan Administrator Declines to Repurchase | | | 46,113 | 50% | Disagreed to Repurchase |
| **Step 3: [Proposed Lehman Protocol 1e-f]: Trustees Negotiate Declined Repurchase Requests** | | | | | |
| | | | | 4 | Trustees |
| | | | | 10 | Loans per Day (Each) |
| Years to Negotiate Declined Repurchase Requests | | | 4.6 | 251 | 8 Hour Days per Year |
| Negotiation Results in Resolution | | | 11,528 | 25% | Percentage Resolved |
| | | | | $600 | Hourly Rate of Negotiation |
| Cost to Trusts of Negotiation | | | $11,067,151 | 50% | Cost Attributable to Trusts |
| Cost to Estate of Negotiation | | | $11,067,151 | 50% | Cost Attributable to Estate |
| **Step 4: [Proposed Lehman Protocol IIa-f]: Claim Facilitator Reviews Unresolved Repurchase Claims** | | | | | |
| Loans Sent to Claim Facilitator | | | 34,585 | 75% | Percentage Unresolved after Negotiation |
| | | | | 5 | Facilitators |
| | | | | 10 | Loans per Day (Each) |
| Years for Claim Facilitator to Review Requests | | | 2.8 | 251 | 8 Hour Days per Year |
| Claim Facilitator Review Results in Resolution | | | 25,938.64 | 75% | Percentage of Requests Settled by CF and PA |
| | | | | $500 | Hourly Rate |
| Cost to Trusts of Claim Facilitator Review | | | $6,916,970 | 50% | Cost Attributable to Trusts |
| Cost to Estate of Claim Facilitator Review | | | $6,916,970 | 50% | Cost Attributable to Estate |
| **Step 5: [Proposed Lehman Protocol IIIa-d]: Court Reviews for Final Resolution** | | | | | |
| Loans Sent to Court for Final Resolution | | | 8,646 | 25% | Percentage of Requests not Settled by CF and PA |
| | | | | 1 | Judge |
| | | | | 7 | Loans per Day |
| Years for Court to Review Remaining Requests | | | 20.6 | 60 | 8 Hour Days per Year (1 Weeks per Month) |
| | | | | $3,000 | Hourly Rate (Lawyers/Experts) |
| Cost to Trusts of Court Review | | | $14,822,078 | 50% | Cost Attributable to Trusts |
| Cost to Estate of Court Review | | | $14,822,078 | 50% | Cost Attributable to Estate |
| **Cost to Trusts to Satisfy Protocol** | | $72,110,698 - | $95,693,398 | | |
| **Cost to Estate to Satisfy Protocol** | | $55,862,763 - | $69,696,702 | | |
| **TOTAL COST TO SATISFY PROTOCAL** | | $127,973,461 - | $165,390,100 | | |
| **TOTAL LABOR-YEARS NEEDED TO SATISFY PROTOCOL** | | | 42.3 | | |
| Protocol Process Complete Prior to Court Review | | | | | |
| **YEARS NEEDED TO SATISFY PROTOCOL (RUNNING BASIS)** | | | 27.0 | | |
| Court Review Performed Seriatim | | | | | |
| **YEARS NEEDED TO SATISFY PROTOCOL (RUNNING BASIS)** | | | 21.0 | | |

**Notes:**
Projected durations assume continuous throughput without scheduling delays or wait times.

3

**Scenario 2: Covered Loans with a Loss or Projected Loss**

**Protocol Process Complete Prior to Court Review**

| Step | Process | Rate per Month (Capacity) | Progress Rate per Month | Effective Rate per Month | Effective Rate per Year | Process Duration (Years) | Start (Years)* | End (Years) |
|---|---|---|---|---|---|---|---|---|
| 0 | Receive Loans from Servicers | 4,367 | n/a | 4,367 | 52,406 | 3.0 | 0.0 | 3.0 |
| 1 | Review Remaining Loans | 2,510 | 4,367 | 2,510 | 30,120 | 5.2 | 0.1 | 5.3 |
| 2 | Plan Administrator Reviews Repurchase Requests | 1,255 | 1,431 | 1,255 | 15,060 | 6.1 | 0.2 | 6.3 |
| 3 | Trustees Negotiate Declined Repurchase Requests | 837 | 628 | 628 | 7,530 | 6.1 | 0.3 | 6.4 |
| 4 | Claim Facilitator Reviews Unresolved Repurchase Claims | 1,046 | 471 | 471 | 5,648 | 6.1 | 0.3 | 6.5 |
| 5 | Court Reviews for Final Resolution | 35 | 118 | 35 | 420 | 20.6 | 6.5 | 27.0 |
|   |   |   |   |   |   |   | *Projected Duration:* | **27.0** |

* One month (.08 Year) elapses before each new stage begins.



**Court Review Performed Seriatim**

| Step | Process | Rate per Month (Capacity) | Progress Rate per Month | Effective Rate per Month | Effective Rate per Year | Process Duration (Years) | Start (Years)* | End (Years) |
|---|---|---|---|---|---|---|---|---|
| 0 | Receive Loans from Servicers | 4,367 | n/a | 4,367 | 52,406 | 3.0 | 0.0 | 3.0 |
| 1 | Review Remaining Loans | 2,510 | 4,367 | 2,510 | 30,120 | 5.2 | 0.1 | 5.3 |
| 2 | Plan Administrator Reviews Repurchase Requests | 1,255 | 1,431 | 1,255 | 15,060 | 6.1 | 0.2 | 6.3 |
| 3 | Trustees Negotiate Declined Repurchase Requests | 837 | 628 | 628 | 7,530 | 6.1 | 0.3 | 6.4 |
| 4 | Claim Facilitator Reviews Unresolved Repurchase Claims | 1,046 | 471 | 471 | 5,648 | 6.1 | 0.3 | 6.5 |
| 5 | Court Reviews for Final Resolution | 35 | 118 | 35 | 420 | 20.6 | 0.4 | 21.0 |
|   |   |   |   |   |   |   | *Projected Duration:* | **21.0** |

* One month (.08 Year) elapses before each new stage begins.

