# EXHIBIT B

# AGENDA

## RMBS Claims Meeting
June 18, 2012
1:30 p.m. – 4:30 p.m.

Location:    Weil Gotshal & Manges LLP
             767 East Fifth Avenue

**Attendees:**

**Trustees:**
Stephen Mertz – Faegre & Benson
Michael Doty – Faegre & Benson
Bill Boone – Alston & Bird
Franklin Top – Chapman & Cutler
Tim Pillar – US Bank
Jennifer Doran – Hinckley, Allen & Snyder
Cirino Emanuele
James Burke – Cowen & Co.
Yulia Gilman
Bill Munno – Seward & Kissel
Ron Cohen – Seward & Kissel
Sharan Calay – Seward & Kissel
James Heaney – Law Debenture

**Lehman Estate:**
Ron Dooley – Alvarez & Marsal
Scott Drosdick – Lehman
Zachary Trumpp – Lehman

**Debtors' Counsel:**
Alfredo Perez – Weil Gotshal
Michael Rollin – Reilly Pozner
Mark Bernstein – Weil Gotshal
Candace Arthur – Weil Gotshal

**Dial-In:**
Amanda Darwin - Nixon Peabody
Mary Sohlberg - Wells Fargo

| | | |
|---|---|---|
| **12:30 p.m. – 1:30 p.m.** | **Lunch** | Conference Room 25A |

| | |
|---|---|
| **1:30 p.m. – 4:30pm** | **Discussion topics:**<br>I. Mediation<br>• Location, dates & logistics<br>• Scope & objectives of Mediation<br>II. Trust Documents<br>• Transfer agreements<br>III. Trustees' Counteroffer<br>IV. Trustees' Proposal for Sampling |

**Wrap-up and discussion of next steps**