**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused to be served (A) "The RMBS Trustees' (1) Reply In Support Of Their Motion To Estimate The RMBS Claims Using Statistical Sampling, And (2) Opposition To Lehman's Cross-Motion For A Full Loan-By-Loan Review" (ECF No. 46960), (B) the "Declaration of Franklin H. Top III Regarding the RMBS Trustees' (1) Reply in Support of Their Motion to Estimate the RMBS Claims Using Statistical Sampling, and (2) Opposition to Lehman's Cross-Motion for a Full Loan-by-Loan Review" (ECF No. 46962), and (C) the "Declaration of Charles A. Parekh, Ph.D (ECF No. 46961), all dated November 14, 2014, to be delivered via electronic mail to those parties listed on the annexed Exhibit A on November 14 and 15, 2014:

                                                         s/ M. William Munno

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**EXHIBIT A**

E-mail Service List

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| ashmead@sewkis.com | lhoffman@deilylawfirm.com |
| asnow@ssbb.com | linda.boyle@twtelecom.com |
| asomers@rctlegal.com | lisa.solomon@att.net |
| aunger@sidley.com | ljkotler@duanemorris.com |
| austin.bankruptcy@publicans.com | lkatz@ltblaw.com |
| avenes@whitecase.com | lkiss@klestadt.com |
| azylberberg@whitecase.com | lmarinuzzi@mofo.com |
| bankr@zuckerman.com | lmay@coleschotz.com |
| bankruptcy@goodwin.com | lmcgowen@orrick.com |
| bankruptcy@morrisoncohen.com | lnashelsky@mofo.com |
| bankruptcy@ntexas-attorneys.com | loizides@loizides.com |
| bankruptcymatters@us.nomura.com | lperkins@deilylawfirm.com |
| barbra.parlin@hklaw.com | lscarcella@farrellfritz.com |
| bbisignani@postschell.com | lschweitzer@cgsh.com |
| bcarlson@co.sanmateo.ca.us | lwhidden@salans.com |
| bdk@schlamstone.com | mabrams@willkie.com |
| bguiney@pbwt.com | maofiling@cgsh.com |
| bmanne@tuckerlaw.com | marc.chait@sc.com |
| bmiller@mofo.com | margolin@hugheshubbard.com |
| boneill@kramerlevin.com | mark.bane@ropesgray.com |
| brian.corey@greentreecreditsolutions.com | mark.deveno@bingham.com |
| brosenblum@jonesday.com | mark.ellenberg@cwt.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.mckane@kirkland.com |
| bstrickland@wtplaw.com | mark.sherrill@sutherland.com |
| btrust@mayerbrown.com | marvin.clements@ag.tn.gov |
| bturk@tishmanspeyer.com | matt@willaw.com |
| bwolfe@sheppardmullin.com | matthew.klepper@dlapiper.com |
| cahn@clm.com | maustin@orrick.com |
| canelas@pursuitpartners.com | mbenner@tishmanspeyer.com |
| carol.weinerlevy@bingham.com | mberman@nixonpeabody.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mbienenstock@proskauer.com |
| cdesiderio@nixonpeabody.com | mbloemsma@mhjur.com |
| cgonzalez@diazreus.com | mbossi@thompsoncoburn.com |
| chad.husnick@kirkland.com | mcademartori@sheppardmullin.com |
| chammerman@paulweiss.com | mccarthyj@sullcrom.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmestres@aclawllp.com | mginzburg@daypitney.com |
| cmontgomery@salans.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | millee12@nationwide.com |
| cshulman@sheppardmullin.com | miller@taftlaw.com |
| cszyfer@stroock.com | mimi.m.wong@irscounsel.treas.gov |
| cwalsh@mayerbrown.com | mitchell.ayer@tklaw.com |
| cward@polsinelli.com | mjedelman@vedderprice.com |
| cweber@ebg-law.com | mjr1@westchestergov.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | mlandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmendez@crb-law.com |
| david.livshiz@freshfields.com | mmorreale@us.mufg.jp |
| david.powlen@btlaw.com | mneier@ibolaw.com |
| davids@blbglaw.com | monica.lawless@brookfieldproperties.com |
| davidwheeler@mvalaw.com | mpage@kelleydrye.com |
| dbarber@bsblawyers.com | mparry@mosessinger.com |
| dbaumstein@whitecase.com | mprimoff@kayescholer.com |
| dbesikof@loeb.com | mpucillo@bermanesq.com |
| dcimo@gjb-law.com | mrosenthal@gibsondunn.com |
| dcoffino@cov.com | mrothchild@mofo.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |
| deggermann@kramerlevin.com | msolow@kayescholer.com |
| deggert@freebornpeters.com | mspeiser@stroock.com |
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dfelder@orrick.com | munno@sewkis.com |
| dflanigan@polsinelli.com | mvenditto@reedsmith.com |
| dgrimes@reedsmith.com | mwarner@coleschotz.com |
| dhayes@mcguirewoods.com | mwarren@mtb.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| dheffer@foley.com | nathan.spatz@pillsburylaw.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmarkham@gibbonslaw.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dwildes@stroock.com | psp@njlawfirm.com |
| dworkman@bakerlaw.com | ptrain-gutierrez@kaplanlandau.com |
| easmith@venable.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |
| efleck@milbank.com | raul.alcantar@alcantarlaw.com |
| efriedman@fklaw.com | rbeacher@pryorcashman.com |
| efriedman@friedmanspring.com | rbernard@foley.com |
| eglas@mccarter.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |
| ellen.halstead@cwt.com | rflanagan@flanassoc.com |
| emagnelli@bracheichler.com | rfriedman@silvermanacampora.com |
| emerberg@mayerbrown.com | rgmason@wlrk.com |
| enkaplan@kaplanlandau.com | rgoodman@moundcotton.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| eobrien@sbchlaw.com | rgraham@whitecase.com |
| eschwartz@contrariancapital.com | rhett.campbell@tklaw.com |
| etillinghast@sheppardmullin.com | rhorkovich@andersonkill.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| ffm@bostonbusinesslaw.com | richard.lear@hklaw.com |
| fhenn@law.nyc.gov | richard@rwmaplc.com |
| fhyman@mayerbrown.com | rick.murphy@sutherland.com |
| foont@foontlaw.com | rjones@boultcummings.com |
| fritschj@sullcrom.com | rleek@hodgsonruss.com |
| fsosnick@shearman.com | rlevin@cravath.com |
| fyates@sonnenschein.com | rmatzat@hahnhessen.com |
| gabriel.delvirginia@verizon.net | rnetzer@willkie.com |
| gary.ravertpllc@gmail.com | robert.dombroff@bingham.com |
| gbray@milbank.com | robert.honeywell@klgates.com |
| george.south@dlapiper.com | robert.malone@dbr.com |
| ggitomer@mkbattorneys.com | robert.yalen@usdoj.gov |
| ggoodman@foley.com | robin.keller@lovells.com |
| giddens@hugheshubbard.com | roger@rnagioff.com |
| gkaden@goulstonstorrs.com | ronald.silverman@bingham.com |
| glenn.siegel@dechert.com | ross.martin@ropesgray.com |
| gmoss@riemerlaw.com | rpedone@nixonpeabody.com |
| goldenberg@ssnyc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | russj4478@aol.com |
| hbeltzer@mayerbrown.com | rwasserman@cftc.gov |
| heim.steve@dorsey.com | sabin.willett@bingham.com |
| heiser@chapman.com | sabramowitz@velaw.com |
| hmagaliff@r3mlaw.com | sabvanrooy@hotmail.com |
| hollace.cohen@troutmansanders.com | sally.henry@skadden.com |
| holsen@stroock.com | samuel.cavior@pillsburylaw.com |
| howard.hawkins@cwt.com | sandyscafaria@eaton.com |
| hseife@chadbourne.com | scargill@lowenstein.com |
| hsnovikoff@wlrk.com | schager@ssnyc.com |
| hsteel@brownrudnick.com | schannej@pepperlaw.com |
| ian.roberts@bakerbotts.com | schepis@pursuitpartners.com |
| icatto@mwe.com | schnabel.eric@dorsey.com |
| igoldstein@proskauer.com | schristianson@buchalter.com |
| ilevee@lowenstein.com | schwartzmatthew@sullcrom.com |
| irethy@stblaw.com | scott.golden@hoganlovells.com |
| israel.dahan@cwt.com | scottj@sullcrom.com |
| iva.uroic@dechert.com | scottshelley@quinnemanuel.com |
| jacobsonn@sec.gov | scousins@armstrongteasdale.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| jalward@blankrome.com | sdnyecf@dor.mo.gov |
| james.heaney@lawdeb.com | seba.kurian@invesco.com |
| james.mcclammy@dpw.com | sehlers@armstrongteasdale.com |
| james.sprayregen@kirkland.com | sfalanga@connellfoley.com |
| jamesboyajian@gmail.com | sfelderstein@ffwplaw.com |
| jamestecce@quinnemanuel.com | sfineman@lchb.com |
| jar@outtengolden.com | sfox@mcguirewoods.com |
| jason.jurgens@cwt.com | sgordon@cahill.com |
| jay.hurst@oag.state.tx.us | sgraziano@blbglaw.com |
| jay@kleinsolomon.com | sgubner@ebg-law.com |
| jbeemer@entwistle-law.com | sharbeck@sipc.org |
| jbeiers@co.sanmateo.ca.us | shari.leventhal@ny.frb.org |
| jbird@polsinelli.com | shgross5@yahoo.com |
| jbromley@cgsh.com | sidorsky@butzel.com |
| jcarberry@cl-law.com | sldreyfuss@hlgslaw.com |
| jchristian@tobinlaw.com | sleo@bm.net |
| jchubak@proskauer.com | slerman@ebglaw.com |
| jclose@chapman.com | slerner@ssd.com |
| jdoran@haslaw.com | slevine@brownrudnick.com |
| jdrucker@coleschotz.com | sloden@diamondmccarthy.com |
| jdwarner@warnerandscheuerman.com | smillman@stroock.com |
| jdweck@sutherland.com | smulligan@bsblawyers.com |
| jdyas@halperinlaw.net | snewman@katskykorins.com |
| jean-david.barnea@usdoj.gov | sory@fdlaw.com |
| jeanites@whiteandwilliams.com | squsba@stblaw.com |
| jeannette.boot@wilmerhale.com | sree@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffrey.sabin@bingham.com | sselbst@herrick.com |
| jeldredge@velaw.com | sshimshak@paulweiss.com |
| jennifer.demarco@cliffordchance.com | sskelly@teamtogut.com |
| jennifer.gore@shell.com | sstarr@starrandstarr.com |
| jfalgowski@reedsmith.com | steele@lowenstein.com |
| jfreeberg@wfw.com | stephen.cowan@dlapiper.com |
| jg5786@att.com | stephen.hessler@kirkland.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jgoodchild@morganlewis.com | steven.usdin@flastergreenberg.com |
| jguy@orrick.com | steven.wilamowsky@bingham.com |
| jhiggins@fdlaw.com | streusand@slollp.com |
| jhorgan@phxa.com | susheelkirpalani@quinnemanuel.com |
| jhuggett@margolisedelstein.com | swolowitz@mayerbrown.com |
| jim@atkinslawfirm.com | szuch@wiggin.com |
| jjoyce@dresslerpeters.com | tannweiler@greerherz.com |
| jjtancredi@daypitney.com | tbrock@ssbb.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| jjureller@klestadt.com | tdewey@dpklaw.com |
| jlamar@maynardcooper.com | tgoren@mofo.com |
| jlawlor@wmd-law.com | thomas.califano@dlapiper.com |
| jlee@foley.com | timothy.harkness@freshfields.com |
| jlevitin@cahill.com | tjfreedman@pbnlaw.com |
| jlscott@reedsmith.com | tkiriakos@mayerbrown.com |
| jmaddock@mcguirewoods.com | tlauria@whitecase.com |
| jmakower@tnsj-law.com | tmacwright@whitecase.com |
| jmazermarino@msek.com | tnixon@gklaw.com |
| jmelko@gardere.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmerva@fult.com | tomwelsh@orrick.com |
| jmmurphy@stradley.com | tsalter@blankrome.com |
| jmr@msf-law.com | tslome@msek.com |
| jnadritch@olshanlaw.com | tunrad@burnslev.com |
| jnm@mccallaraymer.com | twheeler@lowenstein.com |
| john.monaghan@hklaw.com | villa@slollp.com |
| john.mule@ag.state.mn.us | vmilione@nixonpeabody.com |
| john.rapisardi@cwt.com | vrubinstein@loeb.com |
| jonathan.goldblatt@bnymellon.com | wanda.goodloe@cbre.com |
| jonathan.henes@kirkland.com | wballaine@lcbf.com |
| jorbach@hahnhessen.com | wbenzija@halperinlaw.net |
| joseph.cordaro@usdoj.gov | wchen@tnsj-law.com |
| joseph.serino@kirkland.com | wcurchack@loeb.com |
| joshua.dorchak@bingham.com | wdase@fzwz.com |
| jowen769@yahoo.com | wfoster@milbank.com |
| joy.mathias@dubaiic.com | will.sugden@alston.com |
| jpintarelli@mofo.com | wiltenburg@hugheshubbard.com |
| jporter@entwistle-law.com | wisotska@pepperlaw.com |
| jprol@lowenstein.com | wk@pwlawyers.com |
| jrabinowitz@rltlawfirm.com | wmaher@wmd-law.com |
| jrsmith@hunton.com | wmarcari@ebglaw.com |
| jschiller@bsfllp.com | wmckenna@foley.com |
| jschreib@chapman.com | wrightth@sullcrom.com |
| jschwartz@hahnhessen.com | wsilverm@oshr.com |
| jsheerin@mcguirewoods.com | wswearingen@llf-law.com |
| jsherman@bsfllp.com | wtaylor@mccarter.com |
| jshickich@riddellwilliams.com | wweintraub@stutman.com |
| jsmairo@pbnlaw.com | wzoberman@bermanesq.com |
| jstoll@mayerbrown.com | yuwatoko@mofo.com |
| jsullivan@mosessinger.com | |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**ADDITIONAL PARTIES**

cdesiderio@nixonpeabody.com

harvey.miller@weil.com

jacqueline.marcus@weil.com

jason.solomon@alston.com

kit.weitnauer@alston.com

lori.fife@weil.com

munno@sewkis.com

richard.krasnow@weil.com

robert.lemons@weil.com

rpedone@nixonpeabody.com

slewis@chapman.com

top@chapman.com

mrollin@joneskeller.com

TCosenza@willkie.com

pshalhoub@willkie.com

mbraswell@joneskeller.com

SK 16271 0159 6243373