Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
In re:                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :    **08-13555 (SCC)**
:
Reorganized Debtors.         :    **Confirmed**
:
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

JACQUELINE BREWSTER, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., in the above-captioned case.

On the 14th day of November, 2014, I caused a true and correct copy of the following document:

Statement of The Litigation Subcommittee of The Official Committee of Unsecured Creditors in Support of Plan Administrator's (I) Objection to Motion of Certain RMBS Trustees to Increase Reserves and Estimate Claims for Allowance and (II) Cross-Motion to Establish Protocol to Resolve Claims [Docket No. 46963],

to be served upon the parties identified in Exhibit A attached hereto by electronic mail, and to be served upon the party identified in Exhibit B attached hereto by hand delivery service.

On the 18th day of November, 2014, I caused a true and correct copy of the same document to be served upon the party identified in <u>Exhibit C</u> by first class mail.

/s/ Jacqueline Brewster
JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me on this 18th day of November 2014

/s/ William B. Dana
William B. Dana
Notary Public, State of New York
No. 01DA6300444
Qualified in Westchester County
Commission Expires March 31, 2018

# Exhibit A

'aaaronson@dilworthlaw.com'; 'aalfonso@willkie.com'; 'abeaumont@fklaw.com'; 'abraunstein@riemerlaw.com'; 'acaton@kramerlevin.com'; 'adarwin@nixonpeabody.com'; 'Adiamond@DiamondMcCarthy.com'; 'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com'; 'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agoldstein@tnsj-law.com'; 'agottfried@morganlewis.com'; 'aisenberg@saul.com'; 'akadish@dtlawgroup.com'; 'akantesaria@oppenheimerfunds.com'; 'akolod@mosessinger.com'; 'alum@ftportfolios.com'; 'amarder@msek.com'; 'amartin@sheppardmullin.com'; 'AMcMullen@BoultCummings.com'; 'amenard@tishmanspeyer.com'; 'amh@amhandlerlaw.com'; 'Andrew.Brozman@cliffordchance.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'angie.owens@skadden.com'; 'ann.reynaud@shell.com'; 'anthony_boccanfuso@aporter.com'; 'aoberry@bermanesq.com'; 'aostrow@beckerglynn.com'; 'apalazzolo@fzwz.com'; 'appleby@chapman.com'; 'aquale@sidley.com'; 'arainone@bracheichler.com'; 'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-nyc.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com'; 'asomers@rctlegal.com'; 'aunger@sidley.com'; 'austin.bankruptcy@publicans.com'; 'avenes@whitecase.com'; 'azylberberg@whitecase.com'; 'bankr@zuckerman.com'; 'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com'; 'bankruptcy@ntexas-attorneys.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com'; 'bbisignani@postschell.com'; 'bcarlson@co.sanmateo.ca.us'; 'bdk@schlamstone.com';

3

'bguiney@pbwt.com'; 'bmanne@tuckerlaw.com'; 'BMiller@mofo.com';

'boneill@kramerlevin.com'; 'Brian.Corey@greentreecreditsolutions.com';

'brosenblum@jonesday.com'; 'brotenberg@wolffsamson.com'; 'broy@rltlawfirm.com';

'bruce.wright@sutherland.com'; 'bstrickland@wtplaw.com'; 'btrust@mayerbrown.com';

'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'cahn@clm.com';

'canelas@pursuitpartners.com'; 'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com';

'cbelmonte@ssbb.com'; 'cdesiderio@nixonpeabody.com'; 'cgonzalez@diazreus.com';

'Chad.Husnick@kirkland.com'; 'chammerman@paulweiss.com'; 'charles@filardi-law.com';

'charles_malloy@aporter.com'; 'chemrick@connellfoley.com'; 'chipford@parkerpoe.com';

'chris.donoho@lovells.com'; 'Christopher.Greco@kirkland.com'; 'clarkb@sullcrom.com';

'clynch@reedsmith.com'; 'cmestres@aclawllp.com'; 'cmontgomery@salans.com';

'cohen@sewkis.com'; 'cp@stevenslee.com'; 'cpappas@dilworthlaw.com';

'craig.goldblatt@wilmerhale.com'; 'craigjustinalbert@gmail.com';

'crmomjian@attorneygeneral.gov'; 'csalomon@beckerglynn.com'; 'cschreiber@winston.com';

'cshore@whitecase.com'; 'cshulman@sheppardmullin.com'; 'cszyfer@stroock.com';

'cwalsh@mayerbrown.com'; 'cward@polsinelli.com'; 'cweber@ebg-law.com';

'cweiss@ingramllp.com'; 'dallas.bankruptcy@publicans.com'; 'dave.davis@isgria.com';

'david.bennett@tklaw.com'; 'david.heller@lw.com'; 'david.livshiz@freshfields.com';

'david.powlen@btlaw.com'; 'davids@blbglaw.com'; 'davidwheeler@mvalaw.com';

'dbarber@bsblawyers.com'; 'dbaumstein@whitecase.com'; 'dbesikof@loeb.com'; 'dcimo@gjb-law.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddavis@paulweiss.com';

'ddrebsky@nixonpeabody.com'; 'deggermann@kramerlevin.com'; 'deggert@freebornpeters.com';

'demetra.liggins@tklaw.com'; 'dfelder@orrick.com'; 'dflanigan@polsinelli.com';

4

'dgrimes@reedsmith.com'; 'dhayes@mcguirewoods.com'; 'dheffer@foley.com';

'dhurst@coleschotz.com'; 'dhw@dhclegal.com'; 'diconzam@gtlaw.com';

'djcarragher@daypitney.com'; 'djoseph@stradley.com'; 'dkessler@ktmc.com';

'dkozusko@willkie.com'; 'dlemay@chadbourne.com'; 'dlipke@vedderprice.com';

'dmark@kasowitz.com'; 'dmarkham@gibbonslaw.com'; 'dmcguire@winston.com';

'dmiller@steinlubin.com'; 'dmurray@jenner.com'; 'dneier@winston.com';

'dove.michelle@dorsey.com'; 'dpegno@dpklaw.com'; 'draelson@fisherbrothers.com';

'drosenzweig@fulbright.com'; 'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com';

'dshaffer@wtplaw.com'; 'dshemano@peitzmanweg.com'; 'dspelfogel@foley.com';

'dtatge@ebglaw.com'; 'dtheising@harrisonmoberly.com'; 'dwdykhouse@pbwt.com';

'dwildes@stroock.com'; 'dworkman@bakerlaw.com'; 'easmith@venable.com';

'ecohen@russell.com'; 'edward.flanders@pillsburylaw.com'; 'efriedman@fklaw.com';

'efriedman@friedmanspring.com'; 'eglas@mccarter.com'; 'ekbergc@lanepowell.com';

'eleicht@whitecase.com'; 'ellen.halstead@cwt.com'; 'emagnelli@bracheichler.com';

'emerberg@mayerbrown.com'; 'enkaplan@kaplanlandau.com'; 'eobrien@sbchlaw.com';

'eschwartz@contrariancapital.com'; 'etillinghast@sheppardmullin.com';

'ezujkowski@emmetmarvin.com'; 'ffm@bostonbusinesslaw.com'; 'fhenn@law.nyc.gov';

'fhyman@mayerbrown.com'; 'foont@foontlaw.com'; 'fritschj@sullcrom.com';

'fsosnick@shearman.com'; 'fyates@sonnenschein.com'; 'gabriel.delvirginia@verizon.net';

'gary.ravertpllc@gmail.com'; 'george.south@dlapiper.com'; 'ggitomer@mkbattorneys.com';

'ggoodman@foley.com'; 'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com';

'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com'; 'goldenberg@ssnyc.com';

'gspilsbury@jsslaw.com'; 'harrisjm@michigan.gov'; 'harveystrickon@paulhastings.com';

'hbeltzer@mayerbrown.com'; 'heim.steve@dorsey.com'; 'heiser@chapman.com';

'hmagaliff@r3mlaw.com'; 'hollace.cohen@troutmansanders.com'; 'holsen@stroock.com';

'hooper@sewkis.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com';

'hsnovikoff@wlrk.com'; 'hsteel@brownrudnick.com'; 'ian.roberts@bakerbotts.com';

'icatto@mwe.com'; 'igoldstein@proskauer.com'; 'ilevee@lowenstein.com'; 'irethy@stblaw.com';

'israel.dahan@cwt.com'; 'iva.uroic@dechert.com'; 'jacobsonn@sec.gov';

'jalward@blankrome.com'; 'james.heaney@lawdeb.com'; 'james.mcclammy@dpw.com';

'james.sprayregen@kirkland.com'; 'jamesboyajian@gmail.com';

'jamestecce@quinnemanuel.com'; 'jar@outtengolden.com'; 'jason.jurgens@cwt.com';

'jay.hurst@oag.state.tx.us'; 'jay@kleinsolomon.com'; 'jbeemer@entwistle-law.com';

'jbeiers@co.sanmateo.ca.us'; 'jbird@polsinelli.com'; 'jbromley@cgsh.com'; 'jcarberry@cl-law.com';

'jchristian@tobinlaw.com'; 'jchubak@proskauer.com'; 'jclose@chapman.com';

'jdoran@haslaw.com'; 'Jdrucker@coleschotz.com'; 'jdwarner@warnerandscheuerman.com';

'jdweck@sutherland.com'; 'jdyas@halperinlaw.net'; 'jean-david.barnea@usdoj.gov';

'jeanites@whiteandwilliams.com'; 'jeannette.boot@wilmerhale.com'; 'jeff.wittig@coair.com';

'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com'; 'jennifer.demarco@cliffordchance.com';

'jennifer.gore@shell.com'; 'jfalgowski@reedsmith.com'; 'jfreeberg@wfw.com';

'jg5786@att.com'; 'jgenovese@gjb-law.com'; 'jgoodchild@morganlewis.com';

'jguy@orrick.com'; 'jhiggins@fdlaw.com'; 'jhorgan@phxa.com';

'jhuggett@margolisedelstein.com'; 'jim@atkinslawfirm.com'; 'jjoyce@dresslerpeters.com';

'jjtancredi@daypitney.com'; 'jjureller@klestadt.com'; 'jlamar@maynardcooper.com';

'jlawlor@wmd-law.com'; 'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlscott@reedsmith.com';

'jmaddock@mcguirewoods.com'; 'jmakower@tnsj-law.com'; 'jmazermarino@msek.com';

'jmelko@gardere.com'; 'jmerva@fult.com'; 'jmmurphy@stradley.com'; 'jmr@msf-law.com';

'jnadritch@olshanlaw.com'; 'jnm@mccallaraymer.com'; 'john.monaghan@hklaw.com';

'john.mule@ag.state.mn.us'; 'john.rapisardi@cwt.com'; 'jonathan.goldblatt@bnymellon.com';

'Jonathan.Henes@kirkland.com'; 'jorbach@hahnhessen.com'; 'Joseph.Cordaro@usdoj.gov';

'Joseph.Serino@kirkland.com'; 'joshua.dorchak@bingham.com'; 'jowen769@yahoo.com';

'joy.mathias@dubaiic.com'; 'JPintarelli@mofo.com'; 'jporter@entwistle-law.com';

'jprol@lowenstein.com'; 'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com';

'jschiller@bsfllp.com'; 'jschreib@chapman.com'; 'jschwartz@hahnhessen.com';

'jsheerin@mcguirewoods.com'; 'jsherman@bsfllp.com'; 'jshickich@riddellwilliams.com';

'jsmairo@pbnlaw.com'; 'jstoll@mayerbrown.com'; 'jsullivan@mosessinger.com';

'jtimko@shutts.com'; 'judy.morse@crowedunlevy.com'; 'jvail@ssrl.com';

'jwcohen@daypitney.com'; 'jweiss@gibsondunn.com'; 'jwest@velaw.com';

'jwh@njlawfirm.com'; 'kanema@formanlaw.com'; 'karen.wagner@dpw.com';

'karl.geercken@alston.com'; 'kdwbankruptcydepartment@kelleydrye.com';

'keckhardt@hunton.com'; 'keith.simon@lw.com'; 'Ken.Coleman@allenovery.com';

'ken.higman@hp.com'; 'kerry.moynihan@hro.com'; 'kgwynne@reedsmith.com';

'kiplok@hugheshubbard.com'; 'kit.weitnauer@alston.com'; 'kjarashow@stutman.com';

'kkelly@ebglaw.com'; 'kkolbig@mosessinger.com'; 'klyman@irell.com';

'klynch@formanlaw.com'; 'kmayer@mccarter.com'; 'kobak@hugheshubbard.com';

'korr@orrick.com'; 'kovskyd@pepperlaw.com'; 'kressk@pepperlaw.com';

'KReynolds@mklawnyc.com'; 'krodriguez@allenmatkins.com'; 'krosen@lowenstein.com';

'kurt.mayr@bgllp.com'; 'lacyr@sullcrom.com'; 'Landon@slollp.com'; 'lapeterson@foley.com';

'lawallf@pepperlaw.com'; 'lawrence.gelber@srz.com'; 'lberkoff@moritthock.com';

'Lee.Stremba@troutmansanders.com'; 'lgranfield@cgsh.com'; 'lhandelsman@stroock.com';

'lhill@reedsmith.com'; 'lhoffman@deilylawfirm.com'; 'linda.boyle@twtelecom.com';

'lisa.solomon@att.net'; 'LJKotler@duanemorris.com'; 'lkatz@ltblaw.com';

'LKISS@KLESTADT.COM'; 'lmarinuzzi@mofo.com'; 'Lmay@coleschotz.com';

'lmcgowen@orrick.com'; 'lnashelsky@mofo.com'; 'loizides@loizides.com';

'lperkins@deilylawfirm.com'; 'lscarcella@farrellfritz.com'; 'lschweitzer@cgsh.com';

'lwhidden@salans.com'; 'mabrams@willkie.com'; 'MAOFILING@CGSH.COM';

'Marc.Chait@SC.com'; 'margolin@hugheshubbard.com'; 'mark.bane@ropesgray.com';

'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com'; 'mark.ellenberg@cwt.com';

'mark.mckane@kirkland.com'; 'mark.sherrill@sutherland.com'; 'Marvin.Clements@ag.tn.gov';

'matt@willaw.com'; 'matthew.klepper@dlapiper.com'; 'maustin@orrick.com';

'mbenner@tishmanspeyer.com'; 'mberman@nixonpeabody.com';

'mberman@nixonpeabody.com'; 'mbienenstock@proskauer.com'; 'mbloemsma@mhjur.com';

'mbossi@thompsoncoburn.com'; 'mcademartori@sheppardmullin.com';

'mccarthyj@sullcrom.com'; 'mcordone@stradley.com'; 'mcto@debevoise.com';

'mcyganowski@oshr.com'; 'mdorval@stradley.com'; 'melorod@gtlaw.com';

'meltzere@pepperlaw.com'; 'metkin@lowenstein.com'; 'mfeldman@willkie.com';

'mginzburg@daypitney.com'; 'mgordon@briggs.com'; 'mgreger@allenmatkins.com';

'mh1@mccallaraymer.com'; 'mhopkins@cov.com'; 'michael.frege@cms-hs.com';

'michael.kelly@monarchlp.com'; 'michael.krauss@faegrebd.com';

'michael.mccrory@btlaw.com'; 'michaels@jstriallaw.com'; 'millee12@nationwide.com';

'miller@taftlaw.com'; 'mimi.m.wong@irscounsel.treas.gov'; 'mitchell.ayer@tklaw.com';

'mjedelman@vedderprice.com'; 'MJR1@westchestergov.com'; 'mlahaie@akingump.com';

8

'MLandman@lcbf.com'; 'mlichtenstein@crowell.com'; 'mlynch2@travelers.com';

'mmendez@crb-law.com'; 'mmorreale@us.mufg.jp'; 'mneier@ibolaw.com';

'monica.lawless@brookfieldproperties.com'; 'mpage@kelleydrye.com';

'mparry@mosessinger.com'; 'mprimoff@kayescholer.com'; 'mpucillo@bermanesq.com';

'mrosenthal@gibsondunn.com'; 'mrothchild@mofo.com'; 'mruetzel@whitecase.com';

'mschimel@sju.edu'; 'msegarra@mayerbrown.com'; 'mshiner@tuckerlaw.com';

'msolow@kayescholer.com'; 'mspeiser@stroock.com'; 'mstamer@akingump.com';

'munno@sewkis.com'; 'mvenditto@reedsmith.com'; 'mwarner@coleschotz.com';

'mwarren@mtb.com'; 'nathan.spatz@pillsburylaw.com'; 'nbojar@fklaw.com';

'ncoco@mwe.com'; 'neal.mann@oag.state.ny.us'; 'ned.schodek@shearman.com';

'neilberger@teamtogut.com'; 'Nherman@morganlewis.com'; 'nissay_10259-0154@mhmjapan.com'; 'nlepore@schnader.com'; 'notice@bkcylaw.com';

'NYROBankruptcy@SEC.GOV'; 'otccorpactions@finra.org'; 'pbattista@gjb-law.com';

'pbosswick@ssbb.com'; 'pdublin@akingump.com'; 'peisenberg@lockelord.com';

'peter.gilhuly@lw.com'; 'peter.macdonald@wilmerhale.com'; 'peter.simmons@friedfrank.com';

'peter@bankrupt.com'; 'pfeldman@oshr.com'; 'pfinkel@wilmingtontrust.com';

'phayden@mcguirewoods.com'; 'philip.wells@ropesgray.com'; 'pmaxcy@sonnenschein.com';

'ppascuzzi@ffwplaw.com'; 'ppatterson@stradley.com'; 'psp@njlawfirm.com';

'ptrostle@jenner.com'; 'raj.madan@skadden.com'; 'ramona.neal@hp.com';

'raul.alcantar@alcantarlaw.com'; 'rbeacher@pryorcashman.com'; 'rbernard@foley.com';

'rbyman@jenner.com'; 'rdaversa@orrick.com'; 'relgidely@gjb-law.com';

'rflanagan@flanassoc.com'; 'rfriedman@silvermanacampora.com'; 'rgmason@wlrk.com';

'rgoodman@moundcotton.com'; 'rgraham@whitecase.com'; 'rhett.campbell@tklaw.com';

'rhorkovich@andersonkill.com'; 'richard.fingard@newedge.com'; 'richard.lear@hklaw.com';

'richard@rwmaplc.com'; 'rick.murphy@sutherland.com'; 'RJones@BoultCummings.com';

'rleek@HodgsonRuss.com'; 'RLevin@cravath.com'; 'rmatzat@hahnhessen.com';

'rnetzer@willkie.com'; 'robert.dombroff@bingham.com'; 'robert.honeywell@klgates.com';

'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov'; 'Robin.Keller@Lovells.com';

'roger@rnagioff.com'; 'ronald.silverman@bingham.com'; 'ross.martin@ropesgray.com';

'rpedone@nixonpeabody.com'; 'rrainer@wmd-law.com'; 'rroupinian@outtengolden.com';

'rrussell@andrewskurth.com'; 'russj4478@aol.com'; 'rwasserman@cftc.gov';

'sabin.willett@bingham.com'; 'sabramowitz@velaw.com'; 'sabvanrooy@hotmail.com';

'Sally.Henry@skadden.com'; 'samuel.cavior@pillsburylaw.com'; 'sandyscafaria@eaton.com';

'scargill@lowenstein.com'; 'schager@ssnyc.com'; 'schannej@pepperlaw.com';

'Schepis@pursuitpartners.com'; 'schnabel.eric@dorsey.com'; 'schristianson@buchalter.com';

'schwartzmatthew@sullcrom.com'; 'scott.golden@hoganlovells.com'; 'scottj@sullcrom.com';

'scottshelley@quinnemanuel.com'; 'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov';

'seba.kurian@invesco.com'; 'sehlers@armstrongteasdale.com'; 'sfalanga@connellfoley.com';

'sfelderstein@ffwplaw.com'; 'sfineman@lchb.com'; 'sfox@mcguirewoods.com';

'sgordon@cahill.com'; 'sgraziano@blbglaw.com'; 'sgubner@ebg-law.com'; 'sharbeck@sipc.org';

'shari.leventhal@ny.frb.org'; 'shgross5@yahoo.com'; 'sidorsky@butzel.com';

'sldreyfuss@hlgslaw.com'; 'sleo@bm.net'; 'slerman@ebglaw.com'; 'slerner@ssd.com';

'slevine@brownrudnick.com'; 'SLoden@DiamondMcCarthy.com'; 'smillman@stroock.com';

'smulligan@bsblawyers.com'; 'snewman@katskykorins.com'; 'sory@fdlaw.com';

'squsba@stblaw.com'; 'SRee@lcbf.com'; 'sschultz@akingump.com'; 'sselbst@herrick.com';

'sshimshak@paulweiss.com'; 'sskelly@teamtogut.com'; 'sstarr@starrandstarr.com';

'steele@lowenstein.com'; 'stephen.cowan@dlapiper.com'; 'stephen.hessler@kirkland.com';

'steve.ginther@dor.mo.gov'; 'steven.usdin@flastergreenberg.com';

'steven.wilamowsky@bingham.com'; 'Streusand@slollp.com';

'susheelkirpalani@quinnemanuel.com'; 'swolowitz@mayerbrown.com'; 'szuch@wiggin.com';

'tannweiler@greerherz.com'; 'tbrock@ssbb.com'; 'tdewey@dpklaw.com'; 'TGoren@mofo.com';

'thomas.califano@dlapiper.com'; 'timothy.harkness@freshfields.com';

'tjfreedman@pbnlaw.com'; 'tkiriakos@mayerbrown.com'; 'tlauria@whitecase.com';

'tmacwright@whitecase.com'; 'tnixon@gklaw.com'; 'toby.r.rosenberg@irscounsel.treas.gov';

'tomwelsh@orrick.com'; 'tsalter@blankrome.com'; 'tslome@msek.com'; 'tunrad@burnslev.com';

'twheeler@lowenstein.com'; 'Villa@slollp.com'; 'vmilione@nixonpeabody.com';

'vrubinstein@loeb.com'; 'wanda.goodloe@cbre.com'; 'WBallaine@lcbf.com';

'wbenzija@halperinlaw.net'; 'wchen@tnsj-law.com'; 'wcurchack@loeb.com';

'wdase@fzwz.com'; 'will.sugden@alston.com'; 'wiltenburg@hugheshubbard.com';

'wisotska@pepperlaw.com'; 'wk@pwlawyers.com'; 'wmaher@wmd-law.com';

'wmarcari@ebglaw.com'; 'wmckenna@foley.com'; 'wrightth@sullcrom.com';

'wsilverm@oshr.com'; 'wswearingen@llf-law.com'; 'wtaylor@mccarter.com';

'wweintraub@stutman.com'; 'wzoberman@bermanesq.com'; 'YUwatoko@mofo.com';

## **Exhibit B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

## Exhibit C

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007