## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:  LEHMAN BROTHERS COMMODITY SERVICES INC.

MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SOLUS OPPORTUNITIES FUND 1 LP ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. in the amount of $2,118,753.84, docketed as Claim No. 67110 (the "Claim") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of November, 2014.

| MACQUARIE BANK LIMITED | SOLUS OPPORTUNITIES FUND 1 LP |
| --- | --- |
| | By: Solus Alternative Asset Management LP |
| | Its Investment Advisor |
| By: *[signature]* | By: _____ |
| Name: Alan D Cameron | Name: _____ |
| Title: Executive Director | Title: _____ |
| Fixed Income & Currencies | |
| Macquarie Bank Ltd | |
| By: *[signature]* | |
| Name: Nathan Booker | |
| Title: Division Director | |

(Signed in Sydney, POA Ref: #938 dated 22nd November 2012)

11

**Error! Unknown document property name.**

#1365592

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS COMMODITY SERVICES INC.

    MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SOLUS OPPORTUNITIES FUND 1 LP ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. in the amount of $2,118,753.84, docketed as Claim No. 67110 (the "Claim") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 18 day of November, 2014.

**MACQUARIE BANK LIMITED**

By: _____
Name: _____
Title: _____

By: _____
Name: _____
Title: _____

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: **Christopher Bondy**
Title: Executive Vice President

11

Error! Unknown document property name.