UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Ref. Docket No. 46960-46962 |

------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on the 14th day of November 2014, I caused true and correct copies of The RMBS Trustees' (1) Reply In Support Of Statistical Sampling To Estimate The RMBS Claims, And (2) Opposition To Lehman's Cross-Motion For A Loan-By-Loan Review [ECF No. 46960]; Declaration Of Charles A. Parekh, PH.D. [ECF No. 46961]; and Declaration of Franklin H. Top III Regarding the RMBS Trustees' (1) Reply in Support of their Motion to Estimate the RMBS Claims Using Statistical Sampling, And (2) Opposition to Lehman's Cross-Motion for a Full Loan-by-Loan Review [ECF No. 46962], to be sent by UPS Overnight Mail to the parties shown below.

OFFICE OF THE US TRUSTEE
U.S. Federal Office Building
Attn:    William K. Harrington, Esq.
         Susan D. Golden, Esq.
         Andrea B. Schwartz, Esq.
201 Varick Street, Room 1006
New York, NY 10014

INTERNAL REVENUE SERVICE
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Honorable Shelley C. Chapman
One Bowling Green, Courtroom 623
New York, NY 10004

WEIL GOTSHAL & MANGES LLP
Attn:    Richard P. Krasnow, Esq.
         Lori R. Fife, Esq.
         Jacqueline Marcus, Esq.
         Shai Y. Waisman, Esq.
         Robert J. Lemons, Esq.
767 Fifth Avenue
New York, NY 10153

MILBANK, TWEED, HADLEY & McCLOY LLP
Attn:    Dennis F. Dunne, Esq.
         Wilbur F. Foster, Jr., Esq.
         Dennis C. O'Donnell, Esq.
         Evan R. Fleck. Esq
1 Chase Manhattan Plaza
New York, NY 10005

WILLKIE FARR & GALLAGHER LLP
Attn:    Paul V. Shalhoub, Esq.
         Todd G. Cosenza, Esq.
787 Seventh Avenue
New York, NY 10019

JONES & KELLER, P.C.
Attn:    Michael A. Rollin, Esq.
         Maritza Dominguez Braswell, Esq.
1999 Broadway, Suite 3150
Denver, CO 80202

Hannah M. Wendling