## EVIDENCE OF TRANSFER OF CLAIM

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:  LEHMAN BROTHERS HOLDINGS INC.

MACQUARIE BANK LIMITED  ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SOLUS OPPORTUNITIES FUND 2 LP ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $2,701,411.15, docketed as Claim No. 67111 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of November, 2014.

| MACQUARIE BANK LIMITED | SOLUS OPPORTUNITIES FUND 2 LP |
| --- | --- |
| | **By: Solus Alternative Asset Management LP** |
| | **Its Investment Advisor** |

MACQUARIE BANK LIMITED

By: _____
Name: _____Alan D Cameron_____
Title:_____Executive Director_____
Fixed Income & Currencies
Macquarie Bank Ltd

By: _____
Name: _____Nathan Booker_____
Title:_____Division Director_____

SOLUS OPPORTUNITIES FUND 2 LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: _____
Title:_____

(Signed in Sydney, POA Ref: #938
dated 22nd November 2012)

**Error! Unknown document property name.**

#1365593

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SOLUS OPPORTUNITIES FUND 2 LP ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $2,701,411.15, docketed as Claim No. 67111 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.,* Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of November, 2014.

**MACQUARIE BANK LIMITED**

By: _____
Name: _____
Title: _____

By: _____
Name: _____
Title: _____

**SOLUS OPPORTUNITIES FUND 2 LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: **Christopher Bondy**
Title: Executive Vice President

**Error! Unknown document property name.**

13