FILED / RECEIVED
NOV 06 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

NOV 10 2014

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Union Bancaire Privée, UBP SA | UBS AG |
| Notices to Transferee should be sent to:<br><br>Union Bancaire Privée, UBP SA<br>Rue du Rhone 96-98<br>P.O. Box 1320<br>CH-1211 Geneva 1<br>Switzerland | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 100'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Union Bancaire Privée, UBP SA    Date:

[signature]    [signature]
Securities Department    Securities Department

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

110C263 UBS0278 UBP 100K 275063
Seite 1 von 3

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10% Barrier Lehman 2007-5.11.2008 | XS0326542072 | LBS NV | LBH Inc. | EUR 100'000.00 out of EUR 2'333'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Union Bancaire Privée, UBP SA
Rue du Rhone 96-98
P.O. Box 1320
CH-1211 Geneva 1
Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules

TOC263 UBS0278 UBP 100K 2750613
Seite 2 von 3

of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 24, 2014.

UBS AG
Transferor

By: _____
Name: Stephan Gfeller
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director

ACKNOWLEDGED BY:

Union Bancaire Privée, UBP SA
Transferee

By: _____
Name: Leonardo Toptani
Title: Director

_____
Securities Dpt
Associate

TOC263 UBS0278 UBP 100K 2750613
Seite 3 von 3

**Extremely Urgent**    www.ups.com

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
  Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
  La UPS EXPRESS ENVELOPE va usata unicamente per spedire documenti.
  El uso del UPS EXPRESS ENVELOPE está exclusivamente destinado para el envío

Place UPS shipping documentation here.
Bitte bringen Sie die UPS Versanddokumentation hier an.
La documentazione di spedizione UPS va incollata qui.
Adhiera la documentación de envío aquí.

+41228192290
UBP
RUE DU RHONE 96 98
1204 GENèVE
SWITZERLAND

ENV    1 OF 1
SHP#: 8A60 40G9 49N
DATE: 5 NOV 2014

Document de secours - Veuillez le placer sur le colis
TR#: 1Z 8A6 040 04 4183 8833    SHP#: 8A60 40G9 49N

SHIP TO:
LEHMAN BROTHERS HOLDINGS CLAIMS
(646) 282-2500
EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 3RD FLOOR
**NEW YORK  NY 10017**
**UNITED STATES**



NY 100 9-44



**UPS SAVER**
TRACKING #: 1Z 8A6 040 04 4183 8833    I P





BILLING: P/P
DESC: DOCUMENTS    EDI-DOC

N° de facture: 605

NOV 06 2014

Shipper's Signature:    Date:



01872118  08/10  I P    United Parcel Service, Louisville, KY