FILED / RECEIVED

NOV 0 6 2014

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED NOV 10 2014 U.S. BANKRUPTCY COURT

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. (Debtor)   ,          Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rahn & Bodmer Co.
Name of Transferee

Centrum Bank AG, Vaduz
Name of Transferor

Name and Address where notices to transferee should be sent:     Rahn & Bodmer Co.
Talstrasse 15, Postfach
8022 Zürich, Schweiz
attn. Enrico Nussio

Court Claim # (if known):     58786
Amount of Claim:     $50,000.00
Date Claim Filed:     10/30/2009

Phone:   +41 44 639 14 32
Last Four Digits of Acct #: _____

Phone:   +423 238 35 15
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.   Rahn & Bodmer Co.

By: _____   _____   Date: 11/04/2014
Transferee/Transferee's Agent
Enrico Nussio   Edgar Kühne

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Centrum Bank AG, Vaduz,** ("Transferor") unconditionally and irrevocably transferred to Rahn & Bodmer Co, Zurich, ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **amount of USD 50'000.-** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 October 2014.

**Centrum Bank AG**

Rainer Güntensperger
Executive Director

Gerhard Röösli
Associate Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| XS0187966949 | 58786 | 30 October 2009 | Lehman Brothers Securities NV | USD 50'000 |

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| XS0187966949 | 58786 | 30 October 2009 | Lehman Brothers Securities NV | USD 50'000 |

R & B

US Bankruptcy Court/Southern District of NY
c/o EPIQ Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
757 third Avenue, 3rd floor
New York, NY 10017
USA

Zurich, November 4, 2014
CPA-enu

**Lehman Brothers Holdings Inc. - Transfer of Claim**

NOV 1 0 2014

Dear Sir or Madam

Please find enclosed the completed and signed forms regarding a claim transfer.

In case you should need any further clarification please let us know.

Yours sincerely
Rahn & Bodmer Co.

Enrico Nussio                              Edgar Kühne

Enclosure:
Form 210A
Evidence of Transfer of Claim

FedEx Express ®

**From:** 0446391557
Lony Kunst
Rahn & Bodmer
Talstrasse 15
Postfach 2722
Zuerich, 8022
SWITZERLAND

Origin ID: ZRHA

FedEx Express

BILL SENDER

**SHIP TO:** (914) 390.4660
US Bankruptcy Court/Southern
District of NY c/o EPIQ Bankr. Sol.
LLC / attn. Lehman Borthers Hold.
Cl.Pros. / 757 third Av. 3rd floor

NEW YORK, NY 10017
US

Ship Date: 05NOV14
ActWgt: 0.4 KG
CAD: 25558Z0/NET3550

REF:
DESC-1: Interoffice Memos
DESC-2:
DESC-3:
DESC-4:

COUNTRY MFG: CH
CARRIAGE VALUE: 1.00 SFR
CUSTOMS VALUE: 1.00 SFR

SIGN: Lony Kunst
ENV/VAT:
PKG TYPE: ENV

TRK#  7717 4456 1554
[0430]

10:30A
INTL PRIORITY
ISR
10017
NY-US
EWR

NB OGSA

FedEx
TRK#  7717 4456 1554
[0430]

NB OGSA

5004884 IND 11/06 513G1/616C/AA44

FILED / RECEIVED
NOV 06 2014
EPIQ SYSTEMS

INTL PRIORITY CLR
ISR CLR
10017
NY-US
EWR

0A

...s only
with the container and
...rms and conditions and
applicable FedEx
current FedEx Service
...
...xpress services,
...s, go to fedex.com, or
...tion.

◄ Insert shipping
document here.

7717 4456 1554