**KAPLAN LANDAU LLP**
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

**JULIEN & SCHLESINGER, P.C.**
207 East 94th Street
Suite 303
New York, NY 10128
(212) 962-8020

*Attorneys for Claimants: Richard J. Glasebrook II (Claim No. 9682), Judith Ann Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Christian Reynolds (28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711), David I. Weiner (Claim No. 18314), Seth Finkel (Claim No. 18067) and Richard Levine (Claim No. 31657).*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., et al.

                            Debtors.
------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF APPEAL

Claimants Marvin C. Schwartz, Stephanie Stiefel, Richard J. Glasebrook II, Judith Ann Kenney, Richard Nackenson, Henry Ramallo, Christian Reynolds, David I. Weiner, Richard Levine and Seth Finkel hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158 from the judgment, order and/or decree of the Honorable Shelley C. Chapman, Bankruptcy Judge, Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards entered in these

Chapter 11 proceedings on the 7th day of November, 2014, and the Memorandum Decision of Judge Chapman, dated November 3, 2014, on which said order is based, and from each and every part of the same, as well as the whole thereof.

Dated: New York, New York
November 21, 2014

KAPLAN LANDAU LLP

By: _____
Eugene Neal Kaplan (EK-4229)
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

Michael S. Schlesinger (MS-0399)
**JULIEN & SCHLESINGER, P.C.**
207 East 94th Street
Suite 303
New York, New York 10128
(212) 962-8020

*Attorneys for the Neuberger Claimants*

2

## AFFIRMATION OF SERVICE

EUGENE NEAL KAPLAN, an attorney who is not a party to this action, and is duly licensed to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR §2106, that I served the annexed Notice of Appeal by electronic transmission to the e-mail addresses below, the attorneys of record, on November 21, 2014.

>Ralph I. Miller, Esq.
>WEIL, GOTSHAL & MANGES LLP
>767 Fifth Avenue
>New York, New York 10153
>(212) 310-8965
>ralph.miller@weil.com
>
>Richard J. Schager, Jr., Esq.
>Andrew R. Goldenberg, Esq.
>STAMELL & SCHAGER LLP
>One Liberty Plaza, 23rd Floor
>New York, New York 10006-1404
>(212) 566-4047
>schager@ssnyc.com
>goldenberg@ssnyc.com
>
>Lisa M. Solomon
>LAW OFFICES OF LISA M. SOLOMON
>One Grand Central Place
>305 Madison Avenue, Suite 4700
>(212) 471-0067
>lisa.solomon@att.net
>
>Howard P. Magaliff, Esq.
>Robert N. Michaelson, Esq.
>RICH MICHAELSON MAGALIFF MOSER LLP
>340 Madison Avenue, 19th Floor
>New York, New York
>(212) 220-9402
>hmagaliff@r3mlaw.com
>rmichaelson@r3mlaw.com

LAW OFFICES OF A. JAMES BOYAJIAN
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(424) 258-0777
jamesboyajian@gmail.com

Dated: November 21, 2014

_____
EUGENE NEAL KAPLAN