STAMELL & SCHAGER, LLP
555 Fifth Avenue, 14th Floor
New York, NY  10017-9257
Richard J. Schager, Jr., Esq. (RS5875)
Andrew R. Goldenberg, Esq. (AG8213)

*Counsel for Appealing Parties Identified Below*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No.08-13555 (SCC) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------x

## NOTICE OF APPEAL

Claimants appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, from each and every part of the *Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards* [Dkt. # 46853] entered November 7, 2014 in the above-captioned case, including all judgments, decrees, decisions, rulings and/or opinions that merged into or became a part of the Order on which the Order was based.

The name of each appealing Claimant to the Order appealed from and the names, addresses and telephone numbers of each of their respective attorneys are as follows:

| Appealing Parties' Names | Attorneys' Name, Address and Telephone Number |
|---|---|
| Jennifer Adler, Ian Anderson, Jennifer Becker, Craig Benson, Paola Biraschi, Karen Brewer, William Broadbent, David Brooks, Guillemette Callies, Patrick Cremin, Michael Collier, Joseph D'Amadeo, John Dmuchowski, Nestor De Jesus, Steven Engel, Louise Goldberg, Michael Gran, Anshuman Goyal, Adrian Graves, Sandra Hahn-Colbert, Gregg Hawes, Nicholas Howard, Julian Iragorri, Harriet Chan King, Karen Krieger, Tal Lev Ari, Yeruchim Levilev, Sarah Lewis, Patricia Luken, Lawrence McCarthy, Michael McCully, Hugh McGee, Michael Mullen (Estate of), Ian Neville, Thomas O'Sullivan, Helmut Olivier, Martin Patterson, Michael Petrucelli, Sandy Fleischman Richman, Barry Porter, Jack Rivkin, Alvaro Santodomingo, Christiane Schuster, Steven Schwab, Brian Seward, Ross Shapiro, Paul Shotton, Norman Siegel, Margaret Smith, Stephen Snelling, Gregg Somma, Andrea Sullivan, Milan Veleba, Pierluigi Volini, Peter Ward, Jeffrey Wecker, Colin S.A. Welch, Timothy Wilkinson and Judith Winchester | Stamell & Schager, LLP<br>555 Fifth Avenue, 14th Floor<br>New York, NY  10017<br>Tel.: (212) 566-4047<br>Richard J. Schager, Jr.<br>Andrew R. Goldenberg |

The names of appellees and the names, address and telephone number of their attorneys are as follows:

| | |
|---|---|
| Lehman Brothers Holdings Inc. and its affiliated debtors | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8965<br>Ralph I. Miller<br>Robert J. Lemons<br>Denise Alvarez<br>Teresa Brady |

Dated: New York, New York
November 21, 2014

        STAMELL & SCHAGER, LLP

        By: /s/ Richard J. Schager, Jr.
        Richard J. Schager, Jr.
        Andrew R. Goldenberg
        555 Fifth Avenue, 14th Floor
        New York, NY  10017
        Tel.:  (212) 566-4047
        Fax:  (212) 566-4061

*Counsel to Claimants:  Jennifer Adler, Ian Anderson, Jennifer Becker, Craig Benson, Paola Biraschi, Karen Brewer, William Broadbent, David Brooks, Guillemette Callies, Patrick Cremin, Michael Collier, Joseph D'Amadeo, John Dmuchowski, Nestor De Jesus, Steven Engel, Louise Goldberg, Michael Gran, Anshuman Goyal, Adrian Graves, Sandra Hahn-Colbert, Gregg Hawes, Nicholas Howard, Julian Iragorri, Harriet Chan King, Karen Krieger, Tal Lev Ari, Yeruchim Levilev, Sarah Lewis, Patricia Luken, Lawrence McCarthy, Michael McCully, Hugh McGee, Michael Mullen (Estate of), Ian Neville, Thomas O'Sullivan, Helmut Olivier, Martin Patterson, Michael Petrucelli, Sandy Fleischman Richman, Barry Porter, Jack Rivkin, Alvaro Santodomingo, Christiane Schuster, Steven Schwab, Brian Seward, Ross Shapiro, Paul Shotton, Norman Siegel, Margaret Smith, Stephen Snelling, Gregg Somma, Andrea Sullivan, Milan Veleba, Pierluigi Volini, Jeffrey Wecker, Peter Ward, Colin S.A. Welch, Timothy Wilkinson and Judith Winchester*