RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, NY 10173
212.220.9402
Howard P. Magaliff
Robert N. Michaelson

*Counsel for Donald Boughrum, Morgan Lawrence,*
*Nicole Lawrence, Brian Monahan and Roger Saks*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
------------------------------------------------------------ x

## NOTICE OF APPEAL

  Notice is hereby given that Donald Boughrum, Morgan Lawrence, Nicole Lawrence, Brian Monahan and Roger Saks appeal to the United States District Court for the Southern District of New York from the *Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards* entered on November 7, 2014 (ECF doc. 46853) the *Memorandum Decision Sustaining Omnibus Objections to Claims* entered on November 3, 2014 (ECF doc. 46797).

  The appellants are represented by the undersigned counsel. The names of appellees and the names, address and telephone number of their attorneys are as follows:

| Lehman Brothers Holdings Inc. and its affiliated debtors | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8965<br>Ralph I. Miller<br>Robert J. Lemons<br>Denise Alvarez<br>Teresa Brady |

**[signatures on next page]**

{00008346v1 }

| | |
|---|---|
| Dated: New York, New York<br>November 21, 2014 | RICH MICHAELSON MAGALIFF MOSER, LLP<br>Counsel for Donald Boughrum, Morgan Lawrence, Nicole Lawrence, Brian Monahan and Roger Saks<br>By:<br><br>/s/ Howard P. Magaliff<br>HOWARD P. MAGALIFF<br>ROBERT N. MICHAELSON<br>340 Madison Avenue, 19th Floor<br>New York, NY 10173<br>212.220.9402<br>*hmagaliff@r3mlaw.com*<br>*rmichaelson@r3mlaw.com* |