Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
*Attorneys for Rocco F. Andriola*
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Rocco F. Andriola appeals to the United States District Court for the Southern District of New York from the *Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards* entered on November 7, 2014 (ECF doc. 46853) the *Memorandum Decision Sustaining Omnibus Objections to Claims* entered on November 3, 2014 (ECF doc. 46797).

Dated: New York, New York
       November 21, 2014

                                        Goldberg Weprin Finkel Goldstein LLP
                                        *Attorneys for Rocco F. Andriola*
                                        1501 Broadway, 22nd Floor
                                        New York, New York 10036
                                        (212) 221-5700

                                By: _/s/ Kevin J. Nash_
                                            Kevin J. Nash

TO:   Weil, Gotshal & Manges LLP
        *Attorneys for the Debtors*
        767 Fifth Avenue
        New York, New York 10153
        <u>Attn</u>:  Ralph I. Miller, Esq.
                 Robert J. Lemons, Esq
        212-310-8000