Law Office of A. James Boyajian
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (424) 258-0777
Facsimile:  (424) 298-4377
Email: JamesBoyajian@gmail.com

*Attorneys for Virgilio Casuple, Darian J. Cohen,
Lars P. Jacobson, Mary Langevin, Amit K. Sarkar,
Christian E. Stevens, & Andrew Wideman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------x

## NOTICE OF APPEAL

Compensation Claimants *Virgilio Casuple, Darian J. Cohen, Lars P. Jacobson, Mary Langevin, Amit K. Sarkar, Christian E. Stevens,* and *Andrew Wideman*, creditors in the above-captioned proceeding, in accordance with Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, hereby appeal under 28 U.S.C. § 158(a) or (b) from the final order of the United States Bankruptcy Court for the Southern District of New York entitled, "ORDER SUSTAINING OMNIBUS OBJECTIONS AND RECLASSIFYING CLAIMS FOR RESTRICTED STOCK UNITS AND CONTINGENT STOCK AWARDS" (Docket No. 46853) (the "Order") which was entered in the above-captioned Chapter 11 cases on the 7th day of November 2014, including, without limitation, any and all judgments, decrees, memoranda, decisions, rulings, and/or opinions that merged into and/or became a part of the Order, that are related to the Order, and/or upon which the Order is based.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** |
|---|---|
| Lehman Brothers Holdings Inc.,<br><br>    Appellee. | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Ralph I. Miller<br>Robert J. Lemons,<br><br>    Counsel for Appellees. |
| Virgilio Casuple, Darian J. Cohen, Lars P. Jacobson, Mary Langevin, Amit K. Sarkar, Christian E. Stevens, & Andrew Wideman,<br><br>    Appellants. | LAW OFFICE OF A. JAMES BOYAJIAN<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (424) 258-0777<br>Facsimile:  (424) 298-4377<br>A. James Boyajian<br><br>    Counsel for Appellants. |

Dated: Los Angeles, California  　　LAW OFFICE OF A. JAMES BOYAJIAN
11/21/2014

　　　　　　　　　　　　　　　　　　By:   /s/  A. James Boyajian
　　　　　　　　　　　　　　　　　　　　A. James Boyajian

　　　　　　　　　　　　　　　　　　355 S. Grand Avenue, Suite 2450
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　Telephone: (424) 258-0777
　　　　　　　　　　　　　　　　　　Facsimile:  (424) 298-4377

　　　　　　　　　　　　　　　　　　*Attorneys for Appellants Virgilio Casuple,*
　　　　　　　　　　　　　　　　　　*Darian J. Cohen, Lars P. Jacobson,*
　　　　　　　　　　　　　　　　　　*Mary Langevin, Amit K. Sarkar,*
　　　　　　　　　　　　　　　　　　*Christian E. Stevens, & Andrew Wideman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                              Chapter 11 Case No.
                                                                    08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC.,
*et al.,*
                Debtors.

---

NOTICE OF APPEAL

---

LAW OFFICE OF A. JAMES BOYAJIAN
COUNSEL FOR COMPENSATION CLAIMANTS

355 S. GRAND AVENUE, SUITE 2450
LOS ANGELES, CA 90071
(424) 258-0777