# EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Attestor Value Master Fund LP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Trinity Investments Limited ("Buyer"), USD 13,665,019.70 of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 55570 (the "Claim"), in the case entitled In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10 day of November 2014.

**ATTESTOR VALUE MASTER FUND LP**
**ACTING BY**
**ATTESTOR CAPITAL LLP**

By: _____
Name: PIERRE - BOUR
Title: A.M.
Tel.: +44 207074 9622

**TRINITY INVESTMENTS LIMITED**
**ACTING BY**
**ATTESTOR CAPITAL LLP**

By: _____
Name: JAN-CHRISTOPH PETERS
Title: MANAGING MEMBER
Tel.: +44 20 7074 9620

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,        Case No. 08-13555(JMP)
                                                     (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Trinity Investments Limited** | **Attestor Value Master Fund L.P.** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 55570<br>Claim Amount: $45,550,065.67<br>Amount Transferred: $13,665,019.70<br>Date Claim Filed: October 29, 2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |
| Trinity Investments Limited<br>c/o Attestor Capital LLP<br>21 Upper Brook Street<br>London W1K 7PY<br>United Kingdom<br>Tel: +44 20 7355 6231<br>Fax:<br>Emails: Isobelle.White@attestorcapital.com | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: ___30.10.2014___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8245953v.1