# EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Attestor Value Master Fund LP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Trinity Investments Limited ("Buyer"), USD 199,607.48 of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 55570 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 10 day of November, 2014.

ATTESTOR VALUE MASTER FUND LP
ACTING BY
ATTESTOR CAPITAL LLP

By: _____
Name: PIERRE BOUR
Title: p.p.
Tel.: +44 207 074 9622

TRINITY INVESTMENTS LIMITED
ACTING BY
ATTESTOR CAPITAL LLP

By: _____
Name: JAN-CHRISTOPH PETERS
Title: MANAGING MEMBER
Tel.: +44 20 7074 9620

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Trinity Investments Limited** | **Attestor Value Master Fund L.P.** |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 55570
Claim Amount: $665,358.25
Amount Transferred: $199,607.48
Date Claim Filed: October 29, 2009
Debtor against claim filed: Lehman Brothers Holdings Inc.

Trinity Investments Limited
c/o Attestor Capital LLP
21 Upper Brook Street
London W1K 7PY
United Kingdom
Tel: +44 20 7355 6231
Fax:
Emails: Isobelle.White@attestorcapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 30.10.2014
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8245953v.1