**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                      :    Chapter 11 Case No.
                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (SCC)
                                           :
         Debtors.                          :    (Jointly Administered)
                                           :
---------------------------------------------------------------x   Ref. Docket No. 46918

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2014, I caused to be served the "Notice of Hearing as to Certain Claims on the One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims)," dated November 12, 2014 [Docket No. 46918], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Carol Zhang*
Sworn to before me this                                       Carol Zhang
13th day of November, 2014
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

T:\Clients\LBH\Affidavits\173rd Omnibus Objection_DI_46918_AFF_11-12-14.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jstoll@mayerbrown.com |
| aalfonso@willkie.com | jsullivan@mosessinger.com |
| abeaumont@fklaw.com | jtimko@shutts.com |
| abraunstein@riemerlaw.com | judy.morse@crowedunlevy.com |
| acaton@kramerlevin.com | jvail@ssrl.com |
| adarwin@nixonpeabody.com | jwcohen@daypitney.com |
| adiamond@diamondmccarthy.com | jweiss@gibsondunn.com |
| aeckstein@blankrome.com | jwest@velaw.com |
| aentwistle@entwistle-law.com | jwh@njlawfirm.com |
| afriedman@irell.com | kanema@formanlaw.com |
| agbanknewyork@ag.tn.gov | karen.wagner@dpw.com |
| aglenn@kasowitz.com | karl.geercken@alston.com |
| agold@herrick.com | kdwbankruptcydepartment@kelleydrye.com |
| agoldstein@tnsj-law.com | keckhardt@hunton.com |
| agottfried@morganlewis.com | keith.simon@lw.com |
| aisenberg@saul.com | ken.coleman@allenovery.com |
| akadish@dtlawgroup.com | ken.higman@hp.com |
| akantesaria@oppenheimerfunds.com | kerry.moynihan@hro.com |
| akolod@mosessinger.com | kgwynne@reedsmith.com |
| alum@ftportfolios.com | kiplok@hugheshubbard.com |
| amarder@msek.com | kit.weitnauer@alston.com |
| amartin@sheppardmullin.com | kjarashow@stutman.com |
| amcMullen@boultcummings.com | kkelly@ebglaw.com |
| amenard@tishmanspeyer.com | kkolbig@mosessinger.com |
| amh@amhandlerlaw.com | klyman@irell.com |
| andrew.brozman@cliffordchance.com | klynch@formanlaw.com |
| andrew.lourie@kobrekim.com | kmayer@mccarter.com |
| angelich.george@arentfox.com | kobak@hugheshubbard.com |
| angie.owens@skadden.com | korr@orrick.com |
| ann.reynaud@shell.com | kovskyd@pepperlaw.com |
| anthony_boccanfuso@aporter.com | kressk@pepperlaw.com |
| aoberry@bermanesq.com | kreynolds@mklawnyc.com |
| aostrow@beckerglynn.com | krodriguez@allenmatkins.com |
| apalazzolo@fzwz.com | krosen@lowenstein.com |
| appleby@chapman.com | kurt.mayr@bgllp.com |
| aquale@sidley.com | lacyr@sullcrom.com |
| arainone@bracheichler.com | landon@slollp.com |
| arheaume@riemerlaw.com | lapeterson@foley.com |
| arlbank@pbfcm.com | lawallf@pepperlaw.com |
| arosenblatt@chadbourne.com | lawrence.gelber@srz.com |
| arthur.rosenberg@hklaw.com | lberkoff@moritthock.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| arwolf@wlrk.com | lee.stremba@troutmansanders.com |
| aseuffert@lawpost-nyc.com | lgranfield@cgsh.com |
| ashmead@sewkis.com | lhandelsman@stroock.com |
| asnow@ssbb.com | lhill@reedsmith.com |
| asomers@rctlegal.com | lhoffman@deilylawfirm.com |
| aunger@sidley.com | linda.boyle@twtelecom.com |
| austin.bankruptcy@publicans.com | lisa.solomon@att.net |
| avenes@whitecase.com | ljkotler@duanemorris.com |
| azylberberg@whitecase.com | lkatz@ltblaw.com |
| bankr@zuckerman.com | lkiss@klestadt.com |
| bankruptcy@goodwin.com | lmarinuzzi@mofo.com |
| bankruptcy@morrisoncohen.com | lmay@coleschotz.com |
| bankruptcy@ntexas-attorneys.com | lmcgowen@orrick.com |
| bankruptcymatters@us.nomura.com | lnashelsky@mofo.com |
| barbra.parlin@hklaw.com | loizides@loizides.com |
| bbisignani@postschell.com | lperkins@deilylawfirm.com |
| bcarlson@co.sanmateo.ca.us | lscarcella@farrellfritz.com |
| bdk@schlamstone.com | lschweitzer@cgsh.com |
| bguiney@pbwt.com | lwhidden@salans.com |
| bmanne@tuckerlaw.com | mabrams@willkie.com |
| bmiller@mofo.com | maofiling@cgsh.com |
| boneill@kramerlevin.com | marc.chait@sc.com |
| brian.corey@greentreecreditsolutions.com | margolin@hugheshubbard.com |
| brosenblum@jonesday.com | mark.bane@ropesgray.com |
| brotenberg@wolffsamson.com | mark.deveno@bingham.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| carol.weinerlevy@bingham.com | mbenner@tishmanspeyer.com |
| cbelisle@wfw.com | mberman@nixonpeabody.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mbienenstock@proskauer.com |
| cgonzalez@diazreus.com | mbloemsma@mhjur.com |
| chad.husnick@kirkland.com | mbossi@thompsoncoburn.com |
| chammerman@paulweiss.com | mcademartori@sheppardmullin.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| charles@filardi-law.com | mccarthyj@sullcrom.com |
| charles_malloy@aporter.com | mcordone@stradley.com |
| chemrick@connellfoley.com | mcto@debevoise.com |
| chipford@parkerpoe.com | mcyganowski@oshr.com |
| chris.donoho@lovells.com | mdorval@stradley.com |
| christopher.greco@kirkland.com | melorod@gtlaw.com |
| clarkb@sullcrom.com | meltzere@pepperlaw.com |
| clynch@reedsmith.com | metkin@lowenstein.com |
| cmestres@aclawllp.com | mfeldman@willkie.com |
| cmontgomery@salans.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | millee12@nationwide.com |
| cszyfer@stroock.com | miller@taftlaw.com |
| cwalsh@mayerbrown.com | mimi.m.wong@irscounsel.treas.gov |
| cward@polsinelli.com | mitchell.ayer@tklaw.com |
| cweber@ebg-law.com | mjedelman@vedderprice.com |
| cweiss@ingramllp.com | mjr1@westchestergov.com |
| dallas.bankruptcy@publicans.com | mlahaie@akingump.com |
| dave.davis@isgria.com | mlandman@lcbf.com |
| david.bennett@tklaw.com | mlichtenstein@crowell.com |
| david.heller@lw.com | mlynch2@travelers.com |
| david.livshiz@freshfields.com | mmendez@crb-law.com |
| david.powlen@btlaw.com | mmorreale@us.mufg.jp |
| davids@blbglaw.com | mneier@ibolaw.com |
| davidwheeler@mvalaw.com | monica.lawless@brookfieldproperties.com |
| dbarber@bsblawyers.com | mpage@kelleydrye.com |
| dbaumstein@whitecase.com | mparry@mosessinger.com |
| dbesikof@loeb.com | mprimoff@kayescholer.com |
| dcimo@gjb-law.com | mpucillo@bermanesq.com |
| dcoffino@cov.com | mrosenthal@gibsondunn.com |
| dcrapo@gibbonslaw.com | mrothchild@mofo.com |
| ddavis@paulweiss.com | mruetzel@whitecase.com |
| ddrebsky@nixonpeabody.com | mschimel@sju.edu |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ddunne@milbank.com | msegarra@mayerbrown.com |
| deggermann@kramerlevin.com | mshiner@tuckerlaw.com |
| deggert@freebornpeters.com | msolow@kayescholer.com |
| demetra.liggins@tklaw.com | mspeiser@stroock.com |
| dfelder@orrick.com | mstamer@akingump.com |
| dflanigan@polsinelli.com | munno@sewkis.com |
| dgrimes@reedsmith.com | mvenditto@reedsmith.com |
| dhayes@mcguirewoods.com | mwarner@coleschotz.com |
| dheffer@foley.com | mwarren@mtb.com |
| dhurst@coleschotz.com | nathan.spatz@pillsburylaw.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmark@kasowitz.com | notice@bkcylaw.com |
| dmarkham@gibbonslaw.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dwildes@stroock.com | psp@njlawfirm.com |
| dworkman@bakerlaw.com | ptrostle@jenner.com |
| easmith@venable.com | raj.madan@skadden.com |
| ecohen@russell.com | ramona.neal@hp.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| edward.flanders@pillsburylaw.com | raul.alcantar@alcantarlaw.com |
| efleck@milbank.com | rbeacher@pryorcashman.com |
| efriedman@fklaw.com | rbernard@foley.com |
| efriedman@friedmanspring.com | rbyman@jenner.com |
| eglas@mccarter.com | rdaversa@orrick.com |
| ekbergc@lanepowell.com | relgidely@gjb-law.com |
| eleicht@whitecase.com | rflanagan@flanassoc.com |
| ellen.halstead@cwt.com | rfriedman@silvermanacampora.com |
| emagnelli@bracheichler.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| eschwartz@contrariancapital.com | rhorkovich@andersonkill.com |
| etillinghast@sheppardmullin.com | richard.fingard@newedge.com |
| ezujkowski@emmetmarvin.com | richard.lear@hklaw.com |
| ffm@bostonbusinesslaw.com | richard@rwmaplc.com |
| fhenn@law.nyc.gov | rick.murphy@sutherland.com |
| fhyman@mayerbrown.com | rjones@boultcummings.com |
| foont@foontlaw.com | rleek@hodgsonruss.com |
| fritschj@sullcrom.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ronald.silverman@bingham.com |
| gkaden@goulstonstorrs.com | ross.martin@ropesgray.com |
| glenn.siegel@dechert.com | rpedone@nixonpeabody.com |
| gmoss@riemerlaw.com | rrainer@wmd-law.com |
| goldenberg@ssnyc.com | rroupinian@outtengolden.com |
| gspilsbury@jsslaw.com | rrussell@andrewskurth.com |
| harrisjm@michigan.gov | russj4478@aol.com |
| harveystrickon@paulhastings.com | rwasserman@cftc.gov |
| hbeltzer@mayerbrown.com | sabin.willett@bingham.com |
| heim.steve@dorsey.com | sabramowitz@velaw.com |
| heiser@chapman.com | sabvanrooy@hotmail.com |
| hmagaliff@r3mlaw.com | sally.henry@skadden.com |
| hollace.cohen@troutmansanders.com | samuel.cavior@pillsburylaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| holsen@stroock.com | sandyscafaria@eaton.com |
| hooper@sewkis.com | scargill@lowenstein.com |
| howard.hawkins@cwt.com | schager@ssnyc.com |
| hseife@chadbourne.com | schannej@pepperlaw.com |
| hsnovikoff@wlrk.com | schepis@pursuitpartners.com |
| hsteel@brownrudnick.com | schnabel.eric@dorsey.com |
| ian.roberts@bakerbotts.com | schristianson@buchalter.com |
| icatto@mwe.com | schwartzmatthew@sullcrom.com |
| igoldstein@proskauer.com | scott.golden@hoganlovells.com |
| ilevee@lowenstein.com | scottj@sullcrom.com |
| irethy@stblaw.com | scottshelley@quinnemanuel.com |
| israel.dahan@cwt.com | scousins@armstrongteasdale.com |
| iva.uroic@dechert.com | sdnyecf@dor.mo.gov |
| jacobsonn@sec.gov | seba.kurian@invesco.com |
| jalward@blankrome.com | sehlers@armstrongteasdale.com |
| james.heaney@lawdeb.com | sfalanga@connellfoley.com |
| james.mcclammy@dpw.com | sfelderstein@ffwplaw.com |
| james.sprayregen@kirkland.com | sfineman@lchb.com |
| jamesboyajian@gmail.com | sfox@mcguirewoods.com |
| jamestecce@quinnemanuel.com | sgordon@cahill.com |
| jar@outtengolden.com | sgraziano@blbglaw.com |
| jason.jurgens@cwt.com | sgubner@ebg-law.com |
| jay.hurst@oag.state.tx.us | sharbeck@sipc.org |
| jay@kleinsolomon.com | shari.leventhal@ny.frb.org |
| jbeemer@entwistle-law.com | shgross5@yahoo.com |
| jbeiers@co.sanmateo.ca.us | sidorsky@butzel.com |
| jbird@polsinelli.com | sldreyfuss@hlgslaw.com |
| jbromley@cgsh.com | sleo@bm.net |
| jcarberry@cl-law.com | slerman@ebglaw.com |
| jchristian@tobinlaw.com | slerner@ssd.com |
| jchubak@proskauer.com | slevine@brownrudnick.com |
| jclose@chapman.com | sloden@diamondmccarthy.com |
| jdoran@haslaw.com | smillman@stroock.com |
| jdrucker@coleschotz.com | smulligan@bsblawyers.com |
| jdwarner@warnerandscheuerman.com | snewman@katskykorins.com |
| jdweck@sutherland.com | sory@fdlaw.com |
| jdyas@halperinlaw.net | squsba@stblaw.com |
| jean-david.barnea@usdoj.gov | sree@lcbf.com |
| jeanites@whiteandwilliams.com | sschultz@akingump.com |
| jeannette.boot@wilmerhale.com | sselbst@herrick.com |
| jeff.wittig@coair.com | sshimshak@paulweiss.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jeffrey.sabin@bingham.com | sskelly@teamtogut.com |
| jeldredge@velaw.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |
| jfalgowski@reedsmith.com | stephen.hessler@kirkland.com |
| jfreeberg@wfw.com | steve.ginther@dor.mo.gov |
| jg5786@att.com | steven.usdin@flastergreenberg.com |
| jgenovese@gjb-law.com | steven.wilamowsky@bingham.com |
| jgoodchild@morganlewis.com | streusand@slollp.com |
| jguy@orrick.com | susheelkirpalani@quinnemanuel.com |
| jhiggins@fdlaw.com | swolowitz@mayerbrown.com |
| jhorgan@phxa.com | szuch@wiggin.com |
| jhuggett@margolisedelstein.com | tannweiler@greerherz.com |
| jim@atkinslawfirm.com | tbrock@ssbb.com |
| jjoyce@dresslerpeters.com | tdewey@dpklaw.com |
| jjtancredi@daypitney.com | tgoren@mofo.com |
| jjureller@klestadt.com | thomas.califano@dlapiper.com |
| jlamar@maynardcooper.com | timothy.harkness@freshfields.com |
| jlawlor@wmd-law.com | tjfreedman@pbnlaw.com |
| jlee@foley.com | tkiriakos@mayerbrown.com |
| jlevitin@cahill.com | tlauria@whitecase.com |
| jlscott@reedsmith.com | tmacwright@whitecase.com |
| jmaddock@mcguirewoods.com | tnixon@gklaw.com |
| jmakower@tnsj-law.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmazermarino@msek.com | tomwelsh@orrick.com |
| jmelko@gardere.com | tsalter@blankrome.com |
| jmerva@fult.com | tslome@msek.com |
| jmmurphy@stradley.com | tunrad@burnslev.com |
| jmr@msf-law.com | twheeler@lowenstein.com |
| jnadritch@olshanlaw.com | villa@slollp.com |
| jnm@mccallaraymer.com | vmilione@nixonpeabody.com |
| john.monaghan@hklaw.com | vrubinstein@loeb.com |
| john.mule@ag.state.mn.us | wanda.goodloe@cbre.com |
| john.rapisardi@cwt.com | wballaine@lcbf.com |
| jonathan.goldblatt@bnymellon.com | wbenzija@halperinlaw.net |
| jonathan.henes@kirkland.com | wchen@tnsj-law.com |
| jorbach@hahnhessen.com | wcurchack@loeb.com |
| joseph.cordaro@usdoj.gov | wdase@fzwz.com |
| joseph.serino@kirkland.com | wfoster@milbank.com |
| joshua.dorchak@bingham.com | will.sugden@alston.com |
| jowen769@yahoo.com | wiltenburg@hugheshubbard.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

8

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

| Claim Name | Address Information |
|---|---|
| COLLINS, MICHAEL | 19 BURR RD HULL MA 02045-3205 |
| DYBECK, DONALD C. | 50 NANTUCKET PORT TOWNSEND WA 98368 |
| FINDER, EDMUND | 200 WATERMILL-TOWN ROAD WATER MILL NY 11976 |
| FINDER, EDMUND | 120 QUAYSIDE DRIVE JUPITER FL 33477 |
| FORFIA, ROBERT | 136 DAY COURT MAHWAH NJ 07430 |
| FRITTS, DONALD N. | 7885 LANDOWNE DR ATLANTA GA 30350 |
| MCGUINN, EDWIN JR. | 20 COBB ISLAND DR. GREENWICH CT 06830 |
| MORRISON, ROBERT D. | 965 HOLIDAY CT S SALEM OR 97302 |
| MOUNTFORD, ROBERT C | AMITY FARM 314 GOAT HILL RD. LAMBERTVILLE NJ 08530 |
| SMITH, WILLIAM C | 1110 WHEATFIELD CT. CENTERVILLE OH 45458 |
| WAGNER, WILLIAM A | 5555 ANNAMARIE COURT CINCINNATI OH 45247 |
| WHALEN, JOHN A | 300 OAKWOOD DR HAMILTON OH 45013 |

**Total Creditor count  12**