United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.    Case No. 08-13555 (SCC)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| **JPMorgan Chase Bank, N.A.** | **CCP Credit Acquisition Holdings, L.L.C.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67308 |
| | Amount of Claim Transferred: $15,350,000.00 |
| | Date Claim Filed: January 25, 2011 |
| JPMorgan Chase Bank, N.A. | Debtor: Lehman Brothers Special Financing |
| c/o J.P. Morgan Securities LLC | |
| Mail Code: NY1-M138 | |
| 383 Madison Avenue – Floor 37 | |
| New York, New York 10179 | |
| ATTN: Jeffrey L. Panzo | |

By: _____    Date: 11/25/14
Andrew C. Faherty
Authorized Signatory
Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____    Date: 11/25/14
Transferor/Transferor's Agent

Aleksandra Markovic
Authorized Signatory

15

LBSF LBHI (Eurosail) CCP CAH to JPM TD 10-2-14 AOC (2).docx