United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.    Case No. 08-13555 (SCC)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

**JPMorgan Chase Bank, N.A.**  
Name of Transferee

**Centerbridge Special Credit Partners II, L.P.**  
Name of Transferor

Name and Address where notices to transferee should be sent:

JPMorgan Chase Bank, N.A.  
c/o J.P. Morgan Securities LLC  
Mail Code: NY1-M138  
383 Madison Avenue – Floor 37  
New York, New York 10179  
ATTN: Jeffrey L. Panzo

Court Claim # (if known): 67308  
Amount of Claim Transferred: $9,650,000.00  
Date Claim Filed: January 25, 2011  
Debtor: Lehman Brothers Special Financing

By: _____  
Andrew C. Faherty  
Authorized Signatory /vp  
Transferee/Transferee's Agent

Date: 11/25/14

Acknowledged and Agreed:

By: _____  
Transferor/Transferor's Agent  
Aleksandra Markovic  
Authorized Signatory

Date: 11/25/14

15

LBSF LBHI (Eurosail) Centerbridge to JPM TD 10-2-14 AOC (2).docx