SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas C. White

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING INC., | Adversary Proceeding |
| | No. 13-01554 (SCC) |
| Plaintiffs-Counterclaim Defendants | |
| v. | |
| GIANTS STADIUM LLC, | |
| Defendant-Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

I, Thomas C. White, hereby certify that I caused to be served true and correct copies of Giants Stadium LLC's Letter to the Court dated November 21, 2014 and the exhibits thereto (i) on November 21, 2014, by ECF on the parties requesting electronic service, (ii) on November 24, 2014, by hand delivery on the Chambers of the Honorable Shelley C. Chapman, One Bowling Green, Courtroom 623, New York, New York 10004 and, (iii) on November 25, 2014, by U.S. Mail, First Class, Postage Prepaid, on:

Internal Revenue Service, Special Procedures Branch
290 Broadway
New York, New York 10007
Attn: District Director, Bonnie Austin

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Susan D. Golden, and Andrea B. Schwartz

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Robert J. Lemons

*Attorneys for the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
       November 26, 2014

Respectfully submitted,

/s/ Thomas C. White
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*

-2-