WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE PLAN ADMINISTRATOR'S FOUR HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims) [ECF No.47078] **solely as to the claim listed on Exhibit A attached hereto** because such claim was withdrawn by the claimant pursuant to a Withdrawal of Claim form dated November 26, 2014 [ECF No. 47087].

Dated:  December 1, 2014
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95170860\2\58399.0011

## Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| KANTATSU CO. LTD. | 18009 |