## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Syz & Co. AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **February 26, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

RECEIVED
NOV 1 2 2014
U.S. BANKRUPTCY COURT
S.D.D.T. OF NEW YORK



Lehman
PoC # 59230

Transfer
Leg # 1

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**BANQUE SYZ & CO SA**
Name of Transferee

**CREDIT SUISSE ZURICH**
Name of Transferor

Name and Address where notices
to transferee should be sent:
**Banque Syz & Co S.A.
30, rue du Rhône
Case postale 5015
1211 Genève 11**
Phone: +41 58 - 799 18 44
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: Oct 29 2009
Amount of Claim: US 200000
Portion of Claim Transferred (see Schedule I): _____

Phone: +41 44 332 86 11
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different from above):
DEUTSCHE BK TRUST and Co N.Y
acc. BANQUE SYZ and Co SA # 04-422-120

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: C. PELLATON    Date: November 11, 2014
Transferee/Transferee's Agent

Virginie Vandercapellen

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0325369725 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD 200,000 |