Joshua Dorchak
**MORGAN, LEWIS & BOCKIUS LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                                                   :    Chapter 11
                                                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    Case No. 08-13555 (SCC)
                                                                                            :
Debtors.                                                                           :    (Jointly Administered)
                                                                                            :
----------------------------------------------------------------x

# NOTICE OF PARTIAL WITHDRAWAL OF CLAIM NO. 27141

PLEASE TAKE NOTICE that Deutsche Bank AG, through its undersigned counsel, hereby partially withdraws proof of claim number 27141 against Debtor Lehman Brothers Holdings Inc., solely to the extent of the $244,081.75 portion of such claim that is subject to the Plan Administrator's Four Hundred Eighty-First Omnibus Objection to Claims (No Liability Claims) [docket no. 46643, Exhibit A, item 1] and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  December 1, 2014
        New York, New York

                                                                        **MORGAN, LEWIS & BOCKIUS LLP**

                                                                        By: */s/ Joshua Dorchak*
                                                                             Joshua Dorchak
                                                                             399 Park Avenue
                                                                             New York, New York 10022
                                                                             (212) 705-7000
                                                                             joshua.dorchak@morganlewis.com

                                                                        *Attorneys for Deutsche Bank AG*

A/76555096.1