Joshua Dorchak
**MORGAN, LEWIS & BOCKIUS LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Deutsche Bank AG, London Branch*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                      :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   Case No. 08-13555 (SCC)
:
Debtors.                                                             :   (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF PARTIAL WITHDRAWAL OF CLAIM NO. 67745**

PLEASE TAKE NOTICE that Deutsche Bank AG, London Branch (the "Claimant"), through its undersigned counsel, hereby partially withdraws proof of claim number 67745 (the "Claim"), solely to the extent the filed amount of the Claim exceeds $30,000,000.00, that is, the Claimant agrees to cap the Claim, which remains disputed, at $30,000,000.00, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  December 1, 2014
           New York, New York

                                                                **MORGAN, LEWIS & BOCKIUS LLP**

                                                        By: */s/ Joshua Dorchak*
                                                                Joshua Dorchak
                                                                399 Park Avenue
                                                                New York, New York 10022
                                                                (212) 705-7000
                                                                joshua.dorchak@morganlewis.com

                                                                *Attorneys for Deutsche Bank AG,
                                                                London Branch*

A/76555096.1