Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CREDIT SUISSE AG, SINGAPORE BRANCH | RBS Coutts Bank AG, Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse AG, Singapore Branch
One Raffles Link #05-02, South Lobby
039393 Singapore

Court Claim # (if known): 45221
Date Claim Filed: 23 October 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): USD 300,000 XS0342303400

Phone: +65 6306 8006
Last Four Digits of Acct #: _____

Phone: +65 6326 1358
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 27 October 2014
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG, Singapore Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 22 October 2014

RBS Coutts Bank AG

By: _____
Name: Kurt Hauser
Title: Associate

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0342303400 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD   300'000.00 |