UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (SCC)
                                                        :
                        Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PORTION OF CLAIM

Reference is made to proof of claim number 67938 filed against Lehman Brothers Holdings Inc. ("LBHI") by BNP Paribas (the "Claim") in the aggregate amount of $970,648,596.47 plus interest and additional unliquidated and contingent claims.[1]

PLEASE TAKE NOTICE that, through its undersigned counsel, BNP Paribas hereby withdraws the following portion of the Claim ("Withdrawn Claim Element"):

1.  LBHI's guarantee of Lehman Brothers Japan Inc.'s obligations in connection with stock lending and borrowing agreements in the amount of $7,546,034.28 (Section C of the addendum to the Claim);

BNP Paribas authorizes Epiq Bankruptcy Solutions LLC to reflect this withdrawal on the official claims register for the above-referenced debtor.  BNP Paribas represents and warrants that the withdrawal of the Withdrawn Claim Element is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.  This withdrawal of the Withdrawn Claim Element is without prejudice to any other claims or any other portion of the Claim asserted against

---

[1] For clarification purposes, the Claim was the subject of the so-ordered Stipulation, Agreement and Order between LBHI and BNP Paribas Regarding Certain Proofs of Claim Filed by BNP Paribas (the "Stipulation") [ECF No. 27555].

LBHI or its affiliates by BNP Paribas or its affiliates.  For the avoidance of doubt, nothing herein shall affect any portion of the Claim other than the Withdrawn Claim Element.

Dated: December 2, 2014
     New York, New York

/s/    Howard S. Beltzer
Howard S. Beltzer

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for BNP Paribas*