IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> Jointly Administered |

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that the undersigned Stamell & Schager, LLP, counsel to creditor/claimant **Fabio Liotti**, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, hereby appears for and on behalf of Mr. Liotti, a creditor and party-in-interest in the above-captioned chapter 11 cases who has filed **Claim No. 15120**, subject to the 176th and 329th Omnibus Objection, and all notices given or required to be given in this proceeding with respect to the listed claims of these Creditors and all papers served or required to be served in this proceeding shall be given to and served at the following address, and that this address be added to the creditor matrix and any special or limited service lists.

Richard J. Schager, Jr.
Andrew R. Goldenberg
STAMELL & SCHAGER, LLP
555 Fifth Avenue, Ste. 1400
New York, New York 10017
Telephone: (212) 566-4047
Facsimile: (212) 566-4061
E-Mail: schager@ssnyc.com
E-Mail: goldenberg@ssnyc.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of any rights of Mr. Liotti

(1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which Mr. Liotti is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated:  December 2, 2014                              STAMELL & SCHAGER, LLP

By:  /s/ Richard J. Schager, Jr.
555 Fifth Ave., Ste. 1400
New York, New York 10017
Telephone:  (212) 566-4047
Facsimile:  (212) 566-4061
E-Mail:  schager@ssnyc.com

*Counsel to Claimant Fabio Liotti*