WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON THE**
**TWO HUNDRED FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(UNISSUED GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing to consider the Two Hundred Forty-Fifth Omnibus Objection to Claims (Unissued Guarantee Claims) [ECF No. 23251], which was scheduled for December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 15, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:   December 2, 2014
         New York, New York

                              */s/ Garrett A. Fail*
                              Garrett A. Fail

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              *Attorneys for Lehman Brothers Holdings Inc.*
                              *and Certain of Its Affiliates*

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| MIDFIRST BANK | 24663 | 24199, 24200 |

US_ACTIVE:\43901629\06\58399.0003