WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON
THE FOUR HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

    **PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [ECF No. 42105], which was scheduled for December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 15, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claims listed on Exhibit A annexed hereto.

Dated: December 2, 2014
    New York, New York

              */s/ Garrett A. Fail*
              Garrett A. Fail

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              *Attorneys for Lehman Brothers Holdings Inc.
              and Certain of Its Affiliates*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| INTERNATIONAL FUND MANAGEMENT S.A. | 19986 |
| INTERNATIONAL FUND MANAGEMENT S.A. | 19987 |
| DEKA INTERNATIONAL S.A. | 19988 |
| DEKABANK DEUTSCHE GIROZENTRALE | 27709 |