WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON
THE FOUR HUNDRED SIXTIETH OMNIBUS OBJECTION TO
CLAIMS (VALUED DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Sixtieth Omnibus Objection to Claims (Valued Derivatives Claims) [ECF No. 43917], which was scheduled for December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 15, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:   December 2, 2014
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Garrett A. Fail*
　　　　　　　　　　　　　　　　　　　　　　　Garrett A. Fail

　　　　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Lehman Brothers Holdings Inc.
　　　　　　　　　　　　　　　　　　　　　　　and Certain of Its Affiliates*

## Exhibit A

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| US BANK NATIONAL ASSOCIATION | 67154 |
| US BANK NATIONAL ASSOCIATION | 67155 |

WEIL:\95164504\1\58399.0011