WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON THE
FOUR HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Sixty-seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 44488], which was scheduled for December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned *sine die* solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:   December 2, 2014
         New York, New York

                               */s/ Garrett A. Fail*
                               Garrett A. Fail

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               *Attorneys for Lehman Brothers Holdings Inc.
                               and Certain of Its Affiliates*

## **Exhibit A**

## **Adjourned Claims:**

| Claimant | Claim Number |
|---|---|
| Wells Fargo Bank, N.A. | 48726 |

WEIL:\95164454\1\58399.0011