WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**THE FOUR HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Seventy-seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which was scheduled for December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to January 15, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:   December 2, 2014
         New York, New York

                                            */s/ Garrett A. Fail*
                                            Garrett A. Fail

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            *Attorneys for Lehman Brothers Holdings Inc.*
                                            *and Certain of Its Affiliates*

WEIL:\95164533\1\58399.0011

## Exhibit A

## Adjourned Claims:

| Claimant | Claim Number | Response ECF No. |
|---|---|---|
| KBC Bank NV | 13872 | 46238 |
| Halewood Company Limited | 21956 | 46195 |
| Wincent Investment Limited | 21965 | 46182 |
| Fatai Investment Limited | 21966 | 46183 |
| Zama International Limited | 21967 | 46184 |