WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                              :
In re                                         :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (SCC)
                                              :
            Debtors.                          :     (Jointly Administered)
                                              :
                                              :
-----------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL

On December 2, 2014, the portion of proof of claim number 27141 that was subject to the Plan Administrator's Four Hundred Eighty-First Omnibus Objection to Claims (No Liability Claims) [ECF No. 46643] (the "Objection") was withdrawn. Accordingly, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws the Objection **solely as to proof of claim number 27141** and the related Certificate of No Objection filed on December 1, 2014 [ECF No. 47089].

Dated:  December 2, 2014
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95173197\2\58399.0011