STAMELL & SCHAGER, LLP
555 Fifth Avenue, 14th Floor
New York, NY 10017-9257
Richard J. Schager, Jr., Esq. (RS5875)
Andrew R. Goldenberg, Esq. (AG8213)

*Counsel for Appealing Party Fabio Liotti*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No.08-13555 (SCC) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------x

## NOTICE OF APPEAL

Claimant **Fabio Liotti** appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, from each and every part of the *Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards* [Dkt. # 46853] entered November 7, 2014 in the above-captioned case, including all judgments, decrees, decisions, rulings and/or opinions that merged into or became a part of the Order on which the Order was based, and by this Notice of Appeal pursuant to Fed. R. Bankr. 8002(a)(3) joins in the Notice served on November 21, 2014 [Dkt. # 47003] by his undersigned counsel on behalf of the Claimants identified therein.

The name of the Claimant appealing the Order appealed and the names, address and telephone number of his attorneys are as follows:

| Appealing Parties' Names | Attorneys' Name, Address and Telephone Number |
|---|---|
| Fabio Liotti | Stamell & Schager, LLP<br>555 Fifth Avenue, 14th Floor<br>New York, NY 10017<br>Tel.: (212) 566-4047<br>Richard J. Schager, Jr.<br>Andrew R. Goldenberg |

The names of appellees and the names, address and telephone number of their attorneys are as follows:

| | |
|---|---|
| Lehman Brothers Holdings Inc. and its affiliated debtors | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8965<br>Ralph I. Miller<br>Robert J. Lemons<br>Denise Alvarez<br>Teresa Brady |

Dated: New York, New York
November 21, 2014

STAMELL & SCHAGER, LLP

By: /s/ Richard J. Schager, Jr.
Richard J. Schager, Jr.
Andrew R. Goldenberg
555 Fifth Avenue, 14th Floor
New York, NY 10017
Tel.: (212) 566-4047
Fax: (212) 566-4061

*Counsel to Claimant Fabio Liotti*

2