UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 46468-46470, 46472,
                                                                      46473, 46600, 46705, 46763, 46764

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CREDIT FUND GOLDEN LTD.
TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST
ATTN: JOHN DEMARTINO
300 PARK AVE., 21ST FLOOR
NEW YORK NY 10022

Please note that your claim # 50316-60 in the above referenced case and in the amount of
$163,794.19  allowed at $163,640.49    has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: CREDIT FUND GOLDEN LTD.
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46470    in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 11/10/2014                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 10, 2014.

# EXHIBIT B

TIME: 21:17:24                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:     1
DATE: 11/10/14                                         CREDITOR LISTING

08-13555-mg    Doc 47133    Filed 12/02/14    Entered 12/02/14 16:04:34    Main Document
                                               Pg 5 of 5

| Name | Address |
|---|---|
| BANCA POPOLARE DI MILANO S.C.AR.L. | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO 20121 ITALY |
| CREDIT FUND GOLDEN LTD. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR SEGREGATED PORTFOLIO I | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DE MARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR SEGREGATED PORTFOLIO I | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CREDIT FUND GOLDEN LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR SEGREGATED PORTFOLIO I ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: SHAUN GEMBALA. 125 WEST 55TH ST NEW YORK NY 10019 |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| VARDE FUND VI-A LP, THE | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VARDE FUND VII-B LP, THE | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VII-B LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |

Total Number of Records Printed    25

EPIQ BANKRUPTCY SOLUTIONS, LLC