UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (SCC)
                                                  :    (Jointly Administered)
                        Debtors.                  :
                                                  :
-------------------------------------------------------------------------x    Ref. Docket No. 46765


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018


T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 46765_AFF_11-11-14.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  VARDE FUND VIII LP, THE                        VARDE FUND VIII LP, THE
     ATTN: EDWINA P.J. STEFFER                      C/O BROWN RUDNICK LLP
     8500 NORMANDALE LAKE BOULEVARD                 ATTN: HOWARD STEEL, ESQ.
     SUITE 1500                                     SEVEN TIMES SQUARE
     MINNEAPOLIS MN 55437                           NEW YORK NY 10036

Please note that your claim # 62813-09 in the above referenced case and in the amount of
              $0.00   allowed at $4,880,090.85          has been transferred **(unless previously expunged by court order)**

MACQUARIE BANK LIMITED                              MACQUARIE BANK LIMITED
TRANSFEROR: VARDE FUND VIII LP, THE                 ROBERT SCHEININGER AND ANDREW P. PROPPS
ATTN: SHAUN GEMBALA                                 SIDLEY AUSTIN LLP
125 WEST 55TH ST                                    787 SEVENTH AVENUE
NEW YORK NY 10019                                   NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46765       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/2014                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 11, 2014.

**EXHIBIT B**

```
TIME: 09:12:30                                                                                          PAGE:   1
DATE: 11/11/14
                                    LEHMAN BROTHERS HOLDING INC.
                                         CREDITOR LISTING

Name                         Address
MACQUARIE BANK LIMITED       ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED       TRANSFEROR: VARDE FUND VIII LP, THE ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019
VARDE FUND VIII LP, THE      ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE      C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036


Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC