UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
----------------------------------------------------------------x    Ref. Docket No. 46465, 46474,
                                                                     46659, 46700, 46707-46711, 46754,
                                                                     46766-46768

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALEITER HOLDINGS LLC                              ALEITER HOLDINGS LLC
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH       DAVID J. KARP & STEPHANIE BLATTMACHR
     C/O CHAPMAN AND CUTLER LLP                        SCHULTE ROTH & ZABEL LLP
     1270 AVENUE OF THE AMERICAS, 30TH FLOOR           919 THIRD AVE.
     NEW YORK NY 10020-1708                            NEW YORK NY 10022
```

Please note that your claim # 58182-01 in the above referenced case and in the amount of
        $4,600,391.86        has been transferred **(unless previously expunged by court order)**

```
     DEUTSCHE BANK AG, LONDON BRANCH
     TRANSFEROR: ALEITER HOLDINGS LLC
     ATTN: RICH VICHAIDITH
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46659    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/12/2014                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 12, 2014.

**EXHIBIT B**

```
TIME: 10:19:23                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 11/12/14                                             CREDITOR LISTING

Name                                         Address
ALEITER HOLDINGS LLC                         DAVID J. KARP & STEPHANIE BLATTMACHR SCHULTE ROTH & ZABEL LLP 919 THIRD AVE. NEW YORK NY 10022
ALEITER HOLDINGS LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: ALEITER HOLDINGS LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: ALTUNED HOLDINGS LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDENTREE MASTER FUND, LTD.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.                 TRANSFEROR: GOLDENTREE MASTER FUND II, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                          TRANSFEROR: GOLDENTREE MASTER FUND, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                          TRANSFEROR: ROCK BLUFF STRATEGIC FIXED INCOME PARTNERSHIP, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
MACQUARIE BANK LIMITED                       ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
ROCK BLUFF STRATEGIC FIXED INCOME            TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022
PARTNERSHIP, L.P.
ROCK BLUFF STRATEGIC FIXED INCOME            TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST ATTN: JOHN DEMARTINO 300 PARK AVE., 21ST FLOOR NEW YORK NY 10022
PARTNERSHIP, L.P.
ROYAL BANK OF SCOTLAND, PLC, THE             RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
ROYAL BANK OF SCOTLAND, PLC, THE             IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND, PLC, THE             TRANSFEROR: MAERSK A/S ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE             TRANSFEROR: MERCURIA ENERGY TRADING PTE LTD ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
SILVER POINT LUXEMBOURG PLATFORM             TRANSFEROR: MERCURIA ENERGY TRADING SA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
S.A.R.L.
SPCP GROUP, LLC                              TRANSFEROR: SPCP GROUP, LLC ATTN: ARBAB KHALID 2 GREENWICH PLAZA 1ST FLOOR GENWICH CT 06830
SPCP GROUP, LLC                              PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS (OFFSHORE)         TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
MASTER, L.P.                                 ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)         C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                TRANSFEROR: VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed      28
```

EPIQ BANKRUPTCY SOLUTIONS, LLC