UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
                                                                     :
In re                                                                :   Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :   08-13555 (SCC)
                                                                     :   (Jointly Administered)
                            Debtors.                                 :
                                                                     :
---------------------------------------------------------------------x   Ref. Docket No. 46576, 46578,
                                                                         46745, 46747, 46753, 46755, 46756,
                                                                         46770, 46777-46782, 46800-46806,
                                                                         46810, 46813, 46824, 46825, 46848-
                                                                         46850, 46901-46911

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ABSALON II, LTD.
         TRANSFEROR: BARCLAYS BANK PLC
         ATTN: JOHN DEMARTINO
         300 PARK AVENUE, 21ST FLOOR
         NEW YORK NY 10022

Please note that your claim # 58884-01 in the above referenced case and in the amount of
    $14,243,000.00  allowed at $14,246,381.38      has been transferred **(unless previously expunged by court order)**

    BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
    TRANSFEROR: ABSALON II, LTD.                         ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPP
    ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR            SIDLEY AUSTIN LLP
    745 SEVENTH AVENUE, 2ND FLOOR                        787 SEVENTH AVENUE
    NEW YORK NY 10019                                    NEW YORK NY 10018

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46825      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/13/2014                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 13, 2014.

# EXHIBIT B

```
TIME: 10:48:45                                              LEHMAN BROTHERS HOLDING INC.                                                                 PAGE:    1
DATE: 11/13/14                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| ABSALON II, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| BANCO FINANTIA INTERNATIONAL LIMITED | VENABLE LLP ATTN: JORIAN ROSE 1270 AVENUE OF AMERICAS NEW YORK NY 10020 |
| BANCO FINANTIA INTERNATIONAL LIMITED | C/O BANCO FINANTIA INTERNATIONAL LIMITED HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN    CAYMAN ISLANDS |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO COUTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANQUE LOMBARD ODIER DARIER HENTSCH | TRANSFEROR: UBS AG ATTN: J. FIIELLA RUE DE LA CORRATERIE 11 GENEVA 11   CH-1211 SWITZERLAND |
| BARCLAYS BANK PLC | ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10018 |
| BARCLAYS BANK PLC | ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ABSALON II, LTD. ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDENTREE MASTER FUND, LTD. ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BSI SA | TRANSFEROR: UBS AG ATTN: ANDREA FERRARI VIA MAGATTI N 3 LUGANO   CH-6900 SWITZERLAND |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA MONACO  98000 MONACO |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DBS BANK LTD | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBY B DBS ASIA HUB SINGAPORE  486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPCP GROUP, LLC ATTN: RICH VICHAIDITH C/O DEUTSCHE BANK SECURITIES INC. 60 WALL STREET NEW YORK NY 10005 |
| GN3 SIP L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC O/B/O SEGREGATED PORTFOLIO I | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GN3 SIP L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BANCO FINANTIA INTERNATIONAL LIMITED ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: SCOTT YOON 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZEPHYR RECOVERY 2004-3 LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZEPHYR RECOVERY II-A LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZEPHYR RECOVERY II-B LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZEPHYR RECOVERY II-C LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LLP | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| JOACHIM NIEHAUS | CREDIT SUISSE STADTSTR 83 B FREIBURG  79104 GERMANY |
| LAI WAI YI | FLAT E, 39/F, TOWER 7 TSEUNG KWAN O PLAZA TSEUNG KWAN O, N.T.   HONG KONG |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN    CAYMAN ISLANDS |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |

```
TIME: 10:48:45                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:  2
DATE: 11/13/14                                           CREDITOR LISTING

Name                                             Address
OFFSHORE ASSET HOLDING VEHICLE A, LTD            ATTN: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
OFFSHORE ASSET HOLDING VEHICLE A, LTD            TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                                 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
OFFSHORE ASSET HOLDING VEHICLE A, LTD            TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                 GREENWICH CT 06830
OZ SPECIAL MASTER FUND, LTD.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                                 NEW YORK NY 10019
SILVER POINT LUXEMBOURG PLATFORM                 TRANSFEROR: SPCP GROUP, LLC ATTN: ARBAB KHALID 2 GREENWICH PLAZA GREENWICH CT 06830
 S.A.R.L.
SILVER POINT LUXEMBOURG PLATFORM                 TRANSFEROR: SPCP GROUP, LLC ATTN: ARBAB KHALID 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
 S.A.R.L.
SOCIETE GENERALE BANK & TRUST SINGAPORE          TRANSFEROR: UBS AG HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER SINGAPORE  048583 SINGAPORE
 BRANCH
SPCP GROUP, LLC                                  PRYOR CASHMAN LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                  PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                  TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                  TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG) LTD.         TRANSFEROR: LAI WAI YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
UBS AG                                           BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                           ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
ZEPHYR RECOVERY 2004-3 LP                        C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZEPHYR RECOVERY 2004-3 LP                        C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY 2004-3 LP                        C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS
ZEPHYR RECOVERY II-A LP                          C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZEPHYR RECOVERY II-A LP                          ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZEPHYR RECOVERY II-A LP                          C/O SEWARD & KISSEL LLP ATTN : JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY II-A LP                          C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY II-A LP                          C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS
ZEPHYR RECOVERY II-B LP                          DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS
ZEPHYR RECOVERY II-B LP                          ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZEPHYR RECOVERY II-B LP                          C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY II-C                             DEUTSCHE BANK (CAYMAN), LTD ELIZABETH SQUARE PO BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS
ZEPHYR RECOVERY II-C                             ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN  CAYMAN ISLANDS
ZEPHYR RECOVERY II-C                             C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY II-C                             ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701

Total Number of Records Printed                  76
```

```
ZEPHYR RECOVERY II-C                    ZEPHYR RECOVERY II-C LP
C/O SEWARD & KISSEL LLP                 C/O ZAIS GROUP, LLC
ATTN: JUSTIN L SHEARER, ESQ             ATTN: RUSSELL C. PRINCE
ONE BATTERY PARK PLAZA                  2 BRIDGE AVENUE. SUITE 322
NEW YORK, NY 10004-1485                 RED BANK, NJ 07701




GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: ZEPHYR RECOVERY II-C
ATTN: MICHELLE LATZONI
C/O GOLDMAN, SACHS & CO.
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY, NJ 07302
```