UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                :    (Jointly Administered)
Debtors.                                                     :
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 46517

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                     /s/ *Lauren Rodriguez*
                                                                                     Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 46517_Aff 11-13-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    ABSALON II LIMITED
               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
               300 PARK AVENUE, 21ST FLOOR
               NEW YORK NY 10022

Additional:

Transferee:    ABSALON II LIMITED
               300 PARK AVENUE, 21ST FLOOR
               NEW YORK NY 10022

**Your transfer** of claim #  15644-14  is defective for the reason(s) checked below:

Docket Number 46517              Date 10/15/14

/s/ Lauren Rodriguez
---
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 13, 2014.

# EXHIBIT B

```
TIME: 10:45:14                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 11/13/14                           CREDITOR LISTING

Name                          Address
ABSALON II LIMITED            300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
ABSALON II LIMITED            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022

Total Number of Records Printed    2

                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```