UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                : Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             : 08-13555 (SCC)
                                                                     : (Jointly Administered)
         Debtors.                                                    :
                                                                     :
---------------------------------------------------------------------x  Ref. Docket No. 46667, 46668,
                                                                        46752, 46857, 46858, 46860-46862,
                                                                        46864-46867, 46869, 46870, 46880,
                                                                        46895-46900, 46925

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez
Sworn to before me this
2nd day of December, 2014

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46667, 46668, 46752...46895-46900, 46925_AFF_11-14-14.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
           TRANSFEROR: RIVERROCK SECURITIES LIMITED
           C/O ALDEN GLOBAL CAPITAL, LLC
           ATTN: ITHRAN OLIVACCE
           885 THIRD AVENUE, 34TH FLOOR
           NEW YORK NY 10022

Please note that your claim # 51309-02 in the above referenced case and in the amount of
         $100,000.00    allowed at $100,000.00         has been transferred **(unless previously expunged by court order)**

           GOLDMAN SACHS & CO.
           TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
           ATTN: MICHELLE LATZONI
           200 WEST STREET
           NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46880         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/14/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 14, 2014.

# EXHIBIT B

```
TIME: 10:05:46                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 11/14/14                                                CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                              NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLORR NEW YORK NY 10022
  LP
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD., ZURICH               TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: PATRIK ROSS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO AG                          TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
CITIGROUP GLOBAL MARKETS INC.                     DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                     TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DBS BANK LTD                                      TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH 2 CHANGI BUSINESS PARK CRESCENT #09-05
                                                    LOBBY B DBS ASIA HUB SINGAPORE 486029 SINGAPORE CHINA
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
FIFTH STREET STATION LLC                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SEAN LOBO 505 5TH AVENUE SEATTLE WA 98104
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZEPHYR RECOVERY 2004-1 LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZEPHYR RECOVERY 2004-2 LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ZEPHYR RECOVERY 2004-3 LP ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR
                                                    JERSEY CITY NJ 07302
GONET ET CIE GENEVE                               TRANSFEROR: EFG BANK AG BOULEVARD DU THEATRE 6 CASE POSTALE 5009 1211 GENEVE 11 SWITZERLAND
HSBC PRIVATE BANK SUISSE SA                       ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: JOHN SURTEES LIMITED SSAS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KNIGHTHEAD (NY) FUND, L.P.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; ATTN: LAURA L. TORRADO, ESQ.
                                                    1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
SOCIETE GENERALE BANK & TRUST SINGAPORE           ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER SINGAPORE 048583 SINGAPORE
  BRANCH
TURNPIKE LIMITED                                  TRANSFEROR: ILLIQUIDX LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
ZEPHYR RECOVERY 2004-1 LP                         C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZEPHYR RECOVERY 2004-1 LP                         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY 2004-1 LP                         C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS
ZEPHYR RECOVERY 2004-2 LP                         C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701
ZEPHYR RECOVERY 2004-2 LP                         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY 2004-2 LP                         C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS
ZEPHYR RECOVERY 2004-2 LP                         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY 2004-3 LP                         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZEPHYR RECOVERY 2004-3 LP                         C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS

Total Number of Records Printed             41                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```