UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
:
In re                                                                 :   Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :   08-13555 (SCC)
                                                                      :   (Jointly Administered)
    Debtors.                                                          :
                                                                      :
----------------------------------------------------------------------x   Ref. Docket No. 46625, 46645,
                                                                          46646, 46650, 46651, 46670, 46887,
                                                                          46931, 46933, 46935, 46936, 46938-
                                                                          46940, 46944, 46945

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Sidney Garabato
Sworn to before me this                                   Sidney Garabato
2nd day of December, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 59098-67 in the above referenced case and in the amount of
      $6,086,983.50          has been transferred **(unless previously expunged by court order)**

```
      J.P. MORGAN SECURITIES LLC
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
      ATTN: JEFFREY L. PANZO
      383 MADISON AVENUE - FLOOR 43
      MAIL CODE: NY1-M138
      NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 46931       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/17/2014                              Vito Genna, Clerk of Court

                                              /s/ Sid Garabato
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 17, 2014.

# EXHIBIT B

```
TIME: 14:12:41                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 11/17/14                                             CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: STEFANIA MAZZONELLO VIA ROVAGNATI N. 1 DESIO (MB) ITALY 20832 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: TURNPIKE LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CRESCENT 1 L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYPRESS MANAGEMENT PARTNERSHIP | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: JEFF CODDINGTON 100 PINE STREET, SUITE 2700 SAN FRANCISCO CA 94111 |
| CYRUS EUROPE MASTER FUND, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO 383 MADISON AVUENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 43 MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10179 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 855 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| SILVER POINT CAPITAL FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:12:41                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 11/17/14                                   CREDITOR LISTING

Name                              Address
SILVER POINT CAPITAL FUND, LP     TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                  GREENWICH CT 06830
TURNPIKE LIMITED                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                  NEW YORK NY 10022

Total Number of Records Printed    41
```

EPIQ BANKRUPTCY SOLUTIONS, LLC