UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                  :

In re                                            :        Chapter 11 Case No.
                                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        08-13555 (SCC)
                                               :        (Jointly Administered)

                Debtors.                              :
                                               :
------------------------------------------------------------------x    Ref. Docket No. 46956

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE AG
              PARADEPLATZ 8
              ZURICH CH-8001 SWITZERLAND


Additional:   CREDIT SUISSE AG
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019


Transferee:   BANK INSINGER DE BEAUFORT N.V.
              J. DIETZ/ SETTLEMENTS DEPARTMENT
              HERENGRACHT 537
              AMSTERDAM 1017 BV NETHERLANDS


**Your transfer  of claim #   55813-19  is defective for the reason(s) checked below:**

Amount Not On Transfer Agreement



Docket Number 46956            Date 11/14/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 20, 2014.

# EXHIBIT B

```
TIME: 12:07:09                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 11/20/14                                               CREDITOR LISTING

Name                           Address
BANK INSINGER DE BEAUFORT N.V. J. DIETZ/ SETTLEMENTS DEPARTMENT HERENGRACHT 537 AMSTERDAM  1017 BV NETHERLANDS
CREDIT SUISSE AG               PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND
CREDIT SUISSE AG               ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019

Total Number of Records Printed     5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC