UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :   08-13555 (SCC)
                                                                       :   (Jointly Administered)
                        Debtors.                                       :
                                                                       :   Ref. Docket Nos. 46690, 46691,
                                                                       :   46752, 46888-46893, 46952, 46955,
                                                                       :   46969, 46975, 46990, 46991
                                                                       :
-----------------------------------------------------------------------x
:
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                                :   08-13888 (SCC)
                                                                       :   (Jointly Administered)
                        Debtors.                                       :
                                                                       :   Ref. Docket No. 398, 399
                                                                       :
                                                                       :
-----------------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46690, 46691, 46752...46975, 46990, 46991; (08-13888) 398, 399_AFF_11-21-14.doc

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL ADFERO BPI FUND, LTD
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
      C/O ALDEN GLOBAL CAPITAL, LLC
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 63127-04 in the above referenced case and in the amount of
    $242,131.00    allowed at $241,247.98          has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD
      ATTN: MICHELLE LATZONI
      200 WEST STREET
      NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46990         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/21/2014                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 21, 2014.

**EXHIBIT B**

```
TIME: 10:30:04                                        LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 11/21/14                                            CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL ADFERO BPI FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
BANK J. SAFRA SARASIN LTD.                        CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS   75008 FRANCE
BANK J. SAFRA SARASIN LTD.                        BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH  CH-8027 SWITZERLAND
BARCLAY BANK PLC                                  ATTN: JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVUENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RAYMOND JAMES & ASSOCIATES, INC. ATTN:DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
DBS BANK LTD                                      TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBY B DBS ASIA HUB
                                                  SINGAPORE  486029 CHINA
EUROSAIL-UK 2007-4BL PLC                          C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD
                                                  LONDON  EC2R 7AF UNITED KINGDOM
GOLDENTREE MULTISTRATEGY FINANCING, LTD           TRANSFEROR: TURNPIKE LIMITED ATTN: MAREK BROZYNA 300 PARK AVENUE, 25TH FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HBK MASTER FUND L.P.                              TRANSFEROR: EUROSAIL-UK 2007-4BL PLC C/O HBK SERVICE LLC, ATTN: GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                              TRANSFEROR: EUROSAIL-UK 2007-4BL PLC C/O HBK SERVICES LLC, ATTN: GENERAL COUNSEL 2101 CEDAR SPREINGS ROAD, SUITE 700 DALLAS TX 75201
LANGE, MR. HUBERTUS                               TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FAULENSIEKSWEG 43 BRAKEL  33034 GERMANY
LBBW (SCHWEIZ) AG                                 BEETHOVENSTRASSE 11 ZURICH  CH-8027 SWITZERLAND
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                            NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                            NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD FLOOR, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                            NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: YORVIK PARTNERS LLP ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: YORVIK PARTNERS LLP CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
RAYMOND JAMES & ASSOCIATES, INC.                  STEPHANIE BUCHEL RAYMOND JAMES FINANCIAL INTERNATIONAL LIMITED BISHOPSGATE COURT 4-12 NORTON FOLGATE LONDON    E 1 6DB UNITED KINGDOM
RAYMOND JAMES & ASSOCIATES, INC.                  TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JONATHAN STEIN 880 CARILLON PARKWAY ST. PETERSBURG FL 33716
REICHMUTH & CO PRIVATBANKIERS                     TRANSFEROR: BANK J. SAFRA SARASIN LTD. RUETLIGASSE 1 LUZERN 7 LUZERN  CH-6000 SWITZERLAND
SOCIETE GENERALE BANK & TRUST SINGAPORE           ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER SINGAPORE   048583 SINGAPORE
  BRANCH

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

08-13555-mg    Doc 47151    Filed 12/02/14    Entered 12/02/14 17:13:34    Main Document
Pg 7 of 7

| Name | Address |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | TRANSFEROR: LBBW (SCHWEIZ) AG ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |

Total Number of Records Printed    43

EPIQ BANKRUPTCY SOLUTIONS, LLC