UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
              Debtors.                                         :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 42171, 46956

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE AG
              TRANSFEROR: CLARIDEN LEU LTD
              ATTN: LAWRENCE YOUNG
              1 MADISON AVENUE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE AG
              RICHARD LEVIN, ESQ.
              CRAVATH, SWAINE & MOORE LLP
              825 8TH AVENUE
              NEW YORK NY 10019

Transferee:   BANK INSINGER DE BEAUFORT N.V.
              ATTN: J. DIETZ/ SETTLEMENTS DEPARTMENT
              HERNGRACHT 537
              AMSTERDAM 1017 BV NETHERLANDS

**Your transfer of claim #  55813-06  is defective for the reason(s) checked below:**

Other                                        MISSING TRANSFER AGREEMENT PAGE

Docket Number 46956            Date 11/03/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 21, 2014.

# EXHIBIT B

```
TIME: 10:33:13                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:   1
DATE: 11/21/14                                          CREDITOR LISTING

Name                              Address
BANK INSINGER DE BEAUFORT N.V.    ATTN: J. DIETZ/ SETTLEMENTS DEPARTMENT HERNGRACHT 537 AMSTERDAM  1017 BV NETHERLANDS
CREDIT SUISSE AG                  PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND
CREDIT SUISSE AG                  TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                  ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LUZERNER KANTONALBANK AG          ATTN: LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND


Total Number of Records Printed     7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC