UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
: 
-----------------------------------------------------------------------x    Ref. Docket No. 46705, 46881,
46970, 46971, 46984, 46987, 46988,
46993-46995

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
2nd day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                          | Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         | 08-13555 (SCC)
                                                               |
                                                               | (Jointly Administered)
              Debtors.                                         |
_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O NEW FINANCE ALDEN SPV
          ATTN: CHRIS SCHOLFIELD
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022

Please note that your claim # 58808 in the above referenced case and in the amount of
     $1,042,092.07   allowed at $771,701.66       has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS & CO.
          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          ATTN: MICHELLE LATZONI
          200 WEST STREET
          NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46881      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/25/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 25, 2014.

**EXHIBIT B**

```
TIME: 11:18:05                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 11/25/14                                              CREDITOR LISTING

Name                                            Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: BARCLAYS BANK PLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,        TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,        TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                          NEW YORK NY 10022
BANCA POPOLARE DI MILANO S.C.A.R.L.             TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO 20121 ITALY
CENTRUM BANK AKTIENGESELLSCHAFT                 TRANSFEROR: BANK JULIUS BAER & CO. LTD. KIRCHSTRASSE 3 VADUZ 9490 LIECHTENSTEIN
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                LONDON EC2N 2DB UNITED KINGDOM
ECHO INVESTMENTS I LIMITED                      TRANSFEROR: UBS AG, LONDON BRANCH KKR FUNDING & SETTLEMENT DESK, C/O TREASURY DEPARTMENT 555 CALIFORNIA STREET, 50TH FLOOR
                                                SAN FRANCISCO CA 94104
GOLDMAN SACHS & CO.                             TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                             TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                             TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                             TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GRUSS GLOBAL INVESTORS MASTER FUND              TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ON BEHALF OF WIL ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
  ENHANCED, LTD.
GRUSS GLOBAL INVESTORS MASTER FUND, LTD.        TRANSFEROR: DEUTSCHE BANK SECURITIES INC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, 3RD FLOOR
                                                NEW YORK NY 10065
                                                TRANSFEROR: DEUTSCHE BANK SECURITIES INC C/O GRUSS ASSET MANAGEMENT LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, 3RD FLOOR
                                                NEW YORK NY 10065
LIQUIDATION OPPORTUNITIES MASTER FUND LP        TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: YORVIK PARTNERS LLP ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10036
  L.P.
LUZERNER KANTONALBANK AG                        BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                        LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
RAHN & BODMER CO.                               TRANSFEROR: CENTRUM BANK AKTIENGESELLSCHAFT ATTN. ENRICO NUSSIO TALSTRASSE 15, POSTFACH 8022 ZURICH    SWITZERLAND
SANTANDER PRIVATE BANKING SPA                   F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY
SIBYLLE BERGER                                  TRANSFEROR: LUZERNER KANTONALBANK AG LIBELLENRAIN 25 6004 LUZERN    SWITZERLAND
UBS AG, LONDON BRANCH                           TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIA MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE
                                                LONDON EC2M 2PP UNITED KINGDOM
UBS AG, LONDON BRANCH                           TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE
                                                LONDON EC2M 2PP UNITED KINGDOM
WILSHIRE INSTITUTIONAL MASTER FUND II           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATED PORTFOLIO C/O ALDEN GLOBAL CAPITAL, LLC
  SPC ON BEHALF OF WILSHIRE ALDEN               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATED PORTFOLIO C/O ALDEN GLOBAL CAPITAL, LLC
  SPC ON BEHALF OF WILSHIRE ALDEN               ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATED PORTFOLIO
  SPC ON BEHALF OF WILSHIRE ALDEN               C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed                 31

                                                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```