**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

[*Remainder of Page Intentionally Left Blank*]

-2-

**the claims listed on Exhibit A attached hereto, to January 15, 2015 at 10:00 a.m.**

**(Prevailing Eastern Time)**.

Dated: December 2, 2014
 New York, New York

                    **CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

20555981

## **EXHIBIT A**

## **Adjourned Claims**

| Claimant | Claim Number |
|---|---|
| CAISSE DE DEPOT ET PLACEMENT DU QUEBEC | 21620 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 15824 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 15891 |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18217 |

20555981