B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.         Case No. <u>08-13555 (JMP)</u>
                                                                     (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>         <u>Ultra Master Ltd</u>
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>32695</u>
should be sent:                                 Amount of Claim Transferred: <u>$2,597,544.00</u>
                                                Date Claim Filed: <u>September 22, 2009</u>
Goldman Sachs Lending Partners LLC              Debtor: <u>Lehman Brother Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni


Phone:                                          Phone:
Last Four Digits of Acct #:                     Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 11/07/14
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Ultra Master Ltd,** with offices at c/o Solus Alternative Asset Management LP, 410 Park Avenue, 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Goldman Sachs Lending Partners LLC**, with offices located at c/o Goldman, Sachs & Co., 30 Hudson Street, 5th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of **$2,597,544.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __1__ day of December, 2014.

**Goldman Sachs Lending Partners LLC**

By: _____
Name: _____Ashwin Ramakrishna_____
Title: _____Authorized Signatory_____


**Ultra Master Ltd**
By: Solus Alternative Asset Management LP
Its Investment Advisor


By:_____
Name:_____
Title:_____

11

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Ultra Master Ltd**, with offices at c/o Solus Alternative Asset Management LP, 410 Park Avenue, 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Goldman Sachs Lending Partners LLC**, with offices located at c/o Goldman, Sachs & Co., 30 Hudson Street, 5th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of **$2,597,544.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __1__ day of December, 2014.

**Goldman Sachs Lending Partners LLC**

By:_____
Name:_____
Title:_____


**Ultra Master Ltd**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By:_____
Name: Gordon Yeager
Title: Chief Risk Officer &
         Chief Operations Officer

11