United States Bankruptcy Court for the Southern District of New York

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. 08-13555 |
|---|---|
| Creditor Name and Address: | GLG Partners LP<br>1 Curzon Street<br>London W1J 5HB |
| Court Claim Number (if known): | 15006 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | $148,898 plus an unliquidated amount |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

By GLG Partners Limited, as general partner for and on behalf of GLG PARTNERS LP

By:_____
Name: Jasveer Singh
Title: Director

Dated: December 3rd, 2014

CPAM: 7137733.1