United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.  08-13555 |
|---|---|
| Creditor Name and Address: | GLG Partners LP<br>1 Curzon Street<br>London W1J 5HB |
| Court Claim Number (if known): | 14993 |
| Date Claim Filed: | September 17, 2009 |
| Total Amount of Claim Filed: | $69,322 plus an unliquidated amount |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**By GLG Partners Limited, as general partner for and on behalf of GLG PARTNERS LP**

By: _____
Name:  Jasveer Singh
Title:   Director

Dated: December 3rd, 2014