# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse Loan Funding LLC | CCP Credit Acquisition Holdings, L.L.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse Loan Funding LLC
One Madison Avenue, 2nd Floor
New York, New York 10010
Attention:    Ashwinee Sawh
Telephone:   212-538-2905
Facsimile:   214-442-5186
E-mail: American.Loandocs@Credit-Suisse.com

Last Four Digits of Acct. #: _____

Court Claim # (if known): 27141

Amount of Claim Transferred: $18,077,500.00, plus all accrued interest, fees and recoveries due thereon

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Credit Suisse Loan Funding LLC

By: _____[signature]_____    Date: 12/2/14
    Douglas DiBella
    Transferee/Transferee's Agent
    Authorized Signatory

By: _____[signature]_____    Date: 12/2/14
    Transferee/Transferee's Agent
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-20020/CERTS/4481978.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 27141 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on _____.

| | |
|---|---|
| CCP Credit Acquisition Holdings, L.L.C. <br><br> Name of Alleged Transferor <br><br> Address of Alleged Transferor: <br><br> CCP Credit Acquisition Holdings, L.L.C. <br> Attn: Sandra Markovic <br> 375 Park Avenue 13th Floor <br> New York, NY 10152 <br> Phone number: 1-212-672-4486 <br> Fax number: 1-212-672-4586 <br> E-mail address: bankdebt@centerbridge.com | Credit Suisse Loan Funding LLC <br><br> Name of Transferee <br><br> Address of Transferee: <br><br> Credit Suisse Loan Funding LLC <br> One Madison Avenue, 2nd Floor <br> New York, New York 10010 <br> Attention: Ashwinee Sawh <br> Telephone: 212-538-2905 <br> Facsimile: 214-442-5186 <br> E-mail: <u>American.Loandocs@Credit-Suisse.com</u> |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                    CLERK OF THE COURT

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 27141

**CCP Credit Acquisition Holdings, L.L.C.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Credit Suisse Loan Funding LLC**
Attn: Douglas DiBella
11 Madison Avenue, 23rd Floor
New York, NY 10010
Phone number: 917-284-6071
Fax number: N/A
E-mail address: Douglas.DiBella@unitedlex.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 27141, solely to the extent of $18,077,500.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 2, 2014.

**CCP Credit Acquisition Holdings, L.L.C.**

By: _____
    Name:
    Title:

**Credit Suisse Loan Funding LLC**

By: _____
    Name: Douglas DiBella
    Title: Authorized Signatory

By: _____
    Name:
    Title:

NYC:299241.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 27141

**CCP Credit Acquisition Holdings, L.L.C.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Credit Suisse Loan Funding LLC**
Attn: Douglas DiBella
11 Madison Avenue, 23rd Floor
New York, NY 10010
Phone number: 917-284-6071
Fax number: N/A
E-mail address: Douglas.DiBella@unitedlex.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 27141, solely to the extent of $18,077,500.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 2, 2014.

**CCP Credit Acquisition Holdings, L.L.C.**

By: _____
Name: Aleksandra Markovic
Title: Authorized Signator

**Credit Suisse Loan Funding LLC**

By: _____
Name:
Title:

By: _____
Name:
Title:

NYC:299241.1