UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                 :
                    Debtors.                                :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 18071 filed against Lehman Brothers Holdings Inc. by Absa Bank Limited (the "Claimant") in the aggregate amount of at least $2,404,334.00 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

This withdrawal is without prejudice to any other claims against Lehman Brothers Holdings Inc. or its affiliates by the Claimant or its affiliates.

Dated: ~~November~~ December 3, 2014
Johannesburg, South Africa

ABSA BANK LIMITED

Name: N. SWINGLER
Title: COO CIB