Thompson & Knight LLP
Jennifer A. Christian
Ira L. Herman
900 Third Avenue, 20th Floor
New York, NY 10022-4728
Telephone: (212) 751-3001
Facsimile: (212) 751-3113

*Attorneys for R. Kyle Kettler*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No.: 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING
ON MOTION OF R. KYLE KETTLER FOR CLARIFICATION, OR IN THE
ALTERNATIVE, PARTIAL RECONSIDERATION, AND CORRECTION OF ORDER
SUSTAINING OMNIBUS OBJECTIONS AND RECLASSIFYING CLAIMS FOR
RESTRICTED STOCK UNITS AND CONTINGENT STOCK AWARDS**

PLEASE TAKE NOTICE that the hearing on the *Motion of R. Kyle Kettler for Clarification, or In the Alternative, Partial Reconsideration, And Correction of Order Sustaining Omnibus Objections and Reclassifying Claims For Restricted Stock Units and Contingent Stock Awards*, that was scheduled for December 10, 2014 at 10:00 a.m. (ET), **has been adjourned to**

*[Remainder of Page Intentionally Left Blank]*

**January 15, 2014 at 10:00 a.m. (ET).**

Dated: New York, New York
       December 3, 2014                       THOMPSON & KNIGHT LLP

                                                        By: */s/ Jennifer A. Christian*

                                                        Jennifer A. Christian
                                                        Ira L. Herman
                                                        THOMPSON & KNIGHT LLP
                                                        900 Third Avenue, 20th Floor
                                                        New York, NY 10022-4728
                                                         Telephone: (212) 751-3001
                                                        Facsimile:  (212) 751-3113

                                                         *Attorneys for R. Kyle Kettler*