**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four Hundred Seventy-Ninth Omnibus Objection to Claims [ECF No. 45448] **solely as to the claim listed on Exhibit A attached hereto** because such claim was withdrawn by the claimant pursuant to a Withdrawal of Claim dated December 3, 2014 [ECF No. 47172].

Dated: December 3, 2014
       New York, New York

                                            **CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

## EXHIBIT A

## Claim for Which Objection Is Withdrawn

| Claimant | Claim Number |
|---|---|
| ABSA BANK LIMITED | 18071 |

20567730