UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――X
In Re                                                                  :        Chapter 11
                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        Case No.: 08-13555 (SCC)
                                                                           :
    Debtors.                                                       :        (Jointly Administered)
―――――――――――――――――――――X

## CERTIFICATION OF SERVICE

I, Jennifer A. Christian, hereby certify that on December 3, 2014, I caused to be served true copies of the (i) Notice of Adjournment of Hearing on Motion of R. Kyle Kettler for Clarification, or in the Alternative, Partial Reconsideration, and Correction of Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards to be served by ECF on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid on the following parties listed on the attached service list:

Dated: New York, New York
          December 3, 2014

                                        THOMPSON & KNIGHT LLP

                                        By: /s/ Jennifer A. Christian
                                            Jennifer A. Christian
                                            Ira L. Herman
                                            THOMPSON & KNIGHT LLP
                                            900 Third Avenue, 20th Floor
                                            New York, NY 10022-4728
                                            Telephone: (212) 751-3001
                                            Facsimile:  (212) 751-3113

                                            *Attorneys for R. Kyle Kettler*

## SERVICE LIST

The Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 623
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow and Lori R. Fife,

The U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Esq., and Susan D. Golden, Esq.,

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne and Wilbur Foster, Jr.,