**Back Office**   ◀ BCV

Anne Paris
Employée back office
anne.paris@bcv.ch

**Banque Cantonale Vaudoise**
Ch. de la Vallombreuse 100
1008 Prilly
Tel. 021 212 10 68
Fax 021 212 15 62
www.bcv.ch

United States Bankruptcy Court
Southern District of New York
Attn : Lehman Brothers Holdings Inc
One Bowling Green
NY10004-1408 New York
USA

Our ref. Transfert /nv3689125/ASP



Prilly, 14 November 2014

**Notice of transfer of claims**

Dear all,

Please find attached the documents regarding the partial transfer of claim nr 59233.

Best Regards

Banque Cantonale Vaudoise

Jacques Gmehlin          Victor Pereira
Vice-President           Assistant Vice-president

Enclosure : Notice of transfer of claims



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.              Case No.: 08-13555 (JMP)
                                                     Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Banque Cantonale Vaudoise | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Banque Cantonale Vaudoise<br>Place Chauderon 8<br>1003 Lausanne<br>Attn: Anne Paris<br>EMAIL: anne.paris@bcv.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>EUR 30'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _e.r. [signature]_                    Date: 12 November 2014
Anne Paris, Authorised Officer
Banque Cantonale Vaudoise
Place Chauderon 8
1003 Lausanne

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 100% CPC Lehman Bros Treasury 2008-21.4.2011 | CH0036891254 | LBT BV | LBH Inc. | EUR 30'000.00 out of EUR 3'755'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banque Cantonale Vaudoise
Place Chauderon 8
1003 Lausanne, Switzerland
Telephone: +41 21 212 10 68
Fax: +41 21 212 15 62
Attention: Anne Paris

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

FOC261 UBS0240 BCV 30K 3689125

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 23, 2014.

UBS AG
Transferor

By: _____
   Name: Matthias Mohos
   Title: Associate Director

By: _____
   Name: Stephan Gfeller
   Title: Associate Director

ACKNOWLEDGED BY:

Banque Cantonale Vaudoise
Transferee

By: e.r. _____
   Name: ~~Anne Paris~~
   Title: Authorised Officer

TOC251 UBS0240 BCV 30K 3689125