John C. Weitnauer (admitted *pro hac vice*)
Grant T. Stein
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
grant.stein@alston.com

*Counsel for Wilmington Trust Company
and Wilmington Trust National Association, solely
in their respective capacities as Trustee for
Certain Mortgage-Backed Securities Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | **Case No. 08-13555 (SCC)** |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Grant T. Stein, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Wilmington Trust Company and Wilmington Trust National Association, solely, in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust, a creditor in the above referenced cases.

I certify that I am a member in good standing of the State Bar of Georgia and am admitted to practice before the United States District Court for the Northern District of Georgia, United States District Court for the Southern District of Georgia, United States District Court for the Middle District of Georgia, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 4, 2014
       Atlanta, Georgia

Respectfully submitted,

/s/ Grant T. Stein
Grant T. Stein
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Email: grant.stein@alston.com

*Counsel for Wilmington Trust Company and Wilmington Trust National Association, solely in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Grant T. Stein, to be admitted, *pro hac vice*, to represent Wilmington Trust Company and Wilmington Trust National Association, solely, in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust, (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the State Bar of Georgia and admitted to practice before the United States District Court for the Northern District of Georgia, United States District Court for the Southern District of Georgia, United States District Court for the Middle District of Georgia, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court, it is hereby

ORDERED, that Grant T. Stein is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December ___, 2014
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

LEGAL02/35237967v1