HUNTON & WILLIAMS LLP
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Kevin M. Eckhardt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
|   |   | : | Chapter 11 |
In re: | | : | |
| | : | Case No. 08-13555 (JMP) |
LEHMAN BROTHERS HOLDINGS INC. *et al*., | : | |
| Debtors. | : | |

-----------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,**
**OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned counsel, Kevin M. Eckhardt of Hunton &

Williams LLP, withdraws his appearance as attorney for BSOF Master Fund L.P. in this case and

requests that he be deleted from the CM/ECF electronic notification service, official mailing

matrix and other service lists in this case.  All future filings in this matter should be served

directly upon BSOF Master Fund L.P. at the following address:

BSOF Master Fund L.P.
c/o Knighthead Capital Management, LLC
1140 Avenue of the Americas
12th Floor
New York, NY  10036
Attention:  Laura L. Torrado, Esq.
Telephone: 212-356-2914
Facsimile:  212-356-3921
Email:  ltorrado@knighthead.com

Dated:  December 5, 2014.

HUNTON & WILLIAMS LLP

By:  /s/ Kevin M. Eckhardt

Kevin M. Eckhardt
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Email:  keckhardt@hunton.com

75400.000002 EMF_US 53376908v1