HUNTON & WILLIAMS LLP
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Kevin M. Eckhardt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                                         :     Chapter 11
In re:                                                              :
                                                                         :     Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC. *et al*., :
                                       Debtors.      :
-----------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
### FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,
### OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned counsel, Kevin M. Eckhardt of Hunton & Williams LLP, withdraws his appearance as attorney for LMA SPC for and on behalf of the MAP 84 Segregated Portfolio in this case and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.  All future filings in this matter should be served directly upon LMA SPC for and on behalf of the MAP 84 Segregated Portfolio at the following address:

LMA SPC for and on behalf of the MAP 84 Segregated Portfolio
c/o Knighthead Capital Management, LLC
1140 Avenue of the Americas
12th Floor
New York, NY  10036
Attention:  Laura L. Torrado, Esq.
Telephone: 212-356-2914
Facsimile:  212-356-3921
Email:  ltorrado@knighthead.com

Dated: December 5, 2014.

                HUNTON & WILLIAMS LLP

        By: /s/ Kevin M. Eckhardt
            Kevin M. Eckhardt
            101 S. Tryon Street
            Suite 3500
            Charlotte, NC  28280
            Telephone: (704) 378-4729
            Facsimile: (704) 378-4890
            Email: keckhardt@hunton.com

75400.000002 EMF_US 53377155v1