HUNTON & WILLIAMS LLP
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Kevin M. Eckhardt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC. *et al*., :
Debtors. :
------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,**
**OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned counsel, Kevin M. Eckhardt of Hunton & Williams LLP, withdraws his appearance as attorney for Knighthead Master Fund L.P. in this case and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.  All future filings in this matter should be served directly upon Knighthead Master Fund L.P. at the following address:

Knighthead Master Fund L.P.
c/o Knighthead Capital Management, LLC
1140 Avenue of the Americas
12th Floor
New York, NY  10036
Attention:  Laura L. Torrado, Esq.
Telephone: 212-356-2914
Facsimile:  212-356-3921
Email:  ltorrado@knighthead.com

Dated: December 5, 2014.

                HUNTON & WILLIAMS LLP

                By: /s/ Kevin M. Eckhardt
                    Kevin M. Eckhardt
                    101 S. Tryon Street
                    Suite 3500
                    Charlotte, NC 28280
                    Telephone: (704) 378-4729
                    Facsimile: (704) 378-4890
                    Email: keckhardt@hunton.com