UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> LEHMAN BROTHERS HOLDINGS INC., ET AL., <br><br> Debtors. | Chapter 11 <br><br> **Case No. 08-13555 (SCC)** <br><br> (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Grant T. Stein, to be admitted, *pro hac vice*, to represent Wilmington Trust Company and Wilmington Trust National Association, solely, in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust, (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the State Bar of Georgia and admitted to practice before the United States District Court for the Northern District of Georgia, United States District Court for the Southern District of Georgia, United States District Court for the Middle District of Georgia, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court, it is hereby

ORDERED, that Grant T. Stein is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 5, 2014
       New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE