Dec 3, 2014

Honorable Shelley C. Chapman
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
N.Y., N.Y. Rm 623
Re: In Re Lehman Bros Holding Inc
Case No 08-13555 Claim No 15580

Please be advised that I will be unable to attend the Dec 19, 2014 hearing because my wife's condition has worsened.

Thank you,
Michael J Stypo

cc Weil, Gotshal & Manges LLP

RECEIVED
DEC -5 2014
U.S. BANKRUPTCY COURT, SDNY