WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON THE FOUR HUNDRED FORTY-**
**NINTH OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM NUMBER 17889**

        **PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Forty-
Ninth Omnibus Objection to Claims (510(b) Claims) [ECF No. 41664] *solely* as to the claim
listed on Exhibit A attached hereto, which was scheduled for December 10, 2014 at 10:00 a.m.
(Eastern Time), has been adjourned to January 15, 2015 at 10:00 a.m. (Eastern Time).

Dated:    December 5, 2014
          New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, NY 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

## Exhibit A

### Claim to Be Heard at December 10, 2014 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF Number |
|---|---|---|
| UBS Financial Services Inc. | 17889 | 42124 |