UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                                                : Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             : 08-13555 (SCC)
                                                                     : (Jointly Administered)
         Debtors.                                                    :
                                                                     :
---------------------------------------------------------------------x Ref. Docket No. 44122, 46668,
46882-46886, 46915-46917, 46930,
46938, 46940, 46942, 46964, 46978,
46980-46982, 46985, 46986, 46996,
47004, 47008, 47015, 47016, 47029-
47033, 47038, 47039, 47045-47052,
47056-47060

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
5th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44122, 46668, 46882...47052, 47056-47060_AFF_12-1-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL ADFERO BPI FUND, LTD
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
      C/O ALDEN GLOBAL CAPITAL, LLC
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 66962-85 in the above referenced case and in the amount of
         $524,000.00         has been transferred **(unless previously expunged by court order)**

```
      J.P. MORGAN SECURITIES LLC
      TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD
      ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138
      383 MADISON AVENUE - FLOOR 43
      NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  Southern District of New York
                  One Bowling Green
                  New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46930         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/01/2014                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 1, 2014.

**EXHIBIT B**

```
TIME: 14:13:23                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 12/01/14                                              CREDITOR LISTING

Name                                            Address
ALDEN GLOBAL ADFERO BPI FUND, LTD               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS ATTN: CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE
 MASTER FUND, L.P.                              NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES           TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ATTESTOR VALUE MASTER FUND LP                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET
                                                LONDON W1K 7PY UNITED KINGDOM
BANCA FIDEURAM S.P.A.                           TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: PAOLO MAZZA VIA SAN CARLO, 8/20 MODENA 41121 ITALY
                                                PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.         TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO 23100 ITALY
BANCA POPOLARE DI SONDRIO SCPA                  TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. AG                       TRANSFEROR: CREDIT SUISSE AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                     60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND
BANQUE PICTET & CIE SA                          ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: BANQUE PICTET & CIE SA ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: RAYMOND JAMES & ASSOCIATES, INC. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: WHITE & CASE LLP 745 SEVENTH AVENUE NEW YORK NY 10019
CAPITAL INTERNATIONAL NOMINEES LTD              MILL COURT, HOPE STREET CASTLETOWN IM99 5XH UNITED KINGDOM
CASSA LOMBARDA S.P.A.                           VIA A MANZONI 12/16 MILANO 20121 ITALY
CREDIT SUISSE AG                                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10022
CREDIT SUISSE AG                                ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CRS MASTER FUND, L.P.                           TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.        TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: HARVEST SS, LTD. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 14:13:23                              LEHMAN BROTHERS HOLDING INC.                                          PAGE: 2
DATE: 12/01/14                                    CREDITOR LISTING

| Name | Address |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HARVEST SS, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO & ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVE GREENWICH CT 06830 |
| HARVEST SS, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO/AMY SIM 100 WEST PUTNAM AVE GREENWICH CT 06830 |
| HARVEST SS, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| HARVEST SS, LTD. | TRANSFEROR: UBS AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 43 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO 383 MADISON AVUENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 43 MAIL CODE: NY1-M138 NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022 |
| STRATEGIC VALUE MASTER FUND, LTD. | C/O STRATEGIC VALUE PARTNERS LLC ATTN: JAMES VARLEY 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ARAVIND RAJASEKHARAN STRATEGIC VALUE PARTNERS LLC 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASCKHARAN 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:13:23                                LEHMAN BROTHERS HOLDING INC.                                       PAGE:    3
DATE: 12/01/14                                      CREDITOR LISTING

Name                          Address
TURNPIKE LIMITED              TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                              NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                              885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                              885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                              885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                              885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ILLIQUIDX LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED              TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FL NEW YORK NY 10022
UGS AG                        TRANSFEROR: CAPITAL INTERNATIONAL NOMINEES LTD ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND
WILSHIRE INSTITUTIONAL MASTER FUND II    TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
SPC                           885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II    TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
SPC                           885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022


Total Number of Records Printed    88


                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```