UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                    :
In re                                               :       **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :       **08-13555 (SCC)**
                                                    :       **(Jointly Administered)**
                           **Debtors.**             :
                                                    :
-------------------------------------------------------------------x       **Ref. Docket No. 46989**


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 1, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
5th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018


T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 46989_Aff 12-1-14.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |    Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (SCC)
                                 |
                                 |    (Jointly Administered)
             Debtors.            |
                                 |
_____|
```

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    BERNER KANTONALBANK AG
               TRANSFEROR: UBS AG
               ATTN: SAMUEL STUCKI
               POSTFACH
               BERN CH 3001 SWITZERLAND


Additional:




Transferee:    BERNER KANTONALBANK AG
               ATTN: SAMUEL STUCKI
               POSTFACH
               BERN CH 3001 SWITZERLAND


**Your transfer   of claim #  559233-38  is defective for the reason(s) checked below:**

Other                               Transferor does not own claim




Docket Number 46989              Date 11/05/14


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 1, 2014.

**EXHIBIT B**

TIME: 14:06:06
DATE: 12/01/14

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BERNER KANTONALBANK AG | ATTN: SAMUEL STUCKI POSTFACH BERN  CH 3001 SWITZERLAND |
| BERNER KANTONALBANK AG | TRANSFEROR: UBS AG ATTN: SAMUEL STUCKI POSTFACH BERN  CH 3001 SWITZERLAND |
| WALLISER KANTONALBANK | ATTN: TAVELLI GREGOIRE RUE DES CEDRES 8 SION 1951 SWITZERLAND |

Total Number of Records Printed       3

EPIQ BANKRUPTCY SOLUTIONS, LLC