UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                Debtors.                                          :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 46920, 46922-46924,
                                                                       47036, 47040, 47041, 47061, 47065-
                                                                       47069, 47071-47074, 47077, 47083,
                                                                       47084, 47097-47100

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
5th day of December, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46920, 46922-46924...47084, 47097-47100_AFF_12-3-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
      TRANSFEROR: ILLIQUIDX LLP
      C/O ALDEN GLOBAL CAPITAL
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 58671-07 in the above referenced case and in the amount of
      $690,000.00   allowed at $1,058,063.26         has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
      ATTN: MICHELLE LATZONI
      200 WEST STREET
      NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                                UNITED STATES BANKRUPTCY COURT
                                Southern District of New York
                                One Bowling Green
                                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47040        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 3, 2014.

**EXHIBIT B**

```
TIME: 10:14:47                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 12/03/14                                                   CREDITOR LISTING

Name                                                Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX XBX 1026 MALTA
BANQUE PIGUET & CIE S.A.                            ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                    YVERDON CH-1400 SWITZERLAND
BARCLAYS BANK PLC                                   JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: OAKFORD MF LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CCP CREDIT ACQUISITION HOLDINGS, LLC                TRANSFEROR: DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC                TRANSFEROR: DAVID HOYT ANDREWS KURTH, LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,            TRANSFEROR: DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
  LP
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
  LP
CITIGROUP FINANCIAL PRODUCTS INC.                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                   C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVNEUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN:TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE HONG KONG BRANCH                      LEVEL 88, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON ATTN: ALVIN CHIAM HONG KONG  HONG KONG
CREDIT SUISSE HONG KONG BRANCH                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SECURITIES (USA) LLC                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE, AG SINGAPORE BRANCH                  TRANSFEROR: FORE MULTI STRATEGY MASTER FUND, LTD. ATTENTION: ASHWINEE SAWH ONE MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                  TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH ONE RAFFLES LINK # 05-02 SOUTH LOBBY 039393 SINGAPORE  SINGAPORE
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: HARVEST SS, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB
DEXIA CREDIOP S.P.A                                 TRANSFEROR: STORM FUNDING LIMITED 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
                                                    ATTN: EDOARDO BARATELLA VIA VENTI SETTEMBRE, 30 ROME  00187 ITALY
FORE MULTI STRATEGY MASTER FUND, LTD.               C/O FORE RESEARCH & MANAGEMENT 510 MADISON AVENUE, 11TH FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                                 TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                 TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HARVEST SS, LTD.                                    TRANSFEROR: YORVIK PARTNERS LLP ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830
HBK MASTER FUND, L.P.                               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                       TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138
                                                    383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138
                                                    383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND,              TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDITY SOLUTIONS, INC.                           TRANSFEROR: NEWTON, ROGER AND COCO JTWROS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MONARCH CAYMAN FUND LIMITED                         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH DEBT RECOVERY MASTER FUND LTD.              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
NEWTON, ROGER AND COCO JTWROS                       3672 PROSPECT RD ANN ARBOR MI 48105-9534

                                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| OAKFORD MF LIMITED | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| SHAFER FUND, L.L.C. | TRANSFEROR: DEXIA CREDIOP S.P.A C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH ATTENTION: JORDAN MICHELS C/O SOUND POINT CAPITAL MANAGEMENT, LP 375 PARK AVENUE, 25TH FLOOR NEW YORK NY 10152 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: JANSSEN, M.T. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN DER WIJCK, A.H.S. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| UBS AG, LONDON BRANCH | TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIA MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG, LONDON BRANCH | TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA (TOKYO OFFICE) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC ON BEHALF OF | TRANSFEROR: BARCLAYS BANK PLC WILSHIRE ALDEN GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATED PORTFOLIO C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    51