UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
                                        :    (Jointly Administered)
        Debtors.                        :
                                        :
------------------------------------------------------------x    Ref. Docket Nos. 47093-47096

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
5th day of December, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.
              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
              C/O MONARCH ALTERNATIVE CAPITAL LP
              ATTN: MICHAEL GILLIN
              535 MADISON AVENUE, FLOOR 26
              NEW YORK NY 10022

Additional:

Transferee:   BARCLAYS BANK PLC
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

**Your transfer   of claim #   55741-07   is defective for the reason(s) checked below:**

Other                                REJECT DOCKET - PER CREDITOR, FILE IN ERROR

Docket Number 47094              Date 12/01/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 3, 2014.

**EXHIBIT B**

```
TIME: 16:32:04                                       LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 12/03/14                                           CREDITOR LISTING

Name                                          Address
BARCLAYS BANK PLC                             ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
MONARCH ALTERNATIVE SOLUTIONS MASTER          TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
 FUND LTD.                                    535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                              535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP       TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                              535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                       TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                              535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022

Total Number of Records Printed       5
```