UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                 :

In re                                                :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (SCC)
                                               :         (Jointly Administered)

                   Debtors.           :

------------------------------------------------------------x         Ref. Docket No. 46992

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 4, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
5th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
              TRANSFEROR: ODDO & CIE
              C/O ALDEN GLOBAL CAPITAL
              ATTN: CHRIS SCHOLFIELD
              885 THIRD AVENUE, 34TH FLOOR
              NEW YORK NY 10022

Additional:

Transferee:   GOLDMAN SACHS & CO.
              ATTN: MICHELLE LATZONI
              200 WEST STREET
              NEW YORK NY 10282

**Your transfer** of claim # 67361-01 is defective for the reason(s) checked below:

Other                                        INSUFFICIENT FUND

Docket Number 46992           Date 11/19/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 4, 2014.

# EXHIBIT B

```
TIME: 10:33:46                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 12/04/14                                         CREDITOR LISTING

Name                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ODDO & CIE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
GOLDMAN SACHS & CO.                     ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282


Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC