# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*　　　　Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **Värde Investment Partners, L.P.** | **The Royal Bank of Scotland plc** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim No.: 13901 |
| | Amount of Claim Transferred: $7,641,025.17, plus all interest, fees and other recoveries due. |
| 8500 Normandale Lake Boulevard Suite 1500 Minneapolis, MN 55437 Attn: Edwina P.J. Steffe*r* e-mail: *esteffer@varde.com* | Date Claim Filed: September 16, 2009 |
| | Phone: |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**

By Värde Investment Partners G.P., LLC,
Its General Partner
By Värde Partners, L.P.,
Its Managing Member
By Värde Partners, Inc.,
Its General Partner

By: _____/s/_____　　　　　　　　　　　　Date: ___December 8, 2014___
Name:　**Nathan J. Geske**
Title:　**Senior Managing Director**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

119-1703/CERTS/4477458.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*        Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 13901 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on        .

| **The Royal Bank of Scotland plc** <br> Name of Alleged Transferor <br><br> Address of Alleged Transferor: <br> 600 Washington Boulevard <br> Stamford, CT 06901 <br> Attn: Harry Pool <br> Tel: (203) 897-2779 <br> E mail: Harry.Pool@rbs.com | **Värde Investment Partners, L.P.** <br> Name of Transferee <br><br> Address of Transferee <br> 8500 Normandale Lake Boulevard <br> Suite 1500 <br> Minneapolis, MN 55437 <br> Attn: Edwina P.J. Steffer <br> E-mail: *esteffer@varde.com* |
|---|---|
| | |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                        _____
                                                                    CLERK OF THE COURT

119-1703/CERTS/4477458.1

TO:   Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Assignor") hereby sells, transfers and assigns to **VÄRDE INVESTMENT PARTNERS, L.P.** (the "Assignee") pursuant to a Transfer of Claim Agreement dated November 26, 2014 between the Assignor and the Assignee (the "Assignment Agreement"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated October 13, 1993 between the Debtor and the Assignor relating to the ISDA Master Agreement dated October 13, 1993 and related documents (the "ISDA") between the Assignor and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 13901. Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Assignment Agreement.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

*[Signatures to Follow]*

119-1703/AGR/4444075.2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF U.S. CLAIM IS EXECUTED THIS 20th day of November, 2014

**ASSIGNOR:**

The Royal Bank of Scotland plc

By: RBS Securities Inc., as its agent

By: _____
    Name: **Suzanne Glossoti**
    Title: **Authorized Signatory**

**ASSIGNEE:**

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., LLC, Its
    General Partner
By: Värde Partners, L.P., Its Managing
    Member
By: Värde Partners, Inc., Its General Partner

By: _____
    Name:
    Title:

119-1703/AGR/4444075.2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF U.S. CLAIM IS EXECUTED THIS 29th day of ~~October~~ November, 2014

**ASSIGNOR:**

The Royal Bank of Scotland plc

By: RBS Securities Inc., as its agent

By:_____
   Name:
   Title:

**ASSIGNEE:**

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., LLC, Its
    General Partner
By: Värde Partners, L.P., Its Managing
    Member
By: Värde Partners, Inc., Its General Partner

By: _[signature]_____
   Name:  Scott T. Hartman
   Title:  Managing Director

119-1703/AGR/4444075.2