WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                          :      Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :      08-13555 (SCC)
                                                               :
           Debtors.                                   :      (Jointly Administered)
                                                               :
                                                               :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE
## PLAN ADMINISTRATOR'S FOUR HUNDRED EIGHTY-SIXTH OMNIBUS
## OBJECTION TO CLAIMS (SATISFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

    **PLEASE TAKE NOTICE** that the claims listed on Exhibit A attached hereto have been withdrawn and accordingly Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims) [ECF No. 47048] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:  December 8, 2014
   New York, New York

                /s/ Garrett A. Fail
                Garrett A. Fail

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

WEIL:\95177773\1\58399.0011

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| Yugen Kaisha Chisen | 15163 |
| Yugen Kaisha Chisen | 15164 |
| Yugen Kaisha Chisen | 17201 |