**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                  :
In re                                             :          **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**       :          **08-13555 (SCC)**
                                                  :
                            **Debtors.**          :          **(Jointly Administered)**
                                                  :
------------------------------------------------------------------------x          **Ref. Docket No. 47064**

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 2, 2014, I caused to be served the "Notice of Hearing on Four Hundred Eighty-Fourth Omnibus Objection to Claims (Duplicate Claims)," dated November 21, 2014, to which was attached the "Four Hundred Eighty-Fourth Omnibus Objection to Claims (Duplicate Claims)," dated November 25, 2014 [Docket No. 47064], by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: Paul N. Silverstein, Andrews Kurth LLP, 450 Lexington Avenue, New York, NY 10017.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Christina Siguenza*
                                                  Christina Siguenza

Sworn to before me this
4th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018