B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Stone Lion Portfolio L.P.                          Deutsche Bank AG, London Branch
          Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim #: 17727
should be sent:
Stone Lion Portfolio L.P.                          Amount of Claim Transferred: $22,937,500.00
Stone Lion Capital Partners L.P.
461 Fifth Avenue, 14th Fl                          Date Claim Filed: September 18, 2009
New York, NY 10017
bwood@stonelioncapital.com                         Debtor: Lehman Brothers Special Financing Inc.

Attn: Brian Wood
Phone: (212) 843-1243

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:          //s// Claudia Borg                          Date:    December 8, 2014
          Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
          Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 17727

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

> **Stone Lion Portfolio L.P.**
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Attn: Claudia Borg
> Phone: 212-843-1225
> Email: cborg@stonelioncapital.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 17727, in the principal amount of $22,937,500.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 3, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name: _____               Name: _____
    Title: _____               Title: _____

**Stone Lion Portfolio L.P.**
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____
    Name: _____
    Title: _____

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("<u>Bankruptcy Court</u>")
         Attn: Clerk

AND TO:     Lehman Brothers Special Financing Inc. ("<u>Debtor</u>")
            Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 17727

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

> **Stone Lion Portfolio L.P.**
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Attn: Claudia Borg
> Phone: 212-843-1225
> Email: cborg@stonelioncapital.com

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to Proof of Claim number 17727, in the principal amount of $22,937,500.00 (the "<u>Claim</u>") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 3, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**


By: _____          By: _____
    Name:                                     Name:
    Title:                                    Title:

**Stone Lion Portfolio L.P.**
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____
    Name:
    Title:

Claudia Borg
General Counsel

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Stone Lion Portfolio L.P.                             Deutsche Bank AG, London Branch
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee     Court Claim #: 17728
should be sent:
Stone Lion Portfolio L.P.                          Amount of Claim Transferred: $22,937,500.00
Stone Lion Capital Partners L.P.
461 Fifth Avenue, 14th Fl                          Date Claim Filed: September 18, 2009
New York, NY 10017
bwood@stonelioncapital.com                         Debtor: Lehman Brothers Holding Inc.

Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ Claudia Borg_____     Date:    December 8, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
          Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 17728

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

        **Stone Lion Portfolio L.P.**
        555 5th Ave, 18th Floor
        New York, NY 10017
        Attn: Claudia Borg
        Phone: 212-843-1225
        Email: cborg@stonelioncapital.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 17728, in the principal amount of $22,937,500.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 3, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                   Name:
    Title:                                  Title:

**Stone Lion Portfolio L.P.**
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____
    Name:
    Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
          Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 17728

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

> **Stone Lion Portfolio L.P.**
> 555 5th Ave, 18th Floor
> New York, NY 10017
> Attn: Claudia Borg
> Phone: 212-843-1225
> Email: cborg@stonelioncapital.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim number 17728, in the principal amount of $22,937,500.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 3, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
    Name:                                       Name:
    Title:                                      Title:

**Stone Lion Portfolio L.P.**
By: Stone Lion Capital Partners L.P., Investment Manager

By: _____
    Name:
    Title:              Claudia Borg
                        General Counsel