# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                        (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fifth Street Station LLC</u>                          <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): <u>67084</u>
should be sent:                                        Amount of Claim Transferred: <u>$3,348,000.00</u>
                                                       Date Claim Filed: <u>9/23/10</u>
Fifth Street Station LLC                               Debtor: <u>Lehman Brothers Special Financing</u>
505 5th Avenue South                                   <u>Inc.</u>
Seattle, WA 98104
Attn: Benjamin Kolpa
Email: <u>benk@vulcan.com</u>
Tel: (206) 342-2476


Phone:                                                 Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

14

A/76002375.4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 01 DECEMBER 2014
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____  Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Name of Transferee/Transferee's Agent


Acknowledged and Agreed:

By: _____[signature]_____ Michelle Latzoni / Authorized Signatory    Date: 12/3/14
    Name of Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

15

A/76002375.4

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn:   Clerk of the Court

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim Number 67084

**GOLDMAN SACHS LENDING PARTNERS LLC**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**Fifth Street Station LLC**
Attn: Benjamin Kolpa
Phone: 206-342-2476
Email: benk@vulcan.com

its successors and assigns ("Transferee") all rights, title and interest in and to the claim of Transferor in the liquidated principal amount of **$3,348,000.00** (the "Claim") against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

16

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 4, 2014.

Goldman Sachs Lending Partners LLC

By: _____
    Name:
    Title:    Michelle Latzoni
           Authorized Signatory

Fifth Street Station LLC

By: _____
    Name:
    Title:

17

A/76002375.4

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 4, 2014.

**Goldman Sachs Lending Partners LLC**

By: _____
    Name:
    Title:

**Fifth Street Station LLC**

By: _____*[signature]*_____
    Name: BEN KOLPA
    Title: DIRECTOR

17

A/76002375.4