UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re:                                                  : Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  : Case No. 08-13555 (SCC)
                                                        :
                                    Debtors.            : (Jointly Administered)
---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused to be served The RMBS Trustees' Motion to Strike the Expert Declaration of William Alread and Portions of the Lehman Reply Brief Relying on that Declaration [ECF No. 47230], and the Supplement to Motion of RMBS Trustees To Estimate The RMBS Claims Using Statistical Sampling [ECF No. 47233] with the Declaration of Scott A. Lewis as attached Exhibit A, all dated December 8, 2014, via FedEx or hand delivery to the parties listed below and via electronic mail to those parties listed on the annexed Exhibit A on December 8, 2014:

s/ M. William Munno

| | |
|---|---|
| OFFICE OF THE US TRUSTEE<br>U.S. Federal Office Building<br>Attn:   William K. Harrington, Esq.<br>Susan D. Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>201 Varick Street, Room 1006<br>New York, NY  10014 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Attn:   Dennis F. Dunne, Esq.<br>Wilbur F. Foster, Jr., Esq.<br>Dennis C. O'Donnell, Esq.<br>Evan R. Fleck. Esq<br>1 Chase Manhattan  Plaza<br>New York, NY  10005 |
| INTERNAL REVENUE SERVICE<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY  10007 | WILLKIE FARR & GALLAGHER LLP<br>Attn:   Paul V. Shalhoub, Esq.<br>Todd G. Cosenza, Esq.<br>787 Seventh Avenue<br>New York, NY 10019 |
| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK<br>Honorable Shelley C. Chapman<br>One Bowling Green, Courtroom 623<br>New York, NY  10004 | JONES & KELLER, P.C.<br>Attn:   Michael A. Rollin, Esq.<br>Maritza Dominguez Braswell, Esq.<br>1999 Broadway, Suite 3150<br>Denver, CO 80202 |
| WEIL GOTSHAL & MANGES LLP<br>Attn:   Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Jacqueline Marcus, Esq.<br>Shai Y. Waisman, Esq.<br>Robert J. Lemons, Esq.<br>767 Fifth Avenue<br>New York, NY  10153 | |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | jtimko@shutts.com |
| aalfonso@willkie.com | judy.morse@crowedunlevy.com |
| abeaumont@fklaw.com | jvail@ssrl.com |
| abraunstein@riemerlaw.com | jwcohen@daypitney.com |
| acaton@kramerlevin.com | jweiss@gibsondunn.com |
| adarwin@nixonpeabody.com | jwest@velaw.com |
| adiamond@diamondmccarthy.com | jwh@njlawfirm.com |
| aeckstein@blankrome.com | kanema@formanlaw.com |
| aentwistle@entwistle-law.com | karen.wagner@dpw.com |
| afriedman@irell.com | karl.geercken@alston.com |
| agbanknewyork@ag.tn.gov | kdwbankruptcydepartment@kelleydrye.com |
| aglenn@kasowitz.com | keckhardt@hunton.com |
| agold@herrick.com | keith.simon@lw.com |
| agoldstein@tnsj-law.com | ken.coleman@allenovery.com |
| agottfried@morganlewis.com | ken.higman@hp.com |
| aisenberg@saul.com | kerry.moynihan@hro.com |
| akadish@dtlawgroup.com | kgwynne@reedsmith.com |
| akantesaria@oppenheimerfunds.com | kiplok@hugheshubbard.com |
| akolod@mosessinger.com | kit.weitnauer@alston.com |
| alum@ftportfolios.com | kjarashow@stutman.com |
| amarder@msek.com | kkelly@ebglaw.com |
| amartin@sheppardmullin.com | kkolbig@mosessinger.com |
| amcmullen@boultcummings.com | klyman@irell.com |
| amenard@tishmanspeyer.com | klynch@formanlaw.com |
| amh@amhandlerlaw.com | kmayer@mccarter.com |
| andrew.brozman@cliffordchance.com | kobak@hugheshubbard.com |
| andrew.lourie@kobrekim.com | korr@orrick.com |
| angelich.george@arentfox.com | kovskyd@pepperlaw.com |
| angie.owens@skadden.com | kressk@pepperlaw.com |
| ann.reynaud@shell.com | kreynolds@mklawnyc.com |
| anthony_boccanfuso@aporter.com | krodriguez@allenmatkins.com |
| aoberry@bermanesq.com | krosen@lowenstein.com |
| aostrow@beckerglynn.com | kurt.mayr@bgllp.com |
| apalazzolo@fzwz.com | lacyr@sullcrom.com |
| appleby@chapman.com | landon@slollp.com |
| aquale@sidley.com | lapeterson@foley.com |
| arainone@bracheichler.com | lawallf@pepperlaw.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com

lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmestres@aclawllp.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com

mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| dbarber@bsblawyers.com | mparry@mosessinger.com |
| dbaumstein@whitecase.com | mprimoff@kayescholer.com |
| dbesikof@loeb.com | mpucillo@bermanesq.com |
| dcimo@gjb-law.com | mrosenthal@gibsondunn.com |
| dcoffino@cov.com | mrothchild@mofo.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |
| deggermann@kramerlevin.com | msolow@kayescholer.com |
| deggert@freebornpeters.com | mspeiser@stroock.com |
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dfelder@orrick.com | munno@sewkis.com |
| dflanigan@polsinelli.com | mvenditto@reedsmith.com |
| dgrimes@reedsmith.com | mwarner@coleschotz.com |
| dhayes@mcguirewoods.com | mwarren@mtb.com |
| dheffer@foley.com | nathan.spatz@pillsburylaw.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmarkham@gibbonslaw.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |

5

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com

pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us

roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| jbird@polsinelli.com | shgross5@yahoo.com |
| jbromley@cgsh.com | sidorsky@butzel.com |
| jcarberry@cl-law.com | sldreyfuss@hlgslaw.com |
| jchristian@tobinlaw.com | sleo@bm.net |
| jchubak@proskauer.com | slerman@ebglaw.com |
| jclose@chapman.com | slerner@ssd.com |
| jdoran@haslaw.com | slevine@brownrudnick.com |
| jdrucker@coleschotz.com | sloden@diamondmccarthy.com |
| jdwarner@warnerandscheuerman.com | smillman@stroock.com |
| jdweck@sutherland.com | smulligan@bsblawyers.com |
| jdyas@halperinlaw.net | snewman@katskykorins.com |
| jean-david.barnea@usdoj.gov | sory@fdlaw.com |
| jeanites@whiteandwilliams.com | squsba@stblaw.com |
| jeannette.boot@wilmerhale.com | sree@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffrey.sabin@bingham.com | sselbst@herrick.com |
| jeldredge@velaw.com | sshimshak@paulweiss.com |
| jennifer.demarco@cliffordchance.com | sskelly@teamtogut.com |
| jennifer.gore@shell.com | sstarr@starrandstarr.com |
| jfalgowski@reedsmith.com | steele@lowenstein.com |
| jfreeberg@wfw.com | stephen.cowan@dlapiper.com |
| jg5786@att.com | stephen.hessler@kirkland.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jgoodchild@morganlewis.com | steven.usdin@flastergreenberg.com |
| jguy@orrick.com | steven.wilamowsky@bingham.com |
| jhiggins@fdlaw.com | streusand@slollp.com |
| jhorgan@phxa.com | susheelkirpalani@quinnemanuel.com |
| jhuggett@margolisedelstein.com | swolowitz@mayerbrown.com |
| jim@atkinslawfirm.com | szuch@wiggin.com |
| jjoyce@dresslerpeters.com | tannweiler@greerherz.com |
| jjtancredi@daypitney.com | tbrock@ssbb.com |
| jjureller@klestadt.com | tdewey@dpklaw.com |
| jlamar@maynardcooper.com | tgoren@mofo.com |
| jlawlor@wmd-law.com | thomas.califano@dlapiper.com |
| jlee@foley.com | timothy.harkness@freshfields.com |
| jlevitin@cahill.com | tjfreedman@pbnlaw.com |
| jlscott@reedsmith.com | tkiriakos@mayerbrown.com |
| jmaddock@mcguirewoods.com | tlauria@whitecase.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com

tmacwright@whitecase.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**ADDITIONAL PARTIES**
cdesiderio@nixonpeabody.com
harvey.miller@weil.com
jacqueline.marcus@weil.com
jason.solomon@alston.com
kit.weitnauer@alston.com
lori.fife@weil.com
munno@sewkis.com
richard.krasnow@weil.com
robert.lemons@weil.com
rpedone@nixonpeabody.com
slewis@chapman.com
top@chapman.com
mrollin@joneskeller.com
TCosenza@willkie.com
pshalhoub@willkie.com
mbraswell@joneskeller.com

SK 16271 0159 6276904 v3