**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re:                                                  :   **Chapter 11**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**              :   **Case No. 08-13555 (SCC)**
                                                        :
                              Debtors.                  :   **(Jointly Administered)**
----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused to be served the Declaration of James H. Aronoff dated December 8, 2014 (ECF No. 47275), via FedEx or hand delivery to the parties listed below and via electronic mail to those parties listed on the annexed Exhibit A on December 9, 2014:

                                        s/ M. William Munno

OFFICE OF THE US TRUSTEE
U.S. Federal Office Building
Attn:   William K. Harrington, Esq.
Susan D. Golden, Esq.
Andrea B. Schwartz, Esq.
201 Varick Street, Room 1006
New York, NY  10014

MILBANK, TWEED, HADLEY & MCCLOY LLP
Attn:   Dennis F. Dunne, Esq.
Wilbur F. Foster, Jr., Esq.
Dennis C. O'Donnell, Esq.
Evan R. Fleck. Esq
1 Chase Manhattan  Plaza
New York, NY  10005

INTERNAL REVENUE SERVICE
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY  10007

WILLKIE FARR & GALLAGHER LLP
Attn:   Paul V. Shalhoub, Esq.
Todd G. Cosenza, Esq.
787 Seventh Avenue
New York, NY 10019

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
Honorable Shelley C. Chapman
One Bowling Green, Courtroom 623
New York, NY  10004

JONES & KELLER, P.C.
Attn:   Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq.
1999 Broadway, Suite 3150
Denver, CO 80202

WEIL GOTSHAL & MANGES LLP
Attn:   Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Shai Y. Waisman, Esq.
Robert J. Lemons, Esq.
767 Fifth Avenue
New York, NY  10153

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com

jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com

2

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com

lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| cbelmonte@ssbb.com | mbienenstock@proskauer.com |
| cdesiderio@nixonpeabody.com | mbloemsma@mhjur.com |
| cgonzalez@diazreus.com | mbossi@thompsoncoburn.com |
| chad.husnick@kirkland.com | mcademartori@sheppardmullin.com |
| chammerman@paulweiss.com | mccarthyj@sullcrom.com |
| charles@filardi-law.com | mcordone@stradley.com |
| charles_malloy@aporter.com | mcto@debevoise.com |
| chemrick@connellfoley.com | mcyganowski@oshr.com |
| chipford@parkerpoe.com | mdorval@stradley.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| clarkb@sullcrom.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmestres@aclawllp.com | mginzburg@daypitney.com |
| cmontgomery@salans.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | millee12@nationwide.com |
| cshulman@sheppardmullin.com | miller@taftlaw.com |
| cszyfer@stroock.com | mimi.m.wong@irscounsel.treas.gov |
| cwalsh@mayerbrown.com | mitchell.ayer@tklaw.com |
| cward@polsinelli.com | mjedelman@vedderprice.com |
| cweber@ebg-law.com | mjr1@westchestergov.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | mlandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmendez@crb-law.com |
| david.livshiz@freshfields.com | mmorreale@us.mufg.jp |
| david.powlen@btlaw.com | mneier@ibolaw.com |
| davids@blbglaw.com | monica.lawless@brookfieldproperties.com |
| davidwheeler@mvalaw.com | mpage@kelleydrye.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com

mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com

5

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com

pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com

6

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us

roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org

7

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| jbird@polsinelli.com | shgross5@yahoo.com |
| jbromley@cgsh.com | sidorsky@butzel.com |
| jcarberry@cl-law.com | sldreyfuss@hlgslaw.com |
| jchristian@tobinlaw.com | sleo@bm.net |
| jchubak@proskauer.com | slerman@ebglaw.com |
| jclose@chapman.com | slerner@ssd.com |
| jdoran@haslaw.com | slevine@brownrudnick.com |
| jdrucker@coleschotz.com | sloden@diamondmccarthy.com |
| jdwarner@warnerandscheuerman.com | smillman@stroock.com |
| jdweck@sutherland.com | smulligan@bsblawyers.com |
| jdyas@halperinlaw.net | snewman@katskykorins.com |
| jean-david.barnea@usdoj.gov | sory@fdlaw.com |
| jeanites@whiteandwilliams.com | squsba@stblaw.com |
| jeannette.boot@wilmerhale.com | sree@lcbf.com |
| jeff.wittig@coair.com | sschultz@akingump.com |
| jeffrey.sabin@bingham.com | sselbst@herrick.com |
| jeldredge@velaw.com | sshimshak@paulweiss.com |
| jennifer.demarco@cliffordchance.com | sskelly@teamtogut.com |
| jennifer.gore@shell.com | sstarr@starrandstarr.com |
| jfalgowski@reedsmith.com | steele@lowenstein.com |
| jfreeberg@wfw.com | stephen.cowan@dlapiper.com |
| jg5786@att.com | stephen.hessler@kirkland.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jgoodchild@morganlewis.com | steven.usdin@flastergreenberg.com |
| jguy@orrick.com | steven.wilamowsky@bingham.com |
| jhiggins@fdlaw.com | streusand@slollp.com |
| jhorgan@phxa.com | susheelkirpalani@quinnemanuel.com |
| jhuggett@margolisedelstein.com | swolowitz@mayerbrown.com |
| jim@atkinslawfirm.com | szuch@wiggin.com |
| jjoyce@dresslerpeters.com | tannweiler@greerherz.com |
| jjtancredi@daypitney.com | tbrock@ssbb.com |
| jjureller@klestadt.com | tdewey@dpklaw.com |
| jlamar@maynardcooper.com | tgoren@mofo.com |
| jlawlor@wmd-law.com | thomas.califano@dlapiper.com |
| jlee@foley.com | timothy.harkness@freshfields.com |
| jlevitin@cahill.com | tjfreedman@pbnlaw.com |
| jlscott@reedsmith.com | tkiriakos@mayerbrown.com |
| jmaddock@mcguirewoods.com | tlauria@whitecase.com |

8

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

| | |
|---|---|
| jmakower@tnsj-law.com | tmacwright@whitecase.com |
| jmazermarino@msek.com | tnixon@gklaw.com |
| jmelko@gardere.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmerva@fult.com | tomwelsh@orrick.com |
| jmmurphy@stradley.com | tsalter@blankrome.com |
| jmr@msf-law.com | tslome@msek.com |
| jnadritch@olshanlaw.com | tunrad@burnslev.com |
| jnm@mccallaraymer.com | twheeler@lowenstein.com |
| john.monaghan@hklaw.com | villa@slollp.com |
| john.mule@ag.state.mn.us | vmilione@nixonpeabody.com |
| john.rapisardi@cwt.com | vrubinstein@loeb.com |
| jonathan.goldblatt@bnymellon.com | wanda.goodloe@cbre.com |
| jonathan.henes@kirkland.com | wballaine@lcbf.com |
| jorbach@hahnhessen.com | wbenzija@halperinlaw.net |
| joseph.cordaro@usdoj.gov | wchen@tnsj-law.com |
| joseph.serino@kirkland.com | wcurchack@loeb.com |
| joshua.dorchak@bingham.com | wdase@fzwz.com |
| jowen769@yahoo.com | wfoster@milbank.com |
| joy.mathias@dubaiic.com | will.sugden@alston.com |
| jpintarelli@mofo.com | wiltenburg@hugheshubbard.com |
| jporter@entwistle-law.com | wisotska@pepperlaw.com |
| jprol@lowenstein.com | wk@pwlawyers.com |
| jrabinowitz@rltlawfirm.com | wmaher@wmd-law.com |
| jrsmith@hunton.com | wmarcari@ebglaw.com |
| jschiller@bsfllp.com | wmckenna@foley.com |
| jschreib@chapman.com | wrightth@sullcrom.com |
| jschwartz@hahnhessen.com | wsilverm@oshr.com |
| jsheerin@mcguirewoods.com | wswearingen@llf-law.com |
| jsherman@bsfllp.com | wtaylor@mccarter.com |
| jshickich@riddellwilliams.com | wweintraub@stutman.com |
| jsmairo@pbnlaw.com | wzoberman@bermanesq.com |
| jstoll@mayerbrown.com | yuwatoko@mofo.com |
| jsullivan@mosessinger.com | |

9

**LEHMAN BROTHERS HOLDINGS INC.,**
E-mail Service List

**ADDITIONAL PARTIES**
cdesiderio@nixonpeabody.com
harvey.miller@weil.com
jacqueline.marcus@weil.com
jason.solomon@alston.com
kit.weitnauer@alston.com
lori.fife@weil.com
munno@sewkis.com
richard.krasnow@weil.com
robert.lemons@weil.com
rpedone@nixonpeabody.com
slewis@chapman.com
top@chapman.com
mrollin@joneskeller.com
TCosenza@willkie.com
pshalhoub@willkie.com
mbraswell@joneskeller.com

SK 16271 0159 6277664