WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :   **Chapter 11 Case No.**
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                   :   **08-13555 (SCC)**
                                                                               :
                                          **Debtors.**                         :   **(Jointly Administered)**
                                                                               :
-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :
                                                                               :   **Case No.**
**LEHMAN BROTHERS INC.,**                                                      :
                                                                               :   **08-01420 (SCC) (SIPA)**
                                          **Debtor.**                          :
                                                                               :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF
MATTERS SCHEDULED FOR THE EIGHTIETH
OMNIBUS AND CLAIMS HEARING ON DECEMBER 10, 2014 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

**I.    STATUS CONFERENCES:**

1.    Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9013**]

Response Deadline:    June 20, 2014 at 4:00 p.m., extended for certain parties to August 22, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Julia Kaufman [**LBI ECF No. 9125**]

B.    Declaration of Julia Kaufman [**LBI ECF No. 9126**]

C.    Response of Kyle R. Kettler [**LBI ECF No. 9183**]

D.    Response of Wayne Judkins [**LBI ECF No. 9185**]

E.    Response of Jeffrey Frase and Roy J. Salame [**LBI ECF No. 9196**]

F.    Response of P. Mathew Verghese [**LBI ECF No. 9199**]

G.    Response of Michael Scott Glover and Anshuman Goyal [**LBI ECF No. 9200**]

H.    Declaration of Harry W. Lipman on behalf of Akshay Murthy [**LBI ECF No. 9202**]

I.    Response of Akshay Murthy [**LBI ECF No. 9203**]

J.    Response of Murali Raman [**LBI ECF No. 9209**]

K.    Response of Julie R. Shapiro [**LBI ECF No. 9262**]

L.    Response of Brett Ersoff [**LBI ECF No. 9277**]

M.    Response of Maximilian Coreth [**LBI ECF No. 9282**]

N.      Declaration on behalf of Maximilian Coreth [**LBI ECF No. 9283**]

O.      Response of Thomas P. Blakeslee [**LBI ECF No. 9316**]

P.      Response of Alexander Lesin [**LBI ECF No. 9344**]

Q.      Declaration in Support of the Response of Alexander Lesin [**LBI ECF No. 9346**]

R.      Response of Todd O'Malley [**LBI ECF No. 9354**]

S.      Response of Shashank Agrawal [**LBI ECF No. 9357**]

T.      Response of Eric Race [**LBI ECF No. 9411**]

U.      Amended Declaration of Eric Race [**LBI ECF No. 9430**]

V.      Response of Zhiyong Shi [**LBI ECF No. 9563**]

W.      Response of 1EE, LLC [**LBI ECF No. 9694**]

Related Documents:

X.      Corrected Order Granting the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9443**]

Y.      Declaration of Jonathan Hoffman on behalf of 1EE, LLC [**LBI ECF No. 9695**]

Z.      Order Pursuant to 11 U.S.C. Sections 107(b) and 107(c) and Fed. R. Bankr. P. Rule 9018 Authorizing 1EE, LLC to File Certain Exhibits to the Declaration of Jonathan Hoffman Under Seal [**LBI ECF No. 9715**]

AA.     Letter to the Honorable Shelley C. Chapman Regarding the Trustee's Two Hundred Thirty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 10141**]

BB.     Memorandum Endorsed Order re November 7th Hearing to be Treated as a Status Conference [**LBI ECF No. 10175**]

CC.     Notice of Status Conference [**LBI ECF No. 10402**]

DD.     Letters to the Court from 1EE, LLC [**LBI ECF Nos. 10031, 10579**]

WEIL:\95171571\6\58399.0011

EE.    Correspondence from the Trustee Regarding Objections [**LBI ECF No. 10637**]

Status:  This matter is going forward, solely as a status conference.

2.    Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

Response Deadline:    August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Patricia M. Bah [**LBI ECF No. 9636**]

B.    Response of Vito A. Santoro [**LBI ECF No. 9714**]

Related Documents:

C.    Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9846**]

D.    Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

E.    Letters to the Court from 1EE, LLC [**LBI ECF Nos. 10031, 10579**]

F.    Correspondence from the Trustee Regarding Objections [**LBI ECF No. 10637**]

Status:  This matter is going forward, solely as a status conference as to the claim of Mr. Santoro.  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to the claim of Ms. Bah.

3.    Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Classification) [**LBI ECF No. 10097**]

Response Deadline:    October 28, 2014 at 4:00 p.m.

Response Received:

A.    Response of Richard S. Hajdukiewicz [**LBI ECF No. 10252**]

WEIL:\95171571\6\58399.0011

Related Documents:

      B.      Order Granting the Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Classification) solely as to certain claims [**LBI ECF No. 10394**]

      C.      Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

      D.      Notice of Resolution [**LBI ECF No. 10589**]

      E.      Correspondence from the Trustee Regarding Objections [**LBI ECF No. 10637**]

Status:  This matter is going forward, solely as a status conference as to the claim of Mr. Hajdukiewicz.  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to the claim of Ms. Antoncic.

4.      Trustee's Objection to the General Creditor Proof of Claim of Robert J. Chambers (Claim No. 6107) [**LBI ECF No. 10194**]

Response Deadline:    November 7, 2014 at 4:00 p.m.

Responses Received:

      A.      Response to Trustee's Objection to the General Creditor Proof of Claim of Robert J. Chambers (Claim No. 6107) [**LBI ECF No. 10435**]

      B.      Declaration of J. Robert Chambers [**LBI ECF No. 10436**]

Related Documents:

      C.      Notice of Status Conference [**LBI ECF No. 10402**]

      D.      Motion of J. Robert Chambers Pursuant to 11 U.S.C. § 107(b) and 107(c) and Fed. R. Bankr. P. 9018 for an Order Authorizing the Filing of Exhibits to the Declaration of J. Robert Chambers Under Seal [**LBI ECF No. 10434**]

      E.      Order Authorizing the Filing of Exhibits to the Declaration of J. Robert Chambers Under Seal [**LBI ECF No. 10551**]

      F.      Correspondence from the Trustee Regarding Objections [**LBI ECF No. 10637**]

Status:  This matter is going forward, solely as a status conference.

<u>**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**</u>

II.    <u>**CONTESTED MATTERS:**</u>

    5.    One Hundred Seventy-Third Omnibus Objection to Claims [**ECF No. 19399**]

        <u>Response Deadline</u>:    September 20, 2011 at 4:00 p.m.

        <u>Responses Received</u>:

            A.    Response of Michael Stipo (Claim No. 15580) [**ECF No. 20176**]

            B.    Letter from Michael Stipo

            C.    Letter from Michael Stipo [**ECF No. 47211**]

        <u>Related Document</u>:

            D.    Reply to Claims Asserting Veil-Piercing Liability Against Lehman Brothers Holdings Inc. (Claim Nos. 1681, 8090, 9589, 10767, 12080, 13503, 15220, 15580, 25533, 31318, 33549) [**ECF No. 41482**]

        <u>Status</u>:  This matter is going forward on a contested basis.

    6.    The RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and (II) Estimate and Allow their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code [**ECF No. 46078**]

        <u>Response Deadline</u>:    September 2, 2014 at 4:00 p.m. (Objection Deadline Extended by Agreement)

        <u>Responses Received</u>:

            A.    Lehman Brothers Holdings Inc.'s (A) Objection to RMBS Trustees' Motion to (I) Increase the Reserve of $12.143 Billion and (II) Estimate and Allow their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code, and (B) Cross-Motion to Establish a Protocol to Resolve Claims Filed by RMBS Trustees [**ECF No. 46526**]

            B.    The RMBS Trustees' (1) Reply In Support Of Their Motion to Estimate The RMBS Claims Using Statistical Sampling, And (2) Opposition To Lehman's Cross-Motion For A Full Loan-By-Loan Review [**ECF No. 46960**]

WEIL:\95171571\6\58399.0011

     C.     Lehman Brothers Holdings Inc.'s Reply Brief (A) In Opposition to RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and (II) Estimate and Allow Their Claims For Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code, And (B) In Further Support of Its Cross-Motion to Establish a Protocol for Resolve Claims Filed by RMBs Trustees [**ECF No. 47185**]

Related Documents:

     D.     Declaration of Charles A. Parekh, Ph.D, dated August 21, 2014 [**ECF No. 46080**]

     E.     Declaration of James H. Aronoff, dated August 21, 2014 [**ECF No. 46085**]

     F.     Reply Declaration of Charles A. Parekh, Ph.D., dated November 14, 2014 [**ECF No. 46961**]

     G.     Letter to Hon. Shelly C. Chapman re Matters relating to Motion and Cross-Motion regarding RMBS Trustees' claims and the December 10, 2014 hearing [**ECF No. 46999**]

     H.     RMBS Trustees' Letter to Hon. Shelly C. Chapman [**ECF No. 47006**]

     I.     Declaration of William Alread, dated December 3, 2014 [**ECF No. 47186**]

     J.     Declaration of Craig Pino, dated December 3, 2014 [**ECF No. [47187**]

     K.     Declaration of William Goetzmann, dated December 3, 2014 [**ECF No. 47188**]

     L.     The RMBS Trustees' Motion to Strike the Expert Declaration of William Alread and Portions of the Lehman Reply Brief Relying on that Declaration [**ECF No. 47230**]

     M.     Supplement to Motion RMBS Trustees to Estimate the RMBS Claims Using Statistical Sampling [**ECF No. 47233**]

     N.     Letter of Lehman Brothers Holdings Inc. to Honorable Shelley C. Chapman Regarding Matters Relating to Motion and Cross-Motion Regarding RMBS Trustees' Claims and the December 10, 2014 Hearing [**ECF No. 47241**]

7

O.    Declaration of James H. Aronoff, dated December 8, 2014 [**ECF No. 47275**]

Status: This matter is going forward on a contested basis.

## III.    ADJOURNED MATTERS:

## A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

7.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

8.    Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:    June 3, 2013 at 4:00 p.m.

Adjourned Responses:

A.    Response of Commerzbank AG [**ECF No. 38674**]

B.    Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

9.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Response Received:

A.    LBHI's Opposition to Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 40232**]

Related Documents:   None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

10.     The Plan Administrator's Four Hundred Forty-Ninth Omnibus Objection to
        Claims (510(b) Claims) [**ECF No. 41664**]

        Response Deadline:     January 21, 2014 at 5:00 p.m. or as otherwise extended.

        Response Received:

                A.      Response of UBS Financial Services Inc. [**ECF No. 42124**]

        Related Documents:

                B.      Plan Administrator's Reply in Further Support of Objection to
                        Claim 17889 filed by UBS Financial Services Inc. [**ECF No.
                        46972**]

                C.      Declaration of Ralph I. Miller in Support of Plan Administrator's
                        Reply in Further Support of Objection to Claim 1789 filed by UBS
                        Financial Services Inc. [**ECF No. 46973**]

                D.      UBS Response to be filed on December 3rd [**ECF No. TBD**]

        Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

11.     Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims)
        [**ECF No. 42105**]

        Response Deadline:     February 18, 2014 at 4:00 p.m.

        Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m. solely
        with respect to claim numbers 19986, 19987, 19988 and 27709.

12.     Debtors' Motion for Alternative Dispute Resolution Procedures Order for
        Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No.
        44450**]

        Responses Received:

                A.      Objection of PHH Home Loans, LLC to Motion for Alternative
                        Dispute Resolution Procedures Order for Indemnification Claims
                        of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

                B.      Limited Objection and Reservation of Rights of Mountain West
                        Financial, Inc. to Motion for Alternative Dispute Resolution

Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

C.  Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

D.  Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

E.  Limited Objection and Reservation of Rights of Amerifirst Financial Corp., et al. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

F.  Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage to the Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44740**]

<u>Related Documents</u>:

G.  Declaration of Adam M. Bialek in Support of Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

H.  Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

I.  Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

J.  Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

10

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

13.     The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to
        Claims (No Liability Claims) [**ECF No. 44488**]

        Response Deadline:     July 2, 2014 at 5:00 p.m. or as otherwise extended.

        Response Received:

                A.      Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

        Related Documents:     None.

        Status:  This matter has been adjourned to the March 2015 claims hearing as to
        Claim No. 48726 of Wells Fargo Bank, N.A.

14.     The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to
        Claims (No Liability Claims) [**ECF No. 44489**]

        Response Deadline:     July 2, 2014 at 5:00 p.m. or as otherwise extended.

        Response Received:     None.

        Related Documents:     None.

        Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

15.     Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to
        Claims (No Liability Claims) [**ECF No. 45446**]

        Response Deadline:     August 29, 2014 at 4:00 p.m.

        Responses Received:

                A.      Response of Wincent Investment Limited [**ECF No. 46182**]

                B.      Response of Fatai Investment Limited [**ECF No. 46183**]

                C.      Response of Zama International Limited [**ECF No. 46184**]

                D.      Response of Halewood Company Limited [**ECF No. 46195**]

                E.      Response of KBC Bank NV [**ECF No. 46238**]

                F.      Declaration of Markus Schott in Support of Response of KBC
                        Bank NV [**ECF No. 46239**]

WEIL:\95171571\6\58399.0011

Related Documents:    None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

16.    Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 45448]**

Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 and October 29, 2014.

Responses Received:

  A.    Response of Goldman Sachs Emerging Markets Opportunities Fund LLC and Goldman Sachs Emerging Markets Opportunities Fund Offshore, LLC **[ECF No. 46197]**

  B.    Response of the Hongkong and Shanghai Banking Corporation Limited **[ECF No. 46388]**

Related Document:

  C.    Order Granting the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 46284]**

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m. for Claim Nos. 21620, 15824, 15891, and 18217.  This matter has been adjourned *sine die* for Claim Nos. 25131 and 25133.

17.    Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

18.    Claims Objection Hearing with respect to Objection to Proofs of Claim Nos. 67154 & 67155 [**ECF No. 46484**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

19.    Giants Stadium LLC's Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 46641]**

Response Deadline:    November 19, 2014 at 4:00 p.m.

Responses Received:  None.

WEIL:\95171571\6\58399.0011

Related Documents:    None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

20.    Four Hundred Eighty-First Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46643**]

Response Deadline:    November 26, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

21.    Motion of R. Kyle Kettler for Clarification, or in the Alternative, Partial Reconsideration, and Correction of Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards [**ECF No. 47103**]

Response Deadline:    December 3, 2014 at 4:00 p.m.

Response Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

**B.    Adversary Proceedings**

22.    Lehman Brothers Special Financing Inc. v. Bank of America N.A., *et al.*, [**Adversary Proceeding No. 10-03547**]

**Motion to Dismiss**

Related Documents:

A.    Motion of JA Hokkaido Shinren to Dismiss for Lack of Personal Jurisdiction [**ECF No. 795**]

B.    LBSF's Memorandum of Law in Opposition to JA Hokkaido Shinren's Motion to Dismiss For Lack of Personal Jurisdiction [**ECF No. 894**]

C.    Declaration of William F. Dahill in Opposition to JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 894-1**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

23.    Lehman Brothers Holdings Inc., *et al.* v. Wellmont Health System [**Adversary Proceeding No. 13-01719**]

**Motion to Dismiss Counts II, III & IV of Complaint**

Related Documents:

    A.    Motion of Wellmont Health Systems, Inc. to Dismiss Adversary Proceeding Counts II, II & IV [**ECF No. 20**]

    B.    Memorandum of Law in Support of Motion to Dismiss [**ECF No. 21**]

    C.    Memorandum of Law Of Lehman Brothers Holdings Inc. And Lehman Brothers Special Financing Inc. In Opposition To Wellmont Health System's Motion To Dismiss [**ECF No. 24**]

    D.    Discovery Plan and Scheduling Order signed on 10/14/2014 [**ECF No. 29**]

Status:  This matter has been adjourned February 11, 2015 at 2:00 p.m.

24.    Moore Macro Fund, LP, *et al.* v. Lehman Brothers Holdings Inc., *et al.* [**Adversary Proceeding No. 14-02021**]

**Motion to Dismiss Counterclaims**

Related Documents:

    A.    Motion to Dismiss Defendants' First, Fifth, Sixth and Seventh Counterclaims [**ECF No. 15**]

    B.    Defendants' Memorandum of Law In Opposition to Plaintiffs' Motion to Dismiss Defendants' First, Fifth, Sixth and Seventh Counterclaims [**ECF No. 19**]

    C.    Reply Memorandum of Law in Support of Motion to Dismiss Defendants' First, Fifth, Sixth, and Seventh Counterclaims, Pursuant to Federal Rule of Civil Procedure 12(b)(6), Made Applicable to this Adversary Proceeding Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) [**ECF No. 22**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

WEIL:\95171571\6\58399.0011

25.    Bania Brothers, L.L.C., *et al.* v. Lehman Brothers Holdings Inc., *et al.*
[**Adversary Proceeding No. 14-02095**]

**Motion to Dismiss**

Related Documents:

    A.    Notice of Motion to Dismiss Adversary Complaint and Memorandum of Law of Lehman Brothers Holdings Inc. and Lehman Brothers OTC Derivatives Inc. in Support of Motion to Dismiss Adversary Complaint [**ECF Nos. 11 & 12**]

    B.    Declaration of Ralph I. Miller in Support of Motion to Dismiss Adversary Complaint [**ECF No. 13**]

    C.    So Ordered Stipulation Regarding Briefing Schedule for Defendants Motion to Dismiss Adversary Proceeding [**ECF No. 16**]

    D.    Declaration of Mark I. Bane in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss [**ECF No. 18**]

Status:  This matter has been adjourned to a date to be determined.

26.    Lehman Brothers Holdings Inc., *et al.* v. Mirabella [**Adversary Proceeding No. 14-02096**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Amended Adversary Complaint [**ECF No. 4**]

    C.    Answer to Amended Complaint [**ECF No. 15**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

27.    Lehman Brothers Holdings Inc., *et al.* v. Mizuho International plc [**Adversary Proceeding No. 14-02233**]

**Pre-Trial Conference**

WEIL:\95171571\6\58399.0011

Related Document:

     A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

28.    Lehman Brothers Derivative Products Inc. v. U.S. Bank Trust National Association, *et al.* [**Adversary Proceeding No. 14-02234**]

**Pre-Trial Conference**

Related Document:

     A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

29.    Lehman Brothers Holdings Inc., *et al.* v. Granite Finance Limited and HSBC Trustee (C.I.) Limited, *et al.* [**Adversary Proceeding No. 14-02236**]

**Pre-Trial Conference**

Related Document:

     A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to a date to be determined.

30.    Lehman Brothers Holdings Inc., *et al.* v. Buck Institute for Age Research [**Adversary Proceeding No. 14-02238**]

**Pre-Trial Conference**

Related Documents:

     A.    Adversary Complaint [**ECF No. 1**]

     B.    So Ordered Stipulation Extending Time to Respond to the Complaint [**ECF No. 5**]

     C.    Partial Motion of Buck Institute for Age Research to Dismiss or Strike the Complaint [**ECF No. 10**]

     D.    Memorandum of Law in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 11**]

E.    Declaration of Steven J. Fink in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 12**]

F.    So Ordered Stipulation re: Filing of Responses [**ECF No. 14**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

31.    Lehman Brothers Holdings Inc., *et al.* v. Raymond James Financial, Inc. [**Adversary Proceeding No. 14-02243**]

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Notice of Motion to Dismiss Complaint and Request for Hearing Date [**ECF No. 9**]

C.    Memorandum of Law In Support of Raymond James Financial, Inc. and RJ Capital Services, Inc.'s Motion to Dismiss [**ECF No. 10**]

D.    Stipulation and Order Regarding the Defendant's Motion to Dismiss the Complaint [**ECF No. 12**]

Status:  This pre-trial conference has been cancelled.

32.    Lehman Brothers Holdings Inc., *et al.* v. Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital [**Adversary Proceeding No. 14-02390**]

**Pre-Trial Conference**

Related Document:

A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to a date to be determined.

33.    Lehman Brothers Holdings Inc., *et al.* v. Franklin W. Olin College of Engineering, Inc. [**Adversary Proceeding No. 14-02391**]

**Pre-Trial Conference**

Related Document:

A.    Adversary Complaint [**ECF No. 1**]

WEIL:\95171571\6\58399.0011

Status:  This matter has been adjourned to a date to be determined.

34.    Lehman Brothers Holdings Inc. v. Hometrust Mortgage Company [**Adversary Proceeding No. 14-02392**]

**Pre-Trial Conference**

Related Document:

    A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

35.    Lehman Brothers Holdings Inc. v. LHM Financial Corporation [**Adversary Proceeding No. 14-02393**]

**Pre-Trial Conference**

Related Document:

    A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to January 16, 2015 at 10:00 a.m.

**C.    Lehman Brothers Inc. Proceeding**

36.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Documents:

    B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

    C.    Trustee's Reply to Response of Ely Eddi to the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 10560**]

WEIL:\95171571\6\58399.0011

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to the claim of Mr. Eddi.

37.     Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:     December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

Responses Received:

     A.     Response of Jeffrey S. Maurer [**LBI ECF No. 7788**]

     B.     Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Document:

     C.     Order Granting the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 7909**]

Status:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., as to the claims of Mr. Maurer and the Randles.

38.     Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]
Response Deadline:     March 24, 2014 at 4:00 p.m.

Response Received:

     A.     Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

     B.     Notice of Withdrawal [**LBI ECF No. 8681**]

     C.     Order Granting the  Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

WEIL:\95171571\6\58399.0011

39.     Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain
        Filed Proofs of Claim in Reduced Amounts and with Proper Classification as
        Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

        Response Deadline:     April 4, 2014 at 4:00 p.m., extended for certain parties
                               without date.

        Responses Received:  None.

        Related Documents:

                A.     Order Granting the Trustee's Two Hundred Eighteenth Omnibus
                       Objection Seeking to Allow Certain Filed Proofs of Claim in
                       Reduced Amounts and with Proper Classification as Unsecured
                       General Creditor Claims (FX Claims) solely as to certain claims
                       [**LBI ECF No. 8730**]

                B.     Supplemental Order Granting the Trustee's Two Hundred
                       Eighteenth Omnibus Objection Seeking to Allow Certain Filed
                       Proofs of Claim in Reduced Amounts and with Proper
                       Classification as Unsecured General Creditor Claims (FX Claims)
                       solely as to a certain claim [**LBI ECF No. 9204**]

                C.     Notice of Resolution Solely as to a Certain Claim [**LBI ECF No.
                       9773**]

        Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to
        certain claims.

40.     Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor
        Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow
        Such Claims As Modified, and (II) Disallow and Expunge Certain Claims
        (Accounts Payable Claims) [**LBI ECF No. 8533**]

        Response Deadline:     April 11, 2014 at 4:00 p.m., extended for certain parties to
                               November 28, 2014 at 4:00 p.m.

        Response Received:

                A.     Response of Meridian Comp of New York, Inc. [**LBI ECF No.
                       8649**]

        Related Documents:

                B.     Order Granting the Trustee's Two Hundred Twenty-Second
                       Omnibus Objection to General Creditor Claims Seeking to (I)
                       Reduce and/or Reclassify Certain Claims and to Allow Such
                       Claims As Modified, and (II) Disallow and Expunge Certain

Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

C.     Notices of Resolution Solely as to Certain Claims [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159**]

D.     Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168, 9849**]

<u>Status</u>:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

41.     Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims [**LBI ECF No. 8567**]

<u>Response Deadline</u>:     April 18, 2014 at 4:00 p.m., extended for certain parties to May 23, 2014 at 4:00 p.m.

<u>Response Received</u>:

A.     Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

<u>Related Documents</u>:

B.     Notice of Withdrawal [**LBI ECF No. 8760**]

C.     Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

<u>Status</u>:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., as to the claim of the Pennsylvania Public School Employee's Retirement System.

42.     Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

<u>Response Deadline</u>:     May 27, 2014 at 4:00 p.m.

<u>Response Received</u>:

A.     Response of RBC Cees Limited [**Not Docketed**]

WEIL:\95171571\6\58399.0011

Related Document:

    B.    Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to the claim of RBC Cees Limited.

43.    Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [LBI ECF No. 9161]

    Response Deadline:    July 9, 2014 at 4:00 p.m., extended for certain parties to July 25, 2014 at 4:00 p.m.

    Responses Received:

    A.    Response of Craig O. Benson and Michael J. Petrucelli [**LBI ECF No. 9325**]

    B.    Response of Kimberly A. Reed [**LBI ECF No. 9474**]

    C.    Response of Nathan Wang [**Not Docketed**]

    Related Document:

    D.    Order Granting the Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9628**]

Status:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., as to certain claims.

44.    Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [LBI ECF No. 9394]

    Response Deadline:    August 4, 2014 at 4:00 p.m., extended for certain parties to August 15, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of Robert Dyer [**LBI ECF No. 9777**]

    Related Documents:

    B.    Order Granting the Trustee's Two Hundred Forty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9853**]

      C.      Notice of Resolution [**LBI ECF No. 10490**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

45.    Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) [**LBI ECF No. 9442**]

      Response Deadline:    August 8, 2014 at 4:00 p.m., extended for certain parties to September 22, 2014 at 4:00 p.m.

      Response Received:

          A.      Response of Bank of Montreal [**LBI ECF No. 9707**]

      Related Documents:

          B.      Order Granting the Trustee's Two Hundred Forty-Ninth Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) solely as to certain claims [**LBI ECF No. 9852**]

          C.      Supplemental Order Granting the Trustee's Two Hundred Forty-Ninth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Documentation Claims) solely as to a certain claim [**LBI ECF No. 10093**]

Status:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., as to certain claims.

46.    Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

      Response Deadline:    August 13, 2014 at 4:00 p.m., extended for certain parties without date.

      Responses Received:

          A.      Response of Israel Discount Bank of New York [**LBI ECF No. 9632**]

          B.      Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

          C.      Response of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. [**LBI ECF No. 9778**]

WEIL:\95171571\6\58399.0011

Related Documents:

    D.    Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

    E.    Notice of Resolution [**LBI ECF No. 10005**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

47.    Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

    Response Deadline:    August 15, 2014 at 4:00 p.m., extended for certain parties without date.

    Responses Received:  None.

    Related Documents:

    A.    Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

    B.    Notice of Resolution [**LBI ECF No. 10015**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

48.    Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

    Response Deadline:    August 21, 2014 at 4:00 p.m.

Response Received:

    A.    Response of U.S. Bank National Association [**LBI ECF No. 9674**]

Related Documents:   None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

49.    Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9529**]

    Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 22, 2014 at 4:00 p.m.

    Response Received:

        A.    Response of TTSD Trust [**LBI ECF No. 9663**]

    Related Documents:

        B.    Memorandum Endorsed Order re Request for Waiver of Courtcall fee [**LBI ECF No. 9705**]

        C.    Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9847**]

        D.    Notices of Resolution Solely as to a Certain Claim [**LBI ECF Nos. 10265**]

        E.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 10094**]

    Status:  This matter is has been adjourned solely as to the TTSD claim.

50.    Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9530**]

    Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

    Responses Received:

        A.    Response of Walter J. Sieczkowski [**Not Docketed**]

        B.    Response of Richard N. Wayne [**LBI ECF  No. 9970**]

WEIL:\95171571\6\58399.0011

> C.    Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

Related Document:

> D.    Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus
> Objection to General Creditor Claims (Employee Claims) solely as
> to certain claims [**LBI ECF No. 9848**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to
certain claims.

51.    Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor
Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in
Reduced Amounts with the Proper Classification) [**LBI ECF No. 9583**]

Response Deadline:    August 28, 2014 at 4:00 p.m., extended for certain parties
to December 19, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

> A.    Order Granting the Trustee's Two Hundred Fifty-Seventh
> Omnibus Objection to General Creditor Claims (No Liability
> Claims, Insufficient Claims, and Claims Allowed in Reduced
> Amounts with the Proper Classification) solely as to certain claims
> [**LBI ECF No. 10087**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to a
certain claim.

52.    Trustee's Two Hundred Fifty-Eighth Omnibus Objection to General Creditor
Claims (No Liability Indemnity Claims (WaMu)) [**LBI ECF No. 9584**]

Response Deadline:    August 28, 2014 at 4:00 p.m., extended for certain parties
to December 4, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

> A.    Notice of Resolution [**LBI ECF No. 9918**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to
certain claims.

WEIL:\95171571\6\58399.0011

53.     Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor
        Claims [**LBI ECF No. 9601**]

        Response Deadline:     August 29, 2014 at 4:00 p.m., extended for certain parties
                               to October 13, 2014 at 4:00 p.m.

        Response Received:

                A.      Response of Ceskoslovenska Obchodna Banka, A.S. [**LBI ECF
                        No. 10150**]

        Related Documents:

                B.      Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus
                        Objection to General Creditor Claims solely as to certain claims
                        [**LBI ECF No. 10086**]

                C.      Trustee's Reply in Further Support Solely as to the Proof of Claim
                        of GLG Partners (Claim No. 3036) [**LBI ECF No. 10373**]

                D.      Supplemental Order Granting the Trustee's Two Hundred Fifty-
                        Ninth Omnibus Objection to General Creditor Claims solely as to a
                        certain claim [**LBI ECF No. 10473**]

                E.      Notice of Resolution [**LBI ECF No. 10558**]

        Status:  This matter is adjourned to January 15, 2015 at 10:00 a.m., as to the claim
        of Ceskoslovenska Obchodna Banka.

54.     Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims
        (No Liability Claims) [**LBI ECF No. 9605**]

        Response Deadline:     August 29, 2014 at 4:00 p.m., extended for certain parties
                               to September 12, 2014 at 4:00 p.m.

        Responses Received:

                A.      Response of General Ore International Corporation Ltd., Neu
                        Holdings Corporation, Neu Foundation of California, Amy Patrick
                        Neu and Janice K. Moss [**LBI ECF No. 9864**]

                B.      Amended Response of General Ore International Corporation Ltd.,
                        Neu Holdings Corporation, Neu Foundation of California, Amy
                        Patrick Neu and Janice K. Moss [**LBI ECF No. 9890**]

27

Related Document:

    C.    Order Granting the Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to a certain claim [**LBI ECF No. 10085**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

55.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:    September 5, 2014 at 4:00 p.m.

Response Received:

    A.    Response of US National Bank Association [**LBI ECF No. 9824**]

Related Document:

    B.    Order Granting the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to the claim of US National Bank Association.

56.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties to December 3, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of RUT The International Bond Fund [**LBI ECF No. 9827**]

    B.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

WEIL:\95171571\6\58399.0011

Related Documents:

> C.   Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

> D.   Notice of Resolution [**LBI ECF No. 10588**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

57.   Motion of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. for Entry of an Order to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [**LBI ECF No. 9712**]

> Response Deadline:   September 30, 2014 at 4:00 p.m., extended to January 8, 2015 at 4:00 p.m.

> Responses Received:  None.

> Related Documents:  None.

> Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

58.   Trustee's Two Hundred Sixty-Fifth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Claims) [**LBI ECF No. 9744**]

> Response Deadline:   September 18, 2014 at 4:00 p.m., extended for certain parties to December 4, 2014 at 4:00 p.m.

> Responses Received:  None.

Related Documents:

> A.   Order Granting the Trustee's Two Hundred Sixty-Fifth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Claims) solely as to a certain claim [**LBI ECF No. 10091**]

> B.   Supplemental Orders Granting the Trustee's Two Hundred Sixty-Fifth Omnibus Objection to General Creditor Claims (No Liability and Insufficient Claims) solely as to certain claims [**LBI ECF Nos. 10393, 10573**]

> C.   Notices of Resolution [**LBI ECF Nos. 10445, 10448**]

Status:  This matter has been adjourned to a date to be determined, as to certain claims. This matter has been adjourned to January 15, 2015 at 10:00 a.m., solely as to a certain claim.

59.    Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) [**LBI ECF No. 9865**]

Response Deadline:    October 3, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Order Granting the  Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) [**LBI ECF No. 10398**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

60.    Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10182**]

Response Deadline:    November 7, 2014 at 4:00 p.m., extended for certain parties to December 2, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Certificate of No Objection [**LBI ECF No. 10618**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

61.    Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

Response Deadline:    December 3, 2014 at 4:00 p.m., extended to January 8, 2014 at 4:00 p.m.

Responses Received:  None.

WEIL:\95171571\6\58399.0011

Related Document:

    A.    Notice of Adjournment [**LBI ECF No. 10418**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

62.    Trustee's Two Hundred Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims and Claims Allowed in Reduced Amounts with the Proper Classification) [**LBI ECF No. 10227**]

Response Deadline:    November 14, 2014 at 4:00 p.m., extended for certain parties to November 25, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Certificate of No Objection [**LBI ECF No. 10644**]

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

63.    Trustee's Two Hundred Seventy-First Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 10228**]

Response Deadline:    November 14, 2014 at 4:00 p.m., extended for certain parties to December 4, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m., as to certain claims.

64.    Maria Eugenia Mendez's Motion to Vacate the "Order Granting the Trustee's Sixty-Eighth Omnibus Objection to General Creditor Claims (No Supporting Documentation Claims)" (The "Default Judgment") [**LBI ECF No. 10352**]

Response Deadline:    December 3, 2014 at 4:00 p.m.

Response Received:

    A.    Trustee's Opposition [**LBI ECF No. 10578**]

WEIL:\95171571\6\58399.0011

Related Documents:   None.

Status:  This matter has been adjourned to January 15, 2015 at 10:00 a.m.

Dated:  December 9, 2014
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: December 9, 2014
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.