Dennis F. Dunne
Thomas A. Arena
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL INFORMATION CORRECTING PRIOR FILING**

Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby submits this Notice of Supplemental Information in connection with the above-captioned chapter 11 case (the "Chapter 11 Case"), and respectfully represents as follows:

1.  By order dated November 5, 2008 [Docket No. 1404], Milbank was retained as counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. (the "Committee") in the Chapter 11 Case, effective as of September 17, 2008. On July 5, 2012, Milbank filed its final fee application [Docket No. 29238] (the "Milbank Final Application"), which was approved as set forth in an Order of this Court dated December 10, 2012 [Docket No. 32694]. The Milbank Final Application included and summarized all previously filed interim fee applications of Milbank in the Chapter 11 Case.[1]

---

[1] Prior to the Milbank Final Application, Milbank had filed ten interim fee applications, found at Docket Numbers 3337, 4821, 6203, 8432, 10804, 13493,, 17343, 19273, 23418, and 27999.

2. As required by the then-applicable Fee Guidelines of the Office of the United States Trustee, Milbank attached summaries (collectively, the "Summary Sheet") to the Milbank Final Application containing, among other things, the name and date of bar admission for each attorney covered by the Milbank Final Application. See CFR Part 58, Appendix A, section (b)(3)(iii). The information in the Summary Sheet superseded the summary sheets contained in the prior Interim applications of Milbank in the Chapter 11 Case.

3. It has come to Milbank's attention that information relating to the admission status of certain time keepers listed on the Summary Sheet was inadvertently listed incorrectly. All other information regarding said persons, including billing rates and hours, was correct. Nonetheless, to correct the record, Milbank provides notice as follows:

- Armando Acosta III, listed as a "Litigation Associate for 11 months; admitted in 2010", should have been listed as "Litigation law clerk, admission pending". He billed 1,489.5 hours in the Milbank Final Application.

- Drew Stewart, listed as a "Litigation Associate for 1 year; admitted in 2010", should have been listed as "Litigation law clerk, admission pending". He billed 54.9 hours in the Milbank Final Application.

- Joshua Radzin, listed as a "Global Finance Associate for 1 year; admitted in 2009", should have been listed as "Global Finance law clerk, admission pending". He billed 188.3 hours in the Milbank Final Application.

In each instance, the number of hours and applicable billing rates listed were correct, and thus there is no change to the economics of the Milbank Final Application.

4. As to each of the foregoing, the work by the law clerk was done under the supervision of an admitted attorney.

Dated: December 9, 2014

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP

By /s/ Thomas A. Arena
　　Dennis F. Dunne
　　Thomas A. Arena
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
　　ddunne@milbank.com
　　tarena@milbank.com