EXHIBIT A

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (SCC)
                                                               (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

STONEHILL MASTER FUND LTD.                    Goldman Sachs Lending Partners LLC
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee should be sent:

STONEHILL MASTER FUND LTD.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email:snelson@stonehillcap.com/ops@stonehillcap.com

Court Claim # (if known): 67080
Amount of Claim Transferred: $11,000,000.00
Date Claim Filed: September 20, 2010
Debtor: Lehman Commercial Paper Inc.

Phone:_____        Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL MASTER FUND LTD.
By:   Stonehill Capital Management LLC,
its Investment Adviser

By: _____          Date:   12/9/14
    Name of Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC


By:_____
    Name of Transferor/Transferor's Agent          Date: _____


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL MASTER FUND LTD.
By:     Stonehill Capital Management LLC,
its Investment Adviser

Date: _____

By:_____
    Name of Transferee/Transferee's Agent


GOLDMAN SACHS LENDING PARTNERS LLC

By:_____    Date: __12/4/14__
    Name of Transferor/Transferor's Agent
    Michelle Latzoni
    Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.