**EXHIBIT A**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| STONEHILL INSTITUTIONAL PARTNERS, L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

STONEHILL INSTITUTIONAL PARTNERS, L.P.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email:snelson@stonehillcap.com/ops@stonehillcap.com

Court Claim # (if known): 67080
Amount of Claim Transferred: $11,000,000.00
Date Claim Filed: September 20, 2010
Debtor: Lehman Commercial Paper Inc.

Phone:_____    Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By:     Stonehill Capital Management LLC,
its Investment Adviser                                          Date: __12/9/14__

By:_____
    Name of Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By:_____
    Name of Transferor/Transferor's Agent                       Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By:     Stonehill Capital Management LLC,
its Investment Adviser                                                                     Date: _____

By:_____
   Name of Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By:_____  Michelle Latzoni
   Name of Transferor/Transferor's Agent  Authorized Signatory         Date: 12/4/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.