B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>STONEHILL INSTITUTIONAL PARTNERS, L.P.</u>   <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee should be sent:

STONEHILL INSTITUTIONAL PARTNERS, L.P.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York  10022
Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email:snelson@stonehillcap.com/ops@stonehillcap.com

Court Claim # (if known): <u>67079</u>
Amount of Claim Transferred: <u>$11,000,000.00</u>
Date Claim Filed: <u>September 20, 2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____   Phone:_____
Last Four Digits of Acct #:_____   Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By:     Stonehill Capital Management LLC,
its Investment Adviser

By: _____
Name of Transferee/Transferee's Agent

Date:  __12/9/14_____

GOLDMAN SACHS LENDING PARTNERS LLC

By:_____
Name of Transferor/Transferor's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By:   Stonehill Capital Management LLC,
its Investment Adviser                                      Date: _____

By:_____
     Name of Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By:_____     Michelle Latzoni
     Name of Transferor/Transferor's Agent     Authorized Signatory     Date: 12/4/14

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.