EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK (the "Bankruptcy Court")

AND TO: LEHMAN BROTHERS HOLDINGS INC. (The "Debtor")

CASE NAME: in re Lehman Brothers Holdings Inc., et al

CASE NO: Chapter 11, Case no 08-13555 (JMP) (Jointly administered)

CLAIM NO.: 16022

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a $ 1,235,881.84 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $ 3,707,645.53 (the "Claim").

It is hereby certified that DEUTSCHE BANK AG, LONDON BRANCH ("Seller"), has assigned all rights title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

Trinity Investments Limited
c/o Attestor Capital LLP
20 Balderton Street
London W1K 6TL
Attn: Isobelle White

("Buyer") by assignment agreement dated 20 November 2014.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that al further notices relation to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, dated as of the 1st day of December, 2014.

| DEUTSCHE BANK AG, LONDON BRANCH | TRINITY INVESTMENTS LIMITED ACTING BY ATTESTOR CAPITAL LLP |
|---|---|
| By _____ Name: Title: Tel.: Title: | By _____ Name: PIERRE BOUR Title: MANAGING MEMBERS Tel.: +44 207 074 3622 |

Confidential

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Trinity Investments Limited** | **Deutsche Bank AG, London Branch** |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 16022
Claim Amount: $3,707,645.53
Amount Transferred: $1,235,881.84
Date Claim Filed: September 18, 2009
Debtor against claim filed: Lehman Brothers Holdings Inc.

Trinity Investments Limited
c/o Attestor Capital LLP
20 Balderton Street
London W1K 6TL
United Kingdom
Tel: +44 20 7074 9625
Fax:
Emails: Isobelle.White@attestorcapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 09.12.14
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8245953v.1