# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

December 10, 2014

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holding, Inc.
ADR Procedures Order Dated 9/17/09 ("Order")
Sixty-first Status Report**

Dear Judge Chapman:

The six Tier One Mediators have requested again, your Honor, that I submit this monthly report (the sixty-first and my last, given my impending retirement as of December 31, 2014) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the December 10, 2014 omnibus hearing.

In the 33 days following the last prior report, Debtors served no ADR Notices in Tier One. When added to the total Notices served in Tier Two, the total number of Notices served is now 490. During the immediately past reporting period, Debtors achieved settlements with counterparties in three ADR matters, all as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $2,766,409,216 new dollars for the Debtors' estates. Settlements now have been achieved in 381 ADR matters involving 497 counterparties.

Honorable Shelley C. Chapman
December 10, 2014
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 209 ADR matters that have reached the mediation stage in Tier One and have been concluded, 195 have been settled in mediation; only fourteen mediations have terminated without settlement. Five additional Tier One mediations have been scheduled to commence on the following dates: December 17, 2014; January 12, 13 and 15; February 10 and 11; and March 3, 2015.

Beginning with the sixty-second monthly status report due in January 2015, my partner Richard Levine will be responsible for filing the monthly status report.

Respectfully submitted,

*/s/ Peter Gruenberger*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)

WEIL:\95173118\1\58399.0011