SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas C. White

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and | : Adversary Proceeding |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : |
| | : No. 13-01554 (SCC) |
| Plaintiffs-Counterclaim Defendants | : |
| | : |
| v. | : |
| | : |
| GIANTS STADIUM LLC, | : |
| | : |
| Defendant-Counterclaim Plaintiff. | : |

## CERTIFICATE OF SERVICE

I, Thomas C. White, hereby certify that I caused to be served true and correct copies of Giants Stadium LLC's Notice of Adjournment of the Hearing on the Motion of Giants Stadium LLC to Consolidate Contested Matter with Adversary Proceeding and for Related Relief on December 5, 2014: (i) by ECF on the parties requesting electronic service, (ii) by hand delivery on the Chambers of the Honorable Shelley C. Chapman, One Bowling Green, Courtroom 623, New York, New York 10004, (iii) by hand delivery on attorneys for Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard W. Slack, Robert J. Lemons,

and (iv) by U.S. Mail, First Class, Postage Prepaid, on:

> Internal Revenue Service, Special Procedures Branch
> 290 Broadway
> New York, New York 10007
> Attn: District Director, Bonnie Austin
>
> The U.S. Trustee
> U.S. Federal Office Building
> 201 Varick Street, Suite 1006
> New York, New York 10014
> Attn: William K. Harrington, Susan D. Golden, and Andrea B. Schwartz
>
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005
> Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck
>
> *Attorneys for the Creditors' Committee*

Dated: New York, New York
      December 10, 2014

Respectfully submitted,

/s/ Thomas C. White
Thomas C. White
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*