Alan J. Lipkin
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Attorney on behalf of Creditor - Royal Charter Properties-East, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (SCC)
                                                                   :
                            Debtors.                               :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ECF SERVICE

Please take notice that Alan J. Lipkin and the firm of Willkie Farr & Gallagher LLP, hereby withdraw as counsel in this case and request that Alan J. Lipkin be removed from the ECF and any other service list in this case. Please remove the name, mailing address, and e-mail address listed below from the mailing lists and the Court's ECF system for this case.

Alan J. Lipkin
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-mail: alipkin@willkie.com

Dated: December 10, 2014

_____
Alan J. Lipkin

## CERTIFICATE OF SERVICE

I, Alan J. Lipkin, an attorney, hereby certify that on this 10th day of December, 2014, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE LISTS to be filed with the Court using the Court's CM/ECF system, which will send notification of such filing to the registered users.

Alan J. Lipkin
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
E-mail: alipkin@willkie.com

13279283.1

- 3 -