B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.         Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| Barclays Bank PLC | Redwood Master Fund, Ltd. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 66887 (amending claim 14087, filed Sept. 16, 2009)<br>Amount of Claim as Allowed: $85,000,000.00<br>Amount of Claim Transferred: $28,333,000.00<br>Date Claim Filed: June 22, 2010<br>Debtor: Lehman Brothers Commodity Services Inc. |
| Barclays Bank PLC<br>745 Seventh Avenue, 16th Floor<br>New York, NY 10019<br>Attention: Steve Stancarone | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Jenna Yoo, Authorized Signatory_   Date: December 10, 2014

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 7976709v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Redwood Master Fund, Ltd.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Barclays Bank PLC** ("Buyer") an undivided 50% interest in, to and under all rights, title and interest in and to the claims of Seller referenced as proof of claim number 66887 (which is in the amount of $28,333,000.00) plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 10 day of December, 2014.

| SELLER: | BUYER: |
|---|---|
| **REDWOOD MASTER FUND, LTD.** | **BARCLAYS BANK PLC** |
| _[signature]_ | _[signature]_ |
| Name: Jonathan Kolatch | Name: Jenna Yoo |
| Title: Director | Title: Authorized Signatory |

ACTIVE 201152565v.1