2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holding Inc.</u>, Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Citigroup Financial Products Inc.** | **Senator Global Opportunity Master Fund L.P.** |
| Name and Address where notices to transferee should be sent: | |
| 1615 Brett Road, Building 3 | Court Claim # (if known): 58233 |
| New Castle, DE 19720 | Transferred Claim Amount: $9,059,576.56 |
| Attn: Brian Blessing / Brian Broyles | Date Claim Filed: October 30, 2009 |
| Telephone Number: 302-324-6660 / 302-894-6175 | Last Four Digits of Acct #: N/A |
| Fax: 212-994-1591 | |
| E-Mail:  brian.m.blessing@citi.com  brian.broyles@citi.com | |

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_
Date: _December 9, 2014_

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
            Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 58233

**SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Citigroup Financial Products Inc.**
1615 Brett Road, Bldg 3, New Castle, DE 19720
Attn:    Scott Evan
Tel:    (302) 323-3624
e-mail:  scott.evan@citi.com

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 58233, solely to the extent of $9,059,576.56 (the "Assigned Claim"), against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated    December 9    2014.

**SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.**
By: Senator Master GP LLC, its General Partner

By:
    Title:  *[signature]*

**CITIGROUP FINANCIAL PRODUCTS INC.**

By:
    Name:
    Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 58233

**SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Citigroup Financial Products Inc.**
1615 Brett Road, Bldg 3, New Castle, DE 19720
Attn:  Scott Evan
Tel:   (302) 323-3624
e-mail: scott.evan@citi.com

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 58233, solely to the extent of $9,059,576.56 (the "Assigned Claim"), against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated     December 9   , 2014.


**SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P.**
By: Senator Master GP LLC, its General Partner


By: _____
    Name:
    Title:


**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____[signature]_____
    Name:
    Title:  Scott R. Evan
            Authorized Signatory