UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 47107-47108

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 5, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
10th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   RBS COUTTS BANK AG
      STAUFFACHERSTRASSE 1
      POSTFACH
      ZURICH     8022
      SWITZERLAND
```

Please note that your claim # 45221-87 in the above referenced case and in the amount of
         $300,000.00   allowed at $300,000.00          has been transferred **(unless previously expunged by court order)**

```
      CREDIT SUISSE AG, SINGAPORE BRANCH
      TRANSFEROR: RBS COUTTS BANK AG
      ONE RAFFLES LINK #05-02, SOUTH LOBBY
         039393
      SINGAPORE
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47107      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/05/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 5, 2014.

**EXHIBIT B**

```
TIME: 09:22:56                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE: 1
DATE: 12/05/14                                                   CREDITOR LISTING

Name                                      Address
BANCA SELLA HOLDING S.P.A.                VIA ITALIA, 2 BIELLA 13900 ITALY
CREDIT SUISSE AG, SINGAPORE BRANCH        TRANSFEROR: RBS COUTTS BANK AG ONE RAFFLES LINK #05-02, SOUTH LOBBY 039393 SINGAPORE
MARZOTTO SIM S.P.A.                       TRANSFEROR: BANCA SELLA HOLDING S.P.A. ATTN: ANTONIO CHIARELLO, CEO CORSO COMO 15 MILANO 20154 ITALY
RBS COUTTS BANK AG                        STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND


Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC