UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (SCC)
                                                                   :   (Jointly Administered)
Debtors.                                                           :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 46680, 46682-
                                                                       46684, 47193-47195, 47197, 47199,
                                                                       47200

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 8, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
10th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
      TRANSFEROR: GOLDMAN SACHS & CO.
      C/O ALDEN GLOBAL CAPITAL, LLC
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 566962-70 in the above referenced case and in the amount of
       $9,256,275.00   allowed at $6,102,220.62           has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
      ATTN: MICHELLE LATZONI
      200 WEST STREET
      NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 46680        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/08/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 8, 2014.

**EXHIBIT B**

```
TIME: 09:23:27                                                                                                    PAGE:   1
DATE: 12/09/14                         LEHMAN BROTHERS HOLDING INC.
                                            CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOVAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HIGHBRIDGE INTERNATIONAL, LLC C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036 |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 LAUSANNE  1003 SWITZERLAND |
| EDMOND DE ROTHSCHILD (SUISSE) SA | TRANSFEROR: UBS AG ATTN: MARTINE BOILLON 18 RUE DE HESSE GENEVA  1204 SWITZERLAND |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HIGHBRIDGE INTERNATIONAL, LLC | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HIGHBRIDGE INTERNATIONAL, LLC | ATTN: MATTHEW KLEIN 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL, LLC | ATTN: CASH MANAGEMENT C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL, LLC | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH/R. JEFFERY BLACK 399 PARK AVENUE NEW YORK NY 10022 |
| HIGHBRIDGE INTERNATIONAL, LLC | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: LIPPERT, F & M ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| LIPPERT, F & M | SCHWEINFURTER ST 33 EUERDORF 97717 GERMANY |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND |
| UBS AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA BAHNHOFSTRASSE 45 ZURICH   CH-8001 SWITZERLAND |

Total Number of Records Printed       27

EPIQ BANKRUPTCY SOLUTIONS, LLC