UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                                          :        Chapter 11 Case No.
                                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :        08-13555 (SCC)
                                                                                   :        (Jointly Administered)
Debtors.                                                              :
                                                                                   :
---------------------------------------------------------------x        Ref. Docket No. 47196

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 8, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                   */s/ Lauren Rodriguez*
                                                                                                   Lauren Rodriguez

Sworn to before me this
10th day of December, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ANTHRACITE RATED INVESTMENTS (JERSEY) LTD
               ATTN: THE DIRECTORS (RE SERIES 38)
               22 GRENVILLE STREET, ST. HELIER
               JERSEY JE4 8PX UNITED KINGDOM


Additional:    ANTHRACITE RATED INVESTMENTS (JERSEY) LTD
               CLIFFORD CHANCE US LLP
               ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS.
               31 WEST 52ND STREET
               NEW YORK NY 10019


Transferee:    HSH NORDBANK AG, LUXEMBOURG BRANCH
               ATTN: ELTON VEVECKA
               2, RUE JEAN MONNET
               LUXEMBURG L-2180 LUXEMBURG


**Your transfer**   of claim #   28177   is defective for the reason(s) checked below:

Other                                   TRANSFER AMOUNT EXCEEDS AMOUNT OWNED


Docket Number 47196          Date 11/25/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 8, 2014.

# EXHIBIT B

```
TIME: 09:23:54                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 12/09/14                                         CREDITOR LISTING

Name                                  Address
ANTHRACITE RATED INVESTMENTS (JERSEY) ATTN: THE DIRECTORS (RE SERIES 38) 22 GRENVILLE STREET, ST. HELIER JERSEY  JE4 8PX UNITED KINGDOM
LTD
ANTHRACITE RATED INVESTMENTS (JERSEY) CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS.  31 WEST 52ND STREET NEW YORK NY 10019
LTD
HSH NORDBANK AG, LUXEMBOURG BRANCH    ATTN: ELTON VEVECKA 2, RUE JEAN MONNET LUXEMBURG   L-2180 LUXEMBURG

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC