UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 38405, 46684,
                                                                    47093-47096

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
Sworn to before me this                           Lauren Rodriguez
10th day of December, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.
      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
      C/O MONARCH ALTERNATIVE CAPITAL LP
      ATTN: MICHAEL GILLIN
      535 MADISON AVENUE, FLOOR 26
      NEW YORK NY 10022
```

Please note that your claim # 55741-07 in the above referenced case and in the amount of
  $277,738.50   allowed at $276,725.63        has been transferred **(unless previously expunged by court order)**

```
      BARCLAYS BANK PLC
      TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.
      ATTN: DANIEL MIRANDA, JOHN LONGMUIR
      745 SEVENTH AVENUE, 2ND FLOOR
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47094      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/09/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 9, 2014.

# EXHIBIT B

```
TIME: 09:57:51                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/09/14                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
L.P.
BARCLAYS BANK PLC                                 TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: DANIEL MIRANDA, JOHN LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: DANIEL MIRANDA, JOHN LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: DANIEL MIRANDA, JOHN LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: DANIEL MIRANDA, JOHN LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
GOLDMAN SACHS & CO.                               TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
MONARCH ALTERNATIVE SOLUTIONS MASTER              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
FUND LTD.                                         535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                           TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: UBS AG, LONDON BRANCH ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022


Total Number of Records Printed                   14
```