UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 46859, 46956

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
10th day of December, 2014
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE AG
               TRANSFEROR: CLARIDEN LEU LTD
               ATTN: LAWRENCE YOUNG
               1 MADISON AVENUE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE AG
               RICHARD LEVIN, ESQ.
               CRAVATH, SWAINE & MOORE LLP
               825 8TH AVENUE
               NEW YORK NY 10019




Transferee:    BANK INSINGER DE BEAUFORT N.V.
               ATTN: J. DIETZ/ SETTLEMENTS DEPARTMENT
               HERENGRACHT 537
               AMSTERDAM 1017 BV NETHERLANDS



**Your transfer   of claim #   55813-06   is defective for the reason(s) checked below:**

Other                                    MISSING TRANSFER AGREEMENT PAGE




Docket Number 46956            Date 11/03/14


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 10, 2014.

# EXHIBIT B

```
TIME: 09:43:51                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 12/10/14                                         CREDITOR LISTING

Name                          Address
BANK INSINGER DE BEAUFORT N.V.  ATTN: J. DIETZ/ SETTLEMENTS DEPARTMENT HERENGRACHT 537 AMSTERDAM  1017 BV NETHERLANDS
CREDIT SUISSE AG              TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG              RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
EFG BANK AG                   BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH  8022 SWITZERLAND
EFG BANK AG                   GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
GONET ET CIE GENEVE           6 BD DU THEATRE CP 5009 1211 GENEVE 11  SWITZERLAND

Total Number of Records Printed      6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC