Thomas A. Arena
Dennis F. Dunne
Abhilash M. Raval
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                :
In re:                                          :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
                                                :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

        JACQUELINE BREWSTER, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 10th of December 2014, I caused a copy of the following document:

*Notice of Supplemental Information Correcting Prior Filing* [DI 43744]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by hand delivery, and to be served upon the parties identified on Exhibit C attached hereto by FedEx for next business day delivery.

/s/ Jacqueline Brewster
JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me this 11th of December 2014

/s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Commission Expires September 18, 2018

# Exhibit A

'aaaronson@dilworthlaw.com'; 'aalfonso@willkie.com'; 'abeaumont@fklaw.com'; 'abraunstein@riemerlaw.com'; 'acaton@kramerlevin.com'; 'adarwin@nixonpeabody.com'; 'Adiamond@DiamondMcCarthy.com'; 'aeckstein@blankrome.com'; 'aentwistle@entwistle-law.com'; 'afriedman@irell.com'; 'agbanknewyork@ag.tn.gov'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agoldstein@tnsj-law.com'; 'agottfried@morganlewis.com'; 'aisenberg@saul.com'; 'akadish@dtlawgroup.com'; 'akantesaria@oppenheimerfunds.com'; 'akolod@mosessinger.com'; 'alum@ftportfolios.com'; 'amarder@msek.com'; 'amartin@sheppardmullin.com'; 'AMcMullen@BoultCummings.com'; 'amenard@tishmanspeyer.com'; 'amh@amhandlerlaw.com'; 'Andrew.Brozman@cliffordchance.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'angie.owens@skadden.com'; 'ann.reynaud@shell.com'; 'anthony_boccanfuso@aporter.com'; 'aoberry@bermanesq.com'; 'aostrow@beckerglynn.com'; 'apalazzolo@fzwz.com'; 'appleby@chapman.com'; 'aquale@sidley.com'; 'arainone@bracheichler.com'; 'arheaume@riemerlaw.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arthur.rosenberg@hklaw.com'; 'arwolf@wlrk.com'; 'aseuffert@lawpost-nyc.com'; 'ashmead@sewkis.com'; 'asnow@ssbb.com'; 'asomers@rctlegal.com'; 'aunger@sidley.com'; 'austin.bankruptcy@publicans.com'; 'avenes@whitecase.com'; 'azylberberg@whitecase.com'; 'bankruptcy@goodwin.com'; 'bankruptcy@morrisoncohen.com'; 'bankruptcy@ntexas-attorneys.com'; 'bankruptcymatters@us.nomura.com'; 'barbra.parlin@hklaw.com'; 'bbisignani@postschell.com'; 'bcarlson@co.sanmateo.ca.us'; 'bdk@schlamstone.com'; 'bguiney@pbwt.com'; 'bmanne@tuckerlaw.com'; 'BMiller@mofo.com'; 'boneill@kramerlevin.com'; 'Brian.Corey@greentreecreditsolutions.com'; 'brosenblum@jonesday.com'; 'brotenberg@wolffsamson.com'; 'broy@rltlawfirm.com'; 'bruce.wright@sutherland.com'; 'bstrickland@wtplaw.com'; 'btrust@mayerbrown.com'; 'bturk@tishmanspeyer.com'; 'bwolfe@sheppardmullin.com'; 'cahn@clm.com'; 'canelas@pursuitpartners.com'; 'carol.weinerlevy@bingham.com'; 'cbelisle@wfw.com'; 'cbelmonte@ssbb.com'; 'cdesiderio@nixonpeabody.com'; 'cgonzalez@diazreus.com'; 'Chad.Husnick@kirkland.com'; 'chammerman@paulweiss.com'; 'charles@filardi-law.com'; 'charles_malloy@aporter.com'; 'chemrick@connellfoley.com'; 'chipford@parkerpoe.com'; 'chris.donoho@lovells.com'; 'Christopher.Greco@kirkland.com'; 'clarkb@sullcrom.com'; 'clynch@reedsmith.com'; 'cmestres@aclawllp.com'; 'cmontgomery@salans.com'; 'cohen@sewkis.com'; 'cp@stevenslee.com'; 'cpappas@dilworthlaw.com'; 'craig.goldblatt@wilmerhale.com'; 'craigjustinalbert@gmail.com'; 'crmomjian@attorneygeneral.gov'; 'csalomon@beckerglynn.com'; 'cschreiber@winston.com'; 'cshore@whitecase.com'; 'cshulman@sheppardmullin.com'; 'cszyfer@stroock.com'; 'cwalsh@mayerbrown.com'; 'cward@polsinelli.com'; 'cweber@ebg-law.com'; 'cweiss@ingramllp.com'; 'dallas.bankruptcy@publicans.com'; 'dave.davis@isgria.com'; 'david.bennett@tklaw.com'; 'david.heller@lw.com'; 'david.livshiz@freshfields.com'; 'david.powlen@btlaw.com'; 'davids@blbglaw.com'; 'davidwheeler@mvalaw.com';

'dbarber@bsblawyers.com'; 'dbaumstein@whitecase.com'; 'dbesikof@loeb.com';
'dcimo@gjb-law.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com';
'ddavis@paulweiss.com'; 'ddrebsky@nixonpeabody.com';
'deggermann@kramerlevin.com'; 'deggert@freebornpeters.com';
'demetra.liggins@tklaw.com'; 'dfelder@orrick.com'; 'dflanigan@polsinelli.com';
'dgrimes@reedsmith.com'; 'dhayes@mcguirewoods.com'; 'dheffer@foley.com';
'dhurst@coleschotz.com'; 'dhw@dhclegal.com'; 'diconzam@gtlaw.com';
'djcarragher@daypitney.com'; 'djoseph@stradley.com'; 'dkessler@ktmc.com';
'dkozusko@willkie.com'; 'dlemay@chadbourne.com'; 'dlipke@vedderprice.com';
'dmark@kasowitz.com'; 'dmarkham@gibbonslaw.com'; 'dmcguire@winston.com';
'dmiller@steinlubin.com'; 'dmurray@jenner.com'; 'dneier@winston.com';
'dove.michelle@dorsey.com'; 'dpegno@dpklaw.com'; 'draelson@fisherbrothers.com';
'drosenzweig@fulbright.com'; 'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com';
'dshaffer@wtplaw.com'; 'dshemano@peitzmanweg.com'; 'dspelfogel@foley.com';
'dtatge@ebglaw.com'; 'dtheising@harrisonmoberly.com'; 'dwdykhouse@pbwt.com';
'dwildes@stroock.com'; 'dworkman@bakerlaw.com'; 'easmith@venable.com';
'ecohen@russell.com'; 'edward.flanders@pillsburylaw.com'; 'efriedman@fklaw.com';
'efriedman@friedmanspring.com'; 'eglas@mccarter.com'; 'ekbergc@lanepowell.com';
'eleicht@whitecase.com'; 'ellen.halstead@cwt.com'; 'emagnelli@bracheichler.com';
'emerberg@mayerbrown.com'; 'enkaplan@kaplanlandau.com'; 'eobrien@sbchlaw.com';
'eschwartz@contrariancapital.com'; 'etillinghast@sheppardmullin.com';
'ezujkowski@emmetmarvin.com'; 'ffm@bostonbusinesslaw.com'; 'fhenn@law.nyc.gov';
'fhyman@mayerbrown.com'; 'foont@foontlaw.com'; 'fritschj@sullcrom.com';
'fsosnick@shearman.com'; 'fyates@sonnenschein.com';
'gabriel.delvirginia@verizon.net'; 'gary.ravertpllc@gmail.com';
'george.south@dlapiper.com'; 'ggitomer@mkbattorneys.com'; 'ggoodman@foley.com';
'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com';
'glenn.siegel@dechert.com'; 'gmoss@riemerlaw.com'; 'goldenberg@ssnyc.com';
'gspilsbury@jsslaw.com'; 'guzman@sewkis.com'; 'harrisjm@michigan.gov';
'harveystrickon@paulhastings.com'; 'hbeltzer@mayerbrown.com';
'heim.steve@dorsey.com'; 'heiser@chapman.com'; 'hmagaliff@r3mlaw.com';
'hollace.cohen@troutmansanders.com'; 'holsen@stroock.com'; 'hooper@sewkis.com';
'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com';
'hsteel@brownrudnick.com'; 'ian.roberts@bakerbotts.com'; 'icatto@mwe.com';
'igoldstein@proskauer.com'; 'ilevee@lowenstein.com'; 'irethy@stblaw.com';
'israel.dahan@cwt.com'; 'iva.uroic@dechert.com'; 'jacobsonn@sec.gov';
'jalward@blankrome.com'; 'james.heaney@lawdeb.com';
'james.mcclammy@dpw.com'; 'james.sprayregen@kirkland.com';
'jamesboyajian@gmail.com'; 'jamestecce@quinnemanuel.com';
'jar@outtengolden.com'; 'jay.hurst@oag.state.tx.us'; 'jay@kleinsolomon.com';
'jbeemer@entwistle-law.com'; 'jbeiers@co.sanmateo.ca.us'; 'jbird@polsinelli.com';
'jbromley@cgsh.com'; 'jcarberry@cl-law.com'; 'jchristian@tobinlaw.com';
'jchubak@proskauer.com'; 'jclose@chapman.com'; 'jdoran@haslaw.com';
'Jdrucker@coleschotz.com'; 'jdwarner@warnerandscheuerman.com';
'jdweck@sutherland.com'; 'jdyas@halperinlaw.net'; 'jean-david.barnea@usdoj.gov';
'jeanites@whiteandwilliams.com'; 'jeannette.boot@wilmerhale.com';

'jeff.wittig@coair.com'; 'jeffrey.sabin@bingham.com'; 'jeldredge@velaw.com';
'jennifer.demarco@cliffordchance.com'; 'jennifer.gore@shell.com';
'jfalgowski@reedsmith.com'; 'jfreeberg@wfw.com'; 'jg5786@att.com';
'jgenovese@gjb-law.com'; 'jgoodchild@morganlewis.com'; 'jguy@orrick.com';
'jhiggins@fdlaw.com'; 'jhorgan@phxa.com'; 'jhuggett@margolisedelstein.com';
'jim@atkinslawfirm.com'; 'jjoyce@dresslerpeters.com'; 'jjtancredi@daypitney.com';
'jjureller@klestadt.com'; 'jlamar@maynardcooper.com'; 'jlawlor@wmd-law.com';
'jlee@foley.com'; 'jlevitin@cahill.com'; 'jlscott@reedsmith.com';
'jmaddock@mcguirewoods.com'; 'jmakower@tnsj-law.com';
'jmazermarino@msek.com'; 'jmelko@gardere.com'; 'jmerva@fult.com';
'jmmurphy@stradley.com'; 'jmr@msf-law.com'; 'jnadritch@olshanlaw.com';
'jnm@mccallaraymer.com'; 'john.monaghan@hklaw.com'; 'john.mule@ag.state.mn.us';
'john.rapisardi@cwt.com'; 'jonathan.goldblatt@bnymellon.com';
'Jonathan.Henes@kirkland.com'; 'jorbach@hahnhessen.com';
'Joseph.Cordaro@usdoj.gov'; 'Joseph.Serino@kirkland.com';
'joshua.dorchak@morganlewis.com'; 'jowen769@yahoo.com';
'joy.mathias@dubaiic.com'; 'JPintarelli@mofo.com'; 'jporter@entwistle-law.com';
'jprol@lowenstein.com'; 'jrabinowitz@rltlawfirm.com'; 'jrsmith@hunton.com';
'jschiller@bsfllp.com'; 'jschreib@chapman.com'; 'jschwartz@hahnhessen.com';
'jsheerin@mcguirewoods.com'; 'jsherman@bsfllp.com';
'jshickich@riddellwilliams.com'; 'jsmairo@pbnlaw.com'; 'jstoll@mayerbrown.com';
'jsullivan@mosessinger.com'; 'jtimko@shutts.com'; 'judy.morse@crowedunlevy.com';
'jvail@ssrl.com'; 'jwcohen@daypitney.com'; 'jweiss@gibsondunn.com';
'jwest@velaw.com'; 'jwh@njlawfirm.com'; 'kanema@formanlaw.com';
'karen.wagner@dpw.com'; 'karl.geercken@alston.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'keckhardt@hunton.com';
'keith.simon@lw.com'; 'Ken.Coleman@allenovery.com'; 'ken.higman@hp.com';
'kerry.moynihan@hro.com'; 'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com';
'kit.weitnauer@alston.com'; 'kjarashow@stutman.com'; 'kkelly@ebglaw.com';
'kkolbig@mosessinger.com'; 'klyman@irell.com'; 'klynch@formanlaw.com';
'kmayer@mccarter.com'; 'kobak@hugheshubbard.com'; 'korr@orrick.com';
'kovskyd@pepperlaw.com'; 'kressk@pepperlaw.com'; 'KReynolds@mklawnyc.com';
'krodriguez@allenmatkins.com'; 'krosen@lowenstein.com'; 'kurt.mayr@bgllp.com';
'lacyr@sullcrom.com'; 'Landon@slollp.com'; 'lapeterson@foley.com';
'lawallf@pepperlaw.com'; 'lawrence.gelber@srz.com'; 'lberkoff@moritthock.com';
'Lee.Stremba@troutmansanders.com'; 'lgranfield@cgsh.com';
'lhandelsman@stroock.com'; 'lhill@reedsmith.com'; 'lhoffman@deilylawfirm.com';
'linda.boyle@twtelecom.com'; 'lisa.solomon@att.net'; 'LJKotler@duanemorris.com';
'lkatz@ltblaw.com'; 'LKISS@KLESTADT.COM'; 'lmarinuzzi@mofo.com';
'Lmay@coleschotz.com'; 'lmcgowen@orrick.com'; 'lnashelsky@mofo.com';
'loizides@loizides.com'; 'lperkins@deilylawfirm.com'; 'lscarcella@farrellfritz.com';
'lschweitzer@cgsh.com'; 'lwhidden@salans.com'; 'mabrams@willkie.com';
'MAOFILING@CGSH.COM'; 'Marc.Chait@SC.com';
'margolin@hugheshubbard.com'; 'mark.bane@ropesgray.com';
'mark.ellenberg@cwt.com'; 'mark.ellenberg@cwt.com'; 'mark.mckane@kirkland.com';
'mark.sherrill@sutherland.com'; 'Marvin.Clements@ag.tn.gov'; 'matt@willaw.com';

5

'matthew.klepper@dlapiper.com'; 'maustin@orrick.com';
'mbenner@tishmanspeyer.com'; 'mberman@nixonpeabody.com';
'mberman@nixonpeabody.com'; 'mbienenstock@proskauer.com';
'mbloemsma@mhjur.com'; 'mbossi@thompsoncoburn.com';
'mcademartori@sheppardmullin.com'; 'mccarthyj@sullcrom.com';
'mcordone@stradley.com'; 'mcto@debevoise.com'; 'mcyganowski@oshr.com';
'mdorval@stradley.com'; 'melorod@gtlaw.com'; 'meltzere@pepperlaw.com';
'metkin@lowenstein.com'; 'mfeldman@willkie.com'; 'mginzburg@daypitney.com';
'mgordon@briggs.com'; 'mgreger@allenmatkins.com'; 'mh1@mccallaraymer.com';
'mhopkins@cov.com'; 'michael.frege@cms-hs.com'; 'michael.kelly@monarchlp.com';
'michael.krauss@faegrebd.com'; 'michael.mccrory@btlaw.com';
'michaels@jstriallaw.com'; 'millee12@nationwide.com'; 'miller@taftlaw.com';
'mimi.m.wong@irscounsel.treas.gov'; 'mitchell.ayer@tklaw.com';
'mjedelman@vedderprice.com'; 'MJR1@westchestergov.com';
'mlahaie@akingump.com'; 'MLandman@lcbf.com'; 'mlichtenstein@crowell.com';
'mlynch2@travelers.com'; 'mmendez@crb-law.com'; 'mmorreale@us.mufg.jp';
'mneier@ibolaw.com'; 'monica.lawless@brookfieldproperties.com';
'mpage@kelleydrye.com'; 'mparry@mosessinger.com'; 'mprimoff@kayescholer.com';
'mpucillo@bermanesq.com'; 'mrosenthal@gibsondunn.com'; 'mrothchild@mofo.com';
'mruetzel@whitecase.com'; 'mschimel@sju.edu'; 'msegarra@mayerbrown.com';
'mshiner@tuckerlaw.com'; 'msolow@kayescholer.com'; 'mspeiser@stroock.com';
'mstamer@akingump.com'; 'munno@sewkis.com'; 'mvenditto@reedsmith.com';
'mwarner@coleschotz.com'; 'mwarren@mtb.com'; 'nathan.spatz@pillsburylaw.com';
'nbojar@fklaw.com'; 'ncoco@mwe.com'; 'neal.mann@oag.state.ny.us';
'ned.schodek@shearman.com'; 'neilberger@teamtogut.com';
'Nherman@morganlewis.com'; 'nissay_10259-0154@mhmjapan.com';
'nlepore@schnader.com'; 'notice@bkcylaw.com'; 'NYROBankruptcy@SEC.GOV';
'otccorpactions@finra.org'; 'pbattista@gjb-law.com'; 'pbosswick@ssbb.com';
'pdublin@akingump.com'; 'peisenberg@lockelord.com'; 'peter.gilhuly@lw.com';
'peter.macdonald@wilmerhale.com'; 'peter.simmons@friedfrank.com';
'peter@bankrupt.com'; 'pfeldman@oshr.com'; 'pfinkel@wilmingtontrust.com';
'phayden@mcguirewoods.com'; 'philip.wells@ropesgray.com';
'pmaxcy@sonnenschein.com'; 'ppascuzzi@ffwplaw.com'; 'ppatterson@stradley.com';
'psp@njlawfirm.com'; 'ptrostle@jenner.com'; 'raj.madan@skadden.com';
'ramona.neal@hp.com'; 'raul.alcantar@alcantarlaw.com';
'rbeacher@pryorcashman.com'; 'rbernard@foley.com'; 'rbyman@jenner.com';
'rdaversa@orrick.com'; 'relgidely@gjb-law.com'; 'rflanagan@flanassoc.com';
'rfriedman@silvermanacampora.com'; 'rgmason@wlrk.com';
'rgoodman@moundcotton.com'; 'rgraham@whitecase.com';
'rhett.campbell@tklaw.com'; 'rhorkovich@andersonkill.com';
'richard.fingard@newedge.com'; 'richard.lear@hklaw.com'; 'richard@rwmaplc.com';
'rick.murphy@sutherland.com'; 'RJones@BoultCummings.com';
'rleek@HodgsonRuss.com'; 'RLevin@cravath.com'; 'rmatzat@hahnhessen.com';
'rnetzer@willkie.com'; 'robert.dombroff@bingham.com';
'robert.honeywell@klgates.com'; 'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov';
'Robin.Keller@Lovells.com'; 'roger@rnagioff.com'; 'ronald.silverman@bingham.com';

6

'ross.martin@ropesgray.com'; 'rpedone@nixonpeabody.com'; 'rrainer@wmd-law.com'; 'rroupinian@outtengolden.com'; 'rrussell@andrewskurth.com'; 'russj4478@aol.com'; 'sabin.willett@bingham.com'; 'sabramowitz@velaw.com'; 'sabvanrooy@hotmail.com'; 'Sally.Henry@skadden.com'; 'samuel.cavior@pillsburylaw.com'; 'sandyscafaria@eaton.com'; 'scargill@lowenstein.com'; 'schager@ssnyc.com'; 'schannej@pepperlaw.com'; 'Schepis@pursuitpartners.com'; 'schnabel.eric@dorsey.com'; 'schristianson@buchalter.com'; 'schwartzmatthew@sullcrom.com'; 'scott.golden@hoganlovells.com'; 'scottj@sullcrom.com'; 'scottshelley@quinnemanuel.com'; 'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov'; 'seba.kurian@invesco.com'; 'sehlers@armstrongteasdale.com'; 'sfalanga@connellfoley.com'; 'sfelderstein@ffwplaw.com'; 'sfineman@lchb.com'; 'sfox@mcguirewoods.com'; 'sgordon@cahill.com'; 'sgraziano@blbglaw.com'; 'sgubner@ebg-law.com'; 'sharbeck@sipc.org'; 'shari.leventhal@ny.frb.org'; 'shgross5@yahoo.com'; 'sidorsky@butzel.com'; 'sldreyfuss@hlgslaw.com'; 'sleo@bm.net'; 'slerman@ebglaw.com'; 'slerner@ssd.com'; 'slevine@brownrudnick.com'; 'SLoden@DiamondMcCarthy.com'; 'smillman@stroock.com'; 'smulligan@bsblawyers.com'; 'snewman@katskykorins.com'; 'sory@fdlaw.com'; 'squsba@stblaw.com'; 'SRee@lcbf.com'; 'sschultz@akingump.com'; 'sselbst@herrick.com'; 'sshimshak@paulweiss.com'; 'sskelly@teamtogut.com'; 'sstarr@starrandstarr.com'; 'steele@lowenstein.com'; 'stephen.cowan@dlapiper.com'; 'stephen.hessler@kirkland.com'; 'steve.ginther@dor.mo.gov'; 'steven.usdin@flastergreenberg.com'; 'steven.wilamowsky@bingham.com'; 'Streusand@slollp.com'; 'susheelkirpalani@quinnemanuel.com'; 'swolowitz@mayerbrown.com'; 'szuch@wiggin.com'; 'tannweiler@greerherz.com'; 'tbrock@ssbb.com'; 'tdewey@dpklaw.com'; 'TGoren@mofo.com'; 'thomas.califano@dlapiper.com'; 'timothy.harkness@freshfields.com'; 'tjfreedman@pbnlaw.com'; 'tkiriakos@mayerbrown.com'; 'tlauria@whitecase.com'; 'tmacwright@whitecase.com'; 'tnixon@gklaw.com'; 'toby.r.rosenberg@irscounsel.treas.gov'; 'tomwelsh@orrick.com'; 'tsalter@blankrome.com'; 'tslome@msek.com'; 'tunrad@burnslev.com'; 'twheeler@lowenstein.com'; 'vguldi@zuckerman.com'; 'Villa@slollp.com'; 'vmilione@nixonpeabody.com'; 'vrubinstein@loeb.com'; 'wanda.goodloe@cbre.com'; 'WBallaine@lcbf.com'; 'wbenzija@halperinlaw.net'; 'wchen@tnsj-law.com'; 'wcurchack@loeb.com'; 'wdase@fzwz.com'; 'will.sugden@alston.com'; 'wiltenburg@hugheshubbard.com'; 'wisotska@pepperlaw.com'; 'wk@pwlawyers.com'; 'wmaher@wmd-law.com'; 'wmarcari@ebglaw.com'; 'wmckenna@foley.com'; 'wrightth@sullcrom.com'; 'wsilverm@oshr.com'; 'wswearingen@llf-law.com'; 'wtaylor@mccarter.com'; 'wweintraub@stutman.com'; 'wzoberman@bermanesq.com'; 'YUwatoko@mofo.com'; 'richard.krasnow@weil.com'; 'maurice.horwitz@weil.com'; 'Harvey.miller@weil.com'; 'Jacqueline.marcus@weil.com'; 'lori.fife@weil.com';

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
Attn: Linda Rifkin, Esq.
     Andrea B. Schwartz, Esq.

Chambers of the Honorable Shelley C. Chapman
United States Bankruptcy Court
for the Southern District of New York
The Alexander J. Hamilton Customs House
One Bowling Green
New York, NY 10004-1408

**Exhibit C**

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, New York 10007

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
         Harvey R. Miller