**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

BRETT STONE, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Essex County, State of New Jersey.

2. On December 15, 2014, I caused to be served a true and correct copy of the Response to Plan Administrator's Four Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims), [Docket No. 47388] upon the parties on the attached service list via first class mail.

Dated: December 15, 2014
New York, New York

                                                                      */s/ Brett Stone*
                                                                       Brett Stone

## Service List

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Ralph Miller
Garrett Fail

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014
Attn:  William K. Harrington
Susan Golden
Andrea B. Schwartz

Chambers of the Hon. Shelley C. Chapman
U.S. Bankruptcy Court
One Bowling Green
New York, NY  10004-1408