B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.,                                    Case No. 08-13555 (SCC)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| Citigroup Financial Products Inc. | Barclays Bank PLC |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013

Court Claim # (if known): 66887 amending No. 14087 (in turn amending No. 4102)
Amount of Claim: $28,333,000.00
Date Claim Filed: 9/16/2009

Attn: Kenneth Keeley
Phone: (212) 723-6501
Last Four Digits of Acct #: _____

Phone: (212) 320-7581
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Brian S. Broyles_           Date: 12/12/2014
    Brian S. Broyles
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
Doc#: US1:9744489v11

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **CITIGROUP FINANCIAL PRODUCTS INC.** ("Purchaser") an undivided pro rata share in the fixed amount of $28,333,000.00 (the "Transferred Claim Amount") of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Commodity Services Inc.** (the "Debtor"), the debtor in Case No. 08-13885 (SCC), jointly administered under the case captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC), pending in the United States Bankruptcy Court for the Southern District of New York, or in such other court with jurisdiction (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 66887 amending No. 14087 (in turn amending No. 4102)**) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of December 2014.

| **BARCLAYS BANK PLC** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: _____ <br> Name: <br> Title: <br> Jenna Yoo <br> Authorized Signatory | By: _____ <br> Name: <br> Title: |

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BARCLAYS BANK PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **CITIGROUP FINANCIAL PRODUCTS INC.** ("Purchaser") an undivided pro rata share in the fixed amount of $28,333,000.00 (the "Transferred Claim Amount") of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Commodity Services Inc.** (the "Debtor"), the debtor in Case No. 08-13885 (SCC), jointly administered under the case captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC), pending in the United States Bankruptcy Court for the Southern District of New York, or in such other court with jurisdiction (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 66887 amending No. 14087 (in turn amending No. 4102)**) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of December 2014.

| **BARCLAYS BANK PLC** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: Brian S. Broyles, Authorized Signatory |