**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

In re:                                                                                   :

LEHMAN BROTHERS HOLDINGS INC., et al.           :

     Debtors.                                          :

-------------------------------------------------------------------- X

**Chapter 11**

**Case No. 08-13555 (SCC)**

**(Jointly Administered)**

## STIPULATION, AGREEMENT AND ORDER REGARDING CLAIMS NUMBER 37355 AND NUMBER 37356

Lehman Brothers Holdings Inc., as Plan Administrator, and Lehman Brothers Special

Financing Inc. (collectively, "Lehman") pursuant to the *Modified Third Amended Joint Chapter*

*11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, and the Washington State

Tobacco Settlement Authority ("Washington TSA") and, together with the Plan Administrator,

(the "Parties"), hereby STIPULATE and AGREE to the following post-evidentiary hearing

schedule:

1.  December 12, 2014:  The Parties will exchange proposed exhibit lists.

2.  December 15, 2014:  Washington TSA will provide Lehman comments on the

    binder of deposition designations that were given to Washington TSA by Lehman

    on November 3, 2014.

3.  December 18, 2014:  Lehman will provide a summary chart of deposition

    designations and objections for Washington TSA's review.

4.  December 19, 2014:  The Parties will agree upon exhibits to be submitted to the

    Court, to the extent possible.

5. December 23, 2014:  Washington TSA will provide Lehman with comments to the summary chart of deposition designations and objections.

6. January 14, 2015:  The Parties to submit proposed findings of fact, conclusions of law and post-trial briefs to the Court.

7. January 14, 2015:  The parties to submit two sets of agreed exhibits and deposition designations to the Court.  To the extent there are unresolved issues relating to exhibits or deposition designations, the parties will submit them to the Court at this time.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the deadlines in the preceding schedule shall be for service on opposing counsel of record and that such service shall be by electronic mail;

IT IS HEREBY FURTHER ORDERED that closing arguments shall be heard on a date to be determined by the court in consultation with the parties.

Dated: New York, New York
December 12, 2014

RICH MICHAELSON MAGALIFF MOSER, LLP

By: /s/ Eric T. Moser
Eric T. Moser
Robert N. Michaelson
340 Madison Avenue, 19th Floor
Telephone: (212) 220-9402
Facsimile: (212) 913-9642

*Attorneys for Washington State Tobacco Settlement Authority*

Dated: New York, New York
December 12, 2014

JONES DAY

By: /s/ Lauri W. Sawyer
Jayant W. Tambe
Laura W. Sawyer
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3685
Facsimile: (212) 755-7306

*Attorneys for the Debtors*

**SO ORDERED:**

Dated: New York, New York
December 16, 2014

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge