**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Robin E. Keller
Dennis H. Tracey, III
Benjamin J.O. Lewis
John D. Beck

*Attorneys for QVT Fund, LP,*
*Quintessence Fund, L.P. and*
*Piney Branch Park, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
In re:                                              :
                                                    :
LEHMAN BROTHERS HOLDING INC., *et. al.,*            :   Chapter 11
                                                    :
                                        Debtors.    :
                                                    :   Case No. 08-13555 (JMP)
                                                    :
                                                    :   (Jointly Administered)
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR**
**RECEIPT OF NOTICES AND ALL OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that QVT Fund, LP, Quintessence Fund, L.P. and Piney Branch Park, Inc. (collectively, "QVT") hereby give notice of the appearance of the undersigned as counsel on their behalf. Hogan Lovells US LLP ("Hogan Lovells") hereby enters its appearance in the above-captioned matter pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of QVT.

**PLEASE TAKE NOTICE** that the undersigned counsel, pursuant to section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 9007 and 9010(b), and Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York, request that all notices given or

required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned at the following office address with a copy to the following email addresses:

Robin E. Keller
Dennis H. Tracey, III
Benjamin J.O. Lewis
John D. Beck
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: robin.keller@hoganlovells.com
dennis.tracey@hoganlovells.com
ben.lewis@hoganlovells.com
john.beck@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, telex or otherwise, with regard to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request of Receipt of Notices and All Other Documents* does not constitute a waiver of any of QVT's rights (1) to challenge the jurisdiction of the Court to adjudicate any matter, including without limitation any non-core matter; (2) to have final orders in non-core matters entered only after *de novo* review by the District Court; (3) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the above-captioned cases; or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

2

withdrawal, or any other rights, claims, actions, setoffs, or recoupments to which QVT is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 16, 2014
       New York, New York

HOGAN LOVELLS US LLP

By: */s/John D. Beck*
Robin E. Keller
Dennis H. Tracey, III
Benjamin J.O. Lewis
John D. Beck
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
E-mail: robin.keller@hoganlovells.com
       dennis.tracey@hoganlovells.com
       ben.lewis@hoganlovells.com
       john.beck@hoganlovells.com

*Attorneys for QVT Fund, LP, Quintessence Fund, L.P. and Piney Branch Park, Inc.*