B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Stonehill Institutional Partners, L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York  10022

Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email:snelson@stonehillcap.com/ops@stonehillcap.com

Court Claim # (if known): <u>17247</u>
Amount of Claim:<u> $580,000,000.00 (allowed)</u>
Transferred Amount:<u> $134,976,177.96 (allowed)</u>
Date Claim Filed:<u> 9/18/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By: Stonehill Capital Management LLC,
its Investment Adviser

By: _____                    Date: _/2/10/14_____
        Name of Transferee/Transferee's Agent
        Thomas Varkey

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AN AUTHORIZED SIGNATORY OF
STONEHILL CAPITAL MANAGEMENT LLC,
ITS ADVISER

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
        Transferor/Transferor's Agent

18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
By: Stonehill Capital Management LLC,
its Investment Adviser

By: _____
        Name of Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
        Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory