Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**                    Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **CVI GVF Luxembourg Ninety Nine SARL** | **Banca Fideuram S.p.A.** |

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors GB LLP
3rd Floor, 25 Great Pulteney Street
London, WIF 9LT
United Kingdom
Email: Matt.Shipton@carval.com

Court Claim# (if Known): **22045**
Amount of Claim Transferred: **$4,337,844.71 plus Interest and charges**
Date Claim Filed**: 09-21-09**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Short**                    Date:     December 17, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim of Banca Fideuram S.p:A. ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $4,337,844.71 plus interest and charges | 22045 |

has been transferred and assigned to CVI GVF Luxembourg Ninety Nine SARL ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF Luxembourg Ninety Nine SARL
Address: C/O CarVal Investors GB LLP
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT

SELLER: Banca Fideuram S.p.A.
Address: P.le Giulio Douhet n. 31,
00143 Rome, Italy

BY CARVAL INVESTORS GB LLP
Signature:
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: 11 DEC 2014

Signature:
Name: Mr. Matteo Colafrancesco
Title: Chief Executive Officer
Date: 11 DEC 2014

1