*Basel,* 25.11.2014

**Form 210A (10/06)**

DEC - 8 2014

FILED / RECEIVED

DEC 0 3 2014

EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,          Case Nos. 08-13555 (JMP)
                                                      **(Jointly Administered)**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR
## SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

    A CLAIM HAS BEEN FILED IN THIS CASE, by Credit Suisse AG (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55829 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the nominal amount of USD 30,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0325369725 <u>only</u>. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

<u>Name of Transferee</u>

Bank J. Safra Sarasin Ltd
**Name and Address where notices to Transferee
should be sent:**

Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zurich
Switzerland
Attn: Peter Hsu
Tel.: +41 58 261 50 00

**- with a copy to -**
Bank J Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Front-
and Back-Office Functions
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal Front- and Back-Office
Functions
Tel.: +41 (0) 58 317 40 67

Last Four Digits of Acct #: 4002

<u>Name of Transferor</u>

Credit Suisse AG
**Name and Address where notices
to Transferor should be sent:**

Credit Suisse AG
1 Madison Avenue
New York, NY 10010
Attn: Tad Bender
Phone: +1 212 538 9137

**- with a copy to -**

Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
Attn: Richard Levin
Phone: +1 212 474 1135

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
Bank J Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Front-
and Back-Office Functions
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal Front- and Back-Office
Functions
Tel.: +41 (0) 58 317 40 67

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Transferred Portion: USD 30,000
(nominal amount)

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: _25 .11. 2014_____
      Transferee
Name: Frank Link
Title: Vice President

By: _____     Date: _25.11 2014_____
      Transferee
Name: Patrick Gribi
Title: Executive Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

**<u>Exhibit A</u>**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Sarasin AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON March 4, 2013.

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Irma Bauer
Title:  VP

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Sarasin AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON March 4, 2013.

**Credit Suisse AG**

By: _____
Name:  Adrian Graf
Title:   AVP

By: _____
Name:  Irma Bauer
Title:   VP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| XS0325369725 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD 30'000 |

**Dr. Peter Hsu**
Rechtsanwalt, LL.M.
+41 58 261 53 94
peter.hsu@baerkarrer.ch

<div style="text-align: right">

**BÄR
& KARRER**

</div>

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 2 December 2014
367674/312/wed/x24176306.doc

**Bank J. Safra Sarasin Ltd
Partial Transfers of Claim other than for Security, Epiq Claim No. 55829**

Dear Madam, dear Sir,

In the name and on behalf of the transferee Bank J. Safra Sarasin Ltd (formerly
Bank Sarasin & Co. Ltd), we are sending you enclosed the following eight original
copies of the completed 210A transfer forms (Enclosures 1.1 to 1.8), including
copies of the evidence of transfer of claim regarding the partial transfer of claim
no. 55829 against Lehman Brothers Holdings Inc.:

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/
  ISIN No. XS0325369725 (Enclosure 1.1; regarding name change see Enclo-
  sures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/
  ISIN No. XS0302356737 (Enclosure 1.2);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/
  ISIN No. XS0325369725 (Enclosure 1.3; regarding name change see Enclo-
  sures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/
  ISIN No. XS0299103084 (Enclosure 1.4; regarding name change see Enclo-
  sures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/
  ISIN No. XS0302356737 (Enclosure 1.5);

| Bär & Karrer | Zürich | Genf | Lugano | Zug | www.baerkarrer.ch |
|---|---|---|---|---|---|
| Rechtsanwälte | Bär & Karrer AG | Bär & Karrer SA | Bär & Karrer SA | Bär & Karrer AG | |
| | Brandschenkestrasse 90 | 12, quai de la Poste | Via Vegezzi 6 | Baarerstrasse 8 | |
| | CH-8027 Zürich | CH-1211 Genève 11 | CH-6901 Lugano | CH-6301 Zug | |
| | Phone: +41 58 261 50 00 | Phone: +41 58 261 57 00 | Phone: +41 58 261 58 00 | Phone: +41 58 261 59 00 | |
| | Fax: +41 58 261 50 01 | Fax: +41 58 261 57 01 | Fax: +41 58 261 58 01 | Fax: +41 58 261 59 01 | |

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. CH0036891429 (Enclosure 1.6; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0339537390 (Enclosure 1.7; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0267329307 (Enclosure 1.8).

The transferor is Credit Suisse AG.

Bank Sarasin & Co. Ltd changed its name into Bank J. Safra Sarasin Ltd. For evidence of the name change, please see a copy of the related media releases (Enclosures 1.9 and 1.10) and the company's entry in the commercial register (Enclosure 1.11) (see partial transfer of claims referred in the relating transfer documents: Enclosures 1.1, 1.3, 1.4, 1.6 and 1.7). Please use the new company name for the registration.

Sincerely yours,

Peter Hsu

Enclosures

Dr. Peter Hsu
Rechtsanwalt, LL.M.
+41 58 261 53 94
peter.hsu@baerkarrer.ch

**BÄR**
**& KARRER**

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 2 December 2014
367674/312/wed/x24176302.doc

**Bank J. Safra Sarasin Ltd**
**Partial Transfers of Claim other than for Security, Epiq Claims No. 55829,**
**No. 55814-27, No. 35896 and No. 51762**

Dear Madam, dear Sir,

In the name and on behalf of the transferee Bank J. Safra Sarasin Ltd (formerly
Bank Sarasin & Co. Ltd), we are sending you enclosed 11 original copies of the
completed 210A transfer forms, including copies of the evidence of transfer of
claim regarding the partial transfer of claims (referring to claims no. 55829, no.
55814-27, no. 35896 and no. 51762) against Lehman Brothers Holdings Inc. by
the following transferors:

   1. Credit Suisse AG (see package 1);

   2. Neue Aargauer Bank AG (see package 2);

   3. BNP Parisbas (Suisse) SA (see package 3); and

   4. HSBC Private Bank (Suisse) S.A. (see package 4).

Bär & Karrer
Rechtsanwälte

Zürich
Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zürich
Phone: +41 58 261 50 00
Fax:   +41 58 261 50 01

Genf
Bär & Karrer SA
12, quai de la Poste
CH-1211 Genève 11
Phone: +41 58 261 57 00
Fax:   +41 58 261 57 01

Lugano
Bär & Karrer SA
Via Vegezzi 6
CH-6901 Lugano
Phone: +41 58 261 58 00
Fax:   +41 58 261 58 01

Zug
Bär & Karrer AG
Baarerstrasse 8
CH-6301 Zug
Phone: +41 58 261 59 00
Fax:   +41 58 261 59 01

www.baerkarrer.ch

As indicated above, Bank Sarasin & Co. Ltd changed its name into Bank J. Safra Sarasin Ltd. For evidence of the name change, please see a copy of the related media releases and the company's entry in the commercial register attached to the relevant packages including copies of the transfer forms where the former name has still been used in the evidence of transfer of claim (see package 1 and 2).

Sincerely yours,

Peter Hsu

Enclosures

EXPRESS WORLDWIDE DOX DHL
IntraShip (7.0) / *17-1409*

From Bär & Karrer Rechtsanwälte
Peter Hsu 058 261 50 00
Brandschenkestrasse 90
Postfach 1548
8027 Zurich
CH SWITZERLAND

Origin: ZRH

To Epiq Bankruptcy Solutions, LLC
Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
10017 NEW YORK NEW YORK
US UNITED STATES OF
AMERICA

Phone 1 800 314 55

EXPRESS WORLDWIDE DOX DHL
10017 NEW YORK, United States
Origin: ZRH
JFKL US-ZYP-TS2

Day Time

Account No. 150041963
Ref code
Date:
Pce / Shpt Weight 1.00 / 1.00 KG
Piece 1/1

Content description:

WAYBILL30 0156 8404

(2L)US10017+42000000

(J)JD01 3060 9719 9010 4738

FILED / RECEIVED

www.dhl.com

385478