UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtors. | Case No. 08-13555 (SCC) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice (the "**Transferred Claim**").

| | |
|---|---|
| Storm Funding Limited (in administration) acting by its administrators, Dan Yoram Schwarzmann, Anthony Victor Lomas, Steven Anthony Pearson and Julian Guy Parr (the "**Administrators**") as agents and without personal liability | Acenden Limited |
| Name of Transferee | Name of Transferor |
| | 200027 |
| US$80,568,540 | |
| Amount of Claim Transferred | Proof of Claim No. |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Transferred Claim to the Transferee at the address below.

Transferee:    Storm Funding Limited (in administration)
Address:       Level 23, 25 Canada Square, London E14 5LQ
               Attn: The Joint Administrators

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

A16834099

The Administrators have signed this evidence as agents for and on behalf of the Transferee and neither they, their firm, members, partners, directors, officers, employees, agents, advisers or their representatives shall incur any personal liability under or in relation to this evidence. The exclusion of liability set out in this paragraph shall continue notwithstanding the termination of the agency of the Administrators, and shall operate as a waiver of any claims in tort as well as under the laws of contract. Each of the Administrators, their firm, members, partners, directors, officers, employees, agents, advisers and representatives shall be entitled to rely on this paragraph as if they were a party to this evidence.

For and on behalf Storm Funding Limited (in administration) by one of the Administrators acting as its agent and without personal liability

Date 18 December 2014

Name: Dan Schwarzmann

Title: Administrator

A16834099

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

ACENDEN LIMITED (the "**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Deed of Assignment dated 28 November 2014 and entered into between the Seller and the Buyer, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to STORM FUNDING LIMITED (IN ADMINISTRATION) (the "**Buyer**") acting by its administrators, Dan Yoram Schwarzmann, Anthony Victor Lomas, Steven Anthony Pearson and Julian Guy Parr (the "**Administrators**") without personal liability, all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim Nos. 200027, as supplemented, modified or amended from time to time (the "**Transferred Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC).

The Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Transferred Claim as an unconditional assignment and sale and the Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to the Buyer.

The Administrators have signed this evidence as agents for and on behalf of the Buyer and neither they, their firm, members, partners, directors, officers, employees, agents, advisers or their representatives shall incur any personal liability under or in relation to this evidence. The exclusion of liability set out in this paragraph shall continue notwithstanding the termination of the agency of the Administrators, and shall operate as a waiver of any claims in tort as well as under the laws of contract. Each of the Administrators, their firm, members, partners, directors, officers, employees, agents, advisers and representatives shall be entitled to rely on this paragraph as if they were a party to this evidence.

IN WITNESS WHEREOF, dated as of the 18th day of December, 2014.

| WITNESS: | ACENDEN LIMITED, as Seller |
|---|---|
| *[signature]* | By: *[signature]* |
| Name: PHILIP HARRISON | Name: JEFF LUNDGREN |
| Title: SENIOR SOLICITOR | Title: DIRECTOR, CFO |

For and on behalf of STORM FUNDING LIMITED (IN ADMINISTRATION), as Buyer, by one of the Administrators acting as its agent and without personal liability

| WITNESS: | |
|---|---|
| *[signature]* | By: *[signature]* |
| Name: KIRSTY BCUNNING | Name: An Schwarzmann |
| Title: PERSONAL ASSISTANT | Title: Administrator |

A16834099