Basel, 25.11.2014

Form 210A (10/06)



FILED / RECEIVED
DEC 03 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,     Case Nos. 08-13555 (JMP)
(Jointly Administered)

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Credit Suisse AG (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55829 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the nominal amount of EUR 50,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN CH0036891429 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd | Credit Suisse AG |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Bär & Karrer AG<br>Brandschenkestrasse 90<br>CH-8027 Zurich<br>Switzerland<br>Attn: Peter Hsu<br>Tel.: +41 58 261 50 00 | Credit Suisse AG<br>1 Madison Avenue<br>New York, NY 10010<br>Attn: Allen Gage<br>Tel.: +1 212 538 9137 |
| - with a copy to - | - with a copy to - |
| Bank J. Safra Sarasin Ltd<br>Elisabethenstrasse 62<br>P.O. Box<br>CH-4002 Basel<br>Switzerland<br>Attn: Frank Link, Senior Legal Counsel, Legal Front- and Back-Office Functions<br>Tel.: +41 (0) 58 317 45 83<br>Patrick Gribi, Head Legal Counsel, Legal Front- and Back-Office Functions<br>Tel.: +41 (0) 58 317 40 67 | Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Attn: Richard Levin<br>Tel.: +1 212 474 1135 |
| Last Four Digits of Acct #: 4002 | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

| | |
|---|---|
| Bank J. Safra Sarasin Ltd<br>Elisabethenstrasse 62,<br>P.O. Box<br>CH-4002 Basel<br>Switzerland<br>Attn: Frank Link, Senior Legal Counsel, Legal Front- and Back-Office Functions<br>Tel.:+41 (0) 58 317 45 83<br>Patrick Gribi, Head Legal Counsel, Legal Front- and Back-Office Functions<br>Tel.: +41 (0) 58 317 40 67 | Court Claim # (if known): 55829<br>Date Claim Filed: October 29, 2009<br>Transferred Portion: EUR 50,000<br>(nominal amount) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 25.11.2014
Transferee
Name: Frank Link
Title: Vice President

By: _____    Date: 25.11.2014
Transferee
Name: Patrick Gribi
Title: Executive Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

2

**Exhibit A**

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Sarasin AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 20, 2012.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Irma Bauer
Title: VP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0036891429 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | EUR 50'000.00 |

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0036891429 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | EUR 50'000.00 |

Dr. Peter Hsu
Rechtsanwalt, LL.M.
+41 58 261 53 94
peter.hsu@baerkarrer.ch

BÄR
& KARRER

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 2 December 2014
367674/312/wed/x24176306.doc

**Bank J. Safra Sarasin Ltd**
**Partial Transfers of Claim other than for Security, Epiq Claim No. 55829**

Dear Madam, dear Sir,

In the name and on behalf of the transferee Bank J. Safra Sarasin Ltd (formerly Bank Sarasin & Co. Ltd), we are sending you enclosed the following eight original copies of the completed 210A transfer forms (Enclosures 1.1 to 1.8), including copies of the evidence of transfer of claim regarding the partial transfer of claim no. 55829 against Lehman Brothers Holdings Inc.:

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0325369725 (Enclosure 1.1; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0302356737 (Enclosure 1.2);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0325369725 (Enclosure 1.3; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0299103084 (Enclosure 1.4; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0302356737 (Enclosure 1.5);

| Bär & Karrer Rechtsanwälte | Zürich
Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zürich
Phone: +41 58 261 50 00 | Genf
Bär & Karrer SA
12, quai de la Poste
CH-1211 Genève 11
Phone: +41 58 261 57 00 | Lugano
Bär & Karrer SA
Via Vegezzi 6
CH-6901 Lugano
Phone: +41 58 261 58 00 | Zug
Bär & Karrer AG
Baarerstrasse 8
CH-6301 Zug
Phone: +41 58 261 59 00 | www.baerkarrer.ch |

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. CH0036891429 (Enclosure 1.6; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0339537390 (Enclosure 1.7; regarding name change see Enclosures 1.9, 1.10 and 1.11);

- Partial Transfers of Claim other than for Security, Epiq Claim No. 55829/ ISIN No. XS0267329307 (Enclosure 1.8).

The transferor is Credit Suisse AG.

Bank Sarasin & Co. Ltd changed its name into Bank J. Safra Sarasin Ltd. For evidence of the name change, please see a copy of the related media releases (Enclosures 1.9 and 1.10) and the company's entry in the commercial register (Enclosure 1.11) (see partial transfer of claims referred in the relating transfer documents: Enclosures 1.1, 1.3, 1.4, 1.6 and 1.7). Please use the new company name for the registration.

Sincerely yours,

Peter Hsu

Enclosures

**Dr. Peter Hsu**
Rechtsanwalt, LL.M.
+41 58 261 53 94
peter.hsu@baerkarrer.ch

BÄR
& KARRER

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 2 December 2014
367674/312/wed/x24176302.doc

**Bank J. Safra Sarasin Ltd**
**Partial Transfers of Claim other than for Security, Epiq Claims No. 55829, No. 55814-27, No. 35896 and No. 51762**

Dear Madam, dear Sir,

In the name and on behalf of the transferee Bank J. Safra Sarasin Ltd (formerly Bank Sarasin & Co. Ltd), we are sending you enclosed 11 original copies of the completed 210A transfer forms, including copies of the evidence of transfer of claim regarding the partial transfer of claims (referring to claims no. 55829, no. 55814-27, no. 35896 and no. 51762) against Lehman Brothers Holdings Inc. by the following transferors:

1. Credit Suisse AG (see package 1);

2. Neue Aargauer Bank AG (see package 2);

3. BNP Parisbas (Suisse) SA (see package 3); and

4. HSBC Private Bank (Suisse) S.A. (see package 4).

Bär & Karrer         Zürich                      Genf                        Lugano                  Zug                    www.baerkarrer.ch
Rechtsanwälte        Bär & Karrer AG             Bär & Karrer SA             Bär & Karrer SA         Bär & Karrer AG
                     Brandschenkestrasse 90      12, quai de la Poste        Via Vegezzi 6           Baarerstrasse 8
                     CH-8027 Zürich              CH-1211 Genève 11           CH-6901 Lugano          CH-6301 Zug
                     Phone: +41 58 261 50 00     Phone: +41 58 261 57 00     Phone: +41 58 261 58 00 Phone: +41 58 261 59 00

As indicated above, Bank Sarasin & Co. Ltd changed its name into Bank J. Safra Sarasin Ltd. For evidence of the name change, please see a copy of the related media releases and the company's entry in the commercial register attached to the relevant packages including copies of the transfer forms where the former name has still been used in the evidence of transfer of claim (see package 1 and 2).

Sincerely yours,

Peter Hsu

**Enclosures**

08-13555-mg    Doc 47463    Filed 12/03/14    Entered 12/18/14 14:54:28    Main Document
Pg 10 of 11

