**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                          :
In re                                                                     :
                                                                          :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.,          :     Chapter 11
                                                                          :     Case No. 08-13555 (SCC)
           Debtors.                                        :
                                                                          :     (Jointly Administered)
                                                                          :
                                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        :
                         :.ss:
COUNTY OF NEW YORK  :

      I, Ronald Cappiello, being duly sworn, depose and say:

      1.    I am over the age of eighteen years, am employed in the offices of HOGAN LOVELLS US LLP, counsel to QVT Fund LP, Quintessence Fund L.P. and Piney Branch Park, Inc., creditors and parties-in-interest in the above-captioned matter, and am not a party to this action.

      2.    On the 16th day of December, 2014, I caused to be served true and correct copies of the following document:

      • Notice of Appearance and Request for Receipt of Notices and All Other Documents, dated December 16, 2014 [Docket No. 47402].

\\NY - 002509/000004 - 3908465 v1

2

    I caused the above-stated document to be served upon each of the parties registered with the Court's ECF Noticing System in this adversary case to receive notices of all filings in this case.

                                                                    */s/Ronald Cappiello*
                                                                        Ronald Cappiello

Sworn to before me this
19th day of December, 2014

*/s/Annette Lusardi*
      Notary Public

**ANNETTE LUSARDI**
**Notary Public, State of New York**
**No. 01 LU5077646**
**Qualified in Westchester County**
**Certificate filed in New York County**
**Commission Expires May 12, 2015**