08-13555-mg    Doc 47486    Filed 12/01/14    Entered 12/22/14 12:48:10    Main Document    Pg 1 of 5



FILED / RECEIVED
DEC 01 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Marc Gasparic | Neue Aargauer Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

MARC GASPARIC
SWISS POST BOX 103272
ZÜRCHERSTRASSE 161
8010 ZÜRICH, SWITZERLAND
Phone: --
Last Four Digits of Acct #: --

Court Claim # (if known): 55814
Date Claim Filed: October 29, 2009
Amount of Claim: --
Portion of Claim Transferred (see Schedule 1): see Evidence of Transfer of Claim Form

Phone: --
Last Four Digits of Acct. #: --

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Marc Gasparic_    Date: 19 August 2014
    Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Marc Gasparic** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55814** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **August 13, 2014.**

**Neue Aargauer Bank AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0268992145 | 55814 | October 29, 2009 | Lehman Brothers Treasury BV | USD 16,000 |

**Daniel Gottstein**
NEUE AARGAUER BANK AG
daniel.gottstein@nab.ch

Hauptstrasse 1
5201 Brugg

Telefon +41 56 462 79 77
Telefax +41 56 462 79 35
Internet www.nab.ch

Brugg, 25. November 2014

- ☐ gemäss Besprechung
- ☐ zur Kenntnisnahme
- ☐ zu Ihren Akten
- ☐ auf Ihren Wunsch
- ☐ mit Bitte um Rückgabe
- ☐ mit Dank zurück
- ☐ irrtümlich an uns gelangt

- ☐ zur Erledigung
- ☐ zur Stellungnahme
- ☐ zur Besprechung
- ☐ zur Unterschrift/Visum
- ☐ mit Bitte um Anruf
- ☐ mit Bitte um Vorakten
- ☐ _____

on behalf of our client Mister Marc Gasparic

Freundliche Grüsse
NEUE AARGAUER BANK AG

*[signature]*

A-PRIORITY  P.P.
CH-52
Brugg

Posttech 520  DIE PO

DEC 01 2014

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

USA