```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------x
: 
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
       Debtors.                                                  :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 46685-46687,
                                                                      46747, 46748, 46810, 46857, 46949,
                                                                      46950, 46991, 47148, 47150, 47153-
                                                                      47156, 47158, 47159, 47161, 47162,
                                                                      47231, 47234-47237, 47277, 47278,
                                                                      47281, 47282, 47284, 47285, 47289,
                                                                      47291, 47292, 47302, 47305-47309

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
        TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
        CHRIS SCHOLFIELD
        C/O ALDEN GLOBAL CAPITAL
        885 THIRD AVENUE
        NEW YORK NY 10022
```

Please note that your claim # 59533 in the above referenced case and in the amount of
        $0.00    allowed at $754,786.01        has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN SACHS & CO.
        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
        ATTN: MICHELLE LATZONI
        200 WEST STREET
        NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47289    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/11/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 11, 2014.

# EXHIBIT B

```
TIME: 11:05:03                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/11/14                                           CREDITOR LISTING

Name                                                 Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: J.P. MORGAN SECURITIES LLC, FORMERLY KNOWN AS ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
  MASTER FUND, L.P.                                  NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, LP
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC             TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX  XBX 1026 MALTA
BANCA MONTE DEI PASCHI DI SIENA S.P.A.               ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCO SANTANDER (SUISSE) SA                          TRANSFEROR: UNION BANCAIRE PRIVEE 5-7 RUE AMI-LEVRIER P.O. BOX 1256 GENEVA 1   1211 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                          TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANQUE CANTONALE NEUCHATELOISE                       TRANSFEROR: HSBC PRIVATE BANK SUISSE SA AV. DE LA GARE 12 COLOMBIER  CH-2013 SWITZERLAND
BANQUE LOMBARD ODIER DARIER HENTSCH                  TRANSFEROR: UBS AG ATTN: J. FIELLA RUE DE LA CORRATERIE 11 GENEVA  CH-1211 SWITZERLAND
BARCLAYS BANK PLC                                    TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                    TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                    TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                    TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CANYON DISTRESSED OPPORTUNITY INVESTING              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: JONATHAN M. KAPLAN C/O CANYON CAPITAL ADVISORS LLC
  FUND II, L.P.                                      2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CASSA LOMBARDA S.P.A.                                VIA A MANZONI 12/16 MILANO 20121 ITALY
CREDIT SUISSE                                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                        CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A                               TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: STEFANIA CATELLANI UFFICIO FLE VIA EMILIA S.PIETRO 4 REGGIO EMILIA  42121 ITALY
DBS BANK (HONG KONG) LIMITED                         TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: HEAD OF WEALTH MANAGEMENT OPS WEALTH MANAGEMENT OPERATIONS
                                                     14TH FLOOR, ONE ISLAND EAST 18 WESTLANDS ROAD QUARRY BAY  HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: HARVEST SS, LTD. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET
                                                     LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                 TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                     LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                 TRANSFEROR: DEUTSCHE POSTBANK INTERNATIONAL SA ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                     LONDON  EC2N 2DB UNITED KINGDOM
FRIEDRICHSEN, MARKUS                                 TRANSFEROR: CREDIT SUISSE ERLENKAMP 29 HAMBURG  DE-22087 GERMANY
GOLDMAN SACHS & CO.                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                  TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                  TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: BARCLAYS BANK PLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: SOLA LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: ULTRA MASTER LTD ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HSBC PRIVATE BANK SUISSE SA                          TRANSFEROR: GUYERZELLER BANK AG ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT QUAI GENERAL-GUISAN 2 PO BOX 3580 GENEVA 3   1211 SWITZERLAND
  F/K/A HSBC
ILLIQUIDX LLP                                        TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND,               TRANSFEROR: GOLDMAN SACHS & CO. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, L.L.C. 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,               TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,               TRANSFEROR: YORVIK PARTNERS LLP ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,               TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
MAREI, NASR                                          TRANSFEROR: CREDIT SUISSE 3 SAYED MAREI ST MANSOURIA RD GIZA  12561

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:05:03                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE: 2
DATE: 12/11/14                                          CREDITOR LISTING

Name                                        Address
MORGAN STANLEY & CO. INTERNATIONAL PLC      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC      TRANSFEROR: FOUR WINDS INTERNATIONAL LTD 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
NIEHAUS, JOACHIM                            TRANSFEROR: CREDIT SUISSE STADTSTR. 83B FREIBURG  79104 GERMANY
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: ABBEY NATIONAL TREASURY SERVICES PLC ATTN: RICHARD DALESSIO 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOCIETE GENERALE BANK & TRUST SINGAPORE     ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER SINGAPORE  048583 SINGAPORE
  BRANCH
SOLA LTD.                                   TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD.                                   TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VOLKSBANK MULLHEIM EG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STONEHILL INSTITUTIONAL PARTNERS, LP        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MANAGEMENT LLC - S NELSON 885 THIRD AVENUE, 30TH FLOOR
                                            NEW YORK NY 10022
TRINITY INVESTMENTS LIMITED                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON  W1K 6TL UNITED KINGDOM
TRINITY INVESTMENTS LIMITED                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON  W1K 6TL UNITED KINGDOM
TURNPIKE LIMITED                            TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                            NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE
                                            885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                            NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                      BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                      ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
ULTRA MASTER LTD                            TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UNION BANCAIRE PRIVEE                       ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE  96-98 CASE POSTALE 1320 GENEVA 1  1211 SWITZERLAND
VARDE FUND IX LP, THE                       ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND IX-A LP, THE                     ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND V-B LP, THE                      ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B LP, THE                      C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, LP               TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP               TRANSFEROR: VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed             73
```