UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x  Ref. Docket Nos. 46517, 47279,
47301

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014

/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 46517, 47279, 47301_Aff 12-11-14.doc

# EXHIBIT A

```
In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (SCC)
                                         |
         Debtors.                        | (Jointly Administered)
```

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    ABSALON II LIMITED
               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
               300 PARK AVENUE, 21ST FLOOR
               NEW YORK NY 10022

Additional:

Transferee:    ABSALON II LIMITED
               300 PARK AVENUE, 21ST FLOOR
               NEW YORK NY 10022

Your transfer   of claim #   15644-14   is defective for the reason(s) checked below:

Other                              The name on transfer and signature page is different.

Docket Number 46517            Date 10/15/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 11, 2014.

# EXHIBIT B

```
TIME: 11:13:35                                     LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 12/11/14                                            CREDITOR LISTING

Name                                       Address
ABSALON II LIMITED                         300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
ABSALON II LIMITED                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC   ATTN: ALEX VAN LEYEN WHITEHALL MANSIONS TA'XBIEX  XBX 1026 MALTA
BANK JULIUS BAER & CO. LTD                 ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
CREDIT SUISSE AG                           PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND
CREDIT SUISSE AG                           ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS

Total Number of Records Printed            9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC