**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (SCC)** **(Jointly Administered)** |
| **Debtors.** | : | |
| | | **Ref. Docket Nos. 46576, 46764, 47014, 47017-47026, 47310-47313, 47317, 47325, 47327, 47329-47332** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |
| --- | --- |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-55 in the above referenced case and in the amount of $400,000.00 allowed at $401,234.44 has been transferred **(unless previously expunged by court order)**

MACDONALD, BRUCE
TRANSFEROR: BANK HAPOALIM B.M.
36 RIDGEVALLEY CRESCENT
TORONTO ON M9A 3J6
CANADA

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47327 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/12/2014

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 12, 2014.

# EXHIBIT B

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX XBX 1026 MALTA |
| ATTESTOR VALUE MASTER FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 67-68 GROSVENOR STREET LONDON W1K3JN UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP; ATTN ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP; ATTN: ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP; ATTN; ANKE HEYDENREICH/ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANQUE PICTET & CIE SA | TRANSFEROR: ST. GALLER KANTONALBANK AG 60 ROUTE DES ACACIAS GENEVA 73 1211 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: JENNIFER DONOVAN C/O DAVIDSON KEMPHER CAPITAL MANAGEMENT 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: JENNIFER DONOVAN C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT 65 EAST 55TH STREET NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTENTION: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BSOF MASTER FUND L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BSOF PARALLEL MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| MACDONALD, BRUCE | TRANSFEROR: BANK HAPOALIM B.M. 36 RIDGEVALLEY CRESCENT TORONTO ON M9A 3J6 CANADA |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN 9000 SWITZERLAND |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450 |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: ATTESTOR VALUE MASTER FUND L.P. C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP C/O ATTSTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| VARDE FUND VII-B LP, THE | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VII-B LP, THE | C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |

Total Number of Records Printed 40