**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :          **08-13555 (SCC)**
:          **(Jointly Administered)**
Debtors.                                               :
:
------------------------------------------------------------------x          **Ref. Docket No. 46517**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 12, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014
*/s/  Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

|
In re                                              |      Chapter 11 Case No.
|
|      08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
|      (Jointly Administered)
|
Debtors.                       |
|
_____|

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:      CITIGROUP FINANCIAL PRODUCTS INC.
                 TRANSFEROR: ABSALON II LIMITED
                 1615 BRETT ROAD, BLDG 3
                 NEW CASTLE DE 19720


Additional:




Transferee:      CITIGROUP FINANCIAL PRODUCTS INC.
                 ATTN: BRIAN BROYLES
                 1615 BRETT ROAD, BLDG 3
                 NEW CASTLE DE 19720


**Your transfer   of claim #   15644-14  is defective for the reason(s) checked below:**

Other                                    The name on transfer and the signature page is different.




Docket Number 46517              Date 10/15/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 12, 2014.

# EXHIBIT B

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 09:15:54
DATE: 12/12/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ABSALON II LIMITED 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |

Total Number of Records Printed        2