UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x
:
In re                                                    :          Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :          08-13555 (SCC)
:          (Jointly Administered)
Debtors.                            :
:          Ref. Docket Nos. 46953, 46958,
:          46959, 47376
:
--------------------------------------------------------------------------x
:
In re                                                    :          Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC.,                   :          08-13888 (SCC)
:          (Jointly Administered)
Debtors.                            :
:          Ref. Docket No. 402 & 404
:
--------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2014,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: DEUTSCHE BANK AG, LONDON BRANCH
            TRANSFEROR: SPCP GROUP, LLC
            C/O DEUTSCHE BANK SECURITIES INC.
            ATTN: RICH VICHAIDITH & JEFFREY OLINSKY
            60 WALL STREET
            NEW YORK NY 10005

Please note that your claim # 17727 in the above referenced case and in the amount of
    $34,598,122.80  allowed at $20,000,000.00     has been transferred **(unless previously expunged by court order)**

        ALTUNED HOLDINGS LLC
        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
        C/O CHAPMAN AND CUTLER LLP
        ATTN: LARRY HALPERIN
        1270 AVE OF THE AMERICAS 30TH FLR
        NEW YORK NY 10020-1708

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47358      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/15/2014                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 15, 2014.

# EXHIBIT B

TIME: 13:24:25
DATE: 12/15/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP ATTN: LARRY HALPERIN 1270 AVE OF THE AMERICAS 30TH FLR NEW YORK NY 10020-1708 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP ATTN: LARRY HALPERIN 1270 AVE OF THE AMERICAS 30TH FLR NEW YORK NY 10020-1708 |
| BANCA ITALEASE S.P.A | TRANSFEROR: BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN  20123 ITALY |
| BANCA ITALEASE S.P.A | TRANSFEROR: BANCA ITALEASE S.P.A C/O DEUTSCHE SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST. 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HARVEST SS, LTD. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ITALEASE FINANCE S.P.A. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VACHAIDITH 60 WALL.ST, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SRCP GROUP, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH & JEFFREY OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPCP GROUP, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH & JEFFREY OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| INCORE BANK AG | TRANSFEROR: CREDIT SUISSE SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH  CH-8022 SWITZERLAND |
| ITALEASE FINANCE S.P.A. | TRANSFEROR: ITALEASE FINANCE S.P.A. C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN  20123 ITALY |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON  W1K 6TL UNITED KINGDOM |
| UBS AG | TRANSFEROR: INCORE BANK AG HUGO KOLLER BAHNHOFSTRASSE 45 80C1 ZURICH  SWITZERLAND |

Total Number of Records Printed        17

EPIQ BANKRUPTCY SOLUTIONS, LLC