UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (SCC)**
                                                    :        **(Jointly Administered)**
                      **Debtors.**                  :
                                                    :        **Ref. Docket Nos. 46832, 46833,**
                                                    :        **46958, 47066-47069, 47258, 47263-**
                                                    :        **47266, 47280, 47315, 47326, 47333,**
                                                    :        **47334, 47385**
                                                    :
-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LB 745 LLC,**                                     :        **08-13600 (SCC)**
                                                    :        **(Jointly Administered)**
                      **Debtors.**                  :
                                                    :        **Ref. Docket No. 8**
                                                    :
                                                    :
-------------------------------------------------------------------x


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 18, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   HESS CORPORATION
      1185 AVENUE OF THE AMERICAS
      NEW YORK NY 10036

Please note that your claim # 22474 in the above referenced case and in the amount of
     $1,809,218.00   allowed at $1,809,218.00        has been transferred **(unless previously expunged by court order)**

LEHMAN BROTHERS COMMODITY SERVICES INC.
TRANSFEROR: HESS CORPORATION
ATTN: GEORGE J CAHILL
1271 AVENUE OF THE AMERICAS, 40TH FLOOR
NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2014                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2014.

**EXHIBIT B**

TIME: 19:01:36
DATE: 12/18/14

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ABERDEEN GLOBAL - FRONTIER MARKETS BOND | TRANSFEROR: SOVEREIGN HIGH YIELD INVESTMENT COMPANY LTD ABERDEEN GLOBAL SERVICES, 2B RUE ALBERT BORCHETTE   L-1246 LUXEMBOURG |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH   CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: DANIEL MIRANDA, JOHN LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: OAKFORD MF LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: REDWOOD MASTER FUND, LTD. ATTENTION: STEVE STANCARONE 745 SEVENTH AVENUE, 16TH FLOOR NEW YORK NY 10019 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT ANDREWS KURTH, LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD. C/O CRAVATH, SWAINE & MOORE LLP MR. RICHARD LEVIN / MS. SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN/SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BENJAMIN KOLPA 505 5TH AVENUE SOUTH SEATTLE WA 98104 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON VALUE REALIZATION FUND (CAYMAN) , LTD., THE C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON VALUE REALIZATION FUND (CAYMAN) , LTD., THE C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J. D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-1298 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138 C/O J.P. MORGAN SECURITIES LLC 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138 C/O J.P. MORGAN SECURITIES LLC 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |

Total Number of Records Printed          38

REPORT TERMINATED BY USER

EPIQ BANKRUPTCY SOLUTIONS, LLC