UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 46826, 46834-
: 46839, 47032, 47043, 47088, 47335,
: 47339, 47345-47347, 47349, 47350,
: 47355, 47356, 47366, 47367, 47377-
: 47382, 47386, 47390-47395, 47397,
: 47398, 47410-47420, 47443-47446
----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS OTC DERIVATIVES INC.,** : 08-13893 (SCC)
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 25
:
:
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 19, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of December, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46826, 46834-46839...47420, 47443-47446; (08-13893) 25_AFF_12-19-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
          TRANSFEROR: ILLIQUIDX LLP
          C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022
```

Please note that your claim # 50523-01 in the above referenced case and in the amount of
     $715,240.00   allowed at $717,319.02        has been transferred **(unless previously expunged by court order)**

```
          GOLDMAN SACHS & CO.
          TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
          ATTN: MICHELLE LATZONI
          200 WEST STREET
          NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47043       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/19/2014                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 19, 2014.

# EXHIBIT B

```
TIME: 10:36:58                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/19/14                                                    CREDITOR LISTING

Name                                              Address

ALDEN GLOBAL ADFERO BPI FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
                                                  888 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
 LP                                               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
 LP                                               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALEITER HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
ALEITER HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, FLOOR 30 NEW YORK NY 10020-1708
ALEITER HOLDINGS LLC                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                  NEW YORK NY 10020-1708
BANCA MEDIOLANUM S.P.A.                           ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO )   20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK J. SAFRA SARASIN LTD                         ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND-BACK OFFICE FUNCTIONS BANK J SAFRA SARASIN LTD ELISABETHENSTRASSE 62, P.O. BOX
                                                  BASEL  CH-4002 SWITZERLAND
BANK J. SAFRA SARASIN LTD                         TRANSFEROR: CREDIT SUISSE C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH   8027 SWITZERLAND
BANK J. SAFRA SARASIN LTD                         TRANSFEROR: CREDIT SUISSE C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH   CH-8027 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STEVE STANCARONE 745 7TH AVE., 16TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE STANCARONE 745 7TH AVE., 16TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: REDWOOD MASTER FUND, LTD. ATTENTION: STEVE STANCARONE 745 SEVENTH AVENUE, 16TH FLOOR NEW YORK NY 10019
BAYERISCHE LANDESBANK                             FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES AND HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
BAYERISCHE LANDESBANK                             ATTN: HARALD GLOCKL BRIENNER STR. 18 MUNCHEN  80333 GERMANY
CASSA DI RISPARMIO IN BOLOGNA SPA                 TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: CLAUDIO CIAVARELLA SEGRETERIA GENERALE VIA FARINI 22 BOLOGNA    40124 ITALY
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: BARCLAYS BANK PLC ATTN: KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. ATTN: BRIAN BLESSING/ BRIAN BROYLES 1615 BRETT ROAD, BULDING 3
                                                  NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SENATOR GLOBAL OPPORTUNITY MASTER FUND L.P. ATTN: BRIAN BLESSING/ BRIAN BROYLES 1615 BRETT ROAD, BULDING 3
                                                  NEW CASTLE DE 19720
CORBIN OPPORTUNITY FUND LP                        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CORBIN CAPITAL PARTNERS, LP 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022
CORBIN OPPORTUNITY FUND LP                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CORBIN CAPITAL PARTNERS, LP 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022
CORBIN OPPORTUNITY FUND, L.P.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022
CORBIN OPPORTUNITY FUND, L.P.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                        CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: CREDIT SUISSE (UK) LIMITED C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: CREDIT SUISSE (UK) LIMITED C/O GRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ALEITER HOLDINGS LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BAYERISCHE LANDESBANK ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB GREAT BRITAIN
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CORBIN OPPORTUNITY FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CORBIN OPPORTUNITY FUND, L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: RICH VICHAIDITH C/O DEUTSCHE BANK SECURITIES INC. 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HOWARD HUGHES MEDICAL INSTITUTE ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HOWARD HUGHES MEDICAL INSTITUTE ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK Y 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HOWARD HUGHES MEDICAL INSTITUTE ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN:RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI MULTI-SERIES MASTER LLC - SERIES E11 ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI MULTI-SERIES MASTER LLC-SERIES E11 ATTN: RICH:VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005

                                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:36:58                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 12/19/14                                          CREDITOR LISTING

Name                                              Address
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BANCA PROMOS S.P.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE- UND HANDELSBANK KARNTEN ATTN: JONATHAN BIGGS
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSHE BANK AG, LONDON BRANCH                    TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
HOWARD HUGHES MEDICAL INSTITUTE                   TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                   SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                   ERIN ROGERS SERENGET ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                   ERIN ROGERS SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                   ERIN ROGERS SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
HOWARD HUGHES MEDICAL INSTITUTE                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD
                                                  CHEVY CHASE MD 20815
HOWARD HUGHES MEDICAL INSTITUTE                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: INVESTMENT FUND SERVICES - HHMF502567 4000 JONES BRIDGE ROAD
                                                  CHEVY CHASE MD 20815
ILLIQUIDX CAPITAL LTD.                            TRANSFEROR: JOSE CRUZ GUILHERME, MATIAS ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC.                       TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017
J.P. MORGAN SECURITIES PLC.                       TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017
J.P. MORGAN SECURITIES PLC.                       TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017
J.P. MORGAN SECURITIES PLC.                       TRANSFEROR: VARDE FUND XI (MASTER) L.P., THE ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017
JOSE CRUZ GUILHERME, MATIAS                       BAIRRO DR. RAVASCO DOS ANJOS NO 26 MOURAO 7240-259 PORTUGAL
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PBC FINANCING LLC                                 WILLIAM DOYLE CREDIT SUISSE 11 MADISON AVENUE NEW YORK NY 10010
PBC FINANCING LLC                                 ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PBC FINANCING LLC                                 TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10019
RAPAX OC MASTER FUND, LTD.                        MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SENATOR GLOBAL OPPORTUNITY MASTER FUND            TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: RUDOLPH AUSTIN 510 MADISON AVENUE, 28TH FLOOR NEW YORK NY 10022
  L.P.
SENATOR GLOBAL OPPORTUNITY MASTER FUND            TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: RUDOLPH AUSTIN 510 MADISON AVENUE, 28TH FLOOR NEW YORK NY 10022
  L.P.
SERENGETI LYCAON MM L.P.                          MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
```

TIME: 10:36:58
DATE: 12/19/14
08-13555-mg    Doc 47495    Filed 12/22/14    Entered 12/22/14 18:54:43    Main Document
                                                      Pg 8 of 8
LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING
PAGE: 3

| Name | Address |
|---|---|
| SERENGETI LYCAON MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) - ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10022 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LTD ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI MULTI-SERIES MASTER LLC - SERIES E11 | TRANSFEROR: MICHAEL GREENBLATT, ESQ & ANDREW PROPPS, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI MULTI-SERIES MASTER LLC - SERIES E11 | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10022 |
| SERENGETI MULTI-SERIES MASTER LLC - SERIES E11 | TRANSFEROR: MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI MULTI-SERIES MASTER LLC - SERIES E11 | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP - ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LP, ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI LYCAON MM L.P. C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | MICHAEL GREENBLATT, ESQ. AND ANDREW P. PROPPS, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN ROGERS 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ILLIQUIDX LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND XI (MASTER) L.P., THE | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    117

EPIQ BANKRUPTCY SOLUTIONS, LLC