UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Case No. 08-13555

LEHMAN BROTHERS                                           Chapter 11
HOLDINGS INC., et al.,
                                                          Jointly Administered
Debtors

### NOTICE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $65,000,000.00 of the claim set forth below (the "Transferred Claim"),
of QUANTUM PARTNERS LP ("Assignor") filed as an original or amended Proof of Claim against
the Debtor(s):

| Debtor | Allowed Proof of Claim Amount | Proof of Claim No. |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | $175,000,000.00 | 19174 |

has been transferred and assigned to QPTF LLC ("Assignee").  The signature of Assignor on this
document is evidence of the transfer of **$65,000,000.00** of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy
Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional
assignment and the Assignee herein as the valid owner of the Transferred Claim.  You are hereby
requested to make all future payments and distributions, and to give all notices and other
communications, in respect of the Transferred Claim to the Assignee.

**ASSIGNEE:   QPTF LLC**                                  **ASSIGNOR: QUANTUM PARTNERS LP**
Address: c/o Soros Fund Management LLC                    Address: c/o Soros Fund Management LLC
              888 Seventh Avenue                                        888 Seventh Avenue
              New York, NY 10106                                        New York, NY 10106
              Attention: Suzanne Auerbach –                            Attention: Suzanne Auerbach –
              Compliance Dept.                                          Compliance Dept.

                                                         By: QP GP LLC, its General Partner

Signature: _____                             Signature: _____
Name: Jodye Anzylotta                                    Name: THOMAS L. O'GRADY
Title: Authorized Signatory                              Title:          Attorney-in-Fact
Date: December 17, 2014                                  Date: December 17, 2014