UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $6,786,318.37 of the claim set forth below (the "Transferred Claim"),
of QUANTUM PARTNERS LP ("Assignor") filed as an original or amended Proof of Claim against
the Debtor(s):

| Debtor | Allowed Proof of Claim Amount | Proof of Claim No. |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | $6,786,318.37 | 33618 |

has been transferred and assigned to QPTF LLC ("Assignee"). The signature of Assignor on this
document is evidence of the transfer of **$6,786,318.37** of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy
Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional
assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby
requested to make all future payments and distributions, and to give all notices and other
communications, in respect of the Transferred Claim to the Assignee.

**ASSIGNEE:   QPTF LLC**
Address: c/o Soros Fund Management LLC
             888 Seventh Avenue
             New York, NY 10106
             Attention: Suzanne Auerbach –
             Compliance Dept.

Signature:
Name:       Jodye Anzulotta
Title:        Authorized Signatory
Date:        December 17, 2014

**ASSIGNOR: QUANTUM PARTNERS LP**
Address: c/o Soros Fund Management LLC
             888 Seventh Avenue
             New York, NY 10106
             Attention: Suzanne Auerbach –
             Compliance Dept.

By: QP GP LLC, its General Partner

Signature:
Name:       THOMAS L. O'GRADY
             Attorney-in-Fact
Title:
Date:        December 17, 2014