**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151

ATTORNEYS FOR TRANSFEROR
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by ICCREA Banca S.p.A.– Instituto Centrale del Credito Cooperativo (formerly ICCREA S.p.A. – Instituto Centrale delle Banche di Credito Cooperativo, as Agent ("ICCREA" or "Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $190,423,075.43, which has been designated as claim no. 58221 (the "Claim"). Transferor hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of (i) the claim in the amount of €5,000.00 held by Transferor on behalf of Banca Di Credidto Cooperativo Dell'Alta Brianza -- Societa Cooperativa, which itself was acting on behalf of Camilla Sabatini with respect to that certain security bearing ISIN code XS0189294225 and (ii) €10,000.00 held by Transferor on behalf of Banca Di Credidto Cooperativo Dell'Alta Brianza -- Societa Cooperativa, which itself was acting on behalf of Camilla Sabatini with respect to that certain security bearing ISIN code XS0210782552. A copy of the evidence of transfer of claim (the

"Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: CAMILLA SABATINI

Name and Address Where
  Notices to Assignee Should be Sent:
  VIA G. MERZARIO 40 – 22033 ASSO (CO)
  ITALY

**Name of Transferor**: ICCREA on behalf of Banca Di Credidto Cooperativo
  Dell'Alta Brianza -- Societa Cooperativa

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated:  New York, New York          **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        December 23, 2014

                                    By: /s/ Lorraine S. McGowen
                                        Lorraine S. McGowen, Esquire
                                        51 West 52nd Street
                                        New York, NY 10019-6142
                                        Telephone: (212) 506-5000
                                        Facsimile: (212) 506-5151

                                        ATTORNEYS FOR TRANSFEROR
                                        ICCREA BANCA, S.p.A., as Agent

**Exhibit A**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ICCREA BANCA S.P.A. ("Assignor"), as agent on behalf of *Banca di Credito Cooperativa dell'Alta Brianza – Alzate Brianza – Società Cooperativa* (the "Beneficial Holder"), acting on behalf of *Camilla Sabatini* ("Assignee"), among others, upon the instruction of Beneficial Holder hereby unconditionally and irrevocably sells, transfers and assigns to Assignee an undivided interest in the amount of € *5.000,00* **ISIN CODE N.** XS0189294225 and in the amount of € 10.000,00 **ISIN CODE N.** XS0210782552 in the claims held by Assignor, as agent on behalf of Beneficial Holder, acting on behalf of Assignee (the "Transferred Claim") against Lehman Brothers Holdings Inc. ("Debtor"), one of the debtors-in-possession in Lehman Brothers Holding Inc., *et al.* (the "Case") pending in the United States Bankruptcy Court Southern District Of New York (the "Bankruptcy Court"), including Proof of Claim filed on 30 October 2009 herewith attached as Annex 1, in respect of the Transferred Claim, but only to the extent of such Transferred Claim.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor partially transferring to Assignee the foregoing claim and recognizing the Assignee as the owner and holder of the Transferred Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on

WITNESS:

_[signature]_

Name: *Ernesto Mauri*
Title: *Direttore Generale*
(Print name and title of witness)

CUSTOMER

By: _[signature]_

Name: *Camilla Sabatini*
Title: *Cliente*
Tel.:

WITNESS:

_____
Name: *Marianna Ventre*
Title: *Legale Contenzioso*
(Print name and title of witness)

TRANSFEROR

By: _____
Name: *Antonio Torre*
Title: *Responsabile del Legale*
Tel.:

WITNESS:

_____
Name: *Ernesto Mauri*
Title: *Direttore Generale*
(Print name and title of witness)

BENEFICIAL HOLDER

By: _____
Name: *Giovanni Pontiggia*
Title: *Legale Rappresentante*
Tel.: