**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by Allianz Bank Financial Advisors S.p.A., as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $2,039,438, which has been designated as claim no. 48758 (the "Claim"). ICCREA Banca S.p.A., as Agent on behalf of Credito Valdinievole Banca Di Credito Cooperativo Di Montecatini Terme E Bientina Societa' Cooperativa ("<u>ICCREA</u>" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of .36% of XS0176153350 ($7,294.13 of $2,039,438) held by Transferor . A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA S.p.A., as Agent on behalf of Credito Valdinievole Banca Di Credito Cooperativo Di Montecatini Terme E Bientina Societa' Cooperativa

**Name and Address Where
Notices to Assignee Should be Sent**:
VIA LUCRAZIA ROMANA, 41/47 – 00178 ROMA
ITALY

**Name of Transferor**: Allianz Bank Financial Advisors S.p.A., as Agent

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
       December 23, 2014

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Lorraine S. McGowen*
    Lorraine S. McGowen, Esquire
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151

    ATTORNEYS FOR TRANSFEREE
    ICCREA BANCA, S.p.A., as Agent

2

Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Morganti Alfano – Bonaccorsi Verena
Name of Transferee

Allianz Bank Financial Advisors SpA
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim: 48758

Total Amount of Claim: $ 2,057,609.54

ICCREA BANCA S.P.A.
Via Lucrezia Romana 41/47 -00178 Roma Italy
Responsabile del Legale
Avvocato ANTONIO TORRE

Date Claim Filed: 27.10.2009
Allowed Claim $ 2,039,438.00
Partial Claim Transferred: $ 7,294.13

IN THE NAME AND ON BEHALF OF
Credito Valdinievole
Banca di Credito Cooperativo di Montecatini Terme e
Bientina Società Cooperativa
Via Ugo Foscolo n. 16 / 2
51016 Montecatini Terme (PT)
Italy

Piazzale Lodi, 3
Milano Italy 20137

Attn: Ufficio Finanza
E-mail: finanzaretail@creditovaldinievole.bcc.it
Phone: 0039 0572 909156 - 59
Last Four Digits of Acct #: N/A  0374

Attn: Franco Brichetti
Francesca Trebbi
Phone: +39 02 72168604 – 8922
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

ICCREA BANCA S.P.A.
Via Lucrezia Romana 41/47 00178 ROMA

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

ICCREA BANCA S.P.A.
Responsabile del Legale  Avv. Antonio Torre
By:_____
Transferee/Transferee's Agent

Date: ____ day of October 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

1