**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by CREDITO EMILIANO SPA, as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $36,192,552.48, which has been designated as claim no. 62892 (the "Claim"). ICCREA Banca S.p.A., as Agent on behalf of one or more of its customers ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of .1005348% of XS0176153350 ($36,386.13 of $36,192,552.48) held by Transferor. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA S.p.A.

Name and Address Where
   Notices to Assignee Should be Sent:
   VIA LUCRAZIA ROMANA, 41/47 – 00178 ROMA
   ITALY

**Name of Transferor**: CREDITO EMILIANO SPA

      The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York       **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       December 23, 2014

                By: */s/ Lorraine S. McGowen*
                     Lorraine S. McGowen, Esquire
                     51 West 52nd Street
                     New York, NY 10019-6142
                     Telephone: (212) 506-5000
                     Facsimile: (212) 506-5151

                     ATTORNEYS FOR TRANSFEREE
                     ICCREA BANCA, S.p.A., as Agent

Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

United States Bankruptcy Court

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS | Case No. 08-13555 (JMP) JOINTLY ADMINISTERED |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ICCREA Banca S.p.A**
Name of Transferee

**Credito Emiliano SPA**
Name of Transferor

Name and Address where notices to transferee should be sent:

Avv. ANTONIO TORRE
Responsabile del Legale

Via Lucrezia Romana 41/47
00178 Roma
Italy
Attn. Legal Department
E-mail:

Court Claim #: 62892
Amount of Claim: $ 152,505,272.33
Date Claim Filed: November, 2 2009
Partial Amount of claim transferred: $36,386.13

Phone:
Last Four Digits of Acct #: N/A

Phone: 0039 0522 582464
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: [inserire contatto telefonico del ricevente il pagamento per conto del cessionario]
Last Four Digits of Acct #: N/A

[Inserire riferimenti bancari del cessionario]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: 18th August 2014

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.