**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for Claimant SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 19th day of December 2014, the Notice of Hearing on Claimant SPCP Group, L.L.C.'s Motion Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by its Confirmed Plan of Reorganization; Claimant SPC Group, L.L.C.'s Motion Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by its Confirmed Plan of Reorganization with Exhibits and the Declaration of Austin Saypol in Support of Claiman SPCP Group, L.L.C.'s Motion Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by its Confirmed Plan of Reorganization with Exhibits, were served by Federal Express upon:

**BY FEDEX**

Garrett A. Fail, Esq.
Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Dennis C. O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

William K. Harrington, Esq.
Susan D. Golden, Esq.
Andrea b. Schwartz, Esq.
U.S. Federal Office Building
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

    2. The above-mentioned documents were also served by email upon the entities listed on the attached service list.

Dated: New York, New York
         December 23, 2014

                                                  Richard V. Conza

# EMAIL SERVICE LIST

BTURK@TISHMANSPEYER.COM; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM; MLYNCH2@TRAVELERS.COM; HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM; NEWYORK@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; JACOBSONN@SEC.GOV; DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM; EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM; ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM; CBELISLE@WFW.COM; JFREEBERG@WFW.COM; RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM; RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM; ELEICHT@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM; MRUETZEL@WHITECASE.COM; TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM; CRAIG.GOLDBLATT@WILMERHALE.COM; PFINKEL@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; BROTENBERG@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM; VGULDI@ZUCKERMAN.COM; STREUSAND@STREUSANDLANDON.COM; MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM; LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM; HOLSEN@STROOCK.COM; cszyfer@stroock.com; WWEINTRAUB@STUTMAN.COM; KJARASHOW@STUTMAN.COM; LACYR@SULLCROM.COM; CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM; FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM; mccarthyj@sullcrom.com; JDWECK@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM; MARK.SHERRILL@SUTHERLAND.COM; BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COM; AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV; Jonathan.goldblatt@bnymellon.com; MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM; YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM; DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM; RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM; LWHIDDEN@SALANS.COM; CBELMONTE@SSBB.COM; TBROCK@SSBB.COM; PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM; AISENBERG@SAUL.COM; JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM; BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM; LAWRENCE.GELBER@SRZ.COM; SHARBECK@SIPC.ORG; COHEN@SEWKIS.COM; ASHMEAD@SEWKIS.COM; MUNNO@SEWKIS.COM; GUZMAN@SEWKIS.COM; FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM; ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM; CSHULMAN@SHEPPARDMULLIN.COM; MCADEMARTORI@SHEPPARDMULLIN.COM; ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM; AMARTIN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM; JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM; RFRIEDMAN@SILVERMANACAMPORA.COM; SQUSBA@STBLAW.COM; IRETHY@STBLAW.COM; RAJ.MADAN@SKADDEN.COM; ANGIE.OWEN@SKADDEN.COM; SALLY.HENRY@SKADDEN.COM; FYATES@SONNENSCHEIN.COM; PMAXCY@SONNENSCHEIN.COM; SLERNER@SSD.COM; RTERENZI@STCWLAW.COM;

CGOLDSTEIN@STCWLAW.COM; J.ZELLOE@STAHLZELLOE.COM; SCHAGER@SSNYC.COM;
GOLDENBERG@SSNYC.COM; MARC.CHAIT@SC.COM; SSTARR@STARRANDSTARR.COM;
DMILLER@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM; CP@STEVENSLEE.COM;
MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM; MDORVAL@STRADLEY.COM;
DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM; LANDON@SLOLLP.COM; VILLA@SLOLLP.COM
RGOODMAN@MOUNDCOTTON.COM; AMH@AMHANDLERLAW.COM; SABVANROOY@HOTMAIL.COM;
MILLEE12@NATIONWIDE.COM; FHENN@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGE.COM;
DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM;
VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM;
CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM; CRMOMJIAN@ATTORNEYGENERAL.GOV;
MJR1@WESTCHESTERGOV.COM; JOHN.MULE@AG.STATE.MN.US; JNADRITCH@OLSHANLAW.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM; RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM;
KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM; LMCGOWEN@ORRICK.COM;
TOMWELSH@ORRICK.COM; OTCCORPACTIONS@FINRA.ORG; WSILVERM@OSHR.COM;
PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; JAR@OUTTENGOLDEN.COM;
RROUPINIAN@OUTTENGOLDEN.COM; WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM;
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM; HARVEYSTRICKON@PAULHASTINGS.COM;
DRAELSON@FISHERBROTHERS.COM; sshimshak@paulweiss.com; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PEITZMANWEG.COM; CMESTRES@ACLAWLLP.COM;
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM; WISOTSKA@PEPPERLAW.COM;
LAWALLF@PEPPERLAW.COM; MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM;
ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM; SAMUEL.CAVIOR@PILLSBURYLAW.COM;
EDWARD.FLANDERS@PILLSBURYLAW.COM; NATHAN.SPATZ@PILLSBURYLAW.COM;
DFLANIGAN@POLSINELLI.COM; JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM;
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM; mbienenstock@proskauer.com;
RBEACHER@PRYORCASHMAN.COM; CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM;
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM; GARY.RAVERTPLLC@GMAIL.COM;
LHILL@REEDSMITH.COM; KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM; JLSCOTT@REEDSMITH.COM;
DGRIMES@REEDSMITH.COM; ASOMERS@RCTLEGAL.COM; HMAGALIFF@R3MLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM; GMOSS@RIEMERLAW.COM;
ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
Mark.bane@ropesgray.com; ROSS.MARTIN@ROPESGRAY.COM; ROBIN.KELLER@LOVELLS.COM;
CHRIS.DONOHO@LOVELLS.COM; ILEVEE@LOWENSTEIN.COM; KROSEN@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM;
JPROL@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM; MWARREN@MTB.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM; FHYMAN@MAYERBROWN.COM;
MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; EMERBERG@MAYERBROWN.COM;
TKIRIAKOS@MAYERBROWN.COM; SWOLOWITZ@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM; JLAMAR@MAYNARDCOOPER.COM;
KREYNOLDS@MKLAWNYC.COM; MH1@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM; WTAYLOR@MCCARTER.COM;
GGITOMER@MKBATTORNEYS.COM; NCOCO@MWE.COM; ICATTO@MWE.COM;
phayden@mcguirewoods.com; SFOX@MCGUIREWOODS.COM; dhayes@mcguirewoods.com;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM; JMR@MSF-LAW.COM;
MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM; AMARDER@MSEK.COM;
JMAZERMARINO@MSEK.COM; HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM;
ddunne@milbank.com; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM;
EFLECK@MILBANK.COM; PARONZON@MILBANK.COM; GBRAY@MILBANK.COM;

2

SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM;
DAVIDWHEELER@MVALAW.COM; NHERMAN@MORGANLEWIS.COM; agottfried@morganlewis.com;
JGOODCHILD@MORGANLEWIS.COM; NISSAY_10259-0154@MHMJAPAN.COM;
LBERKOFF@MORITTHOCK.COM; JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM;
YUWATOKO@MOFO.COM; TGOREN@MOFO.COM; LNASHELSKY@MOFO.COM;
MROTHCHILD@MOFO.COM; BMILLER@MOFO.COM; BANKRUPTCY@MORRISONCOHEN.COM;
JSULLIVAN@MOSESSINGER.COM; akolod@mosessinger.com; MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM; AGLENN@KASOWITZ.COM; SNEWMAN@KATSKYKORINS.COM;
MPRIMOFF@KAYESCHOLER.COM; MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; MPAGE@KELLEYDRYE.COM;
STEPHEN.HESSLER@KIRKLAND.COM; MARK.MCKANE@KIRKLAND.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JONATHAN.HENES@KIRKLAND.COM;
JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM; JAY@KLEINSOLOMON.COM; JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM; ANDREW.LOURIE@KOBREKIM.COM; BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM; MLANDMAN@LCBF.COM;
WBALLAINE@LCBF.COM; SREE@LCBF.COM; EKBERGC@LANEPOWELL.COM; KEITH.SIMON@LW.COM;
DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM; JAMES.HEANEY@LAWDEB.COM;
JAMESBOYAJIAN@GMAIL.COM; GABRIEL.DELVIRGINIA@VERIZON.NET; LISA.SOLOMON@ATT.NET;
LKATZ@LTBLAW.COM; WSWEARINGEN@LLF-LAW.COM; SFINEMAN@LCHB.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM; AUSTIN.BANKRUPTCY@PUBLICANS.COM;
PEISENBERG@LOCKELORD.COM; WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM;
DBESIKOF@LOEB.COM; LOIZIDES@LOIZIDES.COM; RFLANAGAN@FLANASSOC.COM;
STEVEN.USDIN@FLASTERGREENBERG.COM; WDASE@FZWZ.COM; APALAZZOLO@FZWZ.COM;
DHEFFER@FOLEY.COM; JLee@foley.com; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM;
RBERNARD@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM;
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM; SORY@FDLAW.COM;
JHIGGINS@FDLAW.COM; DEGGERT@FREEBORNPETERS.COM; PATRICK.OH@FRESHFIELDS.COM;
timothy.harkness@freshfields.com; DAVID.LIVSHIZ@FRESHFIELDS.COM;
PETER.SIMMONS@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDMANSPRING.COM; EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM;
NBOJAR@FKLAW.COM; drosenzweig@fulbright.com; JMERVA@FULT.COM; JMELKO@GARDERE.COM;
BANKRUPTCY@NTEXAS-ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM;
PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM;
DMARKHAM@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM;
ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM; DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM; BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM;
DICONZAM@GTLAW.COM; MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM;
JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM;
RMATZAT@HAHNHESSEN.COM; WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET;
DTHEISING@HARRISONMOBERLY.COM; SLDREYFUSS@HLGSLAW.COM; MMOLOSHOK@HLGSLAW.COM;
AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM; RLEEK@HODGSONRUSS.COM; SCOTT.GOLDEN@HOGANLOVELLS.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
JOHN.MONAGHAN@HKLAW.COM; KERRY.MOYNIHAN@HRO.COM; ADAM.BREZINE@HRO.COM;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM;
WILTENBURG@HUGHESHUBBARD.COM; KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV;
SEBA.KURIAN@INVESCO.COM; AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM;
MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US; PTROSTLE@JENNER.COM;
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM; GSPILSBURY@JSSLAW.COM;

JOSEPH.CORDARO@USDOJ.GOV; MICHAELS@JSTRIALLAW.COM; ROBERT.HONEYWELL@KLGATES.COM; ENKAPLAN@KAPLANLANDAU.COM; DMARK@KASOWITZ.COM; DROSNER@KASOWITZ.COM; WANDA.GOODLOE@CBRE.COM; DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM; JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM; HEISER@CHAPMAN.COM; Bromley, James L.; Schweitzer, Lisa M.; Granfield, Lindsee P.; NY-MAOFilingMailDBGrp; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM; DHURST@COLESCHOTZ.COM; RWASSERMAN@CFTC.GOV; MMENDEZ@CRB-LAW.COM; SFALANGA@CONNELLFOLEY.COM; CHEMRICK@CONNELLFOLEY.COM; JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM; DCOFFINO@COV.COM; RLEVIN@CRAVATH.COM; JUDY.MORSE@CROWEDUNLEVY.COM; MLICHTENSTEIN@CROWELL.COM; JCARBERRY@CL-LAW.COM; DHW@DHCLEGAL.COM; KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM; DJCARRAGHER@DAYPITNEY.COM; MGINZBURG@DAYPITNEY.COM; JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM; MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM; LHOFFMAN@DEILYLAWFIRM.COM; LPERKINS@DEILYLAWFIRM.COM; MMOONEY@DEILYLAWFIRM.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM; AKADISH@DTLAWGROUP.COM; AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM; MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM; GEORGE.SOUTH@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM; Steven.Troyer@Commerzbank.com; JJOYCE@DRESSLERPETERS.COM; ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM; MICHAEL.KRAUSS@FAEGREBD.COM; LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG; SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM

4