Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED DEC - 9 2014

In re:    Lehman Brothers Holdings Inc.           Case No.: 08-13555 (JMP)
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Edmond de Rothschild (Suisse) SA | Name of Transferor: <br> Bank CIC (Switzerland) LTD. |
|---|---|
| Notices to Transferee should be sent to: <br> Edmond de Rothschild (Suisse) SA <br> 18 rue de Hesse <br> 1204 Geneva <br> 0041 58 818 96 45 <br> Attn: Martine Boillon <br> m.boillon@edr.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> Bank CIC (Switzerland) <br> Attn: Felix Hasler <br> Marktplatz 11-13 <br> Basel, 4001 <br> Switzerladn |
| Amount of Claim Being Transferred: <br><br> EUR 30'000.00 <br> (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 43110 | |
| Date Claim Filed: 10/21/2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 2nd December 2014
Martine Boillon / Assistant Vice-President
Edmond de Rothschild (Suisse) SA
18 rue de Hesse 1204 Geneva

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOCYBM.01_Banque Edmond de Rothschild (Suisse) SA



Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 43110 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Brothers Treasury -in def 004-29.5.09 On European Fund Values Pfl | XS0203544027 | LBT BV | LBH Inc. | EUR 30'000.00 out of EUR 70'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

BANK CIC, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Edmond de Rothschild (Suisse) SA
18 rue de Hesse
1204 Geneva

Telephone: 0041 58 818 96 45
Fax: 0041 58 818 91 31
Attention: Martine Boillon

TOCYBM.01_Banque Edmond de Rothschild (Suisse) SA

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated.

Bank CIC (Switzerland)
Transferor

By: _____
Name: Felix Hasler
Title: Associate Director

By: _____
Name: Gesine Cron
Title: Member of the Management

ACKNOWLEDGED BY:

Edmond de Rothschild (Suisse) SA
Transferee

By: _____
Name: Martine Boillon
Title: Assistant Vice-President

By: _____
Name: Stéphane Comazzi
Title: Senior Assistant Vice-President

TOCYBM.01_Banque Edmond de Rothschild (Suisse) SA