

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

RECEIVED
DEC 10 2014
U.S. BANKRUPTCY COURT
DISTRICT OF NEW YORK

## Message

December 04, 2014

subject: **Claim Transfer Agreement Lehman Program Securities**

On behalf of        Attention: Clerk of the Court

you are receiving   Evidence of partial transfer of claim

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete

- [ ] returned with thanks
- [ ] please comment
- [ ] please sign

- [ ] please return
- [x] please confirm receipt
- [x] please process

**Remarks**
TOCE120   EUR 8'000.00   XS0244093927
Transferor: HSBC MONACO / Claim Number: 56649
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E        07.03.2012        N1              04.12.2014        Page 1/1

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

**UBS AG, SWITZERLAND**
Name of Transferee

**HSBC PRIVATE BANK MONACO S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 - hugo.koller@ubs.com

Court Claim # :56649

**Total Amount of Claim Filed with respect to ISIN: XS0244093927**

**Amount of Claim Transferred:**
**EUR 80000**
( equivalent to USD 114112  )+ indeterminate amount of interests
ISIN/CUSIP: XS0244093927
Blocking Number: 6060764
Date Claim Filed: 27 October 2009

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **HSBC PRIVATE BANK MONACO S.A.**
Transferor/Transferor's Agent

Date: 27.11.2014
G. VICENTE
E. DUPUY

By: **UBS AG, SWITZERLAND**
Transferee/ Transferee's Agent

Date: Matthias Mohos
OQ9C/O5GC - 60754

Stephan Gfeller
OQ9C/O5GC-56283

*INTERNAL - Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

TOCE120

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                   Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 56649 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October [3], 2012.

**HSBC PRIVATE BANK MONACO S.A.**
Name of Alleged Transferor

Address of Alleged Transferor:
17 AVENUE D'OSTENDE
MC 98000 MONACO
Attn: GEROME VICENTE
Phone: +377 93 15 24 23
Email: gerome.vicente@hsbcpb.com

**UBS AG, SWITZERLAND**
Name of Transferee

Address of Transferee:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 - hugo.koller@ubs.com

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                     CLERK OF THE COURT

TOCE 120

INTERNAL