# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,   Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 10350</u>

Amount of Claim Transferred: <u>$10,000,000.00</u>
Date Claim Filed: <u>September 4, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>   Date: <u>December 24, 2014</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A-1

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Banc of America Credit Products, Inc.** ("Seller") has, pursuant to and as more fully detailed in a claim purchase agreement dated December 23 , 2014, unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), to the extent of $10,000,000.00 principal claim amount, all of Seller's rights, title and interest in and to Seller's claim no. 10350 (the "Claim") against Lehman Brothers Special Financing Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23rd day of December, 2014.

| SELLER: | BUYER: |
|---|---|
| **Banc of America Credit Products, Inc.** | **HBK Master Fund L.P.** |
| | By: HBK Services LLC |
| | Investment Advisor |
| Name: | By: |
| Title: Jonathan M. Barnes | Name: Beauregard A. Fournet |
| Vice President | Title: Authorized Signatory |

101963222