UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   08-13555 (SCC)
                                                               :
            Debtors.                                           :   (Jointly Administered)
                                                               :
                                                               :   Ref. Docket No. 47300
---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :
                                                               :   Case No.
**LEHMAN BROTHERS INC.,**                                      :
                                                               :   08-01420 (SCC) (SIPA)
            Debtor.                                            :
                                                               :   Ref. Docket No. 10648
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2014, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for the Eightieth Omnibus and Claims Hearing on December 10, 2014 at 10:00 A.M.," dated December 9, 2014 [Docket No. 47300 in Case No. 08-13555 and Docket No. 10648 in Case No. 08-01420], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   08-13555 (SCC)
                                                               :
            Debtors.                                           :   (Jointly Administered)
                                                               :
                                                               :   Ref. Docket No. 47300
---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :   Case No.
**LEHMAN BROTHERS INC.,**                                      :
                                                               :   08-01420 (SCC) (SIPA)
            Debtor.                                            :
                                                               :   Ref. Docket No. 10648
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2014, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for the Eightieth Omnibus and Claims Hearing on December 10, 2014 at 10:00 A.M.," dated December 9, 2014 [Docket No. 47300 in Case No. 08-13555 and Docket No. 10648 in Case No. 08-01420], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christina Siguenza
Christina Siguenza

Sworn to before me this
10th day of December, 2014
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | arwolf@wlrk.com |
| aalfonso@willkie.com | aseuffert@lawpost-nyc.com |
| abeaumont@fklaw.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | asomers@rctlegal.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankruptcy@goodwin.com |
| agbanknewyork@ag.tn.gov | bankruptcy@morrisoncohen.com |
| aglenn@kasowitz.com | bankruptcy@ntexas-attorneys.com |
| agold@herrick.com | bankruptcymatters@us.nomura.com |
| agoldstein@tnsj-law.com | barbra.parlin@hklaw.com |
| agottfried@morganlewis.com | bbisignani@postschell.com |
| aisenberg@saul.com | bcarlson@co.sanmateo.ca.us |
| akadish@dtlawgroup.com | bdk@schlamstone.com |
| akantesaria@oppenheimerfunds.com | bguiney@pbwt.com |
| akolod@mosessinger.com | bmanne@tuckerlaw.com |
| alum@ftportfolios.com | bmiller@mofo.com |
| amarder@msek.com | boneill@kramerlevin.com |
| amartin@sheppardmullin.com | brian.corey@greentreecreditsolutions.com |
| amcmullen@boultcummings.com | brosenblum@jonesday.com |
| amenard@tishmanspeyer.com | brotenberg@wolffsamson.com |
| amh@amhandlerlaw.com | broy@rltlawfirm.com |
| andrew.brozman@cliffordchance.com | bruce.wright@sutherland.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| angelich.george@arentfox.com | btrust@mayerbrown.com |
| angie.owens@skadden.com | bturk@tishmanspeyer.com |
| ann.reynaud@shell.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apalazzolo@fzwz.com | cbelisle@wfw.com |
| appleby@chapman.com | cbelmonte@ssbb.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com |
| arainone@bracheichler.com | cgonzalez@diazreus.com |
| arheaume@riemerlaw.com | chad.husnick@kirkland.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com |
| arosenblatt@chadbourne.com | charles@filardi-law.com |
| arthur.rosenberg@hklaw.com | charles_malloy@aporter.com |

Lehman Brothers Holdings Inc. Email Service List

chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmestres@aclawllp.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com

efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com

hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jclose@chapman.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com

Lehman Brothers Holdings Inc. Email Service List

jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com

jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kjarashow@stutman.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com

Lehman Brothers Holdings Inc. Email Service List

kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov

matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp

5

Lehman Brothers Holdings Inc. Email Service List

mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com

pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com

Lehman Brothers Holdings Inc. Email Service List

rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com

smillman@stroock.com
smulligan@bslawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com

Lehman Brothers Holdings Inc. Email Service List

vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@stutman.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FRANKLIN H. TOP, III | CHAPMAN AND CUTLER LLP (COUNSEL FOR U.S. BANK TRUST NATIONAL ASSOCIATION) 111 WEST MONROE STREET CHICAGO IL 60603 |
| JACQUES MORET, INC. | 1411 BROADWAY, 8TH FLOOR NEW YORK NY 10018 |
| LEXCEL PARTNERS | 122 DUN HUA NORTH ROAD 11TH FLOOR TAIPEI 10595 TAIWAN |
| RALPH HARARY | 12 LADY BESS DRIVE DEAL NJ 07723-1015 |
| RAYMOND JAMES FINANCIAL, INC. | 880 CARILLON PARKWAY ST. PETERSBURG FL 33716 |
| REPACKAGED AMERICAN GENERAL FLOATING RATE TRUST | CERTIFICATES, SERIES 2003-1 TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION 100 WALL STREET NEW YORK NY 10005 |
| SEAN MICHAEL SOLOMON | BRADLEY ARANT BOULT CUMMINGS LLP COUNSE TO WELLMONT HEALTH SYSTEMS, INC. 1819 FIFTH AVE. NORTH BIRMINGHAM AL 35203 |

**Total Creditor count  7**

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

# EXHIBIT C

| FAX | NAME |
|---|---|
| 212-922-3884 | ALSTON BIRD LLP ATTN MICHAEL JOHNSON |
| 205-488-6276 | BRADLEY ARANT BOULD & CUMMINGS LLP  ATTN: STEWART COX |
| 205-488-6276 | BRADLEY ARANT BOULD & CUMMINGS LLP  ATTN: SEAN MICHAEL SOLOMON |
| 205-488-6423 | BRADLEY ARANT BOULD & CUMMINGS LLP  ATTN: JOSHUA D. JOHNSON |
| 205-521-8800 | BRADLEY ARANT BOULD & CUMMINGS LLP  ATTN: J PATRICK DARBY |
| 212-344-7677 | SCHLAM & STONE & DOLOAN LLP ATTN: ATTN: BENNETTE D. KRAMER, ATTN: JEFFREY M. EILENDER, ATTN: ERIK S. GROOTHUIS, ATTN: SAMUAL BUTT |
| 212-382-0050 | WOLLMUTH MAHER & DEUTSCHE LLP ATTN: WILLIAM A. MAHER |
| 212-596-9090 | ROPES & GRAY LLP ATTN: MARK I BANE |
| 212-687-2329 | FOLEY & LARDNER LLP ATTN: DOUGLAS E. SPELFOGEL, DEREK L. WRIGHT |
| 212-755-7306 | JONES DAY ATTN: KELLY A. CARRERO |
| 212-801-6400 | GREENBERG TRAURIG, LLP ATTN: NATHAN A. HAYNES |
| 609-514-3744 | SAUL EWING LLP ATTN: FRANCIS X. RILEY III |