**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Turner P. Smith
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF FOUR
## HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO
## CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws without

prejudice its Four Hundred Eighty-Eighth Omnibus Objection to Claims [ECF No. 47101] **solely**

[*Remainder of Page Left Blank Intentionally*]

**as to the claims listed on Exhibit A attached hereto**.  The Plan Administrator reserves its

rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: December 29, 2014
       New York, New York

          **CURTIS, MALLET-PREVOST,
           COLT & MOSLE LLP**

          By:  */s/ L. P. Harrison 3rd*
                L. P. Harrison 3rd
                Turner P. Smith
                Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

# EXHIBIT A

## Claims for Which Objection Is Withdrawn Without Prejudice

| Claimant | Claim Number |
| --- | --- |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29235 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26372 |
| PEP CREDIT INVESTOR LP | 26386 |
| PROVIDENCE EQUITY PARTNERS VI LP | 29409 |
| PROVIDENCE EQUITY PARTNERS VI-A, LP | 26331 |
| PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 29249 |

20765560