**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990
Claudia L. Hammerman
Stephen J. Shimshak

*Counsel for Nikko Citigroup Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (SCC) |
|  | : |
| Debtors. | : (Jointly Administered) |

## JOINT NOTICE OF WITHDRAWAL

Reference is made to proof of claim number 17919 filed on September 18, 2009 against Lehman Brothers Holdings Inc. ("LBHI") by Nikko Citigroup Limited (the "Claimant" and together with LBHI, each a "Party") in the aggregate amount of $234,216 plus certain unliquidated amounts (collectively, the "Claim").  Claimant represents and warrants that as of the date hereof, Claimant has not sold, assigned or transferred the Claim.

LBHI objected to the Claim through the Plan Administrator's Objection to Claim of Nikko Citigroup Limited (Claim No. 17919) [ECF No. 47219] (the "Objection").

**PLEASE TAKE NOTICE** that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

**PLEASE TAKE FURTHER NOTICE** that LBHI hereby withdraws the Objection.

Each person who executes this notice of withdrawal represents that he or she is duly authorized to do so on behalf of the applicable Party and that each such Party has full knowledge of, and has consented to, the withdrawal.

| | |
|---|---|
| Dated: December 29, 2014<br>New York, New York | LEHMAN BROTHERS HOLDINGS INC.<br><br>By: */s/ L. P. Harrison 3rd*<br>   L. P. Harrison 3rd<br><br>**CURTIS, MALLET-PREVOST,<br> COLT & MOSLE LLP**<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br><br>*Counsel for Lehman Brothers Holdings Inc.<br> and Certain of Its Affiliates* |
| Dated: December 29, 2014<br>New York, New York | NIKKO CITIGROUP LIMITED<br><br>By: */s/ Stephen J. Shimshak*<br>   Stephen J. Shimshak<br><br>**PAUL, WEISS, RIFKIND, WHARTON<br> & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br><br>*Counsel for Nikko Citigroup Limited* |

20720309