# EXHIBIT B

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>Case No. 08-13555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Hiroaki Usui
GM Transaction Legal Department
Urbannet Otemachi Building 2-2-2
Otemachi, Chiyoda-ku
Tokyo 100-8130
JAPAN

c/o Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Telephone number:
(81) 3 5255 1232

Email address:
hiroaki.usui@nomura.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000017201

Name and address where payment should be sent (if different from above)

Telephone number:     Email address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ See attached
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☒ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☒ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** See attached
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY
FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 9/18/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Usui    Hiroaki Usui, Vice President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT A

## I. Introduction

1. On September 15, 2008 (the "Petition Date"),[1] Lehman Brothers Holdings Inc. (the "Debtor") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. This proof of claim (this "Proof of Claim") is filed in the Debtor's bankruptcy case by Nomura Securities Co. Ltd. ("Nomura").[2] Nomura has a claim (the "Claim") against the Debtor on account of the Debtor's unconditional guarantee, dated as of August 30, 2001 (the "Guarantee"), of the due and punctual payment of all amounts payable by Lehman Brothers Japan, Inc. ("LBJ"), an affiliate of the Debtor, to Nomura as a result of the termination of all transactions under the 1992 ISDA Master Agreement (Multicurrency-Cross Border), dated as of November 26, 2001 (as amended, supplemented or otherwise modified from time to time, and including all schedules, annexes and exhibits thereto, and all confirmations exchanged pursuant to transactions entered into in connection therewith, the "Master Agreement"), by and between Nomura and LBJ. Without limiting any previous demands for payment under the Guarantee, this Proof of Claim constitutes a written demand under the Guarantee.[3]

---

[1] Capitalized terms used but not otherwise defined herein have the meanings assigned to such terms in the Master Agreement or that certain Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form, dated as of July 2, 2009 (Docket No. 4271) (the "Bar Date Order"), as applicable.

[2] To the best of Nomura's knowledge, Nomura has not received a proof of claim form from the Debtor with a Unique ID Number. As such, Nomura did not include a Unique ID Number in the Proof of Claim.

[3] As noted in Paragraph 5 hereof, and as required under the terms of the Bar Date Order, Nomura will file supporting documentation together with the Derivative and Guarantee Questionnaires.

NYDOCS03/892196.5

## II. The Claim

3. Nomura hereby asserts the Claim in the initial amount of $23,129,575.59[4] (the "Initial Claim Amount"). The Initial Claim Amount includes (i) $1,005,414[5] in fees and expenses incurred by Nomura in connection with the enforcement of its rights under the Master Agreement (the "Enforcement Amount") and (ii) $1,236,872.89 in interest that has accrued under the terms of the Master Agreement (the "Interest Amount"; together with the Enforcement Amount, the "Additional Claim Amounts"), in each case, through August 31, 2009.

4. In addition, the Claim includes all Additional Claim Amounts that may be incurred or will accrue from August 31, 2009 through the date on which the Claim is paid in full. Such Additional Claim Amounts cannot be estimated or calculated reasonably at this time. Nomura does not waive its rights to any of the Additional Claim Amounts by not stating a specific figure therefor at this time, and, further, hereby reserves its right to amend and supplement this Proof of Claim to include any such Additional Claim Amounts.

5. Pursuant to the terms of the Bar Date Order, Nomura will file documentation supporting this Proof of Claim with the Derivative and Guarantee Questionnaires, which will be filed on or before the Questionnaire Deadline.

## III. General

6. Nomura does not waive any right or rights of action that it has or may have against the Debtor or any other person or persons. Nomura reserves the right to amend or

---

[4] Although Nomura has set off a portion of the corresponding amount of its claim against LBJ against certain payable obligations it has to LBJ, Nomura submits this Proof of Claim out of the abundance of caution to preserve the full amount of the Claim against the Debtor in case such setoff ultimately is fully or partially invalidated. The Initial Claim Amount is subject to upward adjustment as a result of any trade reconciliation that may occur after the date hereof.

[5] This constitutes the aggregate amount of fees and expenses incurred by Nomura and its affiliates in connection with the insolvency of the Debtor and its affiliates.

NYDOCS03/892196.5                                2

supplement this Proof of Claim in any manner.

7. By filing this Proof of Claim, Nomura does not submit itself to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

8. This Proof of Claim is not intended to be, and shall not be construed as: (i) an election of remedies; (ii) a waiver of any defaults; (iii) a waiver or limitation of any of Nomura's rights, remedies, claims or interests under applicable law against the Debtor or any other person or entity; (iv) a waiver of any setoff or recoupment rights under applicable law; (v) a waiver of any netting rights under applicable law; (vi) a waiver of any rights to assert that all or any portion of the amounts claimed for are being held by the Debtor, as bailee, or in constructive trust; (vii) a waiver of Nomura's property or ownership rights (legal or equitable); or (viii) a waiver of Nomura's legal, equitable or beneficial interests.

9. All notices and communications concerning this Proof of Claim should be addressed as follows:

> Hiroaki Usui
> GM Transaction Legal Department
> Urbannet Otemachi Building 2-2-2
> Otemachi, Chiyoda-ku
> Tokyo 100-8310 Japan
> (81)-3-5255-1232
> hiroaki.usui@nomura.com

and to:

> Douglas P. Bartner
> Solomon J. Noh
> Shearman & Sterling LLP
> 599 Lexington Avenue
> New York, New York 10022
> (212) 848-4000
> dbartner@shearman.com

Dated as of September 18, 2009

NYDOCS03/892196.5                                    3

**HAND DELIVERY**

FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

_Ashly Bley_
RECEIVED BY: _____  DATE _____  TIME 4:26

FILED / RECEIVED
DEC 1 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

## CHANGE OF ADDRESS FORM

**Prior Address**  (For Claim # 17201)

Name: Hiroaki Usui

Address: GM Transaction Legal Department

Urbannet Otemachi Building 2-2-2

Otemachi, Chiyoda-ku, Tokyo 100-8130 JAPAN

Tel: (81) 3 5255 1232

Fax: _____

Email: hiroaki.usui@nomura.com


**New Address**

Name: Nomura Securities Co. Ltd.

Address: c/o Hiroaki Usui; GM Transaction Legal

Department; Urbannet Otemachi Building 2-2-2;

Otemachi, Chiyoda-ku, Tokyo 100-8130 JAPAN

Tel: (81) 3 3275-2724

Fax: _____

Email: hiroaki.usui@nomura.com

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

By: _____

Dec 9, 2009
Dated

PLEASE RETURN YOUR COMPLETED FORM TO:

Epiq Systems, FKA Bankruptcy Services LLC, 757 Third Avenue, 3rd Floor, New York, NY  10017
Fax: (646) 282 2501