**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re                                                                   : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   : | **08-13555 (SCC)** |
| : | |
| Debtors.                                : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE**
**FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO**
<u>**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**</u>

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims), that was scheduled for January 15, 2015 at 10:00 a.m. (Prevailing Eastern Time), **<u>has been adjourned, solely as to the claims listed on</u>**

[*Remainder of Page Intentionally Left Blank*]

-2-

**Exhibit A attached hereto, to February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated: December 29, 2014
      New York, New York

                                    **CURTIS, MALLET-PREVOST,**
                                     **COLT & MOSLE LLP**

                              By:   */s/ L. P. Harrison 3rd*
                                    L. P. Harrison 3rd
                                    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 15824 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 15891 |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18217 |

20788543