SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz
Thomas C. White

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE MOTION OF
GIANTS STADIUM LLC FOR AUTHORIZATION TO ISSUE
THIRD-PARTY DEPOSITION SUBPOENAS UNDER
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND 9016**

**PLEASE TAKE NOTICE** that Giants Stadium LLC ("Giants Stadium") hereby withdraws without prejudice its Motion for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rule of Bankruptcy Procedure 2004 and 9016 [Docket No. 39898] ("Motion"), which was filed on August 28, 2013. Giants Stadium reserves its right to depose the third parties named in the Motion in connection with these and other related proceedings.

| | |
|---|---|
| Dated: New York, New York<br>December 29, 2014 | Respectfully submitted,<br><br>**SULLIVAN & CROMWELL LLP**<br><br>By:  /s/ Matthew A. Schwartz  <br>      Bruce E. Clark<br>      Matthew A. Schwartz<br>      Thomas C. White<br>      SULLIVAN & CROMWELL LLP<br>      125 Broad Street<br>      New York, New York 10004<br>      Telephone: (212) 558-4000<br>      Facsimile: (212) 558-3588<br><br>      *Attorneys for Giants Stadium LLC* |