SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz
Thomas C. White

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE MOTION OF
GIANTS STADIUM LLC FOR LEAVE TO CONDUCT DISCOVERY OF LBI
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that Giants Stadium LLC ("Giants Stadium") hereby withdraws without prejudice its Motion for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 36874], which was filed on April 25, 2013. Giants Stadium reserves its right to conduct discovery of Lehman Brothers Inc. in connection with these and other related proceedings.

Dated: New York, New York  
       December 29, 2014

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/ Matthew A. Schwartz
      Bruce E. Clark
      Matthew A. Schwartz
      Thomas C. White
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, New York 10004
      Telephone: (212) 558-4000
      Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*