KLEINBERG, KAPLAN,
WOLFF & COHEN, P.C.
551 Fifth Avenue
New York, New York 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866

*Attorneys for Shinsei Bank, Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF SHINSEI BANK, LIMITED FROM THE OMNIBUS APPLICATION OF (I) INDIVIDUAL MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) INDENTURE TRUSTEES PURSUANT TO SECTION 1129(a)(4), OR, ALTERNATIVELY, SECTIONS 503(b)(3)(D) AND 503(b)(4) OF BANKRUPTCY CODE FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that Shinsei Bank, Limited hereby withdraws without prejudice from the *Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(a)(4), or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) Of Bankruptcy Code for Payment of Fees and Reimbursement Of Expenses* [Docket No. 24762], which was filed on January 30, 2012.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. |
| Dated: New York, New York<br>December 30, 2014 | By:  /s/ Dov Kleiner<br>Dov Kleiner (BK 4600)<br>KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue<br>New York, New York 10176<br>Telephone: (212) 986-6000<br>Facsimile: (212) 986-8866 |
|  | *Attorneys for Shinsei Bank, Limited* |