UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on December 30, 2014, a copy of **Notice of Adjournment of Hearing on Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections** was made electronically on those parties requesting electronic service via the Court's ECF system and via U.S. Mail on the following parties.

> Richard P. Krasnow, Esquire
> Lori R. Fife, Esquire
> Shai Y. Waisman, Esquire
> Jacqueline Marcus, Esquire
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> *(Attorneys for the Debtors)*
>
> Andy Velez-Rivera, Esquire
> Paul Schwartzberg, Esquire
> Brian Masumoto, Esquire
> Linda Riffkin, Esquire
> Tracy Hope Davis, Esquire
> Office of the U.S. Trustee
> 33 Whitehall Street, 21st Floor
> New York, NY 10004
>
> The Chambers of the Honorable Shelley C. Chapman
> One Bowling Green
> New York, NY 10004

637272.2 12/30/14

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*(Attorneys for the Creditors' Committee)*

        SAUL EWING LLP

By: _____
    Lucian B. Murley
    (Pro Hac Vice Motion Pending)
    222 Delaware Avenue, Suite 1200
    P.O. Box 1266
    Wilmington, DE 19899
    (302) 421-6898