WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.,
as Plan Administrator*

HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
John D. Beck

*Attorneys for Quintessence Fund L.P. and QVT Fund LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## JOINT NOTICE OF WITHDRAWAL

Reference is made to the following proofs of claim filed by Quintessence Fund L.P. and QVT Fund LP (together, "Claimants") on September 21, 2009 in the aggregate amount of $13,366,544.33 plus certain unliquidated amounts (collectively, the "Claims"):

| **Name** | **Case Number** | **Debtor Name** | **Claim Number** | **Asserted Total Claim Dollars** |
|---|---|---|---|---|
| Quintessence Fund L.P. | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 21215 | $1,347,268.00 |
| Quintessence Fund L.P. | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 21220 | $2,620,641.20 |
| Quintessence Fund L.P. | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 21221 | $1,347,268.00 |

| Quintessence Fund L.P. | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 21227 | $1,347,268.00 |
|---|---|---|---|---|
| QVT Fund LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 21204 | $1,766,407.00 |
| QVT Fund LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 21218 | $1,404,878.13 |
| QVT Fund LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 21219 | $1,766,407.00 |
| QVT Fund LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 21224 | $1,766,407.00 |

Each of the Claimants represents and warrants that as of the date hereof, it has not sold, assigned or transferred any of the Claims.

Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, objected to the Claims through the Plan Administrator's Four Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 47102] (the "Objection").

**PLEASE TAKE NOTICE** that Claimants hereby withdraw with prejudice the Claims and direct Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby withdraws the Objection.

Each party hereto shall bear its own costs and expenses, including, without limitation, attorneys' fees, incurred in connection with the Objection.

Each person who executes this notice of withdrawal represents that he is duly

2

authorized to do so on behalf of the applicable party hereto and that each such party has full knowledge of, and has consented to, the withdrawal.

Dated: December 30, 2014  
New York, New York

LEHMAN BROTHERS HOLDINGS INC.,  
as Plan Administrator

By: /s/ Garrett A. Fail  
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc., as Plan Administrator*

Dated: December 30, 2014  
New York, New York

QUINTESSENCE FUND L.P.  
QVT FUND LP

By: /s/ John D. Beck  
John D. Beck

HOGAN LOVELLS US LLP  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 918-3000  
Facsimile: (212) 918-3100

*Attorneys for Quintessence Fund L.P. and QVT Fund LP*

WEIL:\95199869\2\58399.0011