HUNTON & WILLIAMS LLP
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Kevin M. Eckhardt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                        :   Chapter 11
In re:                                            :
                                                        :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC. *et al.*, :
                          Debtors.   :
-----------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,
OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS**

     PLEASE TAKE NOTICE that the undersigned counsel, Kevin M. Eckhardt of Hunton & Williams LLP, withdraws his appearance as attorney for Managed Account Master Fund Services – MAP 15 in this case and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.  All future filings in this matter should be served directly upon Managed Account Master Fund Services – MAP 15 at the following address:

James Olivo
Operations Manager
Paulson & Co. Inc.
1251 Avenue of the Americas
New York, NY  10020
Phone:  (212) 599-6323
James.Olivo@paulsonco.com

Dated: December 24, 2014.

          HUNTON & WILLIAMS LLP

    By: /s/ Kevin M. Eckhardt
        Kevin M. Eckhardt
        101 S. Tryon Street
        Suite 3500
        Charlotte, NC  28280
        Telephone:  (704) 378-4729
        Facsimile:  (704) 378-4890
        Email:  keckhardt@hunton.com