HUNTON & WILLIAMS LLP
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Kevin M. Eckhardt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                                           :    Chapter 11
In re:                                                                :
                                                                           :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC. *et al.*, :
                                    Debtors.         :
-----------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,**
**OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned counsel, Kevin M. Eckhardt of Hunton & Williams LLP, withdraws his appearance as attorney for Paulson International LTD in this case and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.  All future filings in this matter should be served directly upon Paulson International LTD at the following address:

James Olivo
Operations Manager
Paulson & Co. Inc.
1251 Avenue of the Americas
New York, NY  10020
Phone:  (212) 599-6323
James.Olivo@paulsonco.com

Dated: December 24, 2014.

          HUNTON & WILLIAMS LLP

      By: /s/ Kevin M. Eckhardt
          Kevin M. Eckhardt
          101 S. Tryon Street
          Suite 3500
          Charlotte, NC 28280
          Telephone: (704) 378-4729
          Facsimile: (704) 378-4890
          Email: keckhardt@hunton.com

75400.000002 EMF_US 53376732v1