HUNTON & WILLIAMS LLP
101 S. Tryon Street
Suite 3500
Charlotte, NC  28280
Telephone:  (704) 378-4729
Facsimile:   (704) 378-4890
Kevin M. Eckhardt

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                                          :    Chapter 11
In re:                                                                 :
                                                                          :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC. *et al.*, :
                                              Debtors.       :
-----------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR DELETION FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE,
OFFICIAL MAILING MATRIX AND ALL SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned counsel, Kevin M. Eckhardt of Hunton & Williams LLP, withdraws his appearance as attorney for Paulson Partners Enhanced LP in this case and requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.  All future filings in this matter should be served directly upon Paulson Partners Enhanced LP at the following address:

James Olivo
Operations Manager
Paulson & Co. Inc.
1251 Avenue of the Americas
New York, NY  10020
Phone:  (212) 599-6323
James.Olivo@paulsonco.com

Dated: December 24, 2014.

                HUNTON & WILLIAMS LLP

              By: /s/ Kevin M. Eckhardt
                Kevin M. Eckhardt
                101 S. Tryon Street
                Suite 3500
                Charlotte, NC  28280
                Telephone:  (704) 378-4729
                Facsimile:  (704) 378-4890
                Email:  keckhardt@hunton.com