# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br>(Jointly Administered) |

### ORDER DEEMING DR. MARSONER'S
### PROOFS OF CLAIM TIMELY FILED

Upon consideration of the motion (the "Motion") of Dr. Thomas Marsoner ("Dr. Marsoner") for entry of an order (this "Order") pursuant to 11 U.S.C. § 105(a) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), deeming that the Proofs of Claim (defined below) shall be timely filed; and for such further relief as the Court may deem just and proper; and it appearing that the relief requested by the Motion is appropriate; and due notice of the Motion having been given; and it appearing that no other or further notice of the Motion need be provided; and the Court having found and determined that it should exercise its discretion in accordance with the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9024, and the Proofs of Claim against Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. dated December 30, 2014, with respect to Dr. Marsoner's advisory services provided regarding Lehman's Formula One reinvestment (the "Proofs of Claim") are hereby deemed timely filed.

- 2 -

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
_____, 2015

By: _____
HONARABLE SHELLY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE