# *EXHIBIT D*

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000660 BBLE504A    347950011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :                22/01/08

Our Reference :    269665

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*The beneficiary's IBAN (International Bank Account Number) and receiving bank SWIFTBIC (Bank Identifier Code) must be provided for all International Payments in Euros to EU Member States, Iceland, Liechtenstein, Norway and Switzerland in accordance with European directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you don't know these already you'll find them quoted on your bank statements.*

*For further information please visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

| | | |
|---|---|---|
| Credit Amount : | 49,991.78 EUR | Exchange Rate : | |
| Payment Amount : | 50,000.00 EUR | Value Date : | 22/01/08 |

FROM:                                              FOR ACCOUNT OF:
J.P.MORGAN AG                              MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14  60311 FRANKFURT
AM MAIN   GERMANY

BY ORDER OF:                              RECONCILIATION DATA (IF ANY)
LEHMAN BROTHERS                      ORIG AMT: EUR 50,000.00
PAYER LEHMAN BROTHERS HOLDINGS INC
25 BANK STREET
LONDON GB

PAYMENT DETAILS
INVOICE NUMBER /11/2007

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.37 | 8.22 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.22 |

001294

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000803 BBLE337A    284133011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :                09/01/08

Our Reference :    266230

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*The beneficiary's IBAN (International Bank Account Number) and receiving bank SWIFTBIC (Bank Identifier Code) must be provided for all International Payments in Euros to EU Member States, Iceland, Liechtenstein, Norway and Switzerland in accordance with European directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you don't know these already you'll find them quoted on your bank statements.*

*For further information please visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

| | | |
|---|---|---|
| Credit Amount : | 116,667.00 EUR | Exchange Rate : |
| Payment Amount : | 116,667.00 EUR | Value Date : | 09/01/08 |

FROM:                                          FOR ACCOUNT OF:
J.P.MORGAN AG                          MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14  60311 FRANKFURT
 AM MAIN   GERMANY

BY ORDER OF:                            RECONCILIATION DATA (IF ANY)
LEHMAN BROTHERS                     ORIG AMT: EUR 116,667.00
PAYER LEHMAN BROTHERS HOLDINGS INC
25 BANK STREET
LONDON GB

PAYMENT DETAILS
INVOICE NUMBER /9/2007

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# US Dollar International Cheque Account

current account statement

*Account name*   MR THOMAS MARSONER
*Account number*   █████
*Branch*   Jersey Intl Pers Banking Tel: 01534 880550



**Barclays Premier**

**BARCLAYS**

22  T001 JPA1  3 4490      000028

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

*IBAN*   GB60 BARC 2044 9045 1352 88
*SWIFTBIC*   BARCGB22

## Summary for 4 Apr 2007 – 3 Jul 2007

| | | *Current Interest Rates* | |
|---|---|---|---|
| Start balance | USD 2,565.64 | Gross interest rates p.a. at 3 Jul 2007 | |
| Total in | USD 3,396,759.05 | | |
| Total out | USD 3,399,324.69 | Up to USD 4,999 | 0.000% |
| End balance | USD 0.00 | USD 4,999+ | 0.100% |
| | | USD 19,999+ | 2.250% |

## Transactions

| Date | Description | Detail | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Apr | Start balance | | | | 2,565.64 |
| 22 Jun | Cheque lodgement, Value 25 Jun 2007<br>Ref-USD 1488.38 PEOC234253 6632 | | | 1,170.19 | 4,035.83 |
| 26 Jun | AFTS receipt<br>Ref-LB Holdings Inc 270710 /Rfb/D00 | | | 3,395,288.86 | 3,399,324.69 |
| 28 Jun | Settlement of foreign exchange deal<br>number 3898260 for EUR at 1.3504 | | 3,399,324.69 | | 0.00 |
| 3 Jul | End balance | | | | 0.00 |

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.



# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000494 BBLE485A    477127011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :    06/03/07

Our Reference :    267644

Your Reference :

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number) and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you don't know these already you'll find them quoted on your bank statements.*

*For further information plea[s]e visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

| | |
|---|---|
| **Credit Amount :** | 49,991.13 EUR **Exchange Rate :** |
| **Payment Amount :** | 50,000.00 EUR **Value Date :** 06/03/07 |

**FROM:**
J.P.MORGAN AG
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14   60311 FRANKFURT
AM MAIN   GERMANY

**FOR ACCOUNT OF:**
MARSONER T MR

**BY ORDER OF:**
LB HOLDINGS INC (UK BRANCH)
25 BANK STREET LONDON

**RECONCILIATION DATA (IF ANY)**
ORIG AMT: EUR 50,000.00

**PAYMENT DETAILS**
INVOICE NUMBER /2/2007

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.478 | 8.87 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.87 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# Currency Call Deposit Account

**Euro savings account statement**

*Account name*    MR THOMAS MARSONER

*Account number*

*Branch*    Jersey Intl Pers Banking Tel: 01534 880550



**Barclays Premier**

**BARCLAYS**

23  T001 JPA1  3 4190          000025

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

*IBAN*          GB67 BARC 2014 9051 6501 00
*SWIFTBIC*      BARCGJB22

## Summary for 2 Feb 2007 – 1 May 2007

| | |
|---|---|
| Start balance | EUR 58,105.81 |
| Total in | EUR 287,354.85 |
| Total out | EUR 345,443.73 |
| Interest earned | EUR 16.96 |
| End balance | EUR 16.96 |

**Current Interest Rates**
Gross interest rates p.a. at 1 May 2007

| | |
|---|---|
| Up to EUR 1,999 | 0.000% |
| EUR 1,999+ | 0.100% |

## Transactions

| Date | Description | Detail | Payment | Receipts | Balance |
|---|---|---|---|---|---|
| 2 Feb | Start balance | | | | 58,105.81 |
| 6 Mar | AFTS receipt<br>Ref: LB Holdings Inc 267644 | | | 49,991.13 | 108,096.97 |
| 14 Mar | Repayment of Currency Treasury Deposit<br>Deal number 59280777 | | | 237,346.76 | 345,443.73 |
| 15 Mar | ECHG GT954 603164 | | 61.82 | | |
| | Settlement of foreign exchange deal number 1758934 for STG at 1.4783 | | 26,009.61 | | |
| | Settlement of foreign exchange deal number 1758837 for STG at 1.4783 | | 33,505.80 | | |
| | AFTS payment<br>Ref: GT954 603164 Thomas Mar | | 50,000.00 | | 235,866.50 |
| 19 Mar | Start of Currency Treasury Deposit<br>Deal number 55954777 | | 235,866.50 | | 0.00 |
| 27 Mar | Interest earned, EUR16.96 gross<br>for the period 28 Dec 2006 - 26 Mar 2007 | No tax has been deducted | | 16.96 | 16.96 |
| 1 May | End balance | | | | 16.96 |

Correspondence: Barclays Private Clients International Limited          Sort Code 20-14-90          Statement page 17
PO Box 8, Jersey, JE4 8NE

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

X

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000888 BBLE521A    991984011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :                 15/12/06

Our Reference :   270094

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

Credit Amount :               49,991.00 EUR  Exchange Rate :
Payment Amount :            50,000.00 EUR  Value Date :                    15/12/06

| FROM: | FOR ACCOUNT OF: |
|---|---|
| J.P.MORGAN AG | MARSONER T MR |
| FRANKFURT AM MAIN | |
| JUNGHOFSTRASSE 14  60311 FRANKFURT | |
| AM MAIN   GERMANY | |

| BY ORDER OF: | RECONCILIATION DATA (IF ANY) |
|---|---|
| LB HOLDINGS INC (UK BRANCH) | ORIG AMT: EUR 50,000.00 |
| 25 BANK STREETLONDON | |

PAYMENT DETAILS
INVOICE NUMBER /7/2006

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.4995 | 9.00 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.00 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000469 BBLE107A    779877011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :              13/11/06

Our Reference :   274487

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
**Your Account :**

Credit Amount :           49,991.03 EUR Exchange Rate :
**Payment Amount :**        50,000.00 EUR Value Date :                              13/11/06

**FROM:**                                      **FOR ACCOUNT OF:**
J.P.MORGAN AG                          MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14  60311 FRANKFURT
AM MAIN  GERMANY

**BY ORDER OF:**                            **RECONCILIATION DATA (IF ANY)**
LB HOLDINGS INC (UK BRANCH)       ORIG AMT: EUR 50,000.00
25 BANK STREETLONDON

**PAYMENT DETAILS**
INVOICE NUMBER /6/2006

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.4955 | 8.97 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.97 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# Currency Call Deposit Account

**Euro savings account statement**

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | █████████ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



### Barclays Premier



```
20   T001 JPA1   3 4490              000021
```

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

| | |
|---|---|
| *IBAN* | GB67 BARC 2044 9054 6561 00 |
| *SWIFTBIC* | BARCGB22 |

## Summary for 2 Nov 2006 – 1 Feb 2007

| | | | |
|---|---|---|---|
| Start balance | EUR 8,217.15 | | |
| Total in | EUR 218,130.15 | | |
| Total out | EUR 168,241.46 | | |
| Interest earned | EUR 12.24 | | |
| End balance | EUR 58,105.84 | | |

**Current Interest Rates**
Gross interest rates p.a. at 1 Feb 2007

| | |
|---|---|
| Up to EUR 1,999 | 0.000% |
| EUR 1,999+ | 0.100% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 2 Nov | Start balance | | | | 8,217.15 |
| 13 Nov | AFTS receipt<br>Ref:-LB Holdings Inc 274487 | | | 49,991.03 | 58,208.18 |
| 29 Nov | FCHG SZ803 604888 | | 187.52 | | |
| | AFTS payment<br>Ref: SZ803 604888 Marsoner, | | 50,000.00 | | 8,020.66 |
| 15 Dec | AFTS receipt<br>Ref:-LB Holdings Inc 270094 | | | 49,991.00 | 58,011.66 |
| 28 Dec | Settlement of foreign exchange deal<br>number 4378759 for STG at 1.4953<br>Ref:-22.09 | | 118,053.94 | | |
| | Interest earned, EUR12.24 gross<br>for the period 28 Sep - 27 Dec | No tax has been<br>deducted | | 12.24 | |
| | Repayment of Currency Treasury<br>Deposit<br>Deal number 45869166 | | | 17,622.36 | |
| | Repayment of Currency Treasury<br>Deposit<br>Deal number 49368944 | | | 100,513.52 | 58,105.84 |
| 1 Feb | End balance | | | | 58,105.84 |

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000611 BBLE786A    099027011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :          26/07/06

Our Reference :  271381

Your Reference :

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifier Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
**Your Account :**                        ███████████

| | |
|---|---|
| **Credit Amount :** | 150,000.00 EUR **Exchange Rate :** |
| **Payment Amount :** | 150,000.00 EUR **Value Date :**          26/07/06 |

**FROM:**                                 **FOR ACCOUNT OF:**
J.P.MORGAN AG                              MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14  60311 FRANKFURT
 AM MAIN   GERMANY

**BY ORDER OF:**                           **RECONCILIATION DATA (IF ANY)**
LB HOLDINGS INC (UK BRANCH)                ORIG AMT: EUR 150,000.00
25 BANK STREET
LONDON

**PAYMENT DETAILS**
INVOICE NUMBER /1/2006

*THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE*

# Currency Call Deposit Account

**Euro savings account statement**

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ▓▓▓▓▓ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



**Barclays Premier**



```
27  T001 JPA1  3 4490           000028
```

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

| | |
|---|---|
| *IBAN* | GB67 BARC 2044 9054 0561 00 |
| *SWIFTBIC* | BARCGB22 |

## Summary for 2 May 2006 – 1 Aug 2006

| | | | |
|---|---|---|---|
| Start balance | EUR 246.15 | **Current Interest Rates** | |
| Total in | EUR 150,000.00 | Gross interest rates p.a. at 1 Aug 2006 | |
| Total out | EUR 0.00 | Up to EUR 1,999 | 0.000% |
| End balance | EUR 150,246.15 | EUR 1,999+ | 0.100% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 2 May | Start balance | | | | 246.15 |
| 26 Jul | AFTS receipt <br> *Ref-LB Holdings Inc 271381* | | | 150,000.00 | 150,246.15 |
| 1 Aug | End balance | | | | 150,246.15 |

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

001992 003019 BBL1839M 1077331011 70723
MR T MARSONER
20 EARLS TERRACE
LONDON          W8 6LP

| | |
|---|---|
| Date : | 24/12/04 |
| Our Reference : | 258833 |
| Your Reference: | |

## Funds Transfer - Credit Advice

We have arranged to credit your account as follows:-
Your Account :          ████████████

| | | |
|---|---|---|
| Credit Amount : | 50,000.00 EUR | Exchange Rate : |
| Payment Amount : | 50,000.00 EUR | Value Date :          24/12/04 |

FROM:                                    FOR ACCOUNT OF:
DEUTSCHE BANK AG                          MR T MARSONER
FRANKFURT AM MAIN
TAUNUSANLAGE 12-21  60262 FRANKFUR
T AM MAIN   GERMANY

BY ORDER OF:                             RECONCILIATION DATA (IF ANY)
LB HOLDINGS INC (UK BRANCH)              ORIG AMT: EUR 50,000.00
25 BANK STREET
LONDON

PAYMENT DETAILS
T AND E REIMBURSEMENT 9/2004

Details of Charges paid by Credit Party          Amount   Currency          Rate

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# International Tracker Savings Account

**Euro savings account statement**

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ▉ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



**Barclays Premier**



28  T001 JPA1  5 4490          000030

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

| | |
|---|---|
| *IBAN* | GB00 BARC 2044 9083 7168 33 |
| *SWIFTBIC* | BARCGB22 |

## Summary for 9 Oct 2004 – 10 Jan 2005

| | |
|---|---|
| Start balance | EUR 20,018.91 |
| Total in | EUR 95,711.59 |
| Total out | EUR 115,709.29 |
| End balance | EUR 21.21 |
| Overdraft Limit | EUR 0.00 |

**Current Interest Rates**
Gross interest rates p.a. at 10 Jan 2005

| | |
|---|---|
| Up to EUR 14,999 | 0.000% |
| EUR 14,999+ | 0.450% |
| EUR 74,999+ | 0.750% |
| EUR 149,999+ | 1.250% |
| EUR 299,999+ | 1.700% |

## Transactions

| Date | Description | Detail | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 9 Oct | Start balance | | | | 20,018.91 |
| 9 Nov | Charges 605841 Ssb Lux Re Deali | | 11.59 | | |
| | AFTS payment<br>*Ref: Ssb Lux Re Deali 606197* | | 7,772.03 | | |
| | AFTS payment<br>*Ref: Ssb Lux Re Deali 605841 DE706001* | | 7,875.65 | | 4,359.64 |
| 12 Nov | Barclays Bank 602072 Return | | | 11.59 | 4,371.23 |
| 24 Dec | AFTS receipt<br>*Ref: LB Holdings Inc 258833 T and E* | | | 50,000.00 | 54,371.23 |
| 4 Jan | Charges 607032 Mr T Marsoner | | 50.02 | | |
| | AFTS payment<br>*Ref: LS 1 607032 Mr T Mar* | | 100,000.00 | | - 45,678.79 |
| 5 Jan | AFTS receipt<br>*Ref: Marsoner T Mr 609288* | | | 45,700.00 | 21.21 |
| 10 Jan | End balance | | | | 21.21 |

Correspondence: Barclays Private Clients International Limited
PO Box 8, Jersey, JE4 8NE

Sort Code 20-44-90          **Statement page 7**

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

To: Justin Read

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

From:

MR T MARSONER
20 EARLS TERRACE
LONDON         W8 6LP

Date :            24/09/04

Our Reference :  255331

Your Reference:

## Funds Transfer - Credit Advice

We have arranged to credit your account as follows:-
Your Account :

| | | |
|---|---|---|
| Credit Amount : | 61,233.87 EUR | Exchange Rate : |
| Payment Amount : | 61,233.87 EUR | Value Date :         24/09/04 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| DEUTSCHE BANK AG | MR T MARSONER |
| FRANKFURT AM MAIN | |
| TAUNUSANLAGE 12-21  60262 FRANKFUR | |
| T AM MAIN  GERMANY | |

| BY ORDER OF: | RECONCILIATION DATA (IF ANY) |
|---|---|
| LB HOLDINGS INC (UK BRANCH) | ORIG AMT: EUR 61,233.87 |
| 25 BANK STREET | |
| LONDON | |

PAYMENT DETAILS
T AND E REIMBURSEMENT 7/2004

| Details of Charges paid by Credit Party | Amount | Currency | Rate |
|---|---|---|---|
| | | | |

1) Please transfer EUR 45 000 to my account
   with BA-CA in Austria

2) Please open 2 more investment accounts for net
   EUR 7600 for : "Thomas + Veronika Marsoner for Gina
   from Apo " THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE
   and net EUR 7500 for " Thomas + Veronika Marsoner for Sebastian
   from App.                    Thx!

# International Tracker Savings Account

**Euro savings account statement**

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ▉▉▉▉▉ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



**Barclays Premier**



62   T001 JPA1   4 4490          000073

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

| | |
|---|---|
| *IBAN* | GB66 BARC 2044 9083 7168 33 |
| *SWIFTBIC* | BARCGB22 |

## Summary for 10 Jul 2004 - 8 Oct 2004

| | | | |
|---|---|---|---|
| Start balance | EUR 3,836.30 | **Current Interest Rates** | |
| Total in | EUR 61,233.87 | Gross interest rates p.a. at 8 Oct 2004 | |
| Total out | EUR 45,051.26 | Up to EUR 14,999 | 0.000% |
| End balance | EUR 20,018.91 | EUR 14,999+ | 0.450% |
| Overdraft Limit | EUR 0.00 | EUR 74,999+ | 0.750% |
| | | EUR 149,999+ | 1.250% |
| | | EUR 299,999+ | 1.700% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 10 Jul | Start balance | | | | 3,836.30 |
| 24 Sep | AFTS receipt | Ref: LB Holdings Inc 255331 T and E | | 61,233.87 | 65,070.17 |
| 4 Oct | Charges 608521 Mr T Marsoner | | 51.26 | | |
| | AFTS payment | Ref: Mr T Marsoner 608521 Iban a8 | 45,000.00 | | 20,018.91 |
| 8 Oct | End balance | | | | 20,018.91 |


Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

001493 002056 BBL1829M 610288011 70700
MR T MARSONER
20 EARLS TERRACE
LONDON          W8 6LP

Date :          25/06/04

Our Reference :  255791

Your Reference:

## Funds Transfer - Credit Advice

We have arranged to credit your account as follows:-
**Your Account :**        ████████

| | | | |
|---|---|---|---|
| **Credit Amount :** | 67,026.64 EUR | **Exchange Rate :** | |
| **Payment Amount :** | 67,026.64 EUR | **Value Date :** | 25/06/04 |

**FROM:**                                **FOR ACCOUNT OF:**
DEUTSCHE BANK AG                         MR T MARSONER
FRANKFURT AM MAIN
TAUNUSANLAGE 12-21  60262 FRANKFUR
T AM MAIN   GERMANY

**BY ORDER OF:**                         **RECONCILIATION DATA (IF ANY)**
SLHIUS3XTSY                              ORIG AMT: EUR 67,026.64

**PAYMENT DETAILS**
T AND E REIMBURSEMENT 5/2004

**Details of Charges paid by Credit Party**        Amount  Currency        Rate

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE



**BARCLAYS**

BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0768   1/2

MR T MARSONER
20 EARLS TERRACE
LONDON                    W8 6LP

204505

| DATE : | 25/03/03 |

002499

| OUR REF : | 261286 |
| YOUR REF : | |

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ████████ |

| CREDIT AMOUNT | 66,036.98 | USD |
| PAYMENT AMOUNT | 66,046.53 | USD |

| EXCHANGE RATE | |
| VALUE DATE | 25/03/03 |

| FROM: | FOR ACCOUNT OF: |
| --- | --- |
| BARC BK PLC    NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
| --- | --- |
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

**PAYMENT DETAILS**

INVOICE NUMBER 5/2002-3///6/2002-3

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | CREDIT ACCOUNT EQUIVALENT |
| --- | --- | --- | --- | --- |
| OUR COMMISSION | 6.00 | GBP | 1.5922 | 9.55 |
| | | | | |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.55 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

**BARCLAYS**

BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0062   1 /1                              204505          DATE :   21/03/03
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

| | |
|---|---|
| OUR REF. : | 254310 |
001138 | YOUR REF : | |

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ████████ |
|---|---|

| CREDIT AMOUNT | 313,820.00 | EUR |
|---|---|---|
| PAYMENT AMOUNT | 313,820.00 | EUR |

| EXCHANGE RATE | |
|---|---|
| VALUE DATE | 21/03/03 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| J.P.MORGAN AG<br>FRANKFURT AM MAIN<br>GRUENEBURGWEG 2  60322 FRANKFURT A<br>M MAIN   GERMANY | MARSONER T MR |

| BY ORDER OF: | RECONCILIATION DATA (IF ANY) |
|---|---|
| LB HOLDINGS INC ,UK BRANCH,<br>ONE BROADGATE<br>LONDON | ORIG AMT: EUR 313,820.00 |

| PAYMENT DETAILS |
|---|
| INVOICE NUMBER  4/2002,3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE |
|---|---|---|---|
| | | | |
| | | | |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

**BARCLAYS**

BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE 01534 880550

## FUNDS TRANSFER   CREDIT ADVICE

0620    1 /1                              204505            DATE :     21/03/03
MR T MARSONER
20 EARLS TERRACE
LONDON                    W8 6LP

002047    | OUR REF :     262155
          | YOUR REF :

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ███████ | |
|---|---|---|

| CREDIT AMOUNT | 49,990.52 | USD |
| PAYMENT AMOUNT | 50,000.00 | USD |

| EXCHANGE RATE | |
| VALUE DATE | 21/03/03 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC    NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
|---|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

**PAYMENT DETAILS**
INVOICE NUMBER 3/2002-3

| DETAILS OF CHARGES | AMOUNT | CURRENC | RATE | CREDIT ACCOUNT EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.5792 | 9.48 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.48 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# US Dollar High Interest Cheque Account

current account statement

| | |
|---|---|
| Account name | MR THOMAS MARSONER |
| Account number | ▮▮▮▮ |
| Branch | Jersey Intl Pers Banking Tel: 01534 880550 |



Barclays Premier

**BARCLAYS**

```
44  T00J JPA1  5 4490              000046
```

MR T MARSONER
20 BARLS TERRACE
LONDON
W8 6LP

## Summary for 4 Mar 2003 – 3 Apr 2003

| | | | |
|---|---|---|---|
| Start balance | USD 0.00 | **Current Interest Rates** Gross interest rates p.a. at 3 Apr 2003 | |
| Total in | USD 116,027.50 | Up to USD 4,999 | 0.000% |
| Total out | USD 19,932.97 | USD 4,999+ | 0.150% |
| End balance | USD 96,094.53 | USD 14,999+ | 0.500% |
| | | USD 49,999+ | 1.000% |
| | | USD 149,999+ | 1.250% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Mar | Start balance | | | | 0.00 |
| 21 Mar | AFTS receipt *Ref:-LB Holdings Inc 282165 Invoice* | | | 49,990.52 | 49,990.52 |
| 24 Mar | Marsoner, T 601040 | | 7,223.28 | | 42,767.24 |
| 25 Mar | Interest charged *for the period 9 Dec 2002 - 9 Mar 2003* | Overdraft Interest | 52.09 | | |
| | Marsoner, T 605959 | | 12,657.60 | | |
| | AFTS receipt *Ref:-LB Holdings Inc 261286 Invoice* | | | 66,036.98 | 96,094.53 |
| 3 Apr | End balance | | | | 96,094.53 |

## HAVE YOU ACTIVATED YOUR DEFERRED DEBIT CARD?

TO ACTIVATE, CALL 00353 1242 0724 BETWEEN 08.00 & 18.00 GMT. YOU CAN USE YOUR CARD TO PAY FOR GOODS
WHEREVER YOU SEE THE VISA SIGN AND WITHDRAW CASH FROM ANY VISA ATM.

Correspondence: Barclays Bank PLC          Sort Code 20-44-90          Statement page 8
PO Box 8, Jersey, JE4 8NB

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

## US Dollar High Interest Cheque Account

current account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ■■■■■ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



**Barclays Premier**



126  T001 JPA1  7 4490          000139

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

---

### Summary for 4 Jan 2003 – 10 Jan 2003

| | | Current Interest Rates | |
|---|---|---|---|
| Start balance | USD 16,235.07- | Gross interest rates p.a. at 10 Jan 2003 | |
| Total in | USD 58,519.17 | Up to USD 4,999 | 0.000% |
| Total out | USD 0.00 | USD 4,999+ | 0.150% |
| End balance | USD 42,284.10 | USD 14,999+ | 0.500% |
| | | USD 49,999+ | 1.000% |
| | | USD 149,999+ | 1.250% |

---

### Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Jan | Start balance | | | | - 16,235.07 |
| 7 Jan | AFTS receipt<br>Ref- LB Holdings Inc 260478 Invoice | | | 58,519.17 | 42,284.10 |
| 10 Jan | End balance | | | | 42,284.10 |

---

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

## US Dollar High Interest Cheque Account

current account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ▉▉▉▉ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



### Barclays Premier



84  T001 JPA1  8 4490                000096

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

### Summary for 4 Dec 2002 - 3 Jan 2003

| | | Current Interest Rates | |
|---|---|---|---|
| Start balance | USD 4,413.20 | Gross interest rates p.a. at 3 Jan 2003 | |
| Total in | USD 52,798.21 | Up to USD 4,999 | 0.000% |
| Total out | USD 73,446.48 | USD 4,999+ | 0.150% |
| End balance | USD 16,235.07- | USD 14,999+ | 0.500% |
| | | USD 49,999+ | 1.000% |
| | | USD 149,999+ | 1.250% |

### Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Dec | Start balance | | | | 4,413.20 |
| 20 Dec | AFTS receipt<br>Ref: LB Holdings Inc 268381 Invoice | | | 52,798.21 | 57,211.41 |
| 23 Dec | Marsoner, T 608682 | | 23,273.28 | | 33,938.13 |
| 24 Dec | Charges 602614 Thomas Marsoner | | 173.20 | | |
| | AFTS payment<br>Ref: Thomas Marsoner 602614 18An | | 50,000.00 | | - 16,235.07 |
| 3 Jan | End balance | | | | - 16,235.07 |

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.



# Euro Instant Savings Account

savings account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER CAPITAL ACCOUNT |
| *Account number* | ■■■■■■ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



**Barclays Premier**



65   T001 JPA1   5 4490              000073

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

## Summary for 19 Oct 2002 - 18 Apr 2003

| | | | |
|---|---|---|---|
| Start balance | EUR 172.61 | **Current Interest Rates** Gross interest rates p.a. at 18 Apr 2003 | |
| Total in | EUR 313,820.00 | Up to EUR 1,999 | 0.000% |
| Total out | EUR 100,052.26 | EUR 1,999+ | 0.100% |
| End balance | EUR 213,940.35 | EUR 9,999+ | 0.150% |
| Overdraft Limit | EUR 0.00 | EUR 24,999+ | 0.400% |
| | | EUR 49,999+ | 0.750% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 19 Oct | Start balance | | | | 172.61 |
| 21 Mar | AFTS receipt *Ref-LB Holdings Inc 254310* | | | 313,820.00 | 313,992.61 |
| 26 Mar | FCHG 601426 | | 52.26 | | |
| | AFTS payment *Ref-Thomas Marsoner 601426* | | 100,000.00 | | 213,940.35 |
| 18 Apr | End balance | | | | 213,940.35 |

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

**BARCLAYS**

BARCLAYS BANK PLC  PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0605    1 /1                          204505              DATE :    07/01/03

MR T MARSONER
20 EARLS TERRACE
LONDON                  W8 6LP

002212                                OUR REF :    260478
                                      YOUR REF :

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ████████ |
|---|---|

| CREDIT AMOUNT | 58,519.17 | USD | | EXCHANGE RATE | |
| PAYMENT AMOUNT | 58,528.89 | USD | | VALUE DATE | 07/01/03 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC    NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
|---|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

| PAYMENT DETAILS |
|---|
| INVOICE NUMBER 1/2002-3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.6202 | 9.72 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.72 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

## BARCLAYS

BARCLAYS BANK PLC  PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

### FUNDS TRANSFER - CREDIT ADVICE

0919    1 /1                           204505              DATE :    20/12/02

MR T MARSONER
20 EARLS TERRACE
LONDON                      W8 6LP

                                       003091    OUR REF :    268381
                                                 YOUR REF :

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ██████████ |
|---|---|

| CREDIT AMOUNT | 52,798.21 | USD |
|---|---|---|
| PAYMENT AMOUNT | 52,807.91 | USD |

| EXCHANGE RATE | |
|---|---|
| VALUE DATE : | 20/12/02 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC   NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: |
|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON |

| PAYMENT DETAILS |
|---|
| INVOICE NUMBER 2/2002-3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.6162 | 9.70 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.70 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

## BARCLAYS

BARCLAYS BANK PLC  JERSEY, ST. HELIER 1SB
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

### FUNDS TRANSFER - CREDIT ADVICE

0007   1 /1                                    204505              DATE :      28/05/02

T MARSONER ESQ
FLAT E
1 AIRLIE GARDENS
LONDON
W8 7AJ

|  |  |
|---|---|
| OUR REF : | 264848 |
| YOUR REF : | |

002951

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ▉▉▉▉▉ |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CREDIT AMOUNT | 61,302.43 | USD | EXCHANGE RATE | | |
| PAYMENT AMOUNT | 61,311.25 | USD | VALUE DATE | | 28/05/02 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC    NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MARSONER,T CAPITAL A/C<br>FLAT E<br>1 AIRLIE GARDENS<br>LONDON<br>W8 7AJ |

| BY ORDER OF: | |
|---|---|
| LB HOLDINGS INC (UK BRANCH)<br>ONE BROADGATE<br>LONDON | |

| PAYMENT DETAILS |
|---|
| /RFB/D0FFF2B5649718U<br>INVOICE NUMBER  4 |

| DETAILS OF CHARGES | AMOUNT | CURRNCY | RATE | EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.4707 | 8.82 |
| | | | | |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.82 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE