# EXHIBIT F

-----Ursprüngliche Nachricht-----
Von: Wilson, Graham R [mailto:grwilson@lehman.com]
Gesendet: Mittwoch, 13. Juni 2007 11:54
An: thomas@marsoner.com
Betreff: Schedule

Thomas
Apologies for the delay am now authorised to agree this with you and move forward with processing the payment

----------------------------------------
------

This message is intended only for the personal and confidential use of the
designated recipient(s) named above. If you are not the intended recipient
of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited. This
communication is for information purposes only and should not be regarded as
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers. Email transmission cannot be guaranteed to be
secure or error-free. Therefore, we do not represent that this information
is complete or accurate and it should not be relied upon as such. All
information is subject to change without notice.

This e-mail (including any attachments) is confidential, may contain
proprietary or privileged information and is intended for the named
recipient(s) only. Unintended recipients are prohibited from taking action
on the basis of information in this e-mail and must delete all copies.
Nomura will not accept responsibility or liability for the accuracy or
completeness of, or the presence of any virus or disabling code in, this
e-mail. If verification is sought please request a hard copy. Any reference
to the terms of executed transactions should be treated as preliminary only
and subject to formal written confirmation by Nomura. Nomura reserves the
right to monitor e-mail communications through its networks (in accordance
with applicable laws). No confidentiality or privilege is waived or lost by
Nomura by any mistransmission of this e-mail. Any reference to "Nomura" is
a reference to any entity in the Nomura Holdings, Inc. group. Please read
our Electronic Communications Legal Notice which forms part of this e-mail:
http://www.Nomura.com/email_disclaimer.htm

**Marsoner Payment Schedule**

| | | Gross Revenues | Net IB Revenues | % Payout | Amounts Due | Exchange Rate | Fee Due USD |
|---|---|---|---|---|---|---|---|
| EVN/ Verbund | EVN - acq of Verbund | €450,000 | €450,000 | 10% | €45,000 | 1.309 | $58,925 |
| Cerberus/Bawag | Leverage Financing Fees | €22,154,688 | €11,077,344 | 20% | €2,215,469 | 1.349 | $2,988,667 |
| Cerberus/Bawag | M&A Fee | €13,966,316 | €13,966,316 | 20% | €2,793,263 | 1.345 | $3,758,056 |
| Cerberus/Bawag | FX Hedging | $388,500 | $194,250 | 20% | $38,850 | | $38,850 |
| Cerberus/Bawag | Notional Interest Rate Swap | $552,000 | $276,000 | 20% | $55,200 | | $55,200 |
| | | | | | | | $6,899,698 |
| **Less** | | | | | | | |
| Quarterly fees - offset against EVN | | | | | €(45,000) | 1.309 | $(58,925) |
| Quarterly fees - offset against Bawag Lev Fin fee | | | | | €(155,000) | 1.349 | $(209,095) |
| Participation Payment - offset against Lev fin fee | | | | | €(2,060,469) | 1.349 | $(2,779,572) |
| Participation Payment - offset against M&A fee | | | | | €(339,531) | 1.345 | $(456,805) |
| | | | | | €(2,600,000) | | $(3,504,397) |
| | | | | | **Payment Due to TM** | | **$3,395,301** |