# *EXHIBIT H*

# Considerations on Formula 1

## LBHI/LCPI Estimated Profit from Formula 1 Trade

| Cash in / (out) | Amount ($m) | Date | "Skin in the Game" | Comments | Source |
|---|---|---|---|---|---|
| Seed investment | (300) | March 2001 | 300 | Loan to Kirch Media, of which €60m written off at Kirch Media bankruptcy | Internal LB Documents, Assumption on Write off |
| Cumulated Cash Interest | 18 | March 2002 | 300 | Assumption: 6% cash interest | Assumption |
| Debt to Equity conversion. LBI Shareholder of Speed | - | June 2002 | 300 | Bankruptcy of Kirch Media: LBI 18.9% shareholder in SLEC | Newsrun |
| CVC Acquisition of F1 - Roll Over of stake in Speed into Delta TopCo | - | December 2005 | 300 | Conservative assumption: roll-over at zero profit - LBI dilution for mgmt stake | Newsrun |
| Investment into Hospitality Business (Beta TopCo established) | - | May 2006 | 300 | Assumption: LBI to not invest prorata. Dilution to 15.3% stake | Internal LB Documents |
| Dividend Recapitalization | 314 | May 2007 | - | Based on 15.3% shareholding | Refinancing IM |
| **Total Profit - Pre LB Bankruptcy** | **32** | | | | |
| **Lehman Brothers Bankruptcy** | | | | | |
| Dividend Recapitalization | 153 | October 2012 | - | Based on 15.3% shareholding | LCD News |
| Partial Sale of Lehman Stake | 251 | November 2012 | - | Lehman down to 12% | Based on meeting with Bernie Ecclestone, November 2013. Nomura estimate on Value and Timing |
| Ordinary Dividend | 171 | Early 2013 | - | Ordinary Dividend | Nomura Estimates |
| Current Equity Value | 935 | March 2014 | - | Based on 12.0% shareholding | Based on EV of $10bn from Press and estimated net debt of $2.2bn by March 2014 |
| **Total Profit - Post LB Bankruptcy** | **1,510** | Exclude any recurring Dividends from F1 Group | | | Nomura Estimate |

- Calculation based on preliminary data, excluding
  — Any recurring dividend from F1 since 2002
  — Any further investment in APM

**Estimated Shareholding**

| | |
|---|---|
| CVC Fund IV | 35.8% |
| Waddell Reed + Blackrock + Norges Bank | 27.6% |
| Lehman Brothers (in Administration) | 12.0% |
| Bambino Holdings (Ecclestone Family) | 8.5% |
| Bernie Ecclestone | 5.3% |
| JP Morgan | 3.1% |
| Patrick Mc Nally (Director) | 1.0% |
| Others (incl. Individuals) | 6.7% |
| Total | 100.0% |

Source: LB Internal documents, press, Nomura estimates. All numbers preliminary 1. Based on 2007 Refinancing material

# Illustrative Business Plan

## Preliminary Assumptions based on outside in analysis

### Base Case Business Plan

| ($m unless otherwise stated) | Historicals | | | | Projections | | | | CAGR | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2010E | 2011E | 2012E | 2013E | 2014F | 2015F | 2016F | 2017F | '10-'13 | '13-'17 |
| Media | 464 | 477 | 463 | 477 | 491 | 506 | 521 | 537 | 1.0% | 3.0% |
| Race Promotion | 523 | 573 | 550 | 543 | 565 | 618 | 643 | 669 | 1.3% | 5.3% |
| Paddock Club | 175 | 192 | 184 | 182 | 189 | 207 | 215 | 224 | 1.3% | 5.3% |
| Advertising & Other | 328 | 340 | 329 | 339 | 351 | 365 | 380 | 395 | 1.1% | 3.9% |
| **Total Revenues** | **1,490** | **1,581** | **1,526** | **1,541** | **1,596** | **1,696** | **1,759** | **1,824** | **1.1%** | **4.3%** |
| % Growth | 8.9% | 6.1% | (3.5%) | 1.0% | 3.6% | 6.3% | 3.7% | 3.7% | | |
| Team Payments | (563) | (597) | (565) | (684) | (708) | (751) | (779) | (807) | | |
| % of Combined EBITDA to Teams | 50.0% | 50.0% | 50.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | | |
| Paddock Club | (71) | (78) | (81) | (80) | (83) | (91) | (95) | (99) | | |
| Circuit Costs | (61) | (66) | (69) | (68) | (71) | (78) | (81) | (84) | | |
| Other Costs | (135) | (140) | (146) | (152) | (158) | (164) | (171) | (178) | | |
| Operating Costs (Overhead) | (97) | (103) | (100) | (101) | (104) | (111) | (115) | (119) | | |
| **Cost of Revenues** | **(927)** | **(985)** | **(961)** | **(1,085)** | **(1,124)** | **(1,195)** | **(1,240)** | **(1,286)** | **5.4%** | **4.3%** |
| % Revenues | 62.2% | 62.3% | 63.0% | 70.4% | 70.4% | 70.5% | 70.5% | 70.5% | | |
| EBITDA pre Team Payments | 1,125 | 1,193 | 1,130 | 1,140 | 1,180 | 1,252 | 1,298 | 1,345 | 0.4% | 4.2% |
| **EBITDA** | **563** | **597** | **565** | **456** | **472** | **501** | **519** | **538** | **(6.8%)** | **4.2%** |
| % Margin | 37.8% | 37.7% | 37.0% | 29.6% | 29.6% | 29.5% | 29.5% | 29.5% | | |
| D&A | (8) | (9) | (8) | (8) | (9) | (9) | (10) | (10) | 1.1% | 4.3% |
| % Revenues | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | | |
| **EBIT** | **555** | **588** | **557** | **448** | **463** | **492** | **510** | **528** | **(6.9%)** | **4.2%** |
| % Margin | 37.2% | 37.2% | 36.5% | 29.0% | 29.0% | 29.0% | 29.0% | 28.9% | | |
| Taxes on EBIT | (19) | (21) | (19) | (16) | (16) | (17) | (18) | (18) | | |
| Implied Tax Rate % | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | | |
| Capex | (10) | (10) | (10) | (10) | (10) | (11) | (11) | (12) | 1.1% | 4.3% |
| % Revenues | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | | |
| Change in Working Capital | (10) | (10) | (10) | (10) | (10) | (11) | (11) | (12) | 1.1% | 4.3% |
| % Revenues | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | (0.6%) | | |
| **Unlevered Free Cash Flow** | **524** | **555** | **526** | **420** | **435** | **462** | **479** | **496** | | |

Source: Nomura estimates, News runs.

### Comments

- 2006A financials based on Formula One Bank Book and are the main driver of estimates
- 2007-13E financials are estimates based on the combination of company filings for available entities and press indications
- 2010-12E group revenues ties in with the financials disclosed by CVC
- 2014-17F financials are forecasts based on key assumptions laid out in the following page

1. Forecasted revenue growth of 4.3% CAGR from $1,541m in 2013E to $1,824m in 2017F, due to:
   - Sports media rights inflation
   - Recovery of advertising market
   - Increased number of races from 2015F onwards (from 19 to 20 races)

2. Team payments increasing from 50% to 60% of EBITDA between 2012E and 2013E due to new Concorde agreement

3. EBITDA margins dropping from 37% in 2012E to c.30% in 2013E due to new Concorde agreement
   - EBITDA margins projected to remain flat at c.30% from 2014F onwards

4. Capex assumed to remain flat at c.0.6% of revenues from 2014F onwards

## Historical Debt Levels



# Capital Structure Evolution

## Capital Structure Evolution since 2007 Recapitalization

| $ million | Recapitalization (April 2007) | | | | | Refi / Recap (April 2012) | | | | | A&E / Recap (October 2012) | | | | | Estimated Current (December 2013) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. | %Cap | Lev. | Mat. | Marg. | Amt. | Lev. | Mat. | Marg. | Floor | Amt. | Lev. | Mat. | Marg. | Floor | Amt. | %Cap | Lev. | Mat. | Marg. | Floor |
| Cash[2] | (76) | | (0.1x) | | | (66) | (0.1x) | | | | - | - | | | | (424) | | (0.9x) | | | |
| RCF ($70m) | - | | - | Dec-12 | +2.00% | - | - | Dec-17 | +4.50% | none | - | - | | n.a. | none | - | | - | Dec-17 | n.a. | n.a. |
| TLA | 800 | | 15x | Dec-12 | +2.00% | - | - | | | | - | - | | | | - | | - | | | |
| TLB ($) | 1,400 | | 2.7x | Dec-13 | +2.38% | 1,380 | 2.9x | Dec-17 | +4.50% | 125% | 1,380 | 2.6x | | +4.75% | 125% | 2,29 | | 4.7x | Apr-19 | +3.50% | 100% |
| TLB (€) | - | | - | | | - | - | | | | - | - | | | | 50 | | 0.1x | Apr-19 | +3.75% | 100% |
| TLC | - | | - | | | 818 | 1.7x | Dec-18 | +5.00% | 125% | 818 | 1.6x | | +5.25% | 125% | - | | - | | | |
| Net 1L Debt | 2,125 | 36% | 4.0x | | | 2,131 | 4.5x | | | | 2,198 | 4.2x | | | | 1,755 | 18% | 3.8x | | Repriced in Jun-13 | |
| 2nd Lien TL | 650 | | 1.2x | Jun-13 | +3.50% | - | - | | | | - | - | | | | - | | - | | | |
| Sub. Bond | - | | - | | | - | - | | | | 1,000 | 1.9x | | 9.25% | | 1,000 | | 2.2x | Oct-19 | 9.25% | |
| Tot. Debt | 2,775 | 47% | 5.3x | | | 2,131 | 4.5x | | | | 3,198 | 6.1x | | | | 2,755 | 28% | 6.0x | | | |
| Impl. Equity[1] | 3,140 | 53% | 6.0x | | 7.93% | 3,192 | 6.7x | | 5.94% | | 2,687 | 5.1x | | 7.14% | | 7,245 | 72% | 15.9x | | 6.00% | |
| Total Cap. | 5,914 | 100% | 11.2x | Avg. CoD[3] | | 5,323 | 11.2x | Avg. CoD[3] | | | 5,885 | 11.2x | Avg. CoD[3] | | | 10,000 | 100% | 21.9x | Avg. CoD[3] | | |
| **Reference EBITDA** | 527 | | | | | 474 | | | | | 524 | | | | | 456 | | | | | |

## Key Commentary

- **Nov-05:** CVC acquired entities that hold together rights for F1
- **May-06:** CVC acquired entities that exploit rights at F1 events
- **Jun-07:** Refi/Recapitalization of business to 4.0x / 5.3x LTM EBITDA
  - 1L margins reverse flexed by 25 bps / 2L margin by 100 bps
  - TLB sold to predominantly European accounts
- **Apr-12:** Recapitalization of business to 4.5x on all-senior basis (from 2.2x)
  - Margin reverse flexed by 50 bps on TLB / TLC during syndication
  - Maturity extension to 2017-2018
  - Corp rating: B+ / Ba3; facility rating: BB- / Ba3
  - c. $1bn dividend distribution to shareholders

- **Oct-12:** Amend-to-extend of existing facilities plus 2L recapitalization following cancellation of Singapore IPO plans
  - Maturity extension to 2019; margin uplift of 25 bps
  - Issue of $1.0bn subordinated private high yield notes to fund dividend to shareholders ([NC2]; not rated)
  - Removal of Capex / Cash Flow covenants; senior leverage covenant only
  - Corp rating: B / B2; facility rating: B+ / B1
- **Jun-13:** Amendment / repricing of term loan facilities
  - Margins reduced by 100 bps; floor reduced by 25 bps
  - Introduction of $50m EUR carve-out

Source: 2007 Information Memorandum, LCD, Capital Structure, Debtwire
1. Based on constant valuation of 11.2x LTM EBITDA; Current valuation assumes $10.0bn EV; 2. Assumes c.$134m of cash generated between Jun-13 and Dec-13; 3. Calculated based on prevailing LIBOR rate; excludes hedging costs