**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings Inc., et. al., Debtors.    Case No. 08-13555 (SCC)
      (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>Banc of America Credit Products, Inc.</u> | <u>TSVE Capital LLC</u> |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 66361 |
| | <u>Amount of Claim Transferred: $50,000,000.00</u> |
| | Date Claim Filed: March 4, 2010 |
| c/o Bank of America Merrill Lynch | Debtor: <u>Lehman Brothers Special Financing</u> |
| Bank of America Tower – 3rd Floor | |
| One Bryant Park | |
| New York, New York 10036 | |
| Attn:  Ante Jakic / Gary S. Cohen / Ryan Weddle | |
| Telephone:  (646) 855-7450 | |
| Email:   Ante.Jakic@baml.com / g.cohen@baml.com / Ryan.Weddle@baml.com | |

NYC:290091.5

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  **SETH DENSON**
    Transferee/Transferee's Agent  **VICE PRESIDENT**          Date: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____                                     Date: _____
    Transferor/Transferor's Agent

NYC:290091.5

```
```
I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: _____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____       Date: _____
    Transferor/Transferor's Agent

Aleksandra Markovic
Authorized Signatory

NYC:290091.5