B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,         Case No. 08-13555 (SCC)
                                                     (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>Strategic Value Master Fund, Ltd. |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 20157<br>Claim Amount: $5,609,655.35<br>Amount Transferred: $5,609,655.35 |
| Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Date Claim Filed: 09/21/2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

With a copy to:
Robert Scheininger and Andrew P. Propps
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with SVP

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signatures]_____ Date: December 30, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Robert Treveno
Division Director

Nathan Booker
Division Director

ACTIVE 204904951v.1

#1394076

Signed in Sydney, POA Ref:
#1721 dated 9 October 2014

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Strategic Value Master Fund, Ltd. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited ("**Buyer**"), $5,609,655.35 of all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. docketed as Claim No. 20157 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  30  day of December, 2014.

SELLER:
Strategic Value Master Fund, Ltd.
By: Strategic Value Partners, LLC
Its Investment Manager


By: _____
Name:
Title:      James Dougherty
            Chief Financial Officer

BUYER:
Macquarie Bank Limited


By: _____
Name:
Title:


By: _____
Name:
Title:

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Strategic Value Master Fund, Ltd. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited ("**Buyer**"), $5,609,655.35 of all right, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. docketed as Claim No. 20157 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30 day of December, 2014.

SELLER:
Strategic Value Master Fund, Ltd.
By: Strategic Value Partners, LLC
Its Investment Manager

By: _____
Name:
Title:

BUYER:
Macquarie Bank Limited

By: _____
Name: Robert Treveno
Title: Division Director

By: _____
Name: Nathan Booker
Title: Division Director

Signed in Sydney, POA Ref:
#139409#1721 dated 9 October 2014