| | |
|---|---|
| RICH MICHAELSON MAGALIFF MOSER, LLP<br>340 Madison Avenue, 19th Floor<br>New York, NY 10173<br>212.220.9402<br>Howard P. Magaliff<br>Robert N. Michaelson<br><br>*Counsel for Donald Boughrum, Morgan Lawrence,*<br>*Nicole Lawrence, Brian Monahan and Roger Saks* | Hearing Date and Time:<br>Jabuary 15, 2015 at 10:00 AM |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                                              :    Chapter 11
                                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    Case No. 08-13555 (SCC)
                                                                                       :    (Jointly Administered)
                         Debtors.                                          :
                                                                                       :
------------------------------------------------------------ x

## JOINDER TO (i) MOTION FOR STAY PENDING APPEAL, AND (ii) MOTION FOR AN ORDER DIRECTING IMMEDIATE RESTORATION OF PLAN RESERVES

Claimants Donald Boughrum, Morgan Lawrence, Nicole Lawrence, Brian Monahan and Roger Saks, by their attorneys Rich Michaelson Magaliff Moser, LLP, join the (i) *Motion Pursuant to Bankruptcy Rule 8007 for a Stay Pending Appeal of the Order Sustaining Omnibus Objections and Reclassifying Claims or Restricted Stock Units and Contingent Stock Award*s dated December 24, 2014 (doc. 47545), and (ii) *Motion of Compensation Claimants for an Order Directing Immediate Restoration of Plan Reserves* dated December 31, 2014 (doc. 47595).

| | |
|---|---|
| Dated:  New York, New York<br>             January 2, 2015 | RICH MICHAELSON MAGALIFF MOSER, LLP<br>Counsel for Donald Boughrum, Morgan Lawrence,<br>Nicole Lawrence, Brian Monahan and Roger Saks<br>By:<br><br>/s/ Howard P. Magaliff<br>HOWARD P. MAGALIFF<br>ROBERT N. MICHAELSON<br>340 Madison Avenue, 19th Floor<br>New York, NY 10173<br>212.220.9402<br>*hmagaliff@r3mlaw.com*<br>*rmichaelson@r3mlaw.com* |

{00008679v1 }