B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee | Name of Transferor |
| Macquarie Bank Limited | Serengeti Opportunities MM L.P. |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 29772
Claim Amount: $211,365.05
Amount Transferred: $211,365.05
Date Claim Filed: 09/22/2009
Debtor against claim filed: Lehman Brothers Commodity Services Inc.

Macquarie Bank Limited
125 West 55th Street
New York, NY 10019
Contacts: Shaun Gembala
Tel. No.: 212-231-6314
Email: loan.public@macquarie.com
Fax No: 212-231-2399

With a copy to:
Robert Scheininger and Andrew P. Propps
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with Serengeti

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: December 31, 2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

William Richardson        Nathan Booker
Executive Director         Division Director

Signed in Sydney, POA Ref:
ACTIVE 204921350v.1        #1721 dated 9 October 2014

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SERENGETI OPPORTUNITIES MM L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited ("**Buyer**"), $211,365.05 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim No. 29772 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of December 31, 2014.

SELLER:

SERENGETI OPPORTUNITIES MM L.P.

By: _____
Name: Marc Baum
Title:  Director

BUYER:

Macquarie Bank Limited


By: _____
Name:
Title:

863861v.1 2731/00113                              11

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SERENGETI OPPORTUNITIES MM L.P. ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited ("**Buyer**"), $211,365.05 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim No. 29772 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of December 31, 2014.

SELLER:

SERENGETI OPPORTUNITIES MM L.P.

By: _____
Name:
Title:

BUYER:

Macquarie Bank Limited

By: _____
Name:   William Richardson         Nathan Booker
Title:   Executive Director         Division Director

Signed in Sydney, POA Ref:
#1721 dated 9 October 2014

863861v.1 2731/00113                    11