| | |
|---|---|
| Law Office of A. James Boyajian<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (424) 258-0777<br>Facsimile:  (424) 298-4377<br>Email: JamesBoyajian@gmail.com<br>*Attorneys for Virgilio Casuple, Darian J. Cohen,*<br>*Lars P. Jacobson, Mary Langevin, Amit K. Sarkar,*<br>*Christian E. Stevens, & Andrew Wideman* | **Hearing Date and Time:**<br>**January 15, 2015 at 10:00 AM** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | Jointly Administered |

-------------------------------------------------------------------x

**JOINDER TO (A) MOTION FOR STAY PENDING APPEAL, AND (B) MOTION FOR AN ORDER DIRECTING IMMEDIATE RESTORATION OF PLAN RESERVES**

Compensation Claimants *Virgilio Casuple, Darian J. Cohen, Lars P. Jacobson, Mary Langevin, Amit K. Sarkar, Christian E. Stevens,* and *Andrew Wideman*, join the related (A) Motion Pursuant to Bankruptcy Rule 8007 for a Stay Pending Appeal of the Order Sustaining Omnibus Objections and Reclassifying Claims or Restricted Stock Units and Contingent Stock Awards dated 12/24/2014 (Docket # 47545), and (B) Motion of Compensation Claimants for an Order Directing Immediate Restoration of Plan Reserves dated 12/31/2014 (Docket # 47595), and respectfully request that the Court order the Plan Administrator to reinstate reserves for their claims until there is a final judgment on their appeal regarding the RSU's matter.

| | |
|---|---|
| Dated: Los Angeles, California<br>01/02/2015 | LAW OFFICE OF A. JAMES BOYAJIAN<br><br>By:   /s/  A. James Boyajian  <br>A. James Boyajian<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (424) 258-0777<br>Facsimile:  (424) 298-4377<br>*Attorneys for Appellants Virgilio Casuple, Darian J.*<br>*Cohen, Lars P. Jacobson, Mary Langevin, Amit K.*<br>*Sarkar, Christian E. Stevens, & Andrew Wideman* |