



Turin, 10th December 2014

To
**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK**
One Bowling Green
New York, New York 10004

c.a. kind attention Clerk of the Court

Dear Sirs,

With ref Lehman Brothers Holding Inc. case no.08-13555(JMP), here attached you can find the "transfer of claim" from UBS AG (the transferor) to Ersel Sim Spa (the transferee) for a face amount of Euro 50'000.00 (partial of 145'000.00) of Lehman Bros.Treasury 3-43846% 2003-26.11.2013 (isin code XS0178969209).

Thanking you in advance for your appreciate confirmation of the good transfer, we send our best regards.

ERSEL SIM SPA
Umberto Giraudo
Proxy

UG/fb/ 552



**ERSEL SIM s.p.a.**
Piazza Solferino, 11 - 10121 Torino - Tel. +39 011 5520111 - Fax +39 011 5520334 - www.ersel.it
Cap. Soc. € 81.700.000 i. v. Società soggetta a direzione e coordinamento di ERSEL FINANZIARIA s.p.a.
Registro Imprese Uff. Torino, C.F. e P. IVA 06748450019 - REA 810329 - Albo SIM 63
Via Santa Maria Segreta, 7/9 - 20123 Milano - Tel. +39 02 30574811 - Fax +39 02 801558
Via Massimo d'Azeglio, 19 - 40123 Bologna - Tel. +39 051 273232 - Fax +39 051 228042

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 3.43846% Lehman Bros. Treasury 2003-26.11.2013 | XS0178969209 | LBT BV | LBH Inc. | EUR 50'000.00 out of EUR 145'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Ersel Sim SPA
Piazza Solferino 11
10121 TORINO
Telephone 00390115520283
Fax: 00390115520202
Attention: Back Office Sim

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TOC 270

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Ersel Sim SPA | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Ersel Sim SPA<br>Piazza Solferino 11<br>00390115520283<br>Attn: Back Office Sim<br>EMAIL bosim@ersel.it | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 50'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 3.12.14
UMBERTO GIRAUDO PROXY
Ersel Sim SPA
Piazza Solferino 11
10121 TORINO

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC 270

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 3, 2014.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Ersel Sim SPA
Transferee

By: _____
Name: UMBERTO GIRAUDO
Title: PROXY

TOC 270