WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT
OF CLAIMS OBJECTION HEARING WITH RESPECT
TO OBJECTION TO PROOFS OF CLAIM NOS. 67154 & 67155**

PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 67154 & 67155 [ECF No. 46484], which was scheduled for January 15, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 11, 2015, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:   January 5, 2015
        New York, New York

      /s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

2

WEIL:\95164504\1\58399.0011