WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                             :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (SCC)**
                                                  :
            Debtors.                              :    **(Jointly Administered)**
                                                  :
------------------------------------------------------------------x

## NOTICE OF HEARING ON THE THREE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS (WARRANT CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Ninety-Sixth Omnibus Objection to Claims (Warrant Claims) [ECF No. 34730] *solely* as to the claims listed on <u>Exhibit A</u> attached hereto will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **February 19, 2015 at 10:00 a.m. (Eastern Time)**.

Dated:  January 5, 2015
New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95202866\1\58399.0011

## Exhibit A

### Claim to Be Heard at February 19, 2015 Hearing:

| Claimant Name | Claim Number | Response ECF No. |
|---|---|---|
| JAMES & ROSEMARY THOMAS | 15182 | 36067 |
| JAMES & ROSEMARY THOMAS | 15206 | 36067 |