Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Email: mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*            :   08-13555 (SCC)
                                                   :
                    Debtors.                       :   (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF HEARING ON OBJECTION AND SUPPLEMENTAL OBJECTION TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

**PLEASE TAKE NOTICE** that a hearing to consider Plan Administrator's Objection and Supplemental Objection to Proof of Claim No. 33605 Filed By Sanford A. and Tina A. Mohr [ECF Nos. 39348 and 45589] will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, on **February 19, 2015 at 10:00 a.m. (Eastern Time)**.

Dated: January 5, 2015

*/s/ Michael A. Rollin*
Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

{JK00649483.1 }