Bremer Landesbank Kreditanstalt Oldenburg – Girozentrale



United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

Your contact person  Mrs. Knoll
Our reference  pb hb 1 - cw
Phone  +49421 332-2327
Fax  +49421 332-3082
E-Mail  christine.knoll@
bremerlandesbank.de

Bremen, 10 Dec. 2014

**Transfer of claim other than for security**

Dear Sirs,

We send you the form „Transfer of claim other than for security" of our client Mrs. Diedrich by mail today.

Please make sure that the form will be processed. Thank you.

If you have any questions do not hesitate to contact us by mail or phone.

Yours sincerely

B r e m e r   L a n d e s b a n k

C. Knoll
Christine Knoll

Cornelia Warnke

Enclosure

Bremen: Domshof 26, 28195 Bremen, Mailing address for letters: P.O.BOX 28189 Bremen, Phone +49-421-332-0, Telefax +49-421-332-2322
Oldenburg: Markt, 26122 Oldenburg, Mailing address for letters: P.O.BOX 2665, 26016 Oldenburg, Phone +49-441-237-01, Fax +49-441-237-1333
Place of business: Bremen, County court Bremen HRA 22159, German corporation tax No.: 460/102/07507, German turnover tax No: DE 114397404
Banking account : BLZ 290 500 00, SWIFT BIC BRLADE22XXX

kontakt@bremerlandesbank.de  www.bremerlandesbank.de

Finanzgruppe

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>     Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Elsa Diedrich (heiress from Günter Diedrich)</u>
Name of Transferee

<u>Credit Suisse AG</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Bremer Landesbank
Domshof 26
28195 Bremen
Germany

Court Claim # (if known): <u>55813</u>
Date Claim Filed: <u>01.12.2014</u>
Amount of Claim: <u>75.000</u>
Portion of Claim Transferred (see Schedule I): <u>Lehmann Brothers Treasury BV</u>

Phone: <u>0421-332-2327</u>
Last Four Digits of Acct #: <u>6014</u>

Phone: <u>+41 44 332 86 11</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Elsa Diedrich</u>     Date: <u>03.12.2014</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bremer Landesbank
Kreditanstalt Oldenburg-Girozentrale
Vermögensmanagement
Domshof 26
28195 Bremen

Knoll    08. DEZ. 2014     Warnke
                         Tel. 2588    08. DEZ. 2014

*RECEIVED DEC 17 2014 U.S. BANKRUPTCY COURT S.D. OF N.Y.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Günter Diedrich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 1, 2014.**

**Credit Suisse AG**

By: _____
Name: Claudio P. Sieber
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0204933997 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 75'000 |