Logistik
LOAV2



| | |
|---|---|
| Kontakt | Patrick Heuberger |
| Telefon | 044 292 76 57 |
| Fax | 044 292 86 64 |
| E-Mail | patrick.heuberger@zkb.ch |
| Adresse | Neue Hard 3 |
| | 8010 Zürich |
| Briefadresse | |

Einschreiben

United States Bankruptcy Court
Southern District of New York
re: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA



Zürich, 12. Dezember 2014

**Partial Transfer of Claim „Lehmann Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed both the „Form 210A" and the orgianlly signed „Evidence of Transfer of Claim" including „Schedule 1" released by Creidt Suisse AG on August 26th, 2014.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | ANN521331184 |
| Titel: | Certificate Plus Lehman Br.Sec NV 2005-30.9.08 (EXP.16.9.08)on PHLX Housing Index -In Default- |
| Nominal: | Unit -45- |
| Transferor: | Credit Suisse AG |
| Transferee: | Ernst Keller-Volper |
| Initial Proof of Claim Number: | 55829 |

Best regards
Zürcher Kantonalbank

Alexandra Schaller          Demirel Oguzhan

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>  Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ernst Keller-Volper | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ernst Keller-Volper
Studenbühlstrasse 45
CH-8832 Wollerau
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): -45- Units

Phone: +41 44 784 33 67
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Dr. Alexandra Schaller_ / _Sandra Azzolina_    Date: 19.11.2014
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to Ernst Keller-Volper ~~Zürcher Kantonalbank AG~~ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by *Rule 3001* of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 26, 2014.

Credit Suisse AG

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Claudio Sieber
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN521331184 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | 45 Units |