**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-----------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | LB Rose Ranch LLC (Case No. 09-10560 (JMP)) |
| Creditor Name and Address: | Ironbridge Mountain Cottage, LLC P.O. Box G Aspen, CO 81612 |
| Claim Number (if known): | 66156 |
| Date Claim Filed: | January 22, 2010 |
| Total Amount of Claim Filed: | $2,750,414 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: Manager/Member |
| Printed Name: Dirk Gosda | Dated: January 5, 2015 |