Form 210A (10/06)



**FILED / RECEIVED**
DEC 15 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| acrevis Bank AG | Neue Aargauer Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

acrevis Bank AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
Postfach 661
9004 St. Gallen / Switzerland

Phone: +41 71 242 77 17
Last Four Digits of Acct #: _____

Court Claim # (if known): 55814
Date Claim Filed: October 30, 2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): CHF 60'000

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
            Finanz-Logistik AG
By: _____    Date: 20141210
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Acrevis Bank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim No 55814** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 9 December, 2014.

**Neue Aargauer Bank AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0034774536 | 55814 | October 30, 2009 | Lehman Brothers Securities NV | CHF 60,000 |



United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408



marcel.ledergerber@finanz-logistik.ch
Direkt: +41 71(0) 242 77 17  Fax: +41 (0)71 242 77 49

St. Gallen, 10th december 2014

Transfer of claims / Lehman Brothers Holding / Registration

Dear Sir or Madam

By order of acrevis Bank AG  we send you enclosed the following forms:

- Evidence of Transfer (Neue Aargauer Bank to acrevis Bank AG)
- Form 210A
- payment aggregation acrevis Bank AG

Thank you very much for your confirmation of the registration.


With compliments

Finanz-Logistik AG

Marcel Ledergerber      Roman Lengwiler

Copy: Eqiq Bankruptcy Solutions LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, USA

Finanz-Logistik AG, P.O. Box 661, CH-9004 St. Gallen, info@finanz-logistik.ch | Rosenbergstrasse 16, Phone +41(0)71 242 77 77, Fax +41(0)71 242 77 49

**10.12.14**  **003.80**
CH-9004
St. Gallen                    PRIORITY
                              Stand 2

748094                         DIEPOST



FILED / RECEIVED
DEC 1 5 2014
EPIQ SYSTEMS

1001732015 C069