**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (SCC)
                                                                  :
                    Debtors.                                      :     (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LB Rose Ranch LLC (Case No. 09-10560 (JMP)) |
|---|---|
| Creditor Name and Address: | Ironbridge Aspen Collection, LLC<br>P.O. Box G<br>Aspen, CO 81612 |
| Claim Number (if known): | 66155 |
| Date Claim Filed: | January 22, 2010 |
| Total Amount of Claim Filed: | $2,750,414 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Manager/Member |
|---|---|
| Printed Name: Dirk Gosda | Dated: January 5, 2015 |

US_ACTIVE:\44108215\1\58399.0011