**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LB Rose Ranch LLC (Case No. 09-10560 (JMP)) |
|---|---|
| Creditor Name and Address: | Ironbridge Homes, LLC<br>P.O. Box G<br>Aspen, CO 81612 |
| Claim Number (if known): | 30850 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $452,511.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: /s/ Dirk Gosda | Title: Manager/Member |
|---|---|
| Printed Name: Dirk Gosda | Dated: January 5, 2015 |

US_ACTIVE:\44108215\1\58399.0011