WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                          :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (SCC)**
                                                                  :
       **Debtors.**                                            :    **(Jointly Administered)**
                                                                  :
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING THE
PLAN ADMINISTRATOR'S FOUR HUNDRED EIGHTY-FIFTH OMNIBUS
<u>OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)</u>**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

      Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "<u>Second Amended Case Management Order</u>"), the undersigned hereby certifies as follows:

      1.      On November 26, 2014, Lehman Brothers Holdings Inc. (the "<u>Plan Administrator</u>"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, filed the Four Hundred

Eighty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 47076**] (the "Claims Objection") with the Court for hearing.

2. In accordance with the Second Amended Case Management Order, the Plan Administrator established a deadline (the "Response Deadline") for parties to object or file responses to the Claims Objection. The Response Deadline was set for December 30, 2014 at 4:00 p.m. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator. Accordingly, the Plan Administrator respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: January 6, 2015
      New York, New York

                             /s/ Garrett A. Fail
                             Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**EXHIBIT A**
**(Proposed Order – ECF No. 47076)**

WEIL:\95203125\1\58399.0011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                               :
                Debtors.                                  :    (Jointly Administered)
---------------------------------------------------------------x

**ORDER GRANTING FOUR HUNDRED EIGHTY-FIFTH
OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**

Upon the four hundred eighty-fifth omnibus objection to claims, dated November 26, 2014 (the "Four Hundred Eighty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to liquidate and allow the Valued Derivative Claims, all as more fully described in the Four Hundred Eighty-Fifth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighty-Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Eighty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Fifth Omnibus Objection to Claims.

**ORDERED** that the relief requested in the Four Hundred Eighty-Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that (i) each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed as a prepetition non-priority general unsecured claim in the amount set forth on Exhibit 1 in the row "*Claim as Modified*" and (ii) with respect to each Valued Derivative Claim, any asserted amount in excess of the modified amount is disallowed and expunged; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2015
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 485: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | GUARANTEE CLAIM TOTAL | PRIMARY CLAIM CLAIM # | PRIMARY CLAIM ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PROMARK GLOBAL | 26434 | 9/22/09 | Lehman Brothers Holdings Inc. | | 26432 | $320,469.00 |
| | | | | AMOUNT SUBJECT TO OBJECTION | $314,544.00 * | | |
| | | | | CLAIM AS MODIFIED | $320,469.00 | | |
| 2 | RESTRUCTURED ASSET SECURITIES WITH ENHANCED | 21999 | 9/21/09 | Lehman Brothers Holdings Inc. | | 21998 | $67,642.24 |
| | | | | AMOUNT SUBJECT TO OBJECTION | Undetermined * | | |
| | | | | CLAIM AS MODIFIED | $67,642.24 | | |
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | $314,544.00 | | |
| | | | | TOTAL CLAIMS AS MODIFIED | $388,111.24 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts