

FILED / RECEIVED
DEC 15 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Alpha RHEINTAL Bank AG** | Name of Transferor:<br>**Liechtensteinische Landesbank Aktiengesellschaft** |
|---|---|
| Notices to Transferee should be sent to:<br>Alpha RHEINTAL Bank AG<br>c/o Finanz-Logistik AG<br>Rosenbergstrasse 16<br>9004 St. Gallen<br>PHONE: +41 71 242 77 17<br>Attn: Marcel Ledergerber<br>EMAIL: marcel.ledergerber@finanz-logistik.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br>Liechtensteinische Landesbank Aktiengesellschaft<br>Staedtle 44<br>9490 Vaduz<br>Principality of Liechtenstein |
| Amount of Claim Being Transferred:<br><br>SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 60964 | |
| Date Claim Filed: November 02, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____            Date: 20141205
    /Alpha RHEINTAL Bank AG
    c/o Finanz-Logistik AG
    Rosenbergstrasse 16
    9004 St. Gallen

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "_Debtor_")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: *60964* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): USD 32'608.80

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 14% Cert.Barrier Rev. Lehman Brothers 2007-19.12.2008 Basket shs Reg. | CH0034774536 | LBS NV | LBH Inc. | USD 32'608.80 out of USD 2,804,356.80 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 11 and in paragraphs/lines 9 of the Addendum to the Proof of Claim.

LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Alpha RHEINTAL Bank AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
9004 St. Gallen
PHONE: +41 71 242 77 17
Attn: Marcel Ledergerber
EMAIL: marcel.ledergerber@finanz-logistik.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the

Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 17, 2012.

LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT
Transferor

By: _____
Name: Alexander Reus
Title: Managing Partner


ACKNOWLEDGED BY:

Alpha RHEINTAL Bank AG
Transferee

FINANZ-LOGISTIK AG

By: _____
Name: Marcel Ledergerber
Title: Member of the Management

By: _____
Name: Roman Lengwiler
Title: Member of the Management



Liechtensteinische
Landesbank AG

Städtle 44 · P. O. Box 384
9490 Vaduz · Liechtenstein

Telephone +423 236 88 11
Fax +423 236 88 22
www.llb.li

Lehman Brothers Holdings Claim Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, PO Box 5076
10150-5076 New York

Registered office Vaduz
Register authority: AJU
HR FL-0001.000.289-1

Florian Gassner
Reference LLBSSE / GAF
Direct line +423 236 97 59
Direct fax +423 236 99 82
florian.gassner@llb.li

Vaduz, 19 August 2014
Page 1/1



**Case No. 08-13555 (JMP) / Claim number 60964**
**Lehman Brothers Holdings Inc, et al, Debitors**

Dear all

Attached to this cover sheet you will find the document for our currently pending claim transfer of USD 32'608.80 to Alpha RHEINTAL Bank AG.

Feel free to contact us if you have any further questions.

Yours sincerely

Liechtensteinische Landesbank
Aktiengesellschaft

Daniel Eberle
Assistant Vice President

Florian Gassner
Assistant Vice President

- Form for transfer of claim

1072  12.13

