Form 210A (10/06)


FILED / RECEIVED
DEC 1 5 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BARCLAYS PRIVATE CLIENTS INTL LIMITED, JERSEY BRANCH
_____
Name of Transferee

_____
Name of Transferor

Name and Address where notices to transferee should be sent: BPCI LTD, 13 LIBRARY PLACE, ST HELIER, JERSEY, JE4 8NE

Court Claim # (if known): _____
Date Claim Filed: _____
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): _____

Phone: +44 1534 813033
Last Four Digits of Acct #: 0077

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

N/A

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 03/12/14
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Barclays Private Clients International Ltd., Jersey Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 1, 2014.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0339537804 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 100'000 |



11th December 2014

Barclays Private Clients
International Limited
13 Library Place
St Helier
Jersey
JE4 8NE

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Re: Claim Nr: 55829

Dear Sirs,

Re: LEHMAN BROTHERS TREASURY BV
Nominal USD 100,000
ISIN: XS0339537804

Please find enclosed the following forms in respect of a transfer between Credit Suisse and Barclays Private Clients International Limited, Jersey Branch:-

- Evidence of Transfer Claim
- Form 210A

These forms were emailed to you on 11th December 2014

Please confirm safe receipt.

Thank you and Kind Regards

Andrea Rousseau
Re-Registration Analyst
Andrea.rousseau@barclays.com
Group email: Re-registration@barclays.com
Tel: +44 (0) 1534 812918
Fax: +44 (0) 1534 813292

Barclays offers wealth and investment products and services to its clients through Barclays Bank PLC and its subsidiary companies. Barclays Private Clients International Limited, part of Barclays, is registered in the Isle of Man. Registered Number: 005619C. Registered Office: Barclays House, Victoria Street, Douglas, Isle of Man, IM99 1AJ. Barclays Private Clients International Limited is licensed by the Isle of Man Financial Supervision Commission, registered with the Insurance and Pensions Authority in respect of General Business, and authorised and regulated by the Financial Conduct Authority in the UK in relation to UK regulated mortgage activities. Barclays Private Clients International Limited, Jersey Branch is regulated by the Jersey Financial Services Commission. Barclays Private Clients International Limited, Jersey Branch has its principal business address in Jersey at 13 Library Place, St. Helier, Jersey JE4 8NE, Channel Islands. Barclays Private Clients International Limited, Jersey Branch is regulated by the Guernsey Financial Services Commission under the Protection of Investors (Bailiwick of Guernsey) Law 1987 as amended. Barclays Private Clients International Limited, Guernsey Branch is licensed by the Guernsey Financial Services Commission under the Banking Supervision (Bailiwick of Guernsey) Law 1994, as amended, and the Protection of Investors (Bailiwick of Guernsey) Law 1987, as amended. Barclays Private Clients International Limited, Guernsey Branch has its principal place of business at Le Marchant House, St Peter Port, Guernsey, Channel Islands, GY1 3BE. Barclays Private Clients International Limited, Jersey Branch is a participant in the Jersey Bank Depositors Compensation Scheme. The Scheme offers protection for eligible deposits of up to £50,000. The maximum total amount of compensation is capped at £100,000,000 in any 5 year period. Full details of the Scheme and banking groups covered are available on the States of Jersey website www.gov.je/dcs or on request.



