

**BANQUE SYZ & CO S.A.**
Genève

INVOICE ADVICE

UNITED States Bankruptcy Court
Southern District of New York
Attn : Lehman Brothers Holding Inc
One Bowling Green
New York – NY 10004-1408

Geneva, 16th December 2014

RECEIVED DEC 18 2014

Dear all,

Please find the necessary documentation to transfer one claim from UBP SA Geneva, in favour of Bank Syz and Co SA Geneva.

I am also sending you a copy of the documents sent on November, 11th 2014 concerning a transfer of claim from Credit Suisse Zurich and for which I have no news.

| NOMINAL NUMBER | DESIGNATION |
|---|---|
| -1- | Claim Lehman for an amount of USD 208'578.26 |

Then, please kindly send us back the docket in order to finalize the transfer

Banque SYZ & CO S.A.
Rue du Rhône 30
1204 Geneva
Switzerland
Attn. Centre Opérationnel - Service Titres

You can contact us to the email address ops.securities@syzgroup.com if you have any question.

Many thanks in advance

Yours truly,

BANQUE SYZ & CO S.A.

Catherine Battig
Officer

Virginie
Vandercapellen

In the case the contents of this envelope does not correspond to the present advice, please contact us immediately and retain the envelope until we can establish from where the difference is coming.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc                 ,       Case No.  08-13555 (JMP)

[RECEIVED DEC 18 2014 stamp]

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Syz & Co SA Geneve | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banque Syz & Co S.A.
30, rue du Rhône
Case postale 5015
1211 Genève 11
Phone: +41 58 799 18 44 (handwritten over printed +41.58.316.0000)
Last Four Digits of Acct #: _____

Court Claim # (if known):  47112
Amount of Claim:  $208,578.26
Date Claim Filed:  10/26/2009

Phone:  +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
DEUTSCHE BK and Trust N-Y
acc Bank Syz and Co SA #04.422.120

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                    /s/ Catherine Bättig           Date: 17.12.2014
    Christoph Tansfeed/Transferee's Agent
    Senior Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



UNION BANCAIRE PRIVÉE

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

RECEIVED DEC 18 2014

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **BANQUE SYZ & CO SA GENEVE** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **47112**) in nominal amount of USD 268'425 **equal to an allowed claim of USD 208'578.26** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3rd December 2014.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities department
Director

Securities department
Associate

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com

...



# UBP
## UNION BANCAIRE PRIVÉE

## Schedule I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0326244133<br><br>Lehman Brothers due 23.10.2008 | 47112 | 26th October 2009 | Lehman Brothers Securities NV | USD 268'425 | USD 208'578.26 |



RECEIVED DEC 18 2014

UNION BANCAIRE PRIVÉE, UBP SA
Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com