


Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St.Galler Kantonalbank AG
**Name of Transferee**

UBS AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

St.Galler Kantonalbank AG
Attn. Sfca
St. Leonhardstrasse 25
9001 St. Gallen
SWITZERLAND

Phone: 0041 71 231 34 13
Last Four Digits of Acct #: _____

Court Claim # (if known): 59233
Date Claim Filed: 10/30/2009
Amount of Claim: CHF 25'301'000.00
Portion of Claim Transferred (see Schedule I): CHF 10'000.00

Phone: 0041 71 231 34 13
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Janina Zürcher  /s/ Oriana Scheuss    Date: December 10, 2014
     Transferee/Transferee's Agent
     Janina Zürcher      Oriana Scheuss

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**St.Galler Kantonalbank AG**

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

FILED / RECEIVED
DEC 17 2014
Epiq Bankruptcy Solutions, LLC

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **St. Galler Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 04th day of December 2014.

**UBS AG (Transferor)**

By: _____
Name: Hugo Koller
Title:    Director

By: _____
Name: Matthias Mohos
Title:    Associate Director

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

FILED / RECEIVED
DEC 17 2014
Epiq Bankruptcy Solutions, LLC

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0326427480 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 10'000.00 out of CHF 25'301'000.00 |



RECEIVED DEC 22 2014 U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK



**St.Galler Kantonalbank**

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

**By Courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

Date    12/10/2014
u/Ref   Sfca
Phone-No.   +41 71 231 34 13 / Anina Zürcher
E-Mail  anina.zuercher@sgkb.ch

RECEIVED DEC 22 2014 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

**Claim Transfer**

Dear Sir or Madam,

Enclosed you receive the forms 'Evidence of Partial Transfer of Claim' and Form 210A.

If we do not hear from you, we assume that everything is okay.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Oriana Scheuss            Anina Zürcher
Mitglied des Kaders       Mitglied des Kaders

