# EXHIBIT A



**Michael S. Atchison@JPMCHASE**

09/16/2008 06:35 AM

To: Henry E Steuart/JPMCHASE@JPMCHASE, Piers Murray/JPMCHASE@JPMCHASE
cc: Mark M Cisz/JPMCHASE@JPMCHASE, Kenneth E Nuttall/JPMCHASE@JPMCHASE, Arthur Magnus/JPMCHASE@JPMCHASE, Gareth Healey/JPMCHASE@JPMCHASE, Gregg Burnstein/JPMCHASE@JPMCHASE, Jennifer L Regan/JPMCHASE@JPMCHASE, kgreaney@bear.com, Mark G Taylor/JPMCHASE@JPMCHASE, Mary R Ambrecht/JPMCHASE@JPMCHASE, Mike Stonier/JPMCHASE@JPMCHASE, NStamou@bear.com, Preeti H Nandanar/JPMCHASE@JPMCHASE, Rachael M Carney/JPMCHASE@JPMCHASE, Tom M McCartin/IL/ONE@JPMCHASE, Christopher A Delgado/JPMCHASE@JPMCHASE, Charles X Coignard/JPMCHASE@JPMCHASE, Mark Demo/JPMCHASE@JPMCHASE, Timothy B. Webb/JPMCHASE@JPMCHASE, Mark Malloy/JPMCHASE@JPMCHASE, Erin O'Rourke/JPMCHASE@JPMCHASE
Subject: Collateral Update - 15th Sept NA End of Day

The two amounts of Collateral in transit not confirmed as received yesterday evening have been confirmed as received. Details are below.
No Lehman CIT was received yesterday.

$7,050,000 was received from 
$12,270,000 was received from

Regards,
Mike

----- Forwarded by Michael S. Atchison/JPMCHASE on 09/16/2008 06:31 AM -----
**Michael S. Atchison** GCRM Collateral Middle Office - Tel 302-634-3154 Fax 302-634-3208

**Michael S. Atchison/JPMCHASE**
09/15/2008 06:42 PM

To Henry E Steuart/JPMCHASE@JPMCHASE, Piers Murray/JPMCHASE@JPMCHASE
cc Mark M Cisz/JPMCHASE@JPMCHASE, Kenneth E Nuttall/JPMCHASE@JPMCHASE, Arthur Magnus/JPMCHASE@JPMCHASE, Gareth Healey/JPMCHASE@JPMCHASE, Gregg Burnstein/JPMCHASE@JPMCHASE, Jennifer L Regan/JPMCHASE@JPMCHASE, kgreaney@bear.com, Mark G Taylor/JPMCHASE@JPMCHASE, Mary R Ambrecht/JPMCHASE@JPMCHASE, Mike Stonier/JPMCHASE@JPMCHASE, NStamou@bear.com, Preeti H Nandanar/JPMCHASE@JPMCHASE, Rachael M Carney/JPMCHASE@JPMCHASE, Tom M McCartin/IL/ONE@JPMCHASE, Christopher A



EXHIBIT 2 (
WIT: Atchison
DATE: 4/28/11
FRANK BAS, RPR

HIGHLY CONFIDENTIAL

JPM-LBHI00026781

Delgado/JPMCHASE@JPMCHASE, Charles X
Coignard/JPMCHASE@JPMCHASE, Mark
Demo/JPMCHASE@JPMCHASE, Timothy B.
Webb/JPMCHASE@JPMCHASE, Mark
Malloy/JPMCHASE@JPMCHASE, Erin
O'Rourke/JPMCHASE@JPMCHASE

Subject

Henry, Piers,

End of day update for today's activity.

Regards,
Mike

*(See attached file: Collateral Report (Leh* █████████████ *) 6.35pm 15th Sept 2008.xls)*



 - Collateral Report (Leh █████████████ 6.35pm 15th

Sept 2008.xls

**DOCUMENT PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL

JPM-LBHI00026783

Calls 15th Sept :- All figures in US$

| Client Name | ENTITY | Contract | MTM | Collateral Held/Pledged | Collateral In Transit CIT | CIT Received Yes / No | Call Amount | Agreed Amount | Disputed Amount | Comments | AIR | AIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB REAL ESTATE PARTNERS II LP & JOINT & SEV COUNTERPA | JPMCB | 10797250.00 | 4,197,634 | 0 | 0 | | 0 | | | | | |
| LEHMAN BROTHERS SPECIAL FINANCING INC | JPMCB | 10009667.00 | (186,497.396) | (246,623.978) | 0 | | 102,520,000 | | | Summary call issued at start of day. Legal directive over rides call | | |
| LEHMAN BROTHERS INCORPORATED | JPMCB | 10518679.00 | (71,554,485) | (53,873,000) | 0 | | (7,590,000) | | | C/P called for $23.06mm, Credit Exec, Henry Steuert has approved the release of $7.59 million. | | |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | JPMCB | 10013167.00 | 116,074,596 | 71,270,000 | 1,300,000 | | 33,510,000 | | | Summary call issued at start of day. Legal directive over rides call | | |
| LEHMAN BROTHERS FINANCE SA | JPMCB | 10012084.00 | (77,201,532) | (20,747.032) | 5,451,250 | | (50,910,000) | | | | | |
| LEHMAN BROTHERS SPECIAL FINANCING INC | JPMC & Co | 10452041.00 | 0 | 95,500,000 | 2,060,000 | | (97,560,000) | | | | | |
| LEHMAN BROTHERS COMMODITY SERVICES INC | JPMCB | 678640.00 | 63,257,166 | 65,114,357 | 0 | | (1,857,000) | | | | | |
| LEHMAN BROTHERS COMMODITY SERVICES INC | JPMVEC | 769710.00 | (43,810,400) | (45,552,955) | 1,690,000 | | 249,588 | | | | | |
| LEHMAN BROTHERS SPECIAL FINANCING INC | JPMSL | 10936512.00 | 18,366,537 | 18,015,000 | 723,000 | | (369,000) | | | | | |
| LEHMAN BROTHERS REAL ESTATE PARTNERS LP | JPMCB | 10363940.00 | 24,727,584 | 1,455,540 | 0 | | (1,455,540) | | | | | |
| LEHMAN BROTHERS COMMERCIAL CORPORATION | JPMCB | 10006074.00 | 73,662,030 | 41,483,000 | 0 | | 12,180,000 | | | Summary call issued at start of day. Legal directive over rides call | | |
| LEHMAN BROTHERS FINANCE SA | JPMIBL | 10916183.00 | (13,772,364) | (8,963,300) | 0 | | (1,810,000) | 0 | | 0 Bank Due to Pay - NO MOVEMENT DUE TO RED | | |
| LEHMAN BROS. COMMERCIAL CORP | BSFX | 31811616 | 81,420 | 0 | | | 81,420 | | | | | |
| LEHMAN BROTHERS FINANCE S.A | BSIL | 35300182 | (26,312,014) | (3,512,821) | | | (21,799,193) | | | | | |
| LEHMAN BROTHERS INT'L EUROPE | BSB | 38060164 | 2,269,038 | 0 | | | 1,269,038 | | | | | |
| LEHMAN BROTHERS INT'L EUROPE | BSCP | 38308019 | 0 | 580 | | | (580) | | | | | |
| LEHMAN BROTHERS INT'L EUROPE | BSIL | 35300504 | 27,953,360 | 27,481,133 | | | (527,773) | | | CIT agreed on Friday was due to be released Monday 15th has not been released - NO MOVEMENT DUE TO RED | | |
| LEHMAN BROTHERS SPECIAL FINAN | BSB | 38080196 | (870,389,551) | (923,766,576) | | | 68,377,025 | | | CIT agreed on Friday was due to be released Monday 15th has not been released - NO MOVEMENT DUE TO RED, Summary call issued at start of day. Legal Directive over rides call | | |
| LEHMAN BROTHERS SPECIAL FINAN | BSCP | 38308011 | (1,692,336) | 1,111,244 | | | (1,803,580) | | | | | |
| LEHMAN BROTHERS SPECIAL FINAN | BSIL | 35302179 | 368,098 | 2,012,723 | | | (1,644,624) | | | | | |
| | JPMCB | 33769.00 | (2,521,060) | 126,120 | 0 | | (125,120) | | | No call from client | | 260 |
| | JPMC & Co | 4330.00 | 123,161,010 | 115,700,000 | (11,509,060) | | 14,000,000 | 14,000,000 | | Agreed in full. | | 74,154 |
| | JPMCB | 5215.00 | 1,521,709,257 | 1,622,946,901 | (18,700,000) | | (97,500,000) | (49,000,000) | | Agreed in full C/P called for $49.00million | | 1,035,752 |
| | JPMC & Co | 10477823.00 | (1,093,056) | (1,200,000) | 0 | | 136,944 | | | | 715 | 1,723 |
| | JPMSL | 10980659.00 | 26,971,466 | 25,770,000 | 0 | | 1,210,000 | 480,000 | 750,000 | Partial Dispute | | 67,433 |
| | JPMCB | 365003.00 | 3,041,464 | 10,900,000 | 0 | | (7,858,536) | | | No call from client. | 80,373 | |
| | JPMVEC | 30619962.00 | 9,656,028 | 0 | 0 | | (0) | | | No call from client. | | 436 |
| | JPMCB | 34372.00 | 8,710,938 | 10,962,953 | 0 | | (3,250,000) | | | No call from client. | | 7,011 |
| | JPMCB | 10012673.00 | 612,532,581 | 463,390,000 | 0 | | 134,933,547 | 0 | 134,933,547 | Full Dispute - Client also called for 229MM. Investigating 6 unmatched trades where JPM mtm totals +$100mm. 4 were previously matched and have dropped from upload | | 463,706 |
| | JPMSL | 10605571.00 | (1,821,052) | (2,120,000) | 190,000 | Yes | 100,000 | 0 | 100,000 | Full Dispute - Client also called for $90,000 | 4,096 | |
| | JPMCB | 10014878.00 | (163,014,837) | (70,766,576) | 0 | | (52,250,000) | (52,250,000) | | Partial dispute C/P called for $123.56mm | 1,440,851 | |
| | BSB | 38080453 | 52,413,726 | 50,111,930 | 7,050,000 | | 2,301,796 | | | Friday call only | | |
| | BSB | 38080198 | (296,634,003) | (832,354,500) | (44,300,000) | | 50,729,704 | | | Await response | | |
| | BSCM | 691175 | 668,272 | 0 | | | 668,272 | | | no call bilateral unsecured | | |
| | BSCP | 38368477 | (725,248) | (747) | | | 746 | | | No call made | | |
| | BSFX | 31811059 | 5,996,377 | 0 | | | 5,996,377 | | | no call bilateral unsecured | | |
| | BSCP | 38308020 | 655,798,826 | 634,557,286 | | | 16,241,540 | | 21,221,540 | all for 4.98mm full dispute | | |
| | BSIL | 35300348 | 881,595,012 | 1,002,353,447 | | | (125,758,435) | | | No call received | | |
| | JPMCB | 10011624.00 | (332,620,050) | (254,970,000) | 61,250,000 | Yes | (114,040,000) | (48,020,000) | | Agreed in full C/P called for $48.02mm. | 205,616 | |
| | JPMCB | 657989.00 | (528,108,014) | (589,545,000) | (55,380,000) | | 124,810,000 | 115,590,000 | | Partial Dispute | 258,389 | 10,493 |
| | JPMCB | 677834.00 | (11,876,588) | (7,860,435) | (8,005,726) | | 4,020,000 | 3,795,939 | 224,061 | Partial Dispute (Pay amount in transit not yet released - pending approval) | | |
| | JPMCB | 554778.00 | 264,810,658 | 298,243,142 | 0 | | (33,430,000) | | | No call received from Client. Same day settlement | | 194,300 |
| | JPMSL | 20852421.00 | 22,624,686 | 21,713,067 | 0 | | 920,000 | | | Client disputed in full. | | 18,451 |
| | JPMVEC | 732818.00 | (141,101,267) | (120,560,000) | (5,610,000) | | (10,540,000) | (300,000) | | Agreed in full. Client called for $300k | 54,772 | |
| | JPMC & Co | 642.00 | 331,630,120 | 288,362,727 | (14,528,545) | | 28,104,938 | 28,105,000 | | Agreed in full | | 919,258 |
| | JPMCB | 716252.00 | (1,277,294,209) | (1,575,754,492) | 0 | | 298,460,000 | 2,960,000 | | Partial dispute | 1,089,054 | 155,538 |
| | BSCP | 38308013 | 53,612 | 880 | | | 52,733 | | | No call, below MTA | | |
| | BSIL | 35302176 | 24,784,175 | 26,412,680 | | | (1,628,504) | | | No call received | | |
| | BSFX | 31949058 | 55,973,026 | 48,784,377 | (7,810,000) | | (7,811,351) | (7,810,000) | | Agreed in full | | |
| | BSIL | 35309065 | 282,710,052 | 340,588,715 | | | (623) | | | No call received | | |
| | BSFX | 31949061 | (54,671,957) | (50,769,322) | 12,270,000 | | 18,117,334 | 12,270,000 | 3,847,334 | Partial dispute | | |
| | BSIL | 35301307 | 82,876,359 | 103,399,550 | (20,520,000) | | (20,523,190) | | | No call received as call is to be covered | | |
| | BSB | 38080201 | 159,141,521 | 309,762,541 | (155,620,000) | | (155,621,520) | | | No call received as call is to be covered | | |
| | BSCP | 38308021 | 334,636,108 | 260,887,393 | | | 73,748,716 | | 90,305,219 | call for 14.617mm, full dispute | | |
| | BSFP | 681838 | (101,415,258) | 0 | | | (101,415,258) | | | no call received bilateral unsecured | | |
| | BSCM | 691600 | (152,715,175) | (214,524,416) | (23,770,000) | | 66,909,236 | 66,909,000 | | 0 Agreed in full | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BSIL | #N/A | (62,475) | 0 | 0 | | 0 | | | No call, below MTA 250k | |
| JPMCB | 10012139.00 | (70,060,911) | (55,670,000) | 0 | | 45,610,000 | | | Full dispute C/P called for $34.5mm | 10,832 |
| JPMCB | 29854.00 | (159,092,507) | (153,693,070) | 0 | | 42,800,563 | 42,000,000 | | Client agreed to 42mm. | 89,522 |
| JPMCB | 10013357.00 | (5,827,723) | 0 | 0 | | 0 | | | No call from client. | |
| JPMCB | 4240.00 | (274,891,448) | (284,200,000) | 0 | | 44,300,000 | | | No Call, diary event. Call only issued 5th business day of th emonth. | 209,656 |
| BSCP | 38306258 | 3,299,247 | 0 | | | 3,469,247 | | | no call 35mm threshold | |
| BSCM | 893634 | 0 | 101,720 | | | (101,719) | | | no call 35mm threshold | |
| BSIL | 35302343 | 0 | 13 | | | (13) | | | no call 35mm threshold | |
| BSFX | 31949060 | (20,956,757) | (56,710,667) | 56,710,000 | Yes | 29,754,110 | | | Agreed in full, awaiting Fed reference | |
| BSIL | 35309801 | 235,849 | 0 | | | 235,849 | | | no call below MTA 250k | |
| BSIL | | 3,767,249 | 0 | 0 | | (3,767,249) | | | no call 35mm threshold | |
| JPMCB | 35749.00 | (613,064,693) | (566,874,952) | 0 | | 53,800,000 | 50,770,000 | | Client agreed to 50.77mm | |
| JPMCB | 34374.00 | (5,068,359) | (5,920,580) | 0 | | 5,852,221 | 5,852,221 | | Client agreed in full. | |
| JPMCB | 11427.00 | (39,874,167) | (29,470,000) | 0 | | (10,370,000) | | | | |
| JPMC & Co | 35933.00 | 130,868,539 | 135,900,000 | 3,000,000 | Yes | (12,000,000) | (9,500,000) | | Client called for 6.6mm, JPM agree in full approved. | |
| JPMCB | 10011481.00 | (5,829,090,632) | (5,879,995,123) | (17,999,929) | | 87,050,000 | 55,360,000 | | Partial Agree Client agreed to 55.36mm. | |
| JPMCB | 10060712.00 | 98,062,848 | 101,324,132 | 0 | | (3,240,000) | (2,944,382) | 0 | Agreed In full - Client called 2.65M (Eur conversion) | |
| JPMCB | 10012495.00 | (1,613,822,623) | (1,472,852,766) | 56,074,980 | Yes | (193,020,000) | (193,020,000) | 317,700,000 | Partial Dispute - Client called $510.72MM. Investigating 7 Issues on trades with mtm difference totaling +$124mm | |
| JPMCB | 628945.00 | 0 | 37 | 0 | | (37) | | | No call from client. | |
| JPMCB | 11639.00 | (703,956,244) | (701,337,550) | 0 | | (2,530,000) | | | No call from client. | |
| JPMSL | 10852312.00 | (2,435,011) | (2,590,000) | 0 | | 154,989 | | | No call from client. | |
| JPMSL | 10952307.00 | 58,353,667 | 55,670,267 | 0 | | 2,690,000 | 2,680,000 | | Agreed in full | |
| JPMVEC | 20813075.00 | 0 | 2,475 | 0 | | (2,475) | | | No call from client. | |
| JPMVEC | 10809823.00 | (138,889,457) | (142,219,645) | 0 | | 3,330,000 | 300,000 | | Partial Dispute. Client agreed to $300k | |
| BSCM | 893635 | (1,655,061,437) | (1,785,440,979) | | | 130,359,542 | 109,633,508 | 20,726,034 | Partial dispute | |
| BSCP | 38306017 | 4,592,828 | 4,491,321 | | | 101,508 | | | No call, below MTA | |
| BSFX | 31949031 | 5,665,633 | (12) | | | 5,665,644 | | | no call, threshold 20mm | |
| BSIL | 35300216 | 818,848,985 | 814,311,240 | | | 4,537,745 | | | Await response | |
| BSCM | 893883 | (16,953) | 0 | | | (16,953) | | | no call below MTA 250k | |
| BSB | #N/A | (1,002,021) | 0 | 0 | | 0 | | | No call, below MTA 2mm | |
| JPMCB | 586260.00 | 0 | 0 | 0 | | 0 | | | No call. | |
| JPMCB | 634123.00 | (9,967,437) | 0 | 0 | | (15,115,327) | | | No call from client. | |

| Legal Name | Contract Number | MTM | Collateral Held/Pledged | Collateral In Transit(CIT) | Call Amount |
|---|---|---|---|---|---|
|  | 10012139 | -70,056,911 | -66,670,000 | 0 | 46,610,000 |
| | 29854 | -186,092,507 | -153,693,070 | 0 | 42,600,563 |
| | 10013357 | -5,871,723 | 0 | 0 | 0 |
| | 11427 | -39,834,167 | -29,470,000 | 0 | -10,370,000 |
| | 10011481 | -5,836,000,632 | -5,879,955,123 | -17,999,929 | 87,050,000 |
| | 35933 | 130,968,539 | 139,900,000 | 3,000,000 | -12,000,000 |
| | 34374 | -5,068,359 | -5,920,580 | 0 | 5,852,221 |
| | 35749 | -613,068,693 | -666,874,952 | 0 | 53,800,000 |
| | 10860712 | 98,082,848 | 101,324,132 | 0 | -3,240,000 |
| | 10012495 | -1,613,622,623 | -1,472,852,766 | 56,074,980 | -193,020,000 |
| | 626945 | 0 | 37 | 0 | -37 |
| | 10809823 | -139,880,457 | -143,219,645 | 0 | 3,330,000 |
| | 10952307 | 58,353,867 | 55,670,267 | 0 | 2,690,000 |
| | 10952312 | -2,435,011 | -2,590,000 | 0 | 154,989 |
| | 11639 | -703,956,244 | -701,333,550 | 0 | -2,630,000 |
| | 20813075 | 0 | 2,475 | 0 | -2,475 |
| LEHMAN BROTHERS COMMERCIAL CORPORATION | 10006074 | 73,662,030 | 41,463,000 | 0 | 12,180,000 |
| LEHMAN BROTHERS COMMODITY SERVICES INC | 10938512 | 18,368,537 | 18,015,000 | 723,000 | -369,000 |
| LEHMAN BROTHERS COMMODITY SERVICES INC | 678640 | 63,257,168 | 65,114,357 | 0 | -1,857,000 |
| LEHMAN BROTHERS COMMODITY SERVICES INC | 789710 | -43,810,400 | -45,692,995 | 1,690,000 | 249,558 |
| LEHMAN BROTHERS FINANCE SA | 10012084 | -77,201,532 | -20,747,032 | 5,451,250 | -60,910,000 |
| LEHMAN BROTHERS FINANCE SA | 10916183 | -13,772,364 | -8,963,300 | 0 | -1,810,000 |
| LEHMAN BROTHERS INCORPORATED | 10518679 | -71,554,486 | -63,873,000 | 0 | -7,690,000 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | 10913167 | 116,074,596 | 71,270,000 | 1,300,000 | 33,510,000 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP & JOINT & SEV COUNTERPARITES | 10797250 | 4,197,634 | 0 | 0 | 0 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS LP | 10383940 | 24,727,584 | 1,455,540 | 0 | -1,455,540 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | 10009067 | -186,497,396 | -246,623,978 | 0 | 102,520,000 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | 10452041 | 0 | 95,500,000 | 2,060,000 | -97,560,000 |
| | 586280 | 0 | 0 | 0 | 0 |
| | 33769 | -3,521,060 | 125,120 | 0 | -125,120 |
| | 4330 | 123,191,010 | 115,700,000 | -11,500,000 | 14,000,000 |
| | 5215 | 1,521,709,257 | 1,622,946,901 | -18,700,000 | -97,500,000 |
| | 10477823 | -1,063,056 | -1,200,000 | 0 | 136,944 |
| | 10980859 | 26,971,466 | 25,770,000 | 0 | 1,210,000 |
| | 30919662 | 9,656,028 | 0 | 0 | 0 |
| | 365003 | 3,041,464 | 10,900,000 | 0 | -7,858,536 |
| | 34372 | 8,710,938 | 10,962,953 | 0 | -3,250,000 |
| | 10012673 | 612,532,581 | 463,390,000 | 0 | 134,933,547 |
| | 10805571 | -1,821,957 | -2,120,000 | 190,000.00 | 100,000 |
| | 10014878 | -163,014,837 | -70,766,679 | 0 | -52,250,000 |
| | 634123 | -8,967,487 | 0 | 0 | -15,116,327 |
| | 657989 | -529,108,014 | -598,545,000 | -55,380,000.00 | 124,810,000 |
| | 677834 | -11,876,988 | -7,890,435 | -8,006,726.00 | 4,020,000 |
| | 20952421 | 22,624,686 | 21,710,067 | 0 | 920,000 |
| | 554776 | 264,810,658 | 298,243,142 | 0 | -33,430,000 |
| | 732818 | -141,101,267 | -120,960,000 | -9,610,000.00 | -10,540,000 |
| | 642 | 331,839,120 | 298,362,727 | -14,628,545 | 28,104,938 |
| | 716252 | -1,277,294,209 | -1,575,754,462 | 0.00 | 298,460,000.00 |
| | 10011624 | -332,620,058.68 | -284,870,000.00 | 61,250,000.00 | -114,010,000.00 |
| | 4240 | -274,891,488.01 | -284,200,000.00 | 0 | 44,300,000.00 |