# EXHIBIT C

| cusip | Buy_Sell | price | Amount | total_money | Transaction_Date | execution_time |
|-------|----------|-------|--------|-------------|------------------|----------------|
| 912828EE6 | S | 110.53125 | 22,000,000.00 | 24,405,801.63 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |
| 912828EE6 | S | 110.53125 | 50,000,000.00 | 55,467,730.98 | 9/18/2008 | 9:56:00 |

| cusip | Buy_Sell | price | Amount | total_money | Transaction_Date | execution_time |
|-------|----------|-------|--------|-------------|------------------|----------------|
| 912828EE6 | P | 108.605 | 50,000,000.00 | 54,504,605.98 | 9/18/2008 | 9:04:00 |
| 912828EE6 | P | 108.605 | 50,000,000.00 | 54,504,605.98 | 9/18/2008 | 9:04:00 |
| 912828EE6 | P | 108.605 | 50,000,000.00 | 54,504,605.98 | 9/18/2008 | 9:04:00 |
| 912828EE6 | P | 108.605 | 50,000,000.00 | 54,504,605.98 | 9/18/2008 | 9:04:00 |
| 912828EE6 | P | 108.605 | 50,000,000.00 | 54,504,605.98 | 9/18/2008 | 9:04:00 |
| 912828EE6 | P | 108.605 | 50,000,000.00 | 54,504,605.98 | 9/18/2008 | 9:04:00 |

| cusip | Buy_Sell | price | Amount | total_money | Transaction_Date | execution_time |
|-------|----------|-------|--------|-------------|------------------|----------------|
| 912828EE6 | P | 108.8125 | 20,000,000.00 | 21,843,342.39 | 9/18/2008 | 10:11:00 |

| cusip | Buy_Sell | price | Amount | total_money | Transaction_Date | execution_time |
|-------|----------|-------|--------|-------------|------------------|----------------|
| 912828EE6 | P | 106.15625 | 18,729,000.00 | 19,970,686.89 | 9/24/2008 | 15:18:00 |
| 912828EE6 | P | 106.15625 | 50,000,000.00 | 53,314,877.72 | 9/24/2008 | 15:18:00 |
| 912828EE6 | P | 106.15625 | 50,000,000.00 | 53,314,877.72 | 9/24/2008 | 15:18:00 |
| 912828EE6 | P | 106.15625 | 50,000,000.00 | 53,314,877.72 | 9/24/2008 | 15:18:00 |
| 912828EE6 | P | 106.15625 | 50,000,000.00 | 53,314,877.72 | 9/24/2008 | 15:18:00 |
| 912828EE6 | P | 106.15625 | 50,000,000.00 | 53,314,877.72 | 9/24/2008 | 15:18:00 |