# EXHIBIT D

| | 4 ¼ 08/15/15 Gov | 95) Save As | 96) Actions▼ | 97) Edit ▼ | 98) Chart | Bar Chart |
| --- | --- | --- | --- | --- | --- | --- |
| | /18/2008 - 09/24/2008 Last Price | ▼ BGN | Bar ▼ | 11) Compare Mov. Avgs | | No Lower Chart ▼ USD |
| 3D | 1M  6M  YTD  1Y  5Y  Max  Daily ▼ | | | | « 📈 Security/Study | 🚩 Event ⚙ |

| Date | Open | High | Low | Close |
| --- | --- | --- | --- | --- |
| 09/24/2008 | 106-11+ | 106-25 | 106-05 | 106-09 |
| 09/23/2008 | 106-07 | 106-11 | 105-27 | 106-05+ |
| 09/22/2008 | 105-22+ | 106-03 | 105-11+ | 105-27 |
| 09/19/2008 | 106-14 | 106-18 | 105-24+ | 105-28 |
| 09/18/2008 | 108-17 | 109-10+ | 108 | 108-01+ |