# EXHIBIT E

| Titan / DML Tran Id | Account | Cusip | Description | Original Qty | Orig Loan Value | Orig Trade Date | Qty closed shars returned to client account | Date closed | Re-Purchase Unit Price | Repurchase loan value | Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T301305BAPO | G 51478 | 76116EGA2 | RESOLUTION FDG CORP FED BOOK ENTRYCPN STRIPS SER A INT PMT ON 8.625%2030 BD | 3,400,000 | $ 1,886,660.00 | 11/1/2001 | 0 | cash out - 10/7 | $ - | $ - | |
| T308028B3MQ | P 84403 | 31331SQB9 | FEDERAL FARM CREDIT BANK BND 4.125% 17/JUL/2009 | 1,900,000 | $ 1,936,812.49 | 1/28/2008 | 0 | cash out - 10/7 | $ - | $ - | |
| T308036B07M | P 84403 | 31331SQB9 | FEDERAL FARM CREDIT BANK BND 4.125% 17/JUL/2009 | 100,000 | $ 101,937.49 | 2/5/2008 | 0 | cash out - 10/7 | $ - | $ - | |
| T308052BZ8V | P 85383 | 31331SRZ8 | FED FARM CREDIT BK 4.125% 15/APR/2009 | 1,000,000 | $ 1,026,796.66 | 2/21/2008 | 0 | cash out - 10/7 | $ - | $ - | |
| T308122CHM8 | P 85383 | 31331SRZ8 | FED FARM CREDIT BK 4.125% 15/APR/2009 | 7,000,000 | $ 7,187,576.66 | 5/1/2008 | 0 | cash out - 10/7 | $ - | $ - | |
| T308254BU5N | G 08131 | 912828E26 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 4,000 | $ 4,330.88 | 6/4/2008 | 4,000 | 22-Sep | $ 111.00 | $ 4,440.00 | 109.12 |
| T308200B6RC | G 08413 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 1,950,000 | $ 1,998,165.81 | 7/18/2008 | 1,950,000 | 19-Sep | $ 103.70 | $ 2,022,150.00 | 23,984.19 |
| T308184CLI9 | G 08414 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 2,335,000 | $ 2,392,675.47 | 7/2/2008 | 2,335,000 | 19-Sep | $ 103.70 | $ 2,421,395.00 | 28,719.53 |
| T308184CLHV | G 08414 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 191,000 | $ 195,717.77 | 7/2/2008 | 191,000 | 19-Sep | $ 103.70 | $ 198,067.00 | 2,349.23 |
| T308200B6RE | G 08415 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 3,110,000 | $ 3,186,818.29 | 7/18/2008 | 3,110,000 | 19-Sep | $ 103.70 | $ 3,225,070.00 | 38,251.71 |
| T308179AYZZ | G 11790 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 2,000,000 | $ 2,049,400.83 | 6/27/2008 | 2,000,000 | 19-Sep | $ 103.70 | $ 2,074,000.00 | 24,599.17 |
| T308206ASDE | P 20422 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 874,000 | $ 946,298.27 | 7/24/2008 | 874,000 | 22-Sep | $ 111.00 | $ 970,140.00 | 23,841.73 |
| T308113AZS3 | P 42295 | 880591EC2 | TENNESSEE VALLEY 4.5% BDS 01/APR/2018 USD1000 | 1,300,000 | $ 1,386,450.00 | 4/22/2008 | 1,300,000 | 19-Sep | $ 104.00 | $ 1,352,000.00 | (34,450.00) |
| T308261CK16 | P 51894 | 3133Y3P3 | FEDERAL FARM CREDIT BANKS 3.5% BDS 03/OCT/2011 USD5000 | 2,000,000 | $ 2,073,400.00 | 2/22/2008 | 2,000,000 | 22-Sep | $ 103.70 | $ 2,074,000.00 | 600.00 |
| T308261CK16 | P 51894 | 31331XLG5 | FEDERAL FARM CREDIT BANKS 4.875% BDS17/JAN/2017 USD1000 | 7,500,000 | $ 7,952,362.49 | 2/22/2008 | 7,500,000 | 23-Sep | $ 107.50 | $ 8,062,500.00 | 110,137.51 |
| T308155AX4H | P 52745 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 605,000 | $ 619,943.75 | 6/3/2008 | 605,000 | 19-Sep | $ 103.70 | $ 627,385.00 | 7,441.25 |
| T308266D77U | P 54366 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 10,448,000 | $ 11,312,258.56 | 7/28/2008 | 10,448,000 | 22-Sep | $ 111.00 | $ 11,597,280.00 | 285,021.44 |
| T308189AVIT | P 54366 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 8,405,000 | $ 9,100,271.19 | 7/7/2008 | 8,405,000 | 22-Sep | $ 111.00 | $ 9,329,550.00 | 229,278.81 |
| T308206AS1N | P 54366 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 26,932,000 | $ 29,159,845.77 | 7/24/2008 | 26,932,000 | 23-Sep | $ 111.00 | $ 29,894,520.00 | 734,674.23 |
| T308206ASZG | P 54366 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 23,532,000 | $ 25,478,593.89 | 7/24/2008 | 23,532,000 | 23-Sep | $ 111.00 | $ 26,120,520.00 | 641,926.11 |
| T308206AUD5 | P 54366 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 18,633,000 | $ 20,174,343.02 | 7/24/2008 | 18,633,000 | 22-Sep | $ 111.00 | $ 20,682,630.00 | 508,286.98 |
| T308218B6D5 | P 54366 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 3,518,000 | $ 3,809,008.96 | 7/28/2008 | 3,518,000 | 22-Sep | $ 111.00 | $ 3,904,980.00 | 95,971.04 |
| T308261CMOV | P 56991 | 880591EC2 | TENNESSEE VALLEY 4.5% BDS 01/APR/2018 USD1000 | 100,000 | $ 106,650.00 | 3/12/2008 | 100,000 | 19-Sep | $ 104.00 | $ 104,000.00 | (2,650.00) |
| T308113AZS7 | P 56991 | 880591EC2 | TENNESSEE VALLEY 4.5% BDS 01/APR/2018 USD1000 | 3,500,000 | $ 3,732,750.00 | 4/22/2008 | 3,500,000 | 19-Sep | $ 104.00 | $ 3,640,000.00 | (92,750.00) |
| T308210BYCV | P 56991 | 3133XGVF8 | FEDERAL HOME LOAN BANKS 5.125% BDS 14/AUG/2013 USD10000 | 42,600,000 | $ 45,742,087.24 | 7/28/2008 | 42,600,000 | 22-Sep | $ 109.25 | $ 46,540,500.00 | 798,412.76 |
| T308207BI8V | P 56991 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 40,000,000 | $ 43,308,845.65 | 7/25/2008 | 40,000,000 | 22-Sep | $ 111.00 | $ 44,400,000.00 | 1,091,154.35 |
| T308247b6yf | P 56991 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 10,000,000 | $ 10,827,211.41 | 7/25/2008 | 10,000,000 | 22-Sep | $ 111.00 | $ 11,100,000.00 | 272,788.59 |
| T308256CGUZ | P 56991 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 37,000,000 | $ 40,060,682.22 | 7/25/2008 | 37,000,000 | 22-Sep | $ 111.00 | $ 41,070,000.00 | 1,009,317.78 |
| T308206AS1G | P 59800 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 1,000,000 | $ 1,082,721.14 | 7/24/2008 | 1,000,000 | 22-Sep | $ 111.00 | $ 1,110,000.00 | 27,278.86 |
| T308087B0YX | P 62100 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 50,000 | $ 51,235.02 | 7/13/2007 | 50,000 | 19-Sep | $ 103.70 | $ 51,850.00 | 614.98 |
| T308200B6RG | P 62100 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 440,000 | $ 450,868.18 | 7/18/2008 | 440,000 | 19-Sep | $ 103.70 | $ 456,280.00 | 5,411.82 |
| T308261CLRJ | P 62100 | 3133912M5 | FEDERAL HOME LOAN BANK 3.875% DUE 14/JUN/2013 | 2,519,000 | $ 2,581,220.34 | 6/3/2008 | 2,519,000 | 19-Sep | $ 103.70 | $ 2,612,203.00 | 30,982.66 |
| T307341BQHY | P 85883 | 3133YSK3 | FEDERAL FARM CREDIT BANKS 4.875% BDS18/FEB/2011 USD5000 | 1,000,000 | $ 1,049,237.08 | 12/7/2007 | 1,000,000 | 19-Sep | $ 106.00 | $ 1,060,000.00 | 10,762.92 |
| T308100ARQH | P 85883 | 3133YSK3 | FEDERAL FARM CREDIT BANKS 4.875% BDS18/FEB/2011 USD5000 | 1,000,000 | $ 1,049,237.08 | 4/9/2008 | 1,000,000 | 19-Sep | $ 106.00 | $ 1,060,000.00 | 10,762.92 |
| T308261CLWP | P 85883 | 3133YSK3 | FEDERAL FARM CREDIT BANKS 4.875% BDS18/FEB/2011 USD5000 | 1,863,000 | $ 1,954,728.68 | 12/31/2007 | 1,863,000 | 19-Sep | $ 106.00 | $ 1,974,780.00 | 20,051.32 |
| T308225AYH3 | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/12/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308225AYHV | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/12/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308225AYHX | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/12/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308225AYHZ | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/12/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308266C8EU | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 1,849,000 | $ 2,001,951.39 | 8/15/2008 | 1,849,000 | 22-Sep | $ 111.00 | $ 2,052,390.00 | (50,438.61) |
| T308261CLQK | P 85883 | 3133KCZS5 | FEDERAL HOME LOAN BK | 2,100,000 | $ 2,144,625.00 | 12/7/2007 | 2,100,000 | 26-Sep | matured | | |
| T308206AS2H | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 24,800,000 | $ 26,851,484.30 | 7/21/2008 | 24,800,000 | 23-Sep | $ 111.00 | $ 27,528,000.00 | 676,515.70 |
| T308206AUD6 | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 31,218,000 | $ 33,800,388.58 | 7/21/2008 | 31,218,000 | 23-Sep | $ 111.00 | $ 34,651,980.00 | 851,591.42 |
| T308225AYH5 | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/12/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308231AYIX | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 7,066,000 | $ 9,652,458.97 | 8/15/2008 | 7,066,000 | 22-Sep | $ 111.00 | $ 7,843,260.00 | (1,809,198.97) |
| T308231AYIX | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/18/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308231AYIZ | P 85883 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 50,000,000 | $ 54,136,057.06 | 8/18/2008 | 50,000,000 | 22-Sep | $ 111.00 | $ 55,500,000.00 | 1,363,942.94 |
| T308065B9HD | P 86825 | 3133YSK3 | FEDERAL FARM CREDIT BANKS 4.875% BDS18/FEB/2011 USD5000 | 437,000 | $ 458,516.60 | 3/5/2008 | 437,000 | 19-Sep | $ 106.00 | $ 463,220.00 | 4,703.40 |
| T308113AZS1 | P 87208 | 880591EC2 | TENNESSEE VALLEY 4.5% BDS 01/APR/2018 USD1000 | 100,000 | $ 106,650.00 | 4/22/2008 | 100,000 | 19-Sep | $ 104.00 | $ 104,000.00 | (2,650.00) |
| T308256CGUY | P 87894 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 13,000,000 | $ 14,075,374.83 | 9/12/2008 | 13,000,000 | 22-Sep | $ 111.00 | $ 14,430,000.00 | 354,625.17 |
| T308107B6W4 | P 89877 | 912803AM5 | UNITED STATES OF AMER TREAS STRIP INT PAYMENT 15/AUG/2017 USD1000 | 7,000,000 | $ 5,116,300.00 | 4/16/2008 | 7,000,000 | 22-Sep | $ 74.02 | $ 5,181,435.00 | 65,135.00 |
| T308114AYPW | P 89877 | 912803AM5 | UNITED STATES OF AMER TREAS STRIP INT PAYMENT 15/AUG/2017 USD1000 | 2,000,000 | $ 1,461,800.00 | 4/23/2008 | 2,000,000 | 22-Sep | $ 74.02 | $ 1,480,410.00 | 18,610.00 |
| T308109BDD2 | P 89877 | 912803AM5 | UNITED STATES OF AMER TREAS STRIP INT PAYMENT 15/AUG/2017 USD1000 | 1,000,000 | $ 716,520.00 | 4/18/2008 | 1,000,000 | 22-Sep | $ 74.02 | $ 740,205.00 | 23,685.00 |
| T308170AT9W | PS35024 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 107,000 | $ 115,851.16 | 6/18/2008 | 107,000 | 22-Sep | $ 111.00 | $ 118,770.00 | 2,918.84 |
| T308228B24G | PS35024 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 3,527,000 | $ 3,818,757.46 | 7/24/2008 | 3,527,000 | 22-Sep | $ 111.00 | $ 3,914,970.00 | 96,212.54 |
| T308255AYUU | PS35024 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 5,138,000 | $ 5,563,021.22 | 9/11/2008 | 5,138,000 | 22-Sep | $ 111.00 | $ 5,703,180.00 | 140,158.78 |
| T308255BP09 | PS35024 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 149,000 | $ 161,325.45 | 9/11/2008 | 149,000 | 22-Sep | $ 111.00 | $ 165,390.00 | 4,064.55 |
| T308255BPSY | PS35024 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 165,000 | $ 178,648.98 | 9/10/2008 | 165,000 | 22-Sep | $ 111.00 | $ 183,150.00 | 4,501.02 |
| T308254B4HS | PS35799 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 500,000 | $ 541,360.57 | 9/10/2008 | 500,000 | 22-Sep | $ 111.00 | $ 555,000.00 | 13,639.43 |
| T308266DACI | S 53910 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 849,000 | $ 919,229.28 | 7/24/2008 | 849,000 | 22-Sep | $ 111.00 | $ 942,390.00 | 23,160.72 |
| T308206AS1J | S 53910 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 5,151,000 | $ 5,577,090.72 | 7/24/2008 | 5,151,000 | 22-Sep | $ 111.00 | $ 5,717,610.00 | 140,519.28 |
| T308214CC4I | S 98128 | 3136FPLP6 | FEDERAL NATL MTG ASSN CALL 3.00% 28/APR/2010 | 1,500,000 | $ 1,519,714.99 | 8/1/2008 | 1,500,000 | 22-Sep | $ 100.00 | $ 1,500,000.00 | (19,714.99) |
| T308170AT90 | S 98171 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 7,797,000 | $ 8,441,976.73 | 6/18/2008 | 7,797,000 | 22-Sep | $ 111.00 | $ 8,654,670.00 | 212,693.27 |
| T308175AY56 | S 98171 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 40,000,000 | $ 43,308,845.65 | 6/23/2008 | 40,000,000 | 22-Sep | $ 111.00 | $ 44,400,000.00 | 1,091,154.35 |
| T308206AS19 | S 98171 | 912828EE6 | UNITED STATES OF AMER TREAS NOTES 4.25% TB 15/AUG/2015 USD1000 SERE-2015' | 338,000 | $ 365,959.74 | 7/24/2008 | 338,000 | 22-Sep | $ 111.00 | $ 375,180.00 | 9,220.26 |

| Cash Paid to client USD | Cash Value Date | Shares Cashed out |
|---|---|---|
| $      1,706,205.00 | 7-Oct | 3,400,000 |
| $      1,940,790.63 | 7-Oct | 1,900,000 |
| $         102,146.88 | 7-Oct | 100,000 |
| $      1,025,976.32 | 7-Oct | 1,000,000 |
| $      7,181,834.23 | 7-Oct | 7,000,000 |