# EXHIBIT F

## WACHTELL, LIPTON, ROSEN & KATZ

| | | | |
|---|---|---|---|
| MARTIN LIPTON | STEPHANIE J. SELIGMAN | DAVID C. BRYAN | MARTIN J.E. ARMS |
| HERBERT M. WACHTELL | JOHN F. SAVARESE | STEVEN A. COHEN | GREGORY E. OSTLING |
| BERNARD W. NUSSBAUM | SCOTT K. CHARLES | DEBORAH L. PAUL | DAVID B. ANDERS |
| LAWRENCE B. PEDOWITZ | DAVID S. NEILL | DAVID C. KARP | ADAM J. SHAPIRO |
| PAUL VIZCARRONDO, JR. | JODI J. SCHWARTZ | RICHARD K. KIM | NELSON O. FITTS |
| PETER C. HEIN | ADAM O. EMMERICH | JOSHUA R. CAMMAKER | JEREMY L. GOLDSTEIN |
| HAROLD S. NOVIKOFF | GEORGE T. CONWAY III | MARK GORDON | JOSHUA M. HOLMES |
| KENNETH B. FORREST | RALPH M. LEVENE | JOSEPH D. LARSON | DAVID E. SHAPIRO |
| MEYER G. KOPLOW | RICHARD G. MASON | LAWRENCE S. MAKOW | DAMIAN G. DIDDEN |
| THEODORE N. MIRVIS | MICHAEL J. SEGAL | JEANNEMARIE O'BRIEN | ANTE VUCIC |
| EDWARD D. HERLIHY | DAVID M. SILK | WAYNE M. CARLIN | IAN BOCZKO |
| DANIEL A. NEFF | ROBIN PANOVKA | STEPHEN R. DiPRIMA | MATTHEW M. GUEST |
| ERIC M. ROTH | DAVID A. KATZ | NICHOLAS G. DEMMO | DAVID K. LAM |
| ANDREW R. BROWNSTEIN | ILENE KNABLE GOTTS | IGOR KIRMAN | BENJAMIN M. ROTH |
| MICHAEL H. BYOWITZ | DAVID M. MURPHY | JONATHAN M. MOSES | JOSHUA A. FELTMAN |
| PAUL K. ROWE | JEFFREY M. WINTNER | T. EIKO STANGE | ELAINE P. GOLIN |
| MARC WOLINSKY | TREVOR S. NORWITZ | DAVID A. SCHWARTZ | EMIL A. KLEINHAUS |
| DAVID GRUENSTEIN | BEN M. GERMANA | JOHN F. LYNCH | KARESSA L. CAIN |
| STEPHEN G. GELLMAN | ANDREW J. NUSSBAUM | WILLIAM SAVITT | |
| STEVEN A. ROSENBLUM | RACHELLE SILVERBERG | ERIC M. ROSOF | |

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

OF COUNSEL

| | |
|---|---|
| WILLIAM T. ALLEN | ERIC S. ROBINSON |
| PETER C. CANELLOS | PATRICIA A. ROBINSON* |
| DAVID M. EINHORN | LEONARD M. ROSEN |
| THEODORE GEWERTZ | MICHAEL W. SCHWARTZ |
| RICHARD D. KATCHER | ELLIOTT V. STEIN |
| THEODORE A. LEVINE | WARREN R. STERN |
| DOUGLAS K. MAYER | PATRICIA A. VLAHAKIS |
| ROBERT B. MAZUR | J. BRYAN WHITWORTH |
| PHILIP MINDLIN | AMY R. WOLF |
| ROBERT M. MORGENTHAU | |

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | PAULA N. GORDON |
| MICHELE J. ALEXANDER | NANCY B. GREENBAUM |
| LOUIS J. BARASH | MAURA R. GROSSMAN |
| DIANNA CHEN | MARK A. KOENIG |
| ANDREW J.H. CHEUNG | J. AUSTIN LYONS |
| PAMELA EHRENKRANZ | AMANDA N. PERSAUD |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |

December 21, 2012

<u>VIA FEDEX AND EMAIL</u>

Matthew R. Scheck, Esq.
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543

Re:   <u>JPMorgan/Lehman: Misc. Claims</u>

Dear Matthew:

I write to follow up on your request for certain information regarding JPMorgan's disposition of collateral related to securities lending.

Enclosed is a CD-ROM containing two spreadsheets, one showing a list of Treasury and other agency bonds involved in bonds borrow transactions and purchased from JPMSI as part of the close-out process and another showing a list of other fixed income securities involved in securities lending transactions and indicating the entity from which they were purchased in the close-out process. In addition, we are separately looking into similar information for equities securities.

The enclosed CD-ROM and the native files on it are being produced subject to the Confidentiality Stipulation and Protective Order signed by the Court on September 1, 2010 (the "Order"). The CD-ROM and its contents are "Highly Confidential" as per the Order.

JPMorgan reserves all rights and waives none.

Sincerely,

*Blair E. Kaminsky*

Blair E. Kaminsky

Enclosure