**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 7th day of January 2015, the Limited Objection and Reservation of Rights of SPCP Group, L.L.C. to Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation was served by Federal Express upon:

**BY FEDEX**

Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Garrett A. Fail, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

William K. Harrington, Esq.
Susan D. Golden, Esq.
Andrea b. Schwartz, Esq.
U.S. Federal Office Building
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY  10014

Dated:   New York, New York
         January 7, 2015

                                              _____
                                              Richard V. Conza