

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:     Lehman Brothers Holdings Inc.              Case No.: 08-13555 (JMP)
                                                     Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule
3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Gerd Eberhard Huettmann  und  Karola** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Gerd Eberhard Huettmann  und  Karola<br>Georg-Kraushaar-Strasse 45<br>46446 Emmerich am Rhein<br>Germany | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 16'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM<br>ONLY --- SEE ATTACHED EVIDENCE OF<br>TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____            Karola Hüttmann      Emmerich, 17, 11, 2014
       Gerd Eberhard Huettmann
       Transferee                              Karola Hüttmann

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18
U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the
fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
           Court")
           One Bowling Green
           New York, New York 10004
           Attention: Clerk of the Court

AND TO:       Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 16'000.00

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is
based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 5% BRC Lehman Bros Securities NV 2007-31.12.2014 | XS0324890440 | Lehman Brothers Securities NV | Lehman Bros Holding Inc. | CHF 16'000.00 out of CHF 52'547 000.00 |

**The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of
doubt, these Lehman Programs Securities are described on the Addendum to the Proof of
Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and
assigned to:

Gerd Eberhard Huettmann
Georg-Kraushaar-Strasse 45
46446 Emmerich am Rhein
Germany

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No.
08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules
of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court
may be entered without further notice to Transferor transferring the Transferred Claim to Transferee
and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC239 UBS025 Gerd Eberhard Huettmann 16k 2750605

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 23, 2014

**UBS AG**
Transferor

By: _____
     Name:  Stephan Gfeller
     Title: Associate Director

By: _____
     Name:  Matthias Mohos
     Title:  Associate Director