ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
Telephone:    (212) 596-9000
Facsimile:    (212) 596-9090
Mark I. Bane

*Attorney for Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark I. Bane, hereby certify that, on January 7, 2015, I caused to be served true and correct copies of the *Limited Objection of Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C. to the Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation* [Docket No. 47709]:  (i) by electronic means via the CM/ECF system for parties requesting electronic service; (ii) by hand delivery on the Chambers of the Honorable Shelley C. Chapman, One Bowling Green, Courtroom 621, New York, NY 10004, and (iii) by hand delivery on the following parties:

    Office of the United States Trustee for Region 2
    201 Varick Street, Suite 1006
    New York, NY  10014
    Attn:  William K. Harrington, Susan Golden, and Andrea Schwartz

47873094_1

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Garrett A. Fail

Dated: January 8, 2015  /s/ Mark I. Bane
New York, New York  ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
Telephone:    (212) 596-9000
Facsimile:     (212) 596-9090
Mark I. Bane

*Attorney for Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C.*

47873094_1