RECEIVED DEC 29 2014

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**John F. Bookout, III** ("Transferor"), c/o KKR, 600 Travis, Suite 7200, Houston, TX 77002, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Sale of Claim agreement dated as of the date hereof, does hereby certify that he has unconditionally and irrevocably sold, transferred and assigned to **Kathryn P. Peltier**, 12777 Jones Road, Suite 155, Houston, TX 77070-4624 ("Transferee"), all right, title and interest in and to the claims of Transferor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $439,076.75 with regard to 3,577 Warrants, docketed as Claim No. 27185 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2014.

John F. Bookout, III

By: _(signed)_
(Signature of authorized signatory)

Name: John F. Bookout, III
Title: Managing Partner
Tel.: 713-241-1924

WITNESS:
_(signed)_ Catherine Eisele
(Signature)
Name: CATHERINE EISELE
Title: Controller
(Print name and title of witness)

Kathryn P. Peltier

By: _(signed)_
(Signature of authorized signatory)
Name: Kathryn P. Peltier
Title:
Tel.: 281-469-9191

WITNESS:
_(signed)_
(Signature)
Name: Rhonda Perez
Title:
(Print name and title of witness)

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: J.P. Morgan Securities LLC

**J.P. Morgan Securities LLC**, having offices located at 270 Park Avenue, New York, New York 10017, ATTN: Cayman B. Wills ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **John F. Bookout III**, c/o KKR, 600 Travis, Suite 7200, Houston, TX 77002 ("Transferee"), all right, title and interest in and to the claims of Transferor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $439,076.75 with regard to 3,577 Warrants, docketed as Claim No. 27185 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 16th day of December, 2014.

WITNESS:

_____
(Signature)
Name: Michael Gary
Title: Analyst
(Print name and title of witness)

WITNESS:

_____
(Signature)
Name: CATHERINE EISELE
Title: Controller
(Print name and title of witness)

J.P. Morgan Securities LLC

By: _____
(Signature of authorized signatory)
Name: Cayman Wills
Title: Executive Director
Tel.: 212-464-1369

John F. Bookout III

By: _____
(Signature of authorized signatory)
Name: John F. Bookout, III
Title: Managing Director
Tel.: 713-241-1924