UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
In re:                                                : Chapter 11
:
:  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC.,                       :
:
:
            Debtor.                                  :
:
:
:
------------------------------------------------------x

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Robinson B. Lacy, Esq.,[1] hereby withdraws his appearance as counsel for parties in interest Barclays Bank PLC, Barclays Capital Inc. and Long Island International LLC ("Barclays") and that Kenneth M. Raisler, a partner of Sullivan & Cromwell LLP, and Kathleen S. McArthur, an associate of Sullivan & Cromwell LLP, hereby enter their appearances as counsel for Barclays, in the above-referenced proceeding.

PLEASE TAKE FURTHER NOTICE that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case should be served on the following:

| Kenneth M. Raisler | Kathleen S. McArthur |
| SULLIVAN & CROMWELL LLP | SULLIVAN & CROMWELL LLP |
| 125 Broad Street | 1700 New York Ave. N.W. |
| New York, New York  10004 | Washington, D.C. 20006 |
| (212) 558-4000 | (202) 956-7500 |
| raislerk@sullcrom.com | mcarthurk@sullcrom.com |

---

[1] Mr. Lacy retired as a partner of Sullivan & Cromwell LLP on December 31, 2014.

PLEASE TAKE FURTHER NOTICE that Robinson B. Lacy requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

Dated: January 08, 2015
　　　　New York, New York

/s/ Robinson B. Lacy
Robinson B. Lacy
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
lacyr@sullcrom.com

*Withdrawing Attorney for*
*Barclays Bank PLC, Barclays Capital Inc.*
*and Long Island International LLC*

/s/ Kenneth M. Raisler
Kenneth M. Raisler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
raislerk@sullcrom.com

/s/ Kathleen S. McArthur
Kathleen S. McArthur
SULLIVAN & CROMWELL LLP
1700 New York Ave. N.W.
Washington, D.C. 20006
(202) 956-7500
mcarthurk@sullcrom.com

*Attorneys for Barclays Bank PLC,*
*Barclays Capital Inc. and Long Island*
*International LLC*

SO ORDERED

_____
Hon. Shelley C. Chapman
United States Bankruptcy Judge