UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 46827, 46829,
: 46830, 46840, 47081, 47083, 47293,
: 47328, 47340, 47341, 47368, 47369,
: 47424-47426
---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC., : 08-13888 (SCC)
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 405 & 407
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of January, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46827, 46829, 46830...47369, 47424-47426 (08-13888) 405 & 407_AFF_12-22-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   HALCYON LOAN TRADING FUND LLC              HALCYON LOAN TRADING FUND LLC
      TRANSFEROR: DEUTSCHE BANK AG               RICHARDS KIBBE & ORBE LLP
      C/O HALCYON ASSET MANAGEMENT LP            ATTN: MANAGING CLERK
      ATTN: MATT SELTZER                         200 LIBERTY STREET
      477 MADISON AVENUE, 8TH FLOOR              NEW YORK NY 10281
      NEW YORK NY 10022
```

Please note that your claim # 26969-21 in the above referenced case and in the amount of
        $4,142,287.45   allowed at $4,145,287.45         has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: HALCYON LOAN TRADING FUND LLC
      ATTN: RICH VICHAIDITH
      C/O DEUTSCHE BANK SECURITIES INC.
      60 WALL STREET
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 405         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/22/2014                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 22, 2014.

# EXHIBIT B

```
TIME: 11:58:18                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/22/14                                              CREDITOR LISTING

Name                                              Address
BANCA FIDEURAM S.P.A.                             PIAZZALE GIULLO DOUHET, 31 ROMA  00163 ITALY
BANQUE PIGUET & CIE S.A.                          ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                  YVERDON  CH-1400 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: PWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI SPOLKA AKCJNA ATTN: BRIAN BROYLES 1615 BRETT ROAD NEW CASTLE DE 19720
CREDIT ANDORRA, S.A.                              ATTN: MR. JOAN MARC CAMINAL AV. MERITXELL 80, EDIFICI B, PLANTA 5 ANDORRA LA VELLA  AD500 SPAIN
CREDIT ANDORRA, S.A.                              TRANSFEROR: WAINGARTEN, SERGIO GABRIEL C/O CRAVATH SWAINE & MOORE LLP RICHARD LEVIN/ SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLICAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
CVI GVF LUXEMBOURG NINETY NINE SARL               TRANSFEROR: BANCA FIDEURAM S.P.A. C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON  WIF 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: RICH VICHAIDITH C/O DEUTSCHE BANK SECURITIES INC. 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON  EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BANCA PROMOS S.P.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN ATTN: JONATHAN BIGGS
                                                  WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
HALCYON LOAN TRADING FUND LLC                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HBK MASTER FUND, L.P.                             TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700
                                                  DALLAS TX 75201
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITTERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                            ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
MARIGLANO INCORPORATED                            BAYSIDE EXECUTIVE PARK BUILDING 3, 2ND FLOOR WEST BAY STREET P.O. BOX N-3024 NASSAU  BAHAMAS
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NEUE AARGAUER BANK AG                             TRANSFEROR: UBS AG CRAVATH SWAINE & MOORE LLP RICHARD LEVIN, SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019
PAULSON PARTNERS ENHANCED L.P.                    TRANSFEROR: PAULSON PARTNERS L.P. C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS L.P.                             SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS L.P.                             TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI           UL. PULAWSKA 15 WARSAW 12 00- 975 POLAND
SPOLKA AKCJNA
RIVERROCK SECURITIES LIMITED                      TRANSFEROR: CREDIT ANDORRA, S.A. ATTN: MICHEL PERETIE 8-10 GROSVENOR GARDENS LONDON  SW1W 0DH UNITED KINGDOM
TURNPIKE LIMITED                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS SECURITIES LLC                                TRANSFEROR: MARIGLANO INCORPORATED ATTN: CRAIG PEARSON 677 WASHINGTON BOULEVARD STAMFORD CT 06901
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: RIVERROCK SECURITIES LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WAINGARTEN, SERGIO GABRIEL                        3 DE FEBRERO 1931 PISO 7B BUENOS AIRES  1428 ARGENTINA
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR
OPPORTUNITIES SEGREGATED PORTFOLIO                NEW YORK NY 10022
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC NEW YORK NY 10022
OPPORTUNITIES SEGREGATED PORTFOLIO
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
OPPORTUNITIES SEGREGATED PORTFOLIO                885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed                   42

                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```