UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :     08-13555 (SCC)
                                                                :     (Jointly Administered)
                        Debtors.                                :
                                                                :
----------------------------------------------------------------x     Ref. Docket Nos. 47314, 47373

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 22, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
8th day of January, 2015
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:  BANK HAPOALIM B.M.
             ATTN: DAVID HERTZ & HAROLD J. WEISSLER
             1177 AVENUE OF THE AMERICAS
             NEW YORK NY 10019


Additional:  BANK HAPOALIM B.M.
             PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
             ATTN: DOUGLAS R. DAVIS
             1285 AVENUE OF THE AMERICAS
             NEW YORK NY 10019




Transferee:  BANK HAPOALIM BM TEL AVIV
             ATTENTION MIGUEL OROZCO
             18851 NE 29TH AVE., SUITE 800
             AVENTURA FL 33180



**Your transfer  of claim #   55854-44  is defective for the reason(s) checked below:**

Can Not Locate Creditor






Docket Number 47314              Date 12/10/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 22, 2014.

# EXHIBIT B

```
TIME: 12:03:51                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 12/22/14                                            CREDITOR LISTING

Name                                         Address
BANK HAPOALIM B.M.                           ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                           18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                           PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM BM TEL AVIV                    ATTENTION MIGUEL OROZCO 18851 NE 29TH AVE., SUITE 800 AVENTURA FL 33180
DEUTSCHE BANK AG, LONDON BRANCH (UK)         TRANSFEROR: BANCA PROMOS S.P.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
WILSHIRE ALDEN GLOBAL EVENT DRIVEN           ATTENTION; ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
OPPORTUNITIES SEGREGATED PORTFOLIO

Total Number of Records Printed    6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC