UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re                                                                    :          Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :          08-13555 (SCC)
                                                                         :          (Jointly Administered)
                    Debtors.                                             :
                                                                         :          Ref. Docket Nos. 47043, 47085,
                                                                         :          47086, 47287, 47370-47372, 47383,
                                                                         :          47400, 47401, 47403-47405, 47421,
                                                                         :          47422, 47447, 47448, 47450-47455,
                                                                         :          47457-47466, 47468, 47469, 47471,
                                                                         :          47476-47480
------------------------------------------------------------------------x
                                                                         :
In re                                                                    :          Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                                  :          08-13888 (SCC)
                                                                         :          (Jointly Administered)
                    Debtors.                                             :
                                                                         :          Ref. Docket No. 412
                                                                         :
                                                                         :
------------------------------------------------------------------------x


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017. I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On December 26, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of January, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
     TRANSFEROR: RIVERROCK SECURITIES LIMITED
     C/O ALDEN GLOBAL CAPITAL
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022

Please note that your claim # 55413-03 in the above referenced case and in the amount of
     $1,014,440.20  allowed at $1,000,000.00        has been transferred **(unless previously expunged by court order)**

     GOLDMAN SACHS & CO.
     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
     ATTN: MICHELLE LATZONI
     200 WEST STREET
     NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47043      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/26/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 26, 2014.

**EXHIBIT B**

TIME: 15:37:06
DATE: 12/26/14

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES LTD.) | ATTN: JEFF LUNDGREN, AS DIRECTOR 47 MARK LANE, 4TH FLOOR LONDON EC3R 7QQ UNITED KINGDOM |
| ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES LTD.) | DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES LTD.) | LINKLATERS LLP ATTN: RICHARD HOLDEN AND TITIA NOLEN ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM |
| ALDEN GLOBAL ADFERO BPI FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 100222 |
| BANCA POPOLARE DI MILANO S.C.A.R.L. | TRANSFEROR: WEBANK S.P.A. ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANK J SAFRA SARASIN LTD | ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS BANK J SAFRA SARASIN LTD ELISABETHENSTRASSE 62, P.O. BOX BASEL CH-4002 SWITZERLAND |
| BANK J SAFRA SARASIN LTD | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANK J SAFRA SARASIN LTD | ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS BANK J SAFRA SARASIN LTD ELISABETHENSTRASSE 62, P.O. BOX BASEL CH-4002 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS BANK J. SAFRA SARASIN LTD ELISABETHENSTRASSE 62, P.O. BOX BASEL CH-4002 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS BANK J. SAFRA SARASIN LTD ELISABETHENSTRASSE 62, P.O. BOX BASEL CH-4002 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: CREDIT SUISSE C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: NEUE AARGAUER BANK AG C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANK SARASIN & CO. LTD | ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS BANK OF J SAFRA SARASIN LTD ELISABETHENSTRASSE 62 P.O. BOX BASEL CH-4002 SWITZERLAND |
| BANK SARASIN & CO. LTD | TRANSFEROR: CREDIT SUISSE C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BRIX, MARIA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA DORTMUNDER STRASSE 224 RECKLINGHAUSEN 45665 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA DORTMUNDER STRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CREDIT ANDORRA, S.A. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY / JAVIER LEVA GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE | TRANSFEROR: BANCO SANTANDER (SUISSE) S.A. AS AGENT AV. MERTIKELL 80 E.B 5 A FINANCERA ANDORRA LA VELLA AD500 ANDORRA |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SLB LEASING-FONDS GMBH & CO. PROJEKT 1 KG ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SLB LEASING-FONDS GMBH & CO THOR KG ATTN: JAMIE FOOTE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SLB LEASING-FONDS GMBH & CO URANUS KG ATTN: JAMIE FOOTE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS ZEPHYR A-5, LTD C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SEITZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:37:06
DATE: 12/26/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC - ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC; ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES PLC. | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES PLC. | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES PLC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES PLC. | TRANSFEROR: VARDE FUND XI (MASTER) L.P, THE ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES PLC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: PAUL A. PALANGE 383 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10017 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INC ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| METROPOLITAN LIFE INSURANCE COMPANY, ON BEHALF OF ITS | T. LURIE; WILLIAM SCHWARTZ, PRINCIPAL AND GENERAL COUNSEL 280 S. MAGNUM ST., SUITE 301 DURHAM NC 27701 |
| METROPOLITAN LIFE INSURANCE COMPANY, ON BEHALF OF ITS | METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT #389 10 PARK AVENUE PO BOX 1902 MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE COMPANY, ON BEHALF OF ITS | METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT #389 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE COMPANY, ON BEHALF OF ITS | SEPARATE ACCOUNT NO. 389 1 METLIFE PLAZA 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY NY 11101 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING CLERK (BANKRUPTCY) RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: METROPOLITAN LIFE INSURANCE COMPANY, ON BEHALF OF ITS ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SMITH BREEDEN ALPHA STRATEGIES MASTER LTD ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SMITH BREEDEN ALPHA STRATEGIES MASTER LTD ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LTD ATTN: JOHN RAGUSA 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LTD ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| RAPAX OC MASTER FUND, LTD. | MICHAEL GREENBLATT, ESQ & ANDREW PROPPS, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP - ATTN: ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP - ERIN ROGERS 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| STORM FUNDING LIMITED (IN ADMINISTRATION) | TRANSFEROR: ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES LTD.) ATT: THE JOINT ADMINISTRATORS LEVEL 23, 25 CANADA SQUARE LONDON E14 5LQ UNITED KINGDOM |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:37:06                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 12/26/14                                         CREDITOR LISTING

Name                         Address
TURNPIKE LIMITED             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O ALDEN GLOBAL CAPITAL, LLC ATTN:  ITHRAN OLIVACCE 885 THIRD AVENUE, 34 FLOOR
                             NEW YORK NY 10022
UBS AG                       TRANSFEROR: CREDIT ANDORRA, S.A. ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
VARDE CREDIT PARTNERS MASTER, L.P.  TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500
                             MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE   TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500
                             MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE  TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500
                             MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER), L.P., THE  TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500
                             MINNEAPOLIS MN 55437
WEBANK S.P.A.                TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L. ATTN: ANTONIO MIGNONE VIA MASSUA 4 MILANO  20146 ITALY
WEBANK S.P.A.                TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: LUCIA CAGNAZZO VIA MASSAUA, 4 MILANO  20146 ITALY
WEBANK S.P.A.                TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: MIGNONE ANTONIO VIA MASSAUA N.4 MILANO  20146 ITALY
ZAIS ZEPHYR A-5, LTD         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
ZAIS ZEPHYR A-5, LTD         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZ NEW YORK NY 10004-1485


Total Number of Records Printed      90


                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```