**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :    **08-13555 (SCC)**
                                                        :    **(Jointly Administered)**
                        Debtors.                        :
                                                        :    **Ref. Docket Nos. 47092, 47456,**
                                                        :    **47467**
                                                        :
----------------------------------------------------------------x
                                                        :
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LB 745 LLC,**                                         :    **08-13600 (SCC)**
                                                        :    **(Jointly Administered)**
                        Debtors.                        :
                                                        :    **Ref. Docket No. 8**
----------------------------------------------------------------x


### AFFIDAVIT OF SERVICE


STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of January, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    BNP PARIBAS (SUISSE) SA
               F/K/A FORTIS BANQUE (SUISSE) SA
               2 PLACE DE HOLLANDE
               GENEVA 11 CH-1211 SWITZERLAND

Additional:

Transferee:    BANK J. SAFRA SARASIN LTD
               C/O BAR & KARRER AG
               ATTN: PETER HSU
               BRANDSCHENKESTRASSE 90
               ZURICH CH-8027 SWITZERLAND

**Your transfer    of claim #    35896    is defective for the reason(s) checked below:**

Other                                CURRENCY DISCREPANCY: CLAIM FILED IN USD, TRANSFER IN EUR

Docket Number 47467              Date 12/03/14

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 26, 2014.

# EXHIBIT B

TIME: 15:27:56
DATE: 12/26/14

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANK J. SAFRA SARASIN LTD | C/O BÄR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH    CH-8027 SWITZERLAND |
| BANK SYZ & CO SA | 30, RUE DU RHONE CASE POSTALE 5015 GENEVA 11  CH-1211 SWITZERLAND |
| BNP PARIBAS (SUISSE)  SA | F/K/A FORTIS BANQUE (SUISSE) SA 2 PLACE DE HOLLANDE GENEVA 11  CH-1211 SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: JEFFREY OLINSKY 60 WALL ST. NEW YORK NY 10005 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC - ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| LEHMAN BROTHERS COMMERCIAL CORPORATION | ATTN: GEORGE J CAHILL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |

Total Number of Records Printed          10

EPIQ BANKRUPTCY SOLUTIONS, LLC