UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                Debtors.                                      :
                                                                  :    Ref. Docket Nos. 47267-47271,
                                                                  :    47423, 47481, 47482, 47498-47512,
                                                                  :    47534, 47537, 47541
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                           :    08-13888 (SCC)
                                                                  :    (Jointly Administered)
                Debtors.                                      :
                                                                  :    Ref. Docket No. 403
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
8th day of January, 2015

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 47267-47271, 47423...47534, 47537, 47541; (08-13888) 403_AFF_12-29-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: VARDE FUND VIII LP, THE            ATTN: JEFF LONGMUIR
     ATTN: DANIEL MIRANDA                           BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                  745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                              NEW YORK NY 10019
```

Please note that your claim # 62813-10 in the above referenced case and in the amount of
       $0.00    allowed at $7,051,053.73        has been transferred **(unless previously expunged by court order)**

```
     JAVANO MANAGEMENT L.L.C.                       JAVANO MANAGEMENT L.L.C.
     TRANSFEROR: BARCLAYS BANK PLC                  ANDREW N. ROSENBERG
     P.O. BOX 6934                                  PAUL WEISS RIFKIND WHARTON & GARRISON LLP
     NEW YORK NY 10150                              1285 AVENUE OF AMERICAS
                                                    NEW YORK NY 10019-6064
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47512       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/29/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 29, 2014.

# EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ITALEASE FINANCE S.P.A. C/O DEUTSCHE BANK SECURITIES INC ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BENJAMIN KOLPA 505 5TH AVENUE SOUTH SEATTLE WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLJUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| JAVANO MANAGEMENT L.L.C. | ANDREW N. ROSENBERG PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF AMERICAS NEW YORK NY 10019-6064 |
| JAVANO MANAGEMENT L.L.C. | TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 6934 NEW YORK NY 10150 |
| LA CARA SALVATORE E PACINI MARIA GABRIELA | TRANSFEROR: ICCREA BANCA S.P.A. VIA NAZIONALE 58/4 T-PIANORO (BO) ITALY |
| LA CARA SALVATORE E PACINI MARIA GABRIELA | PACINI MARIA GABRIELA VIA DON G. CELLI 13 - GAGLI (PU) ITALY |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTN: DAVE PURDOM, JOHN PRINCE DUBLIN 18 IRELAND |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOOR ATTN: FREDERICK MORRIS NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| PAULSON ENHANCED LTD | TRANSFEROR: PAULSON INTERNATIONAL LTD. PAUSON PARTNERS ENHANCED LTD. C/O PAULSON & CO. INC. 1251 AVE OF THE AMERICAS 50TH FLR NEW YORK NY 10020 |
| PAULSON INTERNATIONAL LTD. | ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. NEW YORK NY 10106 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QPTF LLC | TRANSFEROR: BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOR ATTN: FREDERICK MORRIS NEW YORK NY 10036 |
| QPTF LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: BANK OF AMERICA N. A. SHANE BAE / SUZANNE AUERBACH SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: BANK OF AMERICA, N.A. SHANE BAE/SUZANNE AUERBACH SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE NEW YORK NY 10106 |
| SEMPER CONSTANTIA PRIVATBANK AG | (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA |
| SIMONETTA BERZANI | TRANSFEROR: ICCREA BANCA S.P.A. VIA RISORGIMENTO 220 ANGIARI VR 37050 ITALY |
| VARDE INVESTMENT PARNERS, L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed        41