UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                          Debtors.                                :
                                                                  :
-----------------------------------------------------------------x    Ref. Docket No. 47536

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
8th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    HESS CORPORATION
               1185 AVENUE OF THE AMERICAS
               NEW YORK NY 10036


Additional:




Transferee:    LEHMAN BROTHERS COMMERCIAL CORPORATION
               ATTN: GEORGE J CAHILL
               1271 AVENUE OF THE AMERICAS, 40TH FLOOR
               NEW YORK NY 10020


**Your transfer    of claim #    22474    is defective for the reason(s) checked below:**

Other                                    TRANFEROR & TRANSFEREE NAME DOESN'T MATCH EVIDENCE OF TRANS




Docket Number 8              Date 12/12/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 29, 2014.

# EXHIBIT B

```
TIME: 13:04:41                              LEHMAN BROTHERS HOLDING INC.                                                   PAGE: 1
DATE: 12/29/14                                   CREDITOR LISTING

Name                                  Address
HESS CORPORATION                      1185 AVENUE OF THE AMERICAS NEW YORK NY 10036
ICCREA BANCA S.P.A.                   ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA   00178 ITALY
ICCREA BANCA S.P.A.                   ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
LEHMAN BROTHERS COMMERCIAL CORPORATION ATTN: GEORGE J CAHILL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
SABATINI, CAMILLA                     VIA G. MERZARIO 40 - 22033 ASSO (CO) ITALY

Total Number of Records Printed     5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC