UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
:    (Jointly Administered)
    Debtors.                                       :
:    Ref. Docket Nos. 47295-47298,
:    47348, 47351-47353, 47514-47518,
:    47542-47544, 47546-47552, 47555,
:    47556
------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING INC.,            :    08-13888 (SCC)
:    (Jointly Administered)
    Debtors.                                       :
:    Ref. Docket Nos. 408-411
:
:
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of January, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 47295-47298, 47348...47552, 47555, 47556; (08-13888) 408-411_AFF_12-30-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BANC OF AMERICA CREDIT PRODUCTS, INC.
              TRANSFEROR: TSVE CAPITAL LLC
              C/O BANK OF AMERICA MERRILL LYNCH
              ATTN: GARY S. COHEN/ ANTE JAKIC
              BANK OF AMERICA TOWER - 3RD FLOOR
              ONE BRYANT PARK
              NEW YORK NY 10036

Please note that your claim # 10349-02 in the above referenced case and in the amount of
        $14,994,745.15   allowed at $10,000,000.00         has been transferred **(unless previously expunged by court order)**

              HBK MASTER FUND L.P.
              TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
              C/O HBK SERVICE LLC
              2101 CEDAR SPRINGS ROAD, SUITE 700
              DALLAS TX 75201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47547        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/30/2014                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2014.

# EXHIBIT B

```
TIME: 11:34:34                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 12/30/14                                              CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.   TRANSFEROR: TSVE CAPITAL LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN/ ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                        ONE BRYANT PARK NEW YORK NY 10036
BANK CIC (SWITZERLAND) LTD.             ATTN: FELIX HASLER MARKTPLATZ 11-13 BASEL 4001 SWITZERLAND
BARCLAYS BANK PLC                       JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       ATTN: JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON                TRANSFEROR: SOLA LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                TRANSFEROR: SOLA LTD C/O DEUTSCHE BANK, SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                TRANSFEROR: ULTRA MASTER LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: HCN LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: HLTS FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EDMOND DE ROTHSCHILD (SUISSE) SA        TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: MARTINE BOILLON 18 RUE DE HESSE GENEVA 1204 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: BARCLAYS BANK PLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HBK MASTER FUND L.P.                    TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O HBK SERVICE LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                    TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HCN LP                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                         TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HSBC PRIVATE BANK MONACO S.A.           ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT 17 AVENUE D'OSTENDE MONACO 98000 MONACO
JAVANO MANAGEMENT, L.L.C.               TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 6934 NEW YORK NY 10150
JAVANO MANAGEMENT, L.L.C.               C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:   ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
JAVANO MANAGEMENT, L.L.C.               C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN:   ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
JAVANO MANAGEMENT, L.L.C.               C/O PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP ATTN:  ANDREW N. ROSENBERG 1285 AVENUE OF AMERICAS NEW YORK NY 10019-6064
LONG BEACH HOLDINGS, L.L.C.             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAZ STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATT: MAX STRASBURG SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG SAN FRANCISCO CA 94111
LONG BEACH HOLDINGS, L.L.C.             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: MAX STRASBURG ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
QPTF LLC                                TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106
QUANTUM PARTNERS LP                     TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106
STONEHILL INSTITUTIONAL PARTNERS, LP    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN STEVEN D NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MANAGEMENT, ATTN: S D NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
TSVE CAPITAL LLC                        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ANDREWS KURTH LLP ATTN: DAVID J HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
UBS AG, SWITZERLAND                     TRANSFEROR: HSBC PRIVATE BANK MONACO S.A. ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND

Total Number of Records Printed         43
```