UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 46983, 47042,
                                                                    47163, 47166, 47168, 47169, 47406,
                                                                    47427-47430, 47441, 47442, 47483,
                                                                    47496, 47497, 47513, 47519-47533,
                                                                    47538, 47539, 47560-47562

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 31, 2014, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
8th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46983, 47042, 47163...47539, 47560-47562_AFF_12-31-14.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: ILLIQUIDX LLP
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

Please note that your claim # 58671-09 in the above referenced case and in the amount of
$2,029,999.95    allowed at $183,084.48    has been transferred **(unless previously expunged by court order)**

GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47442    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/31/2014    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 31, 2014.

# EXHIBIT B

```
TIME: 11:45:08                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 12/31/14                                                    CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND, L.P.                                       NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND                 TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND                 TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                      NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,                TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  L.P.                                                    885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,                TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                                    NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,                TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,                TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALEITER HOLDINGS LLC                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP ATTN: LARRY HALPERIN 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                          NEW YORK NY 10020-1708
ALEITER HOLDINGS LLC                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP ATTN: LARRY HALPERIN 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                          NEW YORK NY 10020-1708
ALEITER HOLDINGS LLC                                    TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                                                          NEW YORK NY 10020-1708
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.                  PIAZZALE LODI, 3 MILANO (MI) 20137 ITALY
BANCA DI BOLOGNA                                        SEDE LEGALE E DIREZIONE GENERALE PIAZZA GALVANI, N. 4 BOLOGNA 40124 ITALY
BARCLAYS BANK PLC                                       JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       ATTN: JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD                               TRANSFEROR: ONYX FINANCE LIMITED ATTN: JENNIFER DONOVAN 65 E 55TH ST., 19TH FLOOR NEW YORK NY 10022
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.                 DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, L.L.C.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN; BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,                DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE, 12TH FLOOR NEW YORK NY 10152
  L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,                DAVID HOYT C/O ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
  L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS II,                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152
  L.P.
CREDIT SUISSE LOAN FUNDING LLC                          TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C. ATTN: ASHWINEE SAWH 1 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010
CREDIT SUISSE LOAN FUNDING LLC                          TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. ATTN: ASHWINEE SAWH 1 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010
CREDITO EMILIANO S.P.A.                                 ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                                 ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HCN LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HLF LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HLTS FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                                     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:45:08                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 12/31/14                                               CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                              TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICE LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                              TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                              TRANSFEROR: HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ICCREA BANCA S.P.A                                TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O CREDITO VALDINIEVOLE, ATTN: UFFICIO FINANZA
                                                  TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. C/O CREDITO COOPERATIVO DI MONTECATINI TERME E BIENTINA SOCIETA COOPERATIVA VIA UGO FOSCOLO N. 16/2
                                                  MONTECATINI TERME (PT) 51016 ITALY
ICCREA BANCA S.P.A.                               TRANSFEROR: ICCREA BANCA S.P.A. VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ICCREA BANCA S.P.A.                               TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LEGAL DEPARTMENT VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: BANCA DI BOLOGNA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JAVANO MANAGEMENT L.L.C.                          TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 6934 NEW YORK NY 10150
                                                  C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
JAVANO MANAGEMENT, L.L.C.                         TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 6934 NEW YORK NY 10150
JAVANO MANAGEMENT, L.L.C.                         C/O PAUL WEISS, RIFKIND, WHARTON, & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
KONITZER, HELMUT                                  GABRIELE KONITZER RAIFFEISENWEG 32 NEUKIRCHEN 25927 GERMANY
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: THIRD AVENUE FOCUSED CREDIT FUND ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
ONYX FINANCE LIMITED                              ATTN: DEAN GODWIN (RE 2001-1 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM
ONYX FINANCE LIMITED                              CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
QPTF LLC                                          TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT NEW YORK NY 10106
QPTF LLC                                          TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE
                                                  NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE
                                                  NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT.
                                                  888 SEVENTH AVENUE NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
THIRD AVENUE FOCUSED CREDIT FUND                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWIN TAI 622 THIRD AVENUE, 32ND FLOOR NEW YORK NY 10017
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL; ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 11:45:08　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE: 3
DATE: 12/31/14
08-13555-mg    Doc 47742    Filed 01/08/15    Entered 01/08/15 17:39:45    Main Document
                                        Pg 7 of 7

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: KONITZER, HELMUT ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: UBS AG RUE DU RHONE 96-98 P.O. BOX 1320 GENEVA 1 CH-1211 SWITZERLAND |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    91