**GIBSON, DUNN & CRUTCHER LLP**
Matthew K. Kelsey
Lisa H. Rubin
Jeremy L. Graves (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Banc of America Credit Products, Inc.*
*Merrill Lynch Credit Products, LLC, and*
*Merrill Lynch International*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, Attorneys for Banc of America Credit Products, Inc., Merrill Lynch Credit Products, LLC, and Merrill Lynch International.

2. On January 7, 2015 I caused true and correct copies of the following pleading to be served (i) by electronic means via the CM/ECF system for parties requesting electronic service; (ii) upon the parties listed in the service list attached hereto as **Exhibit A**, at the addresses set forth therein via Overnight Mail.

   - *Joinder of Banc of America Credit Products, Inc., Merrill Lynch Credit Products, LLC, and Merrill Lynch International, to Limited Objection of Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C. to the Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation* **[Docket No. 47713].**

3. I certify under penalty of perjury that the foregoing is true and correct.

_____
Duke Amponsah

Sworn to before me this
9th day of January, 2015

_____

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 2015

# EXHIBIT A

Honorable Shelley C. Chapman
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York, New York 10153
Attn: Garrett A. Fail, Esq.

The Office of the United States Trustee
Southern District of New York
201 Varick Street
Room 1006
New York, NY 10014
Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.Evan R. Fleck, Esq., and Dennis C. O'Donnell, Esq.