**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for Claimant SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON CLAIMANT SPCP GROUP, L.L.C.'S MOTION UNDER BANKRUPTCY CODE SECTION 1142(b) TO COMPEL LOTC TO PAY POST-PETITION INTEREST AS REQUIRED BY ITS CONFIRMED PLAN OF <u>REORGANIZATION</u>**

**PLEASE TAKE NOTICE** that the hearing to consider claimant SPCP Group, L.L.C.'s motion under Bankruptcy Code section 1142(b) to compel LOTC to pay post-petition interest as required by its confirmed plan of reorganization (D.I. 47474), which was scheduled for January 15, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as the matter may be heard.

**PLEASE TAKE FURTHER NOTICE** that the adjourned hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623

of the United States Bankruptcy Court, Southern District of New York, One Bowling Green,

New York, New York, 10004.

Dated: January 9, 2015
       New York, New York

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                          By:   /s/ Sean A. O'Neal_____
                                Thomas J. Moloney
                                Sean A. O'Neal
                                Humayun Khalid
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone: (212) 225-2000
                                Fax: (212) 225-3999

                                *Attorneys for Claimant SPCP Group, L.L.C.*