Kevin J. Nash, Esq.  
Goldberg Weprin Finkel Goldstein LLP  
*Attorneys for Rocco F. Andriola*  
1501 Broadway, 22nd Floor  
New York, New York 10036  
(212) 221-5700  

Hearing Date and Time:  
January 15, 2015 at 10:00 a.m.  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
In re  

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  

                     Debtors.  
------------------------------------------------------------X  

Claim No. 10544  

Chapter 11  

Case No. 08-13555 (JMP)  

(Jointly Administered)  

## JOINDER TO (i) MOTION FOR STAY PENDING APPEAL, AND (ii) MOTION FOR AN ORDER DIRECTING IMMEDIATE RESTORATION OF PLAN RESERVES

Rocco F. Andriola joins the (i) *Motion Pursuant to Bankruptcy Rule 8007 for a Stay Pending Appeal of the Order Sustaining Omnibus Objections and Reclassifying Claims or Restricted Stock Units and Contingent Stock Awards* dated December 24, 2014 (doc. 47545), and (ii) *Motion of Compensation Claimants for an Order Directing Immediate Restoration of Plan Reserves* dated December 31, 2014 (doc. 47595).

Dated: New York, New York  
       January 9, 2015

                                      Goldberg Weprin Finkel Goldstein LLP  
                                      *Attorneys for Rocco F. Andriola*  
                                      1501 Broadway, 22nd Floor  
                                      New York, New York 10036  
                                      (212) 221-5700  

                                      By:    /s/Kevin J. Nash

TO:   Weil, Gotshal & Manges LLP  
        *Attorneys for the Debtors*  
        767 Fifth Avenue  
        New York, New York 10153  
        Attn: Doron P. Kenter