**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 9th day of January 2015, the Notice of Adjournment of Hearing on Claimant SPCP Group, L.L.C.'s Motion Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by its Confirmed Plan of Reorganization was served by Federal Express and email, as indicated, upon:

**BY FEDERAL EXPRESS**

Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Garrett A. Fail, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Evan R. Fleck, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

William K. Harrington, Esq.
Susan D. Golden, Esq.
Andrea b. Schwartz, Esq.
U.S. Federal Office Building
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

**<u>BY EMAIL</u>**

BTURK@TISHMANSPEYER.COM; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM; MLYNCH2@TRAVELERS.COM; HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM; NEWYORK@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; JACOBSONN@SEC.GOV; DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM; EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM; ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM; CBELISLE@WFW.COM; JFREEBERG@WFW.COM; RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM; RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM; ELEICHT@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM; MRUETZEL@WHITECASE.COM; TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM; CRAIG.GOLDBLATT@WILMERHALE.COM; PFINKEL@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; BROTENBERG@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM;

2

VGULDI@ZUCKERMAN.COM; STREUSAND@STREUSANDLANDON.COM;
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM;
LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM;
HOLSEN@STROOCK.COM; cszyfer@stroock.com; WWEINTRAUB@STUTMAN.COM;
KJARASHOW@STUTMAN.COM; LACYR@SULLCROM.COM;
CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM;
WRIGHTTH@SULLCROM.COM; FRITSCHJ@SULLCROM.COM;
SCOTTJ@SULLCROM.COM; mccarthyj@sullcrom.com; JDWECK@SUTHERLAND.COM;
RICK.MURPHY@SUTHERLAND.COM; MARK.SHERRILL@SUTHERLAND.COM;
BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COM;
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV;
Jonathan.goldblatt@bnymellon.com; MMORREALE@US.MUFG.JP;
FOONT@FOONTLAW.COM; YAMASHIRO@SUMITOMOTRUST.CO.JP;
MATT@WILLAW.COM; DEMETRA.LIGGINS@TKLAW.COM;
RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM;
DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM;
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM;
PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM;
RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;
LWHIDDEN@SALANS.COM; CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM; AISENBERG@SAUL.COM;
JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM;
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM;
LAWRENCE.GELBER@SRZ.COM; SHARBECK@SIPC.ORG; COHEN@SEWKIS.COM;
ASHMEAD@SEWKIS.COM; MUNNO@SEWKIS.COM; GUZMAN@SEWKIS.COM;
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM;
ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM;
CSHULMAN@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
AMARTIN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
BANKRUPTCY@GOODWIN.COM; JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM;
AUNGER@SIDLEY.COM; RFRIEDMAN@SILVERMANACAMPORA.COM;
SQUSBA@STBLAW.COM; IRETHY@STBLAW.COM; RAJ.MADAN@SKADDEN.COM;
ANGIE.OWEN@SKADDEN.COM; SALLY.HENRY@SKADDEN.COM;
FYATES@SONNENSCHEIN.COM; PMAXCY@SONNENSCHEIN.COM;
SLERNER@SSD.COM; RTERENZI@STCWLAW.COM;
CGOLDSTEIN@STCWLAW.COM; J.ZELLOE@STAHLZELLOE.COM;
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM; MARC.CHAIT@SC.COM;
SSTARR@STARRANDSTARR.COM; DMILLER@STEINLUBIN.COM;
EOBRIEN@SBCHLAW.COM; CP@STEVENSLEE.COM;
MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
MDORVAL@STRADLEY.COM; DJOSEPH@STRADLEY.COM;
JMMURPHY@STRADLEY.COM; LANDON@SLOLLP.COM; VILLA@SLOLLP.COM;
RGOODMAN@MOUNDCOTTON.COM; AMH@AMHANDLERLAW.COM;
SABVANROOY@HOTMAIL.COM; MILLEE12@NATIONWIDE.COM;

FHENN@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGE.COM;
DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM;
VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM;
CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM;
JOHN.MULE@AG.STATE.MN.US; JNADRITCH@OLSHANLAW.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM; RDAVERSA@ORRICK.COM;
JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM;
MAUSTIN@ORRICK.COM; LMCGOWEN@ORRICK.COM;
TOMWELSH@ORRICK.COM; OTCCORPACTIONS@FINRA.ORG;
WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM;
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM;
WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM;
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM;
HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM;
sshimshak@paulweiss.com; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PEITZMANWEG.COM;
CMESTRES@ACLAWLLP.COM; KRESSK@PEPPERLAW.COM;
KOVSKYD@PEPPERLAW.COM; WISOTSKA@PEPPERLAW.COM;
LAWALLF@PEPPERLAW.COM; MELTZERE@PEPPERLAW.COM;
SCHANNEJ@PEPPERLAW.COM; ARLBANK@PBFCM.COM; JHORGAN@PHXA.COM;
SAMUEL.CAVIOR@PILLSBURYLAW.COM;
EDWARD.FLANDERS@PILLSBURYLAW.COM;
NATHAN.SPATZ@PILLSBURYLAW.COM; DFLANIGAN@POLSINELLI.COM;
JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM; JSMAIRO@PBNLAW.COM;
TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
mbienenstock@proskauer.com; RBEACHER@PRYORCASHMAN.COM;
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM;
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM;
GARY.RAVERTPLLC@GMAIL.COM; LHILL@REEDSMITH.COM;
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
ASOMERS@RCTLEGAL.COM; HMAGALIFF@R3MLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
Mark.bane@ropesgray.com; ROSS.MARTIN@ROPESGRAY.COM;
ROBIN.KELLER@LOVELLS.COM; CHRIS.DONOHO@LOVELLS.COM;
ILEVEE@LOWENSTEIN.COM; KROSEN@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;
TWHEELER@LOWENSTEIN.COM; JPROL@LOWENSTEIN.COM;

SCARGILL@LOWENSTEIN.COM; MWARREN@MTB.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM; FHYMAN@MAYERBROWN.COM;
MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
EMERBERG@MAYERBROWN.COM; TKIRIAKOS@MAYERBROWN.COM;
SWOLOWITZ@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;
JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM;
MH1@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM; ICATTO@MWE.COM; phayden@mcguirewoods.com;
SFOX@MCGUIREWOODS.COM; dhayes@mcguirewoods.com;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM;
JMR@MSF-LAW.COM; MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM;
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM;
HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM; ddunne@milbank.com;
WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM;
EFLECK@MILBANK.COM; PARONZON@MILBANK.COM; GBRAY@MILBANK.COM;
SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV;
MICHAEL.KELLY@MONARCHLP.COM; DAVIDWHEELER@MVALAW.COM;
NHERMAN@MORGANLEWIS.COM; agottfried@morganlewis.com;
JGOODCHILD@MORGANLEWIS.COM; NISSAY_10259-0154@MHMJAPAN.COM;
LBERKOFF@MORITTHOCK.COM; JPINTARELLI@MOFO.COM;
LMARINUZZI@MOFO.COM; YUWATOKO@MOFO.COM; TGOREN@MOFO.COM;
LNASHELSKY@MOFO.COM; MROTHCHILD@MOFO.COM; BMILLER@MOFO.COM;
BANKRUPTCY@MORRISONCOHEN.COM; JSULLIVAN@MOSESSINGER.COM;
akolod@mosessinger.com; MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM; AGLENN@KASOWITZ.COM;
SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM; STEPHEN.HESSLER@KIRKLAND.COM;
MARK.MCKANE@KIRKLAND.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
JONATHAN.HENES@KIRKLAND.COM; JOSEPH.SERINO@KIRKLAND.COM;
CHAD.HUSNICK@KIRKLAND.COM; CHRISTOPHER.GRECO@KIRKLAND.COM;
JAY@KLEINSOLOMON.COM; JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM; ANDREW.LOURIE@KOBREKIM.COM;
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM;
DEGGERMANN@KRAMERLEVIN.COM; MLANDMAN@LCBF.COM;
WBALLAINE@LCBF.COM; SREE@LCBF.COM; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; JAMESBOYAJIAN@GMAIL.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET; LISA.SOLOMON@ATT.NET;
LKATZ@LTBLAW.COM; WSWEARINGEN@LLF-LAW.COM; SFINEMAN@LCHB.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;

WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM; LOIZIDES@LOIZIDES.COM; RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM; WDASE@FZWZ.COM; APALAZZOLO@FZWZ.COM; DHEFFER@FOLEY.COM; JLee@foley.com; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; RBERNARD@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM; KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM; SORY@FDLAW.COM; JHIGGINS@FDLAW.COM; DEGGERT@FREEBORNPETERS.COM; PATRICK.OH@FRESHFIELDS.COM; timothy.harkness@freshfields.com; DAVID.LIVSHIZ@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM; EFRIEDMAN@FRIEDMANSPRING.COM; EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM; drosenzweig@fulbright.com; JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM; DMARKHAM@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM; DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM; BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM; MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM; JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM; WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET; DTHEISING@HARRISONMOBERLY.COM; SLDREYFUSS@HLGSLAW.COM; MMOLOSHOK@HLGSLAW.COM; AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM; JDORAN@HASLAW.COM; RLEEK@HODGSONRUSS.COM; SCOTT.GOLDEN@HOGANLOVELLS.COM; BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; RICHARD.LEAR@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM; KERRY.MOYNIHAN@HRO.COM; ADAM.BREZINE@HRO.COM; GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM; MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM; KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM; CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM; AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US; PTROSTLE@JENNER.COM; DMURRAY@JENNER.COM; RBYMAN@JENNER.COM; GSPILSBURY@JSSLAW.COM; JOSEPH.CORDARO@USDOJ.GOV; MICHAELS@JSTRIALLAW.COM; ROBERT.HONEYWELL@KLGATES.COM; ENKAPLAN@KAPLANLANDAU.COM; DMARK@KASOWITZ.COM; DROSNER@KASOWITZ.COM; WANDA.GOODLOE@CBRE.COM; DLEMAY@CHADBOURNE.COM;

HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM;
JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM;
APPLEBY@CHAPMAN.COM; HEISER@CHAPMAN.COM; jbromley@cgsh.com;
lschweitzer@cgsh.com; lgranfield@cgsh.com; maofiling@cgsh.com;
jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com;
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM;
DHURST@COLESCHOTZ.COM; RWASSERMAN@CFTC.GOV; MMENDEZ@CRB-LAW.COM; SFALANGA@CONNELLFOLEY.COM;
CHEMRICK@CONNELLFOLEY.COM; JEFF.WITTIG@COAIR.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US;
MHOPKINS@COV.COM; DCOFFINO@COV.COM; RLEVIN@CRAVATH.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; MLICHTENSTEIN@CROWELL.COM;
JCARBERRY@CL-LAW.COM; DHW@DHCLEGAL.COM;
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM;
DJCARRAGHER@DAYPITNEY.COM; MGINZBURG@DAYPITNEY.COM;
JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM;
MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM;
IVA.UROIC@DECHERT.COM; LHOFFMAN@DEILYLAWFIRM.COM;
LPERKINS@DEILYLAWFIRM.COM; MMOONEY@DEILYLAWFIRM.COM;
TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM;
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM;
AKADISH@DTLAWGROUP.COM; AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM; MATTHEW.KLEPPER@DLAPIPER.COM;
THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM;
GEORGE.SOUTH@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM;
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM;
Steven.Troyer@Commerzbank.com; JJOYCE@DRESSLERPETERS.COM;
ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM;
TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM;
SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM;
AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM;
JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM;
DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM;
SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;
MICHAEL.KRAUSS@FAEGREBD.COM; LSCARCELLA@FARRELLFRITZ.COM;
SHARI.LEVENTHAL@NY.FRB.ORG; SFELDERSTEIN@FFWPLAW.COM;
PPASCUZZI@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM;
ALUM@FTPORTFOLIOS.COM

Dated:   New York, New York
         January 12, 2015

_____
Richard V. Conza