UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
In re:                                   :   Chapter 11
:
:   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC.,           :
:
:
Debtor.                   :
:
:
:
---------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Kathleen S. McArthur, an associate of Sullivan & Cromwell LLP, enters an appearance in the above-captioned action as counsel for parties in interest Barclays Bank PLC, Barclays Capital Inc. and Long Island International LLC ("Barclays").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, counsel hereby requests that copies of all notices and pleadings given or filed in this case be served upon:

> Kathleen S. McArthur
> SULLIVAN & CROMWELL LLP
> 1700 New York Ave. N.W.
> Washington, D.C.  20006
> (202) 956-7500
> mcarthurk@sullcrom.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, hand or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

Respectfully submitted,

*/s/ Kathleen S. McArthur*
Kathleen S. McArthur (KM 4285)
SULLIVAN & CROMWELL LLP
1700 New York Ave. N.W.
Washington, D.C. 20006
(202) 956-7500
mcarthurk@sullcrom.com

Dated: January 12, 2015
       New York, New York

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Kathleen S. McArthur*
Kathleen S. McArthur