B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | SMC Credit Opportunities Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attention: Vivian Torian
Telephone: (214) 758-6161
Facsimile: (214) 758-1261
vtorian@hbk.com

Court Claim # (if known): 15899
Amount of Claim Transferred: $394,655.00
Date Claim Filed: 9/17/09
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.        By: HBK Services LLC
                            Investment Advisor

Date: 1/9/2015

By: _____
Name of Transferee/Transferee's Agent
Beauregard A. Fournet
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

SMC CREDIT OPPORTUNITIES FUND, LTD.

By: Spring Mountain Capital, LP, its investment manager

By: _____
Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.

Date: 1/9/2015

By: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

SMC CREDIT OPPORTUNITIES FUND, LTD.

By: Spring Mountain Capital, LP, its investment manager
By: Spring Mountain Capital G.P., LLC, its general partner

By: _____
    Transferor/Transferor's Agent      Gregory P. Ho
                                       Managing Member

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK Master Fund L.P.                           SMC Credit Opportunities Fund, Ltd.
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 15900
should be sent:                                Amount of Claim Transferred: $394,655.00
                                               Date Claim Filed: 9/17/09
HBK Master Fund L.P.                           Debtor: Lehman Brothers Special Financing Inc.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attention: Vivian Torian
Telephone: (214) 758-6161
Facsimile: (214) 758-1261
vtorian@hbk.com

Phone:_____         Phone:_____
Last Four Digits of Acct #:_____    Last Four Digits of Acct. #:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.    By: HBK Services LLC
Investment Advisor

Date: 1/9/2015

By: _____
Name of Transferee/Transferee's Agent
Beauregard A. Fournet
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

SMC CREDIT OPPORTUNITIES FUND, LTD.

By: Spring Mountain Capital, LP, its investment manager

By: _____
Transferor/Transferor's Agent

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.

Date: 1/9/2015

By: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

SMC CREDIT OPPORTUNITIES FUND, LTD.

By: Spring Mountain Capital, LP, its investment manager
By: Spring Mountain Capital G.P., LLC, its general partner

By: _____
    Transferor/Transferor's Agent    Gregory P. Ho
                                     Managing Member