WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON
THE FOUR HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO
CLAIMS (SATISFIED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims) [ECF No. 47078], which was scheduled for January 15, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 19, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:   January 12, 2015
            New York, New York

                                           /s/ Garrett A. Fail
                                           Garrett A. Fail

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           *Attorneys for Lehman Brothers Holdings Inc.
                                           and Certain of Its Affiliates*

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number |
| --- | --- |
| KN Asset Management Co. | 22602 |
| Nomura Securities Co., Ltd. | 14150 |
| Nomura Securities Co., Ltd. | 17201 |

WEIL:\95208450\1\58399.0011