WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON
THE FOUR HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION TO
CLAIMS (SATISFIED GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighty-Seventh Omnibus Objection to Claims (Satisfied Guarantee Claims) [ECF No. 47079], which was scheduled for January 15, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 19, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claims listed on <u>Exhibit A</u> annexed hereto.

Dated:   January 12, 2015
            New York, New York

                         /s/ Garrett A. Fail
                         Garrett A. Fail

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         *Attorneys for Lehman Brothers Holdings Inc.
                         and Certain of Its Affiliates*

## Exhibit A

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Commerzbank AG – Group Intensive Care | 27632 |
| Moore Macro Fund, LP | 33511 |

WEIL:\95208454\1\58399.0011