WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**THE FOUR HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighty-First Omnibus Objection to Claims (No Liability Claims) [ECF No. 46643], which was scheduled for January 15, 2015 at 10:00 a.m. (Eastern Time), **has been adjourned to a date to be determined** solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:  January 12, 2015
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95208460\1\58399.0011

## Exhibit A

## Claims to be Adjourned

| Claimant | Claim Number |
|---|---|
| Deutsche Bank AG, London Branch | 32805 |
| Deutsche Bank AG, London Branch | 67745 |

WEIL:\95208460\1\58399.0011