Philip D. Anker
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

Benjamin Loveland
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

*Attorneys for Värde Investment Partners, L.P.*

Joshua Dorchak
MORGAN, LEWIS & BOCKIUS LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 705-7784
Fax: (212) 702-3667

*Attorneys for Deutsche Bank Securities Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Benjamin W. Loveland, hereby certify that, on January 7, 2015, I caused to be served true and correct copies of the *Joinder Of Värde Investment Partners, L.P. and Deutsche Bank Securities Inc. Limited Objection of Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C. to the Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation* [Docket No. 47714] by electronic means via the CM/ECF system for parties requesting electronic service.

| | |
|---|---|
| Dated: January 12, 2015<br>New York, New York | By: /s/ Benjamin W. Loveland<br>Benjamin W. Loveland<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109 USA<br>Tel: 617 526 6641<br>Fax: 617 526 5000<br>*Attorneys for Värde Investment Partners, L.P.* |