SULLIVAN & WORCESTER LLP
Jeanne P. Darcey
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2400
Facsimile: (617) 338-2880
Email: jdarcey@sandw.com
*Counsel to U.S. Bank National Association, as Indenture Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 Case |
| ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | Case No. 08-13555 (SCC) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION FOR ADMISSION OF JEANNE P. DARCEY
## TO PRACTICE *PRO HAC VICE*

I, Jeanne P. Darcey, a partner of the law firm of Sullivan & Worcester LLP, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent U.S. Bank National Association, as indenture trustee, in the above-reference case.

**I certify that I am a member in good standing** of the bars of the Commonwealth of Massachusetts and the State of New York and, if applicable, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: January 12, 2015

/s/ Jeanne P. Darcey
Jeanne P. Darcey
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2400
Email: jdarcey@sandw.com

## CERTIFICATE OF SERVICE

I, Amy A. Zuccarello, hereby certify that I caused copies of the *Motion for Admission of Jeanne P. Darcey to Practice Pro Hac Vice* to be sent by operation of this Court's CM/ECF system to the parties receiving ECF notice in this case and by First Class Mail to:

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

Dated: January 12, 2015         /s/ *Amy A. Zuccarello*
                                Amy A. Zuccarello (MA BBO#652755)
                                SULLIVAN & WORCESTER LLP
                                One Post Office Square
                                Boston, MA 02109
                                Tel: (617) 338-2400
                                Fax: (617) 338-2880
                                azuccarello@sandw.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS, INC., et al.,

Debtors.

Chapter 11 Case

Case No. 08-13555 (SCC)

(Jointly Administered)

## ORDER GRANTING ADMISSION OF JEANNE P. DARCEY TO PRACTICE *PRO HAC VICE*

Upon the motion of Jeanne P. Darcey, to be admitted, *pro hac vice*, to represent U.S. Bank National Association, in its capacity as Indenture Trustee (the "Client"), in the above captioned case, and upon the movant's certification that she is a member in good standing of the bars in the Commonwealth of Massachusetts and the State of New York, and, if applicable, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States Court of Appeals for the Fifth Circuit, it is hereby:

ORDERED: Jeanne P. Darcey is admitted to practice *pro hac vice* in the above referenced case, to represent the Client, in the United States Bankruptcy court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2015
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE