**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Turner P. Smith
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**UNDER 28 U.S.C. § 1746 REGARDING FOUR HUNDRED**
**EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures entered on June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1.  Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, filed the Four

Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 47101] (the "Claims Objection") with the Court for hearing on January 15, 2015.

    2.    In accordance with the Second Amended Case Management Order, LBHI established a deadline of December 31, 2014 at 4:00 p.m. (the "Response Deadline") for parties to object or file responses to the Claims Objection. The Response Deadline was subsequently extended to January 2, 2015 at 5:00 p.m. (the "Extended Response Deadline") by agreement between LBHI and the holders of the claims subject to the Claims Objection.

    3.    The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

    4.    The Extended Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on LBHI's counsel, by any of the holders of the claims included in Exhibit 1 to the Order attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted through the attached Order.

    5.    Accordingly, LBHI respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, which, except for (i) certain non-material edits, and (ii) the inclusion of additional language to limit the proposed order's applicability to claims held by claimholders that did not timely respond to the Claims Objection, is unmodified since the filing of the Claims Objection, be entered in accordance with the procedures described

20804553

in the Second Amended Case Management Order.

    I declare that the foregoing is true and correct.

Dated: January 12, 2015
    New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
    L. P. Harrison 3rd
    Turner P. Smith
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

3

20804553

# EXHIBIT A

**(Proposed Order – Docket No. 47101)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
                                                                   :
                    Debtors.                                 :   (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred eighty-eighth omnibus objection to claims, dated December 1, 2014 (the "Four Hundred Eighty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the Claims pursuant to section 502(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Eighty-Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighty-Eighth Omnibus Objection to Claims is in the best interests of the LBHI Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Eighty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Eighth Omnibus Objection to Claims.

-2-

ORDERED that the relief requested in the Four Hundred Eighty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2015
      New York, New York

                                                             _____
                                                              UNITED STATES BANKRUPTCY JUDGE

20804553

# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | PEP CREDIT INVESTOR LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26379 | Undetermined | Undetermined | No Liability |
| 2 | PEP CREDIT INVESTOR LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26380 | Undetermined | Undetermined | No Liability |
| 3 | PEP CREDIT INVESTOR LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26381 | Undetermined | Undetermined | No Liability |
| 4 | PEP CREDIT INVESTOR LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26382 | Undetermined | Undetermined | No Liability |
| 5 | PEP CREDIT INVESTOR LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26383 | Undetermined | Undetermined | No Liability |
| 6 | PEP CREDIT INVESTOR LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26384 | Undetermined | Undetermined | No Liability |
| 7 | PEP CREDIT INVESTOR LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26385 | Undetermined | Undetermined | No Liability |
| 8 | PEP CREDIT INVESTOR LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26392 | Undetermined | Undetermined | No Liability |
| 9 | PEP CREDIT INVESTOR LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 26397 | Undetermined | Undetermined | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | PEP CREDIT INVESTOR LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 26398 | Undetermined | Undetermined | No Liability |
| 11 | PEP CREDIT INVESTOR LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26399 | Undetermined | Undetermined | No Liability |
| 12 | PEP CREDIT INVESTOR LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 27388 | Undetermined | Undetermined | No Liability |
| 13 | PEP CREDIT INVESTOR LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29264 | Undetermined | Undetermined | No Liability |
| 14 | PEP CREDIT INVESTOR LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29396 | Undetermined | Undetermined | No Liability |
| 15 | PEP CREDIT INVESTOR LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29397 | Undetermined | Undetermined | No Liability |
| 16 | PEP CREDIT INVESTOR LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 29398 | Undetermined | Undetermined | No Liability |
| 17 | PEP CREDIT INVESTOR LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29399 | Undetermined | Undetermined | No Liability |
| 18 | PEP CREDIT INVESTOR LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29400 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 19 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26333 | Undetermined | Undetermined | No Liability |
| 20 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26334 | Undetermined | Undetermined | No Liability |
| 21 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26335 | Undetermined | Undetermined | No Liability |
| 22 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26336 | Undetermined | Undetermined | No Liability |
| 23 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26337 | Undetermined | Undetermined | No Liability |
| 24 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 26420 | Undetermined | Undetermined | No Liability |
| 25 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26421 | Undetermined | Undetermined | No Liability |
| 26 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29228 | Undetermined | Undetermined | No Liability |
| 27 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 29230 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 28 | PROVIDENCE EQUITY PARTNERS VI LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29243 | Undetermined | Undetermined | No Liability |
| 29 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29260 | Undetermined | Undetermined | No Liability |
| 30 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29266 | Undetermined | Undetermined | No Liability |
| 31 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29267 | Undetermined | Undetermined | No Liability |
| 32 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29268 | Undetermined | Undetermined | No Liability |
| 33 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 29269 | Undetermined | Undetermined | No Liability |
| 34 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29270 | Undetermined | Undetermined | No Liability |
| 35 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 29410 | Undetermined | Undetermined | No Liability |
| 36 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 29411 | Undetermined | Undetermined | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 37 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 26327 | Undetermined | Undetermined | No Liability |
| 38 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 26328 | Undetermined | Undetermined | No Liability |
| 39 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 26329 | Undetermined | Undetermined | No Liability |
| 40 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26330 | Undetermined | Undetermined | No Liability |
| 41 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26332 | Undetermined | Undetermined | No Liability |
| 42 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26422 | Undetermined | Undetermined | No Liability |
| 43 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26423 | Undetermined | Undetermined | No Liability |
| 44 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 26424 | Undetermined | Undetermined | No Liability |
| 45 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26425 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 46 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29231 | Undetermined | Undetermined | No Liability |
| 47 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29232 | Undetermined | Undetermined | No Liability |
| 48 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 29252 | Undetermined | Undetermined | No Liability |
| 49 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 29253 | Undetermined | Undetermined | No Liability |
| 50 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29254 | Undetermined | Undetermined | No Liability |
| 51 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29255 | Undetermined | Undetermined | No Liability |
| 52 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29256 | Undetermined | Undetermined | No Liability |
| 53 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29261 | Undetermined | Undetermined | No Liability |
| 54 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 29262 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 55 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29251 | Undetermined | Undetermined | No Liability |
| 56 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29257 | Undetermined | Undetermined | No Liability |
| 57 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 29258 | Undetermined | Undetermined | No Liability |
| 58 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29259 | Undetermined | Undetermined | No Liability |
| 59 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 29263 | Undetermined | Undetermined | No Liability |
| 60 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29265 | Undetermined | Undetermined | No Liability |
| 61 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 29391 | Undetermined | Undetermined | No Liability |
| 62 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29392 | Undetermined | Undetermined | No Liability |
| 63 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 29393 | Undetermined | Undetermined | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 64 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29394 | Undetermined | Undetermined | No Liability |
| 65 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 29395 | Undetermined | Undetermined | No Liability |
| 66 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29402 | Undetermined | Undetermined | No Liability |
| 67 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 29403 | Undetermined | Undetermined | No Liability |
| 68 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29404 | Undetermined | Undetermined | No Liability |
| 69 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 29405 | Undetermined | Undetermined | No Liability |
| 70 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29406 | Undetermined | Undetermined | No Liability |
| 71 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 29407 | Undetermined | Undetermined | No Liability |
| 72 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 29408 | Undetermined | Undetermined | No Liability |