

**Leigh A. Hoffman, Partner**
*Admitted in NY*
8 Thurlow Terrace, Albany, New York  12203
P: (518) 436-0344 | F: (518) 436-8273
lhoffman@deilylawfirm.com

**VIA CM/ECF ELECTRONIC FILING**

January 12, 2015

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

      RE:  Withdrawal of Appearance as Attorney for Creditor
           Lehman Brothers Holdings Inc.
           Case No. 08-13555-JMP
           Our File No. 08.06896

Dear Sir/Madam:

      Please be advised that our firm no longer represents DCFS Trust in the above referenced case.

      Deily & Glastetter, LLP closed its bankruptcy practice with respect to its representation of creditors in consumer bankruptcy filings.  Every client of Deily & Glastetter LLP was advised in advance of 1) the closure of the department and 2) the firm's intention to withdraw as the attorney for the creditor in each completed case.  The withdrawal is being made in this matter because there no pending actions or proceedings before this Court. Deily & Glastetter, LLP has completed all work that gave rise to the creditor's retention of Deily & Glastetter, LLP and no retaining or charging lien is being asserted.  In the event this creditor needs any future representation, the creditor has been advised to obtain an attorney to act accordingly.

      Please also be advised that Martin A. Mooney, Esq. is no longer associated with the law firm of Deily & Glastetter LLP.  Martin A. Mooney, Esq. has associated with Schiller & Knapp LLP.  Martin A. Mooney, Esq. supports the withdrawal of his appearance in this case as a former partner of Deily & Glastetter, LLP.

      Therefore, please accept this letter as notice that we are withdrawing our appearance as attorneys for DCFS Trust  All future notices, pleadings, correspondence, proposed orders, etc. shall be served upon the creditor directly.

                                   Very truly yours,

  DEILY & GLASTETTER LLP                    SCHILLER & KNAPP, LLP

    /s/ Leigh A. Hoffman                          /s/ Martin A. Mooney
      Leigh A. Hoffman                              Martin A. Mooney

LAH:ltp