IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 Case |
| ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | Case No. 08-13555 (SCC) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

### ORDER GRANTING ADMISSION OF JEANNE P. DARCEY
### TO PRACTICE *PRO HAC VICE*

Upon the motion of Jeanne P. Darcey, to be admitted, *pro hac vice*, to represent U.S. Bank National Association, in its capacity as Indenture Trustee (the "Client"), in the above captioned case, and upon the movant's certification that she is a member in good standing of the bars in the Commonwealth of Massachusetts and the State of New York, and, if applicable, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States Court of Appeals for the Fifth Circuit, it is hereby:

ORDERED: Jeanne P. Darcey is admitted to practice *pro hac vice* in the above referenced case, to represent the Client, in the United States Bankruptcy court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 13, 2015
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE