**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                   :    Chapter 11 Case No.
                                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (SCC)
                                                                             :
                    Debtors.                                        :    (Jointly Administered)
                                                                             :
---------------------------------------------------------------x    Ref. Docket No. 47732

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                                                  ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 8, 2015, I caused to be served the "Statement of Lehman Brothers Holdings Inc. Regarding the Motions of Certain Holders of RSU Claims for (I) Stay Pending Appeal and (II) Holdback of Reserve Amounts on Account of LBHI RSUs," dated January 8, 2015 [Docket No. 47732], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Sworn to before me this                                                      Carol Zhang
9th day of January, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

# **Exhibit A**

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

**ADD - EMAIL**
enkaplan@kaplanlandau.com
goldenberg@ssnyc.com
hmagaliff@3mlaw.com
jamesboyajian@gmail.com
lisa.solomon@att.net
michaels@jstriallaw.com
michellep@jstriallaw.com
rmichaelson@r3mlaw.com
schager@ssnyc.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

| Claim Name | Address Information |
|---|---|
| JULIEN SCHLESINGER, P.C. | (COUNSEL TO NEUBERGER CLAIMANTS) ATTN: MICHAEL SCHELESINGER 207 EAST 94TH STREET SUITE 303 NEW YORK NY 10128 |
| KAPLAN LANDAU LLP | (COUNSEL TO NEUBERGER CLAIMANTS) ATTN: EUGENE NEAL KAPLAN 1065 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10018 |
| LAW OFFICE OF A. JAMES BOYAJIAN | (COUNSEL TO VIRGILIO CASUPLE, DARIAN J. COHEN LARS P. JACOBSON, MARY LANGEVIN, AMITK. SARKAR, CHRISTIAN E. STEVENS, & ANDREW WIDEMAN) 355 S. GRAND AVENUE, SUITE 2450 LOS ANGELES CA 90071 |
| LAW OFFICES OF LISA M. SOLOMON | (COUNSEL TO COMPENSATION CLAIMANTS) ONE GRAND CENTRAL PLACE 305 MADISON AVENUE, STE 4700 NEW YORK NY 10165 |
| RICH MICHAELSON MAGALIFF MOSER, LLP | (COUNSEL TO DONALD BOUGHRUM, MORGAN LAWRENCE, NICOLE LAWRENCE, BRIAN MONAHAN AND ROGER SAKS) ATTN: HOWARD P. MAGALIFF ROBERT N. MICHAELSON 340 MADISON AVENUE NEW YORK NY 10173 |
| STAMELL & SCHAGER, LLP | (COUNSEL FOR MOVING CLAIMANTS) ATTN: RICHARD J. SCHAGER, JR. ANDREW R. GOLDENBERG 555 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |

**Total Creditor count  6**