**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Benjamin W. Loveland, Esq. request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Värde Investment Partners, L.P. in the above-referenced case.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 13, 2015
Boston, Massachusetts

      /s/ Benjamin W. Loveland
Benjamin W. Loveland
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
E-mail: benjamin.loveland@wilmerhale.com
Telephone: (617) 526-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Benjamin W. Loveland, Esq. to be admitted, *pro hac vice*, to represent Värde Investment Partners, L.P., ("Värde") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts, it is hereby

ORDERED, that Benjamin W. Loveland, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Värde, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
   New York, New York

_____
Honorable Shelley C. Chapman
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of January, 2015, a true and correct copy of the foregoing *Motion for Admission to Practice, Pro Hac Vice* was served electronically upon all counsel of record using the Court's CM/ECF system.

 /s/ Benjamin W. Loveland
Benjamin W. Loveland
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:    (617) 526-6000
Fax:   (617) 526-5000