**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Benjamin W. Loveland, Esq. to be admitted, *pro hac vice*, to represent Värde Investment Partners, L.P., ("Värde") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts, it is hereby

ORDERED, that Benjamin W. Loveland, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Värde, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 14, 2015
      New York, New York                        /S/ Shelley C. Chapman
                                                              Honorable Shelley C. Chapman
                                                              United States Bankruptcy Judge