B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Holdings Inc.,                                        Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | NOMURA CORPORATE FUNDING AMERICAS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>HBK Master Fund L.P.<br>c/o HBK Services LLC<br>2101 Cedar Springs Road, Suite 700<br>Dallas, TX 75201 | Court Claim # (if known): Claim No. 15921 |
| | Amount of Claim Transferred: $8,159,758.07<br>Date Claim Filed: September 17, 2009 |
| Phone:  (214) 758-6107<br>Last Four Digits of Acct #:N/A | Phone:<br>Last Four Digits of Acct #:N/A |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): Claim No. 15922 |
| | Amount of Claim Transferred: $8,159,758.07<br>Date Claim Filed: September 17, 2009 |
| Phone:<br>Last Four Digits of Acct #:N/A | Phone:<br>Last Four Digits of Acct #:N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: /s/ J. R. Smith                                        Date:  January 14, 2015
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCES OF TRANSFER**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $8,159,758.07, and the relevant portion of any and all proofs of claim (No. 15921) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:  *kcl*  Beauregard A. Fournet
Title:        Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $8,159,758.07, and the relevant portion of any and all proofs of claim (No. 15921) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:


NOMURA CORPORATE FUNDING
AMERICAS, LLC


By:_____
Name: David Anslen
Title: Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $8,159,758.07, and the relevant portion of any and all proofs of claim (No. 15922) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:      Beauregard A. Fournet
Title: ｌｃｃ Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4507932.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $8,159,758.07, and the relevant portion of any and all proofs of claim (No. 15922) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC
By:_____
Name:    David Hsie
Title:    Managing Director

536-350/AGR/4507932.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                          Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | NOMURA CORPORATE FUNDING AMERICAS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 17167</u>

Amount of Claim Transferred: <u>$614,540.79</u>
Date Claim Filed: <u>September 18, 2009</u>

Phone:  <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 17168</u>

Amount of Claim Transferred: <u>$614,540.79</u>
Date Claim Filed: <u>September 18, 2009</u>

Phone: _____
Last Four Digits of Acct #:<u>N/A</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>                          Date:  <u>January 14, 2015</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCES OF TRANSFER**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $614,540.79, and the relevant portion of any and all proofs of claim (No. 17167) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____

Name:    Beauregard A. Fournet
Title: ʋʋ  Authorized Signatory


NOMURA CORPORATE FUNDING
AMERICAS, LLC


By:_____
Name:
Title:

536-350/AGR/4507979.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $614,540.79, and the relevant portion of any and all proofs of claim (No. 17167) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:


NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:  David Aust_
Title:  Managing Director

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $614,540.79, and the relevant portion of any and all proofs of claim (No. 17168) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

      Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

      IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:    Beauregard A. Fournet
Title:  *AVP*    Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4507979.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $614,540.79, and the relevant portion of any and all proofs of claim (No. 17168) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC
By: _____
Name:  David Asle
Title:  Managing Director

536-350/AGR/4507979.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                            Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK MASTER FUND L.P.                                  NOMURA CORPORATE FUNDING
                                                                              AMERICAS, LLC
_____          _____
Name of Transferee                                          Name of Transferor

Name and Address where notices to                Court Claim # (if known): <u>Claim No. 17198</u>
transferee should be sent:                              _____
    HBK Master Fund L.P.                           Amount of Claim Transferred: <u>$10,340,000.00</u>
    c/o HBK Services LLC                            Date Claim Filed: <u>September 18, 2009</u>
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Phone: _(214) 758-6107_____                   Phone:_____
Last Four Digits of Acct #:<u>N/A</u>_____        Last Four Digits of Acct #:<u>N/A</u>_____

Name and Address where transferee                Court Claim # (if known): <u>Claim No. 17199</u>
payments should be sent (if different from       _____
above):                                                              Amount of Claim Transferred: <u>$10,340,000.00</u>
                                                                              Date Claim Filed: <u>September 18, 2009</u>

Phone: _____          Phone:_____
Last Four Digits of Acct #:<u>N/A</u>_____        Last Four Digits of Acct #:<u>N/A</u>_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ J. R. Smith_____          Date: _January 14, 2015_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT 1-A**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Corporate Funding Americas, LLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund L.P.** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17198, in the amount of $10,340,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 13 day of January 2015.

SELLER:

**HBK MASTER FUND L.P.**
**By: HBK Services LLC**
**Investment Advisor**

BY: _____

Name: Beauregard A. Fournet
Title: vce    Authorized Signatory

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS LLC**

By: _____

Name:
Title:

536-350/AGR/4508058.2

**EXHIBIT 1-A**


**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**


For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Corporate Funding Americas, LLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund L.P.** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17198, in the amount of $10,340,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 13 day of January 2015.

SELLER:

**HBK MASTER FUND L.P.**
**By: HBK Services LLC**
**Investment Advisor**


BY:_____
Name:
Title:

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS LLC**

By: _____

Name:
Title:

536-350/AGR/4508058.2

**EXHIBIT 1-B**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Corporate Funding Americas, LLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund L.P.** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17199, in the amount of $10,340,000.00 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 13 day of January 2015.

SELLER:

**HBK MASTER FUND L.P.**
**By: HBK Services LLC**
**Investment Advisor**

BY: _____

Name: Beauregard A. Fournet
Title: _pxl_ Authorized Signatory

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS LLC**

By: _____

Name:
Title:

**EXHIBIT 1-B**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Corporate Funding Americas, LLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **HBK Master Fund L.P.** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17199, in the amount of $10,340,000.00 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the ‾13‾ day of January 2015.

SELLER:

**HBK MASTER FUND L.P.**
**By: HBK Services LLC**
**Investment Advisor**

BY:_____
Name:
Title:

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS LLC**

By: _____

Name:
Title:

11

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,            Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | NOMURA CORPORATE FUNDING AMERICAS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 17423</u>

Amount of Claim Transferred: <u>$3,715,000.00</u>
Date Claim Filed: <u>September 18, 2009</u>

Phone:  <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 17424</u>

Amount of Claim Transferred: <u>$3,715,000.00</u>
Date Claim Filed: <u>September 18, 2009</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>            Date:  <u>January 14, 2015</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 17423) in the amount of $3,715,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 13th_ day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:  Ocuik Auslen
Title:  Manasi Direct

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

536-350/AGR/4508115.2

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 17423) in the amount of $3,715,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 13th day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:     Beauregard A. Fournet
           Authorized Signatory

536-350/AGR/4508115.2

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 17424) in the amount of $3,715,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claims and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claims, and to do all things necessary to enforce the Claims and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 13th day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____

Name: David Ash

Title: Managing Director

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____

Name:

Title:

536-350/AGR/4508115.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 17424) in the amount of $3,715,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claims and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claims, and to do all things necessary to enforce the Claims and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 13th  day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:      Beauregard A. Fournet
Title:         Authorized Signatory

536-350/AGR/4508115.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK MASTER FUND L.P.                         NOMURA CORPORATE FUNDING
_____              AMERICAS, LLC
Name of Transferee                           _____
                                             Name of Transferor

Name and Address where notices to            Court Claim # (if known): Claim No. 17423
transferee should be sent:                   _____
    HBK Master Fund L.P.                     Amount of Claim Transferred: $5,009,000.00
    c/o HBK Services LLC                      Date Claim Filed: September 18, 2009
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Phone:  (214) 758-6107                        Phone:_____
Last Four Digits of Acct #:N/A                Last Four Digits of Acct #:N/A

Name and Address where transferee            Court Claim # (if known): Claim No. 17424
payments should be sent (if different from    _____
above):                                       Amount of Claim Transferred: $5,009,000.00
                                             Date Claim Filed: September 18, 2009

Phone: _____        Phone:_____
Last Four Digits of Acct #:N/A                Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith_____           Date:  January 14, 2015_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 17423) in the amount of $5,009,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 13th day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:    D c u c R    A u s t r n
Title:    M c n a j i n y   D i c c d n

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

536-350/AGR/4508148.2

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 17423) in the amount of $5,009,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 13th day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name: Beauregard A. Fournet
Title: Authorized Signatory

536-350/AGR/4508148.2

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 17424) in the amount of $5,009,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claims and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claims, and to do all things necessary to enforce the Claims and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _13th_ day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name: David Austen
Title: Managing Director

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**NOMURA CORPORATE FUNDING AMERICAS, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 17424) in the amount of $5,009,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claims and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claims, and to do all things necessary to enforce the Claims and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  13th  day of January 2015.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

BUYER:

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:     Beauregard A. Fournet
Title:        Authorized Signatory

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | NOMURA CORPORATE FUNDING AMERICAS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): Claim No. 20137 |
|---|---|
| HBK Master Fund L.P.<br>c/o HBK Services LLC<br>2101 Cedar Springs Road, Suite 700<br>Dallas, TX 75201 | Amount of Claim Transferred: $637,077.54<br>Date Claim Filed: September 21, 2009 |

Phone:  (214) 758-6107                    Phone:
Last Four Digits of Acct #:N/A            Last Four Digits of Acct #:N/A

| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): Claim No. 20105 |
|---|---|
| | Amount of Claim Transferred: $637,077.54<br>Date Claim Filed: September 21, 2009 |

Phone:                                    Phone:
Last Four Digits of Acct #:N/A            Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                       Date:  January 14, 2015
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**
**EVIDENCE OF TRANSFER**

13

536-350/AGR/4508162.3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $637,077.54, and the relevant portion of any and all proofs of claim (No. 20137) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:   Beauregard A. Fournet
Title:        Authorized Signatory


NOMURA CORPORATE FUNDING AMERICAS, LLC


By: _____
Name:
Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $637,077.54, and the relevant portion of any and all proofs of claim (No. 20137) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:


NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:  David  Austen
Title:  Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $637,077.54  and the relevant portion of any and all proofs of claim (No. 20105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:    Beauregard A. Fournet
          Authorized Signatory

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4508162.3

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $637,077.54  and the relevant portion of any and all proofs of claim (No. 20105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:  David Argle
Title:     Managing Director

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                                   Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | NOMURA CORPORATE FUNDING AMERICAS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): Claim No. 20137

Amount of Claim Transferred: $4,788,920.00
Date Claim Filed: September 18, 2009

Phone:  (214) 758-6107
Last Four Digits of Acct #:N/A

Phone:
Last Four Digits of Acct #:N/A

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): Claim No. 20105

Amount of Claim Transferred: $4,788,920.00
Date Claim Filed: September 18, 2009

Phone:
Last Four Digits of Acct #:N/A

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                                   Date:  January 14, 2015
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**
**EVIDENCE OF TRANSFER**

13

536-350/AGR/4508170.3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $4,788,920.00, and the relevant portion of any and all proofs of claim (No. 20137) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title: *xx* Beauregard A. Fournet
           Authorized Signatory


NOMURA CORPORATE FUNDING AMERICAS, LLC


By: _____
Name:
Title:

536-350/AGR/4508170.3

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $4,788,920.00, and the relevant portion of any and all proofs of claim (No. 20137) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:


NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:    David Aolg
Title:    Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $4,788,920.00, and the relevant portion of any and all proofs of claim (No. 20105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:        Beauregard A. Fournet
              Authorized Signatory


NOMURA CORPORATE FUNDING AMERICAS, LLC


By: _____
Name:
Title:

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $4,788,920.00, and the relevant portion of any and all proofs of claim (No. 20105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:    David Aoki
Title:    Managing Director

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                                    Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK MASTER FUND L.P.                                    NOMURA CORPORATE FUNDING
_____                        AMERICAS, LLC
           Name of Transferee                          _____
                                                                Name of Transferor

Name and Address where notices to                      Court Claim # (if known): <u>Claim No. 25610</u>
transferee should be sent:                             _____
    HBK Master Fund L.P.                               Amount of Claim Transferred: <u>$380,983.88</u>
    c/o HBK Services LLC                                Date Claim Filed: <u>September 21, 2009</u>
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Phone: <u>(214) 758-6107</u>                           Phone:_____
Last Four Digits of Acct #:<u>N/A</u>                  Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee                      Court Claim # (if known): <u>Claim No. 25423</u>
payments should be sent (if different from             _____
above):                                                Amount of Claim Transferred: <u>$380,983.88</u>
                                                       Date Claim Filed: <u>September 21, 2009</u>



Phone: _____                 Phone:_____
Last Four Digits of Acct #:<u>N/A</u>                  Last Four Digits of Acct #:<u>N/A</u>


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>                             Date: <u>January 14, 2015</u>
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCES OF TRANSFER**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $380,983.88, and the relevant portion of any and all proofs of claim (No. 25610) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name: Beauregard A. Fournet
Title: VP  Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $380,983.88, and the relevant portion of any and all proofs of claim (No. 25610) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:  David Ayin
Title:  Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $380,983.88, and the relevant portion of any and all proofs of claim (No. 25423) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:    Beauregard A. Fournet
Title:    Authorized Signatory


NOMURA CORPORATE FUNDING
AMERICAS, LLC


By: _____
Name:
Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $380,983.88, and the relevant portion of any and all proofs of claim (No. 25423) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name: David Austen
Title: Managing Director

536-350/AGR/4507916.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                          Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK MASTER FUND L.P.                                NOMURA CORPORATE FUNDING
                                                                              AMERICAS, LLC
_____        _____
Name of Transferee                                        Name of Transferor

Name and Address where notices to              Court Claim # (if known): <u>Claim No. 28104</u>
transferee should be sent:                            _____
    HBK Master Fund L.P.                      Amount of Claim Transferred: <u>$1,414,244.40</u>
    c/o HBK Services LLC                        Date Claim Filed: <u>September 22, 2009</u>
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Phone:  <u>(214) 758-6107</u>                            Phone:_____
Last Four Digits of Acct #:<u>N/A</u>                Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee             Court Claim # (if known): <u>Claim No. 28105</u>
payments should be sent (if different from    _____
above):                                                        Amount of Claim Transferred: <u>$1,414,244.40</u>
                                                                   Date Claim Filed: <u>September 22, 2009</u>

Phone: _____        Phone:_____
Last Four Digits of Acct #:<u>N/A</u>                Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>                            Date:  <u>January 14, 2015</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCES OF TRANSFER**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $1,414,244.40, and the relevant portion of any and all proofs of claim (No. 28104) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this  13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:        Beauregard A. Fournet
Title:            Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC


By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $1,414,244.40, and the relevant portion of any and all proofs of claim (No. 28104) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:   David Auska
Title:   Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

       For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $1,414,244.40, and the relevant portion of any and all proofs of claim (No. 28105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

       Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

       IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:    Beauregard A. Fournet
Title:    Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4507902.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $1,414,244.40, and the relevant portion of any and all proofs of claim (No. 28105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name: David Agts
Title: Managing Director

536-350/AGR/4507902.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.,</u>                                          Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

HBK MASTER FUND L.P.                                          NOMURA CORPORATE FUNDING
                                                             AMERICAS, LLC
_____                              _____
Name of Transferee                                           Name of Transferor

Name and Address where notices to                            Court Claim # (if known): <u>Claim No. 28104</u>
transferee should be sent:
    HBK Master Fund L.P.                  _____
    c/o HBK Services LLC                  Amount of Claim Transferred: <u>$3,969,000.00</u>
    2101 Cedar Springs Road, Suite 700    Date Claim Filed: <u>September 22, 2009</u>
    Dallas, TX 75201

Phone: <u> (214) 758-6107</u>                          Phone:_____
Last Four Digits of Acct #:<u>N/A</u>                        Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee                            Court Claim # (if known): <u>Claim No. 28105</u>
payments should be sent (if different from
above):                                                      _____
                                                             Amount of Claim Transferred: <u>$3,969,000.00</u>
                                                             Date Claim Filed: <u>September 22, 2009</u>

Phone: _____                       Phone:_____
Last Four Digits of Acct #:<u>N/A</u>                        Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>                                   Date: <u>January 14, 2015</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCES OF TRANSFER**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $3,969,000.00, and the relevant portion of any and all proofs of claim (No. 28104) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:   **Beauregard A. Fournet**
Title: rce **Authorized Signatory**

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4507666.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $3,969,000.00, and the relevant portion of any and all proofs of claim (No. 28104) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:  David Asya
Title:  Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $3,969,000.00, and the relevant portion of any and all proofs of claim (No. 28105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:   **Beauregard A. Fournet**
Title: vp  **Authorized Signatory**

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4507666.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $3,969,000.00, and the relevant portion of any and all proofs of claim (No. 28105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC
By: _____
Name:  David Aaltos
Title:  Managing Director

536-350/AGR/4507666.2

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HBK MASTER FUND L.P.                         NOMURA CORPORATE FUNDING
                                             AMERICAS, LLC
_____                  _____
Name of Transferee                           Name of Transferor

Name and Address where notices to            Court Claim # (if known): Claim No. 28104
transferee should be sent:                   _____
    HBK Master Fund L.P.                      Amount of Claim Transferred: $971,475.33
    c/o HBK Services LLC                      Date Claim Filed: September 22, 2009
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Phone:  (214) 758-6107                        Phone:_____
Last Four Digits of Acct #:N/A                Last Four Digits of Acct #:N/A

Name and Address where transferee            Court Claim # (if known): Claim No. 28105
payments should be sent (if different from    _____
above):                                       Amount of Claim Transferred: $971,475.33
                                              Date Claim Filed: September 22, 2009

Phone: _____          Phone:_____
Last Four Digits of Acct #:N/A                Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith_____        Date:  January 14, 2015_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCES OF TRANSFER**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $971,475.33, and the relevant portion of any and all proofs of claim (No. 28104) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:       Beauregard A. Fournet
Title: *cre*    Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC


By: _____
Name:
Title:

536-350/AGR/4507891.2

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $971,475.33, and the relevant portion of any and all proofs of claim (No. 28104) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:  David Auslen
Title:  Managing Director

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $971,475.33, and the relevant portion of any and all proofs of claim (No. 28105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor

By: _____
Name: Beauregard A. Fournet
Title: Authorized Signatory

NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:
Title:

536-350/AGR/4507891.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $971,475.33, and the relevant portion of any and all proofs of claim (No. 28105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 13th day of January 2015.

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor


By: _____
Name:
Title:

NOMURA CORPORATE FUNDING
AMERICAS, LLC
By: _____
Name: David Ash
Title: Managing Director

536-350/AGR/4507891.2