JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (SCC) |
| Debtors | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING
WITH RESPECT TO CERTAIN CLAIMS ON THE FOUR HUNDREDTH
AND FOUR HUNDRED TWENTY-SECOND OMNIBUS OBJECTIONS TO CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787] and the Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [ECF No. 38050] *solely* as to the claims listed on Exhibit A attached hereto that was scheduled for January 15, 2015 at 10:00 a.m. (Eastern Time) has been adjourned to **February 19, 2015 at 10:00 a.m. (Eastern Time).**

Dated:  January 14, 2015
        New York, New York

/s/ Kelly A. Carrero
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

### Claims to Be Adjourned to February 19, 2015 Hearing:

| Claimant Name | Case No. | Debtor Name | Claim No. | Omnibus Objection No. | Claimant Response ECF No. |
|---|---|---|---|---|---|
| BLAKESLEE, THOMAS P. | 08-13555 | Lehman Brothers Holdings Inc. | 66365 | 400 | 36654 |
| INGLIS, CRAIG | 08-13555 | Lehman Brothers Holdings Inc. | 10915 | 400 | 36773 |
| KAUFMAN, JULIA | 08-13555 | Lehman Brothers Holdings Inc. | 510 | 400 | 36558 |
| MCLOUGHLIN, ALYSSE | 08-13555 | Lehman Brothers Holdings Inc. | 25510 | 422 | 39426 |