WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
   :
**In re**   :   **Chapter 11 Case No.**
   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   **08-13555 (SCC)**
   :
            **Debtors.**   :   **(Jointly Administered)**
   :
-------------------------------------------------------------------------------x
   :
**In re**   :
   :   **Case No.**
**LEHMAN BROTHERS INC.,**   :
   :   **08-01420 (SCC) (SIPA)**
            **Debtor.**   :
   :
-------------------------------------------------------------------------------x

NOTICE OF <u>AMENDED</u> AGENDA OF
MATTERS SCHEDULED FOR THE EIGHTY-FIRST
<u>OMNIBUS AND CLAIMS HEARING ON JANUARY 15, 2015 AT 10:00 A.M.</u>

Location of Hearing:     United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable Shelley
C. Chapman, United States Bankruptcy Judge, <u>**Room 623**</u>, One Bowling
Green, New York, NY 10004-1408

## <u>LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES</u>

I.     <u>STATUS CONFERENCE</u>:

1.     Omnibus Application of (I) Individual Members of Official Committee of
Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(a)(4),
Or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for
Payment of Fees and Reimbursement of Expenses [**ECF Nos. 24762, 24881**]

**Status Conference**

<u>Related Documents:</u>

A.     Memorandum Decision Granting Omnibus Application for
Payment of Fees and Reimbursement of Expenses Claimed by
Individual Members of Official Committee of Unsecured Creditors
[**Case No. 08-13555, ECF No. 34720**]

B.     Notice of Appeal [**Case No. 08-13555, ECF No. 35662**]

C.     Order of U.S. District Court Judge Richard J. Sullivan Vacating
Bankruptcy Court's decision and Remanding Case for Further
Proceedings Consistent with this Opinion [**Case No. 08-13555,
ECF No. 44055; Dist. Case No. 13-cv-2211, ECF No. 19**]

D.     Letter addressed to Judge Shelley C. Chapman dated August 11,
2014, on behalf of Individual Members of the Official Committee
of Unsecured Creditors re: Omnibus Application for Payment of
Fees and Reimbursement of Expenses [**Case No. 08-13555, ECF
No. 45678**]

E.     Notice of Withdrawal of Shinsei Bank, Limited from the Omnibus
Application of (I) Individual Members of Official Committee of
Unsecured Creditors and (II) Indenture Trustees Pursuant to
Section 1129(a)(4), or, Alternatively, Sections 503(b)(3)(D) and
503(b)(4) of Bankruptcy Code for Payment of Fees and
Reimbursement of Expenses [**Case No. 08-13555, ECF No.
47578**]

WEIL:\95196600\8\58399.0011

Status:  This matter is going forward as a status conference.

## II.    UNCONTESTED MATTERS:

2.    Motion Pursuant to Bankruptcy Rule 8007 for an Entry of an Order Granting Stay Pending Appeal of the Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards [**ECF No. 47545**]

Response Deadline:    January 8, 2015 at 4:00 p.m.

Response Received:

    A.    Statement of Lehman Brothers Holdings Inc. [**ECF No. 47732**]

Related Documents:

    B.    Declaration of Richard J. Schager, Jr. [**ECF No. 47575-1**]

    C.    Motion to Join by the Neuberger Berman Claimants in the Motion for A Stay and the Motion to Restore Reserves [**ECF No. 47616**]

    D.    Joinder to (i) Motion for Stay Pending Appeal, and (ii) Motion for an Order Directing Immediate Restoration of Plan Reserves [**ECF No. 47620**]

    E.    Joinder to Motions for a Stay and to Compel Reinstatement of Reserves Pending Appeal of RSUs Order [**ECF No. 47628**]

    F.    Joinder to Motion for Stay Pending Appeal, and (ii) Motion for an Order Directing Immediate Restoration of Plan Reserves [**ECF No. 47776**]

Status:  A proposed order has been submitted to the Court resolving this matter.

3.    Motion of Compensation Claimants for an Order Directing the Immediate Restoration of Plan Reserves [**ECF No. 47595**]

Response Deadline:    January 8, 2015 at 4:00 p.m.

Response Received:

    A.    Statement of Lehman Brothers Holdings Inc. [**ECF No. 47732**]

WEIL:\95196600\8\58399.0011

Related Documents:

      B.    Motion to Join by the Neuberger Berman Claimants in the Motion for A Stay and the Motion to Restore Reserves [**ECF No. 47616**]

      C.    Joinder to (i) Motion for Stay Pending Appeal, and (ii) Motion for an Order Directing Immediate Restoration of Plan Reserves [**ECF No. 47620**]

      D.    Joinder to Motions for a Stay and to Compel Reinstatement of Reserves Pending Appeal of RSUs Order [**ECF No. 47628**]

      E.    Joinder to Motion for Stay Pending Appeal, and (ii) Motion for an Order Directing Immediate Restoration of Plan Reserves [**ECF No. 47776**]

Status:  A proposed order has been submitted to the Court resolving this matter.

## III.    <u>CONTESTED MATTERS</u>:

4.    The Plan Administrator's Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [**ECF No. 41664**]

Response Deadline:    January 21, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:

      A.    Response of UBS Financial Services Inc. [**ECF No. 42124**]

Related Documents:

      B.    Plan Administrator's Reply in Further Support of Objection to Claim 17889 filed by UBS Financial Services Inc. [**ECF No. 46972**]

      C.    Declaration of Ralph I. Miller in Support of Plan Administrator's Reply in Further Support of Objection to Claim 1789 filed by UBS Financial Services Inc. [**ECF No. 46973**]

      D.    Surreply of UBS Financial Services Inc. on the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [**ECF No. 47111**]

Status:  This matter is going forward on a contested basis.

WEIL:\95196600\8\58399.0011

5.    Giants Stadium LLC's Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 46641]**

Response Deadline:    November 19, 2014 at 4:00 p.m.

Response Received:

A.    Response of Lehman Brothers Holdings Inc., *et al.* **[ECF No. 46997]**

Related Documents:

B.    Declaration of Thomas C. White in Support of Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 46642]**

C.    Declaration of Richard W. Slack in Support of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.'s Response to Giants Stadium LLC's Motion to Consolidate Contested Matter with Adversary Proceeding **[ECF No. 46998]**

D.    Reply in Support of Giants Stadium's Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 47173]**

Status:  This matter is going forward on a contested basis.

## LEHMAN BROTHERS INC. PROCEEDING

IV.    **CONTESTED MATTERS:**

6.    Maria Eugenia Mendez's Motion to Vacate the "Order Granting the Trustee's Sixty-Eighth Omnibus Objection to General Creditor Claims (No Supporting Documentation Claims)" (The "Default Judgment") **[LBI ECF No. 10352]**

Response Deadline:    December 3, 2014 at 4:00 p.m.

Response Received:

A.    Trustee's Opposition **[LBI ECF No. 10578]**

Related Document:

B.    Ms. Mendez's Reply to Trustee's Objection **[LBI ECF No. 10976]**

Status:  This matter is going forward.

WEIL:\95196600\8\58399.0011

V.      **ADJOURNED MATTERS:**

A.      **Lehman Brothers Holdings Inc. Chapter 11 Cases**

7.      Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 35787**]

Response Deadline:    April 15, 2013 at 4:00 p.m. or as otherwise extended.

Adjourned Responses:

A.      Thomas P Blakeslee Opposition Brief to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36654**]

B.      Craig Inglis Response to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36773**]

C.      Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 36558**]

Status:  This matter has been adjourned to February 19, 2014 at 10:00 a.m.

8.      Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:    June 3, 2013 at 4:00 p.m.

Adjourned Responses:

A.      Response of Commerzbank AG [**ECF No. 38674**]

B.      Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to February 19, 2014 at 10:00 a.m.

9.      Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [**ECF No. 38050**]

Response Deadline:    July 19, 2013 at 4:00 p.m.

Adjourned Response:

A.      Response filed by Alysse McLoughlin [**ECF No. 39426**]

WEIL:\95196600\8\58399.0011

Status:  This matter has been adjourned to February 19, 2014 at 10:00 a.m.

10. Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m. solely with respect to claim numbers 19986, 19987, 19988 and 27709.

11. Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Responses Received:

A. Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

B. Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

C. Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

D. Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

E. Limited Objection and Reservation of Rights of Amerifirst Financial Corp., et al. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

F. Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage to the Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44740**]

WEIL:\95196600\8\58399.0011

Related Documents:

G.    Declaration of Adam M. Bialek in Support of Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

H.    Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

I.    Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

J.    Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

12.    The Plan Administrator's Four Hundred Sixty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44488**]

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:

A.    Letter filed by Lexcel Partners (Claim No. 8712) [**ECF No. 44921**]

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined as to Claim No. 48726 of Wells Fargo Bank, N.A.

13.    Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45446**]

Response Deadline:    August 29, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of KBC Bank NV [**ECF No. 46238**]

Related Documents:   None.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

14.    Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45448**]

    Response Deadline:   August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 and October 29, 2014

    Responses Received:

        A.    Response of Goldman Sachs Emerging Markets Opportunities Fund LLC and Goldman Sachs Emerging Markets Opportunities Fund Offshore, LLC [**ECF No. 46197**]

        B.    Response of the Hongkong and Shanghai Banking Corporation Limited [**ECF No. 46388**]

    Related Document:

        C.    Order Granting the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46284**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m. for Claim Nos. 15824, 15891, and 18217.  This matter has been adjourned sine die for Claim Nos. 25131 and 25133.

15.    Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

16.    Claims Objection Hearing with respect to Objection to Proofs of Claim Nos. 67154 & 67155 [**ECF No. 46484**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

WEIL:\95196600\8\58399.0011

17. Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections [**ECF No. 46631**]

Response Deadline:    December 3, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:    None.

Related Document:

      A.    Notice of Adjournment of Hearing [**ECF No. 46932**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

18. Four Hundred Eighty-First Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46643**]

Response Deadline:    November 26, 2014 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

19. Four Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46785**]

Response Deadline:    December 15, 2014 at 4:00 p.m.

Response Received:

      A.    Response of Stonehill Offshore Partners Limited and Stonehill Institutional, L.P. [**ECF No. 47388**]

Related Document:

      B.    Reply in Support of the Plan Administrator's Four Hundred Eighty-Third Omnibus Objection to Claims [**ECF No. 47777**]

Status:  This matter has been adjourned to January 27, 2014 at 2:00 p.m.

20. Four Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47078**]

Response Deadline:    December 29, 2014 at 4:00 p.m.

WEIL:\95196600\8\58399.0011

Responses Received:

    A.    Response of KN Asset Management [**ECF No. 47570**]

    B.    Response of Nomura Securities CO., LTD [**ECF No. 47567**]

Related Documents:    None.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m. solely as to claim numbers 22602, 14150 and 17201.

21.    Four Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47079**]

Response Deadline:    December 29, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Moore Macro Fund L.P. [**ECF No. 47568**]

    B.    Response of Commerzbank AG – Group Intensive Care [**ECF No. 47566**]

Related Documents:    None.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m. solely as to claim numbers 27632 and 33511.

22.    Four Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47101**]

Response Deadline:    December 31, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Newport Global Opportunities Fund LP and Newport Global Credit Fund (Master) LP to the Four Hundred Eighty-Eighth Omnibus Objection to Claims [**ECF No. 47621**]

Related Document:

    B.    Notice of Withdrawal of Four Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims [**ECF No. 47564**]

WEIL:\95196600\8\58399.0011

Status:  This matter has been adjourned to January 27, 2014 at 2:00 p.m.

23.    Motion of Claimant SPCP Group, L.L.C. Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by Its Confirmed Plan of Reorganization [**ECF No. 47474**]

Response Deadline:    January 5, 2015 at 4:00 p.m.

Response Received:

 A.    Objection of the Plan Administrator [**ECF No. 47645**]

Related Document:

 B.    Declaration of Austin Saypol in Support of Motion to Compel [**ECF No. 47475**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

24.    Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation [**ECF No. 47487**]

Response Deadline:    January 7, 2015 at 4:00 p.m.

Responses Received:

 A.    Limited Objection of Bania Brothers, L.L.C., *et al.* [**ECF No. 47709**]

 B.    Limited Objection and Reservation of Rights of SPCP Group, L.L.C. [**ECF No. 47710**]

 C.    Joinder of Banc of America Credit Products, Inc., *et al.* [**ECF No. 47713**]

 D.    Joinder of Varde Investment Partners, L.P. and Deutsche Bank Securities Inc. [**ECF No. 47714**]

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

WEIL:\95196600\8\58399.0011

B.    **Lehman Brothers Inc. Proceeding**

25.    Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [**LBI ECF No. 6426**]

Response Deadline:    July 8, 2013 at 4:00 p.m., extended for certain parties to August 9, 2013 at 4:00 p.m.

Responses Received:

A.    Responses of Joseph Wilson [**LBI ECF Nos. 6692, 6693**]

B.    Response of Samuel Belk [**LBI ECF No. 6715**]

C.    Response of Charlotte Grezo [**LBI ECF No. 6816**]

Related Documents:

D.    Order Granting the Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) Solely as to Certain Claims [**LBI ECF No. 7060**]

E.    Notice of Adjournment [**LBI ECF No. 6992**]

F.    Notices of Withdrawal [**LBI ECF Nos. 6872, 8758, 9207**]

G.    Notice of Hearing [**LBI ECF No. 10751**]

Status:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., solely as to certain claims.

26.    Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Documents:

B.    Order Granting the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) solely as to certain claims [**LBI ECF No. 7093**]

13

    C.      Trustee's Reply to Response of Ely Eddi to the Trustee's One Hundred Second Omnibus Objection to General Creditor Claims (Satisfied Claims) [**LBI ECF No. 10560**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

27.    Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

    A.      Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

    B.      Notice of Withdrawal [**LBI ECF No. 8681**]

    C.      Order Granting the  Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

28.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:  None.

Related Documents:

    A.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    B.      Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper

WEIL:\95196600\8\58399.0011

Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

C.    Notice of Resolution Solely as to a Certain Claim [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

29.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to January 30, 2015 at 4:00 p.m.

Response Received:

A.    Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

Related Documents:

B.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

C.    Notices of Resolution Solely as to Certain Claims [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676**]

D.    Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168, 9849**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

30.    Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8639**]

Response Deadline:    April 30, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Theresa J. Carpenter [**LBI ECF No. 8835**]

    B.    Response of Catherine A. Eckert [**LBI ECF No. 8836**]

    C.    Response of John D. Marzonie [**LBI ECF No. 8802**]

    D.    Response of Aida Y. Sarmast [**LBI ECF No. 8833**]

Related Documents:

    E.    Notices of Withdrawal [**LBI ECF Nos. 8915, 9065**]

    F.    Order Granting the Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) Solely as to Certain Claims [**LBI ECF No. 9170**]

    G.    Notice of Resolution [**LBI ECF No. 10118**]

    H.    Notice of Hearing [**LBI ECF No. 10752**]

Status:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., as to certain claims.

31.    Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:    May 27, 2014 at 4:00 p.m.

Response Received:

    A.    Response of RBC Cees Limited [**Not Docketed**]

Related Document:

    B.    Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to the claim of RBC Cees Limited.

WEIL:\95196600\8\58399.0011

32.     Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

    <u>Response Deadline</u>:     August 13, 2014 at 4:00 p.m., extended for certain parties without date.

    <u>Responses Received</u>:

        A.     Response of Israel Discount Bank of New York [**LBI ECF No. 9632**]

        B.     Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

        C.     Response of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. [**LBI ECF No. 9778**]

    <u>Related Documents</u>:

        D.     Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

        E.     Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951**]

    <u>Status</u>:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

33.     Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

    <u>Response Deadline</u>:     August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

    <u>Responses Received</u>:

        A.     Response of Patricia M. Bah [**LBI ECF No. 9636**]

        B.     Response of Vito A. Santoro [**LBI ECF No. 9714**]

    <u>Related Documents</u>:

        C.     Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9846**]

WEIL:\95196600\8\58399.0011

       D.       Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

Status:  This matter has been adjourned to January 22, 2015 at 10:00 a.m., as to the claim of Ms. Bah.

34.      Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

Response Deadline:     August 15, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:  None.

Related Documents:

       A.       Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

       B.       Notice of Resolution [**LBI ECF No. 10015**]

       C.       Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

35.      Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

Response Deadline:     August 21, 2014 at 4:00 p.m.

Response Received:

       A.       Response of U.S. Bank National Association [**LBI ECF No. 9674**]

Related Documents:  None.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

WEIL:\95196600\8\58399.0011

36.     Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor
        Claims (No Liability Claims) [**LBI ECF No. 9529**]

      Response Deadline:     August 22, 2014 at 4:00 p.m., extended for certain parties
                                        to September 22, 2014 at 4:00 p.m.

      Response Received:

           A.     Response of TTSD Trust [**LBI ECF No. 9663**]

      Related Documents:

           B.     Memorandum Endorsed Order re Request for Waiver of Courtcall
                   fee [**LBI ECF No. 9705**]

           C.     Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus
                   Objection to General Creditor Claims (No Liability Claims) solely
                   as to certain claims [**LBI ECF No. 9847**]

           D.     Notices of Resolution Solely as to a Certain Claim [**LBI ECF Nos.
                   10265**]

           E.     Supplemental Order Granting the Trustee's Two Hundred Fifty-
                   Fifth Omnibus Objection to General Creditor Claims (No Liability
                   Claims) solely as to certain claims [**LBI ECF No. 10094**]

      Status:  This matter is has been adjourned to February 19, 2015 at 10:00 a.m.,
solely as to the TTSD claim.

37.     Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor
        Claims (Employee Claims) [**LBI ECF No. 9530**]

      Response Deadline:     August 22, 2014 at 4:00 p.m., extended for certain parties
                                          to September 29, 2014 at 4:00 p.m.

      Responses Received:

           A.     Response of Walter J. Sieczkowski [**Not Docketed**]

           B.     Response of Richard N. Wayne [**LBI ECF  No. 9970**]

           C.     Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

      Related Documents:

           D.     Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus
                   Objection to General Creditor Claims (Employee Claims) solely as
                   to certain claims [**LBI ECF No. 9848**]

E.     Trustee's Reply in Further Support of the Objection Solely as to the Response of Walter J. Sieczkowski [**LBI ECF No. 10884**]

Status:  This matter is has been adjourned to February 19, 2015 at 10:00 a.m., solely as to certain claims.

38.     Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) [**LBI ECF No. 9583**]

Response Deadline:     August 28, 2014 at 4:00 p.m., extended for certain parties to January 30, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.     Order Granting the Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) solely as to certain claims [**LBI ECF No. 10087**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to a certain claim.

39.     Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims [**LBI ECF No. 9601**]

Response Deadline:     August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 at 4:00 p.m.

Response Received:

A.     Response of Ceskoslovenska Obchodna Banka, A.S. [**LBI ECF No. 10150**]

Related Documents:

B.     Order Granting the Trustee's Two Hundred Fifty-Ninth Objection to General Creditor Claims solely as to certain claims [**LBI ECF No. 10086**]

C.     Trustee's Reply in Further Support Solely as to the Proof of Claim of GLG Partners (Claim No. 3036) [**LBI ECF No. 10373**]

WEIL:\95196600\8\58399.0011

D.      Supplemental Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims solely as to a certain claim [**LBI ECF No. 10473**]

E.      Notice of Resolution [**LBI ECF No. 10558**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to the claim of Ceskoslovenska Obchodna Banka.

40.   Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9605**]

Response Deadline:   August 29, 2014 at 4:00 p.m., extended for certain parties to September 12, 2014 at 4:00 p.m.

Responses Received:

A.      Response of General Ore International Corporation Ltd., Neu Holdings Corporation, Neu Foundation of California, Amy Patrick Neu and Janice K. Moss [**LBI ECF No. 9864**]

B.      Amended Response of General Ore International Corporation Ltd., Neu Holdings Corporation, Neu Foundation of California, Amy Patrick Neu and Janice K. Moss [**LBI ECF No. 9890**]

Related Document:

C.      Order Granting the Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to a certain claim [**LBI ECF No. 10085**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

41.   Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:   September 5, 2014 at 4:00 p.m.

Response Received:

A.      Response of US National Bank Association [**LBI ECF No. 9824**]

Related Document:

B.      Order Granting the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient,

WEIL:\95196600\8\58399.0011

and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to the claim of US National Bank Association.

42.      Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties to December 3, 2014 at 4:00 p.m.

Responses Received:

A.      Response of RUT The International Bond Fund [**LBI ECF No. 9827**]

B.      Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

C.      Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

D.      Notices of Resolution [**LBI ECF Nos. 10588, 10722**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

43.      Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9736**]

Response Deadline:    September 18, 2014 at 4:00 p.m., extended for certain parties to October 2, 2014 at 4:00 p.m.

Responses Received:

A.      Response of Goldman, Sachs & Co. [**LBI ECF No. 10024**]

B.      Declaration of Paul St. Lawrence in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10025**]

      C.      Declaration of Shiwon Choe in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10027**]

Related Documents:

      D.      *Ex Parte* Motion for Entry of an Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9732**]

      E.      Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9733**]

      F.      Filed Under Seal Release Agreement, Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9901**]

      G.      *Ex Parte* Motion for Entry of an Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10009**]

      H.      Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co. to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10011**]

      I.      Trustee's Reply in Further Support [**LBI ECF No. 10686**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

44.      Trustee's Objection to the General Creditor Proof of Claim of Ralph Harary (Claim No. 8002386) [**LBI ECF No. 10142**]

      Response Deadline:      October 31, 2014 at 4:00 p.m., extended to November 14, 2014 at 4:00 p.m.

      Responses Received:

      A.      Memorandum of General Creditor Ralph Harary in Response to Trustee's Objection to Proof of Claim No. 8002386 [**LBI ECF No. 10439**]

      B.      Declaration of Lloyd S. Clareman in Response to Trustee's Objection [**LBI ECF No. 10440**]

      Related Documents:  None.

WEIL:\95196600\8\58399.0011

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

45.    Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10182**]

Response Deadline:    November 7, 2014 at 4:00 p.m., extended for certain parties to December 19, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Order Granting the Trustee's Two Hundred Sixty-Ninth Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 10657**]

B.    Notice of Withdrawal [**LBI ECF No. 10719**]

C.    Supplemental Orders Granting the Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF Nos. 10702, 10761**]

D.    Certificate of No Objection solely as to a certain claim [**LBI ECF No. 10789**]

E.    Notice of Resolution [**LBI ECF No. 10852**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

46.    Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

Response Deadline:    December 3, 2014 at 4:00 p.m., extended to January 8, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

WEIL:\95196600\8\58399.0011

47.    Trustee's Two Hundred Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims and Claims Allowed in Reduced Amounts with the Proper Classification) [**LBI ECF No. 10227**]

Response Deadline:    November 14, 2014 at 4:00 p.m., extended for certain parties to November 25, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Order Granting the Trustee's Two Hundred Seventieth Omnibus Objection to General Creditor Claims (No Liability Claims and Claims Allowed in Reduced Amounts with the Proper Classification) solely as to certain claims [**LBI ECF No. 10666**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m., as to certain claims.

## VI.    WITHDRAWN MATTERS:

### A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

48.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 36874**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Notice of Withdrawal of the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [**ECF No. 47573**]

Status:  This matter has been withdrawn.

49.    Motion of Giants Stadium LLC for Authorization to Issue Third-Party Deposition Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 [**ECF No. 39898**]

Response Deadline:    June 12, 2014 at 4:00 p.m.

Response Received:

A.    LBHI's Opposition to Motion of Giants Stadium [**ECF No. 40232**]

WEIL:\95196600\8\58399.0011

Related Document:

      B.     Notice of Withdrawal of the Motion of Giants Stadium LLC [**ECF No. 47572**]

Status:  This matter has been withdrawn.

50.    The Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 44489**]

Response Deadline:    July 2, 2014 at 5:00 p.m. or as otherwise extended.

Responses Received:  None.

Related Document:

      A.     Notice of Withdrawal of the Plan Administrator's Four Hundred Sixty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47299**]

Status:  This matter has been withdrawn.

51.    Plan Administrator's Four Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47102**]

Response Deadline:    December 31, 2014 at 4:00 p.m.

Responses Received:  None.

Related Document:

      A.     Joint Notice of Withdrawal [**ECF No. 47581**]

Status:  This matter has been withdrawn.

52.    Plan Administrator's Objection to Claim of Nikko Citigroup Limited (Claim No. 17919) [**ECF No. 47219**]

Response Deadline:    January 5, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:

      A.     Joint Notice of Withdrawal [**ECF No. 47565**]

WEIL:\95196600\8\58399.0011

Status:  This matter has been withdrawn.

**B.    Lehman Brothers Inc. Proceeding**

53.    Motion of FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. for Entry of an Order to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [**LBI ECF No. 9712**]

Status:  This matter has been withdrawn.

Dated:  January 14, 2014
     New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  January 14, 2014
     New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95196600\8\58399.0011