UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                               :     Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :     08-13555 (SCC)
                                                                    :     (Jointly Administered)
          Debtors.                                                  :
                                                                    :
---------------------------------------------------------------------x     Ref. Docket Nos. 47180, 47181,
                                                                          47183, 47184, 47342, 47343, 47354,
                                                                          47386, 47390, 47431-47433, 47563,
                                                                          47593, 47594, 47604-47615, 47618,
                                                                          47619, 47622-47627

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 47180, 47181, 47183...47619, 47622-47627_AFF_1-6-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
            TRANSFEROR: RIVERROCK SECURITIES LIMITED
            C/O ALDEN GLOBAL CAPITAL, LLC
            ATTN: ITHRAN OLIVACCE
            885 THIRD AVENUE, 34TH FLOOR
            NEW YORK NY 10022

Please note that your claim # 51320-09 in the above referenced case and in the amount of
    $532,715.63   allowed at $498,433.31       has been transferred **(unless previously expunged by court order)**

            GOLDMAN SACHS & CO.
            TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
            ATTN: MICHELLE LATZONI
            200 WEST STREET
            NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47431     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2015                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 6, 2015.

# EXHIBIT B

```
TIME: 10:00:24                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE: 1
DATE: 01/06/15                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 LP                                               NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
 L.P.                                             885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 L.P.                                             NEW YORK NY 10022
ARES ENHANCED CREDIT OPPORTUNITIES                MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ARES ENHANCED CREDIT OPPORTUNITIES                STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116
 MASTER FUND, L.P.
ARES VIR CLO LTD.                                 ATTN: BILL REARDON 1 FEDERAL STREET 3RD FLOOR, US BANK BOSTON MA 02110
ARES VIR CLO LTD.                                 MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022
ARES VIR CLO LTD.                                 MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE. 3RD FLOOR NEW YORK NY 10022
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: TSVE CAPITAL LLC C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/ GARY S. COHEN/ RYAN WEDDLE
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA MEDIOLANUM S.P.A.                           ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO ) 20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK J. SAFRA SARASIN LTD                         ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS ELISABETHENSTRASSE 62 P.O. BOX BASEL CH-4002 SWITZERLAND
BANK J. SAFRA SARASIN LTD                         TRANSFEROR: CREDIT SUISSE C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: CREDIT SUISSE AG ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ATTN: JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASPIAN SC HOLDINGS L.P.                          TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASPIAN SELECT CREDIT MASTER FUND, LTD.,          TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASSA DI RISPARMIO IN BOLOGNA SPA                 TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: CLAUDIO CIAVARELLA SEGRETERIA GENERALE VIA FARINI 22 BOLOGNA 40124 ITALY
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: PRIVATBANK IHAG ZURICH AG PARADEPLATZ 8 ZURICH 8001 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ARES VIR CLO LTD. C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ARES VIR CLO LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OAKFORD MF LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OAKFORD MF LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
                                                  TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
```

```
TIME: 10:00:24                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    2
DATE: 01/06/15                                        CREDITOR LISTING

Name                                            Address
HYPOSWISS PRIVATBANK AG                         SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
ICCREA BANCA S.P.A.                             ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                             ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                   TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LUZERNER KANTONALBANK AG                        TRANSFEROR: CREDIT SUISSE PILATUSSTRASSE 12 LUZERN  CH-6003 SWITZERLAND
MACQUARIE BANK LIMITED                          ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                          ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS SIDLEY AUSTIN LLP 787 SEVETH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTN: SHAUN GEMBALA 125 WEEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. ATT: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019
MARINER LDC                                     ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528
MARINER LDC                                     JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528
MONARCH CAYMAN FUND LIMITED                     TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAYMAN FUND LIMITED                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.          TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH OPPORTUNITIES MASTER FUND LTD.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD.         TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
MONARCH RESEARCH ALPHA MASTER FUND LTD.         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
OAKFORD MF LIMITED                              TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
OAKFORD MF LIMITED                              TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
OAKFORD MF LIMITED                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                         TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
P MONARCH RECOVERY LTD.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE FLOOR 26 ATTN: MICHAEL GILLIN NEW YORK NY 10022
RAPAX OC MASTER FUND, LTD.                      TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SEMPER CONSTANTIA PRIVATBANK AG                 (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN  1010 AUSTRIA
SERENGETI OPPORTUNITIES MM L.P.                 TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                 TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                 TRANSFEROR: SERENGETI OVERSEAS LTD. F/K/A SERENGETI OVERSEAS MM L.P. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
ST. GALLER KANTONALBANK AG                      TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 POSTFACH 9000 ST. GALLEN  SWITZERLAND
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: HYPOSWISS PRIVATBANK AG KEIZERSGRACHT 268 1016 AMSTERDAM  NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: LUZERNER KANTONALBANK AG KEIZERGRACHT 268 1016 AMSTERDAM  NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION            TRANSFEROR: ST. GALLER KANTONALBANK AG KEIZERSGRACHT 268 1016 AMSTERDAM  NETHERLANDS
STRATEGIC VALUE MASTER FUND, LTD.               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830


                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

| Name | Address |
|---|---|
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE GREENWICH CT 06830 |
| TSVE CAPITAL LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    94

EPIQ BANKRUPTCY SOLUTIONS, LLC