UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (SCC)
                                                         :    (Jointly Administered)
              Debtors.                                   :
                                                         :
----------------------------------------------------------------x    Ref. Docket Nos. 47189, 47563

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 47189, 47563_Aff 1-6-15.doc

# EXHIBIT A

08-13555-mg    Doc 47840    Filed 01/14/15    Entered 01/14/15 17:22:07    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   SEMPER CONSTANTIA PRIVATBANK AG
              (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK)
              ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER
              BANKGASSE 2
              WEIN 1010 AUSTRIA

Additional:

Transferee:   BARCLAYS BANK PLC
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

**Your transfer   of claim #   66501-09   is defective for the reason(s) checked below:**

Other                                    ISIN 3709,LKY4,N6JS-ALLOW AMT DIFFERS;ISIN 1222-INSUFF FUND

Docket Number 47563            Date 12/29/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2015.

# EXHIBIT B

```
TIME: 10:12:10                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 01/06/15                                                    CREDITOR LISTING

Name                                Address
BARCLAYS BANK PLC                   ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CRAVATH, SWAINE & MOORE LLP         MR. RICHARD LEVIN 825 8TH AVENUE NEW YORK NY 100190 SWITZERLAND
SEMPER CONSTANTIA PRIVATBANK AG     (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                    WEIN 1010 AUSTRIA
UBS AG                              BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                              ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND

Total Number of Records Printed     5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC