UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                     :     Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :     08-13555 (SCC)
                                                          :     (Jointly Administered)
                        Debtors.                          :
                                                          :     Ref. Docket Nos. 47190, 47191,
                                                          :     47272-47274, 47290, 47339, 47434,
                                                          :     47435, 47488, 47629-47636, 47638-
                                                          :     47642
---------------------------------------------------------------x
:
In re                                                     :     Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                   :     08-13888 (SCC)
                                                          :     (Jointly Administered)
                        Debtors.                          :
                                                          :     Ref. Docket Nos. 400-401
                                                          :
                                                          :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 47190, 47191, 47272...47636, 47638- 47642; (08-13888) 400-401_AFF_1-7-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG, LONDON BRANCH (UK)
     ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG
     WINCHESTER HOUSE
     1 GREAT WINCHESTER STREET
     LONDON    EC2N 2DB
     UNITED KINGDOM

DEUTSCHE BANK AG, LONDON BRANCH (UK)
CONOR MCGOVERN
DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN
21ST FLOOR, 99 BISHOPSGATE
LONDON EC2M 3XD UNITED KINGDOM

Please note that your claim # 59766-04 in the above referenced case and in the amount of
     $0.00    allowed at $484,976.30     has been transferred **(unless previously expunged by court order)**

WILSHIRE ALDEN GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATED PORTFOLIO
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
C/O ALDEN GLOBAL CAPITAL, LLC
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47369     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/07/2015            Vito Genna, Clerk of Court

                            /s/ Lauren Rodriguez
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 7, 2015.

# EXHIBIT B

```
TIME: 16:29:19                                    LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 01/07/15                                        CREDITOR LISTING

Name                                          Address
ACREVIS BANK AG                               TRANSFEROR: DURR, MAX C/O FINANZ-LOGISTIK AG ROSENBERGSTRASSE 16 ST. GALLEN 9004 SWITZERLAND
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
MASTER FUND LP                                NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
MASTER FUND LP                                NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
MASTER FUND, L.P.                             NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: GOLDMAN SACHS & CO. ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ITHRAN OLIVACCE C/O NEW FINANCE ALDEN SPV 885 THIRD AVE 34TH FL NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: ODDO & CIE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND       TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND       TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
LP                                            NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
L.P.                                          NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
L.P.                                          NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,      TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
L.P.                                          NEW YORK NY 10022
BANCA MONTE DEI PASCHI DI SIENA S.P.A.        MOOSEWIESSTRASSE 84 GOSSAU SG 9200 SWITZERLAND
                                              ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BROKWEL MANAGEMENT INC.                       TRANSFEROR: WHITEHEAD CAPITAL INC. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA  PANAMA
CASPIAN SC HOLDINGS L.P.,                     TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASPIAN SELECT CREDIT MASTER FUND, LTD.,      TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
DURR, MAX
ERSEL SIM SPA                                 TRANSFEROR: UBS AG ATTN: BACK OFFICE SIM PIAZZA SOLFERINO 11 TORINO 10121 ITALY
FIFTH STREET STATION LLC                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BENJAMIN KOLPA 505 5TH AVENUE SOUTH SEATTLA WA 98104
FIFTH STREET STATION LLC                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BENJAMIN KOLPA 505 5TH AVENUE SOUTH SEATTLE WA 98104
FINECOBANK SPA                                TRANSFEROR: IW BANK SPA ATTN: MR. RONNY SCIRE PIAZZA DURANTE, 11 MILANO 20131 ITALY
GOLDMAN SACHS & CO.                           TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                           TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                           TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: HLF LP C/O GOLDMAN, SACHS & CO. ATTN: J.D. PERONE 200 WEST STREET NEW YORK NY 10282-1298
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                                 TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:29:19                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:    2
DATE: 01/07/15                                              CREDITOR LISTING

Name                                              Address
ILLIQUIDX LLP                                     TRANSFEROR: JOSE CRUZ GUILHERME, MATIAS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.            REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
IW BANK SPA                                       IN THE NAME AND ON BEHLAF OF ITS CLIENTS AS DETAILED IN THE ATTACHED TABLE (COLUMN B) VIA CAVRIANA, 20 MILAN 20134 ITALY
JOSE CRUZ GUILHERME, MATIAS                       BAIRRO DR. RAVASCO DOS ANJOS NO 26 MOURAO 7240-259 PORTUGAL
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,            TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 L.P.
MARINER LDC                                       ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528
MARINER LDC                                       JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                                  CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                                  CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                                  CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: TURNPIKE LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                  NEW YORK NY 10022
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
WHITEHEAD CAPITAL INC.                            TRANSFEROR: DEWITT SECURITIES LTD ATTN: GIOVANNA BERNAL, DIRECTOR CALLE 50, GLOBAL TOWER PANAMA  PANAMA


Total Number of Records Printed     59
```