UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
         Debtors.                                              :
                                                               :    Ref. Docket Nos. 47450, 47643,
                                                               :    47644
                                                               :
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                        :    08-13888 (SCC)
                                                               :    (Jointly Administered)
         Debtors.                                              :
                                                               :    Ref. Docket No. 405
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 8, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

| | |
|---|---|
| To: CREDIT SUISSE<br>ATTN: ALLEN GAGE<br>1 MADISON AVE<br>NEW YORK NY 10010 | CREDIT SUISSE<br>CRAVATH, SWAINE & MOORE LLP<br>ATTN: RICHARD LEVIN<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK NY 10019 |

Please note that your claim # 5255829-74 in the above referenced case and in the amount of $0.00 allowed at $32,035.11 has been transferred **(unless previously expunged by court order)**

| | |
|---|---|
| BANK J. SAFRA SARASIN LTD<br>TRANSFEROR: CREDIT SUISSE<br>C/O BAR & KARRER AG<br>ATTN: PETER HSU<br>BRANDSCHENKESTRASSE 90<br>ZURICH   CH-8027<br>SWITZERLAND | BANK J. SAFRA SARASIN LTD<br>ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT<br>BANK J SAFRA SARASIN LTD<br>ELISABETHENSTRASSE 62<br>P.O. BOX<br>BASEL CH-4002 SWITZERLAND |

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47450 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/08/2015

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 8, 2015.

# EXHIBIT B

```
TIME: 11:56:09                                              LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 01/08/15                                                    CREDITOR LISTING

Name                                    Address
BANK J. SAFRA SARASIN LTD               ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS BANK J SAFRA SARASIN LTD ELISABETHENSTRASSE 62 P.O. BOX
                                        BASEL  CH-4002 SWITZERLAND
BANK J. SAFRA SARASIN LTD               TRANSFEROR: CREDIT SUISSE C/O BAR & KARRER AG ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH   CH-8027 SWITZERLAND
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO VALTELLINESE S.C.               ATTENTION: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO   23100 ITALY
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTENTION RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                        NEW YORK NY 10005
FINECOBANK SPA                          TRANSFEROR: IW BANK SPA ATTN: MR. RONNY SCIRE PIAZZA DURANTE, 11 MILANO  20131 ITALY
HALCYON LOAN TRADING FUND LLC           RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281
HALCYON LOAN TRADING FUND LLC           TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
INTESA SANPAOLO SPA                     TRANSFEROR: CREDITO VALTELLINESE S.C. ATTN: LUIGI FIORI CARONES - LEGAL DEPARTMENT VIA VERDI 8 MILANO   20121 ITALY
IW BANK SPA                             VIA CAVRIANA, 20 MILAN  20134 ITALY


Total Number of Records Printed         12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC