UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                           :      Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :      08-13555 (SCC)
                                                                :      (Jointly Administered)
         Debtors.                                               :
                                                                :
---------------------------------------------------------------x      Ref. Docket No. 47651

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 8, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of January, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.
               VIA SAN CARLO 8/20
               MODENA 41100 ITALY

Additional:

Transferee:    FINECOBANK SPA
               ATTN: MR. RONNY SCIRE
               PIAZZA DURANTE, 11
               MILANO 20131 ITALY

**Your transfer   of claim #   49737-17   is defective for the reason(s) checked below:**

Other                                   ALLOWED AMOUNT CALCULATION DOES NOT MATCH WITH DOCKET

Docket Number 47651           Date 12/12/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 8, 2015.

**EXHIBIT B**

```
TIME: 11:56:52                                    LEHMAN BROTHERS HOLDING INC.                                   PAGE:  1
DATE: 01/08/15                                         CREDITOR LISTING

Name                                    Address
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. VIA SAN CARLO 8/20 MODENA  41100 ITALY
FINECOBANK SPA                          ATTN: MR. RONNY SCIRE PIAZZA DURANTE, 11 MILANO  20131 ITALY

Total Number of Records Printed         2

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```