UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                  :

In re                            :     Chapter 11 Case No.
                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                :    **(Jointly Administered)**
             **Debtors.**          :
                                :
-------------------------------------------------------------------------x   **Ref. Docket Nos. 47436, 47437,**
                                        **47596-47598, 47653-47656, 47658**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 9, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
              C/O ALDEN GLOBAL CAPITAL
              ATTN: CHRIS SCHOLFIELD
              885 THIRD AVENUE
              NEW YORK NY 10022

Please note that your claim # 62783-73 in the above referenced case and in the amount of
          $18,158.91 allowed at $18,000.00       has been transferred **(unless previously expunged by court order)**

              GOLDMAN SACHS & CO.
              TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
              ATTN: MICHELLE LATZONI
              200 WEST STREET
              NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47437     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/09/2015

                         Vito Genna, Clerk of Court

                         /s/ Lauren Rodriguez

                         _____
                         By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 9, 2015.

# EXHIBIT B

TIME: 13:54:51
DATE: 01/09/15

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ACREVIS BANK AG | TRANSFEROR: NEUE AARGAUER BANK AG C/O FINANZ-LOGISTIK AG ROSENBERGSTRASSE 16 POSTFACH 661 ST. GALLEN 9004 SWITZERLAND |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LIMITED ATTN: KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS LIMITED | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| MONARCH CAYMAN FUND LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    25

EPIQ BANKRUPTCY SOLUTIONS, LLC