UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
 :
In re : Chapter 11 Case No.
 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
 : (Jointly Administered)
Debtors. :
 :
----------------------------------------------------------------x Ref. Docket Nos. 47467, 47652

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  BNP PARIBAS (SUISSE) SA
             F/K/A FORTIS BANQUE (SUISSE) SA
             2 PLACE DE HOLLANDE
             GENEVA 11 CH-1211 SWITZERLAND

Additional:

Transferee:  BANK J. SAFRA SARASIN LTD
             ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS
             ELISABETHENSTRASSE 62
             P.O. BOX
             BASEL CH-4002 SWITZERLAND

**Your transfer   of claim #   35896    is defective for the reason(s) checked below:**

Other                                     CURRENCY DISCREPANCY - CLAIM FILED IN USD, TRANSFER IN EUR

Docket Number 47467            Date 12/03/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 9, 2015.

# EXHIBIT B

```
TIME: 13:49:13                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 01/09/15                                               CREDITOR LISTING

Name                              Address
BANK J. SAFRA SARASIN LTD         ATTN: FRANK LINK/ PATRICK GRIBI, LEGAL FRONT-AND BACK-OFFICE FUNCTIONS ELISABETHENSTRASSE 62 P.O. BOX BASEL  CH-4002 SWITZERLAND
BNP PARIBAS (SUISSE) SA           F/K/A FORTIS BANQUE (SUISSE) SA 2 PLACE DE HOLLANDE GENEVA 11  CH-1211 SWITZERLAND
CREDIT SUISSE AG                  PARADEPLATZ 8 ZURICH  CH-8001 SWITZERLAND
CREDIT SUISSE AG                  ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
ELSA DIEDRICH (HEIRESS FROM GUNTER BREMER LANDESBANK DOMSHOF 26 BREMEN  28195 GERMANY
  DIEDRICH)


Total Number of Records Printed            7
```