UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (SCC)
                                                                     :    (Jointly Administered)
             Debtors.                                                :
                                                                     :
---------------------------------------------------------------------x    Ref. Docket Nos. 47314, 47409,
                                                                          47438-47440, 47484, 47599-47602,
                                                                          47659-47661, 47668, 47673, 47691-
                                                                          47695, 47697-47700, 47705-47708,
                                                                          47711, 47712, 47717, 47720, 47721

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
14th day of January, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 47314, 47409, 47438...47717, 47720, 47721_AFF_1-13-15.doc

# EXHIBIT A

08-13555-mg    Doc 47851    Filed 01/14/15    Entered 01/14/15 17:39:35    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     TRANSFEROR: ILLIQUIDX LLP
     C/O ALDEN GLOBAL CAPITAL
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 58648-01 in the above referenced case and in the amount of
    $1,020,000.00    allowed at $562,803.93        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS & CO.
     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     ATTN: MICHELLE LATZONI
     200 WEST STREET
     NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47438    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2015                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 13, 2015.

# EXHIBIT B

```
TIME: 15:40:51                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 01/13/15                                                    CREDITOR LISTING

Name                                              Address
AHORRO CORPORACION FINANCIERA, S.V, S.A           TRANSFEROR: BARCLAYS BANK PLC PASEO DE LA CASTELLARIA 89, 70 PLANTA MADRID 28046 SPAIN
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE,34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNTIES              TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, LP
ALEITER HOLDINGS LLC                              TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
ALPHA RHEINTAL BANK AG                            TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT C/O FINANZ-LOGISTIK AG ATTN: MARCEL LEDERGERBER ROSENBERGSTRASSE 16
                                                  ST. GALLEN 9004 SWITZERLAND
AMSTEL ALTERNATIVE CREDIT FUND SICAV              TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX  XBX 1026 MALTA
 P.L.C.
BANCA PASSADORE & C. S.P.A                        TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA   16121 ITALY
BANCA PASSADORE E C. S.P.A.                       TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA   16121 ITALY
BANCA POPOLARE DI MILANO S.C.A.R.L.               F/K/A BANCA DI LEGNANO S.P.A. ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA, 4 MILAN 20121 ITALY
BANCA POPOLARE DI MILANO S.C.A.R.L.               TRANSFEROR: WEBANK S.P.A. ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA, 4 MILAN 20121 ITALY
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM MIAMI                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM MIAMI                               TRANSFEROR: BANK HAPOALIM B.M. C/O BANK HAPOALIM B.M. ATTN: DAVID HERTZ 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK INSINGER DE BEAUFORT N.V                     TRANSFEROR: CREDIT SUISSE AG J DIATZ SETTLEMENTS DEPT HERENGRACHT 537 1017 BV AMSTERDAM    NETHERLANDS
BANQUE SYZ & CO SA GENEVE                         TRANSFEROR: UNION BANCAIRE PRIVEE 30, RUE DU RHONE CASE POSTALE 5015 GENEVE 11  1211 SWITZERLAND
BARCLAYS BANK PLC                                 JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS PRIVATE CLIENTS INTL LIMITED,            TRANSFEROR: CREDIT SUISSE BPCI LTD 13 LIBRARY PLACE ST HELLIER  JE4 8NE JERSEY
 JERSEY BRANCH
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND

                                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:40:51                                    LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    2
DATE: 01/13/15                                         CREDITOR LISTING

Name                                              Address
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: P MONARCH RECOVERY LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK SUISSE AG                           TRANSFEROR: CREDIT SUISSE 14 RUE DU THONE GENEVE 1211 SWITZERLAND
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. C/O GOLDMAN, SACH & CO. ATTN: MICHELLE LATZONI
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
LIECHTENSTEINISCHE LANDESBANK                     C/O DRRT ATTN: ALEXANDER REUS, P.A. 340 W FLAGLER ST STE 201 MIAMI FL 33130
AKTIENGESELLSCHAFT
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR
                                                  CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.          TRANSFEROR: TURNPIKE LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MONARCH ALTERNATIVE SOLUTIONS MASTER              TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
FUND LTD.
MONARCH CAPITAL MASTER PARTNERS II LP             TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MONARCH CAPITAL MASTER PARTNERS II-A LP           TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                           TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
P MONARCH RECOVERY LTD.                           TRANSFEROR: BARCLAYS BANK PLC C/P MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
ST. GALLER KANTONALBANK AG                        TRANSFEROR: UBS AG ATTN: SFCA ST. LEONHARDSTRASSE 25 ST. GALLEN 9001 SWITZERLAND
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HYPOSWISS PRIVATBANK AG KEIZERSGRACHT 268 1016 AMSTERDAM NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ST. GALLER KANTONALBANK AG KEIZERSGRACHT 268 1016 AMSTERDAM NETHERLANDS
STONEHILL INSTITUTIONAL PARTNERS, LP              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                                  885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
UBI BANCA S.C.P.A                                 TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L. ATTN: ROSA DUNIA BRAMBILLA PIAZZA VITTORIO VENETO, 8 BERGAMO 24122 ITALY
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UNION BANCAIRE PRIVEE                             ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1 CH-1211 SWITZERLAND
UNION BANCAIRE PRIVEE, UBP SA                     TRANSFEROR: UBS AG RUE DU RHONE 96-98 P.O. BOX 1320 GENEVA 1 CH-1211 SWITZERLAND
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
SPC                                               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
SPC                                               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
SPC                                               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
SPC                                               885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022

Total Number of Records Printed                   79                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```