UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x Ref. Docket No. 47662

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
14th day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDITO EMILIANO S.P.A.
              ATTN: MR. LUCA MARIANI & EFISIO BERTRAND
              VIA EMILIA S. PIETRO, 4
              REGGIO EMILIA 42100 ITALY

Additional:   CREDITO EMILIANO S.P.A.
              ATTN: EFISIO BERTRAND
              VIA EMILIA SAN PIETRO, N. 4
              REGGIO EMILIA 42121 ITALY

Transferee:   BANCA MEDIOLANUM SPA
              ATTN: HEAD OF OPERATION CONTROL UNIT
              VIA F. SFORZA, 15
              BASIGLIO (MI) 20080 ITALY

**Your transfer of claim # 62892-14 is defective for the reason(s) checked below:**

Other                                    AMOUNT ON DOCKET DIFFERENT FROM AMOUNT ON SCHEDULE 1

Docket Number 47662          Date 12/19/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 13, 2015.

# EXHIBIT B

```
TIME: 16:03:03                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 01/13/15                                           CREDITOR LISTING

Name                         Address
BANCA MEDIOLANUM SPA         ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY
CREDITO EMILIANO S.P.A.      ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.      ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY


Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC