**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Turner P. Smith
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | **08-13555 (SCC)** |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE FOUR HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighty-Eighth

Omnibus Objection to Claims (No Liability Claims), that was scheduled for January 15, 2015 at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on**

[*Remainder of Page Intentionally Left Blank*]

-2-

**Exhibit A attached hereto, to January 27, 2015 at 2:00 p.m. (Prevailing Eastern Time)**.

Dated: January 14, 2015
      New York, New York

                                        **CURTIS, MALLET-PREVOST,**
                                         **COLT & MOSLE LLP**

                               By:  /s/ L. P. Harrison 3rd
                                    L. P. Harrison 3rd
                                    Turner P. Smith
                                    Cindi Eilbott Giglio
                              101 Park Avenue
                              New York, New York 10178-0061
                              (212) 696-6000

                              *Counsel for Lehman Brothers Holdings Inc.*
                               *and Certain of Its Affiliates*

# EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26405 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26406 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26407 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26408 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26409 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26410 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26501 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 26556 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29229 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29234 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29236 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29239 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29241 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29245 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29246 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29247 |

-2-

| | |
|---|---|
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29248 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 29250 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26348 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26349 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26350 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26351 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26352 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26360 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26361 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26362 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26363 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26364 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26374 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26375 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26376 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26377 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26390 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26557 |

20905137

-3-

| | |
|---|---|
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26558 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 26559 |