# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Richard L. Levine
212-310-8286
richard.levine@weil.com

January 15, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holding, Inc.**
  **ADR Procedures Order Dated 9/17/09 ("Order")**
  <u>**Sixty-second Status Report**</u>

Dear Judge Chapman:

The six Tier One Mediators have requested, your Honor, that we submit to the Court this monthly report (the sixty-second) and my first (having the honor to succeed my now-retired partner, Peter Gruenberger) pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. The debtors will file this report on the docket in advance of the January 15, 2015 omnibus hearing.

In the 36 days following the last prior report, the debtors served one new ADR Notice in Tier One. When added to the total Notices previously served in Tiers One and Two, the total number of Notices served is now 491. During the immediately past reporting period, the debtors achieved settlements with counterparties in eleven ADR matters, ten as a result of mediation. Upon the closing of such settlements, the debtors will have received an aggregate total of $2,817,545,046 new dollars for the debtors' estates. Settlements now have been achieved in 392 ADR matters involving 509 counterparties.

Honorable Shelley C. Chapman  **Weil, Gotshal & Manges LLP**
January 15, 2015
Page 2

To date, of the 220 ADR matters that have reached the mediation stage in Tier One and have been concluded, 205 have been settled in mediation; only fifteen mediations have terminated without settlement. Four additional Tier One mediations have been scheduled to commence on the following dates: January 28; February 10 and 12; and March 3, 2015.

Respectfully submitted,

*/s/ Richard L. Levine*

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

PG:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)