WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  : 08-13555 (SCC)
:
Debtors.                                             : (Jointly Administered)
:
-------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JANUARY 16, 2015 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    ADVERSARY PROCEEDINGS:**

1.   Moore Macro Fund, LP, *et al*. v. Lehman Brothers Holdings Inc., *et al*. [**Adversary Proceeding No. 14-02021**]

     **Motion to Dismiss Counterclaims and Discovery Conference**

     Related Documents:

     A.   Motion to Dismiss Defendants' First, Fifth, Sixth and Seventh Counterclaims [**ECF No. 15**]

     B.   Defendants' Memorandum of Law In Opposition to Plaintiffs' Motion to Dismiss Defendants' First, Fifth, Sixth and Seventh Counterclaims [**ECF No. 19**]

    C.    Reply Memorandum of Law in Support of Motion to Dismiss Defendants' First, Fifth, Sixth, and Seventh Counterclaims, Pursuant to Federal Rule of Civil Procedure 12(b)(6), Made Applicable to this Adversary Proceeding Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) **[ECF No. 22]**

    D.    Motion of the International Swaps and Derivatives Associations, Inc. for Leave for file Amicus Curiae Brief in Support of Neither Party **[ECF No. 25]**

    E.    Plaintiffs' Letter Brief Regarding Discovery **[ECF No. 32]**

    F.    Defendants' Letter Brief Regarding Discovery **[ECF No. 33]**

Status: These matters are going forward.

2.    Lehman Brothers Holdings Inc. v. Hometrust Mortgage Company [**Adversary Proceeding No. 14-02392**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Hometrust Mortgage Company's Motion to Dismiss and Memorandum of Law in Support Thereof **[ECF No. 10]**

    C.    Hometrust Mortgage Company's Memorandum of Law in Support of Its Motion to Withdraw the Reference **[ECF No. 11]**

Status: This matter is going forward.

3.    Lehman Brothers Holdings Inc. v. LHM Financial Corporation [**Adversary Proceeding No. 14-02393**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    LHM Financial Corporation's Motion to Dismiss and Memorandum of Law in Support Thereof **[ECF No. 9]**

    C.    LHM Financial Corporation's Memorandum of Law in Support of Its Motion to Withdraw the Reference **[ECF No. 10]**

Status:  This matter is going forward.

**MATTER TO BE HEARD AT 11:00 A.M.:**

4. Lehman Brothers Special Financing Inc. v. Bank of America N.A., *et al.* [**Adversary Proceeding No. 10-03547**]

   **Motion to Compel Ad Hoc Movants to Terminate Motion to Withdraw Reference and for Further Relief**

   Related Documents:

   A. Order to Show Cause [**ECF No. 954**]

   B. Memorandum of Law in Support of LBSF's Order to Show Cause to Compel Ad Hoc Movants to Terminate Motion to Withdraw Reference and for Further Relief [**ECF No. 953**]

   C. Declaration of James N. Lawlor with Exhibits [**ECF No. 955**]

   D. Ad Hoc Group of Defendants' Response to Orders to Show Cause Concerning Motion to Withdraw the Reference [**ECF No. 987**]

   E. Supplemental Declaration of James N. Lawlor [**ECF No. 996**]

   Status:  This matter is going forward.

**II.    ADJOURNED MATTERS:**

5. Lehman Brothers Special Financing Inc. v. Bank of America N.A., *et al.* [**Adversary Proceeding No. 10-03547**]

   **Motion to Dismiss**

   Related Documents:

   F. Motion of JA Hokkaido Shinren to Dismiss for Lack of Personal Jurisdiction [**ECF No. 795**]

   G. LBSF's Memorandum of Law in Opposition to JA Hokkaido Shinren's Motion to Dismiss For Lack of Personal Jurisdiction [**ECF No. 894**]

   H. Declaration of William F. Dahill in Opposition to JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 894-1**]

3

        I.        Reply in Support of JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 978**]

Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

6.    Lehman Brothers Holdings Inc. v. LCOR Alexandria L.L.C., *et al.* [**Adversary Proceeding No. 13-01689**]

    **Pre-Trial Conference**

    Related Documents:

        A.        Adversary Complaint [**ECF No. 1**]

        B.        Answer of LCOR Alexandria L.L.C., *et al.* to Complaint [**ECF No. 12**]

        C.        Amended Adversary Complaint [**ECF No. 18**]

        D.        Answer of LCOR Alexandria L.L.C., *et al.* to Amended Complaint [**ECF No. 22**]

    Status:  This matter has been adjourned to a date to be determined.

7.    Lehman Brothers Holdings Inc., *et al.* v. Mirabella [**Adversary Proceeding No. 14-02096**]

    **Pre-Trial Conference**

    Related Documents:

        A.        Adversary Complaint [**ECF No. 1**]

        B.        Amended Adversary Complaint [**ECF No. 4**]

        C.        Answer to Amended Complaint [**ECF No. 15**]

    Status:  This matter has been adjourned to a date to be determined.

8.    Lehman Brothers Holdings Inc., *et al.* v. Mizuho International plc [**Adversary Proceeding No. 14-02233**]

    **Pre-Trial Conference**

    Related Documents:

        A.        Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to a date to be determined.

9. Lehman Brothers Derivative Products Inc. v. U.S. Bank Trust National Association, *et al.* [**Adversary Proceeding No. 14-02234**]

   **Pre-Trial Conference**

   Related Documents:

   A. Adversary Complaint [**ECF No. 1**]

   Status:  This matter has been adjourned to February 19, 2015 at 10:00 a.m.

10. Lehman Brothers Holdings Inc., *et al.* v. Buck Institute for Age Research [**Adversary Proceeding No. 14-02238**]

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint [**ECF No. 1**]

    B. So Ordered Stipulation Extending Time to Respond to the Complaint [**ECF No. 5**]

    C. Partial Motion of Buck Institute for Age Research to Dismiss or Strike the Complaint [**ECF No. 10**]

    D. Memorandum of Law in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 11**]

    E. Declaration of Steven J. Fink in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 12**]

    F. So Ordered Stipulation re: Filing of Responses [**ECF No. 14**]

WEIL:\95171571\6\58399.0011

  G. Opposition of Lehman Brothers Holdings Inc. to Partial Motion to Dismiss or, in the Alternative, Strike the Complaint [**ECF No. 20**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

Dated: January 15, 2015
   New York, New York

           /s/ Garrett A. Fail
           Garrett A. Fail

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates