UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                      :    Chapter 11 Case No.
                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                           :
                              Debtors.                          :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING THE FOUR HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred eighty-eighth omnibus objection to claims, dated December 1, 2014 (the "Four Hundred Eighty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the Claims pursuant to section 502(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Eighty-Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighty-Eighth Omnibus Objection to Claims is in the best interests of the LBHI Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Eighty-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Eighth Omnibus Objection to Claims.

-2-

ORDERED that the relief requested in the Four Hundred Eighty-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: January 15, 2015
      New York, New York

                                 /S/ Shelley C. Chapman
                                 UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | PEP CREDIT INVESTOR LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26379 | Undetermined | Undetermined | No Liability |
| 2 | PEP CREDIT INVESTOR LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26380 | Undetermined | Undetermined | No Liability |
| 3 | PEP CREDIT INVESTOR LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26381 | Undetermined | Undetermined | No Liability |
| 4 | PEP CREDIT INVESTOR LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26382 | Undetermined | Undetermined | No Liability |
| 5 | PEP CREDIT INVESTOR LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26383 | Undetermined | Undetermined | No Liability |
| 6 | PEP CREDIT INVESTOR LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26384 | Undetermined | Undetermined | No Liability |
| 7 | PEP CREDIT INVESTOR LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26385 | Undetermined | Undetermined | No Liability |
| 8 | PEP CREDIT INVESTOR LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26392 | Undetermined | Undetermined | No Liability |
| 9 | PEP CREDIT INVESTOR LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 26397 | Undetermined | Undetermined | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | PEP CREDIT INVESTOR LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 26398 | Undetermined | Undetermined | No Liability |
| 11 | PEP CREDIT INVESTOR LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26399 | Undetermined | Undetermined | No Liability |
| 12 | PEP CREDIT INVESTOR LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 27388 | Undetermined | Undetermined | No Liability |
| 13 | PEP CREDIT INVESTOR LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29264 | Undetermined | Undetermined | No Liability |
| 14 | PEP CREDIT INVESTOR LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29396 | Undetermined | Undetermined | No Liability |
| 15 | PEP CREDIT INVESTOR LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29397 | Undetermined | Undetermined | No Liability |
| 16 | PEP CREDIT INVESTOR LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 29398 | Undetermined | Undetermined | No Liability |
| 17 | PEP CREDIT INVESTOR LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29399 | Undetermined | Undetermined | No Liability |
| 18 | PEP CREDIT INVESTOR LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29400 | Undetermined | Undetermined | No Liability |

**OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 19 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26333 | Undetermined | Undetermined | No Liability |
| 20 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26334 | Undetermined | Undetermined | No Liability |
| 21 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26335 | Undetermined | Undetermined | No Liability |
| 22 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26336 | Undetermined | Undetermined | No Liability |
| 23 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26337 | Undetermined | Undetermined | No Liability |
| 24 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 26420 | Undetermined | Undetermined | No Liability |
| 25 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26421 | Undetermined | Undetermined | No Liability |
| 26 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29228 | Undetermined | Undetermined | No Liability |
| 27 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 29230 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 28 | PROVIDENCE EQUITY PARTNERS VI LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29243 | Undetermined | Undetermined | No Liability |
| 29 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29260 | Undetermined | Undetermined | No Liability |
| 30 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29266 | Undetermined | Undetermined | No Liability |
| 31 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29267 | Undetermined | Undetermined | No Liability |
| 32 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29268 | Undetermined | Undetermined | No Liability |
| 33 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 29269 | Undetermined | Undetermined | No Liability |
| 34 | PROVIDENCE EQUITY PARTNERS VI LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29270 | Undetermined | Undetermined | No Liability |
| 35 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 29410 | Undetermined | Undetermined | No Liability |
| 36 | PROVIDENCE EQUITY PARTNERS VI LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 29411 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 37 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 26327 | Undetermined | Undetermined | No Liability |
| 38 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 26328 | Undetermined | Undetermined | No Liability |
| 39 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 26329 | Undetermined | Undetermined | No Liability |
| 40 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26330 | Undetermined | Undetermined | No Liability |
| 41 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26332 | Undetermined | Undetermined | No Liability |
| 42 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26422 | Undetermined | Undetermined | No Liability |
| 43 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26423 | Undetermined | Undetermined | No Liability |
| 44 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 26424 | Undetermined | Undetermined | No Liability |
| 45 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26425 | Undetermined | Undetermined | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 46 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29231 | Undetermined | Undetermined | No Liability |
| 47 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29232 | Undetermined | Undetermined | No Liability |
| 48 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 29252 | Undetermined | Undetermined | No Liability |
| 49 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 29253 | Undetermined | Undetermined | No Liability |
| 50 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29254 | Undetermined | Undetermined | No Liability |
| 51 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29255 | Undetermined | Undetermined | No Liability |
| 52 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29256 | Undetermined | Undetermined | No Liability |
| 53 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29261 | Undetermined | Undetermined | No Liability |
| 54 | PROVIDENCE EQUITY PARTNERS VI-A, LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 29262 | Undetermined | Undetermined | No Liability |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 55 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29251 | Undetermined | Undetermined | No Liability |
| 56 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29257 | Undetermined | Undetermined | No Liability |
| 57 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 29258 | Undetermined | Undetermined | No Liability |
| 58 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29259 | Undetermined | Undetermined | No Liability |
| 59 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 29263 | Undetermined | Undetermined | No Liability |
| 60 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29265 | Undetermined | Undetermined | No Liability |
| 61 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 29391 | Undetermined | Undetermined | No Liability |
| 62 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29392 | Undetermined | Undetermined | No Liability |
| 63 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 29393 | Undetermined | Undetermined | No Liability |

**OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 64 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 29394 | Undetermined | Undetermined | No Liability |
| 65 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 29395 | Undetermined | Undetermined | No Liability |
| 66 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29402 | Undetermined | Undetermined | No Liability |
| 67 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 29403 | Undetermined | Undetermined | No Liability |
| 68 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29404 | Undetermined | Undetermined | No Liability |
| 69 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 29405 | Undetermined | Undetermined | No Liability |
| 70 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29406 | Undetermined | Undetermined | No Liability |
| 71 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 29407 | Undetermined | Undetermined | No Liability |
| 72 | PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 29408 | Undetermined | Undetermined | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts