UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                                                               :
                    Debtors.                          :     (Jointly Administered)
------------------------------------------------------------------x

### ORDER DENYING WITHOUT PREJUDICE THE MOTION PURSUANT TO BANKRUPTCY RULE 8007 FOR ENTRY OF AN ORDER GRANTING STAY PENDING APPEAL AND THE MOTION TO COMPEL ENFORCEMENT OF PLAN AND CONFIRMATION ORDER TO RESTORE PLAN RESERVES

Upon the *Motion Pursuant to Bankruptcy Rule 8007 for Entry of an Order Granting Stay Pending Appeal* [ECF No. 47545] (the "Stay Motion") and the *Motion to Compel Enforcement of Plan and Confirmation Order to Restore Plan Reserves* [ECF No. 47595] (the "Reserves Motion"); and upon this Court's order dated November 7, 2014 [ECF No. 46853] (the "RSU Order"),[1] and the Court's *Memorandum Decision Sustaining Omnibus Objections to Claims* dated November 3, 12014 [ECF No. 46797], reported at 519 B.R. 47 (Bankr. S.D.N.Y. 2014) (the "November 3 Decision"); and upon the Statement of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator") in response to the Stay Motion and the Reserves Motion and the commitments of the Plan Administrator contained therein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Stay Motion and the Reserves Motion are denied without prejudice except as set forth herein; and it is further

ORDERED that the Plan Administrator shall maintain reserves for any claim that was subject to the RSU Order (each, an "RSU Claim," and collectively, the "RSU Claims") in a

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the RSU Order.

manner consistent with the Plan and Confirmation Order until entry of a Final Order (as defined in section 1.57 of the Plan) with respect to such RSU Claim; and further

ORDERED that the Plan Administrator is ordered not to release any reserves maintained for the RSU Claims as to which a Final Order has not been entered without at least 30 days' notice to this Court and to the individual holding such RSU Claim as of the date of such notice; provided that any rights of the Plan Administrator and/or the holder of such RSU Claim with respect to such a release of reserves and opposition thereto are hereby reserved and shall be unaffected by this Order; and it is further

ORDERED that the Plan Administrator is authorized to release reserves on account of any RSU Claims that become subject to a Final Order (as such term is defined in section 1.57 of the Plan), with no further notice being necessary; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: January 15, 2015
      New York, New York

                                      /S/ Shelley C. Chapman
                                      UNITED STATES BANKRUPTCY JUDGE