

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Volksbank AG (Liechtenstein, Schaan)</u>              <u>Credit Suisse AG</u>
Name of Transferee                                                Name of Transferor

Name and Address where notices                          Court Claim # (if known): <u>55813</u>
to transferee should be sent:                                  Date Claim Filed: <u>30th oct. 2009</u>
Volksbank AG                                                         Amount of Claim: <u>USD 30.000,--</u>
Feldkircher Strasse 2                                              Portion of Claim Transferred (see
LI-9494 Schaan                                                       Schedule I): _____
securities@volksbank.li

Phone: <u>0042 239 04 72</u>                                      Phone: <u>0041 44 334 54 30</u>
Last Four Digits of Acct #: _____                      Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>pp Valentini   ppt</u>                                           Date: <u>09th dec. 2014</u>
Transferee/Transferee's Agent
Hildegard Valentini
                    Thomas Gomboc
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

VOLKSBANK AG
Feldkircher Strasse 2
FL-9494 Schaan

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Volksbank AG, Liechtenstein** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim No 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 9 December, 2014.

**CREDIT SUISSE AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0187966949 | 55813 | October 30, 2009 | Lehman Brothers Treasury BV | USD 30,000 |



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Volksbank AG
Feldkircher Strasse 2, FL-9494 Schaan
Telefon:    +423 239 04 72
Fax:        +423 239 04 37
E-Mail:     thomas.gomboc@volksbank.li
www.volksbank.li

Schaan, 15. Dezember 2014
u/Ref. got

**Betreff: Transfer of XS0187966949**

Dear Sirs

Enclosed you will find the necessary documents to transfer the following position from Credit Suisse to Volksbank AG.

Kind regards
VOLKSBANK AG

Thomas Gomboc
authorized officer

Volksbank Aktiengesellschaft | Feldkircher Strasse 2 | FL-9494 Schaan | T: +423 239 04 04 | F: +423 239 04 05 | E: info@volksbank.li | www.volksbank.li
Öffentlichkeitsregister: Vaduz | Registernummer: FL-0001.541.083 | MWST-Nr. 53.578

