**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                   :        Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :        08-13555 (SCC)
                                                        :
                      Debtors.                          :        **(Jointly Administered)**
                                                        :
------------------------------------------------------------------------x        Ref. Docket Nos. 47782-47785

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 12, 2015, I caused to be served the:

    a)  "Notice of Adjournment of Hearing on the Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated January 12, 2015 [Docket No. 47782], (the "455th Omnibus NOA"),

    b)  "Notice of Adjournment of Hearing on the Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims) Solely as to Certain Claims," dated January 12, 2015 [Docket No. 47783], (the "486th Omnibus NOA"),

    c)  "Notice of Adjournment of Hearing on the Four Hundred Eighty-Seventh Omnibus Objection to Claims (Satisfied Guarantee Claims) Solely as to Certain Claims," dated January 12, 2015 [Docket No. 47784], (the "487th Omnibus NOA"),and

    d)  "Notice of Adjournment of Hearing on the Four Hundred Eighty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated January 12, 2015 [Docket No. 47785], (the "481st Omnibus NOA"),

    by causing true and correct copies of the:

    i.   455th Omnibus NOA, 486th Omnibus NOA, 487th Omnibus NOA, and 481st Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  455th Omnibus NOA, 486th Omnibus NOA, 487th Omnibus NOA, and 481st Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  455th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.  486th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.  487th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.  481st Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Christina Siguenza*
Christina Siguenza

Sworn to before me this
14th day of January, 2015
*/s/ Elli Krempa*
_____
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmestres@aclawllp.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
ecohen@russell.com

edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jclose@chapman.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com

jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com

jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com

korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
lhoffman@deilylawfirm.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperkins@deilylawfirm.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mrothchild@mofo.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

raul.alcantar@alcantarlaw.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhorkovich@andersonkill.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com

sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com

vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


MAYER BROWN LLP
ATTN: EVAN MERBERG, ESQ
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019


MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| DEKA INTERNATIONAL S.A. | AS MANAGEMENT COMPANY ON ACCOUNT OF THE FOLLOWING MUTUAL FUND: DEKALUX-EUROPA TF 5 RUE DES LABOURS L-1912 LUXEMBOURG |
| DEKABANK DEUTSCHE GIROZENTRALE | ATTN: ANDREAS BINDER MAINZER LANDSTRASSE 16 FRANKFURT AM MAIN 60325 GERMANY |
| INTERNATIONAL FUND MANAGEMENT S.A. | AS MANAGEMENT COMPANY ON ACCOUNT OF THE FOLLOWING MUTUAL FUND: IFM-INVEST: AKTIEN GLOBAL 3 RUE DES LABOURS L-1912 LUXEMBOURG |
| INTERNATIONAL FUND MANAGEMENT S.A. | AS MANAGEMENT COMPANY ON ACCOUNT OF THE FOLLOWING MUTUAL FUND: IFM-INVEST: AKTIEN EUROPA 3 RUE DES LABOURS L-1912 LUXEMBOURG |

**Total Creditor count  4**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| KN ASSET MANAGEMENT CO. | ATTN:  GOICHI ENDO 6-10-1, ROPPONGI MINATO-KU, TOKYO 106-6120 JAPAN |
| KN ASSET MANAGEMENT CO. | DIAMOND MCCARTHY LLP ATTN: STEPHEN T. LODEN, ESQ. 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| NOMURA SECURITIES CO., LTD. | TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO. FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODAKU TOKYO JAPAN |
| NOMURA SECURITIES CO., LTD. | C/O HIROAKI USUI; TRANSACTION LEGAL DEPT URBANNET OTEMACHI BUILDING 2-2-2 OTEMACHI, CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA SECURITIES CO., LTD. | DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

Total Creditor count  5

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG - LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH - LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| MOORE MACRO FUND, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

Total Creditor count  4

**EXHIBIT F**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BPCE C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |

**Total Creditor count  2**