Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Julia Kaufman

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al., | Case No. 08-13555 (SCC) (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF CLAIM

**JULIA KAUFMAN** ("Ms. Kaufman"), by her undersigned counsel, in connection with and pursuant to the obligations contained in the settlement stipulation with James Giddens, SIPA Trustee of Lehman Brothers, Inc., Case No. 08-1420 (SIPA), which settlement was approved by this court on January 15, 2015 (Doc. No. 11019), hereby withdraws her claim no. 510 in the amount of $500,000.00 filed by Ms. Kaufman on November 5, 2008.

Dated: New York, New York
       January 16, 2015

7552870.1

CARTER LEDYARD & MILBURN LLP

By: \_\_\_\_/s/ Aaron R. Cahn_____
     Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Julia Kaufman

To:    Clerk, United States Bankruptcy Court
       Alexander Hamilton Custom House
       1 Bowling Green
       New York, New York 10004

       Office of the United States Trustee
       201 Varick Street, Room 1006
       New York, New York 10014

       Jones Day
       Attorneys for the Debtors and Debtors-in-Possession
       222 East 41st Street
       New York, New York 10017

7552870.1