WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**THE FOUR HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (SATISFIED GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighty-Seventh

Omnibus Objection to Claims (Satisfied Guarantee Claims) [ECF No. 47079], which was

scheduled for February 19, 2015 at 10:00 a.m. (Eastern Time), **has been adjourned to March**

**11, 2015 at 10:00am (Eastern Time)** solely with respect to the claim listed on Exhibit A

attached hereto.

Dated:  January 16, 2015
              New York, New York

                                             /s/ Garrett A. Fail
                                             Garrett A. Fail

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                             and Certain of Its Affiliates

**<u>Exhibit A</u>**

**Claim to be Adjourned**

| Claimant | Claim Number |
|---|---|
| Commerzbank AG – Group Intensive Care | 27632 |

WEIL:\95214966\1\58399.0011