WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                      :

In re                                                       :       **Chapter 11 Case No.**

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       **08-13555 (SCC)**

                 Debtors.                          :       **(Jointly Administered)**
------------------------------------------------------------------x

**TWENTY-THIRD NOTICE OF ESTABLISHMENT OF**
**COMBINED OMNIBUS AND CLAIMS HEARING DATES**
**PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER**
**IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims hearing dates in the above-captioned cases:

      February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time)

      March 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)

      **April 8, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

WEIL:\95131919\1\58399.0011

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 623, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: January 21, 2015
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates