UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                :
                          Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING THE FOUR HUNDRED
FORTY-NINTH OMNIBUS OBJECTION AS TO CLAIM 17889
FILED BY UBS FINANCIAL SERVICES, INC.**

Upon the four hundred forty-ninth omnibus objection to claims, dated December 20, 2013 (the "Four Hundred Forty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), section 510(b) of the Bankruptcy Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to subordinate the Underwriter Claims and the Broker Claims, including claim number 17889 filed by UBS Financial Services Inc. (the "UBS Claim"), all as more fully described in the Four Hundred Forty-Ninth Omnibus Objection to Claims; and upon the response of UBS Financial Services Inc. ("UBS") to the Four Hundred Forty-Ninth Omnibus Objection to Claims and the Declaration of Kenneth G. Crowley in Support of UBS's Response [ECF No. 42124]; and upon the Plan Administrator's Reply in Further Support of Objection to Claim 17889 Filed by UBS Financial Services Inc. [ECF No. 46972] and the Declaration of Ralph I. Miller in Support of the Plan Administrator's Reply [ECF

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Forty-Ninth Omnibus Objection to Claims.

No. 46973]; and upon the Surreply by UBS Financial Services on the Four Hundred Forty-Ninth Omnibus Objection to Claims (510(b) Claims) [ECF No. 47111]; and a hearing having been held on January 15, 2015 to consider the Four Hundred Forty-Ninth Omnibus Objection to Claims pertaining to the UBS Claim (the "Hearing") at which Hearing the Plan Administrator and UBS appeared through their respective counsel and presented oral argument to the Court; and due and proper notice having been provided; and for the reasons stated by the Court on the record of the Hearing, it is hereby

ORDERED that the relief requested in the Four Hundred Forty-Ninth Omnibus Objection to Claims is granted as to the UBS Claim; and it is further

ORDERED that the UBS Claim is subordinated pursuant to section 510(b) of the Bankruptcy Code; and it is further

ORDERED that the Plan Administrator is authorized to reclassify the UBS Claim in LBHI Class 11 or LBHI Class 12, as applicable, in accordance with the Plan; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: January 21, 2015
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE