B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                                    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CF Life Compagnia di Assicurazioni Vita S.p.A.**                 **Le Assicurazioni di Roma S.p.A.**
Name of Transferee                                                                  Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):   __36766__
should be sent:                                                                     Total Amount of Claim Transferred:
                                                                                    $ _124,163.23_
**CF Life Compagnia di Assicurazione Vita S.p.A.**
**Gruppo CF Assicurazioni S.p.A.**                          Date Claim Filed:   __9/28/2009__
**Viale Erminio Spalla n. 9**
**00142 Roma (RM)**
**Italy**
**Attn: Raffaello D'Amario**


Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Marco Mondini_____          Date:   __1/22/2014__
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Le Assicurazioni di Roma S.p.A.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that Assignor has unconditionally and irrevocably conveyed, transferred and assigned to **CF Life Compagnia di Assicurazioni Vita S.p.A.** its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: **36766**) in the amount of **$124,163.23** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 21st day of January, 2015.

LE ASSICURAZIONI DI ROMA S.p.A.

By: _____
Name: GIORGIO GALLONE
Title: CHAIRMAN

CF LIFE COMPAGNIA DI ASSICURAZIONI VITA S.p.A.

By: _____
Name: MARCO MONDINI
Title: CEO

102011354v1