UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :
                   Debtors.                                    :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | CGKL Ventures, LLC<br>Attn: Bryan Thornton<br>150 California Street<br>22nd Floor<br>San Francisco, CA 94111 |
| Claim Numbers (if known): | 24345 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signed]* | Title:<br>Manager of CGKL I, LLC, sole member of the creditor |
| Printed Name:<br>William Lindsey | Dated:<br>December 31, 2014 |