UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (SCC)
                                                              :    (Jointly Administered)
                    Debtors.                                  :
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 47437, 47603,
                                                                    47686-47690, 47701-47704, 47722,
                                                                    47753-47761

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
22nd day of January, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|                                         |                              |
|-----------------------------------------|------------------------------|
| In re                                   | Chapter 11 Case No.          |
|                                         |                              |
| LEHMAN BROTHERS HOLDINGS INC., et al.,  | 08-13555 (SCC)               |
|                                         |                              |
|                                         | (Jointly Administered)       |
|          Debtors.                       |                              |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
               TRANSFEROR: JPMORGAN CHASE BANK, NA
               C/O ALDEN GLOBAL CAPITAL
               ATTN: ITHRAN OLIVACCE
               885 THIRD AVENUE, 34TH FLOOR
               NEW YORK NY 10022

Please note that your claim # 44602-01 in the above referenced case and in the amount of
      $223,363.85   allowed at $223,010.66        has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS & CO.
          TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
          ATTN: MICHELLE LATZONI
          200 WEST STREET
          NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47437        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/14/2015                   Vito Genna, Clerk of Court

                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 14, 2015.

# EXHIBIT B

08-13555-mg   Doc 47957   Filed 01/22/15   Entered 01/22/15 16:54:51   Main Document
Pg 4 of 5

```
TIME: 09:53:00                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    1
DATE: 01/14/15                                         CREDITOR LISTING

Name                                         Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,     TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALEITER HOLDINGS LLC                         TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
AMSTEL ALTERNATIVE CREDIT FUND SICAV         TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX  XBX 1026 MALTA
  P.L.C.
BARCLAYS BANK PLC                            JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                               REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                               REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                               PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                               REPUBLIC OF PANAMA  PANAMA
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON  EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS & CO.                          TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
ILLIQUIDX LLP                                TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
MONARCH RESEARCH ALPHA MASTER FUND LTD.      TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: LUZERNER KANTONALBANK AG KEIZERGRACHT 268 1016 AMSTERDAM  NETHERLANDS


Total Number of Records Printed          20
```