UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------x   Ref. Docket Nos. 44161, 46752,
47303, 47304, 47407-47409, 47485,
47544, 47677, 47682-47684, 47744-
47746, 47762, 47763, 47781

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 15, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 44161, 46752, 47303…47762, 47763, 47781_AFF_1-15-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
     TRANSFEROR: VARDE FUND IX LP, THE              ATTN: JEFF LONGMUIR
     ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
     745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
     NEW YORK NY 10019
```

Please note that your claim # 545214-09 in the above referenced case and in the amount of
   $1,467,798.16   allowed at $1,466,770.54        has been transferred **(unless previously expunged by court order)**

```
     ALEITER HOLDINGS LLC
     TRANSFEROR: BARCLAYS BANK PLC
     C/O CHAPMAN AND CUTLER LLP
     1270 AVENUE OF THE AMERICAS, 30TH FLOOR
     NEW YORK NY 10020-1708
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47677    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/15/2015                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 15, 2015.

# EXHIBIT B

```
TIME: 10:22:57                                                  LEHMAN BROTHERS HOLDING INC.                                                            PAGE:    1
DATE: 01/15/15                                                        CREDITOR LISTING

Name                                                 Address
ALEITER HOLDINGS LLC                                 TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC             TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX  XBX 1026 MALTA
BANK CIC (SWITZERLAND) LTD.                          ATTN: FELIX HASLER MARKTPLATZ 11-13 BASEL  4001 SWITZERLAND
BANK JULIUS BAER & CO. AG                            TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANQUE CANTONALE VAUDOISE                            TRANSFEROR: CREDIT SUISSE UG1162 ATTN: ANNE PARIS CASE POSTALE 300 LAUSANNE  1001 SWITZERLAND
BARCLAYS BANK PLC                                    ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                    ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                    TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                    TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                              TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBAIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                              TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                              TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                              TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR REPUBLIC OF PANAMA  PANAMA
CREDIT SUISSE                                        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                        CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GUERNSEY) LIMITED                     TRANSFEROR: CREDIT SUISSE C/O CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA 825 8TH AVENUE NEW YORK NY 10019
DBS BANK LTD                                         TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBY B DBS ASIA HUB SINGAPORE 486029 SINGAPORE
EDMOND DE ROTHSCHILD (SUISSE) SA                     TRANSFEROR: BANK CIC (SWITZERLAND) LTD. ATTN: MARTINE BOILLON 18 RUE DE HESSE GENEVA  1204 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: SOLA LTD ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: SOLA LTD. ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: ULTRA MASTER LTD ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: PCI FUND, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                  TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                                TRANSFEROR: SMC CREDIT OPPORTUNITIES FUND, LTD C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                        TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SMC CREDIT OPPORTUNITIES FUND, LTD                   TRANSFEROR: GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND, L.P. ATTN: GREGORY P. HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET, 33RD FLOOR NEW YORK NY 10022
SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH       ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER SINGAPORE  048583 SINGAPORE
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                 TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

                                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:22:57                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 01/15/15                                              CREDITOR LISTING

Name                                  Address
STONEHILL INSTITUTIONAL PARTNERS, LP  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D .NELSON
                                      885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                      885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                      885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MGMT - S. NELSON 885 NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022

Total Number of Records Printed     44
```

EPIQ BANKRUPTCY SOLUTIONS, LLC