UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 46668, 46959,
                                                                    47408, 47486, 47563, 47663, 47678-
                                                                    47681, 47746, 47764-47767, 47774,
                                                                    47775, 47826, 47827, 47839, 47842,
                                                                    47846

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ Lauren Rodriguez
                                                   Lauren Rodriguez

Sworn to before me this
22nd day of January, 2015
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46668, 46959, 47408...47839, 47842, 47846_AFF_1-16-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP
     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
     C/O ALDEN GLOBAL CAPITAL, LLC
     ATTN: ITHRAN OLIVACCE
     885 THIRD AVENUE, 34TH FLOOR
     NEW YORK NY 10022
```

Please note that your claim # 47606-07 in the above referenced case and in the amount of
       $201,654.20   allowed at $123,502.10          has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47839    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/16/2015                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 16, 2015.

# EXHIBIT B

```
TIME: 14:57:48                                           LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:    1
DATE: 01/16/15                                                 CREDITOR LISTING

Name                                                 Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND LP                             NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: ILLIQUIDX LTD. 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALEITER HOLDINGS LLC                         TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BANC OF AMERICA CREDIT PRODUCTS, INC.        TRANSFEROR: FORE MULTI STRATEGY MASTER FUND, LTD. C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
                                             NEW YORK NY 10036
BANK JULIUS BAER & CO. AG                    TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH   CH-8010 SWITZERLAND
BARCLAYS BANK PLC                            TRANSFEROR: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX CAPITAL LTD. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                             REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                             REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                             REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR PANAMA
                                             REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP ATTN; MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                             REPUBLIC OF PANAMA  PANAMA
BROKWEL MANAGEMENT INC.                      TRANSFEROR: ILLIQUIDX LLP MARTA IRENE DIAE DE SAAVEDRA 53RD E. STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                             REPUBLIC OF PANAMA  PANAMA
CREDIT SUISSE                                TRANSFEROR: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
FORE MULTI STRATEGY MASTER FUND, LTD.        C/O FORE RESEARCH & MANAGEMENT, LP 510 MADISON AVENUE, 11TH FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                          TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                          TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: ULTRA MASTER LTD ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC          TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC          TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                             JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC          TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                             JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC          TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                             JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC          TRANSFEROR: PCI FUND, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                        TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HSBC PRIVATE BANK SUISSE SA                  ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND

                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:57:48                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:  2
DATE: 01/16/15                                          CREDITOR LISTING

Name                                    Address
ILLIQUIDX LLP                           TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
KELLER-VOLPER, ERNST                    TRANSFEROR: CREDIT SUISSE STUDENBUHLSTRASSE 45 WOLLERAU  CH-8832 SWITZERLAND
MARC GASPARIC                           TRANSFEROR: NEUE AARGAUER BANK AG SWISS POST BOX 103272 ZURCHERSTRASSE 161 ZURICH  8010 SWITZERLAND
NEUE AARGAUER BANK AG                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                   ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
NEUE AARGAUER BANK AG                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
SEMPER CONSTANTIA PRIVATBANK AG         (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                        WEIN 1010 AUSTRIA
STONEHILL INSTITUTIONAL PARTNERS, LP    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                        885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON
                                        885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022

Total Number of Records Printed         50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC