**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x
                                                    :
In re                                               :       **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (SCC)**
                                                    :       **(Jointly Administered)**
                          **Debtors.**              :
                                                    :
-----------------------------------------------------------------------------x   **Ref. Docket Nos. 47685, 47724,**
                                                            **47726, 47728, 47781, 47796-47799,**
                                                            **47829**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 19, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
22nd day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC. et al.,                    08-13555 (SCC)

                                                         (Jointly Administered)

                              Debtors.

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC                                   BARCLAYS BANK PLC
     TRANSFEROR: VARDE FUND IX-A LP, THE                 ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                                BARCLAYS BANK PLC
     745 SEVENTH AVENUE, 2ND FLOOR                       745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019                                   NEW YORK NY 10019

Please note that your claim # 60294-05 in the above referenced case and in the amount of
     $31,132.20  allowed at $10,938.27       has been transferred (unless previously expunged by court order)

          ALEITER HOLDINGS LLC
          TRANSFEROR: BARCLAYS BANK PLC
          C/O CHAPMAN AND CUTLER LLP
          1270 AVENUE OF THE AMERICAS, 30TH FLOOR
          NEW YORK NY 10020-1708

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47685    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/19/2015                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 19, 2015.

# EXHIBIT B

TIME: 14:26:47
DATE: 01/19/15

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX XBX 1026 MALTA |
| BANCA AKROS SPA | |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WHITEHALL MANSIONS TA'XBIEX SEAFRONT TA'XBIEX XBX 1026 MALTA |
| BANK JULIUS BAER & CO. AG | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE BANK JULIUS BAER & CO. LTD.; PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASSA DI RISPARMIO DI CENTO | TRANSFEROR: BANCA AKROS SPA ATTN: MARCO BIONDI VIA MATTEOTTI, 8/B CENTO (FE) 44042 ITALY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| EDMOND DE ROTHSCHILD (SUISSE) SA | TRANSFEROR: UBS AG ATTN: MARTINE BOILLON 18 RUE DE HESSE GENEVA 1204 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNFIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HBK MASTER FUND, L.P. | TRANSFEROR: SMC CREDIT OPPORTUNITIES FUND, LTD C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SMC CREDIT OPPORTUNITIES FUND, LTD | TRANSFEROR: GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND, L.P. ATTN: GREGORY P.  HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET, 33RD FLOOR NEW YORK NY 10022 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: CLAUS, H.J.R.T. & M.J. CLAUS-VAESSEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: EVENTUALLY B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: GERI B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: SCHILDER, G.J. & M.A. SCHILDER RUNDERKAMP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| TURNFIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, THIRD AVENUE NEW YORK NY 10022 |
| TURNFIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNFIKE LIMITED | TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FL NEW YORK NY 10022 |
| TURNFIKE LIMITED | TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |

Total Number of Records Printed          29

EPIQ BANKRUPTCY SOLUTIONS, LLC