UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (SCC)
                                                        :    (Jointly Administered)
                    Debtors.                            :
                                                        :
----------------------------------------------------------------------x    Ref. Docket Nos. 47039, 47651,
                                                             47696, 47729, 47746, 47829-47837,
                                                             47847, 47849, 47850, 47853, 47854,
                                                             47861, 47862, 47864, 47867, 47874,
                                                             47876-47885, 47887, 47888, 47892,
                                                             47911, 47913, 47916, 47917, 47924-
                                                             47926, 47929

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
22nd day of January, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
     C/O ALDEN GLOBAL CAPITAL
     CHRIS SCHOLFIELD
     885 THIRD AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 545214-30 in the above referenced case and in the amount of
    $187,293.23    allowed at $99,826.98        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS & CO.
     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     ATTN: MICHELLE LATZONI
     200 WEST STREET
     NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47847      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2015                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 21, 2015.

# EXHIBIT B

```
TIME: 12:29:59                                      LEHMAN BROTHERS HOLDING INC.                                               PAGE:  1
DATE: 01/21/15                                          CREDITOR LISTING

Name                                                Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND             TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,            TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                              NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,            TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,            TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                              NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,            TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FL NEW YORK NY 10022
  LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,            TRANSFEROR: WELLS FARGO SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                NEW YORK NY 10022
ALEITER HOLDINGS LLC                                TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.              PIAZZALE LODI, 3 MILANO (MI) 20137 ITALY
BANCA DEL PIEMONTE S.P.A                            TRANSFEROR: VENETO BANCA HOLDING SCPA ATTN: DOTT. CAMILLO VENESIO VIA CERNAIA, 7 TORINO 10121 ITALY
BANCA FIDEURAM S.P.A.                               PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.              ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.             VIA SAN CARLO 8/20 MODENA 41100 ITALY
BANCA SELLA HOLDING SPA                             TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: CARLO NEGRO PIAZZA G. SELLA, 1 BIELLA 13900 ITALY
BANK VONTOBEL AG, ZURICH/ SWITZERLAND               TRANSFEROR: UBS AG ATTN: CORPORATE ACTIONS GOTTHARDSTRASSE 43, POSTFACH ZURICH CH-8022 SWITZERLAND
BANQUE CANTONALE VAUDOISE                           TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 LAUSANNE 1003 SWITZERLAND
BARCLAYS BANK PLC                                   JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                   TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                          C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                          JENNIFER DONOVAN C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE
                                                    GEORGE TOWN KY1-9005 CAYMAN ISLANDS
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE
                                                    GEORGETOWN KY1-9005 CAYMAN ISLANDS
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                    NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE
                                                    GEORGE TOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: TSO, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BROKWEL MANAGEMENT INC.                             TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                    REPUBLIC OF PANAMA PANAMA
CASSA DI RISPARMIO DI PISTOIA E DELLA               TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: ROBERTO LUCATTELLI; SECRETARY GENERAL VIA ROMA 3 PISTOIA 51100 ITALY
  LUCCHESIA S.P.A.
CREDIT ANDORRA S.A.                                 TRANSFEROR: UBS AG ATTN: JOAN MARC CAMINAL OR BEATRICE COLLADO AVDA. MERITXELL 80 ANDORRA LA VELLA AD 500 ANDORRA
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DEUTSCHE BANK SECURITIES ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
FINECOBANK SPA                                      TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: MR. RONNY SCIRE PIAZZA DURANTE, 11 MILANO 20131 ITALY
GERD EBERHARD HUETTMANN UND KAROLA                  TRANSFEROR: UBS AG GEORG-KRAUSHAAR-STRASSE 45 EMMERCIH AM RHEIN 46446 GERMANY
GOLDMAN SACHS & CO.                                 TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                 TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                 TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:29:59                                         LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 01/21/15                                              CREDITOR LISTING

Name                                    Address
GOLDMAN SACHS & CO.                     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                     TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                     TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
ILLIQUIDX LLP                           TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                           TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LIQUIDATION OPPORTUNITIES MASTER FUND,  TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
TURNPIKE LIMITED                        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL
                                        885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
                                        885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                        NEW YORK NY 10022
TURNPIKE LIMITED                        TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                        NEW YORK NY 10022
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VENETO BANCA HOLDING SCPA               (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED
                                        PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED ATTN: LEONARDO NAVE PIAZZA G.B. DALL'ARMI, N.1
                                        MONTEBELLUNA (NV)  31044 ITALY

Total Number of Records Printed         55
```