UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:    08-13555 (SCC)
                                        :    (Jointly Administered)
                       Debtors.         :
                                        :
---------------------------------------------------------------x    Ref. Docket Nos. 47870, 47914

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Lauren Rodriguez*
                                           Lauren Rodriguez

Sworn to before me this
22nd day of January, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 47870, 47914_Aff 1-21-15.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BARCLAYS BANK PLC
              TRANSFEROR: VARDE FUND IX LP, THE
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

Additional:   BARCLAYS BANK PLC
              JEFF LONGMUIR
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

Transferee:   ALEITER HOLDINGS LLC
              C/O CHAPMAN AND CUTLER LLP
              1270 AVENUE OF THE AMERICAS, 30TH FLOOR
              NEW YORK NY 10020-1708

**Your transfer of claim # 545214-04 is defective for the reason(s) checked below:**

Other                          This piece has already been tranferred.

Docket Number 47914          Date 01/16/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 21, 2015.

# EXHIBIT B

```
TIME: 12:30:52                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:  1
DATE: 01/21/15                                          CREDITOR LISTING

Name                                    Address
ALEITER HOLDINGS LLC                    C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. VIA SAN CARLO 8/20 MODENA  41100 ITALY
BANQUE LOMBARD ODIER & CIE SA           ATTN: J. FILELLA RUE DE LA CORRATERIE 11, CP 5215 GENEVA 11  CH-1211 SWITZERLAND
BARCLAYS BANK PLC                       TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASSA DI RISPARMIO DI RAVENNA S.P.A.    ATTN: PULAZZI CLAUDIO PIAZZA GARIBALDI 6 RAVENNA    ITALY
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019


Total Number of Records Printed      9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC