UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (SCC)
                                                 :
                    Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------------x

# ORDER GRANTING FOUR HUNDRED EIGHTY-FIFTH
# OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the four hundred eighty-fifth omnibus objection to claims, dated November 26, 2014 (the "Four Hundred Eighty-Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to liquidate and allow the Valued Derivative Claims, all as more fully described in the Four Hundred Eighty-Fifth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Fifth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighty-Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Four Hundred Eighty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Fifth Omnibus Objection to Claims.

**ORDERED** that the relief requested in the Four Hundred Eighty-Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

**ORDERED** that (i) each Valued Derivative Claim listed on <u>Exhibit 1</u> annexed hereto is hereby modified and allowed as a prepetition non-priority general unsecured claim in the amount set forth on <u>Exhibit 1</u> in the row "*Claim as Modified*" and (ii) with respect to each Valued Derivative Claim, any asserted amount in excess of the modified amount is disallowed and expunged; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: January 22, 2015
   New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
OMNIBUS OBJECTION 485: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | GUARANTEE CLAIM TOTAL | PRIMARY CLAIM CLAIM # | PRIMARY CLAIM ALLOWED AMOUNT |
|---|---|---|---|---|---|---|
| 1 GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PROMARK GLOBAL | 26434 | 9/22/09 | Lehman Brothers Holdings Inc. | | 26432 | $320,469.00 |
| | | | AMOUNT SUBJECT TO OBJECTION | $314,544.00 * | | |
| | | | CLAIM AS MODIFIED | $320,469.00 | | |
| 2 RESTRUCTURED ASSET SECURITIES WITH ENHANCED | 21999 | 9/21/09 | Lehman Brothers Holdings Inc. | | 21998 | $67,642.24 |
| | | | AMOUNT SUBJECT TO OBJECTION | Undetermined * | | |
| | | | CLAIM AS MODIFIED | $67,642.24 | | |
| | | | TOTAL AMOUNT SUBJECT TO OBJECTION | $314,544.00 | | |
| | | | TOTAL CLAIMS AS MODIFIED | $388,111.24 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts