WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                  :
**In re**                                                         :     **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :     **08-13555 (SCC)**
                                                                  :
                              **Debtors.**                        :     **(Jointly Administered)**
                                                                  :
                                                                  :
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TWO
## HUNDRED THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS
## (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without

prejudice its Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives

Claims) [ECF No. 21741] **solely as to the claim listed on Exhibit A attached hereto**.  The

Plan Administrator reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in

the future.

Dated:  January 23, 2015
           New York, New York

<div style="margin-left: 40%;">

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

</div>

2

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| TURKIYE SINAI KALKINMA BANKASI AS | 15806 | 23119 |