B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**
                                                                    Case No. **08-13555 (SCC)**
                                                                    **(jointly administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**          **Pulsar SPV LLC_____**
Name of Transferee                                 Name of Transferor


Name and Address where notices to transferee       Court Claim # (if known):  _____**28307**____
should be sent:

                                                   Total Amount of Claim Transferred:
                                                   USD $__207,500,000.00_____
Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036                                 Date Claim Filed:_9/22/2009___
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com


Name and Address where transferee payments
should be sent (if different from above):



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___*/s/Seth Denson*_____          Date:  _____1/23/2015_____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
          Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 28307

**PULSAR SPV LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Banc of America Credit Products, Inc.**
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention:       Ante Jakic / Gary S. Cohen
Telephone:       (646) 855-7450
Email:           Ante.Jakic@baml.com / g.cohen@baml.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number **28307**, solely to the extent of $207,500,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative as set forth below.

**PULSAR SPV LLC**
By: Magnetar Financial LLC, its manager

By:_____
Name:    Anthony Fox
Title:       Chief Financial Officer - Funds
Date: January 22, 2015    Magnetar Financial LLC

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
Name:_____
Title:_____
Date: January 22, 2015

DOC ID - 22279986.2

102035455v5

## EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
   Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
    Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 28307

**PULSAR SPV LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Banc of America Credit Products, Inc.**
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention: Ante Jakic / Gary S. Cohen
Telephone: (646) 855-7450
Email:  Ante.Jakic@baml.com / g.cohen@baml.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number **28307**, solely to the extent of $207,500,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative as set forth below.

**PULSAR SPV LLC**
By: Magnetar Financial LLC, its manager

By:_____
Name:_____
Title:_____
Date: January 22, 2015

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
Name:_____Jonathan M. Barnes_____
Title:_____Vice President_____
Date: January 22, 2015

DOC ID - 22279986.2

102035455v5