WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE RELATING TO CERTAIN MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 27, 2015**

**PLEASE TAKE NOTICE** that the hearing to consider the matters set forth on Exhibit A hereto that was scheduled for January 27, 2015, at 2:00 p.m. (Prevailing Eastern Time) **has been adjourned to a date to be determined** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: January 26, 2015
       New York, New York

                                    /s/ Garrett A. Fail
                                    Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:   (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

# Exhibit A

1. Four Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims) [ECF No. 46785]

2. Four Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 47101]