Robyn F. Pollack
Lucian B. Murley *(Admitted Pro Hac Vice)*
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone:    (215) 972-7537

*Attorneys for the Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE
CANTOR/BGC PARTIES' MOTION FOR RECONSIDERATION OF
ORDERS GRANTING FOUR HUNDRED SIXTY-SIXTH
AND FOUR HUNDRED SIXTY-SEVENTH OMNIBUS CLAIM OBJECTIONS**

**PLEASE TAKE NOTICE** that the hearing regarding the *Motion of Cantor/BGC Parties for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Fourth Hundred Sixty-Seventh Omnibus Claim Objections* (the "Motion") (D.I. No. 46631] that was scheduled for February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to March 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

637272.3 1/27/15

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve a response, if any, to the Motion is hereby extended to **March 3, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

> SAUL EWING LLP
>
> By: _/s/ Robyn F. Pollack_
> Robyn F. Pollack
> Lucian B. Murley (Admission Pro Hac Vice Pending)
> **SAUL EWING LLP**
> Centre Square West
> 1500 Market Street, 38th Floor
> Philadelphia, PA 19102-2186
> Telephone:    (215) 972-7537
> Facsimile:    (215) 972-1946
>
> *Attorneys for Attorneys for the Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited*

Dated:  January 27, 2015