UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on January 27, 2015, a copy of **Notice of Adjournment of Hearing on Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections** was made electronically on those parties requesting electronic service via the Court's ECF system and via U.S. Mail on the following parties.

Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jacqueline Marcus, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
*(Attorneys for the Debtors)*

Andy Velez-Rivera, Esquire
Paul Schwartzberg, Esquire
Brian Masumoto, Esquire
Linda Riffkin, Esquire
Tracy Hope Davis, Esquire
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

The Chambers of the Honorable Shelley C. Chapman
One Bowling Green
New York, NY  10004

637272.3 1/27/15

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*(Attorneys for the Creditors' Committee)*

SAUL EWING LLP

By: _____
Lucian B. Murley
(Pro Hac Vice Motion Pending)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

637272.3 1/27/15

2