## EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16733

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

and its successors and assigns ("Buyer"), all right, title and interest in and to $9,605,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim Number 16733 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    By: _____
    Name:                                              Name:
    Title:                                                Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
    Name:  **Ryan Morrell**
    Title:  **Authorized Signer**

# EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16733

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

and its successors and assigns ("Buyer"), all right, title and interest in and to $9,605,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim Number 16733 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    By: _____
Name:                                                    Name:
Title:                                                      Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name:
Title:

A/75951139.2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16734

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

its successors and assigns ("Buyer"), all right, title and interest in and to $9,605,000.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 16734 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  April 15  , 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
    Name:
    Title:    **Ryan Morrell**
              **Authorized Signer**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16734

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

its successors and assigns ("Buyer"), all right, title and interest in and to $9,605,000.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 16734 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name:
Title:

A/75951139.2

# EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16733

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

and its successors and assigns ("Buyer"), all right, title and interest in and to $395,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim Number 16733 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
    Name:                Ryan Morrell
    Title:               Authorized Signer

## EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16733

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

and its successors and assigns ("Buyer"), all right, title and interest in and to $395,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim Number 16733 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
    Name:
    Title:

A/75951035.2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16734

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

its successors and assigns ("Buyer"), all right, title and interest in and to $395,000.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 16734 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
    Name: Ryan Morrell
    Title: Authorized Signer

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 16734

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVIC Lux Master S.a.r.l.**
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Teri Salberg
Phone: (952) 984-3416
e-mail: teri.salberg@carval.com

its successors and assigns ("Buyer"), all right, title and interest in and to $395,000.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 16734 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 15, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
Name:                                  Name:
Title:                                 Title:

**CVIC Lux Master S.a.r.l.**
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name:
Title:

A/75951035.2