David J. Mark (DMark@kasowitz.com)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for Thomas P. Blakeslee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––––––––––

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (SCC) |
|  | : |  |
| Debtors | : | (Jointly Administered) |

––––––––––––––––––––––––––––––––––––––––––––––:

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Thomas P. Blakeslee, by his undersigned counsel,

pursuant to the *Stipulation and Order Regarding Proof of Claim of Thomas P. Blakeslee*, entered

into with James Giddens, as trustee for the liquidation of Lehman Brothers, Inc. under the

Securities Investor Protection Act of 1970, as amended, and approved by this Court on January

13, 2015 [Case No. 08-01420 (SCC) SIPA, Dkt. No. 10989], hereby withdraws with prejudice

Proof of Claim No. 66365, filed in the bankruptcy case of Lehman Brothers Holdings, Inc. on

March 5, 2010.

Dated: January 28, 2015
       New York, New York

By:   /s/ David J. Mark       
David J. Mark (DMark@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for Thomas P. Blakeslee*