**KAPLAN LANDAU LLP**
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

**JULIEN & SCHLESINGER, P.C.**
207 East 94th Street
Suite 303
New York, NY 10128
(212) 962-8020

*Attorneys for Claimants: Richard J. Glasebrook II (Claim No. 9682), Judith Ann Kenney (Claim No. 13929), Richard Nackenson (Claim No. 13968), Henry Ramallo (Claim No. 17607), Christian Reynolds (28442), Marvin C. Schwartz (Claim No. 20244), Stephanie Stiefel (Claim No. 21711), David I. Weiner (Claim No. 18314), Seth Finkel (Claim No. 18067) and Richard Levine (Claim No. 31657).*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC., et al.

                Debtors.
-----------------------------------------------------------------x

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## AMENDED STATEMENT OF ISSUES AND DESIGNATION OF RECORD PURSUANT TO RULE 8006

Claimants Marvin C. Schwartz, Stephanie Stiefel, Richard Glasebrook II, Judith Ann Kenney, Richard Nackenson, Henry Ramallo, Christian Reynolds, David I. Weiner, Richard Levine and Seth Finkel (collectively the "Neuberger Claimants"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby submit their amended statement of issues to be presented, and their designation of the items to be included in the record, on appeal of the Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards, entered herein on November 7, 2014 (ECF. No. 46853) (the "Order") and the Bankruptcy Court's underlying Memorandum Decision, dated November 3, 2014 (ECF

No. 46797) (the "Decision"), including all judgments, decrees, decisions, rulings and/or opinions that merged into or became part of the Order or on which the Order is or was based.

## Statement Of Issues On Appeal

1. The Neuberger Claimants hereby join in and adopt each and every Statement of Issues on Appeal set out in the Designation filed by Stamell & Schager, LLP, on behalf of its clients, on December 5, 2014 (ECF No. 47221) and the Designation filed by the Law Offices of Lisa M. Solomon, on behalf of its clients, on January 28, 2015 (ECF No. 47992), as well as any and all other issues specified in the designation of same filed by any and all other Restricted Stock Unit ("RSU") claimants in response to the Order.

2. Did the Bankruptcy Court err in determining that the Neuberger Claimants had a meaningful choice and acted voluntarily in accepting the Lehman pay scheme and acquiring RSUs as part of their compensation?

3. Did the Bankruptcy Court err in equating voluntariness and a meaningful choice with a lack of economic duress and coercion?

4. Did the Bankruptcy Court err in rejecting the Neuberger Claimants' position that their acquisition of RSUs was involuntary and compelled by reason of the restrictive covenants that required them to remain in Lehman's employ, and participate in the Lehman pay scheme, after Lehman acquired Neuberger Berman in 2003?

5. Did the Bankruptcy Court err in rejecting the claim of the Neuberger Claimants that their pre-existing restrictive covenants, their right to continue to work in their chosen profession and their resulting mandated, compelled and involuntary acceptance of RSUs as compensation did not constitute a voluntary purchase of securities under Section 510(b) of the Bankruptcy Code?

<u>Designation Of Items For Record On Appeal</u>

The Neuberger Claimants adopt, and incorporate herein by this specific reference and without duplication, the items designated by Stamell & Schager LLP in ECF No. 47221 and the Law Offices of Lisa M. Solomon in ECF No. 47992, as well as the items designated by all other RSU claimants in their designation of same. In addition thereto, the Neuberger Claimants designate the following items:

| ECF No. | Description |
| --- | --- |
| 20996 | Neuberger Claimants' Opposition to Debtors' One Hundred Eighteenth Omnibus Objection to Claims |
| 22573 | Affirmation of Michael Schlesinger in Opposition to Debtors' 207th Omnibus Objection |
| 25715 | Neuberger Claimants' Sur-Reply in Further Opposition to Debtors' 73rd, 118th and 207th Omnibus Objections |
| 31129 | Order Reinstating Claim of Richard Levine |
| 42385 | Neuberger Claimants Opening Memorandum of Law, January 28, 2014 |
| 43424 | Neuberger Claimants' Reply and Opposition Memorandum of Law, March 4, 2014 |
| 43767 | Supplemental Declaration of Stephanie Stiefel, March 26, 2014 |
| 43769 | Supplemental Declaration of Henry Ramallo, March 26, 2014 |
| Exhibit A to ECF No. 47980 | Neuberger Claimants' Exhibit List and Neuberger Claimants' Hearing Exhibits A through O |
| 44567 | Neuberger Claimants' Proposed Findings of Facts and Conclusions of Law, June 5, 2014 |
| 45093 | Letter to Judge Chapman, July 9, 2014 |
| 47002 | Notice of Appeal, November 20, 2014 |

Dated: New York, New York
January 28, 2015

**KAPLAN LANDAU LLP**

By: ___/s/___
    Eugene Neal Kaplan (EK-4229)
1065 Avenue of the Americas, 27th Floor
New York, New York 10018
(212) 593-1700
Michael S. Schlesinger (MS-0399)
**JULIEN & SCHLESINGER, P.C.**
207 East 94th Street, Suite 303
New York, New York 10128
(212) 962-8020
*Attorneys for the Neuberger Claimants*

3

## AFFIRMATION OF SERVICE

EUGENE NEAL KAPLAN, an attorney who is not a party to this action, and is duly licensed to practice in the courts of the State of New York, affirms under penalty of perjury pursuant to CPLR §2106, that I served the annexed Amended Statement of Issues and Designation of Record Pursuant to Rule by electronic transmission to the e-mail addresses below, the attorneys of record, on January 28, 2015.

Ralph I. Miller, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8965
ralph.miller@weil.com

Richard J. Schager, Jr., Esq.
Andrew R. Goldenberg, Esq.
STAMELL & SCHAGER LLP
One Liberty Plaza, 23rd Floor
New York, New York 10006-1404
(212) 566-4047
schager@ssnyc.com
goldenberg@ssnyc.com

Lisa M. Solomon
LAW OFFICES OF LISA M. SOLOMON
One Grand Central Place
305 Madison Avenue, Suite 4700
(212) 471-0067
lisa.solomon@att.net

Howard P. Magaliff, Esq.
Robert N. Michaelson, Esq.
RICH MICHAELSON MAGALIFF MOSER LLP
340 Madison Avenue, 19th Floor
New York, New York
(212) 220-9402
hmagaliff@r3mlaw.com
rmichaelson@r3mlaw.com

                LAW OFFICES OF A. JAMES BOYAJIAN
                355 S. Grand Avenue, Suite 2450
                Los Angeles, CA 90071
                (424) 258-0777
                jamesboyajian@gmail.com

Dated: January 28, 2015

                                            /s/
                                  EUGENE NEAL KAPLAN