UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jordanna L. Nadritch, Esq. ("Mrs. Nadritch") previously appeared as counsel for Christiane Schuster, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et. seq.* (the "Bankruptcy Code"), Mrs. Nadritch hereby withdraws her appearance in the case and requests that she be removed from all service and distribution lists.

Dated: New York, New York
       January 29, 2015

**OLSHAN FROME WOLOSKY LLP**

By:   /s/ Jordanna Nadritch
      Adam H. Friedman
      Jordanna Nadritch
      Park Avenue Tower
      65 East 55th Street
      New York, NY 10022
      212.451.2300
      afriedman@olshanlaw.com
      jnadritch@olshanlaw.com

*Former Counsel to Christiane Schuster*

1

3014854-1