UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>*Debtors.* | CHAPTER 11<br><br>CASE NO. 08-13555 (SCC) |
| MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE, LTD., JR MOORE, LP, LM MOORE LP, MF MOORE LP (formerly MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUND (MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C., and TRADE PROCESS CORPORATION,<br><br>*Plaintiffs,*<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., and LEHMAN BROTHERS COMMERCIAL CORPORATION,<br><br>*Defendants.* | ADVERSARY PROCEEDING<br>NO: 14-02021-scc |

## STIPULATION CONCERNING PLAINTIFFS' RESPONSE TO DEFENDANTS' AMENDED ANSWER AND COUNTERCLAIMS

Plaintiffs Moore Macro Fund, LP, Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., JR Moore, LP, LM Moore LP, MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, LTD., Moore Emerging Markets Fund (Master) LP, Moore Capital Advisors, L.L.C., and Trade Process Corporation (collectively, "Moore") and Defendants Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., and Lehman Brothers Commercial Corporation (collectively, "Lehman"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1) Moore's deadline to move, answer, or otherwise respond to Lehman's Amended Answer and Counterclaims shall be extended to February 9, 2015;

2) In the event Moore moves to dismiss Lehman's Amended Answer and Counterclaims, Lehman's opposition to such motion shall be e-filed on or before March 11, 2015 and Moore's reply in further support of such motion shall be e-filed on or before March 25, 2015.

Dated: New York, New York
January 29, 2015

By: /s/

Bennette D. Kramer
Jeffrey M. Eilender
Erik S. Groothuis
Samuel L. Butt
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, NY 10004
(212) 344-5400
*Attorneys for Moore Macro Fund, LP, Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., JR Moore, LP, LM Moore LP, MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, Ltd., Moore Emerging Markets Fund (Master) LP, Moore Capital Advisors, L.L.C., and Trade Process Corporation*

By: /s/

Jayant W. Tambe
Locke R. McMurray
Tracy V. Schaffer
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939
*Attorneys for Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., and Lehman Brothers Commercial Corporation*