# LBHI CLAIM TRANSFER NOTICE (Form 210A)

FILED
U.S. BANKRUPTCY COURT
2015 JAN 21  P 12: 15

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:
Lehman Brothers Holdings Inc., *et al*,

Debtors.

Chapter 11

Case No. 08-13555 (SCC)

Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HSH Nordbank AG Luxembourg Branch
Transferee

Anthracite Rated Investments (Jersey) Limited
Transferor

Name and Address where notices to transferee should be sent:

Att: Mr Elton Veveçka
2, rue Jean Monnet
L-2180 Luxemburg

Claim No.: _28177_
Amount of Claim: US$42,754,274.69
Date Claim Filed: September 22, 2009
Phone: +44(0)1534 702119 _

Name and Address where transfer payments should be sent (if different from above):

_____
_____

Telephone: _____
Attention: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _/s/ Franz-Josef GLAUBEN_ _/s/ Elton Veveçka_    Date: _18_/_12_/2014
Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571.

## LBHI EVIDENCE OF CLAIM TRANSFER

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Anthracite Rated Investments (Jersey) Limited (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to HSH Nordbank AG Luxembourg Branch (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 28177 (the "**Claim**") against Lehman Brothers Holdings, Inc. (the "**Guarantor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _____ day of _____, 2014.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Rated Investments (Jersey) Limited | HSH Nordbank AG Luxembourg Branch |
| Name: | Name: Franz-Josef GLAUBEN / Elton Veveçka |
| Title: | Title: |

## LBHI EVIDENCE OF CLAIM TRANSFER

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Anthracite Rated Investments (Jersey) Limited (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to HSH Nordbank AG Luxembourg Branch (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 28177 (the "**Claim**") against Lehman Brothers Holdings, Inc. (the "**Guarantor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 *(Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _____ day of _____, 2014.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Rated Investments (Jersey) Limited | HSH Nordbank AG Luxembourg Branch |
| *[signature]* | *[signatures]* |
| Name: Gareth Essex-Cater | Name: Franz-Josef GLAUBEN / Elton Veveçka |
| Title: Director | Title: |