WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

**AMENDED NOTICE OF WITHDRAWAL OF TWO**
**HUNDRED SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(NO GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing with prejudice

WEIL:\95230568\1\58399.0003

its Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) [ECF No. 24995] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: February 2, 2015
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Claim for Which Objection Is Withdrawn With Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| LUTHERAN SENIOR SERVICES | 23948 | 26174, 27803 |