United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555 (JMP)

                                                            (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

OCP Credit Strategy Fund                                    OCP Investment Trust
Name of Transferee                                          Name of Transferor

                                                            Court Claim #: 67172.02
                                                            Claim Amount: $3,198,515.76

Name and Address where notices to Transferee
should be sent:

OCP Credit Strategy Fund
c/o U.S. Bank N.A.
1 Federal Street, 3rd Floor
Boston, MA 02110
Fax: 866/678-9592
Email: OCP.Credit.SF@usbank.com

Name and Address where Transferee payments
should be sent (if different from above):

(Same as above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**OCP CREDIT STRATEGY FUND**
By: Onex Credit Partners, LLC, its manager

By: /s/ Steven Gutman                    Date: 1/30/15
Name: Steven Gutman
Title: General Counsel

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court")

OCP Investment Trust, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**OCP Credit Strategy Fund**
c/o U.S. Bank N.A.
1 Federal Street, 3rd Floor
Boston, MA 02110
Fax: 866/678-9592
Email: OCP.Credit.SF@usbank.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number **67172** in the amount of **$3,198,515.76** (the "Claim") against **Lehman Brothers Holdings Inc.**

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February __, 2015.

SELLER

**OCP INVESTMENT TRUST**
By: Onex Credit Partners, LLC, its manager

By: _____
Name: Steven Gutman
Title: General Counsel

BUYER

**OCP CREDIT STRATEGY FUND**
By: Onex Credit Partners, LLC, its manager

By: _____
Name: Steven Gutman
Title: General Counsel