RICH MICHAELSON MAGALIFF MOSER, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Counsel for Roger Saks*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                           :     Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :     Case No. 08-13555 (JMP)
                                                :     (Jointly Administered)
                         Debtors.               :
                                                :
-----------------------------------------------------------------x

# WITHDRAWAL OF NOTICE OF APPEAL BY ROGER SAKS

Notice is hereby given that Roger Saks withdraws his notice of appeal to the United States District Court for the Southern District of New York filed on November 21, 2014 (ECF doc. 47009) from the *Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards* entered on November 7, 2014 (ECF doc. 46853) the *Memorandum Decision Sustaining Omnibus Objections to Claims* entered on November 3, 2014 (ECF doc. 46797). This does not affect the appeals of co-appellants Donald Boughrum, Morgan Lawrence, Nicole Lawrence and Brian Monahan.

Dated:  New York, New York          RICH MICHAELSON MAGALIFF MOSER, LLP
        February 2, 2015            Counsel for Roger Saks
                                    By:

                                    /s/ Howard P. Magaliff
                                    HOWARD P. MAGALIFF
                                    335 Madison Avenue, 9th Floor
                                    New York, NY 10017
                                    646.453.7851
                                    hmagaliff@r3mlaw.com

{00008878v1 }