WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (SCC)
                                          :
                    Debtors.              :   (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF FOUR HUNDRED
EIGHTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(DUPLICATE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that on November 25, 2014, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* for the entities in the above-referenced chapter 11 cases, filed the Four Hundred Eighty-Fourth Omnibus Objection to Claims (Duplicate Claims) [ECF No. 47064] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator is withdrawing without prejudice the Objection *solely* with respect to the claims identified on Exhibit A annexed hereto, as a result of the withdrawal of the proof of claim listed on Exhibit B annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: February 2, 2015
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates

# EXHIBIT A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| Four Hundred Eighty-Fourth Omnibus Objection to Claims | | |
|---|---|---|
| **Claimant** | **Claim No.** | **Claim Amount** |
| IRONBRIDGE ASPEN COLLECTION, LLC<br>PO BOX 10493<br>ASPEN, CO 81612 | 30849 | $388,841.00* |
| IRONBRIDGE MOUNTAIN COTTAGES, LLC<br>PO BOX 10493<br>ASPEN, CO 81612 | 30848 | $63,670.00* |

\* **- Indicates claim contains unliquidated and/or undetermined amounts**

## EXHIBIT B

### Withdrawn Claim:

| Claimant | Claim No. | Claim Amount |
|---|---|---|
| IRONBRIDGE HOMES, LLC<br>PO BOX 10493<br>ASPEN, CO 81612 | 30850 | $452,511.00 |

\* **- On January 6, 2015, claimant filed a Withdrawal of Claim form withdrawing proof of claim number 30850 [ECF No. 47667].**

WEIL:\95204432\3\58399.0011