**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re                                                    :        Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        08-13555 (SCC)
                                                         :
            Debtors.                                     :        (Jointly Administered)
---------------------------------------------------------------------x

### AMENDED NOTICE OF WITHDRAWAL OF THE FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing with prejudice its Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 45448] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: February 3, 2015
       New York, New York

                                   **CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP**

                                   By:  */s/ L. P. Harrison 3rd*
                                          L. P. Harrison 3rd
                                          Cindi Eilbott Giglio
                                   101 Park Avenue
                                   New York, New York 10178-0061
                                   (212) 696-6000

                                   *Counsel for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates*

## EXHIBIT A

## Claim for Which Objection Is Withdrawn With Prejudice

| Claimant | Claim Number |
| --- | --- |
| LUTHERAN HILLSIDE VILLAGE, INC. | 23893 |

20258794