**WONG FLEMING**
821 Alexander Road
Suite 200, P.O. Box 3663
Princeton, NJ 08543-3663
Phone: (609) 951-9520
Fax: (609) 951-0270
*Counsel for Nationwide Life Insurance Company and*
*Nationwide Mutual Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, *et al*. | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | |
| Plaintiff, | Adversary Proceeding No.: 10-03547 (JMP) |
| - against – | |
| BANK OF AMERICA NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

     Please remove me from the Court's service list for the above-entitled Bankruptcy Matter, Case No. 08-13555. I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., by electronic means and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of the Court should this notice requirement change.

                                  WONG FLEMING

                      By: /s/ James Haney
                         James Haney
                         821 Alexander Road
                         Suite 200, P.O. Box 3663
                         Princeton, NJ 08543-3663