Sanford A. Mohr and Tina A, Mohr
73-4787 Halolani Street
Kailua-Kona, HI 96740
808 325-0370

January 31, 2015

Honorable Judge Shelley C. Chapman
One Bowling Green
New York, NY 10004-1408
Courtroom 623

RECEIVED
FEB - 3 2015
U.S. BANKRUPTCY COURT, SDNY

Re: Lehman Bros. Chapter 11 Case No. 09-13555 (SCC)

Dear Honorable Judge Shelley C. Chapman,

We have been served notice of a hearing on Debtor's Objections to Proof of Claim No, 33605 adjourned to February 19, 2015 at 10:00 am (Prevailing Eastern Time).

We respectfully request, due to medical necessity related to disability of Mrs. Mohr, a continuance to respond. Mrs. Mohr is medically compromised, was recently hospitalized again last week, and continues to experience disability-related compromised health. Mrs. Mohr continues to seek care from medical specialists to address her disability. Medical appointments for Mrs. Mohr are scheduled for February 4, 2015, February 9, 2015, and February 17, 2015 to further access her disability.

Please consider an additional 12-week extension for the Mohr's response to Lehman Bros. Chapter 11 Case No. 09-13555 (SCC).

Thank you.

Sincerely,

Sanford A. Mohr         Tina A. Mohr

Cc: Michael Rollins, Esq.