Sanford A. Mohr and Tina A. Mohr
73-4787 Halolani Street
Kailua-Kona, HI 96740
808 325-0370

January 31, 2015

Honorable Judge Shelley C. Chapman
One Bowling Green
New York, NY 10004-1408
Courtroom 623

RECEIVED
FEB - 3 2015
U.S. BANKRUPTCY COURT, SDNY

Re: Lehman Bros. Chapter 11 Case No. 09-13555 (SCC)

Dear Honorable Judge Shelley C. Chapman,

We have been served notice of a hearing on Debtor's Objections to Proof of Claim No, 33605 adjourned to February 19, 2015 at 10:00 am (Prevailing Eastern Time).

We respectfully request, due to medical necessity related to disability of Mrs. Mohr, a continuance to respond. Mrs. Mohr is medically compromised, was recently hospitalized again last week, and continues to experience disability-related compromised health. Mrs. Mohr continues to seek care from medical specialists to address her disability. Medical appointments for Mrs. Mohr are scheduled for February 4, 2015, February 9, 2015, and February 17, 2015 to further access her disability.

Please consider an additional 12-week extension for the Mohr's response to Lehman Bros. Chapter 11 Case No. 09-13555 (SCC).

Thank you.

Sincerely,

Sanford A. Mohr            Tina A. Mohr

Cc: Michael Rollins, Esq.

It is hereby ORDERED that the request of Sanford and Tina Mohr (the "Claimants") to adjourn the hearing on the Objection (the "Objection") of Lehman Brothers Holdings Inc. ("LBHI") to Proof of Claim No. 33605 is granted; ORDERED that the hearing on the Objection is adjourned to April 21, 2015 at 10:00 a.m. (EDT); ORDERED that Claimants shall have leave to file one additional pleading in connection with the Objection, which pleading shall be filed on or before April 7, 2015 at 5:00 p.m. (EDT); ORDERED that LBHI shall have leave to file a response to any additional pleading, which response shall be filed on or before April 14, 2015 at 5:00 p.m. (EDT); ORDERED that no additional requests to adjourn or otherwise extend time shall be granted.

Dated: February 4, 2015
New York, NY

/s/ SHELLEY C. CHAPMAN
United States Bankruptcy Judge