# Notice Recipients

District/Off: 0208−1  User: gwhite  Date Created: 2/4/2015
Case: 08−13555−scc  Form ID: pdf001  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk     Tina Mohr     73−4787 Halolani Street     Kailua, HI 96740
unk     Sanford Mohr     and Tina Mohr     73−4787 Halolani Street     Kailua, HI 96740

TOTAL: 2