Form 210A (10/06)

## United States Bankruptcy Court
### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                (Jointly
**Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

TCA Opportunity Investments S.a.r.l.         Deutsche Bank AG, London

Name and Address where notices to transferee should
be sent:

TCA Opportunity Investments S.a.r.l.         Court Claim # (if known):  55570
c/o Taconic Capital Advisors LP              Total Amount of Claim: $21,309,446.77
450 Park Avenue, 9th Floor                   Date Claim Filed: 10/29/2009
NY, NY  10022                                Transferred Portion: $2,914,900.20
Attention : Alexandra Grigos
Phone: 212 209-3125
Fax 212-209-3189
e-mail: agrigos@taconiccap.com

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should
be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this          notice is true and correct to the best of my
knowledge and belief.

**TCA Opportunity Investments S.a.r.l.**
**By: Taconic Capital Advisors L.P., acting as special proxyholder**

By:  **James Thompson**                                          *Jan 27 2015*
        **Principal**                                            Date:
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§
152 & 3571.

Confidential

**TRANSFER NOTICE**

| | |
|---|---|
| TO: | United States Bankruptcy Court for the |
| | Southern District of New York (the "Bankruptcy Court") |
| | Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.,* |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 55570 as held previously by Aviva Italia S.p.A. |

**Deutsche Bank AG, London,** its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign to:

> TCA Opportunity Investments S.a.r.l.
> 6D, route de Trèves
> L-2633 Senningerberg
> Luxembourg
> (Registered address)
>
> TCA Opportunity Investments S.a.r.l
> c/o Taconic Capital Advisors LP
> 450 Park Avenue, 9th Floor
> NY, NY 10022
> Attention : Alexandra Grigos
> Phone: 212 209-3125
> Fax 212-209-3189
> e-mail: agrigos@taconiccap.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **US$ 2,914,900.20** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th day of January 2015.

| | |
|---|---|
| **Deutsche Bank AG, London Branch** | **TCA Opportunity Investments S.a.r.l.** |
| | By: Taconic Capital Advisors L.P., acting as special proxyholder |
| Name: | Name: |
| Title: | Title:    James Thompson |
| | Principal |

Confidential