JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (SCC) |
| Debtors | (Jointly Administered) |

NOTICE OF WITHDRAWAL
OF THE FOUR HUNDREDTH OMNIBUS
OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIM

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, hereby withdraws its Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787] **solely as to the claim listed on Exhibit A attached hereto** because the Plan Administrator and claimant have settled the claim.

Dated:  February 4, 2015
       New York, New York

                                                /s/ Kelly A. Carrero
                                                Robert W. Gaffey
                                                Kelly A. Carrero
                                                Benjamin Rosenblum

                                                JONES DAY
                                                222 East 41st Street
                                                New York, NY 10017
                                                Telephone: (212) 326-3939
                                                Facsimile: (212) 755-7306

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection is Withdrawn:

| Claimant Name | Case No. | Debtor Name | Claim No. | Omnibus Objection No. | Claimant Response ECF No. |
|---|---|---|---|---|---|
| INGLIS, CRAIG | 08-13555 | Lehman Brothers Holdings Inc. | 10915 | 400 | 36773 |