JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | **08-13555 (SCC)** |
| **Debtors** | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL
OF THE FOUR HUNDREDTH OMNIBUS
OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, hereby withdraws its Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787] **solely as to the claims listed on Exhibit A attached hereto** because such claims were withdrawn by the claimants.

Dated:  February 4, 2015
       New York, New York

                                  /s/ Kelly A. Carrero
                                  Robert W. Gaffey
                                  Kelly A. Carrero
                                  Benjamin Rosenblum

                                  JONES DAY
                                  222 East 41st Street
                                  New York, NY 10017
                                  Telephone: (212) 326-3939
                                  Facsimile: (212) 755-7306

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of Its Affiliates

**Exhibit A**

**Claims for Which Objection is Withdrawn**:

| Claimant Name | Case No. | Debtor Name | Claim No. | Omnibus Objection No. | ECF Response No. | Claimant Notice of Withdrawal of Claim Date and ECF No. |
|---|---|---|---|---|---|---|
| BLAKESLEE, THOMAS P. | 08-13555 | Lehman Brothers Holdings Inc. | 66365 | 400 | 36654 | January 28, 2015 ECF No. 47989 |
| KAUFMAN, JULIA | 08-13555 | Lehman Brothers Holdings Inc. | 510 | 400 | 36558 | January 16, 2015 ECF No. 47918 |