JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (SCC) |
| Debtors | (Jointly Administered) |

NOTICE OF WITHDRAWAL
OF THE FOUR HUNDRED TWENTY-SECOND
OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, hereby withdraws its Four Hundred Twenty-Second Omnibus Objection to Claims (Employment Claims) [ECF No. 38050] **solely as to the claims listed on Exhibit A attached hereto** because the Plan Administrator and the claimants have settled the claims.

Dated: February 4, 2015
New York, New York

/s/ Kelly A. Carrero
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection is Withdrawn:

| Claimant Name | Case No. | Debtor Name | Claim No. | Omnibus Objection No. | Claimant Response ECF No. |
|---|---|---|---|---|---|
| DORLAND, CHRISTOPHER | 08-13885 | Lehman Brothers Commodities Services Inc. | 180 | 422 | 38864 |
| GRECO, JOHN | 08-13885 | Lehman Brothers Commodities Services Inc. | 599 | 422 | 38863 |
| MCLOUGHLIN, ALYSSE | 08-13555 | Lehman Brothers Holdings Inc. | 25510 | 422 | 39426 |
| TORRES, CARLOS | 08-13885 | Lehman Brothers Commodities Services Inc. | 532 | 422 | 38862 |
| WILSON, DAVID | 08-13885 | Lehman Brothers Commodities Services Inc. | 772 | 422 | 38865 |