UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    Case No.
                                                                   :    08-13555 (SCC)
                     Debtors.                        :
                                                                   :    (Jointly Administered)
-------------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF ROGER MAY IN SUPPORT OF THE RESPONSE OF NEWPORT GLOBAL OPPORTUNITIES FUND LP AND NEWPORT GLOBAL CREDIT FUND (MASTER) LP TO THE FOUR HUNDRED AND EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS

I, Roger May, declare as follows:

1. I submit this supplemental declaration in further support of the *Response of Newport Global Opportunities Fund LP and Newport Global Credit Fund (Master) LP to the Four Hundred Eighty-Eighth Omnibus Objection to Claims* [Docket No. 47621].

2. I have personal knowledge of the matters set forth in this Declaration. If called to testify, I could and would testify as follows:

3. On December 14, 2007, in my capacity as manager and authorized representative of Newport Global Opportunities Fund LP ("**NGOF**"), I executed an authorization letter dated December 14, 2007 (the "**Letter of Authorization**"), instructing Lehman Brothers to immediately execute three transfers of securities held by Lehman Brothers as NGOF's prime broker. A true and accurate copy of the Letter of Authorization is attached hereto as **Exhibit A**.

4. On that same day, I delivered the Letter of Authorization via e-mail to Luba Jakubson, a Lehman Brothers representative, instructing Lehman Brothers to "execute the transfer from our account to the entities listed." E-mail from Roger May, Senior Managing Director, Chief Financial Officer and Chief Operating Officer, Newport Global Advisors, to

2

Luba Jakubson, Lehman Brothers (Dec. 14, 2007, 11:06 EST) (on file with author), a true and accurate copy of which is attached hereto as **Exhibit B**.

5. On that same day, Luba Jakubson sent me an e-mail confirming "all positions settled" with respect to the transfer requests contained in the Letter of Authorization. E-mail from Luba Jakubson to Roger May (Dec. 14, 2007, 13:45 EST) (on file with recipient), a true and accurate copy of which is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2015.                             */s/ Roger May*
                                                          ROGER MAY