# EXHIBIT A

Newport Global Advisors
21 Waterway Avenue
Suite 150
The Woodlands, Texas 77380
713 559 7400 Office
713 559 7499 Fax

# NEWPORT GLOBAL ADVISORS

December 14, 2007

Lehman Brothers International
25 Bank Street
London, E14 5LE

Attn:   Luba Jakubson
Re:    Newport Global Opportunities Fund LP
       Tax ID#20-4075423
       Prime Brokerage Account # 056-01775

Dear Luba,

Newport Global Advisors hereby instructs you to immediately execute the following transfers:

1. Transfer $31,113,250 principal amount of First Mortgage Notes due 2012 co-issued by Eldorado Casino Shreveport Joint Venture and Shreveport Capital Corporation, CUSIP #284681AA1 to:

**Eldorado Hotel & Casino**:      **Account # 29865481**

Receiving Firm Information:
First Clearing, LLC
Wachovia Securities
DTC #: 0141

2. Transfer $6,912,113 principal amount of First Mortgage Notes due 2012 co-issued by Eldorado Casino Shreveport Joint Venture and Shreveport Capital Corporation, CUSIP #284681AA1 to:

**Donald L. Carano**:      **Account # 19718025**

Receiving Firm Information:
First Clearing, LLC
Wachovia Securities
DTC #: 0141

3. Transfer 11,000 shares of the common stock of Shreveport Gaming Holdings, Inc., CUSIP #825427107 to:

**Donald L. Carano**:      **Account # 19718025**

Receiving Firm Information:

LA1:#6368331v1

**NEWPORT GLOBAL ADVISORS**

First Clearing, LLC
Wachovia Securities
DTC #: 0141


Please let me know if you have any questions regarding this request.

Thank you,

_____          _____
Timothy T. Janszen, CEO                        Roger A. May

LA1:#6368331v1