ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
Telephone:     (212) 596-9000
Facsimile:      (212) 596-9090
Mark I. Bane

800 Boylston Street
Boston, Massachusetts  02199
Telephone:     (617) 951-7000
Facsimile:      (617) 951-7050
Harvey J. Wolkoff

*Attorneys for Bania Brothers, L.L.C., Baupost Group
Securities, L.L.C., and Wooderson Partners, L.L.C.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION OF BANIA BROTHERS,
L.L.C., BAUPOST GROUP SECURITIES, L.L.C.,
AND WOODERSON PARTNERS, L.L.C. TO THE MOTION
OF THE PLAN ADMINISTRATOR IN AID OF EXECUTION OF
THE PLAN TO ESTABLISH A BAR DATE FOR DEMANDS FOR
POSTPETITION INTEREST AGAINST LEHMAN BROTHERS OTC
<u>DERIVATIVES INC. AND LEHMAN BROTHERS COMMERCIAL CORPORATION</u>**

**PLEASE TAKE NOTICE** that Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C., by and through their undersigned counsel, hereby withdraw, with prejudice, their *Limited Objection of Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C. to the Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation* [Docket No. 47709] (the "<u>Limited Objection</u>"), filed on January 7, 2015.  The withdrawal of this Limited Objection shall not affect, and shall be without prejudice to, the (i) *Joinder of Banc of America Credit Products, Inc., Merrill Lynch Credit Products,*

*LLC, and Merrill Lynch International* to the Limited Objection [Docket No. 47713], filed on January 7, 2015, and (ii) *Joinder of Värde Investment Partners, L.P. and Deutsche Bank Securities Inc.* to the Limited Objection [Docket No. 47714], filed on January 7, 2015.

Dated: February 6, 2015
New York, New York

*Mark Bane /CL/*

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
Telephone:    (212) 596-9000
Facsimile:    (212) 596-9090
Mark I. Bane

800 Boylston Street
Boston, Massachusetts  02199
Telephone:    (617) 951-7000
Facsimile:    (617) 951-7050
Harvey J. Wolkoff

*Attorneys for Bania Brothers, L.L.C., Baupost Group Securities, L.L.C., and Wooderson Partners, L.L.C.*