UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13555 (SCC) <br><br> (Jointly Administered) |
| In re: <br><br> LEHMAN BROTHERS COMMODITY SERVICES INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13885 (SCC) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. An Evidence of Transfer of Claim is attached hereto as Exhibit A.

**Hess Corporation**
Name of Transferee

Name and Address where notices to Transferee should be sent:

Hess Corporation
1185 Avenue of the Americas
New York, NY 10036
Attention: Alfred Wang, Esq.
Phone: (212) 536-8914
Email: awang@hess.com

**Hess Energy Trading Company, LLC**
Name of Transferor

Court Claim # (if known): 62851
Amount of Claim: $10,147,176.00 (Allowed Unsecured)
Date Claim Filed: November 2, 2009 (amending Claim No. 22473 filed on 9/21/09)
Hess Energy Trading Company, LLC
1185 Avenue of the Americas
New York, NY 10036
Attn:Charles Cerria, Esq.212-536-8531 ccerria@hess.com

Last Four Digits of Acct. #:

Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above): **N/A**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 1/6/2015
Transferee's Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Hess Energy Trading Company, LLC, a Delaware limited liability company ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Hess Corporation, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Commodity Services Inc.** (Claim No.: 62851) in the allowed amount of $10,147,176.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. Seller hereby appoints Buyer as its true and lawful attorney-in-fact with respect to the Claim and authorizes Buyer to act in Seller's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Seller's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 6th day of January, 2015.

TRANSFEROR:

**HESS ENERGY TRADING COMPANY, LLC**

By: _____
Name: Stephen M. Semlitz
Title: Managing Director


TRANSFEREE:

**HESS CORPORATION**

By: _____
Name: Nicholas P. Brountas
Title: Vice President and General Counsel
       Marketing, Refining and Corporate


NY 75424322v4