UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.          Case No. 08-13555-JMP

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:

Deutsche Bank AG, London Branch

Name of Transferor:

Caspian Focused Credit L Fund, L.P.

Name and Address where notices to Transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn:   Jeffrey Olinsky
Email: jeffrey.olinsky@db.com
Phone:  (212) 250-5760
Last Four Digits of Acct #_____

Court Claim # (if known):  11407.00
Amount of Claim: $12,808,558.85
Date Claim Filed:_____

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above)

Phone:: _____
Last Four Digits of Acct #_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ _____          Date:   January 30, 2015
     Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

A/76614309.1

**EXHIBIT C**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

**CASPIAN FOCUSED CREDIT L FUND, L.P.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn:     Jeffrey Olinsky
Email:    jeffrey.olinsky@db.com
Phone:    (212) 250-5760

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 11407.00, solely to the extent of $12,808,558.85, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January [30], 2015.

**CASPIAN FOCUSED CREDIT L FUND, L.P.**

By: _____
 Name:
 Title: Christopher Manz
  Authorized Signatory

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
 Name:
 Title:

- 2 -

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January [30], 2015.

**CASPIAN FOCUSED CREDIT L FUND, L.P.**

By: _____
    Name:
    Title:


**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title: