Rule 3001(e) –Transfer of LBHI Claim # 67669

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court, Southern District of New York
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc.

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 67669 (full transfer)

HALCYON LOAN TRADING FUND LLC., a limited liability company incorporated in the state of Delaware in the United States of America, whose address for these purposes is 477 Madison Avenue, 8th Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment Agreement dated 3 ~~January~~ FEBRUARY 2015, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

DEUTSCHE BANK AG, LONDON BRANCH
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
ATTENTION: MICHAEL SUTTON / SIMON GLENNIE
TELEPHONE: +44 20 7547 3330
Michael.sutton@db.com / simon.glennie@db.com

("Buyer"), all right, title and interest in and to the claims of Seller against Lehman Brothers Holding Inc., in the amount of $41,006,355.48, docketed as Claim No. 67669 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 3 day of ~~January~~ FEBRUARY, 2015

HALCYON LOAN TRADING FUND LLC
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: [signature]
Name: David Martino
Title: Controller
Tel.:

By: [signature]
Name: Jacob Fishelis
Title: Authorized Signatory
Tel.:

DEUTSCHE BANK AG, LONDON BRANCH

By: [signature]
Name: Simon Glennie
Title: Vice President
Tel.:

By: [signature]
Name: Jamie Foote
Title: Vice President
Tel.: