UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney admitted to practice before this Court. On the 6th day of February, 2015, I served the Limited Objection of ESP Funding I, Ltd to the Motion For Approval of Settlement Agreement Relating to Exum Ridge CBO 2007-2 Credit Default Swap Agreement and Indenture via the Court's CM/ECF system, in accordance with the procedures promulgated by the Court and additionally on the parties listed below on February 9, 2015 in the manner indicated:

Jacqueline Marcus, Esq.
Christopher J. Cox, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*by hand delivery*

William K. Harrington, Esq.
Susan Golden, Esq.
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
*by hand delivery*

Franklin H. Top, III, Esq.
Scott A. Lewis, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
*by UPS, overnight mail*

Dated: New York, New York
February 9, 2015

David Marcus

A/76686879.1