WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                                                                                  :    **Chapter 11 Case No.**
                                                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    **08-13555 (SCC)**
                                                                                                 :
                        Debtors.                                                      :    **(Jointly Administered)**
                                                                                                 :
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON FEBRUARY 11, 2015 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1.  Four Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46785**]

    Response Deadline:    December 15, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of Stonehill Offshore Partners Limited and Stonehill Institutional, L.P. [**ECF No. 47388**]

    Related Document:

    B.    Reply in Support of the Plan Administrator's Four Hundred Eighty-Third Omnibus Objection to Claims [**ECF No. 47777**]

<u>Status</u>: This matter is going forward on a contested basis.

2. Four Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47101**]

<u>Response Deadline</u>: December 31, 2014 at 4:00 p.m.; extended to January 2, 2015 at 5:00 p.m. for certain claimants

<u>Response Received</u>:

A. Response of Newport Global Opportunities Fund LP and Newport Global Credit Fund (Master) LP to the Four Hundred Eighty-Eighth Omnibus Objection to Claims [**ECF No. 47621**]

<u>Related Documents</u>:

B. Notice of Withdrawal of Four Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims [**ECF No. 47564**]

C. Reply in Support of the Plan Administrator's Four Hundred Eighty-Eighth Omnibus Objection to Claims [**ECF No. 47965**]

D. Supplemental Declaration of Roger May in Support of the Response of Newport Global Opportunities Fund LP and Newport Global Credit Fund (Master) LP to the Four Hundred and Eighty-Eighth Omnibus Objection to Claims [**ECF No. 48062**]

<u>Status</u>: This matter will be going forward on a contested basis with respect to all Claims listed on the Claim Objection asserted by (i) Newport Global Credit Fund (Master) L.P. and (ii) Newport Global Opportunities Fund, LP (excluding Claim Nos. 29235 and 26372, for which the Claim Objection was withdrawn without prejudice).

**MATTERS TO BE HEARD AT 2:00 P.M.**

**II. ADVERSARY PROCEEDING:**

3. Lehman Brothers Holdings Inc., *et al.* v. Wellmont Health System [**Adversary Proceeding No. 13-01719**]

   **Motion to Dismiss Counts II, III & IV of Complaint**

Related Documents:

    A.    Motion of Wellmont Health Systems, Inc. to Dismiss Adversary Proceeding Counts II, III & IV **[ECF No. 20]**

    B.    Memorandum of Law in Support of Motion to Dismiss [**ECF No. 21**]

    C.    Memorandum of Law of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. in Opposition to Wellmont Health System's Motion to Dismiss [**ECF No. 24**]

    D.    Wellmont Health System's Reply in Support of Motion to Dismiss Counts II, III & IV of Plaintiffs' Complaint [**ECF No. 26**]

    E.    Discovery Plan and Scheduling Order [**ECF No. 29**]

    F.    Notice of Voluntary Dismissal of Counts II and III of Adversary Complaint [**ECF No. 32**]

Status:  This matter is going forward on a contested basis.

### III.    ADJOURNED MATTER:

4.    Bania Brothers, L.L.C., *et al.* v. Lehman Brothers Holdings Inc., *et al.* **[Adversary Proceeding No. 14-02095]**

**Motion to Dismiss**

Related Documents:

    A.    Notice of Motion to Dismiss Adversary Complaint and Memorandum of Law of Lehman Brothers Holdings Inc. and Lehman Brothers OTC Derivatives Inc. in Support of Motion to Dismiss Adversary Complaint [**ECF Nos. 11 & 12**]

    B.    Declaration of Ralph I. Miller in Support of Motion to Dismiss Adversary Complaint [**ECF No. 13**]

    C.    So Ordered Stipulation Regarding Briefing Schedule for Defendants Motion to Dismiss Adversary Proceeding [**ECF No. 16**]

    D.    Declaration of Mark I. Bane in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss [**ECF No. 18**]

E.   Declaration of Scott Hartman in Support of Memorandum of Law of Amici Curiae Varde Investment Partners, L.P. and Deutsche Bank Securities Inc. in Opposition to Defendants' Motion to Dismiss [**ECF No. 22**]

F.   Declaration of James H. MacInnis in Support of Memorandum of Law of Amici Curiae Varde Investment Partners, L.P. and Deutsche Bank Securities Inc. in Opposition to Defendants' Motion to Dismiss [**ECF No. 23**]

G.   Joinder of Banc of America Credit Products, Inc., Merrill Lynch Credit Products, LLC, and Merrill Lynch International, to Memorandum of Law of Amici Curiae Varde Investment Partners, L.P. and Deutsche Bank Securities Inc. in Opposition to Defendants' Motion to Dismiss [**ECF No. 24**]

H.   (DOCUMENT FILED UNDER SEAL) Exhibits to Declaration of James H. MacInnis in Support of Memorandum of Law of Amici Curiae Varde Investment Partners, L.P. and Deutsche Bank Securities in Opposition to Defendants Motion to Dismiss [**ECF No. 25**]

I.   Reply Memorandum of Lehman Brothers Holdings Inc. and Lehman Brothers OTC Derivatives Inc. in Further Support of Motion to Dismiss Adversary Complaint [**ECF No. 27**]

J.   Supplemental Declaration of Ralph I. Miller in Further Support of Motion of Lehman Brothers Holdings Inc. and Lehman Brothers OTC Derivatives Inc. to Dismiss Adversary Complaint [**ECF No. 29**]

<u>Status</u>:   This matter has been adjourned to February 26, 2015 at 2:00 p.m.

Dated: February 10, 2015
    New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

4

WEIL:\95196600\8\58399.0011