**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. |
| | ) 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | |
| Debtors. | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION
TO CMBS CLAIMS AND REQUEST FOR SUBORDINATION
PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT**, on April 25, 2013, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Court (the "CMBS Objection").

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the CMBS Objection, the Debtors objected, *inter alia*, to Proofs of Claim 18987 and 18988 filed by Federal Home Loan Bank of Pittsburgh ("FHLB").

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors and FHLB have consensually resolved the Debtors' objection to Proofs of Claim 18987 and 18988. Therefore, the Debtors hereby withdraw the CMBS Objection solely as it relates to those Proofs of Claim.

| | |
|---|---|
| New York, New York | */s/ Joseph Serino, Jr., P.C.* |
| Dated: February 10, 2015 | Jonathan S. Henes, P.C. |
| | Joseph Serino, Jr., P.C. |
| | Shireen A. Barday |
| | KIRKLAND & ELLIS LLP |
| | KIRKLAND & ELLIS INTERNATIONAL LLP |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | *Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation* |