UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :   08-13555 (SCC)
                                                  :   (Jointly Administered)
                    Debtors.                      :
                                                  :
-----------------------------------------------------------------------x   Ref. Docket Nos. 46831, 47287,
                                                      47665, 47694, 47733, 47743, 47746-
                                                      47748, 47893, 47895-47897, 47900,
                                                      47905-47909, 47932-47935

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
Sworn to before me this                                 Lauren Rodriguez
10th day of February, 2015
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 46831, 47287, 47665...47909, 47932-47935 _AFF_1-22-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BARCLAYS BANK PLC
      TRANSFEROR: VARDE FUND X (MASTER) LP, THE
      ATTN: DANIEL MIRANDA
      745 SEVENTH AVENUE, 2ND FLOOR
      NEW YORK NY 10019

BARCLAYS BANK PLC
ANTHONY VITIELLO
BARCLAYS BANK PLC
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 44146-04 in the above referenced case and in the amount of
        $31,738.31   allowed at $31,110.14         has been transferred **(unless previously expunged by court order)**

ALEITER HOLDINGS LLC
TRANSFEROR: BARCLAYS BANK PLC
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK NY 10020-1708

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47694      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2015                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 22, 2015.

# EXHIBIT B

```
TIME: 10:00:09                                       LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    1
DATE: 01/22/15                                            CREDITOR LISTING

Name                                              Address
ACREVIS BANK AG                                   TRANSFEROR: NEUE AARGAUER BANK AG C/O FINANZ-LOGISTIK AG ROSENBERGSTRASSE 16 POSTFACH 661 ST. GALLEN    9004 SWITZERLAND
ALEITER HOLDINGS LLC                              TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BANCA ESPERIA S.P.A.                              ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO   20121 ITALY
BANCA ESPERIA S.P.A.                              TRANSFEROR: ILLIQUIDX LLP VIA FILODRAMMATICI, 5 MILANO   20121 ITALY
BANCA FIDEURAM SPA                                TRANSFEROR: BANCA ESPERIA S.P.A. LEGAL DEPARTMENT, ATTN: EMANUELE CASTRO P.LE G. DOUHET 31 ROMA   00143 ITALY
BANCA PASSADORE & C. S.P.A.                       TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA   16121 ITALY
BANCA PASSADORE E C. S.P.A.                       TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA   16121 ITALY
BANCA POPOLARE DI MILANO S.C.A.R.L.               F/K/A BANCA DI LEGNANO S.P.A. ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA, 4 MILAN   20121 ITALY
BANCA POPOLARE DI MILANO SOCIETA                  ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN   20121 ITALY
  COOPERATIVE A.R.L.
BANK VONTOBEL AG                                  FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH   8002 SWITZERLAND
BARCLAYS BANK PLC                                 JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA    PANAMA
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA    PANAMA
BROKWEL MANAGEMENT INC.                           TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E STREET, URBANIZACION MARBELLA MMG TOWER, 16TH FLOOR
                                                  REPUBLIC OF PANAMA    PANAMA
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE LUXEMBOURG S.A.                     TRANSFEROR: CREDIT SUISSE CRAVATH, SWAINE & MOORE LLP ATTN: MRS. STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET
                                                  NEW YORK NY 10005
EUROBANK ERGASIAS SA                              ATTN: DIMOS ARHODIDIS & ALEXANDER TSOURINAKIS 8 OTHONOS STREET ATHENS   105 57 GREECE
ILLIQUIDX LLP                                     TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: EUROBANK ERGASIAS SA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.            REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO   20121 ITALY
NEUE AARGAUER BANK AG                             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10019
NEUE AARGAUER BANK AG                             ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
NEUE AARGAUER BANK AG                             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
ST. GALLER KANTONALBANK                           ST. LEONHARDSTRASSE 25 ST. GALLEN   CH-9001 SWITZERLAND
UBS AG                                            TRANSFEROR: BANK VONTOBEL AG ATTN: SPECIAL TRANSACTION BADENERSTRASSE 574/C PO BOX 8098 ZURICH   0Q9C/05GC SWITZERLAND
UBS AG                                            TRANSFEROR: ST. GALLER KANTONALBANK BAHNHOFSTRASSE 45 ZUICH   CH-8001 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed          34

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```