UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |
| ------------------------------------------------------------x | Ref. Docket Nos. 47942, 47944, 47955, 47956 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of February, 2015
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC)

| (Jointly Administered)

Debtors.

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   VARDE FUND X (MASTER) LP, THE
              TRANSFEROR: THE SEAPORT GROUP EUROPE LLP
              ATTN: EDWINA P.J. STEFFER
              8500 NORMANDALE LAKE BOULEVARD
              SUITE 1500
              MINNEAPOLIS MN 55437


Additional:


Transferee:   BARCLAYS BANK PLC
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019


**Your transfer   of claim #   48734-11   is defective for the reason(s) checked below:**

Other                                  INSUFFICIENT FUNDS


Docket Number 47955              Date 12/22/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 28, 2015.

# EXHIBIT B

```
TIME: 10:12:25                                      LEHMAN BROTHERS HOLDING INC.                                                      PAGE: 1
DATE: 01/28/15                                            CREDITOR LISTING

Name                            Address
ALEITER HOLDINGS LLC            TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
BARCLAYS BANK PLC               ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC               ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC               ATTN: JOHN LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BROKWEL MANAGEMENT INC.         TRANSFEROR: WHITEHEAD CAPITAL INC. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA  PANAMA
DAVIS POLK & WARDWELL LLP       ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
ILLIQUIDX LLP                   TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SILVER POINT CAPITAL FUND, LP   ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
VARDE FUND X (MASTER) LP, THE   TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    9
```