UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :    (Jointly Administered)
                       Debtors.                                :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 47746, 47943,
                                                                    47948

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 29, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of February, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: BROKWEL MANAGEMENT INC.
    TRANSFEROR: ILLIQUIDX LLP
    ATTN: MARTA IRENE DIAE DE SAAVEDRA
    53RD E ST., URBANIZACION MARBELLA
    REPUBLIC OF PANAMA
    PANAMA
```

Please note that your claim # 562892-11 in the above referenced case and in the amount of
    $435,621.75        has been transferred **(unless previously expunged by court order)**

```
ILLIQUIDX LLP
TRANSFEROR: BROKWEL MANAGEMENT INC.
ATTN: MR. CELESTINO AMORE
80 FLEET STREET
LONDON    EC4Y 1EL
UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47746    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/29/2015                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 29, 2015.

# EXHIBIT B

```
TIME: 18:58:38                                       LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 01/29/15                                            CREDITOR LISTING

Name                              Address
BROKWEL MANAGEMENT INC.           TRANSFEROR: ILLIQUIDX LLP ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA  PANAMA
ILLIQUIDX LLP                     TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                     TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                     TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SILVER POINT CAPITAL FUND, LP     DAVIS POLK & WARDWELL LLP ATTN: ADAM VAN WAGNER 450 LEXINGTON AVENUE NEW YORK NY  10017-3904
SILVER POINT CAPITAL FUND, LP     TRANSFEROR: ILLIQUIDX LLP ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT  06830
SILVER POINT CAPITAL OFFSHORE MASTER   ATTN: ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINTON AVENUE NEW YORK NY  10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER   ATTN: ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY  10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER   TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH AVENUE, FIRST FLOOR GREENWICH CT  06830
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER   TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT  06830
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MSATER   ATTN: ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY  10017-3904
 FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MSATER   TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT  06830
 FUND, L.P.
SILVER POINT CAPTIAL OFFSHORE MASTER   ATTN: ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY  10017-3904
 FUND, L.P.
SILVER POINT CAPTIAL OFFSHORE MASTER   TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT  06830
 FUND, L.P.

Total Number of Records Printed         14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC