UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :    (Jointly Administered)
               Debtors.                            :
                                                   :
----------------------------------------------------------------x    Ref. Docket Nos. 47832, 47939,
                                                        47940, 47945, 47947, 47951, 47976,
                                                        47978, 47987

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of February, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 47832, 47939, 47940, 47945, 47947, 47951, 47976, 47978, 47987_AFF_1-30-15.doc

# EXHIBIT A

08-13555-mg    Doc 48178    Filed 02/10/15    Entered 02/10/15 17:19:18    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
      TRANSFEROR: JPMORGAN CHASE BANK, NA
      C/O ALDEN GLOBAL CAPITAL
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 44563-07 in the above referenced case and in the amount of
    $17,869.11  allowed at $17,840.85       has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
      ATTN: MICHELLE LATZONI
      200 WEST STREET
      NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47832    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/30/2015                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor's counsel by first class mail, postage prepaid on January 30, 2015.

# EXHIBIT B

```
TIME: 12:01:02                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:  1
DATE: 01/30/15                                           CREDITOR LISTING

Name                                     Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND, TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
BANC OF AMERICA CREDIT PRODUCTS, INC.    TRANSFEROR: PULSAR SPV LLC C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN BANK OF AMER TOWER,3 FL; ONE BRYANT PARK NEW YORK NY 10036
CF LIFE COMPAGNIA DI ASSICURAZIONI VITA  TRANSFEROR: LE ASSICURAZIONI DI ROMA SPA ATTN: RAFFAELLO D'AMARIO GRUPPO CF ASSICURAZIONI S.P.A. VIALE ERMINIO SPALLA N. 9
S.P.A.                                   00142 ROMA (RM)  ITALY
CREDIT SUISSE AG                         TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: MR. RICHARD LEVIN/ MRS. SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019
CVF LUX MASTER S.A.R.L.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343
CVF LUX MASTER S.A.R.L.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                      TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
ILLIQUIDX LLP                            TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                            TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                            TRANSFEROR: LIPPERT, F & M ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LE ASSICURAZIONI DI ROMA SPA             SIMMONS & SIMMONS ATTN: MR. ANDREA SURIANO VIA DI SAN BASILIO 72 ROME  00187 ITALY
LE ASSICURAZIONI DI ROMA SPA             ATTN: MRS. ELENA PERSIA & ANDREA TOSCHI LUNGOTEVERE RAFFAELLO SANZIO 15 ROME  00153 ITALY
PULSAR SPV LLC                           TRANSFEROR: LEHMAN RE LTD. C/O MAGNETAR FINANCIAL LLC ATTN: CHIEF LEGAL OFFICER 1603 ORRINGTON AVE, 13TH FLOOR EVANSTON IL 60201
SILVER POINT CAPITAL FUND, LP            ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: ILLIQUIDX LLP ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER     ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER     TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, L.P.
UBS AG                                   BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                   ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND

Total Number of Records Printed     21

                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```