UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :       08-13555 (SCC)
                                                    :       (Jointly Administered)
                    Debtors.                        :
                                                    :
-----------------------------------------------------------------x       Ref. Docket No. 47947

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
10th day of February, 2015
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   ILLIQUIDX LLP
              TRANSFEROR: BROKWEL MANAGEMENT INC.
              ATTN: MR. CELESTINO AMORE
              80 FLEET STREET
              LONDON EC4Y 1EL UNITED KINGDOM

Additional:

Transferee:   DAVIS POLK & WARDWELL LLP
              ATTN: ADAM VANWAGNER
              450 LEXINGTON AVENUE
              NEW YORK NY 10017-3904

**Your transfer  of claim #   55743-07   is defective for the reason(s) checked below:**

Other                              The ISIN does not have enough money to complete the transfer

Docket Number 47947            Date 01/21/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 30, 2015.

# EXHIBIT B

```
TIME: 12:02:23                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 01/30/15                                                 CREDITOR LISTING

Name                                Address
DAVIS POLK & WARDWELL LLP           ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
ILLIQUIDX LLP                       TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SILVER POINT CAPITAL OFFSHORE MASTER C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
  FUND, L.P.

Total Number of Records Printed      3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC