B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | Federal Home Loan Bank of Pittsburgh |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Joseph Serino, Jr., P.C., Kirkland & Ellis
  LLP 601 Lexington Ave., NY, NY 10022

Court Claim # (if known):  18987
Amount of Claim: _____
Date Claim Filed:  09/18/2009

Phone:  (212) 446-4800
Last Four Digits of Acct #: _____

Phone:  (612) 349-8206
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  n/a

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/ Joseph Serino, Jr., P.C.          Date: 02/10/2015
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.