FILED / RECEIVED

JAN 22 2015

EPIQ BANKRUPTCY
SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                    Debtors.                       :   (Jointly Administered)
                                                   :
--------------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| BSI BANK SA, LUGANO | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br>BSI SA<br>Attn: Andrea Ferrari<br>Custody Administration<br>Via Magatti 2, 6900 Lugano<br>Email:<br>Group.BsiCustodyAdministration@bsibank.com | Court Claim # (if known): 59233<br>Amount of Claim as Filed:<br><br>Amount of Claim Transferred: units -425-<br>Isin code : XS0234972981<br>Note: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS. |
| Name and address where transferee payments should be sent:<br>For USD : CITIBANK NY / SWIFT CITIUS33<br>    ACCOUNT 10938561<br>    In the name of BSI SA<br>For EUR : DEUTSCHE BK FF / SWIFT<br>    DEUTDEFF ACCT: 1009415860 1000<br>    In the name of BSI SA | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr.Hugo Koller<br>+41 44 235 37 36 – hugo.koller@ubs.com |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___BSI SA Lugano_____    Date: __20.01.2015_____
    Transferee/Transferee's Agent
Name: _____
Title: _____pp S. Mattea_____ pp A. Ferrari

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV<br><br>2005-24.11.49 | XS0234972981 | LBT BV | LBH Inc. | Units 425.00<br>out of<br>Units 59'472 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

BSI SA
Via Magatti n. 2
CH-6900 Lugano
Telephone: +41 (0) 58 808 33 73
Attention: Andrea Ferrari

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 12, 2015.

UBS AG
Transferor

By: _____
    Name: Matthias Mohos
    Title: Associate Director

By: _____
    Name: Stephan Gfeller
    Title: Associate Director

ACKNOWLEDGED BY:

BSI SA

By: _____         _____
    Name: Andrea Ferrari              pp S. Mattea
    Title: Authorised Officer

