WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**PLAN ADMINISTRATOR–APPELLEE'S COUNTER–DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors ("LBHI") hereby designates, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following additional items to be included in the record on appeal.[1]

---

[1] LBHI does not re-designate any items that it may rely upon that have already been designated by any of the Appellants in their designations which were filed separately under the following docket numbers: 47221, 47979, 47992, 47994, 47995, and 47996, but rather, will rely on Appellants' designations. For the items designated by both LBHI and the Appellants, LBHI treats the designations as including all exhibits and attachments to such items. Moreover, while LBHI does not, at this time, object to any items designated by the Appellants, LBHI does not concede the relevance of any such items, including the proposed exhibit lists of the Claimants and LBHI (collectively, the "Proposed Exhibit Lists"), identified in the Appellants' Designations. *See* Schager at p. 9; Solomon at p. 5; Michaelson at p. 5 (designating Docket Nos. 43763-3 and 43763-4). The vast majority of the items identified on the Proposed Exhibit Lists were not entered into evidence, and thus, are not in the record. While LBHI does not at this time object to the designation of the Proposed Exhibit Lists, LBHI would object to the designation of any items referenced in the Proposed Exhibit Lists that were not entered into evidence. Furthermore, although LBHI disagrees with many of the statement of issues identified by the Appellants, LBHI has not re-stated

## COUNTER-DESIGNATION OF RECORD

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 1. | 11830 | 09/28/2010 | Opposition to Debtors' Fortieth Omnibus Objection to Claims, In re: Claim No. 34829 filed by Timothy B. Wilkinson |
| 2. | 12006 | 10/14/2010 | Response of John J. Dmuchowski To Debtors' Fortieth and Forty-First Omnibus Objections To Claims (Late Filed Claims), Objection To Disallow/Expungement Of Claim Nos. 34402 and 34402, And Motion To Permit Filing Of Claims As Of September 23, 2009 |
| 3. | 12025 | 10/06/2010 | Opposition To Debtors' Omnibus Objection to Claims (Late Filed Claims) re: Claim No.: 66375 filed by Jack L. Rivkin |
| 4. | 12035 | 10/15/2010 | Response to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) (filed by David S. Pegno on behalf of David J. Brooks). (Attachments: (1) Response to Debtors' Fortieth Omnibus Objection to Claims (2) Declaration of David J. Brooks) |
| 5. | 12102 | 10/12/2010 | Omnibus Objection To Claims (Late Filed); Opposition To Proposed Disallowance And Expungement Of Claim filed by Amit K. Sarkar |
| 6. | 12135 | 10/14/2010 | Response to Objection To Claim To Be Disallowed And Expunged Re: Claim 34492 filed by Nestor De Jesus |
| 7. | 12194 | 10/14/2010 | Re: Claim number 65858 – Objection for Claim to be Disallowed & Expunged filed by Tal Lev Ari |
| 8. | 12244 | 10/13/2010 | Opposition to Objection to Dismiss Late Filed Claim filed by Paola Biraschi |
| 9. | 12252 | 10/18/2010 | Response to Debtors' Fortieth Omnibus Objection to Claim (Late Filed Claims) (filed by John Rose Jr. on behalf of Julian Iragorri). |
| 10. | 12573 | 11/03/2010 | Response to Objection to Claim No. 66392 filed by Lawrence E. McCarthy |
| 11. | 13810 | 12/22/2010 | Opposition to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 21362 filed by Paul N. Shotton |
| 12. | 13861 | 01/07/2011 | Opposition to Claim to be Reclassified filed by Colin S.A. Welch |
| 13. | 13864 | 01/07/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) filed by Gregg Somma |
| 14. | 13865 | 01/07/2011 | Objection to Reclassification of Claim, In re: Claim 13929 filed by Judith Ann Kenney |
| 15. | 13878 | 01/07/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim Number 24675 filed by Mary E. Langevin |

---

the issues because Rule 8009 of the Bankruptcy Rules does not provide for the filing of Appellee's statement of the issues absent a cross-appeal. LBHI therefore reserves its right to re-state the issues on appeal in its brief.

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 16. | 14058 | 01/06/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 28012 filed by Robert C. Dyer |
| 17. | 14114 | 01/07/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 5340 filed by Andrea T. Jao |
| 18. | 14535 | 02/07/2011 | Objection Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 12809 filed by Ian W. Anderson |
| 19. | 14543 | 02/07/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 13087 filed by Andrea Sullivan |
| 20. | 14630 | 02/14/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 23900 filed by Michael Gran |
| 21. | 14776 | 03/03/2011 | Supplemental Order Signed on 3/3/2011 Granting Debtors' Seventy-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interest |
| 22. | 14942 | 02/14/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 5340 with Request Re: Hearing filed by Andrea T. Jao |
| 23. | 14952 | 03/01/2011 | Objection to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 14197 filed by Richard Grant Noble, The Field House |
| 24. | 15406 | 03/28/2011 | Omnibus Reply to Responses to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs Of Claim As Equity Interests) |
| 25. | 16053 | 04/12/2011 | Response In re: Claim No. 5340 filed by Andrea T. Jao |
| 26. | 16762 | 05/03/2011 | Response to Debtors' One Hundred Thirteenth Omnibus Objection to Claims (No Liability Insurance Claims), In re: 30611 filed by Jennifer Adler |
| 27. | 16917 | 05/18/2011 | Objection of Jennifer Becker to Debtor's One Hundred Thirtieth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) |
| 28. | 16921 | 05/17/2011 | Objection to Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 16516 filed by Madelyn Antoncic |
| 29. | 16934 | 05/18/2011 | Response of Fabio Liotti to Debtors' 118th Omnibus Objection to Claims |
| 30. | 16950 | 05/18/2011 | Response of Rocco F. Andriola to Debtors' One Hundred Eighteenth Omnibus Objection to Claim (to Reclassify Proofs of Claim as Equity Interests) Re: Claim No. 10544 |

WEIL:\95232762\5\58399.0011

| **Designation Number** | **ECF Number** | **Date of Filing** | **Description** |
|---|---|---|---|
| 31. | 17022 | 05/23/2011 | Joint Response of Henry Morgan Lawrence III and Nicole S. Lawrence to Debtors' One Hundred Eighteenth and One Hundred Thirtieth Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) Re: Claims 3373 and 3374 |
| 32. | 17065 | 05/17/2011 | Objection to Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: 17760 filed by Alexandre Catalao Maia |
| 33. | 17074 | 05/17/2011 | Objection to Debtors' One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 10101 filed by Patrick Cremin |
| 34. | 17077 | 05/17/2011 | Objection to Reclassification of Claim No. 25198 filed by Anthony T. Carango |
| 35. | 17079 | 05/17/2011 | Objection to Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 20775 filed by Brian W. Monahan |
| 36. | 17081 | 05/18/2011 | Objection to Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: Claim 27231 filed by Nachiketa Das |
| 37. | 17153 | 05/19/2011 | Objection to Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 28442 filed by Chris Reynolds |
| 38. | 17159 | 05/17/2011 | Objection to Debtors' One Hundred Thirteenth Omnibus Objection to Claims (No Liability Insurance Claims), In re: Claim No. 12975 filed by Barry Porter |
| 39. | 17376 | 05/20/2011 | Objection to Debtors' One Hundred Thirtieth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), and Debtors' One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 8447 filed by Milan Veleba |
| 40. | 17747 | 06/03/2011 | Objection to Debtors' One Hundred Thirteenth Omnibus Objection to Claims (No Liability Insurance Claims), In re: 11369 filed by Christiane Schuster |
| 41. | 17925 | 06/14/2011 | Objection to Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 11369 filed by Christiane Schuster |
| 42. | 18338 | 06/27/2011 | Response to Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 5340 filed by Andrea T. Jao |
| 43. | 20084 | 09/16/2011 | Response of Fabio Liotti to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims |
| 44. | 20379 | 09/20/2011 | Response to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 34829 filed by Timothy B. Wilkinson |

WEIL:\95232762\5\58399.0011

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 45. | 20383 | 09/20/2011 | Response to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 34872 filed by Amit K. Sarkar |
| 46. | 20408 | 09/19/2011 | Response In re: Claim No. 10370 filed by Kevin McCooey |
| 47. | 20662 | 10/07/2011 | Response of Vincent Primiano to Debtors' 118th Omnibus Objection to Claims |
| 48. | 20663 | 10/07/2011 | Response of Anke Parr to Debtors' 118th Omnibus Objection to Claims |
| 49. | 20664 | 10/07/2011 | Response of Riccardo Banchetti to Debtors' 118th Omnibus Objection to Claims |
| 50. | 20665 | 10/07/2011 | Response of Giancarlo Saronne to Debtors' 118th Omnibus Objection to Claims |
| 51. | 20666 | 10/07/2011 | Response of Harsh Shah to Debtors' 118th Omnibus Objection to Claims |
| 52. | 20667 | 10/07/2011 | Response of Philippe Dufournier to Debtors' 118th Omnibus Objection to Claims |
| 53. | 20996 | 08/17/2011 | Claimants' Opposition to Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) (In re: Claim Nos. 9682, 13929, 13968, 17607, 28442, 20244, 21711 and 18314), filed by Michael S. Schlesinger on behalf of Richard J. Glasebrook III, David I. Weiner, Stephanie Stiefel, Marvin C. Schwartz, Chris Reynolds, Henry Ramallo, Richard Nackenson, Judith Ann Kenney |
| 54. | 21065 | 10/20/2011 | Amended Joint Response of Henry Morgan Lawrence III and Nicole S. Lawrence to Debtors' One Hundred Eighteenth and One Hundred Thirtieth Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) Re: Claims 3373 and 3374 |
| 55. | 21174 | 10/11/2011 | Objection to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 16153 filed by Darian Cohen |
| 56. | 21175 | 10/11/2011 | Objection to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), In re: Claim No. 24335 filed by Lars Jacobson |
| 57. | 21216 | 10/13/2011 | Response to Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims), In re: Claim No. 18087 filed by Karen M. Simon Krieger |
| 58. | 21221 | 10/13/2011 | Response to Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims), In re: Claim No. 18087 filed by Karen M. Simon Krieger |
| 59. | 21540 | 10/21/2011 | Objection to Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims), filed by Brian Monahan |

5

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 60. | 21574 | 11/04/2011 | Limited Objection Of Christiane Schuster To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors |
| 61. | 22275 | 11/17/2011 | Response of Gordon Sweely to Debtors' 207th Omnibus Objection to Claims |
| 62. | 22573 | 11/10/2011 | Affirmation in Opposition to Debtors' Two Hundred and Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (In re: Claim No. 18067 filed by Michael S. Schlesinger on behalf of Seth Finkel) |
| 63. | 23023 | 12/06/2011 | Order Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors |
| 64. | 23454 | 12/15/2011 | Amended Response Of Brian W. Monahan To Debtors' One Hundred and Eighteenth And One Hundred Eighty Fifth Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) Re: Claims 20774 and 20775 |
| 65. | 25308 | 02/14/2012 | Supplemental Response Of Brian W. Monahan To Debtors' One Hundred and Eighteenth And One Hundred Eighty Fifth Omnibus Objections To Claims (To Reclassify Proofs Of Claim As Equity Interests) Re: Claims 20774 and 20775 |
| 66. | 25309 | 02/14/2012 | Supplemental Response of Henry Morgan Lawrence III and Nicole S. Lawrence to Debtors' One Hundred Eighteenth and One Hundred Thirtieth Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) Re: Claims 3373 and 3374 |
| 67. | 25322 | 02/14/2012 | Responses of Claimant Michael K. McCully in Opposition to: 1) Debtors' December 15, 2011 Omnibus Reply to Responses to Debtors' 118th, 131st, 133rd, 135th, 176th, and 207th Omnibus Objections to Claims (To Reclassify Proofs of Claim As Equity Interests); 2) Debtors' January 24, 2012 Supplemental Annotated Omnibus Reply to Responses to Debtors' 73rd, 118ty, 130th, 131st, 134th, 135th, 176th, and 207th Omnibus Objections to Claims (To Reclassify Proofs of Claim As Equity  Interests) |
| 68. | 25516 | 02/17/2012 | Response of Roger Saks to Debtors' Supplemental Annotated Omnibus Reply to Responses to Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (to Reclassify Proofs of Claim As Equity Interests) |
| 69. | 25550 | 02/17/2012 | Joint Response of Compensation Claimants Riccardo Banchetti, Philippe Dufournier, Anke Parr, Giancarlo Saronne and Harsh Shah to Debtors' Supplemental Annotated Omnibus Objections to Claims With Respect to 118th and 130th Omnibus Claims Objections Seeking To Reclassify Proofs of Claim as Equity Interests |

6

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 70. | 25551 | 02/17/2012 | Joint Response of Compensation Claimants Vincent Primiano, Gordon Sweely, Charles Spero and Timothy A. Burke to Debtors' Supplemental Annotated Omnibus Objection to Claims With Respect to 118ty, 135th and 207th Omnibus Claims Objections Seeking to Reclassify Proofs of Claim as Equity Interests |
| 71. | 25708 | 02/10/2012 | Opposition filed by Guillemette Callies |
| 72. | 25712 | 02/14/2012 | Opposition filed by Paul Nigel Shotton |
| 73. | 25713 | 02/14/2012 | Opposition with Exhibit, filed by Paul Nigel Shotton |
| 74. | 25715 | 02/14/2012 | Claimants' Sur-Reply in Further Opposition to Debtors' Seventy Third, One Hundred Eighteenth and Two Hundred Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim As Equity Interests) (filed by Eugene Neal Kaplan on behalf of Seth Finkel, David I. Weiner, Stephanie Stiefel, Marvin C. Schwartz, Chris Reynolds, Henry Ramallo, Richard Nackenson, Judith Ann Kenney, Richard J. Glasebrook III) |
| 75. | 25716 | 02/14/2012 | Response to Debtors' Supplemental Annotated Omnibus Reply to Responses to Debtors' Seventy-Third, One Hundred Eighteenth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Seventy-Sixth, and Two Hundred and Seventh Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) filed by Nikki A. Marshall |
| 76. | 25821 | 02/21/2012 | Objection to the Reclassification of Claim No. 16516 filed by Madelyn Antoncic |
| 77. | 27041 | 03/09/2012 | Response to Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims), In re: Claim No. 28018 filed by Brian M. Gross |
| 78. | 29254 | 07/06/2012 | Responses of Claimants Michael K. McCully, Michael J. Mullen and Other Claimants, In Opposition to Debtors' 313th Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) (Attachments: (1) Paola Biraschi Affidavit (2) Karen Brewer Affidavit (3) William Broadbent Affidavit (4) Nestor De Jesus Affidavit (5) Steven Engel Affidavit (6) Louise Goldberg Affidavit (7) Adrian Graves Affidavit (8) Harriet Chan King Affidavit (9) Sarah Lewis Affidavit (10) Michael McCully Affidavit (11) Michael Mullen Affidavit (12) Ian Neville Affidavit (13) Martin Patterson Affidavit (14) Margaret Smith Affidavit (15) Stephen Snelling Affidavit (16) Timothy Wilkinson Affidavit) |
| 79. | 29263 | 07/06/2012 | Response of Brian W. Monahan To Debtors' 318th Omnibus Objection To Claims |

WEIL:\95232762\5\58399.0011

| **Designation Number** | **ECF Number** | **Date of Filing** | **Description** |
|---|---|---|---|
| 80. | 29265 | 07/06/2012 | Affirmation of Claimant Helmut Olivier in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) dated June 4, 2012 |
| 81. | 29266 | 07/06/2012 | Affirmation of Claimant Brian Seward in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) dated June 4, 2012 |
| 82. | 29267 | 07/06/2012 | Affirmation of Claimant Alvaro Santodomingo in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) dated June 4, 2012 |
| 83. | 29268 | 07/06/2012 | Affirmation of Claimant Michael Collier in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) Dated June 4, 2012 |
| 84. | 29269 | 07/06/2012 | Affirmation of Claimant Joseph D'Amadeo in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) Dated June 4, 2012 |
| 85. | 29271 | 07/06/2012 | Affirmation of Claimant Nicholas P. Howard in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) Dated June 4, 2012 |
| 86. | 29272 | 07/06/2012 | Affirmation of Claimant Hugh E. McGee in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) Dated June 4, 2012 |
| 87. | 29273 | 07/06/2012 | Affirmation of Claimant Ross Shapiro in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) Dated June 4, 2012 |
| 88. | 29275 | 07/06/2012 | Affirmation of Claimant Peter Ward in Opposition to Debtors' 313th Omnibus Objection (To Reclassify Proofs of Claim As Equity Interests) Dated June 4, 2012 |
| 89. | 29279 | 07/06/2012 | Joinder in Response to Debtors' Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (filed by David S. Pegno on behalf of David J. Brooks) |
| 90. | 29389 | 07/13/2012 | (I) Joint Response of Claimants Vincent Primiano, Gordon Sweely, Charles Spero, Timothy A. Burke, Jonathan Sebiri, Riccardo Banchetti, Philippe Dufornier, Anke Parr, Giancarlo Saronne and Harsh Shah to Debtors' 314th Omnibus Claims Objection (Late Filed) and (II) Cross-Motion to Consolidate |
| 91. | 29416 | 07/16/2012 | Responses of Claimants Tal Lev Ari, Julian Iragorri and Jack Rivkin, In Opposition to Debtors' 319th Omnibus Objections To Claims (To Reclassify Proofs of Claim as Equity Interests) |
| 92. | 29419 | 07/16/2012 | Supplement to Responses of Michael K. McCully, Michael J. Mullen, et al., In Opposition to Debtors' 313th Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests), on behalf of Claimants John Dmuchowski, Sandra Hahn-Colbert, Jeffrey Wecker and Timothy Wilkinson |

8

| **Designation Number** | **ECF Number** | **Date of Filing** | **Description** |
|---|---|---|---|
| 93. | 29467 | 07/17/2012 | Second Supplement to Responses of Michael K. McCully, Michael J. Mullen, et al., In Opposition to Debtors' 313th Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests), on Behalf of Claimants Patricia M. Luken and Michael J. Petrucelli |
| 94. | 29792 | 08/01/2012 | Third Supplement to Responses of Michael K. McCully, Michael J. Mullen, et al., In Opposition to Debtors' 313th Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests), on Behalf of Claimants Craig O. Benson and Pierluigi Volini |
| 95. | 29938 | 08/09/2012 | Notice of Motion to Permit Filing of Supplemental Affirmations in Opposition to 313th and 319th Omnibus Objections to Claims filed by Richard J. Schager Jr. on behalf of Craig O Benson (Attachments: (1) Exhibit Schager Affirmation in Support of Motion to Permit Filing (2) Exhibit Craig Benson Affirmation in Support (3) Exhibit Lawrence McCarthy Affirmation in Support (4) Exhibit Michael Petrucelli Affirmation in Support (5) Exhibit Jeffrey Wecker Affirmation in Support (6) Exhibit Proposed Order) |
| 96. | 30085 | 08/07/2012 | Objection to Debtors' Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims), In re: Claim No. 18087, filed by Karen M. Simon Krieger |
| 97. | 30089 | 08/09/2012 | Response to Debtors' Three Hundred Twenty-Ninth Objection to Claims (Misclassified Claims), filed by Nikki Marshall |
| 98. | 30123 | 08/16/2012 | Response of Peter Hornick to Debtors' 313th Omnibus Objection to Reclassify Claims as Equity |
| 99. | 30142 | 08/16/2012 | Reply of Claimants Michael K. McCully and Michael J. Mullen in Support of Motion to Certify a Class of RSU and CSA Claimants Named in 313th and 319th Omnibus Objections (Attachments: (1) Exhibit 1 - Debtors' Sch. G Declaration (2) Exhibit 2 - Benson Aff. (3) Exhibit 3 - Volini (4) Exhibit 4 - Sargent (5) Exhibit 5 - Dmuchowski Aff (6) Exhibit 6 - McCully Aff (7) Exhibit 7 - Mullen Aff.) |
| 100. | 30421 | 08/27/2012 | Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests |
| 101. | 30921 | 09/14/2012 | Response of Claimant Nicholas P. Howard in Opposition to Debtors' 342nd Omnibus Objection to Claims (Employment-Related Claims) |
| 102. | 30949 | 09/13/2012 | Response to Debtors' Three Hundred Forty-Second Omnibus Objection to Claims (Employment-Related Claims), filed by Nikki A. Marshall |
| 103. | 31015 | 09/20/2012 | Responses of Claimant Yeruchim Levilev, In Opposition to Debtors' 347th Omnibus Objections to Claims (To Reclassify Proofs of Claim as Equity Interests) |
| 104. | 31084 | 09/25/2012 | Response of Claimant Anshuman Goyal in Opposition to Debtors' 347th Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) |

9

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 105. | 32386 | 11/28/2012 | Amended Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests |
| 106. | 34583 | 02/13/2013 | Second Amended Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests |
| 107. | 36416 | 04/02/2013 | Response In re: RSU Claims Discovery, In re: Claim No. 24675, filed by Mary E. Langevin |
| 108. | 36417 | 04/01/2013 | Response In re: RSU Claims Discovery, In re: Claim No. 18087 filed by Karen M. Simon Krieger |
| 109. | 36559 | 04/01/2013 | Response In re: RSU Claims Discovery in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interest, In Re: Claim No. 24373 filed by Gregg Somma |
| 110. | 40193 | 09/23/2013 | Stipulation Claimants' Joint Statement With Respect to Debtors' Amended Notice of Presentment of Stipulation of Facts Regarding Tax and Accounting Treatment of RSUs and CSAs (filed by Lisa M. Solomon on behalf of Timothy A. Burke) |
| 111. | 40334 | 10/08/2013 | Third Amended Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim As Equity Interest |
| 112. | 40542 | 10/17/2013 | Fourth Amended Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests |
| 113. | 42047 | 12/17/2013 | Objection to Seventy Third Omnibus Objection to Claims to Reclassify Proof of Claim as Equity Interest, In re: Claim No, 14197, filed by Richard Grant Noble |
| 114. | 42365 | 01/29/2014 | Verified Statement Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (filed by Armen James Boyajian on behalf of Darian Cohen) |
| 115. | 42383 | 01/30/2014 | Fourth Supplemental Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (filed by Lisa M. Solomon on behalf of Michael Lawsky) |
| 116. | 42500 | 02/04/2014 | Claimants' Adoption and Joinder to Compensation Claimants Memorandum in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively, to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code (filed by Andrew R Goldenberg on behalf of Jennifer Becker, Guillemette Callies, Gregg W. Hawes, Christiane Schuster, Colin S.A. Welch) |
| 117. | 42501 | 02/04/2014 | Supplemental Opening Memorandum on Behalf of Fabio Liotti |

10

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 118. | 42531 | 01/31/2014 | Memorandum in Opposition to Debtors' One Hundred Thirty-First Omnibus Objection Seeking to Reclassify Compensation Claims as Equity, or Alternatively, to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code |
| 119. | 42552 | 02/06/2014 | Joinder to Compensation Claimants Memorandum of Law in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Claims as Equity, or Alternatively, to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code (filed by Lisa M. Solomon on behalf of Nachiketa Das) |
| 120. | 42707 | 02/06/2014 | Objection And Supplemental Opening Memorandum on Behalf of Claimant, In re: One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests), filed by Alexandre Catalao Maia |
| 121. | 43899 | 03/31/2014 | Objection of Lehman Brothers Holdings Inc. to the Supplemental Declaration of Henry Ramallo |
| 122. | 43900 | 03/31/2014 | Objection of Lehman Brothers Holdings Inc. to the Supplemental Declaration of Stephanie Stiefel |
| 123. | - | - | Email from T. Brady to Chambers re: In re Lehman Brothers Holdings In., et al., Case No. 08-13555 (SCC) – RSU Evidentiary Hearing Exhibits, dated Apr. 9, 2014[2] |
| 124. | 44567 | 06/05/2014 | Neuberger Berman Claimants' Proposed Findings of Fact and Conclusions of Law |
| 125. | 44705 | 06/09/2014 | Response to Debtors' Seventy-Third Omnibus Objection, filed by Andrea T. Jao |
| 126. | 44951 | 07/02/2014 | Proposed Findings of Fact and Conclusions of Law Submitted by Compensation Claimants in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity or Alternatively to Subordinate Claims Pursuant to Section 510(b) of the Bankruptcy Code |
| 127. | 45025 | 07/07/2014 | Debtors' Reply to RSU Claimants Proposed Findings of Fact and Conclusions of Law |
| 128. | 45026 | 07/07/2014 | Debtors' Proposed Findings of Fact and Conclusions of Law |
| 129. | 45093 | 07/10/2014 | Letter to Judge Chapman on behalf of the Neuberger Berman Claimants |
| 130. | 45687 | 08/12/2014 | Findings of Fact and Conclusions of Law Letter to Hon. Shelley Chapman, U.S.B.J., providing recent appellate authority in support of Compensation Claimants Proposed Conclusions of Law filed by Richard J. Schager Jr. on behalf of Michael K. McCully |

---

[2] This email is attached hereto as Exhibit A consistent with Rule 8007-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

11

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 131. | - | - | Email from S. Lutkus, Law Clerk to Judge Chapman, to All Parties re: August 12, 2014 letter from Richard Schager, dated Aug. 14, 2014[3] |
| 132. | 46927 | 11/11/2014 | Transcript regarding Hearing Held on 4/2/2014 10:04am Re: Evidentiary Hearing on RSU Claims |

## DEBTORS' EVIDENTIARY HEARING EXHIBITS[4]

| Designation Number | Exhibit Number | Date | Description |
|---|---|---|---|
| 133. | CL002 | | Guide to Working at Lehman Brothers, bates numbered LEH-RSU 0000292-330 |
| 134. | CLX 090 | 10/24/2013 | Excerpts of Transcript of Rule 30(b)(6) Deposition of LBHI |
| 135. | LBHI0028 | | 2007 Equity Award Program For Bonus-Eligible and Production-Based Employees, bates numbered LEH-RSU 0023023-033 |
| 136. | LBHI0034 | | 2003 Equity Award Program, Agreement Evidencing a Grant of Restricted Stock Units – Investment Representatives, bates numbered LEH-RSU 0015055-58 |
| 137. | LBHI0035 | | 2003 Equity Award Program, Agreement Evidencing a Grant of Restricted Stock Units, bates numbered LEH-RSU 0014309-312 |
| 138. | LBHI0036 | | 2003 Equity Award Program - Managing Director, bates numbered LEH-RSU 0014184-198 |
| 139. | LBHI0038 | | 2003 Equity Award Program, bates numbered LEH-RSU 0014168-183 |
| 140. | LBHI0047 | | 2005 Equity Award Program, Agreement Evidencing a Grant of Restricted Stock Units, bates numbered LEH-RSU 0000120-23 |
| 141. | LBHI0048 | | 2005 Equity Award Program For Bonus-Eligible And Production-Based Employees, bates numbered LEH-RSU 0000124-135 |
| 142. | LBHI0116 | 11/15/2007 | Prospectus: LBHI 2005 Stock Incentive Plan, 95,000,000 Shares of Common Stock, bates numbered LEH-RSU 0000172-181 |
| 143. | LBHI0117 | 11/08/2007 | LBHI 1996 Management Ownership Plan as amended through Nov. 8, 2007, bates numbered LEH-RSU 0000237-245 |
| 144. | LBHI0118 | 11/08/2007 | LBHI Employee Incentive Plan as amended through Nov. 8, 2007, bates numbered LEH-RSU 0000254-262 |
| 145. | LBHI0131 | 02/28/2003 | Notice of 2003 Annual Meeting of Stockholders of LBHI with enclosed proxy card, bates numbered LEH-RSU 0020596-0637 |

---

[3] This email is attached hereto as Exhibit B consistent with Rule 8007-1 of the Local Rules.

[4] The evidentiary hearing exhibits, marked with their respective exhibit numbers, are attached hereto as Exhibit C consistent with Rule 8007-1 of the Local Rules.

WEIL:\95232762\5\58399.0011

Dated: February 11, 2015
      New York, New York

/s/ Ralph I. Miller
Ralph I. Miller
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

13