# EXHIBIT A

**EXHIBIT A**

## Brady, Teresa

| | |
|---|---|
| From: | Brady, Teresa |
| Sent: | Wednesday, April 09, 2014 3:58 PM |
| To: | Stacy_A_Lutkus@nysb.uscourts.gov; Jamie_Eisen@nysb.uscourts.gov; scc.chambers@nysb.uscourts.gov |
| Cc: | Miller, Ralph; Alvarez, Denise; Richard Schager (schager@ssnyc.com); Andrew Goldenberg (Goldenberg@ssnyc.com); Lisa Solomon (lisa.solomon@att.net); Gene Kaplan (ENKaplan@kaplanlandau.com); michaels@jstriallaw.com; 'Carragher, Daniel J.'; 'Michelle Pomerantz'; 'Howard Magaliff'; 'Ginzburg, Margarita Y.'; 'Robert Michaelson'; Kenter, Doron |
| Subject: | In re Lehman Brothers Holdings In., et al., Case No. 08-13555 (SCC) - RSU Evidentiary Hearing Exhibits |
| Attachments: | CLX 071.pdf; CLX 090.pdf |

Dear Stacy and Jamie,

Per Judge Chapman's request at the conclusion of the evidentiary hearing in the above-referenced matter on April 3, 2014, below please find a list of exhibits that the parties have agreed will be entered into evidence in the matter.

I am attaching herewith a revised Exhibit CLX071 based on Judge Chapman's ruling at the hearing regarding the admissibility of this exhibit. I am also providing a copy of Exhibit CLX 090, which contains designations and counter-designations from the Rule 30(b)(6) deposition taken in this matter and which was not previously provided to the Court. Within Exhibit CLX 090, the yellow highlights represent the deposition designations of Claimants represented by Stamell & Schager, LLP; the orange highlights represent the counter deposition designations of LBHI. Please let me know if you have any questions.

Best regards,
Teresa Brady

| |
|---|
| CL001 |
| CL002 |
| CLX 001 |
| CLX 002 |
| CLX 003 |
| CLX 004 |
| CLX007 |
| CLX 054 |
| CLX 055 |
| CLX 056 |
| CLX 059 |
| CLX 060 |
| CLX 070 |
| CLX 071 (excerpt) |
| CLX 072 |
| CLX 073 |
| CLX 074 |
| CLX 087 |
| CLX 088 |
| CLX 089 |
| CLX 090 |
| LBHI003 |

1

| |
|---|
| CL001 |
| LBHI0026 |
| LBHI0027 |
| LBHI0028 |
| LBHI0034 |
| LBHI0035 |
| LBHI0036 |
| LBHI0038 |
| LBHI0047 |
| LBHI0048 |
| LBHI0116 |
| LBHI0117 |
| LBHI0118 |
| LBHI0131 |
| LBHI0161 |
| NB A |
| NB B |
| NB C |
| NB D |
| NB E |
| NB F |
| NB G |
| NB H |
| NB I |
| NB J |
| NB K |
| NB L |
| NB M |
| NB N (unredacted) |
| NB O (unredacted) |



**Teresa Chin Brady**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Teresa.Brady@weil.com
+1 212 310 8093 Direct
+1 212 310 8007 Fax

| | |
|---|---|
| **From:** | Polisi, Ryan J <ryan.polisi@lehman.com> |
| **Sent:** | Tuesday, February 13, 2007 12:54 AM (GMT) |
| **To:** | Tuininga, Chris <Chris.Tuininga@lehman.com> |
| **Cc:** | Binkley, Tracy A <tbinkley@lehman.com>; Arreglado, Elizabeth R <earregla@lehman.com>; Macleod, Kimberly N <kmacleod@lehman.com>; Gault, Joseph J <joseph.gault@lehman.com> |
| **Subject:** | Shareholder Q&A Slides - for updating |
| **Attach:** | Slides_2006_Compensation.ppt |

> Hi Chris,
>
> I hope you are well. We are updating the Q&A slides for Dick for the
> annual shareholder meeting. Attached is what was provided last year.
>
> The slides need to be updated for 2006. In addition, the Compensation
> deck will need to address other potential questions likely to arise
> about 2006 on new slides (with bullet points as appropriate). Also,
> if any topics from last year's deck are irrelevant or extremely
> unlikely to come up, those slides / sections can be deleted.
>
> We will need to get this round of updates back by close of business on
> Tuesday, February 20. If Dick finds these slides to be thorough
> enough, we won't need to come back for final round updates / sign off
> until March, prior to the shareholder meeting.
>
> Thanks for the help and please let me know if I should speak directly
> with someone else in the group,
> Ryan
>
> <<Slides_2006_Compensation.ppt>>
>
>
> Ryan J. Polisi
> Lehman Brothers
> (212) 526 - 1711 Direct
> (646) 758 - 1935 Direct Fax
> ryan.polisi@lehman.com
>

CLX 071

CONFIDENTIAL

LEH-RSU 0007514

# COMPENSATION

Info from:

HR / Chris Tuininga

LEH-RSU 0007515

CONFIDENTIAL

## 43. RSU Trust Implications (11/05)

- Trust no affect LB financials
- 60 M RSUs outstanding
- 35 M in Trust
- Shares added from treasury as amortized
- Trust shares in LB's shares out.

```
                                                            Page 1

 1
 2     UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     -------------------------------------------X
 4     In re
 5     LEHMAN BROTHERS HOLDINGS INC., et al.,
 6                     Debtors.
 7     Chapter 11 Case No. 08-13555(JMP)
 8     -------------------------------------------X
 9                                 767 5th Avenue
                                   New York, New York
10
11                                 October 24, 2013
                                   10:13 a.m.
12
13              DEPOSITION of LEHMAN BROTHERS HOLDINGS
14     INC., by JAMES EMMERT, the Debtors herein, taken by
15     the Claimants, pursuant to Federal Rules of Civil
16     Procedure and order, held at the above-mentioned
17     time and place, before Brittany E. Bosak, a Notary
18     Public of the State of New York.
19
20
21
22
23
24
25     Job No. NJ1755493
```

Page 181

1       J. EMMERT
2  I would -- I don't know.
3       Q    This may be a silly question, but I have
4  to ask it.  Were RSUs issued only to employees of
5  Lehman?
6            MR. MILLER:  Object to the form of the
7       question.  I simply object to the word Lehman,
8       which has thousands of entities.
9            MR. GOLDENBERG:  Forgive me.  I should be
10      more specific.
11      Q    Were RSUs issued to employees of LBI?
12      A    Issued or granted?
13      Q    Granted.
14      A    Yes.
15      Q    Was it -- were RSUs issued to employees of
16  LBHI?  I'm sorry, granted to employees of LBHI.
17      A    Yes.
18      Q    Were RSUs granted only to individuals who
19  were employed with LBI or LBHI?
20           MR. MILLER:  Object to the form of the
21      question.  It's also outside the scope.
22      A    You would have to rephrase the question.
23      Q    What was the basis for LBHI's claim for
24  RSUs against LBI?
25      A    The basis for the claim was the

Page 182

1           J. EMMERT
2    amortization associated with the awards that were
3    granted to employees of LBI.  Since LBI did not have
4    stock to grant to employees and LBHI did, LBI had to
5    buy the stock from LBI -- from LBHI who had stock.
6         Q    Was this at the time of grant or upon the
7    issuance?
8         A    It was at the time of amortization.  A
9    receivable would be set up from LBI to LBHI.
10        Q    When you say at time of amortization, are
11   you basing that time on the vesting schedules?
12        A    Whatever the vesting -- whatever the
13   amortization was that was appropriate at that time
14   would be when these receivables would be set up.
15        Q    And the appropriate time would be based on
16   whatever position we're talking about, whoever --
17   whatever position that individual held, it would be
18   based on a different amortization schedule?
19        A    That's correct.
20        Q    Okay.  So at that time LBI purchased stock
21   from LBHI?
22        A    An intercompany receivable was set up for
23   the value that the LBI employees were getting in the
24   form of stock.
25        Q    Now, where would this intercompany

Page 183

1                    J. EMMERT

2    receivable be reflected in the financials?

3        A    You would have to be more specific.

4        Q    Well, you said that there was an

5    intercompany receivable between LBI and LBHI.  Where

6    was that recognized or recorded or however you want

7    to characterize it?

8        A    Lehman Brothers Holdings, it would have

9    been netted out, receivable on one legal entity and

10   payable on the other legal entity and net to zero on

11   holdings' books, financial statements.

12       Q    So the claim that LBHI had against LBI

13   related to the cost of funding the RSU program,

14   correct?

15       A    I would say that the receivable on LBHI's

16   books represented the cost of the amortization or

17   the award that LBI could not issue because they

18   didn't have stock, that LBI would be issuing on

19   their behalf -- LBHI would be issuing on LBI's

20   behalf.

21       Q    Was there a specific time period that LBHI

22   was seeking to fund the RSU program from LBI?

23            MR. MILLER:  Objection to form.

24       A    I'm not sure I understand what you mean by

25   funding.

Page 184

1        J. EMMERT

2        Q    What period is covered by this claim that
3    LBHI filed against LBI?
4        A    It's the intercompany receivables that
5    were outstanding that were due LBHI.
6        Q    And do you know which years of
7    intercompany receivables we're talking about?
8        A    Primarily it would have been 2003 for 2008
9    because those were the awards that were being
10   amortized; however, there were some prior year
11   receivables that were out there that had not been
12   paid in full.
13       Q    And do you know of any documents that
14   reflect these intercompany receivables?
15       A    Not that I'm -- not that I know of, I
16   mean.
17       Q    So what are you basing this statement on?
18       A    Based on my discussions in preparing for
19   this.
20       Q    Based on your discussions -- I'm sorry?
21       A    In preparing for this deposition.
22       Q    What obligation did LBHI have relating to
23   the RSUs post-petition to the claimants in this
24   proceeding?
25            MR. MILLER:  Object to the form of the

Page 185

1                    J. EMMERT

2        question also object beyond the scope.

3        Q    Well, I'm trying to figure out -- you are

4   saying that there was -- there were RSUs outstanding

5   in which LBHI filed a claim against LBI for,

6   correct?

7        A    I would say there were intercompany

8   receivables that were due LBHI that LBHI filed a

9   claim for.

10       Q    And these intercompany receivables, that's

11  all the -- that was a claim that LBHI related to --

12  withdraw that.

13            The intercompany receivables -- the proof

14  of claim that was filed by LBHI against LBI related

15  to the intercompany receivables on the RSUs,

16  correct?

17       A    That were created by the amortization of

18  the RSUs.

19            MR. GOLDENBERG:  Okay.  I would like to

20       mark this.

21            (LBHI's Proof of Claim was marked as

22            Defendants' Exhibit T for identification,

23            as of this date.)

24       Q    Mr. Emmert, you mentioned before that you

25  reviewed the proof of claim briefly?

Page 187

1                     J. EMMERT

2       A     Yes.

3       Q     And a little further down, maybe 20 pages,

4   gives you the 2007 Amendments to the Outstanding

5   Equity Awards to Comply with Tax Rules, correct?

6       A     Yes.

7       Q     One more, maybe 30 pages, gives you the

8   2008 Equity Award Program, correct?

9       A     I can't find it, but I will assume you are

10  right.

11      Q     Okay.  Good enough for me.  Do you know

12  why LBHI would include all these documents in

13  Exhibit G to its proof of claim?

14      A     I do not.

15      Q     Do you know if the amount in the claim

16  summary on page two was established by these

17  documents?

18      A     I don't know.

19      Q     Do you know if there's any other documents

20  that were considered in getting that claim amount?

21      A     I don't know.

22      Q     Do you have any idea where the number

23  comes from on page two?

24            MR. MILLER:  Objection to the form.

25      Q     Where does the claim amount of

1               J. EMMERT
2    $626 million on page two of LBHI's proof of claim,
3    where is that number derived from?
4         A     From the intercompany receivable balance
5    that LBI owed LBHI related to RSU amortization.
6         Q     Does that figure only relate to RSUs?
7         A     I don't know.
8         Q     So it could relate to stock options and
9    other equity awards?
10        A     The only other potential would be stock
11   options because I'm not sure we have any other
12   equity awards.
13        Q     So there's a possibility that that amount
14   is not limited to RSUs?
15        A     Yeah.  Without -- I don't know -- I don't
16   know.
17        Q     How would you go about figuring out --
18             MR. MILLER:  We'll offer to stipulate it's
19        not limited to RSUs.  It included stock
20        options, if that will help you.
21             MR. GOLDENBERG:  Well, it helps me a
22        little.
23        Q     But I would like to know what portion of
24   that amount relates to RSUs and what portion relates
25   to stock options.

Page 191

1             J. EMMERT

2        for Entry of Order Approving Settlement

3        Agreement Between the Trustee and the LBHI

4        Entities was marked as Defendants' Exhibit

5        U for identification, as of this date.)

6    Q    Have you seen this document before?

7    A    Not that I recall.

8        MR. GOLDENBERG:  Let record reflect that

9        this is the Declaration of Christopher K.

10       Kiplock in Support of Trustee's Motion for an

11       order Approving Settlement between the Trustee

12       and the LBHI Entities.

13   Q    If you could, go to paragraph seven. The

14   first sentence reads, "The Parties have worked

15   diligently since 2009 to reconcile the tens of

16   thousands of transactions between LBI and the LBI

17   Entities as part of the effort to resolve LBI's and

18   the LBHI Entities' respective claims against each

19   other." Is that correct?

20   A    That's what it reads.

21   Q    Okay. Going now to paragraph 38, the

22   heading before paragraph 38 reads, "The Parties'

23   Reconciliation Process," and going to the third

24   sentence it states, "Additional information provided

25   by the LBHI Entities assisted the Trustee's

Page 192

1            J. EMMERT
2    professionals in reconciling the LBHI Entities'
3    claims to LBI's books and records by providing more
4    specific information about the claims."  Are you
5    familiar at all with this account reconciliation
6    process?
7        A    No.
8        Q    Do you have any idea how the claims
9    between LBHI and LBI were reconciled?
10       A    No.
11            MR. MILLER:  Object to -- the question is
12       outside the scope.
13            MR. GOLDENBERG:  How is this outside the
14       scope?
15            MR. MILLER:  The scope is limited under
16       recital D to the RSU and CSA claims that were
17       included in the settlement of the intercompany
18       claims between LBHI and LBI on or around the
19       February 21st, 2013, and that doesn't have to
20       do with the reconciliation process, and it
21       actually doesn't have to do with the terms of
22       the settlement.  It has to do with the claims
23       themselves.
24            MR. GOLDENBERG:  Are you saying that there
25       was no reconciliation process that related to

Page 193

1       J. EMMERT
2       the RSUs?
3           MR. MILLER:  We have already -- I don't
4       want to testify for the witness.  You can ask
5       him what value is included for the RSU claims.
6       He has that information from -- he's gathered
7       that information.
8           MR. GOLDENBERG:  Well, I'm confused
9       because -- okay.  All right.
10      Q    Going back to this so-called account
11   reconciliation process, you don't know how the RSU
12   claims were reconciled; is that correct?
13      A    I don't.
14      Q    So you wouldn't know how the RSU account
15   reconciliation compared to reconciling all the other
16   claims that LBHI had; is that correct?
17      A    That's correct.
18      Q    Going to paragraph 29 of Exhibit U, I'll
19   give you a chance to read it.  Do you know if the
20   term restricted stock awards refers to RSUs in that
21   paragraph?
22      A    I don't.  I would assume it does.
23      Q    Okay.  And I guess that would be a safe
24   assumption since page two of the proof of claim
25   states, "RSU - Restricted Stock Award," correct,

```
                                                         Page 194

 1                      J. EMMERT
 2       page two?
 3           A    Yes.
 4           Q    Okay.  Thank you.
 5                MR. GOLDENBERG:  I'll submit this as
 6       Exhibit V.
 7                (Notice of Motion with Attached Settlement
 8                was marked as Defendants' Exhibit V for
 9                identification, as of this date.)
10           Q    Mr. Emmert, have you seen this document
11       before?
12           A    No.
13           Q    Okay.  If you could, please go to exhibit
14       A.
15           A    Do you know what page that's on?
16           Q    That would be after page 35.
17           A    I must be on a different page 35.  I have
18       articles on page 36.
19           Q    I'm sorry.  If you start at the beginning,
20       the first document should be the motion and should
21       end at 35.
22           A    Sorry.  Got it.
23           Q    So Exhibit A, you can flip the page,
24       states, "Settlement Agreement."  Have you seen this
25       document before?
```

Page 195

```
 1                    J. EMMERT
 2        A    I have never seen this before.
 3        Q    So you never reviewed the settlement
 4   agreement between LBI and LBHI?
 5        A    Correct.
 6        Q    So you wouldn't know if there's anything
 7   in that document relating to RSUs?
 8        A    Not from anything I have read here.
 9        Q    Okay.  Do you know if any value was given
10   to RSUs as part of this settlement?
11        A    I have been told that no value has been
12   given to RSUs as part of the overall settlement.
13        Q    Who told you?
14        A    Counsel.
15        Q    Did you review any documents to come to
16   that conclusion other than conversations you had
17   with Counsel?
18        A    I did not review any other documents.
19        Q    Do you know if any value was given to
20   stock options as part of the settlement agreement?
21        A    I did not discuss that with Counsel.
22        Q    Do you know if value was given to any
23   other type of compensation relating to the
24   settlement agreement?
25        A    I did not discuss any other areas of
```

Page 201

1                    J. EMMERT
2       there's anything else we need to do.
3              (A recess was taken from
4              6:56 p.m. until 6:59 p.m.)
5    EXAMINATION BY
6    MR. MILLER:
7         Q    I want to ask two questions to clarify
8    things you were asked earlier.  With regard to
9    Exhibit T -- this is the claim that was submitted to
10   LBI.  Do you recall that, sir?
11        A    Yes.
12        Q    You were asked some questions about where
13   this claim number came from on page two?
14        A    Yes.
15        Q    Did you speak to anyone other than lawyers
16   about where that claim number came from?
17        A    I actually did.  I remember that.
18        Q    Who was that?
19        A    I spoke with Cliff Fibus when we were
20   preparing for the stipulation, and I recall that --
21   you know, we had a discussion.  He was the one that
22   told me how the claim came about, the RSU portion of
23   the claim, that it was receivable based on the
24   amortization of equity awards.
25        Q    On a different topic, with regard to