**EXHIBIT B**

## Brady, Teresa

| | |
|---|---|
| **From:** | Stacy_A_Lutkus@nysb.uscourts.gov |
| **Sent:** | Thursday, August 14, 2014 11:35 AM |
| **To:** | schager@ssnyc.com; Miller, Ralph; Alvarez, Denise; Brady, Teresa; Kenter, Doron; lisa.solomon@att.net; hmagaliff@r3mlaw.com; rmichaelson@r3mlaw.com; jamesboyajian@gmail.com; michaels@jstriallaw.com; michellep@jstriallaw.com; enkaplan@kaplanlandau.com; mginzburg@daypitney.com |
| **Cc:** | scc.chambers@nysb.uscourts.gov |
| **Subject:** | In re: Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (SCC) |

All,
The Court is in receipt of a letter dated August 12, 2014 from Richard Schager that was filed in connection with the above-captioned matter at ECF No. 45687. Judge Chapman has asked me to contact all counsel of record to let you know that inasmuch as the record in this contested matter is closed and briefing is complete, she will not consider the letter in rendering her decision on the omnibus objections seeking to reclassify as equity interests claims for bonus or commission compensation based on restricted stock units and/or contingent stock awards . Please feel free to contact me with any questions.
Regards,
Stacy

Stacy A. Lutkus
Law Clerk to the Honorable Shelley C. Chapman (Lehman Matters Only) U.S. Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004 212.668.2870, ext. 4056

1