08-13555-mg    Doc 48194    Filed 02/12/15    Entered 02/12/15 12:07:53    Main Document
　　　　　　　　　　　　　　　　　　Pg 1 of 2

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON
THE FOUR HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which was scheduled for February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 11, 2015, at 10:00 a.m. (Prevailing Eastern Time)**, solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:   February 12, 2015
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Garrett A. Fail
　　　　　　　　　　　　　　　　　　Garrett A. Fail

　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　*Attorneys for Lehman Brothers Holdings Inc.
　　　　　　　　　　　　　　　　　　and Certain of Its Affiliates*

WEIL:\95211306\2\58399.0011

**Exhibit A**

**Adjourned Claims:**

| Claimant | Claim Number | Response ECF No. |
|---|---|---|
| KBC Bank NV | 13872 | 46238 |