**QUINN EMANUEL**
**URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:  (212) 849-7000
*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et</u> <u>al</u>.,<br><br>          Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

**FIRST AMENDED NOTICE OF HEARING ON 492ND OMNIBUS OBJECTION [ECF NO. 47715] AND OBJECTIONS TO CERTAIN CLAIMS FILED BY JPMORGAN [ECF NOS. 47716, 47718, 47719]**

**PLEASE TAKE NOTICE** that, on January 7, 2015, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 case (collectively, the

"Debtors"), filed the following objections (the "Objections"):

1.    Lehman Brothers Holdings Inc.'s 492nd Omnibus Objection To Miscellaneous

Claims By Various Subsidiaries Of JPMorgan Chase & Co. Against Various

Debtors (Docket No. 47715) (the "492nd Omnibus Objection");

2.    Lehman Brothers Holdings Inc.'s Objection To Portions Of Proof Of Claim No.

66462 Against Lehman Brothers Holdings Inc. and Proof Of Claim No. 66455

Against Lehman Brothers Special Financing Inc. Of JPMorgan Chase Bank, N.A.

Regarding Derivatives Losses (Docket No. 47716);

3.    Lehman Brothers Holdings Inc.'s Objection To Portions of Proofs of Claim No.

66462 and 66474 Against Lehman Brothers Holdings Inc. of JPMorgan Chase

Bank, N.A. and J.P. Morgan Markets Limited (F/K/A Bear Stearns International

Limited) Regarding Derivatives Losses (Docket No. 47718); and

4.    Lehman Brothers Holdings Inc.'s Objection To Portions of Proofs of Claim No.

66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman

Brothers Inc. Of JPMorgan Chase Bank, N.A. Regarding Securities Lending

(Docket No. 47719);

Each of the Objections was set for hearing on March 11, 2015, with responses due

on February 9, 2015.

**PLEASE TAKE FURTHER NOTICE** that, by agreement of the parties, (a) the

deadline to file responses to each of the Objections has been adjourned from February 9, 2015 to

March 11, 2015; (b) the hearing on the 492nd Omnibus Objection has been adjourned from

March 11, 2015 and will take place before the Honorable Shelley C. Chapman, United States

Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House,

Courtroom 601, One Bowling Green, New York, New York 10004, on **April 8, 2015 at 10:00**

**a.m. (Eastern Time)**; and (c) the hearing on each of the other Objections has been adjourned

indefinitely and when scheduled will be the subject of a further Amended Notice of Hearing.


Dated:  February 12, 2015
          New York, New York

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: /s/ Andrew J. Rossman
Susheel Kirpalani
Andrew J. Rossman
James C. Tecce
Tyler G. Whitmer
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000
*Counsel for Lehman Brothers Holdings Inc.*
