UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (SCC)
                                               :
                        Debtors.               :    (Jointly Administered)
-------------------------------------------------------------x

## DECLARATION OF THOMAS BEHNKE
## IN SUPPORT OF THE OBJECTION TO DR. THOMAS MARSONER'S
## MOTION TO DEEM PROOFS OF CLAIM TIMELY FILED

Pursuant to 28 U.S.C. § 1746, I, Thomas Behnke, declare:

1. I am over 18 years of age and make these statements based on my personal knowledge, my review of the business records of the Chapter 11 Estates[1] and/or my consultation with employees of the Chapter 11 Estates. If called to testify, I could testify to the truth of the matters set forth herein.

2. I make this declaration on behalf of LBHI in support of its objection (the "Objection") to Dr. Thomas Marsoner's Motion to Deem Proofs of Claim Timely Filed [ECF No. 47589] (the "Marsoner Motion").

3. I am a Managing Director of Alvarez & Marsal North America, LLC. My primary area of responsibility is managing the Debtors' claims reconciliation and distribution process. In this role I have independently reviewed, have become familiar with, and have personal knowledge regarding the allowance of and objections to claims, including the matters that are the subject of the Marsoner Motion.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection (as defined below).

4. I have knowledge of the facts and representations set forth in the Objection regarding the mailing of the Bar Date Notice to Thomas Marsoner, and based upon my review, the Objection accurately reflects the foregoing.

5. In response to the Marsoner Motion, the Plan Administrator conducted a search of the books and records of all the Chapter 11 Estates to determine what records existed of any transactions with Marsoner. There were only two records found indicating transactions between Lehman Brothers Commercial Corporation ("LBCC") and Marsoner. The records were (i) a trade confirmation between LBCC and Marsoner dated March 3, 2008 (the "Trade Confirm"), a true and correct copy of which is attached hereto as Exhibit A, and (ii) an electronic record that matches the information on Schedule G of LBCC's Schedules, indicating that, at one time, LBCC was a party to a derivatives contract with Marsoner. LBCC's electronic records identify this contract as Derivative Master Account Number 032002MARS. After diligently searching the books and records of the Chapter 11 Estates, the Plan Administrator has been unable to locate a copy of any contract that LBCC may have entered into with Marsoner.

6. Since the commencement of LBCC's chapter 11 case, Marsoner has never contacted LBCC with respect to an executory contract, the Trade Confirm, or any other contract or transaction. The Chapter 11 Estates, through their claims and noticing agent, mailed the Bar Date Notice to the only addresses relating to Marsoner that they could find in their book and records.

7. The Chapter 11 Estates do not have access to Marsoner's agreements with LBEL. LBEL has been completely outside of the Chapter 11 Estates' control since September 23, 2008, when the directors of LBEL resolved to place the company into an English administration proceeding. LBEL is controlled by court appointed joint administrators, each of

2

whom is a partner at PricewaterhouseCoopers UK. The Chapter 11 Estates maintain separate books and records from LBEL, have no access to the books and records of LBEL, and, therefore, do not have copies of Marsoner's service agreements with LBEL or any of his communications with LBEL.

8. LBCC and the other Chapter 11 Estates had no way of knowing that Marsoner's addresses had changed, or that the addresses in the Chapter 11 Estates' books and records were no longer accurate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of February, 2015.

_____
Thomas Behnke

# LEHMAN BROTHERS

LEHMAN BROTHERS
COMMERCIAL CORP
745 7TH AVE
NEW YORK, NY  10019

*FUTURES/FOREIGN EXCHANGE CONFIRMATION*

THOMAS S MARSONER
25 BANK STREET
LONDON E14 5LE UNITED KINGDOM

| SEP 15, 2008 | |
|---|---|
| IR NUMBER | ACCOUNT |
| 099 | 27095043 |
| Page | 1 |

US NON-SEGREGATED ACCOUNT

```
- - - - -  OPENING   ACCOUNT   BALANCES - - - -

US DOLLAR                    109,596.17CR

- - - -  CLOSING   ACCOUNT   BALANCES - - - - -

US DOLLAR                    109,596.17CR*

- - - - - - - - - - - - - - F O R E I G N    E X C H A N G E    O P E N    P O S I T I O N S - - - - - - - - - - - - - - -
  Date  B/S      Base Currency Maturity Currency Pair     Counter Amount         Rate          Net Present Value

 3/14/08  B         2,959,455.46 18MAR09 EUR/USD          5,000,000.00        1.6895000           3,575.02CR  USD
                Exp  3/16/09 10:00 NY  Call/     Euro                                                          USD
                  Delta   .0257148                     Delta    .0213975-
                                                       Market Rate    .0012080                                 USD

 3/14/08  S         3,703,703.70 18MAR09 EUR/USD          5,000,000.00        1.3500000          86,296.29DB  USD
                Exp  3/16/09 10:00 NY  Put /     Euro                                                          USD
                  Delta   .3006922                     Delta    .3131323-
                                                       Market Rate    .0233000                                 USD

                                                     Total FX Forward NPV                            0CR* USD
                                                     Total FX Undiscounted MTM                       0CR* USD
                                                     Total FX Long Option value               3,575.02CR* USD
                                                     Total FX Short Option Value             86,296.29DB* USD
                                                     Net FX Option Value                     82,721.27DB* USD

- - - - - - - - - - - - - - - - -  Foreign Exchange Position Delta Summary - - - - - - - - - - - - - - - - -
Curr          Notional         USD Equivalent       Delta Notional       Delta USD Equiv

EUR        6,663,159.16CR        9,366,303.55CR       1,189,776.61CR        1,672,451.26CR
Sum of the Absolute Values:       9,366,303.55                              1,672,451.26

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - -  M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - - - - - - - - - - - - - - - - -
    - - - - -  Margin Requirement - - - - - -           Equity             Margin
              Initial                                 Excess/Deficit      Call/Excess

USD              0CR                                   26,874.90CR         26,874.90CR

Total Value in Base Currency

USD              0CR                                   26,874.90CR         26,874.90CR

- - - - - - - - - - - - - - - -  A C C O U N T    V A L U E    S U M M A R Y - - - - - - - - - - - - - - - - -
             Account       Unrealized G/L      Net Present Value    Net Option          Collateral   Net Liquidating
             Balance        on Futures          on Forwards           Value           Market Value      Value

USD       109,596.17CR          0CR                 0CR            82,721.27DB             0CR         26,874.90CR
```