UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $576,780.05 of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $8,409,239.60 | 14815 |

has been transferred and assigned to **Solus Opportunities Fund 1 LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $576,780.05 in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: **Solus Opportunities Fund 1 LP**
Address: C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor,
New York, NY 10022
By: Solus Alternative Asset Management LP
Its Investment Advisor

Signature: _____
Name: **Christopher Bondy**
Title: Executive Vice President
Date: _____

ASSIGNOR: **Citigroup Financial Products Inc.**
Address: 390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley

Signature: _____
Name: _____
Title: _____
Date: February 11, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $576,780.05 of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $8,409,239.60 | 14815 |

has been transferred and assigned to **Solus Opportunities Fund 1 LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $576,780.05 in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: **Solus Opportunities Fund 1 LP**

Address: C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor,
New York, NY 10022
By: Solus Alternative Asset Management LP
Its Investment Advisor

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: **Citigroup Financial Products Inc.**

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley

Signature: [signature]
Name: Joelle Gavlick
Title: Authorized Signatory
Date: February 11, 2015

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc., et al. (the "Debtors")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 14815

**CITIGROUP FINANCIAL PRODUCTS INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 1 LP**
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor,
New York, NY 10022

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 14815, solely to the extent of $576,780.05, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated February 11th, 2015.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title: Joelle Gavlick
Authorized Signatory

**SOLUS OPPORTUNITIES FUND 1 LP**

By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc., et al. (the "Debtors")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 14815

CITIGROUP FINANCIAL PRODUCTS INC. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS OPPORTUNITIES FUND 1 LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor,
New York, NY 10022

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 14815, solely to the extent of $576,780.05, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated February 11th, 2015.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name:
Title:

SOLUS OPPORTUNITIES FUND 1 LP

By: Solus Alternative Asset Management LP
    Its Investment Advisor

By: _____
Name: **Christopher Bondy**
Title: Executive Vice President