WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                              :
In re                                                         :        Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  :        08-13555 (SCC)
                                                              :
                                     Debtors.                 :        (Jointly Administered)
                                                              :
                                                              :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF FOUR HUNDRED THIRTEENTH OMNIBUS OBJECTION (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Thirteenth

Omnibus Objection to Claims (Valued Derivative Claims) that was scheduled originally for June

13, 2013 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain

Valued Derivative Claims to February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has**

**been further adjourned, solely with respect to the claims listed on Exhibit A annexed**

**hereto, to April 8, 2015, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon

thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley C.

Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 621, and such Hearing may be further adjourned from time

to time without further notice other than an announcement at the Hearing.

Dated:  February 12, 2015
        New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons
                            Ralph Miller
                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of Its Affiliates

WEIL:\95243094\1\58399.0011

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| Commerzbank AG | 18996 | 38674 |
| Eurohypo AG | 19002 | 38674 |

WEIL:\95243094\1\58399.0011