**WONG FLEMING**
821 Alexander Road
Suite 200
P.O. Box 3663
Princeton, NJ 08543-3663
Phone: (609) 951-9520
Fax: (609) 951-0270
*Counsel for Nationwide Life Insurance Company and*
*Nationwide Mutual Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, *et al*.<br><br>Debtors.<br>_____<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>Plaintiff,<br><br>- against –<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br><br><br><br>Adversary Proceeding<br>No.: 10-03547 (JMP) |

**NOTICE OF MOTION TO WITHDRAWAL OF COUNSEL**

**NOW COMES** Defendants Life Insurance Company and Nationwide Mutual Life Insurance Company (collectively "Defendants") by and through their counsel, Wong Fleming, and move this Court to withdraw James Haney as counsel for Defendants and remove James Haney from all electronic notifications, including, but not limited to; orders, motions, pleadings and correspondence, with regards to this matter in accordance with the Voluntary Dismissal of Defendants entered on December 31, 2014.

2

Defendants will not be prejudiced by the removal of James Haney as counsel, as they were voluntarily dismissed from this action on December 31, 2014.

WHEREFORE, Defendants Life Insurance Company and Nationwide Mutual Life Insurance Company respectfully request this Court grant its motion to allow the withdrawal of counsel in this matter.

        WONG FLEMING

        By: /s/ James Haney
        James Haney
        821 Alexander Road
        Suite 200, P.O. Box 3663
        Princeton, NJ 08543-3663
        *Counsel for Nationwide Life Insurance*
        *Company and*
        *Nationwide Mutual Life Insurance Company*

# **CERTIFICATE OF SERVICE**

I, James Haney, certify that a copy of Defendants Nationwide Life Insurance Company and Nationwide Mutual Life Insurance Company's Notice of Motion to Withdrawal as Counsel, and this Certificate of Service was served upon all parties through the Court's Electronic Filing System on February 13, 2015:

/s/ James Haney_____
James Haney, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Tel : (609) 951-9520
Email: jhaney@wongfleming.com
*Counsel for Nationwide Life Insurance Company and*
*Nationwide Mutual Life Insurance Company*