**WONG FLEMING**
821 Alexander Road
Suite 200
P.O. Box 3663
Princeton, NJ 08543-3663
Phone: (609) 951-9520
Fax: (609) 951-0270
*Counsel for Nationwide Life Insurance Company and*
*Nationwide Mutual Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, *et al*.<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>Plaintiff,<br><br>- against –<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Adversary Proceeding<br>No.: 10-03547 (JMP) |

## ORDER OF WITHDRAWAL OF COUNSEL

**AND NOW**, this matter having come before the Court by Defendants Nationwide Life Insurance Company and Nationwide Mutual Life Insurance Company's (collectively "Defendants") Notice of Motion for Withdrawal, and Defendants having been voluntarily dismissed from this action on December 31, 2014, and good cause having been shown, it is hereby,

**ORDERED** that Defendants' motion for withdrawal is **GRANTED**; and

**IT IS FURTHER ORDERED** that James Haney, Esq., and the law firm of Wong Fleming are hereby withdrawn as counsel for the Defendants for all purposes; and

**IT IS FURTHER ORDERED** that the Clerk hereby remove James Haney, Esq., with the electronic mail address of jhaney@wongfleming.com, from any and all electronic notifications in regards to this matter.

**IT IS FURTHER ORDERED** the withdrawal of counsel will not alter any deadlines existing in this case.

ENTERED: _____

_____
United States Bankruptcy Judge