**SPIZZ COHEN & SERCHUK, P.C.**
Attorneys for Metropolitan Bank & Trust Company
425 Park Avenue
New York, NY 10022
(212) 754-9400
Wesley Chen, Esq.
Arthur Goldstein, Esq.
Jill Makower, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | | Case No.: 08-13555(JMP) |
| | | (Jointly Administered) |
| Debtors. | | |

------------------------------------------- x

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. |
| Creditor Name and Address: | Metropolitan Bank & Trust Company |
| Claim Number (if known): | 18062 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $51,687,449 |

We, the undersigned, are the authorized signatories for Metropolitan Bank & Trust Company. We hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

**IMPORTANT NOTE:** This is solely a withdrawal of claim no. 18062 filed by Metropolitan Bank & Trust Company. This does not withdraw other claims that may have been filed on behalf of Metropolitan Bank & Trust Company.

By: Metropolitan Bank & Trust Company

| Signature: | Title: Senior Vice President |
|---|---|
| Printed Name: ANTONIO R. OCAMPO | Dated: February 6, 2015 |

| Signature: | Title: First Vice President |
|---|---|
| Printed Name: EDGAR G. ESGUERRA | Dated: February 6, 2015 |

288093v1