**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF HEARING ON
THE FOUR HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Seventy-Ninth

Omnibus Objection to Claims (No Liability Claims), that was scheduled for February 19, 2015 at

10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on**

[*Remainder of Page Intentionally Left Blank*]

**Exhibit A attached hereto, to a date to be determined**.

Dated: February 13, 2015
       New York, New York

                                    **CURTIS, MALLET-PREVOST,**
                                      **COLT & MOSLE LLP**

                                By:  */s/ L. P. Harrison 3rd*
                                       L. P. Harrison 3rd
                                       Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

21210309

## EXHIBIT A

### Adjourned Claims

| Claimant | Claim Number |
|---|---|
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | 15824 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | 15891 |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | 18217 |

21210309