UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       08-13555 (SCC)
                                          :      (Jointly Administered)
                      Debtors.            :
                                          :
------------------------------------------------------------------------x      Ref. Docket Nos. 47731, 47800,
                                                 47889, 47890, 47940, 47949, 47978,
                                                 47985

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 3, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
13th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON
      TRANSFEROR: LUXOR WAVEFRONT LP
      ATTN: RICH VICHAIDITH
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 16733-06 in the above referenced case and in the amount of
$1,679,072.11  allowed at $1,343,000.00      has been transferred **(unless previously expunged by court order)**

```
      CVIC LUX MASTER S.A.R.L.
      TRANSFEROR: DEUTSCHE BANK AG, LONDON
      ATTN: TERI SALBERG
      9320 EXCELSIOR BOULEVARD, 7TH FLOOR
      HOPKINS MN 55343
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47996   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2015                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor s) counsel by first class mail, postage prepaid on  February 3, 2015.

**EXHIBIT B**

TIME: 11:33:57
DATE: 02/03/15

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: RICHARD CARLSON 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN/SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: RICHARD CARLSON, MANAGING DIRECTOR AND GEN. COUNSEL 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTENTION: MR. RICHARD LEVIN / MRS. SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: MR. RICHARD LEVIN / MRS. SOPHIA YOO 825 8TH AVENUE NEW YORK NY 10019 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD, 7TH FLOOR HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: OC 19 MASTER FUND LP LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEUTSCHE POSTBANK AG | ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D-53175 GERMANY |
| DEUTSCHE POSTBANK AG | ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN 53175 GERMANY |
| ILLIQUIDX LLP | TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JOHN F. BOOKOUT III | TRANSFEROR: JPMORGAN SECURITIES LLC C/O KKR 600 TRAVIS, SUITE 7200 HOUSTON TX 77002 |
| JPMORGAN SECURITIES LLC | AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN SECURITIES LLC | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| KATHRYN P. PELTIER | TRANSFEROR: JOHN F. BOOKOUT III 12777 JONES ROAD, SUITE 155 HOUSTON TX 77070-4624 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LUZERNER KANTONALBANK AG | BAKER & MCKENZIE ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| NOMURA INTERNATIONAL PLC | ATTN: ROBERT EVELEIGH 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | ROBERT PIASIO NOMURA INTERNATIONAL PLC 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA INTERNATIONAL PLC | DOUGLAS P BARTNER / SOLOMON J NOH SHERMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ROTHSCHILD BANK AG (AS NOMINEE) | ZOLLIKERSTRASSE 181 ZURICH 8034 SWITZERLAND |
| SILVER POINT CAPITAL FUND, LP | ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL MASTER FUND, L.P. | ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL MASTER FUND, L.P. | ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTOTN AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ GREENWICH CT 06830 |

TIME: 11:33:57
DATE: 02/03/15

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   2

| Name | Address |
| --- | --- |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWIHC CT 06830 |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: LISA WHEELER / ALEX PAULICK 88 WOOD STREET LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE) ATTN: LISA WHEELER / ALEX PAULICK 88 WOOD STREET LONDON EC2V 7DA UNITED KINGDOM |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed    55

EPIQ BANKRUPTCY SOLUTIONS, LLC