UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 47727, 47949

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ *Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
13th day of February, 2015
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    BROKWEL MANAGEMENT INC.
               TRANSFEROR: WHITEHEAD CAPITAL INC.
               ATTN: MARTA IRENE DIAE DE SAAVEDRA
               53RD E ST., URBANIZACION MARBELLA
               REPUBLIC OF PANAMA PANAMA

Additional:

Transferee:    DAVIS POLK & WARDWELL LLP
               ATTN: ADAM VANWAGNER
               450 LEXINGTON AVENUE
               NEW YORK NY 10017-3904

**Your transfer of claim #   63612   is defective for the reason(s) checked below:**

Other                              The transfer is now owned by Illiquidx LLP

Docket Number 47949          Date 01/21/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2015.

# EXHIBIT B

```
TIME: 11:34:28                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 02/03/15                                         CREDITOR LISTING

Name                                   Address
BANCA POPOLARE DI MILANO S.C.A.R.L.    F/K/A BANCA DI LEGNANO S.P.A. ATTN: MARIA TERESA GUERRA, LEGAL DEPT. PIAZZA F. MEDA, 4 MILAN 20121 ITALY
BROKMEL MANAGEMENT INC.                TRANSFEROR: WHITEHEAD CAPITAL INC. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA  PANAMA
DAVIS POLK & WARDWELL LLP              ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
INTESA SANPAOLO SPA                    ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT; VIA VERDI 8 MILANO 20121 ITALY
SILVER POINT CAPITAL OFFSHORE MASTER   C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, L.P.

Total Number of Records Printed    5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC