UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :

In re                                           :     Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                                                 :     (Jointly Administered)
                   Debtors.                         :
                                                 :
---------------------------------------------------------------x     Ref. Docket Nos. 47486, 47662,
                                                                              47763, 47829, 47831, 47833, 47834,
                                                                              47836, 47837, 47891, 47942, 47944,
                                                                              47945, 47947, 47949, 47950, 47991,
                                                                              48005, 48009, 48013-48017, 48019-
                                                                              48028, 48032, 48045-48053, 48055,
                                                                              48060, 48063-48068, 48072, 48073

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Lauren Rodriguez*
Sworn to before me this                                             Lauren Rodriguez
13th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg Doc 48224 Filed 02/13/15 Entered 02/13/15 17:26:48 Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:     ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
        TRANSFEROR: JPMORGAN CHASE BANK, NA
        C/O ALDEN GLOBAL CAPITAL
        ATTN: ITHRAN OLIVACCE
        885 THIRD AVENUE, 34TH FLOOR
        NEW YORK NY 10022
```

Please note that your claim # 44563-08 in the above referenced case and in the amount of
    $111,681.93    allowed at $111,505.33        has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN SACHS & CO.
        TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
        ATTN: MICHELLE LATZONI
        200 WEST STREET
        NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47833        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/06/2015                                    Vito Genna, Clerk of Court

                                                    /s/ Lauren Rodriguez
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 6, 2015.

# EXHIBIT B

08-13555-mg    Doc 48224    Filed 02/13/15    Entered 02/13/15 17:26:48    Main Document
Pg 4 of 6

```
TIME: 09:32:53                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   1
DATE: 02/06/15                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708 |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: FRANCESCA TREBBI PIAZZALE LODI, 3 20137 MILANO ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: WHITEHEAD CAPITAL INC. ATTN: MARTA IRENE DIAE DE SAAVEDRA 53RD E ST., URBANIZACION MARBELLA REPUBLIC OF PANAMA PANAMA |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMF-UK 2008-1 PLC ATTN: BRIAN BLESSING / BRIAN BROYLES 1615 BRETT ROAD, BUILDING 3 NEW CASTLE DE 19720 |
| CREDIT SUISSE ITALY SPA | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CRESCENT 1, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS EUROPE MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: AVIVA VITA S.P.A. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ICM BUSINESS TRUST C/O DEUTSCHE BANK AG, LONDON BRANCH ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ICM BUSINESS TRUST C/O DEUTSCHE BANK SECURITIES ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS LP. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ERSEL SIM SPA | TRANSFEROR: UNICREDIT S.P.A. ATTN: MR PIERO GANDOLFI PIAZZA SOLFERINO 11-10121 TORINO ITALY |
| GASPARIC, MARC | TRANSFEROR: NEUE AARGAUER BANK AG SWISS POST BOX 103272 ZURCHERSTRASSE 161 ZURICH 8010 SWITZERLAND |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ICM BUSINESS TRUST | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| ICM BUSINESS TRUST | C/O SENECA CAPITAL ATTN: MICHAEL ANASTASIO 900 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |

```
TIME: 09:32:53                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 02/06/15                                         CREDITOR LISTING

Name                                      Address
ILLIQUIDX LLP                             TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON     EC4Y 1EL UNITED KINGDOM
NEUE AARGAUER BANK AG                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                     ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE WORLDWIDE PLAZA NEW YORK NY 10019
NEUE AARGAUER BANK AG                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
OCP CREDIT STRATEGY FUND                  TRANSFEROR: OCP INVESTMENT TRUST C/O U.S BANK N.A. 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110
OCP CREDIT STRATEGY FUND                  TRANSFEROR: OCP INVESTMENT TRUST C/O U.S. BANK N.A. 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02100
OCP CREDIT STRATEGY FUND                  TRANSFEROR: OCP INVESTMENT TRUST C/O U.S. BANK N.A. 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110
OCP CREDIT STRATEGY FUND                  TRANSFEROR: OCP INVESTMENT TRUST, LTD. C/O U.S. BANK N.A. 1 FEDERAL STREET, 3RD FLOOR BOSTON MA 02110
OCP INVESTMENT TRUST                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100
                                          ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ONEX CREDIT PARTNERS, LLC ATTN:     STEVE GUTMAN 910 SYLVAN AVENUE SUITE 100
                                          ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVE GUTMAN 910 SYLVAN AVENUE SUITE 100
                                          ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                          ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST                      TRANSFEROR: RBS SECURITIES INC. C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST                      TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVEN GUTMAN 910 SYLVAN AVENUE, SUITE 100
                                          ENGLEWOOD CLIFFS NJ 07632
OCP INVESTMENT TRUST, LTD.                TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INC. 910 SYLVAN AVENUE SUITE 100 ENGLEWOOD CLIFFS NJ 07632
ROTH IRA FBO RICHARD FELS PERSHING LLC    TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
ROTHSCHILD BANK AG (AS NOMINEE)           ZOLLIKERSTRASSE 181 ZURICH   8034 SWITZERLAND
SILVER POINT CAPITAL FUND, LP             C/O DAVIS POLK & WARDWELL LLP ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP             ATTN: ADAM VANWAGNER DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL OFFSHORE MASTER      TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
  FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER      TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
  FUND, L.P.
TAVIRA SECURITIES LIMITED                 TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE) ATTN: LISA WHEELER / ALEX PAULICK 88 WOOD STREET LONDON    EC2V 7DA UNITED KINGDOM
TCA EVENT INVESTMENTS S.A.R.L.            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                          NEW YORK NY 10022
TCA OPPORTUNITY INVESTMENTS S.A.R.L.      TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                          NEW YORK NY 10022
TURNPIKE LIMITED                          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                          NEW YORK NY 10022
UNICREDIT S.P.A.                          ATTN: MR. ALBERTO FAVOLE VIA ARSENALE, 21 TORINO  10121 ITALY


Total Number of Records Printed           74

                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```