UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     08-13555 (SCC)
                                                               :     (Jointly Administered)
              Debtors.                                         :
                                                               :
---------------------------------------------------------------x     Ref. Docket Nos. 47424, 47914


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
13th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 47424, 47914_Aff 2-6-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   ALEITER HOLDINGS LLC
　　　　　　  TRANSFEROR: BARCLAYS BANK PLC
　　　　　　  C/O CHAPMAN AND CUTLER LLP
　　　　　　  1270 AVENUE OF THE AMERICAS, 30TH FLOOR
　　　　　　  NEW YORK NY 10020-1708

Additional:

Transferee:   ALEITER HOLDINGS LLC
　　　　　　  C/O CHAPMAN AND CUTLER LLP
　　　　　　  1270 AVENUE OF THE AMERICAS, 30TH FLOOR
　　　　　　  NEW YORK NY 10020-1708

**Your transfer of claim # 60271-02 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number 47914            Date 01/16/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 6, 2015.

# EXHIBIT B

08-13555-mg    Doc 48225    Filed 02/13/15    Entered 02/13/15 17:28:54    Main Document
Pg 4 of 5

```
TIME: 09:34:13                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 02/06/15                                           CREDITOR LISTING

Name                                  Address
ALEITER HOLDINGS LLC                  C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
ALEITER HOLDINGS LLC                  TRANSFEROR: BARCLAYS BANK PLC C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
PAULSON PARTNERS ENHANCED L.P.        C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PAULSON PARTNERS L.P.                 JAMES OLIVO - OPERATIONS MANAGER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
PAULSON PARTNERS L.P.                 SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019

Total Number of Records Printed            6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC