UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                           :

In re                                   :        **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (SCC)**
                                           :        **(Jointly Administered)**

             **Debtors.**        :
                                           :
-------------------------------------------------------------------x        **Ref. Docket Nos. 48033, 48034, 48091**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
13th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ASPECTA ASSURANCES INTERNATIONAL SA
               TRANSFEROR: ING LUXEMBOURG
               5, RUE EUGENE RUPPERT
               LUXEMBOURG L-2453 LUXEMBOURG

Additional:

Transferee:    FAI-ESCA LUXEMBOURG SA
               21, RUE LEON LAVAL
               LEUDELANGE L-3372 LUXEMBOURG

**Your transfer   of claim #   44138-01   is defective for the reason(s) checked below:**

Other                              Tranfer amount exceeds claim amount owned

Docket Number 48091            Date 02/05/15

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 9, 2015.

**EXHIBIT B**

TIME: 15:53:28
DATE: 02/09/15

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ASPECTA ASSURANCES INTERNATIONAL SA | TRANSFEROR: ING LUXEMBOURG 5, RUE EUGENE RUPPERT LUXEMBOURG L-2453 LUXEMBOURG |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| FAI-ESCA LUXEMBOURG SA | 21, RUE LEON LAVAL LEUDELANGE L-3372 LUXEMBOURG |
| ILLIQUIDX LLP | ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |

Total Number of Records Printed    4