UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                             :
In re                                                        :      Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :      08-13555 (SCC)
                                                             :      (Jointly Administered)
                        Debtors.                             :
                                                             :
------------------------------------------------------------------------x      Ref. Docket Nos. 47728, 47964,
                                                                    47966, 48096, 48098, 48099, 48102-
                                                                    48105, 48107-48109, 48115-48146

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of February, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CASPIAN FOCUSED CREDIT L FUND, L.P.
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.
      C/O CASPIAN CAPITAL
      ATTN: SUSAN LANCASTER
      767 FIFTH AVENUE, 45TH FL
      NEW YORK NY 10153
```

Please note that your claim # 11406 in the above referenced case and in the amount of
   $285,521.41    has been transferred (**unless previously expunged by court order**)

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P.
      ATTN: JEFFREY OLINSKY
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 48104    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/10/2015          Vito Genna, Clerk of Court

                          /s/ Lauren Rodriguez
                          _____
                          By: Epiq Bankruptcy Solutions, LLC
                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 10, 2015.

# EXHIBIT B

```
TIME: 12:05:12                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 02/10/15                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA PASSADORE & C. S.P.A. | TRANSFEROR: UBS AG ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA ITALY |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 767 FIFTH AVE., 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A.. 767 FIFTH AVE., 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA 767 FIFTH AVE, 45TH FLOOR NEW YORK NY 10153 |
| CASSA DI RISPARMIO DI CENTO | TRANSFEROR: BANCA AKROS SPA ATTN: MARCO BIONDI VIA MATTEOTTI, 8/B CENTO (FE) 44042 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P. C/O DEUSTCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P. C/O DEUTSHCE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HESS CORPORATION | TRANSFEROR: HESS CORPORATION ATTN: ALFRED WANG, ESQ. 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS CORPORATION | TRANSFEROR: HESS ENERGY TRADING COMPANY LLC ATTN: ALFRED WANG, ESQ. 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ILLIQUIDX LLP | TRANSFEROR: EUROBANK ERGASIAS SA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER C/O DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER C/O DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FABIO BOSCHIAN PIAZZA VITTORIO VENETO, 8 BERGAMO 24100 ITALY |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed          38

EPIQ BANKRUPTCY SOLUTIONS, LLC