UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (SCC) |
|  | : | (Jointly Administered) |
| **Debtors.** | : |  |
|  | : |  |
------------------------------------------------------------------x    Ref. Docket No. 47956

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
13th day of February, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  VARDE FUND IX-A LP, THE
TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
ATTN: EDWINA P.J. STEFFER
8500 NORMANDALE LAKE BOULEVARD
SUITE 1500
MINNEAPOLIS MN 55437

Additional:

Transferee:  BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

**Your transfer of claim #  44722-08  is defective for the reason(s) checked below:**

Other                         TRANSFEROR DOES NOT CURRENTLY HOLD A POSITION IN THIS CLAIM

Docket Number 47956            Date 12/22/14

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 10, 2015.

# EXHIBIT B

08-13555-mg    Doc 48229    Filed 02/13/15    Entered 02/13/15 17:37:42    Main Document
Pg 4 of 5

```
TIME: 12:06.25                                  LEHMAN BROTHERS HOLDING INC.                                   PAGE:  1
DATE: 02/10/15                                        CREDITOR LISTING

Name                       Address
BARCLAYS BANK PLC          ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC          ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
VARDE FUND IX-A LP, THE    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC