UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (SCC)
                                              :    (Jointly Administered)
             Debtors.                         :
                                              :
----------------------------------------------------------------------x    Ref. Docket Nos. 46653, 46654,
                                                   47424, 47729, 47731, 48063, 48065,
                                                   48110, 48112, 48113, 48149-48152,
                                                   48154, 48156, 48158, 48160, 48161

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
13th day of February, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

08-13555-mg    Doc 48230    Filed 02/13/15    Entered 02/13/15 17:40:47    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL ADFERO BPI FUND, LTD.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O ALDEN GLOBAL CAPITAL, LLC
      ATTN: ITHRAN OLIVACCE
      885 THIRD AVENUE, 34TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 66962-94 in the above referenced case and in the amount of $141,750.00 allowed at $110,850.99        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD.
      ATTN: MICHELLE LATZONI
      200 WEST STREET
      NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48151        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2015                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2015.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ALDEN GLOBAL ADFERO BPI FUND, LTD.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O ALDEN GLOBAL CAPITAL, LLC
          ATTN: ITHRAN OLIVACCE
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022
```

Please note that your claim # 66962-94 in the above referenced case and in the amount of
    $141,750.00    allowed at $110,850.99        has been transferred **(unless previously expunged by court order)**

```
          GOLDMAN SACHS & CO.
          TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD.
          ATTN: MICHELLE LATZONI
          200 WEST STREET
          NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48151     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2015            Vito Genna, Clerk of Court

                            /s/ Lauren Rodriguez
                            _____
                            By: Epiq Bankruptcy Solutions, LLC
                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 11, 2015.

# EXHIBIT B

```
TIME: 09:50:19                                        LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 02/11/15                                             CREDITOR LISTING

Name                                               Address
ALDEN GLOBAL ADFERO BPI FUND, LTD.                 TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
   MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,           TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
   L.P.
BOOKOUT, JOHN F., III                              TRANSFEROR: JPMORGAN SECURITIES LLC C/O KKR 600 TRAVIS, SUITE 7200 HOUSTON TX 77022
CASPIAN FOCUSED CREDIT L FUND, L.P.                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CF LBHI LLC                                        TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: DREW MCKNIGHT C/O FORTRESS INVESTMENT GROUP LLC CREDIT FUNDS
                                                   ONE MARKET PLAZA, SPEAR TOWER, 42ND FLOOR SAN FRANCISCO CA 94105
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CRESCENT 1, LP                                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: FIRE AND POLICE MEMBERS' BENEFIT FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)               TRANSFEROR: HALCYON LOAN TRADING FUND LLC ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                   LONDON EC2N 2DB UNITED KINGDOM
ERSEL SIM S.P.A.                                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PIAZZA SOLFERINO, 11 TURIN 10121 ITALY
ERSEL SIM SPA                                      TRANSFEROR: UNICREDIT S.P.A. ATTN: MR PIERO GANDOLFI PIAZZA SOLFERINO 11-10121 TORINO ITALY
FIRE AND POLICE MEMBERS' BENEFIT FUND              5290 DTC PARKWAY, SUITE 100 GREENWOOD VILLAGE CO 80111
FIRE AND POLICE MEMBERS' BENEFIT FUND              TRANSFEROR: KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
GERD EBERHARD HUETTMANN UND KAROLA                 TRANSFEROR: UBS AG GEORG-KRAUSHAAR-STRASSE 45 EMMERICH AM RHEIN 46446 GERMANY
GOLDMAN SACHS & CO.                                TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                                TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                      TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
                                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE 8TH FLOOR
                                                   NEW YORK NY 10022
ILLIQUIDX LLP                                      TRANSFEROR: ERSEL SIM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                      TRANSFEROR: ERSEL SIM SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                      TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                             TRANSFEROR: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
JPMORGAN SECURITIES LLC                            ATTN: AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE
                                                   270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017
JPMORGAN SECURITIES LLC                            WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019
LIQUIDATION OPPORTUNITIES MASTER FUND LP           TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MORGAN STANLEY SENIOR FUNDING, INC.                ATTN: MANAGING CLERK (BANKRUPTCY) C/O RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                TRANSFEROR: CF LBHI LLC ATTN: JOHN RAGUSA 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
PAULSON PARTNERS ENHANCED L.P.                     C/O KAYE SCHOLER LLP ATTN: MICHAEL GREENBLATT 250 WEST 55TH STREET NEW YORK NY 10019
PAULSON PARTNERS ENHANCED L.P.                     TRANSFEROR: PAULSON PARTNERS L.P. C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS L.P.                              JAMES OLIVO - OPERATIONS MANAGER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
PAULSON PARTNERS L.P.                              SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS L.P.                              TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10019
PELTIER, KATHRYN P.                                TRANSFEROR: BOOKOUT, JOHN F., III 12777 JONES ROAD, SUITE 155 HOUSTON TX 77074-4624
ST. GALLER KANTONALBANK AG                         TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 9001 ST. GALLEN SWITZERLAND
TURNPIKE LIMITED                                   TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                             BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                             ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND

Total Number of Records Printed        43                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```