WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON
### THE FOUR HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION
### TO CLAIMS (SATISFIED CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims) [ECF No. 47078], which was scheduled for February 19, 2015 at 10:00 a.m. (Eastern Time), **has been adjourned to March 11, 2015 at 10:00 a.m. (Eastern Time)** solely with respect to the claim listed on Exhibit A attached hereto.

Dated: February 13, 2015
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95243037\1\58399.0011

## Exhibit A

## Claim to be Adjourned

| Claimant | Claim Number |
|---|---|
| KN Asset Management Co. | 22602 |

WEIL:\95243037\1\58399.0011