**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
                                          :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC.,            :
                                          :
                                          :
            Debtor.                       :
                                          :
                                          :
                                          :
------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Kenneth M. Raisler, Esq., hereby withdraws his appearance as counsel for parties in interest Barclays Bank PLC, Barclays Capital Inc. and Long Island International LLC ("Barclays") in the above-referenced proceeding.

PLEASE TAKE FURTHER NOTICE that Kenneth M. Raisler requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

Dated:  February 12, 2015
        New York, New York

                                          Respectfully submitted,

                                          */s/ Kenneth M. Raisler*
                                          Kenneth M. Raisler
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, New York  10004
                                          (212) 558-4000
                                          raislerk@sullcrom.com

                                          *Withdrawing Attorney for*
                                          *Barclays Bank PLC, Barclays Capital Inc.*
                                          *and Long Island International LLC*