**HOGAN LOVELLS US LLP**
Christopher R. Donoho, III, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: chris.donoho@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)**<br>**(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

Ronald Cappiello, being duly sworn, deposes and says:

    That I am over the age of eighteen years, am not a party to this action and reside in Passaic County, New Jersey and am employed by Hogan Lovells US LLP.

    That on the 17th day of February 2015, I served Docket No. 48235:

**(1) REPLY IN SUPPORT OF MOTION OF DR. THOMAS MARSONER TO DEEM PROOFS OF CLAIM TO BE TIMELY FILED BY THE CLAIMS BAR DATE, dated February 17, 2015 [Docket No. 48235].**

\\NY - 004047/000001 - 4072230 v1

08-13555-mg    Doc 48240    Filed 02/17/15    Entered 02/17/15 15:01:25    Main Document
              Pg 2 of 3

- 2 -

That I caused the above-referenced document to be served upon the parties listed on the attached Schedule A in the manner indicated.

                    */s/Ronald Cappiello*
                      RONALD CAPPIELLO

Sworn to before me this
17th day of February, 2015

*/s/Maria Havelka*
Notary Public, State of New York
**MARIA HAVELKA**
**Notary Public, State of New York**
**No. 01-HA4637976**
**Qualified in New York County**
**Commission Expires August 31, 2018**

\\NY - 004047/000001 - 4072230 v1

# SCHEDULE A

| | |
|---|---|
| Honorable Susan C. Chapman<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Electronic Mail and Hand Delivery |
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, N.Y. 10153<br>*Attorneys for the Debtors* | Electronic Mail and Hand Delivery |
| Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>William K. Harrington, Esq.<br>U.S. Trustees<br>33 Whitehall Street, 21st Floor<br>New York, N.Y. 10004 | Facsimile Transmission and Hand Delivery |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan R. Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, N.Y. 10005<br>*Attorneys for the Creditors' Committee* | Electronic Mail and Hand Delivery |

\\NY - 004047/000001 - 4072230 v1