**Freddie Mac**

## Loss Statement

| | | | |
|---|---|---|---|
| **Loan Number** | **270030956** | Billing Date | 2/25/2014 |
| Servicer Number | 623509 | Due Date | 3/25/2014 |
| Seller Number | 623509 | | |
| Servicer Loan Number | 0031757875 | | |
| Borrower's Name | SOIFER, TERRY | | |
| Property Address | 230 EAST FLAMINGO ROAD #135 | | |
| | LAS VEGAS, NV 89109 | | |
| Part % | 100% | Settlement date | 8/9/2011 |
| ANY | 2.500 % | Liquidation Value | $83,001.00 |
| DDLPI | 1/1/2009 | Sales Price | $83,001.00 |
| MI Primary Proceeds Date | 0/0/0000 | | |

| | |
|---|---:|
| Net Sales Proceeds | ($83,001.00) |
| Unpaid Principal Balance | $311,800.00 |
| Lost Interest | $38,041.56 |
| Selling Expense | 0.00 |
| MI Primary Proceeds | $0.00 |
| Other Proceeds | ($547.08) |
| Expenses | $4,278.89 |
| General & Admin Expenses | 0.00 |
| **Net Loss/(Gain)** | **$270,572.37** |
| BORROWING EXPENSES ON COSTS | |
|    Principal Passed to Investor | 0.00 |
|    Expenses Incurred | 0.00 |
| TOTAL | 0.00 |
| INVESTMENT INCOME ON PROCEEDS | |
| MI Proceeds | 0.00 |
| Other Proceeds | 0.00 |
| TOTAL | 0.00 |
| **Total Loss** | **$270,572.37** |
| Interest Adjustment | 0.00 |
| **Net Cost** | **$270,572.37** |
| Per Diem if Paid After Due Date | |



**Freddie Mac** — We make home possible®
REO Unit
Confidential - Do not reproduce, copy or forward.

# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone (972) 395-4091

Report # 5556

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

FM Loan # 329500872 - FM Asset # 638780 / Servicer Loan # 0033033150
Seller/Servicer #    623509
Billing Date:        1/30/2014
Repurchase Issue Date:

Previous Owner & Property Address
GORDON, CHAD
3968 BOCA GRANDE AVENUE
LAS VEGAS, NV - 89120

| | | | | | |
|---|---|---|---|---|---|
| ANY | 7.000% | Settlement Date | 5/7/2009 | MI Proceeds date | |
| DDLPI | 2/1/2008 | REO Holding Period (Days) | 78 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 2/18/2009 | Avg Days for holder Payoff | 150 | Days past holder payoff | 311 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 2.75% |
| Proj. Repurchase Due Dt: | 12/31/2013 | Calculation | | Net Yield Eff Date for ARMs | 08/30/2005 |

| Components | Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $116,654.80 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($271,985.08) | |
| Selling Expense | ($7,930.00) | |
| Lost Interest Recorded | ($7,824.23) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($14,829.57) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $1,041.36 | |
| **LOSS** | **($185,972.72)** | |

| BORROWING EXPENSES ON COSTS: | | | | |
|---|---|---|---|---|
| Principal Passed to Investor | | | ($6,373.02) | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| $271,985.08 | 2.75% | 311 \ 365 | | |
| Expenses Incurred | | | ($43.57) | Interest paid on expenses is averaged over the REO Holding Period |
| $14,829.57 | 2.75% | 39 \ 365 | | |
| **Total Borrowing Expenses** | | | **($6,416.59)** | |

| INVESTMENT INCOME ON PROCEEDS: | | | | |
|---|---|---|---|---|
| MI Proceeds | | | $0.00 | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| $0.00 | 2.75% | 0 \ 365 | | |
| Repurchase Proceeds | | | $0.00 | |
| $0.00 | 2.75% | 0 \ 365 | | |
| Other Income | | | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00 | 2.75% | 39 \ 365 | | |
| Other Proceeds/Expenses | | | $3.06 | |
| $1,041.36 | 2.75% | 39 \ 365 | | |
| **Total Investment Income** | | | **$3.06** | |

| | | |
|---|---|---|
| NET COSTS | ($192,386.25) | Summation of items above. |
| Interest Expense from Settlement: | ($869.69) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | **($193,255.94)** | |

| | | |
|---|---|---|
| Accrued Late Remittance Fee: (Late Remittance Fee assessed pursuant to Section 78.7.): | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) **Late Fee must be paid when remitting Makewhole funds.** |
| Balance Due if paid by         12/31/2013 | ($193,255.94) | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER         12/31/2013 | ($14.56) | Late Remittance Fee to continue if remains unpaid. |

## Additional Loan Information



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone    (972) 395-4091

**REO Unit**
Confidential - Do not reproduce, copy or forward.

Report # 5556

Address:    Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $111,500 | IsThereHOA?: | N | Improvement : | $5,150 |
| Listing Date: | 04/15/2009 | IsThere2ndHOA?: | N | | |
| **BPO Values:** | | **Latest Approved Offer Info:** | | **PCC Received Date:** | |
| As Is BPO Value: | $108,000 | AMT_OFR: | $118,000.00 | 2/23/2009 | |
| Repaired BPO Value | $108,000 | DT_OFR_ACCPTD: | 03/10/2009 | | |

### Broker Information

| Company and Owner Contact: | | Address: | | |
|---|---|---|---|---|
| BENCHMARK RLTY | | 3900 S HUALAPAI WAY # 200 | | |
| STEVE ANDERSON | | LAS VEGAS | NV | 89147 |
| (702) 688-6373 | STEVE@ONELASVEGAS.COM | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone    (972) 395-4091

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Report # 5556

Run Date: 01/30/2014

REO Unit
Confidential - Do not reproduce, copy or forward.

FM Loan # 468319557 - FM Asset # 591715 / Servicer Loan # 0040566317
Seller/Servicer # 623509
Billing Date: 1/30/2014
Repurchase Issue Date: 9/2/2008

Previous Owner & Property Address
WATLINGTON, ADRIAN
6318 CLINTON WAY
CLINTON, MD - 20735

| | | | | | |
|---|---|---|---|---|---|
| ANY | 8.750% | Settlement Date | 4/23/2009 | MI Proceeds date | |
| DDLPI | 11/1/2007 | REO Holding Period (Days) | 359 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 4/29/2008 | Avg Days for holder Payoff | 150 | Days past holder payoff | 389 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 2.75% |
| Proj. Repurchase Due Dt: | 12/31/2013 | Calculation | | Net Yield Eff Date for ARMs | 06/28/2007 |

| Components | Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $206,297.50 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($300,000.00) | |
| Selling Expense | ($17,125.00) | |
| Lost Interest Recorded | ($10,787.67) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($15,574.30) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $2,157.23 | |
| **LOSS** | **($136,132.24)** | |

| BORROWING EXPENSES ON COSTS: | | | | | |
|---|---|---|---|---|---|
| Principal Passed to Investor | | | | ($8,792.47) | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| $300,000.00 | 2.75% | 389 \ 365 | | | |
| Expenses Incurred | | | | ($210.63) | Interest paid on expenses is averaged over the REO Holding Period |
| $15,574.30 | 2.75% | 180 \ 365 | | | |
| **Total Borrowing Expenses** | | | | **($9,003.09)** | |

| INVESTMENT INCOME ON PROCEEDS: | | | | | |
|---|---|---|---|---|---|
| MI Proceeds | | | | $0.00 | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| $0.00 | 2.75% | 0 \ 365 | | | |
| Repurchase Proceeds | | | | $0.00 | |
| $0.00 | 2.75% | 0 \ 365 | | | |
| Other Income | | | | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00 | 2.75% | 180 \ 365 | | | |
| Other Proceeds/Expenses | | | | $29.17 | |
| $2,157.23 | 2.75% | 180 \ 365 | | | |
| **Total Investment Income** | | | | **$29.17** | |

| | | |
|---|---|---|
| NET COSTS | ($145,106.15) | Summation of items above. |
| Interest Expense from Settlement: | ($655.96) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | **($145,762.12)** | |

| | | |
|---|---|---|
| Accrued Late Remittance Fee: (Late Remittance Fee assessed pursuant to Section 78.7.): | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) **Late Fee must be paid when remitting Makewhole funds.** |
| Balance Due If paid by    12/31/2013 | ($145,762.12) | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER    12/31/2013 | ($10.98) | Late Remittance Fee to continue if remains unpaid. |

## Additional Loan Information

# Freddie Mac
We make home possible®

**REO Unit**
Confidential - Do not reproduce, copy or forward.

## Repurchase Loss Statement for Seller/Servicer Repurchases
### Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com   Phone   (972) 395-4091

Report # 5556

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $213,000 | IsThereHOA?: | N | Improvement: | $7,000 |
| Listing Date: | 04/20/2009 | IsThere2ndHOA?: | N | | |
| **BPO Values:** | | **Latest Approved Offer Info:** | | **PCC Received Date:** | |
| As Is BPO Value: | $225,000 | AMT_OFR: | $215,000.00 | 8/6/2008 | |
| Repaired BPO Value | $250,000 | DT_OFR_ACCPTD: | 01/05/2009 | | |

### Broker Information

| Company and Owner Contact: | | Address: | | |
|---|---|---|---|---|
| BURKE REALTY LLC | | 695 PRINCE FREDERICK BLVD #B | | |
| THOMAS P BURKE | | PRINCE FREDERICK | MD | 20678 |
| (443) 968-9213 | TOMBURKER@COMCAST.NET | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com   Phone   (972) 395-4091

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Report # 5556

Run Date: 01/30/2014

---

FM Loan # 329358952 - FM Asset # 610195 / Servicer Loan # 0032917593
Seller/Servicer #: 623509
Billing Date: 1/30/2014
Repurchase Issue Date:

Previous Owner & Property Address
CANO, TIM
20910 NORTH 37TH WAY
PHOENIX , AZ - 85050

| | | | | | |
|---|---|---|---|---|---|
| ANY | 7.125% | Settlement Date | 12/2/2008 | MI Proceeds date | |
| DDLPI | 1/1/2008 | REO Holding Period (Days) | 97 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 8/27/2008 | Avg Days for holder Payoff | 150 | Days past holder payoff | 186 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 3.50% |
| Proj. Repurchase Due Dt: | 12/31/2013 | Calculation | | Net Yield Eff Date for ARMs | 08/30/2006 |

| Components | Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $227,800.00 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($375,000.00) | |
| Selling Expense | ($14,515.00) | |
| Lost Interest Recorded | ($10,980.31) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($8,997.73) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $92.07 | |
| **LOSS** | **($182,700.97)** | |
| **BORROWING EXPENSES ON COSTS:** | | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| Principal Passed to Investor | ($6,688.36) | |
| $375,000.00   3.50%   186 \ 365 | | |
| Expenses Incurred | ($41.85) | Interest paid on expenses is averaged over the REO Holding Period |
| $8,997.73   3.50%   49 \ 365 | | |
| **Total Borrowing Expenses** | **($6,730.20)** | |
| **INVESTMENT INCOME ON PROCEEDS:** | | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| MI Proceeds | $0.00 | |
| $0.00   3.50%   0 \ 365 | | |
| Repurchase Proceeds | $0.00 | |
| $0.00   3.50%   0 \ 365 | | |
| Other Income | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00   3.50%   49 \ 365 | | |
| Other Proceeds/Expenses | $0.43 | |
| $92.07   3.50%   49 \ 365 | | |
| **Total Investment Income** | **$0.43** | |
| NET COSTS | ($189,430.74) | Summation of items above. |
| Interest Expense from Settlement: | ($1,089.88) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | **($190,520.62)** | |

| | | | |
|---|---|---|---|
| Accrued Late Remittance Fee: | | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) |
| (Late Remittance Fee assessed pursuant to Section 78.7.): | | | Late Fee must be paid when remitting Makewhole funds. |
| Balance Due if paid by | 12/31/2013 | ($190,520.62) | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER | 12/31/2013 | ($18.27) | Late Remittance Fee to continue if remains unpaid. |

## Additional Loan Information



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

**Freddie Mac** 
We make home possible

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com   Phone   (972) 395-4091

**REO Unit**
Confidential - Do not reproduce, copy or forward.

Report #  5556

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $243,900 | IsThereHOA?: | Y | Improvement : | $0 |
| Listing Date: | 09/30/2008 | IsThere2ndHOA?: | N | | |
| **BPO Values:** | | **Latest Approved Offer Info:** | | **PCC Received Date:** | |
| As Is BPO Value: | $216,407 | AMT_OFR: | $232,000.00 | 9/5/2008 | |
| Repaired BPO Value | $216,407 | DT_OFR_ACCPTD: | 11/13/2008 | | |

## Broker Information

| Company and Owner Contact: | | Address: | | |
|---|---|---|---|---|
| REMAX NEW HEIGHTS REALTY | | 6427 S CENTRAL AVE #100 | | |
| VICTOR VIDALES | | PHOENIX | AZ | 85042 |
| (602) 296-0100 | VVIDALES@REMAX.NET | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.