# LEHMAN BROTHERS BANK FSB

**LOAN #:** 0032917593

## Purchase Advice

**Borrower:** TIM CANO

Seller Loan number: 28001557
Commitment number: 722603153                          Good File          NO
Commitment Effective date: 6/05/2006
Commitment expiration date: 6/20/2006
Product Code:  ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Mandatory                            1st Payment Due ALS:    8/01/2006
LTV: 100.00                                           Original Loan Amount:   375,000.00
CLTV: 100.00                                          Interest Only:          Y
Loan Interest Rate:  7.375                            Prepayment:             N       Prepayment Term:

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ................................ | $ | 375,000.00 |
| Net ALS Price 101.41100 | % ................................ | $+ | 380,291.25 |
| Service Rls. Premium | % ................................ | $+ | |
| Interest for 10 @ $ 75.771 per day | | | |
| From: 6/21/2006 To: 7/01/2006 | | $- | 757.71 |
| Tax Service Fee | ................................ | $- | 75.00 |
| Flood Cert. Fee | ................................ | $- | |
| Funding Fee | ................................ | $- | 125.00 |
| | ................................ | $ | |
| | ................................ | $- | |
| | ................................ | $- | |
| | ................................ | $- | |
| | ................................ | $- | |
| Total Adjusted Escrow/Impounds | ................................ | $- | 612.76 |
| Borrower/Seller Paid Buydown | ................................ | $- | |
| **Total Purchase Amount** | ................................ | $ | 378,720.78 |

## WIRE INFORMATION

Wire Code:  NATIONAL CITY BANK - KENTUCKY                    Date of Wire 06/21/2006

Bank Name:          NATIONAL CITY BANK - KENTUCKY
Street Address:     421 W. MARKET
City, State, Zip:   LOUISVILLE, KY 40202
ABA No.:            083000056
Account No.:        754111911

Credit Funds to:    FIRST PACIFIC FINANCIAL
Street Address:     18301 VON KARMAN AVE
City, State, Zip:   IRVINE, CA 92612
Telephone #:        949-567-7614

## PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base: | 6.62500 | % | 100.91100 | % | 2.25000 | % |
| 50k-ConfLmtA56L-noMI | | % | .6250 | % | | % |
| Stated Doc-noMI | | % | (.3750) | % | | % |
| FICO >=720 arms | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Alt FICO >=720-noMI | .3750 | % | | % | | % |
| Alt Stated Doc-noMI | .3750 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.375 | % | 101.41100 | % | 2.250 | % |

FURADVI.B.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0031317548

## Purchase Advice

Borrower: **BLAGORODNA FILIPOVIC**

Seller Loan number **30000548**
Commitment number **722602961**
Commitment Effective date **8/04/2005**
Commitment expiration date **8/19/2005**
Product Code **ALT-A 5/6 LIBOR 6/2/6 ARM**

Exception Tracking number
Commitment Type **Mandatory**
LTV **80.00**
CLTV **100.00**
Loan Interest Rate **5.75**

| | | |
|---|---|---|
| 1st Payment Due ALS | **10/01/2005** | |
| Original Loan Amount | **228,000.00** | |
| Interest Only | **Y** | |
| Prepayment | **Y** | Prepayment Term |
| | | **36** |

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | **228,000.00** |
| Net ALS Price **101.55250**  % | $+ | **231,539.70** |
| Service Rls Premium  % | $+ | |
| Interest for **8** @ $ **35.918** per day | | |
| From **8/24/2005** To **9/01/2005** | $- | **287.34** |
| Tax Service Fee | $- | **75.00** |
| Flood Cert Fee | $- | **10.00** |
| Funding Fee | $- | **150.00** |
| | $ | |
| | $- | |
| | $- | |
| | $- | |
| | $- | |
| Total Adjusted Escrow/Impounds | $- | **551.79** |
| Borrower/Seller Paid Buydown | $- | |

Total Purchase Amount .................................. $  **230,465.57**

## WIRE INFORMATION

Wire Code  **NATIONAL CITY BANK - KENTUCKY**          Date of Wire **08/24/2005**

Bank Name     **NATIONAL CITY BANK - KENTUCKY**
Street Address  **421 W. MARKET**
City, State, Zip  **LOUISVILLE, KY 40202**
ABA No     **083000056**
Account No    **754111911**

Credit Funds to  **FIRST PACIFIC FINANCIAL**
Street Address  **18301 VON KARMAN AVE**
City, State, Zip  **IRVINE, CA 92612**
Telephone #    **949-567-7614**

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 5.75000 | % | 101.42750 | % | 2.25000 | % |
| **50X-359650Pd=A56L** | | % | .6250 | % | | % |
| **Stated Doc** | | % | (.3750) | % | | % |
| **FICO > 720** | | % | .3750 | % | | % |
| **ARM IO-CnfAmtCLTV>90** | | % | (.2500) | % | | % |
| **10yr I/O ARM** | | % | (.2500) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 5.750 | % | 101.55250 | % | 2.250 | % |

PURADVI R DOC 06/200

Print Letter   Close Window

# LEHMAN BROTHERS BANK FSB



```
                                        Purchase Advice
                                        Loan #: 0040443160
Borrower(s): CESAR P GLORIA
             REBECCA C GLORIA
Seller Loan number: 06053735
Commitment number:  0722603246
Commitment Effective date:  4/12/2007        Good File: Yes
Commitment Expiration date: 4/27/2007
Product Code: A56L ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Mandatory              1st Payment Due Aurora:    6/01/2007
LTV:  90.00 %                           Original Loan Amount: $    370,800.00
CLTV: 90.00 %                           Interest Only: Y
Loan Interest Rate:  8.350 %            Prepayment:  Y  Prepayment Term:  36
Unpaid Principal Balance    .........$    370,800.00
Net Aurora Price 102.74750 %  .........$  +  380,987.73
Services Rls. Premium    %  .........$  +                Ref. Svc. BPs:
Interest to:  6+ days at $ 84.827  per day
    From: 5/07/2007 To:  5/01/2007 ....$  -      508.96-
Tax Service Fee             ......$  -       72.00
Flood Cert. Fee             ......$  -       10.00
Funding Fee                 .........$  -      125.00
                            ........$  -
Total Adjusted Escrow/Impounds  .........$  -    1,496.95
Borrower/Seller Paid buydown    .........$  -

    Total Purchase Amount    .........$      379,792.74
```

```
                            WIRE INFORMATION
Wire CD:  72260010                      Date of Wire  5/07/2007
Corr:     STEARNS LENDING, INC.
Bank:     BANK OF NEW YORK
Address:  NEW YORK                      Further Credit to Name:
C. S. Z:  NEW YORK, NY 10019
ABA #:    021000018                     Further Credit to Account#:
Acct #:   8900404337
Credit
Funds to:
Address:                                Wire Instruction Comments:
C, S, Z:                                FC STEARNS LENDING INC 4 HUTTON CENTRE
Phone #:                                DR SANTA ANA CA 92707
```

```
                            PRICING REVIEW
                                 Rate       Price        Margin
Base:                ..........  7.2500 %   104.4975 %   2.2500 %
Unflat Bal A5xL-noMI ..........        %      .3750 %           %
Stated Doc-noMI      ..........        %     .3750-%           %
Non-Owner            ..........        %    1.5000-%           %
FICO >=720 arms      ..........        %     .1250 %           %
10yr I/O ARM         ..........        %     .1250-%           %
Alt FICO <-720-noMI  .........  .1200 %            %           %
Alt-A NOO noMI       ..........  .4000 %           %           %
Alt-A StatedDoc noMI ..........  .1000 %           %           %
A51L/A56L 3YR SPP    ..........        %     .2500-%           %
                     ..........        %           %           %
    Total            ..........  8.1500 %   102.7475 %   2.2500 %
```

# LEHMAN BROTHERS BANK FSB

LOAN #: 0033033150

## Purchase Advice

Borrower: **CHAD GORDON**

| | | | |
|---|---|---|---|
| Seller Loan number **30002099** | | | |
| Commitment number **722603167** | | Good File | YES |
| Commitment Effective date **7/07/2006** | | | |
| Commitment expiration date **7/24/2006** | | | |
| Product Code **ALT-A 5/6 LIBOR 6/2/6 ARM** | | | |
| Exception Tracking number | | | |
| Commitment Type **Mandatory** | 1st Payment Due ALS | **9/01/2006** | |
| LTV **80.00** | Original Loan Amount | **272,000.00** | |
| CLTV **100.00** | Interest Only | **Y** | |
| Loan Interest Rate **7.25** | Prepayment | **Y** | Prepayment Term **36** |

| | | $ | |
|---|---|---|---|
| Unpaid Principal Balance | | $ | **272,000.00** |
| Net ALS Price **102.00300** % | | $+ | **277,448.16** |
| Service Rls Premium % | | $+ | |
| Interest for **15** @ $ **54.027** per day | | $- | |
| From **7/17/2006** To **8/01/2006** | | $- | **810.41** |
| Tax Service Fee | | $- | **75.00** |
| Flood Cert Fee | | $- | **10.00** |
| Funding Fee | | $- | **125.00** |
| | | $ | |
| | | $- | |
| | | $- | |
| | | $- | |
| | | $- | |
| Total Adjusted Escrow/Impounds | | $- | **415.09** |
| Borrower/Seller Paid Buydown | | $- | |

Total Purchase Amount . .............. ... .   . .. .... $   **276,012.66**

## WIRE INFORMATION

Wire Code  **NATIONAL CITY BANK - KENTUCKY**                    Date of Wire **07/17/2006**

| | |
|---|---|
| Bank Name | **NATIONAL CITY BANK - KENTUCKY** |
| Street Address | **421 W. MARKET** |
| City, State, Zip | **LOUISVILLE, KY 40202** |
| ABA No | **083000056** |
| Account No | **754111911** |

| | |
|---|---|
| Credit Funds to | **FIRST PACIFIC FINANCIAL** |
| Street Address | **18301 VON KARMAN AVE** |
| City, State, Zip | **IRVINE, CA 92612** |
| Telephone # | **949-567-7614** |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.25000 | % | 102.87800 | % | 2.25000 | % |
| **50k-ConfLmtA56L-noMI** | | % | .3750 | % | | % |
| **Stated Doc-noMI** | | % | (.3750) | % | | % |
| **2nd Home** | | % | (.8750) | % | | % |
| **FICO >=720 arms** | | % | .3750 | % | | % |
| **ARMIO-CnfAmtw/subfin** | | % | (.2500) | % | | % |
| **10yr I/O ARM** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.250 | % | 102.00300 | % | 2.250 | % |

PURADVI B DOC 06/2001

# LEHMAN BROTHERS BANK FSB

40712218

**LOAN #: 0040712218**

## Purchase Advice

ERICKA L GARCIA
**Borrower:** WALTER HOWELL JR

| | |
|---|---|
| Seller Loan number: 05001616 | |
| Commitment number: 722603314 | Good File    NO |
| Commitment Effective date: 5/29/2007 | |
| Commitment expiration date: 7/13/2007 | |
| Product Code: **ALT-A 30 YEAR FIXED** | |

Exception Tracking number:
Commitment Type: **Best Efforts**
LTV: 100.00
CLTV: 100.00
Loan Interest Rate: 7.975

1ˢᵗ Payment Due ALS:  9/01/2007
Original Loan Amount:  250,000.00
Interest Only:  Y
Prepayment:  N    Prepayment Term:

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | .................... | $ | 250,000.00 |
| Net ALS Price 100.89130 | % .................... | $+ | 252,228.25 |
| Service Rls. Premium | % .................... | $+ | |
| Interest for  15   @   $ 54.623  per day | | | |
| From: 7/17/2007  To: 8/01/2007 | .................... | $- | 819.35 |
| Tax Service Fee | .................... | $- | 72.00 |
| Flood Cert. Fee | .................... | $- | 10.00 |
| Funding Fee | .................... | $- | 125.00 |
| | .................... | $ | |
| | .................... | $- | |
| | .................... | $- | |
| | .................... | $- | |
| | .................... | $- | |
| Total Adjusted Escrow/Impounds | .................... | $- | 2,083.31 |
| Borrower/Seller Paid Buydown | .................... | $- | |
| **Total Purchase Amount** | .................... | $ | 249,118.59 |

### WIRE INFORMATION

Wire Code:  **CITIBANK**                          Date of Wired 7/17/2007

| | |
|---|---|
| Bank Name: | **CITIBANK** |
| Street Address: | **NA** |
| City, State, Zip: | **NEW YORK, NY 11111** |
| ABA No.: | **021000089** |
| Account No.: | **30642469** |

| | |
|---|---|
| Credit Funds to: | **CSFB BUYER STEARNS LENDING** |
| Street Address: | **4 HUTTON CENTRE DR** |
| City, State, Zip: | **SANTA ANA, CA 92707** |
| Telephone #: | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.47500 | % | 101.76630 | % | | % |
| CnfLmt Bal A30F | | % | .1250 | % | | % |
| Low-rise condo | | % | (.3750) | % | | % |
| A30F I/O-CnfAmt 10yr | | % | (.2500) | % | | % |
| 10yr I/O FRM 10yr | | % | (.2500) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| Alt FICO >=720-noMI | .4000 | % | | % | | % |
| Alt-A Condo noMI | .1000 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.975 | % | 100.89130 | % | | % |

PURADVLR.DOC 06/2001

## LEHMAN BROTHERS BANK FSB

40756272

**LOAN #:** 0040756272

## Purchase Advice

**Borrower:** MARIA DEL CARMEN HUERTA

| | |
|---|---|
| Seller Loan number: 06057883 | |
| Commitment number: 722603342 | Good File    NO |
| Commitment Effective date: 7/02/2007 | |
| Commitment expiration date: 7/17/2007 | |
| Product Code: ALT-A 5/6 LIBOR 6/2/6 ARM | |
| Exception Tracking number: | |
| Commitment Type: Mandatory | 1st Payment Due ALS:  9/01/2007 |
| LTV: 99.98 | Original Loan Amount:  384,900.00 |
| CLTV: 99.98 | Interest Only:  Y |
| Loan Interest Rate:  9.95 | Prepayment:  N  Prepayment Term: |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | .................. $ | 384,900.00 | |
| Net ALS Price 102.25250 | ..........% | $+ | 393,569.87 |
| Service Rls. Premium | ..........% | $+ | |
| Interest for    7   @   $ 104.925   per day | | | |
| From: 7/25/2007   To: 8/01/2007 | .................. $- | 734.48 | |
| Tax Service Fee | .................. $- | 72.00 | |
| Flood Cert. Fee | .................. $- | 10.00 | |
| Funding Fee | .................. $- | 125.00 | |
| | .................. $ | | |
| | .................. $- | | |
| | .................. $- | | |
| | .................. $- | | |
| | .................. $- | | |
| | .................. $- | | |
| Total Adjusted Escrow/Impounds | .................. $- | 2,826.64 | |
| Borrower/Seller Paid Buydown | .................. $- | | |
| **Total Purchase Amount** | .................. $ | 389,801.75 | |

### WIRE INFORMATION

Wire Code: CITIBANK                                 Date of Wire 07/25/2007

| | |
|---|---|
| Bank Name: | CITIBANK |
| Street Address: | NA |
| City, State, Zip: | NEW YORK, NY 11111 |
| ABA No.: | 021000089 |
| Account No.: | 30642469 |

| | |
|---|---|
| Credit Funds to: | CSFB BUYER STEARNS LENDING |
| Street Address: | 4 HUTTON CENTRE DR |
| City, State, Zip: | SANTA ANA, CA 92707 |
| Telephone #: | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 8.00000 | % | 102.75250 | % | 2.25000 | % |
| CnfLmt Bal A5xL-noMI | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Alt FICO700-719-noMI | .6500 | % | | % | | % |
| Alt-A NoRatio noMI | 1.1000 | % | (.7500) | % | | % |
| A5xL noMI | .2000 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 9.950 | % | 102.25250 | % | 2.250 | % |

PURADVI.B.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0032194979**

## Purchase Advice

Borrower: **MICHELE JAZWINSKI**

Seller Loan number: **30001090**
Commitment number: **722603117**
Commitment Effective date: **12/21/2005**
Commitment expiration date: **1/05/2006**
Product Code: **ALT-A 5/6 LIBOR 6/2/6 ARM**
Exception Tracking number:
Commitment Type: **Mandatory**
LTV: **80.00**
CLTV: **100.00**
Loan Interest Rate: **6.375**

| | | | |
|---|---|---|---|
| 1st Payment Due ALS: | **2/01/2006** | | |
| Original Loan Amount: | **292,000.00** | | |
| Interest Only: | **Y** | | |
| Prepayment: | **Y** | Prepayment Term: | **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ............... | $ | **292,000.00** |
| Net ALS Price **101.63000** | % ............... | $+ | **296,759.60** |
| Service Rls. Premium | % ............... | $+ | |
| Interest for **(12)** @ $ **51.000** per day | | | |
| From: **1/13/2006** To: **1/01/2006** | ............... | $- | **(612.00)** |
| Tax Service Fee | ............... | $- | **75.00** |
| Flood Cert. Fee | ............... | $- | **10.00** |
| Funding Fee | ............... | $- | **125.00** |
| | ............... | $- | |
| | ............... | $- | |
| | ............... | $- | |
| | ............... | $- | |
| | ............... | $- | |
| Total Adjusted Escrow/Impounds | ............... | $- | **160.23** |
| Borrower/Seller Paid Buydown | ............... | $- | |
| | | | |
| **Total Purchase Amount** | ............... | $ | **297,001.37** |

### WIRE INFORMATION

Wire Code: **NATIONAL CITY BANK - KENTUCKY**          Date of Wire **01/13/2006**

Bank Name: **NATIONAL CITY BANK - KENTUCKY**
Street Address: **421 W. MARKET**
City, State, Zip: **LOUISVILLE, KY 40202**
ABA No.: **083000056**
Account No.: **754111911**

Credit Funds to: **FIRST PACIFIC FINANCIAL**
Street Address: **18301 VON KARMAN AVE**
City, State, Zip: **IRVINE, CA 92612**
Telephone #: **949-567-7614**

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 6.37500 | % | 101.75500 | % | 2.25000 | % |
| **50K-ConfLmt A56L** | | % | .6250 | % | | % |
| **Stated Doc** | | % | (.3750) | % | | % |
| **ARM IO-CnfAmtCLTV>90** | | % | (.2500) | % | | % |
| **10yr I/O ARM** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 6.375 | % | 101.63000 | % | 2.250 | % |

PURADVI.B.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0018554188**

## Purchase Advice

Borrower:  **DANIEL LANG**

Seller Loan number: **06023658**
Commitment number:**722602409**
Commitment Effective date:**11/01/2004**
Commitment expiration date**11/16/2004**
Product Code: **ALT-A 3/6 LIBOR 6/2/6 ARM**
Exception Tracking number:
Commitment Type: **Mandatory**
LTV: **80.00**
CLTV:**100.00**
Loan Interest Rate: **4.75**

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ...... | $ | 290,000.00 |
| Net ALS Price **100.81450** %...... | | $+ | 292,362.05 |
| Service Rls. Premium **%** | | $+ | |
| Interest for **(7)** @ **$ 37.740** per day | | | |
| From**11/08/2004** To**11/01/2004** | | $- | (264.18) |
| Tax Service Fee | ...... | $- | 75.00 |
| Flood Cert. Fee | ...... | $- | 10.00 |
| Funding Fee | ...... | $- | |
| | ...... | $ | |
| | ...... | $- | |
| | ...... | $- | |
| | ...... | $- | |
| | ...... | $- | |
| Total Adjusted Escrow/Impounds | ...... | $- | |
| Borrower/Seller Paid Buydown | ...... | $- | |
| **Total Purchase Amount** | ...... | $ | 292,541.23 |

1ˢᵗ Payment Due ALS:  **12/01/2004**
Original Loan Amount:  **290,000.00**
Interest Only:  **Y**
Prepayment:  **Y**    Prepayment Term:  **36**

### WIRE INFORMATION

Wire Code:  **NATIONAL CITY BANK - KENTUCKY**          Date of Wire**11/08/2004**

Bank Name:      **NATIONAL CITY BANK - KENTUCKY**
Street Address: **421 W. MARKET**
City, State, Zip: **LOUISVILLE, KY 40202**
ABA No.:        **083000056**
Account No.:    **754111911**

Credit Funds to: **FIRST PACIFIC FINANCIAL**
Street Address:  **18301 VON KARMAN AVE**
City, State, Zip: **IRVINE, CA 92612**
Telephone #:     **949-567-7614**

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 4.75000 | % | 101.93950 | % | 2.25000 | % |
| **LA 50K-333700 A36L** | | % | .3750 | % | | % |
| **Limited doc** | | % | (.3750) | % | | % |
| **Low-rise condo** | | % | (.5000) | % | | % |
| **I/O-CLTV>90,ConfAmt** | | % | (.2500) | % | | % |
| **Escrow waiver** | | % | (.1250) | % | | % |
| **10yr I/O ARM** | | % | (.2500) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 4.750 | % | 100.81450 | % | 2.250 | % |

PURADVLB.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0033293481

## Purchase Advice

Borrower: ABRAHAM MADRIGAL

Seller Loan number: 06045514
Commitment number: 722603192
Commitment Effective date: 9/20/2006
Commitment expiration date: 10/05/2006
Product Code: ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Mandatory
LTV: 100.00
CLTV: 100.00
Loan Interest Rate: 7.25
Unpaid Principal Balance
Net ALS Price 101.37550
Service Rls. Premium
Interest for    3    @    $  61.575  per day

Good File    YES

1st Payment Due ALS: 11/01/2006
Original Loan Amount: 310,000.00
Interest Only: Y
Prepayment: Y    Prepayment Term: 36

|  |  |  |
|---|---|---|
| | $ | 310,000.00 |
| %...... | $+ | 314,264.05 |
| %...... | $+ | |

From: 9/28/2006    To 10/01/2006    $-    184.73
Tax Service Fee ................ $-    75.00
Flood Cert. Fee ................ $-    10.00
Funding Fee ................ $-    125.00
................ $
................ $-
................ $-
................ $-
................ $-
Total Adjusted Escrow/Impounds ................ $-    3,229.15
Borrower/Seller Paid Buydown ................ $-

Total Purchase Amount ................ $    310,640.17

## WIRE INFORMATION

Wire Code:    BANK OF NEW YORK    Date of Wire 09/28/2006

Bank Name:    BANK OF NEW YORK
Street Address:    101 BARCLAY ST
City, State, Zip:    NEW YORK, NY 10019
ABA No.:    021000018
Account No.:    8900404337

Credit Funds to:    COUNTRYWIDE WAREHOUSE LENDING
Street Address:    8501 FALLBROOK AVE
City, State, Zip:    WEST HILLS, CA 91304
Telephone #:

## PRICING REVIEW

|  | Rate |  | Price |  | Margin |  |
|---|---|---|---|---|---|---|
| Base: | 6.37500 | % | 101.62550 | % | 2.25000 | % |
| 50k-ConfLmtA56L-noMI | | % | .3750 | % | | % |
| Stated Doc-noMI | | % | (.3750) | % | | % |
| Low-rise condo | | % | (.5000) | % | | % |
| FICO >=720 arms | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Alt-A Condo-noMI | .1250 | % | | % | | % |
| Alt FICO >=720-noMI | .3750 | % | | % | | % |
| Alt Stated Doc-noMI | .3750 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.250 | % | 101.37550 | % | 2.250 | % |

PURADVLB.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0032900425

## Purchase Advice

Borrower: **DAVID PATELLARO**

Seller Loan number: **28001533**
Commitment number: **722603152**          Good File          **YES**
Commitment Effective date: **6/01/2006**
Commitment expiration date: **6/16/2006**
Product Code: **ALT-A 5/6 LIBOR 6/2/6 ARM**
Exception Tracking number:
Commitment Type: **Mandatory**          1st Payment Due ALS:          **7/01/2006**
LTV: **99.99**          Original Loan Amount:          **411,850.00**
CLTV: **99.99**          Interest Only:          **Y**
Loan Interest Rate: **8.125**          Prepayment:          **Y**          Prepayment Term:          **36**

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | .................. | $ | **411,850.00** |
| Net ALS Price **101.20000** | %.................. | $+ | **416,792.20** |
| Service Rls. Premium | % .................. | $+ | |
| Interest for **(11)** @ $ **91.679** per day | | | |
| From: **6/12/2006** To: **6/01/2006** | .................. | $⁻ | **(1,008.47)** |
| Tax Service Fee | .................. | $⁻ | **75.00** |
| Flood Cert. Fee | .................. | $⁻ | **10.00** |
| Funding Fee | .................. | $⁻ | **125.00** |
| | .................. | $ | |
| | .................. | $⁻ | |
| | .................. | $⁻ | |
| | .................. | $⁻ | |
| | .................. | $⁻ | |
| Total Adjusted Escrow/Impounds | .................. | $⁻ | **96.27** |
| Borrower/Seller Paid Buydown | .................. | $⁻ | |
| **Total Purchase Amount** | .................. | $ | **417,494.40** |

## WIRE INFORMATION

Wire Code:  **NATIONAL CITY BANK - KENTUCKY**          Date of Wire **06/12/2006**

Bank Name:          **NATIONAL CITY BANK - KENTUCKY**
Street Address:          **421 W. MARKET**
City, State, Zip:          **LOUISVILLE, KY 40202**
ABA No.:          **083000056**
Account No.:          **754111911**

Credit Funds to:          **FIRST PACIFIC FINANCIAL**
Street Address:          **18301 VON KARMAN AVE**
City, State, Zip:          **IRVINE, CA 92612**
Telephone #:          **949-567-7614**

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.00000 | % | 102.20000 | % | 2.25000 | % |
| **50k-ConfLmtA56L-noMI** | .................. | % | .6250 | % | | % |
| **Stated Doc-noMI** | .................. | % | (.3750) | % | | % |
| **2nd Home** | .................. | % | (1.0000) | % | | % |
| **Low-rise condo** | .................. | % | (.5000) | % | | % |
| **FICO >=720 arms** | .................. | % | .3750 | % | | % |
| **10yr I/O ARM** | .................. | % | (.1250) | % | | % |
| **Alt-A 2nd Home-noMI** | .2500 | % | | % | | % |
| **Alt-A Condo-noMI** | .1250 | % | | % | | % |
| **Alt FICO >=720-noMI** | .3750 | % | | % | | % |
| **Alt Stated Doc-noMI** | .3750 | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| | .................. | % | | % | | % |
| **TOTAL** | .................. | 8.125 | % | 101.20000 | % | 2.250 | % |

PUR ADV1.B.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

*40551681*

LOAN #: 0040551681

## Purchase Advice

Borrower: **ANDREA M ROBINSON**

Seller Loan number: 30003360
Commitment number: 722603268
Commitment Effective date: 5/03/2007
Commitment expiration date: 5/18/2007
Product Code: ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Mandatory
LTV: 100.00
CLTV: 100.00
Loan Interest Rate: 7.7

Good File          YES

1st Payment Due ALS:   7/01/2007
Original Loan Amount:  315,000.00
Interest Only:         Y
Prepayment:            Y   Prepayment Term:   36

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ........................... | $ | 315,000.00 |
| Net ALS Price 102.21050 | % ........................... | $+ | 321,963.08 |
| Service Rls. Premium | % ........................... | $+ | |
| Interest for (5) @ $ 66.452 per day | | | |
| From: 6/06/2007 To: 6/01/2007 | ........................... | $- | (332.26) |
| Tax Service Fee | ........................... | $- | 72.00 |
| Flood Cert. Fee | ........................... | $- | 10.00 |
| Funding Fee | ........................... | $- | 125.00 |
| | ........................... | $ | |
| | ........................... | $- | |
| | ........................... | $- | |
| | ........................... | $- | |
| | ........................... | $- | |
| Total Adjusted Escrow/Impounds | ........................... | $- | 764.41 |
| Borrower/Seller Paid Buydown | ........................... | $- | |
| **Total Purchase Amount** | ........................... | $ | 321,323.93 |

### WIRE INFORMATION

Wire Code:  CITIBANK                              Date of Wire 06/06/2007

Bank Name:      CITIBANK
Street Address: NA
City, State, Zip: NEW YORK, NY 11111
ABA No.:        021000089
Account No.:    30642469

Credit Funds to:  CSFB BUYER STEARNS LENDING
Street Address:   4 HUTTON CENTRE DR
City, State, Zip: SANTA ANA, CA 92707
Telephone #:

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 6.75000 | % | 102.58550 | % | 2.25000 | % |
| Extension Fee | | % | (.1250) | % | | % |
| CnfLmt Bal A5xL-noMI | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Alt FICO >=720-noMI | .4000 | % | | % | | % |
| Alt-A StatedDoc noMI | .4500 | % | (.3750) | % | | % |
| A5xL noMI | .1000 | % | | % | | % |
| A51L/A56L 3YR 8PP | | % | (.2500) | % | | % |
| Extension Fee Waiver | | % | .1250 | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.700 | % | 102.21050 | % | 2.250 | % |

PURADVLB.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

40416877

**LOAN #: 0040416877**

## Purchase Advice

Borrower: **IMMACULA SAINT-LOUIS**

| | | | |
|---|---|---|---|
| Seller Loan number: **12000466** | | | |
| Commitment number: **722603228** | | Good File | **YES** |
| Commitment Effective date: **3/29/2007** | | | |
| Commitment expiration date: **5/14/2007** | | | |
| Product Code: **ALT-A 5/6 LIBOR 6/2/6 ARM** | | | |
| Exception Tracking number: | | | |
| Commitment Type: **Best Efforts** | | 1st Payment Due ALS: | **6/01/2007** |
| LTV: **100.00** | | Original Loan Amount: | **280,000.00** |
| CLTV: **100.00** | | Interest Only: | **Y** |
| Loan Interest Rate: **8.725** | | Prepayment: | **N**  Prepayment Term: |
| Unpaid Principal Balance | .......... $ | **280,000.00** | |
| Net ALS Price **102.18900** % | .......... $+ | **286,129.20** | |
| Service Rls. Premium % | .......... $+ | | |
| Interest for **6** @ $ **66.932** per day | | | |
| From: **4/25/2007** To: **5/01/2007** | $- | **401.59** | |
| Tax Service Fee | .......... $- | **72.00** | |
| Flood Cert. Fee | .......... $- | **10.00** | |
| Funding Fee | .......... $- | **125.00** | |
| | .......... $ | | |
| | .......... $- | | |
| | .......... $- | | |
| | .......... $- | | |
| | .......... $- | | |
| Total Adjusted Escrow/Impounds | .......... $- | **1,275.93** | |
| Borrower/Seller Paid Buydown | .......... $- | | |
| **Total Purchase Amount** | .......... $ | **284,244.68** | |

### WIRE INFORMATION

Wire Code: **CITIBANK**                     Date of Wire **04/25/2007**

| | |
|---|---|
| Bank Name: | **CITIBANK** |
| Street Address: | **NA** |
| City, State, Zip: | **NEW YORK, NY 11111** |
| ABA No.: | **021000089** |
| Account No.: | **30642469** |

| | |
|---|---|
| Credit Funds to: | **CSFB BUYER STEARNS LENDING** |
| Street Address: | **4 HUTTON CENTRE DR** |
| City, State, Zip: | **SANTA ANA, CA 92707** |
| Telephone #: | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.42500 | % | 102.43900 | % | 2.25000 | % |
| CnfLmt Bal A5xL-noMI | | % | .3750 | % | | % |
| Stated Doc-noMI | | % | (.3750) | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| Alt FICO680-699-noMI | .7500 | % | | % | | % |
| Alt-A StatedDoc noMI | .4500 | % | | % | | % |
| A5xL noMI | .1000 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 8.725 | % | 102.18900 | % | 2.250 | % |

PURADVI.B.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

*40472334*

**LOAN #: 0040472334**

## Purchase Advice

Borrower: **STEVE SANDOVAL**
**NADIA M SANDOVAL**

Seller Loan number **06055532**
Commitment number **722603233**                    Good File          YES
Commitment Effective date **3/29/2007**
Commitment expiration date **5/14/2007**
Product Code **ALT-A 30 YEAR FIXED**
Exception Tracking number
Commitment Type **Best Efforts**                   1st Payment Due ALS    **6/01/2007**
LTV **99.99**                                      Original Loan Amount   **332,900.00**
CLTV **99.99**                                     Interest Only          **Y**
Loan Interest Rate **7.1**                         Prepayment             **N**    Prepayment Term
Unpaid Principal Balance                    $      **332,900.00**
Net ALS Price **99.39600**         %        $+     **330,889.28**
Service Rls Premium            %            $+
Interest for **(3)**        @    $ **64.756** per day
From **5/04/2007**   To **5/01/2007**       $-        **(194.27)**
Tax Service Fee                             $-         **72.00**
Flood Cert Fee                              $-         **10.00**
Funding Fee                                 $-        **125.00**
                                            $
                                            $-
                                            $-
                                            $-
                                            $-
Total Adjusted Escrow/Impounds              $-      **1,144.43**
Borrower/Seller Paid Buydown                $-

Total Purchase Amount ..................... $      **329,732.12**

### WIRE INFORMATION

Wire Code  **CITIBANK**                            Date of Wire **05/04/2007**

Bank Name      **CITIBANK**
Street Address **NA**
City, State, Zip **NEW YORK, NY 11111**
ABA No         **021000089**
Account No     **30642469**

Credit Funds to  **CSFB BUYER STEARNS LENDING**
Street Address   **4 HUTTON CENTRE DR**
City, State, Zip **SANTA ANA, CA 92707**
Telephone #

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 6.25000 | % | 99.77100 | % | | % |
| **CnfLmt Bal A30F** | | % | .2500 | % | | % |
| **CnfLmtBal A30F NoSub** | | % | .1250 | % | | % |
| **Stated Doc-noMI** | | % | (.3750) | % | | % |
| **Fico>=720 Fixed** | | % | .2500 | % | | % |
| **A30F I/O-CnfLmt 10yr** | | % | (.2500) | % | | % |
| **10yr I/O FRM 10yr** | | % | (.2500) | % | | % |
| **Best Efforts** | | % | (.1250) | % | | % |
| **Alt FICO >=720-noMI** | .4000 | % | | % | | % |
| **Alt-A StatedDoc noMI** | .4500 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.100 | % | 99.39600 | % | | % |

PURADVI B DOC 06/2001

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0031757875**

# Purchase Advice

Borrower: **TERRY J SOIFER**
**TWANNA SOIFER**

Seller Loan number: **30000625**
Commitment number: **722603053**
Commitment Effective date: **10/03/2005**
Commitment expiration date: **10/18/2005**
Product Code: **ALT-A 5/6 LIBOR 6/2/6 ARM**
Exception Tracking number:
Commitment Type: **Mandatory**
LTV: **80.00**
CLTV: **80.00**
Loan Interest Rate: **6**

| | |
|---|---|
| 1st Payment Due ALS: | **12/01/2005** |
| Original Loan Amount: | **311,800.00** |
| Interest Only: | **Y** |
| Prepayment: | **Y** |
| Prepayment Term: | **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ................................ $ | **311,800.00** | |
| Net ALS Price **100.84000** % | ................................ $+ | **314,419.12** | |
| Service Rls. Premium % | ................................ $+ | | |
| Interest for **1** @ $ **51.255** per day | | | |
| From **10/31/2005** To **11/01/2005** | ................................ $- | **51.26** | |
| Tax Service Fee | ................................ $- | **75.00** | |
| Flood Cert. Fee | ................................ $- | **10.00** | |
| Funding Fee | ................................ $- | **125.00** | |
| | ................................ $ | | |
| | ................................ $- | | |
| | ................................ $- | | |
| | ................................ $- | | |
| | ................................ $- | | |
| | ................................ $- | | |
| Total Adjusted Escrow/Impounds | ................................ $- | **784.57** | |
| Borrower/Seller Paid Buydown | ................................ $- | | |
| **Total Purchase Amount** | ................................ $ | **313,373.29** | |

## WIRE INFORMATION

Wire Code: **NATIONAL CITY BANK - KENTUCKY**          Date of Wire **10/31/2005**

Bank Name: **NATIONAL CITY BANK - KENTUCKY**
Street Address: **421 W. MARKET**
City, State, Zip: **LOUISVILLE, KY 40202**
ABA No.: **083000056**
Account No.: **754111911**

Credit Funds to: **FIRST PACIFIC FINANCIAL**
Street Address: **18301 VON KARMAN AVE**
City, State, Zip: **IRVINE, CA 92612**
Telephone #: **949-567-7614**

## PRICING REVIEW

| | | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|---|
| Base: | ................................ | **6.00000** | % | **101.84000** | % | **2.25000** | % |
| **50K-359650Pd=A56L** | ................................ | | % | **.6250** | % | | % |
| **2nd Home** | ................................ | | % | **(.8750)** | % | | % |
| **Stated Doc** | ................................ | | % | **(.3750)** | % | | % |
| **Low-rise condo** | ................................ | | % | **(.5000)** | % | | % |
| **FICO > 720** | ................................ | | % | **.3750** | % | | % |
| **10yr I/O ARM** | ................................ | | % | **(.2500)** | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| | ................................ | | % | | % | | % |
| **TOTAL** | ................................ | **6.000** | % | **100.84000** | % | **2.250** | % |

PURADVI.B.DOC 06/2001



# LEHMAN BROTHERS BANK FSB

**LOAN #: 0031586183**

# Purchase Advice

Borrower: **THAO SAI SOMPHONE**

Seller Loan number **47000237**
Commitment number **722603009**
Commitment Effective date **9/09/2005**
Commitment expiration date **9/26/2005**
Product Code **ALT-A 5/6 LIBOR 6/2/6 ARM**
Exception Tracking number
Commitment Type **Mandatory**
LTV **80.00**
CLTV **100.00**
Loan Interest Rate **5.875**

| | | | |
|---|---|---|---|
| 1st Payment Due ALS | **1/01/2006** | | |
| Original Loan Amount | **408,000.00** | | |
| Interest Only | **Y** | | |
| Prepayment | **Y** | Prepayment Term | **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | **408,000.00** | |
| Net ALS Price **100.55500** % | $+ | **410,264.40** | |
| Service Rls Premium % | $+ | | |
| Interest for **1** @ $ **65.671** per day | | | |
| From **11/30/2005** To **12/01/2005** | $- | **65.67** | |
| Tax Service Fee | $- | **75.00** | |
| Flood Cert Fee | $- | **10.00** | |
| Funding Fee | $- | **125.00** | |
| | $- | | |
| | $- | | |
| | $- | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | | |
| Borrower/Seller Paid Buydown | $- | | |

Total Purchase Amount ......................................... $ **409,988.73**

## WIRE INFORMATION

Wire Code  **NATIONAL CITY BANK - KENTUCKY**           Date of Wire **11/30/2005**

| | |
|---|---|
| Bank Name | **NATIONAL CITY BANK - KENTUCKY** |
| Street Address | **421 W. MARKET** |
| City, State, Zip | **LOUISVILLE, KY 40202** |
| ABA No | **083000056** |
| Account No | **754111911** |

| | |
|---|---|
| Credit Funds to | **FIRST PACIFIC FINANCIAL** |
| Street Address | **18301 VON KARMAN AVE** |
| City, State, Zip | **IRVINE, CA 92612** |
| Telephone # | **949-567-7614** |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 5.87500 | % | 102.18000 | % | 2.25000 | % |
| **Extension Fee** | | % | (.6250) | % | | % |
| **Bal >$400K TO $650K** | | % | (.2500) | % | | % |
| **Stated Doc** | | % | (.3750) | % | | % |
| **Escrow waiver** | | % | (.1250) | % | | % |
| **10yr I/O ARM** | | % | (.2500) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 5.875 | % | 100.55500 | % | 2.250 | % |

PURADV1 B.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0032013310

## Purchase Advice

Borrower: UY QUOC TRAN

Seller Loan number: 28000765
Commitment number: 722603093
Commitment Effective date: 11/17/2005
Commitment expiration date: 12/02/2005
Product Code: ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number
Commitment Type: Mandatory
LTV  80.00
CLTV  90.00
Loan Interest Rate  6.5

1st Payment Due ALS:  1/01/2006
Original Loan Amount  216,000.00
Interest Only  Y
Prepayment:  Y    Prepayment Term  36

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | | $ | 216,000.00 |
| Net ALS Price 101.07000 % | | $+ | 218,311.20 |
| Service Rls. Premium  % | | $+ | |
| Interest for (5) @ $ 38.466 per day | | | |
| From 12/06/2005 To 12/01/2005 | | $- | (192.33) |
| Tax Service Fee | | $- | 75.00 |
| Flood Cert Fee | | $- | 10.00 |
| Funding Fee | | $- | |
| | | $ | |
| | | $- | |
| | | $- | |
| | | $- | |
| | | $- | |
| Total Adjusted Escrow/Impounds | | $- | 498.23 |
| Borrower/Seller Paid Buydown | | $- | |

Total Purchase Amount .......................... $  217,920.30

### WIRE INFORMATION

Wire Code:  NATIONAL CITY BANK - KENTUCKY          Date of Wire 12/06/2005

Bank Name  NATIONAL CITY BANK - KENTUCKY
Street Address  421 W. MARKET
City, State, Zip:  LOUISVILLE, KY 40202
ABA No:  083000056
Account No:  754111911

Credit Funds to  FIRST PACIFIC FINANCIAL
Street Address  18301 VON KARMAN AVE
City, State, Zip  IRVINE, CA 92612
Telephone #  949-567-7614

### PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base | 6.50000 | % | 102.19500 | % | 2.25000 | % |
| 50K-ConfLmt A56L | | % | .6250 | % | | % |
| Non-Owner | | % | (1.5000) | % | | % |
| 10yr I/O ARM | | % | (.2500) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 6.500 | % | 101.07000 | % | 2.250 | % |

PURADVI.B DOC 06/2001

# LEHMAN BROTHERS BANK FSB

*40566317*

**LOAN #: 0040566317**

## Purchase Advice

Borrower: **ADRIAN WATLINGTON**

| | | | |
|---|---|---|---|
| Seller Loan number | **12000485** | | |
| Commitment number | **722603236** | **Good File** | **YES** |
| Commitment Effective date | **3/29/2007** | | |
| Commitment expiration date | **5/28/2007** | | |
| Product Code | **ALT-A 5/6 LIBOR 6/2/6 ARM** | | |

Exception Tracking number

| | | | | |
|---|---|---|---|---|
| Commitment Type | **Best Efforts** | | 1st Payment Due ALS | **7/01/2007** |
| LTV | **100.00** | | Original Loan Amount | **300,000.00** |
| CLTV | **100.00** | | Interest Only | **Y** |
| Loan Interest Rate | **9** | | Prepayment | **N**    Prepayment Term |
| Unpaid Principal Balance | | $ | **300,000.00** | |
| Net ALS Price | **102.25150**   % | $+ | **306,754.50** | |
| Service Rls Premium | % | $+ | | |
| Interest for  **10**  @  $ **73.973**  per day | | | | |
| From **5/22/2007** To **6/01/2007** | | $- | **739.73** | |
| Tax Service Fee | | $- | **72.00** | |
| Flood Cert Fee | | $- | **10.00** | |
| Funding Fee | | $- | **125.00** | |
| | | $ | | |
| | | $- | | |
| | | $- | | |
| | | $- | | |
| | | $- | | |
| Total Adjusted Escrow/Impounds | | $- | **1,468.11** | |
| Borrower/Seller Paid Buydown | | $- | | |

**Total Purchase Amount** .................................. $    **304,339.66**

### WIRE INFORMATION

Wire Code   **CITIBANK**                                   Date of Wire **05/22/2007**

| | |
|---|---|
| Bank Name | **CITIBANK** |
| Street Address | **NA** |
| City, State, Zip | **NEW YORK, NY 11111** |
| ABA No | **021000089** |
| Account No | **30642469** |

| | |
|---|---|
| Credit Funds to | **CSFB BUYER STEARNS LENDING** |
| Street Address | **4 HUTTON CENTRE DR** |
| City, State, Zip | **SANTA ANA, CA 92707** |
| Telephone # | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.80000 | % | 102.87650 | % | 2.25000 | % |
| CnfLmt Bal A5xL-noMI | | % | .3750 | % | | % |
| Stated Doc-noMI | | % | (.3750) | % | | % |
| 2nd Home | | % | (.7500) | % | | % |
| FICO >=720 arms | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| Alt FICO >=720-noMI | .4000 | % | | % | | % |
| Alt-A 2nd Home noMI | .2500 | % | | % | | % |
| Alt-A StatedDoc noMI | .4500 | % | | % | | % |
| A5xL noMI | .1000 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **9.000** | % | **102.25150** | % | **2.250** | % |

PURADVI B DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0030550636

## Purchase Advice

**Borrower:** YAHAIRA Y YOUNG

Seller Loan number: **06025221**
Commitment number: **722602781**
Commitment Effective date: **4/12/2005**
Commitment expiration date: **4/27/2005**
Product Code: **ALT-A 3/6 LIBOR 6/2/6 ARM**
Exception Tracking number:
Commitment Type: **Mandatory**
LTV: **77.28**
CLTV: **77.28**
Loan Interest Rate: **5.5**

| | | | |
|---|---|---|---|
| 1st Payment Due ALS: | **6/01/2005** | | |
| Original Loan Amount: | **255,000.00** | | |
| Interest Only: | **Y** | | |
| Prepayment: | **Y** | Prepayment Term: | **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | .......... | $ | **255,000.00** |
| Net ALS Price **100.57450** % | .......... | $+ | **256,464.98** |
| Service Rls. Premium % | .......... | $+ | |
| Interest for **2** @ $ **38.425** per day | | | |
| From: **4/29/2005** To: **5/01/2005** | | $- | **76.85** |
| Tax Service Fee | .......... | $- | **75.00** |
| Flood Cert. Fee | .......... | $- | **10.00** |
| Funding Fee | .......... | $- | **125.00** |
| | .......... | $ | |
| | .......... | $- | |
| | .......... | $- | |
| | .......... | $- | |
| | .......... | $- | |
| Total Adjusted Escrow/Impounds | .......... | $- | **1,799.82** |
| Borrower/Seller Paid Buydown | .......... | $- | |
| **Total Purchase Amount** | .......... | $ | **254,378.31** |

## WIRE INFORMATION

Wire Code: **NATIONAL CITY BANK - KENTUCKY**        Date of Wire **04/29/2005**

| | |
|---|---|
| Bank Name: | **NATIONAL CITY BANK - KENTUCKY** |
| Street Address: | **421 W. MARKET** |
| City, State, Zip: | **LOUISVILLE, KY 40202** |
| ABA No.: | **083000056** |
| Account No.: | **754111911** |

| | |
|---|---|
| Credit Funds to: | **FIRST PACIFIC FINANCIAL** |
| Street Address: | **18301 VON KARMAN AVE** |
| City, State, Zip: | **IRVINE, CA 92612** |
| Telephone #: | **949-567-7614** |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | **5.50000** | % | **101.32450** | % | **2.25000** | % |
| **LA 50K-359650 A36L** | | % | **.3750** | % | | % |
| **No ratio** | | % | **(.8750)** | % | | % |
| **10yr I/O ARM** | | % | **(.2500)** | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **5.500** | % | **100.57450** | % | **2.250** | % |

PURADVI.B.DOC 06/2001