**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for Claimant SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON CLAIMANT SPCP GROUP, L.L.C.'S MOTION UNDER BANKRUPTCY CODE SECTION 1142(b) TO COMPEL LOTC TO PAY POST-PETITION INTEREST AS REQUIRED BY ITS CONFIRMED PLAN OF <u>REORGANIZATION</u>**

**PLEASE TAKE NOTICE** that the hearing to consider claimant SPCP Group, L.L.C.'s motion under Bankruptcy Code section 1142(b) to compel LOTC to pay post-petition interest as required by its confirmed plan of reorganization (D.I. 47474), which was scheduled for February 19, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to March 11, 2015 at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as the matter may be heard.

**PLEASE TAKE FURTHER NOTICE** that the adjourned hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623

of the United States Bankruptcy Court, Southern District of New York, One Bowling Green,

New York, New York, 10004.

Dated: February 17, 2015
      New York, New York

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                By:    _/s/ Sean A. O'Neal_____
                                        Thomas J. Moloney
                                        Sean A. O'Neal
                                        Humayun Khalid
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone: (212) 225-2000
                                        Fax: (212) 225-3999

                                        *Attorneys for Claimant SPCP Group, L.L.C.*