**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, <br><br> **Debtors.** | **Chapter 11** <br><br> **Case No. 08-13555-scc** |

**ORDER TO SHOW CAUSE**

This matter having come before this Court by the *ex parte* application (the "Application") of Stearns Lending, LLC f/k/a Stearns Lending, Inc. ("Stearns Lending"), for the entry of an order to show cause, granting a stay, and seeking a hearing on an expedited basis on Stearns Lending's motion ("Motion") for entry of an order pursuant to *Rule 60(b)(6)* of the *Federal Rules of Civil Procedure* seeking to vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending, LLC f/k/a Stearns Lending, Inc." (the "Order"); and the Court having considered the Application; and the Court having determined that no cause exists to hear the Motion on an expedited basis; and the Court having further determined that sufficient cause exists to stay the dead line by which Stearns Lending must respond to the Indemnification ADR Package (as such term is defined in the Order); it is hereby:

**ORDERED,** that Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, show cause before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Room 623, New York, NY 10004-1408, on the 17th day of March, 2015 at 2:00 p.m., or as soon thereafter as counsel can be heard, why an order should not be issued and entered vacating the Order; and it is further

**ORDERED** that Stearns Lending's obligation to respond to the Indemnification ADR Package within twenty-eight (28) days of its service by LBHI is hereby stayed pending the entry of a further order by this Court; and is further

**ORDERED** that service of a copy of this Order and Motion shall be made in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015 (c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Case Management Order"); and it is further

**ORDERED** that any responsive pleadings shall be filed and served in accordance with the Case Management Order.

Dated: New York, New York
February 17, 2015

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

141580.00641/7490169v.1