# EXHIBIT B

1-ATF-010701; ... of Aeel ... 110704; One Pallet Smokeless ... 706; One Pallet ... garettes; $300.00; ... ning 24 Cases of ... 0; 11-ATF- ... Tobacco ... 707; One Pallet ... co Products; ... Pallet Containing ... acco Products; ... let Containing ... 0.00; 11-ATF- ... o Products;

Revolver CAL:22 SN:20-87001; $100.00; 11-ATF-011294; 8 Rds Winchester-Western Ammo CAL:22; $0.50; 11-ATF-011296; 406 Rds Winchester-Western Ammo CAL:22; $46.60; 780080-11-0037; 04/20/2011; 18 USC 924(d); Laredo, TX; 11-ATF-011471; Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:L445343; $700.00; 11-ATF-011472; Beretta USA Corp 92FS Centurion Pistol CAL:9 SN:BER032657; $300.00; 780118-11-0028; 04/14/2011; 18 USC 924(d); Weslaco, TX; 11-ATF-011432; 1640 Rds Asst Ammo CAL:"; $164.00; 780118-11-0003; 02/24/2011; 18 USC 924(d); McAllen, TX; 11-ATF-000097; 3 Rds Winchester-Western Ammo CAL:380; $0.30; 781035-11-0106; 04/14/2011; 18 USC 924(d); Sierra Blanca, TX; 11-ATF-011072; LLAMA (Gabilondo & CIA) IXA Pistol CAL:45 SN:A1022; $100.00; 11-ATF-011077; 5 $500.00; 11-ATF-010669; Walther P22 Pistol CAL:22 SN:L375632; $500.00; 11-ATF-010671; 713 Rds Asst Ammo CAL:"; $71.30; **WISCONSIN** 778020-11-0075; 04/15/2011; 18 USC 924(d); Green Bay, WI; 11-ATF-010820; Yugoslavia 59/66 Rifle CAL:762 SN:K470202; $100.00; 11-ATF-010826; Winchester 94 Rifle CAL:30-30 SN:4682731; $215.00; **WEST VIRGINIA** 780068-11-0021; 04/08/2011; 18 USC 924(d); Martinsburg, WV; 11-ATF-010023; Ruger LCR Revolver CAL:38 SN:540-08014; $479.99; 11-ATF-010026; 5 Rds Hornaday Ammo CAL:38; $0.50; 11-ATF-010029; 20 Rds Hornaday Ammo CAL:38; $2.00; 11-ATF-010030; 22 Rds CCI Ammo CAL:40; $2.20; 11-ATF-010031; 40 Rds Asst Ammo CAL:22; $4.00;

PTER 53; 26-75...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; 18-44...PROPERTIES WERE

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br>Debtors. | Case No. 08-13555 (JMP) |

IMPORTANT NOTICE for the holders of securities issued by the following Issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee

## INTERNATIONAL NOTICES

**Terex Industrial Holding AG**
**with its registered seat in**
**Düsseldorf, Germany**

Notice regarding the voluntary public purchase offer to the shareholders of

**Demag Cranes AG**
**with its registered seat in**
**Düsseldorf, Germany**

In accordance with section 14 para. 3 sentence 1 no. 2 of the German Securities Acquisition and Takeover Act (Wertpapiererwerbs- und Übernahmegesetz (WpÜG))

As of today, the offer document concerning the voluntary takeover offer of Terex Industrial Holding AG with its registered seat in Düsseldorf and its business address at Lindemannstrasse 81, 44137 Dortmund, Germany, to the shareholders of Demag Cranes AG with its registered seat in Düsseldorf (ISIN DE000DCAG018), is available in German and in a non-binding English translation on the internet at http://www.industrialholding-angebot.de. In addition, copies of the non-binding English translation of the complete offer document are available for distribution free of charge by contacting Commerzbank AG, ZCM-ECM Execution, Mainzer Landstrasse 151, 60327 Frankfurt am Main, Germany (requests can be made by facsimile at + 49 69 136-44598).

Further updates regarding the progress of the offer will be made available periodically in English on the internet at http://www.industrialholding-angebot.de.

Düsseldorf, May 19, 2011

Terex Industrial Holding AG

Businesses For Sale.

Advertise in The Mart

Call 1-800-366-3975

or email sales.mart@wsj.com

THE WALL STREET JOURNAL.

Shareholders of Synthes who satisfy this requirement may enter an appearance through counsel of their own choosing and their own expense or may appear on their own. However, no Synthes shareholder shall be heard at the Final Hearing unless (i) by June [illegible], 2011 such shareholder has filed with the Court and delivered to the Settling Parties' counsel a notice of objection and the ground for opposing the Settlement, and (ii) at or before the Final Hearing, such shareholder presents proof of status as a record holder and/or beneficial owner of the common stock of Synthes as of April [illegible], 2011, and the dates of Synthes stock ownership. All such objections must be filed with the Court and delivered to counsel as identified below.

Robert A. Hoffman, Esq.
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Counsel for Plaintiff

[illegible] Frank, Esq.
**LAMB McERLANE PC**
24 East Market Street
P.O. Box 565
West Chester, PA 19381
Counsel for the Individual Defendants

Ann B. Laupheimer, Esq.
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Counsel for Nominal Defendant, Synthes, Inc.

Only shareholders who have filed and delivered timely written notices of objection will be entitled to be heard at the Final Hearing unless the Court orders otherwise. Any Current Company Shareholder who fails to object and present proof of ownership of Synthes stock in the manner provided in the preceding paragraph of this Notice shall be deemed to have waived such objection and shall forever be foreclosed from making any objections to the fairness, adequacy, or reasonableness of the Settlement and to the Fee Award to Plaintiff's Counsel, and shall be bound by the Judgment to be entered and the releases to be given.

[1] This notice should be read in conjunction with, and is qualified in its entirety by reference to the text of the Stipulation, which has been filed with the Court and is available on the websites of Synthes, www.synthes.com, and Plaintiff's Counsel, www.barrack.com. All capitalized terms herein have the same meanings as set forth in the Stipulation.

**PLEASE DO NOT TELEPHONE THE COURT CONCERNING THIS NOTICE.**
Dated: May 10, 2011
BY ORDER OF THE COURT OF COMMON PLEAS, CHESTER COUNTY

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Case No. 08-13555 (JMP)

**IMPORTANT NOTICE for the holders of securities issued by the following Issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.**
Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee

[illegible] Ruger .357 magnum handgun, S/N [illegible]0643, Smith and Wesson .44 magnum handgun, S/N BEC2[illegible], Hi-Point .380 caliber pistol, S/N P900201, Jennings 9mm pistol, S/N [illegible], RG .22 caliber pistol, S/N L618[illegible], Smith & Wesson revolver, S/N [illegible]225, Smith & Wesson revolver, S/N [illegible]714020

**NORTHERN DISTRICT OF GEORGIA**
3040-11-00[illegible]; $37,750; SUA; [illegible]/2011; [illegible] Cadillac Service Center, 3077 [illegible] Boulevard, [illegible], GA; 2004 Cadillac Escalade VIN#: [illegible]GYFK63[illegible]
3040-11-0081; $3,900; SUA; [illegible]/2011; parking lot of Cracker Barrel, 4750 Friendship Road, Buford, GA; ladies princess cut diamond engagement ring, ladies princess cut diamond wedding band, ladies

Call 1

THE WALL STREET JOUR

[illegible] ... OF MONTANA ... [illegible] ... Montana [illegible]

11-DEA-[illegible], [illegible] U.S. Currency, [illegible], OH, James Jennings Hedberg AKA James Hedberg AKA James J. Hedberg [illegible]
11-DEA-[illegible], [illegible] Ser No [illegible], [illegible], OH, James Jennings Hedberg AKA James Hedberg AKA James J. Hedberg [illegible]
11-DEA-[illegible], [illegible] U.S. Currency, [illegible], OH, Edward [illegible] AKA Edward E. [illegible]
11-DEA-[illegible], [illegible] U.S. Currency, [illegible], OH, Ernest Ray Phillips AKA Ernest Ray Phillips AKA Ernest Lee Phillips AKA Ray Phillips AKA Ray Phillips [illegible]
11-DEA-[illegible], 2008 Chevrolet Silverado 2500, [illegible], OH, James Jennings Hedberg AKA James Hedberg AKA James J. Hedberg [illegible]
11-DEA-[illegible], [illegible] U.S. Currency, Campbell, OH, Julio Agront [illegible]

SOUTHERN DISTRICT OF OHIO

11-DEA-[illegible], [illegible] Semi-Automatic Handgun, Ser No [illegible], [illegible], OH, Amon Smith AKA Amon R. Smith [illegible]
11-DEA-[illegible], (3) Assorted Firearms, VL [illegible], (1) [illegible] Sporter [illegible] Caliber AK-47 Rifle, Ser No [illegible], (1) Taurus M410 Revolver, Ser No [illegible]
11-DEA-[illegible], [illegible] U.S. Currency, [illegible], VA, [illegible]
11-DEA-[illegible], [illegible], [illegible], Petersburg, VA, [illegible]
11-DEA-[illegible], 2007 Chevrolet SS [illegible], [illegible], Petersburg, VA, [illegible]
11-DEA-[illegible], 2002 Infiniti G35, [illegible], Petersburg, VA, [illegible]

DISTRICT OF VERMONT

11-DEA-[illegible], $4,300.00 U.S. Currency, Burlington, VT, Sam Grady [illegible]

EASTERN DISTRICT OF WISCONSIN

09-DEA-[illegible], $1,640.00 U.S. Currency, Milwaukee, WI, Comfort Terrell Johnson [illegible]
11-DEA-[illegible], $4,180.29 U.S. Currency, Shorewood, WI, Arthur Lavar Jones [illegible]
11-DEA-[illegible], $2,375.00 U.S. Currency, Milwaukee, WI, Dray Edward Timms [illegible]

[The property listed above is NOT for sale. The DEA DOES NOT sell forfeited property and the DEA DOES NOT have information on property for sale.]

## ...BLIC NOTICES

...TO CUSTOMERS OF

...INANCIAL SERVICES, INC.

...at WallStreet*E Financial Services, Inc. ... De Leon Boulevard, Coral Gables, FL 33134- ... of a Direct Payment Procedure pursuant to ...estor Protection Act ("SIPA"), 15 U.S.C. §78fff- ...ocedure, the Securities Investor Protection ... timely filed claims of customers of WallStreet*E ...

...under SIPA must be filed with SIPC on or ...e on November 23, 2011 at the address set ...PC cannot pay or otherwise satisfy, in whole ...y the deadline.

...the Direct Payment Procedure for WallStreet*E ... and, together with a copy of this notice, will ...ce to investors with accounts at WallStreet*E ...ses appear on the books and records of ... does not receive a claim form within fifteen ... may obtain a claim form on SIPC's website at ...SIPC at the following address:

...TOR PROTECTION CORPORATION
...PAYMENT PROCEDURE
...E FINANCIAL SERVICES, INC.
...STREET, N.W., SUITE 800
...INGTON, DC 20005

...ng of a claim is complete only upon receipt of ...s, no claim of a customer of WallStreet*E ...actually received by SIPC on or before the ...ber 23, 2011. Timely filing and proof of timely ...ty of the claimant. In this regard, you should ...tified mail - return receipt requested or with ...ing which provides you with proof of receipt ...e as verification that your claim was received.

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br>Debtors. | Case No. 08-13555 (JMP) |

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee



Companies | International

# Bond fund flows signal shift

Money pours into emerging market debt

Risk fears hit several European countries

"Emerging market debt . . . is losing its risk premium as the developed world has shot itself in the foot"

# It's full steam ahead for Citi skipper

News analysis

It was anything but plain sailing after Vikram Pandit took on the Titanic, but now he has landed a $72m package, writes Justin Baer

# Japanese companies seek to take a bite of foreign growth

News analysis

Moves prompted by weak domestic economy, strong yen and low interest rates, says Lindsay Whipp

Contracts & Tenders

Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Businesses for sale

# Banks battle for $1bn road

More news at FT.com

# Bahrain races to restore normality

## Deadline looms for Grand Prix decision

## Motor circuit staff allege beatings

# EU sets sanctions to raise pressure on Assad

## Regime fights back in cyberspace

Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Business Opportunities

Contracts & Tenders

REPUBLIC OF ALBANIA

Business For Sale

## Businesses and Assets for Sale as Going Concerns
## Hillcrest International Schools

Hillcrest Secondary School Limited ("HSSL")
and Hillcrest School Limited ("HSL") (Both In Receivership)

The Joint Receivers and Managers offer for sale the businesses and assets of HSSL and HSL, as going concerns

- [illegible] British National Curriculum [illegible]
- [illegible] quiet suburb of Nairobi, Kenya
- [illegible]
- Consolidated turnover of circa US$7m
- [illegible]
- [illegible]
- Significant opportunity to develop and expand existing profit in the International Schools arena

For further information please contact the joint receivers and managers.

Hillcrest International Schools
c/o The Business Advisory Group Limited
PO Box 1404 - 00502
Nairobi
Kenya

Contracts & Tenders

Legal Notices

The Property Market

SALE DIRECTLY FROM OWNER –
REAL ESTATE IN EXCELLENT LOCATION

UNIQUE 5 STAR INVESTMENT OPPORTUNITY
MAINLAND SPAIN

Owners with proven track record in the Leisure industry are looking for partner/s to develop site located approx 50 minutes from Malaga Airport bordering the Spanish National Park. Project benefits from the first Full Formal Andalucia Planning of its kind. To build Luxury Mountain Spa resort comprising 144 lodges, 212 touring pitches, conference and leisure facilities etc. Financial plan with secure exit strategy in place.
Interested parties to contact +44(0)7785371770




# Murdoch signals push into education

News Corp chief in digital lessons move

Vision for learning outlined in G8 talk

'The technologies that transformed every other aspect of life can transform education'

# Online grocers gain ground in US

News analysis

Doubts remain about expanding beyond cities into the suburbs, writes Alan Rappeport

VIDEO ON FT.COM

# Microsoft launches handset software upgrade

# Intel joins shift to China as executive takes Beijing brief

## News digest

### Mecom lures Endemol official

### France Telecom bullish on 4G

### Mol buy-back to cost €1.9bn

### Hana carrying on with KEB talks

Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK