## CERTIFICATE OF SERVICE

    I, Scott A. Lewis, an attorney, hereby certify that on the 17th day of February 2015, I caused a true and correct copy of the Affidavit of Donald F. Higgins in Connection with the Motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(A) of The Bankruptcy Code for Approval of Settlement Agreement Relating to Exum Ridge CBO 2007-2 Credit Default Swap Agreement and Indenture, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable Shelley C. Chapman
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 623
One Bowling Green
New York, NY 10004

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
   for Region 2
201 Varick Street
Suite 1006
New York, NY 10014

David S. Cohen, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1850 K Street NW
Suite 1100
Washington, DC 20006

Jacqueline Marcus, Esq.
Christopher J. Cox, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

                                                By          /s/ Scott A. Lewis
                                                             Scott A. Lewis