Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Email: mrollin@joneskeller.com
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTIONS**
**TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR**

**PLEASE TAKE NOTICE** that pursuant to the Court's Memorandum Endorsed Order dated February 4, 2015 [ECF No. 48043], the hearing on Debtors' Objections to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [ECF Nos. 39348 and 45587] that was scheduled for February 19, 2015, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 21, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 17, 2015

                                                 /s/ Michael A. Rollin
                                                 Michael A. Rollin
                                                 JONES & KELLER, P.C.
                                                 1999 Broadway, Suite 3150
                                                 Denver, CO 80202
                                                 Telephone: 303-573-1600
                                                 Attorneys for Lehman Brothers Holdings Inc. and
                                                 Certain of Its Affiliates

{JK00659573.1 }