| | |
|---|---|
| Jill E. Alward, Esq.<br>Timothy W. Salter, Esq.<br>BLANK ROME LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 885-5000 | **Hearing Date and Time:**<br>March 17, 2015 @ 2:00 p.m.<br><br>**Objection Deadline:**<br>March 10, 2015 @ 4:00 p.m. |

*Attorneys for Stearns Lending, LLC f/k/a Stearns Lending, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 08-13555-scc |

**NOTICE OF HEARING**
**ON THE MOTION OF STEARNS LENDING, LLC PURSUANT TO RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE SEEKING AN ORDER VACATING THE "ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLER, STEARNS LENDING, LLC f/k/a STEARNS LENDING, INC."**

PLEASE TAKE NOTICE that a hearing on the Motion of Stearns Lending LLC pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending, LLC f/k/a Stearns Lending, Inc.", dated February 13, 2015, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Room 623, One Bowling Green, New York, New York 10004, on March 17, 2015 at 2:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that any responsive pleading shall be filed and served on Timothy W. Salter, Esq., Blank Rome LLP, The Chrysler Building, 405 Lexington

141580.00641/7493828v.1

Avenue, New York, New York 10174, in accordance with the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635].

Dated: New York, New York
February 17, 2015

**BLANK ROME LLP**

By:    */s/ Timothy W. Salter*
Jill E. Alward, Esq.
Timothy W. Salter, Esq.
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
(212) 885-5000
jalward@blankrome.com
tsalter@blankrome.com

**BY FIRST CLASS MAIL TO:**

The Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 623
New York, New York 10004

Weil Gotshal & Manges LLP
Attorneys for Debtors
767 Fifth Avenue
New York, New York 10153
ATTN: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shi Y. Waisman, Esq., and Jacqueline Marcus, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
ATTN: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
Attorneys for Creditors' Committee
1 Chase Manhattan Plaza
New York, New York 10005
ATTN: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Even R. Fleck, Esq.

141580.00641/7493828v.1

      Wollmuth Maher & Deutsche LLP
      Attorneys for LBHI
      500 5th Avenue
      New York, New York 10110
      ATTN: James Lawlor, Esq., Adam Bialek, Esq.

**BY EMAIL TO:**

      Master Service List (updated as of February 6, 2015)