WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                          :
**In re**                                                  :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :    **08-13555 (SCC)**
                                                          :
                                    **Debtors.**           :    **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------------------x
                                                          :
**In re**                                                  :
                                                          :    **Case No.**
**LEHMAN BROTHERS INC.,**                                  :
                                                          :    **08-01420 (SCC) (SIPA)**
                                    **Debtor.**            :
                                                          :
-------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF
## MATTERS SCHEDULED FOR THE EIGHTY-SECOND
## OMNIBUS AND CLAIMS HEARING ON FEBRUARY 19, 2015 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

I.    **DISTRIBUTION MATTER:**

1.    Trustee's Motion for an Order to (I) Establish a Second Interim Distribution Fund for Unsecured General Creditor Claims, (II) Release Reserves from the Secured and Priority Reserve and the First Interim Distribution Fund, and (III) Make a Second Interim Distribution to Holders of Allowed Unsecured General Creditor Claims with a Record Date of February 6, 2015 [**LBI ECF No. 11147**]

Response Deadline:    February 13, 2015 at 4:00 p.m.

Response Received:

A.    Response to Trustee's Motion filed by Stephen Peters [**LBI ECF No. 11284**]

Related Document:

B.    Reply in Further Support of the Trustee's Motion [**LBI ECF No. 11327**]

C.    Notice of Revised Schedules to Trustee's Motion [**LBI ECF No. 11326**]

Status:  This matter is going forward.

II.    **UNCONTESTED MATTER:**

2.    Trustee's Motion for an Order Authorizing the Abandonment of Certain Lehman Brothers Inc. Data [**LBI ECF No. 11046**]

Response Deadline:    February 12, 2015 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter is going forward.

WEIL:\95241802\8\58399.0011

III.    **CONTESTED CLAIMS MATTERS:**

3.      Trustee's One Hundred Second Omnibus Objection to General Creditor Claims
(Satisfied Claims) [**LBI ECF No. 6758**]

Response Deadline:    August 1, 2013 at 4:00 p.m.

Response Received:

A.    Response of Ely Eddi [**LBI ECF No. 6951**]

Related Documents:

B.    Order Granting the Trustee's One Hundred Second Omnibus
Objection to General Creditor Claims (Satisfied Claims) solely as
to certain claims [**LBI ECF No. 7093**]

C.    Trustee's Reply to Response of Ely Eddi to the Trustee's One
Hundred Second Omnibus Objection to General Creditor Claims
(Satisfied Claims)  [**LBI ECF No. 10560**]

Status: This matter is going forward solely as the claim of Ely Eddi.

4.      Trustee's Two Hundred Sixtieth Omnibus Objection to General Creditor Claims
(No Liability Claims) [**LBI ECF No. 9605**]

Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties
to September 12, 2014 at 4:00 p.m.

Responses Received:

A.    Response of General Ore International Corporation Ltd., Neu
Holdings Corporation, Neu Foundation of California, Amy Patrick
Neu and Janice K. Moss  [**LBI ECF No. 9864**]

B.    Amended Response of General Ore International Corporation Ltd.,
Neu Holdings Corporation, Neu Foundation of California, Amy
Patrick Neu and Janice K. Moss [**LBI ECF No. 9890**]

Related Documents:

C.    Order Granting the Trustee's Two Hundred Sixtieth Omnibus
Objection to General Creditor Claims (No Liability Claims) solely
as to a certain claim [**LBI ECF No. 10085**]

D.    Trustee's Reply in Further Support of the Two Hundred Sixtieth
Omnibus Objection to General Creditor Claims (No Liability
Claims) [**LBI ECF No. 11285**]

WEIL:\95241802\8\58399.0011

Status: This matter is going forward solely as to certain claims.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### IV.    UNCONTESTED MATTERS:

5.    Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Exum Ridge CBO 2007-2 Credit Default Swap Agreement and Indenture [**ECF No. 47931**]

Response Deadline:    February 11, 2015 at 4:00 p.m.

Response Received:

A.    Limited Objection of ESP Funding I, Ltd. to Motion For Approval of Settlement Agreement Relating to Exum Ridge CBO 2007-2 Credit Default Swap Agreement and Indenture [**ECF No. 48100**]

Related Document:

B.    Declaration of Lawrence Brandman in Support of Motion [**ECF No. 48192**]

Status:  This matter is going forward on an uncontested basis.

### V.    CONTESTED MATTERS:

6.    Four Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47078**]

Response Deadline:    December 29, 2014 at 4:00 p.m.

Responses Received:

A.    Response of Nomura Securities CO., LTD [**ECF No. 47567**]

Related Documents:    None.

Status:  This matter is going forward on a contested basis solely with respect to claim numbers 14150 and 17201.

7.    Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date [**ECF No. 47589**]

Response Deadline:    February 13, 2015 at 4:00 p.m.

WEIL:\95241802\8\58399.0011

Response Received:

    A.       Objection of LBHI [**ECF No. 48206**]

Related Documents:

    B.       Supplemental Declaration of Dr. Thomas Marsoner [**ECF No. 48171**]

    C.       Declaration of Thomas Behnke in Support of the Objection to Dr. Thomas Marsoner's Motion to Deem Proofs of Claim Timely Filed [**ECF No. 48198**]

    D.       Declaration of Raymond O'Grady in Support of the Objection to Dr. Thomas Marsoner's Motion to Deem Proofs of Claim Timely Filed [**ECF No. 48199**]

    E.       Declaration of Herb Baer, with Respect to Dr. Thomas Marsoner's Motion to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date [**ECF No. 48197**]

Status:  This matter is going forward on a contested basis.

WEIL:\95241802\8\58399.0011

VI.     **ADJOURNED MATTERS:**

A.     **Lehman Brothers Holdings Inc. Chapter 11 Cases**

8.     Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 37168**]

Response Deadline:    June 3, 2013 at 4:00 p.m.

Adjourned Responses:

A.    Response of Commerzbank AG [**ECF No. 38674**]

B.    Response of EuroHypo AG [**ECF No. 38674**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

9.     Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:    April 7, 2015 at 5:00 p.m.

Response Received:

A.    Response of Sanford and Tina Mohr [**ECF No. 41101**]

Related Documents:

B.    Supplemental Objection and Reply in Further Support of Objection and Declaration of Richard Katz in Support of Supplemental Objection [**ECF Nos. 45587 and 45588**]

C.    Notice of Hearing on Supplemental Objection and Reply [**ECF No. 45589**]

D.    Letter Request for Extension of Time to Respond to Objection to Claim No. 33605 Filed by Sanford Mohr, Tina Mohr [**ECF No. 48041**]

E.    Notice and Memorandum Endorsed Order Adjourning Hearing on Objection to Claim No. 33605 [**ECF Nos. 48043 and 48044**]

Status:  This matter has been adjourned to April 21, 2015 at 10:00 a.m.

WEIL:\95241802\8\58399.0011

10.     Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Response Received:

> A.    Response of International Fund Management S.A., *et al.* to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims [**ECF No. 48077**]

Related Documents:    None.

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

11.     Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Responses Received:

> A.    Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

> B.    Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

> C.    Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

> D.    Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

> E.    Limited Objection and Reservation of Rights of Amerifirst Financial Corp., et al. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

> F.    Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage to the Limited Objection and Reservation of

Rights to Motion for Alternative Dispute Resolution Procedures
Order for Indemnification Claims of the Debtors Against Mortgage
Loan Sellers [**ECF No. 44740**]

Related Documents:

G.    Declaration of Adam M. Bialek in Support of Order to Show
Cause to Shorten Notice Period and Extend the Response Deadline
by One Day for Late Served Recipients of Debtors' Motion for
Alternative Resolution Procedures Order for Indemnification
Claims of the Debtors Against Mortgage Loan Sellers on Debtors'
Master Service List [**ECF No. 44571**]

H.    Order to Show Cause to Shorten Notice Period and Extend the
Response Deadline By One Day For Late Served Recipients of
Debtors' Motion for Alternative Resolution Procedures Order for
Indemnification Claims of the Debtors Against Mortgage Loan
Sellers on Debtors' Master Service List [**ECF No. 44572**]

I.    Debtors' Omnibus Reply to Responses and Objections [**ECF No.
44728**]

J.    Alternative Dispute Resolution Procedures Order For
Indemnification Claims of the Debtors Against Mortgage Loan
Sellers [**ECF No. 44846**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

12.    Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to
Claims (No Liability Claims) [**ECF No. 45446**]

Response Deadline:    August 29, 2014 at 4:00 p.m.

Response Received:

A.    Response of KBC Bank NV [**ECF No. 46238**]

Related Documents:  None.

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

13.    Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims)
[**ECF No. 45448**]

Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties
to October 13, 2014 and October 29, 2014

WEIL:\95241802\8\58399.0011

Responses Received:

    A.      Response of Goldman Sachs Emerging Markets Opportunities Fund LLC and Goldman Sachs Emerging Markets Opportunities Fund Offshore, LLC [**ECF No. 46197**]

    B.      Response of the Hongkong and Shanghai Banking Corporation Limited [**ECF No. 46388**]

Related Document:

    C.      Order Granting the Four Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 46284**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m. solely with respect to claim numbers 15824, 15891, and 18217.

14.    Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections [**ECF No. 46631**]

Response Deadline:    December 3, 2014 at 5:00 p.m. or as otherwise extended.

Response Received:    None.

Related Document:

    A.      Notice of Adjournment of Hearing [**ECF No. 46932**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

15.    Four Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47079**]

Response Deadline:    December 29, 2014 at 4:00 p.m.

Responses Received:

    A.      Response of Moore Macro Fund L.P. [**ECF No. 47568**]

    B.      Response of Commerzbank AG – Group Intensive Care [**ECF No. 47566**]

Related Documents:    None.

WEIL:\95241802\8\58399.0011

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m. solely as to claim numbers 27632.

16.    Motion of Claimant SPCP Group, L.L.C. Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by Its Confirmed Plan of Reorganization [**ECF No. 47474**]

Response Deadline:    January 5, 2015 at 4:00 p.m.

Response Received:

A.    Objection of the Plan Administrator [**ECF No. 47645**]

Related Document:

B.    Declaration of Austin Saypol in Support of Motion to Compel [**ECF No. 47475**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

**B.    Adversary Proceeding**

17.    Lehman Brothers Special Financing Inc., *et al.*, v. Bank of America National Association, *et al.* [**Adversary Proceeding No. 10-03547**]

**Hearing on Motion to Dismiss**

Related Documents:

A.    Motion of JA Hokkaido Shinren to Dismiss for Lack of Personal Jurisdiction [**ECF No. 795**]

B.    LBSF's Memorandum of Law in Opposition to JA Hokkaido Shinren's Motion to Dismiss For Lack of Personal Jurisdiction [**ECF No. 894**]

C.    Declaration of William F. Dahill in Opposition to JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 894-1**]

D.    Reply in Support of JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 978**]

Status: This matter has been adjourned to March 11, 2015 at 10:00 a.m.

WEIL:\95241802\8\58399.0011

18.     LBHI, *et al*. v. Buck Institute for Age Research [**Adversary Proceeding No. 14-02238**]

**Hearing on Motion to Dismiss**

Related Documents:

      A.      Adversary Complaint [**ECF No. 1**]

      B.      So Ordered Stipulation Extending Time to Respond to the Complaint [**ECF No. 5**]

      C.      Memorandum of Law in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 11**]

      D.      Memorandum of Law in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 11**]

      E.      Declaration of Steven J. Fink in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 12**]

      F.      So Ordered Stipulation re: Filing of Responses [**ECF No. 14**]

      G.      So Ordered Stipulation re: Filing of Responses [**ECF No. 17**]

      H.      Opposition to Partial Motion to Dismiss or Strike the Complaint [**ECF No. 20**]

      I.      Reply to Partial Motion to Dismiss or Strike the Complaint [**ECF No. 22**]

Status: On February 17, 2015, the parties submitted a stipulation to Chambers pursuant to which the parties agreed to dismiss certain claims, withdraw the motion to dismiss, and remove the February 19, 2015 hearing from the Court's calendar.   A pre-trial conference is scheduled for March 11, 2015.

19.     Lehman Brothers Holdings Inc., *et al*. v. Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital [**Adversary Proceeding No. 14-02390**]

**Pre-Trial Conference**

Related Document:

      A.      Adversary Complaint [**ECF No. 1**]

      B.      Stipulation and (Proposed) Order Extending Time to Submit to Mediation [**ECF No. 8**]

Status:  This matter has been adjourned to a date to be determined.

20.    Lehman Brothers Holdings Inc., *et al*. v. Windstream Iowa Communications, Inc. (f/k/a Iowa Telecommunications Services, Inc.) [**Adversary Proceeding No. 15-01001**]

**Pre-Trial Conference**

Related Document:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    LBHI's Motion to Substantively Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 4**]

    C.    LBHI's Memorandum of Law in Support of Motion to Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 5**]

    D.    Declaration of Ellison S. Ward in support of LBHI's Motion to Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 6**]

    E.    Windstream Iowa Communications, Inc.'s  Answer to Complaint and Counterclaim against Lehman Brothers Holdings Inc., in its capacity as Plan Administrator on behalf of Lehman Brothers Special Financing Inc. [**ECF No. 12**]

Status:  This matter has been adjourned to February 26, 2015 at 10:00 a.m.

**C.    Lehman Brothers Inc. Proceeding**

21.    Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [**LBI ECF No. 6426**]

Response Deadline:    July 8, 2013 at 4:00 p.m., extended for certain parties to August 9, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Charlotte Grezo [**LBI ECF No. 6816**]

    B.    Response of Aazam Sahfiz [**Not Docketed**]

WEIL:\95241802\8\58399.0011

Related Documents:

    C.    Order Granting the Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) Solely as to Certain Claims [**LBI ECF No. 7060**]

    D.    Notices of Withdrawal [**LBI ECF Nos. 6872, 8758, 9207**]

    E.    Notice of Hearing [**LBI ECF No. 10751**]

Status: This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to certain claims.

22.    Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline:    December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Jeffrey Maurer [**LBI ECF No. 7788**]

    B.    Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Documents:

    C.    Order Granting the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to certain claims [**LBI ECF No. 7909**]

Status: This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to certain claims.

23.    Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

    B.    Notice of Withdrawal [**LBI ECF No. 8681**]

WEIL:\95241802\8\58399.0011

      C.      Order Granting the Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status: This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

24.     Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received: None.

Related Documents:

      A.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

      B.      Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

      C.      Notice of Resolution [**LBI ECF No. 9773**]

Status: This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

25.     Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to February 27, 2015 at 4:00 p.m.

Response Received:

      A.      Response of Meridian Comp of New York, Inc. [**LBI ECF No. 8649**]

WEIL:\95241802\8\58399.0011

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    C.    Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

    D.    Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF No. 9168, 9849**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to a certain claim.

26.    Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8567**]

    Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 30, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

    Related Documents:

    B.    Notice of Withdrawal [**LBI ECF No. 8760**]

    C.    Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to a certain claim.

27.    Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8639**]

Response Deadline:    April 30, 2014 at 4:00 p.m.

Responses Received:

        A.      Response of Catherine A. Eckert [**LBI ECF No. 8836**]

        B.      Response of John D. Marzonie [**LBI ECF No. 8802**]

        C.      Response of Aida Y. Sarmast [**LBI ECF No. 8833**]

Related Documents:

        D.      Notices of Withdrawal [**LBI ECF Nos. 8915, 9065**]

        E.      Order Granting the Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) Solely as to Certain Claims [**LBI ECF No. 9170**]

        F.      Notice of Resolution [**LBI ECF No. 10118**]

        G.      Notice of Hearing [**LBI ECF No. 10752**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to the claims of Ms. Eckert and Ms. Sarmast.  This matter is adjourned without date as to the claim of Mr. Marzonie.

28.     Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:    May 27, 2014 at 4:00 p.m.

Response Received:

        A.      Response of RBC Cees Limited [**Not Docketed**]

Related Document:

        B.      Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9173**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to the claim of RBC Cees Limited.

29.     Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9161**]

Response Deadline:    July 9, 2014 at 4:00 p.m., extended for certain parties to July 25, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Kimberly A. Reed **[LBI ECF No. 9474**]

Related Document:

    B.    Order Granting the Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims **[LBI ECF No. 9628**]

    C.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Thirty-Seventh, Forty-First, Forty-Fifth, Sixty-Third, Sixty-Fourth, Eighty-Seventh, One Hundred First, One Hundred Thirty-First, One Hundred Thirty-Second, One Hundred Fifty-Fourth, One Hundred Seventy-First, Two Hundred Twenty-Seventh, and Two Hundred Forty-Second Omnibus Objections to General Creditor Claims (No Liability and Employee Claims) **[LBI ECF No. 11022**]

    D.    Order Granting Certain Trustee's Objections to Employee Claims **[LBI ECF No. 11272**]

Status: This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to the claim of Kimberly A. Reed.

30.    Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) **[LBI ECF No. 9470**]

    Response Deadline:    August 13, 2014 at 4:00 p.m., extended for certain parties without date.

    Responses Received:

    A.    Response of Israel Discount Bank of New York **[LBI ECF No. 9632**]

    B.    Response of Hatteras Financial Corp. **[LBI ECF No. 9722**]

    Related Documents:

    C.    Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims **[LBI ECF No. 9854**]

WEIL:\95241802\8\58399.0011

      D.      So Ordered Stipulation **[LBI ECF No. 10670]**

      E.      Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

31.    Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

    Response Deadline:    August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

    Responses Received:

      A.      Response of Patricia M. Bah [**LBI ECF No. 9636**]

      B.      Response of Vito A. Santoro [**LBI ECF No. 9714**]

    Related Documents:

      C.      Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9846**]

      D.      Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to the claim of Ms. Bah.

32.    Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

    Response Deadline:    August 15, 2014 at 4:00 p.m., extended for certain parties without date.

    Responses Received:  None.

    Related Documents:

      A.      Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

WEIL:\95241802\8\58399.0011

      B.      Notices of Resolution [**LBI ECF No. 10015, 11167**]

      C.      Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

<u>Status</u>:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

33.      Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

      <u>Response Deadline</u>:      August 21, 2014 at 4:00 p.m.

      <u>Response Received</u>:

      A.      Response of U.S. Bank National Association [**LBI ECF No. 9674**]

      <u>Related Documents</u>:      None.

      <u>Status</u>:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

34.      Trustees Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9529**]

      <u>Response Deadline</u>:      August 22, 2014 at 4:00 p.m., extended for certain parties to September 22, 2014 at 4:00 p.m.

      <u>Responses Received</u>:

      A.      Response of TTSD Trust [**LBI ECF No. 9663**]

      <u>Related Documents</u>:

      B.      Memorandum Endorsed Order re Request for Waiver of Courtcall fee [**LBI ECF No. 9705**]

      C.      Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9847**]

      D.      Notices of Resolution [**LBI ECF Nos. 10006, 10265**]

WEIL:\95241802\8\58399.0011

E.      Supplemental Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 10094**]

F.      Order Denying TTSD Trust's Request for Judicial Notice and Matter to Go Off Calendar [**LBI ECF No. 10703**]

G.      Trustee's Reply to Response of TTSD Trust to the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**ECF No. TDB**]

Status: This matter has been adjourned to March 5, 2015 at 12:00 p.m., as to a certain claim.

35.    Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9583**]

Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

Responses Received:

A.      Response of Richard N. Wayne [**LBI ECF No. 9970**]

B.      Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

Related Document:

C.      Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

D.      Notice of Resolution [**LBI ECF No. 11168**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

36.    Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) [**LBI ECF No. 9583**]

Response Deadline:    August 28, 2014 at 4:00 p.m., extended for certain parties to February 13, 2015 at 4:00 p.m.

Responses Received:  None.

WEIL:\95241802\8\58399.0011

Related Document:

    A.    Order Granting the Trustee's Two Hundred Fifty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with the Proper Classification) solely as to certain claims [**LBI ECF No. 10087**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to a certain claim.

37.    Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims [**LBI ECF No. 9601**]

    Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of Ceskoslovenska Obchodna Banka, A.S. [**LBI ECF No. 10150**]

    Related Documents:

    B.    Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims solely as to certain claims [**LBI ECF No. 10086**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims solely as to a certain claim [**LBI ECF No. 10473**]

    D.    Notice of Resolution [**LBI ECF No. 10558**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to the claim of Ceskoslovenska Obchodna Banka.

38.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

    Response Deadline:    September 5, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of US National Bank Association [**LBI ECF No. 9824**]

WEIL:\95241802\8\58399.0011

Related Document:

    B.    Order Granting the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to the claim of US National Bank Association.

39.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:

    A.    Response of RUT The International Bond Fund [**LBI ECF No. 9827**]

    B.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

    C.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    D.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

40.    Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) [**LBI ECF No. 9865**]

Response Deadline:    October 3, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

Responses Received:  None.

WEIL:\95241802\8\58399.0011

Related Documents:

    A.    Order Granting the Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) solely as to certain claims [**LBI ECF No. 10398**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to certain claims.

41.    Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10097**]

    Response Deadline:    October 28, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

    Responses Received:

    A.    Response of  Madelyn Antoncic [**LBI ECF Nos. 10855, 10856**]

    Related Documents:

    B.    Notices of Status Conference [**LBI ECF No. 10312, 10402**]

    C.    Order Granting the Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10394**]

    D.    Notice of Resolution [**LBI ECF No. 10999**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to the claim of Madelyn Antoncic.

42.    Trustee's Objection to the General Creditor Proof of Claim of Ralph Harary (Claim No. 8002386) [**LBI ECF No. 10142**]

    Response Deadline:    October 31, 2014 at 4:00 p.m., extended to November 14, 2014 at 4:00 p.m.

    Responses Received:

    A.    Response of  Ralph Harary [**LBI ECF No. 10439, 10440**]

    Related Documents:  None.

Status:  This matter has been adjourned to March 11, 2015 10:00 a.m., as to a certain claim.

WEIL:\95241802\8\58399.0011

43.  Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10182**]

Response Deadline:   November 7, 2014 at 4:00 p.m., extended for certain parties to December 19, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.   Order Granting the Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 10657**]

B.   Notices of Withdrawal [**LBI ECF No. 10719, 11191**]

C.   Supplemental Orders Granting the Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF Nos. 10702, 10761, 10988, 7002452**]

D.   Notices of Resolution [**LBI ECF No. 10852, 11075**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to certain claims.

44.  Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

Response Deadline:   December 3, 2014 at 4:00 p.m., extended to January 8, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m.

WEIL:\95241802\8\58399.0011

45.    Trustee's Two Hundred Seventieth Omnibus Objection to General Creditor
       Claims (No Liability Claims and Claims Allowed in Reduced Amounts with the
       Proper Classification) [**LBI ECF No. 10227**]

       Response Deadline:    November 14, 2014 at 4:00 p.m., extended without date for
                             certain parties.

       Responses Received:  None.

       Related Document:

              A.    Order Granting the Trustee's Two Hundred Seventieth Omnibus
                    Objection to General Creditor Claims (No Liability Claims and
                    Claims Allowed in Reduced Amounts with the Proper
                    Classification) solely as to certain claims [**LBI ECF No. 10666**]

       Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., as to
       certain claims.

46.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor
       Claims (Financial Product Claims). [**LBI ECF No. 10723**]

       Response Deadline:    January 12, 2015 at 4:00 p.m.; extended for certain parties
                             to February 12, 2015 at 4:00 p.m.

       Responses Received:  None.

       Related Document:

              A.    Amended Certificate of no Objection [**LBI ECF No. 11306**]

       Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m as to
       certain claims.

47.    Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner
       Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI
       ECF No. 10788**]

       Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties
                             to February 11, 2015 at 4:00 p.m.

       Responses Received:  None.

       Related Document:    None.

       Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m as to a
       certain claim.

25

48.    Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568)  [**LBI ECF No. 10782**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to February 11, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:    None.

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m as to certain claims.

49.    Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims). [**LBI ECF No. 10776**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to March 18, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Certificate of no Objection [**LBI ECF No. 11250**]

Status:  This matter has been adjourned to March 11, 2015 at 10:00 a.m., solely as to certain claims and April 8, 2015 at 10:00 a.m., solely as to certain claims.

**D.    Adversary Proceedings**

50.    Giddens v. Wells Fargo Bank National Association [**Adversary Proceeding No. 14-02441**]

**Pre-Trial Conference**

Related Document:

A.    Adversary Complaint [**ECF No. 1**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

WEIL:\95241802\8\58399.0011

Dated:  February 18, 2015
      New York, New York

                                  /s/ *Garrett A. Fail*
                                  Garrett A. Fail

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                  and Certain of Its Affiliates

Dated:  February 18, 2015
      New York, New York

                                  /s/ *Jeffrey S. Margolin*
                                  James B. Kobak, Jr.
                                  Christopher K. Kiplok
                                  Jeffrey S. Margolin

                                  HUGHES HUBBARD & REED LLP
                                  One Battery Park Plaza
                                  New York, New York 10004
                                  Telephone: (212) 837-6000
                                  Facsimile: (212) 422-4726

                                  Attorneys for James W. Giddens, Trustee for
                                  the SIPA Liquidation of Lehman Brothers Inc.