B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.,　　　　　　　　　　　　Case No. 08-13555 (SCC)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| SOLUS RECOVERY FUND III MASTER LP | Citigroup Financial Products Inc. |

Name and Address where notices to transferee should be sent:
SOLUS RECOVERY FUND III MASTER LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor,
New York, NY 10022

Attn: Solus Compliance Officer
Phone: (212) 284-4300

Court Claim # (if known): 66887 amending No. 14087 (in turn amending No. 4102)
Transferred Amount of Claim: $6,916,000.00
Date Claim Filed: 9/16/2009
Last Four Digits of Acct #: _____

Phone: (212) 723-6501

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOLUS RECOVERY FUND III MASTER LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____[signature]_____　　　Date: 2/17/2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS RECOVERY FUND III MASTER LP** ("Purchaser") solely to the extent of $6,916,000.00   (the "Transferred Claim Amount") of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Commodity Services Inc.** (the "Debtor"), the debtor in Case No. 08-13885 (SCC), jointly administered under the case captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC), pending in the United States Bankruptcy Court for the Southern District of New York, or in such other court with jurisdiction (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 66887 amending No. 14087 (in turn amending No. 4102)**) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of February 2015.

| CITIGROUP FINANCIAL PRODUCTS INC. | SOLUS RECOVERY FUND III MASTER LP |
|---|---|
|  | By: Solus Alternative Asset Management LP<br>Its Investment Advisor |
| By: _____<br>Name:<br>Title: | By: _____<br>Name: **Gordon Yeager**<br>Title: Chief Risk Officer &<br>Chief Operations Officer |

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS RECOVERY FUND III MASTER LP** ("Purchaser") solely to the extent of $6,916,000.00    (the "Transferred Claim Amount") of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Commodity Services Inc.** (the "Debtor"), the debtor in Case No. 08-13885 (SCC), jointly administered under the case captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC), pending in the United States Bankruptcy Court for the Southern District of New York, or in such other court with jurisdiction (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 66887 amending No. 14087 (in turn amending No. 4102)**) filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of February 2015.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **SOLUS RECOVERY FUND III MASTER LP** |
|---|---|
| | By: Solus Alternative Asset Management LP<br>Its Investment Advisor |
| By: _____<br>Name:<br>Title:   Brian S. Broyles<br>         Authorized Signatory | By: _____<br>Name:<br>Title: |