# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc. *et al.*, Debtors.

Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Alden Global Distressed
Opportunities Master Fund, LP
Name of Transferee

Deutsche Bank AG, London Branch
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim #: See Schedule
Total Allowed Amount
to be Transferred: See Schedule

Alden Global Distressed
Opportunities Master Fund, LP
c/o Alden Global Capital, LLC
885 Third Avenue, 34th Floor
New York, NY 10022
Attention: Ithran Olivacce
E-mail: iolivacce@aldenglobal.com

Phone: 212-888-7214

Wire instructions:

Name of Bank: Wells Fargo N.A.
ABA: 121 000 248
SWIFT: WFBIUS6S
Account #: 2000039124162
Account Name: Alden Global Distressed Opportunities Master Fund, LP

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Alden Global Distressed Opportunities Master Fund, LP
By: Alden Global Capital, LLC, Its Service Provider

By:_____        Date: February 18, 2015
    Transferee/Transferee's Agent
        Jason Accola
    Managing Director - Operations
    Alden Global Capital

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18
U.S.C. § 152 & 3571.

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proofs of Claim 47617, 48658 and 45318 filed by or on behalf of any of Seller's predecessors-in-title (copies of which are attached at Schedule 2 hereto) (the "Proofs of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relate to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim include the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other general unsecured creditors holding claims of the same class and type as the Purchased Portion; (g) the Transferred Claims are Class 5 claims; and (h) Seller's respective predecessor-in-title received in respect of the Transferred Claims and/or the Purchased Security distributions as set out in Schedule 1.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

*DB Ref: 13626*                             Confidential

4.     All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.     Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller from 1 October 2013 onwards in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.     Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.     Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of _____ 2014.

DECEMBER

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

Jamie Foote
Vice President

By: _____
Name:
Title:

Simon Glennie
Vice President

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

ALDEN   GLOBAL   DISTRESSED
OPPORTUNITIES MASTER FUND, LP
By: Alden Global Capital, LLC Its Service Provider

By: _____
Name: Jason Pecora
Title: Managing Director

Alden Global Capital
885 Third Avenue
34th Floor New York
New York 10022
Attn: Ithran Olivacce

*DB Ref: 13626*

Confidential

Schedule 1

Transferred Claims

Purchased Portion

- 100.00 % of the claim that is referenced in Proof of Claim 47617 (as highlighted in the copy attached at Schedule 2) and relating to the first Purchased Security described below (plus all interest, costs and fees relating to this claim).
- 100.00 % of the claim that is referenced in Proof of Claim 48658 (as highlighted in the copy attached at Schedule 2) and relating to the second Purchased Security described below (plus all interest, costs and fees relating to this claim).
- 100.00 % of the claim that is referenced in Proof of Claim 45318 (as highlighted in the copy attached at Schedule 2) and relating to the third Purchased Security described below (plus all interest, costs and fees relating to this claim).

Lehman Programs Securities to which Transfer Relates

| Proof of Claim | Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | Principal/Notional Amount | Maturity | Allowed Claim Amount | Aggregate amount of 2nd-6th LBHI distributions | Aggregate LBHI Distributions |
|---|---|---|---|---|---|---|---|---|---|---|
| 47617 | MTN5878 | XS0282208049 | CA01150 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings, Inc. | €350,000.00 | 2/9/2012 | $496,687.02 | $79,938.58 | €79,268.08 |
| 48658 | MTN5878 | XS0282208049 | CA01136 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings, Inc. | €2,000,000.00 | 2/9/2012 | $2,838,211.54 | $456,522.97 | €452,960.44 |
| 45318 | MTN5878 | XS0282208049 | CA01151 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings, Inc. | €2,500,000.00 | 2/9/2012 | $3,547,764.43 | $699,038.11 1 | €566,200.55 |

1 Includes a catch-up distribution of $128,046.94

*DB Ref: 13626*

Confidential Schedule 1–1

Schedule 2

Copy of Proofs of Claim 47617, 48658 and 45318

Confidential Schedule 1–1

*DB Ref: 13626*

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000047617

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

COLINA BEDAT, S.L.
CALLE ALBUERA, 13, ESC.2 - 1°B, 41001 SEVILLA (SPAIN)

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
   (*If known*)

Filed on: _____

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:  0034667885249      Email Address: ELENA HAURIE @COLINA BEDAT.ES

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ ____495.285,00 $____(Required)        EURUSD X-Rate Applied: 1,4151 (09/15/08) ECB**

☐   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): ___XS0282208049___        (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

____CA01150____        (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: CLEARSTREAM 16632
(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**
**FILED / RECEIVED**

OCT 27 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date: 22/10/09      Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if

COLINA BEDAT S.L.
C.I.F.: B-91.226.167

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

**_____DEFINITIONS_____**

**_____INFORMATION_____**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5).
A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

04/2005      SPECIAL NOTARIAL PAPER                    6F4516362

| |
|---|
| Pedro Antonio Romero Candau |
| *Notary Public* |
| Plaza de la Magdalena, 9 – 3 |
| Tel: 422 63 00 – Fax:  4225655 |

[SEAL: NOTARY OFFICE OF PEDRO          [stamp: €0.15]

ANTONIO ROMERO CANDAU, SEVILLE)

**NUMBER THREE THOUSAND TWO HUNDRED AND SIXTY THREE**.------------

---------------------------DEED OF POWER OF ATTORNEY----------------------------------

**AT SEVILLE, on the twenty seventh of June of Two Thousand and Five**.-------------

**Before me, PEDRO ANTONIO ROMERO CANDAU, Notary Public of the Notary**

**Association of Seville**. -----------------------------------------------------------------------

------------------------------------- **APPEARING** --------------------------------------------

**TERESA RELINQUE CHACON**, of legal age, married, resident of Seville,

with address at calle Cristo del Calvario, number 5, 2 derecha and with D.N.I. (national

identification document) and N.I.F. (tax identification number) 28222477-M which I

have verified.-------------------------------------------------------------------------------------

I know the party appearing personally. ----------------------------------------------

**APPEARING**: for and on behalf of **"COLINA BEDAT, SOCIEDAD DE**

**RESPONSABILIDAD LIMITADA"**, a company of indefinite duration with its

registered office at calle Cristo del Calvario, number 5, 2 derecha, Seville, which was

constituted by virtue of the deed executed before me on the twenty sixth of July of two

thousand and two with protocol number 4047, registered in the Companies Registry of

Seville in volume 3530, folio 171, page number SE-49550, entry 1, and with



C.I.F.(Corporate Tax Identification Number) B-91226167.------------------------------------

The above party has the legal capacity required to execute this deed by virtue of:------

a) Her position as Chairwoman of the Board of Directors of the Company, with such

   appointment, acceptance and registration being recorded in the deed of

   constitution mentioned above.-------------------------------------------------------

b) By agreement of the Board of Directors adopted at its meeting held on the twenty

   fourth of June of two thousand and five, as evidenced by the certificate issued by

   Magdalena Haurie Relinque, Secretary of the Board of Directors, with the

   approval of the Chairwoman Teresa Relinque Chacón which I have seen and

   authenticate following comparison of the signatures with other duly authenticated

   signatures. This certificate is annexed to this master copy and as many copies

   shall be made of the same as are made of this deed.-----------------------------------

The party appearing has confirmed to me the legal status of the company which she

represents and that the powers which she holds are in full effect.

**Assessment by the authorising Notary Public as to the authority of the executor**

**of this deed:** I, the Notary Public, after examining the documents mentioned above and

which are annexed to this deed as I deem appropriate, consider that the party appearing

has due authority to execute this deed of **power of attorney.**-----------------------------------


### = = = WITH THE FOLLOWING TERMS= = =

This power of attorney is granted in favour of MARIA ELENA HAURIE

RELINQUE, of legal age, lawfully separated, resident of Seville, with address at calle



04/2005          SPECIAL NOTARIAL PAPER          6F4516361
[SEAL: NOTARY OFFICE OF PEDRO          [STATE STAMP]     [stamp: €0.15]
ANTONIO ROMERO CANDAU, SEVILLE)

Marqués de Paradas, number 18, 1, E, with D.N.I. (national identification document)

number 28759491-S to exercise the following powers for and on behalf of the company

**COLINA BEDAT, S.A**: -------------------------------------------------------------

=== **POWERS** ===

1) To carry out any operations in relation to the current accounts of the grantor
company, including to sign cheques and other documents drawn against the
company; to make deposits and withdrawals; to draw, endorse, intervene in or
issue cheques, promissory notes, bills of exchange or other money order
documents; to formalise, modify or cancel contracts to open deposits, current
accounts, term deposits or any other similar contract; to request certification or
details of any bank statements of the company; to rent safety deposit boxes or
terminate any such contracts; to establish direct debits or credit transfers for
payments and deposits; to make or receive transfers; to request, obtain or cancel
credit or debit cards in favour of the grantee of this power of attorney, the
company or any other person related with the same; to constitute, modify and
cancel contracts for the deposit of securities, fixed, variable or mixed income
funds or of any other type; to formalise, modify and cancel lease, rental or
factoring agreements or of any other kind; to charge fees for collection or
payment of any kind of service or obligation assumed by the company or in
favour of the same and in general to carry out any of the typical operations,



whether credit or debit operations, with credit entities and for any amount, with

the exception of those regarding constitution of loans with or without security. ----


-------------------------------------EXECUTION ------------------------------------------

After having read this deed in accordance with article 193 of the Notarial

Regulations, I have advised the party appearing of the matters required by law,

following which she has **accepted** its terms and affixed her **signature** --------------

----------------------------------**AUTHORISATION**-------------------------------------

I HEREBY CERTIFY the entire content of this public instrument issued on two

sheets of notarial paper with the official state stamp, series 6D, numbers 7577470

and the following pages numbered consecutively . ---------------------------------------

[This document has been signed by the party appearing. Signed:Pedro Romero

Candau- Sealed – The Notary Public's seal is affixed]----------------------------------

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

----------------------ANNEXED DOCUMENTS-------------------------------------



04/2005          SPECIAL NOTARIAL PAPER          6F4516360
[SEAL: NOTARY OFFICE OF PEDRO          [STATE STAMP]      [stamp: illegible]
ANTONIO ROMERO CANDAU, SEVILLE)

I, MAGDALENA HAURIE VIGNE, Secretary of the Board of Directors of the

business corporation "COLINA BEDAT, SOCIEDAD DE

RESPONSABILIDAD LIMITADA", " with its registered office at calle Cristo

del Calvario, number 5, 2 derecha, Seville, registered in the Company Register

of Seville in volume 3530, folio 171, page number SE-49550, entry 1, and with

C.I.F.(Corporate Tax Identification Number) B-91226167

HEREBY CERTIFY:

That the Minute Book containing the resolutions of the Company includes a

resolution by the Board of Directors which states literally for the current

purposes:

"At the registered office on the 24th of June 2005.

PRESENT:

All the members of the Board of Directors being present, it is hereby

unanimously RESOLVED:

1. To grant Maria Elena Haurie Relinque power of attorney to act for and on

behalf of the company to carry out any of the following:

To carry out any operations in relation to the current accounts of the

grantor company, including to sign cheques and other documents drawn against



the company; to make deposits and withdrawals; to draw, endorse, intervene in or issue cheques, promissory notes, bills of exchange or other money order documents; to formalise, modify or cancel contracts to open deposits, current accounts, term deposits or any other similar contract; to request certification or details of any of the bank statements of the company; to rent safety deposit boxes or terminate any such contracts; to establish direct debits or credit transfers for payments and deposits; to make or receive transfers; to request, obtain or cancel credit or debit cards in favour of the grantee of this power of attorney, the company or any other person related with the same; to constitute, modify and cancel contracts for the deposit of securities, fixed, variable or mixed income funds or of any other type; to formalise, modify and cancel lease, rental or factoring agreements or of any other kind; to charge fees for collection or payment of any kind of service or obligation assumed by the company or in favour of the same and in general to carry out any of the typical operations, whether credit or debit operations, with credit entities and for any amount, with the exception of those regarding constitution of loans with or without security.

2. To authorise Teresa Relinque Chacón to appear before a Notary Public to execute the corresponding public instrument.

In witness whereof this certificate is issued at Seville on the 24th of June 2005.

APPROVED: THE CHAIRWOMAN        THE SECRETARY

[Signature: illegible]                                    [signature: illegible]

I, the Notary Public, HEREBY ATTEST that THIS IS AN AUTHORISED COPY of the original document with the protocol number indicated of my Records of public

LAURA LUCA DE TENA
Luis de Morales. Edif. Forum 3º - 32
Teléf.: 95 454 32 70 - Fax: 95 453 20 44

04/2005          SPECIAL NOTARIAL PAPER          6F4516359
[SEAL: NOTARY OFFICE OF PEDRO          [STATE STAMP]          [stamp: €0.15]
ANTONIO ROMERO CANDAU, SEVILLE)

documents, which I have issued at the request of the party granting this power of attorney

at Seville, on the twenty ninth of June of two thousand and five on four pages of special

notarial paper, Series 6F, numbers 4516362 and the preceding pages in consecutive order.

|  FEES |
|---|
| BASE: |
| Numbers: * |
| Fees: 0 |

[SEAL: GENERAL COUNCIL OF
SPANISH NOTARIES PUBLIC-
OO76021620]                    [Signature: illegible]

[SEAL: NOTARY OFFICE OF PEDRO
ANTONIO (ILLEGIBLE), SEVILLE]

                              Collected today at Seville
                                    29 Nov 2005

                              Collected today at Seville
                                    7 Apr 2006

### COMPANIES REGISTRY OF SEVILLE PROVINCE

....The above document with today's date was **REGISTERED** in **Volume 3530 of the
Companies Section, folio 185 Page number SE-49550, entry 8**; with express exclusion
of the person appointed from the Registry of Bankruptcy Resolutions, in accordance with the
terms of article 61 bis of the Companies Registry Regulations. Attached is the complementary
certification, duly certified by the same Notary Public on the 28th of June 2006.-

**At Seville on the 25th of July of 2006**
        **The Registrar,**                    [SEAL: COMPANIES REGISTRY OF
**[SIGNATURE: ILLEGIBLE ]**                    SEVILLE PROVINCE]



_**THE UNDERSIGNED, COMPANIES REGISTRAR OF SEVIILLE PROVINCE.-**_

__HEREBY CERTIFY__: That the Company _**"COLINA BEDAT, S.L."**_ with
_**C.I.F.(Corporate Tax Identification Number) B-91/226167-;**_ confers a _**POWER**_
_**OF ATTORNEY**_ in favour of _**MARIA ELENA HAURIE RELINQUE**_ by virtue
_of the deed executed at Seville, on the twenty seventh of June of two thousand_
_and five before the Notary Public Pedro Antonio Romero Candau, with protocol_
_number 3263, and which was registered at this Registry for which I am_
_responsible on this date,  on folio 185 of Volume 3530 of the General_
_Companies Section, Page number SE-49550, entry 8.-_
_All of the above is in accordance with the entry in the Register, to which I refer._
_And in witness whereof I hereby issue this certificate on one sheet of Registry_
_Paper marked on the reverse side with Series C number 014480. Signed at_
_Seville on the twenty fifth of July of 2006._
[Signature: illegible]              [SEAL: COMPANIES REGISTRY OF
                                         SEVILLE PROVINCE]



COMPANIES SEVILLE                PAGE: 1

LIST OF DOCUMENTS SENT TO THE BORME (OFFICIAL GAZETTE OF

THE COMPANIES REGISTRY)

(ENTRY 1/2006/11.903.0)

DATE: 25/07/2006 TIME: 10.35

---

## COLINA BEDAT SL- B91226167

**Grant of Power of Attorney**

Person Appointed: HAURIE RELINQUE, MARIA ELENA

Office or Function: Legal Representative

Date of Appointment: 24/06/2005 – Date of termination (**): INDEFINITE

Registry Details:

Volume: 3530 ,Book:   0 , Folio: 185 , Section: 8 , Page : SE 49550

Entry: 8  / Date: 25/07/2006 Year Pre.: 2006

---

**Amount for publication in BORME** : 30.65    5,100P



**DOÑA MAGDALENA HAURIE VIGNE, Secretary of the Board of Directors of** the trading corporation **"COLINA BEDAT, SOCIEDAD DE RESPONSABILIDAD LIMITADA",** with its registered office at calle Cristo del Calvario, number 5, 2 derecha, Seville, registered in the Companies Registry of Seville, in volume 3530, folio 171, page number SE-49550, entry 1, with C.I.F. (Corporate Tax Identification Number) B-91226167.

**CERTIFY:**

That the Minute Book containing the resolutions of the Company

includes a resolution by the Board of Directors which states

literally for the current purposes:

"At the registered office on the 24th of June 2005.

PRESENT:

All the members of the Board of Directors being present, namely

Teresa Relinque Chacón, Juan Haurie Briol, Luis Haurie Vigné,

Magdalena Haurie Vigné, Juan Andrés Haurie Relinque, María

Elena Haurie Relinque and Alejandro Haurie Relinque, it is hereby

unanimously RESOLVED:

1. To grant Maria Elena Haurie Relinque power of attorney to act

for and on behalf of the company to carry out any of the following:

To carry out any operations in relation to the current

accounts of the grantor company, including to sign cheques and

other documents drawn against the company; to make deposits

and withdrawals; to draw, endorse, intervene in or issue cheques,

promissory notes, bills of exchange or other money order



documents; to formalise, modify or cancel contracts to open

deposits, current accounts, term deposits or any other similar

contract; to request certification or details of any of the bank

statements of the company; to rent safety deposit boxes or

terminate any such contracts; to establish direct debits or credit

transfers for payments and deposits; to make or receive transfers;

to request, obtain or cancel credit or debit cards in favour of the

grantee of this power of attorney, the company or any other

person related with the same; to constitute, modify and cancel

contracts for the deposit of securities, fixed, variable or mixed

income funds or of any other type; to formalise, modify and cancel

lease, rental or factoring agreements or of any other kind; to

charge fees for collection or payment of any kind of service or

obligation assumed by the company or in favour of the same and

in general to carry out any of the typical operations, whether credit

or debit operations, with credit entities and for any amount, with

the exception of those regarding constitution of loans with or

without security.


2. To authorise Teresa Relinque Chacón to appear before a

Notary Public to execute the corresponding public instrument.


The minutes were then unanimously approved by all those

attending."



In witness whereof this certificate is issued at Seville on the 24th

of June 2005.


[Signature:T Relinque]                    [signature: M Haurie]

APPROVED: THE CHAIRWOMAN        THE SECRETARY


[SEAL: NOTARY OFFICE OF PEDRO
ANTONIO ROMERO CANDAU, SEVILLE]



**CERTIFICATE OF AUTHENTICATION NUMBER** 3303 **OF THE RECORD OF PUBLIC DOCUMENTS.**------------------------------------------
I, **PEDRO ANTONIO ROMERO CANDAU, Notary Public of the Notary Association of Seville, HEREBY CERTIFY:**-----------------------------
**That the signatures of Magdalena Haurie Vigne, with D.N.I (National Identification Document) No. 28307180-E and Teresa Delinque Chacón, with D.N.I (National Identification Document) No. 28222477M affixed in this document are genuine following their comparison with other signatures in my record books.** -------------------------------------
**At Seville on the twenty eighth of June of two thousand and six.**----------------

[STANDING AND LEGALISATION STAMP]

[SEAL: GENERAL COUNCIL OF
SPANISH NOTARIES PUBLIC-
OO77228913]

[Signature: illegible]

[SEAL: ROMERO CANDAU
NOTARY OFFICE (ILLEGIBLE),]

Relating to entry 8
on Page SE 49550 folio 185, Volume
3530, Book- Companies Section-
Seville, 25th of July 2006

[SEAL:ILLEGIBLE]

---

---

### AFFIDAVIT

I, Laura Luca de Tena Sainz, English sworn translator in the province of Seville, declare that this is the faithful translation of the Spanish original attached.
In Seville, on October 14, 2009

### APOSTILLA

Doña Laura Luca de Tena Sainz, Intérprete Jurado de Inglés, certifica que la que antecede es traducción fiel y completa al inglés de un documento redactado en castellano.
En Sevilla, a 14 de octubre de 2009.





**EXTREMELY URGENT** DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY. DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the airbi

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000048658

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**EPHRAIM MCCABE**

CORTIJO DE SAN CRISTOBAL, LOS ALTOS DE LOS MONTEROS, 29600 MARBELLA, MALAGA (SPAIN)

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
    (*If known*)

Filed on: _____

Telephone number:          Email Address: c.martin@mym-abogados.com

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ ____2.830.200,00 $____(Required)      EURUSD X-Rate Applied: 1,4151 (09/15/08) ECB**

☐    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):  __XS0282208049_____      (Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

        CA01136                              **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** CLEARSTREAM 89545
                                        **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**

OCT 2 7 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 23/10/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



"MARQUE CON UNA X" EL SERVICIO ELEGIDO (PARA ENTREGAS EN SÁBADO UTILICE EXCLUSIVAMENTE SEUR 8:30 Y SEUR 10)
"MARQUE COM X" O SERVIÇO ESCOLHIDO (PARA ENTREGAS AOS SÁBADOS UTILIZE EXCLUSIVAMENTE SEUR 8:30 E SEUR 10)

■ SEUR 13:30

☒ SEUR INTERNACIONAL COURIER

ORIGIN ID: CIYA  (305)591-8080
ALICIA OLIVERA
IBC MIA
8401 NW 17TH ST.

MIAMI FL 33126
UNITED STATES US

SHIP DATE: 24OCT09
ACTWGT: 1 LB
CAD: 33350B8/WSXI0200

BILL SENDER

TO LEHMAN BROTHERS HOLDING
EPIQ BANKRUPTCY SOLUTION
000SN —CL— 757 THIRD AVENUE 3RD
> FLOOR, 000SN
NEW YORK NY 10007
(645)202 - 2500

REF: 92093564145 PIECE 1/1

Express E

FedEx
7915 0981 0659

MON - 26 OCT A1
STANDARD OVERNIGHT

EB OGSA

10017
NY-US
EWR

IBC
92008564145

---

**DEST**

EMPRESA / EMPRESA ........................................ IONS LTD.
NOMBRE / NOME  LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
DIRECCIÓN / MORADA  757 THIRD AVENUE, 3RD FLOOR
POBLACIÓN / POVOAÇÃO  NEW YORK  CP.  NY 10007
PROVINCIA / PROVÍNCIA  NEW YORK  PAÍS / PAÍS  EEUU
TEL ........................ E MAIL ........................
OBSERVACIONES / OBSERVAÇÕES ........................


RECEIVED
OCT 2 6 2009

**REMITENTE / REMETENTE**

EMPRESA / EMPRESA  MARTIN Y NAVAS ABOGADOS
NOMBRE / NOME  CARLOS MARTIN GRANADOS
DIRECCIÓN / MORADA  AV. JESUS SANTOS REIN 12, 1°C
POBLACIÓN / POVOAÇÃO  FUENGIROLA  CP. 29640
PROVINCIA / PROVÍNCIA  MALAGA  PAÍS / PAÍS  ESPAÑA
TEL 0034952468068 E MAIL

---

SEUR INTERNACIONAL
MADRID — SPAIN
+ 34 91 205 95 00  ■■■ SEUR


*292003564145*

PAIS  US ESTADOS UN
POBLACION  NEW YORK
COD POSTAL  NY 1007
FECHA  24/10/2009
AGENTE  IBC

MIA

Pieces: 1/1

MULTIDOC

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P O Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors | Chapter 11<br>Case No 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000045318 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

|||
|---|---|
| Name and address of Creditor (and name and address where notices should be sent if different from Creditor)<br><br>GLOBAL WORLD INVESTMENT, S.L.<br>CALLE MURCIA, 1 (GUADALMINA BAJA), 29670 SAN PEDRO DE ALCANTARA, MALAGA (SPAIN)<br><br>Calle Murcia 1 bis - (Guadalmina Baja) (España) | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>**Court Claim Number:** _____<br>*(if known)*<br><br>Filed on: _____ |
| Telephone number: _____     Email Address: _____<br>Name and address where payment should be sent (if different from above)<br><br><br>Telephone number: 952 88 42 40  Email Address: mr.@netcicwsky.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy or statement giving particulars |

1. Provide the total amount of your claim based on Lehman Programs Securities  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ ___3,537,750.00 $___ (Required)     EURUSD X-Rate Applied: 1,4151 (09/15/08) ECB**

☐  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates

**International Securities Identification Number (ISIN): ___XS0282208049___          (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf)  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number**

**___CA01151___          (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf)  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: CLEARSTREAM 16632**

**          (Required)**

| 5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>**OCT 2 3 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|
| Date: 22/10/09     Signature: The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any.          *Tarek MOHSEN* | |

*Penalty for presenting fraudulent claims:  Fine of up to $500,000 or imprisonment for up to 5 years, or both*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases are filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009

---

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.



