UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 47939, 47940,
                                                                       47945, 47946, 48036, 48114, 48147,
                                                                       48153, 48155, 48157, 48162-48164,
                                                                       48166, 48167, 48169, 48170, 48181,
                                                                       48182, 48184

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                        */s/ Lauren Rodriguez*

Sworn to before me this                                                         Lauren Rodriguez
18th day of February, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>      Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          TRANSFEROR: ILLIQUIDX LTD.
          885 THIRD AVENUE
          NEW YORK NY 10022

Please note that your claim # 50549-07 in the above referenced case and in the amount of
    $1,033,183.01  allowed at $1,036,062.25    has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS & CO.
          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
          ATTN: MICHELLE LATZONI
          200 WEST STREET
          NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 48157    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/12/2015                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 12, 2015.

**EXHIBIT B**

```
TIME: 10:30:55                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 02/12/15                                         CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN SACHS & CO. ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD. 885 THIRD AVENUE NEW YORK NY 10022
MASTER FUND, L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND           TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
BANCA FIDEURAM S.P.A.                             PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY
BLUEBAY MULTI-STRATEGY (MASTER) FUND              ATTN: DAN BEBELLO & LUCIEN ORLOVIOUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM
LIMITED, THE
BLUEBAY MULTI-STRATEGY (MASTER) FUND              ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
LIMITED, THE
BLUEBAY SPECIALISED FUNDS: CREDIT                 TRANSFEROR: NEBRASKA S.A (COMPARTMENT 10) C/O BLUEBAY ASSET MANAGEMENT LTD ATTN: VIVEK CHURAMANI 77 GROSVENOR STREET
OPPORTUNITY (MASTER) FUND (FCP-SIF)               LONDON UNITED KINGDOM
BSI BANK SA, LUGANO                               TRANSFEROR: UBS AG ATTN: ANDREA FERRARI CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO 6900 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.                 C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                           CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: ALEITER HOLDINGS LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BLUEBAY MULTI-STRATEGY (MASTER) FUND LIMITED, THE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BLUEBAY SPECIALISED FUNDS: CREDIT OPPORTUNITY (MASTER) FUN ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CORBIN OPPORTUNITY FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CORBIN OPPORTUNITY FUND, L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HOWARD HUGHES MEDICAL INSTITUTE ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI LYCAON MM L.P. ATTN:RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
ERSEL SIM S.P.A                                   TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: UFFICIO BACK OFFICE PIAZZA SOLFERINO TORINO 11-10121 ITALY
FEDERAL HOME LOAN BANK OF PITTSBURGH              601 GRANT STREET PITTSBURGH PA 15219

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 10:30:55
DATE: 02/12/15

08-13555-mg    Doc 48275    Filed 02/18/15    Entered 02/18/15 18:07:08    Main Document
Pg 6 of 6

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| FEDERAL HOME LOAN BANK OF PITTSBURGH | ROBINS KAPLAN MILLER AND CIRESI LLP ATTN: DAVID BEEHLER AND THOMAS F. BERNDT 800 LASALLE AVENUE 2800 LASALLE PLAZA MINNEAPOLIS MN 55402 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HEINZ SOMMERHALDER | TRANSFEROR: CREDIT SUISSE FLUEBRIGSTRASSE 20 AU CH-8804 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: JOSE CRUZ GUILHERME, MATIAS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: FEDERAL HOME LOAN BANK OF PITTSBURGH C/O KIRKLAND & ELLIS LLP ATTN: JOSEPH SERINO, JR., P.C. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG, ZURICH | TRANSFEROR: NOTENSTEIN PRIVATBANK AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    70

EPIQ BANKRUPTCY SOLUTIONS, LLC