UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (SCC)
                                                                :   (Jointly Administered)
                    Debtors.                                    :
                                                                :
-----------------------------------------------------------------x   Ref. Docket No. 48155

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
18th day of February, 2015

/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
TRANSFEROR: J.P. MORGAN SECURITIES LLC
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

Additional:

Transferee:  GOLDMAN SACHS & CO.
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK NY 10282

**Your transfer of claim # 55393-33 is defective for the reason(s) checked below:**

Other                                                     This transfer does not have enough money to be processed.

Docket Number 48155              Date 02/09/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 12, 2015.

# EXHIBIT B

08-13555-mg    Doc 48277    Filed 02/18/15    Entered 02/18/15 18:08:49    Main Document
Pg 4 of 5

```
TIME: 10:36:43                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 02/12/15                                         CREDITOR LISTING

Name                                Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,   TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
GOLDMAN SACHS & CO.                 ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282


Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC