UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
-----------------------------------------------------------------x   Ref. Docket Nos. 47954, 48185,
                                                                      48187, 48188, 48193, 48195, 48200-
                                                                      48205, 48207, 48209, 48210

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
18th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      ATTN: SAMPSON DEALLIE
      70 HUDSON STREET, 7TH FLOOR
      JERSEY CITY NJ 07302
```

Please note that your claim # 64025-02 in the above referenced case and in the amount of $20,000,000.00 allowed at $20,663,520.00 has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH (UK)
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SIMON
      WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
      LONDON     EC2N 2DB
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48195    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/13/2015                                   Vito Genna, Clerk of Court

                                                   /s/ Lauren Rodriguez
                                                   _____
                                                   By: Epiq Bankruptcy Solutions, LLC
                                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 13, 2015.

# EXHIBIT B

```
TIME: 11:04:22                                          LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 02/13/15                                                CREDITOR LISTING

Name                                          Address
ALEITER HOLDINGS LLC                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.        TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
BANQUE PIGUET & CIE S.A.                      ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                              YVERDON CH-1400 SWITZERLAND
BARCLAYS BANK PLC                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SAMPSON DEALLIE 70 HUDSON STREET, 7TH FLOOR JERSEY CITY NJ 07302
BSI BANK SA, LUGANO                           TRANSFEROR: UBS AG ATTN: ANDREA FERRARI CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO  6900 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: SOLUS CORE OPPORTUNITIES LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP. 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: SOLUS RECOVERY LH FUND LP 1614 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: SOLUS RECOVERY LH FUND LP 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDITO EMILIANO S.P.A.                       ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                       ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                              LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                              LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                              LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: OAKFORD MF LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: OAKFORD MF LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: P MONARCH RECOVERY LTD. ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)          TRANSFEROR: BARCLAYS BANK PLC ATTN: SIMON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SOLUS OPPORTUNITIES FUND 1 LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 3 LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 3 LP                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                              NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed    27                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```