

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com



# Message

January 20, 2015

**subject** Withdrawal of Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving    Notice of Withdrawal of partial transfer of claim

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ | |

Remarks
Notice of Withdrawal of partial transfer of claim
TOCE070    CHF 50'000.00    XS0337337710
Transferor: Credit Suisse Switzerland / Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

61555 E        07.03.2012        N1                              20.01.2015        Page 1/1

*[RECEIVED FEB - 2 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
                                               :    Chapter 11
                                               :
In re                                          :    Case No. 08-13555
                                               :
LEHMAN BROTHERS HOLDINGS INC.                  :    (Jointly Administered)
                                               :
                    Debtor.                    :
---------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 42078], dated January 23, 2014, filed in reference to Claim No. 55829, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  February 25, 2014        UBS AG

                                 _____        _____
                                 Hugo Koller                  Matthias Mohos
                                 Director                     Associate Director