**RBC**

**Carlos Fuhrmeister**
Vice President -
Financial Advisor
International Wealth, USA

A division of
RBC Capital Markets, LLC,
Member NYSE/FINRA/SIPC.

801 Brickell Avenue
Suite 1500
Miami, FL 33131-4901

Direct:    305-925-2433
Office:    305-925-2450
Fax:       305-925-2451
carlos.fuhrmeister@rbc.com

**Venezuela**
0800-100-2885

**Colombia**
0800-518-0469

Form 210A (10/06)

FILED / RECEIVED

JAN 3 0 2015

EPIQ SYSTEMS

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

RECEIVED
FEB - 2 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Royal Bank of Canada | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:
801 Brickell Ave. Ste 1500
Miami, FL 33131

Court Claim # (if known): 55813
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): see Evidence of Transfer of Claim Form

Phone: 305-925-2433
Last Four Digits of Acct #: 1619

Phone: --
Last Four Digits of Acct. #: --

Name and Address where transferee
payments should be sent (if different
from above):
① Same as above
② payments should be sent
Phone: via the depository Euroclear # 25827
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: ___1/27/2015___
Transferee/Transferee's Agent
CARLOS FUHRMEISTER

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG**   ("Transferor") unconditionally and irrevocably transferred to **Royal Bank of Canada** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55813** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **January 14, 2015.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|-----------------------------------------------|
| XS0323493584 | 55813 | October 29, 2009 | Lehman Brothers Treasury BV | USD 100'000 |

From: (305) 925-2468
Priscila Lopes
RBC Wealth Management
801 Brickell Avenue
Suite 1500
Miami, FL 33131

Origin ID: MPBA


FedEx
Express

Ship Date: 27JAN15
ActWgt: 1.0 LB
CAD: 101025719/INET3610

J151015011403uv

Delivery Address Bar Code



SHIP TO: (866) 879-0688        BILL SENDER

**Lehman Bros Hldgs Claim Processing**
**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue**
**3rd Floor**
**NEW YORK, NY 10017**

Ref #        Nexas Lehm Docs
Invoice #
PO #
Dept #

FILED / RECEIVED

JAN 30 2015

EPIQ SYSTEMS

TRK#  **7727 2898 9320**
0201

**SA OGSA**

FRI - 30 JAN AA
EXPRESS SAVER
ASR
**10017**
NY-US
**EWR**



537J1/8F15/EE4B

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.