


B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC  ,          Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__NORDNET BANK AB__                                __VAGGERYD KOMMUN__
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): __6717835__
should be sent:                                    Amount of Claim: __$185,544.67__
  NORDNET BANK AB                                  Date Claim Filed: __11/15/2012__
  BOX14077, 167147 BROMMA, SWEDEN

Phone: __+46 8 506 33 000__                        Phone: __+46 370 67 80 00__
Last Four Digits of Acct #: _____                 Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date: __2015-01-26__
    Tilman Wallmark, Transferee's Agent / Steve Mendler

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.