UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555-scc<br><br>AFFIDAVIT OF SERVICE<br>BY FIRST CLASS MAIL |

STATE OF NEW YORK)
COUNTY OF NEW YORK) ss.:

ANITA M. SMITH, being duly sworn, deposes and says:

That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

That on February 18, 2015, I served a true copy of a **Notice of Hearing, Signed Order to Show Cause and Motion to Vacate Order with Exhibits** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Mailed To:    The Chambers of the Honorable
              Shelley C. Chapman
              One Bowling Green
              Courtroom 623
              New York, New York 10004

              Weil Gotshal & Manges LLP
              767 Fifth Avenue
              New York, New York 10153
                  Attn:   Richard P. Krasnow, Esq.
                          Lori R. Fife, Esq.
                          Shi Y. Waisman, Esq.
                          Jacqueline Marcus, Esq.

              United States Trustee
              33 Whitehall Street, 21st Floor
              New York, New York 10004
                  Attn:   Andy Velez-Rivera, Esq.,
                          Paul Schwartzberg, Esq.
                          Brian Masumoto, Esq.
                          Linda Riffkin, Esq.
                          Tracy Hope Davis, Esq.

900200.00001/6434752v.1

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Even R. Fleck, Esq.

Wollmuth Maher & Deutsche LLP
500 Fifth Avenue
New York, New York 10110
Attn:   James Lawlor, Esq.
        Adam Bialek, Esq.

AND

That on February 18, 2015, I served a true copy of a **Notice of Hearing, Signed Order to Show Cause and Motion to Vacate Order with Exhibits** in the above captioned action **via electronic mail in portable document format (PDF)** upon all persons on the attached Master Service List.

ANITA M. SMITH

Sworn to before me this
18th day of February 2015

Notary Public

HILLARY K. JACKSON
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County
Commission Expires March 22, 2016

900200.00001/6434752v.1