

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 787 SEVENTH AVENUE | BOSTON | HOUSTON | SHANGHAI |
| NEW YORK, NY 10019 | BRUSSELS | LONDON | SINGAPORE |
| (212) 839 5300 | CHICAGO | LOS ANGELES | SYDNEY |
| (212) 839 5599 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

mjackson@sidley.com
(212) 839-6726

FOUNDED 1866

February 11, 2015

Clerk of the Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:    In re Lehman Brothers Holding Inc., Case No. 08-13555 (SCC)

Dear Clerk of the Court:

Sidley Austin LLP ("Sidley Austin") respectfully requests removal of the email address of Robert W. Hirth (rhirth@sidley.com) from the ECF service notification list on the Court's CM/ECF system for electronically filed items in the above referenced bankruptcy case. Mr. Hirth has retired from Sidley Austin. His withdrawal from the ECF service notification list will not affect the posture of this action.

Thank you for your assistance.

Respectfully submitted,

Martin B. Jackson



RECEIVED
FEB 1 3 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.