# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

February 19, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re**: **Lehman Brothers Holding, Inc.**
**ADR Procedures Order Dated 9/17/09 (the "Order")**
**Sixty-third Status Report**

Dear Judge Chapman:

The six Tier One Mediators have requested, your Honor, that we submit to the Court this monthly report (the sixty-third) pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. The debtors will file this report on the docket in advance of the February 19, 2015 omnibus hearing.

In the 35 days following the last prior report, the debtors served no new ADR Notices in Tier One. When added to the total Notices previously served in Tiers One and Two, the total number of Notices served is 491. During the immediately past reporting period, the debtors achieved settlements with counterparties in two ADR matters, both as a result of mediation. Upon the closing of such settlements, the debtors will have received an aggregate total of $2,829,745,046 new dollars for the debtors' estates. Settlements now have been achieved in 394 ADR matters involving 511 counterparties.

Honorable Shelley C. Chapman
February 19, 2015
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 222 ADR matters that have reached the mediation stage in Tier One and have been concluded, 207 have been settled in mediation; only fifteen mediations have terminated without settlement. Four additional Tier One mediations have been scheduled to commence on the following dates: March 3 [2 mediations] and 17; and April 22, 2015.

Respectfully submitted,

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

PG:mp

cc:  Stephen Crane, Esq
     Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Jane Greenspan, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)