3001(e) Notice

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al., Case No. 08-13555(JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Deutsch Bank AG, London Branch** | BNY Mellon Corporate Trustee Services Limited (formerly BNY Corporate Trustee Services Limited) |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 22049<br>Claim Amount: $13,403,379.52<br>Amount Transferred: $6,701,689.76<br>Date Claim Filed: September 21, 2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

Deutsche Bank AG, London Branch
Winchester House
1 Great Winchester Street
London EC2N 2DB
United Kingdom
Tel:
Fax:
Emails: Alexander.kraemer@db.com / simon.glennie@db.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 19 February 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Alexander Kraemer
Director

Simon Glennie
Vice President

## Evidence of Transfer

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:  LEHMAN BROTHERS HOLDINGS INC.

BNY Mellon Corporate Trustee Services Limited (formerly BNY Corporate Trustee Services Limited) ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch ("Buyer"), USD 6,701,689.76 of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 22049 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19th day of February, 2015.

| BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED (formerly BNY Corporate Trustee Services Limited) | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: _____ <br> Name: Authorised Signatory <br> Mark Brescacin <br> Title: <br> Tel.: +44 207 163 7445 | By: _____ <br> Name: <br> Title: <br> Tel.: |

Evidence of Transfer

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:  LEHMAN BROTHERS HOLDINGS INC.

BNY Mellon Corporate Trustee Services Limited (formerly BNY Corporate Trustee Services Limited) ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch ("Buyer"), USD 6,701,689.76 of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 22049 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19th day of February, 2015.

| BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED (formerly BNY Corporate Trustee Services Limited) | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By:_____ <br> Name: <br> Title: <br> Tel.: | By: _____ <br> Name: Alexander Kraemer / Simon Glennie <br> Title: Director / Vice President <br> Tel.: |