UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (SCC)
                                                           :
           Debtors.                                        :    (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING THE PLAN ADMINISTRATOR'S FOUR HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**

Upon the four hundred eighty-sixth omnibus objection to claims, dated November 26, 2014 (the "Four Hundred Eighty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, pursuant to section 502(b) of title 11 of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance of the Relevant Guarantee Claims, all as more fully described in the Four Hundred Eighty-Sixth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighty-Sixth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Eighty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, and for the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Sixth Omnibus Objection to Claims.

reasons stated on the record of the hearing on the Four Hundred Eighty-Sixth Omnibus Objection to Claims held on February 19, 2015, it is

ORDERED that the relief requested in the Four Hundred Eighty-Sixth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February 19, 2015
      New York, New York

                                  <u>/S/ Shelley C. Chapman</u>
                                  UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

## **Claims To Be Disallowed**

| Claimant | Claim No. |
|---|---|
| Nomura Securities Co., Ltd. | 14150 |
| Nomura Securities Co., Ltd. | 17201 |

WEIL:\95248824\1\58399.0011