

**Epiq Bankruptcy Solutions, LLC**
**Attn: Lehman Brothers**
**Holdings Inc. Claims Processing**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**
**USA**

747719



DIE POST

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 44977

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0346687360 | 44977 | 10/23/2009 | Incore Bank AG | Claim Amount USD 85'146.35 (Nominal Amount EUR 60'000) |



RECEIVED FEB -9 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK