# EDMOND DE ROTHSCHILD

# No A-103419



RECEIVED FEB 10 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN. INTAKE DEPARTEMENT
ONE BOWLING GREEN
NEW YORK, NY 10004

Réf. :   210/UG/sk

Genève, le  20 janvier 2015
Geneva,   January 20th, 2015

MM,

Nous vous informons que nous vous envoyons aujourd'hui par pli recommandé :
*Please note that we are sending you today under registered cover:*

* USD 25.-- *

* US DOLLARS TWENTY FIVE ONLY *

IN ONE CHECK NUMBER 3254 DRAWN ON
JPMORGAN CHASE BANK - NEW YORK

TO THE ORDER OF YOURSELVES

BY ORDER OF EDMOND DE ROTHSCHILD (SUISSE) SA
F/F/C INTAKE DEPARTMENT
REF: FEES FOR THE TRF OF 2'450 LEHMAN BROS
TREASURY BC 2017-30.7.2010 (ISIN XS0310069538)

dont veuillez nous donner décharge s.v.p.
*for which please acknowledge receipt.*

Vos dévoués / *Yours truly,*
Edmond de Rothschild (Suisse) S.A.

18, rue de Hesse  - 1204 Genève
CP 5478  - 1211 Genève 11 - Suisse
T +41 58 818 91 11 - F +41 58 818 91 21
www.edmond-de-rothschild.ch

**EDMOND DE ROTHSCHILD**

# No A-103419

A RETOURNER / PLEASE RETURN TO

Edmond de Rothschild (Suisse) S.A.
Case postale 5478

1211 Genève 11

Réf. :   210/UG/sk

Envoi du   20 janvier 2015
*Mailing of   January 20th, 2015*

MM,

Nous accusons réception de votre envoi recommandé contenant :
*We acknowledge receipt of your remittance by registered cover containing:*

* USD 25.-- *

* US DOLLARS TWENTY FIVE ONLY *

IN ONE CHECK NUMBER 3254 DRAWN ON
JPMORGAN CHASE BANK - NEW YORK

TO THE ORDER OF YOURSELVES

BY ORDER OF EDMOND DE ROTHSCHILD (SUISSE) SA
F/F/C INTAKE DEPARTMENT
REF: FEES FOR THE TRF OF 2'450 LEHMAN BROS
TREASURY BC 2017-30.7.2010 (ISIN XS0310069538)

dont nous vous donnons décharge.
*for which we discharge you.*

Signature :

18, rue de Hesse - 1204 Genève
CP 5478 - 1211 Genève 11 - Suisse
T +41 58 818 91 11 - F +41 58 818 91 21
www.edmond-de-rothschild.ch



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Edmond de Rothschild (Suisse) SA | UBS AG |
| Notices to Transferee should be sent to:<br>Edmond de Rothschild (Suisse) SA<br>18 rue de Hesse<br>1204 Geneva<br>0041 58 818 96 45<br>Attn: Martine Boillon<br>m.boillon@edr.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 50'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 12.11.2014
Martine Boillon / Assistant-Vice President
Edmond de Rothschild (Suisse) SA
18 rue de Hesse 1204 Geneva

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC266 UBS0265 Rothschild 50K 3757649

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 90% Lehman Bros.Treasury BV 2008-25.4.2011 | XS0357658672 | LBT BV | LBH Inc. | EUR 50'000.00 out of EUR 1'540'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Edmond de Rothschild (Suisse) SA
18 rue de Hesse
1204 Geneva

Telephone: 0041 58 818 96 45
Fax: 0041 58 818 91 31
Attention: Martine Boillon

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TOC266 UBS0265 Rothschild 50K 3757649

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 12, 2014.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Edmond de Rothschild (Suisse) SA
Transferee

By: _____
Name: Martine Boillon
Title: Assistant Vice-President

By: _____
Name: Stéphane Comazzi
Title: Senior Assistant Vice-President

TOC266 UBS0265 Rothschild 50K 3757649

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Banque Edmond de Rothschild (Suisse) SA | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Edmond de Rothschild (Suisse) SA<br>18 rue de Hesse<br>1204 Geneva<br>0041 58 818 96 45<br>Attn: Martine Boillon<br>m.boillon@edr.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>Units 2'450.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12.11.2014
Martine Boillon / Assistant-Vice President
Edmond de Rothschild (Suisse) SA
18 rue de Hesse 1204 Geneva

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC267 UBS0240 Rothschild Units2450 2750579

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros.Treasury BV 2007-30.7.2010 | XS0310069538 | LBT BV | LBH Inc. | Units 2'450.00 out of Units 46'810.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Edmond de Rothschild (Suisse) SA
18 rue de Hesse
1204 Geneva

Telephone: 0041 58 818 96 45
Fax : 0041 58 818 91 31
Attention : Martine Boillon

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 12, 2014.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Edmond de Rothschild (Suisse) SA
Transferee

By: _____
Name: Martine Boillon
Title: Assistant Vice-President

By: _____
Name: Stephane Comazzi
Title: Senior Assistant Vice-President