**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA SPA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by Allianz Bank Financial Advisors S.p.A., as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of $940,291.62, which has been designated as claim no. 48753, which claim has been allowed in the amount of $679,245.89 (the "Claim"). ICCREA Banca SPA ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of 18.49% of XS0200284247 ($125,623.97 of $679,245.89, the outstanding amount of XS0200284247 as described in the claim) held by Transferor. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA SPA

Name and Address Where
    Notices to Assignee Should be Sent:
    VIA LUCRAZIA ROMANA, 41/47
    ROMA, ITALY 00178
    ATTN: ANTONIO TORRE

**Name of Transferor**: Allianz Bank Financial Advisors S.p.A., as Agent

       The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York         **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       February 19, 2015

                                                 By: */s/ Lorraine S. McGowen*
                                                    Lorraine S. McGowen, Esq.
                                                    51 West 52nd Street
                                                    New York, NY 10019-6142
                                                    Telephone: (212) 506-5000
                                                    Facsimile: (212) 506-5151

                                                    ATTORNEYS FOR TRANSFEREE
                                                    ICCREA BANCA SPA

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

ICCREA BANCA SPA
Name of Transferee

Allianz Bank Financial Advisors SpA
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim:   48753

Total Amount of Claim: $ 940,291.62

ICCREA BANCA SPA
Antonio Torre
Via Lucrezia Romana 41/47
Roma Italy 00178

Date Claim Filed: 27.10.2009
Allowed Claim $ 679,245.89

Partial Claim Transferred: $ 125.623,97

Attn:
E-mail:
Phone: 0039
Last Four Digits of Acct #: N/A

Piazzale Lodi, 3
Milano Italy 20137

Attn: Franco Brichetti
      Francesca Trebbi
Phone: +39 02 72168604 - 8922
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Attn:
Phone:

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief,

By: _____                       Date:   day of        2014
      Transferee/Transferee's Agent

Name:  Antonio Torre
Title:  Manager

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C
§1152 & 3571.

1

Schedule 1

Transferred Claims

Purchased Claim

18.49% of XS0200284247= $ 125,623.97 of $679,245.89 ( the outstanding amount of XS0200284247as described in the Proof of Claim dated 10/23/09 and filed on 10/27/09)

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN B.T. 7% RF 14 | XS0200284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 86,000.00 | 09/22/2014 | USD 125,623.97 |

ALLIANZ BANK FINANCIAL ADVISORS SpA

Franco Brichetti
Managing Officer

Bruno Casalini
Manager

ICCREA BANCA SPA

Antonio Torre
Manager

Schedule 1-1