

# BANKHAUS SPÄNGLER

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

Salzburg, February 10, 2015

Transfer of claim

Dear Sir or Madam,

attached please find the notice of transfer of claims of Transferor UBS AG to us (Bankhaus Carl Spängler & Co. Aktiengesellschaft).

Please feel free to contact me at evelyn.trattner@spaengler.at if you require any further information.

Yours faithfully,

i.V. Evelyn Trattner          i.V. Claudia Höll
Bankhaus Carl Spängler & Co.
Aktiengesellschaft



RECEIVED
FEB 11 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

BANKHAUS CARL SPÄNGLER & CO. AKTIENGESELLSCHAFT, A 5020 SALZBURG, SCHWARZSTRASSE 1, POSTFACH 41
TEL +43 662 8686-0, FAX +43 662 8686-158, BANKHAUS@SPAENGLER.AT, WWW.SPAENGLER.AT S.W.I.F.T.-ADRESSE SPAEAT2S,
BANKLEITZAHL 19530, DVR 0048518, FN 75934V/ LG SALZBURG, SITZ SALZBURG, UID-NR. ATU 33972706

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED FEB 11 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

In re:   Lehman Brothers Holdings Inc.    Case No.: __ (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Bankhaus Carl Spängler & Co. Aktiengesellschaft | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Bankhaus Carl Spängler & Co. Aktiengesellschaft<br>Schwarzstrasse 1<br>A-5024 Salzburg<br>Attn. Evelyn Trattner<br>EMAIL: Evelyn.Trattner@spaengler.at | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>Units 220.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BANKHAUS CARL SPÄNGLER & CO. AG
A-5020 SALZBURG · SCHWARZSTRASSE 1
By: i.V. [signature] TEL +43 662/86 86-0 [signature]    Date: 4 FEBRUARY 2015
Bankhaus Carl Spängler & Co. Aktiengesellschaft
Schwarzstrasse 1
A-5024 Salzburg

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
          One Bowling Green
          New York, New York 10004
          Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | XS0279424310 | LBT BV | LBH Inc. | Units 220.00 out of Units 84'755.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Bankhaus Carl Spängler & Co. Aktiengesellschaft
Schwarzstrasse 1
A-5024 Salzburg Telephone: +43 662 86 86-386
Attention: Evelyn Trattner

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 27, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Bankhaus Carl Spängler & Co. Aktiengesellschaft

By: _____
Name: Evelyn Trattner