**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA, as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by CREDITO EMILIANO SPA, as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of $152,505,272.33, which has been designated as claim no. 62892 (the "Claim"). ICCREA Banca, as Agent on behalf of one or more of its customers ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of (i) a ratable portion of .1045562% of XS0176153350 ($37,841.59 of $36,192,552.48, the outstanding amount of XS0176153350) and (ii) .5975857% of XS0200284247 ($72,871.78 of $12,194,364.40, the outstanding amount of XS0200284247) held by Transferor . A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA BANCA S.p.A.

Name and Address Where
    Notices to Assignee Should be Sent:
    VIA LUCRAZIA ROMANA, 41/47
    ROMA, ITALY 00178
    ATTN: ANTONIO TORRE

**Name of Transferor**: CREDITO EMILIANO SPA

    The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       February 19, 2015

                                     By: */s/ Lorraine S. McGowen*
                                        Lorraine S. McGowen, Esq.
                                        51 West 52nd Street
                                        New York, NY 10019-6142
                                        Telephone: (212) 506-5000
                                        Facsimile: (212) 506-5151

                                        ATTORNEYS FOR TRANSFEREE
                                        ICCREA BANCA, as Agent

**EVIDENCE OF TRANSFER OF CLAIM**

**TRANSFER AGREEMENT**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS         Case No. 08-13555 (JMP)
                                                              JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **ICCREA Banca S.p.A** | **Credito Emiliano SPA** |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim #: 62892 |
| Avv. ANTONIO TORRE | Amount of Claim: $ 152,505,272.33 |
| Responsabile del Legale | Date Claim Filed: November , 2 2009 |
| Via Lucrezia Romana 41/47 | Partial Amount claim transferred: $110,713.35 |
| 00178 Roma | |
| Italy | |
| Attn. Legal Department | |
| E-mail: | |
| | |
| Phone: | Phone: 0039 0522 582464 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments
should be sent (if different from above):

Phone: [*inserire contatto telefonico del ricevente il pagamento per conto del cessionario*]
Last Four Digits of Acct #: N/A

[*Inserire riferimenti bancari del cessionario*]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: ___Avv. ANTONIO TORRE___                           Date: 26th November 2014
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

Schedule 1

Transferred Claims

Purchased Claim

0,1045562 % of XS0176153350 EUR = USD 37,841.57 of USD 36,192,552.48 (i.e. the outstanding amount of XS0176153350 as described in the Proof of Claim dated 29 October, 2009 and filed on 02 November, 2009),

0,5975857 % of XS0200284247 EUR = USD 72,871.78 of USD 12,194,364.40 (i.e. the outstanding amount of XS0200284247 as described in the Proof of Claim dated 29 October, 2009 and filed on 02 November, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 10.10.2003/2013 EUR | XS0176153350 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 26,000.00 (equivalent to USD 36,792.60) | 10/10/2013 | EUR 26,741.27 (equivalent to USD 37,841.57) |
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 22.09.2004/2014 EUR | XS0200284247 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 50,000.00 (equivalent to USD 70,755.00) | 09/22/2014 | EUR 51,495.86 (equivalent to USD 72,871.78) |

ICCREA BANCA
Avv. ANTONIO TORRE
Responsabile del Legale

CREDITO EMILIANO S.P.A.