**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA, S.p.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by Cassa Di Risparmio Di Ravenna S.p.A., as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of $45,283.20, which has been designated as claim no. 51236 (the "Claim"). ICCREA Banca, S.p.A. ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of 21.875% of XS0179304869 ($9,905.70 of $45,283.20) held by Transferor. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA BANCA S.p.A.

Name and Address Where
   Notices to Assignee Should be Sent:
   VIA LUCRAZIA ROMANA, 41/47
   ROMA, ITALY 00178
   ATTN: ANTONIO TORRE

**Name of Transferor**: Cassa Di Risparmio Di Ravenna S.p.A.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
       February 19, 2015

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Lorraine S. McGowen*
    Lorraine S. McGowen, Esq.
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151

    ATTORNEYS FOR TRANSFEREE
    ICCREA BANCA, S.p.A.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS     Case No. 08-13555 (JMP) JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**        Avv. ANTONIO TORRE
ICCREA BANCA SPA              Responsabile del Legale

**Name of Transferor**
CASSA DI RISPARMIO DI RAVENNA SpA

Name and Address where notices to transferee
should be sent:
ICCREA BANCA SPA
Via Lucrezia Romana 41/47 Roma 00178

Attn: Marianna Ventre
E-mail: mventre@iccrea.bcc.it
Phone: 0039 0672075814

Court Claim # 51236
Total Amount of Claim: $ 45,283.20
Date Claim Filed: 28Oct2009
Allowed Claim $ 45,555.80
*Partion of allowed claim transferred 9,965.33*

Phone: 0039 0544 480348
Email cpulazzi@carira.it

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #: N/A

| STANDARD SETTLEMENT INSTRUCTIONS | MT202 MANDATORY FIELDS |
|---|---|
| Payment to:      ICRAITRR | Field 57A:/ Iccrea Banca spa |
| In favour of:    swift code | Field 58A:/ Cred.Coop.Rav.Imo. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

       Avv. ANTONIO TORRE
By: ___Responsabile del Legale___                                      Date:
       (ICCREA BANCA SPA)
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

Schedule 1

## Transferred Claims

### Purchased Claim

21,875% of isin XS0179304869 as described in the Proof of Claim = USD 9,905.70 of USD 45,283.20

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN Code | Issuer | Guarantor | Notional Amount (EUR) | Notional Amount (USD)* | Accrued Amount (EUR) as of Proof of Claim Filing Date | Accrued Amount (USD)* | Allowed Amount of Proof of Claim (USD)* |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers 03/11/2008 TV | XS0179304869 | Lehman Brothers Holdings Inc. | not applicable | 7.000,00 | 9,905.70 | 42,14 | 59,63 | 9,965.33 |

*Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by [the European Central Bank/Bloomberg] for September 15, 2008: 1 EUR = 1.4151 USD.

CASSA DI RISPARMIO DI RAVENNA S.P.A.

*[signature]*

ICCREA BANCA S.P.A.

AVV. A[...]NIO T[...]RRE
Respo[...] dei L[...]gale

*[signature]*

Schedule 1–1