

February 3, 2015

United States Bankruptcy Court
Southern District of New York
One Bowling Green,
New York, NY   10004-1408
U.S.A.



**Attn: Lehman Brothers Holdings Inc.**

Please find attached signed Transfer of Claim form.

Also attached is the cheque for the claim transfer fee of USD 25.

If you have any questions, please feel free to contact me at jtang@cansofunds.com or 1-905-881-8853.

Best regards,

Jeff Tang
Canso Investment Counsel Ltd.

100 York Boulevard, Suite 550         www.cansofunds.com         Tel: (905) 881-8853
Richmond Hill, ON Canada L4B 1J8                                  Fax: (905) 881-1466

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al. Debtors         Case No. 08-13555 (JMP)

**RECEIVED FEB -9 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Canso Corporate Value Fund | Philbeau Inc. Corporate Securities |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Canso Fund Management Ltd.
100 York Blvd., Suite 550
Richmond Hill, Ontario, Canada L4B 1J8

Phone: 1-905-881-8853
Last Four Digits of Acct #: 3002

Court Claim # (if known): 59195
Amount of Claim: $68,516.12 (original claim amount filed)
Date Claim Filed: 10/30/2009

Phone: 1-905-881-8853
Last Four Digits of Acct. #: PHI14 ← account number

Name and Address where transferee payments should be sent (if different from above):

Phone: 1-905-881-8853
Last Four Digits of Acct #: 3002

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Heather Mason-Wood     Date: Feb 2, 2015
Transferee/Transferee's Agent
HEATHER MASON-WOOD
DIRECTOR, CANSO FUND MANAGEMENT LTD.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.