

BANCA DEL SEMPIONE SA
Via P.Peri 5
6900 Lugano
Tel. ++41919107380
backoffice@bancasempione.ch



United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004
Attn. Clerk of the Court

Lugano, 11 February 2016       Ref: AMT-rv/380

We are sending you the following document:

| 1 | Notice of Transfer of Claims with the related Evidence of Transfer of Claim  Proof of Claim Number: 59233  Description of Security: Lehman Bros Treasury BV 2005-6.6.17  Isin: XS0220152069  Issuer LBT BV  Guarantor: LBH Inc.  Face Amount: EUR 40000 (out of EUR 680000)  Transferor: UBS AG  Transferee: Graziano Deli | |

Please acknowledge receipt of the shipment by sending a copy of this letter to our email adress backoffice@bancasempione.ch

Best regards

BANCA DEL SEMPIONE SA

M. DERADA
Authorised Officer

RENATO VOSTI
Senior Officer



## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: __(JMP)__
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Graziano Deli | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Banca del Sempione<br>Via Pietro Peri 5<br>6900 Lugano<br>Attn. Renato Vosti<br>EMAIL: rvosti@bancasempione.ch<br>          backoffice@bancasempione.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 40'000 | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____              Date: 02.02.2015
    Graziano Deli
    Via Vall' Orba 1
    CH-6977 Ruvigliana

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

# EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:      Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV<br><br>2005-6.6.17 | XS0220152069 | LBT BV | LBH Inc. | EUR 40'000<br>out of<br>EUR 680'000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

    Graziano Deli
    Via Vall' Orba 1
    CH-6977 Ruvigliana
    Telephone: +41 91 971 84 25

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 29, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

By: _____
Name: Graziano Deli