Logistik
LOAA2



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | 044 292 98 92 |
| Fax | 044 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

Einschreiben

United States Bankruptcy Court
Southern District of New York
re: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA



RECEIVED

FEB 13 2015

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Zürich, 5. Februar 2015

**Partial Transfer of Claim „Lehman Brothers Treasury BV"**

Dear Sir or Madam,

Please find enclosed the originally signed "Notice Pursuant to Bankruptcy Rule 3001" and "Evidence of Transfer of Claim", released by UBS on January 22, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | CH0034783651 |
| Titel: | 100% Capital Protected Certificates Lehman Brothers 2008-25.1.11 on DJ Eurostoxx 50 Index Reg-S -In Default-(M) |
| Nominal: | Nom. -20'000- |
| Transferor: | UBS |
| Transferee: | Trudi Liebmann-Uhr |
| Initial Proof of Claim Number: | 59233 |

Best regards
Zürcher Kantonalbank

Matthias Hafner                          Vincenzo Pisano



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.   08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>**Trudi Liebmann** | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br><br>Trudi Liebmann<br>Bächlerstrasse 53<br>CH-8802 Kilchberg (Switzerland)<br>**and**<br>Zürcher Kantonalbank<br>LOAV3<br>P.O. Box<br>8010 Zurich, Switzerland<br>Fax +41 44 292 86 64<br>Tel +41 44 292 76 57<br>Attn: Patrick Heuberger | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Trudi Liebmann<br>Bächlerstrasse 53<br>CH-8802 Kilchberg (Switzerland) | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 – hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 20'000.00 (face amount of securities) | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM<br>ONLY --- SEE ATTACHED EVIDENCE OF<br>TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthias Hafner_ ___ Vincenzo Pisano ___ Date: _5.2.2015_
    Zürcher Kantonalbank
    Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 30'000.00

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV 2008-25.1.11 | CH0034783651 | LBT BV | Lehman Bros Holding Inc. | EUR 20'000.00 out of EUR 23'000 |

**The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Trudi Liebmann
Bächlerstrasse 53
CH-8802 Kilchberg (Switzerland)

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 22, 2015.

**UBS AG**
Transferor

By: _____
Name: Stephan Gfeller
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director