B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc  ,   Case No.  08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mirabaud et Cie, S.A., Geneve | Bank Julius Baer & Co. Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  29 Boulevard Georges-Favon
  CH - 1204 Geneve

Court Claim # (if known):  66929-05
Amount of Claim:  $350,000.00
Date Claim Filed:  10/30/2009

Phone:  +41 58 816 22 96
Last Four Digits of Acct #:  6627

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

RECEIVED FEB 13 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Mirabaud & Cie S.A.              Date: 02/11/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Wey Renate
Directeur Adjoint

Miguel Rudaz
Vice President

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Mirabaud et Cie, S.A., Geneve** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **66929-05**) in the **amount of 350,000 USD** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9 February 2015.

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Director

Fabian Burckhardt
Executive Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| XS0327725106 | 66929-05 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | 350,000 USD |

**Mirabaud & Cie SA**

Boulevard Georges-Favon 29

1204 Genève
Switzerland

---

**Liste des signatures autorisées**
**Unterschriftenverzeichnis**
**List of Authorized Signatures**

---

11.02.2014

**Mirabaud & Cie SA**

Boulevard Georges-Favon 29

1204 Genève
Switzerland

---

SIGNATURE SOCIALE
Les directeurs, les directeurs adjoints, les sous-directeurs et les fondés de pouvoir signent collectivement à deux entre eux ou avec un mandataire commercial.
Les mandataires commerciaux signent conjointement avec un directeur, un directeur adjoint, un sous-directeur ou un fondé de pouvoir. Leur mandat selon l'art. 462 du Code des obligations s'étend aussi aux engagements de change.
Une réglementation spéciale est applicable à la correspondance rédigée à l'aide de certaines formules; elle figure sur les formules en question.

FIRMAZEICHUNG
Die Direktoren, die stellvertretenden Direktoren, die Vizedirektoren und die Prokuristen zeichnen kollektiv zu zweien untereinander oder mir einem Handlungsbevollmächtigten.
Die Handlungsbevollmächtigten zeichnen kollektiv mit einem Direktor, mit einem Stellvertretenden Direktor, mit einem Vizedirektor oder mit einem Prokuristen. Ihr Mandat, gemäss Art. 462 des Obligationenrechtes, erstreckt sich auch auf das Eingehen von Wechselverbindlichkeiten.
Für bestimmte Formularkorrespondenzen besteht eine besondere Unterschriftenregelung, dir durch Aufdruck auf den betreffenden Formularen bekanntgegeben wird.

SIGNATURE POWERS
Senior Vice Presidents, First Vice Presidents, Vice Presidents and Senior Officers are empowered to sign jointly one with another or with an Officer.
Officers are empowered to sign jointly with a Senior Vice President, First Vice President, Vice President or a Senior Officer. Their authority according to article 462 of the Swiss Federal Code of Obligations also includes the power to incur obligations by signing bills of exchange.
Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

---

11.02.2014

# Mirabaud & Cie SA

Boulevard Georges-Favon 29

1204 Genève
Switzerland

**Service Juridique**

| | |
|---|---|
| **Christinaz Olivier**<br>Sous-Directeur<br>Vizedirektor<br>Vice President | *signature* |
| **Fais Lionel**<br>Sous-Directeur<br>Vizedirektor<br>Vice President | *signature* |
| **Terrizzano Marion**<br>Mandataire Commercial<br>Handlungsbevollmächtigte<br>Officer | *signature* |
| **Verne Stéphanie**<br>Sous-Directrice<br>Vizedirektorin<br>Vice President | *signature* |
| **Wey Renate**<br>Directrice adjointe<br>Stellvertretende Direktorin<br>Senior Vice President | *signature* |

**Mirabaud & Cie SA**

Boulevard Georges-Favon 29

1204 Genève
Switzerland

**Opérations**

| | |
|---|---|
| **Rossi Pietro**<br>Sous-Directeur<br>Vizedirektor<br>Vice President | *[signature]* |
| **Rudaz Miguel**<br>Sous-Directeur<br>Vizedirektor<br>Vice President | *[signature]* |
| **Tomasino Yvan**<br>Fondé de pouvoir<br>Prokurist<br>Senior Officer | *[signature]* |