**PUMICE INVESTMENTS (NETHERLANDS) B.V.**

Luna Arena  
Herikerbergweg 238  
1101 CM Amsterdam  
The Netherlands  
P.O. Box 23393  
1100 DW Amsterdam  
The Netherlands

Tel.: +31 20 57 55 600  
Fax.: +31 20 67 30 016

K.v.K. nr. 34.160.545

**BY COURIER**

United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408



RECEIVED FEB 1 8 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Amsterdam, 17 February 2015  
Ref: 102266/fke1ams/jku1ams/sba1ams

Re: Quartz Series 2001-3 – Pumice Claim withdrawal form.

Dear Sirs,

Further to the request of Jason Brooks (Clifford Chance LLP), please find enclosed the original Pumice Claim withdrawal form, duly signed on behalf of Pumice Investment (Netherlands) B.V. by its director TMF Management B.V. (here represented by A. Weglau and R. van de Paverd).

We trust that you will find the above to be in order. However should you have any questions, please do not hesitate to contact us.

Kind regards,

Fiona Kettner

Jesper Kuyvenhoven

*Enclosure*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                      :
In re:                                                :      Chapter 11 Case No.
                                                      :
                                                      :
LEHMAN BROTHERS HOLDINGS INC., et al.,                :      08-13555 (JMP)
                                                      :
                                                      :
                          Debtors.                    :      (Jointly Administered)
                                                      :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM(S)

Reference is made to the proof of claim numbered 28175 against Lehman Brothers Holdings Inc. by Pumice Investments (Netherlands) B.V. (the "Claimant"), filed in the amount of $5,733,650 (the "Claim").

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

Dated: 17 February, 2015

A. Weglau                    R. van de Paverd
Proxy Holder A               Proxyholder B

Name: TMF Management B.V.
Title: Managing Director

*Received FEB 18 2015 - U.S. Bankruptcy Court, So Dist of New York*