13 Castle Street, St. Helier, Jersey,    t: +44 (0) 1534 722787   e: sannegroup.com
Channel Islands JE4 5UT    f: +44 (0) 1534 769770





By Courier

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
NY 10004-1408
United States of America

16 February 2015

Ref:    JLP/1506053

Dear Sirs,

**Amber Finance Limited (the "Company")**

Please find enclosed a notice of withdrawal of claim, duly signed on behalf of the Company.

Yours sincerely
For and on behalf of Sanne Secretaries Limited

Jayne Le Page
Senior Administrator
T: +44 (0) 1534 702119
F: +44 (0) 1534 769770
E: Jayne.LePage@sannegroup.com

Sanne Corporate Services Limited is regulated by the Jersey Financial Services Commission.

RECEIVED FEB 17 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In re:                                                          :    Chapter 11 Case No.
                                                                :
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :    08-13555 (JMP)
                                                                :
                                                                :
                                     Debtors.                   :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM(S)

Reference is made to the proof of claim numbered 28182 against Lehman Brothers Holdings Inc. by Amber Finance Limited (the "Claimant"), filed in the amount of $12,592,612.15 (the "Claim").

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

Dated: 16 FEBRUARY, 2015

Name:
Title:    **Christopher Ruark**
         **Director**