# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc. et al.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aleiter Holdings LLC
Name of Transferee

Deutsche Bank AG, London Branch
Name of Transferor

Name and Address where notices to Transferee should be sent:

Aleiter Holdings LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
30th Floor
New York, NY 10020-1708
Tel: 212.655.2517
Email: halperin@chapman.com

Court Claim #: 58352

Claim Amount Transferred: $15,000,000.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ALEITER HOLDINGS LLC
By: Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: /s/ [signature]    Date: February 20, 2015
Name: Nicholas Whitney
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

dc-785624

EXHIBIT A

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Aleiter Holdings LLC**, its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the amount of $15,000,000.00 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 20 day of February, 2015.

ALEITER HOLDINGS LLC
By:   Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: _____
Name: Nicholas Whitney
Title: Authorized Signatory

Deutsche Bank AG, London Branch

By: _____
Name:
Title:

By: _____
Name:
Title:

A/76667574.2

EXHIBIT A

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Aleiter Holdings LLC**, its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $15,000,000.00 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 20 day of February, 2015.

ALEITER HOLDINGS LLC
By:   Chapman and Cutler LLP, as authorized signatory and not in the capacity as legal counsel to Aleiter Holdings LLC

By: _____
Name:
Title:

Deutsche Bank AG, London Branch

By: _____
Name:
Title:

By: _____
Name:
Title:

A/76667574.2