UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors : | (Jointly Administered) |

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS

Reference is made to the proofs of claim listed on the attached Exhibit A (collectively, the "Claims"), which were filed against Lehman Brothers Holdings Inc. ("LBHI") in the amounts listed thereon (collectively, the "Filed Amounts"), and which are currently held by the parties listed thereon (collectively, the "Claimants"). The Claimants are all clients of Pacific Investment Management Company LLC ("PIMCO"), which acted as investment advisor to the Claimants.

PLEASE TAKE NOTICE that in accordance with prior agreements between the Claimants and LBHI, certain portions of the Claims were allowed (collectively, the "Allowed Amounts") and certain portions remain unresolved (collectively, the "Unresolved Amounts").

PLEASE TAKE FURTHER NOTICE that PIMCO hereby withdraws with prejudice the portion of the Claims related to the Unresolved Amounts and directs Epiq Bankruptcy Solutions LLC to expunge the portion of the Claims related to the Unresolved Amounts from the claims register. PIMCO represents and warrants that the withdrawal of the Unresolved Amounts is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: February 20, 2015
      New York, New York

                                     PACIFIC INVESTMENT MANAGEMENT
                                     COMPANY LLC, as adviser and agent for and
                                     on behalf of each Client solely with respect to
                                     their respective obligations hereunder

                                     By: _____
                                     Name: Kevin Broadwater
                                     Title: Executive Vice President

## EXHIBIT A

| Claim # | Claimant | Filed Amount | Allowed Amount | Unresolved Amount |
|---|---|---|---|---|
| 18590 | PIMCO GIS Global Bond Fund (699) | $775,794.59 | $158,427.82 | $617,366.77 |
| 16347 | PIMCO GIS Euro Bond Fund (1691) | $2,042,504.03 | $401,052.32 | $1,641,451.71 |
| 16174 | PIMCO GIS UK Sterling Inflation-Linked Fund    (3689) | $545,931.32 | $104,002.01 | $441,929.31 |
| 18588 | PIMCO GIS Global Real Return Fund (3693) | $811,974.01 | $479,264.79 | $332,709.22 |
| 18609 | PIMCO GIS UK Sterling Long Average Duration Fund  (4683) | $2,337,060.32 | $1,868,614.24 | $468,446.08 |
| 16081 | PIMCO GIS UK Long Term Corporate Bond Fund (4690) | $282,130.87 | $84,631.20 | $197,499.67 |
| 13038 | PIMCO Global StocksPlus & Incm Fund (PGP)   (429) | $433,324.09 | $431,927.23 | $1,396.86 |
| 33416 | PIMCO Emerging Market Bond Fund (M)  (2737) | $551,577.49 | $313,974.80 | $237,602.69 |
| 22724 | PIMCO Bermuda Foreign Low Duration Fund    (2742) | $403,903.51 | $396,872.26 | $7,031.25 |
| 22271 | PIMCO Cayman Global High Income Fund  (2764) | $1,920,353.73 | $1,217,590.02 | $195,763.71 |
| 24467 | PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) (2781) | $21,724.05 | $1,207.83 | $20,516.22 |
| 25421 | PIMCO Absolute Return Strategy IV eFund    (4899) | $5,827,685.77 | $5,511,553.85 | $316,131.92 |
| 25641 | PIMCO Absolute Return Strategy V Alpha Fund    (4942) | $595,888.01 | $191,109.93 | $404,778.08 |
| 18598 | PIMCO Global Bond Fund (U.S. Dollar-Hedged)   (785) | $97,335.35 | $60,311.65 | $37,023.70 |
| 25555 | PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (3199) | $11,376,446.65 | $8,482,314.71 | $2,894,131.94 |
| 25626 | PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC (4861) | $2,833,324.40 | $1,544,466.12 | $1,035,358.28 |