B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York



In re Lehman Brothers Holdings Inc., et al.      Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | LB UK Financing Limited (in administration) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas
New York
NY 10020
United States of America

Assigned Claim No.: 200014
Date Claim No. Assigned: 3/6/2012
Debtor: Lehman Brothers Holdings Inc.
Amount transferred (as allowed): $353,187.00

Phone: _____                Phone: _____

Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: /s/ Michael Ferron      Date: 10 February, 2015
    Lehman Brothers Holdings Inc.
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571

A19336594      1

FILED / RECEIVED
FEB 11 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

EVIDENCE OF TRANSFER OF CLAIM

TO:    LEHMAN BROTHERS HOLDINGS INC. AND THE BANKRUPTCY COURT

1.    **LB UK Financing Limited (in administration)** ("<u>Transferor</u>") **by and through its joint administrators, Anthony Victor Lomas, Steven Anthony Pearson, and Derek Anthony Howell, Gillian Eleanor Bruce and Julian Guy Parr** (the "<u>Joint Administrators</u>" and each a "<u>Joint Administrator</u>") without personal liability, pursuant to the terms of the Deed of Assignment dated 10 February 2015 and entered into between Transferor and Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to Lehman Brothers Holdings Inc. ("<u>Transferee</u>") all right, title and interest in and to the claim in Transferor's name against the Transferee, formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (SCC) (the "<u>Bankruptcy Case</u>"), assigned claim number 200014 by the claim agent for the Transferee and allowed in the Bankruptcy Case as a class 4B claim (the "<u>Transferred Claim</u>").

2.    Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Transferee and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3.    One of the Joint Administrators has signed this Evidence of Transfer as agent for and on behalf of Transferor and neither the Joint Administrators, their firm, its members, partners, directors, officers, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Joint Administrators, their firm and its members, partners, directors, officers, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of February 2015.

| **LB UK Financing Limited (in administration)** | **Lehman Brothers Holdings Inc.** |
|---|---|
| By: *G.Bee* (signature) | By: _____ |
| Name: GILLIAN BRUCE | Name: |
| Title: Joint Administrator | Title: |
| For and on behalf of<br>LB UK Financing Limited (in administration)<br>acting as its agent and without personal liability | 1271 Avenue of the Americas<br>New York<br>NY10020<br>United States of America |
| Level 23<br>25 Canada Square<br>London E14 5LQ<br>United Kingdom | |

A19336592

2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of February 2015.

| **LB UK Financing Limited (in administration)** | **Lehman Brothers Holdings Inc.** |
|---|---|
| By:_____ | By: _/s/ Michael Ferraro_ |
| Name: | Name: Michael Ferraro |
| Title: Joint Administrator | Title: Vice President |
| For and on behalf of<br>LB UK Financing Limited (in administration)<br>acting as its agent and without personal liability | 1271 Avenue of the Americas<br>New York<br>NY 10020<br>United States of America |
| Level 23<br>25 Canada Square<br>London E14 5LQ<br>United Kingdom | |

A19338592

2