ALSTON & BIRD LLP
William S. Sugden (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Nomura Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**Notice of Transfer of Claim and Waiver of Notice Under Bankruptcy Rule 3001(e)**

    CLAIMS HAVE BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice, pursuant to rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claims reference in this evidence and notice.

| **Name of Transferor** | **Name of Transferee** | **Claim No.** |
|---|---|---|
| Adair, John | Nomura Holdings, Inc. | 23967 |
| Ballentine, James | Nomura Holdings, Inc. | 23988 |
| Bramham, Shaun | Nomura Holdings, Inc. | 23989 |
| Gabbay, Mark | Nomura Holdings, Inc. | 23982 |
| Schiffman, Glenn | Nomura Holdings, Inc. | 23973 |

    **ALSTON & BIRD LLP**

    /s/ William S. Sugden
    William S. Sugden (admitted *pro hac vice*)
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Telephone: (404) 881-7000
    Facsimile: (404) 881-7777

    *Counsel to Nomura Holdings, Inc.*

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, John Adair ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23967 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002381 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of February 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| JOHN ADAIR | NOMURA HOLDINGS, INC. |
| *(signed)* | *(signed)* |
| John Adair | By: William S. Sugden |
| | Title: Partner, Alston & Bird LLP |
| | Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, James Ballentine ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23988 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002413 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of FEB, 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| James Ballentine | NOMURA HOLDINGS, INC. |
| _(signed)_ | _(signed)_ |
| James Ballentine | By: William S. Sugden |
| | Title: Partner, Alston & Bird LLP |
| | Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Shaun Bramham ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23989 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002414 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 4 day of FEB 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Shaun Bramham *(signature)* | NOMURA HOLDINGS, INC. *(signature)* |
| Shaun Bramham | By: William S. Sugden<br>Title: Partner, Alston & Bird LLP<br>Counsel to Nomura Holdings, Inc. |

### NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Mark Gabbay ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23982 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002407 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of FEB 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Mark Gabbay *(signed)* | NOMURA HOLDINGS, INC. *(signed)* |
| Mark Gabbay | By: William S. Sugden<br>Title: Partner, Alston & Bird LLP<br>Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Glenn Schiffman ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23973 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002431 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9th day of February 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Glenn Schiffman | NOMURA HOLDINGS, INC. |
| *[signature]* | *[signature]* |
| Glenn Schiffman | By: William S. Sugden |
| | Title: Partner, Alston & Bird LLP |
| | Counsel to Nomura Holdings, Inc. |