EXECUTION COPY

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 4871

MACQUARIE BANK LIMITED, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

HBK MASTER FUND L.P.
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attn: General Counsel
Email: legal@hbk.com

Its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 4871, to the extent of $8,900,000.00 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim; by its duly authorized representative dated _February 20_, 2015.

MACQUARIE BANK LIMITED
By: _[signature]_

Andrew Gates
Division Director

_[signature]_

Joel Outlaw
Associate Director

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor
By: _____
Name: _____
Title: Authorized Signatory

ACTIVE 205216253v.3

Signed in London, POA #1721
(executed 9 October 2014)

EXECUTION COPY

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 4871

MACQUARIE BANK LIMITED, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

HBK MASTER FUND L.P.
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attn: General Counsel
Email: legal@hbk.com

Its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 4871, to the extent of $8,900,000.00 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim; by its duly authorized representative dated February 20, 2015.

MACQUARIE BANK LIMITED

By: _____

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor
By: _____
Name: Beauregard A. Fournet
Title: Authorized Signatory **Authorized Signatory**

EXECUTION COPY

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 4872

MACQUARIE BANK LIMITED, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

HBK MASTER FUND L.P.
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attn: General Counsel
Email:

Its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 4872, to the extent of $8,900,000.00 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim; by its duly authorized representative dated February 20, 2015.

MACQUARIE BANK LIMITED
By: _____
Andrew Gates
Division Director

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor
By: _____
Name: _____
Title: Authorized Signatory

Joel Outlaw
Associate Director

ACTIVE 205216253v.3

Signed in London. POA #1721
(executed 9 October 2014)

EXECUTION COPY

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 4872

MACQUARIE BANK LIMITED, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

HBK MASTER FUND L.P.
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attn: General Counsel
Email:

Its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 4872, to the extent of $8,900,000.00 (the "Assigned Claim"), against the Debtor, in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim; by its duly authorized representative dated February 20, 2015.

MACQUARIE BANK LIMITED

By: _____

HBK MASTER FUND L.P.
By: HBK Services LLC
Investment Advisor
By: _____
Name: Beauregard A. Fournet
Title: Authorized Signatory

ACTIVE 205216253v.3