**CT**

CT Corporation System
111 8th Avenue
13th Floor
New York, NY 10011
(212) 590-9070

February 03, 2015



RECEIVED
FEB - 9 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Marc T.G. Dworsky
Munger, Tolles & Olson LLP
355 South Grand Avenue,
thirty-Fifth Floor,
Los Angeles, CA 90071-1560

Re: In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. // To: Bank of America National Association, et al., Dfts. // To: Merrill Lynch International Global Equity Finance

Case No. 0813555SCC

Dear Sir/Madam:

Merrill Lynch International Global Equity Finance is not listed on our records or on the records of the State of NY.

CT was unable to forward.

Very truly yours,

C T Corporation System

Log# 526504744

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
  One Bowling Green,
  New York, NY 10004
**(Returned To)**

Marc T.G. Dworsky
Munger, Tolles & Olson LLP
355 South Grand Avenue,
thirty-Fifth Floor,
Los Angeles, CA 90071-1560


Wolters Kluwer