Logistik
LOAA2



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | 044 292 98 92 |
| Fax | 044 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

Einschreiben

United States Bankruptcy Court
Southern District of New York
re: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA



Zürich, 4. Februar 2015

Partial Transfer of Claim „Lehman Brothers Treasury BV"

Dear Sir or Madam,

Please find enclosed the originally signed "Notice Pursuant to Bankruptcy Rule 3001" and "Evidence of Transfer of Claim", released by Swissquote on January 15, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | CH0036891148 |
| Titel: | 100 % Capital Protected Certificates Lehman Brothers 2008-7.3.12 on Swiss Market Index Reg-S -In Default-(M) |
| Nominal: | Nom. -20'000- |
| Transferor: | Swissquote |
| Transferee: | Esther Huber |
| Initial Proof of Claim Number: | 55329 |

Best regards
Zürcher Kantonalbank

Matthias Hafner            Vincenzo Pisano

Zürcher Kantonalbank
1/1



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Esther Huber** | Name of Transferor:<br>**Swissquote Bank SA** |
|---|---|
| Notices to Transferee should be sent to:<br>Esther Huber<br>Scheuchzerstrasse 197<br>8057 Zürich, Switzerland | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>**Swissquote Bank SA**<br>Chemin de la Crétaux 33<br>1196 Gland<br>Switzerland<br>+41 44 825 88 88<br>Attn: Corporate Actions Service<br>corporate.actions@swissquote.ch |
| Amount of Claim Being Transferred:<br><br>CHF 20'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 55329 | |
| Date Claim Filed: October 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
Date: _____4.2.2015_____

By: _____                By: _____
Name:  Matthias Hafner                        Name:  Vincenzo Pisano
Title:                                         Title:

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number 55329 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURIT | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 100 % CPC Lehman Bro Treasury BV 2008.-07.03.2012 | CH0036891148 | LBT BV | LBHI | CHF 20'000.00 |

The aggregate amount of the Transferred Claim is to Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**Swissquote Bank SA** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Esther Huber
Scheuchzerstrasse 197
8057 Zürich, Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 15, 2015.

**Swissquote Bank SA**
*Transferor*

By: _____
Name:
Title:
    Michael Tiedemann
    Swissquote Bank SA
    Authorized Officer

By: _____
Name:
Title:
    Manuel Mache
    Head Securities Services
    Vice Director

ACKNOWLEDGED BY:

**Esther Huber**
*Transferee*

By: _____
Name:
Title:
    Vincenzo Pisano

By: _____
Name:
Title:
    Matthias Hafner