

# VON GRAFFENRIED
## PRIVATBANK

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA



Berne, February 20, 2015    nis

## Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the court
you are receiving    Evidence of partial transfer of claim: UBS AG, Switzerland

| | | | |
|---|---|---|---|
| ☐ | returned with thanks | ☐ | please sign and return |
| ☐ | please call | ☐ | please verify |
| ☐ | as discussed | ☐ | to our discharge |
| ☒ | for your records | ☒ | please confirm receipt |
| ☐ | as per your demand | ☒ | please process |

**Remarks**
Transferor:   UBS AG, Bahnhofstrasse 45, CH-8001 Zurich, Switzerland / Claim 59233
Transferee:   Privatbank Von Graffenried AG, Marktgass-Passage 3, CH-3000 Bern 7, Switzerland

Yours sincerely,
Privatbank Von Graffenried AG

Christine Löffel
Assistant Vice President

Privatbank Von Graffenried AG – Ihre Berner Privatbank
Marktgass-Passage 3, CH-3000 Bern 7, Tel +41 31 320 52 22, Fax +41 31 320 51 30
Simone Niklaus, Direktwahl +41 31 320 52 23, transactions@graffenried-bank.ch

GRAFFENRIED.CH
PRIVATBANK | LIEGENSCHAFTEN
TREUHAND | RECHT

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.       Case No.: __(JMP)__
                                              Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: PRIVATBANK VON GRAFFENRIED AG | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: PRIVATBANK VON GRAFFENRIED AG Markgass-Passage3 CH-3000 Bern 7 Attn. Simone Niklaus EMAIL: transactions@graffenried-bank.ch | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: EUR 15'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 20.2.15
PRIVATBANK VON GRAFFENRIED AG
Markgass-Passage3
CH-3000 Bern 7
CHRISTINE LÖFFEL                     i.V. S. _____
ASSISTANT VICE PRESIDENT             SIMONE NIKLAUS
                                      OFFICER

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC325 UBS0230 VONGRAFFENRIED 15K 2712100

Page 1 of 3

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | CH0027121000 | LBT BV | LBH Inc. | EUR 15'000.00 out of EUR 1'541'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

PRIVATBANK VON GRAFFENRIED AG
Markgass-Passage 3
CH-3000 Bern 7
Telephone: +41 31 320 52 23
Attention: Simone Niklaus

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 19, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

PRIVATBANK VON GRAFFENRIED AG

By: i.V. S. _____
Name: Simone Niklaus, OFFICER

By: _____
NAME: CHRISTINE LÖFFEL
TITLE: ASSISTANT VICE PRESIDENT