# Thurgauer Kantonalbank

VERARBEITUNG ANLEGEN

8570 Weinfelden
Bankplatz 1
Postfach

Telefon 0848 111 444
Fax 0848 111 445
info@tkb.ch
www.tkb.ch

Epiq Bankruptcy Solutions, LLC
Attn. Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

**RECEIVED FEB 23 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

Datum       13. Februar 2015
Direktwahl  +41 71 626 69 61  Monika Konrad
Direktfax   +41 71 626 64 05
E-Mail      monika.konrad@tkb.ch

Dear Sir or Madam

☐ Wie besprochen          ☐ Bitte weiterleiten
☒ Für Sie                 ☐ Bitte zurücksenden
☐ An Sie zurück           ☐ Bitte antworten
☐ Bitte unterschreiben    ☐ Bitte anrufen (Tel.        )
☐ Bitte erledigen         ☐
☐ Bitte ergänzen          ☐

Please find attached two forms regarding „Transfer of Claim". Claim No 59233 for ISIN XS0258947745 and XS0226380334. Transferor is UBS AG, Transferee is Marianne Niebuhr. Please amend your records accordingly.
We feel confident that attached documentation will fix all future payments for our customer.

Freundliche Grüsse
Thurgauer Kantonalbank

i. V. M. Konrad

Monika Konrad
Senior Spezialistin Verarbeitung Anlegen

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: _(JMP)_
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: Marianne Niebuhr | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: Marianne Niebuhr An der Alster 67 DE-20099 HAMBURG | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): Thurgauer Kantonalbank Hauptstrasse 39 CH-8280 Kreuzlingen | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: CHF 125'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _M. Niebuhr_ (signature)      Date: 2015/02/06
Marianne Niebuhr
An der Alster 67
DE-20099 Hamburg

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | XS0226380334 | LBT BV | LBH Inc. | CHF 125'000.00 out of CHF 260'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Marianne Niebuhr
An der Alster 67
DE-20099 Hamburg

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 02, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Thurgauer Kantonalbank

By: _____
Name:    Stephan Amacker
Title:    Stv. Direktor

Urs Knecht

Mitglied des Kaders

DHL shipping label/envelope imagery — waybill 95 9999 4154, from JFKL to 10017 New York, NY, United States, contents: DOCUMENTS, dated 13-Feb-2015, 0.5 kgs, Ref: WZV-RSG, Account No. 150110669, Epiq Bankruptcy Solutions LLC / Claims Processing, 757 Third Avenue, 3rd Floor, New York NY 10017. FILED/RECEIVED FEB 16 2015 EPIQ SYSTEMS stamp.