BANCHIERI SVIZZERI DAL 1873



To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano    February 12, 2015

Notice of transfer, from UBS AG (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Treasury B.V. (the "Securities") and claim n. 59233 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "**Transfer**").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "*Evidence of Transfer of Claim*", signed by UBS AG, Switzerland as Transferor, as proof that UBS AG has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

pm M. Irak      pp A. Ferrari

Attachments: as above

BSI SA
Sede centrale Lugano, Via Magatti 2, CH-6901 Lugano
Tel. +41(0)58 809 31 11, Fax +41(0)58 809 36 78
info@bsibank.com, www.bsibank.com

**FILED / RECEIVED**
FEB 16 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

**RECEIVED**
FEB 23 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only)

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: BSI SA | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br><br>BSI SA<br>Via Magatti n. 2<br>CH – 6900 Lugano<br>PHONE: +41 (0) 58 808 3373<br>Attn: Andrea Ferrari<br>EMAIL:Group.Bsicustodyadministartion@bsibank.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>For USD :CITIBANK NY / SWIFT CITIUS33<br>ACCOUNT 10938561<br>In the name of BSI SA | Name and Current Address of Transferor:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>USD 200'000.00<br>USD 100'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Ferrari_ pp A. Ferrari     _Irak_ pm M. Irak    Date: 12.02.2015
BSI SA
Via Magatti n. 2
CH - 6900 Lugano

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law its notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

FILED / RECEIVED

FEB 16 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV 2007-26.03.2009 | XS0292337309 | LBT BV | LBH Inc. | USD 200'000.00 out of USD 1'200'000.00 |
| Lehman Bros Treasury BV 2007-05.10.2009 | XS0323081801 | LBT BV | LBH Inc. | USD 100'000.00 out of USD 500'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to

BSI SA
Via Magatti n. 2
CH – 6900 Lugano

Telephone: 41 (0) 58 809 3373
Attention: Andrea Sira

"Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

FILED / RECEIVED

FEB 16 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 09, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY

BSI SA
Transferee

By: _____
pp A. Ferrari

By: _____
pm M. Irak











**TNT** INT / AIR — 2

Con No. **853044994**
Piece 1 of 1   Weight 0.50 kg
Service **Express** Option

Customer Reference
2010009-81751
Account No  10409

Origin **LUG**   Pickup Date 2015-02-13

Routing **LIN / LGG-9 / JFK**

Sender Address
Mail & Transport
0918081751
BSI SA
Via Stefano Franscini 8
CH / LUGANO 6900

Delivery Address
SOUTHERN DISTRICT NY
LEHAMAN BROTHERS HOLDING C.
CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTY SOLUTIONS
757 THIRD AVENUE
US / NEW YORK 10017

Sort **LGG**

Postcode / Cluster Code **NY**
Dest Depot **NYC-17**

1100853044994010485222010017



FILED / RECE[IVED]
FEB 16 2015
EPIQ S[YSTEMS]