LGT Bank (Switzerland) Ltd.
Glärnischstrasse 36, CH-8022 Zurich

Phone +41 44 250 81 81, Fax +41 44 250 81 82
lgt.ch@lgt.com, www.lgt.ch, BIC BLFLCHBB
CHE-116.267.756 VAT

BY DHL EXPRESS
US Bankruptcy Court / Southern District of NY
c/o EPIC Bankruptcy Solutions, LLC
Attention: Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017 - USA

Contact:
Wolfgang Tracht
Wolfgang.Tracht@lgt.com
+41 44 250 7970

**confidential**

Zurich, 18 February 2015 PPCH/trc

**Transfer of Claim Lehman Program Security**

Dear Ladies and Gentlemen,

Please find attached Agreement and Evidence of Transfer of Claims from HSBC Private Bank (Suisse) SA, Geneva to LGT Bank (Switzerland), Ltd.

Kind regards
LGT Bank (Switzerland) Ltd.

Wolfgang Tracht



AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to LGT Bank (Switzerland) Ltd., Basel ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: February 17, 2015                                   Date: February 18, 2015

**Transferor**                                            **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                           LGT Bank (Switzerland) Ltd.

Quai des Bergues 9 – 17 / P.O. Box 2888                   Lange Gasse 15 / P.O. Box

CH- 1211 Geneva 1                                         CH-4002 Basel


Signature: _Giorgio Gagliani_                             Signature: _Hanspeter Oes_
           Associate Director

Signature: _____                         Signature: _Wolfgang Tracht_

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0264674549 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 976'000.- |
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 956'000.- |
| XS0299701655 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 200'000.- |
| XS0314871293 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | GBP 181'000.- |
| XS0326476693 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 697'000.- |
| XS0328064810 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | USD 35'000.- |

