

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.    Case No. 08-13555 (JMP)
Court ID (Court Use Only)

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee<br>**UBS AG** | Name of Transferor<br>**Liechtensteinische Landesbank Aktiengesellschaft** |
|---|---|
| Notices to Transferee should be sent to<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn.: Mr Hugo Koller<br>+41 44 235 37 36 – hugo.koller(at)ubs.com | Court Record Address of the Transferor<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft<br>Staedtle 44<br>9490 Vaduz<br>Principality of Liechtenstein |
| Amount of Claim Being Transferred<br><br>**SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 44207 | |
| Date Claim Filed: October 22, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

[signatures]

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number *44207* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim") USD 128'124.00

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| **Cert Lehman Treasury Infl Lkd Multi-Tr Nts 10.10.13 VRN** | **XS0176153350** | **LBT BV** | **LBH Inc.** | **USD 128'124.00 out of USD 10'783'770.00** |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 11 and in paragraphs/lines 9 of the Addendum to the Proof of Claim.**

**LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller

Transferee [illegible] rights, title and interest in and to the Transferred [illegible] against the Debtor in Case No. 08-13555 [illegible] Bankruptcy [illegible]

[illegible] Transferee [illegible] 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code and applicable local bankruptcy rules or applicable law [illegible] order of the Bankruptcy Court [illegible] Transferee [illegible]

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 03, 2015.

LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT
Transferor

By: _____
Name: Gloria Frommelt
Title: Assistant Vice President

By: _____
Name: Marc Gehrig
Title: Head Securities Services

DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft
Name: Alexander Reus
Title: Managing Partner

ACKNOWLEDGED BY,

UBS AG
Transferee

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

