B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK.

In re LEHMAN BROTHERS HOLDINGS INC., et al, DEBTORS            Case No. 08-13555 (JMP) (JOINTLY ADMINISTERED)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

STANLEY RAPOPORT
Name of Transferee

MILLIE RAPOPORT AND SHARON KAUFMAN
Name of Transferor

Name and Address where notices to transferee should be sent:
2045 CORDERO RD
DEL MAR, CA 92014, USA
Phone: 858-7051510
Last Four Digits of Acct #: 0611

Court Claim # (if known): _____
Amount of Claim: USD $80,000 (BETWEEN AUG
Date Claim Filed: SEPT 2009. and SEPT 2009)
Phone: 972-544-314-078
Last Four Digits of Acct. #: 1372

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED
FEB 23 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rapoport          Date: 2/20/15
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.