WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              : Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           : 08-13555 (SCC)
                                                                   :
                       Debtors.                                    : (Jointly Administered)
------------------------------------------------------------------ x

## NOTICE OF HEARING TO CONSIDER MOTION
## OF THE PLAN ADMINISTRATOR IN AID OF
## EXECUTION OF THE PLAN TO ESTABLISH A BAR
## DATE FOR DEMANDS FOR POSTPETITION INTEREST
## AGAINST LEHMAN BROTHERS OTC DERIVATIVES INC.
## AND LEHMAN BROTHERS COMMERCIAL CORPORATION

**PLEASE TAKE NOTICE** that the hearing on the *Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation* (the "Motion") [ECF No. 47487], that was scheduled for February 19, 2015, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to March 11, 2015 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

WEIL:\95240201\2\58399.0011

621, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:   February 23, 2015
         New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates*