**CREDIT SUISSE**

CREDIT SUISSE AG

| | | |
|---|---|---|
| Uetlibergstrasse 231 | Phone | 044 332 86 11 |
| P.O. Box 900 | Fax | 044 334 26 02 |
| CH-8070 Zürich | Swift | CRESCHZZ80A |
| Switzerland | | |

Corporate Actions
Marija Petrovic, TSZA 13
marija.petrovic@credit-suisse.com

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NX 10004-1408

February 16, 2014

### Withdrawal of Transfer of Claim Docket No. 46829

Please take notice that Credit Suisse hereby withdraws Transfer of Claim (Claim 14669) filed on November 5, 2014 (Docket No. **46829**) from Waingarten Sergio Gabriel. We have never received this securities from BNP Paribas therefore please reverse the claim. Thank you!

Freundliche Grüsse    Vos dévoués
Distinti saluti    Yours very truly

CREDIT SUISSE AG

Adrian Graf                              Philipp Oswald