WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
**In re**                                                           :  **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                    :  **08-13555 (SCC)**
                                                                    :
                        **Debtors.**                                :  **(Jointly Administered)**
                                                                    :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON FEBRUARY 26, 2015 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    ADVERSARY PROCEEDINGS:**

1. Lehman Brothers Holdings Inc., *et al.* v. Raymond James Financial, Inc., *et al.* [**Adversary Proceeding No. 14-02243**]

    **Motions to Dismiss and Substantively Consolidate Adversary Proceedings**

    Related Documents:

    A.   Adversary Complaint [**ECF No. 1**]

    B.   Notice of Motion to Dismiss Complaint and Request for Hearing Date [**ECF No. 9**]

    C.    Memorandum of Law In Support of Raymond James Financial, Inc. and RJ Capital Services, Inc.'s Motion to Dismiss [**ECF No. 10**]

    D.    Stipulation and Order Regarding the Defendant's Motion to Dismiss the Complaint [**ECF No. 12**]

    E.    Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Complaint [**ECF No. 14**]

    F.    LBHI's Motion to Substantively Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 16**]

    G.    LBHI's Memorandum of Law in Support of Motion to Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 17**]

    H.    Declaration of Ellison S. Ward in Support of LBHI's Motion to Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 18**]

    I.    Raymond James Financial, Inc. and RJ Capital Services, Inc.'s Reply Memorandum of Law in Support of Motion to Dismiss [**ECF No. 20**]

    J.    Raymond James Financial, Inc. and RJ Capital Services, Inc.'s Response to Plaintiffs' Motion to Consolidate Adversary Proceedings [**ECF No. 23**]

    K.    Notice of Partial Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [**ECF No. 25**]

Status:  This matter is going forward.

2.    Lehman Brothers Holdings Inc., *et al.* v. Windstream Iowa Communications, Inc. (f/k/a Iowa Telecommunications Services, Inc.) [**Adversary Proceeding No. 15-01001**]

**Pre-Trial Conference and Motion to Substantively Consolidate Adversary Proceedings**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

2

  B. LBHI's Motion to Substantively Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 4**]

  C. LBHI's Memorandum of Law in Support of Motion to Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 5**]

  D. Declaration of Ellison S. Ward in support of LBHI's Motion to Consolidate Adversary Proceedings Nos. 14-02243 and 15-01001 [**ECF No. 6**]

  E. Windstream Iowa Communications, Inc.'s Answer to Complaint and Counterclaim against Lehman Brothers Holdings Inc., in its capacity as Plan Administrator on behalf of Lehman Brothers Special Financing Inc. [**ECF No. 12**]

<u>Status</u>:  This matter is going forward.

Dated: February 25, 2014
    New York, New York

            /s/ Garrett A. Fail
            Garrett A. Fail

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Lehman Brothers Holdings Inc.
            and Certain of Its Affiliates