UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
                         Debtors.                                 :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 48147, 48215,
                                                                      48216

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 16, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
25th day of February, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                              CREDIT SUISSE
      ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                              ATTN: RICHARD LEVIN
      NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                 825 EIGHTH AVENUE
                                                 NEW YORK NY 10019
```

Please note that your claim # 5255829-87 in the above referenced case and in the amount of $0.00 allowed at $51,572.88 has been transferred **(unless previously expunged by court order)**

```
      UBS AG
      TRANSFEROR: CREDIT SUISSE
      BAHNHOFSTRASSE 45
      ZURICH    CH-8001
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 48147 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2015                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     ―――――――――――――――――――――
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 16, 2015.

# EXHIBIT B

```
TIME: 16:29:07                                       LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 02/16/15                                            CREDITOR LISTING

Name                          Address
BANK THALWIL                  TRANSFEROR: INCORE BANK AG GENOSSENSCHAFT GOTTHARDSTRASSE 14 THALWIL   8800 SWITZERLAND
BANQUE CANTONALE DU VALAIS    TRANSFEROR: UBS AG ATTN: STEPHANE TRAVELLETTI RUE DES CEDRES 8 SION   CH-1951 SWITZERLAND
BERNER KANTONALBANK AG        TRANSFEROR: BANQUE CANTONALE DU VALAIS ATTN: SAMUEL STUCKI POSTFACH CH 3001 BERN   3001 SWITZERLAND
CREDIT SUISSE                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                 RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
INCORE BANK AG                SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH   CH-8022 SWITZERLAND
UBS AG                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH   CH-8001 SWITZERLAND

Total Number of Records Printed        8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC