UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (SCC)
                                                  :    (Jointly Administered)
                        Debtors.                  :
                                                  :
------------------------------------------------------------------------x    Ref. Docket No. 48237

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 17, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
Sworn to before me this                           Lauren Rodriguez
25th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MONARCH MASTER FUNDING LTD
      TRANSFEROR: MIGDAL GEMEL PLATINUM LTD.
      C/O MONARCH ALTERNATIVE CAPITAL LP
      ATTN: MICHAEL GILLIN
      535 MADISON AVENUE, 26TH FLOOR
      NEW YORK NY 10022
```

Please note that your claim # 66954 in the above referenced case and in the amount of
$350,000.00   allowed at $206,639.94       has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH (UK)
      TRANSFEROR: MONARCH MASTER FUNDING LTD
      ATTN: SIMON GLENNIE
      WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
      LONDON    EC2N 2DB
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48237     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2015                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s)

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 18, 2015.

# EXHIBIT B

08-13555-mg    Doc 48650    Filed 02/25/15    Entered 02/25/15 18:19:12    Main Document
Pg 4 of 5

```
TIME: 09:21:33                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 02/18/15                                             CREDITOR LISTING

Name                                    Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)    TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)    TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
MONARCH MASTER FUNDING LTD              TRANSFEROR: MIGDAL GEMEL PLATINUM LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR
                                        NEW YORK NY 10022

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC