UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (SCC)
                                                                :    (Jointly Administered)
                        Debtors.                                :
                                                                :
----------------------------------------------------------------x    Ref. Docket No. 48234

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
25th day of February, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
              TRANSFEROR: RR DONNELLEY RECEIVEABLES INC.
              ONE STATION PLACE
              THREE NORTH
              STAMFORD CT 06902

Additional:

Transferee:   BLACKWELL PARTNERS LLC
              C/O DUMAC INC; ATTN: JANNINE LALL
              280 SOUTH MANGUM STREET SUITE 210
              DURHAM NC 27701

**Your transfer** of claim # 200198 is defective for the reason(s) checked below:

Amount Not On Transfer Agreement

Docket Number 48234          Date 02/17/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 18, 2015.

# EXHIBIT B

```
TIME: 09:23:16                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE: 1
DATE: 02/18/15                                         CREDITOR LISTING

Name                                   Address
BLACKWELL PARTNERS LLC                 C/O DUMAC INC; ATTN: JANNINE LALL 280 SOUTH MANGUM STREET SUITE 210 DURHAM NC 27701
JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC    TRANSFEROR: RR DONNELLEY RECEIVEABLES INC. ONE STATION PLACE THREE NORTH STAMFORD CT 06902


Total Number of Records Printed           2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC