UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
              Debtors.                                           :
                                                                 :
----------------------------------------------------------------x    Ref. Docket Nos. 47373, 47836,
                                                                     48245-48248, 48251, 48252, 48254,
                                                                     48256, 48257, 48259, 48262, 48265,
                                                                     48268, 48270, 48272-48274, 48278,
                                                                     48280-48284, 48287, 48288, 48290,
                                                                     48291, 48297, 48301, 48302, 48304,
                                                                     48316, 48317, 48319, 48324

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
25th day of February, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 48652    Filed 02/25/15    Entered 02/25/15 18:25:33    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
       TRANSFEROR: JPMORGAN CHASE BANK, NA
       C/O ALDEN GLOBAL CAPITAL
       ATTN: ITHRAN OLIVACCE
       885 THIRD AVENUE, 34TH FLOOR
       NEW YORK NY 10022
```

Please note that your claim # 44563-12 in the above referenced case and in the amount of
    $26,803.60   allowed at $26,761.21      has been transferred **(unless previously expunged by court order)**

```
       GOLDMAN SACHS & CO.
       TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
       ATTN: MICHELLE LATZONI
       200 WEST STREET
       NEW YORK NY 10282
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
       UNITED STATES BANKRUPTCY COURT
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 47836      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/20/2015                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 20, 2015.

# EXHIBIT B

```
TIME: 12:32:30                                     LEHMAN BROTHERS HOLDING INC.                                                                         PAGE:    1
DATE: 02/20/15                                          CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND, LP                                       NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,                TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALLIANZ S.P.A.                                          ATTN: AVV. ELISABETTA PAGNINI ATTN: DOTT. MAURO RE CORSO ITALIA 23 MILAN 20122 ITALY
ANTONIANA VENETA POPOLARE VITA S.P.A.                   C/O ALLIANZ S.P.A. ATTN: AVV. ELISABETTA PAGNINI, DOTT. MAURO RE CORSO ITALIA 23 MILAN 20122 ITALY
ANTONIANA VENETA POPOLARE VITA S.P.A.                   ALLIANZ CLAIMS GROUP (WENDY KANE, NICK SHIREN & MARCO CROSIGNANI) CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281
AXA MPS FINANCIAL LIMITED                               ATTN: MR. STEFANO CARLINI GENTILI GEORGE'S QUAY PLAZA, 1 GEORGE'S QUAY DUBLIN 2  IRELAND
BANC OF AMERICA CREDIT PRODUCTS, INC.                   TRANSFEROR: US AIRWAYS, INC. BANK OF AMERICA TOWER - 3RD FLOOR ATTN: GARY S. COHEN/ANTE JAKIC; ONE BRYANT PARK NEW YORK NY 10036
BANCA FIDEURAM S.P.A.                                   PIAZZALE GIULLO DOUHET, 31 ROMA  00163 ITALY
BANCA MONTE DEI PASCHI DI DIENA SPA                     TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATI ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.                  ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.                  TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTENTION: SCHIERA FABIO PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO                 TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. SERVIZIO AMM. STRUMENTI FINANZIARI ATTN: MR. PIERO PIETRINI VIA CALAMANDREI, 255
  SOCIETA COOPERATIVA                                   AREZZO I-52100 ITALY
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO                 TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. PIERO PIETRINI SERVIZIO AMM. STRUMENTI FINANZIARI VIA CALAMANDREI, 255
  SOCIETA' COOPERATIVA                                  AREZZO I-52100 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA                      VIA ROVAGNATI, 1 DESIO (MB)  20033 ITALY
BANKINTER                                               TRANSFEROR: UNION BANCAIRE PRIVEE ATTENTION: MIGUEL ANGEL CALERO PICO DE SAN PEDRO 1 TRES CANTOS MADRID  28760 SPAIN
BANKINTER                                               TRANSFEROR: UNION BANCAIRE PRIVEE ATTN: MIGUEL ANGEL CALERO PICO DE SAN PREDRO, 1 TRES CANTOS, MADRID  28760 SPAIN
BANQUE CANTONALE VAUDOISE                               TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 LAUSANNE  1003 SWITZERLAND
BSI SA                                                  TRANSFEROR: UBS AG ATTN: ANDREA FERRARI VIA MAGATTI N.2 LUGANO  CH-6900 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.                       TRANSFEROR: BARCLAYS BANK PLC ATTN: KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE AG                                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                        TRANSFEROR: CLARIDEN LEU LTD ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA                                 RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                                 CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDITO EMILIANO SPA                                    TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N.4 REGGIO EMILIA  42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET, 3RD FLOOR
                                                        NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY / RICH VICHAIDITH
                                                        60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR
                                                        NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: HCN LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY / RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II LP ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH CAPITAL MASTER PARTNERS II-A LP ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH CAYMAN FUND LIMITED ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH DEBT RECOVERY MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH OPPORTUNITIES MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: MONARCH RESEARCH ALPHA MASTER FUND LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: OAKFORD MF LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: OAKFORD MF LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM


                                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:32:30                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 02/20/15                                                CREDITOR LISTING

Name                                                    Address
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: P MONARCH RECOVERY LTD. ATTENTION: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON   EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                    TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: ALEX DARBYSHIRE 1 GREAT WINCHESTER STREET LONDON   EC2N 2DB UNITED KINGDOM
ERSEL SIM S.P.A.                                        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PIAZZA SOLFERINO, 11 TURIN   10121 ITALY
ERSEL SIM SPA                                           11 PIAZZA SOLFERINO TORINO  10121 ITALY
ERSEL SIM SPA                                           C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
ERSEL SIM SPA                                           TRANSFEROR: UBS AG ATTN: BACK OFFICE SIM PIAZZA SOLFERINO 11 TORINO  10121 ITALY
GOLDMAN SACHS & CO.                                     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC; ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HCN LP                                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HCN LP                                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC; ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
ILLIQUIDX LLP                                           TRANSFEROR: AXA MPS FINANCIAL LIMITED ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: ERSEL SIM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: ERSEL SIM SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                           TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.                  REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY
LUZERNER KANTONALBANK                                   TRANSFEROR: UBS AG PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MERRILL LYNCH INTERNATIONAL                             TRANSFEROR: ALLIANZ S.P.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                             TRANSFEROR: ANTONIANA VENETA POPOLARE VITA S.P.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
NORDNET BANK AB                                         TRANSFEROR: VAGGERYDS KOMMUN BOX 14077 BROMMA   167147 SWEDEN
ROYAL BANK OF CANADA                                    TRANSFEROR: CREDIT SUISSE AG 801 BRICKELL AVE. STE 1500 MIAMI FL 33131
SOLUS OPPORTUNITIES FUND 1 LP                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS OPPORTUNITIES FUND 2 LP                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND III MASTER LP                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCCE 885 THIRD AVENUE, 34TH FLOOR
                                                        NEW YORK NY 10022
TURNPIKE LIMITED                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                        NEW YORK NY 10022
TURNPIKE LIMITED                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                        NEW YORK NY 10022
TURNPIKE LIMITED                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 3TH FLOOR
                                                        NEW YORK NY 10022
TURNPIKE LIMITED                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
                                                        NEW YORK NY 10022
UBS AG                                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                                  ATTN: HUGO KOLLER, OQ9C/05GC P.O. BOX ZURICH   8098 SWITZERLAND
UNION BANCAIRE PRIVEE                                   TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT RUE DU RHONE 96-98 CASE POSTALE 1320-1211 GENEVA  1 SWITZERLAND
US AIRWAYS, INC.                                        C/O STEPTOE & JOHNSON LLP ATTN: KATHERINE C PIPER ESQ 2121 AVENUE OF THE STARS, STE 2800 LOS ANGELES CA 90067
US AIRWAYS, INC.                                        C/O STEPTOE & JOHNSON LLP ATTN: STEVEN DAVIDSON ESQ & EMILY NESTLER ESQ 1330 CONNECTICUT AVENUE, NW WASHINGTON DC 20036
VAGGERYDS KOMMUN                                        TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 43 SKILLINGARYD  S-568-21 SWEDEN
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 OPPORTUNITIES SEGREGATED PORTFOLIO                     NEW YORK NY 10022
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 OPPORTUNITIES SEGREGATED PORTFOLIO                     NEW YORK NY 10022


Total Number of Records Printed           78                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```