UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (SCC)
                                                            :    (Jointly Administered)
                            Debtors.                        :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 48299, 48303,
                                                                 48325

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
25th day of February, 2015
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.
| 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered)
|
Debtors. |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE ITALY SPA
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE ITALY SPA
              CRAVATH, SWAINE & MOORE LLP
              WORLDWIDE PLAZA
              ATTN: RICHARD LEVIN
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   BANCA MONTE DEI PASCHI DI SIENA SPA
              ATTN: VALERIA VIGANO
              VIA ROSELLINI 16
              MILANO 20124 ITALY

**Your transfer   of claim #   55820-02   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 48299            Date 02/06/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 20, 2015.

# EXHIBIT B

```
TIME: 12:33:59                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 02/20/15                                    CREDITOR LISTING

Name                                 Address
BANCA MONTE DEI PASCHI DI SIENA SPA  ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
CREDIT SUISSE ITALY SPA              ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA              CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA              RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO SPA                 ATTN: BERTRAND EFISIO VIA EMILIA S.PIETRO 4 REGGIO EMILIA  42121 ITALY
EDMOND DE ROTHSCHILD (SUISSE) SA     ATTN: MARTINE BOILLON 18 RUE DE HESSE GENEVA  1204 SWITZERLAND
UBS AG                               BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                               ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND

Total Number of Records Printed        8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC