UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
------------------------------------------------------------------x    Ref. Docket Nos. 45820, 47831,
                                                         47939, 47945, 48289, 48293, 48295-
                                                         48297, 48305-48315, 48326-48341,
                                                         48343, 48345, 48346, 48348-48386,
                                                         48388-48412, 48414-48417, 48420-
                                                         48428, 48430-48439, 48441-48446,
                                                         48448-48466, 48468-48470, 48472-
                                                         48480, 48482-48484, 48486-48492,
                                                         48494-48517, 48519-48610, 48612,
                                                         48620-48623, 48630, 48631

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of February, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                             Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                            08-13555 (SCC)

                                                                  (Jointly Administered)
                Debtors.

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ALDEN GLOBAL ADFERO BPI FUND, LTD
          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
          ATTENTION: ITHRAN OLIVACCE
          C/O ALDEN GLOBAL CAPITAL, LLC
          885 THIRD AVENUE, 34TH FLOOR
          NEW YORK NY 10022

Please note that your claim # 67435-01 in the above referenced case and in the amount of
    $110,248.89    allowed at $113,392.31        has been transferred **(unless previously expunged by court order)**

          GOLDMAN SACHS & CO.
          TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD
          ATTN: MICHELLE LATZONI
          200 WEST STREET
          NEW YORK NY 10282

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 48346    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/24/2015                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s)

FOR EBS USE ONLY.    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 24, 2015.

# EXHIBIT B

```
TIME: 15:42:44                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 02/24/15                                        CREDITOR LISTING

Name                                              Address
ADAIR, JOHN                                       ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424
ADAIR, JOHN                                       C/O NOMURA INTERNATIONAL (HK) LTD 30/F TWO IFC 8 FINANCE STREET CENTRAL HONG KONG
ALDEN GLOBAL ADFERO BPI FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL ADFERO BPI FUND, LTD.                TRANSFEROR: J.P. MORGAN SECURITIES LLC ATN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND LP                                  NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND LP                                  NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: STERNE AGEE UK LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O NEW FINANCE ALDEN SPV 885 THIRD AVENUE 34TH FLOOR
  MASTER FUND, L.P.                               NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR
  MASTER FUND, L.P.                               NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, LLC ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ALDEN GLOBAL CAPITAL; ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: METHOD INVESTMENT AND ADVISORY ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
```

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:42:44                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 02/24/15                                    CREDITOR LISTING

Name                                          Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE   CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND, L.P.                                        NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: SHINSEI SECURITIES CO., LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: YORVIK PARTNERS LLP ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  MASTER FUND, LP                                          NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND        TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND        TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                       NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND        TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  LP                                                       NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  L.P.                                                     885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: STERNE AGEE UK LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, LLC
  L.P.                                                     885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTENTION: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  LP
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,       TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  LP
ALETER HOLDINGS LLC
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FLOOR NEW YORK NY 10020-1708
                                                           PIAZZALE LODI, 3 MILANO (MI)  20137 ITALY
ALLIANZ BANK FINANCIAL ADVISORS SPA            TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI PIAZZALE LODI, 3 MILAN 20137 ITALY
ALLIANZ BANK FINANCIAL ADVISORS SPA            TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
BALLENTINE, JAMES M., III                      ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424
BALLENTINE, JAMES M., III
BANCA FIDEURAM S.P.A.                          C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN
                                                           PIAZZALE GIULLO DOUHET, 31 ROMA  00163 ITALY
BANCA GENERALI                                 TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: FRANCESCO VICECONTE CORSO CAVOUR 5/A 34132 TRIESTE  ITALY
BANCA MEDIOLANUM S.P.A.                        TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY
BANCA MEDIOLANUM S.P.A.                        TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY
                                                           ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.         TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA            TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA            TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO  20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA
```

```
TIME: 15:42:44                                     LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    3
DATE: 02/24/15                                          CREDITOR LISTING

Name                                              Address
BANCA PASSADORE & C. SPA                          TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA   16121 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.           VIA SAN CARLO 8/20 MODENA  41100 ITALY
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO           TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. PIERO PIETRINI SERVIZIO AMM. STRUMENTI FINANZIARI VIA CALAMANDREI, 255
  SOCIETA' COOPERATIVA                            AREZZO  I-52100 ITALY
BANCA POPOLARE DI SONDRIO SOC. COOP.              ATTN: GIANFRANCO PIRAINO PIAZZA GARIBALDI, N. 16 SONDRIO (SO)  23100 ITALY
  P.A.
BANCA SELLA HOLDINGS SPA                          TRANSFEROR: CREDIT SUISSE ITALY SPA ATT NE NEGRO CARLO - UFF TITOLI PIAZZA G SELLA 1 13900 BIELLA   ITALY
BANK JULIUS BAER & CO. LTD.                       BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK VONTOBEL AG                                  TRANSFEROR: BANQUE PICTET & CIE SA GOTTHARDSTRASSE 43 CORPORATE ACTIONS POSTFACH ZURICH  CH-8022 SWITZERLAND
BANK VONTOBEL AG                                  TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 CORPORATE ACTIONS, POSTFACH ZURICH  CH-8022 SWITZERLAND
BANKHAUS CARL SPANGLER & CO.                      TRANSFEROR: UBS AG ATTN: EVELYN TRATTNER SCHWARZSTRASSE 1 SALZBURG  A-5024 AUSTRIA
  AKTIENGESELLSCHAFT
BANQUE CANTONALE VAUDOISE                         TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 LAUSANNE  1003 SWITZERLAND
BANQUE MORVAL                                     TRANSFEROR: UBS AG LUGANO, ATTN: SILVANO RAMPININI RIVA CACCIA 1A LUGANO  CH-6902 SWITZERLAND
BANQUE PICTET & CIE SA                            60 ROUTE DES ACACIAS GENEVA 73  CH-1211 SWITZERLAND
BARCLAYS BANK PLC                                 JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 JEFF LONGMUIR 747 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 BATCLAYS BANK PLC ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 JEFF LONGMUIR BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: BSOF MASTER FUND L.P. ATTN: DANILE MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI RAPAX MM. L.P. 745 SEVENTH AVENUE NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A, L.P., THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: DANIEL MIRANDA, JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY  10019
BASLER KANTONALBANK                               UBS AG ATTN: JURGEN LISS POSTFACH BASEL  CH-4002 SWITZERLAND
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT 65 EAST 55TH STREET NEW YORK NY  10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN NEW YORK NY  10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY  10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY  10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY  10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY  10022
```

TIME: 15:42:44                                                                 08-13555-mg    Doc 48675    Filed 02/27/15    Entered 02/27/15 17:15:25    Main Document
DATE: 02/24/15                                                                                              Pg 9 of 18                                                                                PAGE: 4

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BRAMHAM, SHAUN | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CASSA DI RISPARMIO DI RAVENNA S.P.A. | PIAZZA GARIBALDI 6 RAVENNA (RA) 48121 ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD. ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: KENNETH KEELEY, BRAIN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND VI-A, L.P., THE ATTN: KENNETH KELLEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: KENNETH KEELY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER), L.P., THE ATTN: BRIAN BLESSING/BRIAN BROYLES/KENNETH KEELEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER), L.P., THE ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE ATTN: BRIAN BLESSING/BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE ATTN: BRIAN BLESSING/BRIAN BROYLES/KENNETH KELLEY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BOYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: KENNETH KEELEY, BRIAN BROYLES, BRIAN BLESSING 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC C/O CITIBANK N.A.; ATTN: VINCENT J. FARRELL 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EUROSAIL PRIME-UK 2007-A PLC CITIBANK N.A. ATTN: VINCENT J. FARRELL 1615 BRETT RD. OPS III NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EUROSAIL-UK 2007-6NC PLC ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) C/O CITIBANK, N.A. ATTN: BRIAN BLESSING/BRIAN BROYLES 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |

```
TIME: 15:42:44                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:   5
DATE: 02/24/15                                         CREDITOR LISTING

Name                                              Address
CREDIT SUISSE ITALY SPA                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE ITALY SPA                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE ITALY SPA                           CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CRESCENT 1, L.P.                                  TRANSFEROR: CRESCENT 1, L.P. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, L.P.                                  TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, L.P.                                  TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, L.P.                                  TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, L.P.                                  TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, L.P.                                  TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                             TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                             TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND
 LTD.                                             TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND
 LTD.                                             TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND
 LTD.                                             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HLF LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HLTS FUND II LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PIMCO CAYMAN U.S. TOTAL RETURN FUND 2767 C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: WINGSPAN MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-6 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DIAMOND FINANCE PUBLIC LIMITED COMPANY            REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
 SERIES 2007-6
DIAMOND FINANCE PUBLIC LIMITED COMPANY            C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
 SERIES 2007-6                                    LONDON E14 5AL UNITED KINGDOM
DRRT                                              FBO LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA 340 W FLAGLER ST STE 201
                                                  MIAMI FL 33130
FINEPOINT CAPITAL PARTNERS I LP                   TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O ROPES & GRAY LLP ATTN: BRIAN RODDER 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
FINEPOINT CAPITAL PARTNERS II LP                  TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O ROPES & GRAY LLP ATTN: BRIAN RODDER 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
GABBAY, MARK                                      ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424
GABBAY, MARK                                      C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS & CO.                               TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282
```

TIME: 15:42:44                                                                                                                                                                                    PAGE: 6
DATE: 02/24/15

08-13555-mg    Doc 48675    Filed 02/27/15    Entered 02/27/15 17:15:25    Main Document
                                          Pg 11 of 18

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: WILSHIRE ALDEN GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATED PORTFOLIO ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: BLACKSTONE ALTERNATIVE MULTI-MANAGER SUB FUND IV L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRAZIANO DELI | TRANSFEROR: UBS AG BANCA DEL SEMPIONE ATTN: RENATO VOSTI VIA PIETRO PERI 5 LUGANO CH-6900 SWITZERLAND |
| GUNTER, DIEDRICH | TRANSFEROR: CREDIT SUISSE AG AM HECKACKER 60 KALCHREUTH 90562 GERMANY |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALYCON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVE 8TH FL NEW YORK NY 10022 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HSBC PRIVATE BANK (UK) LIMITED | FAO: CHIEF RISK OFFICER 78 ST JAME'S STREET LONDON SW1A 1JB UNITED KINGDOM |
| HSBC PRIVATE BANK MONACO S.A. | TRANSFEROR: UBS AG ATTN: GEROME VICENTE 17 AVENUE D' OSTENDE MONACO MC 9800 MONACO |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| ICCREA BANCA SPA | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: ANTONIO TORRE VIA LUCRAZIA ROMANA, 41/47 ROME 00178 ITALY |
| ICCREA BANCA SPA | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: ANTONIO TORRE VIA LUCREZIA ROMANA 41/47 ROME 00178 ITALY |
| ICCREA BANCA SPA | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: MARIANNA VENTRE VIA LUCRAZIA ROMANA 41/47 ROME 00178 ITALY |
| ICCREA BANCA SPA | TRANSFEROR: CASSA DI RISPARMIO DI RAVENNA S.P.A. ATTN: ANTONIO TORRE VIA LUCRAZIA ROMANA 41/47 ROME 00178 ITALY |
| ICCREA BANCA SPA | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LEGAL DEPARTMENT VIA LUCREZIA ROMANA 41/47 ROME 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: UBS AG ATTN: PAOLO POLLASTRI VIA HOEPLI 10 MILANO IT-20122 ITALY |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: BSOF MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: BSOF PARALLEL MASTER FUND L.P. ATTN: JEFFREY L. PANZO MAIL CODE; NY1-M138 383 MADISON AVENUE, FLOOR 43 NEW YORK NY 10179 |
| JAVANO MANAGEMENT, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:42:44                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:    7
DATE: 02/24/15                                              CREDITOR LISTING

Name                                        Address
JAVANO MANAGEMENT, L.L.C.                   TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 6934 NEW YORK NY 10150
JPMORGAN SECURITIES LLC                     TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE FUND V-B LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE FUND VIII LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: WILSHIRE ALDEN GLOBAL EVENT DRIVEN OPPORTUNITIES SEGREGATE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138
                                            383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES LLC                     TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
                                            383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
                                            383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
                                            383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE FUND IX LP, THE ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE FUND V-A LP, THE ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE FUND V-B LP, THE ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE FUND VII-B LP, THE ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE FUND VIII LP, THE ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN SECURITIES PLC                     TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                            NEW YORK NY 10179
KNIGHTHEAD (NY) FUND, LP                    TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12 FLOOR
                                            NEW YORK NY 10036
KNIGHTHEAD (NY) FUND, LP                    TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                            NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO      TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT ATTN: MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL
                                            NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO      TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036

                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:42:44                           LEHMAN BROTHERS HOLDING INC.                                    PAGE:    8
DATE: 02/24/15                              CREDITOR LISTING

Name                                                          Address
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/M. FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL
                                                NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O KNIGHTHEAD CAP MGMT/M. FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/ATT: MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL
                                                NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/M. FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO          TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT / ATTN: MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL
                                                NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE            TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: MICHAEL FRIEDBERG
  COMPANY                                      1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE            TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN; MICHAEL FRIEDBERG
  COMPANY                                      1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE            TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LL ATTN: MICHAEL FRIEDBERG
  COMPANY                                      1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE            TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: MICHAEL FRIEDBERG
  COMPANY                                      1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE            TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN; MICHAEL FRIEDBERG
  COMPANY                                      1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
KNIGHTHEAD ANNUITY & LIFE ASSURANCE            TRANSFEROR: JPMORGAN SECURITIES PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: MICHAEL FRIEDBERG
  COMPANY                                      1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
LB DELTA (CAYMAN) NO.1 LIMITED                  C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LB UK FINANCING LIMITED (IN                     TRANSFEROR: LB SF NO. I LEVEL 23, 25 CANADA SQUARE LONDON E14 5LQ UNITED KINGDOM
  ADMINISTRATION)
LB1 LIMITED                                     C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
LB3 GMBH                                        TRANSFEROR: LB1 LIMITED ESCHENHEIMER ANLAGE 1 60316 FRANKFURT AM MAIN GERMANY
LEHMAN BROTHERS HOLDINGS, INC.                  TRANSFEROR: LB DELTA (CAYMAN) NO.1 LIMITED ATTN: MICHAEL LETO, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                  TRANSFEROR: LB UK FINANCING LIMITED (IN ADMINISTRATION) ATTN: MICHAEL FERRARO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                  TRANSFEROR: PRINCIPAL TRANSACTIONS, INC. ATTN: MICHAEL LETO, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LGT BANK (SWITZERLAND) LTD                      TRANSFEROR: HSBC PRIVATE BANK SUISSE SA LANGE GASSE 15/ PO BOX CH-4002 BASEL SWITZERLAND
LIEBMANN, TRUDI                                 ZURCHER KANTONALBANK ATTN: PATRICK HEUBERGER LOAV3 PO BOX ZURICH CH-8010 SWITZERLAND
LIEBMANN, TRUDI                                 TRANSFEROR: UBS AG BACHLERSTRASSE 53 KILCHBERG CH8802 SWITZERLAND
LIQUIDATION OPPORTUNITIES MASTER FUND LP        TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P. ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE
  L.P.                                          NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
  L.P.                                          NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                          NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: GOLDMAN SACHS & CO. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL, L.L.C. 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: SHARELINK SECURITIES AND FINANCIAL SERVICES LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  L.P.                                          885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  L.P.                                          NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: YORVIK PARTNERS LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  L.P.
LIQUIDATION OPPORTUNITIES MASTER FUND,          TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
  L.P.
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH ST NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH, DUBLIN ATTN DAVE PURDOM & JOHN PRICE BLOCK D, CENTRAL PARK, LEOPARDSTOWN DUBLIN 18    IRELAND |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MERRILL LYNCH ATTN FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: WENDY KANE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN ANNIKA WESTLING 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TURNPIKE LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MIRABAUD ET CIE, S.A. | TRANSFEROR: UBS AG ATTN: FERNANDO FERNANDEZ 29 BOULEVARD GEORGES-FAVON GENEVE  CH-1204 SWITZERLAND |
| MIRABAUD ET CIE, S.A., GENEVE | TRANSFEROR: BANK JULIUS BAER & CO. LTD. 20 BOULEVARD GEORGES-FAVON GENEVE  CH-1204 SWITZERLAND |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: ADAIR, JOHN C/O ALSTON & BIRD LLP ATTN: WILLIAM S. SUGDEN 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: BALLENTINE, JAMES M., III C/O ALSTON & BIRD LLP ATTN: WILLIAM S. SUGDEN 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: BRAMHAM, SHAUN C/O ALSTON & BIRD LLP ATTN: WILLIAM S. SUGDEN 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: GABBAY, MARK C/O ALSTON & BIRD LLP ATTN: WILLIAM S. SUGDEN 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: SCHIFFMAN, GLENN H. C/O ALSTON & BIRD LLP ATTN: WILLIAM S. SUGDEN 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| PIMCO CAYMAN U.S. TOTAL RETURN FUND 2767 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 650 NEWPORT CENTER DRIVE SUITE 100 SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN U.S. TOTAL RETURN FUND 2767 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN U.S. TOTAL RETURN FUND 2767 | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN   CAYMAN ISLANDS |
| PRINCIPAL TRANSACTIONS, INC. | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| PRINCIPAL TRANSACTIONS, INC. | TRANSFEROR: SH JASMINE 1 LTD C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG  HONG KONG |
| SCHIFFMAN, GLENN H. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO  107-6029 JAPAN |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM. L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL, LLP ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P | C/O DAVIS POLK & WARDWELL, LLP ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P | TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 ST. GALEN  9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 ST. GALLEN  9001 SWITZERLAND |
| TRINITY INVESTMENTS LIMITED | TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-6 C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: RIVERROCK SECURITIES LIMITED C/O ALDEN GLOBAL CAPITAL; ATTN; ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: STERNE AGEE UK LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: STERNE AGEE UK LLP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE ATTN: MATTHIAS MOHOS BAHNHOFSTRASSE 45 8001 ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: DRRT HUGO KOLLER BAHNHOFSTRASSE 45 8001 ZURICH SWITZERLAND |
| UBS AG | TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |
| UBS SA GENEVA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: MR. MEHMET CENGIZ ALPER RUE DU RHONE 96-98 GENEVE CH-1211 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO 20121 ITALY |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

```
TIME: 15:42:44                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE: 11
DATE: 02/24/15                                         CREDITOR LISTING

Name                                        Address
VARDE FUND IX LP, THE                       C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND IX LP, THE                       TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND IX-A LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                     TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B LP, THE                      ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B LP, THE                      C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND V-B LP, THE                      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B LP, THE                      TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND V-B LP, THE                      TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VI-A LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                     TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                  TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A, L.P., THE                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B LP, THE                    ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B LP, THE                    C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VII-B LP, THE                    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B LP, THE                    TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VII-B LP, THE                    TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                     ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                     C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE FUND VIII LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                     TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VIII LP, THE                     TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE               TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE               TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE               TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE               TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE               TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE            TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER) LP, THE              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER) LP, THE              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER) LP, THE              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER) LP, THE              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND XI (MASTER) LP, THE              TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
```

```
TIME: 15:42:44                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    12
DATE: 02/24/15                                         CREDITOR LISTING

Name                                                   Address
VARDE FUND XI (MASTER), L.P., THE                      TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                   ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUTIE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)                   TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                        TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: VARDE FUND LP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                          TRANSFEROR: YORVIK PARTNERS LLP ATTN: KATHY C. RICKE 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                     PORTFOLIO; TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  OPPORTUNITIES SEGREGATED                             NEW YORK NY 10022
WILSHIRE ALDEN GLOBAL EVENT DRIVEN                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
  OPPORTUNITIES SEGREGATED PORTFOLIO                   NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  SPC                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  SPC                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II                  TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
  SPC                                                  885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022


                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:42:44                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  13
DATE: 02/24/15                                         CREDITOR LISTING

Name                                      Address
WILSHIRE INSTITUTIONAL MASTER FUND II     TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  SPC                                     885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II     TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
  SPC                                     885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II     TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE
  SPC                                     885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II     TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL, LLC ATTN: ITHRAN OLIVACCE
  SPC                                     885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
WILSHIRE INSTITUTIONAL MASTER FUND II     TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL, L.L.C. ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  SPC
YORK GLOBAL FINANCE BDH, LLC              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MANAGEMENT /MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed    493
```

EPIQ BANKRUPTCY SOLUTIONS, LLC