UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                       :
In re                                                  :     Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :     08-13555 (SCC)
                                                       :     (Jointly Administered)
                    Debtors.                           :
                                                       :
------------------------------------------------------------x     Ref. Docket Nos. 48288, 48323,
                                                             48342, 48344, 48347, 48362, 48387,
                                                             48467, 48525, 48536, 48568, 48590

                         AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 24, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
27th day of February, 2015
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 48288, 48323, 48342...48536, 48568, 48590_Aff 2-24-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

---

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   VARDE FUND IX-A LP, THE
              TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P.
              ATTN: EDWINA P.J. STEFFER
              8500 NORMANDALE LAKE BOULEVARD
              SUITE 1500
              MINNEAPOLIS MN 55437

Additional:

Transferee:   BARCLAYS BANK PLC
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

**Your transfer   of claim #   66803-03   is defective for the reason(s) checked below:**

Other                                    NAME ON TRANSFER DOES NOT MATCH NAME ON DOCKET

Docket Number 48467              Date 02/20/15

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on February 24, 2015.

# EXHIBIT B

TIME: 15:11:51                                                                                        PAGE:   1
DATE: 02/24/15

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CANSO INVESTMENT COUNSEL LTD. | C/O CANSO FUND MANAGEMENT LTD 100 YORK BLVD., SUITE 550 RICHMOND HILL, ONTARIO L4B 1J8 CANADA |
| CANSO INVESTMENT COUNSEL LTD. | ON BEHALF OF THE PARTIES LISTED IN EXHIBIT 1. 100 YORK BLVD., SUITE 550 RICHMOND HILL ON L4B 1J8 CANADA |
| CASSA DI RISPARMIO DI RAVENNA S.P.A. | PIAZZA GARIBALDI 6 RAVENNA (RA)  48121 ITALY |
| CRESCENT 1, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| ICCREA BANCA S.P.A. | ATTN: ANTONIO TORRE VIA LUCRAZIA ROMANA, 41/47 ROMA  00178 ITALY |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH  CH-8022 SWITZERLAND |
| JPMORGAN SECURITIES LLC | ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | C/O KNIGHTHEAD CAP MGMT/ ATTN: MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| NORDNET BANK AB | BOX 14077 BROMMA  167147 SWEDEN |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| VAGGERYDS KOMMUN | TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 43 SKILLINGARYD  S-568-21 SWEDEN |
| VARDE FUND IX-A LP, THE | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VIII LP, THE | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VIII LP, THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |

Total Number of Records Printed          24

EPIQ BANKRUPTCY SOLUTIONS, LLC