MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Tel. (212) 506-2500
Fax (212) 262-1910

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

     PLEASE TAKE NOTICE that the mailing address of Mayer Brown LLP ("MBLLP") has changed effective February 23, 2015 to:

Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001

     PLEASE TAKE FURTHER NOTICE that MBLLP respectfully requests that notice and service lists maintained in these cases be updated accordingly.

Dated:  New York, New York
          March 2, 2015

                                            MAYER BROWN LLP

                                            /s/ Brian Trust
                                               Brian Trust
                                               1221 Avenue of the Americas
                                               New York, New York 10020-1001
                                               Telephone: (212) 506-2500
                                               Facsimile: (212) 262-1910

715302844