UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on March 3, 2015, a copy of **Notice of Adjournment of Hearing on Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections** was made electronically on those parties requesting electronic service via the Court's ECF system and via U.S. Mail on the following parties.

      Richard P. Krasnow, Esquire
      Lori R. Fife, Esquire
      Shai Y. Waisman, Esquire
      Jacqueline Marcus, Esquire
      Weil Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY 10153
      *(Attorneys for the Debtors)*

      Andy Velez-Rivera, Esquire
      Paul Schwartzberg, Esquire
      Brian Masumoto, Esquire
      Office of the U.S. Trustee
      U.S. Federal Office Building
      201 Varick Street, Suite 1006
      New York, NY 10014

      Chambers of the Honorable Shelley C. Chapman
      One Bowling Green
      New York, NY 10004

637272.4 3/3/15

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
*(Attorneys for the Creditors' Committee)*

                SAUL EWING LLP

By: _____
Lucian B. Murley
(Pro Hac Vice Motion Pending)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6898