B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                      Case No. 08-13555 (SCC)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of all rights, title and interest in the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Lehman Brothers Holdings Inc. | BRNP Holdings, L.L.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas
New York, New York 10020
Attention: Richard Katz
Telephone: +1 646 285 9065
Email: Richard.Katz@lehmanholdings.com

Court Claim # (if known):  29110
Amount of Claim Transferred:  100% of transferor's interest
Date Claim Filed:  9/22/09
Debtor:  Lehman Brothers Holdings Inc.

*with a copy (which shall not constitute notice) to*:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Garrett Fail and Sunny Singh
Telephone: +1 212 310 8000
Email: garrett.fail@weil.com
sunny.singh@weil.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _3/2/15_____
Transferee/Transferee's Agent

Agreed and Acknowledged:

By: _____          Date: _March 2, 2015_
Transferor/Transferor's Agent

Michael De Michele
Partner

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.