# CT

The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
800.677.3394



January 20, 2015

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Pinnacle Point Funding Corp.

Case No.  0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Pinnacle Point Funding Corp..

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 526415436

Sent By Regular Mail

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408


(Returned To)

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017


Wolters Kluwer