Trilantic Capital Management L.P.
375 Park Avenue, 30th Floor
New York, NY 10152
Telephone: 212-607-8430
Facsimile: 646-998-7651
Giulianna K. Ruiz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| _____ | : | |

## NOTICE OF WITHDRAWAL OF CLAIM

       PLEASE TAKE NOTICE that Trilantic Capital Partners III L.P. ("Claimant") hereby withdraws with prejudice proof of claim 27658 (the "Claim"), filed on September 22, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

       The undersigned represents and warrants that she is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: March 4, 2015
       New York, New York

                                                           _____
                                                          Giulianna K. Ruiz
                                                          Chief Compliance Officer & Counsel
                                                          Trilantic Capital Management L.P., investment adviser of Claimant
                                                          375 Park Avenue, 30th Floor
                                                         New York, NY 10152
                                                         Telephone: 212-607-8430
                                                         Facsimile: 646-998-7651