WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| Debtors. | : | **(Jointly Administered)** |

| | | |
|---|---|---|
| In re | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | **08-01420 (SCC) (SIPA)** |
| Debtor. | : | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 5, 2015 AT 12:00 P.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS INC. PROCEEDING**

**I.    CONTESTED MATTER:**

1.  Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 9529**]

    Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 22, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of TTSD Trust [**LBI ECF No. 9663**]

    Related Documents:

    B.    Memorandum Endorsed Order re Request for Waiver of Courtcall fee [**LBI ECF No. 9705**]

    C.    Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9847**]

    D.    Notices of Resolution [**LBI ECF Nos. 10006, 10265**]

    E.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 10094**]

    F.    Order Denying TTSD Trust's Request for Judicial Notice and Matter to Go Off Calendar [**LBI ECF No. 10703**]

    G.    Memorandum Endorsed Order re Request to Adjourn Hearing on the Claim of TTSD Trust U/A/D 6/7/07 (Claim No. 9001006) [**LBI ECF No. 11307**]

    H.    Addendum to Opposition and Request for Evidentiary Hearing and/or Mediation filed by Barbara Donahue [**LBI ECF No. 11364**]

        I.        Trustee's Reply to Response of TTSD Trust to the Trustee's Two Hundred Fifty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) **[ECF No. 11374]**

        J.        Request for Judicial Notice **[ECF No. 11386**]

Status:  This matter is going forward.

## **LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

### **II.    CONTESTED MATTER:**

2.    Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [**ECF No. 19399**]

Response Deadline:    September 20, 2011 at 4:00 p.m.

Responses Received:

        A.        Response of Michael Collins [**ECF No. 20378**]

        B.        Response of Donald C. Dybeck [**ECF No. 20171**]

        C.        Response of Edmund Finder [**ECF Nos. 20150, 20389, 27164**]

        D.        Response of Donald N. Fritts [**ECF No. 20464**]

        E.        Response of Edwin Mc Guinn Jr. [**ECF No. 20417**]

        F.        Response of Robert D. Morrison [**ECF No. 20179**]

        G.        Response of William C. Smith [**ECF No. 20428**]

        H.        Response of William A. Wagner [**ECF No. 20438**]

        I.        Response of John A. Whalen [**ECF No. 20173**]

<u>Related Document</u>:

    J.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 47055**]

<u>Status</u>:  This matter is going forward solely with respect to claim numbers 11327, 11328, 11329, 8257, 28717, 13286, 32259, 15223, 7716, 5570, and 6147.

Dated: March 4, 2015
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: March 4, 2015
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95196600\8\58399.0011