B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of New York

In re <u>Lehman Brothers Holdings, Inc.</u>,          Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pershing LLC FBO Barry Schneiderwind | Lehrman Nina<br>Tejas Securities Group Inc<br>F/B/O Barry Schneiderwind |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Clearview Trading Advisors
13501 Galleria Circle, Ste W-240
Bee Caves, TX 78738

Phone: <u>512-814-3996</u>
Last Four Digits of Acct #: <u>0370</u>

Court Claim # (if known): <u>64599</u>
Amount of Claim: <u>$346,563.48</u>
Date Claim Filed: _____

Phone: <u>512-306-5259</u>
Last Four Digits of Acct. #: <u>1038</u>

Name and Address where transferee payments should be sent (if different from above):
Clearview Trading Advisors
13501 Galleria Circle, Ste W-240
Bee Caves, TX 78738

Phone: <u>512-814-3996</u>
Last Four Digits of Acct #: <u>0370</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____          Date: <u>18 Feb 2015</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.