B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of New York

In re  Lehman Brothers Holdings, Inc._____,    Case No.  08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pershing LLC FBO Richard Wackerbarth | Lehrman Nina<br>Tejas Securities Group Inc<br>F/B/O Richard Wackerbarth |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Clearview Trading Advisors
13501 Galleria Circle, Ste W-240
Bee Caves, TX 78738

Court Claim # (if known):  64601
Amount of Claim:  $70,955.29
Date Claim Filed: _____

Phone:  512-814-3996
Last Four Digits of Acct #:  0032

Phone:  512-306-5259
Last Four Digits of Acct. #:  4019

Name and Address where transferee payments should be sent (if different from above):

Phone:  512-814-3996
Last Four Digits of Acct #:  0032

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Richard Wackerbarth_____    Date:  2/18/2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.