210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re: **Lehman Brothers Holdings, Inc., *et al.*,**   Debtors.   Case No. **08-13555 (SCC)**
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **OC19 Master Fund LP - LCG** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Luxor Capital Group, LP
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Attn: Omar Khawaja

Court Claim # (if known): 67080
Amount of Claim as Filed:  $565,870,087.00
Amount of Claim Transferred:  $199,000.00
Date Claim Filed:  September 20, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone: 212-763-8075
Facsimile: 646-786-4637
Email: bankdebt@luxorcap.com

Phone: _____

Last Four Digits of Acct#: _____

Last Four Digits of Acct#: _____

Name and Address where transferee payments should be send (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: 3/3/15
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3011865

# EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:  Clerk

AND TO:  Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (jointly administered) (JMP)

Claim number: **67080**

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**OC19 MASTER FUND LP – LCG**
c/o Luxor Capital Group
Attention: Omar Khawaja
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Facsimile: 646-786-4637
Email: bankdebt@luxorcap.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 67080**, solely to the extent of **199,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

**OC19 MASTER FUND LP – LCG**

By: _____
Name:   Kelly Skura
Title:   Chief Financial Officer
Luxor Capital Group, LP
Investment Manager