210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re: **Lehman Brothers Holdings, Inc., *et al.*,**   Debtors.   Case No. **08-13555 (SCC)**
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Luxor Capital Partners Offshore Master Fund, LP** | **Deutsche Bank AG, London Branch** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Luxor Capital Group, LP<br>1114 Avenue of the Americas, 29th Floor<br>New York, NY 10036<br>Attn: Omar Khawaja | Court Claim # (if known): 67079<br>Amount of Claim as Filed: $565,870,087.00<br>Amount of Claim Transferred: $2,452,000.00<br>Date Claim Filed: September 20, 2010<br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: 212-763-8075<br>Facsimile: 646-786-4637<br>Email: bankdebt@luxorcap.com | Phone: _____ |
| Last Four Digits of Acct#: _____ | Last Four Digits of Acct#: _____ |

Name and Address where transferee payments should be send (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Kelly Ake*_____    Date: 3/3/15
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3011865

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (jointly administered) (JMP)

Claim number: 67079

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**
c/o Luxor Capital Group
Attention: Omar Khawaja
1114 Avenue of the Americas, 29th Floor
New York, NY 10036
Facsimile: 646-786-4637
Email: bankdebt@luxorcap.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 67079**, solely to the extent of **$2,452,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____, 2014.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
Name:                                 Name:
Title:                                Title:

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**

By: _____
Name:
Title:      Kelly Skura
            Chief Financial Officer
            Luxor Capital Group, LP
            Investment Manager