**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

---------------------------------------------------------------x   **Ref. Docket Nos. 48292, 48471,**
**48481, 48521, 48522, 48548, 48627-**
**48629**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 25, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                 */s/ Lauren Rodriguez*
                                 Lauren Rodriguez

Sworn to before me this
4th day of March, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                      |        Chapter 11 Case No.
                                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,                     |        08-13555 (SCC)
                                                           |
                                                           |        (Jointly Administered)
                    Debtors.                               |
                                                           |
_____

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  JPMORGAN SECURITIES LLC
               TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P.
               ATTN: JEFFREY L PANZO MAIL CODE NY1-M138
               383 MADISON AVENUE - FLOOR 37
               NEW YORK NY 10179

Please note that your claim # 62727-04 in the above referenced case and in the amount of
          $89,479.50  allowed at $60,814.51        has been transferred (**unless previously expunged by court order**)

          KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO
          TRANSFEROR: JPMORGAN SECURITIES LLC
          C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
          ATTN: MICHAEL FRIEDBERG
          1140 AVENUE OF THE AMERICAS, 12TH FL
          NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48548      in your objection
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/25/2015

                              Vito Genna, Clerk of Court


                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 25, 2015.

**EXHIBIT B**

```
TIME: 10:17:25                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 02/25/15                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN  20149 ITALY |
| BANCA LEONARDO SPA | TRANSFEROR: BANCA AKROS SPA ATTN: BIAGIO OLIVA-ANNALISA ROMANO VIA BROLETTO 46 MILANO  20121 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. SERVIZIO AMMINISTRAZIONE TITOLI ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILAN  20124 ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: STEFANIA MAZZONELLO VIA ROVAGNATI N. 1 DESIO (MB)  20832 ITALY |
| BSI SA | TRANSFEROR: UBS AG ATTN: ANDREA FERRARI VIA MAGATTI N. 2 LUGANO  CH-6900 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY |
| JPMORGAN SECURITIES LLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: MICHAEL FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| NIEBUHR, MARIANNE | TRANSFEROR: UBS AG AN DER ALSTER 67 HAMBURG  DE-20099 GERMANY |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    16

EPIQ BANKRUPTCY SOLUTIONS, LLC