**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

---------------------------------------------------------------------x    **Ref. Docket Nos. 47346, 48347, 48374**


## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                             ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 25, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of March, 2015
*/s/  Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |      Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |      08-13555 (SCC)
                                   |
                                   |      (Jointly Administered)
                   Debtors.        |
                                   |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC
              C/O ALDEN GLOBAL CAPITAL
              CHRIS SCHOLFIELD
              885 THIRD AVENUE
              NEW YORK NY 10022

Additional:

Transferee:   GOLDMAN SACHS & CO.
              ATTN: MICHELLE LATZONI
              200 WEST STREET
              NEW YORK NY 10282

**Your transfer** of claim # 48734-17 **is defective for the reason(s) checked below:**

Previously Transferred

Docket Number 48347                  Date 02/19/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 25, 2015.

**EXHIBIT B**

TIME: 10:19:30
DATE: 02/25/15

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC