UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                                             :

In re                                :        Chapter 11 Case No.
                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (SCC)
                                           :    (Jointly Administered)
                      Debtors.       :
                                           :

---------------------------------------------------------------------------x   Ref. Docket Nos. 48397, 48538,
                                                 48559, 48562, 48590

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 26, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
4th day of March, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (SCC)
                                               |
                                               | (Jointly Administered)
                       Debtors.                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  J.P. MORGAN SECURITIES LLC
             TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
             ATTN: JEFFREY L. PANZO
             MAIL CODE: NY1-M138
             383 MADISON AVENUE-FLOOR 37
             NEW YORK NY 10179

Please note that your claim # 44978 in the above referenced case and in the amount of
        $1,592,682.20  allowed at $1,623,759.52      has been transferred (**unless previously expunged by court order**)

        CRESCENT 1, L.P.
        TRANSFEROR: J.P. MORGAN SECURITIES LLC
        ATTN: SVET NIKOV
        399 PARK AVENUE, 39TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48559    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2015                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2015.

**EXHIBIT B**

TIME: 11:59:58
DATE: 02/26/15

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| CRESCENT 1, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT 1, L.P. | TRANSFEROR: JPMORGAN SECURITIES LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/M. FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG ST. LEONHARDSTRASSE 25 ST. GALLEN 9001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZÜRICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZÜRICH 8098 SWITZERLAND |

Total Number of Records Printed     13

EPIQ BANKRUPTCY SOLUTIONS, LLC