UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                          :        Chapter 11 Case No.
                                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (SCC)
                                                                               :        (Jointly Administered)
                           Debtors.                                  :
                                                                               :
-----------------------------------------------------------------------x        Ref. Docket No. 48291

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                             ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Lauren Rodriguez*
                                                                        Lauren Rodriguez

Sworn to before me this
4th day of March, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 48291_Aff 2-26-15.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  UNION BANCAIRE PRIVEE
TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT
RUE DU RHONE 96-98
CASE POSTALE 1320-1211
GENEVA 1 SWITZERLAND

Additional:

Transferee:  BANKINTER
ATTN: MIGUEL ANGEL CALERO
PICO DE SAN PEDRO, 1
TRES CANTOS 28760 SPAIN

**Your transfer of claim # 55684 is defective for the reason(s) checked below:**

Other                                ISIN 56 - CLAIM DISREGARDED BY COURT ORDER

Docket Number 48291          Date 01/26/15

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 26, 2015.

# EXHIBIT B

```
TIME: 11:58:33                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 02/26/15                                          CREDITOR LISTING

Name                              Address
BANKINTER                         ATTN: MIGUEL ANGEL CALERO PICO DE SAN PEDRO, 1 TRES CANTOS  28760 SPAIN
UNION BANCAIRE PRIVEE             TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT RUE DU RHONE 96-98 CASE POSTALE 1320-1211 GENEVA  1 SWITZERLAND

Total Number of Records Printed          2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC