UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :
                          Debtors.                  :    (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING THE FOUR HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred eighty-eighth omnibus objection to claims, dated December 1, 2014 (the "Four Hundred Eighty-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the Claims pursuant to section 502(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Four Hundred Eighty-Eighth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and a contested hearing (the "Hearing") having been held on February 11, 2015 to consider the relief requested in the Four Hundred Eighty-Eighth Omnibus Objection to Claims solely with respect to the Claims listed on Exhibit 1 attached hereto; and for the reasons set forth on the record at the Hearing, which record shall be supplemented by a memorandum decision to be issued by the court as soon as is practicable, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Eighth Omnibus Objection to Claims.

21250657

ORDERED that the relief requested in the Four Hundred Eighty-Eighth Omnibus Objection to Claims is granted solely to the extent provided herein; and it is further

ORDERED that, subject to the terms of the following paragraph, pursuant to section 502(b) of the Bankruptcy Code, the Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety; and it is further

ORDERED that this Order shall not be, or in any way construed to be, a final order for purposes of (i) any appeal under Bankruptcy Rule 8001, et seq., or (ii) any motion for rehearing or motion for relief under Federal Rule of Civil Procedure 60(b) and/or Bankruptcy Rule 9024, and any related time limits are accordingly not triggered by this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 5, 2015
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

21250657