**EXHIBIT 1**

# IN RE: LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26405 | Undetermined | Undetermined | No Liability |
| 2 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26406 | Undetermined | Undetermined | No Liability |
| 3 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26407 | Undetermined | Undetermined | No Liability |
| 4 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26408 | Undetermined | Undetermined | No Liability |
| 5 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26409 | Undetermined | Undetermined | No Liability |
| 6 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26410 | Undetermined | Undetermined | No Liability |
| 7 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26501 | Undetermined | Undetermined | No Liability |
| 8 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 26556 | Undetermined | Undetermined | No Liability |
| 9 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 29229 | Undetermined | Undetermined | No Liability |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 29234 | Undetermined | Undetermined | No Liability |
| 11 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 29236 | Undetermined | Undetermined | No Liability |
| 12 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 29239 | Undetermined | Undetermined | No Liability |
| 13 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13908 (SCC) | East Dover Limited | 09/22/2009 | 29241 | Undetermined | Undetermined | No Liability |
| 14 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 29245 | Undetermined | Undetermined | No Liability |
| 15 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 29246 | Undetermined | Undetermined | No Liability |
| 16 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29247 | Undetermined | Undetermined | No Liability |
| 17 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 29248 | Undetermined | Undetermined | No Liability |
| 18 | NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29250 | Undetermined | Undetermined | No Liability |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 19 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 09/22/2009 | 26348 | Undetermined | Undetermined | No Liability |
| 20 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 09/22/2009 | 26349 | Undetermined | Undetermined | No Liability |
| 21 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 26350 | Undetermined | Undetermined | No Liability |
| 22 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 09/22/2009 | 26351 | Undetermined | Undetermined | No Liability |
| 23 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 26352 | Undetermined | Undetermined | No Liability |
| 24 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 26360 | Undetermined | Undetermined | No Liability |
| 25 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13905 (SCC) | CES Aviation LLC | 09/22/2009 | 26361 | Undetermined | Undetermined | No Liability |
| 26 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13906 (SCC) | CES Aviation V LLC | 09/22/2009 | 26362 | Undetermined | Undetermined | No Liability |
| 27 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 26363 | Undetermined | Undetermined | No Liability |

**OMNIBUS OBJECTION 488: EXHIBIT 1 - NO LIABILITY**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 28 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 26364 | Undetermined | Undetermined | No Liability |
| 29 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 26374 | Undetermined | Undetermined | No Liability |
| 30 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 09-10558 (SCC) | Structured Asset Securities Corporation | 09/22/2009 | 26375 | Undetermined | Undetermined | No Liability |
| 31 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 09-10137 (SCC) | BNC Mortgage LLC | 09/22/2009 | 26376 | Undetermined | Undetermined | No Liability |
| 32 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 26377 | Undetermined | Undetermined | No Liability |
| 33 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13907 (SCC) | CES Aviation IX LLC | 09/22/2009 | 26390 | Undetermined | Undetermined | No Liability |
| 34 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 09-10560 (SCC) | LB Rose Ranch LLC | 09/22/2009 | 26557 | Undetermined | Undetermined | No Liability |
| 35 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26558 | Undetermined | Undetermined | No Liability |
| 36 | NEWPORT GLOBAL OPPORTUNITIES FUND, LP | 08-13600 (SCC) | LB 745 LLC | 09/22/2009 | 26559 | Undetermined | Undetermined | No Liability |