United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
Courtroom 623
One Bowling Green
New York, New York 10004

RECEIVED

MAR -5 2015

U.S. BANKRUPTCY COURT, SDNY

Att: The Honorable Shelley C. Chapman

Re: Chap 11 Case No. 08-13555 (SCC) Lehman Brothers Holdings Inc., et al. One Hundred Seventy-Third Omnibus Objection to Claims (no Liability Employee Claims).

Claim #15223 Claimant: Michael Collins

Dear Judge Chapman,

In anticipation of my hearing tomorrow before your Court, I am enclosing a document that I sent to Garrett Fail of Weil, Gotshal & Manges LLP– attorney for the Debtors- Lehman Bros. Holdings Inc. Mr. Fail and I have had several conversations attempting to settle this matter. In our last discussion, Mr. Fail informed me that his client was willing to settle this claim for approximately $6,000. In their mind this was a nuisance claim. I am willing to settle this claim, however, I feel this amount is not appropriate. Mr. Fail continues to suggest his client has no responsibility for my claim. In the interests of saving time, I am sending the attached documentation for your review prior to the hearing. I am appealing to you to find LBHI liable for this claim for the reasons so articulated. Thank You for your attention to this matter.

Respectfully submitted,

Michael Collins