**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned attorney with Sullivan & Cromwell LLP, as counsel for Giants Stadium LLC, hereby withdraws his appearance in the above-captioned case and requests that service upon him of all future notices, pleadings, and other filings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from all service lists in the above-captioned case, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       March 5, 2015

Respectfully submitted,

/s/ Thomas John Wright
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*