**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## JOINT NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that each claimant listed on <u>Exhibit A</u> hereto (collectively the "<u>Claimants</u>"), through its counsel, hereby withdraws with prejudice the proof of claim listed in the row(s) corresponding to its name on <u>Exhibit A</u> hereto (each a "<u>Claim</u>") filed against Lehman Brothers Holdings Inc. ("<u>LBHI</u>").  Claimants hereby direct Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register.  The undersigned represents and warrants that she is authorized by Claimants to execute this withdrawal and that the withdrawal of the Claims is within Claimants corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on Claimants, or any law, regulation, judgment, order or administrative action binding on them.

**PLEASE TAKE FURTHER NOTICE** that LBHI hereby withdraws with prejudice the subpoena served upon Quartz Finance Limited on November 8, 2012, the issuance of which was noticed in a filing with the Court on November 15, 2012 [ECF No. 32096]. Nothing herein shall limit or prevent LBHI from issuing and serving any subpoenas for any claim not listed on Exhibit A.

| | |
|---|---|
| Dated: March 5, 2015<br>New York, New York | /s/ Sarah Campbell<br>Sarah Campbell<br><br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-3427<br><br>*Attorneys for the Claimants* |
| Dated: March 2, 2015<br>New York, New York | /s/ Garrett A. Fail<br>Garrett A. Fail<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>*Attorneys Lehman Brothers Holdings Inc.* |

2

WEIL:\95223238\1\58399.0008

# EXHIBIT A

### Claims To Be Withdrawn

| Claim No. | Claimant |
|:---:|---|
| 28179 | Quartz Finance Limited |
| 28180 | Quartz Finance Limited |