*Claim nr 53396*

UNITED STATES BANKRUPTCY COURT
SOUTERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408



's-Hertogenbosch, January 28th 2015

Ref: Change Claim number 00000 53396

Dear madam, sir,

I would like to change claim number 53396, because claimant, Mrs. A.C.M. van Zuilen-Humme died on December 25th 2013, as stated in the enclosed 'Extract from death registration nr. 200218' of the Civil Registry Office of the town Vught in the Netherlands.

As daughter and heir of the deceased, I am the new claimant: Mrs. M.J.E.M. van Liempt-van Zuilen.

I enclosed the 'Certificate of inheritance' in which I am appointed as executor of my mother's estate.

I enclosed a new signed 'Certification Regarding Status' to confirm the claim.

The address in your administration is already my address. And the bank account number stays the same as it already was. The owner of the bank account has changed and is now in my name.

Thanks for adapting the claim in your administration.

Kind regards,

Mrs. M.J.E.M. van Liempt-van Zuilen

- 3 enclosures

C

| | | | |
|---|---|---|---|
| 1 | Staat/Etat/Staat/Country **NEDERLAND** | 2 | Dienst van de burgerlijke stand van Service de l'état civil de/Personenstandsbehörde (A), Standesamt (D), Zivilstandsamt (CH)/Civil Registry Office of  Vught-- |
| 3 | Uittreksel uit de overlijdensakte nr. Extrait de l'acte de décès n° Auszug aus dem Sterbeeintrag Nr. Extract from death registration no. | | 200218-- |
| 4 | Datum en plaats van overlijden Date et lieu du décès Tag und Ort des Todes Date and place of death | Jo Mo An 25-12-2013 | Vught-- |
| 5 | Naam Nom Name Name | Humme-- | |
| 6 | Voornamen Prénoms Vornamen Forenames | Anna Cornelia Maria-- | |
| 7 | Geslacht Sexe Geschlecht Sex | F (vrouwelijk)-- | |
| 8 | Geboortedatum en –plaats Date et lieu de naissance Tag und Ort der Geburt Date and place of birth | Jo Mo An 08-07-1924 | Tilburg-- |
| 9 | Naam van de laatste echtgenoot Nom du dernier conjoint Name des letzten Ehegatten Name of the last spouse | van Zuilen-- | |
| 10 | Voornamen van de laatste echtg. Prénoms du dernier conjoint Vornamen des letzten Ehegatten Forenames of the last spouse | Nicolaas Theodorus Joannes-- | |

| | | 12 | | 13 | |
|---|---|---|---|---|---|
| 5 | Naam Nom Name Name | | vader/père/Vater/father Humme-- | | moeder/mère/Mutter/mother Pijnenburg-- |
| 6 | Voornamen Prénoms Vornamen Forenames | | Joannes Reijers Ferdinand-- | | Maria Adriana Cornelia-- |
| 11 | Datum van afgifte Date de délivrance Tag der Ausstellung Date of issue | | Jo Mo An 16-01-2015 | | Ondertekening, stempel/Signature, sceau/Unterschrift, Dienstsiegel/Signature, seal A.S.M. Roozen - van der Heijden |



Symboles-Zeichen-Symbols-Simbolos-EΨ:∃≡8∀-Simboli-Symbolen-Simbolos-Isaretler-Simboli

Jo: Jour / Tag / Day / Día / ρ/:♥ ΔV / Giorno / Dag / Dia / Gün / Dan
Mo: Mois / Monat / Month / Mes / 9≡<∀H / Mese / Maand / Mês / Ay / Mesec
An: Année / Jahr / Year / Año / ~+9≡H / Anno / Jaar / Ano / Yil / Godina
M: Masculin / Männlich / Male / Masculino / !<∗ΔVH / Maschile / Mannelijk / Masculino / Erkek / Muški
F: Féminin / Weiblich / Female / Femenino / ɜΛ<∀∴6∀ / Femminile / Vrouwelijk / Feminino / Kadin / ☐enski

Uittreksel afgegeven ingevolge de overeenkomst ondertekend te Wenen op 8 september 1976
Extrait délivré en application de la convention signée à Vienne le 8 septembre 1976
Auszug ausgestellt gemäß dem Übereinkommen von Wien vom 8. September 1976
Extract issued in pursuance of the Convention signed at Vienna on September, 8th 1976
Extracto expedida en aplicacion del Convenio firmado en Viena el 8 de Septiembre de 1976
Απόσπασμα χορηγουμενον χλτ' εφαρμογην της Βιεννης της 8 Σεπτεμβριου 1976
Estratto rilasciato in applicazione della convenzione firmata a Vienna il 8 settembre 1976
Certidão emitida ao abrigo da convenção assinàda em Viena aos 8 de Setembro de 1976
Viyanada 8 Eylül 1976 tarihinde imzalanan sözleşme uarınca verilem örnek
Izvod izdat na osnovu primene konvencije potpisane u Beču 8 Septembra 1976

1  Estado/Κράτος/Stato/Estado/Devlet/Država

2  Registro Civil de/Ληξιαρχιχή/Servizio dello stato civile di/Serviços do registo civil de/Nüfus Idaresi/Matična služba

3  Extracto del acta de defunción núm./Απόσπασμα Ληξιαρχίχής πράξεως θανάτου αριθ./Estratto dell'atto di morte n./Certidão do assento de óbito n°/Ölüm sicil örneği No./Izvod iz matične knjige umrlih.

4  Fecha y lugar de la defunción/Χρονολογια καί τόπος θανάτου/Data e luogo della morte/Data e lugar do óbito/Ölüm yeri ve tarihi/Datum i mesto smrti

5  Apellidos/Επώνυμον/Cognome/Apelidos/Soyadı/Prezime

6  Nombre propio /Ονόματα/Nomi/Nome próprio /Adı/Ime

7  Sexo/Φύλον/Sesso/Sexo/Cinsiyeti/Pol

8  Fecha y lugar de nacimiento/Ημερομηνία καί τόπος γεννήσεως/Data e luogo di nascita/Data e lugar do nascimento/Doğum tarihi ve yeri/Datum i mesto rodienja

9  Apellidos del cónyuge/Επώνυμον τοῦ τελευταιου συζύγου/Cognome dell'ultimo coniuge/Apelidos do último cônjuge/Son eşın soyadı/Prezime poslednjeg supružnika

10  Nombre propio del cónyuge/Ονόματα τοῦ τελευταιου συζύγου/Prenomi dell'ultimo coniuge/Nome próprio do último cônjuge/Son eşın adı/Ime poslednjeg supružnika

11  Fecha de expedición/Ημερομηνια εκδόσως/Data di rilascio/Data da emissão/Belgenin veriliş tarihi/Datum izdavanja

Firma, sello/Υπογραφή, σφραγίδα/Firma, timbro/Assinatura, selo/Imza, mühür/Potpis, pěcat

12  padre/ματήρ/padre/pai/baba/otac

13  madre/μήτηρ/madre/mãe/ana/majka

De gegevens worden geschreven in Latijnse drukletters, zij kunnen bovendien worden geschreven in de lettertekens van de taal van de autoriteit die de verklaring afgeeft.
De data worden geschreven in Arabische cijfers; zij geven achtereenvolgens de dag, de maand en het jaar aan.
De dag en de maand worden aangeduid door twee cijfers, het jaar door vier cijfers.
De eerste negen dagen van de maand en de eerste negen maanden van het jaar worden aangeduid door de cijfers 01 tot en met 09.
De naam van iedere plaats wordt gevolgd door de naam van de Staat waarin deze plaats is gelegen, wanneer bedoelde Staat niet de Staat is waarvan de autoriteit de verklaring afgeeft.
Indien een vakje of een gedeelte van een vakje niet kan worden ingevuld, wordt het door strepen onbruikbaar gemaakt.
Alle wijzigingen en vertalingen moeten ter goedkeuring vooraf worden voorgelegd aan de Internationale Commissie voor de Burgerlijke Stand.

 

pagina 1 van 3

2014.000022.01/MOO/LHA

## VERKLARING VAN ERFRECHT

Heden, éénentwintig januari tweeduizendveertien, verklaart mr. MAARTEN PETRUS WILHELMUS MARIA VAN DEN OORD, notaris met als plaats van vestiging 's-Hertogenbosch, zich zoveel mogelijk te hebben overtuigd van het navolgende:

OVERLIJDEN
- Op vijfentwintig december tweeduizenddertien is te Vught overleden mevrouw **Anna Cornelia Maria Humme**, geboren te Tilburg op acht juli negentienhonderdvierentwintig, bij haar overlijden van Nederlandse nationaliteit, hierna te noemen "**de overledene**".
- De overledene heeft het laatst gewoond te 5261 LS Vught, Laan van Voorburg 13.

HUWELIJK/GEREGISTREERD PARTNERSCHAP
- De overledene was ten tijde van haar overlijden ongehuwd en niet geregistreerd als partner in de zin van het geregistreerd partnerschap en is ook niet eerder als partner geregistreerd geweest.
- De overledene is eerder gehuwd geweest met de heer Nicolaas Theodorus Joannes van Zuilen, geboren te Tilburg op negen augustus negentienhonderddrieëntwintig, welk huwelijk werd ontbonden door het overlijden van laatstgenoemde op vierentwintig september tweeduizendtwee te 's-Hertogenbosch.

AFSTAMMELINGEN
- De overledene heeft het navolgende kind achtergelaten, te weten:
  1. mevrouw **Monique Joanna Eleonora Maria van Zuilen**, wonende te 5224 CR 's-Hertogenbosch, Commissaris de Quaylaan 29, geboren te Goirle op zevenentwintig september negentienhonderdzesenvijftig, gehuwd met de heer Franciscus Antonius Martinus Johannes Paulus van Liempt.
- Er is een kind van de overledene vóóroverleden, te weten: mevrouw Antoinette Elise Maria Alexandra van Zuilen, geboren te Goirle op achtentwintig januari negentienhonderddrieënvijftig en overleden op negenentwintig mei tweeduizendelf te 's-Hertogenbosch.
  Dit kind is overleden met achterlating van één afstammeling, te weten:
  2. de heer **Nicolaas Johannes Adrianus Aerts**, wonende te 5224 KJ 's-Hertogenbosch, Kruiskampsingel 319, geboren te 's-Hertogenbosch op zes augustus negentienhonderdtachtig, ongehuwd en niet als partner geregistreerd.

UITERSTE WILSBESCHIKKINGEN
- De overledene heeft volgens opgave van het Centraal Testamentenregister te Den Haag, bij haar testament op tweeëntwintig mei negentienhonderdéénennegentig verleden voor J.H.L.M. van der Werf, destijds notaris te 's-Hertogenbosch, over haar nalatenschap beschikt, onder herroeping van alle vroeger door haar gemaakte uiterste wilsbeschikkingen.
- In gemeld testament is ondermeer een uitsluitingsclausule opgenomen.
- Vervolgens heeft de overledene een aanvullend testament gemaakt op dertien september tweeduizendvier verleden voor mr. M.P.W.M. van den Oord, notaris te 's-Hertogenbosch.
- Van het bestaan van een codicil is mij, notaris, niet gebleken.

VERERVING
- Volgens de Nederlandse wet en mede gelet op voormelde uiterste wilsbeschikkingen heeft de overledene als erfgenamen achtergelaten:
  1. mevrouw **Monique Joanna Eleonora Maria van Zuilen**, voornoemd,

voor één/tweede (1/2) onverdeeld aandeel in haar nalatenschap;———
2. de heer **Nicolaas Johannes Adrianus Aerts**, voornoemd, voor———
één/tweede (1/2) onverdeeld aandeel in haar nalatenschap.———

ZUIVERE AANVAARDING———
- De erfgenaam hiervoor onder 1 genoemd heeft mondeling te kennen———
  gegeven de nalatenschap ondubbelzinnig en zonder voorbehoud te———
  aanvaarden.———
- De erfgenaam hiervoor onder 2 genoemd heeft de nalatenschap zuiver———
  aanvaard hetgeen blijkt uit één schriftelijke verklaring van zuivere———
  aanvaarding.———

VOLMACHTEN———
- Blijkens één onderhandse volmacht, welke aan deze akte is gehecht, heeft-
  de erfgenaam hiervoor onder 2 genoemd, mevrouw **Monique Joanna**———
  **Eleonora Maria van Zuilen**, hiervoor onder 1 genoemd, gemachtigd,———
  speciaal om:———
  *"hem te vertegenwoordigen ter zake van het beheer als bedoeld in artikel———*
  *170 lid 2 Boek 3 van het Burgerlijk Wetboek over de nalatenschap, alsmede-*
  *ter zake van de vereffening van de nalatenschap van de overledene.———*
  *De bevoegdheid tot vertegenwoordigen betreft onder meer:———*
  - *het aannemen van aan de nalatenschap verschuldigde prestaties,———*
    *waaronder het innen van bank- en/of girotegoeden;———*
  - *het overboeken en opheffen van bank- en/of girotegoeden;———*
  - *het openen van safes;———*
  - *het betalen van schulden en van de begrafenis- of crematiekosten;———*
  - *het doen van de vereiste belastingaangiften (waaronder die van———*
    *erfbelasting, schenk- en inkomstenbelasting) en het betalen van de———*
    *verschuldigde belastingen;———*
  - *het incasseren van uitkeringen, zoals van (levens-)verzekeringen of———*
    *pensioen, en alle daarmee samenhangende handelingen te verrichten,———*
    *ook voor zover de uitkering als zelfstandig recht buiten de nalatenschap-*
    *om wordt verkregen door de (of een van de) erfgenamen als———*
    *begunstigde(n);———*
  - *voorts al datgene verder of meer te doen, hetgeen ter zake van een juiste*
    *afwikkeling door de gevolmachtigde raadzaam wordt geacht,———*
  *alles met de macht van substitutie.———*
  *De bevoegdheid tot vertegenwoordiging betreft niet:———*
  - *het verrichten van beschikkingshandelingen over goederen van de———*
    *nalatenschap behalve wanneer de beschikkingshandelingen in het———*
    *kader van het beheer, zoals hiervoor bedoeld, en in het kader van de———*
    *vereffening van een nalatenschap normaal zijn te achten;———*
  - *het vertegenwoordigen van de volmachtgever bij de verdeling van de———*
    *nalatenschap."———*

BESCHIKKINGSBEVOEGDHEID———
- Ingevolge het vorenstaande is mevrouw **Monique Joanna Eleonora Maria**
  **van Zuilen**, hiervoor onder 1 genoemd, handelend voor zich en als———
  gevolmachtigde van de hiervoor onder 2 genoemde erfgenaam, zelfstandig—
  bevoegd tot al hetgeen waartoe zij blijkens het vorenstaande gevolmachtigd
  is.———

AANGEHECHTE STUKKEN———
Aan deze akte zijn vier stukken gehecht, te weten:———
- één schriftelijke verklaring zuivere aanvaarding met beperkte volmacht;——
- opgave Centraal Testamentenregister;———

 

pagina 3 van 3

2014.000022.01

- inzage gemeente 's-Hertogenbosch;
- kopie verklaring van erfrecht/executele van mevrouw A.E.M.A. van Zuilen.-
SLOT
Deze akte is verleden te 's-Hertogenbosch op de datum in het hoofd van deze akte vermeld en ondertekend door mij, notaris.

(Volgt de handtekening)

VOOR AFSCHRIFT:



*Claim nr 53396*

## CERTIFICATION REGARDING STATUS

Creditor Name:   VAN LIEMPT-VAN ZUILEN, M.J.E.M. ON BEHALF OF

Claim Number(s):   00000 53396

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor, to the best of the Creditor's knowledge, any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 01-28-2015

_____
Signature

M.J.E.M. van Liempt-van Zuilen
Print Name

_____
Title (if applicable)