WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON
THE FOUR HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 45446], which was scheduled for March 11, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned sine die**, solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:  March 6, 2015
    New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

WEIL:\95211306\2\58399.0011

## **Exhibit A**

### **Adjourned Claims:**

| **Claimant** | **Claim Number** | **Response ECF No.** |
|---|---|---|
| KBC Bank NV | 13872 | 46238 |