WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Adam M. Bialek

*Counsel for Plaintiff*
*Lehman Brothers Holdings Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, |  |
| Debtors. |  |

## NOTICE OF ADJOURNMENT OF SUBSTANTIVE HEARING

**PLEASE TAKE NOTICE** that the substantive hearing to consider Stearns Lending LLC f/k/a/ Stearns Lending Inc.'s ("Stearns") Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending LLC, f/k/a Stearns Lending Inc." (the "Hearing") in the above-captioned matter, which was previously scheduled for March 17, 2015 at 2:00 p.m. (E.S.T.), **has been adjourned to May 7, 2015 at 2:00 p.m. (E.S.T.)**, or as soon thereafter as counsel may be heard. Counsel for Stearns has agreed to this adjournment. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623.

Dated: New York, New York
March 6, 2015

/s/ Adam M. Bialek
William A. Maher
Adam M. Bialek

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*