UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                              :
**In re**                                     :     **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (SCC)**
                                              :     **(Jointly Administered)**
                    **Debtors.**              :
                                              :
---------------------------------------------------------------------x     **Ref. Docket Nos. 48288, 48299,**
                                                                           **48525, 48568**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On March 4, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
6th day of March, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (SCC)
                                               |
                                               | (Jointly Administered)
                  Debtors.                     |
_____        |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE ITALY SPA                    CREDIT SUISSE ITALY SPA
     ATTN: PAUL GILMORE                         CRAVATH, SWAINE & MOORE LLP
     ELEVEN MADISON AVENUE                      WORLDWIDE PLAZA
     NEW YORK NY 10010                          ATTN: RICHARD LEVIN
                                                825 EIGHTH AVENUE
                                                NEW YORK NY 10019

Please note that your claim # 55620-20 in the above referenced case and in the amount of
         $0.00  allowed at $8,676.70      has been transferred **(unless previously expunged by court order)**

         BANCA MONTE DEI PASCHI DI SIENA SPA
         TRANSFEROR: CREDIT SUISSE ITALY SPA
         ATTN: VALERIA VIGANO
         VIA ROSELLINI 16
         20124 MILANO
         ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 48299    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2015                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2015.

**EXHIBIT B**

TIME: 10:09:20
DATE: 03/04/15

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 20124 MILANO    ITALY |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: VARDE FUND VIII LP, THE ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: JPMORGAN SECURITIES LLC C/O KNIGHTHEAD CAP MGMT/M. FRIEDBERG 1140 AVENUE OF THE AMERICAS, 12TH FL NEW YORK NY 10036 |
| NORDNET BANK AB | TRANSFEROR: VAGGERYDS KOMMUN BOX 14077 167147 BROMMA    SWEDEN |
| VAGGERYDS KOMMUN | TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 43 SKILLINGARYD S-568-21 SWEDEN |
| VARDE FUND VIII LP, THE | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VIII LP, THE | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |

Total Number of Records Printed          10

EPIQ BANKRUPTCY SOLUTIONS, LLC