WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (SCC)
                                               :
                         Debtors.              :    (Jointly Administered)
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED
NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY CLAIMS) SOLELY WITH RESPECT TO CLAIM NO. 22687**

      **PLEASE TAKE NOTICE** that the hearing on the Four Hundred Ninety-Third Omnibus Objection to Claims (No Liability Claims) [ECF No. 46335], which was scheduled for March 11, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 8, 2015, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), solely with respect to the claim listed on Exhibit A attached hereto.

Dated:   March 9, 2015
         New York, New York

                                              /s/ Robert J. Lemons
                                              Robert J. Lemons

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              *Attorneys for Lehman Brothers Holdings Inc.
                                              and Certain of Its Affiliates*

## Exhibit A

Claim to be Adjourned

| Claimant | Claim Number |
|---|---|
| Attestor Value Master Fund, LP | 22687 |

WEIL:\95266529\1\58399.0011