UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――― x
                                                                    :    Chapter 11
In re:                                                             :
                                                                    :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :
                                                                    :
                    Debtors.                                 :
―――――――――――――――――――――――――――――――― x

**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION
TO VACATE "ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER
FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE
LOAN SELLER, STEARNS LENDING LLC f/k/a STEARNS LENDING INC."**

WHEREAS, on February 17, 2015, Defendant Stearns Lending LLC f/k/a Stearns Lending Inc. ("Stearns") filed a Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending LLC, f/k/a Stearns Lending Inc." (the "Motion to Vacate") with a hearing date of March 17, 2015;

WHEREAS, Lehman Brothers Holdings Inc.'s ("LBHI") opposition to the Motion to Vacate is due by March 10, 2015;

WHEREAS, Stearns' reply in further support of the Motion to Vacate is due by March 13, 2015;

WHEREAS, Stearns and LBHI have conferred regarding a proposed modification to the briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between LBHI and Stearns, by their respective and undersigned counsel, as follows:

1. The deadline for the LBHI to oppose the Motion is Vacate hereby extended to April 7, 2015;

2. Stearns' time to file a reply in further support of the Motion to Vacate is hereby extended to April 21, 2015; and

3. The Court will hear arguments on the Motion to Vacate on May 7th at 2:00 PM.

Dated: New York, New York
March 6, 2015

| **WOLLMUTH MAHER & DEUTSCH LLP** | **BLANK ROME LLP** |
|---|---|
| By: ___/s/Adam M. Bialek_____ | By: ___/s/Timothy Wm. Salter____ |
| William A. Maher | Jill E. Alward, Esq. |
| James N. Lawlor | Timothy Wm. Salter, Esq. |
| Adam M. Bialek | The Chrysler Building |
| 500 Fifth Avenue | 405 Lexington Ave. |
| New York, New York 10110 | New York, New York 10175 |
| Telephone: (212) 382-3300 | Telephone: (212) 885-5000 |
| Facsimile: (212) 382-0050 | Facsimile: (212) 885-5001 |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Stearns Lending, LLC f/k/a Stearns Lending Inc.* |

**IT IS SO ORDERED:**

New York, New York
March 9, 2015

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE