UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :
                          Debtors.                 :    (Jointly Administered)
------------------------------------------------------------------ x

## FIFTH SUPPLEMENTAL ORDER GRANTING
## ONE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION

Upon consideration of the one hundred seventy-third omnibus objection to claims, dated August 19, 2011 (the "One Hundred Seventy-Third Omnibus Objection to Claims"), of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"),[1] in accordance with section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the proofs of claim number 15223, 11327, 11328, 11329, 8257, 13286, 7716, 6147, and 5570 (collectively the "Claims"), among other claims, filed by of Michael Collins, Donald C. Dybeck, Donald N. Fritts, Edwin Mc Guinn Jr., Robert D. Morrison, William C. Smith, and William A. Wagner (the "Claimants") on the basis that they assert claims against LBHI for which LBHI has no liability, all as more fully described in the One Hundred Seventy-Third Omnibus Objection to Claims; and the Court having held a hearing on the One Hundred Seventy-Third Omnibus Objection to Claims on March 5, 2015 (the "Hearing"); and due and proper notice of the One Hundred Seventy-Third Omnibus Objection to Claims, the Reply

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan.

(defined below) and the Hearing having been provided; and it appearing that no other or further notice need be provided; and upon consideration of the responses of each of the Claimants and the reply of LBHI [ECF No. 47055] (the "Reply"), and the arguments of counsel and the Claimants; and upon the Court's consideration of the Motion and the record of the Hearing; and the Court having found and determined that the relief sought in the One Hundred Seventy-Third Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Seventy-Third Omnibus Objection to Claims and the Reply establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Seventy-Third Omnibus Objection to Claims is granted with respect to the Claims to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 9, 2015
      New York, New York

                              /S/ Shelley C. Chapman
                              UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

08-13555-mg    Doc 48783    Filed 03/09/15    Entered 03/09/15 11:34:38    Main Document
Pg 3 of 4

## IN RE LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (SCC)
## OMNIBUS OBJECTION 173: EXHIBIT 1 - NO LIABILITY EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | COLLINS, MICHAEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15223 | $431,929.75 | $431,929.75 | No Liability |
| 2 | DYBECK, DONALD C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11327 | $29,133.33 | $29,133.33 | No Liability |
| 3 | DYBECK, DONALD C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11328 | $29,133.33 | $29,133.33 | No Liability |
| 4 | DYBECK, DONALD C. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11329 | $29,133.33 | $29,133.33 | No Liability |
| 5 | FRITTS, DONALD N. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/14/2009 | 8257 | $1,741,350.00 | $1,741,350.00 | No Liability |
| 6 | MCGUINN, EDWIN JR. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13286 | $290,000.00 | $290,000.00 | No Liability |
| 7 | MORRISON, ROBERT D. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7716 | $45,210.61 | $45,210.61 | No Liability |
| 8 | SMITH, WILLIAM C | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/24/2009 | 6147 | $106,680.10 | $106,680.10 | No Liability |
| 9 | WAGNER, WILLIAM A | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 07/17/2009 | 5570 | $3,339.56 | $3,339.56 | No Liability |