**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for Claimant SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON CLAIMANT SPCP GROUP, L.L.C.'S MOTION UNDER BANKRUPTCY CODE SECTION 1142(b) TO COMPEL LOTC TO PAY POST-PETITION INTEREST AS REQUIRED BY ITS CONFIRMED PLAN OF <u>REORGANIZATION</u>**

**PLEASE TAKE NOTICE** that the hearing to consider claimant SPCP Group, L.L.C.'s motion under Bankruptcy Code section 1142(b) to compel LOTC to pay post-petition interest as required by its confirmed plan of reorganization (D.I. 47474), which was scheduled for March 11, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to April 8, 2015 at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as the matter may be heard.

**PLEASE TAKE FURTHER NOTICE** that the adjourned hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623

1

of the United States Bankruptcy Court, Southern District of New York, One Bowling Green,

New York, New York, 10004.

Dated: March 9, 2015
      New York, New York

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP

                        By:   */s/* Sean A. O'Neal_____
                              Thomas J. Moloney
                              Sean A. O'Neal
                              Humayun Khalid
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Fax: (212) 225-3999

                              *Attorneys for Claimant SPCP Group, L.L.C.*