UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
In re:                                                       :
:                     ORDER
LEHMAN BROTHERS HOLDINGS, INC., et al.,                      :
:                     14 Civ. 7396 (GBD) (FM)
            Debtors.                                         :
:
:
:
------------------------------------------------------------ X

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

Dated: January 29, 2015
       New York, New York

SO ORDERED.

*signature*
GEORGE B. DANIELS
United States District Judge