**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the four hundred eighty-third omnibus objection to claims, dated October 31, 2014 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the Claims pursuant to section 502(b) of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and Stonehill having filed a response to the Objection [ECF No. 47388]; and the Plan Administrator having filed a reply in further support of the Objection [ECF No. 47777]; and a hearing having been held on February 11, 2015, to consider the relief requested in the Objection with oral argument and fair opportunity for the parties to be heard (the "Hearing"); and the Court having announced its ruling on the record of the Hearing; and after due deliberation and sufficient cause appearing therefor, with a written decision of the Court to follow, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Third Omnibus Objection to Claims.

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the portions of the Claims listed on Exhibit 1 annexed hereto that assert liability based on (x) contract and (y) tort relating to statements made by the Chapter 11 Estates during an earnings call on September 10, 2008 are disallowed and expunged with prejudice; and it is further

ORDERED that the portions of the Claims listed on Exhibit 1 that assert liability based on "Wickham conversation type claims [are] dismissed without prejudice to being re-pled and the scope of the re-pleading is consistent with the deficiencies that have been identified by [the Plan Administrator] and to afford Stonehill a full opportunity consistent with its due process rights under the procedures that have been followed in this case to file an amended pleading that complies with the requirements of Rule 9(b) if not specifically applicable, but at that level for the purpose of being able to get to the next stage in these proceedings";[2] and it is further

ORDERED that Stonehill must file its re-pleaded claims (the "Amended Claims") by April 15, 2015; and it is further

ORDERED that all rights of the Plan Administrator to object to the Amended Claims on any basis are reserved and preserved; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 54(b) made applicable by Fed. R. Bankr. P. 9014(c), this Order is not a final order and Stonehill's time for filing a notice of appeal pursuant to Bankruptcy Rule 8002 shall not commence until a final order resolving the Claims and the Amended Claims is entered on the docket of this Court; and it is further

---

[2] Hr'g Tr. at 96:7-16, Case No. 08-13555 (SCC) (Bankr. S.D.N.Y. Feb. 11, 2015).

WEIL:\95242792\5\58399.0011

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: March 10, 2015
       New York, New York


/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

## OMNIBUS OBJECTION 483: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/05/2014 | 68189 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 2 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 08/05/2014 | 68190 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 3 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 08/05/2014 | 68191 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 4 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 08/05/2014 | 68192 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 5 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 08/05/2014 | 68193 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 6 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13600 (SCC) | LB 745 LLC | 08/05/2014 | 68194 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 7 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13906 (SCC) | CES Aviation V LLC | 08/05/2014 | 68195 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 8 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13907 (SCC) | CES Aviation IX LLC | 08/05/2014 | 68196 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 9 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13908 (SCC) | East Dover Limited | 08/05/2014 | 68197 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 10 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 08/05/2014 | 68198 | $77,380,909.22 | $77,380,909.22 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 483: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 11 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 08/05/2014 | 68199 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 12 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 08/05/2014 | 68200 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 13 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 08/05/2014 | 68201 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 14 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 08/05/2014 | 68202 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 15 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13905 (SCC) | CES Aviation LLC | 08/05/2014 | 68203 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 16 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 09-10137 (SCC) | BNC Mortgage LLC | 08/05/2014 | 68204 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 17 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 08/05/2014 | 68205 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 18 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 08-13664 (SCC) | PAMI Statler Arms LLC | 08/05/2014 | 68206 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 19 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 09-10560 (SCC) | LB Rose Ranch LLC | 08/05/2014 | 68207 | $77,380,909.22 | $77,380,909.22 | No Liability |
| 20 | STONEHILL INSTITUTIONAL PARTNERS, L.P. | 09-10558 (SCC) | Structured Asset Securities Corporation | 08/05/2014 | 68208 | $77,380,909.22 | $77,380,909.22 | No Liability |

**OMNIBUS OBJECTION 483: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 21 | STONEHILL OFFSHORE PARTNERS LIMITED | 09-10560 (SCC) | LB Rose Ranch LLC | 08/05/2014 | 68169 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 22 | STONEHILL OFFSHORE PARTNERS LIMITED | 09-10558 (SCC) | Structured Asset Securities Corporation | 08/05/2014 | 68170 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 23 | STONEHILL OFFSHORE PARTNERS LIMITED | 09-10137 (SCC) | BNC Mortgage LLC | 08/05/2014 | 68171 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 24 | STONEHILL OFFSHORE PARTNERS LIMITED | 09-10108 (SCC) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 08/05/2014 | 68172 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 25 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13907 (SCC) | CES Aviation IX LLC | 08/05/2014 | 68173 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 26 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13664 (SCC) | PAMI Statler Arms LLC | 08/05/2014 | 68174 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 27 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13908 (SCC) | East Dover Limited | 08/05/2014 | 68175 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 28 | STONEHILL OFFSHORE PARTNERS LIMITED | 09-12516 (SCC) | LB 2080 Kalakaua Owners LLC | 08/05/2014 | 68176 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 29 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13901 (SCC) | Lehman Brothers Commercial Corporation | 08/05/2014 | 68177 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 30 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13885 (SCC) | Lehman Brothers Commodity Services Inc. | 08/05/2014 | 68178 | $86,659,892.26 | $86,659,892.26 | No Liability |

**OMNIBUS OBJECTION 483: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 31 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13600 (SCC) | LB 745 LLC | 08/05/2014 | 68179 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 32 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13900 (SCC) | Lehman Commercial Paper Inc. | 08/05/2014 | 68180 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 33 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 08/05/2014 | 68181 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 34 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13902 (SCC) | Lehman Brothers Financial Products Inc. | 08/05/2014 | 68182 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 35 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13904 (SCC) | Lehman Scottish Finance L.P. | 08/05/2014 | 68183 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 36 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13905 (SCC) | CES Aviation LLC | 08/05/2014 | 68184 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 37 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13906 (SCC) | CES Aviation V LLC | 08/05/2014 | 68185 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 38 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13893 (SCC) | Lehman Brothers OTC Derivatives Inc. | 08/05/2014 | 68186 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 39 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13899 (SCC) | Lehman Brothers Derivative Products Inc. | 08/05/2014 | 68187 | $86,659,892.26 | $86,659,892.26 | No Liability |
| 40 | STONEHILL OFFSHORE PARTNERS LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/05/2014 | 68188 | $86,659,892.26 | $86,659,892.26 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts