Presentment Date and Time: March 20, 2015 at 10:00 a.m.
Objection Deadline: March 19, 2015 at 4:00 p.m.
Hearing Date:  None (Unless Objections Are Filed)

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
Susheel Kirpalani
James C. Tecce
Tyler G. Whitmer
51 Madison Avenue
New York, New York 10010
*Counsel for Debtor Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., <u>et al</u>.,<br><br>        Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>        Debtor. | Case No. 08-01420 (SCC) SIPA |

**NOTICE OF PRESENTATION OF
CONFIDENTIALITY STIPULATION
AND [PROPOSED] ORDER REGARDING
<u>OBJECTIONS TO CERTAIN PROOFS OF CLAIM OF JPMORGAN</u>**

**PLEASE TAKE NOTICE** that the undersigned request presentment of the

annexed Confidentiality Stipulation and [Proposed] Order Regarding Objections to

Certain Proofs of Claim of JPMorgan (the "<u>Proposed Order</u>") to the Honorable Shelley C.

Chapman, United States Bankruptcy Judge, for signature on **March 20, 2015 at 10:00**

**a.m.** (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Proposed Order must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, by **March 19, 2015 at 4:00 p.m.** (prevailing Eastern Time) electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-242, and any objection must further be served upon: (i) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, New York, New York 10010, Attn. Susheel Kirpalani, Esq., James C. Tecce, Esq., and Tyler G. Whitmer, Counsel for Debtor Lehman Brothers Holdings Inc.; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn. Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.; (iii) Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn. Paul Vizcarrondo, Esq., Amy Wolf, Esq. and Ian Boczko, Esq.; and (iv) any person or entity with a particularized interest in the Proposed Order, so as to be received no later than **March 19, 2015 at 4:00 p.m.** (prevailing Eastern Time).  Unless objections are

1

timely received in accordance with this paragraph, the Proposed Order may be entered without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, a hearing will be held at the next omnibus hearing date scheduled in these cases. The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: March 10, 2014
      New York, New York

                    **QUINN EMANUEL URQUHART
                    & SULLIVAN, LLP**

                    By:    */s/ Tyler G. Whitmer*

                    Susheel Kirpalani
                    James C. Tecce
                    Tyler G. Whitmer
                    51 Madison Avenue
                    New York, New York 10010

                    *Counsel for Debtor Lehman Brothers Holdings Inc.*