UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (SCC)
                                            :
           Debtors.                         :   (Jointly Administered)
                                            :
-----------------------------------------------------------------x   Ref. Docket No. 48763

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2015, I caused to be served the "Notice of Adjournment of Hearing on Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated March 5, 2015 [Docket No. 48763], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
6th day of March, 2015

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

T:\Clients\LBH\Affidavits\ADR Procedures Motion NOA_DI_48763_AFF_3-5-15_CZ.doc

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jsherman@bsfllp.com |
| aalfonso@willkie.com | jshickich@riddellwilliams.com |
| abeaumont@fklaw.com | jsmairo@pbnlaw.com |
| abraunstein@riemerlaw.com | jstoll@mayerbrown.com |
| acaton@kramerlevin.com | jsullivan@mosessinger.com |
| adarwin@nixonpeabody.com | jtimko@shutts.com |
| adiamond@diamondmccarthy.com | judy.morse@crowedunlevy.com |
| aeckstein@blankrome.com | jvail@ssrl.com |
| aentwistle@entwistle-law.com | jwcohen@daypitney.com |
| afriedman@irell.com | jweiss@gibsondunn.com |
| agbanknewyork@ag.tn.gov | jwest@velaw.com |
| aglenn@kasowitz.com | jwh@njlawfirm.com |
| agold@herrick.com | kanema@formanlaw.com |
| agoldstein@tnsj-law.com | karen.wagner@dpw.com |
| agottfried@morganlewis.com | karl.geercken@alston.com |
| aisenberg@saul.com | kdwbankruptcydepartment@kelleydrye.com |
| akadish@dtlawgroup.com | keckhardt@hunton.com |
| akantesaria@oppenheimerfunds.com | keith.simon@lw.com |
| akolod@mosessinger.com | ken.coleman@allenovery.com |
| alum@ftportfolios.com | ken.higman@hp.com |
| amarder@msek.com | kerry.moynihan@hro.com |
| amartin@sheppardmullin.com | kgwynne@reedsmith.com |
| amcmullen@boultcummings.com | kiplok@hugheshubbard.com |
| amenard@tishmanspeyer.com | kit.weitnauer@alston.com |
| amh@amhandlerlaw.com | kkelly@ebglaw.com |
| andrew.brozman@cliffordchance.com | kkolbig@mosessinger.com |
| andrew.lourie@kobrekim.com | klyman@irell.com |
| angelich.george@arentfox.com | klynch@formanlaw.com |
| angie.owens@skadden.com | kmayer@mccarter.com |
| ann.reynaud@shell.com | kobak@hugheshubbard.com |
| anthony_boccanfuso@aporter.com | korr@orrick.com |
| aoberry@bermanesq.com | kovskyd@pepperlaw.com |
| aostrow@beckerglynn.com | kressk@pepperlaw.com |
| apalazzolo@fzwz.com | kreynolds@mklawnyc.com |
| appleby@chapman.com | krodriguez@allenmatkins.com |
| aquale@sidley.com | krosen@lowenstein.com |
| arainone@bracheichler.com | kurt.mayr@bgllp.com |
| arheaume@riemerlaw.com | landon@slollp.com |
| arosenblatt@chadbourne.com | lapeterson@foley.com |
| arthur.rosenberg@hklaw.com | lawallf@pepperlaw.com |
| arwolf@wlrk.com | lawrence.gelber@srz.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com

lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chipford@parkerpoe.com | mcto@debevoise.com |
| chris.donoho@lovells.com | mcyganowski@oshr.com |
| christopher.greco@kirkland.com | mdorval@stradley.com |
| clarkb@sullcrom.com | melorod@gtlaw.com |
| clynch@reedsmith.com | meltzere@pepperlaw.com |
| cmestres@aclawllp.com | metkin@lowenstein.com |
| cmontgomery@salans.com | mfeldman@willkie.com |
| cohen@sewkis.com | mginzburg@daypitney.com |
| cp@stevenslee.com | mgordon@briggs.com |
| cpappas@dilworthlaw.com | mgreger@allenmatkins.com |
| craig.goldblatt@wilmerhale.com | mh1@mccallaraymer.com |
| craigjustinalbert@gmail.com | mhopkins@cov.com |
| crmomjian@attorneygeneral.gov | michael.frege@cms-hs.com |
| csalomon@beckerglynn.com | michael.kelly@monarchlp.com |
| cschreiber@winston.com | michael.krauss@faegrebd.com |
| cshore@whitecase.com | michael.mccrory@btlaw.com |
| cshulman@sheppardmullin.com | michaels@jstriallaw.com |
| cszyfer@stroock.com | millee12@nationwide.com |
| cwalsh@mayerbrown.com | miller@taftlaw.com |
| cward@polsinelli.com | mimi.m.wong@irscounsel.treas.gov |
| cweber@ebg-law.com | mitchell.ayer@tklaw.com |
| cweiss@ingramllp.com | mjedelman@vedderprice.com |
| dallas.bankruptcy@publicans.com | mjr1@westchestergov.com |
| dave.davis@isgria.com | mlahaie@akingump.com |
| david.bennett@tklaw.com | mlandman@lcbf.com |
| david.heller@lw.com | mlichtenstein@crowell.com |
| david.livshiz@freshfields.com | mlynch2@travelers.com |
| david.powlen@btlaw.com | mmendez@crb-law.com |
| davids@blbglaw.com | mmorreale@us.mufg.jp |
| davidwheeler@mvalaw.com | mneier@ibolaw.com |
| dbarber@bsblawyers.com | monica.lawless@brookfieldproperties.com |
| dbaumstein@whitecase.com | mpage@kelleydrye.com |
| dbesikof@loeb.com | mparry@mosessinger.com |
| dcimo@gjb-law.com | mprimoff@kayescholer.com |
| dcoffino@cov.com | mpucillo@bermanesq.com |
| dcrapo@gibbonslaw.com | mrosenthal@gibsondunn.com |
| ddavis@paulweiss.com | mrothchild@mofo.com |
| ddrebsky@nixonpeabody.com | mruetzel@whitecase.com |
| ddunne@milbank.com | mschimel@sju.edu |
| deggermann@kramerlevin.com | msegarra@mayerbrown.com |
| deggert@freebornpeters.com | mshiner@tuckerlaw.com |
| demetra.liggins@tklaw.com | msolow@kayescholer.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com

mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| efriedman@friedmanspring.com | rbyman@jenner.com |
| eglas@mccarter.com | rdaversa@orrick.com |
| ekbergc@lanepowell.com | relgidely@gjb-law.com |
| eleicht@whitecase.com | rflanagan@flanassoc.com |
| ellen.halstead@cwt.com | rfriedman@silvermanacampora.com |
| emagnelli@bracheichler.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| eschwartz@contrariancapital.com | rhorkovich@andersonkill.com |
| etillinghast@sheppardmullin.com | richard.fingard@newedge.com |
| ezujkowski@emmetmarvin.com | richard.lear@hklaw.com |
| ffm@bostonbusinesslaw.com | richard@rwmaplc.com |
| fhenn@law.nyc.gov | rick.murphy@sutherland.com |
| fhyman@mayerbrown.com | rjones@boultcummings.com |
| foont@foontlaw.com | rleek@hodgsonruss.com |
| fritschj@sullcrom.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ross.martin@ropesgray.com |
| gkaden@goulstonstorrs.com | rpedone@nixonpeabody.com |
| glenn.siegel@dechert.com | rrainer@wmd-law.com |
| gmoss@riemerlaw.com | rroupinian@outtengolden.com |
| goldenberg@ssnyc.com | rrussell@andrewskurth.com |
| gspilsbury@jsslaw.com | russj4478@aol.com |
| guzman@sewkis.com | sabin.willett@bingham.com |
| harrisjm@michigan.gov | sabramowitz@velaw.com |
| harveystrickon@paulhastings.com | sabvanrooy@hotmail.com |
| hbeltzer@mayerbrown.com | sally.henry@skadden.com |
| heim.steve@dorsey.com | samuel.cavior@pillsburylaw.com |
| heiser@chapman.com | sandyscafaria@eaton.com |
| hmagaliff@r3mlaw.com | scargill@lowenstein.com |
| hollace.cohen@troutmansanders.com | schager@ssnyc.com |
| holsen@stroock.com | schannej@pepperlaw.com |
| hooper@sewkis.com | schepis@pursuitpartners.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| howard.hawkins@cwt.com | schnabel.eric@dorsey.com |
| hseife@chadbourne.com | schristianson@buchalter.com |
| hsnovikoff@wlrk.com | schwartzmatthew@sullcrom.com |
| hsteel@brownrudnick.com | scott.golden@hoganlovells.com |
| ian.roberts@bakerbotts.com | scottj@sullcrom.com |
| icatto@mwe.com | scottshelley@quinnemanuel.com |
| igoldstein@proskauer.com | scousins@armstrongteasdale.com |
| ilevee@lowenstein.com | sdnyecf@dor.mo.gov |
| irethy@stblaw.com | seba.kurian@invesco.com |
| israel.dahan@cwt.com | sehlers@armstrongteasdale.com |
| iva.uroic@dechert.com | sfalanga@connellfoley.com |
| jacobsonn@sec.gov | sfelderstein@ffwplaw.com |
| jalward@blankrome.com | sfineman@lchb.com |
| james.heaney@lawdeb.com | sfox@mcguirewoods.com |
| james.mcclammy@dpw.com | sgordon@cahill.com |
| james.sprayregen@kirkland.com | sgraziano@blbglaw.com |
| jamesboyajian@gmail.com | sgubner@ebg-law.com |
| jamestecce@quinnemanuel.com | sharbeck@sipc.org |
| jar@outtengolden.com | shari.leventhal@ny.frb.org |
| jay.hurst@oag.state.tx.us | shgross5@yahoo.com |
| jay@kleinsolomon.com | sidorsky@butzel.com |
| jbeemer@entwistle-law.com | sldreyfuss@hlgslaw.com |
| jbeiers@co.sanmateo.ca.us | sleo@bm.net |
| jbird@polsinelli.com | slerman@ebglaw.com |
| jbromley@cgsh.com | slerner@ssd.com |
| jcarberry@cl-law.com | slevine@brownrudnick.com |
| jchristian@tobinlaw.com | sloden@diamondmccarthy.com |
| jchubak@proskauer.com | smillman@stroock.com |
| jclose@chapman.com | smulligan@bsblawyers.com |
| jdoran@haslaw.com | snewman@katskykorins.com |
| jdrucker@coleschotz.com | sory@fdlaw.com |
| jdwarner@warnerandscheuerman.com | squsba@stblaw.com |
| jdweck@sutherland.com | sree@lcbf.com |
| jdyas@halperinlaw.net | sschultz@akingump.com |
| jean-david.barnea@usdoj.gov | sselbst@herrick.com |
| jeanites@whiteandwilliams.com | sshimshak@paulweiss.com |
| jeannette.boot@wilmerhale.com | sskelly@teamtogut.com |
| jeff.wittig@coair.com | sstarr@starrandstarr.com |
| jeffrey.sabin@bingham.com | steele@lowenstein.com |
| jeldredge@velaw.com | stephen.cowan@dlapiper.com |
| jennifer.demarco@cliffordchance.com | stephen.hessler@kirkland.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jennifer.gore@shell.com | steve.ginther@dor.mo.gov |
| jfalgowski@reedsmith.com | steven.usdin@flastergreenberg.com |
| jfreeberg@wfw.com | steven.wilamowsky@bingham.com |
| jg5786@att.com | streusand@slollp.com |
| jgenovese@gjb-law.com | susheelkirpalani@quinnemanuel.com |
| jgoodchild@morganlewis.com | swolowitz@mayerbrown.com |
| jguy@orrick.com | szuch@wiggin.com |
| jhiggins@fdlaw.com | tannweiler@greerherz.com |
| jhorgan@phxa.com | tbrock@ssbb.com |
| jhuggett@margolisedelstein.com | tdewey@dpklaw.com |
| jim@atkinslawfirm.com | tgoren@mofo.com |
| jjtancredi@daypitney.com | thomas.califano@dlapiper.com |
| jjureller@klestadt.com | timothy.harkness@freshfields.com |
| jlamar@maynardcooper.com | tjfreedman@pbnlaw.com |
| jlawlor@wmd-law.com | tkiriakos@mayerbrown.com |
| jlee@foley.com | tlauria@whitecase.com |
| jlevitin@cahill.com | tmacwright@whitecase.com |
| jlscott@reedsmith.com | tnixon@gklaw.com |
| jmaddock@mcguirewoods.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmakower@tnsj-law.com | tomwelsh@orrick.com |
| jmazermarino@msek.com | tsalter@blankrome.com |
| jmelko@gardere.com | tslome@msek.com |
| jmerva@fult.com | tunrad@burnslev.com |
| jmmurphy@stradley.com | twheeler@lowenstein.com |
| jmr@msf-law.com | vguldi@zuckerman.com |
| jnm@mccallaraymer.com | villa@slollp.com |
| john.beck@hoganlovells.com | vmilione@nixonpeabody.com |
| john.monaghan@hklaw.com | vrubinstein@loeb.com |
| john.mule@ag.state.mn.us | wanda.goodloe@cbre.com |
| john.rapisardi@cwt.com | wballaine@lcbf.com |
| jonathan.goldblatt@bnymellon.com | wbenzija@halperinlaw.net |
| jonathan.henes@kirkland.com | wchen@tnsj-law.com |
| jorbach@hahnhessen.com | wcurchack@loeb.com |
| joseph.cordaro@usdoj.gov | wfoster@milbank.com |
| joseph.serino@kirkland.com | will.sugden@alston.com |
| joshua.dorchak@morganlewis.com | wisotska@pepperlaw.com |
| jowen769@yahoo.com | wk@pwlawyers.com |
| joy.mathias@dubaiic.com | wmaher@wmd-law.com |
| jpintarelli@mofo.com | wmarcari@ebglaw.com |
| jporter@entwistle-law.com | wmckenna@foley.com |
| jprol@lowenstein.com | wrightth@sullcrom.com |

**LEHMAN BROTHERS HOLDINGS INC.,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | wsilverm@oshr.com |
| jrsmith@hunton.com | wswearingen@llf-law.com |
| jschiller@bsfllp.com | wtaylor@mccarter.com |
| jschreib@chapman.com | wzoberman@bermanesq.com |
| jschwartz@hahnhessen.com | yuwatoko@mofo.com |
| jsheerin@mcguirewoods.com | |

8

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007