WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                         :

**In re**                                    :      **Chapter 11 Case No.**

                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :      **08-13555 (SCC)**

                                        :

                 **Debtors.**         :      **(Jointly Administered)**

                                        :

-------------------------------------------------------------------------------x
                                                         :

**In re**                                    :

                                        :      **Case No.**

**LEHMAN BROTHERS INC.,**                  :

                                        :      **08-01420 (SCC) (SIPA)**

                 **Debtor.**          :

                                        :

-------------------------------------------------------------------------------x

**NOTICE OF <u>AMEDNED</u> AGENDA OF**
**MATTERS SCHEDULED FOR THE EIGHTY-THIRD**
**<u>OMNIBUS AND CLAIMS HEARING ON MARCH 11, 2015 AT 10:00 A.M.</u>**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable Shelley
C. Chapman, United States Bankruptcy Judge, <u>**Room 623**</u>, One Bowling
Green, New York, NY 10004-1408

<u>**LEHMAN BROTHERS INC. PROCEEDING**</u>

**I.**   <u>**UNCONTESTED MATTERS:**</u>

1.   Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an
Order Approving Settlement Agreement Between the LBI Trustee and Lehman
Re Ltd. [**LBI ECF No. 11331**]

Response Deadline:   March 4, 2015 at 4:00 p.m.

Responses Received:   None.

Related Document:

A.   Declaration of Christopher K. Kiplok in Support of the Trustee's
Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019
for Entry of an Order Approving Settlement Agreement Between
the LBI Trustee and Lehman Re Ltd. [**LBI ECF No. 11333**]

Status:  This matter is going forward.

2.   Trustee's Motion for an Order Authorizing the Abandonment of Certain
Securities [**LBI ECF No. 11314**]

Response Deadline:   March 4, 2015 at 4:00 p.m.

Response Received:

A.   Ad Hoc Group's Statement in Support of the Trustee's Motion
[**LBI ECF No. 11419**]

Related Documents:

B.   Declaration of Erin E. Diers in Support of the Trustee's Motion for
an Order Authorizing the Abandonment of Certain Securities [**LBI
ECF No. 11315**]

WEIL:\95263348\4\58399.0011

C.    Declaration of Stuart Erickson in Support of the Trustee's Motion for an Order Authorizing the Abandonment of Certain Securities [**LBI ECF No. 11316**]

Status:  This matter is going forward.

## IN RE LEHMAN RE LTD. [CASE NO. 09-14884]

3.    Motion of the Joint Provisional Liquidators of Lehman Re Ltd. for Authorization and Approval of the Settlement Between Lehman Re Ltd. and Lehman Brothers Inc. [**ECF No. 162**]

Response Deadline:    March 4, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Declaration of Alison Tomb [**ECF No. 163**]

Status:  This matter is going forward and will be heard concurrently with matter number 1 on the Agenda.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

## II.    CONTESTED MATTERS:

4.    Motion of the Plan Administrator in Aid of Execution of the Plan to Establish a Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation [**ECF No. 47487**]

Response Deadline:    January 7, 2015 at 4:00 p.m.

Responses Received:

A.    Limited Objection of Bania Brothers, L.L.C., *et al.* [**ECF No. 47709**] – **WITHDRAWN** [**ECF No. 48097**]

B.    Limited Objection and Reservation of Rights of SPCP Group, L.L.C. [**ECF No. 47710**]

C.    Joinder of Banc of America Credit Products, Inc., *et al.* [**ECF No. 47713**]

D.    Joinder of Varde Investment Partners, L.P. and Deutsche Bank Securities Inc. [**ECF No. 47714**]

WEIL:\95263348\4\58399.0011

Related Document:

      E.      Omnibus Reply of the Plan Administrator [**ECF No. 48784**]

Status:  This matter is going forward on a contested basis.

## LEHMAN BROTHERS INC. PROCEEDING

**III.**      **CONTESTED MATTERS:**

5.      Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8858**]

Response Deadline:    May 27, 2014 at 4:00 p.m.

Response Received:

      A.      Response of RBC Cees Limited [**Annexed to the Trustee's Reply at LBI ECF No. 11400**]

Related Documents:

      B.      Order Granting the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 9173**]

      C.      Trustee's Reply to the Response of RBC Cees Limited to the Trustee's Two Hundred Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims)  [**LBI ECF No. 11400**]

Status:  This matter is going forward as to the claim of RBC Cees Limited.

6.      Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9736**]

Response Deadline:    September 18, 2014 at 4:00 p.m., extended for certain parties to October 2, 2014 at 4:00 p.m.

Responses Received:

      A.      Response of Goldman, Sachs & Co. [**LBI ECF No. 10024**]

      B.      Declaration of Paul St. Lawrence in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10025**]

      C.      Declaration of Shiwon Choe in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10027**]

WEIL:\95263348\4\58399.0011

      D.      Response of Goldman, Sachs & Co. Filed Under Seal [**LBI ECF No. 10056**

Related Documents:

      E.      Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9733**]

      F.      Filed Under Seal Release Agreement, Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9901**]

      G.      Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co. to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10011**]

      H.      Trustee's Reply in Further Support [**LBI ECF No. 10686**]

Status:  This matter is going forward.

## IV.    ADJOURNED MATTERS:

## A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

7.    Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline:    February 18, 2014 at 4:00 p.m.

Response Received:

      A.      Response of International Fund Management S.A., *et al.* to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims [**ECF No. 48077**]

Related Documents:  None.

Status:  This matter has been adjourned to May 7, 2015 at 10:00 a.m.

8.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

WEIL:\95263348\4\58399.0011

Responses Received:

A.  Objection of PHH Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

B.  Limited Objection and Reservation of Rights of Mountain West Financial, Inc. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44677**]

C.  Limited Objection and Reservation of Rights of First California Mortgage Corporation to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44679**]

D.  Limited Objection and Reservation of Rights of Republic Mortgage Home Loans, LLC to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44681**]

E.  Limited Objection and Reservation of Rights of Amerifirst Financial Corp., et al. to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan [**ECF No. 44684**]

F.  Joinder of Perl Mortgage, Inc. and Simonich Corporation d/b/a Commerce Mortgage to the Limited Objection and Reservation of Rights to Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44740**]

Related Documents:

G.  Declaration of Adam M. Bialek in Support of Order to Show Cause to Shorten Notice Period and Extend the Response Deadline by One Day for Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44571**]

H.  Order to Show Cause to Shorten Notice Period and Extend the Response Deadline By One Day For Late Served Recipients of Debtors' Motion for Alternative Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers on Debtors' Master Service List [**ECF No. 44572**]

WEIL:\95263348\4\58399.0011

      I.      Debtors' Omnibus Reply to Responses and Objections [**ECF No. 44728**]

      J.      Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44846**]

<u>Status</u>:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

9.    Plan Administrator's Four Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 45446**]

<u>Response Deadline</u>:    August 29, 2014 at 4:00 p.m.

<u>Response Received</u>:

      A.      Response of KBC Bank NV [**ECF No. 46238**]

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

10.    Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

<u>Status</u>:  This matter has been adjourned to May 7, 2015 at 10:00 a.m.

11.    Claims Objection Hearing with respect to Objection to Proofs of Claim Nos. 67154 & 67155 [**ECF No. 46484**]

<u>Status</u>:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

12.    Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections [**ECF No. 46631**]

<u>Response Deadline</u>:    December 3, 2014 at 5:00 p.m. or as otherwise extended.

<u>Responses Received</u>:  None.

<u>Related Document</u>:

      A.      Notice of Adjournment of Hearing [**ECF No. 46932**]

<u>Status</u>:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

WEIL:\95263348\4\58399.0011

13.    Four Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47078**]

Response Deadline:    December 29, 2014 at 4:00 p.m.

Response Received:

      A.    Response of KN Asset Management Co. to Four Hundred Eighty-Seventh Omnibus Objection to Claims (Satisfied Guarantee Claims) [**ECF No. 47570**]

      B.    Supplemental Response of KN Asset Management Co. [**ECF No. 48678**]

Related Document:

      C.    Reply to Response of KN Asset Management Co. to Plan Administrator's Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims) [**ECF No. 48785**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

14.    Four Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) [**ECF No. 47079**]

Response Deadline:    December 29, 2014 at 4:00 p.m.

Response Received:

      A.    Response of Commerzbank AG – Group Intensive Care [**ECF No. 47566**]

Related Document:

      B.    Plan Administrator's Reply to Response of Commerzbank AG Group Intensive Care [**ECF No. 48786**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

15.    Motion of Claimant SPCP Group, L.L.C. Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by Its Confirmed Plan of Reorganization [**ECF No. 47474**]

Response Deadline:    January 5, 2015 at 4:00 p.m.

WEIL:\95263348\4\58399.0011

Response Received:

    A.    Objection of the Plan Administrator [**ECF No. 47645**]

Related Document:

    B.    Declaration of Austin Saypol in Support of Motion to Compel [**ECF No. 47475**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

**B.    Adversary Proceeding**

16.    Lehman Brothers Special Financing Inc., *et al.*, v. Bank of America National Association, *et al.* [**Adversary Proceeding No. 10-03547**]

    **Hearing on Motion to Dismiss**

    Related Documents:

    A.    Motion of JA Hokkaido Shinren to Dismiss for Lack of Personal Jurisdiction [**ECF No. 795**]

    B.    LBSF's Memorandum of Law in Opposition to JA Hokkaido Shinren's Motion to Dismiss For Lack of Personal Jurisdiction [**ECF No. 894**]

    C.    Declaration of William F. Dahill in Opposition to JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 894-1**]

    D.    Reply in Support of JA Hokkaido Shinren's Motion to Dismiss for Lack of Personal Jurisdiction [**ECF No. 978**]

    Status:  This matter has been adjourned to a date to be determined.

17.    LBHI, *et al*. v. Buck Institute for Age Research [**Adversary Proceeding No. 14-02238**]

    **PRE-TRIAL CONFERENCE**

    Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    So Ordered Stipulation Extending Time to Respond to the Complaint [**ECF No. 5**]

WEIL:\95263348\4\58399.0011

C.    Memorandum of Law in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 11**]

D.    Declaration of Steven J. Fink in Support of Partial Motion to Dismiss or Strike the Complaint [**ECF No. 12**]

E.    So Ordered Stipulation re: Filing of Responses [**ECF No. 14**]

F.    So Ordered Stipulation re: Filing of Responses [**ECF No. 17**]

G.    Opposition to Partial Motion to Dismiss or Strike the Complaint [**ECF No. 20**]

H.    Reply to Partial Motion to Dismiss or Strike the Complaint [**ECF No. 22**]

Status:  This matter will be adjourned to a date to be determined.

## C.    Lehman Brothers Inc. Proceeding

18.    Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [**LBI ECF No. 6426**]

Response Deadline:    July 8, 2013 at 4:00 p.m., extended for certain parties to August 9, 2013 at 4:00 p.m.

Responses Received:

A.    Response of Charlotte Grezo [**LBI ECF No. 6816**]

B.    Response of Aazam Shafiz [**Not Docketed**]

Related Documents:

C.    Notices of Withdrawal [**LBI ECF Nos. 6872, 8758, 9207**]

D.    Order Granting the Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) Solely as to Certain Claims [**LBI ECF No. 7060**]

E.    Notice of Hearing [**LBI ECF No. 10751**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to certain claims.

WEIL:\95263348\4\58399.0011

19. Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

Response Deadline: December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

Responses Received:

A. Response of Jeffrey Maurer [**LBI ECF No. 7788**]

B. Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

Related Documents:

C. Order Granting the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to certain claims [**LBI ECF No. 7909**]

D. Notice of Resolution of Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to a Certain Claim [**LBI ECF No. 11341**]

Status: This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to certain claims.

20. Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]

Response Deadline: March 24, 2014 at 4:00 p.m.

Response Received:

A. Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

B. Notice of Withdrawal [**LBI ECF No. 8681**]

C. Order Granting the Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status: This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

WEIL:\95263348\4\58399.0011

21.     Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain
        Filed Proofs of Claim in Reduced Amounts and with Proper Classification as
        Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

        Response Deadline:     April 4, 2014 at 4:00 p.m., extended for certain parties
                               without date.

        Responses Received:  None.

        Related Documents:

                A.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus
                        Objection Seeking to Allow Certain Filed Proofs of Claim in
                        Reduced Amounts and with Proper Classification as Unsecured
                        General Creditor Claims (FX Claims) solely as to certain claims
                        [**LBI ECF No. 8730**]

                B.      Supplemental Order Granting the Trustee's Two Hundred
                        Eighteenth Omnibus Objection Seeking to Allow Certain Filed
                        Proofs of Claim in Reduced Amounts and with Proper
                        Classification as Unsecured General Creditor Claims (FX Claims)
                        solely as to a certain claim [**LBI ECF No. 9204**]

                C.      Notice of Resolution [**LBI ECF No. 9773**]

        Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to
        certain claims.

22.     Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor
        Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow
        Such Claims As Modified, and (II) Disallow and Expunge Certain Claims
        (Accounts Payable Claims) [**LBI ECF No. 8533**]

        Response Deadline:     April 11, 2014 at 4:00 p.m., extended for certain parties to
                               March 31, 2015 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

                A.      Order Granting the Trustee's Two Hundred Twenty-Second
                        Omnibus Objection to General Creditor Claims Seeking to (I)
                        Reduce and/or Reclassify Certain Claims and to Allow Such
                        Claims As Modified, and (II) Disallow and Expunge Certain
                        Claims (Accounts Payable Claims) solely as to certain claims [**LBI
                        ECF No. 8895**]

WEIL:\95263348\4\58399.0011

        B.      Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

        C.      Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to a certain claim.

23.     Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8567**]

    Response Deadline:    April 18, 2014 at 4:00 p.m., extended for certain parties to May 30, 2014 at 4:00 p.m.

    Response Received:

        A.      Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

    Related Documents:

        B.      Notice of Withdrawal [**LBI ECF No. 8760**]

        C.      Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to a certain claim.

24.     Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8639**]

    Response Deadline:    April 30, 2014 at 4:00 p.m.

    Responses Received:

        A.      Response of Catherine A. Eckert [**LBI ECF No. 8836**]

        B.      Response of Aida Y. Sarmast [**LBI ECF No. 8833**]

WEIL:\95263348\4\58399.0011

Related Documents:

    C.    Notices of Withdrawal [**LBI ECF Nos. 8915, 9065**]

    D.    Order Granting the Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) Solely as to Certain Claims [**LBI ECF No. 9170**]

    E.    Notice of Resolution [**LBI ECF No. 10118**]

    F.    Notice of Hearing [**LBI ECF No. 10752**]

    G.    Order Granting Certain Trustee's Objections to Employee Claims [**LBI ECF No. 11272**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to the claims of Ms. Eckert and Ms. Sarmast.

25.    Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9161**]

Response Deadline:    July 9, 2014 at 4:00 p.m., extended for certain parties to July 25, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Kimberly A. Reed [**LBI ECF No. 9474**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Forty-Second Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9628**]

    C.    Order Granting Certain Trustee's Objections to Employee Claims [**LBI ECF No. 11272**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to the claim of Kimberly A. Reed.

26.    Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

Response Deadline:    August 13, 2014 at 4:00 p.m., extended for certain parties without date.

WEIL:\95263348\4\58399.0011

Response Received:

    A.     Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

Related Documents:

    B.     Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

    C.     Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375**]

    D.     So Ordered Stipulation [**LBI ECF No. 10670**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

27.    Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9478**]

Response Deadline:    August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

    A.     Response of Patricia M. Bah [**LBI ECF No. 9636**]

    B.     Response of Vito A. Santoro [**LBI ECF No. 9714**]

Related Documents:

    C.     Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9846**]

    D.     Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to the claim of Ms. Bah.

28.    Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

Response Deadline:    August 15, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:  None.

Related Documents:

A.    Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

B.    Notices of Resolution [**LBI ECF Nos. 10015, 11167**]

C.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

29.    Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

Response Deadline:    August 21, 2014 at 4:00 p.m.

Response Received:

A.    Response of U.S. Bank National Association [**LBI ECF No. 9674**]

Related Documents:    None.

Status:  This matter has been adjourned to April 21, 2015 at 10:00 a.m., as to certain claims.

30.    Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9583**]

Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

WEIL:\95263348\4\58399.0011

Responses Received:

    A.    Response of Richard N. Wayne [**LBI ECF No. 9970**]

    B.    Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

Related Documents:

    C.    Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

    D.    Notice of Resolution [**LBI ECF No. 11168**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

31.    Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims [**LBI ECF No. 9601**]

    Response Deadline:    August 29, 2014 at 4:00 p.m., extended for certain parties to October 13, 2014 at 4:00 p.m.

    Response Received:

    A.    Response of Ceskoslovenska Obchodna Banka, A.S. [**LBI ECF No. 10150**]

    Related Documents:

    B.    Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims solely as to certain claims [**LBI ECF No. 10086**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Ninth Omnibus Objection to General Creditor Claims solely as to a certain claim [**LBI ECF No. 10473**]

    D.    Notice of Resolution [**LBI ECF No. 10558**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to the claim of Ceskoslovenska Obchodna Banka.

32.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

    Response Deadline:    September 5, 2014 at 4:00 p.m.

Response Received:

    A.    Response of US National Bank Association [**LBI ECF No. 9824**]

Related Document:

    B.    Order Granting the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) solely as to a certain claim [**LBI ECF No. 10084**]

Status: This matter has been adjourned to April 21, 2015 at 10:00 a.m., as to the claim of US National Bank Association.

33.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

    Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties without date.

    Response Received:

    A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

    Related Documents:

    B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134**]

Status: This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

34.    Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) [**LBI ECF No. 9865**]

    Response Deadline:    October 3, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

    Responses Received:  None.

WEIL:\95263348\4\58399.0011

Related Documents:

  A.  Order Granting the Trustee's Two Hundred Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims, Insufficient Claims, and Claims Allowed in Reduced Amounts with Proper Classification) solely as to certain claims [**LBI ECF No. 10398**]

  B.  Notice of Resolution [**ECF No. 11461**]

Status: This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to certain claims.

35.  Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10097**]

  Response Deadline:  October 28, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

  Responses Received:

  A.  Response of Richard S. Hajdukiewicz [**LBI ECF No. 10252**]

  B.  Responses of Madelyn Antoncic [**LBI ECF Nos. 10855, 10856**]

  Related Documents:

  C.  Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

  D.  Order Granting the Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10394**]

  E.  Notice of Resolution [**LBI ECF No. 10589**]

Status: This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to the claim of Madelyn Antoncic.

36.  Trustee's Objection to the General Creditor Proof of Claim of Ralph Harary (Claim No. 8002386) [**LBI ECF No. 10142**]

  Response Deadline:  October 31, 2014 at 4:00 p.m., extended to November 14, 2014 at 4:00 p.m.

  Response Received:

  A.  Responses of Ralph Harary [**LBI ECF Nos. 10439, 10440**]

Related Documents:    None.

Status:  This matter has been adjourned to April 8, 2015 10:00 a.m., as to a certain claim.

37.    Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10182**]

Response Deadline:    November 7, 2014 at 4:00 p.m., extended for certain parties to December 19, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    A.    Order Granting the Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 10657**]

    B.    Supplemental Orders Granting the Trustee's Two Hundred Sixty-Ninth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF Nos. 10702, 10761, 10988**]

    C.    Notices of Withdrawal [**LBI ECF Nos. 10719, 11191, 11322**]

    D.    Notices of Resolution [**LBI ECF Nos. 10852, 11075**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., as to certain claims.

38.    Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

Response Deadline:    December 3, 2014 at 4:00 p.m., extended to January 8, 2014 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m.

WEIL:\95263348\4\58399.0011

39.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

Response Deadline:    January 12, 2015 at 4:00 p.m.; extended for certain parties to March 25, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.    Notices of Resolution of the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) Solely as to a Certain Claim [**LBI ECF Nos. 11338, 11376**]

B.    Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

C.    Certificates of No Objection Under 28 U.S.C. 1746 Regarding Trustees Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims)  [**LBI ECF Nos. 11405, 11437**]

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m as to certain claims.

40.    Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI ECF No. 10788**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to March 4, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m as to a certain claim.

41.    Trustee's Objection to Allow Nomura Financial Services (India) Private Limiteds Proof of Claim (Claim No. 5037) in a Reduced Amount  [**LBI ECF No. 10785**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to March 6, 2015 at 4:00 p.m.

Responses Received:  None.

WEIL:\95263348\4\58399.0011

Related Documents:    None.

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m as to certain claims.

42.     Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568)  **[LBI ECF No. 10782]**

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to March 18, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m as to certain claims.

43.     Trustee's Objection to the General Creditor Proof of Claim of Customer Asset Protection Company (Claim No. 7002247) **[LBI ECF No. 10790]**

Response Deadline:    January 20, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to April 8, 2015 at 10:00 a.m as to certain claims.

44.     Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims). **[LBI ECF No. 10776]**

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to March 18, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:

     A.     Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims)  **[LBI ECF No. 11370]**

WEIL:\95263348\4\58399.0011

<u>Status</u>:  This matter has been adjourned to April 8, 2015 at 10:00 a.m., solely as to certain claims.


Dated:  March 10, 2015
      New York, New York

                         /s/ Garrett A. Fail
                         Garrett A. Fail

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates


Dated:  March 10, 2015
      New York, New York

                         /s/ Jeffrey S. Margolin
                         James B. Kobak, Jr.
                         Christopher K. Kiplok
                         Jeffrey S. Margolin

                         HUGHES HUBBARD & REED LLP
                         One Battery Park Plaza
                         New York, New York 10004
                         Telephone: (212) 837-6000
                         Facsimile: (212) 422-4726

                         Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95263348\4\58399.0011