# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

March 11, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
     **ADR Procedures Order Dated 9/17/09 (the "Order")**
     **Sixty-fourth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, your Honor, that we submit this monthly report to the Court (the sixty-fourth) pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the March 11, 2015 omnibus hearing.

In the 20 days following the last prior report, the debtors served one new ADR Notice in Tier One. When added to the Notices previously served in Tiers One and Two, the total number of Notices served is now 492. During the immediately past reporting period, the Lehman entities achieved settlements with counterparties in three additional ADR matters, two as a result of mediation. Upon the closing of such settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors will have received an aggregate total of $2,844,133,465 new dollars for the various estates. Settlements now have been achieved in 397 ADR matters involving 514 counterparties.

Honorable Shelley C. Chapman  
March 11, 2015  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 224 ADR matters that have reached the mediation stage in Tier One and have been concluded, 209 have been settled in mediation; only fifteen mediations have terminated without settlement. Four additional Tier One mediations have been scheduled to commence on the following dates: March 17, 25 and 26; and April 30, 2015.

Respectfully submitted,

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

PG:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)