# EXHIBIT A

# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | RALPH M. LEVENE | 51 WEST 52ND STREET | JEANNEMARIE O'BRIEN | IAN BOCZKO |
| HERBERT M. WACHTELL | RICHARD G. MASON | NEW YORK, N.Y. 10019-6150 | WAYNE M. CARLIN | MATTHEW M. GUEST |
| PAUL VIZCARRONDO, JR. | MICHAEL J. SEGAL | | STEPHEN R. DIPRIMA | DAVID E. KAHAN |
| PETER C. HEIN | DAVID M. SILK | TELEPHONE: (212) 403-1000 | NICHOLAS G. DEMMO | DAVID K. LAM |
| HAROLD S. NOVIKOFF | ROBIN PANOVKA | FACSIMILE:  (212) 403-2000 | IGOR KIRMAN | BENJAMIN M. ROTH |
| MEYER G. KOPLOW | DAVID A. KATZ | | JONATHAN M. MOSES | JOSHUA A. FELTMAN |
| THEODORE N. MIRVIS | ILENE KNABLE GOTTS | | T. EIKO STANGE | ELAINE P. GOLIN |
| EDWARD D. HERLIHY | DAVID M. MURPHY | GEORGE A. KATZ (1965-1989) | DAVID A. SCHWARTZ | EMIL A. KLEINHAUS |
| DANIEL A. NEFF | JEFFREY M. WINTNER | JAMES H. FOGELSON (1967-1991) | JOHN F. LYNCH | KARESSA L. CAIN |
| ANDREW R. BROWNSTEIN | TREVOR S. NORWITZ | LEONARD M. ROSEN (1965-2014) | WILLIAM SAVITT | RONALD C. CHEN |
| MICHAEL H. BYOWITZ | BEN M. GERMANA | | ERIC M. ROSOF | GORDON S. MOODIE |
| PAUL K. ROWE | ANDREW J. NUSSBAUM | OF COUNSEL | MARTIN J.E. ARMS | DONGJU SONG |
| MARC WOLINSKY | RACHELLE SILVERBERG | | GREGORY E. OSTLING | BRADLEY R. WILSON |
| DAVID GRUENSTEIN | STEVEN A. COHEN | WILLIAM T. ALLEN     DAVID S. NEILL | DAVID B. ANDERS | GRAHAM W. MELI |
| STEVEN A. ROSENBLUM | DEBORAH L. PAUL | PETER C. CANELLOS    BERNARD W. NUSSBAUM | ANDREA K. WAHLQUIST | GREGORY E. PESSIN |
| STEPHANIE J. SELIGMAN | DAVID C. KARP | DAVID M. EINHORN     LAWRENCE B. PEDOWITZ | ADAM J. SHAPIRO | CARRIE M. REILLY |
| JOHN F. SAVARESE | RICHARD K. KIM | KENNETH B. FORREST   ERIC S. ROBINSON | NELSON O. FITTS | MARK F. VEBLEN |
| SCOTT K. CHARLES | JOSHUA R. CAMMAKER | THEODORE GEWERTZ     PATRICIA A. ROBINSON* | JOSHUA M. HOLMES | VICTOR GOLDFELD |
| JODI J. SCHWARTZ | MARK GORDON | MAURA R. GROSSMAN     ERIC M. ROTH | DAVID E. SHAPIRO | EDWARD J. LEE |
| ADAM O. EMMERICH | JOSEPH D. LARSON | RICHARD D. KATCHER   MICHAEL W. SCHWARTZ | DAMIAN G. DIDDEN | BRANDON C. PRICE |
| GEORGE T. CONWAY III | LAWRENCE S. MAKOW | DOUGLAS K. MAYER      ELLIOTT V. STEIN | ANTE VUCIC | KEVIN S. SCHWARTZ |
| | | ROBERT B. MAZUR       WARREN R. STERN | | |
| | | PHILIP MINDLIN        PATRICIA A. VLAHAKIS | | |
| | | ROBERT M. MORGENTHAU AMY R. WOLF | | |

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

DAVID M. ADLERSTEIN     NANCY B. GREENBAUM
AMANDA K. ALLEXON       MARK A. KOENIG
LOUIS J. BARASH         J. AUSTIN LYONS
DIANNA CHEN             ALICIA C. McCARTHY
ANDREW J.H. CHEUNG      SABASTIAN V. NILES
PAMELA EHRENKRANZ       AMANDA N. PERSAUD
KATHRYN GETTLES-ATWA    JEFFREY A. WATIKER
PAULA N. GORDON

DIRECT DIAL: (212) 403-1165
DIRECT FAX: (212) 403-2165
E-MAIL: AFLODR@WLRK.COM

March 11, 2015


**BY HAND**

Tyler Whitmer, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

      Re:  In re Lehman Brothers Holdings Inc., *et al.* (No. 08-13555) (SCC)

Dear Tyler:

   Enclosed is a production of documents related to the 492nd Omnibus Objection to Miscellaneous Claims by Various Subsidiaries of JPMorgan Chase & Co. Against Various Debtors ("492nd Omnibus Objection") that are bates numbered JPM_LEH_IDCLAIMS00000001 through JPM_LEH_IDCLAIMS00001568. This production is made pursuant to the Confidentiality Stipulation and Protective Order signed by the Court on September 1, 2010 (the "Order"), as made applicable to this proceeding by the stipulation entered into on March 10, 2015 between LBHI and JPMorgan (the "Stipulation"). The documents in this production are designated as "Highly Confidential" and "Confidential" as per the Order and Stipulation.

WACHTELL, LIPTON, ROSEN & KATZ

Tyler Whitmer, Esq.
March 11, 2015
Page 2

        JPMorgan reserves all rights and waives none.

        Sincerely,

        Aline Flodr

Enclosures