# EXHIBIT A

## WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

MARTIN LIPTON
HERBERT M. WACHTELL
PAUL VIZCARRONDO, JR.
PETER C. HEIN
HAROLD S. NOVIKOFF
MEYER G. KOPLOW
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
PAUL K. ROWE
MARC WOLINSKY
DAVID GRUENSTEIN
STEVEN A. ROSENBLUM
STEPHANIE J. SELIGMAN
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
GEORGE T. CONWAY III

RALPH M. LEVENE
RICHARD G. MASON
MICHAEL J. SEGAL
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
DAVID M. MURPHY
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
LAWRENCE S. MAKOW

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

WILLIAM T. ALLEN            DAVID S. NEILL
PETER C. CANELLOS           BERNARD W. NUSSBAUM
DAVID M. EINHORN            LAWRENCE B. PEDOWITZ
KENNETH B. FORREST          ERIC S. ROBINSON
THEODORE GEWERTZ            PATRICIA A. ROBINSON*
MAURA R. GROSSMAN           ERIC M. ROTH
RICHARD D. KATCHER          MICHAEL W. SCHWARTZ
DOUGLAS K. MAYER            ELLIOTT V. STEIN
ROBERT B. MAZUR             WARREN R. STERN
PHILIP MINDLIN              PATRICIA A. VLAHAKIS
ROBERT M. MORGENTHAU        AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

DAVID M. ADLERSTEIN     NANCY B. GREENBAUM
AMANDA K. ALLEXON       MARK A. KOENIG
LOUIS J. BARASH         J. AUSTIN LYONS
DIANNA CHEN             ALICIA C. McCARTHY
ANDREW J.H. CHEUNG      SABASTIAN V. NILES
PAMELA EHRENKRANZ       AMANDA N. PERSAUD
KATHRYN GETTLES-ATWA    JEFFREY A. WATIKER
PAULA N. GORDON

JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
DAVID A. SCHWARTZ
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
MARTIN J.E. ARMS
GREGORY E. OSTLING
DAVID B. ANDERS
ANDREA K. WAHLQUIST
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
ANTE VUCIC

IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
GORDON S. MOODIE
DONGJU SONG
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
EDWARD J. LEE
BRANDON C. PRICE
KEVIN S. SCHWARTZ

DIRECT DIAL: (212) 403-1317
DIRECT FAX: (212) 403-2317
E-MAIL: CLHEAVEY@WLRK.COM

March 11, 2015

**BY HAND**

Tyler G. Whitmer, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Re: In re Lehman Brothers Holdings Inc., et al.
(No. 08-13555)

Dear Tyler:

      Enclosed is a production of documents related to the Objection to Portions of Proof of Claim No. 66462 Against Lehman Brothers Holdings Inc. and Proof of Claim No. 66455 Against Lehman Brothers Special Financing Inc. of JPMorgan Chase Bank, N.A. Regarding Derivatives Losses ("WaMu Claims Objection") that are bates numbered JPM_LEH_WAMUCLAIMS_00000001 through JPM_LEH_WAMUCLAIMS_00000034. This production is made pursuant to the Confidentiality Stipulation and Protective Order signed by the Court on September 1, 2010 (the "Order"), as made applicable to this proceeding by the stipulation entered into on March 10, 2015 between LBHI and JPMorgan (the "Stipulation"). The documents in this production are designated as "Confidential" as per the Order and Stipulation.

Tyler G. Whitmer, Esq.
March 11, 2015
Page 2

       JPMorgan reserves all rights and waives none.

       Sincerely,

       */s/ Courtney Heavey/*

       Courtney Heavey

Enclosures