# EXHIBIT A

# WACHTELL, LIPTON, ROSEN & KATZ

| | | | |
|---|---|---|---|
| MARTIN LIPTON | RALPH M. LEVENE | JEANNEMARIE O'BRIEN | IAN BOCZKO |
| HERBERT M. WACHTELL | RICHARD G. MASON | WAYNE M. CARLIN | MATTHEW M. GUEST |
| PAUL VIZCARRONDO, JR. | MICHAEL J. SEGAL | STEPHEN R. DiPRIMA | DAVID E. KAHAN |
| PETER C. HEIN | DAVID M. SILK | NICHOLAS G. DEMMO | DAVID K. LAM |
| HAROLD S. NOVIKOFF | ROBIN PANOVKA | IGOR KIRMAN | BENJAMIN M. ROTH |
| MEYER G. KOPLOW | DAVID A. KATZ | JONATHAN M. MOSES | JOSHUA A. FELTMAN |
| THEODORE N. MIRVIS | ILENE KNABLE GOTTS | T. EIKO STANGE | ELAINE P. GOLIN |
| EDWARD D. HERLIHY | DAVID M. MURPHY | DAVID A. SCHWARTZ | EMIL A. KLEINHAUS |
| DANIEL A. NEFF | JEFFREY M. WINTNER | JOHN F. LYNCH | KARESSA L. CAIN |
| ANDREW R. BROWNSTEIN | TREVOR S. NORWITZ | WILLIAM SAVITT | RONALD C. CHEN |
| MICHAEL H. BYOWITZ | BEN M. GERMANA | ERIC M. ROSOF | GORDON S. MOODIE |
| PAUL K. ROWE | ANDREW J. NUSSBAUM | MARTIN J.E. ARMS | DONGJU SONG |
| MARC WOLINSKY | RACHELLE SILVERBERG | GREGORY E. OSTLING | BRADLEY R. WILSON |
| DAVID GRUENSTEIN | STEVEN A. COHEN | DAVID B. ANDERS | GRAHAM W. MELI |
| STEVEN A. ROSENBLUM | DEBORAH L. PAUL | ANDREA K. WAHLQUIST | GREGORY E. PESSIN |
| STEPHANIE J. SELIGMAN | DAVID C. KARP | ADAM J. SHAPIRO | CARRIE M. REILLY |
| JOHN F. SAVARESE | RICHARD K. KIM | NELSON O. FITTS | MARK F. VEBLEN |
| SCOTT K. CHARLES | JOSHUA R. CAMMAKER | JOSHUA M. HOLMES | VICTOR GOLDFELD |
| JODI J. SCHWARTZ | MARK GORDON | DAVID E. SHAPIRO | EDWARD J. LEE |
| ADAM O. EMMERICH | JOSEPH D. LARSON | DAMIAN G. DIDDEN | BRANDON C. PRICE |
| GEORGE T. CONWAY III | LAWRENCE S. MAKOW | ANTE VUCIC | KEVIN S. SCHWARTZ |

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

| | |
|---|---|
| WILLIAM T. ALLEN | DAVID S. NEILL |
| PETER C. CANELLOS | BERNARD W. NUSSBAUM |
| DAVID M. EINHORN | LAWRENCE B. PEDOWITZ |
| KENNETH B. FORREST | ERIC S. ROBINSON |
| THEODORE GEWERTZ | PATRICIA A. ROBINSON* |
| MAURA R. GROSSMAN | ERIC M. ROTH |
| RICHARD D. KATCHER | MICHAEL W. SCHWARTZ |
| DOUGLAS K. MAYER | ELLIOTT V. STEIN |
| ROBERT B. MAZUR | WARREN R. STERN |
| PHILIP MINDLIN | PATRICIA A. VLAHAKIS |
| ROBERT M. MORGENTHAU | AMY R. WOLF |

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | J. AUSTIN LYONS |
| DIANNA CHEN | ALICIA C. McCARTHY |
| ANDREW J.H. CHEUNG | SABASTIAN V. NILES |
| PAMELA EHRENKRANZ | AMANDA N. PERSAUD |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |
| PAULA N. GORDON | |

DIRECT DIAL: (212) 403-1051
DIRECT FAX: (212) 403-2051
E-MAIL: LMAppling@wlrk.com

March 11, 2015

**BY HAND**

Tyler Whitmer, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Re:   In re Lehman Brothers Holdings Inc., *et al*. (No. 08-13555)

Dear Tyler:

Enclosed is a production of documents related to the *Objection to Portions of Proofs of Claim No. 66462 against Lehman Brothers Holdings Inc. and No. 4939 against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. regarding Securities Lending* (the "Securities Lending Objection") that are bates numbered JPM_LEH_CLAIMS00003461 through JPM_LEH_CLAIMS00003683. This production is made pursuant to the Confidentiality Stipulation and Protective Order signed by the Court on September 1, 2010 (the "Order"), as made applicable to this proceeding by the stipulation entered into on March 10, 2015 between LBHI and JPMorgan (the "Stipulation"). The documents in this production are designated as "Confidential" as per the Order and Stipulation.

JPMorgan reserves all rights and waives none.

Sincerely,

*/s/ Luke M. Appling*

Luke M. Appling

Enclosures