FILED / RECEIVED
MAR 1 1 2015
EPIQ SYSTEMS

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | UBS AG, transferred to Credit Suisse AG (see attached transfer form) // Luzerner Kantonalbank erroneously filed this evidence of partial transfer of claim |
| Court Claim Number (if known): | 59233 |
| Date Claim Filed: | October 30, 2009 |
| Total Amount of Claim Filed: | Units 6.00 out of Units 228.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 2, 2015

Print Name: Peter Felder / Jörg Gubler

Title (if applicable): Vice President / Vice President

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

Meine Bank

# Luzerner
# Kantonalbank

Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Telefon    0844 822 811
Telefax    041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr.  439 766

Datum          March 2, 2015 DR-Fep
Telefon direkt 041 206 24 86 Peter Felder
Telefax direkt 041 206 29 16
E-Mail         peter.felder@lukb.ch

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
Case No. 08-13555 (JMP)

Dear Sir or Madam,

Enclosed we send you 1 Withdrawl of Claim Form.

Thank you for your attention.

Sincerely yours,

Luzerner Kantonalbank

Peter Felder   Jörg Gubler

enclosure.

*Meine Bank* 

**Luzerner Kantonalbank**

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Luzerner Kantonalbank AG
Rechtsdienst & Compliance
Pilatusstrasse 12
Postfach
6002 Luzern

Telefon   0844 822 811
Telefax   041 206 29 16
info@lukb.ch, www.lukb.ch
MWST-Nr. 439 766

Datum          May 23, 2014 DR-Fep
Telefon direkt  041 206 24 86 Peter Felder
Telefax direkt  041 206 29 16
E-Mail         peter.felder@lukb.ch

### Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim
Case No. 08-13555 (JMP)

Dear Sir or Madam,

Enclosed we send you 1 Evidence of Transfer of Claim Form.

Thank you for your attention.

Sincerely yours,

Luzerner Kantonalbank

Peter Felder

enclosure.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24 day of April 2014.

UBS AG
By: _____
Name: Stephan Gfeller
Title:  Associate Director

By: _____
Name: Matthias Mohos
Title:  Associate Director

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0247274599 | 59233 | October 30, 2009 | Ct + Lehman Brothers Treasury BV 2006-23.3.2010 SMI | Units 6.00 out of Units 228.00 |



FILED / RECEIVED
MAY 29 2014
EPIQ SYSTEMS

26.05.14    3.80
CH - 4621
Frankieren Post
2090004
30001260
PRIORITY
Stand 2
DIE POST






FILED / RECEIVED
MAR 11 2015
EPIQ SYSTEMS

03.03.15
CH-4621
Frankieren Post
751336

003.80
PRIORITY
Stand 2
DIE POST