WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for JPMorgan Chase, N.A.
and J.P. Morgan Markets Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (SCC)
                                                                 :
                            Debtors.                             :    (Jointly Administered)
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

Courtney L. Heavey, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase, N.A. and J.P. Morgan Markets Limited (together, "JPMorgan") in the above-captioned proceedings.

2. On March 11, 2015, I caused or participated in causing a copy of the following documents to be filed and served in the above-referenced proceeding via the Court's ECF system, and upon the parties listed on the Service List attached hereto, in the manner indicated therein:

- Response of JPMorgan Chase Bank, N.A. to Objection to Portions of Proofs of Claim Nos. 66462 and 66455 Regarding Derivatives Losses;

- Response of JPMorgan Chase Bank, N.A. and J.P. Morgan Markets Limited to Objection to Claim Nos. 66462 and 66474 Regarding Derivatives Losses;

- Response of JPMorgan Chase Bank, N.A. to Objection to Portions of Proofs of Claim Nos. 66462 and 4939 Regarding Securities Lending;

- Response of JPMorgan Chase Bank, N.A. to Lehman Brothers Holdings Inc.'s 492nd Omnibus Objection to Miscellaneous Claims by Various Subsidiaries of JPMorgan Chase & Co. Against Various Debtors.

_____
Courtney L. Heavey

Sworn to before me this
12th day of March, 2015

_____
In the City of New York

LOUIS KHO TIEMANN
Notary Public, State of New York
No. 01TJ6269291
Qualified in New York County
Commission Expires September 24, 20 16

- 2 -

## SERVICE LIST

### BY HAND DELIVERY

**The Honorable Shelley C. Chapman**
United States Bankruptcy Court,
Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

**Office of the United States Trustee for the Southern District of New York**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attention: Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.

**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attention: Andrew J. Rossman, Esq.
Tyler G. Whitmer, Esq.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Attention: Lori R. Fife, Esq.

**Milbank, Tweed, Hadley & McCloy LLP**
One Chase Manhattan Plaza
New York, NY 10005
Attention: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.