UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                                      :

In re                                                           :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (SCC)**

                 Debtors.                       :        (Jointly Administered)

------------------------------------------------------------------------x    Ref. Docket No. 48802

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 10, 2015, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Plan Administrator's Objection to Claim No. 25496 Held By Wilmar Trading PTE Ltd." dated March 10, 2015 [Docket No. 48802], by causing true and correct copies to be:

    i. delivered by electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. enclosed securely in a postage pre-paid envelopes and delivered by overnight mail to the following party: Office of the US Trustee, U.S. Federal Office Building, Attn: William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., 201 Varick Street, Room 1006, New York, NY 10014.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Christina Siguenza*
                                                                       Christina Siguenza

Sworn to before me this
11th day of March, 2015
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\LBH\Affidavits\Wilmar Trading Objection CNO_DI_48802_AFF_3-10-15_SS.doc

**EXHIBIT A**

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com