B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. al., Debtors      Case No. 08-13555 (SCC)
(Jointly Administrator)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Paulson International Ltd | Deutsche Bank AG, London Branch |

Name and Address where notices to transferee

Paulson International Ltd
c/o Paulson & Co. Inc.
1251 Avenue of the Americas, 50th Fl.
New York, NY 10020
Tel: 212-956-2221
Fax: 212-977-9505
E-mail: Paul_ops@paulsonco.com;
James.Olivo@paulsonco.com

Court Claim # (if known): 67836 (amended 28007)
Amount of Claim as Filed: $171,253,758.90
Amount of Claim Transferred: $8,417,740.95
Date Claim Filed: 1/4/2012
Debtor: Lehman Brothers Holding Inc.

With a copy to:
Michael Greenblatt
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
michael.greenblatt@kayescholer.com

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __MARCH 13, 2015__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

62624734_2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London Branch ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Paulson International Ltd ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number **67836 (amended 28007)**, solely to the extent of $8,417,740.95 (the "Claim") against **Lehman Brothers Holding Inc.** (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as **In re Lehman Brothers Holding Inc., Case No. 08-13555 (SCC)**.

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer by its duly authorized representative dated the 13 day of March, 2015.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | PAULSON INTERNATIONAL LTD |
| Name: Simon Glennie<br>Title: Director | Name:<br>Title: Stuart Merzer<br>Authorized Signatory |
| Name:<br>Title: Michael Sutton, Managing Director | |