## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association with offices located at Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim Agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Chase Lincoln First Commercial Corporation**, with offices located at Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the following claims of Seller against LEHMAN BROTHERS HOLDINGS INC.

| Claim Number | Amount |
| --- | --- |
| 20527 | $3,022,488.72 |
| 20988 | $85,406.85 |
| 26546 | $210,820.96 |
| 27185 | $548,815.25 |
| 28307 | $20,845,080.35 |
| 30530 | $800,000.00 |
| 30667 | $172,783.35 |
| 31991 | $2,350,000.00 |
| 32025 | $277,666.57 |
| 32455 | $229,724.91 |
| 32695 | $25,000,000.00 |
| 43938 | $184,207.20 |
| 43940 | $1,970,656.80 |
| 43942 | $403,518.00 |
| 43944 | $148,760.20 |
| 43947 | $384,178.00 |
| 43950 | $116,651.00 |
| 43951 | $274,292.60 |
| 66403 | $415,385.00 |
| 66920 | $692,779.00 |
| 67007 | $828,276.50 |
| 67332 | $2,379,442.75 |
| 67333 | $499,298.38 |
| 67737 | $1,536,086.47 |

(the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claims as an unconditional assignment and sale and Buyer herein as the valid owner of the

Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

JPMORGAN CHASE BANK, N.A.

By: _____
Name: Amita Rodriguez
Title: Authorized Signatory
Date: 3/6/15

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 3/10/15