UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (SCC)
                                                                     :    (Jointly Administered)
                    Debtors.                                         :
                                                                     :
---------------------------------------------------------------------x    Ref. Docket Nos. 48303, 48576

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 12, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of March, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  JPMORGAN SECURITIES PLC
     TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
     ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
     383 MADISON AVENUE - FLOOR 37
     NEW YORK NY 10179
```

Please note that your claim # 62593 in the above referenced case and in the amount of
     $70,755.00  allowed at $73,386.00        has been transferred (**unless previously expunged by court order**)

```
     CRESCENT 1, L.P.
     TRANSFEROR: JPMORGAN SECURITIES PLC
     ATTN: SVET NIKOV
     399 PARK AVENUE, 39TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 48576      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/12/2015                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 12, 2015.

# EXHIBIT B

```
TIME: 16:52:33                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/12/15                                          CREDITOR LISTING

Name                         Address
CREDIT SUISSE ITALY SPA      TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: WILIAM CAVALLARI & ELENA SPAGNOLI VIA SANTA MARGHERITA 3
                             MILANO  20121 ITALY
CREDITO EMILIANO SPA         TRANSFEROR: CREDIT SUISSE ITALY SPA ATTN: BERTRAND EFISIO VIA EMILIA S PIETRO 4 42121 REGGIO EMILIA  ITALY
CRESCENT 1, L.P.             TRANSFEROR: JPMORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
JPMORGAN SECURITIES PLC      TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                             NEW YORK NY 10179
JPMORGAN SECURITIES PLC      TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                             NEW YORK NY 10179
JPMORGAN SECURITIES PLC      TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179


Total Number of Records Printed          6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC