

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA



Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 17.02.2014

Dear Sir or Madam,

please note that claim # 50990 has been transferred to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank

Anja Sonnleithner                    Danijela Gunnesch

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Dr. Peter von Arx,
Johannes Baratta, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951



Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA



Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 50990**

We would like to inform you that Mr. Günther Jung who filed the claim Number 50990 on 10/28/2009 has assigned the rights arising out of this claim corresponding with the following securities

- 40 "Lehman Bros Treasury Co. B.V. EO-Zo Basket Lkd MTN 2007(12)" (ISIN DE000A0TLL96 in the amount of a face value of USD 56,804.00

and

- 100 "Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14)" (ISIN DE000A0TVK20 in the amount of a face value of USD 142,010.00

to
Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Germany.

The rights arising out of claim Number 50990 corresponding with the following securities remain entirely with Mr. Günther Jung:

- 40 "Lehman Bros Treasury Co. B.V. EO-Zo Basket Lkd MTN 2007(12)" (ISIN DE000A0TLL96 in the amount of a face value of USD 56,804.00

and

- 100 "Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14)" (ISIN DE000A0TVK20 in the amount of a face value of USD 142,010.00.

Bethmann Bank AG has agreed to the (partial) assignment mentioned herein above. Both Mr. Jung and Bethmann Bank AG acknowledge and represent that due to the (partial) as-

signment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 03.02.2015         Ahrensburg, 15.1.2015

Bethmann Bank AG                      Günther Jung
(Assignee)                            (Assignor)

Jochen Weber    Oliver Körner         Günther Jung