CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)-and-

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for U.S. Bank National Association, as Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | CASE No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH THE
STATE OF WASHINGTON TOBACCO SETTLEMENT AUTHORITY**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby withdraws Proof of Claim number 31026, against Lehman Brothers Holdings Inc., and Proof of Claim number 31016, against Lehman Brothers Special Finance Inc., relating to the above referenced

3763216.01.01.doc

trust. No other claim of U.S. Bank, in any capacity, shall be affected hereby.

Dated: March 16, 2015
      New York, New York

                                    Respectfully submitted,

                                    By: /s/ Craig M. Price

                                    *Counsel to U.S. Bank National Association, as Trustee*