**Donald C Dybeck**
50 Nantucket Place
Port Townsend, WA 98368
360 280-4674

Honorable Shelley C Chapman
Alexander Hamilton Custom House
Courtroom 623
One Bowling Green
New York, NY 10004

March 9, 2015

Greetings Judge Chapman:

I participated in the Lehman Brothers Holdings hearing by telephone on March 5th. Even though my claim seems to be "toast", I was greatly impressed by the proceedings...specifically, your professionalism, patience, focus and obvious intelligence. I'm sure that Miss"D" and everyone else involved in the hearing were totally surprised and amazed at your generous offer to meet privately at a future date.

Many citizens, myself included, have become somewhat cynical regarding lawyers and various legal proceedings. Here in my own hometown, we have a judge who is rude, impatient and generally obnoxious. I'm sure that media coverage is often distorted just to attract readers and viewers.

Thank you again for listening to my "sob story" and explaining other situations far worse than mine. Your commitment to the law and your humanity is truly appreciated.

Sincerely,

Don Dybeck

RECEIVED
MAR 1 6 2015
U.S. BANKRUPTCY COURT, SDNY