**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669

Reference is made to proof of claim number **56669** (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion of the Claim identified in Exhibit A attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: March 17, 2015
      New York, New York

/s/ John Kibler
John Kibler
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for The Hongkong and Shanghai Banking Corporation Limited*

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| Lehman Brothers Treasury Co BV 2Y CDA STK1398-4.89 1800-16.7852 29.5% 26 Oct 2009 | XS0326865754 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc. | USD100,000 |

* No portion of the Claim, whether relating to ISIN XS0326865754 or otherwise, is being withdrawn in excess of the principal amount in this column.