Fidelity Balanced Fund,
a series of Fidelity Puritan Trust
245 Summer Street, V10F
Boston, MA 02210

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Fidelity Balanced Fund, a series of Fidelity Puritan Trust ("Claimant") hereby withdraws with prejudice proof of claim 21617 (the "Claim"), filed on September 21, 2009, against Lehman Brothers Holdings Inc., and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

The undersigned represents and warrants that he is authorized by the Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: March 17, 2015
New York, New York

_____
Stacie M. Smith, Deputy Treasurer
Fidelity Balanced Fund,
a series of Fidelity Puritan Trust
245 Summer Street, V10F
Boston, MA 02210

WEIL:\95274917\1\58399.0011