Dr. Peter Hsu
Rechtsanwalt, LL.M.
+41 58 261 53 94
peter.hsu@baerkarrer.ch



BÄR & KARRER

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 27 February 2015
367674/312/nit/x24415869.doc

**Bank J. Safra Sarasin Ltd**
**Partial Transfer of Claim other than for Security, Epiq Claim No. 35896/ ISIN No. XS0210433206**

Dear Madam, dear Sir,

In the name and on behalf of the transferee Bank J. Safra Sarasin Ltd ("**BJSS**"), we are sending you enclosed an original copy of a completed 210A transfer form (Enclosure 1), including a copy of the evidence of partial transfer of claim, regarding the partial transfer of claim other than for security, Epiq claim no. 35896/ISIN no. XS0210433206 against Lehman Brothers Holdings Inc.

The transferor is BNP Parisbas (Suisse) SA.

Please note that this partial transfer of claim no. 35896 had already been filed with Epiq in our submission dated 2 December 2014. However, Epiq considered the transfer as "defective" and therefore rejected the transfer because of the discrepancy of the currencies in the proof of claim originally filed in USD denomination and the transfer of claim filing in EUR denomination (see copy of notice of defective transfer in Enclosure 2). To remedy the transfer filing, we amended the 210A transfer form as well as the evidence of partial transfer of claim to USD denomination (as opposed to in the original EUR denomination). The fraction of the claim transferred from BNP Parisbas (Suisse) SA to BJSS has remained unchanged in the amended forms compared to the originally filed transfer forms (i.e. 29.5857988% of the total filed claim amount of USD 749'335.86).

Bär & Karrer   Zürich                      Genf                       Lugano                     Zug                        www.baerkarrer.ch
Rechtsanwälte  Bär & Karrer AG             Bär & Karrer SA            Bär & Karrer SA            Bär & Karrer AG
               Brandschenkestrasse 90      12, quai de la Poste       Via Vegezzi 6              Baarerstrasse 8
               CH-8027 Zürich              CH-1211 Genève 11          CH-6901 Lugano             CH-6301 Zug
               Phone: +41 58 261 50 00     Phone: +41 58 261 57 00    Phone: +41 58 261 58 00    Phone: +41 58 261 59 00
               Fax:   +41 58 261 50 01     Fax:   +41 58 261 57 01    Fax:   +41 58 261 58 01    Fax:   +41 58 261 59 01
               zuerich@baerkarrer.ch       geneve@baerkarrer.ch       lugano@baerkarrer.ch       zug@baerkarrer.ch

Many thanks for your assistance.

Sincerely yours,

*[signature: Peter Hsu]*

Peter Hsu

<u>Enclosures</u>



Form 210A (10/06)

United States Bankruptcy Court
Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,     Case Nos. 08-13555 (JMP)
(Jointly Administered)

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by BNP Parisbas (Suisse) SA (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 35896 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the amount of USD 221,697 (i.e. 29.5857988% of the original filed claim amount of USD 749,335.86) (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0210433206 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd | BNP Parisbas (Suisse) SA |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Bär & Karrer AG<br>Brandschenkestrasse 90<br>CH-8027 Zurich<br>Switzerland<br>Attn: Peter Hsu<br>Tel.: +41 58 261 50 00 | BNP Parisbas (Suisse) SA<br>Place de Hollande 2<br>P.O. Box<br>1211 Geneva 11<br>Switzerland<br>Attn: Paul Quintas<br>Tel.: +41 (0) 58 212 91 32 |
| - with a copy to -<br>Bank J. Safra Sarasin Ltd<br>Elisabethenstrasse 62,<br>P.O. Box<br>CH-4002 Basel<br>Switzerland<br>Attn: Frank Link, Senior Legal Counsel, Legal Clients & Corporate<br>Tel.:+41 (0) 58 317 45 83<br>Patrick Gribi, Head Legal Clients & Corporate<br>Tel.: +41 (0) 58 317 40 67 | - with a copy to -<br>n/a |
| Last Four Digits of Acct #: 4002 | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments

FILED / RECEIVED
MAR 0 2 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

should be sent (if different from above):
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Clients & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal Clients & Corporate
Tel.: +41 (0) 58 317 40 67

Court Claim # (if known): 35896
Date Claim Filed: October 01, 2009
Transferred Portion: USD 221,697 of the original filed claim amount of USD USD 749,335.86

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 20.02.2015
     Transferee
Name: Frank Link
Title: Vice President

By: _____     Date: 20.02.2015
     Transferee
Name: Patrick Gribi
Title: Executive Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

2

**Exhibit A**



## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

(Cancel and replace the evidence of partial transfer of claim dated June 16, 2014)

TO: THE DEBTOR AND THE BANKRUPTCY OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, BNP PARIBAS (SUISSE) SA ("Transferor") unconditionally and irrevocably transferred to **Bank J. SAFRA SARASIN LTD.**("Transferee") all of its rights, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No.35896)** in the nominal amounts specified in schedule 1 related to the securities with international Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, INC. (the Debtor"), Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the partial transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the partial transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the part of claim transferred. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the part of claim transferred, and all payments or distributions of money or property in respect of the part of claim transferred, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF PARTIAL TRANSFER OF CLAIM IS EXECUTED ON JANUARY 21, 2015.

BNP PARIBAS (SUISSE) SA

By:

Name: Clementz Sandra

Title: Head of Securities Administration

By:

Name: Quintas Paul

Title: Corporate Actions manager

S. CLEMENTZ
Head of Securities Administration

BNP PARIBAS (SUISSE) SA - Place de Hollande 2, Case postale, CH-1211 Genève 11
Tél.: +41 (0)58 212 21 11   Fax: +41 (0)58 212 22 22   TVA: 472 794

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim N°35896

| ISIN | Court Claim # | Date claim Filed | ISSUER | Principal/Notional amount | Portion of the original filed claim amount to be transferred |
|---|---|---|---|---|---|
| XS0210433206 | 35896 | October 01,2009 | Lehman Brothers Treasury Bv | EUR 150'000 | USD 221'697 |

The transferred portion of claim corresponds to 29.5857988 % of the original filed claim amount (USD 749'335.86) in respect of Claim number 35896.

*Claim no. 306*

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (SCC)<br>(Jointly Administered) |

BEILAGE / Exhibit No. 2
Bär & Karrer AG, Zürich

## NOTICE OF DEFECTIVE TRANSFER

Transferor: BNP PARIBAS (SUISSE) SA
F/K/A FORTIS BANQUE (SUISSE) SA
2 PLACE DE HOLLANDE
GENEVA 11 CH-1211 SWITZERLAND

Additional:

Transferee: BANK J. SAFRA SARASIN LTD
C/O BAR & KARRER AG
ATTN: PETER HSU
BRANDSCHENKESTRASSE 90
ZURICH CH-8027 SWITZERLAND

Your transfer of claim # 35896 is defective for the reason(s) checked below:

Other         CURRENCY DISCREPANCY: CLAIM FILED IN USD, TRANSFER IN EUR

Docket Number 47467         Date 12/03/14

/s/ Lauren Rodriguez
───────────────────────
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 26, 2014.