

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :  Chapter 11
                                                        :
                                                        :  Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.                           :
                                                        :  (Jointly Administered)
                          Debtor.                       :
------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Banque Cantonale Vaudoise, hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 48314], dated February 4th, 2015, filed in reference to Claim No. 59233, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: February 26, 2015

_____           _____
Signature                           Signature

Patricia Biewer                     Victor Pereira
Authorised officer                  Assistant Vice-President