**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555-scc** |

**NOTICE OF RESCHEDULED HEARING**

**PLEASE TAKE NOTICE** that the hearing previously scheduled for May 7, 2015 at 2:00 p.m. (ET) on the Motion of Stearns Lending LLC pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending, LLC f/k/a Stearns Lending, Inc." has been rescheduled to **May 5, 2015 at 2:00 p.m. (ET).**

Dated: New York, New York
         March 19, 2015

                                                          **BLANK ROME LLP**

                                          By:    */s/ Timothy W. Salter*
                                                    Jill E. Alward, Esq.
                                                    Timothy W. Salter, Esq.
                                                    The Chrysler Building
                                                    405 Lexington Ave.
                                                    New York, NY 10174
                                                    (212) 885-5000
                                                    jalward@blankrome.com
                                                    tsalter@blankrome.com