ALSTON & BIRD LLP
William S. Sugden (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Nomura Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**Notice of Transfer of Claim and Waiver of Notice Under Bankruptcy Rule 3001(e)**

     CLAIMS HAVE BEEN FILED IN THIS CASE.  Transferee hereby gives evidence and notice, pursuant to rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claims reference in this evidence and notice.

| **Name of Transferor** | **Name of Transferee** | **Claim No.** |
|---|---|---|
| James Bush | Nomura Holdings, Inc. | 23998 |
| Geoffrey Feldkamp | Nomura Holdings, Inc. | 23994 |
| Itamar Har-Even | Nomura Holdings, Inc. | 23996 |
| Tarun Jotwani | Nomura Holdings, Inc. | 23958 |
| Robert Laible | Nomura Holdings, Inc. | 23997 |
| Spyros Papadakis | Nomura Holdings, Inc. | 23970 |
| Bryan Zolad | Nomura Holdings, Inc. | 23955 |

**ALSTON & BIRD LLP**

/s/ William S. Sugden
William S. Sugden (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel to Nomura Holdings, Inc.*

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, James Bush ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23998 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002400 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12 day of February 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| James Bush | NOMURA HOLDINGS, INC. |
| James Bush | By: William S. Sugden<br>Title: Partner, Alston & Bird LLP<br>Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Geoffrey Feldkamp ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23994 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002420 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 3 day of March 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Geoffrey Feldkamp | NOMURA HOLDINGS, INC. |
| *(signed)* Geoffrey Feldkamp | By: *(signed)* William S. Sugden <br> Title: Partner, Alston & Bird LLP <br> Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Itamar Har-Even ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23996 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002422 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _9_ day of _March_ 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Itamar Har-Even | NOMURA HOLDINGS, INC. |
| _____ | _____ |
| Itamar Har-Even | By: William S. Sugden |
|  | Title: Partner, Alston & Bird LLP |
|  | Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Tarun Jotwani ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23958 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002390 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 13 day of March 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| TARUN JOTWANI | NOMURA HOLDINGS, INC. |
| *[signature]* | *[signature]* |
| Tarun Jotwani | By: William S. Sugden |
| | Title: Partner, Alston & Bird LLP |
| | Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Robert Laible ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23997 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002424 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2 day of March 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Robert Laible | NOMURA HOLDINGS, INC. |
| *(signed)* Robert Laible | By: *(signed)* William S. Sugden<br>Title: Partner, Alston & Bird LLP<br>Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Spyros Papadakis ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23970 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002427 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22 day of February 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Spyros Papadakis | NOMURA HOLDINGS, INC. |
| Spyros Papadakis | By: William S. Sugden<br>Title: Partner, Alston & Bird LLP<br>Counsel to Nomura Holdings, Inc. |

## NOTICE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bryan Zolad ("Transferor") hereby unconditionally and irrevocably assigns to Nomura Holdings, Inc. ("Transferee") all of its right, title, and interest in and to Claim No. 23955 filed in the bankruptcy case pending under title 11 of the United States Code by Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) and Claim No. 7002441 filed in the insolvency case filed against Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) (together the "U.S. Lehman Insolvency Claims").

Assignor hereby waives any objection to the transfer of the U.S. Lehman Insolvency Claims to Assignee on the books and records of Lehman Brothers Holdings Inc., et al. (Case No. 08-13555 in the United States Bankruptcy Court for the Southern District of New York) or Lehman Brothers, Inc. (Case No. 08-1420 in the United States Bankruptcy Court for the Southern District of New York) or the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing U.S. Lehman Insolvency Claims, recognizing Assignee as the sole owner and holder of the U.S. Lehman Insolvency Claims, and directing that all payments or distributions of money or property in respect of the U.S. Lehman Insolvency Claims be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _6_ day of _March_ 2015.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| Bryan Zolad | NOMURA HOLDINGS, INC. |
| *[signature]* | *[signature]* |
| Bryan Zolad | By:    William S. Sugden |
| | Title: Partner, Alston & Bird LLP |
| | Counsel to Nomura Holdings, Inc. |