WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE RELATING TO CERTAIN MATTERS**
**SCHEDULED FOR OMNIBUS AND CLAIMS HEARING ON MAY 7, 2015**

**PLEASE TAKE NOTICE** that the date of the hearing to consider the matters set forth on Exhibit A hereto that was scheduled for May 7, 2015, at 2:00 p.m. (Prevailing Eastern Time) **has been changed to May 5, 2015 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 19, 2015
  New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95277893\1\58399.0011

# Exhibit A

1. Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [ECF No. 42105]

2. Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [ECF No. 46335]