# Exhibit A

**Derivative Questionnaire Counterparties**

1100 VERMONT OWNER LLC

1199 National Benefit Fund (NBF-C)

1199 SEIU Health Care Employees Pension Fund

1199 SEIU Health Care Employees Pension Fund Index Plus

2004 Sicon Ltd Group Defined Benefit Pension & Death Benefit Scheme

3i Group PLC

3M Employee Retirement Income Plan

3M Employees Welfare Benefits Association Trust I

3M Voluntary Investment Plan and Employee Stock Ownership Plan and 3M

55 Holdingco LLC

820 Management Trust

A.M. MCGREGOR

Aareal Bank AG

AB Svensk Exportkredit (publ)

AB2 Fund

Abaxbank S.p.A.

ABBEY NATIONAL PLC

Abeline AS

Aberdeen Emerging Market Debt Fund LLC

Aberdeen Emerging Market Debt Portfolio

Aberdeen Global - Euro High Yield Bond Fund

Aberdeen Global II – Euro Corporate Bond Fund

Aberdeen Global II - Global Aggregate Bond Fund

Aberdeen Global II – Global High Yield Bond Fund

Aberdeen Global II - Index Linked Bond Fund

Aberdeen Global II - Long Dated Sterling Bond Fund

Aberdeen Global II – Long Dated Sterling Credit Fund

Aberdeen Global IV - Core Plus Index Linked Bond Fund

Aberdeen Global IV - Core Plus Long Dated Sterling Credit Fund

Aberdeen Global IV - Core Plus Sterling Bond Fund

Aberdeen Global IV – Core Plus Sterling Credit Fund

Aberdeen Global IV - Fixed Income Alpha Fund

Aberdeen High Grade Bond Fund

Aberdeen Investment Funds ICVC - Aberdeen Corporate Bond Fund

ABN AMRO Bank N.V.

ABRAMS CAPITAL PARTNERS II LP

ABSA BANK LIMITED

ABSOLUTE SOFTWARE CORPORATION

Abu Dhabi Investment Authority

Abu Dhabi Investment Authority - EMD (BLK ticket: GULF3)

Abu Dhabi Retirement Pensions and Benefits Fund

1

ACCESS ASIA INVESTMENT HOLDINGS (BVI) LTD
Access Flex Bear High Yield Fund
Access Flex High Yield Fund
ACCESS GROUP INC SERIES 2005-A
ACCESS GROUP, INC. [2005-A INTEREST RATE SWAP]
ACCESS GROUP, INC. [2005-B INTEREST RATE SWAP]
ACCESS GROUP, INC. [2007-A INTEREST RATE CAP]
Access VP High Yield Fund
Accord Energy Limited
ACM Global Credit - U.S. Sub-Fund
ACTS Retirement-Life Communities, Inc.
ACUITY MASTER FUND LTD
Acuity Master Fund Ltd.
Adam Lindemann
ADAR INVESTMENT FUND LTD.
ADI ARBITRAGES ABSOLU
ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI CONVEX
ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS
ADI CREDIT ARB ABSOLU
ADI CREDIT OPPORTUNITIES
ADI EXPLORASIA c/o ADI ALTERNATIVE INVESTMENTS
ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS
ADI HIGH YIELD c/o ADI ALTERNATIVE INVESTMENTS
ADI LONG SHORT EUROPE c/o ADI ALTERNATIVE INVESTMENTS
ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS
ADI RISK ARB ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI SITUATIONS SPECIALES c/o ADI-ALTERNATIVE INVESTMENTS
ADM GALLEUS FUND LIMITED
ADM GLADIUS FUND LIMITED
Adolfo Carlos De La Fuente & Alejandra Romo De La Fuente JTWROS
Advanced Graphic Printing, Inc.
ADVANCED INFORMATION MANAGEMENT
Advanced Micro Devices, Inc.
AECO Gas Storage Partnership
AES Eastern Energy L.P.
AETERNO MASTER FUND LP
AFCO Cargo PIT LLC
AFTRA Retirement Funds
AG Financial Products Inc.
AGFIRST FARM CREDIT BANK
Agilent Technologies Inc
Agilent Technologies UK Limited Retirement Benefits Plan

AgriBank, FCB

Agricultural Bank of China Limited

Agustin Delgado Solis TOD Rosalinda Ramirez Rivas ALL LIVING ISSUE

Ahorro Coporación Financiera, S.V., S.A.

AHV - Swiss Federal Social Security Fund

AIG Financial Products Corp.

AIG International Inc.

AIG Markets, Inc. (formerly known as AIG CDS, Inc.)

AIG Retirement Plan Inc. Retirement Master Trust

AIG-FP Structured Finance (Cayman) Limited

AIR CANADA INC

AIRASIA BERHAD

Aircraft Finance Trust

Airlie CDO I, LTD

Airlie LCDO I (Aviv LCDO 2006-3), LTD

Airlie LCDO II (Pebble Creek 2007-1), LTD

AIRLIE OPPORTUNITY MASTER FUND LTD

Akanthos Arbitrage Master Fund, L.P.

Aktia Bank plc

Alabama Trust Fund

Aladdin Relative Value Credit Master Fund Limited

ALAN B. LEE TRUST DTD 10/14/04

Alandsbanken Plc

Alaska Permanent Fund Corporation

ALASTAIR P BLACKWELL

Alberto Sarquis Sade & Victor Sarquis Sade JTWROS

Alcatel-Lucent

Alcon Laboratories Employees' Defined Contribution Plan

Aldo Hernandez

Aleppa Funding I LLC

Alf Tore Smidesang

Alfredo Amparan Gonzalez & Magaly Garza Marinez JTWROS TOD ALL LIVING

Aliant Bank

ALL NIPPON AIRWAYS CO LTD

Allegiance (DC) 1150 18th Street LLC

Allergan, Inc. Pension Plan

Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft

AllianceBernstein Alternative Investments (Master) - Fixed Income High Alpha Portfolio

AllianceBernstein Bond Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio

AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Core Fixed Income Collective Trust

AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust

AllianceBernstein Variable Products Series Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio

ALLIANZ GLOBAL INVESTORS FRANCE CEA PIMCO DT

Allianz Global Investors France S.A., acting on behalf of and for the

Allianz Global Investors Kapitalanlagegesellschaft mbH

Allianz Global Investors Luxembourg S.A.

ALLIANZ RISK TRANSFER AG

Allied Irish Banks, p.l.c.

Allina Health System Defined Benefit Master Trust

Allina Health System Trust

Alllianz Global Investors Kapitalanlagegesellschaft mbH

Allstate Life Insurance Company

Alpha Asset Management A.E.D.A.K.(on behalf of Alpha Monthly Income Foreign Bond Fund)

Alpha Bank A.E.

ALPHA DRIVE EURO CONVERTIBLES c/o ADI ALTERNATIVE INVESTMENTS

ALPHADYNE INTERNATIONALMASTER FUND, LTD

Alpstar European Credit Opportunity Master Fund, Ltd.

Alternative High Yield Bank Loan Pool - Acct. No. 6fpc (GMAM GP Trust I)

AM INTERNATIONAL E MAC 63 LIMITED

AM Master Fund I, LP

Amber Finance Limited

Amber Master Fund (Cayman) SPC

AMERICAN AIRLINES INC

AMERICAN CHARTERED BANK

AMERICAN CYBERSYSTEMS

AMERICAN EQUITY INVESTMENT LIF E INSURANCE COMPANY

American Municipal Power, Inc.  f/k/a American Municipal Power-Ohio, Inc

AMERICAN NATIONAL INSURANCE COMPANY

AMERICAN TRADING

AMERICAN TRADING & PRODUCTIONCO (ATAPCO)

AMERICAN TRADING AND PRODUCTION CORP.

AmeriCredit Financial Services, Inc.

Ameriprise Financial, Inc.

Amir Mehr

Amira Elena Vazquez Gallareta-TOD-Rodrigo Vazquez G

Amortizing Residential Collateral Trust Mortgage Pass-Through

Amortizing Residential Collateral Trust, Mortgage Pass

Amortizing Residential Collateral Trust, Mortgage-Pass Through

AMP Capital Investors Limited - EFM International Share Fund 4

AMP Capital Investors Limited on behalf of FD International Bond Fund 3 (103038)

AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED

An Foras Aiseanna Saothair Pension Fund

An Post Superannuation Scheme

Ana M Preciate-Mediculti & Mariana Menendez P TOD Diana E-Maria V-Manue

Anchorage Crossover Credit Offshore Master Fund, Ltd.

Anchorage Short Credit Offshore Master Fund II, Ltd.

Anchorage Short Credit Offshore Master Fund, Ltd.

Andor Technology Fund, L.P.

Andor Technology Offshore Fund, Inc.

Andor Technology Perennial Fund, L.P.

Andreas Carlsen

Andres P. Meta and Nicolás Coyan

ANF PARTNERS #1

Anglo Irish Bank Corp Plc Pension Plan

Anglo Irish Bank Corporation PLC

Anne S. McKenny

ANP FUNDING I, LLC

Anthracite Balanced Company (46) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Ireland) Plc - Series 12

Anthracite Investments (Ireland) Plc - Series 18

Anthracite Investments (Ireland) Plc - Series 19

Anthracite Investments (Ireland) Plc - Series 23

Anthracite Investments (Ireland) Plc - Series 27

Anthracite Investments (Ireland) Plc - Series 7

Anthracite Investments (Ireland) Plc - Series 8

Anthracite Investments (Ireland) Plc - Series 9

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Reference Company (12) Limited

antonio quintero ternero

Aozora Bank, Ltd.

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Aquamarine Finance Public Limited Company Series 2004-1

Aquamarine Finance Public Limited Company Series 2004-2

Aquamarine Finance Public Limited Company Series 2007-1

Arab Banking Corporation (B.S.C.)

Arche Master Fund, L.P.

Archstone f/k/a Archstone-Smith Operating Trust

Archstone TIC Mezz Holdings LLC

AREA- Societe des Autoroutes Rhone Alpes

Ares Enhanced Credit Opportunities Master Fund, L.P.

ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD

ARES IX CLO LTD

Ares VIII CLO Ltd.

Ares VIR CLO Ltd.

ARG Funding Corp. Series 2005-1 A

ARG Funding Corp. Series 2005-2 A

Argos Pension Scheme Nominees Limited as Trustees of the

ARISTEIA INTERNATIONAL LIMITED

ARISTEIA PARTNERS L.P.

ARISTEIA SPECIAL INVESTMENTS MASTER LP

Arizona Public Service Company

Arlington Partners LP

Arnt Berg Rognli

ARROWGRASS MASTER FUND LTD

arsago Alternative Investments SPC for the account of arsago STIRT Seg

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO OPPORTUNI

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM CURRENCI

Artradis Barracuda Fund

Artradis Russian Opportunities Fund

Artradis Volatility Opportunities Fund

Arturo Giacoman & Bertha A Esparza Zorilla JTWRO TOD

ASA CALIFORNIA TAX ADVANTAGED FUND LP

ASA NY TAX ADVANTAGED FUND LP

ASA TAX ADVANTAGED RELATIVE VALUE FUND LP

ASA TAXABLE RELATIVE VALUE FUND LTD

Asahi Mutual Life Insurance Co.

ASBL Fonds de Pension et de Prévoyance de la S.A. IBM Belgium

Asbury Atlantic, Inc.

Asbury-Solomons, Inc.

Ascension Health  - Health System Depository Index Plus Account

Ascension Health - Health System Depository HSD

Ascension Health Insurance VEBA - Core Full

Ascension Health Insurance, Ltd - Core Full

Ascension Health Retirement Trust - Core Full Account

ASHTON FOREST PARK, LP

Asian Century Quest (QP), LP

Asian Century Quest Fund LP

Asian Century Quest Offshore Fund, Ltd.

ASIAN CRC HEDGE FUND

Asian Inflation Response Fund - (#4634)

ASIAN MULTI FINANCE HEDGE FUND

ASIAN SBC HEDGE FUND

ASIAN SPECIAL FINANCE HEDGE FUND

Aspen Bell, Limited

Aspen Lucian Limited

Aspen Noah, Limited

Asset Managers International Ltd. (attn of Carolyn Hiron)

Assicurazioni Generali S.p.A.

Associated Bank, National Association
AstraZeneca Pensions Trustee Limited
Astrea LLC
AT&T Inc. f/k/a SBC Communications Inc.
ATEL TRADING
Atlantic International Finance Limited
ATOUT EUROLAND
ATOUT FRANCE
Atrium III
ATTIC ANGEL ASSOCIATION
Attorneys' Liability Assurance Society
AUGUSTUS AM LTD A/C PARK GATE(ALTMA FUND)
AURELIUS CAPITAL MASTER, LTD.
AURELIUS CAPITAL PARTNERS LP
Auriel Funds PLC
Austin Capital Safe Harbor Portable Alpha Offshore Fund Two, Ltd.
Australia and New Zealand Banking Group Limited
Autonomy Master Fund Limited
Autonomy Rochevera One Limited
Avenue International Master, L.P.
Avenue Investments, L.P.
Avenue Special Situations Fund IV, L.P.
Avenue Special Situations Fund V, L.P.
Avenue-CDP Global Opportunities Fund, L.P.
Avila Master Fund L.P.
Avista Corporation
Aviv LCDO 2006-1, Limited
Aviv LCDO 2006-2, Limited
AXA BELGIUM SA
AXA FRANCE VIE
AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA EQUITY D
AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA EQUITY L
AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF WIN-FONDS
AXA IM PARIS ACTING FOR & ON BEHALF OF MATIGNON PROTECTION COLLECTIVES
AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION VIE
AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON TC
AXA INSURANCE UK PLC
AXA INTERLIFE S.P.A
AXA Life Ltd (formerly Winterthur Life)
AXA PPP HEALTHCARE LIMITED
AXA SA
AXA SUN LIFE PLC
AXA WORLD FUNDS - SUB FUND ALPHA CREDIT BONDS

AXIS ACM INC.

Axis Bank Ltd, Treasury

AZIENDA ELETTRICA TICINESE

B Y Partners, L.P.

B. Gene Carter

Babcock International Group Pension Scheme

Baker Hughes Incorporated Retirement Plan Master Trust

Balestra Capital Partners, LP

Ball Corporation Master Pension Trust

Baltimore County Employee's Retirement System

Banca Akros S.p.A.

Banca Aletti & C. S.p.A.

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA

Banca di Credito Populare

Banca Fideuram S.p.A.

Banca IMI S.p.A.

Banca Intermobiliare di Investimenti e Gestioni SpA

BANCA INTESA INFRASTRUTTUREE SVILUPPO SPA

Banca Italease S.p.A.

BANCA MONTE DEI PASCHI DI SIENA SPA

Banca Nazionale del Lavoro S.p.A.

BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA' COOPERATIVA

BANCA POPOLARE DELL'ETRURIA E DEL LAZIO

Banca Popolare di Milano Società Cooperativa a r.l.

Banca Popolare di Novara S.p.A. (formerly known as Banca Popolare di Novara S.C.a.R.L.

Banca Popolare Pugliese s.c. per az.

Banca Profilo S.p.A.

BANCA PROFILO SPA

BANCA VALSABBINA SCPA

Bancaja Fondos, SGIIC, S.A.

BANCO BILBAO VIZCAYA ARGENTARIA, CHILE

Banco Bilbao Vizcaya Argentaria, S.A.

Banco Bradesco S.A.

BANCO COOPERATIVO ESPAÑOL, S.A.

BANCO DE INVESTIMENTO GLOBAL SA

BANCO DE ORO UNIBANK, INC

Banco Español de Crédito, S.A.

Banco Espirito Santo de Investimento, S.A.

Banco Espirito Santo, S.A.

Banco Finantia S.A.

Banco Inverlat S A FID 10179

Banco Itau BBA S.A.

Banco Mercantil del Norte S.A.

Banco Popular Español, S.A.

Banco Santander - Chile

Banco Santander (México), S.A. Institución de Banca Múltiple Grupo Financiero Santander

Banco Santander Puerto Rico

Banco Santander, S.A.

BANCO VOTORANTIM S.A., NASSAU

Bangko Sentral NG Pilipinas

Banif - Banco de Invsetimento, S.A.

BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT

Bank Indonesia

Bank Leumi (Switzerland) Ltd.

Bank Leumi le-Israel B.M.

Bank Leumi USA

Bank of America, N.A.

BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND DERIVATIVES AGENT ON BEHALF OF LEHMAN MORTGAGE TRUST, SERIES 2005-3

BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND DERIVATIVES AGENT ON BEHALF OF LEHMAN XS TRUST, SERIES 2006-19

BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND SWAP AGENT ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF CEAGO ABS CDO 2007-1

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF LEHMAN XS TRUST, SERIES 2006-11

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF LEHMAN XS TRUST, SERIES 2006-15

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2004-4

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-2

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION, 2005-NC1

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION, 2006-RF1

Bank of China

Bank of Estonia

Bank of Ireland Asset Management Equity Mutual Fund

Bank of Ireland Asset Management Managed Mutual Fund

Bank of Montreal

BANK OF OKLAHOMA

Bank of Scotland plc

BANK OFAMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION, 2005-WF1

BANK SARASIN & CO. LTD

Bank Syz & Co SA

Bank Vontobel AG

BANKERS LIFE & CASUALTY INSURANCE COMPANY

BANKINTER GESTIÓN DE ACTIVOS S.A. S.G.I.I.C., acting for and on behalf of Bankinter Doble Garantizado, F.I.

Bankinter Gestión de Activos, S.A. S.G.I.I.C.  acting for and on behalf of BK Memoria 6 por 4 Garantizado II, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter BK Memoria 6x4 Garantizado, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter Incentivo Europa II Garantizado, F.I.

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria II, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria, FI

Bankinter, S.A.

Banque AIG

BANQUE CANTONALE VAUDOISE

Banque d'Orsay

Banque Edel SNC

BANQUE FEDERATIVE DU CREDIT MUTUEL

Banque Finama SA

Banque Generale du Luxembourg

Banque Generale du Luxembourg ("BGL", f/k/a Fortis Bank Luxembourg)

Banque Populaire - Caisse d'Epargne

Banque Saudi Fransi

Bar of Ireland Retirement Trust Scheme - Managed Fund

BARCLAYS BANK PLC

BARCLAYS BANK S.A.

BARCLAYS CAPITAL SECURITIES LIMITED

Barclays Global Investors Ascent UK Long Corporate Bond Fund

Barclays Global Investors Liability Solutions Funds Leveraged € Fixed 2010 -2014 Fund

Barclays Multi-Manager Fund PLC

Barclays Wealth Managers France SA

Barloworld Pension Trust Limited

Bartol Family Partnership LP

BARTON CREEK SENIOR LIVING CENTER, INC.

Basler Kantonalbank

BASS, EDWARD P.

Basso Fund Ltd.

Basso Holdings Ltd.

Basso Multi-Strategy Holding Fund Ltd.

Basswood Financial Partners, L.P.

Basswood International Fund, Inc.

Basswood Opportunity Fund, Inc.

10

Basswood Opportunity Partners, LP

Baupost Limited Partnership 1983 A-1

Baupost Limited Partnership 1983 B-1

Baupost Limited Partnership 1983 C-1

Baupost Value Partners, L.P.-I

Baupost Value Partners, L.P.-II

Baupost Value Partners, L.P.-III

Baxter Healthcare Ireland Retirement and Death Benefit Plan

Bayerische Hypo-Und Vereinsbank AG

Bayerische Landesbank

Bayview Financial, L.P.

BBT FUND, L.P.

BBVA Bancomer S.A. Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer

Beaford Investments Limited

Beatriz Fuente De Abraham & Pablo Abraham Kuri-TOD-Jose Abraham K-

Beatriz V Sanchez S & Beatriz Suarez A TOD Manuel A Sanchez P

BEAVER CREEK GLOBAL FUND SPC

becker, donald p, m.d.

BECKER, DONALD P., M.D.

BECKER-PUTZE, CHRISTIANE & JURGEN PUTZE

BECKER-PUTZE, CHRISTINE AND JURGEN PUTZE

Bedfordshire Pension Fund

Bell Atlantic Master Trust

Bell Atlantic Master Trust c/o Verizon Investment Management Corp.

Ben Van de Bunt

BENETTON INTERNATIONAL SA

Bente Astrid Kvisgaard

Berlin-Hannoversche Hypothekenbank AG

Bernard Marcus

Berner Kantonalbank AG

Beryl Finance Limited ("Beryl") Series 2006-15 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-14 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-5 Tranche A

Beryl Finance Limited ("Beryl") Series 2008-7 Tranche A

Beryl Finance Limited 2005-10

Beryl Finance Limited 2005-14

Beryl Finance Limited 2005-15

Beryl Finance Limited Series 2005-1

Beryl Finance Limited Series 2005-11

Beryl Finance Limited Series 2005-12

Beryl Finance Limited Series 2005-16

Beryl Finance Limited Series 2005-2

Beryl Finance Limited Series 2005-4

Beryl Finance Limited Series 2005-7
Beryl Finance Limited Series 2006-10
Beryl Finance Limited Series 2006-11
Beryl Finance Limited Series 2006-12
Beryl Finance Limited Series 2006-13
Beryl Finance Limited Series 2006-14
Beryl Finance Limited Series 2006-15 Tranche B
Beryl Finance Limited Series 2006-16
Beryl Finance Limited Series 2006-17
Beryl Finance Limited Series 2006-5
Beryl Finance Limited Series 2006-6
Beryl Finance Limited Series 2007-10
Beryl Finance Limited Series 2007-11
Beryl Finance Limited Series 2007-13
Beryl Finance Limited Series 2007-14B
Beryl Finance Limited Series 2007-15
Beryl Finance Limited Series 2007-16A
Beryl Finance Limited Series 2007-16B
Beryl Finance Limited Series 2007-17
Beryl Finance Limited Series 2007-18
Beryl Finance Limited Series 2007-19
Beryl Finance Limited Series 2007-2
Beryl Finance Limited Series 2007-3
Beryl Finance Limited Series 2007-4
Beryl Finance Limited Series 2007-5B
Beryl Finance Limited Series 2007-7
Beryl Finance Limited Series 2007-8
Beryl Finance Limited Series 2007-9
Beryl Finance Limited Series 2008-1
Beryl Finance Limited Series 2008-10
Beryl Finance Limited Series 2008-11
Beryl Finance Limited Series 2008-12
Beryl Finance Limited Series 2008-13
Beryl Finance Limited Series 2008-14
Beryl Finance Limited Series 2008-15
Beryl Finance Limited Series 2008-16
Beryl Finance Limited Series 2008-17
Beryl Finance Limited Series 2008-2
Beryl Finance Limited Series 2008-3
Beryl Finance Limited Series 2008-4
Beryl Finance Limited Series 2008-5
Beryl Finance Limited Series 2008-6
Beryl Finance Limited Series 2008-7B

Beryl Finance Limited Series 2008-8
Beryl Finance Limited Series 2008-9
BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE
BFT GESTION ON BEHALF OF BFT VOL 2
BFT GESTION ON BEHALF OF IENA OPPORTUNITES INTERNATIONALES
BG Bau Berufsgenossenschaft der Bauwirtschaft c/o Sarah Carter
BG Energy Merchants LLC
BG International Limited
BGF Emerging Markets Bond Fund (BLK ticker: EMBF)
BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO
BGI Eos Limited
BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD.
BGI FIXED INCOME GLOBALALPHA FUND LTD.
BHATIA, KAMAL & RUCHI
BHF-Bank Aktiengesellschaft
BIAM Pension Scheme
BIGOS-SIBLEY TOWER, LLC
BILL & MELINDA GATES FOUNDATION
BIOPHARM INSIGHT
Bjorn Egil Kjos
Bjørn Runar Nes
BLACK BEAR INVESTMENT FUND, LLC
Black Diamond Arbitrage Offshore Ltd.
Black Diamond Offshore Ltd.
BLACK RIVER ASIA FUND LTD.
BLACK RIVER COMMODITY ENERGY FUND LLC
BLACK RIVER COMMODITY FUND LTD
BLACK RIVER COMMODITY SELECT FUND LTD
BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD.
BLACK RIVER EMCO MASTER FUND LTD
BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD
BLACK RIVER FIRV OPPORTUNITY MASTER FUND LTD
BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD
BLACK RIVER GLOBAL CREDIT FUND LTD.
BLACK RIVER GLOBAL EQUITY FUND LTD.
BLACK RIVER GLOBAL INVESTMENTS FUND LTD.
BLACK RIVER MUNICIPAL FUND LTD
BLACK RIVER MUNICIPAL FUND LTD.
Blackport Capital Fund, Ltd.
BlackRock Advisors, LLC, as agent, on behalf of certain BlackRock Funds
BlackRock Balanced Capital Portfolio of BlackRock Series Fund, Inc. (BCS_F)
BlackRock Balanced Capital V.I. Fund of BlackRock Variable Series Funds, Inc. (BVI_F)

BlackRock Corporate High Hield Fund III, Inc. (CYE)

BlackRock Corporate High Yield Fund V, Inc. (HYV)

BlackRock Corporate High Yield Fund VI, Inc. (HYT)

BlackRock Corporate High Yield Fund, Inc. (COY)

BlackRock Debt Strategies Fund, Inc. (DSU)

BlackRock Enhanced Dividend Achievers Trust (BDJ)

BlackRock Financial Management (UK) Ltd., as investment advisor for BlackRock European TMT Strategies Fund (BLK ticker: E_ETCFD, E_ETI)

BlackRock Financial Management (UK) Ltd., as investment advisor for US Dollar Core Bond Fund (BLK ticker: USDCORE) a subfund of BlackRock Global Funds

BlackRock Funds II, High Yield Bond Portfolio (BR-HIYLD)

BlackRock Funds II, Intermediate Bond Portfolio (BR-INTG)

BlackRock Funds II, Intermediate Bond Portfolio II (BR-INT)

BlackRock Global Opportunities Equity Trust (BGO)

BlackRock Government Income Portfolio of BlackRock Series Fund, Inc. (BVA-GI)

BlackRock Government Income V.I. Fund of BlackRock Variable Series Funds, Inc. (BVA-VIG)

BlackRock High Income Fund of BlackRock Bond Fund, Inc. (BR-HIINC)

BlackRock High Income V.I. Fund of BlackRock Variable Series Funds, Inc. (BVA-HY)

BlackRock High Yield Trust (BHY)

BlackRock Long Duration Bond Portfolio (BR-LONG)

BlackRock Multi-Strategy Sub-Trust C of the BlackRock Fixed Income Portable Alpha Master Series Trust (MSFIA-C)

BlackRock Multi-Strategy Sub-Trust GL of the BlackRock Fixed Income Portable Alpha Master Series Trust (MSFIA-GL)

BlackRock Multi-Strategy Sub-Trust M of the BlackRock Fixed Income Portable Alpha Master Series Trust (MSFIA-M)

BlackRock Portable Alpha Investment Strategies LP-STR PRTN A (PAS_STPA)

BlackRock Real Asset Equity Trust (BLK tickers: BCF_CEF, BCF_ENRG, BCF_MM and BCF_BM)

BlackRock Total Return Portfolio of BlackRock Series Fund, Inc. (BVA-TR)

BlackRock Total Return V.I. Portfolio of BlackRock Variable Series Funds, Inc. (BVA-BF)

BlackRock World Income Fund, Inc. (BR-WI)

BlackRock World Investment Trust (BWC and E_BWC)

BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY FUND III LTD.

blanche kinsley

BLOCH, STEPHEN R.

Blue Angel Claims, LLC, (Transferor: BKW FMB Energie AG)

Blue Chip Multi-Strategy Master Fund, L.P.

Blue Mountain Credit Alternatives Master Fund L.P.

Blue Rock Core Fixed Income Portable Alpha Fund II, L.P.

BlueCrest Capital International Master Fund Limited

BlueCrest Emerging Markets Master Fund Limited

BlueCrest Strategic Limited

BlueMountain Equity Alternatives Master Fund, L.P.

BlueMountain Timberline Ltd.

BMW (UK) Trustees Limited
BNP Paribas
BNP Paribas Fin'AMS
BNP Paribas Gestion CB-CDS
BOARD OF EDUCATION OF THE CITY OF CHICAGO
BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA
BOC Pensions Limited acting as Trustee of the BOC Pension Investment
Boehringer Ingelheim
bonfanti diego
Bonten Media Group Inc. / Bonten Media Group Holdings, Inc.
BONY
Bosque Power Company, LLC
Boultbee (Västerås) AB
BP Canada Energy Company
BP CAP. ENERGY EQUITY FUND MASTER II, LP
BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP
BP CAPITAL ENERGY EQUITY FUND, L.P.
BP CAPITAL ENERGY FUND, L.P.
BP Corporation North America Inc.
BP Gas Marketing Limited
Bradford & Bingley PLC
Brahman C.P.F. Partners, L.P.
Brahman Investments I (SPV), Ltd.
Brahman Investments II (SPV), Ltd.
BRCH CORPORATION
BRE BANK SA
BRED Banque Populaire
BreitBurn Operating L.P.
BREMER LANDESBANK KREDITANSTALT OLDENBURG
BRETHREN VILLAGE
Brevan Howard Asia Master Fund Limited
Brevan Howard Emerging Markets Strategies Master Fund Limited
Brevan Howard Equity Strategies Master Fund Limited
Brevan Howard Master Fund Limited
Brevan Howard Strategic Opportunities Fund Limited
BREWSTER, MICHAEL
BRIAN E., HAHN
Brickman Group Holdings, Inc
Brigade Leveraged Capital Structures Fund Ltd.
Brigadier Capital Master Fund Ltd.
Britannia Building Society Pension Scheme
British Sky Broadcasting Limited
BRK/A Investors, L.L.C.

15

BRM GROUP LTD.

Broad Market XL Holdings Ltd. (In Official Liquidation)

Broad Peak Master Fund Ltd.

BROOKDALE GLBL OPPTY FUND

BROOKDALE INTL PRTNRS LP

Brookdale Senior Living

Brown Thomas Group Staff Pension Scheme

Brownstone Partners Catalyst Master Fund, Ltd.

Bruce Brisley

BT Institutional Hedged Global Bond Fund

Building Equity Sooner for Tomorrow

BUNGE SA

Business Development Bank of Canada - Currency Overlay

BUTTERFIELD BANK

Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust

BWA/H.E.S.T AUSTRALIA LTD.

C.A.O.G.A.

C.H.I. Operating - Intermediate Bond Portfolio

C.H.I. Retirement - Intermediate Bond Portfolio

C.M. Life Insurance Company

C.P.G. Società di Cartolarizzazione a r.l.

CAAM AGGREGATE MONDE C/o Crédit Agricole Asset Management

CAAM FUNDS ARBITRAGE VAR 2 GBP C/o Crédit Agricole Asset Management

CAAM FUNDS LDI GILT PLUS GBP

CAAM FUNDS LDI INDEX LINKED PLUS GBP

CAAM FUNDS VOLATILITY WORLD EQUITIES

CAAM GLOBAL EMERGENTS C/o Crédit Agricole Asset Management

CAAM INTERINVEST - INTERNATIONAL DEBTS

CAAM INVEST VAR 20 USD

CAAM MONETAIRE PEA

Cable & Wireless Pension Trustee Limited

CACEIS Bank Luxembourg

CAISSE FEDERALE DU CREDIT MUTUEL DE MAINE-ANJOU

Caisse Régionale de Crédit Agricole Mutuel Charente Périgord

Caisses D'Epargne Participations (formerly known as Caisse Nationale des Caisses D'Epargne et de Prevoyance)

Caixa d'Estalvis del Penedès

Caixa Penedes Gestio, S.G.I.I.C., S.A., acting for and on behalf of Fonpenedes Garantit Interes Mes Borsa IX (now "Fonpenedes Garantit IX:Petroli, FI"

Caixa Penedes Pensions E.G.F.P., S.A., acting for and on behalf of Penedes Pensio 1

CAIXANOVA

CAJA DE AHORROS DE GALICIA

CAJA DE AHORROS DE SALAMANCA Y SORIA

Caja de Ahorros de Valencia, Castellon y Alicante, Bancaja

caja de ahorros del mediterráneo

Caja de Ahorros y Monte de Piedad de Madrid

Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y Rioja

Caja de Ahorros y Pensiones de Barcelona

California Public Employees' Retirement System

California State Teachers Retirement System Fixed Income

California Winery Workers Pension Plan Trust Fund

CALYON

Cameron McKinney LLC a/c REPE LBREP III LLC

Camulos Master Fund LP

Canada Life Assurance (Ireland) Limited

Cancer Research UK

CANYON BALANCED EQUITY MASTER FUND LTD

CANYON CAPITAL ARBITRAGE MASTER FUND, LTD.

Canyon Country Communities, L.P.

CANYON VALUE REALIZATION FUND (CAYMAN) LTD.

CANYON VALUE REALIZATION FUND L.P.

CANYON VALUE REALIZATION MAC 18 LTD

CAP FUND LP

Capital Automotive L.P.

Capital Guidance (Fund) Ltd.

Capital Ventures International c/o Susquehanna Advisors Group, Inc.

Capitalia Spa

CapStar Copley LLC c/o Lehman Brothers Real Estate Partners II, L.P.

CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.

Capstone Volatility Master (Cayman) Limited

Capula Global Relative Value Master Fund Limited

Cardinal Investment Sub I, L.P.

Cargill International Trading Pte Ltd.

Cargill, Incorporated

Carillon Limited

Carimonte Holding SpA

Carla Hahn

Carlos A. Fierro and Jennifer L. Tonkel

Carlos R Menendez L & Carlos R Menendez N & Maria L Gomory M JTWROS to

Carlyle Credit Partners Master Fund

Carlyle Europe Real Estate Partners II PV, L.L.C. Series 2005-1

Carlyle Europe Real Estate Partners II PV, LLC, Series 2006-1A

Carlyle High Yield Partners IX, Ltd.

Carmen D. Jimenez-Gandara

CAROLINA FIRST BANK

CASAM ADI CB Arbitrage Fund Limited, a company incorporated under the

CASAM CAAM Equity Market Neutral Fund Limited

CASAM GLG European Equity Market Neutral Fund Limited, a company

CASAM GLG European Long-Short Fund Limited, a company incorporated

CASCADE INVESTMENT LLC

CASPIAN CAPITAL PARTNERS LP

CASSA DEPOSITI E PRESTITI S.p.A.

CASSA DI RISPARMIO DI ASTI

cassa di risparmio di cento

CASTLE MARKET HOLDINGS LIMITED

Castlerigg Master Investments Ltd

Castlestone Management

Caterpillar Defined Contribution Plan

Caterpillar Inc. Group Insurance Trust (VEBA)

Caterpillar Inc. Pension Master Trust

Cathay United Bank

Caxton International Limited

CBARB, a segregated account of Geode Capital Master Fund Ltd, a Bermuda exempted mutual fund company registered as segregated accounts company.

CCP Quantitative Master Fund Limited

CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM

CEBFT Russell Fixed Income II Fund

CEBFT Russell Long Duration Fixed Income Fund

CEBFT Russell Multi-Manager Bond Fund

CEDAR DKR Holding Fund Ltd.

Cedar Hill Capital Partners Offshore, Ltd.

Cedar Hill Capital Partners Onshore, LP

Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan

Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1

Central Pension Fund of the IUOE

CENTRAL PUGET SOUND REGIONAL TRANSIT

Central States, Southeast & Southwest Areas Pension Fund

CENTRAL STREAM SHIPPING CORPORATION

CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA

Cerberus International, Ltd.

Ceská Sporitelna, a.s.

Cetus Capital, LLC

CFCM LOIRE-ATLANTIQUE ET CENTRE-OUEST

CFIP Master Fund, Ltd.

Champlain CLO Ltd. c/o Invesco Senior Secured Management, Inc.

Charitable Trust of the Jesuit Fathers Main Fund

Charitable Trust of the Jesuit Fathers Rathfarnham Account

Charles Fabrikant

charles mc conaghy

Charles Schwab Trust Company

Charles Weingarten

CHATHAM ASSET HIGH YIELD MASTER FUND LTD.

Chesapeake Energy Corporation

Chesapeake Partners Limited Partnership

Chesapeake Partners Master Fund, Ltd

Chi Ho WAN

CHIBA BANK, LTD. (THE)

Chicago Public School Teachers' Pension and Retirement Fund

Chilton New Era Partners, L.P.

China CITIC Bank Corporation Limited

China Construction Bank Corporation

China Development Bank Corporation

CHINA DEVELOPMENT INDUSTRIAL BANK

CHINA MERCHANTS BANK C O., LIMITED

China Minsheng Banking Corp.,Ltd

CHINATRUST COMMERCIAL BANK

Christoph Henkel

CHRISTOPH LADANYI

CIBA UK Pension Trust Ltd

CIBC Bank and Trust Company (Cayman) Limited,

CIBC Bank and Trust Company (Cayman) Ltd.

CIFG Services, Inc., as Trustee of New Generation Funding Trust 15

CIFG Services, Inc., as Trustee of New Generation Funding Trust 16

CIFG Services, Inc., as Trustee of New Generation Funding Trust 37

CIFG Services, Inc., as Trustee of New Generation Funding Trust 38

CIFG Services, Inc., as Trustee of New Generation Funding Trust 39

CIFG Services, Inc., as Trustee of New Generation Funding Trust 83

Cirene Finance S.r.l.

Cirrus Master Limited

CIT Group Inc.

Citadel Energy Investments Ltd.

Citadel Equity Fund Ltd.

Citi Canyon Ltd.

Citi Swapco Inc

Citibank Japan Ltd.

Citibank Korea Inc.

CITIBANK, N.A.

Citigroup 401 K Plan

Citigroup Energy Inc.

Citigroup Financial Products Inc.

Citigroup Global Markets Ltd.

Citigroup Trust - Delaware, N.A.

CITIZENS NATIONAL BANK

City of Cleveland, Ohio

City of Milwaukee

City of Phoenix Employees' Retirement Plan

City of Zurich Pension Fund (Pensionskasse Stadt Zurich)

City University of Hong Kong

City View Plaza, S.E.

Civil Aviation Authority Pension Scheme

Claren Road Credit Master Fund, Ltd.

Clariden Leu Ltd.

Clarium L.P.

Clerical Medical Managed Funds Limited a/c SF501

Clerical Medical Managed Funds Limited a/c SF502

Cleveland Clinic Foundation (Non-Erisa)

Cleveland Clinic Pension (Erisa)/CCHS Retirement Plan

CLIKEO

CLIKEO 3

Clinton Madison Master Fund, LTD

Clinton Magnolia Master Fund, Ltd

Clinton Multistrategy Master Fund, Ltd

Close Investments Portfolio plc - Long Dated Sterling Credit Fund

CMAP Mount Row

CMC Magnetics Corporation

CM-CIC Asset Management

CME GROUP INC

CNH Pension Tr - Core Plus Fixed Income

CNP Assurance

Coal Staff Superannuation Scheme Trustees Limited acting as

Coal Staff Superannuation Scheme Trustees Limited acting as Trustee of

Coast Diversified Fund, Ltd.

COLISEE RE (previously named AXA RE)

Colonial BancGroup, Inc.

Colorado Housing & Financing Authority (1000091888)

COLORADO HOUSING AND FINANCE AUTHORITY

Columbia Core Bond Fund

Columbia Income Fund

Columbia Intermediate Bond Fund

Columbia Total Return Bond Fund

Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part

Commerzbank AG

Commingled Pension Trust Fund (Corporate High Yield) of JPMCB, N.A.

Commingled Pension Trust Fund (Emerging Markets Opportunity-Fixed Inco

Commingled Pension Trust Fund (Intermediate Bond) of JPMCB, N.A.

Commingled Pension Trust Fund (Intermediate Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Public Bond) of JPMCB, N.A
Commingled Pension Trust Fund (Long Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Long Duration Investment Grade) of JPMC
Commingled Pension Trust Fund (Long Duration Plus) of JPMCB, N.A.
Commodity Real Return Strategy Fund - (#4600)
Commonfund Credit Opportunities Company
COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE)
Commonfund Institutional Core Plus Bond Fund, LLC
Commonwealth Bank of Australia
Commonwealth Bank Officers Superannuation Corporation Pty Limited
Commonwealth Bank Officers Superannuation Corporation Pty Limited as
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Comp Holdings Incorporated
Compagnie d'Investissements de Paris S.A.S.
Compagnie Monégasque de Banque
COMPASS BANK
Compass HTV LLC
Compass Offshore HTV PCC Limited
CONAGRA TRADE GROUP, INC.(MNA)
Concepcion Paulin De Malagon & Ma A L D S C Malagon P JTWROS TOD ali
CONCORDIA MAC 29 LIMITED
Concordia University Pension Plan
CONFEDERACION ESPAÑOLA DE CAJAS DE AHORROS
Congregation of the Sisters of Mercy - Southern Province
Congregational Homes, Inc. d/b/a Mt. San Antonio Gardens
CONOCOPHILLIPS (UK) LTD
ConocoPhillips Company
Conseco Insurance Company
Conseco Life Insurance Company
Consolidated Edison Pension Plans Master Trust
Construction Industry Laborers Pension Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consumer Unsecured Reperforming Loans (CURL) PLC
CONTINENTAL CASUALTY COMPANY
Contrarian Funds, LLC as assignee of Austin Capital Sage Harbor Portab
Contrarian Funds, LLC as assignee of Baring Emerging Markets Debt Fund
Contrarian Funds, LLC as assignee of Bright Start College Savings Trus
Contrarian Funds, LLC as assignee of Findomestic Banca SPA
Contrarian Funds, LLC as assignee of Footbridge Limited Trust
Contrarian Funds, LLC as assignee of Fortrinn Volatility Fund Ltd.
Contrarian Funds, LLC as assignee of Gandhara Master Fund Ltd.
Contrarian Funds, LLC as assignee of MKM Longboat Multi-Strategy Master

21

Contrarian Funds, LLC as assignee of OFI Institutional Commodities Str
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Short Duration
Contrarian Funds, LLC as assignee of OHP Opportunity Limited Trust
Contrarian Funds, LLC as assignee of Oppenheimer Commodity Strategy Total
Contrarian Funds, LLC as assignee of Oppenheimer International Value F
Contrarian Funds, LLC as assignee of Oppenheimer Limited Term Governme
Contrarian Funds, LLC as assignee of Oppenheimer Quest International V
Contrarian Funds, LLC as assignee of Oppenheimer Quest Opportunity Val
Contrarian Funds, LLC as assignee of Oppenheimer U.S. Government Trust
Contrarian Funds, LLC as assignee of OppenheimerFunds, Inc.
Contrarian Funds, LLC as assignee of Platinum Grove Contingent Capital
Contrarian Funds, LLC as assignee of SG AM EC V-CA
Contrarian Funds, LLC as assignee of Targa Resources Partners LP
Contrarian Funds, LLC as assignee of Targa Resources, Inc.
Contrarian Funds, LLC as assignee of Tempo Master Fund LP
Contrarian Funds, LLC as assignee of Tiden Destiny Master Fund Limited
Convex Master Fund Ltd.
Convexity Capital Master Fund L.P.
CooperNeff Master Fund I Segregated Portfolio Company SPC, acting for
CORE LABORATORIES LP
COREPLUS BOND FUND B
Corporate Bond Portfolio
Corporate Credit (Europe) S.A.
Corus Bank, N.A.
Covalent Capital Partners Master Fund, L.P.
CPF Board
CPV/CAP COOP PERSONALVERSICHERUNG
CPV/CAP Pensionskasse Coop (formerly known as CPV/CAP Coop Personalsicherung)
CQS ABS Master Fund Limited
CQS Asia Master Fund Limited
CQS Capital Structure Arbitrage Master Fund Limited
CQS Convertible & Quantitative Strategies Master Fund Limited
CQS Directional Opportunities Master Fund Limited
CR Firenze Gestion Internationale S.A. acting as Manager of the Giotto Lux Fund - Global Credit Bond Portfolio (103232)
CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT
Crèdit Andorrà, S.A.
CREDIT COOPERATIF
Credit du Nord
Credit Foncier de France (assignee of Compagnie de Financement Foncier)
CREDIT INDUSTRIEL ET COMMERCIAL
Crédit Industriel et Commercial

Credit Mutuel Arkea, as successor to Compagnie Financiere du Credit Mutuel

CREDIT OPPORTUNITY ASSOCIATES LLC

Credit Protection Trust 207

Credit Protection Trust 233

Credit Protection Trust 265

Credit Protection Trust 283

Credit Protection Trust 48

Credit Suisse

Credit Suisse Asset Management Funds AG

Credit Suisse Candlewood Special Situations Master Fund, Ltd.

Credit Suisse Capital LLC

Credit Suisse Credit Strategies Master Fund, Ltd.

Credit Suisse Energy LLC

Credit Suisse Global Income Fund

Credit Suisse International

Credit Suisse Securities (Europe) Limited

Credit Suisse Securities (USA) LLC

Credit Suisse Syndicated Loan Fund

CRESCENT 1, LP

CRS FUND LTD

CSP II USIS HOLDINGS, L.P.

CTC MASTER FUND LTD.

CUNA MUTUAL Insurance Society

Cura Fixed Income Arbitrage Master Fund, Ltd.

CVI GVF (Lux) Master S.a.r.l

CVI GVF (LUX) MASTER S.A.R.L.

CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.

CWABS Asset Backed Certificates Trust 2006-19,

CWABS Asset Backed Certificates Trust 2006-BC2, Asset-Backed

CWABS Asset Backed Notes Trust 2007-SD1 Asset Backed Notes,

CWABS Asset-Backed Certificates Trust 2007-12

CWABS Asset-Backed Certificates Trust 2007-6

CWABS Asset-Backed Certificates Trust 2007-BC2, Asset-Backed

CWABS Asset-Backed Notes Trust 2006-SD3, Asset-Backed Notes,

CWABS Asset-Backed Notes Trust 2006-SD4, Asset Backed Notes Series,

CWABS Asset-Backed Notes Trust 2007-SEA2, Asset-Backed Notes,

CWABS, Inc. Asset Backed Certificates Series 2005-AB4

CWABS, Inc. Asset Backed Certificates Series 2005-BC5

CWABS, Inc. Asset Backed Certificates Series 2006-13

CWABS, Inc. Asset Backed Certificates Series 2006-14

CWABS, Inc. Asset Backed Certificates Series 2006-16

CWABS, Inc. Asset Backed Certificates Series 2006-4

CWABS, Inc. Asset Backed Certificates Trust 2006-26

CWABS, Inc. Asset-Backed Certificates Series 2005-14

CWABS, Inc. Asset-Backed Certificates Series 2005-15

CWABS, Inc. Asset-Backed Certificates Series 2005-AB5

CWABS, Inc. Asset-Backed Certificates Series 2006-5

CWABS, Inc., Asset Backed Certificates Series 2006-3

CWABS, Inc., Asset Backed Certificates, Series 2006-22

CWALT, Inc. Alternative Loan Trust 2006-OC10

CWALT, Inc. Alternative Loan Trust 2006-OC3

CWALT, Inc. Alternative Loan Trust 2006-OC6

CWALT, Inc. Alternative Loan Trust 2006-OC7

CWALT, Inc. Alternative Loan Trust 2006-OC8

CWALT, Inc. Alternative Loan Trust 2007-0H2

CWALT, Inc. Alternative Loan Trust 2007-OH3  Mortgage Pass

CWHEQ Revolving Home Equity Loan Trust, Series 2006-I

CYBERAGENT FX, INC.

Cynthia Wolfson

CYPRESS MANAGEMENT PARTNERSHIP

CYRUS EUROPE MASTER FUND, LTD

CYRUS OPPORTUNITIES MASTER FUND II, LTD.

D. E. Shaw Composite Portfolios, L.L.C.

D. E. Shaw Dihedral Portfolios, L.L.C.

D. E. Shaw Laminar Portfolios, L.L.C.

D. E. Shaw Oculus Portfolios, L.L.C.

D. E. Shaw Valence Portfolios, L.L.C.

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD.

Daiwa / Schroder Special Fund Series - Schroder Index Linked Capital Protection Fund (Indian Equity) (AUD) 2007-03 through its

Daiwa Securities SMBC Co. Ltd.

DALKIA ENERGIA Y SERVICIOS S.A

Danske Bank A/S

Dante Finance PLC Series 2002-1

Darby Financial Products

Daughters of Charity Fund P

David Benayoun

David Schwartz

David Winton Harding

Davidson Kempner Distressed Opportunities Fund L.P.

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

DB Global Masters (CQ Capital) Fund Ltd.

DBS BANK LTD (f/k/a The Development Bank of Singapore Ltd.)

DCI LONG-SHORT CREDIT FUND
DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE
DCI Umbrella Fund PLC - Diversified Credit Investments Fund Three
De La Rue Pension Trustee Limited acting as Trustee of
DE LONGHI CAPITAL SERVICE SPA
Deborah E. Focht
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (1000193254)
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) (1000221591)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000193256)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)
DEEPHAVEN EVENT TRADING LTD (1000221590)
DEEPHAVEN EVENT TRADING LTD. (1000193257)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD (1000221594)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. (1000193255)
DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. (1000193258)
DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD. (1000193267)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. (1000193268)
DEER PARK ROAD CORPORATION
DEERFIELD CAPITAL LLC
Deerfield Relative Value Ltd.
DEL MAR MASTER FUND LTD.
Delaware Balanced Fund, a series of Delaware Group Equity Funds I
Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu
Delaware Corporate Bond Fund, a series of Delaware Group Income Funds
Delaware Diversified Income Fund, a series of Delaware Group Adviser F
Delaware Enhanced Global Dividend and Income Fund
Delaware Extended Duration Bond Fund, a series of Delaware Group Incom
Delaware Extended Duration Bond Fund,a series of Delaware Group Income
Delaware Inflation Protected Bond Fund, a series of Delaware Group Gov
Delaware Investments Dividend and Income Fund, Inc.
DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.
Delaware Limited Term Diversified Income Fund, a series of Delaware Gr
Delaware River Port Authority
Delaware VIP Balanced Series, a series of Delaware VIP Trust
DELAWARE VIP DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE VIP TRUST
Delaware VIP Diversified Income Series, a series of Delaware Pooled Tr
Dell Global B.V. (Singapore Branch)
DELTA AIR LINES, INC.
Denis B. McCarthy
Denver Public Schools Retirement System
DENVER URBAN RENEWAL AUTHORITY
Depfa ACS Bank

DEPFA Bank plc

DeSoto County Partners, LP

Detroit Edison Represented Empoyee Welfare Benefits Trust

Deutsche Bank

Deutsche Bank (UK) Pension Scheme - Staff

Deutsche Bank AG

Deutsche Bank AG, London Branch (DPG - #15612)

Deutsche Bank AG, London Branch (DPG - #17735)

Deutsche Bank AG, London Branch (DPG - #17736)

Deutsche Bank AG, London Branch (DPG - #17737)

Deutsche Bank AG, London Branch (DPG - #17740)

Deutsche Bank AG, London Branch (DPG - #17747)

Deutsche Bank AG, London Branch (DPG - #17750)

Deutsche Bank AG, London Branch (DPG - #17751)

Deutsche Bank AG, London Branch (DPG - #17752)

Deutsche Bank AG, London Branch (DPG - #17753)

Deutsche Bank AG, London Branch (DPG - #17755)

Deutsche Bank AG, London Branch (DPG - #17756)

Deutsche Bank AG, London Branch (DPG - #27016)

Deutsche Bank AG, London Branch (DPG - #36796)

Deutsche Bank Energy Trading

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE 2007-1-C LTD)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE SPC 2008-1)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2A)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2B)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 B)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 C)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 D)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 E)

Deutsche Genossenschafts-Hypothekenbank AG

Deutsche Hypothekenbank (Actien-Gesellschaft)

Deutsche Lufthansa AG

Deutsche Pfandbriefbank AG

DEUTSCHE POSTBANK AG

DEUTSCHE TELEKOM AG

Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money + Opportunistic Strategies

Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money 6M

Dexia Asset Management on behalf of Client

DEXIA BANK BELGIUM

Dexia Banque International à Luxembourg

DEXIA CREDIOP S.P.A.

DEXIA CREDIT LOCAL

Dexia Kommunalbank Deutschland AG

DEXIA KOMMUNALKREDIT BANK AG

Dexia Money 3M

DHM Salt Lake City Hotel LP c/o Lehman Brothers Real Estate Partners III, L.P.

Diadem City CDO Limited Series 2005-1

Diadem City CDO Limited Series 2008-1

Diadem City CDO Limited Series 2008-2

Diadem City CDO Limited Series 2008-3

DIAKON LUTHERAN SOCIAL MINISTRIES

Diamond Finance PLC Series 2003-2

Diamond Finance PLC Series 2006-1E

Diamond Finance PLC Series 2006-1F

Diamond Finance PLC Series 2006-1G

Diamond Finance PLC Series 2006-1H

Diamond Finance Public Limited Company 2007-07

Diamond Finance Public Limited Company 2007-08

Diamond Finance Public Limited Company Series 2006-01I

Diamond Finance Public Limited Company Series 2006-01J

Diamond Finance Public Limited Company Series 2006-01K

Diamond Finance Public Limited Company Series 2006-01L

Diamond Finance Public Limited Company Series 2006-01M

Diamond Finance Public Limited Company Series 2006-01N

Diamond Finance Public Limited Company Series 2006-01O

Diamond Finance Public Limited Company Series 2006-01P

Diamond Finance Public Limited Company Series 2006-2

Diamond Finance Public Limited Company Series 2007-2

Diamond Finance Public Limited Company Series 2007-3A

Diamond Finance Public Limited Company Series 2007-3B

Diamond Finance Public Limited Company Series 2007-4

Diamond Finance Public Limited Company Series 2008-1

Diamond Notch Opportunities Master Fund, Ltd.

Diamondback Master Fund, Ltd.

DIPETRILLO, RAYMOND

Directors Guild of America-Producer Basic Pension Plan (DGA-B)

Directors Guild of America-Producer Supplemental Pension Plan (DGA-S)

Discovery Global Citizens Master Fund, Ltd.

Discovery Global Opportunity Master Fund

District of Columbia Retirement Board

Diversified Asian Strategies Fund

DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD

Diversified European Credit S.A.

Diversified Financials Europe S.A.

Diversified Inflation Strategies, LP

DKR Ibex Holding Fund Ltd.

DKR Soundshore Oasis Holding Fund Ltd.

DMR Structured Arbitrage Master Fund, Ltd.

DnB NOR Bank ASA

Dominican Sisters Regional Fund Managed Portfolio

Donald J. Litwin Revocable Trust- Donald J. Litwin, Trustee

DONALD M YOUNG

Dongbu Securities Co., Ltd.

Double Black Diamond Offshore Ltd.

Douglas A. Cruikshank

DOW CORNING CORPORATION

Downtown Redevelopment Authority

Dr. Hans-Peter Lassak

Dr. Hartmut Giesbrecht

dr. howard sobel

Dragon Portfolio

Drake Low Duration Fund

Drake Total Return Fund

DRAKKAR 30.04.2012

DRAKKAR JUILLET 2011

DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD

DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD

Drawbridge Long Dated Value Fund (B) LP

Drawbridge Long Dated Value Fund LP

DRAX POWER LIMITED

DRRT FBO Internationale Kapitalanlagegesellschaft mbH

Dryden High Yield Fund, Inc.

DS Smith Pension Trustees Limited as Trustee of

DTE Energy Company Fixed Income

DTE Energy Employee Benefit

Duke Energy Corporation Master Retirement Trust

DUKE ENERGY OHIO, INC.

Dumfries and Galloway Council Pension Scheme

DUSSELDORFER HYPOTHEKENBANK AG

Dwight Absolute Return Fund LLC

Dwight Intermediate Core Plus Master Fund LLC

DWS Global Bond Fund, Inc.

DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD.

Dynegy Power Marketing, Inc.

DZ BANK AG Deutsche Zentral-Genossenschaftsbank

E*TRADE Bank

E.ON AG

E.ON UK PLC

EAC Partners Master Fund Ltd.

EaglePicher Master Trust –

EagleRock Institutional Partners, LP

EagleRock Master Fund, LP

East Bay Municipal Utility District

Eastern Connecticut Health Network

Easton Investments II, a California L.P.

Eaton Vance CDO IX, Ltd.

EATON VANCE CORP.

Eaton Vance Credit Opportunities Fund

EATON VANCE FLOATING-RATE INCOME TRUST

Eaton Vance Limited Duration Income Fund

Eaton Vance Senior Floating-Rate Trust

Eaton Vance Senior Income Trust

Eaton Vance Short Duration Diversified Income Fund

EBN Banco de Negocios S.A.

EBS Building Society - Management Pension Fund

EBS Building Society - Senior Management Pension Fund

EBS Building Society - Staff Pension Fund

E-Capital Profits Limited

ECO Master Fund Limited

ED AGOSTINI LIVING TRUST DTD5/12/2000

Edison Mission Marketing & Trading, Inc.

EDWARD & SYLVIA AGOSTINI JTWROS

EF Securities LLC

EFG Eurobank Ergasias SA

EFG Hellas PLC

EH INC

Eidesis Capital Master Fund, Ltd.

Eidesis Synthetic Market Opportunities, Ltd.

Eidesis Synthetic Opportunities Fund II, Ltd.

Eidesis Synthetic Opportunities Fund, Ltd

Einar Feet

Electrabel NV/SA

ELECTRIC RELIABILITY COUNCIL OF TEXAS INC

Elektrizitas-Gesellschaft Laufenburg AG (EGL)

Element Capital Master Fund Limited

Eleni Ioannides

Elie Aoun

Ellington Credit Fund, Ltd.

29

Ellington Emerging Markets Fund, Ltd.

Ellington Mortgage Fund S/C, Ltd.

Ellington Mortgage Partners, L.P.

Ellington Overseas Partners, Ltd.

Ellington Special Opportunties Ltd.

ELLIOTT ASSOCIATES LP

ELLIOTT INTERNATIONAL, L.P.

EM Opportunities Bond Fund, Inc.

Embarcadero Aircraft Securitization Trust

Embarq Master Retirement Trust

EMC (Benelux) B.V.

EMC Corporation

Emerging Markets Local Income Portfolio

EMF-NL 2008-1 B.V.

EMF-NL 2008-2 B.V.

EMF-NL PRIME 2008-A B.V.

EMF-UK 2008-1 PLC

EMI Group Pension Trustees Ltd

EMI Pension Trust (Ireland) Limited

EMIGRANT BANK

Emilio Javier Saldana caro & Enna Arevalo Gutierrez & Eric O S Arevalo

Emilio Javier Saldana Caro & Enna Arevalo Gutierrez & Hernan J Saldana

Emirates National Oil Company (Singapore) Private Limited

EMPIRICURVE FUND LIMITED

Employee Benefit Retirement Plans of Computer Sciences Corporation (CSC-DC)

Employees' Retirement System of the State of Hawaii

EMRO FINANCE IRELAND LIMITED

Enbridge Gas Services Inc.

ENBW TRADING GMBH

ENCANA CORPORATION

ENCANA OIL & GAS PARTNERSHIP

Eneco Energy Trade BV

Enel S. p.A.

Energy Income and Growth Fund

EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing, LLC

Eni S.p.A. (formerly known as Società Finanziaria Eni S.p.A.)

ENI UK Limited

Enlightenment Partners

ENNISMORE FD MGMT LTDA/C ENNISMORE SMALLER CO PLC

Ensign Peak Advisors, Inc.

Enterprise Products Operating LLC

Epsilon Global Master Fund II, LP

Epsilon Global Master Fund, LP

EQT Energy, LLC f/k/a Equitable Energy, LLC (Attn: General Counsel)

Equator Investment Funds ICVC - Global Investment Grade Bond Fund

Equity Trustees Limited ATF PIMCO Global Bond Fund

Equity Trustees Limited ATF PIMCO Global Real Return Fund

Eric Sheppard

Erik Rosenlund

ERNST, HILDE

Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)

Erste Group Bank AG(f/k/a Erste Bank der oesterreichischen Sparkassen)

Eskaton Properties, Incorporated

Esperance Family Foundation

Esprit International Limited

Essent Energy Trading B.V.

Essent Trading International S.A.

ESSENTIA HEALTH, ASSIGNEE OF BENEDICTINE HEALTH SYSTEM

ESSEX FOUNTAIN PARK APARTMENTS, L.P.

ESSEX INGLENOOK COURT, LLC

ESSEX WANDERING CREEK, LLC

ESSEX WOODLANDS HEALTH VENTURES FUND V LP

Estate of Ernest E. Stempel

ESTEE LAUDER INC RETIREMENT PLAN

Eton Park Fund, L.P.

Eton Park Master Fund, Ltd.

EUGENE INVESTMENT & SECURITIES CO.,LTD

Eulalia Boada De Nieto & Carlos Nieto Boada JTWROS

Eurizon Capital S.A. for NIS International  Bonds

Eurizon Capital S.A. for SIFF-Doppia Opportunità-Dic 2011

Eurizon Easy Fund Valore Equilibrio c/o Eurizon Capital SGR Spa

Eurizon Star Fund Euro Bond c/o Eurizon Capital SGR Spa

Euro Bond Fund - (#1691)

Euro Real Return Fund - (#4694)

Euro StocksPLUS TR Fund - (#3924)

EUROHYPO

EUROHYPO Europäische Hypothekenbank S.A.

Euromobiliare International Fund - TR Flex 5

EUROPEAN AERONAUTIC DEFENCE AND SPACE COMPANY

European Credit (Luxembourg) S.A.

European Credit Fund SICAV

European Credit Management Limited

Eurosail 2006-1 PLC

Eurosail 2006-2BL PLC

Eurosail 2006-3NC PLC

Eurosail 2006-4NP PLC

Eurosail Prime-UK 2007-A PLC

Eurosail-NL 2007-1 B.V.

Eurosail-NL 2007-2 B.V.

Eurosail-UK 2007-1NC PLC

EUROSAIL-UK 2007-2NP PLC

Eurosail-UK 2007-3BL PLC

Eurosail-UK 2007-4BL PLC

Eurosail-UK 2007-5NP PLC

Eurosail-UK 2007-6NC PLC

EuroStocksPLUSTM Total Return Fund - (#3680)

Everest Capital Asia Fund, L.P.

Everest Capital Emerging Markets Fund, L.P.

Evergreen Core Bond Fund

Evergreen Core Bond Trust Full Discretion

Evergreen Core Plus Bond Fund

Evergreen Global Dividend Opportunity Fund

Evergreen High Income Fund

Evergreen Income Advantage Fund

Evergreen Institutional Mortgage Portfolio

Evergreen Intermediate Bond Trust Full Discretion

Evergreen Long Duration Trust

Evergreen Multi-Sector Income Fund

Evergreen Select High Yield Bond Trust

Evergreen Short Intermediate Bond Fund

Evergreen Solar, Inc.

Evergreen Utilities and High Income Fund

Evergreen VA Core Bond Fund

Evergreen VA High Income Fund

Excalibur Funding No. 1 PLC

EXCO OPERATING COMPANY, LP

Exelon Generation Company, LLC

Exum Ridge CBO 2006-1 Ltd

Exum Ridge CBO 2006-2, LTD.

Exum Ridge CBO 2006-4, LTD.

Exum Ridge CBO 2006-5, LTD.

Exum Ridge CBO 2007-1, LTD.

Exum Ridge CBO 2007-2, LTD.

EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG)

F.F. THOMPSON FOUNDATION, INC., THE

F.I.I.L. Insurance - Intermediate Bond Portfolio

FAIRFAX FINANCIAL HOLDINGS LIMITED

FAIRFIELD NORTH TEXAS ASSOCIATES, L.P.

FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)

Far Eastern International Bank

Fareplay Energy Limited Pension Scheme

Fata Assicurazioni Danni S.p.A.(the legal successor to Fata S.p.A.)

FATAI INVESTMENT LIMITED

FBE Limited LLC

FCI HOLDINGS I LTD

FCOF SECURITIES LTD.

Federal Finance Gestion, acting as management company on behalf of the French Fonds commun de placement Garanti Actions Octobre 2011

FEDERAL HOME LOAN BANK OF ATLANTA

FEDERAL HOME LOAN BANK OF DALLAS

Federal Home Loan Bank of Des Moines

FEDERAL HOME LOAN BANK OF NEW YORK

Federal Home Loan Bank of Pittsburgh

Federal Home Loan Bank of Seattle

FEDERAL HOME LOAN MORTGAGE CORPORATION

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Federated Stock and Bond Fund, Inc.

Fernando H Torre Martos & Maria Del R Heras Basterra JTW

Fernando Yarza CIA SC

Ferrero S.p.A. f/k/a P. FERRERO & C. S.p.A.

FERRERO TRADING LUX Societe Anonyme

FFI Fund LTD.

FFTW Multi-Strategy Alpha Fund

FH EMERGING MARKETS DEBT FUND L.P.

Fidelity Advisor Series II: Fidelity Advisor Intermediate Bond Fund

FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GRADE CENTRAL FUND

Fiduciary Committee of the Amgen Retirement and Savings Plan

FIELD STREET MASTER FUND LTD

FIFTH THIRD BANK

FIFTH THIRD MORTGAGE COMPANY-Legal Administration

FILTREO CLIC

FINAF SPA

Finansbank A.S.

FinecoBank S.p.A. (formerly Known as Fin-Eco SIM S.p.A.)

Finmeccanica S.p.A.

FIP - FONDO IMMOBILI PUBBLICI

Fir Tree Capital Opportunity Master Fund, L.P.

Fir Tree Value Master Fund, L.P.

Fire and Police Members' Benefit Fund

Fireman's Annuity and Benefit Fund of Chicago

First Bank of Puerto Rico

FIRST BANKING CENTER

First Choice Power, L.P.

First Franklin Mortgage Loan Trust 2006-FF8

FIRST MIDWEST BANK

FIRSTCO LLC

FIRSTENERGY SOLUTIONS CORP.

FirstRand Bank Limited

FISHERMANS LANDING ASSOCIATES INC

Five Stars S.A.

Fixed Income SHares: Series R (#2090)

Flaherty & Crumrine/Claymore Preferred Securities Income Fund Inc.

Flaherty & Crumrine/Claymore Total Return Fund Inc.

FLOATING RATE PORTFOLIO

FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO

FONDAZIONE MONTE DEI PASCHI DI SIENA

FONDS COMMUN DE PLACEMENT EPARCOURT

FONDS COMMUN DE PLACEMENT FUZEOR

FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS

Ford Master Trust Long Duration

Ford Motor Company Defined Benefit Master Trust

Fore Multi Strategy Master Fund, Ltd.

Forest City Capital Corporation

FOREST CREEK APARTMENTS, LLC

Forest Hills Trading Ltd.

FORT DEARBORN LIFE INSURANCE COMPANY c/o Colleen N. Wertz

Fort Washington Active Fixed Income

Fortis Bank (Nederland) N.V.

Fortis Bank NV/SA

Fortis Energy Marketing & Trading GP

Fortis Investment Management Belgium N.V./S.A.

Fortis Investment Management France

Fortis Investment Management Luxembourg S.A.

Fortis Portföy Yönetimi

Fortner Marital Trust

Fortress Investment Fund III (Coinvestment Fund A) L.P.

Fortress Investment Fund III (Coinvestment Fund B) L.P.

Fortress Investment Fund III (Coinvestment Fund C) L.P.

Fortress Investment Fund III (Coinvestment Fund D) L.P.

Fortress Investment Fund V (Fund A) L.P.

FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES 2 L.P.

FPCM Inflation-Linked Opportunities Fund Limited

FRANCISCAN AT ST. LEONARD

Franciscan Order of Ireland

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

FRANDZEL ROBINS BLOOM & CSATO, L. C.

Frank M. Paris

Frank Russell Multi-Strategy Global Bond Fund

Frank Russell US Bond Fund

FRANKLIN AMERICAN MORTGAGE COMPANY

Franklin Low Duration Total Return Fund

Franklin Total Return Fund

Franz Ehrenhauser

FREDERICK FERRIS THOMPSON HOSPITAL, THE

FREIGHT INVESTOR SERVICES PTE LTD

Fresno County ERA

FRIENDSHIP VILLAGE OF WEST COUNTY INC

FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP

FRONTPOINT STRATEGIC CREDIT FUND LP

FSC Asia Investment Limited(formerly known as First Taisec (Asia)Ltd.)

FSP Invest F.M.B.A.

Fullerton Drive CDO Limited

FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK

Fundamental European Value S.A.

Fundo de Pensoes

FYI LTD.

GA Fund L Bond Active World TP (Sicav)

Gabriel Capital, L.P.

GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)

Gallaher (Dublin) Limited Pension Scheme

Gallaher Common Investment Fund

Galuchie Partners

GAM European Equity Hedge Inc.

GAM European Small Cap Hedge Investments Inc.

Gannett Retirement Plan Master Trust

Garland Business

GARRETT NENNER

GASTON CHRISTIAN SCHOOL, Inc.

Gazprombank Mortgage Funding 2 S.A.

GE FINANCIAL MARKETS

GELDARD, CHRISTINE L.

GEMSTONE CDO VI LTD

General Pension Fund of the International Union of Operating Engineers

Generali Investments France

Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Global Macro Strategies Sub-fund)

Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Hybrid Credit Strategies Sub-fund)

Generali Personenversicherungen AG

Generali Vie

Genertel S.p.A.

Genesee County Employees' Retirement System

Genevieve Phansalkar

Genfina SCRL (formerly known as Genfina SA)

GenRe Partners, L.P.

Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation

Georg Schönberger

GEORGE B. KAISER

George Jay Lichtblau

George Lindemann Family LP Series II

Gerardo Maria Perez Salazar & Margarita Rojas Palacios JTRWOS

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Bricc, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Private Equity Index, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Excellence Garantizado, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Ibex Positivo, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Selección Financiera, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Madrid Rentabilidad Dual Ibex, FI

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

GFA I LLC

Giants Stadium LLC

Gila River Power, L.P.

GlaxoSmithKline Finance Plc

Glencore Energy UK Ltd.

GLG Market Neutral Fund

Glitnir banki hf

Global Bond Ex-US Fund - (#3684)

Global Bond Fund - (#699)

GLOBAL CREDIT HEDGE FUND

Global Investment Grade Credit Fund - (#3683)

Global Macro Portfolio

Global Real Return Fund - (#3693)

GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP

Global Short-Term Portfolio - (#3762)

Global Thematic Opportunities Fund LP

GM Structured Credit Opportunity Pool - Acct. No. 6fdk (GMAM GP Trust I)

GMAM Group Pension Trust I

GMAM Group Pension Trust II

GMB Pension Trustee Company Limited as trustee of the GMB 1961 Pension

GMO Emerging Country Debt, L.P.

GMO Emerging Country Local Debt Investment Fund

Golden Moon Capital Corporation

Golden State Tobacco Securitization Corporation

Goldman Sachs & Co. Profit Sharing Master Trust

Goldman Sachs Bank USA (s/b/m to Goldman Sachs Capital Markets, L.P.)

Goldman Sachs Catastrophe Risk Premium Opportunities Master Fund II, L.P.

Goldman Sachs Credit Opportunities 2008 Master Fund, L.P.

Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P.

Goldman Sachs Dynamic Risk Master Fund Offshore, Ltd.

Goldman Sachs Emerging Markets Opportunities Fund Offshore, Ltd

Goldman Sachs Emerging Markets Opportunities Fund Offshore, Ltd.

Goldman Sachs Emerging Markets Opportunities Fund, LLC

Goldman Sachs Euro Core Liquidity Fund (100342)

Goldman Sachs Funds – Goldman Sachs Euro Fixed Income Plus Portfolio

Goldman Sachs Funds – Goldman Sachs Sterling Broad Fixed Income Plus

Goldman Sachs Funds SICAV -

Goldman Sachs Funds SICAV –

Goldman Sachs Funds SICAV – Goldman Sachs Global

Goldman Sachs Global Alpha Dynamic Risk Fund, LLC

Goldman Sachs Global Alpha Fund plc

Goldman Sachs Global Alpha Fund, L.P.

Goldman Sachs Global Currency Fund – Dollar Plus (100057)

Goldman Sachs Global Currency Fund – Euro Plus (100058)

Goldman Sachs Global Currency Fund (100050)

Goldman Sachs Global Opportunities Fund Offshore, Ltd.

Goldman Sachs Global Opportunities Fund, LLC

Goldman Sachs GSIP Master Company (Ireland) Limited

Goldman Sachs International

Goldman Sachs International Bank, Seoul Branch

Goldman Sachs Investment Partners Master Fund, L.P.

Goldman Sachs Lending Partners LLC

Goldman Sachs LIP Credit Opportunities 2008 Fund, L.P.

Goldman Sachs Liquidity Partners 2007 Offshore, L.P.

Goldman Sachs Liquidity Partners 2007, L.P.

Goldman Sachs Mortgage Credit Opportunities Fund, L.P.

Goldman Sachs Mortgage Credit Opportunities Offshore Fund, L.P.

Goldman Sachs Quantitative Commodities Master Fund Institutional, Ltd.

Goldman Sachs Quantitative Commodities Master Fund Offshore, Ltd.

Goldman Sachs Quantitative Commodities Master Fund, LLC

Goldman Sachs Quantitative Strategies Emerging Markets Master Fund, L.P.

Goldman Sachs SMC Credit Opportunities 2008 Fund, L.P.

Goldman Sachs Trust - Goldman Sachs Core Plus Fixed Income Fund (103172)

Goldman, Sachs & Co.

Goldsberg Corp.

Good Steward Trading Company SPC

GOODELL LOVING TRUST

Goodmorning Shihan Securities Co., Ltd

Goodwin House Incorporated

Gordel Holdings Limited

Gordon A  MacInnes

Gov & Co Bank of Ireland assignee/Bank of Ireland Exempt Unit Trust

Gov&Co Bank of Ireland assignee/Bank of Ireland Finance Limited Pension Fund

Gov&Co Bank of Ireland assignee/Bank of Ireland Staff Pensions Fund

Gov&Co Bank of Ireland assignee/BoI Asset Mgmt Mutual Invesment Fund

Gov&Co Bank of Ireland assignee/Close Global Funds Limited

Gov&Co Bank of Ireland assignee/Eircom Superannuation Fund

Gov&Co of Bank of Ireland assignee/New Ireland Assurance Company plc

Government Employees Superannuation Board

Government of Singapore Investment Corporation Pte Ltd

Govindar Rasu S/O Vadi Veloo

GPC 79, LLC

GPC LXIV LLC

GPF (THAILAND) INVESTMENT FUND

GPS Income Fund (Cayman) Ltd

GPS New Equity Fund (Cayman) Ltd

Granite Finance Limited

GRD 3

GRD 5 C/o Crédit Agricole Asset Management

Great Eastern Life Assurance Company Limited

Green T G2 Fund Limited

GREENBRIER YUGEN KAISHA

Greenspring Village, Inc.

Greywolf Capital Overseas Fund

Greywolf Structured Products Master Fund, Ltd.

Groupama Vie

GROUPE INDUSTRIEL MARCEL DASSAULT

GROWTH

Gruss Arbitrage Master Fund (Enhanced), Ltd.

Gruss Arbitrage Master Fund, Ltd.

Gruss Global Investors Master Fund (Enhanced), Ltd.

Gruss Global Investors Master Fund, Ltd.

GSC Capital Corp. Mortgage Trust 2006-1

GSEF Al Nawras (Cayman) Limited

GSW Grundbesitz GmbH & Co. KG

Guadelete Investments Sarl

Guam Economic Development Authority, f/k/a the Guam Economic Development and Commerce
Authority

GUEVOURA FUND LIMITED

GUGGENHEIM PORTFOLIO COMPANY VII LLC

GUIDANCE ENHANCED GREEN TERRAIN LLC

Guillermo Cabranes & Flora Carbanes Mendez JTWROS

Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle Azcarateo

Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle Azcarateo

Gulf Stream - Compass CLO 2002-1, Ltd.

Gulf Stream - Compass CLO 2003-1, Ltd.

Gulf Stream - Compass CLO 2004-1, Ltd.

Gulf Stream - Compass CLO 2005-1, Ltd.

Gulf Stream - Compass CLO 2005-II, Ltd.

Gulf Stream - Sextant CLO 2006-1, Ltd.

Gulf Stream - Sextant CLO 2007-1, Ltd.

Gypsum Operative Pension Fund

Gypsum Staff Pension Fund

H. Hugo Vieregge V Aida M, Villa A Sofia-Katia, Vierrege Villa

H.-W. Meister

H/2 Credit Partners Master Fund Ltd.

H/2 Special Opportunities Ltd.

H/2 Targeted Strategies I Master Fund L.P.

Hakone Fund II LLC

Halbis U.S. Credit Alpha Master Fund, Ltd.

HALEWOOD COMPANY LIMITED

Halliburton Company

Halliburton Company Wrapped

Hamada Shokai Co., Ltd.

HAMILTON ANAHEIM ASSOCIATES, L.P.

Hana Bank as trustee and My Asset Investment Management Co. Ltd. as I.M. for MY Dual Star
Derivatives Fund D-1

Hang Seng Bank Limited

Hank's Living Trust

HARBINGER CAPITAL PARTNERS MASTER FUND I LTD

HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP

Harbor Capital Advisors, Inc.

Harbor Capital Group Trust for Defined Benefit Plans (HCG)

Harbour Capital Advisors Inc. for OIMRA

Harbourview CDO III

Harmonic Alpha Plus Global Currency Fund

Harmonic Currency Master Fund

Harmonic Diversfied Master Fund

Harpen Immobilien GmbH & Co. KG (f/k/a H2001/Phin GmbH and Co. KG)

Harrington Partners, L.P.

Harry C. Moore Trust dated May 19, 1986

HARTFIELD FUND LIMITED

Hartford Accident and Indemnity Company

Hartford Life and Annuity Insurance Company

Hartford Life Insurance Company

Hartford Series Fund, Inc., on behalf of Hartford High Yield HLS Fund

Havens Partners, LP

Hawai 2 Fund

Hawai 2 PEA Fund

Hawai Fund

Hawai PEA Fund

HAYMAN CAPITAL MASTER FUND, L.P.

HB Institutional Limited Partnership

HBK Investments, L.P., as Collateral Manager on behalf of Gemstone CDO VI Ltd.

HBK Master Fund L.P.

HCM/Z SPECIAL OPPORTUNITIES  LLC

HD AMERICAN TRUST

Health Super Pty Ltd acting as Trustee of the Health Super Fund (103206)

HEART OF LA DEFENSE SAS

Hebron Academy

Hektor AS

Helge Solbakken

Henderson Global Equity Multi-Strategy Master Fund Limited

Henderson Global Fixed Income Absolute Return Fund Limited

Henderson Horizon Fund - Absolute Return Fixed Income Fund

Henderson North America Equity Multi-Strategy Master Fund Limited

Henderson Strategic Investment Funds in respect of Henderson Credit Alpha Fund

HENRY SCHEIN, INC.

Herbert & Penny Wender

HERITAGE COMMUNITY OF KALAMAZOO

HERSHMAN HOLDINGS LLC

Hess Corporation

Hess Energy Trading Company, LLC

Hewlett-Packard Company

Hewlett-Packard Ltd Retirement Benefits Plan

HFF I, LLC

HFF V, LLC

High Income Portfolio of Managed Account Series (BATS-HINC)

HIGH RIVER LIMITED PARTNERSHIP

Highbridge Asia Opportunities Master Fund, L.P.

Highbridge Convertible Arbitrage Master Fund, L.P.

Highbridge International LLC

HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P.

HIGHLAND CREDIT OPPORTUNITIES CDO, L.P.

Highland Credit Strategies Fund

HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P.

HIGHLAND CRUSADER OFFSHORE PARTNERS, L.P.

Hillside Apex Fund Limited

HJSI Devonshire, LLC

HOKKAIDO INTERNATIONAL AIRLINES CO.,LTD.

HOLLAND HOME

Hong Kong Housing Society

Hong Leong Bank Berhad

Horizon II International Limited with respect to Series 114

Horizon II International Limited with respect to Series 130

Horizon II International Limited with respect to Series 134

Horizon II International Limited with respect to Series 135

Horizon II International Limited with respect to Series 136

Horizon II International Limited with respect to Series 145

Horizon II International Limited with respect to Series 148

Horizon II International Limited with respect to Series 158

Horizon II International Limited with respect to Series 162

Horizon II International Limited with respect to Series 178

Horizon II International Limited with respect to Series 181

Horizon II International Limited with respect to Series 183

Horizon II International Limited with respect to Series 193

Horizon II International Limited with respect to Series 207

Horizon II International Limited with respect to Series 208

Horizon II International Limited with respect to Series 211

Horizon II International Limited with respect to Series 220

Horizon II International Limited with respect to Series 221

Horizon II International Limited with respect to Series 222-A

Horizon II International Limited with respect to Series 222-B

Horizon II International Limited with respect to Series 223

Horizon II International Limited with respect to Series 225

Horizon II International Limited with respect to Series 226

Horizon II International Limited with respect to Series 227

Horizon II International Limited with respect to Series 228

Horizon II International Limited with respect to Series 229

Horizon II International Limited with respect to Series 230

Horst-Dieter Reelitz

HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND

HOTEL FOUQUET'S BARRIERE PARIS

Hotspot FXr, LLC

HOUSTON COUNTY HEALTH CARE AUTHORITY

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust A (Opportunistic) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust B (Fundamental) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust C (Opportunistic) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust D (Fundamental) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust F (Opportunistic-Eureka (Euro) Fund) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust H (Balanced) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank Pension Trust (UK) Limited acting as Trustee of the HSBC

HSBC BANK PLC

HSBC Bank USA, National Association

HSBC Bank USA, National Association as Trustee for Egypt Trust I, Series 2000-A

HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates 2006-6 Supplemental Interest Trust

HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-5 Supplemental Interest Trust

HSBC Bank USA, National Association, as Trustee for Lehman Mortgage trust Mortgage Pass-Through Certificates Series 2006-7 Supplemental Interest Trust

HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Raturns Series 2000-24-A-HSBC

HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Returns Series 2002-39-C

HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-12

HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-14

HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1

HSBC Financial Products (France) SNC

HSBC FRANCE f/k/a Credit Commercial de France

HSBC Institutional Trust Services (Singapore) Limited

HSBC International Trustee Ltd. A/C 006-600779-001

HSBC Private Bank (Suisse) SA

HSH Nordbank AG

Humberto G Marchand Lopez

Humberto Pro Galindo and Family

HYDRO ONE PENSION PLAN

Hyperion Brookfield Collateralized Securities Fund, Inc.

IBERDROLA GENERACION, SAU

Iberdrola Renewables Energies USA, Ltd as Assignee of I.R.I.

Iberdrola Renewables Energies USA, Ltd.

Iberdrola Renewables, Inc. f/k/a PPM Energy, Inc.

IBM Core Fixed Income Account
IBM Global Strategy Fund
IBTS Financial (HK) Limited
ICAHN PARTNERS LP
ICAHN PARTNERS MASTER FUND II LP
ICAHN PARTNERS MASTER FUND III LP
ICAHN PARTNERS MASTER FUND LP
ICCREA Banca S.p.A.
ICICI BANK LIMITED
ICL Common Investment Fund
ICL Pension Trust Ltd acting as Trustee of the ICL Common Investment Fund (103186)
ICM BUSINESS TRUST
Iconix Brand Group, Inc.
ICP Pendulum Fund I, L.P.
ICP Structured Credit Income Master Fund Ltd
Idaho Power Company
Ignacio F Moreno Betanzo & Maria L Mendez Cisneros JTWROS
III CREDIT BIAS HUB FUND LTD
III ENHANCED CREDIT BIAS HUB FUND LTD.
III FINANCE LTD
III GLOBAL LTD.
III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD
III RELATIVE VALUE/MACRO HUB FUND LTD.
III SELECT CREDIT HUB FUND LTD
Ikano Funds - European High Yield
IKB Deutsche Industriebank AG
IKB International S.A.
IKOS EUROPE LIMITED
Ila B Bovee
Illinois Municipal Retirement Fund Core Full Portfolio
Iluso Capital Corp.
IMPAC CMB Trust Series 2003-11
IMPAC CMB Trust Series 2003-8
IMPAC CMB Trust Series 2004-10
IMPAC CMB Trust Series 2004-4
IMPAC CMB Trust Series 2004-5
IMPAC CMB Trust Series 2004-8
IMPAC CMB TRUST SERIES 2005-04
IMPAC CMB TRUST SERIES 2005-05
IMPAC CMB TRUST SERIES 2005-08
IMPAC SECURED ASSETS TRUST 2006-3
IMPAC Secured Assets Trust 2007-3
INA Assitalia S.p.A. (the legal successor to Assitalia S.p.A.)

Independent Newspapers Management Services Contributory Pension Plan

Indiana State Council of Carpenters Pension Fund

Indiana State Teachers' Retirement Fund

Indiana University

INDOCAM FLAMME

INDOSUEZ GLOBAL VAR C/o Crédit Agricole Asset Management

Industrial Bank Co., Ltd.

INDYMAC Home Equity Loan Trust 2004-2

IndyMac INDX Mortgage Loan Trust 2006-AR14

IndyMAC INDX Mortgage Loan Trust 2006-AR8

ING AM Interfinance Services B.V.

ING Bank A.S.

ING BANK N.V.

ING Belgium S.A./N.V.

ING Capital Markets LLC

ING Fixed Income Absolute Return Master, Ltd.

ING Investment Management CLO I, Ltd.

ING Investment Management CLO II, Ltd.

ING Life Insurance and Annuity Company

ING USA Annuity and Life Insurance Company

Insight LDI Solutions Plus plc a/c AF310

Insight LDI Solutions Plus plc a/c AF315

Insight LDI Solutions Plus plc a/c AF320

Insight LDI Solutions Plus plc a/c AF325

Insight LDI Solutions Plus plc a/c AF330

Insight LDI Solutions Plus plc a/c AF335

Insight LDI Solutions Plus plc a/c AF340

Insight LDI Solutions Plus plc a/c AF345

Insight LDI Solutions Plus plc a/c AF350

Insight LDI Solutions Plus plc a/c AF355

Insight LDI Solutions Plus plc a/c IHYBF

Institutional Benchmarks (Master Feeder) Limited, a Bermuda

Institutional Benchmarks Series (Master Feeder) Limited,

Integrated Core Strategies (Europe) S.a.r.l.

Integrys Energy Services, Inc.

Intel Corporation

Intel Corporation Retirement Profit Sharing Plan

Inter-American Development Bank

Interbanca S.p.A.

INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC

International Bank for Reconstruction and Development

International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust

International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust

International Bank for Reconstruction and Development for the Post-Employment Benefits Plan

International Brotherhood of Electrical Workers Pension Benefit Fund

International Business Machines Corporation

International Equity Index Fund III Accredited, L.L.L.P.

International Finance Corporation

INTERNATIONAL INCOME PORTFOLIO

International Painters and Allied Trades Industry Pension Fund

Interpolis Pensioenen Global High Yield Pool

Intesa Sanpaolo S.p.A.

Intralot S.A.

Invercaixa Gestion SGIIJC A/C Foncaixa Garantia Europa IV FI

Invercaixa Gestion SGIIJC SAU A/C Foncaixa Garantia Napoleon FI

Investcorp Fixed Income Relative Value Fund Ltd.

INVESTCORP INTERLACHEN MULTI-STRATEGY  MASTER FUND LTD

Investcorp Silverback Arbitrage Master Fund Limited

Investec Bank Limited

Investec Capital Accumulator Trust Limited

Investec Funds Series IV Capital Accumulator Fund

Investment Grade Europe S.A.

IONIC CAPITAL MASTER FUND LTD

Iowa PERS

IPAC

Irene M Grahn

Irish Biscuits Limited Pension & Death Benefit Plan

Israel Discount Bank of New York

Italease Finance S.p.A.

ITOCHU CORPORATION

ITV Pension Scheme Limited acting as Trustee of the ITV Pension Scheme (103124)

IVY FIXED INCOME ALPHA TRANSPO RT FUND LTD

J Sainsbury Common Investment Fund

J Sainsbury Common Investment Fund Limited acting as

J. Aron & Company

JA SOLAR HOLDINGS CO LTD

Jackie Frommer

Jackson Bond L.P.

Jackson National Life Insurance Company

JACOBSON, DAVID L.

James H Lunt Trustee

james Harpel

James J. Thomas

James P. Reed and Lori L. Reed

JANA Master Fund, Ltd.

jane m bescherer

Janus Capital Management LLC

Japan Housing Finance Agency

Japan Trustee Services Bank, Ltd

JASON J. WALLACE

Jasper Finance Limited with respect to Series 2005-1

Javier Arevalo & Claudia Martin Del Campo A & Jorge Arevalo P JTWROS

JAY S., ELKINS

JC Bamford Lifeplan

JCAM Global Fund (Master) LP

Jeanes Hospital

Jefferies & Company, Inc.

JENNERS POND

Jerome M. Shaw TTEE Jerome M. Shaw Rev Trust Dtd. 10/17/05

Jeromin Camara Bojorquez & Esteban Camara Bojorquez JTWRO

Jesus Goiricelaya Asla TOD Erika Garay Lopez

Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS

Jesus Sabre Marroquin Juan De Onate #1195

JET I, LP

Jewish Board of Family and Children's Services, Inc.

JEWISH SENIORS AGENCY OF RHODE ISLAND

JFJ INVESTMENTS INC.

Jih Sun International Bank

JMG CAPITAL PARTNERS LP

JMG Triton Offshore Fund Limited

JO BETH AND WILLIAM NICOLL

Joakim Persson

Joaquin De J Castillo B Ma Cristina Espinosa P JTOD

John Deere Pension Trust c/o Hodgson Russ LLP

John Hancock Bond Fund

John Hancock Funds II Global Bond Fund

John Hancock Funds II Real Return Bond Fund

John Hancock High Yield Fund

John Hancock Life Insurance Company

John Hancock Trust Global Bond Trust

John Mooney

John T Miller

John-Kristian Sandberg

JOHNSON, BRIAN AND JONI

Joho Fund, Ltd.

Joho Partners, L.P.

Jonathan H. Rothstein

Jonathan Leycester Twigg

Jorge Alberto Melendez Ruiz TOD Elizabeth Rice

Jose Fajardo Pena Todi

Jose H Cevallos & Gabriella Murguia De C & Susana G & Luis H Cevallos

Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS

Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS

Jose Luis Romero Baldazo TOD Maria A Calzada Gonzalez

Josefina Franco Martin & Marcela Padilla Franco JTWROS

Joseph E Loranger

JPMC UK Retirement Fund

JPMorgan Absolute Return Credit Master Fund Ltd.

JPMorgan Chase 401(k) Savings Plan (609343)

JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II

JPMorgan Distressed Debt Master Fund, Ltd.

JPMorgan Diversified Fund, a series of JPMorgan Trust I

JPMorgan Fixed Income Opportunity Institutional Fund, Ltd.

JPMorgan Fixed Income Opportunity Master Fund, L.P.

JPMorgan Insurance Trust Core Bond Portfolio, a series of JPMIT

JPMorgan Real Return Fund, a series of JPMorgan Trust I

JPMorgan Short Term Bond Fund II, a series of J.P. Morgan Mutual Fund

JPMorgan Total Return Fund, a series of JPMorgan Trust I

JR Moore, LP

Juan J Garza D La Garza & Juan J Garza San M JTWROS

Juan J Huerta Ramirez & Irene Chavez Moctezuma & Cecilia Huerta Chavez

Juice Energy, Inc.

Juliane Pfau

JULIUS BAER BDB GLOBAL BOND

Julius Baer Multibond SICAV - Local Emerging Bond Fund

Jupiter Quartz Finance PLC Series 2004-2 Class A

Jupiter Quartz Finance PLC Series 2004-2 Class B

Jupiter Quartz Finance Public Limited Company 2004-1B

Jupiter Quartz Finance Public Limited Company Series 2004-01A

Jyske Bank A/S

K&H Bank Zrt.

K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD

Kagome Co., Ltd Finance Department

KAISER FOUNDATION HOSPITALS INC

KALLISTA CREDIT ARBITRAGE MASTER FUND Ltd

KALLISTA CREDIT OPPORTUNITIES FUND LIMITED

KALLISTA MASTER FUND LIMITED

Kamunting Street Master Fund, Ltd

Kansas Public Employees Retirement System

Kantatsu Co., Ltd.

Kathi Cypres

Katsumi Yoshida

KAUPTHING HF

KAWASAKI HEAVY INDUSTRIES, LTD.

KB Investment AS

KBC Bank NV

KBC Diversified Fund, a segregated portfolio of KBC AIM Master Fund spc

KBL European Private Bankers S.A.

KDF HERMOSA, L.P.

Kellogg Capital Group LLC

Kellogg Company Master Retirement Trust Core Bond

KELUSA MASTER FUND, LTD.

KENDAL ON HUDSON

Kendall Family Investments, LLC

Kenneth C Hoffman

Kern County Employees' Retirement Association

Kevin F. Flynn June, 1992 Non-Exempt Trust

Kevin Knee

KeyBank National Association

Kilroy Realty, L.P.

King Street Capital Master Fund, Ltd.

King Street Capital, L.P.

King Street Capital, Ltd.

King Street Europe Master Fund, Ltd.

King Street Europe, L.P.

KINGDOM OF BELGIUM (THE)

Kingfisher Capital CLO Limited

Kings River Limited  Global 5

Kjell Mathiassen

kk

Kleinwort Benson Private Bank Limited

Kline Galland

KN Asset Management Co.

KNOWLE LIMITED

Koch Supply & Trading Sarl

Koch Supply & Trading, LP

KOMMUNALKREDIT INTERNATIONAL BANK LTD

Kookmin Bank as trustee and Samsung Investment Trust  Management Co. Ltd. as I.M. for Samsung 2 Star 2 Y Derivatives Fund 16-1

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equity Linked Derivatives Fund 1

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives Fund 1

48

Kookmin Bank as Trustee for the account of "Samsung SPAS Private Bond Fund 3"

Kore Fixed Income Fund Ltd

KOREA EXCHANGE BANK

Korea Investment Corporation

Korea Investment Corporation (Enhanced Passive Global

KOREA TELECOM

KOREAN AIRLINES CO.,LTD.

Kraft Foods Finance Europe AG

KRAUS PARTNER INVESTMENT SOLUTIONS AG

KREDITANSTALT FUR WIEDERAUFBAU

KROGER CO MASTER RETIREMENT TRUST

KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC

Kwok Lin

Kylin Fund LP

Kylin Offshore Master Fund Ltd.

KYOBO SECURITIES CO. LTD

La Loma Senior Living Services, Inc.

LACERA Domestic Fixed Income Core Plus/Sector Rotation Portfolio

LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP

Land Transport Authority

LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche Landesbank GZ)

Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)

Landesbank Hessen-Thüringen Girozentrale

Landesbank Saar (formerly known as Landesbank Saar Girozentrale)

Lansdowne European Equity Fund Limited

Lansdowne Global Financials Fund Limited

Lansdowne Global Financials Fund LP

Lansdowne UK Equity Fund Limited

Lansdowne UK Equity Fund LP

LAPLACE FUND EQUITIES LIMITED

LAS VEGAS MONORAIL COMPANY

Latigo Master Fund, Ltd.

Latvijas Banka

Laurion Capital Master Fund Ltd

Lawson Software, Inc.

LB Peru Trust II, Series 1998-A

LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)

LBCCO-1 L.L.C.

LBMB Capital Partners V Cayman AIV I LP

LBMB Fund (B) Cayman AIV I L.P.

LBMB Fund Cayman AIV I L.P.

LBMB Partners Cayman AIV I LP

LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA represented by LA BANQUE

POSTALE ASSET MANAGEMENT

LBPAM ACTIONS EUROPE MONDE as successor to LBPAM PROFIL 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM ACTIONS PACIFIQUE represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM ALTERNA 10 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 80 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBREM II REIT Holdings LLC

lbsf

LCG Select Offshore, Ltd.

LCG Select, LLC

LCL ACTIONS EURO (ex-SICAV 5000)

LCL ACTIONS FRANCE

LCL OBLIGATIONS MONDE

LDVF1 FIP SARL

LDVF1 MAIN FIP SARL

Lee H Strohmeyer

Legg Mason Partners Strategic Income Fund

Lehigh University (C-LEHIGH)

Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)

Lehman Brothers (Luxembourg) SA (in liquidation)

Lehman Brothers Alpha Transport Fund, SPC

Lehman Brothers CDO Opportunity Partners 2004-4, L.L.C.

Lehman Brothers Diversified Private Equity Fund 2004 Partners

Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)

Lehman Brothers European Mezzanine 2004 SICAV

Lehman Brothers European Mezzanine Capital Partners-A, L.P.

Lehman Brothers European Mezzanine Fund 2003-A, L.P.

Lehman Brothers European Mezzanine Fund 2003-B, L.P.

Lehman Brothers European Mezzanine Leveraged Partners 2003-A, L.P.

Lehman Brothers European Mezzanine Leveraged Partners 2003-B, L.P.

Lehman Brothers European Mezzanine Partners 2003-A, L.P.

Lehman Brothers European Mezzanine Partners 2003-B, L.P.

Lehman Brothers European Mezzanine Partners 2003-C, L.P.

Lehman Brothers European Mezzanine Partners 2003-D, L.P.

LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)

Lehman Brothers Holdings

Lehman Brothers Inc.

Lehman Brothers Merchant Banking Partners IV (Europe) LP

Lehman Brothers Netherlands Horizons B.V.

Lehman Brothers Real Estate Mezzanine Partners II, L.P.

Lehman Brothers Real Estate Mezzanine Partners, L.P.

Lehman Brothers Real Estate Partners II, L.P.

Lehman Brothers Real Estate Partners III, L.P.

Lehman Brothers Real Estate Partners, L.P.

LEHMAN MORTGAGE TRUST, SERIES 2006-1

LEHMAN MORTGAGE TRUST, SERIES 2006-4

LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1

LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-13

LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17

Lehwood Holding France SAS (formerly Meridien Holding France SAS)

Lehwood Montparnasse SAS

Lehwood Nice SAS

Leif Endre Grutle

Leoforos B.V.

leopoldo1936

LESSING, STEPHEN M.

Level Global Overseas Master Fund, Ltd.

Leveraged Loans Europe plc

Lexington Insurance Company

LGT Multi Manager Bond High Yield (USD)

LGT Multi Manager Emerging Market Debt (BLK ticker: LGT-EMG)

Liberty Harbor Master Fund I, L.P.

LIBERTY SQUARE APTS

Libra CDO Limited, by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee

LIBRA FUND, L.P.

LIBRA OFFSHORE LTD.

LIFE INVESTORS INSURANCE COMPANY OF AMERICA

Lifetime Group Retirement & Death Benefit Plan

Lily Pond Currency Master Fund Ltd

Lily Pond Currency Plus Master Fund Ltd

Lily Pond Master Fund Ltd

LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST

Lincoln National Life Insurance Company Separate Account 12-Govern

Lincoln National Reinsurance Company (Barbados) Limited

LINCORE LIMITED

LING N YOUNG

LINLAKE VENTURES

LINN ENERGY LLC

Lion City CDO Limited - Series 2006-3

Lion City CDO Limited Series 2006-01

Lion City CDO Limited Series 2006-2

Lispenard Street Credit (Master), Ltd.

liv simonsen

Lloyds Register

Lloyds TSB  Bank plc

LM MOORE, LP

LMA SPC for and on behalf of the Map 35 Segregated Portfolio

LMA SPC for and on behalf of the Map 42 Segregated Portfolio

LMA SPC for and on behalf of the Map V Segregated Portfolio

LMP Capital and Income Fund Inc (Fixed Portion of Balanced Fund with C

Loeb Arbitrage B Fund LP

Loeb Arbitrage Fund

Loeb Offshore B Fund Ltd.

Loeb Offshore Fund, Ltd.

LOHR, ANDREAS

London Diversified Fund Limited

LONG ISLAND POWER AUTHORITY

LONGCHAMP FINANCE CORP.

Longue Vue Partners

Loomis Sayles Multi-Strategy Master Alpha, LTD

Louis Dreyfus Energy Services L.P.

LOUISE RITCHIE BEALE

Louisiana Sheriff's Pension & Relief Fund

LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE

Lovely Queen Co., Ltd.

LP MA1 LTD

LSN/TLS OBLIGATED GROUP

Lucent Technologies Iinc. Master Pension Trust (LUC-DB)

Lufthansa Technik Airmotive Ireland Retirement & Death Benefit Plan

LUMINANT ENERGY COMPANY LLC

Luminus Energy Partners Master Fund Ltd.

LUONG, HIEN

Lutheran Hillside Village, Inc.

Lutheran Senior Services

LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY

Luxor Capital Partners Offshore, Ltd.

Luxor Capital Partners, LP

Luz Del Carmen Diez Garelli & Cesar Rodriguez Gilabert TOD ALL LIVING

LVIP Delaware Bond Fund, a series of Lincoln Variable Insurance Produc

LVIP Delaware Managed Fund, a series of Lincoln Variable Insurance Pro

Lydian Overseas Partners Masterfund Ltd.

Lyonnaise de Banque

Lyxor Asset Management SA, as sub-mgr of Lyxor/Acuity Fund Ltd

Lyxor Asset Management SA, on behalf of Investissement 510

Lyxor Asset Management SA, sub-mgr of Lyxor/Harmonic Currency Fund Ltd

Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Capital Arbitrage Fund Ltd

Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Value Realization Fund Ltd

Lyxor Asset Mgmt SA, sub-mgr for Lyxor/Centaurus Event Driven Fund Ltd

Lyxor Asset Mgmt SA, sub-mgr of Lyxor/GLG Pan European Equity Fund Ltd

Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Observatory Credit Mkts Fund Ltd

Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Sabre Style Arbitrage Fund Ltd

Lyxor Asset Mgmt, sub-mgr of Lyxor/Julius Baer Global Rates Hedge Fund

M Del Carmen Hernandez & Enrique Guzman H JTWROS TOD Mitzi & Anaid G

M. Kenneth Witover

M. Steven Sembler and Sandra C. Sembler, tenants by entirety

M.H. Davidson & Co.

Ma De Lourdes Viades Blanco JTWROS TOD Jose M Gilabert Tenreyro

Mackay Shields Credit Strategy Partners LP

Macquarie Bank Limited

Macy's Inc. Defined Benefit Plans Master Trust (MACYS)

Macy's, Inc. Fixed Income

Madison Avenue Structured Finance CDO I

MAERSK A/S

Magnetar Capital Master Fund, Ltd

Magnetar Constellation Fund II, Ltd

Magnetar Constellation Master Fund III, Ltd

Magnetar Constellation Master Fund, Ltd

Magnetar Structured Credit Fund, LP

Magnus Herredsvela

Mai Hanlon

Main Street Natural Gas, Inc.

MAJESTIC FUND LIMITED

Malayan Banking Berhad

Manol Kacinoglu

MARANTHA BAPTIST BIBLE COLLEGE

Marathon Global Equity Master Fund, Ltd.

Marathon Master Fund, Ltd.

Marathon Special Opportunity Master Fund, Ltd.

Marble Arch Residential Securitisation No. 4 PLC

Marble Bar Asset Management LLP

Marble Finance Limited

Marcus Foundation, Inc.

MARCY LTD

Maria D L Gomory M & Carlos R Menendez L JTWROS TOD

Maria De J Aguirre M & Zoila Munoz C JTWROS Tod Ziola Ma R Aguirre M

Maria Del Carmen Fernandez LL Francisco Boiles Martinez TOD All Living

Maria Torres Landa U & Francisco Boiles F JTWROS TOD Juan F & Juan S B

Mariana Menendez Preciat & Fernando Marrufo Gutierrez JTWROS TOD

Marie J. Papillon

Marie-Christine Jost

MARINER ATLANTIC US BONDS, LTD.

MARINER LDC

MARINER OPPORTUNITIES FUND, LP

MARINER PARTNERS US BONDS, L.P.

Mariner-Tricadia Credit Strategies Master Fund, Ltd.

mark bernstein

Mark Mason

Marks & Spencer Pension Trust Limited (103123)

MARQUETTE FINANCIAL COMPANIES

Marriott International, Inc.

Mars Associates Retirement Plan

Marsh & McLennan Companies, Inc. U.S. Retirement Plan - High Yield

Marsh & McLennan Companies, Inc. U.S. Retirement Plan - Long Duration Fixed Income

Marshall Wace Core Fund Limited

mary ann oboyle

Mary N. Moore

Maryland State Retirement Board

Mass Mutual Life Insurance Company Limited

Massachusetts Bay Transportation Authority

Massachusetts Mutual Life Insurance Company

Massachusetts Mutual Life Insurance Company o/b/o its FPD Alpha Backed Notes Separate Account 1

Massachusetts State College Building Authority

Massachusetts Turnpike Authority

Massachusetts Water Resources Authority

MassMutual Asia Limited

MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED

Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation

Matthew Fiorilli and Judy Fiorilli

MATTHEW Q, GIFFUNI

Maxis Corporation

MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE

MBIA Inc.

MCDONNELL LOAN OPPORTUNITY LTD

MCGEE III, HUGH E

MEAG Munich ERGO Asset Management GmbH for and on behalf of Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchean

MEB Options, LLC.

MedAmerica Health Systems Employee Retirement Plan

MedCentral Health System

Medical Center of the Rockies

Mediobanca - Banca di Credito Finanziario S.p.A.

Mediolanum International Life Limited
MEGA INTERNATIONAL COMMERCIAL BANK CO,LTD
Melissa B. Mickey
MERCANTIL COMMERCEBANK, N.A.
Merced Partners II, L.P.
Merced Partners, L.P.
Mercer Global Investments Europe LTD
MERCHANTS' GATE CAPITAL LP
MERCHANTS' GATE ONSHORE FUNDLP
Mercuria Energy Trading Pte Limited
Mercuria Energy Trading SA
MERIDIAN BANK, N.A.
MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD
Merrill Lynch
Merrill Lynch Bank & Trust Co.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities (Europe) Limited
Merrill Lynch Commodities, Inc.
MERRILL LYNCH CREDIT PRODUCTS, LLC
Merrill Lynch International
Merrill Lynch International Bank Limited
Mesivta Yeshiva Rabbi Chaim Berlin
Metal Box Pension Trustees Limited
Metavante Corporation
Metropolitan Capital Advisors International, Ltd.
Metropolitan Capital Advisors, L.P.
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company on behalf of its Separate Account No. 389
Metropolitan Life Insurance Company SA 78
Meyer Family Trust LLC
MF Global UK Limited
MFA Financial, Inc., f/k/a MFA Mortgage Investments Inc.
MGM International Assurance Ltd
Michael and Jamie Delaney JTWROS
Michael Bruns
Michael Lardiere
Michael S. Goldberg 1992 Grantor Trust
michigan tobacco settlement finance authority
MICROSOFT CORPORATION
MICROSOFT GLOBAL FINANCE
MidAmerican Energy Company
MidFirst Bank
Midland National Life Insurance Company

Midway Market Neutral International Fund, Ltd.
Midwest Generation, LLC
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A Casil
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...
Miguel A Ozores Irastorza & Pablo Ozores Irastorza JTWROS
Miguel R. Bein and Olga María Rebori De Bein
Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue
Millennium International, Ltd.
Millennium Partners, L.P.
Minch Norton Employee Benefits Plan
Ministry of Economy and Finance of the Republic of Panama (100592)
MINNESOTA LIFE INSURANCE COMPANY
Minnesota State Board of Investment
MIP CoreAlpha Bond Master Portfolio
MIP Fixed Income Account
MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM
Missouri Local Government Employees Retirement System
Mitsubishi Corporation
MITSUBISHI UFJ SECURITIES CO.,LTD.
Mitsubishi UFJ Securities International plc
MITSUBISHI UFJ TRUST AND BANKING CORP.
MITSUBISHI UFJ TRUST AND BANKING CORPORATION
Mitsui & Co. Energy Risk Management Ltd.
MITSUI SUMITOMO INSURANCE CO.,LTD.
MIZRAHI TEFAHOT BANK LTD
Mizrahi Tefahot Bank, Ltd
MIZUHO BANK, LTD.
Mizuho Capital Markets Corporation
Mizuho Corporate Bank, Ltd.
Mizuho International plc
MIZUHO SECURITIES CO.LTD
MLC Investment Limited
MLC Investments Limited
MM Asset Management Limited: MM Institutional Funds PLC – MM UK Bond F
MMC UK Pension Fund Limited as trustees of the MMC UK Pension Fund
MMC UK Pension Plan - Global Small Cap Equity
MNC Partners, L.P.
MNOPF Trustees Limited - Merchant Navy Officers Pension Fund
MOLINA, GUILLERMO
Molson Coors Master Retirement Trust (TAP)
MONTAUK ENERGY CAPITAL, LLC
Montes de Piedad y Caja de Ahorros de Ronda, Cádiz, Almería, Málaga y Antequera
Montreal Trust Company of Canada, as Trustee for Flatrock Trust

56

MONUMENTAL LIFE INSURANCE COMPANY
MOORE GLOBAL FIXED INCOME FUND (MASTER) LP
MOORE MACRO FUND, L.P.
MOORE MACRO MARKETS FUND (MASTER), LP
MORGAN STANLEY & CO. INTERNATIONAL PLC
Morgan Stanley Alpha Advantage European Bond Fund II
Morgan Stanley Alpha Advantage European Fixed Income Fund
MORGAN STANLEY CAPITAL GROUP INC.
MORGAN STANLEY CAPITAL SERVICES INC.
Mortgage Funding 2008-1 PLC
MOTOR INSURERS' BUREAU OF HONG KONG
MOUNT POLLEY MINING CORPORATION
MP INVESTMENT BANK (A/C GEN)
mr. and Mrs. Beusen
MSIM Inc., Seed Capital Hedging Account
MSMM Funds PLC Global Bond (Euro Hedged) Fund
MSMM Funds PLC Global Bond Fund
Mt. Wilson CLO II LTD
MTR CORPORATION LIMITED
MTR Corporation Limited Provident Fund Scheme
MTR Corporation Limited Retirement Scheme
Multi Asset Platform Master Fund SPC
Multicare Health System
Multi-Strategy Alpha Port (MAPS) TM Fund, Ltd.
Münchener Hypothekenbank eG
MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, SERIES 2008-1 TRUST
MUNICIPALITY FINANCE PLC
Munir Dauhajre
myrna schwack
NAKAGAWA BUSSAN CO.,LTD.
Nathan S Ward
National Australia Bank Limited
National Bank of Canada
NATIONAL CINEMEDIA, LLC
National City Bank
National Grid plc
National Grid USA Final Average Pay Pension Plan
National Irish Bank Pension Scheme
National Power Corporation
National Railroad Retirement Investment Trust
National Railroad Retirement Investment Trust (Active Country and
National Rural Utilities Cooperative Finance Corporation
Nationale Nederlanden Interfinance B.V.

NATIONWIDE LIFE INSURANCE COMPANY (INC)

Nationwide Life Insurance Company of America Producers Pension Plan

NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC)

NATIONWIDE MUTUAL INSURANCE COMPANY

Nationwide Retirement Plan

Natixis

Natixis Financial Products Inc.

NEBRASKA INVESTMENT FINANCE AUTHORITY

Nektar Asset Management AB for the Nektar Fund

Neste Oil OYJ

Nestle in the USA Pension Trust

Nestle in the USA Savings Trust

Nestle USA, Inc.

Nestle USA, Inc. Master Retirement Trust

NetApp, Inc.

New Ireland Superannuation Fund

New Jersey Housing and Mortgage Finance Agency

New Mexico Educational Retirement Board Pension Plan

New South Federal Savings Bank, F.S.B.

New York City Industrial Development Agency

NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY

NEW YORK LIFE INS & ANNUITY CORP PRIVATE PLACEMENT VAR UNIV LF  SEP

NEW YORK LIFE INSURANCE & ANNUITY CORPORATION

NEW YORK LIFE INSURANCE COMPANY INC

News America Incorporated

Newton Re Limited

NEXEN ENERGY MARKETING LONDON LIMITED

NEXEN MARKETING

NEXEN MARKETING SINGAPORE PTE LTD.

Nexgen Capital Limited

Nexstar Developing Opportunities Master Fund, Ltd.

Niagra Mohawk Pension Plan

NIBC BANK N.V.

Nick Wiszowaty

Nilsborg Invest AS

NiSource Finance Corporation

Nochu Russell Multi-Strategy Global Bond Fund

Nomura Global Financial Products Inc.

Nomura International plc

Nomura Securities Co. Ltd.

NORD/LB COVERED FINANCE BANK S.A.

NORDDEUTSCHE LANDESBANK GIROZENTRALE

NORDEA BANK AB (publ)

NORDEA BANK FINLAND Plc

NORDIC INVESTMENT BANK

Nortel Networks Inc. Retirement Income Plan

North American Company for Life and Health Insurance

NORTHCREST INC

Northern Racing PLC

NORTHERN ROCK PLC

Northern Trust Fund Services (Ireland) Ltd. on behalf of

Northern Trust Global Advisors-AFEBT

NORTHSIDE GUARANTY, LLC

NorthStar Real Estate Securities Opportunity Fund L.P.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (THE)

NORTHWOODS-CATHEDRAL CITY, L.P.

Norton Gold Fields Limited

NRC Partners, L.P.

NRG POWER MARKETING LLC

NRW.BANK

NSK Pension Scheme

NTCC Western FI fd AFEBT

NUI Galway Pension Scheme

NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED ACCOUNTS PORTFOLIO

NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND

NUVEEN HIGH YIELD BOND FUND

NUVEEN HIGH YIELD MUNICIPAL BOND FUND

NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT PORTFOLIO

NUVEEN MULTI-STRATEGY INCOME FUND

NUVEEN SHORT DURATION BOND FUND

NYKREDIT BANK A/S

O.M.I. Provincial Account

Oak Crest Village, Inc.

Oak Hill Credit Alpha Fund (Offshore), Ltd.

Oak Hill Credit Alpha Fund, L.P.

Oak Hill Credit Opportunities Master Fund, Ltd.

Oak Hill Securities Fund II, LP.

Oak Hill Securities Fund, LP.

Oak Hill Strategic Partners, L.P.

Oaktree Value Opportunities Fund, L.P.

OBERBANK AG represented by Burns & Levinson LLP

OC/SD Mezz 1 LLC

Occidental Energy Marketing, Inc.

Och-Ziff Capital Structure Arbitrage Master Fund, Ltd.

OCM Opportunities Fund VI, L.P.

OCM Opportunities Fund VII Delaware, L.P.

OCM Opportunities Fund VII, L.P.

OCM Opportunities Fund VIIb Delaware, L.P.

O'Connor Capital Structure Opportunity Master Limited

O'Connor Global Convertible Arbitrage II Master Limited

O'Connor Global Convertible Arbitrage Master Limited

O'Connor Global Fundamental Market Neutral Long/Short Master Limited

O'Connor Global Multi-Strategy Alpha Master Limited

O'DELL, SCOTT & JENNIFER

Oesterreiche Volksbanken-Aktiengesellschaft

OFID - OPEC Fund for International Development

OGI Associates LLC

OHA Coast Hedging, Ltd.

OHA Hedged Credit, Ltd.

Ohio Operating Engineers Pension Fund

Ohio Presbyterian Retirement Services

Ohio SERS Core Full

Oil Investment Corporation Ltd.

Oklahoma City Employee Retirement System

Old Lane Financial Products, L.P.

OLD LANE LPA/C OLD LANE FINANCIAL PRD LP

Old Mutual (US) Holdings Inc.

Olifant Fund, LTD.

Olympus ALC Co-Borrower No.1, L.P.

Onderlinge Waarborgmaatschappij Centrale Zorgverzekeraars groep, Zorgverzekeraar U.A. ("CZ")

ONEOK Energy Services Company, L.P.

Ontario Teachers' Pension Plan Board

Onyx Finance Limited

Onyx Funding Limited - Series 2005-1

Onyx Funding Limited - Series 2006-1

Onyx Funding Limited - Series 2008-1

Oppenheimer Master International Value Fund, LLC

Optimum Fixed Income Fund, a series of Optimum Fund Trust

Orange County Employees Retirement System

ORANJE-NASSAU ENERGIE B.V.

Ore Hill Credit Hub Fund Ltd. f/k/a Ore Hill Concentrated Credit Hub Fund Ltd.

Oregon Laborer-Employers Pension Trust Fund

Oregon Public Employees Retirement System

Osaka Securities Finance Company, Ltd.

OSCART INTERNATIONAL LIMITED

OVAL CIBLE ABSOLU (FRENCH COLLECTIVE INVESTMENT SCHEME) REP. BY OFI AM

OVERSEA-CHINESE BANKING CORPORATION LIMITED

OWENS & MINOR INC

Owl Creek I, L.P.

Owl Creek II, L.P.

Owl Creek Overseas Fund, Ltd.

Oz Asia Master Fund, Ltd.

OZ Europe Master Fund, Ltd.

OZ Global Special Investments Master Fund, LP

OZ Master Fund, Ltd.

Pacific Coast Bankers' Bank

Pacific Gas & Electric Corporation Post Retirement Medical Trust

PACIFIC GAS AND ELECTRIC COMPANY

Pacific International Finance Limited

Pacific Investment Management Company LLC, for each account named in the Termination Agreement

PACIFIC LIFE & ANNUITY COMPANY

Pacific Life Funds PL Inflation Managed Fund

Pacific Life Insurance Company

PACIFIC LIFECORP

Pacific Select Fund

Pacific Summit Energy LLC

PacificCorp Retirement Plan

PacifiCorp (as assignee of MidAmerican Energy Company)

PALMETTO HEALTH ALLIANCE

Paloma Industries Nogata Plant Ltd.

PANTON MASTER FUND LP

PAR INVESTMENT PARTNERS, L.P.

Par-Four Master Fund, Ltd.

Paris Prime Commercial Real Estate FCC, a French fonds commun de creances represented by Eurotitrisation

PARKCENTRAL GLOBAL HUB LTD (in provisional liquidation)

PARMENIDES MASTER FUND, L.P.

PARS Aspire Fund - (#4817)

Parsec Trading Corporation

Partner Reinsurance Company Ltd.

Patricia A. Ferro

Paul Hamlyn Foundation

Paulson Advantage Master Ltd.

Paulson Advantage Plus Master Ltd.

Paulson Credit Opportunities Master II Ltd.

Paulson Credit Opportunities Master Ltd.

PB CAPITAL CORPORATION

PB Financial Services, Inc.

PB Institutional Limited Partnership

PCS Administration (USA), Inc. Master Trust

PEABODY ENERGY CORPORATION

Pearl Assurance plc

Pearl Finance PLC - Series 2003-1

Pearl Finance PLC - Series 2003-4

Pearl Finance PLC - Series 2003-5

Pearl Finance PLC - Series 2003-6

Pearl Finance PLC - Series 2003-8

Pearl Finance PLC - Series 2005-1

Pebble Creek LCDO 2006-1, LTD

Pebble Creek LCDO 2007-3, LTD

PENN VIRGINIA CORPORATION

Penn West Petroleum Ltd.

Pennsylvania Public School Employees' Retirement System

Pension Asset Committee of Twin Cities Hospitals – Minnesota Nurses Association Pension Plan

Pension Benefit Guaranty Corporation

Pension Fund of the Christian Church (Disciples of Christ), Inc.

Pension Plan of Hercules Incorporated

Pension Plan of The Chubb Corporation, Chubb & Son, Inc. and Participa

Pension Reserves Investment Trust

Pensionskasse Unilever Schweiz

PENTWATER CREDIT PARTNERS FUND LTD

PENTWATER GROWTH FUND LTD

People's Bank of China

PEOPLE'S UNITED BANK

Pere Ubu Investments, L.P.

Perry Partners International Inc.

Perry Partners LP

Peter and Diana Caride

Petra Schoemaker

Petrarca Finance Public Limited Company Series 2002-01

PGA HOLDINGS INC

Pharo Macro Fund, Ltd.

Pharo Master Fund, Ltd.

Phibro LLC

Philadelphia Municipal Employees Retirement System

Philip Morris Finance S.A.

PHILIPPINE AIRLINES INC

Philips Pension Trustees Limited as Trustee of the Philips Pension Fund

PHOEBE DEVITT HOMES et al.

Phoenix 2002-1 Limited

Phoenix 2002-2 Limited

Phoenix F1 – Neubrandenburgstrasse S.à.r.l

Phoenix II Mixed Sarl

Phoenix III Mixed U S.a.r.l

Phoenix Pensions Limited

PHZ Long/Short Trading Ltd.

PICERNE DEVEOPMENT CORP OF FLORIDA

PICKENS, T. BOONE

Pickersgill, Inc.

PIETRO FERRERO

Pilsudski Fund Limited (formerly MAC Pilsudski 20A Limited)

PIMCO Absolute Return Strategy II Cayman Unit Trust - (#4902)

PIMCO Absolute Return Strategy II Master Fund LDC - (#4802)

PIMCO Absolute Return Strategy III - (#4803)

PIMCO Absolute Return Strategy IV eFund - (#4899)

PIMCO Absolute Return Strategy IV IDF LLC - (#3994)

PIMCO Absolute Return Strategy IV Master Fund LDC - (#3199)

PIMCO Absolute Return Strategy V - (#4825)

PIMCO Absolute Return Strategy V Alpha Fund - (#4942)

PIMCO Bermuda Foreign Low Duration Fund - (#2742)

PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M) - (#3706)

PIMCO Bermuda Global Bond Ex-Japan Fund - (#3738)

PIMCO Bermuda LIBOR Plus Fund (M) - (#2739)

PIMCO Bermuda U.S. Low Duration Fund - (#2741)

PIMCO Cayman Global Aggregate Bond Fund - (#2733)

PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund - 2818

PIMCO Cayman Global Aggregate Ex-Japan Bond Fund - (#2755)

PIMCO Cayman Global Aggregate Ex-Japan Income Fund - (#2763)

PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Bond Fund II-2759

PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Income Fund-2781

PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund - (#2732)

PIMCO Cayman Global Ex-Japan Bond Fund - (#2730)

PIMCO Cayman Global High Income Fund - (#2764)

PIMCO Cayman Global LIBOR Plus (U.S. Dollar-Hedged) Fund - (#3801)

PIMCO Cayman Global Multiple Real Return Fund - (#2768)

PIMCO Combined Alpha Strategies - (#4861)

PIMCO CommodityRealReturn Strategy Fund - (#731)

PIMCO CommodityRealReturn Strategy Portfolio - (#6881)

PIMCO Emerging Markets Bond Fund (M) - (#2737)

PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) - (#770)

PIMCO Foreign Bond Fund (Unhedged) - (#719)

PIMCO Global Bond Fund (U.S. Dollar-Hedged) - (#785)

PIMCO Global Bond Fund (Unhedged) - (#775)

PIMCO Global Bond Portfolio (Unhedged) - (#2680)

PIMCO Global Bond Strategy Fund - (#3751)

PIMCO Global High Yield Strategy Fund - (#3752)

PIMCO Real Return Fund - (#795)

PIMCO Real Return Portfolio - (#691)

PIMCO Real Return Trust - (#6031)

PIMCO RealEstateRealReturn Strategy Fund - (#788)

Piney Branch Park Inc.

Ping Exceptional Value Master Fund L.P.

Pinnacle American Core Plus Bond Fund

PIONEER EUROPE MAC 70 LIMITED

Pioneer Funds - U.S. Equity 130/30

Piper Jaffray Financial Products II Inc.

PJ Carroll & Co Ltd Pension Plan for Salary & Factory Staff

PJM Interconnection, LLC

Plainfield Direct Inc.

Plainfield Special Situations Master Fund Limited

Plan for Employee Benefit Investment Funds, Core Plus Fixed Income Fund

Plan Investment Committee on behalf of the JPMorgan Chase Retirement Plan (JPMC)

PMA Koryo Fund

PMA Prospect Fund

PNC Bank, National Association

Pohjola Bank plc

Polaris Fund (GEO Global Bond Total Return VI) - Polaris Investment SA

POLLYSON INTERNATIONAL LIMITED

Polygon Global Opportunities Master Fund

Pond View Credit (Master), L.P.

Popular Gestión, S.G.I.I.C., S.A.

Port of Tacoma

Portman Building Society Pension & Assurance Scheme

Posillipo Finance II S.r.l.

Posillipo Finance S.r.l.

Post Distressed Master Fund, L.P.

Post Strategic Master Fund, L.P.

Post Total Return Master Fund, L.P.

Poste Italiane S.p.A.

Potomac River Capital Master Fund, L.P.

Poudre Valley Health Care, Inc.

PPG Industries, Inc. - Long DurationCompany of America

PPG Industries, Inc. Pension Plan Trust (PPG-DB)

PPL Services Corporation (PPL)

PQ Corporation

PRACTIS 09.09

Preferred Residential Securities 06-1 Plc

PREGIS CORPORATION

Premier Health Partners Operating Investment Program

PRESBYTERIAN MANORS INC

President and Fellows of Harvard College

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers International (Europe) Zurich Branch, in Liquidation

PRIMONE INC.

Primus Telecommunications Canada Inc.

PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX

Principal Life Insurance Company

PRISMA ENHANCED FIXED INCOME FUND LP

PRISMA ENHANCED FIXED INCOME FUND LTD

Procesos Controlados SA DE CV

Programma Dinamico S.p.A.

Promark Alternative High Yield Bond Fund - Acct. No. GREK (GMAM Investment Funds Trust II)

Promark Global Tactical Asset Allocation Fund - Acct. No. 3037020140 (GMAM Investment Funds Trust)

Promark Investment Trustees Limited

Prospect Harbor Credit Partners, L.P.

PROTEIN 2

PROVIDENT LIFE & ACCIDENT INSURANCE CO INC

Pru Alpha Fixed Income Opportunity Master Fund I, LP

Prudential Global Funding LLC

Prudential Investments

PSEG Inc. Master Retirement Trust

PT Bank Negara Indonesia (Persero) Tbk.

PUBLIC POWER GENERATION AGENCY

Public Utility District No. 1 of Chelan County PUD, Washington

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Swap FCCC Corp.

Puget Sound Energy, Inc.

Pulsar Re, Ltd.

PULSIA 2

Pumice Investments (Netherlands) B.V.

Pursuit Capital Partners Master (Cayman) Ltd.

PURSUIT OPPORTUNITY FUND I MASTER LTD

Putnam Absolute Return Fixed Income Fund

Putnam Asset Allocation Funds - Growth Portfolio

Putnam Canadian Global Trust - Putnam Canadian Fixed Income Long Fund

Putnam Credit Hedge Fund, L.P.

Putnam Europe Equity Fund

Putnam Floating Rate Income Fund

Putnam Funds Trust - Putnam International Growth and Income Fund

Putnam Global Funds - Putnam Worldwide Income Fund

Putnam Global Income Trust

Putnam High Yield Advantage Fund

Putnam High Yield Fixed Income Fund, LLC

Putnam High Yield Trust

Putnam Income Strategies Fund

Putnam International Equity Fund

Putnam International Equity Fund, LLC

Putnam International Trust

Putnam Investment Holdings, LLC - International Core Concentrated Equity - Institutional Incubated Fund

Putnam Investment Holdings, LLC - Putnam Global Growth Equity Fund - Institutional Incubated Fund

Putnam New Flag Euro High Yield Fund Plc

Putnam PSVF Liability Funding Portfolio

Putnam Retirement Advantage GAA Balanced Portfolio

Putnam Retirement Advantage GAA Conservative Portfolio

Putnam Retirement Advantage GAA Equity Portfolio

Putnam Retirement Advantage GAA Growth Portfolio

Putnam Retirement Advantage GAA Income Strategies Portfolio

Putnam Structured Opportunities Fund, Ltd.

Putnam Total Return Fund, Ltd.

Putnam Total Return Trust

Putnam Variable Trust - Putnam VT High Yield Fund

Putnam Variable Trust - Putnam VT International Equity Fund

Putnam Variable Trust - Putnam VT International Growth and Income Fund

Putnam Variable Trust - Putnam VT International New Opportunities Fund

Putnam World Trust - Putnam Emerging Information Sciences Fund

Putnam World Trust - Putnam Global Fixed Income Alpha Fund S1

Putnam World Trust - Putnam Global Fixed Income Alpha Fund S2

Putnam World Trust - Putnam Global High Yield Bond Fund

Putnam World Trust - Putnam International (Non U.S. Core) Equity Fund

Putnam World Trust - Putnam Investors (U.S. Core Equity) Fund

Putnam World Trust - Putnam New Opportunities (U.S. Aggressive Growth Equity) Fund

Putnam World Trust - Putnam Total Return Fund

PVHA/Sims Ventures, Inc.

PYRAMIS BROAD MARKET DURATION COMMINGLED POOL PORTFOLIO OF THE PYRAMIS

PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL

PYRAMIS LONG DURATION COMMINGLED POOL

Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee

Pyxis Finance Limited

Q-BLK Alpha Transport Trust - Global Bond Fund

Q-BLK Alpha Transport Trust - US Bond (Pension) Fund

QFR Master Victoria Fund, L.P.

QIC Ltd (formerly Queensland Investment Corporation) as trustee for the QIC Diversified Fixed Interest Fund No.1

Quantitative Enhanced Decisions Master Fund, L.P.

Quantum Partners LDC

Quartz Finance Limited

Quartz Finance PLC - Series 2003-3

Quartz Finance PLC - Series 2003-4

Quartz Finance PLC Series 2003-5

Quartz Finance PLC Series 2005-1A

Quartz Finance PLC Series 2005-1B

Quartz Finance PLC Series 2005-2

Quartz Finance Public Limited Company Series 2003-1 Eldon Street A

Quartz Finance Public Limited Company Series 2003-1 Eldon Street B

Queensland Investment Corporation as Trustee of

Quintessence Fund LP

QVT Fund LP

R2 Investments, LDC

Rabobank Nederland, New York Branch

Radcliffe SPC, Ltd., for and on behalf of

RAI RADIOTELEVISIONE ITALIANA SPA

RAIFFEISEN BANK ZRT

Raiffeisenlandesbank Niederosterreich-Wien AG

Raiffeisenlandesbank Vorarlberg Waren-u. Revisionsverband

Railway Pension Trustee Company Limited

Railways Pension Trustee Company Limited

Rainer and Helga Pechmann

Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG Latitude Master Fund, Ltd.)

Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)

Ratia Energie AG

RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD

Raymond G. Schuville

Raymundo Sanchez Aussenac & Maria E Sanchez JTWROS TOD Dolores Ramos R

Raytheon Company Combined Defined Benefit Defined Contribution Master

Raytheon Master Pension Trust

RBC ASSET MANAGEMENT INC.

RBC Dexia Investor Services

RBC Dexia Investor Services Trust as Trustee for RBC Canadian Master Trust

RCG PB, Ltd.

Real Assets Portfolio LP

Redfire, Inc.

Redwood Master Fund, Ltd.

REGIMENT CAPITAL LTD

Regione Marche

REGIONS BANK

Reid Street Retirement Global Bond Fund

Relative European Value S.A.

Reliant Energy Power Supply, LLC

Reliant Energy Services, Inc., n/k/a RRI Energy Services, Inc.

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company of New York

Reservoir Master Fund, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A1A)

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A2A)

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A5A)

Residential Accredit Loans, Inc. Series 2006-QO9

RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15

Resolute Aneth, LLC

Restructured Asset Certificates With Enhanced Returns

Restructured Asset Certificates with Enhanced Returns, Series 1998-I-P

Restructured Asset Certificates with Enhanced Returns, Series 2002-45-

Restructured Asset Securities with Enhanced Returns,

Restructured Assets Securities With Enchanced Returns

Retirement Housing Foundation

Retirement Plan for Employees of Aetna Services, Inc. (AET)

Retirement Plan of Circuit City Stores, Inc. (CCS)

Reynolds American Inc. Defined Benefit Master Trust

RGF Russell Global Equity Fund

RIC Emerging Markets

RIC II plc The Global Bond (Euro Hedged) Fund

RIC III plc The Active Currency Fund

RIC IV plc The Alpha Fund

RIC plc The Global Bond Fund

RIC plc The U.S. Bond Fund

RIC Russell Short Duration Bond Fund

RIC Russell Strategic Bond Fund

richard and roberta edelheit

Richard J Bove TTEE fbo Victoria B Vallely

Rick M. Rieder and Debra L. Rieder

RIC-OMIGSA Global Bond Fund

RIC-OMIGSA Global Money Market Fund

RIF Core Bond Fund

RIFL LLC Russell International Equity Fund

RIML Russell International Bond Fund - $A Hedged

RIMROCK HIGH INCOME PLUS (MASTER) FUND LTD

RIMROCK LOW VOLATILITY MASTER FUND LTD
Rio Tinto Energy America, Inc.
Rising U.S. Dollar ProFund
River Capital Advisors, Inc.
RiverSource Balanced Fund
RiverSource Diversified Bond Fund
RiverSource Life Insurance Company
RiverSource Limited Duration Bond Fund
RiverSource Variable Portfolio - Balanced Fund
RiverSource Variable Portfolio - Core Equity Fund
RiverSource Variable Portfolio - Diversified Bond Fund
Roar Tessem
Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A
ROBERT A SCHOELLHORN TRUST
Robert A. Meister
Roche US DB Plans Master Trust
Rock Creek Portable Alpha Series 7051, Ltd
Rock Creek Portable Alpha Series 8011, Ltd
Rock Creek Portable Alpha Series I, Ltd
Rock Creek Portable Alpha Series III, Ltd
RockView Trading, Ltd.
ROGER L. WESTON REV TRUST
Roger Newton and Coco Newton JTWROS
ROHAN, PHANSALKAR
Roman Dworecki, MD
ronald l gallatin
Ronnie B. Getz Revocable Trust
Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez
ROSS FINANCIAL CORPORATION
Rosslyn Investors I, LLC
Rosslyn Series LLC c/o Lehman Brothers Real Estate Partners II, L.P.
ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED)
ROYAL BANK AMERICA
ROYAL BANK OF CANADA
Royal Charter Properties - East, Inc.
Royal City of Dublin Hospital Trust
Rubicon Master Fund
Ruby Finance PLC - Series 2003-4
Ruby Finance PLC - Series 2004-2
Ruby Finance PLC - Series 2005-IA1
Ruby Finance PLC - Series 2005-IA10
Ruby Finance PLC - Series 2005-IA11
Ruby Finance PLC - Series 2005-IA12

Ruby Finance PLC - Series 2005-IA13

Ruby Finance PLC - Series 2005-IA14

Ruby Finance PLC - Series 2005-IA15

Ruby Finance PLC - Series 2005-IA16

Ruby Finance PLC - Series 2006-02

Ruby Finance PLC - Series 2006-03

Ruby Finance PLC - Series 2006-5

Ruby Finance PLC - Series 2007-2

Ruby Finance PLC - Series 2007-3

Ruby Finance PLC - Series 2007-6

Ruby Finance PLC - Series 2007-7

Ruby Finance PLC - Series 2008-1

Russell Global Equity

RUT The International Bond Fund

RWE SUPPLY & TRADING GMBH

S.A.C. Arbitrage Fund, LLC

S.A.C. Capital Associates, LLC

S.A.C. Global Investments, L.P.

S.A.C. Global Macro Fund, LLC

S.A.C. MultiQuant Fund, LLC

s.Weinstein & H. Weinstein TTees Candid Litho Printing LTD Defined Benefit Pen. Plan

SABMiller Plc, Attn: Jonathan Gay, Group Treasury Counsel

SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND

SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ

sacha lainovic

Sacher Funding Ltd.

SAGA 400 LIMITED

Sagamore CLO Ltd. c/o Invesco Senior Secured Management, Inc.

SALEM FIVE CENTS SAVINGS BANK

Salt River Pima Maricopa Indian Community

Salvador Heredia Haro Tod Emilia De Haro SIlos

Samba Financial Group

Sampo Bank plc

SAMRA, VICTOR

Samsung Life Insurance Co., Ltd.

San Diego County Employee Retirement Systems

San Francisco City and County Employees' Retirement System

SAN REMO APARTMENTS, L.P.

Sandra S Greenwood Trustee Sarah Greenwood Tr 3/20/08

Sandra S Greenwood TTee Fraser  Greenwood Trust

Sandra S Greenwood TTee Thomas  Greenwood Trust

Sanford C. Bernstein Fund II, Inc. - Bernstein Intermediate Duration Institutional Portfolio

Sanford C. Bernstein Fund, Inc. - Intermediate Duration Portfolio

Sankaty Credit Opportunities II, L.P.

Sankaty Credit Opportunities III, L.P.

Sankaty Credit Opportunities, L.P.

Sankaty Special Situations I, L.P.

SANMINA-SCI CORPORATION

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Banesto Garantizado Multioportunidad 4X4 II, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Banesto Garantizado Ocasion, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Conservador 2, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Conservador, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Moderado 2, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Moderado, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Multirentabilidad, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Santander 150 Aniversario 2, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Santander 150 Aniversario, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Acciones 2, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Dividendo 2, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Dividendo, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Santander Decision Conservador, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Santander Decision Moderado, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Superfondo Evolucion, FI

Saphir Finance PLC - Series 2006-3 Class A1

Saphir Finance PLC - Series 2006-3 Class A3

Saphir Finance PLC - Series 2006-3 Class A4

Saphir Finance PLC - Series 2006-4

Saphir Finance PLC - Series 2006-6

Saphir Finance PLC - Series 2006-8 - Series A

Saphir Finance PLC - Series 2006-8C

Saphir Finance PLC - Series 2007-2

Saphir Finance PLC - Series 2007-4

Saphir Finance PLC - Series 2007-5

Saphir Finance PLC - Series 2007-7

Saphir Finance PLC - Series 2007-9

Saphir Finance PLC - Series 2008-1

Saphir Finance PLC - Series 2008-10

Saphir Finance PLC - Series 2008-11

Saphir Finance PLC Series 2005-10-A1

Saphir Finance PLC Series 2005-10-A2

Saphir Finance Public Company Limited Series 2004-5

Saphir Finance Public Company Limited Series 2004-7

Saphir Finance Public Company Limited Series 2005-1 Class A1

Saphir Finance Public Limited Company

Saphir Finance Public Limited Company 2005-07A1

Saphir Finance Public Limited Company Series 2004-12
Saphir Finance Public Limited Company Series 2004-2
Saphir Finance Public Limited Company Series 2004-4
Saphir Finance Public Limited Company Series 2005-04
Saphir Finance Public Limited Company Series 2005-11
Saphir Finance Public Limited Company Series 2005-12
Saphir Finance Public Limited Company Series 2005-3A
Saphir Finance Public Limited Company Series 2005-3B
Saphir Finance Public Limited Company Series 2005-3C
Saphir Finance Public Limited Company Series 2006-02
Saphir Finance Public Limited Company Series 2006-02A1
Saphir Finance Public Limited Company Series 2006-02A2
Saphir Finance Public Limited Company Series 2006-10
Saphir Finance Public Limited Company Series 2006-11A
Saphir Finance Public Limited Company Series 2008-12
Saphir Finance Public Limited Company Series 2008-13
Saphir Finance Public Limited Company Series 2008-6
Saphir Finance Public Limited Company Series 2008-7
Saphir Finance Public Limited Company Series 2008-8
Saphir Finance Public Limited Company Series 2008-9
Saphir Public Limited Company Series 2006-02B1
Sarasota County Public Hospital District
Saratoga CLO I, Limited c/o Invesco Senior Secured Management, Inc.
SARK MASTER FUND LIMITED
SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD.
SATELLITE CREDIT OPPORTUNITIES FUND, LTD.
SATELLITE FUND II, L.P.
SATELLITE FUND IV, L.P.
SATELLITE OVERSEAS FUND IX, LTD.
SATELLITE OVERSEAS FUND V, LTD.
SATELLITE OVERSEAS FUND VI, LTD.
SATELLITE OVERSEAS FUND VIII, LTD.
SATELLITE OVERSEAS FUND, LTD.
Saudi Arabian Monetary Agency
Savannah ILA Employers Pension Fund
Saxo Bank A/S
SBA Communications Corporation
SCAGO Educational Facilities Corp. for Sumter County School Distr. 17
SCAGO Educational Facilities Corporation forWilliamsburg School Distr.
Schering-Plough Retirement Plan (SGP)
Schiller Park CLO
Schiller Park CLO Ltd.
Schlumberger Master Profit Sharing Trust

Schroder & Co. Limited

Schroder Alternative Solutions

Schroder International Selection Fund Absolute Return Bond

Schroder International Selection Fund Global High Yield

Schroder International Selection Fund Strategic Bond

Schroder International Selection Fund Strategic Credit

Schroder Investment Company Limited

Schroder Strategic Bond Fund

SCI Gouvion Saint Cyr

SCOGGIN CAPITAL MANAGEMENT LP II

Scoggin International Fund, Ltd.

SCOGGIN WORLDWIDE FUND LTD

Scott Sobo

Seabrook Village, Inc.

Sears 401 (k) Savings Plan

Seat Pagine S.p.A.

SEB AG

Security Life of Denver Insurance Company

SEGESPAR FINANCE

SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC

SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME FUND

SEI INSTITUTIONAL INTERNATIONAL TRUST INTERNATIONAL FIXED INCOME FUND

SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED DURATION FUND

SEMERIA MONDE

Sempra Energy Solutions LLC

SEMPRA GENERATION

Senior Debt Portfolio

Sentara Employees' Pension Plan (SENT-P)

Sentara Healthcare (SENT)

SENTINEL ALARM

SESI LLC

SGRO, MICHAEL

SGS HY Credit Fund I (Exum Ridge CBO 2006-3), LTD.

SHANNON HEALTH SYSTEM

Shanti Asset Management

Sharon

SHARP HEALTHCARE SYSTEM

Sheehan F. Lunt

Shell International Eastern Trading Company

Shell Pensions Trust Limited in its capacity as trustee of the Shell Contributory Pension Fund

SHELL TRADING (US) COMPANY

Shell Trading International Limited

Shepherd of the Valley Lutheran Retirement Services, Inc.

Shin Kong Life Insurance Company Limited

SHINSEI BANK LIMITED

Shinyoung Securites, co.

SHIZUOKA BANK, LTD

SHK ASIA DYNAMIC HOLDINGS LTD

SHOKO CHUKIN BANK - THE

SHROPSHIRE COUNTY PENSION FUND

Sid R. Bass Management Trust

Siemens AG

Siemens Capital Company LLC

Sierra Pacific Resources Retirement Plan

SIG Energy, LLLP

Sigma Capital Associates, LLC

Sigma Fixed Income Fund, Ltd.

Silver Lake Credit Fund, L.P.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Fund, Ltd.

SIMPSON MEADOWS

Singapore Airlines Limited

SINGAPORE PETROLEUM COMPANY LIMITED

Sirius International Limited with respect to Series 11

Sirius International Limited with respect to Series 16

Sisters of Charity

SJL MOORE LTD

SK ENERGY CO. LTD.

SK SECURITIES CO.,LTD

Skandinaviska Enskilda Banken AB (publ)

SKYPOWER CORP.

SLM Corporation

Slovenska Sporitel'na a.s.

SMASh Series M Fund

SMBC Capital Markets Limited

Smith Breeden Alpha Strategies Master Ltd.

Smith Breeden Credit Master Ltd.

Smith Breeden Investment Grade Core Bond Master Ltd.

Smith Breeden Mortgage Partners L.P.

SmithKline Beecham Corporation

SMOLANSKY FUND LIMITED

SMURFIT KAPPA ACQUISITIONS f/k/a JSG Acuisitions f/k/a MCDP Acquisitions I

So Cal United Food & Commercial Workers Unions & Food Employers

Societe des Autoroutes Paris-Rhin-Rhone ("APRR")

Societe Generale

Société Générale Asset Management Banque

Society of African Missions (SMA)

SOLA, Ltd.

SOLAR INVESTMENT GRADE CBO I, LIMITED

SOLAR INVESTMENT GRADE CBO II, LIMITED

SOLOMER FUND LLC

Solus Core Opportunities Master Fund Ltd.

Sonoma CERA Portfolio

SORIN MASTER FUND, LTD.

South Africa Reserve Bank (100007)

South African Reserve Bank

Southern Community Bank and Trust

Southern Community Financial Corp.

Southern Pacific Securities 05-1 PLC

Southern Pacific Securities 05-3 PLC

Southhaven Partners I, L.P.

Southwest Airlines Co.

SOUTHWEST CORPORATE FEDERAL CREDIT UNION

SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC

Sovereign Bank

Sovereign High Yield Investment Company Limited

Sparkasse Aachen

Sparkasse Pforzheim Calw

SPCP GROUP, L.L.C.

SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.

SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Ltd., successor to Export Development Canada (EDC)

SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.

SPCP Group, L.L.C., successor to Alliance Laundry Equipment Receivables Trust 2005-A

SPCP Group, LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd.

SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD

SPECTRUM INVESTMENT PARTNERS LP

Spokane Public Facilities District

SR GGI Master MA, Ltd.

SR Latigo Master MA, Ltd

SRI FUND, L.P.

SRM Global Master Fund Limited Partnership

St. John of God Order - Irish Province

St. Joseph Health System - Operating Account

St. Joseph's University

St.Joseph's/Candler Health System, Inc.

Standard Bank Isle of Man Limited

Standard Bank Jersey Limited

Standard Bank Plc

Standard Chartered Bank

Standard Chartered Bank (Thai) Public Company Limited

Standard Chartered Bank as trustee and HI Asset Management Co. Ltd. as I.M. for CJ 2 Star SD Cliquet Private Derivatives Trust 22

STANDARD GENERAL MASTER FUND LP

STANDARD LIFE & ACCIDENT INSURANCE COMPANY

Stanford Hospital and Clinics

Staple Street Aviation (Master), L.P.

STARK CRITERION MASTER FUND LTD. (1000193271)

STARK GLOBAL OPPORTUNITIES MASTER FUND LTD (888045720)

STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. (1000193260)

STARK MASTER FUND LTD (888045730)

STARK MASTER FUND LTD. (1000193269)

State Bank of India

STATE BANK OF LONG ISLAND

State Board of Administration of Florida (103233)

State of Indiana (Major Moves Construction Fund)

STATE OF OREGON

STATE RENAISSANCE

State Retirement and Pension System of Maryland

State Street Bank and Trust Company

State Street Bank and Trust Company, as Trustee of Ares XII CLO

State Street Cayman Trust Co. Ltd. - Pacific Libor Alpha Cayman Unit Trust

State Street Cayman Trust Company, Ltd acting as Trustee of

State Universities Retirement System

Stephen Nash Hurley

Steve Goldman and Azita Etaati

Steven Edelson

STEVEN G. HOLDER LIVING TRUST

Steven Teicher

STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAARS

Stichting Bewaarder Zorgfonds UVIT

Stichting Blue Sky Active Long Duration Global Inflation Linked Bond Fund

Stichting Dow Pensioenfonds

Stichting Gemeenschappelijk Beleggingsfonds FNV

Stichting Pensioenfonds ABP

Stichting Pensioenfonds Campina

Stichting Pensioenfonds Corporate Express

Stichting Pensioenfonds Grontmij

Stichting Pensioenfonds SdB

Stichting Pensioenfonds Stork

Stichting Pensioenfonds Voor Huisartsen

Stichting Pensionfonds Apothekers

Stichting Pensionfonds ENCI

Stichting Shell Pensioenfonds

Stone Harbor Investment Funds PLC

STONE TOWER CREDIT MASTER FUND LTD

STONEHILL INSTITUTIONAL PARTNERS, L.P.

STONEHILL OFFSHORE PARTNERS LIMITED

Strategic Global Fund - Mortgage Securities (Putnam) Fund

Straumur-Burdaras Investment Bank hf

Structured Adjustable Rate Mortgage Loan Trust

Structured Adjustable Rate Mortgage Loan Trust  Mortgage

Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through

Structured Asset Investment Loan Trust Series 2004-1

Structured Asset Securities Corporation

Structured Asset Securities Corporation Mortgage Pass

Structured Asset Securities Corporation Mortgage Pass-Through

Structured Asset Securities Corporation, Mortgage Pass

STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-23XS

STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-9XS

Structured Credit Opportunities Fund II, L.P.

STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.

STYLOS CAPITAL MANAGEMENT

Sumitomo Mitsui Banking Corporation

Summit Academy

SUMMIT ACADEMY NORTH

Summit Petroleum Limited

Sun Hung Kai Investment Services Limited

SUN LIFE ASSURANCE COMPANY OFCANADA (US)

SUN TRUST BANK NA

SunAmerica Life Insurance Company

SunAmerica Series Trust - International Growth and Income Portfolio

SUNCOR ENERGY  MARKETING, INC.

Sunny Bank, Ltd.

Sunoco, Inc. Master Retirement Trust

Sunrise Partners Limited Partnership

Sunset Park CDO Limited SPC

SUNSET PARK CDO LIMITED SPC, for the account of

SUNSET PARK CDO LIMITED SPC, for the account of the

SUNTRUST BANK

Superannuation Funds Management Corporation of South Australia

SUPERIOR ENERGY SERVICES INC

Suryan Family Trust

Susanne Arends

Sutter Health- Eden Account

Suttonbrook Capital Portfolio, L.P.

Svenska Handelsbanken AB (publ)

SWEDBANK AB (PUBL)

Swedish National Debt Office

Swift Master Auto Receivables Trust

Swiss Re Financial Products Corporation

Swiss Re Global Markets Limited

Swiss Reinsurance Company Ltd

SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000

Syracuse University

Sysco Corporation Retirement Plan

T.O. Holdings, LLC

Tabor Hills Supportive Living

tachong bank ltd

TACONIC CAPITAL PARTNERS 1.5 LP

TACONIC OPPORTUNITY FUND LP

Taipei Fubon Commercial Bank Co., Ltd.

TAISHIN INTERNATIONAL BANK

TAKAMIYA CO., LTD.

tampa sports authority

Tan Lye Thiam

Target Corporation Master Trust (TGT-I)

Target Corporation Master Trust (TGT-L)

TAVARES SQUARE CDO LIMITED  Global 9A

TAVARES SQUARE CDO LIMITED  Global 9B

Taylor Creek Limited

Taylor Hedge Fund Limited

TCW ABSOLUTE RETURN CREDIT FD

TCW ABSOLUTE RETURN CREDIT FUND LP

TCW Absolute Return Credit Fund, LP

TD Bank, N.A.

TD Nordique, Inc.

Teacher's Retirement System of Louisiana

Teachers' Retirement System of the State of Illinois

Teacher's Retirement System of the State of Illinois

Team Relocations

Tecomara N.V.

TELECOM ITALIA CAPITAL SOCIETE ANONYME

TELECOM ITALIA FINANCE SA

TELEFONICA, S.A.

Telstra Super Pty Ltd as Trustee of Telstra Superannuation Scheme

Tempic Five, LLC

Temple Health System Transport Team, Inc.

Temple Physicians, Inc.

Temple University Health Systems, Inc., for itself and as Agent

Temple University Hospital

Templeton Global Bond Fund

Templeton Global Total Return Fund

Tempo Volatility Master Fund L.P.

TENASKA POWER SERVICES CO.

Tennenbaum Multi-Strategy Master Fund

TENOR OPPORTUNITY MASTER FUND LTD

Tensor Opportunity Limited

Teodosio F Martin Ortegon & Suemy N Ruiz Romero JTWROS

Tercas-Cassa Di Risparmio della Provincia di Teramo Spa

Term Loans Europe plc

Terrebonne Investments, L.P.

TERWILLIGER PLAZA INC

test

test creditor

testd

Teva Pharmaceutical Industries Limited

Tewksbury Investment Fund Ltd.

TfL Pension Fund, by Bridgewater Associates, Inc., as agent for TfL Pension Fund

Thabit Family Trust

The 1199 SEIU Greater New York Pension Fund

The 32 Capital Master Fund SPC Ltd., for and on behalf of its segregated portfolio, Global Market Neutral Segregated Portfolio

The 3D Capital Fund Ltd.

THE 3D CAPITAL YEN FUND

THE 3D GLOBAL OPPORTUNITIES (U.S. INSTITUTIONAL) FUND LTD.

THE ADM MACULUS FUND II L.P.

THE ADM MACULUS FUND III L.P.

The Allegheny County Airport Authority

The AllianceBernstein Pooling Portfolios - AllianceBernstein Intermediate Duration Bond Portfolio

The Allianz Group Pension Scheme

The Annie E. Casey Foundation

THE APOGEE FUND, LTD.

The Babcock Pension Trust Limited acting as Trustee of the Babcock International Group plc Group Pension Scheme (103042)

The Bank of Korea

The Bank of New York Mellon

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, National Association, as Trustee for MKP Vela CBO, Ltd.

The Bank of Nova Scotia

The Bank of Tokyo-Mitsubishi UFJ, Ltd.

The Becton Dickinson Pension Scheme

The Board of the Pension Protection Fund

The Board of Trustees of the National Provident Fund

The Boeing Company Employee Retirement Plan Master Trust

The Boeing Company Employee Retirement Plans Master Trust-Principal Global Investors, LLC

The Bradford & Bingley Staff Pension Scheme

The Buckeye Tobacco Settlement Financing Authority

The Bunting Family LLCII Limited Liability Company

The Christian and Missionary Alliance Foundation, Inc.

The Cleveland Clinic Foundation

The Coast Fund L.P.

The Commonwealth of Massachusetts

The Co-operative Bank p.l.c. (f/k/a Britannia Building Society)

The Core Focus Fixed Income Portfolio, a series of Delaware Pooled Tru

The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trus

The Core Plus Fixed Income Portfolio,a series of Delaware Pooled Trust

The Cork Examiner Pension Scheme

The Crown Cork & Seal Company, Inc. Master Retirement Trust

The Drake Global Opportunities (Master) Fund, Ltd.

The Drake Low Volatility Master Fund, Ltd.

The Drake Offshore Master Fund, Ltd.

The Elim Park Baptist Home, Inc.

The Foundation for Social Entrepreneurs acting as Trustee of the Millenium Awards Trust (100665)

The Foundation of the Catholic Diocese of Columbus, Ohio

The Galaxite Master Fund (GLX)

The Gallery QMS Master Fund Ltd.

The Golden State Tobacco Securitization Corporation

The Goldman Sachs Foundation (105002)

The Goldman Sachs Trust Company N.A. acting as Trustee of Goldman

The Government of Israel on behalf of the State of Israel

The Government of the Republic of Singapore, as represented by the Board of Trustees of the SAVER-PREMIUM FUND

The Governor and Company of the Bank of Ireland

The Greencore Group Pension Scheme

The Guggenheim Portfolio Alpha Solution SPC, acting on behalf of and for the account of Segregated Portfolio 3

The Hartford Mutual Funds, Inc., on behalf of Hartford High Yield Fund

The Holy Ghost Fathers Trust for Elderly & Infirm

The Hong Kong Polytechnic University

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED

The Hoover (1987) Pension Scheme

The ING Proprietary Alpha Fund, LLC

The Intermediate Fixed Income Portfolio, a series of Delaware Pooled T

The International Investment Funds - Putnam European Equity Fund

The International Investment Funds - Putnam Global Fixed Income Fund

The International Investment Funds - Putnam Global Growth Equity Fund

The International Investment Funds - Putnam Global Value Equity Fund

The Irish Times Limited Pension & Life Assurance Plan for Senior Management

The Kresge Foundation

THE KROGER CO MASTER RETIREMENT TRUST

The Landings on Millenia Blvd., Partners, LTD.

The Lincoln National Life Insurance Company

THE LUTHERAN HOME, INC

The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.125110240

The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.132490070

The Morningside Ministries Foundation, Inc.

The Norinchukin Trust and Banking Co., Ltd.

The Obsidian Master Fund (OBSID)

The Orrington Plus Fund SPC o/b/o Orrington Plus Class C Seg Portfolio

The Pashcow Family Partnership

The Penn Mutual Life Insurance Company

The PNC Financial Services Group, Inc. Pension Plan (PNC-C)

The Province of British Columbia

The Prudential Insurance Company of America on behalf of its Separate Account VCA-GI-7-SB-AR

The Romesh & Kathleen Wadhwani Trust

The Royal Bank of Scotland plc

The Rutland Hospital, Inc.

The Salvation Army, a New York Religious and Charitable Corporation

The Serco Pension & Life Assurance Scheme

THE SHENANDOAH, L.P.

The St. Louis Archdiocesan Fund

The Sumitomo Trust & Banking Co., Ltd.

The Toronto-Dominion Bank

The Trustee of the Alcan Packaging Pension Plan

The Trustees of the Jaguar Pension Plan

The Trustees of the NEI Common Investment Fund

The Trustees of the Rolls-Royce Ancillary Benefits Plan

The Trustees of the Scotia Gas Networks Pension Scheme (103630)

The Trustees of the Serco Pension and Life Assurance Scheme (103184)

The Tudor BVI Global Portfolio L.P.

THE UNITED COMPANY

The University of Texas Investment Management Company

The Walt Disney Co Master Retirement Plan

The Walt Disney Company, Attention: Alec M. Lipkind, Vice President, Counsel

The William and Flora Hewlett Foundation

THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP

Thomas Cook AG

Thomas E and Leona W Beck

Thomas Marino

Thomson Reuters Group Limited

TIAA Global Markets, Inc.

TIAA Structured Finance CDO I, Limited

Tiffany & Co.

TIGER ASIA FUND LP RE TIGER ASIA MANAGEMENT, LLC

TIGER ASIA OVERSEAS FUND LTDRE TIGER ASIA MANAGEME

Tiger Global II, L.P.

Tiger Global, L.P.

Tiger Global, Ltd.

TIM GOODE

Time Warner DC Plans Master Trust

TK Investment AS

TLLB2002 International Limited

TLP Trading LLC

TM-LB Claims Vehicle Ltd

TOB Capital LP

Tobacco Settlement Financing Corporation

TODAKA MINING CO, LTD.

TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.

Tomar Trust

TONI ACTIONS 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT

Tony O'Brien

Topaz Finance Limited 2005-1 EMEA 240

Topaz Finance Limited 2005-2

Torbjorn Seielstad Holding AS

Total Produce Ireland Pension Scheme

TPF GENERATION HOLDINGS, LLC

TPG-Axon Partners (Offshore), Ltd.

TPG-Axon Partners, LP

TPG-RESEARCH PARK PLAZA I&II LLC

TPG-STONEBRIDGE PLAZA II LLC

TR2 Cayman Fund

TRAFIGURA DERIVATIVES LTD

TRANQUILITY MASTER FUND LTD

TRANSAMERICA CORPORATION

TRANSAMERICA FINANCIAL LIFE INSURANCE CO

TRANSAMERICA LIFE INSURANCE COMPANY

TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO

Transamerica PIMCO Real Return TIPS, a series of Transamerica Funds

TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP

TRAXIS FUND LP

Treasurer of the State of Indiana

Tremblant Partners LP

Tremblant Partners Ltd.

TRESSLER LUTHERAN SERVICES

TRG Global Opportunity Master Fund, Ltd.

TRG Local Currency Opportunity Master Fund, Ltd.

Tricadia Distressed and Special Situations Master Fund, Ltd

Trilantic Capital Partners Fund III Cayman Rollover LP

Trilantic Capital Partners IV (Europe) LP

TRINITY HEALTH PENSION PLAN

Trude Simonsen

Trustee of the Land Rover Pension Scheme

Trustee of the Vickers Group Pension Scheme

Trustees Executors Limited

Trustees of Hospital Authority Provident Fund Scheme acting as Trustee for Hospital Authority Provident Fund Scheme (103025)

Trustees of Michigan Catholic Conference Master Pension Trust (MCC-LAY)

Trustees of the 3M Pension and Life Assurance Scheme

Trustees of the Michigan Catholic Conference (MCC-C and MCC-I)

Trustees of the Nortel Networks Retirement Income Plan (NOR / NOR-H)

Trustees of the Parliamentary Contributory Pension Fund

Trustees of the Tate and Lyle Group Pension Scheme

Trustees of The Tyco UK Pension Common Investment Fund (103066)

Trustees of the Viridian Group Pension Scheme

Trustees of the Vivendi Universal Pension Scheme

TSS Fund, Ltd.

Tuas Power Ltd

TUCSON ELECTRIC POWER COMPANY

Tudor Family Fund II LLC

Tudor Global Emerging Markets Portfolio L.P.

Tudor Proprietary Trading, L.L.C.

Turkiye Is Bankasi A.S.

Turkiye Sinai Kalkinma Bankasi A.S.

TVO COACH HOUSE NORTH LLC

TVO COACH HOUSE SOUTH LLC

TVO CORINTH PLACE LLC

Two Sigma Horizon Portfolio, LLC

Tyco Electronics Corporation as sponsor for Tyco Electronics Defined Benefit Plans Master Trust

Tyco International Master Retirement Trust

Tykhe Fund Ltd

TYREE, C D

Tyticus Master Fund, Ltd

U.S. Bank N.A. as Trustee for Access Group Private Student Loan Asset-Backed Notes, Series 2005-B

U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-1

U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-2

U.S. Bank N.A. as Trustee for Jefferson Valley CDO SPC 2006-1

U.S. Bank N.A. as Trustee for Lakeview CDO SPC Series 2007-2

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2003-7-A

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-10C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-21-C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-4-P

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-6-A

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-9-P

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_i)

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_ii)

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_iii)

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_i))

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_ii)

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_iii)

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-1-C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-20-AT

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2007-4-C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2008-2-C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2008-3-C

U.S. Bank N.A. as Trustee for Securitized product of Restructured Collateral Limited SPC Series 2007-1

U.S. Bank N.A. as Trustee for Securitized Product of Restructured Collateral Ltd. SPC

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2003-1

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2003-2

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2004-1

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2005-1

U.S. Bank N.A. as Trustee for Sunset Park CDO Series 2005-6 Limited

U.S. Bank N.A. as Trustee for Sunset Park CDO-M Ltd. SPC Series 2005-3

U.S. Bank N.A. as Trustee for Tradewinds II CDO SPC Series 2006-1

U.S. Bank N.A., as Trustee, for Airlie CDO I

U.S. Bank N.A., as Trustee, for Airlie LCDO I (AVIV LCDO 2006-3)

U.S. Bank N.A., as Trustee, for Airlie LCDO II (Pebble Creek 2007-1)

U.S. Bank N.A., as Trustee, for AVIV LCDO 2006-2

U.S. Bank N.A., as Trustee, for AVIV LCDO I 2006-1

U.S. Bank N.A., as Trustee, for CBTC 2003-1 (American General)

U.S. Bank N.A., as Trustee, for CBTC 2004-6 (Goldman Sachs)

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 1)

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 2

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 3

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 4

U.S. Bank N.A., as Trustee, for Emeralds 2006-1

U.S. Bank N.A., as Trustee, for Emeralds 2007-1

U.S. Bank N.A., as Trustee, for Emeralds 2007-3

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-2

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-4

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-5

U.S. Bank N.A., as Trustee, for Exum Ridge 2007-1

U.S. Bank N.A., as Trustee, for Exum Ridge 2007-2

U.S. Bank N.A., as Trustee, for Exum Ridge CBO 2006-1

U.S. Bank N.A., as Trustee, for Freedom Park

U.S. Bank N.A., as Trustee, for Gulf Stream 2005-II

U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2002-1

U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2003-1

U.S. Bank N.A., as Trustee, for Jefferson Valley 2006-1

U.S. Bank N.A., as Trustee, for Lakeview 2007-1

U.S. Bank N.A., as Trustee, for Lakeview 2007-3

U.S. Bank N.A., as Trustee, for Lakeview 2007-4

U.S. Bank N.A., as Trustee, for Madison Avenue Structured Finance Trust

U.S. Bank N.A., as Trustee, for Pantera Vive CDO

U.S. Bank N.A., as Trustee, for Pebble Creek 2006-1

U.S. Bank N.A., as Trustee, for Pebble Creek 2007-3

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AMBAC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AXP Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, BSC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, C Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, CFC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, FGIC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C,

GECC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GS Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, JPM Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MER Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MTG Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, SLM Class

U.S. Bank N.A., as Trustee, for Robania Trust

U.S. Bank N.A., as Trustee, for SGS HY Credit Fund (Exum Ridge 2006-3)

U.S. Bank N.A., as Trustee, for White Marlin CDO 2007-1

U.S. Bank National Association

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee (RACERS 2005-15-TR)

U.S. Bank National Association as Trustee (RACERS 2006-15-A Trust)

U.S. Bank National Association as Trustee for Ares VII CLO

U.S. Bank National Association as Trustee for Ares VIII CLO Ltd.

U.S. Bank National Association as Trustee for Ares VR CLO Ltd.

U.S. Bank National Association as Trustee for Gulf Stream 2004-1

U.S. Bank National Association as Trustee for Gulf Stream 2005-1

U.S. Bank National Association as Trustee for Gulf Stream 2006-1

U.S. Bank National Association as Trustee for Gulf Stream 2007-1

U.S. Bank National Association as Trustee for ING Investment Management CLO I

U.S. Bank National Association as Trustee for ING Investment Management CLO II

U.S. Bank National Association as Trustee for RACERS 2004-25-TR 9 (classes a-1 through a-7)

U.S. Bank National Association as Trustee for RACERS 2006-16-TR

U.S. Bank National Association as Trustee for Racers 2007-5-TR

U.S. Bank National Association as Trustee for RACERS 2008-6-TR

U.S. Bank National Association, as Indenture Trustee, for those Lehman XS Net Interest Margin Notes, Series 2005-7N-1 (A-1, A-2)

U.S. Bank National Association, as Indenture Trustee, for those SARM NIM Net Interest Margin Notes, Series 2005-19XS-1

U.S. Bank National Association, as Indenture Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2004-NP2 Notes

U.S. Bank National Association, as Securities Administrator, for those Structured Asset Securities Corp. Mort. Pass-Through Certs, Series 2007-RF2

U.S. Bank National Association, as Successor Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-8

U.S. Bank National Association, as Successor Trustee, for those Structured Asset Securities Corp. Mort. Pass-Through Certs, Series 2005-RF1

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-1)

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-2)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-1)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-2)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Copper Creek CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Emeralds 2007-2 Trust)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-2)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-3)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2008-4)

U.S. Bank National Association, as Trustee (Malachite 2006-1 Trust)

U.S. Bank National Association, as Trustee (Penn's Landing CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (RACERS 2008-5-A)

U.S. Bank National Association, as Trustee (Solar V CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-2a)

U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1

U.S. Bank National Association, as Trustee for those Lehman Brothers Small Bal. Comm. Mort. Pass-Through Certs., Series 2007-2

U.S. Bank National Association, as Trustee for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2008-2

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Loan Trust Mort. Pass Through Certs, Series 2007-RF1

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Pass Through Certs, Series 2006-RF2

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF5

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF6

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF7

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2006-RF4

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2005-RF3

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2005-RF4

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2005-GEL1

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class B-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-2)

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A2A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3B Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mortg. Pass-Through Class 1-A1B Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2006-AR8

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2007-AR1

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2007-AR2

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Class 2-A1 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mortgage Pass-Through Class 2-A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Lehman ABS Manuf. Housing Contract Sr/Sub Asset-Backed Certs, Series 2002-A

U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mort. Pass-Through Certs., Series 2007-6

U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mortgage Pass-Through Certs, Series 2005-2

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certificates, Series 2007-2N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2005-9N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2006-10N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2007-4N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-12N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-18N

U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2006-11

U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2006-12

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2007-BC2 Mort. Pass-Through Certs.

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Backed Notes, Series 2004-GEL3

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Pass-Through Certs, Series 2005-RF2

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Pass-Through Certs, Series 2007-4

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2007-BNC1

U.S. Bank National Association, as trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2007-EQ1

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2008-1

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A1A, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2A2, Series 2006-AR5

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2A2, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2B, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A3A2, Series 2006-AR5

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A3B, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A2A, Series 2006-16N

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A31, Series 2006-16N

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A32A1, Series 2006-16N

U.S. Bank Trust National Association as Trustee (RACERS 2007-A)

U.S. Bank Trust National Association as Trustee (RACERS 2007-MM)

U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates Series 2001-4

U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates, Series 2002-1

UBS AG

89

UBS Global Asset Management (Americas) Inc. acting as Manager of
UGF Assicurazioni S.p.A.
UK Corporate Bond Fund - (#4692)
UK Sterling CorePLUS Fund - (#3681)
UK Sterling Inflation-Linked Fund - (#3689)
UK Sterling Investment Grade Credit Fund - (#4690)
UK Sterling Long Average Duration Fund - (#4683)
Ultra Master Ltd.
UMWA 1974 Pension Trust Employees' Pension Trust (UMWA)
Underlying Funds Trust, on behalf of its Series Fixed Income Arbitrage - 1
Union Bank, N.A., fka Union Bank of California, N.A.
Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating
Company
Union of Presentation Srs (C) Common Investment Fund
Unione di Banche Italiane Scpa
United Arab Emirates General Pension and Social Security Authority
UNITED COMPANY
UNITED OVERSEAS BANK
United Technologies Corporation
Universal Investmentgesellschaft - BRM-Universal-Funds
UNIVERSITY CLUB PARTNERS, LTD
UNIVERSITY MEDICAL ASSOCIATES
University Medical Associates of the Medical University of South Carolina
UNIVERSITY OF FLORIDA FOUNDATION INC
UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED)
UPS Pension Plan Trust (UPS-P)
UPS Retirement Plan (Qualified Plan Master Trust) (UPS-R)
Urugrain S.A.
US AGBANK FCB
US Airways Inc.
US CENTRAL FEDERAL CREDIT UNION
USG Corp Master Investment Tr.
UZUSHIO ELECTRIC CO.,LTD
Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H
Van Kampen Corporate Bond Fund
Van Kampen Equity and Income Fund
Van Leer Group Foundation
Vanguard 30-40 Year Duration Euro Index Fund (a sub-fund of Vanguard Investment Series plc.)
Vanguard Balanced Index Fund, a series of Vanguard Valley Forge Funds
Vanguard Fiduciary Trust Company as Trustee of the BASF Corp. Employee
Vanguard Fiduciary Trust Company Asset-Backed Securities Trust
Vanguard Fiduciary Trust Company Corporate Bond Trust
Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust

Vanguard Fiduciary Trust Company Short-Term Bond Trust

Vanguard Institutional Total Bond Market Index Fund,

Vanguard Intermediate-Term Investment-Grade Fund

Vanguard Short-Term Investment-Grade Fund (fka Vanguard Short-Term

Vanguard Short-Term Investment-Grade Portfolio, a series of Vanguard Variable Insurance Funds

Vanguard Total Bond Market Index Portfolio, a series of

Vanguard US Futures Fund, a sub-fund of Vanguard Investment Series plc

Vantagepoint Funds, on behalf of the Vantagepoint Diversified Assets F

Värde Investment Partners, L.P.

VENDOME QUINTUPLE OPPORTUNITE VI

VENDOME QUINTUPLE OPPORTUNITE VIII

VENOCO, INC.

Verizon GTE - Domestic Fixed Income Account

Verizon Master Savings Trust

Verizon Veba Partnership Fundamental Currency Overlay - Trading Account (105064)

Vermont Pension Investment Committee

VGE III Portfolio Ltd.

VIATHON CAPITAL MASTER FUND, L.P.

Vicis Capital LLC,as IM of Caledonian Bank & Trust Ltd, as trustee of Vicis Capital Master Fund, as class of Vicis Capital Master Series Trust

Vickers Group Pension Scheme

Victor David Mena Aguilar & Maria De Lourdes Nader Harp TOD All Living

Victory Capital Series, LLC Series D - Absolute Return Credit Portfoli

Viking Global Equities II LP

Viking Global Equities LP

Vincent Q. Giffuni

Vinci S.A.

Vining-Sparks IBG, Limited Partnership

VINTAGE AT CHEHALIS LLC

Virginia DiChiara

VisionGain China Absolute Return Master Fund

Vitol Asia Pte. Ltd.

Vitol Inc.

VITOL S.A.

VITOL, INC.

Vittoria Fund - ACQ, L.P.

Vittoria Fund - T, L.P.

Vodafone Group Plc

VOX PLACE CDO LIMITED

VR GLOBAL PARTNERS, L.P.

WA Opps Asian Secs Portfolio, L.L.C.

Wachovia Bank, National Association

WALTER T., MOORE

Walter Yetnikoff

Waltraud Legat

WANG, FENG-MING

War Hoover Capital

WARD, KEVIN A.

Washington Mutual Inc. Cash Balance Pension Plan

Washington National Insurance Company

Washington State Plumbing and Pipefitting Industry Pension Plan

Washington State Tobacco Settlement Authority

Waterfall Eden Master Fund, Ltd.

WATERSTONE MARKET NETURAL MAC 51 LIMITED

WATERSTONE MARKET NEUTRAL MAC 51 LIMITED

WATERSTONE MARKET NEUTRAL MASTER FUND LTD.

Watson Wyatt & Company Pension Plan for U.S. Employees

WAVE MASTER FUND LP

WCG MASTER FUND LTD

Weiss Multi-Strategy Partners LLC

Wellington Management Portfolios (Luxembourg) II - Commodities Portfolio

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II, Citigroup Emerging Markets Debt Portfolio

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II-US Equity Index Plus I Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - Opportunistic Fixed Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust-Commodities Portfolio

Wellmont Health System

WellPoint, Inc.

Wells Fargo & Company

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A., as Trustee

Wells Fargo Bank, N.A., as trustee for the Wells Fargo and Company 401(k) Plan and the Wells Fargo and Company Pension Plan

Wells Fargo Bank, National Association

Wells Fargo Bank, National Association not individually but solely in its capacity as Trustee of the Encore Credit Corporation Trust 2003-1

Wells Fargo Bank, National Association, as Indenture Trustee

Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven ABS CDO 2005-1, Ltd.

Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven ABS CDO 2006-1, Ltd.

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for IMPAC CMB Trust Series 2005-3

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM

2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SASCO 2007-OSI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2006-9

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2007-5

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2008-6

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2004-16

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-2

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-3

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-4

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for BNC 2007-4

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SARM 2008-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SASCO 2007-SCI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest Trust for SASCO 2007-OSI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest Trust of Option One 2007-1

Wells Fargo Master Trust, as Trustee

Wells Fargo Securities International Limited

Wembley National Stadium Limited

Wesley Capital Master Fund, Ltd.

Wesley Capital QP, LP

Wesley Capital, LP

WEST GATE MORTGAGE ASSETS LP

West Virginia Investment Management Board

Westar Energy, Inc.

Western & Southern Financial Group

Western Asset Absolute Return Portfolio

Western Asset Absolute Return Strategy Master Fund, Ltd.

Western Asset Asian Opportunities Fund

Western Asset Core Bond Portfolio

Western Asset Core Plus Bond Portfolio

Western Asset Global High Income Fund Inc.

Western Asset Intermediate Portfolio

Western Asset Mortgage Backed Securities Portfolio, LLC

Western Asset Opportunistic Structured Securities Portfolio , L.L.C.

Western Asset US Commodity Plus Master Fund, Ltd

Western Asset US Core Bond Fund

Western Asset US Core Bond, LLC

Western Asset US Core Plus - Universal, L.L.C.

Western Asset US Core Plus Bond Fund

Western Asset US Core Plus, LLC

Western Asset US Enhanced Cash, LLC

Western Asset US Intermediate Plus, LLC

Western Asset US Limited Duration Bond Fund

Western Asset US Limited Duration, LLC

Western Asset US Long Duration L.L.C.

Western Pennsylvania Teamsters and Employers Pension Fund

Westernbank Puerto Rico

WestLB AG

Westpac Banking Corporation

WGZ BANK AG

WH2005/NIAM III East Holding Oy (f/k/a Special Purpose Vehicle No. 66 Oy)

Wharton Asian Arbitrage Fund I, a sub-fund of Wharton Asian Arbitrage

Wharton Asian Special Opportunities Company 1 Limited

Wheaton Franciscan Services, Inc. Retirement Plan

White Marlin CDO 2007-1, LTD

WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD.

Whitebox Convertible Arbitrage Partners, LP

WHITECREST PARTNERS LP

Whitewood Financial Partners, L.P.

William A. Obenshain Living Trust

William M. Hall

WILLIAMS GAS MARKETING INC.

Willow Re Limited

Wilmar Trading Pte Ltd

WINCENT INVESTMENT LIMITED

Winchester Medical Center, Inc.

Wind Credit Arbitrage Fund and Wind Credit Arbitrage Fund Trust

Windermere Private Placement I S.A.

Windermere XII FCT, a French fonds commun de titrisation represented by Eurotitrisation

Windfall Investments, L.P. (ID No. 1000096085)

94

WINNITEX INVESTMENT COMPANY LIMITED
Woite
WOLTERS KLUWER NV
Wolverine Convertible Arbitrage Fund Trading limited
Wolverine Power Supply Cooperative, Inc.
Wong Koon Min
WONG, YIN NGOR
Woo Hay Tong Investments Ltd.
Woodlands Commerical Bank
Woori 2 Star Derivatives Fund KH-3
Woori 2 Star Derivatives Fund KW-8
WorkCover Corporation of South Australia
WRIGHT,MICHELLE MARIE
Wuestenrot Bank AG Pfandbriefbank (formerly Wüstenrot Hypothekenbank)
WYOMING RETIREMENT SYSTEM
Xerox (Ireland) Limited Pension Scheme
Xerox Pensions Limited
Xerox Pensions Ltd. (for Xerox Pension Scheme)
XTO Energy Inc.
YAKIMA-TIETON IRRIGATION DISTRICT
YB Institutional Limited Partnership
YMCA Retirement Fund
Yonathan Ehrlich
York Asian Opportunities Master Fund, L.P.
York Capital Management LP
York Capital Management, LP
York Capital Mangement, LP
York Credit Opportunities Fund, LP
York Global Value Partners, LP
YORK HOSPITAL  PA
York Hospital PA
York Investment Limited
York Select Unit Trust
York Select, L.P.
Ypso France SAS
Zacisdaman, L.L.C.
ZAIS CL Ltd.
ZAIS Matrix V-A Cayman Limited
ZAIS Matrix V-B L.P.
ZAIS Matrix V-C Ltd.
ZAIS Matrix VI-A Ltd.
ZAIS Matrix VI-B L.P.
ZAIS Matrix VI-C Ltd.

ZAIS Matrix VI-D Ltd.

ZAIS Matrix VI-F Ltd.

ZAIS Matrix VI-I, L.P.

ZAIS Opportunity Master Fund, Ltd.

ZAIS Scepticus Fund I, Ltd.

Zais Zephyr A-3

ZAIS Zephyr A-3, Ltd.

ZAIS Zephyr A-5, Ltd.

ZAMA INTERNATIONAL LIMITED

ZEELAND ALUMINIUM COMPANY AG

Zenaida Dolores Carballo C Irma Noemi Cabrera Pech JTWROS

Zephyr Fund Limited

Zephyr Recovery 2004-1 LP

Zephyr Recovery 2004-2 LP

Zephyr Recovery 2004-3 LP

Zephyr Recovery II-A LP

Zephyr Recovery II-B LP

Zephyr Recovery II-C LP

ZIMBLER, ANDREW. E

Zircon Finance Limited - Series 2007-19

Zircon Finance Limited - Series 2007-2

Zircon Finance Limited - Series 2007-3

Zircon Finance Limited 2007-14

Zircon Finance Limited Series 2007-1 Tranche A

Zircon Finance Limited Series 2007-1 Tranche B

Zircon Finance Limited Series 2007-10

Zircon Finance Limited Series 2007-11

Zircon Finance Limited Series 2007-12

Zircon Finance Limited Series 2007-13

Zircon Finance Limited Series 2007-15

Zircon Finance Limited Series 2007-16

Zircon Finance Limited Series 2007-17

Zircon Finance Limited Series 2007-18

Zircon Finance Limited Series 2007-5

Zircon Finance Limited Series 2007-6

Zircon Finance Limited Series 2007-8

Zircon Finance Limited Series 2007-9A

Zircon Finance Limited Series 2007-9B

Zürcher Kantonalbank

Zurich Capital Markets Inc.

Zwinger Opco 6 BV