UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                :
                              Debtors.                  :    (Jointly Administered)
------------------------------------------------------------------- x

# ORDER GRANTING FOUR HUNDRED
# NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS

Upon the four hundred ninety-third omnibus objection to claims, dated January 27, 2015 (the "Four Hundred Ninety-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, in accordance with section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims on the grounds more fully described in the Four Hundred Ninety-Third Omnibus Objection to Claims; and due and proper notice of the Four Hundred Ninety-Third Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Ninety-Third Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Ninety-Third

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Ninety-Third Omnibus Objection to Claims.

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Ninety-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claim set forth on Exhibit 1 attached hereto is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that claim 12928 (collectively, the "Surviving Claim") will remain on the claims register, *provided* that nothing in this Order or the disallowance and expungement of the Duplicative Claim constitutes any admission or finding with respect to any of the Surviving Claim and the Plan Administrator's rights to object to the Surviving Claim on any basis are preserved; and it is further

ORDERED that all information included on and all documentation filed in support of the Duplicative Claim, including, but not limited to, derivatives and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claim; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Four Hundred Ninety-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto, and (ii) any Surviving Claim; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:   March 20, 2015
         New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 493: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | NAME | CASE NUMBER | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS |
| 2 | PAULSON CREDIT OPPORTUNITIES MASTER LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 1722 | $6,622,786.25 | Duplicative of Claim 12928 | PAULSON CREDIT OPPORTUNITIES MASTER LTD. | 08-13555 (SCC) | 12928 | $6,622,786.25 |