

The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
800.677.3394

February 20, 2015



David Brodman
Law Office of David Brodman
633 Lydig Avenue,
Bronx, NY 10462

Re: Luz Reyes (xxx-xx-7645), Debtor // To: SLC Conduit

Case No. 1510301SCC

Dear Sir/Madam:

Our records indicate that we represent more than one entity beginning with the name: ( SLC Conduit ). In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 526609841

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY  10004-1408


(Returned To)

David Brodman
Law Office of David Brodman
633 Lydig Avenue,
Bronx, NY 10462



http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=526609841&...    2/23/2015