UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (JMP) SIPA |
| FEDERAL HOME LOAN BANK OF PITTSBURGH,<br><br>Plaintiff,<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS INC., LEHMAN BROTHERS COMMERCIAL CORPORATION, WOODLANDS COMMERCIAL BANK f/k/a LEHMAN BROTHERS COMMERCIAL BANK, and AURORA BANK FSB f/k/a LEHMAN BROTHERS BANK FSB | Adv. Pro. No. 09-1393 (JMP) |

**NOTICE OF WITHDRAWAL OF
APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO:   Clerk, United States Bankruptcy Court
      Southern District of New York

PLEASE TAKE NOTICE, that the undersigned counsel hereby withdraws its appearance as counsel of record for Federal Home Loan Bank of Pittsburgh ("FHLB" or "Plaintiff"), and respectfully requests that no further notices, pleadings, motions, or applications be served upon the undersigned in connection with this matter.

46320/0001-11654503v1

Dated: New York, New York
       March 23, 2015

                              COLE, SCHOTZ, MEISEL,
                              FORMAN & LEONARD, P.A.
                              A Professional Corporation


By: */s/ Nolan E. Shanahan*
       Laurence May, Esq. (LM-9714)
       Nolan E. Shanahan, Esq. (NS-4598)
       Attorneys for Federal Home Loan Bank
       of Pittsburgh
       900 Third Avenue, 16th floor
       New York, NY 10022-4728
       (212) 752-8000

TO:

WEIL, GOTSHAL & MANGES LLP
Anthony J. Albanese, Esq.
Michael J. Firestone, Esq.
767 Fifth Avenue
New York, NY 10005
(212) 310-8000

Attorneys for Defendants Lehman Brothers Holdings, Inc.
and Lehman Brothers Commercial Corporation

HUGHES, HUBBARD & REED LLP
Jeffrey R. Coleman, Esq.
Joseph Lee, Esq.
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

Attorneys for Defendant Lehman Brothers Holdings, Inc.

Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017
646-282-2500

Claims and Noticing Agent

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 534
New York, New York 10004