## ❊ UBS

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

## Message

February 24, 2015

**RECEIVED MAR - 9 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

subject  **Claim Transfer Agreement Lehman Program Securities**

On behalf of         Attention: Clerk of the Court
you are receiving    Evidence of partial transfer of claim

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete

- [ ] returned with thanks
- [ ] please comment
- [ ] please sign

- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
TOCE121    EUR 103'000.00    XS0267059755
Transferor: BBVA (Suiza) SA / Claim Number: 51165
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E    07.03.2012    N1    24.02.2015    Page 1/1



*Final Form 11/20/09*

**EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) SA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to **UBS AG** (the "Transferee"), as of the date hereof, all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51165/CA95057) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2.   Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Transferee agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor is not responsible for the collectability of the Transferred Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 of FEBRUARY 2015.

**BBVA (SUIZA) SA**

By: *(signature)*
Name: Hannelore Maeso
Title: Director of Operations

Selnaustrasse 32/36
Postfach
CH-8021 Zürich

By: *(signature)*
Name: Fidel Ginés
Title: Head of Payments

Selnaustrasse 32/36
Postfach
CH-8021 Zürich

**UBS AG**

By: *(signature)*
Name:
Title:    Matthias Mohos
         OQ9C/O5GC - 60754
[Address]   Bahnhofstr. 54
[City, State, Zip] 8001 Zurich
              Switzerland

*(signature)*
Marco Mendelowitsch
OQ9C/O2ZQ-67815

TOCE121

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Date Claim Filed | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|---|
| 3 YR. UP & OUT, 95% GARANT, CECEEUR 100% SUBIDA INDEX CAP 180% REBATE 20% VTO 29-09-09 ISSUER: LEHMAN BROTHERS | XS0267059755 | LBT BV | Lehman Brothers Holdings Inc. | 28.10.2009 | 103.000 EUR |

TOCE/121

Schedule 1-1