**QUINN EMANUEL**
**URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**492ND OMNIBUS OBJECTION [ECF NO. 47715]**

**PLEASE TAKE NOTICE** that, on January 7, 2015, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 case (collectively, the "Debtors"), filed Lehman Brothers Holdings Inc.'s 492nd Omnibus Objection To Miscellaneous Claims By Various Subsidiaries Of JPMorgan Chase & Co. Against Various Debtors (Docket No. 47715) (the "Objection"). On February 12, 2015, LBHI filed a First Amended Notice of Hearing, adjourning the hearing on the Objection from March 11, 2015 to April 8, 2015.

**PLEASE TAKE FURTHER NOTICE** that, by agreement of the parties to the Objection, the hearing on the Objection has been adjourned indefinitely and when scheduled will be the subject of a further Amended Notice of Hearing.

Dated: March 23, 2015
      New York, New York

                                          **QUINN EMANUEL URQUHART &**
                                          **SULLIVAN, LLP**

                                          By: /s/ Andrew J. Rossman
                                          Susheel Kirpalani
                                          Andrew J. Rossman
                                          James C. Tecce
                                          Tyler G. Whitmer
                                          51 Madison Avenue, 22nd Floor
                                          New York, New York 10010-1601
                                          (212) 849-7000
                                          *Counsel for Lehman Brothers Holdings Inc.*