B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al. (LBHI)      Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elliott Associates, L.P. | Bimini Investments S.à r.l. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan
Telephone: 212 478 2310
Facsimile: 212 478 2311
Email: MStephan@Elliottmgmt.com

Court Claim # (if known): See schedule below
Amount of Claim: See schedule below
Date Claim Filed: See schedule below
Phone: _____

| Schedule ||||
|---|---|---|---|
| Court Claim # | Debtor | Amount of Claim * | Date Claim Filed |
| 14414 | LBHI | $3,779,550.21 | 09/16/2009 |
| 14420 | LBHI | $60,477,320.81 | 09/16/2009 |
| 15804 | LBHI | $19,336,363.56 | 09/17/2009 |
| 17155 | LBHI | $377,511.00 | 09/18/2009 |
| 17756 | LBHI | $26,062,135.00 | 09/18/2009 |
| 19672 | LBHI | $1,896,620.52 | 09/11/2009 |
| 19673 | LBHI | $6,151,279.80 | 09/11/2009 |
| 19688 | LBHI | $232,811.17 | 09/11/2009 |
| 20738 | LBHI | $2,013,890.00 | 09/21/2009 |
| 26017 | LBHI | $840,000.00 | 09/21/2009 |
| 26018 | LBHI | $372,240.00 | 09/21/2009 |
| 26020 | LBHI | $10,272,558.00 | 09/21/2009 |
| 26709 | LBHI | Unliquidated | 09/22/2009 |
| 30450 | LBHI | $2,810,742.63 | 09/22/2009 |
| 33410 | LBHI | $7,656,775.00 | 09/21/2009 |
| 54846 | LBHI | $2,534,694.27 | 10/28/2009 |
| 66170 | LBHI | $25,819,299.00 | 01/28/2010 |
| 66175 | LBHI | $3,502,023.00 | 01/28/2010 |
| 66178 | LBHI | $1,647,292.00 | 01/28/2010 |
| 66179 | LBHI | $345,583.00 | 01/28/2010 |
| 66180 | LBHI | $553,800.00 | 01/28/2010 |
| 66209 | LBHI | $7,293,971.00 | 02/02/2010 |
| 66210 | LBHI | $432,206.00 | 02/02/2010 |
| 66225 | LBHI | $7,802,837.00 | 02/02/2010 |

Last Four Digits of Acct #: _____     Last Four Digits of Acct#: _____

* plus additional amounts as set forth in the proof of claim

MEDGER\276731.2 - 03/20/15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By: _____    Date: March 23, 2015
Transferee/Transferee's Agent
Elliot Greenberg, Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

MEDGER\276731.2 - 03/20/15

**EVIDENCE OF TRANSFER OF CLAIMS**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bimini Investments, S.à r.l. (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Elliott Associates, L.P. (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claims (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re LEHMAN BROTHERS HOLDINGS, INC., Chapter 11, Case No. 08-13555 (JMP), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amounts listed in the schedule below (the "**Claims**").

| Schedule | |
|---|---|
| Court Claim # | Amount of Claim |
| 14414 | $3,779,550.21 |
| 14420 | $60,477,320.81 |
| 15804 | $19,336,363.56 |
| 17155 | $377,511.00 |
| 17756 | $26,062,135.00 |
| 19672 | $1,896,620.52 |
| 19673 | $6,151,279.80 |
| 19688 | $232,811.17 |
| 20738 | $2,013,890.00 |
| 26017 | $840,000.00 |
| 26018 | $372,240.00 |
| 26020 | $10,272,558.00 |
| 26709 | Unliquidated |
| 30450 | $2,810,742.63 |
| 33410 | $7,656,775.00 |
| 54846 | $2,534,694.27 |
| 66170 | $25,819,299.00 |
| 66175 | $3,502,023.00 |
| 66178 | $1,647,292.00 |
| 66179 | $345,583.00 |
| 66180 | $553,800.00 |
| 66209 | $7,293,971.00 |
| 66210 | $432,206.00 |
| 66225 | $7,802,837.00 |

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs each Debtor, the Bankruptcy Court and

MEDGER\276746.1 - 03/20/15

all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 23 day of March 2015.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By: _____
Name: Elliot Greenberg
Title: Vice President

Bimini Investments S.à r.l.

By: _____
Name: Elliot Greenberg
Title: Manager

By: _____
Name:
Title:

all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 23 day of March 2015.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By:_____
Name:
Title:

Bimini Investments S.à r.l.

By:_____
Name:
Title: Pierre Claudel
       Manager

By:_____
Name:
Title:

MEDGER\276746.1 - 03/20/15