UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*: | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| In re | Adversary No. 08-01420 |
| LEHMAN BROTHERS INC., | **NOTICE OF APPEARANCE** |
| Debtor. | |

------------------------------------------------------------x

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters as counsel for Jonathan Hoffman in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that, all papers filed in this proceeding should be served on the undersigned at the office address stated below.

Respectfully submitted,

THE LAW OFFICE OF THOMAS M. MULLANEY

By: _____
Thomas M. Mullaney (TM 4274)

Attorneys for
JONATHAN HOFFMAN
489 Fifth Avenue
New York, NY 10017
(212) 223-0800