UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*:    Case No. 08-13555 (JMP)
                                                                   :
            Debtors.                           :    (Jointly Administered)
                                                                   :
---------------------------------------------------------------x
                                                                   :
In re                                                              :    Adversary No. 08-01420
                                                                   :
LEHMAN BROTHERS INC.,                        :
                                                                   :    **NOTICE OF APPEARANCE**
            Debtor.                            :
                                                                   :
---------------------------------------------------------------x

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters as counsel for 1EE LLC in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that, all papers filed in this proceeding should be served on the undersigned at the office address stated below.

Respectfully submitted,

THE LAW OFFICE OF THOMAS M. MULLANEY

By: _____
      Thomas M. Mullaney (TM 4274)

Attorneys for
1EE LLC
489 Fifth Avenue
New York, NY 10017
(212) 223-0800