

**Shipper name**

banca di piacenza
via mazzini 20

29121 PIACENZA
Italy

## Shipping List

**DHL:**  Datum: 17.12.2014
Account nr: 100577002

DHL Express Italy S.r.l.
Milanofiori
Strada 5, Palazzo U/3
20089 ROZZANO (MI)

| Airway Bill Number | Origin | Destination | Value Shipment Insurance Services | Billing Account Consignee Name | Pieces p. shipment | Consignee City Country | total weight(kg) per shipment/ Tariff/ Cod | Content of shipment/ Cod Notes | Product code Terms of Trade | Paid by / Shippers Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| 7938679070 (17.12.2014) | MIL | ZYP | 0.00 EUR 0.00 EUR | 100577002 UNITED STATES BANKRIPTCY COURT | 1 | ONE BOWLING GREEN 10004-1408 NEW YORK 10004 NEW YORK United States of America | 0.5/ 13.35 EUR/ 0 EUR | DOCUMENTI/ | DOX DAP | 100577002 |
| 7938690001 (17.12.2014) | MIL | LUX | 0.00 EUR 0.00 EUR | 100577002 CLEARSTREAM BANKING | 1 | 42 BOULEVARD J F KENNEDY 1855-L 1855 LUXEMBOURG Luxembourg | 0.5/ 12.16 EUR/ 0 EUR | DOCUMENTI/ | ECX DAP | 100577002 |

Approved by Customer Representative:

_____  DATE   ___/___/_____

Picked Up by DHL Representative:

_____  DATE   ___/___/_____

| Number of Shipments | Number of Pieces | Entered weight of all Shipments (kg) |
|---|---|---|
| 2 | 2 | 1 |

Italiano  English    Contact Center    Profilo del Paese    DHL Global

# Ricerca Spedizioni DHL Express

La funzione di ricerca è il modo più veloce per controllare in autonomia lo stato delle vostre spedizioni. Non è necessario contattare il servizio clienti, i nostri sistemi on line vi forniscono in tempo reale gli aggiornamenti sulla situazione delle vostre spedizioni durante il transito nel network DHL.

## Sommario del risultato

**Waybill: 7938679070**  
**Firmato da: T BROWN**  
Scarica la firma del ricevente

Venerdì, Dicembre 19, 2014 at 12:39  
Origine Service Area:  
  MILAN - PIACENZA - ITALY  
Destinazione Service Area:  
  NEW YORK, NY - NEW YORK - USA

1 Pezzo

| Venerdì, Dicembre 19, 2014 | | Luogo | Tempo | Pezzo |
|---|---|---|---|---|
| 18 | Spedizione Consegnata - Firmata da : : T BROWN | NEW YORK | 12:39 | 1 Pezzo |
| 17 | Spedizione in consegna | NEW YORK, NY - USA | 09:54 | 1 Pezzo |
| 16 | Spedizione arrivata - NEW YORK - USA | NEW YORK, NY - USA | 09:04 | 1 Pezzo |
| 15 | Spedizione in transito - NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 07:45 | 1 Pezzo |
| 14 | Spedizione in transito - NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 07:33 | 1 Pezzo |
| 13 | Spedizione sdoganata NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 07:19 | 1 Pezzo |
| 12 | Spedizione in transito - NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 06:24 | 1 Pezzo |
| 11 | Gestione documentazione doganale in corso | NEW YORK CITY GATEWAY, NY - USA | 01:23 | |
| 10 | Spedizione in transito - LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:56 | 1 Pezzo |
| **Giovedì, Dicembre 18, 2014** | | **Luogo** | **Tempo** | **Pezzo** |
| 9 | Spedizione giacente | LEIPZIG - GERMANY | 10:00 | |
| 8 | Spedizione in transito - LEIPZIG - GERMANY | LEIPZIG - GERMANY | 03:20 | 1 Pezzo |
| 7 | Spedizione in transito - LEIPZIG - GERMANY | LEIPZIG - GERMANY | 02:51 | 1 Pezzo |
| 6 | Spedizione in transito - BERGAMO - ITALY | BERGAMO - ITALY | 00:51 | 1 Pezzo |
| **Mercoledì, Dicembre 17, 2014** | | **Luogo** | **Tempo** | **Pezzo** |
| 5 | Spedizione in transito - BERGAMO - ITALY | BERGAMO - ITALY | 23:50 | 1 Pezzo |
| 4 | Spedizione in transito - BERGAMO - ITALY | BERGAMO - ITALY | 20:56 | 1 Pezzo |
| 3 | Spedizione in transito - MILAN - ITALY | MILAN - ITALY | 19:43 | 1 Pezzo |
| 2 | Spedizione in transito - MILAN - ITALY | MILAN - ITALY | 18:30 | 1 Pezzo |
| 1 | Spedizione ritirata | MILAN - ITALY | 16:31 | |

Se preferite rintracciare la vostra spedizione con l'aiuto di un nostro operatore del Servizio Clienti, contattate il nostro Servizio Clienti.  
**Condizioni di Utilizzo**  
**Domande Frequenti sulla Ricerca delle Spedizioni**

Deutsche Post DHL Group