WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
**In re**                                                  :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (SCC)**
:
**Debtors.**          :        **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE
## FOUR HUNDRED SIXTIETH OMNIBUS OBJECTION
## TO CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing

without prejudice its Four Hundred Sixtieth Omnibus Objection to Claims (Valued

Derivative Claims), ECF No. 43917, <u>solely with respect to the claims listed on Exhibit A</u>

<u>annexed hereto</u>.


Dated:  March 24, 2015
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| U.S. Bank National Association | 67154 |
| U.S. Bank National Association | 67155 |