**✤ UBS**

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

February 24, 2015



subject  **Claim Transfer Agreement Lehman Program Securities**

On behalf of        Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim

☐ for your information      ☐ returned with thanks       ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐

Remarks
TOC322    USD 25'000.00    CH0027120622
Transferor: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)
Transferee: Banca dello Stato del Canton Ticino, 6500 Bellinzona, Switzerland

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

RECEIVED
MAR - 9 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Banca dello Stato del Cantone Ticino | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>Banca dello Stato del Cantone Ticino<br>Viale H.Guisan 5<br>6500 Bellinzona / Switzerland<br>PHONE: +41 (91) 803 72 98<br>Attn: G. Jemini<br>EMAIL: Giancarlo.jemini@bancastato.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>USD 25'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /F. Snozzi                    G. Jemini          Date:  24.2.15
       Banca dello Stato del Cantone Ticino
       Viale H.Guisan
       6500 Bellinzona / Switzerland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

1/3



Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
            Court")
            One Bowling Green
            New York, New York 10004
            Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is
based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert. Lehman Bro. 2007-23.2.2010 | CH0027120622 | LBT BV | LBH Inc. | USD 25'000.00 out of USD 3'236'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of
doubt, these Lehman Programs Securities are described on the Addendum to the Proof of
Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and
assigned to:

        Banca dello Stato del Cantone Ticino
        Viale H.Guisan 5
        6500 Bellinzona / Switzerland
        PHONE: +41 (91) 803 72 98
        Attn: G. Jemini
        EMAIL: Giancarlo.jemini@bancastato.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No.
08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules

LOC322 UBS0233 BancaStato 25K 2712962

2/3

of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 16, 2015

UBS AG
Transferor

By: _____
    Name:  Matthias Mohos
    Title:  Associate Director

By: _____
    Name:  Stephan Gfeller
    Title:  Associate Director


ACKNOWLEDGED BY:

Banca dello Stato del Cantone Ticino
Transferee


By: _____
    Name:
    Title:


By: _____
    Name:
    Title:

E. Snozzi        G. Jemini

3/3.