Execution Version

B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.                    Case No. 08-13893

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | QVT Fund LP |
|---|---|
| *Name of Transferee* | *Name of Transferor* |
| Name and Address where notices to transferee should be sent:<br><br>Lehman Brothers Holdings Inc.<br>Attention: Derivatives Legal<br>1271 Avenue of the Americas, 40th Floor<br>New York, NY 10020<br>Phone: (646) 285-9585 | Court Claim # (if known): 21222<br><br>Amount of Claim: $8,430,170.00.<br><br>Date Claim Filed: 09/21/2009<br><br>QVT Fund LP<br>c/o QVT Financial LP<br>1177 Avenue of the Americas, 9th Floor<br>Attn: Julian Sale<br>Phone: 212-705-8838 |
| Last Four Digits of Acct #:<br><br>Name and Address where transferee payments should be sent (if different from above):<br><br>(same as above) | Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___    Date: 3/16/15

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED / RECEIVED
MAR 16 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

1