# Exhibit H

Loanno
1703087517

### Attorney Fees

| | |
|---|---:|
| 6/9/2009 Foreclosure Fee (20) | $600.00 |
| **Total - Attorney Fees** | **$600.00** |

### Taxes

| | |
|---|---:|
| 11/25/2009 County Tax (505) | $10,772.81 |
| 11/25/2009 Other Tax (511) | $247.14 |
| 10/3/2010 Other Tax (511) | $290.24 |
| 6/9/2009 Other Tax (511) | $0.00 |
| 6/9/2009 County Tax (505) | $0.00 |
| **Total - Taxes** | **$11,310.19** |

### Other Liquidation Expenses

| | |
|---|---:|
| 6/9/2009 Recordation Costs: Sheriff's Deed (47) | $24.00 |
| 6/9/2009 Other (260) | $0.00 |
| 10/22/2009 Possessory/Eviction Fee (23) | $600.00 |
| 1/23/2010 Locksmith (203) | $120.00 |
| 6/9/2009 Recordation Costs: Substitution Trustee (46) | $13.00 |
| 11/25/2009 Other (260) | $569.51 |
| 10/17/2009 Maintenance/Yard Work (204) | $40.00 |
| 10/13/2009 Trash Removal (207) | $580.00 |
| 10/22/2009 Eviction Costs (41) | $665.00 |
| 12/17/2010 Other (260) | $4.50 |
| 10/3/2010 Other (260) | $822.70 |
| 6/9/2009 Cost of Title Examination/Abstract (50) | $275.00 |
| 6/9/2009 Publication Notice Costs (44) | $515.00 |
| 6/9/2009 Certified Mail Costs (40) | $50.22 |
| 6/9/2009 Hazard Premium (60) | $0.00 |
| 11/25/2009 Hazard Premium (60) | $2,959.00 |
| 6/9/2009 Posting Costs (42) | $267.00 |
| 10/27/2009 Maintenance/Yard Work (204) | $40.00 |
| 10/13/2009 Cleaning - Initial (290) | $200.00 |
| **Total - Other Liquidation Expenses** | **$7,744.93** |

### Expense Credits

| | |
|---|---:|
| 11/25/2009 Hazard Refund (281) | ($1,271.00) |
| 6/9/2009 Hazard Refund (281) | $0.00 |
| **Total - Expense Credits** | **($1,271.00)** |

### Other Disposition Costs

| | |
|---|---:|
| 6/9/2009 Broker's Price Opinion (100) | $0.00 |
| 9/22/2009 TRAX Financials Tab - Appraisal | $200.00 |
| 3/13/2009 Appraisal (80) | $6.00 |
| 6/9/2009 Property Inspection Fees (120) | $30.00 |
| 11/25/2009 Broker's Price Opinion (100) | $660.00 |
| 3/5/2009 Appraisal (80) | $250.00 |
| 6/9/2009 Appraisal (80) | $0.00 |
| 5/28/2009 TRAX Financials Tab - Appraisal | $250.00 |
| 11/25/2009 Appraisal (80) | $400.00 |
| **Total - Other Disposition Costs** | **$1,796.00** |

Loanno
    1703087517

Other Proceeds

    4/12/2010 Other Receipts     $2,624.67

**Total - Other Proceeds**     **$2,624.67**

| | |
|---|---:|
| Run Date | 1/7/2014 |
| Date of Notice | 1/7/2014 |
| REO_ID | L0907YP |
| Effective Date | 10/21/2009 |
| Loan Status | 70 |
| Loan Status Description | Liquidated-Held for Sale |
| Loan Number | 1703087517 |
| Mortgage Insurance Code | |
| Last Paid Installment Date | 2/1/2008 |
| Days Accrued | 461 |
| Status Code Description | Disposed |
| Disposition Type Code Desc | Direct Sale |
| Workout Type Code Desc | |
| Days since Disposition/Workout | 1539 |
| Mortgage Note Rate | 7.85 |
| Lien Type Code Description | First Lien |
| Sold Date | 10/21/2009 |
| Days since Sold | 1539 |
| Sales Price | $82,000.00 |
| Pass-Thru_Rate | 6.79 |
| Date Liquidated (Foreclosed) | 5/7/2009 |
| Days from Liquidation Date to Notice Date | 1706 |
| Remittance Type | 3-Scheduled/Scheduled |
| Imputed Interest Rate | 5.2 % |
| Special Feature Code 116 | |
| Receivable Type | Conv REO (43) |
| Repurchase/Makewhole Proceeds Date | |
| Repurchase/Makewhole Proceeds | |
| Unpaid Principal Balance | $388,371.53 |
| Delinquent Interest | $28,568.02 |
| Attorney Fees | $600.00 |
| Taxes | $11,310.19 |
| Other Liquidations | $7,744.93 |
| Expense Credits | ($1,271.00) |
| Asset Management Fee | $0.00 |
| Other Disposition Costs | $1,796.00 |
| Repairs | $0.00 |
| MI Proceeds | $0.00 |
| Sales Proceeds | ($73,719.79) |
| Other Proceeds | ($2,624.67) |
| Participation Receipts | $0.00 |
| Net Rental Income | $0.00 |
| Net Gain Loss | $360,775.21 |
| Imputed Interest | $87,685.18 |
| Makewhole Amount | $448,460.39 |
| Per Diem | $51.40 |

Loss Statement Expiration: 02/06/2014