# Exhibit I

# LEHMAN BROTHERS BANK FSB

3 3778226

LOAN #: 0033778226

## Purchase Advice

**Borrower:** LUIS SANCHEZ

| | |
|---|---|
| Seller Loan number | 291506 |
| Commitment number | 752801075 |
| Commitment Effective date | 12/20/2006 |
| Commitment expiration date | 2/05/2007 |
| Product Code | ALT-A 5/6 LIBOR 6/2/6 ARM |
| Exception Tracking number | |
| Commitment Type | Best Efforts |
| LTV | 100.00 |
| CLTV | 100.00 |
| Loan Interest Rate | 7.85 |

Good File    NO

1st Payment Due ALS    3/01/2007
Original Loan Amount    389,000.00
Interest Only    Y
Prepayment.    N    Prepayment Term

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | | $ | 389,000.00 |
| Net ALS Price 101.27300 | % | $+ | 393,951.97 |
| Service Rls Premium | % | $+ | |
| Interest for   @   $   per day | | $- | |
| From   To | | $- | |
| Tax Service Fee | | $- | 72.00 |
| Flood Cert Fee | | $- | 10.00 |
| Funding Fee | | $- | 125.00 |
| | | $ | |
| | | $- | |
| | | $- | |
| | | $- | |
| | | $- | |
| Total Adjusted Escrow/Impounds | | $- | |
| Borrower/Seller Paid Buydown | | $- | |
| **Total Purchase Amount** | | **$** | **393,744.97** |

### WIRE INFORMATION

Wire Code    **BANK OF AMERICA NA**    Date of Wire 02/01/2007

| | |
|---|---|
| Bank Name | BANK OF AMERICA NA |
| Street Address | 901 MAIN STREET |
| City, State, Zip | DALLAS, TX 75202 |
| ABA No | 026009593 |
| Account No | 3751396510 |
| | |
| Credit Funds to | FIRST MORTGAGE CORPORATION |
| Street Address | 3230 FALLOWFIELD DRIVE |
| City, State, Zip | DIAMOND BAR, CA 91765 |
| Telephone # | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 6.75000 | % | 101.89800 | % | 2.25000 | % |
| Corr Extension | | % | (.1250) | % | | % |
| CnfLmt Bal A5xL-noMI | | % | .3750 | % | | % |
| No Ratio-noMI | | % | (.5000) | % | | % |
| Escrow waiver | | % | (.1250) | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| Alt FICO680-699-noMi | .7000 | % | | % | | % |
| Alt-A NoRatio noMI | .3500 | % | | % | | % |
| A5xL/A7xL/A10x noMI | .0500 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **7.850** | **%** | **101.27300** | **%** | **2.250** | **%** |

PUR ADVI B DOC 06/2001

40357014

# LEHMAN BROTHERS BANK FSB

LOAN #: 0040357014

## Purchase Advice

**Borrower:** AGUSTIN BECERRA

Seller Loan number: 267852
Commitment number: 752801090
Commitment Effective date: 3/23/2007
Commitment expiration date: 5/07/2007
Product Code: MTG MAKER 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Best Efforts
LTV: 88.64
CLTV: 88.64
Loan Interest Rate: 7.825
Unpaid Principal Balance
Net ALS Price 99.50880 %
Service Rls. Premium %
Interest for 5 @ $ 83.610 per day
  From: 4/26/2007 To: 5/01/2007
Tax Service Fee
Flood Cert. Fee
Funding Fee

Total Adjusted Escrow/Impounds
Borrower/Seller Paid Buydown

Good File    NO

1st Payment Due ALS: 6/01/2007
Original Loan Amount: 390,000.00
Interest Only: Y
Prepayment: Y    Prepayment Term: 36

$   390,000.00
$+  388,084.32
$+
$-  418.05
$-  72.00
$-
$-  125.00
$
$-
$-
$-
$-
$-  1,439.15
$-

**Total Purchase Amount** $ 386,030.12

### WIRE INFORMATION

Wire Code: BANK OF AMERICA NA              Date of Wire: 04/26/2007

Bank Name: BANK OF AMERICA NA
Street Address: 901 MAIN STREET
City, State, Zip: DALLAS, TX 75202
ABA No.: 026009593
Account No.: 3751396510

Credit Funds to: FIRST MORTGAGE CORPORATION
Street Address: 3230 FALLOWFIELD DRIVE
City, State, Zip: DIAMOND BAR, CA 91765
Telephone #:

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 6.57500 | % | 102.13380 | % | 2.75000 | % |
| Cashout Refi Mtg Mkr | | % | (.8750) | % | | % |
| No Ratio MM NoMI | | % | (.7500) | % | | % |
| MM FICO 620-679 NoMI | | % | (.1250) | % | | % |
| I/O Mtg Mkr ARMs | | % | (.3750) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| MM HLNM C/O F<680 | .2500 | % | | % | | % |
| MM HLNM Fico 640-659 | .6000 | % | | % | | % |
| MM HLNM NoRatioF<680 | .4000 | % | | % | | % |
| MM ARM 3YR SOFT PP | | % | (.3750) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **7.825** | **%** | **99.50880** | **%** | **2.750** | **%** |

PURADVLB.DOC 06/2001