# Exhibit H

Loanno
   1703553615

Attorney Fees

| | | |
|---|---|---:|
| | 7/4/2008 Foreclosure Fee (20) | $575.00 |
| **Total - Attorney Fees** | | **$575.00** |

Taxes

| | | |
|---|---|---:|
| | 10/24/2008 County Tax (505) | $2,552.93 |
| **Total - Taxes** | | **$2,552.93** |

Other Liquidation Expenses

| | | |
|---|---|---:|
| | 7/4/2008 Certified Mail Costs (40) | $64.00 |
| | 11/11/2008 Electricity (140) | $70.13 |
| | 9/10/2008 Landscaping - Periodic (202) | $150.00 |
| | 11/11/2008 Gas (141) | $12.96 |
| | 7/4/2008 Posting Costs (42) | $215.00 |
| | 7/4/2008 Sheriff's Fees & Costs (48) | $0.00 |
| | 8/13/2008 Cleaning - Periodic (201) | $60.00 |
| | 8/19/2008 Electricity (140) | $24.80 |
| | 7/4/2008 Hazard Premium (60) | $1,433.00 |
| | 11/8/2008 Cost of Title Examination/Abstract (50) | $470.29 |
| | 5/28/2008 Trash Removal (207) | $450.00 |
| | 10/24/2008 Other (260) | $407.21 |
| | 7/4/2008 Recordation Costs: Notice of Default (45) | $45.00 |
| | 7/16/2008 Cleaning - Periodic (201) | $60.00 |
| | 8/13/2008 Landscaping - Periodic (202) | $150.00 |
| | 7/4/2008 Recordation Costs: Sheriff's Deed (47) | $67.00 |
| | 10/24/2008 Cost of Title Examination/Abstract (50) | $500.00 |
| | 5/28/2008 Landscaping - Initial (291) | $125.00 |
| | 5/28/2008 Cleaning - Initial (290) | $150.00 |
| | 6/10/2008 Landscaping - Periodic (202) | $50.00 |
| | 9/23/2008 Water (142) | $312.70 |
| | 9/10/2008 Cleaning - Periodic (201) | $60.00 |
| | 7/4/2008 Publication Notice Costs (44) | $305.56 |
| | 11/11/2008 Water (142) | $86.43 |
| | 7/16/2008 Landscaping - Periodic (202) | $150.00 |
| | 8/13/2008 Locksmith (203) | $129.48 |
| | 7/26/2008 Electricity (140) | $24.43 |
| **Total - Other Liquidation Expenses** | | **$5,572.99** |

Expense Credits

| | | |
|---|---|---:|
| | 7/4/2008 Hazard Refund (281) | ($791.00) |
| | 7/4/2008 Escrow Balance (280) | ($288.68) |
| **Total - Expense Credits** | | **($1,079.68)** |

Other Disposition Costs

| | | |
|---|---|---:|
| | 6/14/2008 TRAX Financials Tab - Appraisal | $350.00 |
| | 7/4/2008 Property Inspection Fees (120) | $30.00 |
| | 7/18/2008 Appraisal (80) | $7.50 |
| **Total - Other Disposition Costs** | | **$387.50** |

Repairs

| | | |
|---|---|---:|
| | 7/24/2008  TRAX Financials Tab | $2,851.00 |
| | 7/24/2008  TRAX Financials Tab | $4,304.00 |
| **Total - Repairs** | | **$7,155.00** |