# Exhibit H

| | |
|---|---|
| Run Date | 1/7/2014 |
| Date of Notice | 1/7/2014 |
| REO_ID | A101R8B |
| Effective Date | 10/14/2010 |
| Loan Status | 72 |
| Loan Status Description | Conveyance |
| Loan Number | 1700841678 |
| Mortgage Insurance Code | |
| Last Paid Installment Date | 2/1/2010 |
| Days Accrued | 183 |
| Status Code Description | Disposed |
| Disposition Type Code Desc | Direct Sale |
| Workout Type Code Desc | |
| Days since Disposition/Workout | 1181 |
| Mortgage Note Rate | 7.5 |
| Lien Type Code Description | First Lien |
| Sold Date | 10/13/2010 |
| Days since Sold | 1182 |
| Sales Price | $96,000.00 |
| Pass-Thru_Rate | 6.8 |
| Date Liquidated (Foreclosed) | 8/3/2010 |
| Days from Liquidation Date to Notice Date | 1253 |
| Remittance Type | 1-Actual/Actual |
| Imputed Interest Rate | 5.2 % |
| Special Feature Code 116 | |
| Receivable Type | Conv REO (43) |
| Repurchase/Makewhole Proceeds Date | |
| Repurchase/Makewhole Proceeds | |
| Unpaid Principal Balance | $119,000.00 |
| Delinquent Interest | $4,361.03 |
| Attorney Fees | $600.00 |
| Taxes | $0.00 |
| Other Liquidations | $2,264.63 |
| Expense Credits | $0.00 |
| Asset Management Fee | $0.00 |
| Other Disposition Costs | $404.00 |
| Repairs | $0.00 |
| MI Proceeds | $0.00 |
| Sales Proceeds | ($88,779.01) |
| Other Proceeds | $0.00 |
| Participation Receipts | $0.00 |
| Net Rental Income | $0.00 |
| Net Gain Loss | $37,850.65 |
| Imputed Interest | $6,756.70 |
| Makewhole Amount | $44,607.35 |
| Per Diem | $5.39 |

Loss Statement Expiration: 02/06/2014

*Prior to remittance of funds please obtain an updated Loss Statement*
*Imputed Interest and/or Per Diem must be included when calculating the total Loss due to Fannie Mae.*

*This statement may not include all costs and expenses incurred by Fannie Mae.*
*Fannie Mae reserves the right to update this statement if additional costs or expenses are identified.*

*The financial activity reflected on this statement is incurred activity through the date of notice.*
*REO properties include imputed interest through date of notice.*
*Additional expense/receipt activity can continue to be incurred on the stated property and may*
*not be reflected on the statement as of the date of notice.*