# Exhibit I

# LEHMAN BROTHERS BANK FSB

LOAN #. 0032346009

# Purchase Advice

**WENDY R. HOFFMAN**
**Borrower**

| | | | | |
|---|---|---|---|---|
| Seller Loan number | 0032346009 | | | |
| Commitment number | 1618501101 | | | |
| Commitment Effective date | 1/31/2006 | | | |
| Commitment expiration date | 3/20/2006 | | | |
| Product Code | MTG MAKER 5/6 LIBOR 6/2/6 ARM | | | |
| Exception Tracking number | | | | |
| Commitment Type | Best Efforts | 1ˢᵗ Payment Due ALS | 5/01/2006 | |
| LTV | 70.00 | Original Loan Amount | 108,500.00 | |
| CLTV | 95.00 | Interest Only | Y | |
| Loan Interest Rate | 7.375 | Prepayment | Y | Prepayment Term | 36 |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | 108,500.00 | |
| Net ALS Price 102.61060 % | $+ | 111,332.50 | |
| Service Rls Premium % | $+ | | |
| Interest for 10 @ $ 21.923 per day | | | |
| From 3/22/2006 To 4/01/2006 | $- | 219.23 | |
| Tax Service Fee | $- | 75.00 | |
| Flood Cert Fee | $- | | |
| Funding Fee | $- | | |
| | $ | | |
| Conduit U/W Fee | $- | 150.00 | |
| | $- | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | 1,174.26 | |
| Borrower/Seller Paid Buydown | $- | | |
| **Total Purchase Amount ... ....** | **$** | **109,714.01** | |

## WIRE INFORMATION

Wire Code    **CITIBANK NA**                           Date of Wire 03/22/2006

| | |
|---|---|
| Bank Name | **CITIBANK NA** |
| Street Address | **111 WALL STREET** |
| City State Zip | **NEW YORK, NY 10043** |
| ABA No | **021000089** |
| Account No | **36857444** |

| | |
|---|---|
| Credit Funds to | **FIRST COLLATERAL SERVICES** |
| Street Address | **1855 GATEWAY BLVD** |
| City State Zip | **CONCORD, CA 94520** |
| Telephone # | |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.37500 | % | 102.86060 | % | 2.75000 | % |
| Corr Extension | | % | (.1250) | % | | % |
| LA100k-ConfLmt MMkr | | % | .1250 | % | | % |
| Non-Owner Mtg Mkr | | % | (1.0000) | % | | % |
| StdDoc Mtg Mkr | | % | (.2500) | % | | % |
| FICO >=680 Mtg Mkr | | % | .3750 | % | | % |
| 3Yr PP Mtg Mkr ARM | | % | 1.0000 | % | | % |
| I/O Mtg Mkr | | % | (.2500) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **7.375** | **%** | **102.61060** | **%** | **2 750** | **%** |

PURADVI B DOC 06/2001

CONFIDENTIAL

LEH-REP_0000277

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0032467367**

## Purchase Advice

**Borrower:** MICHELLE J LANDER

| | | | | |
|---|---|---|---|---|
| Seller Loan number | 1618501161 | | | |
| Commitment number | 1618501161 | Good File | YES | |
| Commitment Effective date | 2/23/2006 | | | |
| Commitment expiration date | 4/24/2006 | | | |
| Product Code | MTG MAKER 5/6 LIBOR 6/2/6 ARM | | | |
| Exception Tracking number | | | | |
| Commitment Type | Best Efforts | 1st Payment Due ALS | 6/01/2006 | |
| LTV | 70.00 | Original Loan Amount | 94,440.00 | |
| CLTV | 95.00 | Interest Only | Y | |
| Loan Interest Rate | 7.75 | Prepayment | Y | Prepayment Term   36 |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | 94,440.00 | |
| Net ALS Price | 102.13040 | % | $+ | 96,451.95 |
| Service Rls Premium | % | $+ | |
| Interest for | 6 | @ | $ 20.052 | per day |
| From 4/25/2006 To 5/01/2006 | $- | 120.31 | |
| Tax Service Fee | $- | 75.00 | |
| Flood Cert Fee | $- | | |
| Funding Fee | $- | 225.00 | |
| | $ | | |
| **Conduit U/W Fee** | $- | 150.00 | |
| | $- | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | | |
| Borrower/Seller Paid Buydown | $- | | |
| **Total Purchase Amount** ........................................ | $ | 95,881.64 | |

### WIRE INFORMATION

Wire Code   **FEDERAL RESERVE BANK**                          Date of Wire 04/25/2006

| | |
|---|---|
| Bank Name | **FEDERAL RESERVE BANK** |
| Street Address | **1910 PACIFIC AVE 19TH FL** |
| City, State, Zip | **DALLAS, TX 75201** |
| ABA No | **114912848** |
| Account No | **1540** |
| | |
| Credit Funds to | **SANDERSON STATE BANK** |
| Street Address | **216 WEST OAK** |
| City, State, Zip | **SANDERSON, TX 79848** |
| Telephone # | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.75000 | % | 103.63040 | % | 2.75000 | % |
| **Non-Owner Mtg Mkr** | | % | (1.0000) | % | | % |
| **StdDoc Mtg Mkr** | | % | (.2500) | % | | % |
| **FICO >=680 Mtg Mkr** | | % | .3750 | % | | % |
| **EscrowWaiver Mtg Mkr** | | % | (.2500) | % | | % |
| **I/O Mtg Mkr** | | % | (.2500) | % | | % |
| **Best Efforts** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.750 | % | 102.13040 | % | 2.750 | % |

PUR ADVI B DOC 06/2001

CONFIDENTIAL

# LEHMAN BROTHERS BANK FSB

LOAN #: 0032183212

## Purchase Advice

**Borrower:**
MARLA MCGUIRE

| | |
|---|---|
| Seller Loan number: | 0032183212 |
| Commitment number: | 618050109B |
| Commitment Effective date: | 1/30/2006 |
| Commitment expiration date: | 3/01/2006 |
| Product Code: | MTG MAKER 5/6 LIBOR 6/2/6 ARM |
| Commitment Tracking number: | |
| Exception Tracking | |
| Commitment Type: | Best Efforts |
| LTV: | 70.00 |
| CLTV: | 95.00 |
| Loan Interest Rate: | 7.5 |

| | | |
|---|---|---|
| Original Loan Amount: 119,000.00 | 1st Payment Due ALS: | 4/01/2006 |
| Interest Only: Y | | |
| Prepayment: Y | | |
| Prepayment Term: 36 | | |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | 119,000.00 | Net ALS Price 102.61560 +$ | 122,112.56 |
| | | Service Rls. Premium % +$ | |
| Interest for 2 @ 24.452 per day From: 2/27/2006 To: 3/01/2006 | | -$ | 48.90 |
| Tax Service Fee | | -$ | 75.00 |
| Flood Cert. Fee | | -$ | |
| Funding Fee | | -$ | |
| Conduit U/W Fee | | $ | 150.00 |
| | | $ | |
| | | -$ | |
| | | -$ | |
| Total Adjusted Escrow/Impounds | | -$ | |
| Borrower/Seller Paid Buydown | | -$ | |
| **Total Purchase Amount** | | **$** | **121,838.66** |

### WIRE INFORMATION

Wire Code: CITIBANK NA                        Date of Wire: 2/27/2006.

| | |
|---|---|
| Bank Name: | CITIBANK NA |
| Street Address: | 111 WALL STREET |
| City, State, Zip: | NEW YORK, NY 10043 |
| ABA No.: | 021000089 |
| Account No.: | 3685744 |
| Credit Funds to: | FIRST COLLATERAL SERVICES |
| Street Address: | 1855 GATEWAY BLVD |
| City, State, Zip: | CONCORD, CA 94520 |
| Telephone #: | |

### PRICING REVIEW

| | Rate % | Price % | Margin % |
|---|---|---|---|
| Base: LA100x-Conflat MMkt | 7.5000 % | 102.990060 % | 2.7500 % |
| | % | .1250 % | % |
| | % | (1.0000) % | % |
| Non-Owner Mtg Mkt | % | (.2500) % | % |
| Stdboo Mtg Mkt | % | (.2500) % | % |
| FICO >=680 Mtg Mkt | % | .3750 % | % |
| 3Yr PP Mtg Mkt ARM | % | 1.0000 % | % |
| EscrowWaiver Mtg Mkt | % | (.2500) % | % |
| I/O Mtg Mkt | % | (.2500) % | % |
| Best Efforts | % | (.1250) % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| | % | % | % |
| **TOTAL** | 7.500 % | 102.61560 % | 2.750 % |

PERADV1.RDOC 062001

CONFIDENTIAL

LEH-REP_0000699

33429473

## LEHMAN BROTHERS BANK FSB

LOAN #: 0033429473

# Purchase Advice

**CARL L CABANISS II**
Borrower:

| | | |
|---|---|---|
| Seller Loan number  33429473 | | |
| Commitment number 1618501261 | Good File | NO |
| Commitment Effective date 11/16/2006 | | |
| Commitment expiration date 11/13/2006 | | |
| Product Code  **ALT-A 30 YEAR FIXED** | | |
| Exception Tracking number | | |
| Commitment Type  **Best Efforts** | 1st Payment Due ALS | 2/01/2007 |
| LTV   80.00 | Original Loan Amount | 356,000.00 |
| CLTV  84.05 | Interest Only | N |
| Loan Interest Rate   7.375 | Prepayment | N    Prepayment Term |

|  | | |
|---|---|---|
| Unpaid Principal Balance | $ | 355,729.12 |
| Net ALS Price 100.13500      % | $+ | 356,209.35 |
| Service Rls  Premium         % | $+ | |
| Interest for    12    @    $   71.877   per day | | |
| From 12/20/2006   To 1/01/2007 | $- | 862.52 |
| Tax Service Fee | $- | 72.00 |
| Flood Cert  Fee | $- | |
| Funding Fee | $- | 225.00 |
| | $ | |
| **Escrow Transfer** | $- | |
| **Conduit U/W Fee** | $- | 150.00 |
| | $- | |
| | $- | |
| Total Adjusted Escrow/Impounds | $- | |
| Borrower/Seller Paid Buydown | $- | |
| Total Purchase Amount ..................... | $ | 354,899.83 |

## WIRE INFORMATION

Wire Code    **CITIBANK NA**                          Date of Wire 12/20/2006

| | |
|---|---|
| Bank Name | **CITIBANK NA** |
| Street Address | **111 WALL STREET** |
| City, State, Zip | **NEW YORK, NY 10043** |
| ABA No | **021000089** |
| Account No | **36857444** |

| | |
|---|---|
| Credit Funds to | **FIRST COLLATERAL SERVICES** |
| Street Address | **1855 GATEWAY BLVD** |
| City, State, Zip | **CONCORD, CA 94520** |
| Telephone # | |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.37500 | % | 102.63500 | % | | % |
| **Corr Extension** | | % | (.1250) | % | | % |
| **Extension Fee** | | % | (.2500) | % | | % |
| **CnfLmt Bal A30F** | | % | .2500 | % | | % |
| **Stated Doc-noMI** | | % | (.3750) | % | | % |
| **Non-Owner** | | % | (1.5000) | % | | % |
| **FICO 660-679 no MI** | | % | (.2500) | % | | % |
| **Escrow waiver** | | % | (.1250) | % | | % |
| **Best Efforts** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| TOTAL | 7.375 | % | 100.13500 | % | | % |

PURADVI_B DOC 06/2001

CONFIDENTIAL

LEH-REP_0000154