Elliott Associates, L.P.
40 West 57th Street, 4th Floor
New York, NY 10019
(212) 974-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :
                                        Debtors.              :    (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claim asserted against Lehman Brothers Holdings Inc., proof of which was filed on the date and in the amount listed below. Elliott Associates, L.P. ("Elliott") purchased an interest in the claim in the amount and the percentage listed below (the "Elliott Claim") (the applicable ECF Number for the Rule 3001(e) notice is listed below). Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Elliott Claim.

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed | ECF |
|-------|--------------------|--------------|------------------|------------|-----|
| 14674 | $21,806,019.00 | $21,806,019.00 | 100% | 09/17/2009 | 12653 |

PLEASE TAKE NOTICE that Elliott hereby withdraws with prejudice the Elliott Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Elliott Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Elliott Claim. Elliott represents and warrants that the withdrawal of the Elliott Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: March 17, 2015

                                                     Elliott Associates, L.P.
                                                    By: Elliott Capital Advisors, L.P., its General Partner
                                                        By: Braxton Associates, Inc., its General Partner

                                                    By: _____
                                                         Name: Elliot Greenberg
                                                         Title: Vice President

1