UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :    08-13555 (SCC)
                                                                       :    (Jointly Administered)
               Debtors.                                                :
                                                                       :
-----------------------------------------------------------------------x    Ref. Docket No. 47947

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 18, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
25th day of March, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 47947_AFF_3-18-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ILLIQUIDX LLP
      TRANSFEROR: BROKWEL MANAGEMENT INC.
      ATTN: MR. CELESTINO AMORE
      80 FLEET STREET
      LONDON    EC4Y 1EL
      UNITED KINGDOM
```

Please note that your claim # 51793-06 in the above referenced case and in the amount of
$99,057.00   allowed at $99,337.40       has been transferred **(unless previously expunged by court order)**

```
SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P          SILVER POINT CAPITAL OFFSHORE MASTER FUND, L
TRANSFEROR: ILLIQUIDX LLP                                C/O DAVIS POLK & WARDWELL, LLP
C/O SILVER POINT CAPITAL, L.P.                           ATTN: ADAM VANWAGNER
ATTN: DAVID F. STEINMETZ                                 450 LEXINGTON AVENUE
2 GREENWICH PLAZA, FIRST FLOOR                           NEW YORK NY 10017-3904
GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 47947    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/18/2015                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 18, 2015.

# EXHIBIT B

```
TIME: 11:41:07                                        LEHMAN BROTHERS HOLDING INC.                                                       PAGE:   1
DATE: 03/18/15                                              CREDITOR LISTING

Name                                 Address
ILLIQUIDX LLP                        TRANSFEROR: BROKWEL MANAGEMENT INC. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
SILVER POINT CAPITAL OFFSHORE MASTER C/O DAVIS POLK & WARDWELL, LLP ATTN: ADAM VANWAGNER 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, L.P
SILVER POINT CAPITAL OFFSHORE MASTER TRANSFEROR: ILLIQUIDX LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
  FUND, L.P

Total Number of Records Printed      3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC