B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**  Case No. **08-13555 (SCC)**
(jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **York Asian Opportunities Investments Master Fund, L.P.** | **York Credit Opportunities Fund, L.P.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 17659 |
| York Asian Opportunities Investments Master Fund, L.P. c/o York Capital Management 767 Fifth Avenue, 17th Fl. New York, NY 10153 Attn: Lauren Searing Yun | Amount of Claim Transferred: $381,039.00 |
| | Date Claim Filed: 9/18/2009 |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/John J. Fosina*          Date:   3/24/2015
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

    For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment Agreement dated on our about the date hereof, **York Credit Opportunities Fund, L.P.**("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **York Asian Opportunities Investments Master Fund, L.P.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of **$381,039.00** (the "Claim"), as set forth in proof of claim number **17659** filed against Debtor in the Case under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the Bankruptcy Court.

    Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

    IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on March 23, 2015.

| **SELLER** | **BUYER** |
|---|---|
| YORK CREDIT OPPORTUNITIES FUND, L.P. | YORK ASIAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. |
| By: _(signed)_ | By: _(signed)_ |
| Name: John J. Fosina | Name: John J. Fosina |
| Title: Chief Financial Officer | Title: Chief Financial Officer |

102258026v1