**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :   08-13555 (SCC)
                                              :
            Debtors.                          :   (Jointly Administered)
                                              :
----------------------------------------------------------------x   Ref. Docket Nos. 48956 and 48957

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2015, I caused to be served the:

   a) "Notice of Hearing on the Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)," dated March 23, 2015, to which was attached "The Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)," dated March 23, 2015 [Docket No. 48956], (the "496th Omnibus Objection"), and

   b) "Notice of Hearing on the Four Hundred Ninety-Seventh Omnibus Objection to Claims (Valued Derivative Claims)," dated March 23, 2015, to which was attached the "Four Hundred Ninety-Seventh Omnibus Objection to Claims (Valued Derivative Claims)," dated March 23, 2015 [Docket No. 48957], (the "497th Omnibus Objection"),

   by causing true and correct copies of the:

   i. 496th Omnibus Objection and 497th Omnibus Objection, to be delivered by electronic mail to those parties listed on the annexed Exhibit A,

   ii. 496th Omnibus Objection and 497th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit B,

    iii. 496th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv. 497th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Carol Zhang*

Sworn to before me this                                                             Carol Zhang
24th day of March, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | jsheerin@mcguirewoods.com |
| aalfonso@willkie.com | jsherman@bsfllp.com |
| abeaumont@fklaw.com | jshickich@riddellwilliams.com |
| abraunstein@riemerlaw.com | jsmairo@pbnlaw.com |
| acaton@kramerlevin.com | jstoll@mayerbrown.com |
| adarwin@nixonpeabody.com | jsullivan@mosessinger.com |
| adiamond@diamondmccarthy.com | jtimko@shutts.com |
| aeckstein@blankrome.com | judy.morse@crowedunlevy.com |
| aentwistle@entwistle-law.com | jvail@ssrl.com |
| afriedman@irell.com | jwcohen@daypitney.com |
| agbanknewyork@ag.tn.gov | jweiss@gibsondunn.com |
| aglenn@kasowitz.com | jwest@velaw.com |
| agold@herrick.com | jwh@njlawfirm.com |
| agoldstein@tnsj-law.com | kanema@formanlaw.com |
| agottfried@morganlewis.com | karen.wagner@dpw.com |
| aisenberg@saul.com | karl.geercken@alston.com |
| akadish@dtlawgroup.com | kdwbankruptcydepartment@kelleydrye.com |
| akantesaria@oppenheimerfunds.com | keckhardt@hunton.com |
| akolod@mosessinger.com | keith.simon@lw.com |
| alum@ftportfolios.com | ken.coleman@allenovery.com |
| amarder@msek.com | ken.higman@hp.com |
| amartin@sheppardmullin.com | kerry.moynihan@hro.com |
| amcmullen@boultcummings.com | kgwynne@reedsmith.com |
| amenard@tishmanspeyer.com | kiplok@hugheshubbard.com |
| amh@amhandlerlaw.com | kit.weitnauer@alston.com |
| andrew.brozman@cliffordchance.com | kkelly@ebglaw.com |
| andrew.lourie@kobrekim.com | kkolbig@mosessinger.com |
| angelich.george@arentfox.com | klyman@irell.com |
| angie.owens@skadden.com | klynch@formanlaw.com |
| ann.reynaud@shell.com | kmayer@mccarter.com |
| anthony_boccanfuso@aporter.com | kobak@hugheshubbard.com |
| aoberry@bermanesq.com | korr@orrick.com |
| aostrow@beckerglynn.com | kovskyd@pepperlaw.com |
| apalazzolo@fzwz.com | kressk@pepperlaw.com |
| appleby@chapman.com | kreynolds@mklawnyc.com |
| aquale@sidley.com | krodriguez@allenmatkins.com |
| arainone@bracheichler.com | krosen@lowenstein.com |
| arheaume@riemerlaw.com | kurt.mayr@bgllp.com |
| arosenblatt@chadbourne.com | landon@slollp.com |
| arthur.rosenberg@hklaw.com | lapeterson@foley.com |
| arwolf@wlrk.com | lawallf@pepperlaw.com |
| aseuffert@lawpost-nyc.com | lawrence.gelber@srz.com |
| ashmead@sewkis.com | lberkoff@moritthock.com |
| asnow@ssbb.com | lee.stremba@troutmansanders.com |

| | |
|---|---|
| asomers@rctlegal.com | lgranfield@cgsh.com |
| aunger@sidley.com | lhandelsman@stroock.com |
| austin.bankruptcy@publicans.com | lhill@reedsmith.com |
| avenes@whitecase.com | linda.boyle@twtelecom.com |
| azylberberg@whitecase.com | lisa.solomon@att.net |
| bankruptcy@goodwin.com | ljkotler@duanemorris.com |
| bankruptcy@morrisoncohen.com | lkatz@ltblaw.com |
| bankruptcy@ntexas-attorneys.com | lkiss@klestadt.com |
| bankruptcymatters@us.nomura.com | lmarinuzzi@mofo.com |
| barbra.parlin@hklaw.com | lmay@coleschotz.com |
| bbisignani@postschell.com | lmcgowen@orrick.com |
| bcarlson@co.sanmateo.ca.us | lnashelsky@mofo.com |
| bdk@schlamstone.com | loizides@loizides.com |
| ben.lewis@hoganlovells.com | lscarcella@farrellfritz.com |
| bguiney@pbwt.com | lschweitzer@cgsh.com |
| bmanne@tuckerlaw.com | lwhidden@salans.com |
| bmiller@mofo.com | mabrams@willkie.com |
| boneill@kramerlevin.com | maofiling@cgsh.com |
| brian.corey@greentreecreditsolutions.com | marc.chait@sc.com |
| brosenblum@jonesday.com | margolin@hugheshubbard.com |
| brotenberg@wolffsamson.com | mark.bane@ropesgray.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| cbelisle@wfw.com | mbenner@tishmanspeyer.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mberman@nixonpeabody.com |
| cgonzalez@diazreus.com | mbienenstock@proskauer.com |
| chad.husnick@kirkland.com | mbloemsma@mhjur.com |
| chammerman@paulweiss.com | mbossi@thompsoncoburn.com |
| charles@filardi-law.com | mcademartori@sheppardmullin.com |
| charles_malloy@aporter.com | mcarthurk@sullcrom.com |
| chemrick@connellfoley.com | mccarthyj@sullcrom.com |
| chipford@parkerpoe.com | mcordone@stradley.com |
| chris.donoho@lovells.com | mcto@debevoise.com |
| christopher.greco@kirkland.com | mcyganowski@oshr.com |
| clynch@reedsmith.com | mdorval@stradley.com |
| cmestres@aclawllp.com | melorod@gtlaw.com |
| cmontgomery@salans.com | meltzere@pepperlaw.com |

| | |
|---|---|
| cohen@sewkis.com | metkin@lowenstein.com |
| cp@stevenslee.com | mfeldman@willkie.com |
| cpappas@dilworthlaw.com | mginzburg@daypitney.com |
| craig.goldblatt@wilmerhale.com | mgordon@briggs.com |
| craigjustinalbert@gmail.com | mgreger@allenmatkins.com |
| crmomjian@attorneygeneral.gov | mh1@mccallaraymer.com |
| csalomon@beckerglynn.com | mhopkins@cov.com |
| cschreiber@winston.com | michael.frege@cms-hs.com |
| cshore@whitecase.com | michael.kelly@monarchlp.com |
| cshulman@sheppardmullin.com | michael.krauss@faegrebd.com |
| cszyfer@stroock.com | michael.mccrory@btlaw.com |
| cwalsh@mayerbrown.com | michaels@jstriallaw.com |
| cward@polsinelli.com | millee12@nationwide.com |
| cweber@ebg-law.com | miller@taftlaw.com |
| cweiss@ingramllp.com | mimi.m.wong@irscounsel.treas.gov |
| dallas.bankruptcy@publicans.com | mitchell.ayer@tklaw.com |
| dave.davis@isgria.com | mjedelman@vedderprice.com |
| david.bennett@tklaw.com | mjr1@westchestergov.com |
| david.heller@lw.com | mlahaie@akingump.com |
| david.livshiz@freshfields.com | mlandman@lcbf.com |
| david.powlen@btlaw.com | mlichtenstein@crowell.com |
| davids@blbglaw.com | mlynch2@travelers.com |
| davidwheeler@mvalaw.com | mmendez@crb-law.com |
| dbarber@bsblawyers.com | mmorreale@us.mufg.jp |
| dbaumstein@whitecase.com | mneier@ibolaw.com |
| dbesikof@loeb.com | monica.lawless@brookfieldproperties.com |
| dcimo@gjb-law.com | mpage@kelleydrye.com |
| dcoffino@cov.com | mparry@mosessinger.com |
| dcrapo@gibbonslaw.com | mprimoff@kayescholer.com |
| ddavis@paulweiss.com | mpucillo@bermanesq.com |
| ddrebsky@nixonpeabody.com | mrosenthal@gibsondunn.com |
| ddunne@milbank.com | mrothchild@mofo.com |
| deggermann@kramerlevin.com | mruetzel@whitecase.com |
| deggert@freebornpeters.com | mschimel@sju.edu |
| demetra.liggins@tklaw.com | msegarra@mayerbrown.com |
| dennis.tracey@hoganlovells.com | mshiner@tuckerlaw.com |
| dfelder@orrick.com | msolow@kayescholer.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dgrimes@reedsmith.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | munno@sewkis.com |
| dheffer@foley.com | mvenditto@reedsmith.com |
| dhurst@coleschotz.com | mwarner@coleschotz.com |
| dhw@dhclegal.com | mwarren@mtb.com |
| diconzam@gtlaw.com | nathan.spatz@pillsburylaw.com |

djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com

nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com

ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com

richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jclose@chapman.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com

sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com

jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**ADDITIONAL E-MAIL**

ian.ribald@bakerbotts.com

**EXHIBIT B**

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| BNP PARIBAS WEALTH MANAGEMENT | ATTN: SERGE FORTI & RICARDO SANCHEZ-MORENO 20 COLLYER QUAY # 18-01 TUNG CENTRE 049319 SINGAPORE |
| DONGBU SECURITIES CO., LTD. | 36-5, YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-886 SOUTH KOREA |
| EUGENE INVESTMENT & SECURITIES CO., LTD | 23-9, YUIDO-DONG YUNGDEUNGPO-GU SEOUL 150-710 SOUTH KOREA |
| HANA BANK AS TRUSTEE AND MY ASSET INVESTMENT MANAG | INVESTMENT MANAGER FOR MY DUEL STAR DERIVATIVES FUND D-1 25-5 YOIDO DONG YOUNGDEUNGPO-GU SEOUL 150-708 SOUTH KOREA |
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEM | (FKADACHAN INVESTMENT TRUST MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR DAEHAN KEPCO-KOOKMIN BANK EQUITY LINKED DERIVATIVES FUND 1 27-3, YOIDO DONG, YOUNGDEUNGPO-GU SEOUL 150-705 SOUTH KOREA |
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEM | (FKADACHAN INVESTMENT TRUST MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR DAEHAN IBK-SAMSUNG HEAVY INDUSTRY EQUITY LINKED DERIVATIVES FUND 1 27-3, YOIDO DONG, YOUNGDEUNGPO-GU SEOUL 150-705 SOUTH KOREA |
| KYOBO SECURITIES CO., LTD. | ATTN: WAN SEOK LEE - CHIEF RISK OFFICER KYOBO SECURITIES BUILDING 26-4 YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-737 SOUTH KOREA |
| MIRAE ASSET SECURITIES CO., LTD. | EAST TOWER 15F, MIRAE ASSET CENTER 1 67 SUHA-DONG, JUNG-GU SEOUL 100-210 SOUTH KOREA |
| MIRAE ASSET SECURITIES CO., LTD. | KELLEY DRYE & WARREN LLP 101 PARK AVENUE ATTN: BENJAMIN BLAUSTEIN, ESQ. NEW YORK NY 10178 |
| STANDARD CHARTERED FIRST BANK AS TRUSTEE AND | HI ASSET MANAGEMENT CO. LTD. (FKA CJ ASSET MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR CJ 2 STAR SD CLIQUET PRIVATE DERIVATIVES TRUST 22 11/F HI INVESTMENT SECURITIES BUILDING 25-15 YOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-878 SOUTH KOREA |
| WOORI 2 STAR DERIVATIVES FUND KH-3 | MR. SANGWOO PARK/WOORI ASSET MANAGEMENT 23-8 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-876 SOUTH KOREA |
| WOORI 2 STAR DERIVATIVES FUND KW-8 | MR. SANGWOO PARK/WOORI ASSET MANAGEMENT 23-8 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-876 SOUTH KOREA |

**Total Creditor count  12**

# EXHIBIT D

| Claim Name | Address Information |
| --- | --- |
| HORIZON II INTERNATIONAL, LTD | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL, LTD | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL, LTD | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL, LTD | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, CHRISTY RIVERA, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |

**Total Creditor count  4**