Elliott Associates, L.P.
40 West 57th Street, 4th Floor
New York, NY 10019
(212) 974-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claims asserted against Lehman Brothers Holdings Inc., proofs of which were filed on the dates and in the amounts listed below. Elliott Associates, L.P. ("Elliott") purchased an interest in the claims in the amounts and the percentages listed below (the "Elliott Claims") (the applicable ECF Numbers for the Rule 3001(e) notices are listed below). Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Elliott Claims.

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed | ECF |
|---|---|---|---|---|---|
| 14414 | $3,779,550.21 | $3,779,550.21 | 100% | 09/16/2009 | 48951 |
| 14420 | $60,477,320.81 | $60,477,320.81 | 100% | 09/16/2009 | 48951 |
| 15804 | $19,336,363.56 | $19,336,363.56 | 100% | 09/17/2009 | 48951 |
| 17155 | $377,511.00 | $377,511.00 | 100% | 09/18/2009 | 48951 |
| 17736 | $83,571,788.04 | $83,571,788.04 | 100% | 09/18/2009 | 48948 |
| 17756 | $26,825,879.53 | $26,062,135.00 | 97.15% | 09/18/2009 | 48951 |
| 19672 | $1,896,620.52 | $1,896,620.52 | 100% | 09/11/2009 | 48951 |
| 19673 | $6,151,279.80 | $6,151,279.80 | 100% | 09/11/2009 | 48951 |
| 19688 | $232,811.17 | $232,811.17 | 100% | 09/11/2009 | 48951 |
| 20738 | $2,013,890.00 | $2,013,890.00 | 100% | 09/21/2009 | 48951 |
| 20541 | $47,174,286.00 | $47,174,286.00 | 100% | 9/18/2009 | 48950 |
| 20542 | $11,129,652.00 | $11,129,652.00 | 100% | 9/18/2009 | 48950 |
| 20543 | $19,297,292.00 | $19,297,292.00 | 100% | 9/18/2009 | 48950 |
| 26015 | $6,004,449.00 | $6,004,449.00 | 100% | 9/21/2009 | 48950 |
| 26017 | $840,000.00 | $840,000.00 | 100% | 09/21/2009 | 48951 |
| 26018 | $372,240.00 | $372,240.00 | 100% | 09/21/2009 | 48952 |
| 26020 | $10,272,558.00 | $10,272,558.00 | 100% | 09/21/2009 | 48952 |
| 26709 | Unliquidated | 100% | 100% | 09/22/2009 | 48952 |
| 30450 | $4,233,046.13 | $2,810,742.63 | 66.40% | 09/22/2009 | 48952 |
| 33410 | $7,656,775.00 | $7,656,775.00 | 100% | 09/21/2009 | 48952 |
| 54846 | $2,534,694.27 | $2,534,694.27 | 100% | 10/28/2009 | 48952 |

1

MEDGER\276796.1 - 03/23/15

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed | ECF |
|---|---|---|---|---|---|
| 66170 | $25,819,299.00 | $25,819,299.00 | 100% | 01/28/2010 | 48952 |
| 66175 | $3,502,023.00 | $3,502,023.00 | 100% | 01/28/2010 | 48952 |
| 66178 | $1,647,292.00 | $1,647,292.00 | 100% | 01/28/2010 | 48952 |
| 66179 | $345,583.00 | $345,583.00 | 100% | 01/28/2010 | 48952 |
| 66180 | $553,800.00 | $553,800.00 | 100% | 01/28/2010 | 48953 |
| 66209 | $7,293,971.00 | $7,293,971.00 | 100% | 02/02/2010 | 48953 |
| 66210 | $432,206.00 | $432,206.00 | 100% | 02/02/2010 | 48953 |
| 66225 | $7,802,837.00 | $7,802,837.00 | 100% | 02/02/2010 | 48953 |

PLEASE TAKE NOTICE that Elliott hereby withdraws with prejudice the Elliott Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Elliott Claims from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Elliott Claims. Elliott represents and warrants that the withdrawal of the Elliott Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:            March 24, 2015

                                       Elliott Associates, L.P.
                                             By: Elliott Capital Advisors, L.P., its General Partner
                                             By: Braxton Associates, Inc., its General Partner

                                             By: _____
                                             Name: Elliot Greenberg
                                             Title: Vice President