Elliott Associates, L.P.
40 West 57th Street, 4th Floor
New York, NY 10019
(212) 974-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

In re                                                  :    **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :    **08-13555 (JMP)**
                                                       :
                          **Debtors.**                 :    **(Jointly Administered)**

-----------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM

Reference is made to claim number 29058 asserted against Lehman Brothers Holdings Inc. (the "Claim"), proof of which was filed on September 22, 2009 by Elliott Associates, L.P. ("Elliott"). Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that Elliott hereby withdraws with prejudice the portion of the Claim identified in Schedule 1 attached hereto (the "Withdrawn Portion") and directs Epiq Bankruptcy Solutions LLC to expunge the Withdrawn Portion from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Withdrawn Portion, and in particular, without limitation, shall not affect the claim identified in Schedule 2 attached hereto. Elliott represents and warrants that the withdrawal of the Withdrawn Portion is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:  March  17 , 2015

Elliott Associates, L.P.
   By: Elliott Capital Advisors, L.P., its General Partner
      By: Braxton Associates, Inc., its General Partner

By: _____
      Name:  Elliot Greenberg
      Title:  Vice President

1

Schedule 1

| Claim # | Claimant | Total Claim Amount | Amount Withdrawn* |
|---|---|---|---|
| 29058 | Elliott Associates, L.P. | $51,421,962.52 | $608,256.00 |

\* No portion of the Claim is being withdrawn in excess of the amount in this column.

Schedule 2

Portion of Claim No. 29058 held by Elliott and not being withdrawn:

| 29058 | ELLIOTT ASSOCIATES, L.P. | 09/22/2009 | $8,568,988.31 | Image |

**Creditor Address:**
TRANSFEROR: ALSTON INVESTMENTS LLC
C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL
STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**Debtor:**
08-13555 Lehman Brothers Holdings Inc.

**Amounts:**
Allowed Unsecured:          $8,568,988.31
Claimed Unsecured:          $9,305,200.82

**Remarks:**
Amends claim 17380
THIS CLAIM IS ALLOWED

Related Dockets