Upton E LLC
40 West 57th Street, 4th Floor
New York, NY 10019
(212) 974-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                           :     **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :     **08-13555 (JMP)**
                                                                :
                              **Debtors.**                      :     **(Jointly Administered)**
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

   Reference is made to the below claim asserted against Lehman Brothers Holdings Inc., proof of which was filed on the date and in the amount listed below.  Upton E LLC ("Upton") purchased an interest in the claim in the amount and the percentage listed below (the "Upton Claim") (the applicable ECF Number for the Rule 3001(e) notice is listed below).  Upton represents and warrants that as of the date hereof, Upton has not sold, assigned or transferred the Upton Claim.

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed | ECF |
|-------|-------------------|--------------|------------------|------------|-----|
| 27974 | $120,365,128.00 | $25,623,204.00 | 21.29% | 9/22/2009 | 39307 |

   PLEASE TAKE NOTICE that Upton hereby withdraws with prejudice the Upton Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Upton Claim from the claims register.  This withdrawal shall not affect any claim held by Upton other than the Upton Claim.  Upton represents and warrants that the withdrawal of the Upton Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:   March 17, 2015

       **Upton E LLC**

       By: Elliott Associates, L.P., as Managing Member
        By: Elliott Capital Advisors, L.P., its General Partner
        By: Braxton Associates, Inc., its General Partner

       By:_____
        Name:  Elliot Greenberg
        Title:    Vice President

1