WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**         :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
------------------------------------------------------------------x

**NOTICE REGARDING SEVENTH DISTRIBUTION PURSUANT TO**
**THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 23023] (the "Plan"),[1] will commence on April 2, 2015 (the "Seventh Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims (other than secured, administrative, priority or convenience claims) against each Debtor in each Class under the Plan as well as the cumulative percentage recovery.

Attached hereto as Exhibit B is a summary of the aggregate amount that will be distributed to holders of Allowed non-priority unsecured Claims on the Seventh Distribution Date.

Attached hereto as Exhibit C is a list that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash As Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

      The aggregate amount that will be distributed on the Seventh Distribution Date will total approximately $7.6 billion and will include approximately (i) $7.1 billion of Distributions identified in Exhibit B, (ii) and $0.5 billion of Distributions to holders of recently Allowed Claims for amounts that would have been received had such Claims been Allowed at the time of previous Distributions.

Dated:  March 26, 2015
       New York, New York

                                  /s/ Garrett A. Fail
                                Garrett A. Fail

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of its Affiliates

**Exhibit A**

**Exhibit A**
**Distribution to Holders of Allowed Non-Priority Unsecured Claims**

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Seventh Distribution on 4/2/2015 [1] | Cumulative Distributions |
| **Lehman Brothers Holdings Inc.** | | | | | |
| Class | 3 | Senior Unsecured | 31.555706% | 3.182633% | 34.738339% |
| Class | 4A | Senior Affiliate Claims | 25.261249% | 2.593182% | 27.854431% |
| Class | 4B | Senior Affiliate Guarantee | 24.625767% | 2.535449% | 27.161216% |
| Class | 5 | Senior Third-Party Guarantee | 19.703631% | 2.029137% | 21.732768% |
| Class | 6A | Convenience Claims | 26.000000% | N/A | 26.000000% |
| Class | 6B | Guarantee Convenience Claims | 17.000000% | N/A | 17.000000% |
| Class | 7 | General Unsecured | 29.481462% | 3.060722% | 32.542184% |
| Class | 8 | Derivative Affiliate / Affiliate Guarantee Claims | 23.201311% | 2.382933% | 25.584244% |
| Class | 9A | Third-Party Guarantee Claims other than those of the RACERS Trusts | 18.569689% | 1.894901% | 20.464590% |
| Class | 9B | Third Party Guarantee Derivatives RACER's | 11.280264% | 1.159495% | 12.439759% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] |
| **Lehman Commercial Paper Inc.** | | | | | |
| Class | 3 | Convenience Claims | 60.000000% | N/A | 60.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 65.617902% | 2.565638% | 68.183540% |
| Class | 4B | General Unsecured Claims of Designated Entities | 55.204559% | 2.386640% | 57.591199% |
| Class | 5A | Affiliate Claims of LBHI [3] | 68.277502% | 2.983300% | 71.260802% |
| Class | 5B | Affiliate Claims of Participating Subs | 55.204559% | 2.386640% | 57.591199% |
| Class | 5C | Affiliate claims | 59.344899% | 2.565638% | 61.910537% |
| **Lehman Brothers Special Financing Inc.** | | | | | |
| Class | 3 | Convenience Claims | 32.000000% | N/A | 32.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 32.695752% | 1.233503% | 33.929255% |
| Class | 4B | General Unsecured Claims of Designated Entities | 16.715211% | 0.631686% | 17.346897% |
| Class | 5A | Affiliate Claims of LBHI [3] | 33.700354% | 1.298208% | 34.998562% |
| Class | 5B | Affiliate Claims of Participating Subs | 27.481772% | 1.038566% | 28.520338% |
| Class | 5C | Affiliate claims | 32.291081% | 1.220315% | 33.511396% |
| **Lehman Brothers Commodity Services Inc.** | | | | | |
| Class | 3 | Convenience Claims | 55.000000% | N/A | 55.000000% |
| Class | 4 | General Unsecured Claims | 71.873287% | 3.747105% | 75.620392% |
| Class | 5A | Affiliate Claims of LBHI [3] | 83.573588% | 4.357099% | 87.930687% |
| Class | 5B | Affiliate Claims of Participating Subs | N/A | N/A | N/A |
| Class | 5C | Affiliate claims | 71.873287% | 3.747105% | 75.620392% |
| **Lehman Brothers OTC Derivatives Inc.** | | | | | |
| Class | 3 | Convenience Claims | 34.000000% | N/A | 34.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 5B | Affiliate Claims of Participating Subs | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate claims | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Commercial Corporation** | | | | | |
| Class | 3 | Convenience Claims | 40.000000% | N/A | 40.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 5B | Affiliate Claims of Participating Subs | 90.138913% | 9.861087% | 100.000000% |
| Class | 5C | Affiliate claims | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Derivative Products Inc.** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 100.000000% | N/A | 100.000000% |

**Exhibit A**
**Distribution to Holders of Allowed Non-Priority Unsecured Claims**

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Seventh Distribution on 4/2/2015 [1] | Cumulative Distributions |
| **Lehman Brothers Financial Products Inc.** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate claims | 100.000000% | N/A | 100.000000% |
| **LB 745 LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **PAMI Statler Arms LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 47.254213% | N/A | 47.254213% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **CES Aviation LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 83.467015% | N/A | 83.467015% |
| Class | 4B | Affiliate claims | 83.467015% | N/A | 83.467015% |
| **CES Aviation V LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 30.265412% | N/A | 30.265412% |
| Class | 4A | Affiliate Claims of LBHI [3] | 30.265412% | N/A | 30.265412% |
| Class | 4B | Affiliate claims | 30.265412% | N/A | 30.265412% |
| **CES Aviation IX LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 45.816914% | N/A | 45.816914% |
| Class | 4A | Affiliate Claims of LBHI [3] | 45.816914% | N/A | 45.816914% |
| Class | 4B | Affiliate claims | 45.816914% | N/A | 45.816914% |
| **East Dover Limited [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 7.661660% | N/A | 7.661660% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **Lehman Scottish Finance LP** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l. [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 70.869927% | N/A | 70.869927% |
| **BNC Mortgage LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **LB Rose Ranch LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |

**Exhibit A**
**Distribution to Holders of Allowed Non-Priority Unsecured Claims**

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Seventh Distribution on 4/2/2015 [1] | Cumulative Distributions |
| **Structured Asset Securities Corporation** | | | | | |
| Class | 3 | General Unsecured Claims | 48.749298% | 2.114474% | 50.863772% |
| Class | 4A | Affiliate Claims of LBHI [3] | 48.749298% | 2.114474% | 50.863772% |
| Class | 4B | Affiliate claims | 48.749298% | 2.114474% | 50.863772% |
| **LB 2080 Kalakaua Owners LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **Merit LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 16.775838% | N/A | 16.775838% |
| **LB Somerset LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **LB Preferred Somerset LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |

Notes:

[1] "N/A" indicates either $0 available cash for Distributions, $0 in Allowed Claims within the specific class or, with respect to the second through seventh Distributions, classes that were satisfied in the previous Distributions

[2] Distributions reallocated in accordance with Section 6.4 of the Plan

[3] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended

[4] In accordance with section 8.3 of the plan, Debtors are not required to make Distributions of less than $10 million in the aggregate

**Exhibit B**

Exhibit B
**Summary of Seventh Distribution to Non-Priority Unsecured Claims (April 2, 2015)**

*$ in millions*

| Debtors [1] | Cash Available for Distribution ||||||| Claims [5] ||| Distribution |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initial Cash Available for Distribution | Cash Available from Distributions from Other Debtors and Certain Non-Debtors [2] | Redistribution from Claims Reserves [3] | Plan Adjustments [4] | Catch-Up and Interest on Newly Allowed | Total Cash Available for Seventh Distribution | Allowed [6] | Disputed [7] | Total | Cash Available for Distribution | Cash Released from / (Added to) Claims Reserves | Payment to Allowed Creditors |
| Lehman Brothers Holdings Inc. | $ 4,393.5 | $ 1,302.4 | $ 107.1 | $ 118.2 | $ (434.6) | $ 5,486.6 | $ 235,337.0 | $ 20,205.5 | $ 255,542.6 | $ 5,486.6 | $ 260.5 | $ 5,747.1 |
| Lehman Commercial Paper Inc. | $ 586.0 | $ 182.0 | $ - | $ (59.5) | $ (0.0) | $ 708.5 | $ 25,727.3 | $ 66.2 | $ 25,793.5 | $ 708.5 | $ (0.5) | $ 708.1 |
| Lehman Brothers Special Financing Inc. | $ 267.5 | $ 74.5 | $ 2.3 | $ (29.5) | $ (88.7) | $ 226.2 | $ 37,226.5 | $ 6,165.8 | $ 43,392.3 | $ 226.2 | $ 230.0 | $ 456.2 |
| Lehman Brothers Commodity Services Inc. | $ 116.4 | $ 7.5 | $ 12.1 | $ (12.8) | $ (0.1) | $ 123.2 | $ 3,030.1 | $ 89.5 | $ 3,119.6 | $ 123.2 | $ (3.9) | $ 119.3 |
| Lehman Brothers Commercial Corporation | $ 68.1 | $ 0.6 | $ 9.0 | $ (14.1) | $ (0.1) | $ 63.4 | $ 1,284.6 | $ 176.9 | $ 1,461.5 | $ 63.4 | $ (7.0) | $ 56.4 |
| Structured Asset Securities Corporation | $ - | $ 15.4 | $ 0.0 | $ - | $ (0.0) | $ 15.4 | $ 470.9 | $ 259.6 | $ 730.5 | $ 15.4 | $ (5.5) | $ 10.0 |
| | | | | | | $ 6,623.3 | | | | $ 6,623.3 | $ 473.6 | $ 7,096.9 |

*Notes:*

[1] Includes all Debtors making a Distribution on the Seventh Distribution Date. Other Debtors not listed will not be making Distributions to non -priority unsecured creditors on this date.
[2] Includes payments from/to Debtors and other Debtors and certain Debtor Controlled and Non-Controlled Entities (LBT, LBS, UK Financing) calculated to maximize Distributions to all creditors.
[3] Represents amounts that were reserved at the previous Distributions that are now available for Distribution as Disputed Claims have been reduced, withdrawn or allowed at amounts less than previously reserved.
[4] Plan Adjustment is calculated based on payment of Allowed Claims including Distributions on newly Allowed Claims. It is not calculated on the Disputed Claims Reserve.
[5] Does not include Convenience Claims.
[6] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended.
[7] Estimate of Disputed Claims for reserve purposes only.  Certain Claims have been estimated at less than filed amounts as agreed to through a stipulation or settlement agreement or pursuant to Court order.  Does not include estimates for unliquidated Claims.

**Exhibit C**

# Minimum Cash Reserve and Asset-to-Reserve Ratios for Seventh Distribution (April 2, 2015)

*$ in millions*

| Description | Lehman Brothers Holdings Inc. | Lehman Commercial Paper Inc. | Lehman Brothers Special Financing Inc. |
|---|---:|---:|---:|
| **Assets** | | | |
| Financial Inventory as of 12/31/14 [1] | $ 185 | $ 524 | $ 343 |
| Subsequent Collections [2] | (56) | (18) | (86) |
| Receivables & Other Assets [3] | 227 | 3 | 39 |
| Investment in Affiliates [4] | 756 | 495 | - |
| Receivables from Controlled Affiliates [5] | 4,149 | 911 | 157 |
| Receivables from Non-Controlled Affiliates [6] | 5,031 | 23 | 94 |
| Pledged Assets [7] | (640) | (100) | - |
| **Total Assets** | $ 9,651 | $ 1,838 | $ 545 |
| **Required Claims Reserve** | | | |
| % of Cash Reserves for Disputed Claims | 25% | 25% | 92% |
| Reserve for Disputed Claims | $ 5,580 | $ 52 | $ 2,224 |
| Less: Plan Adjustments & Plan Settlement Reserves [8] | (410) | (4) | (26) |
| Reserve Available to All Classes | 5,170 | 48 | 2,198 |
| Less: Minimum Cash Reserve [9] | (1,310) | (12) | (2,016) |
| **Net Asset Requirement** | $ 3,860 | $ 36 | $ 182 |
| **Total Asset-to-Reserve Ratio** | 2.5x | 51.4x | 3.0x |

*Notes:*

[1] As reflected in the December 31, 2014 Balance Sheets filed with the Bankruptcy Court on March 26, 2015.

[2] Reflects significant cash receipts related to the monetization of financial inventory through April 2, 2015.

[3] Reflects amounts included in the Balance Sheets as third party receivables in the caption "Receivables from Controlled Affiliates and Other Assets" as of December 31, 2014, net of significant cash collections through April 2, 2015.

[4] Includes estimated recoveries from Investments in Controlled Affiliates reflected in the Post-Sixth Distribution Cash Flow Estimates adjusted for significant cash activity through April 2, 2014.

[5] Includes estimated recoveries (i) from pre-petition intercompany receivables as presented in the Post-Sixth Distribution Cash Flow Estimates reduced for (a) significant cash activity through April 2, 2015; and (b) estimated recoveries related to LB Re Financing No. 1 and other Controlled Affiliates; and (ii) post-petition intercompany receivables as presented in the December 31, 2014 Balance Sheets in the caption "Receivables from Controlled Affiliates and Other Assets" adjusted for cash activity through April 2, 2015.

[6] Includes estimated recoveries from Non-Controlled Affiliates per the Interim Update to the Post-Sixth Distribution Cash Flow Estimates (please refer to the December 31, 2014 Balance Sheets) reduced by (i) collections through April 2, 2015 and (ii) estimated recoveries where LBHI has offsetting or partially offsetting payables and receivables from certain Non-Controlled Affiliates (LBT, LBS, and UK Financing Limited).

[7] Certain assets have been pledged as collateral for an intercompany loan and therefore are not used in the calculation of Asset to Reserve Ratios ((i)LBHI with LOTC for $605 million and LBHI with LBCC for $35 million; and (ii) LCPI with LBFP for $100 million).

[8] Includes only portion of Plan Adjustments and Plan Settlement amounts reserved for Disputed Claims.

[9] As authorized by the Court, a portion of LBSF's minimum cash reserve has been invested in secured notes issued by LBHI. See ECF No. 46276.

**This schedule is not meant to be relied upon as a complete description of the Company, its business, condition (financial orotherwise), results of operations, prospects, assets or liabilities. This report was produced for the sole purpose of calculating the Minimum Cash Reserve and Asset-to-Reserve Ratios for the Seventh Distribution. The report should be read in conjunction with previously filed reports by the Company, including the December 31, 2014 Balance Sheets, Notes and Supplemental Schedules, Post-Sixth Distribution Cash Flow Estimates, Form 8-K reports, the Plan and related Disclosure Statement.**