ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile:  (212) 715-1399
Evan C. Hollander
*evan.hollander@aporter.com*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) (Jointly Administered) |
| Debtors. | |

## **WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Evan C. Hollander hereby withdraws his appearance in the above-captioned jointly administered cases.

Dated   New York, New York
            March 26, 2015

                                              Respectfully submitted,

                                              ARNOLD & PORTER LLP

                                              By:     /s/ Evan C. Hollander
                                                       Evan C. Hollander
                                                       399 Park Avenue
                                                        New York, New York  10022-4690
                                                        (212) 715-1000 (Telephone)
                                                        (212) 715-1399 (Facsimile)
                                                        evan.hollander@aporter.com

71176539v1