

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | Royal Bank of Canada |
|---|---|
| *Name of Transferee* | *Name of Transferor* |
| Name and Address where notices to transferee should be sent: <br><br> Lehman Brothers Holdings Inc. <br> Attention: Derivatives Legal <br> 1271 Avenue of the Americas, 40th Floor <br> New York, NY 10020 <br> Phone: (646) 285-9585 | Court Claim # (if known): 14048 <br> Amount of Claim: $3,539,126.48. <br> Date Claim Filed: 09/16/2008 <br> Royal Bank of Canada <br><br> c/o RBC Capital Markets <br> Attention: Leslie J. Sobel, Esq. <br> Three World Financial Center <br> 200 Vesey Street <br> New York, NY 10281 <br><br> After May 1, 2015 send to: <br><br> c/o RBC Capital Markets <br> Attention: Leslie J. Sobel, Esq. <br> 30 Hudson Street <br><br> Jersey City, NJ 07302 |
| Last Four Digits of Acct #: <br><br> Name and Address where transferee payments should be sent (if different from above): <br><br> (same as above) | Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____

                                                      **Michael Ferraro**
                                                      **Vice President**

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EM ID NUMBER: 35742RBOCLBCC

FILED / RECEIVED

MAR 1 3 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC