

**BAUMANN & CIE**
BANQUIERS

United States Bankruptcy Court for the Southern
District of New York (the "Bankruptcy Court")
Attention: Clerk of the Court
One Bowling Green
New York, New York 10004
USA

RECEIVED
MAR 1 6 2015

Baumann & Cie, Banquiers, St. Jakobs-Strasse 46, Postfach 2282, CH-4002 Basel, T +41 (0)61 279 41 41, F +41 (0)61 279 41 14
Baumann & Cie, Banquiers, Bellevueplatz 5, Postfach 715, CH-8024 Zürich, T +41 (0)44 563 64 65, F +41 (0)44 563 64 66
info@baumann-banquiers.ch, www.baumann-banquiers.ch

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED MAR 16 2015

In re: Lehman Brothers Holdings Inc.

Case No.: (JMP)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: BAUMANN & CIE BANQUIERS | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: BAUMANN & CIE BANQUIERS St. Jakobs-Strasse 46 CH-4002 BASEL Attn. René Uttinger EMAIL: ruttinger@baumann-banquiers.ch | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: CHF 50'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BAUMANN & CIE Banquiers

By: _____
BAUMANN & CIE BANQUIERS
St. Jakobs-Strasse 46
CH-4002 BASEL

Date: 03/05/15

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC335 UBS0233 BAUMANN&CIE 50K 2750611

Page 1 of 3



# EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.,* No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0326427480 | LBS NV | LBH Inc. | CHF 50'000.00 out of CHF 25'301'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

BAUMANN & CIE BANQUIERS
St. Jakobs-Strasse 46
CH-4002 BASEL
Telephone: +41 61 279 41 84
Attention: René Uttinger

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 05, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

BAUMANN & CIE BANQUIERS

**BAUMANN & CIE**
Banquiers

By: _____
Name: René Uttinger