

Final Form 11/20/09

**FILED / RECEIVED**
MAR 18 2015
**EPIQ SYSTEMS**

RECEIVED MAR 20 2015 U.S. BANKRUPTCY COURT SO. DIST.

## EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) SA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to **Banco Santander** (the "Transferee"), as of the date hereof, all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51147/CA95062) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Transferee agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor is not responsible for the collectability of the Transferred Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 of FEBRUARY 2015.

**BBVA (SUIZA) SA**

By: _____
Name: Hannelore Maeso
Title: Director of Operations

Selnaustrasse 32/36
Postfach
CH-8021 Zürich

By: _____
Name: Fidel Ginés
Title: Head of Payments

Selnaustrasse 32/36
Postfach
CH-8021 Zürich

**BANCO SANTANDER (SUISSE) S.A.**

By: _____
Name: Eva Benito
Title: Vice-President

_____
Valérie Solvez
Assistant Vice President

[Address]
[City, State, Zip]

BANCO SANTANDER (SUISSE) S.A.
5-7 rue Ami-Lévner - Case postale 1256
1211 GENEVE 1

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Date Claim Filed | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|---|
| 22% DIGITAL CANCELABLE S/C JPB | XS0324269561 | Lehman Brothers Holdings Inc. | | 17 APRIL 2012 | 500'000 |

