UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
------------------------------------------------------------------x  Ref. Docket No. 48958

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 23, 2015, I caused to be served the "Notice of Hearing on the Four Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Claims)," dated March 23, 2015, to which was attached the "Four Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Claims)," dated March 23, 2015 [Docket No. 48958], by causing true and correct copies to be:

    i.  delivered by electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
24th day of March, 2015

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC #01MA6221096
COMM. EXP APRIL 26, 2018

T:\Clients\LBH\Affidavits\498th Omni Obj_DI_48958_AFF_3-23-15_KH.doc

**EXHIBIT A**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jsheerin@mcguirewoods.com |
| aalfonso@willkie.com | jsherman@bsfllp.com |
| abeaumont@fklaw.com | jshickich@riddellwilliams.com |
| abraunstein@riemerlaw.com | jsmairo@pbnlaw.com |
| acaton@kramerlevin.com | jstoll@mayerbrown.com |
| adarwin@nixonpeabody.com | jsullivan@mosessinger.com |
| adiamond@diamondmccarthy.com | jtimko@shutts.com |
| aeckstein@blankrome.com | judy.morse@crowedunlevy.com |
| aentwistle@entwistle-law.com | jvail@ssrl.com |
| afriedman@irell.com | jwcohen@daypitney.com |
| agbanknewyork@ag.tn.gov | jweiss@gibsondunn.com |
| aglenn@kasowitz.com | jwest@velaw.com |
| agold@herrick.com | jwh@njlawfirm.com |
| agoldstein@tnsj-law.com | kanema@formanlaw.com |
| agottfried@morganlewis.com | karen.wagner@dpw.com |
| aisenberg@saul.com | karl.geercken@alston.com |
| akadish@dtlawgroup.com | kdwbankruptcydepartment@kelleydrye.com |
| akantesaria@oppenheimerfunds.com | keckhardt@hunton.com |
| akolod@mosessinger.com | keith.simon@lw.com |
| alum@ftportfolios.com | ken.coleman@allenovery.com |
| amarder@msek.com | ken.higman@hp.com |
| amartin@sheppardmullin.com | kerry.moynihan@hro.com |
| amcmullen@boultcummings.com | kgwynne@reedsmith.com |
| amenard@tishmanspeyer.com | kiplok@hugheshubbard.com |
| amh@amhandlerlaw.com | kit.weitnauer@alston.com |
| andrew.brozman@cliffordchance.com | kkelly@ebglaw.com |
| andrew.lourie@kobrekim.com | kkolbig@mosessinger.com |
| angelich.george@arentfox.com | klyman@irell.com |
| angie.owens@skadden.com | klynch@formanlaw.com |
| ann.reynaud@shell.com | kmayer@mccarter.com |
| anthony_boccanfuso@aporter.com | kobak@hugheshubbard.com |
| aoberry@bermanesq.com | korr@orrick.com |
| aostrow@beckerglynn.com | kovskyd@pepperlaw.com |
| apalazzolo@fzwz.com | kressk@pepperlaw.com |
| appleby@chapman.com | kreynolds@mklawnyc.com |
| aquale@sidley.com | krodriguez@allenmatkins.com |
| arainone@bracheichler.com | krosen@lowenstein.com |
| arheaume@riemerlaw.com | kurt.mayr@bgllp.com |
| arosenblatt@chadbourne.com | landon@slollp.com |
| arthur.rosenberg@hklaw.com | lapeterson@foley.com |
| arwolf@wlrk.com | lawallf@pepperlaw.com |
| aseuffert@lawpost-nyc.com | lawrence.gelber@srz.com |
| ashmead@sewkis.com | lberkoff@moritthock.com |
| asnow@ssbb.com | lee.stremba@troutmansanders.com |

| | |
|---|---|
| asomers@rctlegal.com | lgranfield@cgsh.com |
| aunger@sidley.com | lhandelsman@stroock.com |
| austin.bankruptcy@publicans.com | lhill@reedsmith.com |
| avenes@whitecase.com | linda.boyle@twtelecom.com |
| azylberberg@whitecase.com | lisa.solomon@att.net |
| bankruptcy@goodwin.com | ljkotler@duanemorris.com |
| bankruptcy@morrisoncohen.com | lkatz@ltblaw.com |
| bankruptcy@ntexas-attorneys.com | lkiss@klestadt.com |
| bankruptcymatters@us.nomura.com | lmarinuzzi@mofo.com |
| barbra.parlin@hklaw.com | lmay@coleschotz.com |
| bbisignani@postschell.com | lmcgowen@orrick.com |
| bcarlson@co.sanmateo.ca.us | lnashelsky@mofo.com |
| bdk@schlamstone.com | loizides@loizides.com |
| ben.lewis@hoganlovells.com | lscarcella@farrellfritz.com |
| bguiney@pbwt.com | lschweitzer@cgsh.com |
| bmanne@tuckerlaw.com | lwhidden@salans.com |
| bmiller@mofo.com | mabrams@willkie.com |
| boneill@kramerlevin.com | maofiling@cgsh.com |
| brian.corey@greentreecreditsolutions.com | marc.chait@sc.com |
| brosenblum@jonesday.com | margolin@hugheshubbard.com |
| brotenberg@wolffsamson.com | mark.bane@ropesgray.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.ellenberg@cwt.com |
| bstrickland@wtplaw.com | mark.mckane@kirkland.com |
| btrust@mayerbrown.com | mark.sherrill@sutherland.com |
| bturk@tishmanspeyer.com | marvin.clements@ag.tn.gov |
| bwolfe@sheppardmullin.com | matt@willaw.com |
| cahn@clm.com | matthew.klepper@dlapiper.com |
| canelas@pursuitpartners.com | maustin@orrick.com |
| cbelisle@wfw.com | mbenner@tishmanspeyer.com |
| cbelmonte@ssbb.com | mberman@nixonpeabody.com |
| cdesiderio@nixonpeabody.com | mberman@nixonpeabody.com |
| cgonzalez@diazreus.com | mbienenstock@proskauer.com |
| chad.husnick@kirkland.com | mbloemsma@mhjur.com |
| chammerman@paulweiss.com | mbossi@thompsoncoburn.com |
| charles@filardi-law.com | mcademartori@sheppardmullin.com |
| charles_malloy@aporter.com | mcarthurk@sullcrom.com |
| chemrick@connellfoley.com | mccarthyj@sullcrom.com |
| chipford@parkerpoe.com | mcordone@stradley.com |
| chris.donoho@lovells.com | mcto@debevoise.com |
| christopher.greco@kirkland.com | mcyganowski@oshr.com |
| clynch@reedsmith.com | mdorval@stradley.com |
| cmestres@aclawllp.com | melorod@gtlaw.com |
| cmontgomery@salans.com | meltzere@pepperlaw.com |

| | |
|---|---|
| cohen@sewkis.com | metkin@lowenstein.com |
| cp@stevenslee.com | mfeldman@willkie.com |
| cpappas@dilworthlaw.com | mginzburg@daypitney.com |
| craig.goldblatt@wilmerhale.com | mgordon@briggs.com |
| craigjustinalbert@gmail.com | mgreger@allenmatkins.com |
| crmomjian@attorneygeneral.gov | mh1@mccallaraymer.com |
| csalomon@beckerglynn.com | mhopkins@cov.com |
| cschreiber@winston.com | michael.frege@cms-hs.com |
| cshore@whitecase.com | michael.kelly@monarchlp.com |
| cshulman@sheppardmullin.com | michael.krauss@faegrebd.com |
| cszyfer@stroock.com | michael.mccrory@btlaw.com |
| cwalsh@mayerbrown.com | michaels@jstriallaw.com |
| cward@polsinelli.com | millee12@nationwide.com |
| cweber@ebg-law.com | miller@taftlaw.com |
| cweiss@ingramllp.com | mimi.m.wong@irscounsel.treas.gov |
| dallas.bankruptcy@publicans.com | mitchell.ayer@tklaw.com |
| dave.davis@isgria.com | mjedelman@vedderprice.com |
| david.bennett@tklaw.com | mjr1@westchestergov.com |
| david.heller@lw.com | mlahaie@akingump.com |
| david.livshiz@freshfields.com | mlandman@lcbf.com |
| david.powlen@btlaw.com | mlichtenstein@crowell.com |
| davids@blbglaw.com | mlynch2@travelers.com |
| davidwheeler@mvalaw.com | mmendez@crb-law.com |
| dbarber@bsblawyers.com | mmorreale@us.mufg.jp |
| dbaumstein@whitecase.com | mneier@ibolaw.com |
| dbesikof@loeb.com | monica.lawless@brookfieldproperties.com |
| dcimo@gjb-law.com | mpage@kelleydrye.com |
| dcoffino@cov.com | mparry@mosessinger.com |
| dcrapo@gibbonslaw.com | mprimoff@kayescholer.com |
| ddavis@paulweiss.com | mpucillo@bermanesq.com |
| ddrebsky@nixonpeabody.com | mrosenthal@gibsondunn.com |
| ddunne@milbank.com | mrothchild@mofo.com |
| deggermann@kramerlevin.com | mruetzel@whitecase.com |
| deggert@freebornpeters.com | mschimel@sju.edu |
| demetra.liggins@tklaw.com | msegarra@mayerbrown.com |
| dennis.tracey@hoganlovells.com | mshiner@tuckerlaw.com |
| dfelder@orrick.com | msolow@kayescholer.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dgrimes@reedsmith.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | munno@sewkis.com |
| dheffer@foley.com | mvenditto@reedsmith.com |
| dhurst@coleschotz.com | mwarner@coleschotz.com |
| dhw@dhclegal.com | mwarren@mtb.com |
| diconzam@gtlaw.com | nathan.spatz@pillsburylaw.com |

djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com

nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com

ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com

richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

| | |
|---|---|
| james.sprayregen@kirkland.com | sgordon@cahill.com |
| jamesboyajian@gmail.com | sgraziano@blbglaw.com |
| jamestecce@quinnemanuel.com | sgubner@ebg-law.com |
| jar@outtengolden.com | sharbeck@sipc.org |
| jay.hurst@oag.state.tx.us | shari.leventhal@ny.frb.org |
| jay@kleinsolomon.com | shgross5@yahoo.com |
| jbeemer@entwistle-law.com | sidorsky@butzel.com |
| jbeiers@co.sanmateo.ca.us | sldreyfuss@hlgslaw.com |
| jbird@polsinelli.com | sleo@bm.net |
| jbromley@cgsh.com | slerman@ebglaw.com |
| jcarberry@cl-law.com | slerner@ssd.com |
| jchristian@tobinlaw.com | slevine@brownrudnick.com |
| jchubak@proskauer.com | sloden@diamondmccarthy.com |
| jclose@chapman.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| jdrucker@coleschotz.com | snewman@katskykorins.com |
| jdwarner@warnerandscheuerman.com | sory@fdlaw.com |
| jdweck@sutherland.com | squsba@stblaw.com |
| jdyas@halperinlaw.net | sree@lcbf.com |
| jean-david.barnea@usdoj.gov | sschultz@akingump.com |
| jeanites@whiteandwilliams.com | sselbst@herrick.com |
| jeannette.boot@wilmerhale.com | sshimshak@paulweiss.com |
| jeff.wittig@coair.com | sskelly@teamtogut.com |
| jeffrey.sabin@bingham.com | sstarr@starrandstarr.com |
| jeldredge@velaw.com | steele@lowenstein.com |
| jennifer.demarco@cliffordchance.com | stephen.cowan@dlapiper.com |
| jennifer.gore@shell.com | stephen.hessler@kirkland.com |
| jfalgowski@reedsmith.com | steve.ginther@dor.mo.gov |
| jfreeberg@wfw.com | steven.usdin@flastergreenberg.com |
| jg5786@att.com | steven.wilamowsky@bingham.com |
| jgenovese@gjb-law.com | streusand@slollp.com |
| jgoodchild@morganlewis.com | susheelkirpalani@quinnemanuel.com |
| jguy@orrick.com | swolowitz@mayerbrown.com |
| jhiggins@fdlaw.com | szuch@wiggin.com |
| jhorgan@phxa.com | tannweiler@greerherz.com |
| jhuggett@margolisedelstein.com | tbrock@ssbb.com |
| jim@atkinslawfirm.com | tdewey@dpklaw.com |
| jjtancredi@daypitney.com | tgoren@mofo.com |
| jjureller@klestadt.com | thomas.califano@dlapiper.com |
| jlamar@maynardcooper.com | timothy.harkness@freshfields.com |
| jlawlor@wmd-law.com | tjfreedman@pbnlaw.com |
| jlee@foley.com | tkiriakos@mayerbrown.com |
| jlevitin@cahill.com | tlauria@whitecase.com |
| jlscott@reedsmith.com | tmacwright@whitecase.com |

jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**ADDITIONAL E-MAIL**

alfredo.perez@weil.com
garrett.fail@weil.com
ian.ribald@bakerbotts.com
jacqueline.marcus@weil.com
robert.lemons@weil.com

7

**EXHIBIT B**

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

| | |
|---|---|
| **LBH_OMNI 498 (D.I. 48958)_3-23-15** | **LBH_OMNI 498 (D.I. 48958)_3-23-15** |
| KOOKMIN BANK AS TRUSTEE AND SAMSUNG INVESTMENT TRUST MANAGEMENT CO. LIMITED AS INVESTMENT MANAGER FOR SAMSUNG 2 STAR 2 Y DERIVATIVES FUND 16-1 6/F SAMSUNG LIFE INSURANCE YOUIDO BUILDING 36-1 YOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL SOUTH KOREA | MORGAN STANLEY & CO. INTERNATIONAL PLC (FKA MORGAN STANLEY & CO. INTERNATIONAL LTD) ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK, NY 10036 |
| **LBH_OMNI 498 (D.I. 48958)_3-23-15** | **LBH_OMNI 498 (D.I. 48958)_3-23-15** |
| MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON, DC 20001 | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 |
| **LBH_OMNI 498 (D.I. 48958)_3-23-15** | |
| C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK, NY 10036 | |