EXECUTION COPY

## AMENDED AND RESTATED
## ASSIGNMENT AND ASSUMPTION AGREEMENT

AMENDED AND RESTATED ASSIGNMENT AND ASSUMPTION AGREEMENT (this "Assignment"), dated May 9, 2013, to be effective for all purposes as of February 13, 2012, by and between Aurora Bank FSB (f/k/a Lehman Brothers Bank, FSB), a federally chartered savings bank ("Aurora"), Aurora Loan Services LLC, a Delaware limited liability company and wholly-owned subsidiary of Aurora ("ALS"), and Lehman Brothers Holdings Inc., a Delaware corporation (the "Assignee"). (This Amended and Restated Assignment and Assumption Agreement amends and restates, in its entirety, the Assignment and Assumption Agreement dated February 13, 2012):

WHEREAS, each of Aurora and/or ALS, as applicable, is a party to loan purchase agreements (collectively, the "Loan Purchase Agreements") with certain third-party correspondents that originated closed-end residential mortgage loans ("Mortgage Loans") and then sold such Mortgage Loans to ALS and/or Aurora (collectively the correspondents that are parties to the Loan Purchase Agreements, the "Sellers"), including but not limited to those Sellers set forth on Schedule A attached hereto;

WHEREAS, subsequently, certain of the Mortgage Loans were sold, transferred and conveyed to the Assignee ("Transferred Mortgage Loans");

WHEREAS, previously, Aurora transferred and assigned all of its right, title and interest under the Loan Purchase Agreements with respect to certain of the Transferred Mortgage Loans to the Assignee pursuant to (i) an assignment agreement by and between Aurora and the Assignee dated September 2, 2008, as may have been amended from time to time thereafter, and (ii) other similar assignment agreements with respect to the Transferred Mortgage Loans that may have been entered into by and between Aurora and the Assignee, if any (collectively the assignment agreements described in preceding clauses (i) and (ii), the "Assignment Agreements");

WHEREAS, Aurora, ALS and the Assignee each desire that all right, title and interest under the Loan Purchase Agreements with respect to the Transferred Mortgage Loans not previously assigned to the Assignee pursuant the Assignment Agreements now be transferred and assigned to the Assignee, as the Sole Beneficial Owner (as defined below);

NOW, THEREFORE, in consideration of the foregoing, the mutual covenants and agreements contained herein and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Aurora, ALS and the Assignee, intending to be legally bound, each hereby agrees as follows:

1.      Aurora and ALS each hereby grant, transfer and assign to the Assignee, as the Sole Beneficial Owner (as defined below), all of its rights, title, obligations and other interests under the Loan Purchase Agreements with respect to the Transferred Mortgage Loans that have not previously been assigned to the Assignee pursuant to the Assignment Agreements (collectively, the "Newly Assigned Rights and Obligations"), and the Assignee hereby accepts and assumes such grant, transfer and assignment of all such Newly Assigned Rights and

Obligations and agrees to duly perform, as applicable, all such Newly Assigned Rights and Obligations.

2.    Aurora, ALS, and the Assignee agree to amend <u>Schedule A</u> from time to time to include any Sellers that are parties to Loan Purchase Agreements as of the date hereof but not already included on such schedule.

3.    The Assignee hereby represents and warrants to, and covenants with, each of Aurora and ALS that:

a.    The Assignee is the sole party with any beneficial interest under the Loan Purchase Agreements with respect to the Transferred Mortgage Loans (the "<u>Sole Beneficial Owner</u>").

b.    The Assignee has full power and authority to execute, deliver and perform under this Assignment, and to consummate each of the transactions set forth herein.    The execution, delivery and performance by the Assignee of this Assignment, and the consummation by it of the transactions contemplated hereby, have been duly authorized by all necessary corporate action of the Assignee and any other governmental or court approval, including but not limited to any required bankruptcy court approval. This Assignment has been duly executed and delivered by the Assignee and constitutes the valid and legally binding obligation of the Assignee enforceable against the Assignee in accordance with its terms.

c.    The Assignee has in its possession and/or has been provided with all information related to the Loan Purchase Agreements that it deems necessary in connection with its negotiation and execution of this Assignment.

d.    The Assignee's address for purposes of all notices and correspondence related to this Assignment is:

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, New York 10020
Attention: Ronald Dooley
Tel: (646) 285-9478
Fax: (646) 285-9305
Email: ronald.dooley@lehmanholdings.com

and

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, New York 10020
Attention: Eli Glanz
Tel: (646) 285-9014
Fax: (646) 285-9305
Email: daniel.glanz@lehmanholdings.com

- 2 -

CONFIDENTIAL

4.    This Assignment shall be binding on and inure to the benefit of the parties hereto and their respective successors and assigns.

5.    The Assignee agrees to indemnify and hold harmless Aurora and ALS and their respective directors, officers, employees and agents from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever, that may be imposed on or asserted against it or them as a result, or in any way arising out, of this Assignment, and/or the Loan Purchase Agreements (collectively, "Damages"). If Aurora or ALS receives written notice of the commencement or assertion of any suit, summons, complaint, discovery request, subpoena, or other legal procedure or proceeding made or brought against it or them with respect to which the Assignee is obligated to provide indemnification under this Assignment (a "Proceeding Subject to Indemnification"), Aurora or ALS, as applicable, shall provide the Assignee with reasonably prompt notice thereof; provided, however, that the failure to give such prompt notice shall not relieve the Assignee of its indemnification obligations hereunder, except and only to the extent it is actually prejudiced by reason of such failure. Assignee shall have the right to choose and to directly pay legal counsel to represent Assignor in the Proceeding Subject to Indemnification; provided, however, that the Assignee shall not have the right to defend or direct the defense of a Proceeding Subject to Indemnification (i) in which any governmental agency, regulator or other similar entity is a party, or (ii) that seeks an injunction or other equitable relief against Aurora and/or ALS that (x) is potentially applicable to parties other than or in addition to the parties to such Proceeding Subject to Indemnification, or (y) is not directly related to the specific conduct alleged and claims asserted in such Proceeding Subject to Indemnification, or (z) may materially affect the assets, or materially limit or otherwise materially affect the business or operations, of Aurora and/or ALS, or (iii) in which there exists a conflict of interest between Aurora and/or ALS, on the one hand, and the Assignee on the other, which conflict Aurora and/or ALS, as applicable, in good faith determines cannot or should not be waived. If Aurora and/or ALS has a good faith objection to the legal counsel chosen by Assignee, Aurora and/or ALS, as applicable, shall promptly notify Assignee in writing of the reasons therefor, upon which the Assignee shall choose another legal counsel reasonably acceptable to Aurora and/or ALS. Aurora and/or ALS shall have the right to participate in the defense of any Proceeding Subject to Indemnification with counsel selected by it and at its own cost and expense, subject to the Assignee's right to direct and control the defense thereof. If the Assignee elects not to defend such Proceeding Subject to Indemnification or fails to diligently prosecute the defense of such Proceeding Subject to Indemnification, Aurora and/or ALS, as applicable, may, subject to the terms hereof, defend such Proceeding Subject to Indemnification and seek indemnification for any and all Damages based upon, arising from or relating to such Proceeding Subject to Indemnification. Aurora and/or ALS, on the one hand, and the Assignee, on the other, shall cooperate with each other in all reasonable respects in connection with the defense of any Proceeding Subject to Indemnification. If notwithstanding the foregoing, Aurora and/or ALS otherwise choose(s) to have its/their own legal counsel represent it/them in a Proceeding Subject to Indemnification, such defense shall be at its own cost and the Assignee shall have no duty to indemnify Assignor for any legal fees or costs incurred in the Proceeding Subject to Indemnification.

Notwithstanding any other provision of this Assignment, the Assignee shall not enter into settlement of any Proceeding Subject to Indemnification without the prior written consent of Aurora and/or ALS, as applicable (which consent shall not be unreasonably withheld or

- 3 -

CONFIDENTIAL

LEH-GROUP_0000560

delayed), except as expressly provided below. If a firm offer is made to settle a Proceeding Subject to Indemnification without imposing any liability or financial or other obligation on Aurora and/or ALS and provides for the unconditional release of Aurora and ALS from all liabilities and obligations in connection with such Proceeding Subject to Indemnification and the Assignee desires to accept and agree to such offer, the Assignee shall provide written notice to that effect to Aurora and ALS. If Aurora and/or ALS, as applicable, fail(s) to consent to such firm offer within ten (10) business days of its receipt of such notice, the Assignee may settle the Proceeding Subject to Indemnification, on behalf of the Assignor, upon the terms set forth in such firm offer to settle. If Aurora and/or ALS has/have assumed the defense pursuant to this terms of this Assignment, it shall not agree to any settlement without the written consent of the Assignee (which consent shall not be unreasonably withheld or delayed).

6. This Assignment embodies the entire agreement of Aurora, ALS and the Assignee with respect to the transactions consummated hereby and supersedes and replaces all prior and contemporaneous negotiations, understandings, representations and writings relating thereto.

7. This Assignment shall be governed by and construed in accordance with the laws of the State of New York, without regard to any conflict of law or choice of law principles thereof.

8. This Assignment may be executed in counterparts, each of which shall be deemed an original agreement, and all of which together shall be deemed to constitute one and the same instrument.

9. Signatures on this Assignment may be communicated by facsimile or electronic (pdf) transmission and shall be binding for all purposes upon the parties hereto.

10. No waiver, modification or amendment of any provision of this Assignment shall be effective unless specifically made in writing and duly signed by each of the parties hereto.

[Signature Page Follows]

CONFIDENTIAL

LEH-GROUP_0000561

**AURORA**:

Aurora Bank FSB

See Attached

By: _____

Name: <u>Michaela Albon</u>

Title: <u>EVP and Chief Legal Officer</u>

**ALS**:

Aurora Loan Services LLC

By: _____

Name: <u>Michaela Albon</u>

Title: <u>EVP and Chief Legal Officer</u>

**ASSIGNEE**:

Lehman Brothers Holdings Inc.

By: _____

Name: <u>Scott Drosdick</u>

Title: <u>Senior Vice President</u>

*[Signature Page to Amended and Restated Assignment and Assumption Agreement
regarding Loan Purchase Agreements]*

CONFIDENTIAL

LEH-GROUP_0000562

EXECUTION COPY

## Schedule A

1. @ Mortgage Inc
2. 1st Advantage Mortgage LLC
3. 1St Alliance Mortgage Comp
4. 1St American Funding Corp
5. 1St American Funding Group LLC
6. 1St Capital Mortgage Inc
7. 1st Centennial Nationwide Mortgage Corp.
8. 1st City Savings
9. 1st Consumer Funding, Inc.
10. 1st Continental Mortgage
11. 1st Continental Mortgage, Inc.
12. 1st Continental Mortgage, Inc.
13. 1st Direct Mortgage Group, Inc.
14. 1st Federal Mortgage Inc.
15. 1st Fidelity Financial Corp.
16. 1st Home Finance Corp.
17. 1st Home Funding
18. 1st Metropolitan Mortgage
19. 1st Metropolitan Mortgage
20. 1st Millenium Mortgage LLC
21. 1st Mortgage Advisors, Inc.
22. 1st National Financial
23. 1st National Financial Corporation
24. 1st National Lending Corp.
25. 1st Nation's Mortgage, LLC
26. 1st New England Mortgage Corp.
27. 1st Primary Mortgage
28. 1st Residential
29. 1st Sierra Mortgage Company
30. 1st State Mortgage
31. 1st Western Funding
32. 21st Century Mortgage Corp
33. 21st Century Mortgage Investments
34. A & A Mortgage
35. A & B Mortgage, Inc
36. A & E Mortgage Corp.
37. A & J Mortgage Services, Inc.
38. A & S Mortgage Services Inc
39. A Best Financial Corporation
40. A Great Mortgage Company Inc
41. A Plus Mortgage Corporation
42. A&J Mortgage
43. A.C.A. Mortgage Services Inc
44. A.H.L.B. Mountain Mortgage

Schedule A-1

45. A.S.K. Mortgage Corp
46. A+ Financial Corp.
47. A+ Real Estate Services
48. A-1 Express Mortgage Inc
49. A1 Financial Services, Inc.
50. A-1 Mortgage Corporation
51. AA Home Mortgage Co.
52. AA National Mortgage Corporation, Inc
53. AAA Access Mortgage Inc.
54. AAA Mortgage Co.
55. AAA Mortgage Corp
56. AAA Mortgage Loans
57. Aaa Mortgage Ltd
58. AAA Tropical Mtg Corp
59. Aaallsafe Mortgage Corporation
60. AABCO Mortgage
61. AALL City Inc.
62. Aamada Mortgage Corporation
63. Aamtrust Mortgage
64. Aaron Mortgage
65. Abacus Diversified Mortgage Inc
66. Abacus Financial Company
67. Abacus Lending
68. Abbey E. Clark
69. ABC Home Loans, Inc.
70. ABC Mortgage Banc, Inc.
71. Abell Home Loans Inc
72. Abemort Inc
73. Abingdon Mortgage, LLC
74. ABM Mortgage, LLC
75. Abraham Davalos
76. Absolute Home Mortgage
77. Absolute Mortgage
78. Absolute Mortgage Company, Inc.
79. Absolute Mortgage Inc.
80. Absolute Mortgage of South Florida, Inc.
81. Absolute Mortgage Service, Inc.
82. Absolute Mtg Corp
83. Abundance Mortgage Inc.
84. ACA Mortgage Company, Inc.
85. Acacia Federal Savings Bank
86. Acadian Mortgage of Lafayette
87. Accel Mortgage Inc
88. Accelerated Mortgage
89. Accelerated Mortgage
90. Accent Mortgage

Schedule A-2

91. Accent Mortgage
92. Accent Mortgage LLC
93. Accent On Mortgages
94. Accent On Mortgages Of Lewistown Inc
95. Accept+Mortgage, LLC
96. Accesable Mortgage Co. LLC
97. Access Capital Inc.
98. Access Capital, Inc.
99. Access Equity Corp
100. Access Financial & Real State Services Inc
101. Access Financial Services
102. Access Intergrity Funding Corp
103. Access Mortgage Co
104. Access Mortgage Group, Inc.
105. Access Mortgage, LLC
106. Accredited Mortgage Corp.
107. Accufirst Mortgage Corporation
108. accunetmortgage.com LLC
109. Accurate Mortgage
110. Ace Financial Services, Inc
111. Ace Mortgage Company
112. Ace Mortgage Company, Inc.
113. Ace Mortgage Services
114. Ace Mortgage Services
115. Acoustic Home Loans, LLC
116. Action Financial
117. Action Mortgage
118. Action Mortgage
119. Action Residential Mortgage
120. Action, Inc.
121. A-D Mortgage Loan Specialist Inc
122. Adamson Brothers Inc
123. Adcor, Inc.
124. Adedotun Ayanbule
125. Adelphi Mortgage Corporation
126. Adirondack Home Mortgage Inc
127. Admiral Mortgage, Inc.
128. Admiralty Mortgage Corporation
129. Adobe Holding Inc
130. Advance Mortgage And Loan LLC
131. Advanced Financial Group, Inc.
132. Advanced Funding
133. Advanced Mortgage Concepts Inc
134. Advanced Mortgage Corporation
135. Advanced Mortgage Inc
136. Advanced Mortgage Lending Services Inc

Schedule A-3

137. Advanced Mortgage Professionals, Inc.
138. Advanced Mortgage Solution of South Florida Inc
139. Advanced Mortgage Solutions Inc
140. Advanced Mortgage Solutions Inc
141. Advanced Mortgage Solutions, Inc.
142. Advanced Residential Mortgage Corp.
143. Advantage 1St Lending Orporation
144. Advantage Bank
145. Advantage Investors Mortgage Corp
146. Advantage Mortgage
147. Advantage Mortgage NW LLC
148. Advantage Mortgage Service, Inc.
149. Advantage One Mortgage Services, LLC
150. Advisa Mortgage Corp
151. Aegis Mortgage Corporation
152. Aeon Capital Partners, LLC
153. Aerofitness, Inc
154. Affilated Mortgage Services, Inc.
155. Affiliated Lending Corporation
156. Affiliates Financial Inc
157. Affinity Bank
158. Affinity Financial Services Inc.
159. Affinity Group Mortgage Inc.
160. Affinity Mortgage Company
161. Affinity Mortgage Consultants, Inc.
162. Affinity Mortgage Inc
163. Affordable Home Funding
164. Affordable Lending Inc
165. Affordable Mortgage
166. Affordable Mortgage
167. Affordable Mortgage Co, Inc.
168. Affordable Mortgage Solutions
169. Affordable Mortgage Solutions, Inc.
170. Agent Mortgage LLC
171. Agents Mortgage Banc, Inc.
172. Agents of America Mortgage Corp.
173. AIBC International Mortgage Finance, L.C.
174. AIM American Mortgage, Inc.
175. AIM Mortgage of Broward, Inc
176. Aim of Cherry Creek
177. AJM Mortgage Services
178. Alamo Mortgage Services
179. Alan T. Alford
180. Aldridge & Company Inc
181. Aleva Mortgage of Ohio, inc.
182. Alex Castellon & Associates, Inc.

Schedule A-4

LEH-GROUP_0000566

183. Alexander Financial Group
184. Alexander Financial Group Inc.
185. Alfonso L. Hernandez
186. Aliceia Higginbothan
187. All Access Mortgage
188. All Access Mortgage
189. All Access Mortgage Corporation
190. All American Mortgage
191. All American Mortgage Company
192. All American Mortgage Mn Inc.
193. All Cities Mortgage and Financial, Inc
194. All City Mortgage, Inc.
195. All Credit Lending Inc.
196. All Credit Mortgage
197. All Credit Mortgage And Invesments, Inc.
198. All Home Mortgage Inc
199. All In One Financial Services Inc
200. All Mortgage Connections, Inc.
201. All Purpose Funding, Inc.
202. All Star Investments
203. All Star Mortgage
204. All Star Mortgage Inc.
205. All Valley Mortgage Inc.
206. Alladin Mortgage
207. All-American Mortgage Corp
208. Allanach Mortgage Group Inc
209. Allbay Mortgage Services
210. Allegheny Financial Inc
211. Allegiance Mortgage and Investment Company
212. Allegiance Mortgage Services
213. Allen Equity Group
214. Allen Financial Group, Inc.
215. Allen Financial Services, Inc.
216. Allen Silber
217. Allentown Mortgage Corporation
218. Alliance Home Funding, LLC
219. Alliance Home Lending, LLC
220. Alliance Home Mortgage
221. Alliance Mortgage Company
222. Alliance Residental Mortgage
223. Allied Capital Mortgage, LLC
224. Allied Mortgage Group Inc.
225. Allied Mortgage Group, Inc.
226. AllQuest Mortgage
227. Allquest Mortgage Company, Ltd.
228. Allstate Mortgage of Southwest Florida, Inc.

Schedule A-5

CONFIDENTIAL

229. Allstate Realty Group Inc
230. Allways Lending LLC
231. Allwest Mortgage Corp.
232. Alosta Mortgage Inc.
233. Alpha Capital Financial Inc
234. Alpha Financial Services
235. Alpha Mortgage & Financial Services Inc
236. Alpha Mortgage Corporation
237. Alpha Mortgage Investments, Inc.
238. Alpine Capital Mortgage
239. Alpine Cincinnati Mortgage, Inc.
240. Alpine Financial Group Inc
241. Alpine Funding Group
242. ALS Mortgage Company
243. Alta Financial
244. Alta Mortgage Financial, Inc.
245. Alta Vista Mortgage
246. Alterna Mortgage Company
247. Alternative Financial Services Inc
248. Alternative Mortgage & Investment Corp.
249. Alumni Funding LLC
250. Alumni Mortgage LLC
251. Always Flat Rate Mortgage LLC
252. A-M Mortgage Brokers, Inc.
253. Amalgamated Bank Of Chicago
254. Amax Capital Group Inc
255. Amazon Capital Inc
256. Ambassador Mortgage Corp.
257. Ambassador Mortgage Corporation
258. Ambassador Mortgage Corporation
259. AMC America's Mortgage Company
260. AMC Financial Inc.
261. AMC, A Mortgage Company of NE Florida, Inc.
262. AmCap Mortgage Ltd.
263. Amelia Mortgage Services, Inc.
264. Amera Mortgage Corporation
265. Ameribanc One Corporation
266. America First Mortgage
267. America First Mortgage, Inc.
268. America Funding Inc
269. American Acceptance Mortgage
270. American Acceptance Mortgage, Inc.
271. American Bi-Weekly Mortgage Corp.
272. American Capital Mortgage
273. American Capital Mortgage Company Inc.
274. American Capital Partners Inc

Schedule A-6

LEH-GROUP_0000568

275.  American Capital Trust, Inc.
276.  American Credit & Mortgage Enterprise Financial Services LLC
277.  American Diversified Mortgage Corp.
278.  American Diversified Mortgage Services, Inc.
279.  American Dream Funding Corp.
280.  American Dream Funding, Inc
281.  American Dream Mortgage
282.  American Dream Mortgage Lenders, Inc.
283.  American Dream Mortgage, Inc.
284.  American Dream Properties Corp.
285.  American Eagle Mortgage
286.  American Eagle Mortgage Company
287.  American Eagle Mortgage LLC
288.  American Eagle Mortgage, Inc.
289.  American Elite
290.  American Equity Centers, Inc.
291.  American Equity Mortgage Inc.
292.  American Family Loan Centers Inc
293.  American Family Loan Corp
294.  American Federal Lending Corporation
295.  American Federal Mortgage Corporation
296.  American Federated
297.  American Finance & Mortgage Services
298.  American Financial Group, Inc.
299.  American Financial Mortgage
300.  American Financial Network Inc
301.  American Financial Resources Inc
302.  American Financial Resources Inc.
303.  American Freedom Mortgage Company
304.  American Funding & Service Corp.
305.  American Funding Exchange
306.  American Government Mortgage LLC
307.  American Home Bank, Na
308.  American Home Lenders Inc.
309.  American Home Lending Corporation
310.  American Home Loan, Inc.
311.  American Home Loans
312.  American Home Marketing, Inc.
313.  American Home Mortgage
314.  American Integrity Loan, LLC
315.  American International Mortgage
316.  American Lending Network Inc
317.  American Liberty Funding, Inc
318.  American Liberty Mortgage And Loan Corp
319.  American Money Group, Inc.
320.  American Mortgage Banc

Schedule A-7

CONFIDENTIAL

321. American Mortgage Center
322. American Mortgage Company
323. American Mortgage Consultants
324. American Mortgage Consultants
325. American Mortgage Decisions
326. American Mortgage Exchange
327. American Mortgage Express
328. American Mortgage Funding, Inc.
329. American Mortgage Limited Liability Co.
330. American Mortgage Link
331. American Mortgage Residential
332. American Mortgage Residential, Inc.
333. American Mortgage Securities, Inc.
334. American Mortgage Service, LLC
335. American Mortgage Services
336. American Mortgage Services, L.P.
337. American Mortgage Solutions, Inc.
338. American Mortgage, Inc.
339. American Mutual Mtg LLC
340. American National Mortgage
341. American One Mortgage, LLC
342. American Pacific Lenders
343. American Pioneer Mortgage Services, Inc.
344. American Real Estate
345. American Realty & Investments Inc
346. American Residential Funding
347. American Residential Funding, Inc.
348. American South Financial Services
349. American Southern Financial Group, L.C
350. American State Bank
351. American State Bank
352. American Trust Mortgage
353. American Trust Mortgage Co., Inc.
354. American United Mortgage
355. American United Mortgage Services of America Inc.
356. American West Mortgage Corp.
357. American West Mortgage LLC
358. Americanwest Bancorporation
359. America's Best Mortgage
360. America's Best Mortgage Services Inc.
361. America's Choice Home Loan Services
362. America's Choice Mortgage
363. America's Discount Mortgage Corporation
364. America's First Home Mtg Inc
365. America's Lending Corporation
366. Americas Loan Depot LLC

Schedule A-8

CONFIDENTIAL

367. Americas Mortgage Broker
368. America's Mortgage Resource
369. America's Mortgage, Inc.
370. Americhoice Mortgage
371. Amerifirst Direct Funding
372. Amerifirst Financial Corp.
373. Amerifirst Mortgage Inc.
374. Amerifund Incorporated
375. Amerifunding Inc.
376. Amerihome Mortgage Corporation
377. Amerihome Mortgage Corporation
378. Amerimac California Capital
379. Amerimac Cal-West Financial
380. Amerimac Golden Key
381. Amerimac Golden Key Financial
382. Amerimortgage & Loans
383. Amerinet Mortgage - Dallas Branch
384. Amerisave Mtg Corp
385. AmerisFirst Mortgage and Investment, Inc.
386. AmeriStar Funding Corporation
387. Ameristar Lending Group, Inc.
388. Ameristar Mortgage Corp.
389. Ameritrust
390. Ameritrust Mortgage
391. Amerivest Mortgage Corp
392. Ameriwest Mortgage Corporation
393. Amherst Mortgage
394. Amico Mortgage Company
395. AMME Financial, Inc.
396. Amortgagesearch.com
397. Ampersand Mortgage
398. Amstar Funding LLC
399. Amtrust Mortgage
400. Amvest Financial Services
401. AMX Enterprises dba Colorado Mortgage Services
402. Amy Yafeng Liu
403. Anchor Home Mortgage
404. Anchor Mortgage Corp.
405. Anchor Mortgage Corporation
406. Anchor Mortgage of Central Florida, Inc
407. Anchor Mortgage, Inc.
408. Anderson Mortgage Group Inc
409. Andes Financial, Inc.
410. Andrade Financial
411. Andrade Financial
412. Andrew B. Caird

Schedule A-9

413. Anne Gertrude Picchi
414. Anneler Mortgage Services
415. A-Northwest Inc
416. Antelope Valley Mortgage
417. Anthony Ames
418. Anthony Celeste
419. Anthony G. Moya
420. Anthony Kanka
421. Anthracite Financial Group, Inc.
422. Antrim Mortgage
423. Anvil Funding Corporation
424. A-Pan American Mortgage Group, LLC
425. Apex Mortgage Services, LLC
426. Apexway Corp
427. Apollo Financial Services
428. Apollo Mortgage Finance Corporation
429. Appalachian Mortgage Services Ltd
430. Apple Mortgage Services
431. Apple Valley Mortgage Inc
432. Appletree Mortgage Corp
433. Approval One Mortgage, LLC
434. Approval Plus Mortgage Services
435. Approved First Mortgage Inc
436. Approved Mortgage Funding, Inc
437. Approved Mortgages Inc
438. Approved Mtg Company
439. AR Financial Corp
440. Ardyss Financial Services
441. Area Mortgage Services
442. Arizona First Funding Enterprises Inc.
443. Arizona National Mortgage Inc
444. Ark Mortgage & Investment Company Inc
445. Arlington Capital Mortgage Corp.
446. Arnold James Darini
447. Arrow Financial Services, Inc.
448. Arrow Mortgage Corp
449. ASAP Mortgage Corporation
450. Ascencia Bank Inc
451. Ascension Home Loans, Inc.
452. Ashland Mortgage Corp.
453. Aspen Capital Services LLC
454. Aspen Capital Services,L.L.C.
455. Aspen Financial Group, Inc.
456. Aspen Hills Mortgage
457. Aspen Leaf Mortgage, LLC
458. Aspen Mortgage Corporation

Schedule A-10

LEH-GROUP_0000572

459. Aspen Mortgage Corporation
460. Aspen Mortgage Services, Inc
461. Aspen-Capital Services LLC
462. Asset Capital Mortgage, LLC
463. Asset Center, Inc.
464. Asset Mortgage
465. Associated Capital Resources, Inc.
466. Associated Mortgage Company Inc
467. Associated Mortgage Of North America, Inc.
468. Associated Mortgage Services Inc
469. Associated Mortgage Services, Inc.
470. Associates Home Loans
471. Assurance Mortgage
472. Assurance Mortgage
473. Assurance Mortgage Corporation
474. Assurance Mortgage Corporation of America
475. Assured Financial Mortgage Corp.
476. Assured Financial Services Inc
477. Assured Home Mortgage
478. Assured Mortgage Bankers Corp.
479. Assured Mortgage Source
480. Assurity Financial Services LLC
481. At-Ease Financial
482. Atlanta Mtg Funding Inc
483. Atlantic Coast Financial Services, Inc
484. Atlantic Coast Mortgage Co.
485. Atlantic Coast Mortgage Group, Inc.
486. Atlantic Funding Corporation
487. Atlantic Mortgage Corp
488. Atlantic Mortgage Corp.
489. Atlantic Mortgage Inc.
490. Atlantic National Mortgage Co Inc
491. Atlantic Savings Bank
492. Atlantic South Mortgage
493. Atlantic States Mortgage Corp.
494. Atlantic States Mortgage Corp.
495. Atlantis Financial Group
496. Atlas Capital Corporation
497. ATP Mortgages Inc.
498. Attainable Mortgage
499. Attainable Mortgage, Inc.
500. Atvantage Group Inc The
501. Atwood Mortgage LLC
502. Auer Mortgage/Affordable Mortgage Group
503. Augusta Financial Llp
504. Aurora Loan Services, Inc.

Schedule A-11

LEH-GROUP_0000573

505. Austin Gordon Dale
506. Austin Loan Corp.
507. Austin Management Company
508. AV Capital and Mortgage Company, LLC
509. Avail Equity Services Inc.
510. Available Mortgage Funding LLC
511. Availent Mortgage Inc.
512. Avalanche Financial, Inc.
513. Avalon Financial Corporation
514. Avalon Funding Group Inc
515. Avalon Home Loan Corp
516. Avedian Inc
517. Avenue Mortgage Corporation
518. Award Mortgage Inc
519. Award Mortgage, Inc.
520. Axiom Financial Inc
521. Ayers & Ward Real Estate Lending Services, Inc.
522. A-Z Mortgage, Inc.
523. Azalea Coast Mortgage Company, Inc.
524. Aztec Financial Services, Inc.
525. Aztec Financial, Inc.
526. B & B Mortgage Group, Inc.
527. B & K Mortgage Services
528. B & N Mortgages, LLC
529. B.J.D., Inc.
530. Babkirk & Associates
531. Badger Funding Corp.
532. Badger Funding Corp.
533. Baja Capital Mortgage LLC
534. Baja Lending Company
535. Baker Mortgage
536. Baldwin Mortgage, Inc.
537. Bancgroup Mortgage Corp.
538. BancMortgage, A Division of National Bank of Commerce
539. BancSource Mortgage Co.
540. Bank 1st
541. Bank at Broadmoor, The
542. Bank of Asheville
543. Bank of Essex
544. Bank Of Evansville, National Association
545. Bank of Florida
546. Bank of Grand Junction
547. Bank of Idaho
548. Bank of Jackson Hole
549. Bank of North Carolina
550. Bank Of The Southwest

Schedule A-12

551.  Bank of Utah
552.  Bank Of Washington, The
553.  Bank Of Whitman
554.  Bank Street Mortgage Company
555.  Bankers Capital Inc.
556.  Bankers First Mortgage, Inc.
557.  Bankers Guarantee Title & Trust Company The
558.  Bankers Gurantee Title & Trust Co
559.  Bankers Mortgage Financial Corporation
560.  Bankers Preferred
561.  Bankers Securities Corporation
562.  Bank-Oldham County The
563.  Banner Financial
564.  Banquers Union Corporation
565.  Barbara Hoffman
566.  Baron Mortgage Inc.
567.  Barrington Mortgage Corp.
568.  Barrington Mortgage Corp.
569.  Barron's Financial LLC
570.  Barwick & Associates
571.  Bay Area Mortgage Corporation
572.  Bay Realty Investments Group Inc
573.  Bay West Financial
574.  Bayciti Mortgage
575.  Bayfront Mortgage Group, Inc.
576.  Bayshore Lending, Inc.
577.  Bayshore Mortgage Company LLC
578.  Bayshore Mortgage Funding, LLC
579.  Baysierra Mortgage Inc
580.  Baystreet Mortgage
581.  Baytree Mortgage Financial
582.  Bay-Valley Mtg. Group
583.  Baywest Mortgage Company Ltd
584.  BC United Mortgage Corp.
585.  Beachside Mortgage Inc.
586.  Beacon Finance & Mortgage Inc
587.  Beacon Financial
588.  Beacon Home Mortgage Services, LLC
589.  Beacon Home Mortgage, LLC
590.  Beacon Mortgage Services LLC
591.  Beacon Mortgage Services, Inc.
592.  Bear Broadcasting Corp
593.  Beaufort Mortgage Inc.
594.  Bel-Este Investment Co Inc
595.  Bell Financial LLC
596.  Ben R. Ruiz

Schedule A-13

LEH-GROUP_0000575

597.    Benchmark Mortgage
598.    Benchmart Mortgage
599.    Benefit Financial Corp.
600.    Benjamin Financial Consulting Firm Inc
601.    Bentley Mortgage Group LLC
602.    Bentley Mortgage Group LLC
603.    Berch Property Systems, Inc.
604.    Bermar Mort. Corp
605.    Best Choice Financial
606.    Best Home Loan, Inc.
607.    Best Investment Group, Inc.
608.    Best Mortgage Loan
609.    Best Rate Financial, Inc.
610.    Best Rate Mortgage Corp./Trust Mtg. Corp.
611.    Best West Mortgage
612.    Bestway Mortgage Company
613.    Beta Mortgage Professionals Corp.
614.    Better Home Loan.com Corp.
615.    Beverly A. Cummings
616.    Beverly Hills Estates Funding
617.    BGW Mortgage, Inc.
618.    Big City Mortgage
619.    Big Horn Mortgage, Inc.
620.    Biltmore Financial Bancorp Inc
621.    Bilu Mortgage Lenders, Inc.
622.    Bing C. Jiang
623.    Bippus State Bank
624.    Black Hills Mortgage Co LLC
625.    Black River Mortgage
626.    Blackhawk Mortgage Corp.
627.    Blue Marlin Mortgage, Inc.
628.    Blunck & Associates, Inc.
629.    BMC Mortgage Services Inc.
630.    BMC Mortgage, Inc.
631.    BNY Mortgage Company LLC
632.    Boardwalk Mortgage Inc
633.    Bob Williams Broker Corp.
634.    Bomac Mortgage Holdings LP, LLC
635.    Bona Fide Mortgage Corporation
636.    Bond Street Financial Inc
637.    Boone & Associates, Inc.
638.    Borrowers Choice
639.    BPA Bank, Na
640.    BPA Bank, NA
641.    Brad D. Williams
642.    Brad Langdon Mortgage

Schedule A-14

                                                                           LEH-GROUP_0000576

643. Bradford Financial Inc
644. Bradford Mortgage Company, LLC
645. Branco Mortgage Co., Inc.
646. BRE Mortgage
647. Brenda Knox
648. Brian D. Kirk
649. Brickell Investment Loan Corp.
650. Bridge Capital Corporation
651. Bridge Mortgage Corp
652. Bridgemore Financial, Inc.
653. Bridgeway Financial Corporation
654. Bright Mortgage
655. Brightsource Mortgage
656. Broker One Lending
657. Broker One Mortgage, Inc.
658. BrokerBob, Inc.
659. Brokers Mortgage
660. Brokers Mortgage Group, LTD
661. Brokers Mortgage Service Inc.
662. Brookfield Mortgage Inc
663. Brookline Capital Group
664. BrooksAmerica Mortgage Corporation
665. Brownstone Mortgage Services, LP
666. Bruce A. Thulien
667. Buckingham Mortgage
668. Budget Mortgage And Loan
669. Builders Affiliated Mortgage Services
670. Builders Mortgage LLC
671. Bullseye Mortgage
672. Burton & Burton Mortgage, Inc.
673. Buyers First Inc
674. BWM Mortgage LLC
675. By Referral Mortgage Inc
676. C & P Financial Consulting, Inc.
677. C & R Mortgage, Inc.
678. C And T Management Inc
679. C J United Mortgage, LLC
680. C.K. Investments Group
681. C.L. Mortgage
682. Ca. Pacific Home Loan, Inc. Corp.
683. Cabarrus Mortgage, Inc.
684. Cabler & Associates Mtg Svcs Inc.
685. Cal Coast Financial Corp.
686. Cal- Mat Properties
687. Cal Plaza Mortgage Company
688. Cal West Funding, Torrance, Inc.

Schedule A-15

689. Caleb Financial, Inc
690. California American Mortgage and Realty
691. California Lending, Inc
692. California Pacific Mortgage
693. California Real Estate Consultants Group Inc
694. Callaway Mortgage LLC
695. Calloan Corp.
696. Cal-Ora Properties
697. Calvert Mortgage Company, LLC
698. Cambridge Home Capital LLC
699. Camelot Funding Inc.
700. Camelot Mortgage Group, Inc.
701. Camelot Mortgage, Inc.
702. Cameron Financial Group, Inc.
703. Campbell Commerce Mortgage
704. Campbell Financial Services, LLC
705. Campbell Mortgage & Investment Group, Inc.
706. Cannon Mortgage LLC
707. Cannondale Financial, LLC
708. Cantu Mortgage Associates, Inc.
709. Cape Fear Mortgage Services, Inc.
710. Cape Fear Mortgage Services, Inc.
711. Cape Mortgage Inc.
712. Capital Access Ltd.
713. Capital Alliance Corp
714. Capital Assistance Corp
715. Capital Bank
716. Capital Bankers Mortgage Corp
717. Capital Express Funding
718. Capital Financial Corporation
719. Capital Financial Mortgage Corp.
720. Capital Financial Resources, Inc.
721. Capital Financial Services
722. Capital Financing Services, Inc.
723. Capital Funding Mortgage
724. Capital Home Funding Corp.
725. Capital Lending Group, Inc
726. Capital Mortgage & Associates Corp
727. Capital Mortgage And Finance, Inc.
728. Capital Mortgage Corporation
729. Capital Mortgage Finance
730. Capital Mortgage Funding Inc.
731. Capital Mortgage Lending Co
732. Capital Mortgage USA Corp.
733. Capital Resource of the Southwest, Inc.
734. Capital Seekers

Schedule A-16

CONFIDENTIAL

735. Capital Sources, Ltd
736. Capital Trust Mortgage Group, Inc.
737. Capital West Mortgage Inc.
738. Capitaland Funding Group, LLC
739. Capitol Commerce Mortgage - CA
740. Capitol Financial Services
741. Capitol Mortgage Services
742. Capitol Valley Bank, A Division Of Humboldt Bank
743. Capstone Group Mortgage Corp.
744. Capwest Funding
745. Cardinal Mortgage, Inc.
746. Cardinal Mortgage, Inc.
747. Care One Mortgage, Inc
748. Carl Settles
749. Carlos M. Sanchez & Associates
750. Carlton Mortgage Corporation
751. Carnahan & Associates
752. Carolina First Home Equity, Inc.
753. Carolina Home Equity Mortgage Inc.
754. Carolina Home Equity Mortgage, Inc.
755. Carolina Home Mortgage
756. Carolina Mortgage Consultant & Services
757. Carolina Mortgage Professionals, Inc.
758. Carolina Residential Mortgage Corp.
759. Carrington Funding Corp
760. Carrole Neal
761. Carroll Enterprises Of S.W. Fl Inc
762. Carteret Mortgage Corp
763. Casa Mortgage Inc.
764. Casals Financial Inc.
765. Cascadia Financial Services Inc
766. Casita Mortgage Company
767. Catawba Valley Mortgage Corporation
768. Cates Mortgage
769. Cathy Heckman
770. Cavalier Mortgage Group Inc
771. Caversham Financial Inc
772. CB Loans.com
773. Ceasar Perez
774. Cedar Creek Mortgage
775. Celebration Mortgage, LLC
776. Celebrity Mortgage, Inc.
777. Celtic Bank
778. Cendant Mortgage Corp.
779. Centennial Mortgage Inc
780. Centennial Services, Inc.

Schedule A-17

781. Centennial State Mortgage Co
782. Center Capital Funding Group
783. Center one Mortgage
784. Central Carolina Home Equity
785. Central Equity Group Inc
786. Central Financial Mortgage
787. Central Illinois Bank
788. Central Illinois Mort.
789. Central Jersey Mortgage Corporation
790. Central Mountain Mortgage Corporation
791. Central Pacific Mortgage
792. Central Pacific Mortgage Co
793. Central Pacific Mortgage Co
794. Central State Mortgage, LLC
795. Centre Mortgage
796. Centurion Financial Group Inc
797. Centurion Mortgage
798. Centurion Mortgage Services, LLC
799. Century Capital Mortgage Co
800. Century Finance
801. Century Home Mortgage Corp.
802. Century Oak Financial Inc
803. Century Pacific Mortgage Corp.
804. CenturyBanc Mortgage Corporation
805. Centurybanc Mortgage Corporation
806. Certified Financial Consultants
807. Certified Mortgage Associates
808. CFG Mortgage
809. CFR Mortgage Group Inc.
810. CH Mortgage
811. Chad Vantil
812. Chadwick Mortgage Inc.
813. Challenge Financial Investors Corp
814. Challenge Financial Investors Corp.
815. Challenge Financial Investors Corp.
816. Challenge Financial Investors Corp.
817. Challenge Mortgage
818. Challenge Mortgage
819. Challenge Mortgage
820. Challenge Mortgage Corp
821. Champaign National Bank
822. Champfund Mortgage Inc.
823. Chapel Mortgage Corporation
824. Charles Baker Associates
825. Charlotte Home Equity, LLC
826. Charlotte Mortgage Services, Inc.

Schedule A-18

LEH-GROUP_0000580

827. Chart Bank
828. Charter Mortgage Group, Ltd.
829. Charter Oak Lending Group, LLC
830. Charter West Mortgage, LLC
831. Chartered Financial & Investment Corp.
832. Chase Financial Funding
833. Chase Financial Services
834. Chase Investment Capital
835. Chattahoochee National Bank
836. Chelsea Financial Services, Inc.
837. Cherrey A. Hatcher & Gary R. Ehrig
838. Cherry Creek Lending
839. Chesapeake Investment & Mortgage Corp.
840. Chiarello Investments, Inc.
841. Chicago Funding, Inc.
842. Chicagoland Mortgage Corporation
843. Choice Mortgage Corp.
844. Christine D. Burnett
845. Christopher E Hobson Inc
846. Christopher T. Endress
847. Chrysler Home Mortgage Corp.
848. Circle One Realty & Mortgage Inc
849. citEmortgage L.L.C.
850. Citi Home Mortgage Corp.
851. Cities Mortgage
852. Citizens Financial Network
853. Citizens First Mortgage
854. Citizens Mortgage Corp
855. Citizens South Bank
856. City Mortgage Company, Inc.
857. City Mortgage Inc.
858. City Mortgage Services, Inc.
859. City Mortgage Services, Inc.
860. City Mortgage, Inc.
861. City Mutual Corporation
862. City One Home Mtg
863. Cityline Mortgage, Inc.
864. Citywide Mortgage
865. Citywide Mortgage Corp
866. CJ Mortgage Inc
867. Clarion Mortgage Capital of Steamboat Springs, Inc.
868. Classic Mortgage Company
869. Claudia J Portillo
870. Cleveland Money Source, Inc.
871. Clinton Mortgage Network Inc The
872. Clintonville Mortgage Group, Ltd.

Schedule A-19

873. Cloverhill Mortgage Group, Inc.
874. CM Nationwide Mortgage Corporation
875. CMA Real Estate Finance, Inc.
876. CMC Commercial Mortgage Co
877. CMG
878. CMG Mortgage
879. CMK Inc
880. CNC Mortgage Corporation
881. CO Tai Nguyen
882. Coast Pacific Financial, Inc.
883. Coastal Empire Mortgage
884. Coastal Financial Company, LLC
885. Coastal Home Mortgage
886. Coastal Mortgage Corp
887. Coastal Mortgage Corp of Maryland
888. Coastal Mortgage Services Inc.
889. Coastline Funding
890. Coastline Mortgage Inc
891. Cogent Mortgage Services, LLC.
892. Cohnsloans Inc
893. Colban Funding, Inc.
894. Collateral One Mortgage Corp.
895. Collier Mortgage Capital Inc.
896. Colonial Bank
897. Colonial Financial Inc.
898. Colonial Home Mortgage Co
899. Colonial Mortgage
900. Colony Mortgage LLC
901. Colorado Bankers Mortgage Inc.
902. Colorado Business Bank of the Rockies
903. Colorado Funding Specialists
904. Colorado Housing & Mortgage Services, Inc.
905. Colorado Mortgage Leaders  d/b/a Owen Financial
906. Colorado Real Estate Lending, Inc.
907. Columbia Mortgage
908. Columbia Mortgage Inc
909. Columbia National Inc.
910. Columbia Northwest Mortgage
911. Columbia Resources, Inc.
912. Columbia Western Mortgage, LLC
913. Columbus Credit Union
914. Commercial Financial Services Corp.
915. Common Cents Financial Services LLC
916. Commons Financial Inc.
917. Commonwealth Financial Mortgage Svcs
918. Commonwealth Financial Services Inc.

Schedule A-20

919. Commonwealth Mortgage Corp
920. Commonwealth Mortgage Funding
921. Commonwealth United Mortgage Co.
922. Commonwealth United Mortgage Co.
923. Community Bank of Northern Virginia
924. Community Bank of Texas, NA
925. Community Choice Mortgage
926. Community First Bank
927. Community First Mortgage Corporation
928. Community Home Loan, LLC
929. Community Home Mortgage Service Inc.
930. Community Home Mortgage, LLC
931. Community Home Mortgage, LLC
932. Community Lending
933. Community Lending Group, Inc.
934. Community Mortgage Company
935. Community Mortgage Corporation (Indiana)
936. Community Mortgage Inc.
937. Community Mortggae Association LLC
938. Community National Mortgage
939. Community State Bank
940. Community State Bank
941. CommunityWide Mortgage LLC
942. Compass Mortgage
943. Competitive Mortgage Services
944. Complete Mortgage Co
945. Computer Mortgages of America Inc.
946. ComServ, Inc.
947. ComUnity Lending Incorporated
948. Concept One Mortgage
949. Concord Mortgage Investment Corp.
950. Concorde Financial Services, LLC
951. Connecticut Financial Services LLC
952. Connecticut Home Mortgage
953. Consolidated Equity Corp
954. Consolidated Financial Services Inc.
955. Consolidated Mortgage Group, Inc.
956. Consortium Financial
957. Constance Financial Group
958. Constant Capital Inc.
959. Consumer Choice Mortgage
960. Consumer Credit Services Inc.
961. Consumer Home Loans Inc
962. Consumer Mortgage Services
963. Consumer Mortgage Services Inc.
964. Consumers First Mortgage Inc

Schedule A-21

LEH-GROUP_0000583

965. Consumer's Mortgage Corp
966. Consumers Mortgage Source, L.L.C.
967. Continental Capital Corp.
968. Continental Financing Company
969. Continental Mortgage Banking, LTD
970. Continental Mortgage Services, Inc.
971. Continental Mortgage Corp.
972. Coppertree Lending
973. Coral Mortgage Group, Inc.
974. Core One Mortgage Inc
975. Corinthian Capital Group, Inc.
976. Corley Financial Corp.
977. Corley Financial Corporation
978. Cornerstone Mortgage
979. Cornerstone Mortgage Inc.
980. Cornerstone Mortgage LLC
981. Cornerstone Mortgage Services, LLC
982. Corridor Mortgage Company LLC
983. Corzine Real Estate, Inc.
984. Coto Financial Inc.
985. Country Home Mortgage
986. Country Home Mortgage of Connecticut Inc.
987. Country Home Mortgage, Inc.
988. Country Mortgage, LLC
989. Countryside Mortgage Services, Inc.
990. County Mortgage Company, Inc.
991. Courtyard Mortgage & Investments, Inc.
992. Covenant Financial Group, Ltd.
993. Covenant Mortgage, Inc.
994. Covenant Mutual Mortgage & Financial Services
995. Coventry Mortgage Of Idaho Falls LLC
996. Coverdale Mortgage Corp
997. CoWest Mortgage
998. Coyne Financial LLC
999. CPBS Corporation
1000. CPN Mortgage LLC
1001. Creative Capital Corp
1002. Creative Financial Mortgage
1003. Creative Mortgage Brokers II
1004. Creative Mortgage Funding, Inc.
1005. Creative Mortgage Network, LLC
1006. Creative Mortgage Of Gig Harbor Inc.
1007. Creative Mortgages & Financing, Inc
1008. Creative Mtg Solutions Inc
1009. Creative Options Financial Inc
1010. Crescent Mortgage

Schedule A-22

LEH-GROUP_0000584

1011. Crescent State Bank
1012. Crest Savings Bank
1013. Crested Butte Mortgage
1014. Crestline Funding Corp.
1015. Creve Coeur Mortgage Associates, Inc.
1016. Cross Island Capital
1017. Cross Island Capital Corp.
1018. Cross Pointe Funding, Inc.
1019. Crossroads Financial, LLC
1020. Crossroads Lending, Inc.
1021. Crossroads Mortgage Inc
1022. Crown Financial Services
1023. Crown Lending
1024. Crown Mortgage
1025. Crown Mortgage Co., Inc.
1026. Crown Mortgage Company Inc.
1027. Crown Mortgage Services
1028. Crown Valley Funding
1029. Crystal Home Mortgage, Inc.
1030. Crystal Mortgage Corp.
1031. CS Financial Services
1032. CS Financial, Inc.
1033. CS Financing, Inc
1034. CS Mortgage
1035. CSI Mortgage Corp
1036. CSM
1037. CSM Properties LLC
1038. CTC Financial Inc
1039. CTX Mortgage Company, LLC
1040. Cuc Mortgage Corporation
1041. Cumberland Mortgage Co.
1042. Cunningham & Company
1043. Custom Mortgage Corporation
1044. Custom Mortgage Group, Inc.
1045. Custom Mortgage Lending, Inc.
1046. Customers Choice Mortgage
1047. Cynthia M. Riggle
1048. Cypress Mortgage, LLC
1049. D & D Mortgage Solutions Inc
1050. D & L Family Mortgage
1051. D & M Financial Corporation
1052. D&H Financial Corporation
1053. D. Sackett
1054. D. White & Company LLC
1055. D.L. Evans Bank
1056. D.S.C. Mortgage Brokers, Inc.

Schedule A-23

1057. Dallas Funding
1058. Dalton R. Best
1059. Dan W. Conley
1060. Daniel A. Hapner
1061. Daniel Keyser
1062. Daniel Weihmiller
1063. Darryl Bailey
1064. David A. Woods
1065. David B. Baigini
1066. David Hester Financial Inc
1067. David Jackson
1068. David Piccinini Inc.
1069. David W. Lester
1070. Davidson Mortgage Services Inc
1071. Dawn C. Cook
1072. DC Starks Mtg.
1073. De Oro, Inc.
1074. Dean Funding, Inc.
1075. Dean Ray Walker
1076. Dean Rupae
1077. Debra J. Bickers
1078. Dedicated Mortgage Solutions, Inc.
1079. Deichmann Mortgage, Inc.
1080. Del Mar Mortgage Inc
1081. Delaware ALTA Financial Corporation
1082. Deleo Mortgage, Inc.
1083. Dell Franklin Financial LLC
1084. Delmer Norris
1085. Delta Mortgage Corporation
1086. Delta Pi Funding LLC
1087. Dennis J. Hendrickson
1088. Denver US Holdings, Inc.
1089. Dependable Financial Services Inc
1090. Desert Classic Lending LLC
1091. Desert Empire Mortgage Corp
1092. Desert Lending Services
1093. Developers Mortgage Group, Inc.
1094. Dezell Company The
1095. DFW Lending Group, Inc.
1096. DG Capital Group, Inc.
1097. Diamond Funding Financial Services
1098. Diamond Home Equity
1099. Diamond Mortgage Exhange Inc.
1100. Diamond Properties Services Inc
1101. Diane L.Groves
1102. Diane-Marie O'Brien

Schedule A-24

   LEH-GROUP_0000586

1103. Dionito R Tanion
1104. Direct Financial Services, Inc
1105. Direct Mortgage Funding LLC
1106. Direct Mortgage, Inc.
1107. Discount House Home Loans LLC
1108. Discover Mortgage
1109. Discovery Assets Management Co
1110. Discovery Financial Services, Inc.
1111. Discovery Mortgage Services LLC
1112. Distinctive Mortgages
1113. Diversified Commercial Realty Corp
1114. Diversified Financial Solutions
1115. Diversified Lending Services LLC
1116. Diversified Mortgage
1117. Diversified Mortgage Group, LLC
1118. Diversified Mortgage, Inc.
1119. Divinity Mortgage Corporation
1120. DJH Mortgage
1121. DJS, Inc.
1122. DK Mortgage Inc
1123. DLR Financial Services
1124. DNL Associates, LLC
1125. DNTA Mortgage Corporate
1126. Dollar Savings Bank
1127. Dolphin Home Mortgage
1128. Dolphin Mortgage of Naples, Inc.
1129. Dominion Equity Inc.
1130. Dominion Mortgage & Financial Services
1131. Don Joseph Graham
1132. Donald L. Deas
1133. Donald Porter
1134. Donna H. Economou
1135. Donovan L. Eastman
1136. Doreen Pottios
1137. Doris A. Waterman
1138. Douglas Financial Management Inc.
1139. Douglas James Wellington
1140. Douglas P. Tice
1141. Douglas W. O'Keefe
1142. Dow Mortgage Co.
1143. Downeast Mortgage Corp.
1144. DPS Financial Services Inc.
1145. DPS Mortgage Corporation
1146. Drake Mortgage Corporation
1147. Drake Mortgage Corporation
1148. Draper & Kramer Mortgage Corp.

Schedule A-25

CONFIDENTIAL

1149. Drexel Hill Mortgage, Inc.
1150. DRM Mortgage Group, LLC
1151. DSW Funding, LLC
1152. Dual Mortgage Corporation
1153. Duong Minh Le
1154. Dupage National Bank
1155. Dynamic Funding, Inc.
1156. Dynamic International Funding
1157. Dynamic Mortgage Financial Corp.
1158. Dynasty Mortgage & Financial Services
1159. Dynasty Mortgage Inc.
1160. E & F Funding Inc
1161. E & M Mortgage
1162. E.C. Funding Corp
1163. E.C.I. Corporation
1164. E.T. System
1165. Eagle 1 Mortgage, LLC
1166. Eagle Bancorp LLC
1167. Eagle Home Mortgage Inc
1168. Eagle Mortgage
1169. Earl G. Prince
1170. East Chester Mortgage
1171. East Coast Home Loans Inc
1172. East Coast Mortgage & Financial Services, Inc.
1173. East Coast Mortgage Co. II, LLC
1174. East Management Company
1175. East Pointe
1176. East West Financial Services, Inc.
1177. East/West Mortgage Co., Inc.
1178. Eastchester Mortgage Corp.
1179. Easy Mortgage & Investments Corp
1180. Easy Pay Mortgages, Inc.
1181. Easy Street Mortgage Corporation
1182. Eclectic Management, Inc
1183. Eclipse Mortgage LLC
1184. Eclipse Mortgage, LLC
1185. Econ Mortgage
1186. Edina Home Mortgage Corporation
1187. Edison National Bank
1188. EDR Duplication, LLC
1189. Edward N. Barnett
1190. Eidon Inc
1191. EJI Investment
1192. Elite Financial Group LLC
1193. Elite Financial Group, Inc.
1194. Elite Mortgage

Schedule A-26

1195. Elite Mortgage & Investments Corp.
1196. Elite Mortgage Services
1197. Elite Mortgage Services
1198. EliteAgents Mortgage Services, Inc.
1199. Elkton Mortgage/Mortgage Express
1200. Ellen M. Fitzgerald
1201. Elliott And Associates Mortgage Inc
1202. Elliptical Inc.
1203. Ellison Mortgage
1204. E-Loan Of Oregon Inc
1205. Emerald Financial
1206. Emerson Funding Group
1207. EMI Financial
1208. Emmett Moore
1209. EMOH Mortgage, Inc.
1210. Emoney.Com LLC
1211. E-Mortgage Corporarion
1212. Empire Home Lending Corp.
1213. Empire Mortgage Corp.
1214. Empire Mortgage Inc.
1215. Empire Mortgage Lender, Inc.
1216. Endeavour Mortgage, Inc.
1217. English Mortgage
1218. Enterprise Mortgage, Inc.
1219. Entrust Financial Group
1220. Epona Mortgage Capital Inc.
1221. Eqqus Mortgage of SC, LLC
1222. Equical, Inc.
1223. Equifirst Mortgage Inc
1224. Equihome Mortgage Corp
1225. Equihome Mortgage Corp
1226. Equitable Home Mortgage, Inc.
1227. Equitable Mortgage Capital Inc.
1228. Equitable Mortgage Group, Inc.
1229. Equitable Mortgage Svc.
1230. Equitable Solutions
1231. Equities Direct Corp.
1232. EquiTrust Credit, Inc.
1233. Equity 1 Lenders Service, Inc.
1234. Equity Accelerator Inc.
1235. Equity Express Mortgage
1236. Equity Financial Group, Inc.
1237. Equity Financial Services, Inc.
1238. Equity Holdings Group L.L.C.
1239. Equity Investment
1240. Equity Lending Group Inc

Schedule A-27

                                                LEH-GROUP_0000589

1241. Equity Line Mortgage
1242. Equity Link Mortgage Inc.
1243. Equity Mortgage Centers of Colorado
1244. Equity One
1245. Equity Plus Mortgage
1246. Equity Ventures Realty Inc
1247. EquityTrust Mortgage Management, Inc.
1248. Ernesto Fuentes
1249. ESI Mortgage, LP
1250. Essential Funding Company, Inc.
1251. Estate Mortgage Group Inc
1252. Euro-Funding Corporation
1253. Everest Mortgage
1254. Everest Mortgage LLC
1255. Evergreen
1256. Excel Financial Corp.
1257. Excel Financial Group LLC
1258. Excel Funding Group
1259. Excel Mortgage Corporation
1260. Exceptional Mortgage Group, Inc.
1261. Executive Financial Corporation
1262. Executive Funding Corp
1263. Executive Mortgage, Inc.
1264. Executive Mortgage, LLC
1265. Executive National Mortgage Inc.
1266. Executive One Finance Co Inc
1267. Expert Financial Group, Inc.
1268. Expert Mortgage Services, Inc.
1269. Express Financial Centre
1270. Express Funding LLC
1271. Express Mortgage
1272. Express Mortgage & Co.
1273. Express Mortgage Lenders, Inc
1274. Express One Mortgage Inc.
1275. Extra Mortgage & Realty Co
1276. EZ Home Loans Inc
1277. EZ Home Mortgage Corp.
1278. E-Z Loans
1279. E-Z Mortgage Corporation
1280. E-Z Mortgage Services of Texas, Inc
1281. F & M Mortgage Group, LLC
1282. F&M Mortgage Corporation
1283. F.C. Wagner Mortgage Funding, Inc.
1284. Fairlane Mortgage
1285. Fairview Mortgage Capital
1286. Fairway Independence Mortgage Corp.

Schedule A-28

1287. Fairway Mortgage Corporation
1288. Fairway Mortgage Services, Inc.
1289. Fairway Mortgage, Inc.
1290. Fairway Of America Inc
1291. Falcon House Financial
1292. Fallo Lawrence
1293. Family First Mortgage
1294. Family Home Mortgage, Inc.
1295. Family Home Realty Services
1296. Family Mortgage
1297. Family Mortgage Funding Inc.
1298. Family Mortgage Inc
1299. Farmers State Bank of Calhan
1300. Farwell Realty Inc
1301. Farwest Mortgage Bankers
1302. Faye Financial
1303. Fed Med Bank, FSB
1304. Federal Guaranty Mortgage Company
1305. Federal Mortgage Exchange Network Inc.
1306. Felge International Inc
1307. Fendi Mortgage Corp.
1308. Fidelity Bank
1309. Fidelity Capital Funding, Inc.
1310. Fidelity Home Mortgage Corp.
1311. Fidelity Mortgage
1312. Fidelity Mortgage
1313. Fidelity Mortgage & Finance Co.
1314. Fidelity Mortgage Corporation
1315. Fidelity Mortgage Group LLC
1316. Fidelity Mortgage Of Kentucky, Inc.
1317. Fidelity Mortgage Sevices Inc
1318. Fidelity National Mortgage Corp.
1319. Fidelity One Mortgage, Inc.
1320. Fidelity Plus Mortgage, Inc.
1321. Fidelity Trust Mortgage Corporation
1322. Fieldstone Financial
1323. Fieldstone Mortgage Company
1324. Filemon Acas
1325. Final Source Corp
1326. Finance North America Inc
1327. Financial Advantage Corp
1328. Financial Center Mortgage & Investments Inc
1329. Financial Directions Real Estate Finance Co., LLC
1330. Financial Express Group Ltd
1331. Financial Funding Services
1332. Financial Logistics Inc

Schedule A-29

LEH-GROUP_0000591

1333.  Financial Mortgage Group Ltd
1334.  Financial Mortgage Group, LLC
1335.  Financial Mortgage Inc.
1336.  Financial Network Funding Group
1337.  Financial Resources Of Washington Ltd
1338.  Financial Resources, Inc.
1339.  Financial Security Consultants
1340.  Financial Services Corporation Of Washington
1341.  Financial Solutions, Inc.
1342.  Financial Star Inc
1343.  Financial Strategies Mortgage Service
1344.  Fine Homes Real Estate Services
1345.  Fine Life Inc.
1346.  Fiquest Inc.
1347.  First Acceptance Mortgage Corp
1348.  First Advantage Mortgage LLC
1349.  First Advantage Mortgage Services
1350.  First American Banc, LLC
1351.  First American Bank
1352.  First American Bank
1353.  First American Home Mortgage
1354.  First American Lending & Processing
1355.  First American Mortgage, Inc.
1356.  First Arizona Equity LLC
1357.  First Atlantic Mortgage LLC
1358.  First Atlantic Mortgage Services, LLC
1359.  First Atlantic Mortgage Services, LLC
1360.  First Atlantic Resource Corp
1361.  First Banana Mortgage
1362.  First Bank
1363.  First Bank
1364.  First Bank Mortgage
1365.  First Bank National
1366.  First Bank of San Luis Obispo
1367.  First Brunswick Mortgage Inc
1368.  First Capital Financial Pacific Inc.
1369.  First Capital Financial Services Corp
1370.  First Capital Lending Corp.
1371.  First Capital Lending Inc
1372.  First Capital Mortgage
1373.  First Capital Mortgage
1374.  First Capital Mortgage Corporation
1375.  First Capital Mortgage Group Inc
1376.  First Capital Trust & Mortgage Corp.
1377.  First Carolina Mortgage
1378.  First Charter Mortgage Corp

Schedule A-30

1379. First Charter Mortgage Corp.
1380. First Choice Bank
1381. First Choice Financial Corp
1382. First Choice Financial, Inc
1383. First Choice Home Equity LLC
1384. First Choice Lending & Mortgage, Inc.
1385. First Choice Mortgage
1386. First Choice Mortgage
1387. First Choice Mortgage and Insurance Inc
1388. First Choice Mortgage Company
1389. First Choice Mortgage Corp.
1390. First Choice Mortgage Corporation
1391. First Choice Mortgage, LLC
1392. First Choice Mtg. Corp.
1393. First City Funding
1394. First City Mortgage
1395. First City Mortgage Inc.
1396. First Class Estates, Inc.
1397. First Class Financial Services
1398. First Class Mortgage Inc
1399. First Colony Bank
1400. First Colorado Mortgage Corp.
1401. First Commercial Bank, N.A.
1402. First Commonwealth Mortgage Corp.
1403. First Community Mortgage, Inc
1404. First Community Mortgage, Inc.
1405. First Community Mortgage, Inc.
1406. First Consolidated Mortgage Company
1407. First Consumer Mortgage, Inc.
1408. First Continental Mortgage Corp.
1409. First Cosmopolitan Mortgage Inc
1410. First Credential Mortgage Inc
1411. First Credential Mortgage Inc.
1412. First Dearborn Mortgage Company LLC
1413. First Equity Financial
1414. First Equity Mortgage
1415. First Equity Mtg Services Inc
1416. First Federal Bank FSB
1417. First Federal Financial, Inc.
1418. First Federal Mortgage Inc.
1419. First Federal Savings & Loan
1420. First Federated Funding Corp Of South Florida Inc
1421. First Fidelity Mortgage Inc.
1422. First Financial Lending Inc.
1423. First Financial Mortgage Corp
1424. First Financial Mortgage Corporation

Schedule A-31

LEH-GROUP_0000593

1425. First Financial Mortgage Group, Inc.
1426. First Financial Mortgage Inc
1427. First Financial Mortgage, Inc
1428. First Financial of Boston
1429. First Financial Services, Inc.
1430. First Financial Services, Inc.
1431. First Florida Home Mortgage
1432. First Florida Home Mortgage Inc.
1433. First Florida Mortgage Network, Inc.
1434. First Forsyth Mortgage
1435. First Funding
1436. First Funding Mortgage Corporation
1437. First Funding, Inc.
1438. First Guarantee Corp.
1439. First Guaranteed Mortgage
1440. First Hallmark Mortgage Corp.
1441. First Heritage Mortgage
1442. First Home Mortgage Corporation
1443. First Home, Inc.
1444. First Horizon Home Loan Corporation
1445. First Horizon Home Loans
1446. First Independent Bank
1447. First Independent National Bank
1448. First Independent National Bank
1449. First Integrity Mortgage Corporation
1450. First Interstate Bank
1451. First Jersey Mortgage Services, Inc.
1452. First Kentuckiana Mortgage Corp
1453. First Kentuckiana Mortgage Corporation
1454. First Laridian Mortgage Co Inc.
1455. First Liberty Financial Services
1456. First Liberty Mortgage
1457. First Maryland Funding, Inc.
1458. First Metropolitan Mortgage Co.
1459. First Midwest Bank Of Dexter
1460. First Midwest Bank of Dexter
1461. First Mortgage Company, LLC
1462. First Mortgage Consultants Corp.
1463. First Mortgage Lending Co.
1464. First Mortgage Masters, Inc.
1465. First Mortgage Of Indiana Inc
1466. First Mortgage Plus Financial Services, LC
1467. First Mountain Mortgage
1468. First Mutual Corp.
1469. First Mutual Corp.
1470. First Mutual Mortgage

Schedule A-32

CONFIDENTIAL

1471. First National Bank & Trust Co. of the Treasure Coast
1472. First National Bank of Arvada
1473. First National Bank of Florida
1474. First National Bank of Gwinet
1475. First National Bank Of Shelby
1476. First National Bank of Shelby
1477. First National Home Loans Corporation
1478. First National Mortgage
1479. First Nations Home Mortgage
1480. First Nations Mortgage
1481. First Northern Financial Services, Inc.
1482. First Northern Financial Services, Inc.
1483. First Option Mortgage
1484. First Option Mortgage Corporation
1485. First Pacific Funding Group Inc
1486. First Penn Bank / Transnational Mortgage Corp.
1487. First Penn bank/Transnational Mtg Corp
1488. First Portfolio Mortgage Corp.
1489. First Portfolio Mortgage Corp.
1490. First Premier Mortgage, Inc.
1491. First Prestige Mortgage Services Inc.
1492. First Priority Mortgage Corp
1493. First Priority Mortgage Inc.
1494. First Professional Mortgage Corp
1495. First Public Mortgage Inc.
1496. First Quality Mortgage, Inc.
1497. First Rate Financial
1498. First Rate Financial Services
1499. First Rate Mortgage, Inc.
1500. First Rate Realty & Mortgage Inc
1501. First Realty Mortgage Corp.
1502. First Republic Mortgage Corp.
1503. First Republic Mortgage Corporation
1504. First Residential Mortgage
1505. First Residential Mortgage
1506. First Residential Mortgage Company
1507. First Resource Lending Inc.
1508. First Sarasota Mortgage Company
1509. First Saratoga Mortgage
1510. First Security Bank of Lexington
1511. First Security Mortgage Inc.
1512. First Society Mortgage Corporation
1513. First South Bank
1514. First South Financial Group Inc.
1515. First Star Savings Bank
1516. First Star Savings Bank

Schedule A-33

LEH-GROUP_0000595

1517.  First Start Mortgage Inc.
1518.  First State Bank, Colorado Springs
1519.  First State Funding, Inc.
1520.  First State Home Loan LTD
1521.  First State Mortgage Corp.
1522.  First Suburban Mortgage Corp.
1523.  First Summit Mortgage Corporation
1524.  First Triad Mortgage
1525.  First Triad Mortgage
1526.  First Trust Mortgage Co.
1527.  First United Mortgage
1528.  First United Mortgage Investments
1529.  First USA Lending
1530.  First USA Lending
1531.  First Western Funding LLC
1532.  First Windsor Mortgage LLC
1533.  FirstCity Mortgage Inc.
1534.  Firstrust Mortgage
1535.  Fischer Financial Resources, Inc.
1536.  Five Star Financial
1537.  Five Star Mortgage Services LLC
1538.  FJM Services Inc
1539.  Flagstar Bank FSB
1540.  Flash Funding, Inc.
1541.  Fleetwood Funding Corporation
1542.  Flex Mortgage Corporation
1543.  Florida Home Lending Inc
1544.  Florida Home Loan Group Inc
1545.  Florida Home Loan Specialist Inc.
1546.  Florida Homeport Mortgage Services LLC
1547.  Florida Mortgage Authority, Inc
1548.  Florida Mortgage Connections Corp.
1549.  Florida Mortgage Funding
1550.  Florida Mortgage Funding
1551.  Florida Mortgage Source, Inc.
1552.  FloridaTrust Financial Corp.
1553.  F-M Mortgage Corporation
1554.  FMC Mortgage
1555.  FNB Southeast Mortgage
1556.  Focus Financial And Mortgage Corp
1557.  Ford Enterprise International
1558.  Forefront Mortgage Corp.
1559.  Foremost Financial Group, Inc.
1560.  Forest City Mortgage Corp.
1561.  Forman Financial Mortgage Services Inc
1562.  Forrest E. Meyer

Schedule A-34

1563. Forrest Trust Mortgage Corp.
1564. Forsyth Financial Services, Inc.
1565. Fort Wayne Mortgage Corp.
1566. Fortune Mortgage
1567. Fortune Mortgage Co.
1568. Fortune Mortgage Inc
1569. Foundation Mortgage Corp
1570. Founders Corporation
1571. Founders Mortgage USA, LLC
1572. Fountain Finance Corp
1573. Four Star Mortgage
1574. Fox Cities Mortgage Corporation
1575. Fox Mortgage Solutions
1576. Fox Valley Mortgage, Inc.
1577. Francis Otto Warmbrodt
1578. Francisco J. Marquez
1579. Frank P. Russo Ii
1580. Frank T. Yoder Mortgage, Inc.
1581. Franklin First Financial LTD
1582. Franklin Mortgage & Investment Co.
1583. Franklin Mortgage Corporation
1584. Franklin W. Yang
1585. Frederic Hammond
1586. Frederick D. Mushro
1587. Freedom Equities, Inc
1588. Freedom Financial Corporation LLC
1589. Freedom Financial Home Loans
1590. Freedom Financial Services LCL
1591. Freedom Lending Inc.
1592. Freedom Lending, LLC
1593. Freedom West LLC
1594. Fresh Start Mortgage, Inc
1595. Fridley & Associates, Inc.
1596. Front Street Capital Group, Inc.
1597. Frontier Finance Of Southern Utah LLC
1598. Frontier Financial
1599. Frontier Financial Group Inc.
1600. Frontier Financial Services, Inc.
1601. FSC Mortgage
1602. FSJ Inc
1603. Funders Mortgage
1604. Funding Associates Services Of Texas, Inc
1605. G & H Inc.
1606. G & S Financial Inc.
1607. G.C. Mortgage LLC
1608. G.E. Direct Mortgage LLC

Schedule A-35

CONFIDENTIAL

1609. G.H. River Mortgage Company
1610. G.M.C. Mortgage Corp.
1611. Gail Anthony Wright
1612. Gail Wright
1613. Gainsborough Mortgage
1614. Galaxy Mortgage
1615. Gallegos & Company Financial Services, L.L.C.
1616. GAMA Mortgage
1617. Garden District Mortgage
1618. Gardner Mortgage Inc
1619. Garland Mortgage Corporation
1620. Gary C. Fong
1621. Gary C. Pulver
1622. Gary L. Wilson
1623. Gary Stanford Mc Lerran
1624. Gary William Crosby
1625. Gateway Business Bank
1626. Gateway Financial Corp
1627. Gateway Financial Services Inc
1628. Gateway Home Mortgage Inc
1629. Gateway Mortgage Services
1630. Gateway Mortgage, Inc.
1631. Gayle Thorne
1632. GCB Mortgage, Inc.
1633. Gelt Financial Corporation
1634. Gemm Financial Services, Inc
1635. General Mortgage Corp.
1636. General Mortgage Corp. of America
1637. General Mortgage Corporation
1638. General Mortgage Finance Corp.
1639. Genesis Business & Mortgage Corp.
1640. Genesis Mortgage Corporation
1641. Genesis Mortgage Services, LLC
1642. Genevieve Mortgage
1643. Genisys Financial Corporation
1644. George D. Varner
1645. George G. Milinovich
1646. George Katayama
1647. George V. Didonato
1648. George Y. Sidrak
1649. Georgetown Funding Inc
1650. Georgia Mutual Mortgage
1651. Gerald A. Brown
1652. Gerbert & Associates, Inc.
1653. Giant Realty Incorporated
1654. Gibraltar Mtg Loans & Investments, Inc.

Schedule A-36

CONFIDENTIAL

1655. Gibson Mortgage Company Inc.
1656. Gilbert Faust
1657. Gilmore Jennifer
1658. Gleneagle
1659. Glenwood Financial I, Inc
1660. Global Benefits Inc
1661. Global Capital Group, Inc.
1662. Global Consultants Direct, Inc.
1663. Global Financial Services
1664. Globe Mortgage America, LLC
1665. Gloria Jane Young
1666. Glory Mortgage Brokers
1667. Gml Mortgage Inc.
1668. GNL, Inc.
1669. Gold Coast Financial
1670. Gold Coast Financial, LLC
1671. Gold Country Bank
1672. Gold Crown Mortgage Corp
1673. Gold Leaf Mortgage
1674. Gold Star Mortgage Services, LLC
1675. Golden Key Mortgage
1676. Golden Mesa Mortgage
1677. Golden Rule Financial
1678. Golden Solutions Mortgage Inc.
1679. Golden Valley Mortgage Corporation
1680. Golden West Credit Union
1681. Goldmark Financial Corporation
1682. Goldsmine Mortgage Corporation
1683. GoMex Funding LLC
1684. Good Harbor, LLC
1685. Gordon Financial Group Inc
1686. Gordon W. Duncan
1687. gotohome.com
1688. Grace M. Evans
1689. Grand Prix Mortgage Bankers Inc.
1690. Grand Prix Mortgage Bankers, Inc.
1691. Granger Mortgage
1692. Granite Banc, Inc
1693. Granite Financial Group
1694. Granite Mortgage
1695. Granite Mortgage Inc
1696. Grant Financial Services, Inc.
1697. Grant Mortgage Inc
1698. Graystone Mortgage Corp.
1699. Great America Capital
1700. Great American Mortgage

Schedule A-37

CONFIDENTIAL

LEH-GROUP_0000599

1701. Great American Mortgage
1702. Great Lakes Mortgage Co
1703. Great Oak Mortgage Corporation
1704. Great Western Guaranty DBA Inspired Lending
1705. Great Western Guaranty, Inc.
1706. Greater Atlanta Mtg Co
1707. Greater Atlantic Mortgage Corporation
1708. Greater Community Bank
1709. Greater Community Bank
1710. Greater Midwest Mortgage
1711. Greater Rochester Mortgage Corporation
1712. Green Star Capital
1713. Green Valley Mortgage, Inc.
1714. Greenback Capital Mortgage Corporation
1715. GreenPoint Mortgage Funding, Inc.
1716. Greenside Mortgage Corp
1717. Greentown Mortgage Inc
1718. Greentree Mortgage Co. LP
1719. Greentree Mortgage Co., LP
1720. Griffin Financial Mortgage LLC
1721. GRP Mortgage Corporation
1722. Guarantee Home Mortgage
1723. Guarantee Mortgage of America Inc.
1724. Guaranteed Home Mortgage Company Inc.
1725. Guaranteed Mortgage Bankers Inc.
1726. Guaranty Mortgage Corp
1727. Guaranty Residential Lending Inc
1728. Guaranty Residential Lending Inc.
1729. Guardian Mortgage Loan Corp
1730. Gulf Atlantic Mortgage
1731. Gulf Coast Lending
1732. Gulf Coast Mortgage Financial Services Inc
1733. Gulf Coast Mortgage Group
1734. Gulf Stream Lending Inc
1735. Gulfstar Funding, Inc.
1736. Gulfstream Financial Services of Brevard
1737. Gulfstream, Lending Associates, LLC.
1738. Guy Griffiths
1739. H & G Mortgage Centers
1740. H C Roy Inc
1741. H&H Mortgage Solutions, Inc.
1742. H.C. Financial Inc.
1743. H.L. Bannister, Jr.
1744. Habitat Mortgage Co.
1745. Hacienda Bank
1746. Haddon Mortgage

Schedule A-38

CONFIDENTIAL

1747. Hamilton Equity
1748. Hamilton Funding Corporation
1749. Hampton Doyle Realty Group,Inc
1750. Hanover Mortgage Co.
1751. Hanover Mortgage Corp.
1752. Hansen Mortgage Services, Inc.
1753. Happy Owner Mortgage Corp.
1754. Harbor Tech Mortgage Inc
1755. Harbour Home Mortgage, Inc
1756. Harbour Point Funding, Inc.
1757. Harry W. Hemsley
1758. Hartford Financial Services, Inc.
1759. Hartland Mortgage Centers, Inc.
1760. Harwood-Russell Mortgage Inc
1761. Haymount Mortgage
1762. Hba Capital Group
1763. HBF Inc.
1764. HCG North America LLC
1765. HCL Finance Inc.
1766. Heartland Community Bank
1767. Heartland Community Bank
1768. Heartland Home Finance
1769. Heartland Home Loan Inc
1770. Heartland Mortgage
1771. Heartland Mortgage
1772. Hedding Financial Services, Inc.
1773. Hedlund Mortgage Co
1774. Helmick Mortgage Corporation
1775. Help 4 Business, Inc.
1776. Hemisphere Capital
1777. Herbert George Cohen
1778. Heritage Financial Services, LLC
1779. Heritage Financial Systems Inc
1780. Heritage Mortgage Corp.
1781. Heritage Mortgage, Inc.
1782. Heritage Mortgage, Inc.
1783. Hernandez And Pruett, Inc.
1784. High Point Mortgage Corp.
1785. Highland Hills Lending Group Inc
1786. Highland Mortgage
1787. Highland Mortgage Group Inc
1788. Highland Mortgage Partners
1789. Hinton Mortgage
1790. HI Mortgage Inc
1791. HLHS Financial Services Inc
1792. HMS Mortgage Inc

Schedule A-39

1793. Hoa Thi Ngoc Hoang
1794. Hogarty Funding Group, Inc.
1795. Hohmann & Associates
1796. Holliday Financial
1797. Holmgren & Associates
1798. Home Advantage Mortgage Corporation
1799. Home Bankers Financial
1800. Home Capital Plus
1801. Home Choice Residential Mortgage, Inc.
1802. Home Consultants Inc.
1803. Home Consultants, Inc.
1804. Home Credit Lending Group Inc.
1805. Home Equity Mortgage Corp.
1806. Home Equity Solutions, LTD
1807. Home Finance & Mortgage Inc.
1808. Home Finance & Mortgage, Inc.
1809. Home Finance Corp
1810. Home Foundation Mortgage
1811. Home Funding
1812. Home Funding Inc.
1813. Home Funds, LLC
1814. Home Line Mortgage
1815. Home Loan Advisors
1816. Home Loan Center Inc., The
1817. Home Loan Depot, Inc The
1818. Home Loan Funding Corp.
1819. Home Loan Solutions
1820. Home Loan Specialist Inc.
1821. Home Loans Direct Inc.
1822. Home Loans Plus, Inc.
1823. Home Mortgage Acceptance Corp.
1824. Home Mortgage Assistance & Consulting
1825. Home Mortgage Associates of Lafayette
1826. Home Mortgage Assured Corporation
1827. Home Mortgage Funding Corp
1828. Home Mortgage Group, Inc.
1829. Home Mortgage Loans of America, Inc.
1830. Home Mortgage Loans Treasure Coast
1831. Home Mortgage Network, LLC
1832. Home Mortgage Resources Inc
1833. Home Mortgage Solutions
1834. Home Mortgages, Inc.
1835. Home Pointe Mortgage Inc
1836. Home Service Associates, Inc.
1837. Home Service Associates, Inc.
1838. Home State Bank, The

Schedule A-40

1839. Home Sweet Home Mortgage
1840. Home Town Funding, Inc.
1841. Home Town Mortgage Inc.
1842. Homebanc Mortgage Corporation
1843. Homebank Mortgage Corp.
1844. Homebuyers Mortgage, Inc.
1845. HomeFirst Mortgage Corp.
1846. HomeGold, Inc.
1847. Homeland Mortgage Company
1848. Homeland Mortgage Inc
1849. Homeland Mortgage Inc.
1850. Homeline Mortgage
1851. Homeloan Advisors.com
1852. Homeloanadvisors.com
1853. Homeloans "R" Us Inc
1854. Homeloans USA Inc
1855. Homenet Mortgage Inc
1856. Homeowners Custom Mortgage Corp
1857. Homeowners Funding
1858. Homequest Mortgage Corp.
1859. Homequest Mortgage Corporation
1860. Homes And Loan Inc
1861. Homes Express Real Estate
1862. Homesafe Mortgage
1863. HomeSource Capital Mortgage Company, LP
1864. HomeSource Capital Mortgage Company, LTD
1865. Homestar Mortgage Corporation
1866. Homestar Mortgage Inc.
1867. Homestar Mortgage Services
1868. Homestate Funding Inc.
1869. Homestead Financial, Inc.
1870. Homestead Funding Corp
1871. Homestead Mortgage Company
1872. Hometeam Mortgage
1873. Hometown Equity Mortgage
1874. Hometown Mortgage Company Inc.
1875. Hometown Mortgage Corp
1876. Hometown Mortgage Lending
1877. Homevest Mortgage Corp
1878. Hon Fay Louie
1879. Horizon Capital Partners, Inc.
1880. Horizon Financial Corporation
1881. Horizon Financial Inc.
1882. Horizon Home Mortgage Services, Inc.
1883. Horizon Mortgage
1884. Horizon Mortgage Group

Schedule A-41

1885. House Mortgages, Inc.
1886. Howard Morrow
1887. HPN Group Inc
1888. HS Mortgage Acceptance Corp.
1889. Hunneman Mortgage Corp
1890. Hunter Mortgage, LLC
1891. Hunter Mtg Co
1892. Huntington Mortgage Company (The)
1893. Hurst Financial Group
1894. Hussein Panjwani
1895. IBC Mortgage Ltd. Co.
1896. Icon Funding Corp.
1897. Icon National Finance, Inc.
1898. Ideal Mortgage Services Inc
1899. Identical Divisions, Inc.
1900. IFC Discount Mortgage, Inc.
1901. Illinois Dream Home Mortgage Corp
1902. Illinois Mortgage Corporation
1903. iMortgage Inc.
1904. Impact Mortgage
1905. Imperial Financial Services
1906. Imperial Realty, Inc
1907. Independence Mortgage
1908. Independent Brokers Financial Group LLC
1909. Independent Capital Group, Inc.
1910. Independent Financial LLC
1911. Independent Financial LLC
1912. Independent Funding Services
1913. Independent Funding Services, Inc.
1914. Independent Realty Capital Corp
1915. Indian River Mortgage
1916. Indiana Mortgage Funding, Inc.
1917. Indigo Mortgage
1918. Indy Mortgage
1919. Infinite Resources
1920. Infiniti Financial Corp.
1921. Infinity Financial Group
1922. Infinity Funding Group Inc, The
1923. Infinity Funding Group, Inc.
1924. Infinity Funding, Inc.
1925. Infinity Mtg Corp/Res-Com
1926. Inland Northwest Bank
1927. Innova Funding
1928. Innova Funding, Inc
1929. Innovative Financial Solutions
1930. Innovative Funding, LLC

Schedule A-42

1931. Innovative Lending Solutions, Inc.
1932. Innovative Mortgage Services Corp
1933. Innovative Mortgage Services Corp.
1934. Innovex
1935. Insight Mortgage LLC
1936. Inspired Lending
1937. Inspired Lending/Great Western Guaranty
1938. Instafi.com
1939. Integra Mortgage, Inc.
1940. Integrity 1st Financial
1941. Integrity Financial Mortgage Corp.
1942. Integrity Financial Services, LLC
1943. Integrity Mortgage Corporation
1944. Intell Mortgage Services
1945. Interbanc Mortgage
1946. Intergrated Capital
1947. Intergrity Mortgage
1948. Interlocken Mortgage Group
1949. Interlocken Mortgage Group/New Horizons Mort. Co
1950. Intermountain Home Loans Inc
1951. Intermountain Mortgage Company, Inc.
1952. International Mortgage
1953. International Mortgage Consultants, LLC
1954. International Mortgage Investors, Inc.
1955. Intersate Mortgage Services, Inc.
1956. Interstate Home Loan Center
1957. Interstate Mutual Mortgage & Loan LLC
1958. Interwest Financial Group, Inc.
1959. Invest America Mortgage Corp
1960. Investment Mortgage
1961. Investors Finance, Inc.
1962. Investors Mortgage Funding
1963. Investors Mortgage Funding Inc.
1964. Investors Mortgage Of Charleston
1965. Investors Mortgage Services Lc
1966. Invicta Finance Inc
1967. Iowa Mortgage Resources, Inc.
1968. IPI Skyscraper Mortgage
1969. Ipi Skyscraper Mortgage Corp
1970. IPI Skyscraper Mortgage Corp.
1971. ISB Mortgage Company, LLC
1972. Isidoro P. Jimenez
1973. Island Mortgage
1974. Island Mortgage Company
1975. Isle Pacifica Mortgage Inc
1976. Isle Pacifica Mortgage Inc.

Schedule A-43

1977. Iwayloan.com Inc.
1978. J & H Mortgage Consultants Inc
1979. J & P Financial Inc
1980. J & S Development Group Inc.
1981. J. Friedman, Inc.
1982. J.F. Holdings Inc
1983. J.P. Wolfe And Associates
1984. J.S. Projects Inc
1985. J.T. Ferrick Mortgage LLC
1986. J.V. & Associates, Inc.
1987. Jack M. Kauffman
1988. Jack R. Emerson
1989. Jack Wasson
1990. Jackie Lucas
1991. Jacobsen Financial
1992. Jacquelyn Meacham
1993. Jain Mortgage Corporation
1994. James A. Bradberry
1995. James A. Harber, Jr.
1996. James Backner
1997. James Causey
1998. James D. Santangelo
1999. James F. Meara Jr.
2000. James H Rafuse Jr
2001. James I. Doud Jr
2002. James M. Milleken
2003. James M. Trousil
2004. Jan Zimmermann
2005. Janet Fraipont
2006. Janice McFarlane
2007. Java Lan Inc
2008. JAW Capital, L.P.
2009. Jay Bullock
2010. Jay S. Klein
2011. Jayco Capital Group
2012. JBC Enterprises
2013. JDA Funding Corporation
2014. JDI Mortgage Corp.
2015. JDJ Financial Group Inc
2016. JDS Financial
2017. JDS Mortgage Services, Inc.
2018. Jefferson Home Mortgage, Inc.
2019. Jefferson Mortgage Services, Inc.
2020. Jeffrey Charles Price
2021. Jeffrey Schapira
2022. JF Capital, LTD

Schedule A-44

LEH-GROUP_0000606

2023. JF Mortgage Processing, Inc.
2024. Jill Johnston
2025. Jim Shroyer
2026. Jimmy Jian Jun Zhai
2027. Jimmy Sapien Reyes
2028. Jira Management, Inc.
2029. JLM Direct Funding
2030. JLM Direct Funding, LTD
2031. JMR Investments, Inc.
2032. Joanne Sebeck
2033. Joe P. Pacetti Mortgage Co. Inc.
2034. Joedon, Inc.
2035. Joel Bender
2036. Joel Uranga
2037. John A. Kalodemas
2038. John Christie & Co.
2039. John Darnall
2040. John Grimaldi
2041. John James And Associates Mortgage Co, Inc
2042. John Patrick Joseph Prevatt
2043. John R. Stouffer
2044. John R. Tuma
2045. John Tetzlaff
2046. John W. Stahl
2047. Johnathan Shaw
2048. Johnny Brown
2049. Johnson Financial Associates, Inc.
2050. Joma Shipping & Chartering, Ltd
2051. Jon Eisen
2052. Jordan Financial Inc
2053. Jordan Pacific Inc
2054. Jorge A. Gonzales
2055. Joseph F Murphy Jr
2056. Joseph I. Cassuto
2057. Joseph Pierce Tigner
2058. Joshua W. Naylor
2059. Jowie Witongco III
2060. JPC Financial Resources, Inc
2061. JPC Technology Inc
2062. JPM Mortgage
2063. JSK Financial Services, Inc.
2064. JSK Mortgages, Inc.
2065. JSL Financial, Inc.
2066. JSW Global Corporation
2067. Juarez Financial
2068. Judith Bookman & Associates, Inc.

Schedule A-45

CONFIDENTIAL

2069. Judy J. Shiah
2070. Julie Ann Hartman
2071. Jupiter Mortgage
2072. Just Seconds, Inc.
2073. Justin Landers
2074. Justis Mortgage Group LLC
2075. JW Enterprises
2076. K & R Financial, Inc
2077. K & R Mortgage Services, Inc
2078. K Henson Mortgage Corp
2079. K R Investment Group, Inc.
2080. K.P. Mortgage, Inc.
2081. Karem Mortgage
2082. Karen M. Williams
2083. Kathy Aranda
2084. Kaufman & Broad Mortgage Co
2085. Kaz & Associates, Inc.
2086. KBM Financial Group, LLC
2087. Kbm Financial Group, LLC
2088. Kederio L Ainsworth
2089. Kegan Funding Inc
2090. Keith Nelson
2091. Keller Financial Services
2092. Kelly Advantage Mortgage Corp.
2093. Kelly Mortgage, LLC
2094. Kendale Mortgage & Finance, Corp
2095. Kennedy Financial
2096. Kenneth R. Floyd
2097. Kevin B. Newsome
2098. Kevin Peterson Enterprises, Inc.
2099. Kevron Investments Inc
2100. Key Financial, Inc.
2101. Key Mortgage Corporation
2102. Key Mortgage Group, Inc.
2103. Key Mortgage Services
2104. Keystone Mortgage
2105. Keystone Mortgage & Investment Company
2106. Keystone Mortgage Corporation
2107. KFG 1, Inc.
2108. KH Financial, L.P.
2109. Kim Grossblatt Ventures Inc
2110. Kimberly J. Johnson
2111. KML Enterprises
2112. Koza Investments
2113. Kruger Financial Group Inc
2114. Ksai Liang

Schedule A-46

2115. Kuantum Financial Enterprise, Inc.
2116. Kuranda Financial Mortgage
2117. L + A Mortgage Co.
2118. L. Samuel Deegan
2119. L. Truett Pratt
2120. L.C. Bosco Inc.
2121. La Mortgage Services, Inc.
2122. Ladd Mortgage Services Corp.
2123. Lafayette Community Bank
2124. Lakeshore Financial Services, LLC
2125. Lakeside Financial Group, Inc.
2126. Lakeside Mortgage, Inc.
2127. Lakeview Lending Corporation
2128. Lamar Bank
2129. Lamarque Investments LLC
2130. Lancaster Mortgage Bankers
2131. Lancaster Mortgage Bankers LLC
2132. Land & Property Investment Inc
2133. Land of Oz, Inc
2134. Landmark Financial & Accounting Associates
2135. Landmark Financial & Accounting Associates
2136. Landmark Financial Services
2137. Landmark Financial Services LLC
2138. Landmark Mortgage
2139. Landmark Mortgage Company
2140. Lane Mortgage
2141. L'Argent Funding Consultants, LTD.
2142. Larry D. Ray
2143. Latin Mortgage Finance Corporation
2144. Laural Mortgage Corporation
2145. Laurelwood Mortgage Services, Inc.
2146. Laurence V. Metzler
2147. Lawrence Funding
2148. Lawrence Harrell
2149. Lawrence V. Jackson
2150. Layton Hills Mortgage
2151. Layton-Orendorf Holding Company, Inc.
2152. LD Mortgage
2153. Le Quan Luong
2154. Leatherstocking Group, Inc.
2155. Lee Lowe And Company \Csm Realty Services
2156. Leesport Banck
2157. Legacy Endowment Corp.
2158. Legacy Funding Corp.
2159. Legacy Mortgage LLC
2160. Legacy Mortgage, Inc.

Schedule A-47

CONFIDENTIAL

2161. Legend Mortgage Inc
2162. Lehigh Valley Mortgage Services, Inc.
2163. Leland Financial Service
2164. Lend Max Mortgage Corporation
2165. Lenders Access Group, Inc.
2166. Lenders Choice Mortgage Services, Inc.
2167. Lenders Direct Mortgage Company Inc.
2168. Lenders Direct, Inc.
2169. LendersCorp.com, Inc.
2170. Lending Associates
2171. Lending Direct
2172. Lending Services Corp
2173. Lending Strategies Inc
2174. Lending Tree Incorporated
2175. Lendingpoint Mortgage Corporation
2176. Lendtech Funding Corp
2177. Lenox Financial
2178. Lenox Pointe Mortgage Inc.
2179. Leo Hirschfeld
2180. Leo Walter Goetz
2181. Leonard Primack Associates Ltd
2182. Lexington
2183. Lexington Mortgage Group, LLC
2184. LHK Capital Group Inc.
2185. Liberty
2186. Liberty Financial Group
2187. Liberty Funding Services, Inc.
2188. Liberty Home Loan, Inc
2189. Liberty Home Mortgage
2190. Liberty Lending
2191. Liberty Mortgage
2192. Liberty Mortgage Associates, Inc.
2193. Liberty Mortgage Corp.
2194. Liberty Mortgage Finance Svc.
2195. Liberty Mortgage Group
2196. Liberty Point Mortgage LLC
2197. Lidd Enterprise Inc.
2198. Life Mortgage Consultants
2199. Lifestyle Mortgage
2200. Lifetime Mortgage, Inc.
2201. Lighthouse Community Bank
2202. Lighthouse Financial Group
2203. Lighthouse Mortgage Of Belfair Inc
2204. Lime Financial Services Ltd.
2205. Lincoln Financial Mortgage Corp.
2206. Lincoln Financial, LLC

Schedule A-48

2207. Lincoln First Financial
2208. Lincoln Mortgage Brokers
2209. Lincoln Mortgage Company
2210. Lincoln Mortgage Group, LLC
2211. Lincoln Wilson Enterprises, Inc
2212. Lincolnshire Financial Group
2213. Linda Howell's Home Loan, Inc
2214. Linda Jean Sampson
2215. Linda M. Prejean
2216. Liner & Associates Inc
2217. Linville Mortgage LLC
2218. Liquid International Finance
2219. Litchfield Mortgage Associates, LLC
2220. LK Cragun, Inc.
2221. LMC Funding, Inc.
2222. LMG Properties Inc
2223. Loan Emporium
2224. Loan Giant
2225. Loan Island
2226. Loan Key Financial, Inc.
2227. Loan Link Financial
2228. Loan One Mortgage Group, Inc.
2229. Loan One Mortgage Group, Inc.
2230. Loan Resource Center Inc
2231. Loan Service USA Inc.
2232. Loan Source, Inc The
2233. Loan Star Lending Inc.
2234. Loan Star Mortgage Inc.
2235. Loan Wizard The
2236. Loan World
2237. Loanamerica Home Mortgage
2238. Loancor, Inc.
2239. Loanguy.com
2240. LoAnn Rissler
2241. Loans 4 Homes Inc
2242. Loans 4 Less
2243. Loans America Mortgage Corporation
2244. Loans For Less Inc.
2245. Loansmart Inc
2246. Loansnap.Com Inc
2247. Loansource
2248. Loansquick.com, Inc.
2249. LoanStar Financial Corporation
2250. Loanux LLC
2251. LOBO Financial Group, LLC
2252. LoDo Residential Mortgage, Inc.

Schedule A-49

CONFIDENTIAL

2253. Logistics Funding Group Inc (Mai Office)
2254. London Funding Corp.
2255. Los Gatos Real Estate Connection, Inc.
2256. Los Padres Mortgage Company LLC
2257. Louis J. De Santis
2258. Lovell Hubbard Assoc.
2259. Low Cost Lending Inc.
2260. Lowell R. Hodgkins
2261. Lowestloan.com, Inc.
2262. Lowry Mortgage Network
2263. LS Enterprises, Inc
2264. LSH Enterprises, Inc.
2265. Lucas Properties, Inc.
2266. Luis Negrete
2267. Luke O. Oladoja
2268. Lundar Y. Yuh
2269. Lydgen Corporation
2270. Lynn Lauver
2271. M & M Financial Inc.
2272. M&R Mortgage
2273. M. P. Seago Enterprises, Inc.
2274. M.I.A. Mortgage
2275. MAC Mortgages
2276. MacCloud Financial, Inc.
2277. Madison Federal Financial Inc.
2278. Mag
2279. Magellan M & P, Inc.
2280. Magellan Mortgage Corp.
2281. Magna Capital Mortgage Corporation
2282. Magna Mortgage & Investments Inc
2283. Magnuson Capital Management
2284. Maharaja Financial Services Corp
2285. Main Street Mortgage
2286. Main Street Mortgage & Investment Corp.
2287. Main Street Mortgage and Investment Corp
2288. Main Street Mortgage Inc.
2289. Mainstream Mortgage, Inc.
2290. Mainstreet Bank
2291. Mainstreet Mortgage Inc
2292. Mairc Mortgage Corporation
2293. Majestic Mortgage Services Inc
2294. Majestic Mortgage Services Inc.
2295. Major Savings, Inc.
2296. MAK Financial Group
2297. Malaga Bank SSB
2298. Maple Ventures Inc

Schedule A-50

2299.  Marathon Mortgage Co., Inc.
2300.  Marco S. Palmieri
2301.  Marie Powell and Company, Inc.
2302.  Marie Rachel Schurer
2303.  Marina Hills Mortgage
2304.  Mariner Mortgage, Inc.
2305.  Mario Vaca Jr
2306.  Mark A. A Simitz
2307.  Mark Archambault, Inc.
2308.  Mark Brian McCord
2309.  Mark Mandigo
2310.  Mark P. Gurich
2311.  Mark W. Guenther
2312.  Market Place Mortgage
2313.  Marlin Mortgage Group
2314.  Marquis Financial & Associates, Inc.
2315.  Marsico Associates Inc
2316.  Mary B. Marchman
2317.  Mary L. Margedant
2318.  MAS Associates, LLC
2319.  Mason Dixon Funding
2320.  Massachusetts Mortgage Advisory Inc.
2321.  Master Financial Inc.
2322.  Mates Mortgage Inc
2323.  Matthew W. Michel
2324.  Maverick
2325.  Maxim Capital Inc.
2326.  Maxim Mortgage Bankers LTD
2327.  Maxim Mortgage Corp
2328.  Maxim Mortgage Corp.
2329.  Maxim Mortgage Corp.
2330.  Maximum Funding Group
2331.  Maximum Funding LLC
2332.  Maximum Mortgage LLC
2333.  Maximum Mortgage Services LLC
2334.  Mayfield Mortgage
2335.  MBA Mortgage, Inc.
2336.  MCA Financial
2337.  McAdams Mortgage
2338.  Mcafee Mortgage & Ind
2339.  MCB Financial Inc
2340.  McGlone Mortgage Company
2341.  McGlone Mortgage Company, Inc.
2342.  Mckenzie Capital Mortgage
2343.  Mckenzie Mortgage Company
2344.  Mckissick Mortgage Inc

Schedule A-51

2345. MCM Mortgage Corp.
2346. Mcorp Financial
2347. MCS Mortgage Bankers, Inc.
2348. MD Residential Mortgage
2349. MD Williams Companies Inc
2350. Meadow Lake Mortgage
2351. Mechanic Mortgage Group, Inc. (FL)
2352. Medallion Financial Group Inc.
2353. Medallion Mortgage Corp.
2354. Medford Co-operative Bank
2355. MEG Mortgage Center, Inc.
2356. Mega Capital Funding, Inc.
2357. Mega Mortgage
2358. Megastar Financial Corp
2359. Meier Mortgage, Inc.
2360. Melody Mortgage
2361. Mendinhall Mortgage Company
2362. Mercado Funding Group
2363. Mercantile Bank & Trust FSB
2364. Mercantile Funding Corp
2365. Merced Mortgage
2366. Merchants Bank, The
2367. Mercury Mortgage Co. Inc.
2368. Mercury Mortgage Co., Inc.
2369. Mercury Mortgage Company Inc.
2370. Meredith Financial Group Inc
2371. Meridian Financial Corp.
2372. Meridian Mortgage
2373. Meridian Mortgage
2374. Meridian Mortgage Corporation
2375. Merit Financial Partners LLC
2376. Merrill Mortgage
2377. Merrlin Mortgage Corporation
2378. Met & Assoc. Inc
2379. MetAmerica Mortgage Bankers, Inc
2380. Metro Brokers Financial
2381. Metro First Mortgage, Inc.
2382. Metro Mortgage
2383. Metro Mortgage Brokers
2384. Metro Mortgage Corp.
2385. Metrocities Mortgage Corp.
2386. Metropolitan Capital
2387. Metropolitan Capital LLC
2388. Metropolitan Financial
2389. Metropolitan Financial, LLC
2390. Metropolitan Home Finance Corp

Schedule A-52

                                                                                      LEH-GROUP_0000614

2391. Metropolitan Mortgage Company
2392. MexQuest Mortgage Corporation
2393. MFS Corp
2394. Miami Home Mortgage, Inc.
2395. Michael A. Landin
2396. Michael E. Gaver
2397. Michael J.Hall
2398. Michael Mininni
2399. Michael O'Reilly
2400. Michael P. Sheehan
2401. Michael S. Sallee
2402. Michelle B. Mitchell
2403. Michelle Carlton
2404. Michigan Heritage Bank
2405. Michigan Heritage Bank
2406. Mid America Funding
2407. Mid America Mortgage, Inc.
2408. Mid South Mortgage
2409. Mid Tenn Mortgage
2410. MidAmerica Mortgage & Financial Services LTD
2411. Mid-Atlantic Financial
2412. Mid-Cities Mortgage
2413. Midland Mortgage Corp
2414. Midway Mortgage & Funding Company, LLC
2415. Midwest America Financial Corp.
2416. Midwest Family Lending
2417. Midwest Home Funding LLC
2418. Midwest Mortgage & Financial Services, Inc.
2419. Midwest Mortgage Company
2420. Midwest Mortgage Solutions
2421. MIG, LLC
2422. Mikilrabn, Inc.
2423. Milan Mortgage Inc.
2424. Mildor Enterprise, Inc.
2425. Milestone Financial Corp.
2426. Millbrook Mortgage Corp.
2427. Millenium Capital Mortgage Corp.
2428. Millenium Enterprises of South Florida Inc.
2429. Millenium Financial Resources
2430. Millenium Financial, Inc.
2431. Millennium Capital Corporation
2432. Millennium III Financial Group, Inc.
2433. Millennium Mortgage
2434. Millennium Mortgage Services Inc
2435. Millennium National Mortgage, Inc.
2436. Miller Mortgage

Schedule A-53

LEH-GROUP_0000615

2437. Miller Mortgage Broker & Associates Inc
2438. Min Jae Kim
2439. Minnesota Mortgage Financial Corp
2440. Minuteman Mortgage Co., Inc.
2441. Mirage Financial
2442. MMS Mortgage
2443. Mobility Financial LLC
2444. Modern Home Mortgage LLC
2445. Molton Allen & Williams Mortgage Company, LLC
2446. Monacarch Mortgage
2447. Monarch Funding
2448. Money Four Mortgages, Inc.
2449. Money Line Mortgage
2450. Money Marketing, Inc.
2451. Money Masters Inc
2452. Money Matters
2453. Money Mortgage, Inc.
2454. Money One Corp.
2455. Money One Corporation
2456. Money Source Inc
2457. Money Tree Mortgage
2458. Money Warehouse, Inc.
2459. Money World Sales/ Mortgages
2460. Money-Line Mortgage Services, Inc.
2461. MoneyLink inc.
2462. Moni Solutions Mortgage
2463. Monroe Bank
2464. Montclair Mortgage
2465. Montgomery Mortgage Corp.
2466. Monticello Bank
2467. Monument Mortgage Co., Inc.
2468. Moran Mortgage Corporation
2469. Morfacts Mortgage Application Center
2470. Morrison & Sartini
2471. Morse Financial LLC
2472. Mortage Home World Corp.
2473. Mortgage & Insurance Solutions Inc
2474. Mortgage Acceptance Corporation
2475. Mortgage Access Inc.
2476. Mortgage Advantage LLC
2477. Mortgage Advisors LLC
2478. Mortgage Advisory Group, Inc.
2479. Mortgage Affiliates
2480. Mortgage Affiliates, Inc.
2481. Mortgage Alternatives Inc
2482. Mortgage America Bankers

Schedule A-54

CONFIDENTIAL

LEH-GROUP_0000616

2483.  Mortgage America of NJ, Inc.
2484.  Mortgage America, Inc
2485.  Mortgage America, Inc.
2486.  Mortgage Associates
2487.  Mortgage Associates, Inc.
2488.  Mortgage Assurance LLC
2489.  Mortgage Capital Funding
2490.  Mortgage Capital Inc
2491.  Mortgage Capital Investors, Inc.
2492.  Mortgage Capital of America, Inc.
2493.  Mortgage Center
2494.  Mortgage Center of America, Inc.
2495.  Mortgage Center of Volusia County
2496.  Mortgage Center, Inc.
2497.  Mortgage Centers Of America Inc.
2498.  Mortgage Central
2499.  Mortgage Central, Inc.
2500.  Mortgage City
2501.  Mortgage Company, The
2502.  Mortgage Concepts
2503.  Mortgage Concepts, Inc.
2504.  Mortgage Consultants Group
2505.  Mortgage Consultants Usa Inc
2506.  Mortgage Consultants, Inc.
2507.  Mortgage Consultants, Inc. of Spartanburg
2508.  Mortgage Corporation Of America Inc
2509.  Mortgage Depot
2510.  Mortgage Depot, LLC
2511.  Mortgage Direct
2512.  Mortgage Direct
2513.  Mortgage Discount Services
2514.  Mortgage Edge Inc, The
2515.  Mortgage Enterprises LTD
2516.  Mortgage Enterprises, Inc.
2517.  Mortgage Exchange
2518.  Mortgage Exchange, Inc.
2519.  Mortgage Executives LLC
2520.  Mortgage Express Inc.
2521.  Mortgage Express Of America Inc
2522.  Mortgage Express of California
2523.  Mortgage Express, Inc.
2524.  Mortgage Financial Services
2525.  Mortgage Financial Services, Inc.
2526.  Mortgage Financing .Com, Inc.
2527.  Mortgage Financing Inc.
2528.  Mortgage Funding Group

Schedule A-55

CONFIDENTIAL

LEH-GROUP_0000617

2529. Mortgage Funding Outlet LLC
2530. Mortgage Group Inc The
2531. Mortgage Group, The
2532. Mortgage Guide Home Loans
2533. Mortgage Icon Inc.
2534. Mortgage In Minutes, Inc.
2535. Mortgage Inc.
2536. Mortgage Innovations, Inc.
2537. Mortgage Lenders Of America
2538. Mortgage Lenders Service
2539. Mortgage Lending & Investments Inc.
2540. Mortgage Lending Inc.
2541. Mortgage Loan Specialist
2542. Mortgage Loan Specialists
2543. Mortgage Loan Specialists, Inc.
2544. Mortgage Managers
2545. Mortgage Market
2546. Mortgage Market Resources, Inc.
2547. Mortgage Masters
2548. Mortgage Masters Inc.
2549. Mortgage Matters LLC
2550. Mortgage Max Inc
2551. Mortgage Money Group
2552. Mortgage Money Mart
2553. Mortgage Movers Inc.
2554. Mortgage Network USA, Inc.
2555. Mortgage Network, Inc.
2556. Mortgage Now
2557. Mortgage Oasis Inc
2558. Mortgage One
2559. Mortgage One
2560. Mortgage One, Inc.
2561. Mortgage Partners Home Funding LLC
2562. Mortgage Place Inc, The
2563. Mortgage Place Inc, The
2564. Mortgage Planners & Funding, Inc.
2565. Mortgage Plus Inc.
2566. Mortgage Plus of IL
2567. Mortgage Plus, Inc.
2568. Mortgage Pointer.com
2569. Mortgage Pointer.com
2570. Mortgage Power, Inc.
2571. Mortgage Prime
2572. Mortgage Processing
2573. Mortgage Professionals Group
2574. Mortgage Professionals, Inc.

Schedule A-56

2575. Mortgage Pros Inc.
2576. Mortgage R Us, Inc
2577. Mortgage Resource
2578. Mortgage Resource Consultants, LLC
2579. Mortgage Resource Group
2580. Mortgage Resource Group Inc
2581. Mortgage Resource Group, LLC
2582. Mortgage Resources
2583. Mortgage Resources Group LLC
2584. Mortgage Resources, Inc.
2585. Mortgage Savers DC Inc.
2586. Mortgage Securities Advisers, L.P.
2587. Mortgage Sense, Inc.
2588. Mortgage Services, Inc.
2589. Mortgage Shop LLC
2590. Mortgage Solutions
2591. Mortgage Solutions Corp.
2592. Mortgage Solutions Inc
2593. Mortgage Solutions Network, LLC
2594. Mortgage Solutions Network, LLC
2595. Mortgage Solutions of Tampa Bay
2596. Mortgage Source
2597. Mortgage Soures National
2598. Mortgage Specialist Group
2599. Mortgage Specialist, Inc.
2600. Mortgage Stars
2601. Mortgage Strategies, Inc.
2602. Mortgage Stream Financial Services, LLC
2603. Mortgage Technology Inc.
2604. Mortgage Tree Inc The
2605. Mortgage Underwriters, Inc.
2606. Mortgage World Network
2607. Mortgageit, Inc.
2608. Mortgageline Funding Corp.
2609. MortgageLoanPlus.com
2610. Mortgages In Mexico LLC
2611. Mortgages In-Deed Northeast Inc
2612. Mortgages In-Deed Northeast, Inc.
2613. Mortgages of Texas
2614. Mortgages Unlimited
2615. Mount Vernon Capital Corp
2616. Mountain Funding Financial, Inc.
2617. Mountain Mortgage Corp.
2618. Mountain Mortgage, Inc.
2619. Mountain Mortgage, Inc.
2620. Mountain Resourt Mortgage, Inc.

CONFIDENTIAL

2621. Mountain State Lending Associates Inc.
2622. Mountain States Bank
2623. Mountain States Mortgage LLC
2624. Mountain View Financial Inc
2625. Mountain West Financial, Inc.
2626. Mountain West Mortgage Inc
2627. Mountainside Mortgage Company, Inc.
2628. Mr Mortgage, Inc
2629. Mr. Mortgage Inc.
2630. MS Funding Corp
2631. MSG Mortgage, Inc.
2632. MSI
2633. MSU, Inc.
2634. Mt. Carmel Funding
2635. Mt. Diablo Mortgage
2636. MTH Mortgage LLC
2637. Mulligan Mortgage Corporation
2638. Multiple Choice Mtg.
2639. Mutual Financial Services, LLC
2640. Mutual Security Mortgage Corporation
2641. Myers Park Mortgage, Inc.
2642. Myers Park Mortgage, Inc.
2643. N.C. Mortgage, Inc.
2644. NAC Mortgage
2645. Napa Community Bank
2646. Napoli Mortgage & Investment Corp.
2647. Nassau Mortgage LLC
2648. Nassau Mortgage LLC
2649. National Bank of Commerce
2650. National City Mortgage
2651. National City Mortgage Company
2652. National Financial Resources
2653. National Financial Services Corp.
2654. National Guaranty Mortgage Corp.
2655. National Home Loans, Inc.
2656. National Mortgage
2657. National Mortgage
2658. National Mortgage & Insurance Corp.
2659. National Mortgage Access
2660. National Mortgage Co.
2661. National Mortgage Resource
2662. National Mortgage Service
2663. National Republic Mortgage Bankers
2664. National Residential Capital
2665. Nations Financial Group Inc
2666. Nations First Financial Corporation

Schedule A-58

CONFIDENTIAL

2667. Nations First Mortgage, Inc
2668. Nations Funding, Inc.
2669. Nations Mortgage & Associates, Inc.
2670. Nations Mortgage & Investments, Inc.
2671. Nations Mortgage Service Inc
2672. NationsBest Mortgage Corporation
2673. Nationsfirst Financial Corporation
2674. Nationwide 1st Mortgage
2675. Nationwide Financial Corporation
2676. Nationwide Financial Services Corp.
2677. Nationwide Funding Group Ltd.
2678. Nationwide Mortgage & Loan Corp.
2679. Nationwide Mortgage Group, Inc. of PA
2680. Nationwise Mortgage
2681. Native Mortgage, Inc.
2682. Nautica Funding, Inc.
2683. Nbank Mortgage Company
2684. Nebsco Mortgage Professionals Ltd
2685. NEC Mortgage Co.
2686. Neighborhood Acceptance Corp.
2687. Neighborhood Home Lending, Inc.
2688. Neighborhood Lane Inc
2689. Neighborhood Lending, Inc.
2690. Neighbor's Financial Corporation
2691. Net-Direct Mortgage Corporation
2692. Network Capital Services
2693. Network Funding, LP
2694. Network Mortgage Company
2695. Network Mortgage Company, Inc.
2696. Neustar Financial Services
2697. Neuway Mortgage Services, Lp The
2698. Nevada CMA Services Group, Inc.
2699. Nevada West Mortgage Company
2700. Nevitt-Schdler Inc
2701. New American Mortgage Corp.
2702. New Amsterdam Mtg. Corp.
2703. New Century
2704. New Century Financial LLC
2705. New England Fidelity Mortgage
2706. New Era Mortgage Inc
2707. New Finance Inc.
2708. New Freedom Mortgage Corp.
2709. New Frontier Lending, Inc.
2710. New Heights Capital
2711. New Horizon Mortgage Co., LLC
2712. New Millenium Holdings, Inc.

Schedule A-59

2713. New Start Mortgage.Net, Inc.
2714. New World Mortgage Company Inc.
2715. Newstar Mortgage
2716. Newton Mortgage Company Inc
2717. NewWest Funding
2718. Next Step Financial
2719. Nexus Network, Inc.
2720. Nichols Loan Corporation of Indianapolis
2721. Nichols Mortgage Services Inc
2722. Nima Investment Company Inc
2723. NINA Funding Solutions, Inc.
2724. Ninety-Nine Realty & Mortgage Inc
2725. NJ Home Funding Group
2726. No Points Mortgage Loans Investments Inc
2727. Noah C. Groothuis
2728. Noble Mortgage Company, Inc.
2729. Noble Mortgage Incorporated
2730. Norcom Mortgage
2731. North American Funding Corp
2732. North American Mortgage Company
2733. North Capital Motgage
2734. North Coast Prime Properties Inc
2735. North County Mortgage And Property Management Inc.
2736. North County Mortgage Corporation
2737. North Island Financial Credit Union
2738. North Island Financial Credit Union
2739. North Star Financial
2740. North Street Financial Corp
2741. North Valley Bank
2742. North West Mortgage & Finance Inc.
2743. Northeast Financial Corp
2744. Northeast Mortgage Corporation
2745. Northeast Mortgage, LLC
2746. Northeastern Financial Services Group
2747. Northern Homefunding Corporation
2748. Northern Mortgage Co,LLC
2749. Northern Star Funding LLC
2750. Northpoint Mortgage
2751. Northstar Financial Services, Inc
2752. Northstar Mortgage
2753. Northstar Mortgage Corp
2754. NorthStar Mortgage, LLC
2755. Northway Funding LLC
2756. Northwest Mortgage Bankers
2757. Nova Financial & Investment Corporation
2758. Nova Star Home Mortgage

Schedule A-60

2759. Novastar Home Mortgage, Inc.
2760. NovaStar Mortgage, Inc.
2761. Novastar Mortgage, Inc.
2762. Now Mortgage Services Inc.
2763. NTX Mortgage Group LLC
2764. Nu Visions
2765. Numax Mortgage Corp.
2766. NVX Inc
2767. Nyack Funding Co. Inc.
2768. NYC Funding Center, Inc.
2769. O. J. Mortgage Co Inc.
2770. OakTreeLending.Com LLC
2771. Oakwood Financial Corp
2772. Oasis Mortgage
2773. Oasis Mortgage Company, Inc.
2774. Obrien Financial Group Inc
2775. OCBroker
2776. Ocean Mortgage
2777. Ocean West Enterprises
2778. Oceanbound Enterprises, Inc.
2779. Oceans Funding Company, Inc.
2780. Oceanside Bank
2781. Oceanside Federal Mortgage
2782. Oceanside Mortgage Company
2783. Odessa Mortgage Company, LLC
2784. Ohio Financial Group
2785. Ohio State Funding Inc.
2786. Okley L. Post, Sr.
2787. Old Castle Mortgage, Inc.
2788. Old Colony Capital LLC
2789. Old Cornerstone Financial LLC
2790. Old Florida Bank
2791. Old Florida Bank
2792. Old Stone Mortgagecorporation
2793. Olde Towne Mortgage
2794. Olde Towne Mortgage Company, Inc.
2795. Olympia Mortgage Corporation
2796. Olympic Equities Corporation
2797. Olympic Funding
2798. Olympic Funding
2799. Olympic Funding
2800. Olympic Mortgage Exchange Inc.
2801. Olympic Mortgage Services Inc
2802. Olympus Financial Network Inc.
2803. Omaha State Bank
2804. Omega Financial

Schedule A-61

LEH-GROUP_0000623

2805. Omni Mortgage Co., Inc.
2806. On Line Loan Rep
2807. One Choice Mortgage LLC
2808. One Mortgage Network, Inc
2809. One Source Finance
2810. One Source Mortgage Corporation
2811. One Stop Mortgage Investors, Inc.
2812. O'Neal Mortgage Group, Inc.
2813. Online Financial Corp.
2814. Options Mortgage Corp
2815. Origin Mortgage
2816. Orson P. Brown
2817. Osborne, Nicholas, Hall & Associates Ltd
2818. Oscar Marrufo
2819. Own-A-Home Mortgage Corp
2820. P&R Financial Systems, Inc.
2821. P&R Mtg Services
2822. P&S McCarthy, Inc
2823. Pablo Beach Mortgage
2824. Pacesetter Financial Inc
2825. Pacific Advantage
2826. Pacific Atlantic Mortgage Corp
2827. Pacific Capital Network Inc
2828. Pacific Community Mortgage
2829. Pacific Community Mortgage
2830. Pacific Guarantee Mortgage
2831. Pacific Guarantee Mortgage Corp.
2832. Pacific Mortgage, Inc.
2833. Pacific NW Mortgage LLC
2834. Pacific One Mortgage Inc.
2835. Pacific Republic Mortgage Corporation
2836. Pacific Residential Mortgage Llc
2837. Pacific Sands Road Estate Properties
2838. Pacific West Mortgage
2839. Pacwest Funding LLC
2840. Pan American Funding Group Inc
2841. Panagom Mortgage, Inc
2842. Paramount Funding Corp.
2843. Paramount Lending
2844. Paramount Mortgage
2845. Pardoe Funding LLC
2846. Park Cities Mortgage
2847. Parkway Mortgage, Inc.
2848. Partners Lend America LLC
2849. Partners Mortgage, Inc.
2850. Partnership Corp of America, Inc.

Schedule A-62

LEH-GROUP_0000624

2851.  Patricia L. Grimes
2852.  Patricia L. Ward
2853.  Patricia M.Brown
2854.  Patrick H. Bodoh Jr.
2855.  Patrick S Murnighan
2856.  Patrick T Bitz
2857.  Patriot Acceptance Corporation
2858.  Patriot Funding Inc.
2859.  Patriot Mortgage Company, Inc.
2860.  Patriot Mortgage Ltd
2861.  Patton & Associates Mortgage Loans
2862.  Patton Home Lending, Inc.
2863.  Paul Emerson Dahlberg
2864.  Paul I. Rosenberg
2865.  Paul K. McDaniel
2866.  Paul Karem Mortgage, Inc.
2867.  Paul M. Robinson
2868.  Paul Takeshi Morinishi
2869.  Pavia Volpe Financial Insurance Services
2870.  Pazanti Home Mortgage Corporation
2871.  PC Funding Group, Inc.
2872.  PC Mortgage Company Inc.
2873.  PCG Financial
2874.  PC-Processing & Loan Inc.
2875.  Peak Financial Group
2876.  Pedro Celaya
2877.  Pee Dee Mortgage Corp
2878.  Peerless Financial Group Inc
2879.  Peerless Financial Group Inc.
2880.  Peerless Mortgage
2881.  Peerless Mortgage & Financial Services Inc.
2882.  Pelican National Bank
2883.  Penabade & Associates
2884.  Peninsula Home Loan Inc
2885.  Penn 1st Financial Services, Inc.
2886.  Pennco Mortgage Services Corp.
2887.  Pennfirst Financial Corp.
2888.  Pennington Mortgage, Inc.
2889.  Pennsylvania Freedom Financial
2890.  Peoples Choice Mortgage Corp.
2891.  Peoples Equity Mortgage, Inc.
2892.  Peoples Home Mortgage Inc
2893.  Peoples Mortgage Corp.
2894.  Peoples Mortgage Corporation
2895.  Peregrine Financial Services Inc.
2896.  Performance Funding Group LTD

Schedule A-63

2897. Performance Mortgage
2898. Perimeter Remodeling Inc.
2899. Permodh K. Sharma
2900. Personal Mortgage Services Inc
2901. Personal Mortgage, Inc.
2902. Personalized Financial Services
2903. Peter Guy Kerston
2904. Peter Sweeney
2905. PFS Lending
2906. PFS, Inc.
2907. Phases Mortgage Services, Inc.
2908. Philip Yankofsky
2909. Phleger Resources Inc
2910. Phoenix Financial Group
2911. Phoenix Home Mortgage Corp.
2912. Phoenix Mortgage
2913. Phoenix Mortgage Corporation
2914. Phoenix Mortgage Corporation
2915. Phoenix Resources Mortgage Co.
2916. Pillar Financial Corporation
2917. Pine Tree Realty Mtg Division
2918. Pine Valley Mortgage Inc.
2919. Pinnacle Financial Corp.
2920. Pinnacle Mortgage Company, LLC
2921. Pinnacle Mortgage Corp
2922. Pioneer Mortgage Services LLC
2923. Placer Financial Inc
2924. Planet Mortgage Corp.
2925. Plantation Federal Bank
2926. Plantation Federal Bank
2927. Planters Bank & Trust Company
2928. Planters Bank & Trust Company
2929. Platinum Capital Mortgage, LLC
2930. Platinum Financial Group
2931. Platinum Financial Group
2932. Platinum Mortgage
2933. Platinum Mortgage Services, Inc.
2934. Platinum Mortgage Solutions, Inc.
2935. Plymouth Exchange Mortgage Corporation
2936. Plymouth Funding, Inc.
2937. Plymouth Mortgage Corp
2938. PMC Mortgage Corporation
2939. PMCC Mortgage Corp.
2940. Pocono Mortgage Group, Inc.
2941. Point Of Excellence Mortgage, LLC
2942. Porch Creek Mortgage Inc

Schedule A-64

CONFIDENTIAL

2943. Portfolio Lending
2944. Portland Financial Inc
2945. Portland Mortgage Company
2946. Poulina Kalushner
2947. Powder House Mortgage Co.
2948. Powell Financial Company
2949. Powell Financial Services Inc.
2950. Power Realty Of Texas Inc
2951. Practical Mortgage
2952. PRB Mortgage Inc
2953. Precision Mortgage Corp
2954. Precision One Mortgage Inc
2955. Preferred Financial
2956. Preferred Mortgage Advisors, Inc.
2957. Preferred Mortgage Group
2958. Preferred Mortgage Group
2959. Premier Atlanta Mortgage Co.
2960. Premier Banc, LLC
2961. Premier Community Bank
2962. Premier Financial Company
2963. Premier Home Mortgage Services, Inc.
2964. Premier Lending Services Inc.
2965. Premier Mortgage
2966. Premier Mortgage
2967. Premier Mortgage Corporation
2968. Premier Mortgage Group
2969. Premier Mortgage Group LLC
2970. Premier Mortgage LLC
2971. Premier Mortgage, Inc.
2972. Premiere Mortgage Inc
2973. Presidential Mortgage
2974. Presley And Associates Inc
2975. Prestige Home Mortgage, LLC
2976. Prestige Lending Group, LLC
2977. Pride Financial Services, LLC
2978. Primary Capital
2979. Primary Capital Inc
2980. Primary Mortgage Corp.
2981. Primary Mortgage Corporation
2982. Primary Residential Mortgage Inc.
2983. Prime Choice Financial & Realty Company
2984. Prime Investment
2985. Prime Lending Inc.
2986. Prime Mortgage Company
2987. Prime Mortgage Financial, Inc.
2988. Prime Mortgage Group

Schedule A-65

CONFIDENTIAL

2989. Prime Mortgage Group LLC
2990. Prime Mortgage, Inc.
2991. Prime One Mortgage Corporation
2992. Prime One Mortgage, L.P.
2993. Prime Rate Funding Group
2994. Prime Star Mortgage Corp.
2995. PrimeSource Mortgage
2996. Primewest Financial Ltd
2997. Princeton Capital
2998. Princeton Mortgage Corp.
2999. Princeton Mortgage Corporation
3000. Principle Home Loans, Inc.
3001. Principle Mortgage Company
3002. Priority Mortgage Corp of Wichita
3003. Priority Mortgage Corporation
3004. Priority Mortgage Decisions, LLC
3005. Priority Mortgage Group
3006. Priority One Financial Services L.L.C.
3007. Pritchard Mortgage, Inc.
3008. Pro Lending Group, Inc.
3009. Pro Mortgage LLC
3010. Productive Mortgage Corp
3011. Professional Financing Co., Inc.
3012. Professional Home Funding Inc.
3013. Professional Home Mortgage Lenders, LLC
3014. Professional Lending Services
3015. Professional Mortgage
3016. Professional Mortgage
3017. Professional Mortgage
3018. Professional Mortgage Alliance
3019. Professional Mortgage Associates Inc
3020. Professional Mortgage Brokers
3021. Professional Mortgage Group Inc.
3022. Professional Tutors Of America Inc
3023. Profile Mortgage LLC
3024. Progressive Dynamics, LLC
3025. Progressive Finance Corp
3026. Progressive Lending, LLC
3027. Progressive Marketing Alliance Inc
3028. Progressive Mortgage Group Inc
3029. Progressive Mortgage Group, Inc
3030. Proline Mortgage Corporation
3031. Prolink Mortgage Corporation
3032. Property Mortgage Corporation
3033. Proud Spirit Inc
3034. Provantage Funding Corp

Schedule A-66

CONFIDENTIAL

3035. Provantage Funding Corporation
3036. Providence Postal Federal Credit Union
3037. Provident Financial Services Inc
3038. Provident Savings Bank Fsb
3039. Providian Mortgage, Inc.
3040. Prudential Mortgage & Finance
3041. Pryme Investment & Mortgage Brokers
3042. Pueblo Mortgage Corporation
3043. Pure Sense, Inc.
3044. Quaker Mortgage Co. Inc.
3045. Quality Mortgage & Financial Services Corp.
3046. Quantum Advantage
3047. Quantum Mortgage Group, Inc.
3048. Queen City of West Financial
3049. Quentin Copper Black, Inc.
3050. Quest Financial Services, Inc.
3051. Quest Financial Services, Inc.
3052. Quest Loan Corporation
3053. Quest Mortgage
3054. Quest Mortgage Corp.
3055. Quick & Simple Mortgage Group, LLC
3056. Quick Fund Mortgage
3057. R A M Mortgage Company Inc
3058. R&R Mortgage Corp.
3059. R.H. Cooper Ltd
3060. Radiant Mortgage Corporation
3061. Rafi A. Kushan
3062. Raintree Mortgage Corp.
3063. Ralph E. Hodgen
3064. Ram Mortgage LLC
3065. Ramin R. Maleki
3066. Randal L. Miller
3067. Randall L Folgate
3068. Randell Lloyd Ricketts
3069. Randy Freeman
3070. Ray Leone & Associates Mortgage
3071. Rbc Mortgage Company
3072. RBO Funding
3073. Real Estate 1 Mortgage Funding Inc
3074. Real Estate Financial Services
3075. Real Estate Financing Specialists, Inc.
3076. Real Estate Institutional Services, Inc.
3077. Real Estate Mortgage
3078. Real Estate Mortgage Pro.
3079. Real Estate Outlet
3080. Real Estate Place, The

Schedule A-67

CONFIDENTIAL

3081. Real-Merc Investments, Inc.
3082. Realty Resource Center, Inc
3083. Realtyserve Inc
3084. Red Inc
3085. Redwood Capital Inc
3086. Redwood Financial Services
3087. Referral Mortgage
3088. Regal Mortgage & Financial Service Centers, Inc.
3089. Regency Mortgage Corp.
3090. Regency Mortgage Services, Inc.
3091. Regent Capital Funding
3092. Regent Capital Funding, LLC
3093. Regional Mortgage Corporation
3094. Regional Mortgage Financial Services, Inc.
3095. Reliable Financial Group LLC
3096. Reliable Financial Group, LLC
3097. Reliable Mortgage & Trust Inc.
3098. Reliable Mortgage Corp.
3099. Reliable Source Mortgage, Inc.
3100. Reliable Tax & Financial Services, Inc.
3101. Reliance Home Mortgage
3102. Reliance Home Mortgage Corp
3103. Reliance Mortgage
3104. ReloAction
3105. Rem Financial Inc
3106. Renvak Mortgage
3107. Republic Home Loan Corp.
3108. Republic Mortgage Funding Inc
3109. Republic Real Estate Services
3110. Residential Capital Corp.
3111. Residential Finance Consulting
3112. Residential Financial Corporation
3113. Residential Funding Source
3114. Residential Lending
3115. Residential Lending Corp.
3116. Residential Lending Services Inc
3117. Residential Mortgage Consultants, Inc.
3118. Residential Rehab Inc
3119. ResiPro Mortgage Corporation
3120. Resort Financial Services of Aspen, Inc.
3121. Resource Capital Corporation
3122. Resource Mortgage, Inc.
3123. Resources
3124. Revere Mortgage Services Corporation
3125. Reynaldo G. Tinsay
3126. Richard A. Masciulli

Schedule A-68

3127. Richard Allen Gumbiner
3128. Richard B. Forsyth
3129. Richard Bruce Begelfer
3130. Richard C. Phipps
3131. Richard E. Jogenson
3132. Richard J. Socia
3133. Richard J. Teno
3134. Richard L. Villarino
3135. Richard Rahall Mortgage
3136. Richard S. Seliga
3137. Rick E. Ditommaso
3138. Ricky Fleischer
3139. Ridgeview Financial Services
3140. Right Choice Enterprise, Inc
3141. Riley Financial Group Corporation
3142. Rita J. Johnson
3143. River Valley Financial Inc.
3144. Riverfront Mortgages Incorporated
3145. Riverside Home Mortgage Corp
3146. Riverside Mortgage
3147. Riverview Community Bank
3148. Riverwood Financial Group LLC
3149. RJS Inc.
3150. RMC-Reality Mortgage LLC
3151. RNB Investments, Inc.
3152. Robert Alan Kushner
3153. Robert Howard O'Connor
3154. Robert L. Winner
3155. Robert S. Forest Loans and Investments
3156. Robert Stringer & Associates
3157. Robert Tuan Tran Do
3158. Robin E. Smith
3159. Robin Wismer
3160. Rocky Mountain
3161. Rocky Mountain Lending Consultants
3162. Rocky Mountain Mortgage Works, LLC
3163. Rocky Mountain Mortgage, Inc.
3164. Rocky MountainMortgage Network
3165. Rodolfo Y. Menesses
3166. Roe Financial Corporation
3167. Roger Atkinson
3168. Roger Quade
3169. Rollingwood Investment & Mortgage Company
3170. Romeo Alvidera
3171. Ronald C. Smith
3172. Ronald D. Nesson

Schedule A-69

LEH-GROUP_0000631

3173. Ronald Griffin
3174. Ronald L. Trester
3175. Ronald L. Whitman
3176. Ronald Palana Santos
3177. Ronald Taplin
3178. Ronis Mortgage Network, Inc.
3179. Rose Financial of California
3180. Rose Mortgage Inc.
3181. Rosewood Mortgage
3182. Rosewood Mortgage, LLC
3183. Roslyn Lois Baltimore
3184. Roswell P. Flower
3185. Roswitha Craig
3186. Rowlett Mortgage, Inc.
3187. Roy D. Hansen Mortgage Company
3188. Royal Crown Bancorp
3189. Royal Crown Bancorp
3190. Royal Empire Mortgage Corp.
3191. Royal Mortgage Corp.
3192. Royal Mortgage Corp.
3193. Royal Star 2000
3194. RPS Real Property Services, Inc
3195. Rudolph Stearnes dba Freedom Mortgage
3196. Ruta M Buchholz
3197. RW Cox & Associates LLC
3198. Ryan J. Neuman
3199. Ryder Mortgage
3200. S&S Financial
3201. S.M. Neider Mortgage Consultants Inc.
3202. Sacramento Valley Mortgage Corp
3203. Saddleback Investments Services Inc
3204. Safeguard Mortgage LLC
3205. Safemark Mortgage, LLC
3206. Saffire Mortgage Inc.
3207. Saguaro Blossom Mortgage LLC
3208. Sampath Mortgage, Inc.
3209. San Diego Southland Equities LTD
3210. San Francisco Funding Inc
3211. San Francisco Funding Inc.
3212. San Francisco Funding, inc.
3213. Sandia Mortgage & Loan, LLC
3214. Sandra Bornhorn
3215. Sandra Lorene Donaldson
3216. Santa Cruz Home Finance
3217. Santa Cruz Mortgage Company
3218. Sapient Financial Services Corp

Schedule A-70

LEH-GROUP_0000632

3219. Sara Navarette
3220. Sara's Inc
3221. Saugus Federal Credit Union
3222. Sayeed International Corp.
3223. SC Home Mortgage
3224. Schaefer Mortgage Corp
3225. Schmidt Mortgage Group
3226. Schmitt Mortgage
3227. Schwab Financial Services Inc
3228. Scott L. Moser
3229. Scott R. Campbell
3230. Scott Residential Services Inc
3231. Scott W. Kues
3232. Scottsdale Community Bank
3233. Scottsdale Community Bank
3234. Sea Shore Enterprises Inc
3235. Seaboard Mortgage Lending Center
3236. Seagate Realty & Investment Group
3237. Sebastian Mortgage Group, Inc
3238. Secure Lending Inc
3239. Secure Mortgage
3240. Secure Mortgage Services
3241. Security 1st Mortgage
3242. Security Asset Management Inc.
3243. Security Atlantic Mortgage Co Inc
3244. Security Home
3245. Security Lending Wholesale, L.C.
3246. Security Lending Wholesale, LC
3247. Security Mortgage Broker
3248. Security Mortgage Brokers
3249. Security Mortgage Fund
3250. Security Mortgage Inc
3251. Security Mortgage, Inc.
3252. Security Mutual Mortgage
3253. Security National Mortgage Company
3254. Security Pacific Holdings, Inc.
3255. Security State Bank
3256. Security Trust Mortgage Corporation
3257. SecurityBanc Mortgage
3258. Select Mortgage Corporation
3259. Selective Financial Mortgage Corp
3260. Sellwood Mortgage Inc
3261. Sentinel Mortgage Corporation
3262. Service 1st Mortgage, Inc.
3263. ServiceCentre Mortgage Corp.
3264. Seton Capital Group

Schedule A-71

CONFIDENTIAL

3265. Seven Hills Financial Group, Inc.
3266. Severn Mortgage Corp.
3267. Shamrock Bancorp, Inc.
3268. Shamrock Mortgage Company, LLC
3269. Shamrock Mortgage Inc
3270. Shane L. Harger
3271. Share Plus Federal Credit Union
3272. Shawn P Quinn
3273. Shawna Sniezek
3274. Shea Mortgage
3275. Shea Mortgage, LLC
3276. Shell Employees FCU
3277. Sherri Dazet Co. Inc
3278. Sherry Dazet Company
3279. Shore Capital Corporation
3280. Shoreline Mortgage Corp.
3281. Shorelinewest Corp
3282. SIB Mortgage Corporation
3283. SIB Mortgage Corporation
3284. Sierra Mortgage Corp.
3285. Signal Financial Solutions
3286. Signature
3287. Signature Mortgage
3288. Signature Mortgage Co.
3289. Silver Creek Financing, Inc.
3290. Silver Linings Mortgage
3291. Silver Rhino, LLC
3292. Silver State Financial Services
3293. Silver State Financial Services Inc.
3294. Silverton Mortgage Specialist Inc
3295. Simple Mortgage Solutions
3296. Simple Realty Corporation
3297. Simplifund, Inc.
3298. Single Source Mortgage Services Inc
3299. Ski Hill Mortgage
3300. Skofed Mortgage Funding Corp
3301. Skofed Mortgage Funding Corporation
3302. Skyline Mortgage, LLC
3303. Skyview Funding
3304. SM Neider Mortgage
3305. Smart Mortgage Access LLC
3306. SMD Financial Service Corp
3307. SMG Inc
3308. SMI Financial Services LLC
3309. Smith Reynolds Financial Services, Inc.
3310. Smrd Capital Corp

Schedule A-72

LEH-GROUP_0000634

3311. Socal Realty Group Inc
3312. Sofin, Inc
3313. Solid Mortgages LLC
3314. Solomon Group LLC
3315. Solution 1 Mortgage Corporation
3316. Soteras Mortgage
3317. Sothwest Financial Services, LLC.
3318. Sound Mortgage Corporation
3319. Soundview Mortgage Company, Inc.
3320. Source Financial Group Inc
3321. Source Mortgage Inc.
3322. South Bay Equities, Ltd.
3323. South Coast Loans & Mortgage, Inc.
3324. South County Mortgage Corp
3325. South Park Mortgage Corporation
3326. Southeast Capital Advisors, LLC
3327. Southeast Lending Group, Inc.
3328. Southeastern Equity Partners
3329. Southeastern Financial
3330. Southeastern Residential Mortgage
3331. Southern Crescent Mortgage
3332. Southern Fidelity Mortgage, LLC
3333. Southern Financial Bank
3334. Southern Financial Mortgage
3335. Southern Funding
3336. Southern Home Mortgage
3337. Southern Lending Corporation
3338. Southern Mortgage Lending Group Inc.
3339. Southern Mortgage Services, Inc.
3340. Southern Mtg Lending Group, Inc
3341. Southern N. J. Financial Services, Inc
3342. Southern State Mortgage Group, LLP
3343. Southern Styles Mortgage Corp
3344. Southern Trust Lending
3345. Southland Mortgage Group, Inc.
3346. Southside Bank
3347. Southside Capital
3348. Southside Capital
3349. Southside Mortgage & Settlement Co.
3350. Southstar Funding LLC
3351. Southtrust Mortgage Corporation
3352. Southwest Financial
3353. Southwestern Home Loans
3354. Southwind Financial
3355. Southwind Financial Services
3356. Sovereign Financial Corp.

Schedule A-73

LEH-GROUP_0000635

3357. Sovereign Mortgage Investments
3358. Spartan Mortgage Inc.
3359. Specialty Lending
3360. Spectrum Mortgage, LLC
3361. Spring Willow Financial Services Inc
3362. Springs Lending Corp.
3363. Sprint Mortgage And Circle R Realty Inc
3364. Spruce Mortgage Corp.
3365. Stagecoach Mortgage, LLC
3366. Stan Lockhart
3367. Stan R Patterson
3368. Star City Mortgage
3369. Star Mortgage Inc
3370. Star Team Realty
3371. Startegic Mortgage Company
3372. Statewide Financial Group, Inc.
3373. Statewide Home Loans
3374. Statewide Home Mortgage Inc
3375. Statewide Home Mortgage, L.L.C.
3376. Statewide Investment & Credit Corp.
3377. Statewide Mortgage Corp of Michigan
3378. Statewide Mortgage Corporation Of Michigan
3379. Statewide Mortgage Inc
3380. STC Mortgage
3381. Stellar Financial Group Inc.
3382. Stellar Mortgage Company LLC
3383. Stephanie C. Trimble
3384. Stephen Flacco
3385. Stephen M. Strauber
3386. Sterling Bancgroup, Inc.
3387. Sterling Bank
3388. Sterling Capital Mortgage Company
3389. Sterling Financial Investments
3390. Sterling Financial Services,Inc
3391. Sterling Group, LLC
3392. Sterling Mortgage & Financial Services Inc
3393. Stern Mortgage Company
3394. Steve Kelly
3395. Steve Seungbai Lee
3396. Stevens Mortgage, Inc.
3397. Stewart National Mortgage Company, Inc..
3398. Stockton Turner & Co.
3399. Stohr Capital Group Inc
3400. Stone City Bank of Bedford Indiana
3401. Stone City Bank Of Bedford Indiana
3402. Stone Mountain Mortgage, Inc.

Schedule A-74

LEH-GROUP_0000636

3403. Stonecreek Funding Corp.
3404. Strada Properties, Inc
3405. Strata Mortgage Corporation
3406. Stratagic Services Inc.
3407. Strategic Lending Corporation
3408. Strategic Mortgage Source
3409. Strategy Mortgage Corp.
3410. Streamline Home Mortgage, Inc.
3411. Streamline Marketing Inc
3412. Streamline Mortgage Corp
3413. Streetwise Mortgage, LLC
3414. Stuart E. Eastman
3415. Stuart L. Naar
3416. Subprime Loan Specialist, LLC
3417. Suburban Megamerica
3418. Suburban Mortgage Inc
3419. Suburban Mortgage Services Inc
3420. Success Investments
3421. Success Investments, Inc.
3422. Sullivan Financial Services
3423. Sullivan, Smith & Davis Mortgage LLC
3424. Summit City Mortgage
3425. Summit Financial Center Inc
3426. Summit Financial Center Inc.
3427. Summit Financial Center, Inc.
3428. Summit Lending Group
3429. Summit Mortgage
3430. Summit Mortgage Corporation
3431. Summit Mortgage Corporation
3432. Summit Mortgage Services, Inc.
3433. Sun America Mortgage Corp.
3434. Sun America Mortgage Corp.
3435. Sun Bay Mortgage
3436. Sun Mortgage Consultants, Inc.
3437. Sun Mortgage of Southwest Florida
3438. Sun Mortgage Of The Palm Beaches Inc
3439. Sun West Mortgage, Inc.
3440. Sunbelt Lending Services Inc
3441. Suncoast Residential Lending, LLC
3442. Suncrest Mortgage Group, Inc.
3443. Sundance Mtg Company
3444. Sunny View Mortgage Group
3445. Sunrise Security Mortgage
3446. Sunset Capital
3447. Sunset Mortgage Company
3448. Sunshine Financial Group, Inc.

Schedule A-75

CONFIDENTIAL

LEH-GROUP_0000637

3449.  Sunshine Funding
3450.  Sunshine Mortgage Corp.
3451.  Sunvest Financial Group, Inc.
3452.  Superior Capital Services, LLC
3453.  Superior Funding Group
3454.  Superior Home Loan Inc
3455.  Superior Mortgage
3456.  Superior Mortgage Corp.
3457.  Superior Mortgage Group, Inc.
3458.  Superior Mortgage Incorporated
3459.  Superior Mortgage Services, L.L.C.
3460.  Superior Mortgage Solutions, Inc.
3461.  Superior Mortgage, Inc.
3462.  Superior One Mortgage Group, Inc.
3463.  Superior Trust Mortgage, Inc.
3464.  Supreme Funding Corp.
3465.  Supreme Funding Mortgage Services, Inc.
3466.  Susan Wiebler Smith, Inc
3467.  Suzanne Brown
3468.  SW Resource CU
3469.  Swan Investments International Inc.
3470.  Swift Funding Corp
3471.  Sydney Investments Inc
3472.  Synergy One Financial Services, LLC
3473.  Syracuse Securities Inc
3474.  Syracuse Securities Inc.
3475.  T & B Enterprises Inc
3476.  T & B Mortgage Enterprises
3477.  T & T Holding, Co.,LLC
3478.  T.M.H. Inc.
3479.  T.W. White And Associates Inc
3480.  Target Mortgage Corporation
3481.  Tatyana Pavlov
3482.  Taylor Made Mortgage
3483.  TCB Lending Corp.
3484.  Team Mortgage & Credit
3485.  Team Mortgage Lending LLP
3486.  TeleMortgage Company
3487.  Tel-Star Mortgage, Inc.
3488.  Terrace Mortgage
3489.  Territory Mortgage
3490.  Texas Community Mortgage Corporation
3491.  Texas Financing Group Inc
3492.  TGK Financial Inc
3493.  The Associates Financial Group, Inc.
3494.  The Bank of Laramie, NA

Schedule A-76

CONFIDENTIAL

3495. The Berthoud Nat'l Mortgage Co.
3496. The Cal-Bay Mortgage Group
3497. The Cambridge Mortgage Group Inc.
3498. The Chandler Group
3499. The Community Bank
3500. The Cooper Group, LLC
3501. The Cowlitz Bank
3502. The Creative Mortgage Group Inc
3503. The Davenport Financial Group
3504. The Equitable Mortgage Corp.
3505. The Equity Group Financial
3506. The Fimax Group, Inc.
3507. The Financial Web
3508. The Harbor Bank of Maryland
3509. The Home Equity Store, Inc.
3510. The Home Loan Associates, LLC
3511. The Home Loan Center
3512. The Home Loan Center, Inc
3513. The Home Mortgage Loan Company
3514. The Home Mtg. Co. of America
3515. The Honor State Bank
3516. The Infinity Funding Group, Inc
3517. The Kindler Group
3518. The Lending Center, Inc.
3519. The Lending Company
3520. The Lending Company
3521. The Lending Company LLC
3522. The Lending Group, Incorporated
3523. The Loan Pros
3524. The Mortg Corp of NE FL
3525. The Mortgage Authority, Inc.
3526. The Mortgage Center of Volusia County, Inc.
3527. The Mortgage Company
3528. The Mortgage Company
3529. The Mortgage Company of Tampa Bay, inc.
3530. The Mortgage Consultants
3531. The Mortgage Emporium, Inc.
3532. The Mortgage Express of S.W. Florida, Inc.
3533. The Mortgage Firm, Inc.
3534. The Mortgage House LLC
3535. The Mortgage King
3536. The Mortgage Outlet, Inc.
3537. The Mortgage Shoppe Inc
3538. The Mortgage Source
3539. The Mortgage Source Inc.
3540. The Mortgage Source of NJ

Schedule A-77

CONFIDENTIAL

3541. The Mortgage Source, Inc.
3542. The Mortgage Store, Inc.
3543. The Mortgage Studio
3544. The Mortgage Tiger
3545. The Peoples Home Mortgage
3546. The Priority Mortgage Group
3547. The R.E.F.I. Co.
3548. The Real Estate Center
3549. THE REAL ESTATE LOAN COMPANY
3550. The Real Estate Mortgage Company of Oregon
3551. The River Company, LLC
3552. The Savings Group, L.P.
3553. The Suanders Company
3554. Theo G. Stephens
3555. Theresa L. Murphy
3556. Thomas & Associates Mortgage
3557. Thomas E. Borcich
3558. Thomas Glenn
3559. Thomas Mortgage & Financial Svcs
3560. Thomas R Annunziato
3561. Three River Mortgage
3562. Tidewater Financial
3563. Tiernan & Associates Inc
3564. Tiger Financial Center
3565. Tiger Mortgage LLC
3566. Tim Brian Wilt
3567. Tim M. Zasly
3568. Timothy Funding Group The
3569. Timothy J. Vidal
3570. Timothy K Jarvis
3571. Timothy W. Stranske
3572. Titan Financial Mortgage Broker
3573. Titan Mortgage Services Inc.
3574. Titan Mortgage Services, Inc.
3575. TJ & Sm Financial,Inc
3576. TLC Mortgage, Inc.
3577. TLG Lending Inc.
3578. TM Capital
3579. Todd N. Kessler
3580. Tom Fazio Financial Corp
3581. Tom Kimball Mortgage Company
3582. Tomlinson Black Mortgage, Inc.
3583. Top Mortgage Company
3584. Tops Mortgage Inc.
3585. Total Financial
3586. Total Mortgage Group Corp.

Schedule A-78

CONFIDENTIAL

3587. Touchpoint Mortgage & Real Estate Services, Inc.
3588. Tower Financial Investment Services, Inc.
3589. Town & Country Finance Corp
3590. Town And Country Financial
3591. Town and Country Mortgage Svc
3592. Town Mortggae LLC
3593. Towne & Country Mortgage Corp
3594. TRA Mortgage Services, Inc.
3595. Traco Financial
3596. Tran V. Phong
3597. Trans National Funding, Inc
3598. TransOhio Mortgage & Loan, Inc.
3599. Travelers National Mortgage Limited Co.
3600. Treehouse Mortgage, LLC
3601. Trenton Mortgage Inc.
3602. Tri Bay Mortgage Group
3603. Tri Capital Mortgage Company, Inc.
3604. Tri Star Home Loans
3605. Triad Mortgage and Investment Group
3606. Trian, LLC
3607. Triangle Mortgage Services, Inc.
3608. Tribeca Lending Corporation
3609. Tricord Financial Group, LLC
3610. TriCounty Mortgage Center
3611. Trimark Capital Inc
3612. Trinity Financial Group, Inc.
3613. Trinity Home Loans Inc
3614. Trinity Mortgage
3615. Trinity Mortgage Corp
3616. Tri-State Mortgage Group, Inc.
3617. Tri-State Mortgage, Inc.
3618. Tri-West Mortgage, LLC
3619. Tropical Mortgage of North Florida Inc.
3620. Trudy E. Rowsey
3621. True Pointe Mortgage
3622. Trung V. Nguyen
3623. TruRate Mortgage, LLC
3624. Trust Deed Financial Services Inc
3625. Trusted Mortgage Company, LLC
3626. Trustee Mortgage, Inc.
3627. Trustmor Mortgage
3628. Tucker & Associates Mortgage, Inc.
3629. Turnberry Mortgage LLC
3630. Turner Mortgage Company
3631. Turnstone Mortgage Company
3632. Twentieth Century Mortgage

Schedule A-79

3633. Twentieth Century Mortgage Inc.
3634. Twin City Bank
3635. U.S. Finance Group, LLC
3636. U.S. Financial Mortgage Corp
3637. U.S. Mortgage Express
3638. U.S. Mortgage Express, Inc.
3639. U.S. Mortgage Group, LLC
3640. U.S. National Finance
3641. Ubuymortgage Corp
3642. U-Choose Realty Inc
3643. Udo David Ubak-Offiong
3644. Unifirst Financial Corp.
3645. Union Advantage Home Loans
3646. Union American Mortgage Services, LLC
3647. Union Bank
3648. Union Bank & Trust Company
3649. Union Capital Nationwide Fin
3650. Union Mortgage Services
3651. Union Planters Bank N.A.
3652. Union Savings Bank
3653. Union West Financial
3654. Unisource Real Estate and Loan
3655. UniSource, Inc.
3656. Unitd Carolina Mortgage
3657. United American Funding Corporation
3658. United Banc Mortgage Corp
3659. United Capital Funding
3660. United Commerce Bank
3661. United Commerce Bank
3662. United Community Bank
3663. United First Mortgage, Inc.
3664. United Home Loans Inc
3665. United Home Savings LLC
3666. United International Mortgage
3667. United Investors Mortgage
3668. United Midwest Savings Bank
3669. United Mortgage Banking, LLC.
3670. United Mortgage Corp
3671. United Mortgage Corp.
3672. United Mortgage Lenders, Inc.
3673. United Mortgage Network Inc
3674. United Mortgage of America
3675. United Mortgage Services
3676. United Mortgage Services, LLC
3677. United Northern Mortgage Bankers
3678. United Pacific Investment

Schedule A-80

CONFIDENTIAL

3679. United Security Mortgage
3680. United States Mortgage, Inc.
3681. Unity Mortgage Corp.
3682. Unity Mortgage Corporation
3683. Universal Capital Mortgage
3684. Universal Capital Mortgage L.P
3685. Universal Financial Group
3686. Universal Financial Services
3687. Universal Funding Group
3688. Universal Lending
3689. Universal Mortgage
3690. Universal Mortgage Company
3691. Universal Mortgage LLC
3692. University Mortgage
3693. Universtiy Investments
3694. Univest Corp Of PA
3695. US Best Mortgage, Inc.
3696. US Financial, Inc.
3697. Us Funding Mortgage Corporation Inc
3698. Us Mortgage Corp
3699. US Mortgage, LLC
3700. US Residential Mortgage LLC
3701. USA Mortgage
3702. Usa Mortgage Corporation
3703. USA Mortgage Group
3704. USA Refi.Com, Inc.
3705. Usloans.net
3706. USMoney Source Inc.
3707. Utopia Enterprises
3708. Uvest Mortgage Services LLC
3709. Uvest Mortgage Services, LLC
3710. Valley Bank and Trust
3711. Valley Broker Services, Inc
3712. Valley Farm Credit ACA
3713. Valley First Community Bank
3714. Valley Oaks Mortgage
3715. Valley Pacific Mortgage Corporation
3716. Valley Vista Mortgage
3717. Value Mortgage
3718. Value One Mortgage Banc Inc
3719. ValueList Real Estate Services, Inc.
3720. Van Boxtel Mortgage Company LLC
3721. Vanderbilt Mortgage Group
3722. Vanguard Mortgage
3723. Ventura Mortgage
3724. Verity Lending Services

Schedule A-81

CONFIDENTIAL

3725. Vesk Financial LLC
3726. Vesta Internatinal,Inc
3727. Victoria Financial Corp.
3728. Victoria Jean Johnson
3729. Victory Community Bank
3730. Victory Community Bank
3731. Victory Mortgage Inc.
3732. Victory Mortgage Ltd
3733. Victory Realty Corp
3734. Vijay K Grover
3735. Villa Financial Services
3736. Village Bank & Trust SSB
3737. Village Mortgage
3738. Vincent Granito
3739. Vineyard Bank
3740. Vintage Bank, The
3741. Vintage Lending Services, Inc.
3742. Vintage Mortgage Corp
3743. Vintage Mortgage Corp
3744. Vintage Mortgage Corporation
3745. VIP Lending,Inc.
3746. Virginia Commerce Bank
3747. Virginia Mortgage Corporation
3748. Vision Financial Solutions, LLC
3749. Vision Mortgage, LLC
3750. Vista Mortgage Inc
3751. VMS Mortgage Company
3752. W.R. Clouse & Associates
3753. Wachovia Mortgage Corporation
3754. Wacker-Rush, LLC
3755. Walden David
3756. Walden Mortgage Company
3757. Wall Street Financial Corp.
3758. Wall Street Mortgage
3759. Wallstreet Mortgage Corporation
3760. Warren Five Cents Savings Bank
3761. Washington Mortgage Consultants
3762. Washington Mortgage Consultants
3763. Washington Mtg. Srvcs., Inc.
3764. Wausau Mortgage Corporation
3765. Wayne S. Laskin Inc
3766. Webb Mortgage Depot Inc
3767. Webb Mortgage Services
3768. Webhomesat.Com Inc
3769. Weldon Group Inc
3770. West American Mortgage Corp.

Schedule A-82

CONFIDENTIAL

3771. West Coast Financial
3772. West Coast Mortgage Securities Inc.
3773. West Highland Mortgage Company
3774. West Valley Home Loans Inc
3775. Western Capital Mortgage Inc
3776. Western Colorado Mortgage Services, Inc.
3777. Western Fidelity Mortgage
3778. Western Hills Real Estate Management, Inc.
3779. Western Home Mortgage
3780. Western Mission Mortgage
3781. Western Pacific Mortgage, Inc.
3782. Western Plains Mortgage
3783. Western Preferred Investment Co Inc
3784. Western Reserve Financial Services, LLC
3785. Western Thrift & Loan
3786. Western Thrift & Loan
3787. Western United Mortgage Corp
3788. Westgate
3789. Westport Mortgage LLC
3790. Westside Financial, LLC
3791. Westside Mortgage
3792. Westview Financial Co Inc
3793. Westwide Life Insurance Services
3794. Westwind Mortgage Group
3795. WF & K Mortgage Inc
3796. WFO, Inc.
3797. White House Mortgage Corp.
3798. White Real Estate Brokers, Inc.
3799. White Rose Inc
3800. Whitehall Mortgage Financial Ltd
3801. Whitehurst Financial Services
3802. Whitenhouse Mortgage Corporation
3803. Wholesale Direct Mortgage Inc
3804. Wigginton Mortgage Company
3805. William C. Rush, Inc.
3806. William Delip Singh
3807. William Fishbach
3808. William Holden
3809. William Kaley Insurance Services Inc.
3810. William Kenneth O'Daniel
3811. William Lo
3812. William Mitchell
3813. William W. Rivers
3814. Willow Financial Services
3815. Wilshire Thorne Residential
3816. Win/Kin Corp.

Schedule A-83

CONFIDENTIAL

LEH-GROUP_0000645

3817. Windom Capital Inc.
3818. Windsor Capital Mortgage Corp.
3819. Windsor Capital Mortgage Corporation
3820. Windsor Financial Mortgage
3821. Windsor Financial Mortgage Corp.
3822. Wine Country Mortgages Inc.
3823. WJ Bradley Co Real Estate Group
3824. WJ Bradley Co. Real Estate Group
3825. WKL Realty
3826. Woodinville Mortgage LLC
3827. Woodland Home Services
3828. World Mortgage Group, Inc.
3829. World Stars Finance & Realty, Inc
3830. World Wide Credit Corp.
3831. Worldnet Mortgage
3832. Worldwide Financial Resources
3833. Worthington Mortgage Group, LLC
3834. Wright Discount Mortgage
3835. Wright Loan, Inc.
3836. WY Bentley Capital, Inc
3837. Wymac Capital, Inc.
3838. Wyn Star Mortgage Inc.
3839. Wyndham Capital Mortgage
3840. Xpress Mortgage Processing Inc
3841. Xtreme Mortgage Corporation
3842. Y & V, Inc.
3843. Yadkin Valley Bank And Trust
3844. Yanlin Mao
3845. Yes Capital Funding
3846. Yes Capital Funding, Inc.
3847. Yes Mortgage Services, LLC
3848. YHD Capital
3849. Your Best Rate Financial, LLC
3850. Zachary Jackson Mortgage
3851. Zarrilli & Associates, Inc.
3852. Z-Banc Home Mortgage
3853. Zurich Financial Mortgaqe Corp.
3854. Broadview Mortgage Corporation
3855. Castle & Cooke Mortgage, LLC
3856. Chicago Bancorp, Inc.
3857. Choice Capital Funding, Inc.
3858. First California Mortgage Company
3859. Group 2000 Real Estate Services, Inc.
3860. Jersey Mortgage Company of New Jersey, Inc.
3861. Mortgage Financial, Inc.
3862. Omni Bank

Schedule A-84

CONFIDENTIAL

LEH-GROUP_0000646

3863. Pemm.Tek Mortgage Services, LLC
3864. Seattle Savings Bank
3865. South Pacific Financial Corporation
3866. First Pacific Financial Inc.
3867. Sun American Mortgage Company

Schedule A-85

CONFIDENTIAL