**BAKER & McKENZIE LLP**
**452 Fifth Avenue**
**New York, New York 10018**
**Telephone: (212) 626-4100**
**Ira A. Reid (IR-0113)**

**Attorneys for Pentwater Growth Fund Ltd.**
**and Pentwater Credit Partners Fund Ltd.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| **In re:** | ) | **Case No. 08-13555 (SCC)** |
| | ) | **(Jointly Administered)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | ) | |
| | ) | **Chapter 11** |
| **Debtors.** | ) | |
| | ) | **Judge Shelley C. Chapman** |

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2015, I caused to be served, by Federal Express delivery and/or by electronic notification in accordance with General Order M-399, a true and correct copy of the limited objection by Pentwater Growth Fund Ltd. and Pentwater Credit Partners Fund Ltd. to the Motion to Allow Disclosure of Derivatives Questionnaires filed by the above-captioned Debtors and the Official Committee of Unsecured Creditors, as set forth on the attached Schedule A.

Dated:  New York, New York
        March 30 2015

                                                    /s/ Ira A. Reid

## Schedule A

<u>Via Federal Express Delivery</u>

William K. Harrington
Susan Golden
Andrea B. Schwartz
Office of the United States Trustee
2 Varick Street, Suite 1006
New York, N.Y. 10014

Turner P. Smith
Peter J. Behmke
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, N.Y. 10178

Andrew J. Rossman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, N.Y. 10010

<u>Via General Order M-399 Electronic Notification</u>

tsmith@curtis.com
pbehmke@curtis.com
andrewrossman@quinnemanuel.com

NYCDMS/1184173.1