**HEARING DATE AND TIME: April 8, 2015 at 10:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: March 30, 2014 at 4:00 p.m. (Eastern Time)**

Bennette D. Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for the FIG Entities (as defined below)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*.,                   :    08-13555 (JMP)
                                                               :
    Debtors.                                                   :    (Jointly Administered)
---------------------------------------------------------------X

### JOINDER OF THE FIG ENTITIES TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE

The entities listed on Exhibit A hereto (the "FIG Entities"), by and through their undersigned counsel, hereby joins in the objections of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. (the "Citadel Objection to the Motion") filed to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"), as follows:

### OBJECTION AND JOINDER

The FIG Entities and the Debtors were parties to certain derivative contracts.

1.	The FIG Entities hereby join and incorporate by reference the arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. in the Citadel Objection to the Motion [Docket 49030].

WHEREFORE, for the foregoing reasons, the FIG Entities respectfully request that this Court deny the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, and, alternatively, if the Court grants the Motion, direct Debtors to redact all identifying, confidential and proprietary information from any documents disclosed, including any negotiated agreement such as any ISDA Master Agreements and any Guarantees, and grant such other, further or different relief as this Court deems just and proper.

Dated:  New York, New York
        March 30, 2015

                                            SCHLAM STONE & DOLAN LLP


                                            By:    s/ Bennette D. Kramer

                                            Bennette D. Kramer (BK-1269)
                                            Schlam Stone & Dolan LLP
                                            26 Broadway
                                            New York, NY 10004
                                            (212) 344-5400
                                            bdk@schlamstone.com


                                            *Attorneys for the FIG Entities*


OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lth@t-hllp.com

2

# Exhibit A

Drawbridge Global Macro Master Commodities Ltd
Drawbridge Global Macro Master Fund Ltd
Drawbridge Long Dated Value Fund LP
Drawbridge Long Dated Value Fund (B) LP
FCI Holdings I Ltd
FCOF Securities Ltd
Fortress Investment Fund III (Coinvestment Fund A) L.P.
Fortress Investment Fund III (Coinvestment Fund B) L.P.
Fortress Investment Fund III (Coinvestment Fund C) L.P.
Fortress Investment Fund III (Coinvestment Fund D) L.P.
Fortress Investment Fund V (Fund A) L.P.
Fortress Investment Fund V (Coinvestment Fund A) L.P.
Fortress Mortgage Opportunities Master Fund Series 2 L.P.
Fortress Value Recovery Fund I Ltd (f/k/a DB Zwirn Special Opportunities Fund, LTD)
LDVF1 FIP SARL
LDVF1 Main FIP SARL
HCM/Z Special Opportunities LLC