**Hearing Date and Time: April 8, 2015 at 10:00 a.m. (ET)**
**Objection Deadline: March 30, 2015 at 4:00 p.m. (ET)**

HAYNES AND BOONE, LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112
Telephone: (212) 659-7300
Facsimile:  (212) 918-8989
Trevor Hoffmann (NY Bar # 4067229)

and

HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  (214) 561-5000
Facsimile:  (214) 651-5940
Robert D. Albergotti (Admitted *pro hac vice*)
Autumn D. Highsmith (Admitted *pro hac vice*)

*Attorney for the Clients listed on Schedule I*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc., *et al.*, | ) Case No. 08-13555 (SCC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### PROTECTIVE OBJECTION AND JOINDER OF HAYNES AND BOONE, LLP CLIENTS TO THE OBJECTION OF WESTPAC BANKING CORPORATION TO DEBTORS' MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE

The Haynes and Boone, LLP Clients listed on Schedule I (the "Haynes and Boone

Clients"), by their counsel, Haynes and Boone, LLP ("Haynes and Boone"), file this *Protective*

*Objection and Joinder of Haynes and Boone, LLP Clients to the Objection of Westpac Banking*

*Corporation to Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant*

15097261_3

08-13555-mg   Doc 49042   Filed 03/30/15   Entered 03/30/15 15:52:54   Main Document
Pg 2 of 4

*to Section 107(a) of the Bankruptcy Code* (the "Protective Objection and Joinder") in response to the *Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* (the "Motion") filed by Lehman Brothers Holdings Inc., as Plan Administrator on behalf of its affiliated debtors (collectively, the "Debtors") and the Official Committee of Unsecured Creditors.  In support of the Protective Objection and Joinder, Haynes and Boone respectfully states as follows:

1.      On March 24, 2015, Haynes and Boone received the *Notice of Hearing on Motion to Allow Disclosure of the Derivative Questionnaires pursuant to section 107(a) of the Bankruptcy Code*.  The Motion seeks authority to disclose, in response to litigation discovery requests, potential confidential and business sensitive information of the Haynes and Boone Clients provided in required derivative and guarantee questionnaires in the underlying bankruptcy case.

2.      The objection deadline is March 30, 2015, at 4:00 p.m. (Eastern Time), which is four business days from Haynes and Boone's receipt of the notice of the Motion.  Given the short notice period, and the time that has elapsed since the questionnaires were filed, Haynes and Boone has not been able to consult fully with all of the Haynes and Boone Clients regarding the requested relief.

3.      Therefore, out of an abundance of caution, in order to protect any confidential or business sensitive information, Haynes and Boone hereby joins in the Objection of Westpac Banking Corporation to the Motion, and incorporates the grounds set forth therein as if fully stated in this Protective Objection and Joinder.

FOR ALL THE ABOVE STATED REASONS, the Haynes and Boone Clients respectfully request that the Court (a) deny the relief requested in the Motion as proposed, and (b) grant such further relief as the Court deems just.

Dated:  March 30, 2015
      New York, New York

HAYNES AND BOONE, LLP


*/s/ Robert D. Albergotti*

HAYNES AND BOONE, LLP
Trevor Hoffmann (NY Bar # 4067229)
30 Rockefeller Plaza
26th Floor
New York, NY 10112
Telephone: (212) 659-7300
Facsimile:  (212) 918-8989

and

Robert D. Albergotti (admitted *pro hac vice*)
Autumn D. Highsmith (Admitted *pro hac vice*)
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  (214) 561-5000
Facsimile:  (214) 651-5940

*Attorney for the Clients listed on Schedule I*

## **Schedule I**

American Airlines, Inc.
BP Capital Energy Equity Fund, L.P.
BP Capital Energy Fund, L.P.
BP Cap. Energy Equity Intl. Hldgs. I, LP
BP Cap. Energy Equity Fund Master II, LP
EXCO Operating Company, LP
Hayman Capital Master Fund, L.P.
Pickens, T. Boone
Steven G. Holder Living Trust

15097261_3