UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*  :   Case No. 08-13555 (SCC)
                                                    :
                Debtors.                      :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over eighteen years old, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

      2.    On March 30, 2015, I caused to be served copies of **Citi's Statement in Support of Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code** on the persons set forth on the attached service list.

      3.    I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent by hand delivery.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
30th day of March, 2015

/s/Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2018

## SERVICE LIST

Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Andrew J. Rossman
Diane C. Hutnyan
Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

William K. Harrington
Susan Golden
Andrea B. Schwartz
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014