**HEARING DATE AND TIME: April 8, 2015 at 10:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: March 30, 2014 at 4:00 p.m. (Eastern Time)**

Bennette D. Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for the International Bank for Reconstruction and Development as trustee of the Staff*
*Retirement Plan and Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------X
In re                                                            :        Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :        **08-13555 (JMP)**
                                                                 :
Debtors.                                                :        **(Jointly Administered)**
-----------------------------------------------------------------------------X

<u>**JOINDER OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND**</u>
<u>**DEVELOPMENT AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST**</u>
<u>**TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL**</u>
<u>**EQUITY FUND LTD. TO THE MOTION TO ALLOW DISCLOSURE OF THE**</u>
<u>**DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE**</u>
<u>**BANKRUPTCY CODE**</u>

The International Bank for Reconstruction and Development as trustee of the Staff

Retirement Plan and Trust, by and through its undersigned counsel, hereby joins in the objections

of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. (the "Citadel Objection to the

Motion") filed to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to

Section 107(a) of the Bankruptcy Code (the "Motion"), as follows:

<u>**OBJECTION AND JOINDER**</u>

The International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust and the Debtors were parties to certain derivative contracts.

1.      The International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust hereby joins and incorporates by reference the arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. in the Citadel Objection to the Motion [Docket 49030].

WHEREFORE, for the foregoing reasons, the International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust respectfully requests that this Court deny the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, and, alternatively, if the Court grants the Motion, direct Debtors to redact all identifying, confidential and proprietary information from any documents disclosed, including any negotiated agreement such as any ISDA Master Agreements and any Guarantees, and grant such other, further or different relief as this Court deems just and proper.

Dated: New York, New York
        March 30, 2015

SCHLAM STONE & DOLAN LLP

By:    s/ Bennette D. Kramer

Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for the International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust*

OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lth@t-hllp.com