HOGAN LOVELLS US LLP
Christopher R. Donoho, III, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: chris.donoho@hoganlovells.com

       -and-

Hogan Lovells US LLP
Khang V. Tran, Esq.
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637 5600
Facsimile: (202) 637 5910
Email: khang.tran@hoganlovells.com

*Attorneys for Lloyds TSB Bank plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
In re:                                                             :
                                                                   :
                                                                   :    Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al*.,                          :    Case No. 08-13555
                                                                   :    (Jointly Administered)
                                    Debtors.                       :
------------------------------------------------------------------- X

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Lloyds TSB Bank plc ("Lloyds") a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy cases (the "Creditor"), and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), requests that all notices given or required to be given in these bankruptcy cases, and all papers served or required to be served in these bankruptcy cases, be given to and served upon the following:

HOGAN LOVELLS US LLP
Christopher R. Donoho, III, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: chris.donoho@hoganlovells.com
-and-
HOGAN LOVELLS US LLP
Khang V. Tran, Esq.
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637 5600
Facsimile:  (202) 637 5910
Email:  khang.tran@hoganlovells.com

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the name and address of the undersigned on any mailing matrix to be prepared or existing in the above-referenced bankruptcy cases.

**PLEASE TAKE NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a consent by Lloyds to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in

\\NY - 002381/000003 - 4131588 v1

connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of Lloyds: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Lloyds is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 30, 2015
New York, New York

                    HOGAN LOVELLS US LLP

                    By: */s/Christopher R. Donoho, III*
                    Christopher R. Donoho, III, Esq.
                    875 Third Avenue
                    New York, NY 10022
                    Telephone: 212-918-3000
                    Facsimile: 212-918-3100
                    Email: chris.donoho@hoganlovells.com
                          And
                    HOGAN LOVELLS US LLP
                    Khang V. Tran, Esq.
                    Columbia Square
                    555 Thirteenth Street, NW
                    Washington, DC 20004
                    Telephone: (202) 637 5600
                    Facsimile: (202) 637 5910
                    Email: khang.tran@hoganlovells.com

                    *Attorneys for Lloyds TSB Bank plc*

\\NY - 002381/000003 - 4131588 v1