B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re   Lehman Brothers Special Financing Inc.   ,   Case No. 08-13888 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Bankhaus AG | Commerzbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Lehman Brothers Bankhaus AG, acting through court appointed insolvency administrator, D. Michael C. Frege
Rathenauplatz 1
60313 Frankfurt am Main, Germany
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 27839
Amount of Claim: $90,000,000
Date Claim Filed: September 22, 2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: D. Michael C. Frege, as Insolvency Administrator     Date: 3/30/15
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Special Financing Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Special Financing Inc. |
| CASE NO.: | Chapter 11, Case No. 08-13888 (SCC) |
| CLAIM NO.: | 27839 |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to Claim No. 27839 in the amount of $90,000,000 (the "Claim") allowed as a non-priority, unsecured claim against Lehman Brothers Special Financing Inc. |

It is hereby certified that **COMMERZBANK AG**, ("Assignor") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**LEHMAN BROTHERS BANKHAUS AG**, acting through the court appointed insolvency administrator, D. Michael C. Frege
Rathenauplatz 1
60313 Frankfurt am Main, Germany

("Assignee"), by assignment agreement dated [ ], all rights, title, interest, claims and causes of action in and to, or arising under or in connection with 100% of the Claim, in the principal amount of **US$ 90,000,000**.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to the transfer of the Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17 DAY OF MARCH, 2015.

LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT, acting through the court appointed in solvency administrator Dr. Michael C. Frege    Commerzbank AG

_____
Name:  E.F. DION
Title:  DIRECTOR

_____
Name:  Dr. M. Frege Insolvency Administrator
Title:  Insolvency

Dr. Michael C. Frege
as Insolvency Administrator
of Lehman Brothers Bankhaus AG
Barckhausstraße 12-16 D-60325 Frankfurt am Main
Tel. +49(0)69/71701-300 Fax +49(0)69/71701-40-410