UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on March 30, 2015, a copy of **Notice of Adjournment of Hearing on Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections** was made electronically on those parties requesting electronic service via the Court's ECF system and via U.S. Mail on the following parties.

    Richard P. Krasnow, Esquire
    Lori R. Fife, Esquire
    Shai Y. Waisman, Esquire
    Jacqueline Marcus, Esquire
    Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153
    *(Attorneys for the Debtors)*

    Andy Velez-Rivera, Esquire
    Paul Schwartzberg, Esquire
    Brian Masumoto, Esquire
    Office of the U.S. Trustee
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, NY 10014

    Chambers of the Honorable Shelley C. Chapman
    One Bowling Green
    New York, NY 10004

637272.5 3/30/15

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*(Attorneys for the Creditors' Committee)*

                SAUL EWING LLP

By: _____
Lucian B. Murley
(Pro Hac Vice Motion Pending)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898