# Exhibit G



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone (972) 395-4091

Report # 5556

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

FM Loan # 329085328 - FM Asset # 587115 / Servicer Loan # 0032812307

| | | Previous Owner & Property Address |
|---|---|---|
| Seller/Servicer # | 623509 | GARCIA, RAFAEL |
| Billing Date: | 1/30/2014 | 1635 BAKERSFIELD STREET |
| Repurchase Issue Date: | 8/25/2008 | LEMON GROVE, CA - 91945 |

| | | | | | |
|---|---|---|---|---|---|
| ANY | 7.250% | Settlement Date | 6/27/2008 | MI Proceeds date | |
| DDLPI | 6/1/2007 | REO Holding Period (Days) | 94 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 3/25/2008 | Avg Days for holder Payoff | 150 | Days past holder payoff | 242 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 4.50% |
| Proj. Repurchase Due Dt: | 12/31/2013 | Calculation | | Net Yield Eff Date for ARMs | 07/28/2006 |

| Components | Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $245,475.00 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($348,000.00) | |
| Selling Expense | ($15,060.00) | |
| Lost Interest Recorded | ($10,368.49) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($19,551.26) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $951.85 | |
| **LOSS** | **($147,652.90)** | |
| **BORROWING EXPENSES ON COSTS:** | | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| Principal Passed to Investor | ($10,382.79) | |
| $348,000.00   4.50%   242 \ 365 | | |
| Expenses Incurred | ($113.29) | Interest paid on expenses is averaged over the REO Holding Period |
| $19,551.26   4.50%   47 \ 365 | | |
| **Total Borrowing Expenses** | **($10,496.08)** | |
| **INVESTMENT INCOME ON PROCEEDS:** | | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| MI Proceeds | $0.00 | |
| $0.00   4.50%   0 \ 365 | | |
| Repurchase Proceeds | $0.00 | |
| $0.00   4.50%   0 \ 365 | | |
| Other Income | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00   4.50%   47 \ 365 | | |
| Other Proceeds/Expenses | $5.52 | |
| $951.85   4.50%   47 \ 365 | | |
| **Total Investment Income** | **$5.52** | |
| NET COSTS | ($158,143.47) | Summation of items above. |
| Interest Expense from Settlement: | ($1,169.83) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | **($159,313.30)** | |
| Accrued Late Remittance Fee: | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) |
| (Late Remittance Fee assessed pursuant to Section 78.7.): | | Late Fee must be paid when remitting Makewhole funds. |
| **Balance Due if paid by**   12/31/2013 | **($159,313.30)** | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER   12/31/2013 | ($19.64) | Late Remittance Fee to continue if remains unpaid. |

**Additional Loan Information**

CONFIDENTIAL

LEH-OAK_0000121



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone    (972) 395-4091

Report # 5556

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

**REO Unit**
Confidential - Do not reproduce, copy or forward.

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $217,150 | IsThereHOA?: | N | Improvement : | $4,900 |
| Listing Date: | 05/07/2008 | IsThere2ndHOA?: | N | | |
| **BPO Values:** | | **Latest Approved Offer Info:** | | **PCC Received Date:** | |
| As Is BPO Value: | $219,000 | AMT_OFR: | $246,000.00 | 4/22/2008 | |
| Repaired BPO Value | $229,000 | DT_OFR_ACCPTD: | 05/24/2008 | | |

## Broker Information

| Company and Owner Contact: | Address: | | |
|---|---|---|---|
| SAN DIEGO REALTY INC | PMB #543 374 EAST H ST #A | | |
| KRISTIAN PETER | CHULA VISTA | CA | 91910 |
| (619) 869-4700    FREDDIEMAC@SDREOS.COM | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.

CONFIDENTIAL

LEH-OAK_0000122