# Exhibit H

## LEHMAN BROTHERS BANK FSB

LOAN #: 0032812307

# Purchase Advice

**Borrower:** RAFAEL H GARCIA

Seller Loan number: 0032812307
Commitment number: 816601045
Commitment Effective date: 5/11/2006
Commitment expiration date: 6/12/2006
Product Code: ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Best Efforts
LTV: 80.00
CLTV: 100.00
Loan Interest Rate: 7.5

Good File          NO

1st Payment Due ALS:      8/01/2006
Original Loan Amount:     348,000.00
Interest Only:            Y
Prepayment:        Y    Prepayment Term:      36

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | 348,000.00 | |
| Net ALS Price 102.95580 % | $+ | 358,286.18 | |
| Service Rls. Premium % | $+ | | |
| Interest for 15 @ $ 71.507 per day | | | |
| From: 6/16/2006 To: 7/01/2006 | $- | 1,072.61 | |
| Tax Service Fee | $- | 75.00 | |
| Flood Cert. Fee | $- | | |
| Funding Fee | $- | 175.00 | |
| | $ | | |
| Conduit U/W Fee | $- | 150.00 | |
| | $- | | |
| | $- | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | | |
| Borrower/Seller Paid Buydown | $- | | |

**Total Purchase Amount** ........ $    356,813.57

### WIRE INFORMATION

Wire Code:  UBS AG                      Date of Wire 06/16/2006

Bank Name:      UBS AG
Street Address: 1000 HARBOR BLVD
City, State, Zip: WEEHAWKEN, NJ 07087
ABA No.:        026007993
Account No.:    101WA317928000

Credit Funds to: UBS REAL ESTATE SECURITIES
Street Address:  1285 AVENUE OF THE AMERICAS
City, State, Zip: NEW YORK, NY 10019
Telephone #:

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.50000 | % | 103.20580 | % | 2.25000 | % |
| 50k-ConfLmtA56L-noMI | | % | .6250 | % | | % |
| Stated Doc-noMI | | % | (.3750) | % | | % |
| FICO >=720 arms | | % | .3750 | % | | % |
| ARMIO-CnfAmtw/subfin | | % | (.2500) | % | | % |
| Escrow waiver | | % | (.1250) | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| MISC - Use Comments | | % | (.2500) | % | .5000 | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.500 | % | 102.95580 | % | 2.750 | % |

PURADV1.B.DOC 06/2001

CONFIDENTIAL                                                    LEH-OAK_0000120

# LEHMAN BROTHERS BANK FSB

*40156077*

**LOAN #: 0040156077**

## Purchase Advice

**Borrower:** ARMANDO GUZMAN

| | |
|---|---|
| Seller Loan number: **40156077** | |
| Commitment number: **816601071** | Good File        NO |
| Commitment Effective date: **2/28/2007** | |
| Commitment expiration date: **3/30/2007** | |
| Product Code: **MTG MAKER 5/6 LIBOR 6/2/6 ARM** | |
| Exception Tracking number: | |
| Commitment Type: **Best Efforts** | 1st Payment Due ALS:   **5/01/2007** |
| LTV: **80.00** | Original Loan Amount:   **260,000.00** |
| CLTV: **100.00** | Interest Only:     **Y** |
| Loan Interest Rate:  **6.5** | Prepayment:       **Y**    Prepayment Term:       **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ......................... | $ | **260,000.00** |
| Net ALS Price **101.35130**    % | ......................... | $+ | **263,513.38** |
| Service Rls. Premium         % | ......................... | $+ | |
| Interest for   **(3)**   @   $  **46.301**   per day | | $- | |
| From: **4/04/2007**  To: **4/01/2007** | ......................... | $- | **(138.90)** |
| Tax Service Fee | ......................... | $- | **72.00** |
| Flood Cert. Fee | ......................... | $- | **10.00** |
| Funding Fee | ......................... | $- | **175.00** |
| | ......................... | $ | |
| **Conduit U/W Fee** | ......................... | $- | **150.00** |
| | ......................... | $- | |
| | ......................... | $- | |
| | ......................... | $- | |
| Total Adjusted Escrow/Impounds | ......................... | $- | |
| Borrower/Seller Paid Buydown | ......................... | $- | |
| **Total Purchase Amount** | ......................... | $ | **263,245.28** |

### WIRE INFORMATION

Wire Code:  **CITIBANK**                                        Date of Wire **04/04/2007**

| | |
|---|---|
| Bank Name:    **CITIBANK** | |
| Street Address:  **NA** | |
| City, State, Zip:  **NY, NY 11111** | |
| ABA No.:    **021000089** | |
| Account No.:    **36857444** | |

Credit Funds to:  **FIRST COLLATERAL SERVICES INC**
Street Address:  **1855 GATEWAY BLVD 800**
City, State, Zip:  **CONCORD, CA 94520**
Telephone #:

### PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base: | 6.50000 | % | 102.97630 | % | 2.75000 | % |
| No Doc Mtg Mkr NoMI | | % | (1.1250) | % | | % |
| FICO 680-699 Mtg Mkr | | % | .2500 | % | | % |
| EscrowWaiver Mtg Mkr | | % | (.2500) | % | | % |
| I/O Mtg Mkr ARMs | | % | (.3750) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| TOTAL | 6.500 | % | 101.35130 | % | 2.750 | % |

PURADVI.R.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0033125766

## Purchase Advice

Borrower: RICARDO ZERON
OLIVIA ZERON

Seller Loan number: 0033125766
Commitment number: 816601050
Commitment Effective date: 8/17/2006
Commitment expiration date: 9/01/2006
Product Code: MTG MAKER 5/6 LIBOR 6/2/6 ARM
Exception Tracking No:
Commitment Type: Best Efforts
LTV: 80.00
CLTV: 100.00
Loan Interest Rate: 7.25

Good File            NO

1st Payment Due ALS:    10/01/2006
Original Loan Amount:   249,200.00
Interest Only:          Y
Prepayment:             Y    Prepayment Term:    36

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | 249,200.00 | |
| Net ALS Price 102.91710 | %+ $+ | 256,469.41 | |
| Service Rls. Premium | % $+ | | |
| Interest for (12) @ $ 49.499 per day | | | |
| From: 9/13/2006 To: 9/01/2006 | $- | (593.99) | |
| Tax Service Fee | $- | 75.00 | |
| Flood Cert. Fee | $- | 10.00 | |
| Funding Fee | $- | 175.00 | |
| | $ | | |
| Escrow Transfer | $- | | |
| Conduit U/W Fee | $- | 150.00 | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | 407.83 | |
| Borrower/Seller Paid Buydown | $- | | |
| **Total Purchase Amount** | $ | 256,395.57 | |

### WIRE INFORMATION

Wire Code: CITIBANK                    Date of Wire 09/13/2006

Bank Name:        CITIBANK
Street Address:   NA
City, State, Zip: NY, NY 11111
ABA No.:          021000089
Account No.:      36857444

Credit Funds to: FIRST COLLATERAL SERVICES INC
Street Address:  1855 GATEWAY BLVD 800
City, State, Zip: CONCORD, CA 94520
Telephone #:

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.25000 | % | 103.79210 | % | 2.75000 | % |
| MMkr Purch Special | | % | .2500 | % | | % |
| StdDoc Mtg Mkr | | % | (.5000) | % | | % |
| FICO 620-679 Mtg Mkr | | % | (.1250) | % | | % |
| I/O Mtg Mkr ARMs | | % | (.3750) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.250 | % | 102.91710 | % | 2.750 | % |

PURADVLB.DOC 06/2001

CONFIDENTIAL

LEH-OAK_0000486