Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Shmuel Vasser

*Attorney for Russell Investments
and its Affiliated Entities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Brett Stone, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of eighteen years of age, and reside in Maplewood, New Jersey.

On March 30, 2015, I caused to be served true and correct copies of the *Joinder of Russell Investments and Its Affiliated Entities to Objections to Motion to Allow Disclosure of the Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [Docket No. 49053] through the Court's CM/ECF system upon all registered electronic filers appearing in this case and by sending true and correct copies to the parties listed on the attached Exhibit A.

Dated: March 30, 2015

                                                                          /s/ Brett Stone
                                                                          Brett Stone

20866130

## EXHIBIT A – PARTIES SERVED VIA U.S. MAIL

Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178

Andrew J. Rossman
Diane C. Hutnyan
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010

Andrew D. Velez-Rivera
Andrea B. Schwartz
OFFICE OF THE U.S. TRUSTEE
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10004