# Exhibit H

## Freddie Mac
### Repurchase Loss Statement for Seller/Servicer Repurchases
### Federal Home Loan Mortgage Corporation (Single Family Servicing)

**REO Unit** — Confidential - Do not reproduce, copy or forward

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone  (972) 395-4091

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Report # 5556    Run Date: 01/30/2014

FM Loan # 327849843 - FM Asset # 613310 / Servicer Loan # 0031631328
Seller/Servicer #: 623509
Billing Date: 1/30/2014
Repurchase Issue Date:

**Previous Owner & Property Address**
SANCHEZ, LUIS
2342 CASWELL AVENUE
CERES, CA - 95307

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| ANY | 5.625% | Settlement Date | 3/13/2009 | MI Proceeds date | |
| DDLPI | 12/1/2007 | REO Holding Period (Days) | 183 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 9/11/2008 | Avg Days for holder Payoff | 150 | Days past holder payoff | 318 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 2.75% |
| Proj. Repurchase Due Dt: | 12/31/2013 | | | Net Yield Eff Date for ARMs | 02/27/2006 |

| Components | Calculation Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $84,041.50 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($241,600.00) | |
| Selling Expense | ($7,412.50) | |
| Lost Interest Recorded | ($5,584.93) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($13,930.04) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $1,634.82 | |
| **LOSS** | **($183,951.15)** | |
| **BORROWING EXPENSES ON COSTS:** | | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| Principal Passed to Investor | ($5,788.47) | |
| $241,600.00  2.75%  318 \ 365 | | Interest paid on expenses is averaged over the REO Holding Period |
| Expenses Incurred | ($96.03) | |
| $13,930.04  2.75%  92 \ 365 | | |
| **Total Borrowing Expenses** | **($5,884.50)** | |
| **INVESTMENT INCOME ON PROCEEDS:** | | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| MI Proceeds | $0.00 | |
| $0.00  2.75%  0 \ 365 | | |
| Repurchase Proceeds | $0.00 | |
| $0.00  2.75%  0 \ 365 | | |
| Other Income | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00  2.75%  92 \ 365 | | |
| Other Proceeds/Expenses | $11.27 | |
| $1,634.82  2.75%  92 \ 365 | | |
| **Total Investment Income** | **$11.27** | |
| NET COSTS | ($189,824.38) | Summation of items above. |
| Interest Expense from Settlement: | ($858.11) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT Include Late Remittance Fees) | **($190,682.49)** | |
| Accrued Late Remittance Fee: | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) |
| (Late Remittance Fee assessed pursuant to Section 78.7.): | | Late Fee must be paid when remitting Makewhole funds. |
| Balance Due if paid by  12/31/2013 | ($190,682.49) | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER  12/31/2013 | ($14.37) | Late Remittance Fee to continue if remains unpaid. |

**Additional Loan Information**



## Repurchase Loss Statement for Seller/Servicer Repurchases
### Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com     Phone   (972) 395-4091

**REO Unit** Confidential - Do not reproduce, copy or forward.

Report # 5556

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $82,500 | IsThereHOA?: | N | Improvement: | $23,000 |
| Listing Date: | 03/13/2009 | IsThere2ndHOA?: | N | | |
| **BPO Values:** | | **Latest Approved Offer Info:** | | **PCC Received Date:** | |
| As Is BPO Value: | $69,900 | AMT_OFR: | $87,500.00 | 11/3/2008 | |
| Repaired BPO Value | $79,900 | DT_OFR_ACCPTD: | 02/02/2009 | | |

### Broker Information

| Company and Owner Contact: | Address: | | |
|---|---|---|---|
| REGENCY REAL ESTATE | 2680 N TRACY BLVD #1 | | |
| IRENE GRISELDA WO | TRACY | CA | 95376 |
| (209) 833-7711    IRENE.REGENCY@GMAIL.COM | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.

CONFIDENTIAL                                                                                                        LEH-GBF_0001866

## Repurchase Loss Statement for Seller/Servicer Repurchases
### Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac
We make home possible

REO Unit
Confidential - Do not reproduce, copy or forward

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone  (972) 395-4091

Address:  Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Report # 5556    Run Date: 01/30/2014

FM Loan # 327871199 - FM Asset # 604439 / Servicer Loan # 0032109456
Seller/Servicer #  623509
Billing Date:  1/30/2014
Repurchase Issue Date:

Previous Owner & Property Address
SANDHU, NIRMAL
2309 CIMARRON HILLS DRIVE
MODESTO, CA - 95355

| | | | | | |
|---|---|---|---|---|---|
| ANY | 6.125% | Settlement Date | 12/30/2008 | MI Proceeds date | |
| DDLPI | 11/1/2007 | REO Holding Period (Days) | 159 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 7/24/2008 | Avg Days for holder Payoff | 150 | Days past holder payoff | 275 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 3.50% |
| Proj. Repurchase Due Dt: | 12/31/2013 | Calculation | | Net Yield Eff Date for ARMs | 02/27/2006 |

| Components | | | Gain/Loss | Explanation |
|---|---|---|---|---|
| Sales Price | | | $226,758.50 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | | | ($345,600.00) | |
| Selling Expense | | | ($18,467.50) | |
| Lost Interest Recorded | | | ($8,699.18) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | | | |
| Total Expenses: | | | ($17,788.57) | |
| General & Administrative | | | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | | | $0.00 | |
| **PROCEEDS/INCOME:** | | | | |
| Mortgage Insurance Proceeds | | | $0.00 | |
| Repurchase Proceeds | | | $0.00 | |
| Other Income | | | $0.00 | |
| Other Proceeds/(Expense) | | | $106.85 | |
| **LOSS** | | | **($164,789.90)** | |
| **BORROWING EXPENSES ON COSTS:** | | | | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| Principal Passed to Investor | | | ($9,113.42) | |
| $345,600.00 | 3.50% | 275 \ 365 | | |
| Expenses Incurred | | | ($135.61) | Interest paid on expenses is averaged over the REO Holding Period |
| $17,788.57 | 3.50% | 80 \ 365 | | |
| **Total Borrowing Expenses** | | | **($9,249.03)** | |
| **INVESTMENT INCOME ON PROCEEDS:** | | | | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| MI Proceeds | | | $0.00 | |
| $0.00 | 3.50% | 0 \ 365 | | |
| Repurchase Proceeds | | | $0.00 | |
| $0.00 | 3.50% | 0 \ 365 | | |
| Other Income | | | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00 | 3.50% | 80 \ 365 | | |
| Other Proceeds/Expenses | | | $0.81 | |
| $106.85 | 3.50% | 80 \ 365 | | |
| **Total Investment Income** | | | **$0.81** | |
| NET COSTS | | | ($174,038.12) | Summation of items above. |
| Interest Expense from Settlement: | | | ($1,001.32) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | | | **($175,039.43)** | |
| Accrued Late Remittance Fee: (Late Remittance Fee assessed pursuant to Section 78.7.): | | | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*)
Late Fee must be paid when remitting Makewhole funds. |
| Balance Due if paid by | | 12/31/2013 | ($175,039.43) | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER | | 12/31/2013 | ($16.78) | Late Remittance Fee to continue if remains unpaid. |

**Additional Loan Information**

CONFIDENTIAL    LEH-GBF_0001971



## Repurchase Loss Statement for Seller/Servicer Repurchases
### Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone   (972) 395-4091

REO Unit
Confidential - Do not reproduce, copy or forward.

Report # 5556

Address:  Freddie Mac
P. O. Box 730453
Dallas, TX  75373-0453

Run Date: 01/30/2014

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $234,900 | IsThereHOA?: | N | Improvement : | $0 |
| Listing Date: | 11/13/2008 | IsThere2ndHOA?: | N | | |
| BPO Values: | | Latest Approved Offer Info: | | PCC Received Date: | |
| As Is BPO Value: | $237,900 | AMT_OFR: $234,900.00 | | 8/15/2008 | |
| Repaired BPO Value | $237,900 | DT_OFR_ACCPTD: | 11/20/2008 | | |

### Broker Information

| Company and Owner Contact: | | Address: | | |
|---|---|---|---|---|
| MATEL RLTRS | | 1562 TULLY RD | | |
| JOHN ANTHONY MYRT | | MODESTO | CA | 95350 |
| (209) 576-2835 | JMYRTAKIS@MATELPROP.COM | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information.  If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.

**Freddie Mac**
We make home possible®

REO Unit
Confidential - Do not
reproduce, copy or forward.

# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone    (972) 395-4091

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Report # 5556

Run Date: 01/30/2014

FM Loan # 327837543 - FM Asset # 678066 / Servicer Loan # 0032215196
Seller/Servicer #: 623509
Billing Date: 1/30/2014
Repurchase Issue Date: 3/16/2009

Previous Owner & Property Address
TOLENTINO, LORETO
44622 TARRAGON DRIVE
LANCASTER, CA - 93536

| | | | | | |
|---|---|---|---|---|---|
| ANY | 6.750% | Settlement Date | 3/10/2010 | MI Proceeds date | |
| DDLPI | 3/1/2008 | REO Holding Period (Days) | 209 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 8/13/2009 | Avg Days for holder Payoff | 150 | Days past holder payoff | 589 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 2.75% |
| Proj. Repurchase Due Dt: | 12/31/2013 | Calculation | | Net Yield Eff Date for ARMs | 02/27/2006 |

| Components | Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $121,432.00 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($249,851.46) | |
| Selling Expense | ($8,464.00) | |
| Lost Interest Recorded | ($6,930.81) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($21,511.60) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $2,622.71 | |
| **LOSS** | **($163,803.16)** | |
| **BORROWING EXPENSES ON COSTS:** | | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| Principal Passed to Investor | ($11,087.59) | |
| $249,851.46   2.75%   589 \ 365 | | Interest paid on expenses is averaged over the REO Holding Period |
| Expenses Incurred | ($169.37) | |
| $21,511.60   2.75%   105 \ 365 | | |
| **Total Borrowing Expenses** | **($11,256.96)** | |
| **INVESTMENT INCOME ON PROCEEDS:** | | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| MI Proceeds | $0.00 | |
| $0.00   2.75%   0 \ 365 | | |
| Repurchase Proceeds | $0.00 | |
| $0.00   2.75%   0 \ 365 | | |
| Other Income | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00   2.75%   105 \ 365 | | |
| Other Proceeds/Expenses | $20.65 | |
| $2,622.71   2.75%   105 \ 365 | | |
| **Total Investment Income** | **$20.65** | |
| **NET COSTS** | **($175,039.47)** | Summation of items above. |
| Interest Expense from Settlement: | ($791.27) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | **($175,830.74)** | |
| Accrued Late Remittance Fee: (Late Remittance Fee assessed pursuant to Section 78.7.): | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) **Late Fee must be paid when remitting Makewhole funds.** |
| **Balance Due if paid by** | 12/31/2013 | **($175,830.74)** | Remit this Amount if it is Negative |
| **PER DIEM IF PAID AFTER** | 12/31/2013 | ($13.25) | Late Remittance Fee to continue if remains unpaid. |

Additional Loan Information

CONFIDENTIAL

LEH-GBF_0002116



## Repurchase Loss Statement for Seller/Servicer Repurchases
### Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com   Phone   (972) 395-4091

Address: Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Report #  5556

Run Date: 01/30/2014

**REO Unit**
Confidential - Do not reproduce, copy or forward.

| Listing Information: | | HOA information: | | Improvements: | |
|---|---|---|---|---|---|
| Current List Price: | $124,900 | IsThereHOA?: | N | Improvement : | $5,100 |
| Listing Date: | 02/05/2010 | IsThere2ndHOA?: | N | | |
| BPO Values: | | Latest Approved Offer Info: | | PCC Received Date: | |
| As Is BPO Value: | $140,900 | AMT_OFR: | $126,900.00 | 10/1/2009 | |
| Repaired BPO Value | $150,000 | DT_OFR_ACCPTD: | 01/20/2010 | | |

### Broker Information

| Company and Owner Contact: | Address: | | |
|---|---|---|---|
| DEL SOL REALTY INC | 662 N MACLAY AVE | | |
| JOSEPHINA FAJARDO | SAN FERNANDO | CA | 91340 |
| (818) 361-5599    JOSIE@DELSOLREALTY.COM | | | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.

CONFIDENTIAL

LEH-GBF_0002117