# Exhibit I

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0032109456**

## Purchase Advice

**Borrower:** NIRMAL SANDHU

Seller Loan number: 80830443
Commitment number: 787204076
Commitment Effective date: 12/09/2005
Commitment expiration date: 12/26/2005
Product Code: ALT-A 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Mandatory
LTV: 80.00
CLTV: 100.00
Loan Interest Rate: 6.375

| | | | |
|---|---|---|---|
| 1st Payment Due ALS: | 3/01/2006 | | |
| Original Loan Amount: | 345,600.00 | | |
| Interest Only: | Y | | |
| Prepayment: | Y | Prepayment Term: | 4 |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ................................. | $ | 345,600.00 |
| Net ALS Price 101.11800 | % ................................. | $+ | 349,463.81 |
| Service Rls. Premium | % ................................. | $+ | |
| Interest for 12 @ $ 60.362 per day | | | |
| From: 1/20/2006 | To: 2/01/2006 | $- | 724.34 |
| Tax Service Fee | ................................. | $- | 75.00 |
| Flood Cert. Fee | ................................. | $- | |
| Funding Fee | ................................. | $- | 75.00 |
| | ................................. | $ | |
| | ................................. | $- | |
| | ................................. | $- | |
| | ................................. | $- | |
| | ................................. | $- | |
| Total Adjusted Escrow/Impounds | ................................. | $- | |
| Borrower/Seller Paid Buydown | ................................. | $- | |
| **Total Purchase Amount** | ................................. | $ | **348,589.47** |

### WIRE INFORMATION

Wire Code: **GATEWAY BANK, FSB**                    Date of Wire 01/20/2006

| | |
|---|---|
| Bank Name: | GATEWAY BANK, FSB |
| Street Address: | 919 CLEMENT ST |
| City, State, Zip: | SAN FRANCISCO, CA 94118 |
| ABA No.: | 321071161 |
| Account No.: | NA |

| | |
|---|---|
| Credit Funds to: | GATEWAY BANK, FSB |
| Street Address: | 919 CLEMENT ST |
| City, State, Zip: | SAN FRANCISCO, CA 94118 |
| Telephone #: | 415-831-1288 |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 6.37500 | % | 101.24300 | % | 2.25000 | % |
| Extension Fee | ................. | % | (.1250) | % | | % |
| 50K-ConfLmt A56L | ................. | % | .6250 | % | | % |
| Stated Doc | ................. | % | (.3750) | % | | % |
| FICO > 720 | ................. | % | .3750 | % | | % |
| ARM IO-CnfAmtCLTV>90 | ................. | % | (.2500) | % | | % |
| Escrow waiver | ................. | % | (.1250) | % | | % |
| 10yr I/O ARM | ................. | % | (.2500) | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| | ................. | % | | % | | % |
| **TOTAL** | 6.375 | % | 101.11800 | % | 2.250 | % |

PURADVI.B.DOC 06/2001

CONFIDENTIAL                                                      LEH-GBF_0001969

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0030544787**

## Purchase Advice

Borrower: RENE W VILLEDA

Seller Loan number: 80-824485
Commitment number: 787203890
Commitment Effective date: 4/05/2005
Commitment expiration date: 4/20/2005
Product Code: ALT-A 3/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: Mandatory
LTV: 71.93
CLTV: 89.99
Loan Interest Rate: 5.5

1st Payment Due ALS: 6/01/2005
Original Loan Amount: 359,650.00
Interest Only: Y
Prepayment: Y    Prepayment Term: 4

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 359,650.00 |
| Net ALS Price 101.43250 % | $+ | 364,801.99 |
| Service Rls. Premium % | $+ | |
| Interest for 13 @ $ 54.194 per day | | |
| From: 4/18/2005 To: 5/01/2005 | $- | 704.52 |
| Tax Service Fee | $- | 75.00 |
| Flood Cert. Fee | $- | |
| Funding Fee | $- | |
| | $- | |
| | $- | |
| | $- | |
| | $- | |
| | $- | |
| | $- | |
| Total Adjusted Escrow/Impounds | $- | 2,349.00 |
| Borrower/Seller Paid Buydown | $- | |
| **Total Purchase Amount** | $ | 361,673.47 |

### WIRE INFORMATION

Wire Code: GATEWAY BANK, FSB    Date of Wire 04/18/2005

Bank Name: GATEWAY BANK, FSB
Street Address: 919 CLEMENT ST
City, State, Zip: SAN FRANCISCO, CA 94118
ABA No.: 321071161
Account No.: NA

Credit Funds to: GATEWAY BANK, FSB
Street Address: 919 CLEMENT ST
City, State, Zip: SAN FRANCISCO, CA 94118
Telephone #: 415-831-1288

### PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base: | 5.50000 | % | 101.18250 | % | 2.25000 | % |
| LA 50K-359650 A36L | | % | .3750 | % | | % |
| Limited doc | | % | (.2500) | % | | % |
| FICO > 720 | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.2500) | % | | % |
| **TOTAL** | 5.500 | % | 101.43250 | % | 2.250 | % |

PURADVLB.DOC 06/2001

CONFIDENTIAL    LEH-GBF_0002224

# LEHMAN BROTHERS BANK FSB

LOAN #: 0032215196

## Purchase Advice

**Borrower:** LORETO P TOLENTINO

Seller Loan number: 80-830728
Commitment number: 787204088
Commitment Effective date: 12/28/2005
Commitment expiration date: 1/12/2006
Product Code: **ALT-A 5/6 LIBOR 6/2/6 ARM**
Exception Tracking number:
Commitment Type: **Mandatory**
LTV: **80.00**
CLTV: **80.00**
Loan Interest Rate: **7**

1st Payment Due ALS: **2/01/2006**
Original Loan Amount: **256,000.00**
Interest Only: **N**
Prepayment: **Y**    Prepayment Term: **4**

| | | | | |
|---|---|---|---|---|
| Unpaid Principal Balance | | $ | **256,000.00** | |
| Net ALS Price | **101.32600** % | $+ | **259,394.56** | |
| Service Rls. Premium | % | $+ | | |
| Interest for **(11)** @ $ **49.096** per day | | | | |
| From: **1/12/2006** To: **1/01/2006** | | $- | **(540.06)** | |
| Tax Service Fee | | $- | **75.00** | |
| Flood Cert. Fee | | $- | | |
| Funding Fee | | $ | | |
| | | $- | | |
| | | $- | | |
| | | $- | | |
| | | $- | | |
| | | $ | | |
| Total Adjusted Escrow/Impounds | | $- | | |
| Borrower/Seller Paid Buydown | | $- | | |

**Total Purchase Amount** ......................................  $   **259,859.62**

### WIRE INFORMATION

Wire Code: **GATEWAY BANK, FSB**                    Date of Wire: **01/12/2006**

Bank Name:        **GATEWAY BANK, FSB**
Street Address:   **919 CLEMENT ST**
City, State, Zip: **SAN FRANCISCO, CA 94118**
ABA No.:          **321071161**
Account No.:      **NA**

Credit Funds to:  **GATEWAY BANK, FSB**
Street Address:   **919 CLEMENT ST**
City, State, Zip: **SAN FRANCISCO, CA 94118**
Telephone #:      **415-831-1288**

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.00000 | % | 102.32600 | % | 2.25000 | % |
| 50K-ConfLmt A56L | | % | .6250 | % | | % |
| Non-Owner | | % | (1.5000) | % | | % |
| Stated Doc | | % | (.3750) | % | | % |
| FICO > 720 | | % | .3750 | % | | % |
| Escrow waiver | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.000 | % | 101.32600 | % | 2.250 | % |

PURADVI.R.DOC   2001