UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>**LEHMAN BROTHERS HOLDING, INC.,**<br><br>Debtors, | Bankruptcy Case No. 08-13555 (SCC)<br><br>Chapter 11<br><br>**AFFIDAVIT OF SERVICE<br>BY FIRST CLASS MAIL** |

STATE OF NEW YORK)
COUNTY OF NEW YORK)

   EVANS PRIESTON, being duly sworn deposes and says:

   That I am over 18 years of age, not a party to this action, and reside in New York, New York.

   That on March 30, 2015, I served a true copy of a **Notice of GATEWAY BANK FSB's Motion to Vacate, GATEWAY BANK FSB's Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, GATEWAY BANK FSB Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support,** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of California.

Mailed to:  The Chambers of the Honorable
       Shelley C. Chapman
       One Bowling Green
       Courtroom 623
       New York, New York 1004

       Weil Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153
       Attn: Richard P. Krasnow, Esq.
          Lori R. Fife, Esq.
          Shi Y. Waisman, Esq.
          Jacqueline Marcus, Esq.

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzbert, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Even R. Fleck, Esq.

Wollmuth Maher & Deautsche LLP
500 Fifth Avenue
New York, New York 10110
Attn:   James Lawlor, Esq.
        Adam Bialek, Esq.

AND

  That on March 30, 2015, I served a true copy of a **Notice of GATEWAY BANK FSB's Motion to Vacate, GATEWAY BANK FSB's Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, GATEWAY BANK FSB Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support with Exhibits** in the above captioned action **via electronic mail in portable document format (PDF)** upon all person on the attached Master Service List.

               _____/s/ Evans Prieston_____
                  EVANS PRIESTON