# Exhibit H

| | |
|---|---:|
| Run Date | 1/7/2014 |
| Date of Notice | 1/7/2014 |
| REO_ID | A1213Q2 |
| Effective Date | 1/31/2013 |
| Loan Status | 70 |
| Loan Status Description | Liquidated-Held for Sale |
| Loan Number | 1703554175 |
| Mortgage Insurance Code | |
| Last Paid Installment Date | 5/1/2010 |
| Days Accrued | 794 |
| Status Code Description | Disposed |
| Disposition Type Code Desc | Direct Sale |
| Workout Type Code Desc | |
| Days since Disposition/Workout | 341 |
| Mortgage Note Rate | 7.125 |
| Lien Type Code Description | First Lien |
| Sold Date | 1/30/2013 |
| Days since Sold | 342 |
| Sales Price | $330,000.00 |
| Pass-Thru_Rate | 6.875 |
| Date Liquidated (Foreclosed) | 7/3/2012 |
| Days from Liquidation Date to Notice Date | 553 |
| Remittance Type | 1-Actual/Actual |
| Imputed Interest Rate | 5.2 % |
| Special Feature Code 116 | |
| Receivable Type | Conv REO (43) |
| Repurchase/Makewhole Proceeds Date | |
| Repurchase/Makewhole Proceeds | |
| Unpaid Principal Balance | $346,945.70 |
| Delinquent Interest | $47,642.64 |
| Attorney Fees | $1,300.00 |
| Taxes | $20,689.23 |
| Other Liquidations | $12,637.23 |
| Expense Credits | ($14,852.13) |
| Asset Management Fee | $0.00 |
| Other Disposition Costs | $1,314.00 |
| Repairs | $7,976.12 |
| MI Proceeds | $0.00 |
| Sales Proceeds | ($302,842.80) |
| Other Proceeds | $0.00 |
| Participation Receipts | $0.00 |
| Net Rental Income | $0.00 |
| Net Gain Loss | $120,809.99 |
| Imputed Interest | $9,517.84 |
| Makewhole Amount | $130,327.83 |
| Per Diem | $17.21 |

Loss Statement Expiration: 02/06/2014

*Prior to remittance of funds please obtain an updated Loss Statement*
*Imputed Interest and/or Per Diem must be included when calculating the total Loss due to Fannie Mae.*

*This statement may not include all costs and expenses incurred by Fannie Mae.*
*Fannie Mae reserves the right to update this statement if additional costs or expenses are identified.*

*The financial activity reflected on this statement is incurred activity through the date of notice.*
*REO properties include imputed interest through date of notice.*
*Additional expense/receipt activity can continue to be incurred on the stated property and may not be reflected on the statement as of the date of notice.*



# Repurchase Loss Statement for Seller/Servicer Repurchases
## Federal Home Loan Mortgage Corporation (Single Family Servicing)

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone (972) 395-4091

Report # 5556    Address: Freddie Mac  
P. O. Box 730453  
Dallas, TX 75373-0453

Run Date: 01/30/2014

FM Loan # 327837543 - FM Asset # 678066 / Servicer Loan # 0032215196

| | | Previous Owner & Property Address |
|---|---|---|
| Seller/Servicer # | 623509 | TOLENTINO, LORETO |
| Billing Date: | 1/30/2014 | 44622 TARRAGON DRIVE |
| Repurchase Issue Date: | 3/16/2009 | LANCASTER, CA - 93536 |

| | | | | | |
|---|---|---|---|---|---|
| ANY | 6.750% | Settlement Date | 3/10/2010 | MI Proceeds date | |
| DDLPI | 3/1/2008 | REO Holding Period (Days) | 209 | Days MI Proceeds held | 0 |
| Foreclosure Sale Date | 8/13/2009 | Avg Days for holder Payoff | 150 | Days past holder payoff | 589 |
| Participation Percentage | 100 | | | Short term cost of funds rate | 2.75% |
| Proj. Repurchase Due Dt: | 12/31/2013 | | | Net Yield Eff Date for ARMs | 02/27/2006 |

| Components | Calculation Gain/Loss | Explanation |
|---|---|---|
| Sales Price | $121,432.00 | Sales Proceeds received at the disposition of the property |
| Unpaid Principle Balance | ($249,851.46) | |
| Selling Expense | ($8,464.00) | |
| Lost Interest Recorded | ($6,930.81) | Accrued interest paid by Freddie Mac on the security at the accounting net yield rate from DDLPI through the average date of Security payoff. |
| **EXPENSES INCURRED:** | | |
| Total Expenses: | ($21,511.60) | |
| General & Administrative | ($1,100.00) | G&A expense incurred by Freddie Mac in an effort to dispose of the property. |
| Deed Preparation | $0.00 | |
| **PROCEEDS/INCOME:** | | |
| Mortgage Insurance Proceeds | $0.00 | |
| Repurchase Proceeds | $0.00 | |
| Other Income | $0.00 | |
| Other Proceeds/(Expense) | $2,622.71 | |
| **LOSS** | **($163,803.16)** | |

| BORROWING EXPENSES ON COSTS: | | | | | |
|---|---|---|---|---|---|
| Principal Passed to Investor | | | | ($11,087.59) | Interest paid by Freddie Mac at prime minus 1/2% (Freddie Mac's cost of funds rate) on borrowing funds used to pay obligations. |
| $249,851.46 | 2.75% | 589 \ 365 | | | |
| Expenses Incurred | | | | ($169.37) | Interest paid on expenses is averaged over the REO Holding Period |
| $21,511.60 | 2.75% | 105 \ 365 | | | |
| **Total Borrowing Expenses** | | | | **($11,256.95)** | |

| INVESTMENT INCOME ON PROCEEDS: | | | | | |
|---|---|---|---|---|---|
| MI Proceeds | | | | $0.00 | Interest at Freddie Mac's cost of funds rate on funds received by Freddie Mac that will be netted against Servicer's repurchase obligation. |
| $0.00 | 2.75% | 0 \ 365 | | | |
| Repurchase Proceeds | | | | $0.00 | |
| $0.00 | 2.75% | 0 \ 365 | | | |
| Other Income | | | | $0.00 | Interest is accrued on MI proceeds beginning the date received, whereas Other income and Other proceeds are averaged over the REO Holding Period. |
| $0.00 | 2.75% | 105 \ 365 | | | |
| Other Proceeds/Expenses | | | | $20.65 | |
| $2,622.71 | 2.75% | 105 \ 365 | | | |
| **Total Investment Income** | | | | **$20.65** | |

| | | |
|---|---|---|
| NET COSTS | ($175,039.47) | Summation of items above. |
| Interest Expense from Settlement: | ($791.27) | Accrued Interest expense on Net Costs from Settlement to Repurchase/Makewhole Due Date |
| **ESTIMATE AMOUNT DUE FROM SERVICER** (Amount Due does NOT include Late Remittance Fees) | **($175,830.74)** | |

| | | |
|---|---|---|
| Accrued Late Remittance Fee: | | Outstanding Late Remittance Fee on past due repurchase demand from Due Date to Settlement. (*) |
| (Late Remittance Fee assessed pursuant to Section 78.7.): | | **Late Fee must be paid when remitting Makewhole funds.** |
| Balance Due if paid by    12/31/2013 | ($175,830.74) | Remit this Amount if it is Negative |
| PER DIEM IF PAID AFTER    12/31/2013 | ($13.25) | Late Remittance Fee to continue if remains unpaid. |

**Additional Loan Information**

CONFIDENTIAL

LEH-GBF_0002116



| | **Repurchase Loss Statement for Seller/Servicer Repurchases** |
|---|---|
| Freddie Mac — We make home possible® | **Federal Home Loan Mortgage Corporation (Single Family Servicing)** |

Freddie Mac Repurchase Contact: reo_repurchase_calculations@freddiemac.com    Phone  (972) 395-4091

REO Unit
Confidential - Do not reproduce, copy or forward.

Report #  5556

Address:  Freddie Mac
P. O. Box 730453
Dallas, TX 75373-0453

Run Date: 01/30/2014

**Listing Information:**
Current List Price:  $124,900
Listing Date:  02/05/2010

**BPO Values:**
As Is BPO Value:  $140,900
Repaired BPO Value  $150,000

**HOA information:**
IsThereHOA?:  N
IsThere2ndHOA?:  N

**Latest Approved Offer Info:**
AMT_OFR:  $126,900.00
DT_OFR_ACCPTD:  01/20/2010

**Improvements:**
Improvement :  $5,100

**PCC Received Date:**
10/1/2009

### Broker Information

| Company and Owner Contact: | Address: |
|---|---|
| DEL SOL REALTY INC | 662 N MACLAY AVE |
| JOSEPHINA FAJARDO | SAN FERNANDO    CA    91340 |
| (818) 361-5599    JOSIE@DELSOLREALTY.COM | |

The information transmitted in this document is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this document, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.

CONFIDENTIAL

LEH-GBF_0002117