# Exhibit I

# LEHMAN BROTHERS BANK FSB

40726267

**LOAN #: 0040726267**

## Purchase Advice

**Borrower:**  PERRY CAMP

| | | |
|---|---|---|
| Seller Loan number **444070600** | | |
| Commitment number **2198401232** | Good File | **NO** |
| Commitment Effective date **6/01/2007** | | |
| Commitment expiration date **7/02/2007** | | |
| Product Code **ALT-A 5/6 LIBOR 6/2/6 ARM** | | |
| Exception Tracking number | | |
| Commitment Type **Best Efforts** | 1st Payment Due ALS | **8/01/2007** |
| LTV **100.00** | Original Loan Amount | **390,000.00** |
| CLTV **100.00** | Interest Only | **Y** |
| Loan Interest Rate **8.95** | Prepayment **Y** | Prepayment Term **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | **390,000.00** | |
| Net ALS Price **101.43300** % | $+ | **395,588.70** | |
| Service Rls Premium % | $+ | | |
| Interest for **(5)** @ $ **95.630** per day | | | |
| From **7/06/2007** To **7/01/2007** | $- | **(478.15)** | |
| Tax Service Fee | $- | **72.00** | |
| Flood Cert Fee | $- | | |
| Funding Fee | $- | **125.00** | |
| | $ | | |
| | $- | | |
| | $- | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | **687.72** | |
| Borrower/Seller Paid Buydown | $- | | |
| **Total Purchase Amount** ..................... | $ | **395,182.13** | |

### WIRE INFORMATION

Wire Code  **AMERICAN BANK**                          Date of Wire **07/06/2007**

| | |
|---|---|
| Bank Name | **AMERICAN BANK** |
| Street Address | **12211 PLUM ORCHARD DR** |
| City, State, Zip | **SILVER SPRINGS, MD 20904** |
| ABA No | **255073251** |
| Account No | **NA** |

| | |
|---|---|
| Credit Funds to | **AMERICAN BANK** |
| Street Address | **12211 PLUM ORCHARD DR** |
| City, State, Zip | **SILVER SPRING, MD 20904** |
| Telephone # | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.00000 | % | 102.30800 | % | 2.25000 | % |
| CnfLmt Bal A5xL-noMI | | % | .3750 | % | | % |
| 10yr I/O ARM | | % | (.1250) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| Alt FICO700-719-noMI | .6500 | % | | % | | % |
| Alt-A NoRatio noMI | 1.1000 | % | (.7500) | % | | % |
| A5xL noMI | .2000 | % | | % | | % |
| A51L/A56L 3YR SPP | | % | (.2500) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 8.950 | % | 101.43300 | % | 2.250 | % |

PURADVI.B DOC 06/2001

CONFIDENTIAL

LEH-AB_0000020

## LEHMAN BROTHERS BANK FSB

*40216384*

LOAN #: 0040216384

# Purchase Advice

**Borrower:** RASHEDA CAMPBELL
TERRELL CAMPBELL

Seller Loan number: 3700702006
Commitment number: 2198401072                    Good File        YES
Commitment Effective date: 2/26/2007
Commitment expiration date: 3/28/2007
Product Code: MTG MAKER 5/6 LIBOR 6/2/6 ARM
Exception Tracking number:
Commitment Type: **Best Efforts**                 1ˢᵗ Payment Due ALS:    5/01/2007
LTV: 80.00                                        Original Loan Amount:   348,000.00
CLTV: 100.00                                      Interest Only:        Y
Loan Interest Rate: 7.125                         Prepayment:           N    Prepayment Term:
Unpaid Principal Balance ................ $        348,000.00
Net ALS Price 102.08930    % ............ $⁺       355,270.76
Service Rls. Premium        % ............ $⁺
Interest for    13    @   $  67.932  per day
    From: 3/19/2007  To: 4/01/2007     $⁻          883.12
Tax Service Fee ........................ $⁻         72.00
Flood Cert. Fee ........................ $⁻
Funding Fee ............................ $⁻        125.00
                     ................... $
                     ................... $⁻
                     ................... $⁻
                     ................... $⁻
                     ................... $⁻
Total Adjusted Escrow/Impounds ......... $⁻
Borrower/Seller Paid Buydown ........... $⁻

        **Total Purchase Amount** .............. $    354,190.64

## WIRE INFORMATION

Wire Code:  **AMERICAN BANK**                          Date of Wire 03/19/2007

Bank Name:       **AMERICAN BANK**
Street Address:  **12211 PLUM ORCHARD DR**
City, State, Zip: **SILVER SPRINGS, MD 20904**
ABA No.:         **255073251**
Account No.:     **NA**

Credit Funds to: **AMERICAN BANK**
Street Address:  **12211 PLUM ORCHARD DR**
City, State, Zip: **SILVER SPRING, MD 20904**
Telephone #:

### PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base: | 7.12500 | % | 103.08930 | % | 2.75000 | % |
| **MMkr Purch Special** | | % | .2500 | % | | % |
| **MM FICO 620-679 NoMI** | | % | (.1250) | % | | % |
| **G25L SubFin Fico<660** | | % | (.3750) | % | | % |
| **EscrowWaiver Mtg Mkr** | | % | (.2500) | % | | % |
| **I/O Mtg Mkr ARMs** | | % | (.3750) | % | | % |
| **Best Efforts** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.125 | % | 102.08930 | % | 2.750 | % |

PURADVI.R.DOC 06/2001

CONFIDENTIAL                                            LEH-AB_0000134

## LEHMAN BROTHERS BANK FSB

40772873

LOAN #: 0040772873

# Purchase Advice

**Borrower:**  ASHLEIGH HAFER

| | |
|---|---|
| Seller Loan number: 4440706026 | |
| Commitment number: 198401246 | Good File        YES |
| Commitment Effective date: 6/21/2007 | |
| Commitment expiration date: 8/06/2007 | |
| Product Code:  MTG MAKER 5/6 LIBOR 6/2/6 ARM | |
| Exception Tracking number: | |
| Commitment Type:  Best Efforts | 1st Payment Due ALS:      9/01/2007 |
| LTV: 100.00 | Original Loan Amount:    274,000.00 |
| CLTV: 100.00 | Interest Only:       Y |
| Loan Interest Rate:   8.65 | Prepayment:        Y    Prepayment Term:        12 |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ............................ | $ | 274,000.00 |
| Net ALS Price 100.97410 | % .......................... | $+ | 276,669.03 |
| Service Rls. Premium | % .......................... | $+ | |
| Interest for      9     @    $  64.934    per day | | | |
| From: 7/23/2007     To: 8/01/2007 | | $- | 584.41 |
| Tax Service Fee | ............................ | $- | 72.00 |
| Flood Cert. Fee | ............................ | $- | |
| Funding Fee | ............................ | $- | 125.00 |
| | ............................ | $ | |
| | ............................ | $- | |
| | ............................ | $- | |
| | ............................ | $- | |
| | ............................ | $- | |
| | ............................ | $- | |
| Total Adjusted Escrow/Impounds | ............................ | $- | 1,056.46 |
| Borrower/Seller Paid Buydown | ............................ | $- | |
| **Total Purchase Amount** | ........................................ | $ | 274,831.16 |

## WIRE INFORMATION

Wire Code:   AMERICAN BANK                              Date of Wire 07/23/2007

| | |
|---|---|
| Bank Name: | AMERICAN BANK |
| Street Address: | 12211 PLUM ORCHARD DR |
| City, State, Zip: | SILVER SPRINGS, MD 20904 |
| ABA No.: | 255073251 |
| Account No.: | NA |

| | |
|---|---|
| Credit Funds to: | AMERICAN BANK |
| Street Address: | 12211 PLUM ORCHARD DR |
| City, State, Zip: | SILVER SPRING, MD 20904 |
| Telephone #: | |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.35000 | % | 101.59910 | % | 2.75000 | % |
| FICO>=700 G25L only | | % | .2500 | % | | % |
| I/O Mtg Mkr ARMs | | % | (.3750) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| MM HLMM Fico 700-719 | .5500 | % | | % | | % |
| MM HLMM StdDoc F>680 | .4000 | % | (.7500) | % | | % |
| MM HLMM G25L F>=680 | .3500 | % | | % | | % |
| G25L 1yr Hard PP | | % | .3750 | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 8.650 | % | 100.97410 | % | 2.750 | % |

PURADVI.B.DOC 06/2001

CONFIDENTIAL                                                                                    LEH-AB_0000246

LEHMAN BROTHERS BANK FSB

*337779794*

LOAN #: 0033779794

# Purchase Advice

**Borrower:** CHRISTIAN JOYNES

| | | | | |
|---|---|---|---|---|
| Seller Loan number | 5600612001 | | | |
| Commitment number | 2198401023 | | Good File | NO |
| Commitment Effective date | 1/03/2007 | | | |
| Commitment expiration date | 2/19/2007 | | | |
| Product Code | MTG MAKER 30 YEAR FIXED | | | |
| Exception Tracking number | | | | |
| Commitment Type | Best Efforts | | 1ˢᵗ Payment Due ALS | 3/01/2007 |

Commitment Type  **Best Efforts**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| LTV | 95.00 | | Original Loan Amount | 97,850.00 | |
| CLTV | 95.00 | | Interest Only | N | |
| Loan Interest Rate | 8.75 | | Prepayment | Y | Prepayment Term | 36 |

| | | | | |
|---|---|---|---|---|
| Unpaid Principal Balance | | $ | 97,850.00 | |
| Net ALS Price | 103.14670 | % | $+ | 100,929.05 |
| Service Rls Premium | | % | $+ | |
| Interest for 7 @ $ 23.457 per day | | | | |
| From 1/25/2007 To 2/01/2007 | | $- | 164.20 | |
| Tax Service Fee | | $- | 72.00 | |
| Flood Cert Fee | | $- | | |
| Funding Fee | | $- | 125.00 | |
| | | $ | | |
| | | $- | | |
| | | $- | | |
| | | $- | | |
| | | $- | | |
| Total Adjusted Escrow/Impounds | | $- | 171.54 | |
| Borrower/Seller Paid Buydown | | $- | | |

**Total Purchase Amount** ..................................... $    100,396.31

## WIRE INFORMATION

Wire Code  **AMERICAN BANK**                                    Date of Wire 01/25/2007

| | |
|---|---|
| Bank Name | AMERICAN BANK |
| Street Address | 1700 ROCKVILLE PIKE |
| City, State, Zip | SILVER SPRINGS, MD 20904 |
| ABA No | 255073251 |
| Account No | NA |

| | |
|---|---|
| Credit Funds to | AMERICAN BANK |
| Street Address | 12211 PLUM ORCHARD DR |
| City, State, Zip | SILVER SPRING, MD 20904 |
| Telephone # | |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 8.00000 | % | 104.89670 | % | | % |
| Non-Owner Mtg Mkr | | % | (1.6250) | % | | % |
| StdDoc NoMi MrtgMkr | | % | (.5000) | % | | % |
| FICO>=700 MM | | % | .5000 | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| MM HLNM NOO F>=680 | .3500 | % | | % | | % |
| MM HLNM Fico=720 | .2500 | % | | % | | % |
| MM HLNM StdDoc F>680 | .1500 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 8.750 | % | 103.14670 | % | | % |

PUR ADVI B.DOC 06/2001

LEHMAN BROTHERS BANK FSB

40890964

LOAN #: 0040890964

## Purchase Advice

**KARL PAUL MOONEY, JR**
Borrower:

| | |
|---|---|
| Seller Loan number: **4500710011** | |
| Commitment number: **2198401326** | Good File    NO |
| Commitment Effective date: **10/10/2007** | |
| Commitment expiration date: **11/26/2007** | |
| Product Code: **ALT-A 30 YEAR FIXED** | |
| Exception Tracking number: | |
| Commitment Type: **Best Efforts** | 1st Payment Due ALS:    **1/01/2008** |
| LTV: **75.00** | Original Loan Amount:    **175,500.00** |
| CLTV: **75.00** | Interest Only:    **N** |
| Loan Interest Rate:    **7.75** | Prepayment:    **N**    Prepayment Term: |

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | **175,376.14** |
| Net ALS Price **101.74900**    % | $+ | **178,443.47** |
| Service Rls. Premium    % | $+ | |
| Interest for    **10**    @    $    **37.237**    per day | | |
| From: **11/21/2007**    To: **12/01/2007** | $- | **372.37** |
| Tax Service Fee | $- | **72.00** |
| Flood Cert. Fee | $- | |
| Funding Fee | $- | **125.00** |
| | $ | |
| | $- | |
| | $- | |
| | $- | |
| | $- | |
| Total Adjusted Escrow/Impounds | $- | **325.77** |
| Borrower/Seller Paid Buydown | $- | |
| **Total Purchase Amount** | $ | **177,548.33** |

### WIRE INFORMATION

Wire Code:    **AMERICAN BANK**                    Date of Wire: **11/21/2007**

| | |
|---|---|
| Bank Name: | **AMERICAN BANK** |
| Street Address: | **12211 PLUM ORCHARD DR** |
| City, State, Zip: | **SILVER SPRINGS, MD 20904** |
| ABA No.: | **255073251** |
| Account No.: | **NONE** |

| | |
|---|---|
| Credit Funds to: | **AMERICAN BANK** |
| Street Address: | **12211 PLUM ORCHARD DR** |
| City, State, Zip: | **SILVER SPRING, MD 20904** |
| Telephone #: | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 7.75000 | % | 99.99900 | % | | % |
| CnfLmt Bal A30F | | % | 2.5000 | % | | % |
| CnfLmtBal A30F NoSub | | % | .2500 | % | | % |
| CO/DC - no MI | | % | (.2500) | % | | % |
| Stated Doc-noMI | | % | (.2500) | % | | % |
| Non-Owner | | % | (1.0000) | % | | % |
| Fico>=720 Fixed | | % | .2500 | % | | % |
| FICO>=700 A30F;NoSub | | % | .3750 | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| TOTAL | 7.750 | % | 101.74900 | % | | % |

PURADV1.B.DOC 06/2001