| | |
|---|---|
| Jill E. Alward, Esq.<br>Timothy W. Salter, Esq.<br>BLANK ROME LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br>(212) 885-5000 | **Hearing Date and Time:**<br>May 5, 2015 @ 2:00 p.m.<br><br>**Objection Deadline:**<br>April 14, 2015 @ 4:00 p.m. |

*Attorneys for Group 2000 Real Estates Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555-scc |

**NOTICE OF HEARING ON THE MOTION OF**
**GROUP 2000 REAL ESTATE SERVICES, INC. PURSUANT TO RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE SEEKING AN ORDER VACATING THE "ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS," AS IT APPLIES TO GROUP 2000 REAL ESTATE SERVICES, INC**

PLEASE TAKE NOTICE that a hearing on the Motion of Group 2000 Real Estates Services, Inc. pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," as it applies to Group 2000 Real Estate Services, Inc., dated March 30, 2015, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Room 623, One Bowling Green, New York, New York 10004, on May 5, 2015 at 2:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that any responsive pleading shall be filed and served on Timothy W. Salter, Esq., Blank Rome LLP, The Chrysler Building, 405 Lexington

145271.00601/100062466v.1

Avenue, New York, New York 10174, in accordance with the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635].

Dated: New York, New York
       March 31, 2015                              **BLANK ROME LLP**

                                          By:    */s/ Timothy W. Salter*
                                                 Jill E. Alward, Esq.
                                                 Timothy W. Salter, Esq.
                                                 The Chrysler Building
                                                 405 Lexington Ave.
                                                 New York, NY 10174
                                                 (212) 885-5000
                                                 jalward@blankrome.com
                                                 tsalter@blankrome.com

**BY FIRST CLASS MAIL TO:**

    The Chambers of the Honorable Shelley C. Chapman
    One Bowling Green
    Courtroom 623
    New York, New York 10004

    Weil Gotshal & Manges LLP
    Attorneys for Debtors
    767 Fifth Avenue
    New York, New York 10153
    ATTN: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shi Y. Waisman, Esq., and Jacqueline Marcus, Esq.

    United States Trustee
    33 Whitehall Street
    21st Floor
    New York, New York 10004
    ATTN: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

    Milbank, Tweed, Hadley & McCloy LLP
    Attorneys for Creditors' Committee
    1 Chase Manhattan Plaza
    New York, New York 10005
    ATTN: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Even R. Fleck, Esq.

145271.00601/100062466v.1

    Wollmuth Maher & Deutsche LLP
    Attorneys for LBHI
    500 5th Avenue
    New York, New York 10110
    ATTN: James Lawlor, Esq., Adam Bialek, Esq.

**BY EMAIL TO:**

    Master Service List

3

145271.00601/100062466v.1