# Finanz Logistik



United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004

marcel.ledergerber@finanz-logistik.ch
Direkt: +41 71(0) 242 77 17 Fax: +41 (0)71 242 77 69

St. Gallen, 18.03.2015

**Transfer of claims / Lehman Brothers Holding / Registration**

*Dear Sir or Madam*

By order of <u>acrevis Bank AG</u> we send you enclosed the following forms:

- Evidence of Transfer (UBS AG to acrevis Bank AG)
- payment aggregation acrevis Bank AG

Thank you very much for your confirmation of the registration.

With compliments
**Finanz-Logistik AG**

Marcel Ledergerber    Roman Lengwiler

Copy: Eqiq Bankruptcy Solutions LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, USA

Finanz-Logistik AG, P.O. Box 661, CH-9004 St. Gallen, info@finanz-logistik.ch | Rosenbergstrasse 16, Phone +41(0)71 242 77 77, Fax +41(0)71 242 77 49

Notice Pursuant to Bankruptcy Rule 3001



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.:  (JMP)
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: ACREVIS BANK AG | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: ACREVIS BANK AG c/o FINANZ-LOGISTIK AG Rosenbergstrasse 16 Postfach 661 CH-9007 St.Gallen Attn. Marcel Ledergerber EMAIL: marcel.ledergerber@finanz-logistik.ch | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: CHF 5'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /signature/          Date: 03-18-2015
ACREVIS BANK AG
c/o FINANZ-LOGISTIK AG
Rosenbergstrasse 16
Postfach 661
CH-9007 St.Gallen

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC341 UBS0256 ACREVISBANK 5K 2750605

Page 1 of 3

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0324890440 | LBS NV | LBH Inc. | CHF 5'000.00 out of CHF 52'547'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

ACREVIS BANK AG
c/o FINANZ-LOGISTIK AG
Rosenbergstrasse 16
Postfach 661
CH-9007 St.Gallen
Telephone:+41 71 242 77 17
Attention: Marcel Ledergerber

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 12, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

ACREVIS BANK AG
c/o FINANZ-LOGISTIK AG

By: _____    Roman Lengwiler
Name: Marcel Ledergerber



**Lehman Brothers Holdings Claims Processing, PO Box 6389, Portland, OR 97228-6389**

**Creditor Name:** acrevis Bank AG (former swissregiobank AG)

**Payment Aggregation Number** W0041344

**Claim Number(s):** 59233

**Please Type of Print in the Boxes Below; Do NOT use Red Ink, Pencil, or Staples**

PART I: CONTACT INFORMATION

Contact Last Name: LEDERGERBER
MI:
Contact First Name: MARCEL

Telephone Number (Day): 041 - 071  242 - 7717

Telephone Number (Evening) or (Cell):

Email Address: MARCEL.LEDERGERBER @ FINANZ-LOGISTIK.CH
(Username)    (Domain Name)

Lehman Brothers Holdings Claims Processing, PO Box 6389, Portland, OR 97228-6389

Creditor Name: acrevis Bank AG (former swissregiobank AG)

Payment Aggregation Number: W0041344

Part II: BANK INFORMATION

Account Holder Name (if different than Creditor Name above):
ACREVIS BANK AG

Beneficiary Bank Name:
BANK CIC (SWITZERLAND) LTD

Country of Bank Account:
SWITZERLAND

IBAN or Account Number (Required):
CH4508710000854572002

BIC/SWIFT Code (non-US Banks only):
CIALCHBBXXX

ABA Routing Code (US Banks Only):

Sort Code (UK/IRL Only):

Other Banking Instructions - Specify Further Credit (FFC) Information Here:
CLAIM LEHMAN BROTHERS

If you need to use an intermediary bank to transfer money, please complete the below:

Intermediary Bank Name:

Country of Intermediary Bank Account:

Intermediary IBAN or Account Number:

BIC/SWIFT Code (non-US Banks only):

ABA Routing Code (US Banks Only):

Sort Code (UK/IRL Only):

Intermediary Bank Instructions

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. (If the signatory is not the above-referenced creditor, please provide a copy of the power of attorney, or a letter on company letterhead granting the authority to make the representation on behalf of the creditor, and provide your title below.) I hereby (1) request that distributions made to the above-referenced creditor be made by wire transfer to the above-referenced bank account, (2) confirm that this account is authorized to receive payment for this claim, and (3) acknowledge that a fee of $20 for transfers to a U.S. bank account or $35 for transfers to a non-U.S. bank account will be deducted from each wire.

*acrevis Bank AG*
Signature of Claimant, or Authorized Signatory

Date: 03-13-15
MM DD YY

Keller Florian    Robert Noll
Print Name of Claimant, or Authorized Signatory (and title, if applicable)