**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                   :
In re:                                             :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (SCC)**
                                                   :
            **Debtors.**                           :        **(Jointly Administered)**
                                                   :
-------------------------------------------------------------------------x        **Ref. Docket No. 48966**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 25, 2015, I caused to be served the:

    a)  "Order Establishing Bar Date for Demands for Postpetition Interest Against Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Commercial Corporation," dated March 24, 2015 [Docket No. 48966], and

    b)  "Notice of Deadline for Demand for Postpetition Interest," dated March 24, 2015, *relating to Docket No. 48966*, annexed hereto as <u>Exhibit A</u>,

    by causing true and correct copies to be:

        i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

        ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

        iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
26th day of March, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEADLINE FOR DEMAND FOR POSTPETITION INTEREST

TO ALL HOLDERS OF CLAIMS AGAINST
LEHMAN BROTHERS OTC DERIVATIVES INC. OR
LEHMAN BROTHERS COMMERCIAL CORPORATION:

     **PLEASE TAKE NOTICE THAT**, pursuant to an order of the United States Bankruptcy Court for the Southern District of New York (the "Court") entered on March 24, 2015 (the "Postpetition Interest Bar Date Order"), **April 24, 2015 at 5:00 p.m. (prevailing Eastern Time) (the "Postpetition Interest Bar Date") is the last date and time that any holder of a Claim,[1] including a Disputed Claim, against Lehman Brothers OTC Derivatives Inc. ("LOTC") or Lehman Brothers Commercial Corporation ("LBCC") may assert a demand for postpetition interest** (unless such date or time is extended prior to the Postpetition Interest Bar Date in writing by the Plan Administrator for a particular claim).

     The Postpetition Interest Bar Date Order, the Postpetition Interest Bar Date and the procedures set forth below apply to all Claims against the LOTC or LBCC other than claims held by Debtors and Debtor-Controlled Entities.

**1.     WHEN AND HOW TO ASSERT A DEMAND**

     Each holder of a Claim against LOTC *or* LBCC, other than such holders that have previously settled their postpetition interest demands with LOTC or LBCC (as applicable) prior to the Postpetition Interest Bar Date, must for each such Claim on or before the Postpetition Interest Bar Date, log on to http://www.lehman-claims.com, and:

    a. list the amount of postpetition interest being demanded, denominated in lawful currency of the United States;

    b. provide the calculation of such amount and the source for any rate used in the calculation;

    c. if the Demand is based in whole or in part on the Default Rate as such term is defined in an International Swaps and Derivatives

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (ECF No. 23023, Ex. A).  A copy of the Plan is available at www.lehman-docket.com or may be requested of the Plan Administrator's counsel.

Association Master Agreement (an "ISDA Agreement") with LOTC or LBCC ("Default Rate"), provide, to the extent not already provided in (a) or (b) above: (i) each such Default Rate that the current holder of the Claim asserts would be applicable to the Demand if the Court were to rule that the original counterparty to LOTC or LBCC under the ISDA Agreement is the "relevant payee" as used in the definition of Default Rate in the ISDA Agreement; and (ii) each such Default Rate that the current holder of the Claim asserts would be applicable to the Demand if the Court were to rule that the current holder of the Claim is the "relevant payee" as used in the definition of Default Rate in the ISDA Agreement;

d. upload any documentation in support of (a), (b), and (c) above or, to the extent a Claim has been transferred and the current holder of the Claim cannot obtain or provide such supporting information with respect to the original counterparty to LOTC or LBCC under the ISDA Agreement, a written certification setting forth the reason such party cannot obtain or provide such information; and

e. provide the name, address, telephone number, facsimile number, and email address of (i) the business contact person for the current holder of each Claim and (ii) the attorney, if any, representing such entity

(the information submitted in connection with the foregoing (a)–(e), "Postpetition Interest Information").

Postpetition Interest Information may **not** be delivered by any other means, including mail, messenger, facsimile, telecopy, or electronic mail transmission.

Postpetition Interest Information must be written in the English language. If you are asserting an entitlement to postpetition interest on account of more than one Claim, your Postpetition Interest Information must be supplied separately with respect to each such Claim.

## 2. CONSEQUENCES OF FAILURE TO ASSERT A DEMAND IN ACCORDANCE WITH THESE PROCEDURES

**Any entity that fails to provide Postpetition Interest Information in accordance with the Postpetition Interest Bar Date Order on or before the Postpetition Interest Bar Date will be forever barred, estopped, and enjoined from asserting a right to postpetition interest against LOTC or LBCC and shall not be permitted to participate in any Distribution in satisfaction of postpetition interest.**

**Entities receiving this notice should consult an attorney with any questions regarding this notice.**

Dated:    March  24, 2015                                      BY ORDER OF THE COURT
              New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**EXHIBIT B**

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com

Lehman Brothers Holdings Inc. Email Service List

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clynch@reedsmith.com
cmestres@aclawllp.com
cmontgomery@salans.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmarkham@gibbonslaw.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com

2

Lehman Brothers Holdings Inc. Email Service List

efriedman@friedmanspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gspilsbury@jsslaw.com

guzman@sewkis.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

irethy@stblaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jalward@blankrome.com

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jclose@chapman.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

Lehman Brothers Holdings Inc. Email Service List

jfalgowski@reedsmith.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschreib@chapman.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

Lehman Brothers Holdings Inc. Email Service List

kurt.mayr@bgllp.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lhill@reedsmith.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com

mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com

Lehman Brothers Holdings Inc. Email Service List

mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com

psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com

Lehman Brothers Holdings Inc. Email Service List

sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com

sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com

Lehman Brothers Holdings Inc. Email Service List

wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


REED SMITH LLP
ATTN: L HILL
(COUNSEL TO GALLEON BUCCANEERS OFFSHORE LTD)
599 LEXINGTON AVENUE
NEW YORK, NY 10022


LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY  10022

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 314 COMMONWEALTH AVE INC. | TRANSFEROR: LUXEMBOURG TRADING FINANCE S.A.R.L. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ABERDEEN GLOBAL II-EURO CORPORATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-GLOBAL AGGREGATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-GLOBAL HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-INDEX LINKED BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV - FIXED INCOME ALPHA FUND | ATTN: BRETT BUNTING C/O ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV-CORE PLUS INDEX LINKED BOND FUN | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS LONG DATED STERLING C | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL-EURO HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN INVESTMENT FUNDS ICVC-ABERDEEN CORPORATE | C/O BRETT BUNTING ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE ONE BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| ABSOLUTE SOFTWARE INC. | C. CHAD MCCARTHY FOR ROB CHESA, CFO SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER BC V7X 1K8 CANADA |
| ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES | LINKLATERS LLP ATTN: RICHARD HODGSON AND PAUL HESSLER ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM |
| ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES | ATTN: JEFF LUNDGREN, AS DIRECTOR 47 MARK LANE, 4TH FLOOR LONDON EC3R 7QQ UNITED KINGDOM |
| ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES | DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: CHIEF FINANCIAL OFFICER 50 DANBURY ROAD, 2ND FLOOR WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| ALASKA PERMANENT FUND CORPORATION | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 36TH FLOOR NEW YORK NY 10004 |
| AMERIPRISE FINANCIAL, INC. | ATTN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| APPALACHIAN ASSET MGT CORP | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| APRIL M.A. REAL ESTATE AGENCY LTD | C/O TSHUVA GROUP 7, GIBOREI ISRAEL STREET P.O. BOX 8464, INDUSTRIAL ZONE SOUTH NETANYA ISRAEL |
| ARGOS PENSION SCHEME NOMINEES LIMITED AS | TRUSTEES OF THE ARGOS PENSION SCHEME C/O HOME RETAIL GROUP; ATTN: GROUP PENSIONS MANAGER 489-499 AVEBURY BLVD CENTRAL MILTON KEYNES BUCKS MK9 2NW UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND, LP | TRANSFEROR: HURLEY, STEPHEN NASH C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE |

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND, LP | 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTICUS GLOBAL ADVISORS | C/O ATTICUS CAPITAL LP ATTN: LEGAL DEPARTMENT 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| ATTICUS TRADING LTD | C/O ATTICUS CAPITAL LP ATTN: LEGAL DEPARTMENT 767 FIFTH AVENUE, 12TH FLOOR NEW YORK NY 10153 |
| ATTORNEYS LIABILITY ASSURANCE SOCIETY, BERMUDA LTD | C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, SA ATTN: GARY S. COHEN C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA AKROS SPA | VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA PROFILO S.P.A. | ATTN: MATTEO ARPE, CHAIRMAN CORSO ITALIA, 49 MILAN 20122 ITALY |
| BANGKO SENTRAL NG PILIPINAS | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| BANIA BROTHERS, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BANIA BROTHERS, L.L.C. | ROPES & GRAY LLP PRUDENTIAL TOWER, 800 BOYLSON ST ATTN: JONATHAN P REISMAN BOSTON MA 02199-3600 |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | ALTAE EUROPA, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | ALTAE DEUDA SOBERANA CP, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID AFIANZA 5 AÑOS, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID CESTA INDICES GARANTIZADO, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID EUROPA TOP GARANTIZADO, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | BANKIA EVOLUCION VAR 6, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | MR. DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANQUE CANTONALE VAUDOISE | ATTN: MR. A. GIROD PO BOX 300 LAUSANNE CH 1001 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION) ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BEAFORD INVESTMENTS LIMITED | JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR P.O. BOX N-4899 2ND FLOOR SHIRLEY & CHARLOTTE STREETS ATTN: ANGELA WATSON NASSAU |

| Claim Name | Address Information |
|---|---|
| BEAFORD INVESTMENTS LIMITED | BAHAMAS |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: TSO, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GFA I LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BLACK BEAR INVESTMENT FUND, LLC | NORMAN N. KINEL, ESQ 555 MADISON AVE FL 6 NEW YORK NY 10022-3409 |
| BLACK BEAR INVESTMENT FUND, LLC | C/O D. MATTHEW MIDDELTHON 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACKROCK ENHANCED DIVIDEND ACHIEVERS TRUST (BDJ) | C/O BLACKROCK ADVISORS, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK GLOBAL OPPORTUNITIES EQUITY TRUST (BGO) | C/O BLACKROCK ADVISORS, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK REAL ASSET EQUITY TRUST | C/O BLACK ROCK ADVISORS, LLC ATTN: PETER VAUGHAN, ESQ. 40 E. 52ND STREET, 18TH FLOOR NEW YORK NY 10022 |
| BLACKROCK WORLD INVEST. TRUST (BLK TICKERS: BWC AN | C/O BLACKROCK ADVISORS, LLC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: KORSANT PARTNERS, LLC C/O RICHARDS KIBBE & ORBE LLP; ATTN: LARRY HALPERIN 200 LIBERTY STREET NEW YORK NY 10281 |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVE., 27TH FLOOR NEW YORK NY 10018 |
| BREWSTER,MICHAEL J. | 269 WEST LAKE BLVD MAHOPAC NY 10541 |
| BRIDGEWATER ALL WEATHER FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ATTN: PETER LA TRONICA ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER ASSOCIATES, LP | TRANSFEROR: TFL PENSION FUND ATTN: ALISON GREGORY ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BUNTING FAMILY LLCII LIMITED LIABILITY CO., THE | BUNTING MANAGEMENT GROUP, 217 INTERNATIONAL CIRCLE HUNT VALLEY MD 21030 |
| BWA/H.E.S.T AUSTRALIA LTD. | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | ACTING ON BEHALF OF PENEDES PENSIO I ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA SPAIN |
| CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAPITAL GROWTH INVESTMENTS LTD. | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: LEHMAN RE LTD. ATTN: BANK DEBT OPERATIONS ATTN: ALEKSANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | C/O HOGAN LOVELLS US LLP ATTN: PETER A. IVANICK 875 THIRD AVENUE NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: LEHMAN RE LTD. ATTN: BANK DEBT OPERATIONS ATTN: ALEKSANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | C/O HOGAN LOVELLS US LLP ATTN: PETER A. IVANICK 875 THIRD AVENUE NEW YORK NY 10022 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSIO | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW |

| Claim Name | Address Information |
| --- | --- |
| AREAS PENSIO | YORK NY 10282 |
| CITIBANK, N.A. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIBANK, N.A. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | ATTENTION: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | EDWARG G TURAN CITIGROUP INC, AND IT'S SUBSIDIARIES AND AFFILIATES 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CLOSE INVESTMENTS PORTFOLIO PLC – | LONG DATED STERLING CREDIT FUND C/O CLOSE ASSET MANAGEMENT LIMITED 10 EXCHANGE SQUARE, PRIMROSE STREET LONDON EC2A 2BY UNITED KINGDOM |
| COMMERZBANK AG – GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG – GROUP INTENSIVE CARE | COMMERZBANK AG – LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG – GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH – LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: NATIONAL ECONOMIC RESEARCH ASSOCIATES ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LONGACRE INSTITUTIONAL OPPORTUNITY FUND,L.P. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CRE FIDUCIARY SERVICES INC TRUSTEE | CRE FIDUCIARY SERVICES, INC. C/O SANDRA VIANA WITHERS BERGMAN LLP 430 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| CRE FIDUCIARY SERVICES INC TRUSTEE | FOR CRE TRUST UAD 12/21/04 2120 CARREY AVE CHEYENNE WY 82001 |
| CREDIT SUISSE | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CUNA MUTUAL LIFE INSURANCE COMPANY | JOHN W. PETCHLER, MANAGING DIRECTOR, SR. VP CUNA MUTUAL GROUP 5910 MINERAL POINT ROAD MADISON WI 53705-4454 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SPA C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| DANSKE BANK | DMLEGAL (REG: 4676) ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN DK-1092 DENMARK |

| Claim Name | Address Information |
|---|---|
| DANSKE BANK | EDWARD A. SMITH VENABLE LLP COUNSEL TO DANSKE BANK A/S 1270 AVENUE OF AMERICAS, 25TH FL. NEW YORK NY 10020 |
| DAVIS POLK & WARDWELL LLP | ATTN: THOMAS OGDEN, ESQ 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | C/O CALEDONIAN FUND SERVICES (CAYMAN) LTD. ATTN: DAVID WALKER CALEDONIAN HOUSE, 69DR ROY'S DRIVE PO BOX 1043 GEORGE TOWN KY1-1102 CAYMAN ISLANDS |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | DB GLOBAL MASTERS FUND LTD. C/O DEUTSCHE ASSET MANAGEMENT, ALTERNATIVES LEGAL PRODUCT GROUP ATTN: ANTONIO M. REINA 280 PARK AVE, 6 WEST M/S NYC03-0620 NEW YORK NY 10017 |
| DB GLOBAL MASTERS (CQ CAPITAL) FUND LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME C/O ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERV | MICHELLE A BAQUERIZO, BANKRUPTCY SPECIALIST INTERNAL REVENUE SERVICE 11A CLINTON AVE - SUITE 521 ALBANY NY 12207-2335 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERV | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CORE LABORATORIES LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CAJA DE AHORROS DE SALAMANCA Y SORIA ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: TORONTO-DOMINION BANK, THE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ORE HILL HUB FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ZURCHER KANTONALBANK ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: KILROY REALTY, L.P. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DISCOVERREADY | 55 BROADWAY SUITE 2101 - 21ST FLOOR NEW YORK NY 10006 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| EMC (BENELUX) B.V. | EDISONBAAN 14B NIEUWEGEIN 3439 NETHERLANDS |
| EMC (BENELUX) B.V. | EMC CORPORATION ATTN : JUNE D. DUCHESNE 176 SOUTH STREET HOPKINTON MA 01748 |
| EQUATOR INVESTMENT FUNDS ICVC - | GLOBAL INVESTMENT GRADE BOND FUND C/O ABERDEEN ASSET MANAGERS LIMITED ATTN: BRETT BUNTING BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| FSP INVEST F.M.B.A. | AMALIEGADE 27 KOBENHAVN 1256 DENMARK |
| GA DAVIES & CO | 440 S. LA SALLE ST. C\O CHICAGO STOCK EXCHANGE; 4TH FL CHICAGO IL 60605 |
| GERALD B. CRAMER REV. TRUST | C/O GOM CAPITAL 707 WESTCHESTER AVE, STE 405 WEST HARRISON NY 10604 |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | SALVADOR IBIZA BEVIA CAJA DE AHORROS DEL MEDITERRANEO AVENIDA OSCAR ESPLA, 37 ALICANTE 03007 SPAIN |

| Claim Name | Address Information |
|---|---|
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA DE ELCHE, 178 CENTRO ADMINISTRATIVO, PLANTA 2 A ALICANTE 03008 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMO CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: TIM LANG 40 ROWES WHARF BOSTON MA 02110 |
| GMO CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 40 ROWES WHARF BOSTON MA 02110 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PHILIP MORRIS FINANCE S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRA FINANCE CORPORATION LTD | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O HALCYON ASSET MANAGEMENT – M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HARBOUR CAPITAL ADVISORS INC. FOR OIMRA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| HIGHTIP CAPITAL LLC | TRANSFEROR: DEXIA ASSET MANAGEMENT ON BEHALF OF CLIENT C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN 200 LIBERTY STREET NEW YORK NY 10281 |
| HOTSPOT FXR, LLC | C/O KCG HOLDINGS INC. ATTN: PAUL WAGENBACH 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| ING BANK N.V. | ATTN: M.J.S.J. MULLER LOCATION CODE: ALP B 02.054 BIJLMERDREEF 100 AMSTERDAM 1102 CT NETHERLANDS |
| ING BANK N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| INTEL CORPORATION | RANAN WELL BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| INTEL CORPORATION | ATTN: DIRECTOR OF CORPORATE AFFAIRS 2200 MISSION COLLEGE BOULEVARD LEGAL DEP. M/S SC4-203 SANTA CLARA CA 95054 |
| INVERCAIXA GESTION SGIIC SAU | TRANSFEROR: INVERCAIXA GESTION SGIIC, SAU C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| INVESTEC BANK LTD | 100 GRAYSTON DRIVE SANDOWN SANDTON 2196 PO BOX 785700 SANDTON 2146 SOUTH AFRICA |
| IPC NETWORK SERVICES INC | P.O. BOX 35634 NEWARK NJ 07193-5634 |
| JA SOLAR HOLDINGS CO., LTD | C/O SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP ATTN: VAN C. DURRER II 300 S. GRAND AVE., # 3400 LOS ANGELES CA 90071 |
| JACOBSON, DAVID L. | 67611 HIGHWAY 210 MAXWELL IA 50161 |
| JEFFERIES BACHE FINANCIAL SERVICES, INC. | F/K/A PB FINANCIAL SERVICES, INC ATTN: ZEJREME RADONCIC 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| JEFFERIES BACHE FINANCIAL SERVICES, INC. | ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ. 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LAWSON SOFTWARE, INC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA – FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: PNC BANK, NATIONAL ASSOCIATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: NETAPP, INC. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AMERICAN NATIONAL INSURANCE COMPANY C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE- FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADAUS ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TWO SIGMA HORIZON PORTFOLIO, LLC C/O J.P. MORGAN SECURITIES LLC - ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138 383 MADISON AVENUE, 37TH FLOOR NEW YORK NY 10179 |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUN | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O JPMORGAN ASSET MANAGEMENT ATTN: ZHILUN PANG 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| KOREA INVESTMENT CORPORATION | 18F STATE TOWER NAMSAN 100 TOEGYE-RO JUNG-GU SEOUL 100-052 SOUTH KOREA |
| KRAFT FOODS FINANCE EUROPE AG | MARK SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 700 SIXTH STREET, NW, SUITE 700 WASHINGTON DC 20001-3980 |
| KRAFT FOODS FINANCE EUROPE AG | ATTN: ERIC LARSEN THREE PARKWAY NORTH, SUITE 300 DEERFIELD IL 60015 |
| LATHAM & WATKINS LLP | C/O PETER GILHULY 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| LB 745 LLC | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LB INDIA HLDGS MAURITIUS II LTD | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| LEHMAN BROTHERS ASIA HOLDINGS LIMITED IN LIQUIDATI | C/O KPMG ATTN: CONNIE LAU 27/F, ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| LEHMAN BROTHERS COMMODITY SERVICES INC. | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS EUROPE LIMITED | ATTN: DAN YORAM SCHWARZMANN, AS ADMINISTRATOR DEREK HOWELL 25 CANADA SQUARE LONDON E14 5LQ UNITED KINGDOM |
| LEHMAN BROTHERS EUROPE LIMITED | LINKLATERS LLP ATTN: RICHARD HODGSON AND PAUL HESSLER ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM |
| LEHMAN BROTHERS EUROPE LIMITED | LEHMAN BROTHERS EUROPE LIMITED ATTN: DAN Y. SCHWARZMANN, JOINT ADMINISTRATOR 7 MORE LONDON RIVERSIDE, LONDON SE1 2RT UNITED KINGDOM |
| LEHMAN BROTHERS EUROPE LIMITED | DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS FINANCE (JAPAN) INC. | ATTENTION: KAY CHOI, AKIRA HIDAKA LEHMAN BROTHERS JAPAN INC. 9/F KISHIMOTO BUILDING 2-2-1 MARUNOUCHI CHIYODA-KU, TOKYO 100-0005 JAPAN |
| LEHMAN BROTHERS FINANCE (JAPAN) INC. | MORRISON & FOERSTER LLP ATTN: LORENZO MARINUZZI, ESQ. 250 WEST 55TH STREET NEW YORK NY 10019 |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION) 5 TEMASEK BOULEVARD #11-01 SUNTEC TOWER FIVE SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM Q. OLSHAN 1271 AVENUE OF THE AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | C/O MICHAEL LETO 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: LEHMAN RISK ADVISORS INC. LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) ATTN DANIEL J. EHRMANN |

| Claim Name | Address Information |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS, INC. | 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: PRICEWATERHOUSECOOPERS AG, ZURICH ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: LEHMAN BROTHERS INVESTMENT MANAGEMENT COMPANY LTD ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020-1300 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) ATTN: ANTHONY V. LOMAS, JOINT ADMINISTRATOR LEVEL 23 2S CANADA SQUARE LONDON E14 SLQ UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: RICHARD HODGSON AND PAUL HESSLER ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS LIMITED | LINKLATERS LLP ATTN: RICHARD HODGSON AND PAUL HESSLER ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM |
| LEHMAN BROTHERS LIMITED | ATTN: MICHAEL J. A. JERVIS, JOINT ADMINISTRATOR 7 MORE LONDON RIVERSIDE, LONDON SE1 2RT UNITED KINGDOM |
| LEHMAN BROTHERS LIMITED | DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS SECURITIES N.V. C/O VANEPS KUNNERMAN VANDOOME JULIANAPLEIN 22 PO BOX 504 CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF AMERICAS NEW YORK NY 10036 |
| LEHMAN BROTHERS SECURITIES PRIVATE LIMITED | CEEJAY HOUSE, LEVEL 11, PLOT F, SHIVSAGAR ESTATE DR. ANNIE BESANT ROAD, WORLI MUMBAI - 400018 INDIA |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | C/O MICHAEL LETO LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: FORTIS BANK NV/SA ATTN: DANIEL J. EHRMANN 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN COMMERCIAL PAPER INC. | TRANSFEROR: LUXEMBOURG TRADING FINANCE S.A.R.L. ATTN: MICHAEL LETO 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN COMMERCIAL PAPER, INC. | C/O MICHAEL LETO 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN RE LTD. | C/O PETER C.B. MITCHELL AND D. GEOFFREY HUNTER AS JOINT PROVISIONAL LIQUIDATORS PRICEWATERHOUSECOOPERS ADVISORY LIMITED DORCHESTER HOUSE 7 CHURCH STREET HAMILTON HM11 BERMUDA |
| LIBERTY HARBOR MASTER FUND I, L.P. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| LOOMIS STREET, LLC | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LOOMIS STREET, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| MAZZATTA, MARK & MCHUGH-MAZATTA, MICHELLE | 91 FAIRMONT ROAD EAST CALIFON NJ 07830 |
| MBG TELECOM SOFTWARE INC | 370 LEXINGTON AVENUE 23RD FLOOR NEW YORK NY 10017 |
| MCCARTHY, DENIS B | CLIFTON PLEDGE A/C ANNADALE ROAD KILLORGLIN COUNTY KERRY IRELAND |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: MERCK & CO. INC. ATTN: JEFFREY BENESH & GARY S COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELL GLOBAL B.V. (SINGAPORE BRANCH) ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER – CHILE ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANK OF SCOTLAND PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LLOYDS TSB BANK PLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AGILENT TECHNOLOGIES INC ATTN: GARY S. COHEN BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MIZRAHI TEFAHOT BANK, LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE. 34TH FLOOR NEW YORK NY 10022 |
| MOORE MACRO FUND, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| NATIONAL BANK OF GREECE, SA | OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS 106 78 GREECE |
| NATIXIS | 1251 AVENUE OF THE AMERICAS LBBY 3 NEW YORK NY 10020-1104 |
| NEUBERGER BERMAN MANAGEMENT, LLC | HAROLD OLSEN, ESQ. STROOCK & STROOCK & LAVAL LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NEUBERGER BERMAN MANAGEMENT, LLC | TRANSFEROR: CANTAB CAPITAL PARTNERS LLP 605 THIRD AVENUE ATTN: ANDREW ALLARD NEW YORK NY 10158-3698 |
| NEWS AMERICA INCORPORATED | ATTN: STACY GROSSMAN– 13TH FLOOR 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| NITTAN CAPITAL ASIA LIMITED | SUITE 709, 7TH FLOOR, JARDINE HOUSE 1 CONNAUGHT PLACE ATTN: MR. CLARENCE NG, DIRECTOR CENTRAL HONG KONG |
| NORTHERN IRELAND ELECTRICITY PENSION SCHEME | F/K/A TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME 120 MALONE ROAD BELFAST BT9 5HT UNITED KINGDOM |
| NUVEEN GLOBAL INCOME OPPORTUNITIES FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN GLOBAL INCOME OPPORTUNITIES FUND | F/K/A NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY – GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY – GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN SHORT TERM BOND FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN SHORT TERM BOND FUND | F/K/A NUVEEN SHORT DURATION BOND FUND C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY – GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN STRATEGIC INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN STRATEGIC INCOME FUND | F/K/A NUVEEN MULTI-STRATEGY INCOME FUND C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY – GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| OANDA CORPORATION | ATTN: MICHAEL STUMM 140 BROADWAY, 46TH FLOOR NEW YORK NY 10005 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SPCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| PACIFICCORP RETIREMENT PLAN | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | MICHAEL GREENBLATT KAYE SCHOLER LLP 250 WEST 55TH STREET NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| PEOPLE'S BANK OF CHINA | C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG 3/F PING'AN MANSION 23 JINRONG STREET, XICHENG DISTRICT BEIJING 100140 CHINA |
| PERE UBU INVESTMENTS LP | ATTN: ERIN MCDANIEL - C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| PERE UBU INVESTMENTS LP | JOHN FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| PIETRO FERRERO | RHODES ST. GENSES 64 AV LEQUIME BRUXELLES BELGIUM |
| PIETRO FERRERO | ATTN: RICHARD BERTOCCI & ANDREAS SEUFFERT GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | AS TRUSTEE OF THE RAILWAYS PENSION SCHEMES 2ND FLOOR, CAMOMILE COURT 23 CAMOMILE STREET LONDON EC3A 7LL UNITED KINGDOM |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | 2ND FLOOR, CAMOMILE COURT 23 CAMOMILE STREET LONDON EC3A 7LL UNITED KINGDOM |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RELIASTAR LIFE INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | M.J.S.J. MULLER ING BANK NV LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELOCATION SERVICE NETWORK | #301 FLAT SHIMMEI 7-7-8 ROPPONGI MINATO-KU, 13 106-0032 JAPAN |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | ACTING AS THE TRUSTEE OF THE RIO TINTO 2009 PENSION FUND 2 EASTBOURNE TERRACE LONDON W2 6LG UNITED KINGDOM |
| RIVERSOURCE VARIABLE PORTFOLIO - CORE EQUITY FUND | ATN: ASSET MANAGEMENT LEGAL 5228 AMERIPRISE FINANCIAL CENTER MINNEAPOLIS MN 55419 |
| ROYAL BANK OF CANADA | ATTN: EMILY JELICH, ASST. GENERAL COUNSEL 14TH FLOOR NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP TORONTO ON M5J 2J5 CANADA |
| SAUDI ARABIAN MONETARY AGENCY | PO BOX 2992 AL MAATHER ROAD RIYADH 11169 SAUDI ARABIA |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| SECURITY LIFE OF DENVER INSURANCE | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| COMPANY | 10019 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SERENGETI LYCAON MM LP | TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SIMPSON THACHER & BARTLETT LLP | ATTN: SANDEEP QUSBA 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| SPCP GROUP, LLC | TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | ANDREWS KURTH LLP ATTN:DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST DZ 1100 NETHERLANDS |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVENUE, 30TH FL NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVENUE, 30TH FL NEW YORK NY 10022 |
| SUNGARD REFERENCE DATA SOLUTIONS INC. | BANK OF AMERICA LOCKBOX 13079 13079 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| SUNTRUST BANK | DAVID BLOOM, ESQ. FIRST VP AND GENERAL COUNSEL SUNTRUST BANKS, INC. 303 PEACHTREE STREET 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | ATTN: SHEILA JOBE 3333 PEACHTREE ROAD, NE ATLANTA FINANCIAL CENTER SOUTH TOWER, 9TH FLOOR, MAIL CODE 3716 ATLANTA GA 30326 |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| TEACHERS RETIREMENT SYSTEM OF LOUISIANA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| TELEFONICA, S.A. | ATTN: CRISTINA FERNANDEZ GOMEZ / PILAR ARRIMADAS GARCIA DISTRITO TELEFONICA, EDIFICIO CENTRAL PLANTA 3, RONDA DE LA COMUNICACION S/N MADRID 28050 SPAIN |
| TELEFONICA, S.A. | DEWEY & LEBOEUF LLP ATTN: EILEEN BANNON, ESQ. & IRENA GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TERREBONNE INVESTMENTS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| TERREBONNE INVESTMENTS, L.P. | ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 100 FORT WORTH TX 76102 |
| TRUSTEES OF THE 3M PENSION AND LIFE ASSURANCE SCHE | 3M CENTRE, CAIN ROAD BRACKNELL RG12 8HT UNITED KINGDOM |
| TRUSTEES OF THE TATE AND | LYLE GROUP PENSION SCHEME C/O ABERDEEN ASSET MANAGERS LIMITED BOWS BELL HOUSE- ATTN: BRETT BUNTING 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| TULLETT PREBON (SINGAPORE) LIMITED | TULLETT PREBON AMERICAS CORP. ATTN: KATANYA K. ROYSTER ASSISTANT GENERAL COUNSEL 101 HUDSON STREET 24TH FLOOR JERSEY CITY NJ 07302 |
| TULLETT PREBON (SINGAPORE) LIMITED | KELLY DRYE & WARREN LLP ATTN: JACK KILEY, ESQ. ATTN: JORDAN BERGMAN, ESQ. 101 PARK AVE 31ST FLOOR NEW YORK NY 10178 |
| UEDA HARLOW LTD. | 5TH FLOOR, MITSUI ASAHI BLDG. 1-1, KANDA SUDACHO, CHIYODAKU, TOKYO 101-0041 JAPAN |
| UNICREDIT S.P.A. | VIA GIOVANNIA PAISIELLO 5 00198  ROMA ITALIA |

| Claim Name | Address Information |
|---|---|
| UNICREDIT S.P.A. | VIA ALESSANDRO SPECCHI 16 00186 ROME ITALY |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY PO BOX 47000 CARREFOUR/TOYOTA GARAGE AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNIVERSAL INVESTMENTGESELLSCHAFT – BRM-UNIVERSAL-F | ERLENSTRASSE 2 FRANKFURT 60325 GERMANY |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENTS PARTNERS, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VERIZON | P.O. BOX 15124 ALBANY NY 12212-5124 |
| WALLACE, JASON J. | HOLLACE T. COHEN, ESQ. TROUTMAN SANDERS, LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WALLACE, JASON J. | 400 DOHENY ROAD BEVERLY HILLS CA 90210 |
| WALT DISNEY COMPANY, THE | ATTN: ALEC M. LIPKIND, VICE PRESIDENT, COUNSEL 77 WEST 66TH STREET, 15 FLOOR NEW YORK NY 10023 |
| WALT DISNEY COMPANY, THE | PROSKAUER ROSE LLP ATTN: MARTIN J. BIENENSTOCK & JEFFREY CHUBAK ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D-40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | CLIFFORD CAHNCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WINDFALL INVESTMENTS LP | ATTN: ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| WINDFALL INVESTMENTS LP | JOHN FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| WOODERSON PARTNERS, L.L.C. | TRANSFEROR: DIAMONDBACK MASTER FUND, LTD. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| YAMANE TULLETT PREBON (JAPAN) LIMITED | TULLETT PREBON AMERICAS CORP ATTN: KATANYA K. ROYSTER ASSISTANT GENERAL COUNSEL 101 HUDSON STREET 24TH FLOOR JERSEY CITY NJ 07302 |
| YAMANE TULLETT PREBON (JAPAN) LIMITED | KELLEY DRYE & WARREN LLP ATTN: JACK KILEY, ESQ. ATTN: JORDAN BERGMAN, ESQ. 101 PARK AVENUE 31ST FLOOR NEW  YORK NY 10178 |

**Total Creditor count  333**