CREDIT SUISSE AG

| | | |
|---|---|---|
| Uetlibergstrasse 231 | Phone | 044 332 86 11 |
| P.O. Box 900 | Fax | 044 334 26 02 |
| CH-8070 Zürich | Swift | CRESCHZZ80A |
| Switzerland | | |

Corporate Actions
Marija Petrovic, TSZA 13
marija.petrovic@credit-suisse.com

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NX 10004-1408

March 31, 2015

### Withdrawal of Transfer of Claim Docket No. 42706

Due to the winding down of Lehman Brothers Securities NV, the Credit Suisse AG hereby withdraws Transfer of Claim (Claim 55829) filed on March 3, 2014 (Docket No. **42706**) from Stadt- und Kreissparkasse Leipzig.

Freundliche Grüsse   Vos dévoués
Distinti saluti   Yours very truly

CREDIT SUISSE AG

Adrian Graf          Rita von Wyl