UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                Debtors.

Chapter 11
Case No. 08-13555-scc

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL AND ELECTRONIC MAIL IN PORTABLE DOCUMENT FORMAT (PDF)

STATE OF NEW YORK)
COUNTY OF NEW YORK) ss.:

    ANITA M. SMITH, being duly sworn, deposes and says:

    That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

    That on March 30, 2015, I served a true copy of a **Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers with Exhibits** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Mailed To:    The Chambers of the Honorable
                Shelley C. Chapman
                One Bowling Green
                Courtroom 623
                New York, New York 10004

                Weil Gotshal & Manges LLP
                767 Fifth Avenue
                New York, New York 10153
                Attn:    Richard P. Krasnow, Esq.
                           Lori R. Fife, Esq.
                           Shi Y. Waisman, Esq.
                           Jacqueline Marcus, Esq.

                United States Trustee
                33 Whitehall Street, 21st Floor
                New York, New York 10004
                Attn:    Andy Velez-Rivera, Esq.,
                           Paul Schwartzberg, Esq.
                           Brian Masumoto, Esq.
                           Linda Riffkin, Esq.
                           Tracy Hope Davis, Esq.

900200.00001/6434752v.1

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Even R. Fleck, Esq.

Wollmuth Maher & Deutsche LLP
500 Fifth Avenue
New York, New York 10110
Attn:   James Lawlor, Esq.
        Adam Bialek, Esq.

AND

That on March 30, 2015, I served a true copy of a **Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers with Exhibits** in the above captioned action **via electronic mail in portable document format (PDF)** upon all persons on the attached Master Service List.

_____
ANITA M. SMITH

Sworn to before me this
31st day of March 2015

_____
Notary Public

HILLARY K. JACKSON
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County
Commission Expires March 22, 2016

900200.00001/6434752v.1