UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555-scc<br><br>AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL AND ELECTRONIC MAIL IN PORTABLE DOCUMENT FORMAT (PDF) |

STATE OF NEW YORK)
COUNTY OF NEW YORK) ss.:

ANITA M. SMITH, being duly sworn, deposes and says:

That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

That on March 31, 2015, I served a true copy of a **Notice of Hearing on the Motion of Group 2000 Real Estate Services, Inc. to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Mailed To:  The Chambers of the Honorable
            Shelley C. Chapman
            One Bowling Green
            Courtroom 623
            New York, New York 10004

            Weil Gotshal & Manges LLP
            767 Fifth Avenue
            New York, New York 10153
            Attn:  Richard P. Krasnow, Esq.
                   Lori R. Fife, Esq.
                   Shi Y. Waisman, Esq.
                   Jacqueline Marcus, Esq.

            United States Trustee
            33 Whitehall Street, 21st Floor
            New York, New York 10004
            Attn:  Andy Velez-Rivera, Esq.,
                   Paul Schwartzberg, Esq.
                   Brian Masumoto, Esq.
                   Linda Riffkin, Esq.
                   Tracy Hope Davis, Esq.

900200.00001/6434752v.1

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Even R. Fleck, Esq.

Wollmuth Maher & Deutsche LLP
500 Fifth Avenue
New York, New York 10110
Attn:  James Lawlor, Esq.
       Adam Bialek, Esq.

AND

That on March 31, 2015, I served a true copy of a **Notice of Hearing on the Motion of Group 2000 Real Estate Services, Inc. to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers** in the above captioned action **via electronic mail in portable document format (PDF)** upon all persons on the attached Master Service List.

_____
ANITA M. SMITH

Sworn to before me this
31st day of March 2015

_____
Notary Public

HILLARY K. JACKSON
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County
Commission Expires March 22, 2016

900200.00001/6434752v.1