B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (SCC)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Macquarie Bank Limited | Name of Transferor<br>Hipparchus Master Fund Ltd |
| Name and Address where notices to transferee should be sent:<br><br>Macquarie Bank Limited<br>125 West 55th Street<br>New York, NY 10019<br>Contacts: Shaun Gembala<br>Tel. No.: 212-231-6314<br>Email: loan.public@macquarie.com<br>Fax No: 212-231-2399 | Court Claim # (if known): See attached Schedule<br>Claim Amount: See attached Schedule<br>Amount Transferred: See attached Schedule<br>Date Claim Filed: See attached Schedule<br>Debtor against claim filed: See attached Schedule |

With a copy to:
Robert Scheininger and Andrew P. Propps
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Instructions:
Bank Name: Bank of New York Mellon, New York
ABA 021-000-018
SWIFT Code: IRVTUS3N
Acct. No. 890-0055-375
Beneficiary: Macquarie Bank Limited
SWIFT Code: MACQAU2S
CHIPS UID 236386
Ref: Lehman Claim Trade with Hipparchus

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ _____ Date: March 27, 2015
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Robert Trevers*      Nathan Booker
*Division Director*   Division Director

ACTIVE 206061642v.1

#1431738

Signed in Sydney, POA Ref:
#1721 dated 9 October 2014

## **Schedule**

| Court Claim # | Claim Amount (as filed) | Amount Transferred (as allowed) | Date | Debtor |
|---|---|---|---|---|
| 13824 | $656,027.73 | $659,460.96 | 09/16/2009 | Lehman Brothers Commodity Services Inc. (LBCS) |
| 13825 | $656,027.73 | $659,460.96 | 09/16/2009 | Lehman Brothers Holdings Inc. (LBHI) |
| 14959 | $349,366.17[1] | $349,366.16 | 09/17/2009 | LBCS |
| 14670 | $353,783.35 | $349,365.98 | 09/17/2009 | LBHI |
| 13777 | $5,848,836.20 | $5,204,000.00 | 09/16/2009 | LBCS |
| 13776 | $5,848,836.20 | $5,204,000.00 | 09/16/2009 | LBHI |
| 15062 | $499,059.81 | $411,753.90 | 09/17/2009 | LBCS |
| 14056 | $498,564.12 | $415,801.49 | 09/16/2009 | LBHI |
| 18966 | $6,180,261.99 | $1,586,971.99 | 09/18/2009 | LBCS |
| 18969 | $6,180,261.99 | $1,586,971.99 | 09/18/2009 | LBHI |
| 17598 | $1,064,464.03 | $761,378.27 | 09/18/2009 | LBCS |
| 17597 | $1,064,464.03 | $755,287.00 | 09/18/2009 | LBHI |

---

[1] The Claim Amount includes $197,550.70 of Claimed Unsecured and $7,621.25 of Claimed Priority.

ACTIVE 206061642v.1

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Hipparchus Master Fund Ltd, its successors and assigns, with offices located at 1603 Orrington Avenue, 13th Floor, Evanston, IL 60201 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited with offices located at 125 West 55th Street, New York, NY 10019 ("**Buyer**"), the amounts listed in Schedule A of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim Nos. 13825, 14670, 13776, 14056, 18969 and 17597 (the "**Claims**") as detailed on Schedule A hereto in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claims against Lehman Brothers Holdings Inc. filed by Seller having the claim numbers set out in Schedule A and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claims as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of March, 2015.

SELLER:
Hipparchus Master Fund Ltd
By: Magnetar Financial LLC,
its investment manager

By: _____
Name: Zoe L. Allen
Title: Head of Operations

BUYER:
Macquarie Bank Limited

By: _____
Name:
Title:

By: _____
Name:
Title:

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Hipparchus Master Fund Ltd, its successors and assigns, with offices located at 1603 Orrington Avenue, 13th Floor, Evanston, IL 60201 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited with offices located at 125 West 55th Street, New York, NY 10019 ("**Buyer**"), the amounts listed in Schedule A of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim Nos. 13825, 14670, 13776, 14056, 18969 and 17597 (the "**Claims**") as detailed on Schedule A hereto in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claims against Lehman Brothers Holdings Inc. filed by Seller having the claim numbers set out in Schedule A and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claims as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of March, 2015.

SELLER:
Hipparchus Master Fund Ltd
By: Magnetar Financial LLC,
its investment manager

By: _____
Name:
Title:

BUYER:
Macquarie Bank Limited

By: _____
Name: Robert Trevena
Title: Division Director

By: _____
Name: Nathan Booker
Title: Division Director

Signed in Sydney, POA Ref:
#1721 dated 9 October 2014

Schedule A

| Claim Number | Claim Amount |
|---|---|
| 13825 | $659,460.95 |
| 14670 | $349,365.98 |
| 13776 | $5,204,000.00 |
| 14056 | $411,753.90 |
| 18969 | $1,586,971.99 |
| 17597 | $761,378.27 |

ACTIVE 206073847v.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Hipparchus Master Fund Ltd, its successors and assigns, with offices located at 1603 Orrington Avenue, 13th Floor, Evanston, IL 60201 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited with offices located at 125 West 55th Street, New York, NY 10019 ("**Buyer**"), the amounts listed in Schedule A of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim Nos. 13824, 14959, 13777, 15062, 18966 and 17598 (the "**Claims**") as detailed on Schedule A hereto in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claims against Lehman Brothers Commodity Services Inc. filed by Seller having the claim numbers set out in Schedule A and to no other claim of Seller against Lehman Brothers Commodity Services Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claims as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of March, 2015.

SELLER:
Hipparchus Master Fund Ltd
By: Magnetar Financial LLC,
its investment manager

By: _____
Name: Zoe L. Allen
Title: Head of Operations

BUYER:
Macquarie Bank Limited

By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Hipparchus Master Fund Ltd, its successors and assigns, with offices located at 1603 Orrington Avenue, 13th Floor, Evanston, IL 60201 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited with offices located at 125 West 55th Street, New York, NY 10019 ("**Buyer**"), the amounts listed in Schedule A of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim Nos. 13824, 14959, 13777, 15062, 18966 and 17598 (the "**Claims**") as detailed on Schedule A hereto in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claims against Lehman Brothers Commodity Services Inc. filed by Seller having the claim numbers set out in Schedule A and to no other claim of Seller against Lehman Brothers Commodity Services Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claims as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, dated as of the 27 day of March, 2015.

SELLER:
Hipparchus Master Fund Ltd
By: Magnetar Financial LLC,
its investment manager

By: _____
Name:
Title:

BUYER:
Macquarie Bank Limited

By: _____
Name: Robert Trevena
Title: Division Director

Signed in Sydney, POA Ref:
#1721 dated 9 October 2014

By: _____
Name: Nathan Booker
Title: Division Director

Schedule A

| Claim Number | Claim Amount |
|---|---|
| 13824 | $659,460.95 |
| 14959 | $349,366.16 |
| 13777 | $5,204,000.00 |
| 15062 | $411,753.90 |
| 18966 | $1,586,971.99 |
| 17598 | $761,378.27 |

ACTIVE 206073847v.2