**HEARING DATE AND TIME: April 8, 2015 at 10:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: March 30, 2015 at 4:00 p.m. (Eastern Time)**
**EXTENSION GRANTED TO: April 1, 2015 at 4:00 p.m. (Eastern Time)**

Bennette D. Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for Bill & Melinda Gates Foundation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*., | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------------X

**JOINDER OF BILL & MELINDA GATES FOUNDATION TRUST TO THE**
**OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY**
**FUND LTD. TO THE MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE**
**QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE**

Bill & Melinda Gates Foundation Trust, by and through its undersigned counsel, hereby joins in the objections of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. (the "Citadel Objection to the Motion") filed to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"), as follows:

**OBJECTION AND JOINDER**

Bill & Melinda Gates Foundation Trust and the Debtors were parties to certain derivative contracts.

1. Bill & Melinda Gates Foundation Trust hereby joins and incorporates by reference the arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. in the Citadel Objection to the Motion [Docket 49030].

WHEREFORE, for the foregoing reasons, Bill & Melinda Gates Foundation Trust respectfully requests that this Court deny the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, and, alternatively, if the Court grants the Motion, direct Debtors to redact all identifying, confidential and proprietary information from any documents disclosed, including any negotiated agreement such as any ISDA Master Agreements and any Guarantees, and grant such other, further or different relief as this Court deems just and proper.

Dated: New York, New York
       March 31, 2015

                                        SCHLAM STONE & DOLAN LLP

                                        By:    s/ Bennette D. Kramer

                                        Bennette D. Kramer (BK-1269)
                                        Schlam Stone & Dolan LLP
                                        26 Broadway
                                        New York, NY 10004
                                        (212) 344-5400
                                        bdk@schlamstone.com

                                        *Attorneys for Bill & Melinda Gates Foundation Trust*

OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lth@t-hllp.com