# Exhibit I

40054710

# LEHMAN BROTHERS BANK FSB

**LOAN #: 0040054710**

## Purchase Advice

Borrower: **MICHAEL BOOTH**

| | | | | |
|---|---|---|---|---|
| Seller Loan number: | 00114566 | | | |
| Commitment number: | 75801829 | Good File | NO | |
| Commitment Effective date: | 2/20/2007 | | | |
| Commitment expiration date: | 3/07/2007 | | | |
| Product Code: | MTG MAKER 30 YEAR FIXED | | | |
| Exception Tracking number: | | | | |
| Commitment Type: | Best Efforts | 1st Payment Due ALS: | 4/01/2007 | |
| LTV: | 90.00 | Original Loan Amount: | 310,500.00 | |
| CLTV: | 90.00 | Interest Only: | Y | |
| Loan Interest Rate: | 8.95 | Prepayment: | N | Prepayment Term: |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ................................. $ | 310,500.00 | |
| Net ALS Price 101.06400 | % ................................. $+ | 313,803.72 | |
| Service Rls. Premium | % ................................. $+ | | |
| Interest for (7) @ $ 76.136 per day | | | |
| From: 3/08/2007 To: 3/01/2007 | $- | (532.95) | |
| Tax Service Fee | ................................. $- | 72.00 | |
| Flood Cert. Fee | ................................. $- | | |
| Funding Fee | ................................. $- | 175.00 | |
| | ................................. $ | | |
| | ................................. $- | | |
| | ................................. $- | | |
| | ................................. $- | | |
| | ................................. $- | | |
| Total Adjusted Escrow/Impounds | ................................. $- | 180.40 | |
| Borrower/Seller Paid Buydown | ................................. $- | | |
| **Total Purchase Amount** | ................................. $ | 313,909.27 | |

### WIRE INFORMATION

Wire Code: **CITIBANK**                    Date of Wire **3/08/2007**

| | |
|---|---|
| Bank Name: | **CITIBANK** |
| Street Address: | **NA** |
| City, State, Zip: | **NY, NY 11111** |
| ABA No.: | **021000089** |
| Account No.: | **36857444** |

| | |
|---|---|
| Credit Funds to: | **FIRST COLLATERAL SERVICES** |
| Street Address: | **1855 GATEWAY BLVD 800** |
| City, State, Zip: | **CONCORD, CA 94520** |
| Telephone #: | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 8.00000 | % | 104.18900 | % | | % |
| Non-Owner Mtg Mkr | | % | (1.6250) | % | | % |
| Cashout Refi Mtg Mkr | | % | (.8750) | % | | % |
| No Ratio MM NoMI | | % | (.7500) | % | | % |
| FICO>=700 MM | | % | .5000 | % | | % |
| I/O MMkr FRM 5yr | | % | (.2500) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| MM HLNM CO Ref F>680 | .1000 | % | | % | | % |
| MM HLNM NOO F>=680 | .4000 | % | | % | | % |
| MM HLNM Fico 700-719 | .2500 | % | | % | | % |
| MMHLNM NoRatio F>680 | .1500 | % | | % | | % |
| MMHLNM NOOnotFullDoc | .0500 | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 8.950 | % | 101.06400 | % | | % |

PURADVI.R.DOC 06/2001

# LEHMAN BROTHERS BANK FSB

LOAN #: 0032807265

## Purchase Advice

Borrower: **JULIE HAWKS**

| | | | | |
|---|---|---|---|---|
| Seller Loan number: | 99-0357 | | | |
| Commitment number: | 75801623 | Good File | NO | |
| Commitment Effective date: | 5/12/2006 | | | |
| Commitment expiration date: | 5/31/2006 | | | |
| Product Code: | **ALT-A 5/6 LIBOR 6/2/6 ARM** | | | |
| Exception Tracking number: | | | | |
| Commitment Type: | **Best Efforts** | 1ST Payment Due ALS: | 7/01/2006 | |
| LTV: | 80.00 | Original Loan Amount: | 357,600.00 | |
| CLTV: | 100.00 | Interest Only: | Y | |
| Loan Interest Rate: | 6.875 | Prepayment: | Y | Prepayment Term: 36 |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | ................................. $ | 357,600.00 | |
| Net ALS Price 101.91250 % | ................................. $+ | 364,439.10 | |
| Service Rls. Premium % | .............. $+ | | |
| Interest for (1) @ $ 67.356 per day | | | |
| From: 6/02/2006 To: 6/01/2006 | $- | (67.36) | |
| Tax Service Fee | ................................. $- | 75.00 | |
| Flood Cert. Fee | ................................. $- | | |
| Funding Fee | ................................. $- | 175.00 | |
| | .............. $ | | |
| **Conduit U/W Fee** | ................................. $- | 150.00 | |
| | ................................. $- | | |
| | ................................. $- | | |
| | ................................. $- | | |
| Total Adjusted Escrow/Impounds | ................................. $- | 3,645.92 | |
| Borrower/Seller Paid Buydown | ................................. $- | | |
| **Total Purchase Amount** | ................................. $ | 360,460.54 | |

### WIRE INFORMATION

Wire Code: **CITIBANK**                    Date of Wire 06/02/2006

| | | |
|---|---|---|
| Bank Name: | **CITIBANK** | |
| Street Address: | **NA** | |
| City, State, Zip: | **NY, NY 11111** | |
| ABA No.: | **021000089** | |
| Account No.: | **36857444** | |
| | | |
| Credit Funds to: | **FIRST COLLATERAL SERVICES** | |
| Street Address: | **1855 GATEWAY BLVD 800** | |
| City, State, Zip: | **CONCORD, CA 94520** | |
| Telephone #: | | |

### PRICING REVIEW

| | Rate % | Price | % | Margin % |
|---|---|---|---|---|
| Base: | 6.87500 % | 101.78750 | % | 2.25000 % |
| 50k-ConfLmtA56L-noMI | % | .6250 | % | % |
| Stated Doc-noMI | % | (.3750) | % | % |
| FICO >=720 arms | % | .3750 | % | % |
| ARMIO-CnfAmtw/subfin | % | (.2500) | % | % |
| 10yr I/O ARM | % | (.1250) | % | % |
| Best Efforts | % | (.1250) | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| | % | | % | % |
| **TOTAL** | 6.875 % | 101.91250 | % | 2.250 % |

PURADVI.II.DOC 06/2001

CONFIDENTIAL

LEH-Directors_0000027

# LEHMAN BROTHERS BANK FSB

*40160707*

LOAN #: 0040160707

## Purchase Advice

Borrower: **LAWRENCE KIRKWOOD**

| | |
|---|---|
| Seller Loan number: ·99 | |
| Commitment number: 75801833 | Good File    NO |
| Commitment Effective date: 2/22/2007 | |
| Commitment expiration date: 3/09/2007 | |
| Product Code: **MTG MAKER 5/6 LIBOR 6/2/6 ARM** | |
| Exception Tracking number: | |
| Commitment Type: **Best Efforts** | 1st Payment Due ALS: **5/01/2007** |
| LTV: 90.00 | Original Loan Amount: 220,500.00 |
| CLTV: 90.00 | Interest Only:    Y |
| Loan Interest Rate: 8.425 | Prepayment:    Y    Prepayment Term:    36 |

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 220,500.00 |
| Net ALS Price 103.23940 % | $+ | 227,642.88 |
| Service Rls. Premium    % | $+ | |
| Interest for 18 @ $ 50.896 per day | | |
| From: 3/14/2007 To: 4/01/2007 | $- | 916.13 |
| Tax Service Fee | $- | 72.00 |
| Flood Cert. Fee | $- | |
| Funding Fee | $- | 175.00 |
| | $ | |
| | $- | |
| | $- | |
| | $- | |
| | $- | |
| Total Adjusted Escrow/Impounds | $- | 777.01 |
| Borrower/Seller Paid Buydown | $- | |
| **Total Purchase Amount** | $ | 225,702.74 |

### WIRE INFORMATION

Wire Code:  **CITIBANK**                Date of Wire 03/14/2007

| | |
|---|---|
| Bank Name: | **CITIBANK** |
| Street Address: | **NA** |
| City, State, Zip: | **NY, NY 11111** |
| ABA No.: | **021000089** |
| Account No.: | **36857444** |

| | |
|---|---|
| Credit Funds to: | **FIRST COLLATERAL SERVICES** |
| Street Address: | **1855 GATEWAY BLVD 800** |
| City, State, Zip: | **CONCORD, CA 94520** |
| Telephone #: | |

### PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base: | 7.62500 | % | 105.11440 | % | 2.75000 | % |
| MMkr Purch Special | | % | .2500 | % | | % |
| No Doc Mtg Mkr NoMI | | % | (1.1250) | % | | % |
| MM FICO 620-679 NoMI | | % | (.1250) | % | | % |
| I/O Mtg Mkr ARMs | | % | (.3750) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| MM HLNM Fico 660-679 | .3000 | % | | % | | % |
| MM HLNM NoDoc F<680 | .4500 | % | | % | | % |
| MM HLNM G25L F<680 | .0500 | % | | % | | % |
| MM ARM 3YR SOFT PP | | % | (.3750) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 8.425 | % | 103.23940 | % | 2.750 | % |

PURADV.LB.DOC 06/2001

LEHMAN BROTHERS BANK FSB

3374 2834

**LOAN #: 0033742834**

# Purchase Advice

**Borrower:** JESSE MICHAEL RUIZ

| | | |
|---|---|---|
| Seller Loan number: .99 | | |
| Commitment number: 75801758 | Good File | NO |
| Commitment Effective date: 1/02/2007 | | |
| Commitment expiration date: 1/17/2007 | | |
| Product Code: MTG MAKER 5/6 LIBOR 6/2/6 ARM | | |
| Exception Tracking number: | | |
| Commitment Type: Best Efforts | 1st Payment Due ALS: | 3/01/2007 |
| LTV: 80.00 | Original Loan Amount: | 284,000.00 |
| CLTV: 100.00 | Interest Only: Y | |
| Loan Interest Rate: 6.875 | Prepayment: N | Prepayment Term: |

| | | | |
|---|---|---|---:|
| Unpaid Principal Balance | .................................... | $ | 284,000.00 |
| Net ALS Price 101.66930 % | .................................... | $+ | 288,740.81 |
| Service Rls. Premium % | | $+ | |
| Interest for 9 @ $ 53.493 per day | | | |
| From: 1/23/2007 To: 2/01/2007 | | $- | 481.44 |
| Tax Service Fee | .................................... | $- | 72.00 |
| Flood Cert. Fee | .................................... | $- | |
| Funding Fee | .................................... | $- | 175.00 |
| | .................................... | $ | |
| | .................................... | $- | |
| | .................................... | $- | |
| | .................................... | $- | |
| | .................................... | $- | |
| Total Adjusted Escrow/Impounds | .................................... | $- | |
| Borrower/Seller Paid Buydown | .................................... | $- | |
| **Total Purchase Amount** | .................................... | $ | **288,012.37** |

## WIRE INFORMATION

Wire Code: CITIBANK                                      Date of Wire 01/23/2007

| | |
|---|---|
| Bank Name: | CITIBANK |
| Street Address: | NA |
| City, State, Zip: | NY, NY 11111 |
| ABA No.: | 021000089 |
| Account No.: | 36857444 |

| | |
|---|---|
| Credit Funds to: | FIRST COLLATERAL SERVICES |
| Street Address: | 1855 GATEWAY BLVD 800 |
| City, State, Zip: | CONCORD, CA 94520 |
| Telephone #: | |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base: | 6.87500 | % | 102.66930 | % | 2.75000 | % |
| StdDoc NoMi MrtgMkr | | % | (.5000) | % | | % |
| FICO 680-699 Mtg Mkr | | % | .2500 | % | | % |
| EscrowWaiver Mtg Mkr | | % | (.2500) | % | | % |
| I/O Mtg Mkr ARMs | | % | (.3750) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **6.875** | **%** | **101.66930** | **%** | **2.750** | **%** |

PURADVI.R.DOC 06/2001

CONFIDENTIAL                                                                                        LEH-Directors_0000207