# Exhibit G

ASSIGNMENT AGREEMENT

between

LEHMAN BROTHERS BANK, FSB,

as Assignor

and

LEHMAN BROTHERS HOLDINGS, INC.,

as Assignee

Dated as of
September 2, 2008

1

CONFIDENTIAL

ASSIGNMENT AGREEMENT

ASSIGNMENT AGREEMENT (this "Assignment Agreement"), made as of this 2nd day of September, 2008, between Lehman Brothers Bank, FSB, a federal savings bank (the "Assignor" or the "Bank"), and Lehman Brothers Holdings Inc., a Delaware corporation (the "Assignee").

WHEREAS, the Assignor from time to time acquires residential mortgage loans for the purpose of selling, transferring, or conveying those mortgage loans to Assignee;

WHEREAS, the Assignee from time to time acquires residential mortgage loans from Assignee for the purpose of investment in those assets;

WHEREAS, the Assignor is a party to Loan Purchase Agreements (which incorporate the Aurora Loan Services Seller's Guide, which may be amended from time to time (the "Seller's Guide), Guaranty Agreements, Cross-Collateralization Agreements, Related Seller Agreements, and Amendments to those Agreements (referred to herein collectively as the "Agreements" and which may be amended from time to time), pursuant to which Assignor has acquired certain residential mortgage loans from respective Correspondent Sellers of Assignor (referred to herein collectively as "Sellers" and listed on Exhibit A which is incorporated herein by this reference) that Assignor has sold, transferred and conveyed to Assignee (the "Mortgage Loans");

WHEREAS, in furtherance of Assignor's sale of the Mortgage Loans to Assignee and of Assignee's investment purposes in acquiring the Mortgage Loans, Assignor and Assignee have previously agreed to have Assignor assign, transfer and convey to Assignee rights and remedies under the Agreements between Assignor and those Sellers identified on Exhibit A and Assignor and Assignee now wish to document that prior agreement.

NOW, THEREFORE, in consideration of the mutual promises contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

Section 1. Assignment.

(a) The Assignor hereby assigns, transfers and conveys to the Assignee all of its rights in and to the Agreements, including rights in and to any or all representations, warranties or covenants made by Sellers to Assignor in the Seller's Guide and/or Agreements, along with any or all of the Assignor's remedies available against the Sellers for Sellers' breach of any representation, warranty or covenant under the Seller's Guide and/or Agreements, including, without limitation, the repurchase and indemnification remedies. Pursuant to Section 7 of the Seller's Guide, Assignee is an intended third party beneficiary of those representations, warranties, covenants and remedies set forth in the Seller's Guide or Agreements.

(b) The Assignee hereby accepts such assignment, and shall be entitled to exercise all such rights and remedies of the Assignor under the Seller's Guide or Agreements, as if the Assignee had been a party to each such agreement.

2

(c) The Assignor shall have the right to amend, modify or terminate the Agreements without the joinder of the Assignee with respect to Mortgage Loans not conveyed to the Assignee hereunder; *provided, however*, that such amendment, modification or termination shall not affect or be binding on the Assignee or the Mortgage Loans.

Section 2. Governing Law.

THIS ASSIGNMENT AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT REFERENCE TO ITS CONFLICT OF LAW PROVISIONS (OTHER THAN SECTION 5-1401 OF THE GENERAL OBLIGATIONS LAW), AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES HEREUNDER SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

Section 3. Notices.

Any notices or other communications permitted or required hereunder shall be in writing and shall be deemed conclusively to have been given if personally delivered at or mailed by registered mail, postage prepaid, and return receipt requested or transmitted by telex, telegraph or telecopier and confirmed by a similar mailed writing, to:(i) in the case of the Assignor, Lehman Brothers Bank, FSB, 399 Park Avenue, 5th Floor, New York, New York 10022, Attention: Legal Counsel, or such other address as may hereafter be furnished by the Assignor; and (ii) in the case of the Assignee, Lehman Brothers Holdings Inc., 745 Seventh Avenue, 8th Floor, New York, New York 10019, Attention: Manager, Contract Finance, or such other address as may hereafter be furnished by the Assignee.

Section 4. Counterparts.

This Assignment Agreement may be executed in counterparts, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same instrument.

Section 5. Binding Nature of Agreement; Assignment.

This Assignment Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns.

Section 6. Headings Not to Affect Interpretation.

The headings contained in this Assignment Agreement are for convenience of reference only, and they shall not be used in the interpretation hereof.

Section 7. Benefits of Agreement.

Nothing in this Assignment Agreement, express or implied, shall give to any person, other than the parties to this Assignment Agreement and their successors hereunder, any benefit or any legal or equitable right, power, remedy or claim under this Assignment Agreement.

3

CONFIDENTIAL

LEH-FMC_0000103

IN WITNESS WHEREOF, the parties hereto have executed this Assignment Agreement as of the day and year first above written.

LEHMAN BROTHERS BANK, FSB

By: _____

Name: Russell V. Brady

Title: Authorized Signatory

LEHMAN BROTHERS HOLDINGS, INC.

By: _____

Name: William Walenczyk

Title: Authorized Signatory

4

CONFIDENTIAL

LEH-FMC_0000104

# EXHIBIT A

1st Chesapeake Home Mortgage, LLC
1-800-East-West Mortgage Company
1st 2nd Mortgage Company of N.J., Inc.
1st Advantage Mortgage, LLC
1st American Mortgage Inc.
1st Chesapeake Home Mortgage, LLC
1st Maryland Mortgage Corporation
1st New England Mortgage Corporation
1st Republic Mortgage Bankers, Inc.
1st State Mortgage LLP
2ci Direct, LLC
A.K.T. American Capital, Inc.
A.W.L.G. Inc.
Aadus Banc Corp.
ACT Lending Corporation
Advance Mortgage Corporation
Advanced Lending Group
Advantage One Mortgage Corp.
Advisors Mortgage Group, LLC
Advisors Mortgage, LLC
Affiliated Funding Corp.
Agency Mortgage Corporation
Alera Financial, LLC
Alethes, LLC
All American Home Mortgage Corp.
All California Mortgage, Inc.
All Finance Mortgage, Inc.
All Home Lending, Inc.
Alliance Financing Mortgage Corp.
Allied Mortgage Group, Inc.
Alpine Lending, LLC
Alpine Mortgage LLC
Alterna Mortgage Company
Alternative Financing Corp.
Amber Financial Group, LLC
AME Financial Corporation
Amera Mortgage Corporation
Ameribanc One Corporation

5

CONFIDENTIAL

LEH-FMC_0000105

AmericaHomeKey, Inc.
American Bank
American Capital Mortgage Bankers, LTD
American Federal Mortgage Corporation
American Fidelity Mortgage Corp
American Financial Resources Incorporate
American General Mortgage Corporation
American Home Bank, N.A.
American Home Equity Corporation
American Homestead Mortgage, LLC
American Mortgage Corporation
American Mortgage Specialists, Inc.
American Nationwide Mortgage, Inc.
American Southwest Mortgage Corp.
American Sterling Bank
America's Mortgage Banc, Inc.
Americor Lending Group, Inc.
Amerifund Financial, Inc.
AmeriMortgage Bankers LLC
Ameritrust Mortgage Bankers Inc.
AmTrust Mortgage Corporation
ANB Financial, N.A.
Apex Lending, Inc.
Approved Funding Corp.
Arlington Capital Mortgage Corporation
Ascella Mortgage, LLC
Ascent Home Loans, Inc.
Assurance Mortgage, LLC
Assured Lending Corporation
Atlantic Bay Mortgage Group LLC
Atlas Mortgage Funding Corp.
Attorneys' Mortgage Services, LLC
Auer Mortgage Co, Inc.
Aurora Mortgage, LLC
Avantor Capital, LLC
Avenya, Inc.
Avex Funding Corporation
Axiom Financial, LLC.
Bank of England
Barrington Capital Corp.

CONFIDENTIAL

LEH-FMC_0000106

Barrons Mortgage Corporation
BayCal Financial Mortgage Corporation
Bayrock Mortgage Corporation
Baytree Lending Company
Beach First National Bank
Beacon Financial Mortgage Bankers Corp
Bell America Mortgage LLC
Belvidere Networking Enterprises
Bondcorp Realty Services, Inc.
BSM Financial LP
C&G Financial Services Inc.
California Empire Bancorp, Inc.
California Financial Group, Inc.
California Home Investments, Inc.
California Mortgage Advisors, Inc.
Callisto Group Inc.
Cambridge Financial Services, Inc.
Cambridge Funding Group, Inc.
Cameron Financial Group, Inc.
Capital Alliance Advisors, Inc.
Capital Direct Financial, Inc
Capital Financial Services, Inc.
Capital Funding Solutions, Inc.
Capital Mortgage Associates, LLC
Capital Reverse Mortgage Group, Inc
Capitol Mortgage Services, Inc.
Capstone Lending Corp.
Carrollton Bank
Cash Out Mortgage Corp.
CCO Mortgage Corporation
Cedar Mortgage Company
Central Coast One Stop Mortgage Group, Inc.
Central Pacific Mortgage Company
CentralBanc Mortgage Corporation
Century Mortgage Company
Certified Home Loans of Florida, Inc.
CFI Lending Group Inc.
CFS Mortgage Corporation
Chicago Financial Services, Inc.
Christopher E. Hobson, Inc

7

CONFIDENTIAL

LEH-FMC_0000107

CIMA Mortgage Bankers L.L.C.
Circle One Mortgage Company
Citimutual Corporation
Citizens National Bank of Paris
City First Mortgage Services, L.L.C.
Citywide Mortgage Corporation
Clarion Mortgage Capital Inc
Classic Home Loans
CLO Funding Corporation
CMG Mortgage Inc.
CML Direct, Inc.
CMS Capital Group, Inc.
Coast Mortgage Corporation
Coastal Capital Corp.
Coastal Mortgage Services Inc.
Cobalt Mortgage, Inc.
Colony Mortgage Lenders, Inc.
Colorado Capital Bank
Colorado Federal Savings Bank
ComUnity Lending, Incorporated
Concord Mortgage Company
Concord Mortgage Corp.
Consumer Mortgage Services, Inc
Continental Mortgage Bankers, Inc.
Continental Mortgage Corp
Coral Mortgage Bankers Corp.
CornerStone Bancor Mortgage Corp.
Cornerstone Mortgage Company
Corstar Financial Inc.
County Trust Mortgage Bankers Corp
Courtyard Financial, Inc.
CSMC, Inc.
CSW Financial, Inc.
CTX Mortgage Company, LLC
Cueva & Associates Inc
Custom Home Loans, Inc.
Cypress Point Funding, Inc.
DCG Home Loans, Inc.
Delta Home Loans, Inc.
DHA Financial, Inc.

CONFIDENTIAL

LEH-FMC_0000108

Diablo Funding Group, Inc.
Direct Lending, Inc.
Direct Mortgage Corporation
Discover Mortgage Company
DMI Funding, Inc.
Dollar Mortgage Corporation
Dream House Mortgage Corporation
Dynamic Capital Mortgage, Inc.
E*Trade Bank
E*Trade Mortgage Corporation
E.C.I. Corporation
Eagle Home Mortgage, LLC
East Coast Mortgage Corp.
Eastern Financial Home Loans Corporation
eHomeCredit Corp.
Embassy Mortgage, Inc.
EMC Holdings, LLC
Epix Funding Group, Inc.
EquiPoint Financial Network, Inc.
Equity Mortgage Corporation
Equity National Funding Group, Inc.
Equity One, Inc.
Equity Plus Inc.
Equity Resources, Inc.
Etekcapital, LLC
Evolution Funding Group, LLC
Executive Funding, Inc.
Extol Mortgage Services, Inc.
EZ Funding Corp.
Fairfield Financial Mortgage Group Inc
Fairmont Funding Ltd.
Farmers and Merchants Bank of Long Beach
FBM, LLC
Financial Capital, Inc.
FineTech Financial Services, Inc.
First Alliance Mortgage Corp of Delaware
First Allied Mortgage
First American Realty Capital Corp.
First Capital Financial Services Corp.
First Capital Group, LP

9

CONFIDENTIAL
LEH-FMC_0000109

First Capital Mortgage Corp.
First Colony Mortgage Corporation
First Community Mortgage, Inc.
First Continental Mortgage and Investment Corp.
First Estate Funding Corp.
First Federal Mortgage Inc.
First Federated Funding Corp of South Florida
First Fidelity Financial, Inc.
First Financial Equities, Inc.
First Financial Lender
First Funding Financial Services, Inc.
First Guaranty Financial Corporation
First Guaranty Mortgage Corp. - VA
First Horizon Home Loans a div of FTBNA
First Houston Mortgage, Ltd
First Independent Mortgage Company
First Integrity Mortgage Corporation
First Lincoln Mortgage Corp.
First Madison Mortgage Corporation
First Metropolitan Funding Corporation
First Mortgage Corporation
First NLC Financial Services, LLC
First Ohio Banc & Lending, Inc.
First Rate Capital Corp
First Residential Mortgage Services Corp
First West Mortgage Bankers, Ltd.
Firstline Residential, Inc.
Fisher Financial Group Incorporated
Flagstar Capital Markets Corporation
Flick Mortgage Investors, Inc.
Florida Professional Mortgage Inc
F-M Mortgage Corp.
FNB Mortgage, LLC
Foothill Funding Group, Inc.
Fortune One Mortgage Corporation
Franklin First Financial, Ltd.
Frontier Investment Company
Gateway Bank, FSB
Gateway Business Bank
Gateway Funding Diversified Mortgage Services, LP

CONFIDENTIAL

LEH-FMC_0000110

Gateway Mortgage Group, LLC
Gecko Mortgage, Incorporated
Genesis Mortgage Corp.
Genpact Mortgage Services, Inc.
Global Lending Group Inc.
Gold Mortgage Banc, Inc.
Golden Empire Mortgage, Inc.
Grand Bank, NA
Great Country Mortgage Bankers Corp.
Great Western Financial Group, Inc.
Greene Financial Services, Inc.
Griffin Mortgage Corporation
Grovebay Financial, Inc.
Guaranteed Home Mortgage Company, Inc.
Guaranteed Rate, Inc.
Guaranty Bank
Guild Mortgage Company
Hamilton Group Funding, Inc.
Hamilton Mortgage Company
Hartford Financial Services, Inc.
Hartland Mortgage Centers, Inc.
Heritage Plaza Mortgage, Inc
HMLNSUSA, Inc.
Hogar Mortgage and Financial Services
Home Capital Funding
Home Loan Center, Inc
Home Loan Network Corporation
Home Loan Specialists, Inc.
Home Mortgage, Inc.
Home Savings Mortgage
Home Savings of America
Homeowners Mortgage of America, Inc.
Homeservices Lending, LLC
Homestead Mortgage Corporation
Hometrust Mortgage Company
Homewide Lending Corporation
Horizon Direct, Inc
I.F.G. Mortgage Services, Inc.
Ideal Mortgage Bankers, Ltd.
INCG Capital Group, Inc.

11

CONFIDENTIAL

LEH-FMC_0000111

Innovative Mortgage Solutions, LLC
Inter Mountain Mortgage
Intermountain Mortgage Company, Inc.
International Mortgage Services LLC
Intohomes Mortgage Services Inc.
Investment Finders of America Inc
ION Capital, Inc.
IRES Co.
IZT Mortgage, Inc.
Jayco Capital Group
JDB Mortgage, Inc.
JMJ Financial Group
Joseph Scott Properties, Inc.
Just Mortgage, Inc.
K & B Capital Corp.
K Bank
Key Financial Corporation
KH Financial, L.P.
Kirkwood Financial Corporation
KleinBank
Lake Forest Bank & Trust Co.
Lakeland Regional Mortgage Corporation
Legacy Financial Corporation
Legacy Financial Group, Inc.
Lending 1st Mortgage, LLC
Lenox Financial Mortgage Corporation
Liberty Financial Group, Inc.
Liberty Home Lending, Inc
Lighthouse Mortgage Service Co., Inc.
Lincoln Mortgage Company
Litespeed Mortgage Corp.
Loan America, Inc.
Loan Center of California, Incorporated
Loan Correspondents, Inc.
Loan Link Financial Services
Loan Network, LLC
Loanguy.com
Luxury Mortgage Corp.
M & I Bank, FSB
Manhattan Mortgage

CONFIDENTIAL

LEH-FMC_0000112

Mariners Capital, Inc.
Mason Dixon Funding, Inc.
Matrix Funding Services
Maverick Residential Mortgage, Inc.
Maxim Mortgage Corp
MCIG Capital Corporation
Mega Capital Funding, Inc.
Meridian Mortgage Group, LLC
Merrimack Mortgage Company, Inc.
Metrocities Mortgage LLC
Metropolitan Bancorp
MetroState Financial & Real Estate Corp
Michael David Financial, Inc.
Mid Valley Services, Inc.
Midland Mortgage Corporation
Midtown Bank & Trust Company
Midwest Loan Services, Inc.
Milestone Mortgage Corporation
Millennium Bank N.A.
Millennium Mortgage Corp.
Minnesota Home Mortgage Corporation
Minnesota Lending Company, LLC
Mirad Financial Group
Mizer Corp
MJS Lending, Inc.
Montgomery Capital Corporation
Morgan Financial, Inc.
Mortgage and Equity Funding Corporation
Mortgage Brokers Services, Inc.
Mortgage Capital Associates, Inc.
Mortgage Capital Corporation of America
Mortgage Elite, Incorporated
Mortgage Express, Inc.
Mortgage Management Consultants, Inc.
Mortgage Network Inc.
Mortgage Partners, Inc.
Mortgage Services III, LLC
Mortgage Source, LLC
Mortgage Specialists, Inc.
Mortgage World Bankers, Inc.

13

CONFIDENTIAL

LEH-FMC_0000113

MortgageClose.com, Inc.
MortgageIT, Inc.
Mountain America Financial Services, LLC
Mountain High Federal Credit Union
Mountain Range Funding, LLC
Mountain View Mortgage Company
Mountain West Financial, Inc.
MVB Mortgage Corporation
MVP Financial Services
Mylor Financial Group, Inc.
Nation One Mortgage Company Inc.
National Penn Bank
Nations First Lending, Inc.
Nations Reliable Lending LLC
Nation's Standard Mortgage Corp.
Nationwide Lending Corporation
NBGI, Inc. d/b/a National Bankers Group, Inc.
Network Funding L.P.
Network Lending Solutions, LLC
New Equity Financial Corporation
New State Mortgage, LLC
New West Lending, Inc.
Newcastle Home Loans, LLC
NFM, Inc.
NL, Inc.
North Atlantic Mortgage Corporation
North Country Mortgage Banking Corp.
North County Real Estate, Inc.
NV Mortgage, Inc.
Oasis Bank, SSB
OCM, Inc.
Old Towne Financial, Inc.
On Time Capital
One Source Mortgage, LLC
Originate Home Loans, Inc.
Oro Real, Inc.
Overland Mortgage, LP
Oxford Capital, LLC
Pacific Community Mortgage Inc.
Pacific Community Mortgage Inc.

14

CONFIDENTIAL

LEH-FMC_0000114

Pacific First Financial Services, LP
Pacific Horizon Bancorp, Inc.
Pacific Mutual Funding, Inc.
Paragon Home Lending, LLC
Paragon Mortgage Bankers Corp.
Paramount Financial, Inc.
Paramount Residential Mortgage Group Inc
Parkside Lending, LLC
Pathway Financial, LLC
Pemm.Tek Mortgage Services, LLC
Peoples Home Equity, Inc.
Perl Mortgage, Inc.
Pine State Mortgage Corporation
Pinnacle Mortgage Group, Inc.
Platinum Capital Group
Platinum Community Bank FSB
Platinum Financial Investments Inc.
Plaza Home Mortgage Inc.
PMAC Lending Services, Inc.
PMC Bancorp
PMF, Inc.
Popular Mortgage Corp
Positive Mortgage Inc
PPI Equities, Inc.
Prado Mortgage, Inc.
Preferred Financial Group Inc.
Premier Mortgage Capital, Inc.
Premier Mortgage Group of South Florida
Primary Capital Advisors, LC
Prime Financial Corporation
Prime Mortgage Financial, Inc.
PrimeLending, a PlainsCapital Company
PrimeSource Funding, Inc.
PrimeWest Mortgage Corporation
Pro-Buy Equities Corp.
Production Mortgage, Inc.
Professional Mortgage Partners, Inc.
Prosperity Bank
ProtoFund Mortgage Corporation
Prudential Lending, Inc.

15

CONFIDENTIAL

LEH-FMC_0000115

PTF Financial Corp.
Q Financial Direct, Inc.
R.N.B. Inc.
RBC Centura Bank
RBC Mortgage Company
Realty Mortgage Corporation
Reliable Mortgage Bankers Corporation
Reliant Mortgage Company, LLC
Republic Mortgage Home Loans LLC
Republic Mortgage LLC
Republic State Mortgage Company
Rescue Mortgage, Inc.
Residential Capital Mortgage Corporation
Residential Finance Corporation
Residential Home Funding Corp.
Residential Mortgage Capital
Resource Bank
Resource Mortgage Banking, LTD.
RMS & Associates
Rockaway Beach Financial Corporation
Ross Mortgage Corporation
Royal Pacific Funding Corporation
San Diego Great Western Mortgage Co. Inc
Santa Cruz Mortgage Company
Savings First Mortgage, LLC
Saxon Equity Mortgage Bankers, Ltd.
SCME Mortgage Bankers, Inc.
Seaforth Mortgage Corporation
Security Home Mortgage, LLC
Security Home Mortgage, LTD.
Security Mortgage Corporation
Security Mortgage, Inc.
Security National Mortgage Company
SFF Mortgage, Inc.
SGB Corp.
Shasta Financial Services Inc.
Signature Funding, Inc.
Sky Investments, Inc.
Skyline Financial Corp.
SoluBanc Funding, Inc.

16

CONFIDENTIAL

LEH-FMC_0000116

Solutions Funding, Inc.
Sound Mortgage Decisions Corporation
South Lake Mortgage Bankers, Inc.
South Trust Funding, Inc.
Southeast Funding Alliance, Inc.
Southern Star Mortgage Corp.
Spectra Funding, Inc.
Spectrum Financial Group Inc.
SRI
Stanley Capital Mortgage Company, Inc.
Sterling Empire Funding Associates, LTD.
Sterling National Mortgage Company, Inc.
Stonecreek Funding Corporation
Structure Mortgage Inc.
Summit Investments Loan Corporation
Summit Mortgage Corporation
Summit Mortgage LLC
Sunset Direct Lending, LLC
Sunset Mortgage Co.
Sunset Mortgage Company, LP
Superior Lending Associates, LC
Sutton Bank
Sycamore Funding, Inc.
Synergy Mortgage Corp.
Taylor, Bean & Whitaker Mortgage Corp.
TBI Mortgage Company
TCD Mortgage Corporation
Texas Capital Bank, NA
The Business Bank
The Carnegie Hill Corporation
The Crossfire Financial Network Inc
The Designer Financial Group, Inc.
The Lending Company, Inc.
The Loan Experts Corporation
The Money Source Inc
The Mortgage Bankers Corp.
The Mortgage Center Services, Inc.
The Mortgage Depot, Inc.
The Mortgage Firm, Inc.
The Mortgage House, Inc. d/b/a The Mortgage Place, Inc.

17

The Mortgage Store Financial, Inc.
The New York Mortgage Company, a Division of Indymac Bank
The PrivateBank
Titan Funding, LLC
TLP Funding
TM Capital, Inc.
TMG Financial Services, Inc.
Token Mortgage Corporation
Tower Mortgage & Financial Services Corp.
Tower Mortgage Capital, Inc.
Trans Atlantic Mortgage Corp.
Transcontinental Lending Group, Inc.
Transland Financial Services
Transnational Financial Network Inc.
Tribeca Lending Corp.
Trinity Mortgage Assurance Corporation
Triton Commercial Capital Inc.
Triumph Funding, Inc.
Trojan Lending, Inc.
TruePointe Mortgage, LLC
Twin Capital Mortgage
U.S. Financial Mortgage Corp.
U.S. Lending Group, Inc.
U.S. Mortgage Corp.
UMS, LLC
Unified Capital Group
Unimortgage, LLC
Union Capital Mortgage Business Trust
Union Federal Mortgage Corporation
Union Mortgage Group, Inc.
Union Trust Mortgage Corporation
United California Systems International Inc.
United Capital, Inc.
United Home Mortgage Corporation
United Mortgage Corporation
United Northern Mortgage Bankers, LTD
United Pacific Mortgage
UniTrust Mortgage, Inc.
Universal Financial Group Inc.

18

CONFIDENTIAL

LEH-FMC_0000118

USA Bank
USA Funding Corp.
USA Mortgage Business, Inc.
USB Home Lending, a division of Universal Savings Bank F.A.
Valley Vista Mortgage, Inc.
Value Mortgage Funding, Inc.
Vanguard Mortgage & Title Inc.
Vantage Lending, Inc.
Vertical Lend, Inc.
Victoria Capital, Inc.
Vision Financial & Home Mortgage, Inc.
Vision Mortgage, L.L.C.
Wall Street Mortgage Bankers, Ltd.
WCS Funding Group, Inc.
WCS Lending, LLC
Webster Bank N.A.
WebTD.com
Western Residential Mortgage, Inc.
Western States Mortgage Corp.
Westlend Financing, Inc.
WestStar Mortgage, Inc.
Wholesale America Mortgage, Inc.
Wilson Resources, Inc.
Winstar Mortgage Partners, Inc.
WJ Capital Corporation
World Group Mortgage, LLC
Your Neighborhood Real Estate Solutions,
Zino Financial, Inc.

CONFIDENTIAL

LEH-FMC_0000119