# Exhibit I

# LEHMAN BROTHERS BANK FSB

LOAN #. 0032346009

# Purchase Advice

**WENDY R. HOFFMAN**
Borrower

| | | | | |
|---|---|---|---|---|
| Seller Loan number | 0032346009 | | | |
| Commitment number | 1618501101 | | | |
| Commitment Effective date | 1/31/2006 | | | |
| Commitment expiration date | 3/20/2006 | | | |
| Product Code | MTG MAKER 5/6 LIBOR 6/2/6 ARM | | | |
| Exception Tracking number | | | | |
| Commitment Type | Best Efforts | 1st Payment Due ALS | 5/01/2006 | |
| LTV | 70.00 | Original Loan Amount | 108,500.00 | |
| CLTV | 95.00 | Interest Only | Y | |
| Loan Interest Rate | 7.375 | Prepayment | Y | Prepayment Term 36 |
| Unpaid Principal Balance | $ 108,500.00 | | | |
| Net ALS Price 102.61060 % | $+ 111,332.50 | | | |
| Service Rls Premium % | $+ | | | |
| Interest for 10 @ $ 21.923 per day | | | | |
| From 3/22/2006 To 4/01/2006 | $- 219.23 | | | |
| Tax Service Fee | $- 75.00 | | | |
| Flood Cert Fee | $- | | | |
| Funding Fee | $- | | | |
| | $ | | | |
| Conduit U/W Fee | $- 150.00 | | | |
| | $- | | | |
| | $- | | | |
| | $- | | | |
| Total Adjusted Escrow/Impounds | $- 1,174.26 | | | |
| Borrower/Seller Paid Buydown | $- | | | |
| **Total Purchase Amount ... ...** | **. $ 109,714.01** | | | |

## WIRE INFORMATION

Wire Code **CITIBANK NA**                Date of Wire 03/22/2006

| | |
|---|---|
| Bank Name | **CITIBANK NA** |
| Street Address | **111 WALL STREET** |
| City State Zip | **NEW YORK, NY 10043** |
| ABA No | 021000089 |
| Account No | 36857444 |

| | |
|---|---|
| Credit Funds to | **FIRST COLLATERAL SERVICES** |
| Street Address | **1855 GATEWAY BLVD** |
| City State Zip | **CONCORD, CA 94520** |
| Telephone # | |

## PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.37500 | % | 102.86060 | % | 2.75000 | % |
| Corr Extension | | % | (.1250) | % | | % |
| LA100k-ConfLmt MMkr | | % | .1250 | % | | % |
| Non-Owner Mtg Mkr | | % | (1.0000) | % | | % |
| StdDoc Mtg Mkr | | % | (.2500) | % | | % |
| FICO >=680 Mtg Mkr | | % | .3750 | % | | % |
| 3Yr PP Mtg Mkr ARM | | % | 1.0000 | % | | % |
| I/O Mtg Mkr | | % | (.2500) | % | | % |
| Best Efforts | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | **7.375** | % | **102.61060** | % | **2 750** | % |

PURADVI B DOC 06/2001

CONFIDENTIAL

# LEHMAN BROTHERS BANK FSB

LOAN #: 0032467367

## Purchase Advice

Borrower: **MICHELLE J LANDER**

| | | | | |
|---|---|---|---|---|
| Seller Loan number | 1618501161 | | | |
| Commitment number | 1618501161 | Good File | **YES** | |
| Commitment Effective date | **2/23/2006** | | | |
| Commitment expiration date | **4/24/2006** | | | |
| Product Code | **MTG MAKER 5/6 LIBOR 6/2/6 ARM** | | | |
| Exception Tracking number | | | | |
| Commitment Type | **Best Efforts** | 1st Payment Due ALS | **6/01/2006** | |
| LTV | **70.00** | Original Loan Amount | **94,440.00** | |
| CLTV | **95.00** | Interest Only | **Y** | |
| Loan Interest Rate | **7.75** | Prepayment | **Y** | Prepayment Term **36** |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | **94,440.00** | |
| Net ALS Price | **102.13040** % | $+ **96,451.95** | |
| Service Rls Premium | % | $+ | |
| Interest for **6** @ $ **20.052** per day | | | |
| From **4/25/2006** To **5/01/2006** | $- | **120.31** | |
| Tax Service Fee | $- | **75.00** | |
| Flood Cert Fee | $- | | |
| Funding Fee | $- | **225.00** | |
| | $ | | |
| **Conduit U/W Fee** | $- | **150.00** | |
| | $- | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | | |
| Borrower/Seller Paid Buydown | $- | | |
| **Total Purchase Amount** ........................ | $ | **95,881.64** | |

### WIRE INFORMATION

Wire Code    **FEDERAL RESERVE BANK**                          Date of Wire **04/25/2006**

| | |
|---|---|
| Bank Name | **FEDERAL RESERVE BANK** |
| Street Address | **1910 PACIFIC AVE 19TH FL** |
| City, State, Zip | **DALLAS, TX 75201** |
| ABA No | **114912848** |
| Account No | **1540** |

| | |
|---|---|
| Credit Funds to | **SANDERSON STATE BANK** |
| Street Address | **216 WEST OAK** |
| City, State, Zip | **SANDERSON, TX 79848** |
| Telephone # | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.75000 | % | 103.63040 | % | 2.75000 | % |
| **Non-Owner Mtg Mkr** | | % | (1.0000) | % | | % |
| **StdDoc Mtg Mkr** | | % | (.2500) | % | | % |
| **FICO >=680 Mtg Mkr** | | % | .3750 | % | | % |
| **EscrowWaiver Mtg Mkr** | | % | (.2500) | % | | % |
| **I/O Mtg Mkr** | | % | (.2500) | % | | % |
| **Best Efforts** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | : | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| **TOTAL** | 7.750 | % | 102.13040 | % | 2.750 | % |

PURADVI B DOC 06/2001

CONFIDENTIAL

LEH-REP_0000469

# LEHMAN BROTHERS FSB

## Purchase Advice

LOAN #: 0032183212

**Borrower:** MARLA MCGUIRE

Seller Loan number: 0032183212
Commitment number: 618050109B
Commitment Effective date: 1/30/2006
Commitment expiration date: 3/01/2006
Product Code: MTG MAKER 5/6 LIBOR 6/2/6 ARM
Commitment Tracking number:
Exception Tracking number:
Commitment Type: Best Efforts
LTV: 70.00
CLTV: 95.00
1st Payment Due ALS: 4/01/2006
Original Loan Amount: 119,000.00
Interest Only: Y
Prepayment: Y
Prepayment Term: 36

| | | | |
|---|---|---|---|
| Loan Interest Rate: | 7.5 | | |
| Unpaid Principal Balance | 102.61560 | +$ | 119,000.00 |
| Net ALS Price | % | +$ | 122,112.56 |
| Service Rls. Premium | 2 @ 24.452 per day | $ | |
| Interest for | From: 2/27/2006 To: 3/01/2006 | -$ | 48.90 |
| Tax Service Fee | | | 75.00 |
| Flood Cert. Fee | | -$ | |
| Funding Fee | | -$ | |
| Conduit U/W Fee | | $ | 150.00 |
| | | -$ | |
| | | -$ | |
| | | -$ | |
| | | -$ | |
| Total Adjusted Escrow/Impounds | | -$ | |
| Borrower/Seller Paid Buydown | | -$ | |
| Total Purchase Amount | | $ | 121,838.66 |

### WIRE INFORMATION

Wire Code: CITIBANK NA        Date of Wire: 2/27/2006.

Bank Name: CITIBANK NA
Street Address: 111 WALL STREET
City, State, Zip: NEW YORK, NY 10043
ABA No.: 021000089
Account No.: 3685744
Credit Funds to: FIRST COLLATERAL SERVICES
Street Address: 1855 GATEWAY BLVD
City, State, Zip: CONCORD, CA 94520
Telephone #:

### PRICING REVIEW

| | Rate | % | Price | % | Margin | % |
|---|---|---|---|---|---|---|
| Base: | 7.5000% | | 102.99060% | | 2.7500% | |
| LA100x-Conflmt MKt: | | % | .1250 | % | | % |
| Non-Owner Mtg Mkt: | | % | (1.0000) | % | | % |
| stdbox Mtg Mkt: | | % | (.2500) | % | | % |
| FICO >=680 Mtg Mkt: | | % | .3750 | % | | % |
| 3yr PP Mtg Mkt ARM: | | % | 1.0000 | % | | % |
| Escrowwaiver Mtg Mkt: | | % | (.2500) | % | | % |
| I/O Mtg Mkt: | | % | (.2500) | % | | % |
| Best Efforts: | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| TOTAL | 7.500% | % | 102.61560 | % | 2.750% | % |

PERADVLR.DOC 062001

33429473

# LEHMAN BROTHERS BANK FSB

LOAN #: 0033429473

## Purchase Advice

Borrower:  **CARL L CABANISS II**

| | | | |
|---|---|---|---|
| Seller Loan number | 33429473 | | |
| Commitment number | 1618501261 | Good File | NO |
| Commitment Effective date | 11/16/2006 | | |
| Commitment expiration date | 11/13/2006 | | |
| Product Code | **ALT-A 30 YEAR FIXED** | | |
| Exception Tracking number | | | |
| Commitment Type | **Best Efforts** | 1st Payment Due ALS | 2/01/2007 |
| LTV  80.00 | | Original Loan Amount | 356,000.00 |
| CLTV  84.05 | | Interest Only | N |
| Loan Interest Rate  7.375 | | Prepayment  N | Prepayment Term |

| | | | |
|---|---|---|---|
| Unpaid Principal Balance | $ | 355,729.12 | |
| Net ALS Price | 100.13500  % | $+  356,209.35 | |
| Service Rls Premium | %  | $+ | |
| Interest for  12  @ $  71.877  per day | | | |
| From 12/20/2006  To 1/01/2007 | $-  862.52 | | |
| Tax Service Fee | $-  72.00 | | |
| Flood Cert Fee | $- | | |
| Funding Fee | $-  225.00 | | |
| | $ | | |
| **Escrow Transfer** | $- | | |
| **Conduit U/W Fee** | $-  150.00 | | |
| | $- | | |
| | $- | | |
| Total Adjusted Escrow/Impounds | $- | | |
| Borrower/Seller Paid Buydown | $- | | |

Total Purchase Amount ...................................... $  **354,899.83**

### WIRE INFORMATION

Wire Code  **CITIBANK NA**                              Date of Wire 12/20/2006

| | |
|---|---|
| Bank Name | **CITIBANK NA** |
| Street Address | **111 WALL STREET** |
| City, State, Zip | **NEW YORK, NY 10043** |
| ABA No | **021000089** |
| Account No | **36857444** |

| | |
|---|---|
| Credit Funds to | **FIRST COLLATERAL SERVICES** |
| Street Address | **1855 GATEWAY BLVD** |
| City, State, Zip | **CONCORD, CA 94520** |
| Telephone # | |

### PRICING REVIEW

| | Rate | | Price | | Margin | |
|---|---|---|---|---|---|---|
| Base | 7.37500 | % | 102.63500 | % | | % |
| **Corr Extension** | | % | (.1250) | % | | % |
| **Extension Fee** | | % | (.2500) | % | | % |
| **CnfLmt Bal A30F** | | % | .2500 | % | | % |
| **Stated Doc-noMI** | | % | (.3750) | % | | % |
| **Non-Owner** | | % | (1.5000) | % | | % |
| **FICO 660-679 no MI** | | % | (.2500) | % | | % |
| **Escrow waiver** | | % | (.1250) | % | | % |
| **Best Efforts** | | % | (.1250) | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| | | % | | % | | % |
| TOTAL | 7.375 | % | 100.13500 | % | | % |

PURADVI B DOC 06/2001

CONFIDENTIAL

LEH-REP_0000154