UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

LEHMAN BROTHERS HOLDING, INC.,

Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

## NOTICE OF REPUBLIC STATE MORTGAGE COMPANY'S MOTION TO VACATE

PLEASE TAKE NOTICE that a hearing on the annexed Motion to Vacate the "ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLER, REPUBLIC STATE MORTGAGE COMPANY" PURSUANT TO RULE 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE and Memorandum of Law in Support Thereof (the "Motion") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom 623, New York, New York 10004-1408, **at 2:00 p.m**. (**prevailing Eastern Time)** on **May 5, 2015** (the "Hearing Date")

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion shall be filed with the Bankruptcy Court and served upon the undersigned counsel for Defendant, and the above-captioned debtors and debtors in possession, on or before **April 14, 2015**.  (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court, and (i) shall be filed with the Bankruptcy Court electronically pursuant

to the Bankruptcy Court's General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a CD or flash drive, preferably in Portable Document Format ("PDF"), WordPerfect, or any other Windows-based word processing format; and (ii) a hard copy of such objection or response shall be served in accordance with General Order M-399, (A) upon the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004-1408; and (B) the undersigned counsel, so as to be actually received no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that only those responses that are timely filed, served and received will be considered at the hearing. Failure to file a timely objection may result in entry of an order granting the Motion as requested by Defendant.

Dated: March 31, 2015
Novato, California

_____/s/ Evans Prieston_____
Evans Prieston
American Mortgage Law Group
75 Rowland Way, Suite 350
Novato, CA 94945
eprieston@americanmlg.com
T(415) 878-0030

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2015, a true copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ Evans Prieston_____
Evans Prieston