**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, et al.,** | ) ) | Case No. 08-13555-scc |
| Debtors. | ) ) ) |  |

**STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTIONS TO VACATE ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES ORDER
FOR INDEMNIFICATION CLAIMS OF THE DEBTORS
AGAINST MORTGAGE LOAN SELLERS**

WHEREAS, on February 17, 2015, Defendant Stearns Lending LLC f/k/a Stearns Lending Inc. ("Stearns") filed a Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending LLC, f/k/a Stearns Lending Inc" with a hearing date of March 17, 2015;

WHEREAS, on March 30, 2015, Defendant Oaktree Funding Corporation ("Oaktree"), Gateway Bank FSB ("Gateway") and American Bank ("American Bank") filed a Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller requesting a stay and a hearing date of May 5, 2015;

WHEREAS, on March 30, 2015, Defendant Group 2000 Real Estate Services Inc. ("Group 2000") filed a Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller; (Stearns, Directors,

1

Republic, First Mortgage, Oaktree, Group 2000, Gateway, and American Bank, together, the "Defendants") and the Defendants' Motions, together, the "Motions to Vacate");

WHEREAS, on March 31, 2015, Defendant Directors Mortgage ("Directors"), Republic State Mortgage ("Republic"), and First Mortgage Corporation ("First Mortgage") each filed a Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller requesting a stay and a hearing date of May 5, 2015;

WHEREAS Defendants and LBHI have conferred and agreed to a consolidated briefing schedule for Defendants' Motions to Vacate;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between LBHI and Defendants, by their respective and undersigned counsel, as follows:

1. The deadline for LBHI to oppose the Motions to Vacate is April 14, 2015;

3. The Defendants' time file a reply in further support of the Motions to Vacate is April 30, 2015; and

4. The Court will hear arguments on the Motions to Vacate on May 5, 2015 at 2:00 p.m.

Dated: March 31, 2015

| | |
|---|---|
| s/ Adam M. Bialek | s/ Evans Prieston |
| William A. Maher | Evans Prieston |
| Paul R. DeFilippo | Tracy L. Henderson |
| James N. Lawlor | (*Pro Hac Vice Pending*) |
| Adam M. Bialek | American Mortgage Law Group, P.C. |
| Wollmuth Maher & Deutsch LLP | 75 Rowland Way, Suite 350 |
| 500 Fifth Avenue | Novato, California 94945 |
| New York, New York 10110 | Facsimile: (415) 878-0035 |
| Telephone: (212) 382-3300 | Telephone: (415) 878-0030 |
| Facsimile: (212) 382-0050 | |
| | *Attorneys for Directors Mortgage Company, Republic State Mortgage, First Mortgage* |

145271.00601/100046409v.1

|  |  |
|---|---|
| -and- | *Corporation, Oaktree Funding Corporation, Gateway Bank and American Bank* |
| s/ ___Michael A. Rollin___ | s/ Timothy Wm. Salter____ |
| Michael A. Rollin | Jill E. Alward |
| Maritza Dominguez Braswell | Timothy Wm. Salter |
| Jones & Keller, P.C. | Blank Rome LLP |
| 1999 Broadway, Suite 3150 | The Chrysler Building |
| Denver, Colorado 80202 | 405 Lexington Ave. |
| Telephone: (303) 573-1600 | New York, New York 101175 |
| Facsimile: (303) 573-8133 | Telephone: (212) 885-5000 |
|  | Facsimile: (212) 885-5001 |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Stearns Lending LLC f/k/a Stearns Lending Inc. and Group 2000 Real Estate Services Inc.* |

**IT IS SO ORDERED:**

New York, New York

_____, 2015

/s/_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

145271.00601/100046409v.1