Hearing Date and Time: April 8, 2015 at 10:00 a.m. (Eastern Time)

Douglas P. Bartner
Stacey L. Corr-Irvine
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318

*Attorneys for Landesbank Baden-Württemberg*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re:                                               :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :    **Case No. 08–13555 (SCC)**
:
Debtors.                                 :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**JOINDER OF LANDESBANK BADEN-WÜRTTEMBERG TO (I) THE
OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND
CITADEL EQUITY FUND LTD. TO THE MOTION TO ALLOW
DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT
TO SECTION 107(a) OF THE BANKRUPTCY CODE AND (II) THE
OBJECTION OF DERIVATIVE QUESTIONNAIRE RESPONDENTS
TO MOTION TO ALLOW DISCLOSURE OF THE
DERIVATIVE QUESTIONNAIRES PURSUANT TO
SECTION 107(a) OF THE BANKRUPTCY CODE**

Landesbank Baden-Württemberg (formerly Südwestdeutsche Landesbank Girozentrale

and successor in interest to Landesbank Rheinland-Pfalz Girozentrale) ("**LBBW**") hereby joins

in (i) the Objection of Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. to

the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of

the Bankruptcy Code filed on March 30, 2015 [Docket No. 49030] and (ii) the Objection of

Derivative Questionnaire Respondents to Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code filed on March 30, 2015 [Docket No. 49040] (collectively, the "**Objections**" and the parties filing the Objections, the "**Objecting Parties**"). In support of this joinder (this "**Joinder**"), LBBW respectfully submits as follows:

1. LBBW and certain of the above-captioned debtors (the "**Debtors**") were parties to derivatives contracts.

2. LBBW is listed on Exhibit A to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "**Motion**") and upon information and belief, the Debtors intend to disclose LBBW's confidential information to third-parties.

3. LBBW, like the Objecting Parties, relied on the protections provided by the Bar Date Order (as defined in the Motion), in submitting its derivatives questionnaires. Accordingly, for the reasons set forth in the Objections, LBBW objects to the relief requested in the Motion.

4. LBBW reserves its rights to amend or supplement this Joinder and to incorporate other objections to the Motion filed by other parties in interest in a subsequent joinder filed with the Court or at the hearing to consider the Motion.

WHEREFORE, LBBW hereby joins in the relief sought in the Objections and respectfully requests that the Court (i) deny the Motion or, alternatively, direct the Debtors to redact all identifying, confidential and proprietary information from any documents disclosed to third-parties or otherwise provide protections for the sensitive commercial information contained in the derivatives questionnaires and (ii) grant further relief as the Court deems just and proper.

Dated: New York, New York
April 1, 2015

        SHEARMAN & STERLING LLP

By:   */s/ Douglas P. Bartner*
     Douglas P. Bartner
     Stacey L. Corr-Irvine
     599 Lexington Avenue
     New York, New York 10022
     Telephone: (212) 848-4000
     Facsimile: (646) 848-8318

     *Attorneys for Landesbank Bade-Württemberg*