Trevor Hoffmann—NY Bar No. 4067229
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
(t) 212.659.7300; (f) 212.918.8989
Trevor.hoffmann@haynesboone.com

and

Robert D. Albergotti (admitted *pro hac vice)*
Autumn D. Highsmith (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(t) 214.651.5000; (f) 214.651.5940
Robert.albergotti@haynesboone.com
Autumn.Highsmith@haynesboone.com

*Attorneys For The Clients Listed On Schedule I*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Lehman Brothers Holdings, Inc., *et al.*, ) | Case No. 08-13555 (SCC) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Ishmael Taylor-Kamara, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in White Plains, Westchester County, New York:

That on the 30th day of March, 2015 deponent caused a copy of the *Protective Objection and Joinder of Haynes and Boone, LLP Clients to the Objection of Westpac Banking*

15098266_1

*Corporation to Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 49042]* to be served (i) by electronic mail and/or U.S. First-Class Mail upon the parties listed on the attached Service List, as indicated thereon, and (ii) by electronic transmission on all registered ECF users appearing in this case via ECF notification, using the CM/ECF system.

/s/ *Ishmael Taylor-Kamara*
Ishmael Taylor-Kamara

SWORN TO AND SUBSCRIBED before me on this 1st day of April, 2015.

/s/ *Dawn Lavelle*
Notary Public, State of New York
No. 01LA6209508
Qualified in New York County
Commission Expires July 27, 2017

**SERVICE LIST**

Via Electronic Mail & First-Class Mail

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
E-mail: ddunne@milbank.com
E-mail: dodonnell@milbank.com
E-mail: efleck@milbank.com

Adam Bialek, Esq.
Wollmuth Maher & Deutsche LLP
500 Fifth Avenue
New York, NY 10110
E-mail: abialek@wmd-law.com

Garrett A. Fail, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
E-mail: garrett.fail@weil.com
E-mail: Jacqueline.marcus@weil.com

L. P. Harrison 3rd
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
E-mail: lharrison@curtis.com

Andrew J. Rossman, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
E-mail: andrewrossman@quinnemanuel.com


Todd G. Cosenza, Esq.

15098266_1                                    3

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
E-mail: tcosenza@willkie.com

Andrea B. Schwartz, Esq.
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
E-mail: andrea.b.schwartz@usdoj.gov

Via First-Class Mail

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

## Schedule I

American Airlines, Inc.
BP Capital Energy Equity Fund, L.P.
BP Capital Energy Fund, L.P.
BP Cap. Energy Equity Intl. Hldgs. I, LP
BP Cap. Energy Equity Fund Master II, LP
EXCO Operating Company, LP
Hayman Capital Master Fund, L.P.
Pickens, T. Boone
Steven G. Holder Living Trust

15098266_1