Hearing Date and Time: April 8, 2015 at 10:00 a.m. (Eastern Time)

Douglas P. Bartner
Stacey L. Corr-Irvine
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-8318

*Attorneys for the Tudor Respondents*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
: 
In re: : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08–13555 (SCC)
: 
Debtors. : (Jointly Administered)
: 
: 
-----------------------------------------------------------------x

**JOINDER OF THE TUDOR RESPONDENTS TO THE OBJECTION OF**
**CITADEL ENERGY INVESTMENTS LTD. AND CITADEL**
**EQUITY FUND LTD. TO THE MOTION TO ALLOW DISCLOSURE**
**OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO**
**SECTION 107(a) OF THE BANKRUPTCY CODE**

The Tudor BVI Global Portfolio L.P., Tudor Family Fund II LLC, Tudor Capital Europe LLP. (as manager of Tudor Global Emerging Markets Portfolio L.P.), Tudor Proprietary Trading, L.L.C., Tudor Princeton LLC and Tudor Futures Fund (collectively, the "**Tudor Respondents**") hereby join in the Objection of Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code  filed on March 30, 2015 [Docket No. 49030] (the "**Objection**").  In support of this joinder (this "**Joinder**"), the Tudor Respondents respectfully submit as follows:

1. The Tudor Respondents and certain of the above-captioned debtors (the "**Debtors**") were parties to derivatives contracts.

2. Certain of the Tudor Respondents are listed on Exhibit A to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "**Motion**") and upon information and belief, the Debtors intend to disclose the Tudor Respondents' confidential information to third-parties.

3. The Tudor Respondents, like Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd, relied on the protections provided by the Bar Date Order (as defined in the Motion), in submitting their derivatives questionnaires. Accordingly, for the reasons set forth in the Objection, the Tudor Respondents object to the relief requested in the Motion.

4. The Tudor Respondents reserve their rights to amend or supplement this Joinder and to incorporate other objections to the Motion filed by other parties in interest in a subsequent joinder filed with the Court or at the hearing to consider the Motion.

WHEREFORE, the Tudor Respondents hereby join in the relief sought in the Objection and respectfully request that the Court (i) deny the Motion or, alternatively, direct the Debtors to redact all identifying, confidential and proprietary information from any documents disclosed to third-parties and (ii) grant further relief as the Court deems just and proper.

Dated: New York, New York
April 1, 2015

SHEARMAN & STERLING LLP

By: */s/ Douglas P. Bartner*
Douglas P. Bartner
Stacey L. Corr-Irvine
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318

*Attorneys for the Tudor Respondents*

NYDOCS03/1007172.1                                    2