WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE SIXTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIM**

  **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing

without prejudice its Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)

[ECF No. 12533], solely with respect to the claim listed on Exhibit A annexed hereto.

Dated: April 1, 2015
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons
      Ralph Miller

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Deutsche Bank Securities, Inc. | 12597 |

WEIL:\95291429\1\58399.0011