**ROPES & GRAY LLP**
Brian Rooder
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-AND-

Andrew G. Devore
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for Schroder Investment Management Limited,*
*on behalf of certain current and former Schroder entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS   )
                                :ss.:
COUNTY OF SUFFOLK               )

MEIR C. WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

2. On Wednesday, April 1, 2015, I caused true and correct copies of the *Objection of Schroder Investment Management Limited, on Behalf of Certain Current and*

49295071_1

*Former Schroder Entities, to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code*, which was filed by Ropes & Gray LLP on Wednesday, April 1, 2015, at docket number 49128, to be served via regular US mail upon the parties listed on the annexed Exhibit A at the addresses set forth in such exhibit.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: April 1, 2015

/s/ Meir C. Weinberg
Meir C. Weinberg

49295071_1

## EXHIBIT A

William K. Harrington
Susan Golden
Andrea B. Schwartz
Office of the United States Trustee
201 Varick Street, Room 1006
New York, N.Y. 10014

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, N.Y. 10178

Andrew J. Rossman
Diane C. Hutnyan
Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, N.Y. 10010

49295071_1