**ROPES & GRAY LLP**
Brian Rooder
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

-AND-

Andrew G. Devore (*pro hac vice* pending)
800 Boylston Street
Boston, Massachusetts 02199
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Attorneys for Schroder Investment Management Limited,*
*on behalf of certain current and former Schroder entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Andrew G. Devore, Esq., request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Schroder Investment Management Limited, on behalf of certain current and former Schroder entities, creditors in the above-referenced case.

I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

1

49306557_1

Dated:  April 1, 2015
       Boston, Massachusetts

 

Andrew G. Devore, Esq.
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02199
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050
E-mail:  *andrew.devore@ropesgray.com*

*Attorneys for Schroder Investment Management Limited,*
*on behalf of certain current and former Schroder entities*

2

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Andrew G. Devore, Esq., to be admitted *pro hac vice*, to represent Schroder Investment Management Limited, on behalf of certain current and former Schroder entities, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, it is hereby

**ORDERED**, that Andrew G. Devore, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, to represent Schroder Investment Management Limited, on behalf of certain current and former Schroder entities, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2015
New York, New York

_____
Honorable Shelley C. Chapman
United States Bankruptcy Judge

49306557_1