**HEARING DATE AND TIME: April 8, 2015 at 10:00 a.m. (Eastern Time)**
**OBJECTION DEADLINE: March 30, 2015 at 4:00 p.m (Eastern Time)**
**EXTENSION GRANTED TO: April 1, 2015 at 4:00 p.m. (Eastern Time)**

**ALLEN & OVERY LLP**
Ken Coleman
Daniel J. Guyder
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------------X

**JOINDER OF THE HSBC PARTIES TO THE OBJECTION OF CITADEL ENERGY
INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD TO THE MOTION TO
ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO
SECTION 107(a) OF THE BANKRUPTCY CODE**

HSBC Bank USA, National Association, HSBC Bank plc, HSBC France, and The Hongkong and Shanghai Banking Corporation Limited (collectively, the "**HSBC Parties**") hereby join in the objections of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. [Dkt. No. 49030] (the "**Citadel Objection**") to the *Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [Dkt. No. 48939] (the "**Motion**") of the above-captioned debtors (the "**Debtors**").

In support of this joinder, the HSBC Parties respectfully state as follows:

**OBJECTION AND JOINDER**

1. Each of the HSBC Parties is party to certain derivatives contracts with one or more of the Debtors.

2. The HSBC Parties hereby join and incorporate by reference the objections and arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. in the Citadel Objection as such apply to the HSBC Parties and their contracts with the Debtors.

WHEREFORE, for the foregoing reasons, the HSBC Parties respectfully request that this Court deny the Motion, and, alternatively, if the Court grants the Motion, that this Court direct the Debtors to redact all identifying, confidential and proprietary information from any documents disclosed, including any negotiated agreement such as any ISDA Master Agreements and any Guarantees, and grant such other, further or different relief as this Court deems just and proper.

Dated: New York, New York
April 1, 2015

**ALLEN & OVERY LLP**

/s/ Daniel J. Guyder
Ken Coleman
Daniel J. Guyder
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
jonathan.cho@allenovery.com

*Attorneys for the HSBC Parties*