# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Andrew G. Devore, Esq., to be admitted *pro hac vice*, to represent Schroder Investment Management Limited, on behalf of certain current and former Schroder entities, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, it is hereby

**ORDERED**, that Andrew G. Devore, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, to represent Schroder Investment Management Limited, on behalf of certain current and former Schroder entities, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    April 1, 2015
          New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge