**Objection Deadline: April 1, 2015 (extended by agreement)**
**Hearing Date and Time: April 8, 2015 at 10:00 a.m. (ET)**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**JOINDER OF OBJECTING CLAIMANTS TO OBJECTION OF
CREDITORS TO THE DEBTORS' MOTION
TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES**

BNP Paribas Fin'AMS, BNP Paribas Gestion CB-CDS, CooperNeff Master Fund I Segregated Portfolio Company SPC, Compagnie d'Investissements de Paris S.A.S., Hawai 2 Fund, Hawai 2 PEA Fund, Hawai Fund, Hawai PEA Fund, Banca Nazionale del Lavoro S.p.A., Banque Generale du Luxembourg, Banque Generale du Luxembourg ("**BGL**", f/k/a Fortis Bank Luxembourg), Fortis Bank (Nederland) N.V., Fortis Bank NV/SA, Fortis Energy Marketing & Trading GP, Fortis Investment Management Belgium N.V./S.A., Fortis Investment Management France, Fortis Investment Management Luxembourg S.A., and Fortis Portföy Yönetimi ("**Objecting Claimants**"), by and through their undersigned counsel, hereby join in the objection of Creditors ("**Objection**") To The Debtors' Motion To Allow Disclosure Of The Derivative Questionnaires ("**Motion**").

**JOINDER AND OBJECTION**

1. The Objecting Claimants each filed derivative claims and related derivative questionnaires in connection with the above-referenced Chapter 11 cases.

2. Each of the Objecting Claimants are listed on Exhibit A to the Motion.

3. The Objecting Claimants hereby join in the Objection.

4. The Objecting Claimants hereby join and incorporate by reference the objections and arguments, in their entirety, made in the Objection [Docket No. 49132].

WHEREFORE, for the foregoing reasons, the Objecting Claimants respectfully request that this Court deny the Motion.

Dated: New York, New York
April 1, 2015

Respectfully submitted,

/s/ Mark G. Hanchet
Mark G. Hanchet
Howard S. Beltzer
Christine A. Walsh
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to BNP Paribas Fin'AMS, BNP Paribas Gestion CB-CDS, CooperNeff Master Fund I Segregated Portfolio Company SPC, Compagnie d'Investissements de Paris S.A.S., Hawai 2 Fund, Hawai 2 PEA Fund, Hawai Fund, Hawai PEA Fund, Banca Nazionale del Lavoro S.p.A., Banque Generale du Luxembourg, Banque Generale du Luxembourg ("BGL", f/k/a Fortis Bank Luxembourg), Fortis Bank (Nederland) N.V., Fortis Bank NV/SA, Fortis Energy Marketing & Trading GP, Fortis Investment Management Belgium N.V./S.A., Fortis Investment Management France, Fortis Investment Management Luxembourg S.A., and Fortis Portföy Yönetimi*

\* \* \*