WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIM
ON THE ONE HUNDRED SEVENTY-THIRD OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)**

    **PLEASE TAKE NOTICE** that a hearing to consider the Debtors' One Hundred Seventy-Third Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 19399], *solely* as to the claim listed on Exhibit A, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on **April 8, 2015 at 10:00 a.m. (Eastern Time)**.

Dated:  April 1, 2015
    New York, New York

                     /s/ Garrett A. Fail
                     Garrett A. Fail

                     WEIL, GOTSHAL & MANGES LLP
                     767 Fifth Avenue
                     New York, New York 10153
                     Telephone: (212) 310-8000
                     Facsimile: (212) 310-8007

                     *Attorneys for Lehman Brothers Holdings Inc.
                     and Certain of Its Affiliates*

## Exhibit A

| Claim Number | Claimant | Response ECF No. |
|---|---|---|
| 28717 | Edmund Finder | 20150, 20389 |

WEIL:\95153995\3\58399.0011