Hearing Date and Time: **April 8, 2015 at 10:00 a.m. (Eastern Time)**
Objection Deadline: **April 1, 2015 at 4:00 p.m. (Eastern Time)**[1]

CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.

*Attorneys for Morgan Stanley Investment Management Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
**In re:**                                                       :
                                                                 :   **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*                      :
                                                                 :
                         **Debtors.**                            :   **(Jointly Administered)**
                                                                 :
                                                                 :
---------------------------------------------------------------- x

**JOINDER OF MORGAN STANLEY INVESTMENT MANAGEMENT INC. TO THE OBJECTION OF CREDITORS TO THE MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE**

Morgan Stanley Investment Management Inc. ("MSIM"), on behalf of (i) Morgan Stanley Alpha Advantage European Bond Fund II, (ii) Morgan Stanley Alpha Advantage European Fixed Income Fund, and (iii) MSIM Inc., Seed Capital Hedging Account (collectively, the "MSIM Clients"), through its undersigned counsel, hereby joins in the objection of Creditors [Docket No. 49132] (the "Objection") to the Debtors' Motion to Allow Disclosure of the

---
[1] Extension granted by counsel to the movants.

Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "Disclosure Motion").

MSIM, on behalf of the MSIM Clients, hereby joins in and incorporates by reference the arguments presented by the Creditors in their Objection.

**WHEREFORE,** MSIM, on behalf of the MSIM Clients, respectfully requests that the Court deny the Disclosure Motion and grant such other relief as is just.

Dated: Washington, DC
April 1, 2015

CADWALADER, WICKERSHAM & TAFT LLP

/s/ *Mark C. Ellenberg*
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.
700 6th Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for Morgan Stanley Investment Management Inc.*