**Hearing Date and Time: April 8, 2015 at 10:00 a.m. (Eastern Time)**
**Objection Deadline: April 1, 2015 at 4:00 p.m. (Eastern Time)[1]**

CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.

*Attorneys for The Coast Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re:** :
: **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :
:
**Debtors.** : **(Jointly Administered)**
:
:
----------------------------------------------------------------x

## JOINDER OF THE COAST FUND L.P. TO THE OBJECTION OF CREDITORS TO THE MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE

The Coast Fund L.P. ("Coast"), through its undersigned counsel, hereby joins in the objection of Creditors [Docket No. 49132] (the "Objection") to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "Disclosure Motion").

Coast hereby joins in and incorporates by reference the arguments presented by the Creditors in their Objection.

---

[1] Extension granted by counsel to the movants.

**WHEREFORE,** Coast respectfully requests that the Court deny the Disclosure Motion and grant such other relief as is just.

Dated: Washington, DC
April 1, 2015

        CADWALADER, WICKERSHAM & TAFT LLP

        /s/ Mark C. Ellenberg
        Mark C. Ellenberg, Esq.
        John H. Thompson, Esq.
        700 6th Street, NW
        Washington, DC 20001
        Telephone: (202) 862-2200
        Facsimile: (202) 862-2400

        *Attorneys for The Coast Fund L.P.*