Hearing Date and Time: **April 8, 2015 at 10:00 a.m. (Eastern Time)**
Objection Deadline: **April 1, 2015 at 4:00 p.m. (Eastern Time)**[1]

**CADWALADER, WICKERSHAM & TAFT LLP**
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.

*Attorneys for Invesco Senior Secured Management Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**In re:** :
: **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :
:
**Debtors.** : **(Jointly Administered)**
:
:
---------------------------------------------------------------- x

### JOINDER OF INVESCO SENIOR SECURED MANAGEMENT, INC. TO THE OBJECTION OF CREDITORS TO THE MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE

Invesco Senior Secured Management, Inc. ("Invesco"), on behalf of (i) Champlain CLO Ltd., (ii) Sagamore CLO Ltd., and (iii) Saratoga CLO I, Ltd. (together, the "CLOs"), through its undersigned counsel, hereby joins in the objection of Creditors [Docket No. 49132] (the "Objection") to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "Disclosure Motion").

---

[1] Extension granted by counsel to the movants.

Invesco, on behalf of the CLOs, hereby joins in and incorporates by reference the arguments presented by the Creditors in their Objection.

**WHEREFORE,** Invesco, on behalf of the CLOs, respectfully requests that the Court deny the Disclosure Motion and grant such other relief as is just.

Dated: Washington, DC
April 1, 2015

                    CADWALADER, WICKERSHAM & TAFT LLP

                    /s/ *Mark C. Ellenberg*
                    Mark C. Ellenberg, Esq.
                    John H. Thompson, Esq.
                    700 6th Street, NW
                    Washington, DC 20001
                    Telephone: (202) 862-2200
                    Facsimile: (202) 862-2400

                    *Attorneys for Invesco Senior Secured Management, Inc.*