Hearing Date and Time: April 8, 2015 at 10:00 a.m. (Eastern Time)
Objection Deadline: April 1, 2015 at 4:00 p.m. (Eastern Time)[1]

CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.

*Attorneys for Portigon AG (f/k/a WestLB AG)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                        :
:      Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*     :
:
**Debtors.**                                          :      (Jointly Administered)
:
:
---------------------------------------------------------------x

**JOINDER OF PORTIGON AG (F/K/A WESTLB AG) TO THE OBJECTION OF CREDITORS TO THE MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE**

Portigon AG (f/k/a WestLB AG), through its undersigned counsel, hereby joins in the objection of Creditors [Docket No. 49132] (the "Objection") to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "Disclosure Motion").

Portigon AG hereby joins in and incorporates by reference the arguments presented by the Creditors in their Objection.

---
[1] Extension granted by counsel to the movants.

**WHEREFORE,** Portigon AG respectfully requests that the Court deny the Disclosure Motion and grant such other relief as is just.

Dated: Washington, DC
April 1, 2015

CADWALADER, WICKERSHAM & TAFT LLP

/s/ Mark C. Ellenberg
Mark C. Ellenberg, Esq.
John H. Thompson, Esq.
700 6th Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for Portigon AG (f/k/a WestLB AG)*