Michael G. Burke
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Attorneys for Brevan Howard Asset
Management, LLP and its managed funds

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                        :
In re:                                                                  :
                                                                        :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*      : Chapter 11
                                                                        : Case No. 08-13555 (SCC)
                             Debtors.                                   :
                                                                        :
------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )  s.s.:
COUNTY OF NEW YORK          )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On March 30, 2015 I caused to be served a true and correct copy of the (1) **Objection to Motion of Lehman Brothers Holdings Inc., as Plan Administrator Under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant**

to Section 107(a) of the Bankruptcy by Government of Singapore Investment Corporation (dkt 49043) and (2) **Objection to Motion of Lehman Brothers Holdings Inc,, as Plan Administrator Under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors' Motion to Allow Disclosure of the Derivative Questionnaires by Brevan Howard Asset Management, LLP, and Certain Funds Under its Management** (dkt 49048) by email and by Federal Express for overnight delivery upon: (i) Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY  10178, Attn; Turner R. Smith, Esq. (tsmith@curtis.com) and Peter J. Behmke, Esq. (pbehmke@curtis.com); (ii) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Fl., New York, NY  10010, Attn: Andrew J. Rossman, Esq. (arossman@quinnemanuel.com); and (iii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York  10014; Attn: William K. Harrington, Esq.; Susan Golden, Esq. and Andrea Schwartz, Esq. (andrea.b.schwartz@usdoj.gov).

                           /s/ Eileen A. McDonnell_____
                             EILEEN A. MCDONNELL

Sworn to before me this
1st day of April 2015

Ricardo A. Murray_____
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2018

NY1 7118012v.1