UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, Inc., et al<br><br>Debtors., | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Adversary No. 08-01420 |

## NOTICE OF APPEARANCE

**To All Parties and Their Attorneys of Record:**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters as counsel for Attorneys for Sankaty Beacon Investment Partners, L.P.; Sankaty Credit Opportunities Grantor Trust; Sankaty Credit Opportunities II, L.P.; Sankaty Credit Opportunities III, L.P.; and Sankaty Special Situations I Grantor Trust in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that, all papers filed in this proceeding should be served on the undersigned at the office address stated below.

                                                    Respectfully submitted,

                                                    /s/ Jonathan Sherman
                                                    Jonathan Sherman (Bar No. #2488765)
                                                    Boies, Schiller & Flexner LLP
                                                    5301 Wisconsin Avenue, N.W.
                                                    Washington, DC 20015
                                                    (202) 237-2727

Attorneys for Sankaty Beacon Investment Partners, L.P.; Sankaty Credit Opportunities Grantor Trust; Sankaty Credit Opportunities II, L.P.; Sankaty Credit Opportunities III, L.P.; and Sankaty Special Situations I Grantor Trust

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Notice of Appearance has been made through the Court's Electronic Filing System (ECF) on this 1st day of April 2015.

/s/ Jonathan Sherman
Jonathan Sherman (Bar No. 2488765)
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
(202) 237-2727

Attorneys for Sankaty Beacon Investment Partners, L.P.; Sankaty Credit Opportunities Grantor Trust; Sankaty Credit Opportunities II, L.P.; Sankaty Credit Opportunities III, L.P.; and Sankaty Special Situations I Grantor Trust