UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: Chapter 11
:
In re                                                              : Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC.     : (Jointly Administered)
:
Debtor.                                       :
------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Edmond de Rothschild (Suisse) SA hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 48325], dated February 10th, 2015, filed in reference to Claim No. 59233-79, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: March 02nd, 2015

Martine Boillon
Assistant Vice-President

Stéphane Comazzi
Senior Vice-President