UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK   )

DOREEN CUSUMANO, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2. On April 1, 2015, I caused to be served, via Overnight Mail upon the parties listed on the attached **Exhibit A**, a true and accurate copy of:

- Objection Of Bridgewater Associates, LP And Certain Funds Under Its Management To The Motion To Allow Disclosure Of The Derivative Questionnaires Pursuant To Section 107(a) Of The Bankruptcy Code (Docket No. 49138).

Sworn to before me this
2nd day of April, 2015.

*/s/ Doreen Cusumano*
Doreen Cusumano

*/s/ Paul Timothy Martin*
Paul Timothy Martin
Notary Public, State of New York
No. 02MA6244103
Qualified in New York County
Commission Expires June 27, 2015

NY 245091924v1

# **EXHIBIT A**

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 623
New York, New York 10004
Attn: Honorable Shelley C. Chapman

Curtis, Mallet-Prevost & Mosle, LLP
101 Park Avenue
New York, NY 10178
Attn:  Turner P. Smith
       Peter J. Behmke

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Andrew J. Rossman

Office of the US Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: William K. Harrington
      Susan D. Golden
      Andrea B. Schwartz

NY 245091924v1