VENABLE LLP
Rockefeller Center, 24th Floor
1270 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Konstantina A. Calabro

- and -

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone:  (410) 244-7400
Facsimile: (410) 244-7742
Andrew J. Currie

*Counsel to American Trading and Production Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (SCC)
                                                               :    (Jointly Administered)
          Debtors.                                             :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, KONSTANTINA CALABRO, hereby certify that on March 30, 2015, copies of the *Limited Objection of American Trading and Production Corporation to Motion to Allow Disclosure of the Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [Docket No. 49051], were served on the parties listed and by the means indicated on the attached Service List.

*/s/ Konstantina Calabro*
KONSTANTINA CALABRO

**Service List**

**By FedEx**

Hon. Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 623
New York, New York 10004

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, N.Y. 10178
Attn:   Turner P. Smith
        Peter J. Behmke

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, N.Y. 10010
Attn:   Andrew J. Rossman

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, N.Y. 10014
Attn:   William K. Harrington
        Susan Golden
        Andrea B. Schwartz

**By Email**

| Name | Email Address |
| --- | --- |
| Hon. Shelley C. Chapman | scc.chambers@nysb.uscourts.gov |
| Turner P. Smith | tsmith@curtis.com |
| Peter J. Behmke | pbehmke@curtis.com |
| Andrew Rossman | andrewrossman@quinnemanuel.com |
| Office of the United States Trustee | william.harrington@usdoj.com<br>Susan.Golden@usdoj.gov<br>andrea.schwartz@usdoj.gov |