

CREDIT SUISSE AG

Uetlibergstrasse 231  Phone  044 332 86 11
P.O. Box 900  Fax  044 334 26 02
CH-8070 Zürich  Swift  CRESCHZZ80A
Switzerland

Corporate Actions
Marija Petrovic, TSZA 13
marija.petrovic@credit-suisse.com

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NX 10004-1408

January 20, 2014

### Withdrawal of Transfer of Claim Docket No. 47901 and 47902

Please take notice that Credit Suisse hereby withdraws two Evidence of Transfer of Claim (Claim 55813) filed on January 13, 2015 (Docket No. **47901 and 47902**) from Volksbank AG, Liechtenstein.

Freundliche Grüsse  Vos dévoués
Distinti saluti  Yours very truly

CREDIT SUISSE AG

Adrian Graf    Rita von Wyl