ORIGINAL HEARING DATE AND TIME: April 8, 2015, 10:00 a.m. (Eastern Time)
NEW HEARING DATE AND TIME:  TDB

Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Official Committee of Unsecured Creditors of*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO ALLOW
DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT
TO SECTION 107(A) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 19, 2015 Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and on behalf of its affiliates (collectively, "Lehman"), together with the Official Committee of Unsecured Creditors (the "Creditors Committee," and together with Lehman "Movants") filed a Motion for an Order To

03690.61377C/6642606.2

Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that a hearing (the "Hearing") to consider the relief requested in the Motion and entry of the proposed Order attached thereto previously scheduled to be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 on April 8, 2015 at 10:00 a.m. (Eastern Time)**, has been adjourned** *sine die* **to permit Movants an opportunity to resolve objections to the Motion.**

Dated: April 2, 2015
      New York, New York

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/Peter J. Behmke*
Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/Andrew J. Rossman*
Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
*Attorneys for the Official Committee of Unsecured Creditors*