SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seth M. Schwartz
David M. Turetsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for BlackRock, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

# CERTIFICATE OF SERVICE

I, David M. Turetsky, an attorney, certify that on April 1, 2015, I caused the following document to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Objection and Joinder of BlackRock, Inc. with Objection of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. to Motion to Allow Disclosure of the Derivative Questionnaire Pursuant to Section 107(a) of the Bankruptcy Code **(Docket No. 49139)**

I further certify that on April 1, 2015, I caused the document listed above to be served by regular mail on the parties identified on the attached <u>Exhibit A</u>.

Dated: New York, New York
April 2, 2015

                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

                      By: <u>*/s/ David M. Turetsky*</u>

                      Seth M. Schwartz
                      David M. Turetsky
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000

                      *Attorneys for BlackRock, Inc.*

## EXHIBIT A

Chambers of the Hon. Shelley C. Chapman
U.S. Bankruptcy Court,
  Southern District of New York
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street,     1006
New York, NY 10014

Weil, Gotshal & Manges LLP
Jacqueline Marcus, Esq.
Alfredo R. Perez, Esq.
Robert J. Lemons, Esq.
Garrett A. Fail, Esq.
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Dennis Dunne, Esq.
Wilbur Foster, Jr.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Paul Aronzo, Esq.
Gregory Bray
601 South Figueroa Street,   30th Floor
Los Angeles, CA 90017

Curtis, Mallet-Prevost, Colt & Mosle LLP
Turner P. Smith, Esq.
L.P. Harrison 3rd, Esq.
Peter J. Behmke, Esq.
101 Park Avenue
New York, NY 10178

Quinn Emanuel Urqhart & Sullivan, LLP
Adnrew J. Rossman, Esq.
Diane C. Hutnyan, Esq.
Lindsay M. Weber, Esq.
51 Madison Avenue
New York, NY 10010