B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.      Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BIMINI INVESTMENTS S.À R.L. | LAURION CAPITAL MASTER FUND LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
65, Boulevard Grande-Duchesse Charlotte
L-1331 Luxembourg
Luxembourg
Attn: Jerome Devillet
Telephone: +352 26449 615
Email: Jerome.Devillet@intertrustgroup.com

With copies to:
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan
Telephone: 212 478 2310
Facsimile: 212 478 2311
Email: MStephan@Elliottmgmt.com
Last Four Digits of Acct #: _____

Court Claim # (if known): 14823
Amount of Claim: $36,339,909.00 *
Date Claim Filed: 9/17/2009
Phone: _____

Last Four Digits of Acct#: _____

* plus additional amounts as set forth in the proof of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Bimini Investments S.à r.l.

By: _____     Date: April 3, 2015
     Transferee/Transferee's Agent
     Elliot Greenberg

By: _____     Date: April 3, 2015
     Transferee/Transferee's Agent
     Jerome Devillet

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

3

MKUAN\249532.6 - 04/29/14

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

LAURION CAPITAL MASTER FUND LTD., a Cayman Islands exempted company, located at c/o Citigroup Fund Services (Cayman), Ltd., 27 Hospital Road, 5th Floor, PO Box 10293, Grand Cayman, KY1-1003, Cayman Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to BIMINI INVESTMENTS S.À R.L., its successors and assigns, with offices at 6, Rue Eugène Ruppert, L-2453, Luxembourg, Luxembourg ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 14823) in the amount of $36,339,909.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 29th day of April, 2014.

LAURION CAPITAL MASTER FUND LTD.

By: _____
Name:  Benjamin Smith
Title:  Director

By: _____
Name: Sheehan Maduraperuma
Title: Director

BIMINI INVESTMENTS S.À R.L.

By: _____
Name:
Title:

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the <u>29th</u> day of <u>     April     </u>, 2014.

LAURION CAPITAL MASTER FUND LTD.

By: _____
Name:
Title:

BIMINI INVESTMENTS S.À R.L.

By: _____
Name: Elliot Greenberg
Title: Authorized Signatory

By: _____
Name: Jerome Devillet
Title: Authorized Signatory

2