UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) <br><br> (Jointly Administered) |

## **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that, pursuant to Local District Rule 1.4 and Local Bankruptcy Rule 2090-1, the firm of Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York, 10020, be substituted as counsel of record in this case for Heungkuk Life Insurance Co. Ltd. and Heungkuk Fire & Marine Insurance Co. Ltd. in the place and stead of Sidley Austin LLP.

[*The remainder of page intentionally left blank.*]

Dated: New York, New York
April 2, 2015

| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
|---|---|
| /s/ Christopher J. Houpt | /s/ Bryan Krakauer |
| Brian Trust | Bryan Krakauer |
| Christopher J. Houpt | Robert J. Robinson |
| Christine A. Walsh | Alex R. Rovira |
| 1221 Avenue of the Americas | 787 Seventh Avenue |
| New York, New York 10020 | New York, NY 10019 |
| (212) 506-2500 (phone) | Tel: (212) 839-5300 |
| (212) 262-1910 (fax) | Fax: (212) 839-5599 |
| *Substituted Counsel to Heungkuk Life Insurance Co. Ltd. and Heungkuk Fire & Marine Insurance Co. Ltd.* | *Retiring Counsel to Heungkuk Life Insurance Co. Ltd. and Heungkuk Fire & Marine Insurance Co. Ltd.* |

**SO ORDERED** on this 3rd day of April 2015,

_s/ Shelley C. Chapman_
UNITED STATES BANKRUPTCY JUDGE