UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 1st day of April 2015, the Objection of Creditors to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires with Exhibits was served by Federal Express upon:

> William K. Harrington
> Susan Golden
> Andrea B. Schwartz
> Office of the United States Trustee
> 2 Varick Street, Suite 1006
> New York, N.Y. 10014
>
> Turner P. Smith
> L.P. Harrison 3rd
> Peter J. Behmke
> Curtis, Mallet-Prevost, Colt & Mosle LLP
> 101 Park Avenue
> New York, N.Y. 10178
>
> Andrew J. Rossman
> Diane C. Hutnyan
> Lindsay M. Weber
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, N.Y. 10010

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
April 3, 2015

_____
Richard V. Conza