# EXHIBIT  H

LOAN #: 0037452596

## LAUNDRY SHEET

Date: 2/03/06

Name Docs Drawn:  **LEHMAN BROTHERS BANK, FSB**          Code          **2**
Correspondent Name:  **APEX HOME LOANS, INC.**                              **1487**
Address:          **10411 MOTOR CITY DR**
                  **BETHESDA, MD 20817**

Fund By:  **2 LEHMAN BROTHERS BANK, FSB**
Loan Type:  **CONV UNINS A56L ALT-A 5/6 LIBOR 6/2/6 ARM**
                                              Case No.:
                                              **MIN #:  100025440002994595**
Subtype:                          Loan Term:    **360          360**
                                              Actual / Amort
          .
          **INTEREST ONLY: YES**
Prepayment Penalty  **NO** (YES/NO)    Overall:          Hard:
Arm: #Of Months:    **60**          Index: **4.810**    Margin: **2.25**  Change Date:    **3/01/2011**
Buydown, 0=No, 1=Yes:                          (Paid By: **Non-Buydown**          )
                                              P&I:    **2,232.97**

Interest Rate:          **6.125**              Credit Limit:
Base Loan Amount:    **$367,500.00**          Loan Amount/Initial Advance:  **$ 367,500.00**
Sales Price:                                  VA/PMI/Mip Fee:
                                              MCC:
                                              **Orig. Mtg. Amount:**

1st Payment Date:    **4/01/2006**            Est.Closing Date:    **2/10/2006**
Recission Date:      **2/09/06**              Date of Docs:        **2/06/06**

Borrower #1:  **JONATHAN SWIATKOWSKI**    SSN:  **224 41 2805**    Vesting:
Borrower #2:                              SSN:                    Vesting:
Borrower #3:                              SSN:                    Vesting:
Borrower #4:                              SSN:                    Vesting:

Aka:                                      Recognized Loan Amt:              P&I:
                                          Unrecognized Loan Amt:            P&I:
                                          Interest Only Payment:  Recognized.................
                                                                  Unrecognized.............

Occp. Status **Owner Occupied**  Building Type:  **Single Family**      County:  **District of Columbia**
Pud/Condo Name:

                                          Number of Shares Pledged:
Property Address:  **241 17TH STREET, SE**    Stock Certificate Numbers:
                   **WASHINGTON, DC 20003**
Mailing Address:   **241 17th STREET SE**
                   **WASHINGTON, DC 20003**
Title Company:     **CONGRESSIONAL TITLE AND ESCROW**
                   **650 PENNSYLVANIA AVE    #170**    Escrow No.:
                   **WASHINGTON, DC 20003**          Phone No.:  **202 544 0800**
                                                     Officer:    **EILEEN**

Escrow Company:    **CONGRESSIONAL TITLE AND ESCROW**
                   **650 PENNSYLVANIA AVE    #170**    Escrow No.:
                   **WASHINGTON, DC 20003**          Phone No.:  **202 544 0800**
                                                     Officer:    **EILEEN**

Out Of State Trustee: **RICK SKOGG**

Legal **All that tract or parcel of land as shown on Schedule "A" attached**
      **hereto which is incorporated herein and made a part hereof.**

Broker Fee %:                ALSPoints %:  **(.250)**          Service Release:
Lock Date:    **1/11/06**    Lock Exp. Date: **2/10/06**        Price:    **(0.250)**
Prepared By:  **RICHARD THORNTON**                            Reviewed By:

DO NOT FUND LOAN AFTER LOCK EXPIRATION DATE: 2/10/2006

ALS3032.doc (Rev 03/05)

CONFIDENTIAL

LEH-APEX_0000164