UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, Inc., et al<br><br>Debtors., | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Adversary No. 08-01420 |

## NOTICE OF FILING OF AMENDED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that, in compliance with the Case Management Order (Dk. 9635) counsel for Sankaty Credit Opportunities Grantor Trust (as successor in interest to Sankaty Credit Opportunities, L.P.), Sankaty Credit Opportunities II, L.P., Sankaty Credit Opportunities III, L.P., Sankaty Special Situations I Grantor Trust (as successor in interest to Sankaty Special Situations I, L.P.) and Sankaty Beacon Investment Partners, L.P. (as successor in interest to Prospect Harbor Credit Partners, L.P.) (collectively, the "Sankaty Funds") respectfully submit this supplemental certificate of service of (I) **OBJECTION/JOINDER OF SANKATY FUNDS IN CONNECTION WITH DEBTORS' MOTION TO PERMIT DISCLOSURE OF THE DERIVATIVES QUESTIONAIRES (Dk. 49150), (II) NOTICE OF APPEARANCE OF JONATHAN SHERMAN (Dk. 49151), AND (III) AMENDED OBJECTION/JOINDER OF SANKATY FUNDS IN CONNECTION WITH DEBTORS' MOTION TO PERMIT DISCLOSURE OF THE DERIVATIVES**

**QUESTIONAIRES (Dk. 49159).** An Amended Certificate of Service is included with this notice.

          Respectfully submitted,

          /s/ Jonathan Sherman
          Jonathan Sherman (Bar No. 2488765)
          Boies, Schiller & Flexner LLP
          5301 Wisconsin Avenue, N.W.
          Washington, DC 20015
          (202) 237-2727

          Attorneys for Sankaty Credit Opportunities Grantor Trust (as successor in interest to Sankaty Credit Opportunities, L.P.), Sankaty Credit Opportunities II, L.P., Sankaty Credit Opportunities III, L.P., Sankaty Special Situations I Grantor Trust (as successor in interest to Sankaty Special Situations I, L.P.) and Sankaty Beacon Investment Partners, L.P. (as successor in interest to Prospect Harbor Credit Partners, L.P.)

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on April 1st, 2015 the **OBJECTION/JOINDER OF SANKATY ADVISORS, IN CONNECTION WITH DEBTORS' MOTION TO PERMIT DISCLOSURE OF THE DERIVATIVES QUESTIONAIRES (DK# 49150) and NOTICE OF APPEARANCE OF JONATHAN SHERMAN (DK# 49151)** were filed with the Court electronically through the Court's Electronic Filing system (ECF). On April 2nd, 2015 the forgoing **AMENDED OBJECTION/JOINDER OF SANKATY FUNDS IN CONNECTION WITH DEBTORS' MOTION TO PERMIT DISCLOSURE OF THE DERIVATIVES QUESTIONNAIRES (DK# 49159)** was filed with the Court using the ECF system.

On April 2nd, 2015, Copies have been served **BY HAND** as described below:

**DK# 49150 and 49151**

Honorable Judge Shelley C. Chapman
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
COURTROOM 623
NEW YORK, NEW YORK 10004
*Chambers*

Andrea B. Schwartz
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004
*Office of the U.S. Trustee*

On April 3rd, 2015, Copies have served **BY HAND** as described below:

**DK# 49150 and 49151**

Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*


Andrew J. Rossman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Official Committee of Unsecured Creditors of*
*Lehman Brothers Holdings Inc.*


**DK# 49159**

Honorable Judge Shelley C. Chapman
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
COURTROOM 623
NEW YORK, NEW YORK 10004
*Chambers*

Andrea B. Schwartz
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004
*Office of the U.S. Trustee*

Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

Andrew J. Rossman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*

/s/ Jonathan Sherman
Jonathan Sherman
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
(202) 237-2727

Attorneys for Sankaty Credit Opportunities Grantor Trust (as successor in interest to Sankaty Credit Opportunities, L.P.), Sankaty Credit Opportunities II, L.P., Sankaty Credit Opportunities III, L.P., Sankaty Special Situations I Grantor Trust (as successor in interest to Sankaty Special Situations I, L.P.) and Sankaty Beacon Investment Partners, L.P. (as successor in interest to Prospect Harbor Credit Partners, L.P.)