UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>**LEHMAN BROTHERS HOLDING, INC.,**<br><br>Debtors, | Bankruptcy Case No. 08-13555 (SCC)<br><br>Chapter 11<br><br>**AFFIDAVIT OF SERVICE<br>BY FIRST CLASS MAIL** |

STATE OF NEW YORK     )
COUNTY OF NEW YORK   )

EVANS PRIESTON, being duly sworn deposes and says:

That I am over 18 years of age, not a party to this action, and reside in New York, New York.

That on April 3, 2015, I caused to be served a true copy of a **Notice of APEX HOME LOANS INCORPORATED's Motion to Vacate, APEX HOME LOANS INCORPORATED's Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Apex Home Loans, Inc. Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support,** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of California.

Overnight Delivery:   The Chambers of the Honorable
                      Shelley C. Chapman
                      One Bowling Green
                      Courtroom 623
                      New York, New York 1004

That on April 3, 2015, I caused to be served a true copy of a **Notice of Apex Home Loans, Inc.'s Motion to Vacate, Apex Home Loans, Inc.'s Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Apex Home Loans, Inc., Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support,** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of California.

Weil Gotshal & Manges LLP
767 Fifth Avenue

1

New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shi Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzbert, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Even R. Fleck, Esq.

Wollmuth Maher & Deutsche LLP
500 Fifth Avenue
New York, New York 10110
Attn:   James Lawlor, Esq.
        Adam Bialek, Esq.

AND

That on April 3, 2015, I caused to served a true copy of a **Notice of Apex Home Loans, Inc.'s Motion to Vacate, Apex Home Loans, Inc.'s Motion to Vacate the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Apex Home Loans, Inc. Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support with Exhibits** in the above captioned action **via electronic mail in portable document format (PDF)** upon all person on the Master Service List per M399.

/s/ EVANS PRIESTON
EVANS PRIESTON