UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS., et al.,** | Case No. 08-13555-scc |
| Debtors. |  |

**STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE ON MOTION TO VACATE ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES ORDER
FOR INDEMNIFICATION CLAIMS OF THE DEBTORS
AGAINST MORTGAGE LOAN SELLERS**

WHEREAS, on April 3, 2015, Defendant Apex Home Loans Inc. ("Apex"), filed a Motion Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller requesting a hearing date of May 5, 2015;

WHEREAS, Apex and LBHI have conferred and agreed to a consolidated briefing schedule for Apex's Motion to Vacate;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between LBHI and Apex, by their respective and undersigned counsel, as follows:

1. The deadline for LBHI to oppose the Motion to Vacate is April 14, 2015;

2. Apex's deadline to file a reply in further support of its Motion to Vacate is April 30, 2015; and

3. The Court will hear arguments on the Motion to Vacate on May 5, 2015 at 2:00 p.m.

1

145271.00601/100046409v.1

Dated: April 3, 2015

| | |
|---|---|
| s/ *Michael A. Rollin* | s/ Evans Prieston, Esq. |
| Michael A. Rollin | Evans Prieston, Esq. |
| Maritza Dominguez Braswell | Tracy Henderson, Esq. |
| Jones & Keller, P.C. | (*Pro Hac Vice Pending*) |
| 1999 Broadway, Suite 3150 | American Mortgage Law Group |
| Denver, Colorado 80202 | 75 Rowland Way, Suite 350 |
| Telephone: (303) 573-1600 | Novato, California 94945 |
| Facsimile (303) 573-8133 | Facsimile: (415) 878-0035 |
| | Telephone: (415) 878-0030 |
| *Counsel for Lehman Brothers Holdings Inc.* | *Attorneys for Apex Home Loans, Inc.* |

**IT IS SO ORDERED:**

New York, New York

April_____, 2015

/s/
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY
JUDGE

2

145271.00601/100046409v.1