MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Mark G. Hanchet
Howard S. Beltzer
Christine A. Walsh

*Attorneys for BNP Paribas Fin'AMS, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on April 2, 2015, I caused copies of the Joinder of Objecting Claimants to Objection of Creditors to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires (the "Joinder") to be served by United Parcel Service Next Day Air upon: (i) The Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William Harrington, Esq.), (iii) Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 (Attn: Turner Smith, Esq., and Peter Behmke, Esq.), and (iv) Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Andrew J. Rossman, Esq.).

715773473

I further certify that on April 1, 2015, upon electronic filing of the Joinder, electronic mail filing notifications of the Joinder were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         April 6, 2015

                                                      /s/ James Hennessey
                                                      James Hennessey

715773473                                    2