GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Rogge Global Partners PLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,                     :    Case No. 08-13555 (JMP)
*et al*.,                                           :
                                                    :
                        Debtors                     :    (Jointly Administered)
---------------------------------------------------------------x

**JOINDER OF ROGGE GLOBAL PARTNERS PLC IN OBJECTION OF CREDITORS TO THE DEBTORS' MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES**

Rogge Global Partners PLC ("Rogge") on behalf of itself and its present or former clients identified on Exhibit A hereto (collectively, the "Rogge Clients") that have submitted Derivative Questionnaires[1] and/or guarantee questionnaires (collectively, the "Questionnaires") in these chapter 11 cases, by and through its undersigned counsel, hereby joins in the Objection of Creditors [ECF Docket No. 49132] (the "Creditor Objection") to the Debtors' Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [ECF Docket No. 48939] (the "Motion") as follows:

1.      Pursuant to the Bar Date Order, Rogge submitted Questionnaires in connection with the proofs of claim it had filed on behalf of the Rogge Clients. The Questionnaires included confidential and proprietary information. Based on the express language of the Bar Date Order,

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Rogge believed that such information would be accessible only to the Debtors, the Creditors' Committee and their respective advisors and counsel.

2. Rogge hereby joins in the Creditor Objection and, to the extent applicable to Rogge and the Rogge Clients, hereby incorporates by reference the arguments set forth therein.

WHEREFORE, for the foregoing reasons, Rogge respectfully requests that this Court: (i) deny the Motion; (ii) alternatively, if the Court grants the Motion, direct Debtors to redact all identifying, confidential and proprietary information from any documents disclosed; and (iii) grant such other or further relief as may be appropriate under the circumstances..

Dated: April 6, 2015

/s/ Gregory O. Kaden
Gregory O. Kaden (GK-9610)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

8187319.1

## **EXHIBIT A**

**Saudi Arabian Monetary Agency**
**ABN AMRO Bank NV (Stichting Pensioenfonds van de)**
**BAA Pension Trust Company Ltd.**
**Boehringer Ingelheim**
**Stichting Pensionfonds Apothekers**
**Stichting Pensionfonds ENCI**
**Reid Street Retirement Global Bond Fund**
**Singapore Press Holdings**
**Sutter Health- Eden Account**
**Woo Hay Tong Investments Ltd.**
**Trafalgar House**

GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Rogge Global Partners PLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | Case No. 08-13555 (JMP) |
| *et al*., | : | |
| | : | |
| Debtors | : | (Jointly Administered) |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Gregory O. Kaden, hereby certify that on the 6th day of April, 2015, I caused to be served a copy of the ***Joinder of Rogge Global Partners PLC in Objection of Creditors to Debtors' Motion to Allow Disclosure of the Derivative Questionnaires*** via the Court's CM/ECF system on the attached service list.

Dated:  April 6, 2015               /s/ Gregory O. Kaden
                                    Gregory O. Kaden (GK-9610)
                                    GOULSTON & STORRS PC
                                    400 Atlantic Avenue
                                    Boston, MA  02110-3333
                                    Tel:  (617) 482-1776
                                    Fax:  (617) 574-4112

4

## Service List

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Turner P. Smith and Peter J. Behmke
**Counsel to LBHI and certain affiliates**

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Attn: Andrew J. Rossman
**Counsel to Creditors Committee**

Office of the US Trustee for Region 2
201 Varick Street
Suite 1006
New York, NY 10014
Attn: William K. Harrington, Susan Golden and Andrea B. Schwartz