UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                            :    (Jointly Administered)
        Debtors.                            :
                                            :
---------------------------------------------------------------x    Ref. Docket No. 48683-48699, 48870-
                                                                    48873, 48875, 48878, 48959, 48969,
                                                                    48970, 49013, 49018, 49056

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 3, 2015, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
6th day of April, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

08-13555-mg    Doc 49177    Filed 04/06/15    Entered 04/06/15 16:57:02    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: FIELD STREET MASTER FUND LTD              FIELD STREET MASTER FUND LTD
    C/O SEWARD & KISSEL LLP                   444 MADISON AVE STE 700
    ATTN: ARLENE R. ALVES, ESQ.               NEW YORK NY 10022-6968
    ONE BATTERY PARK PLAZA
    NEW YORK NY 10004
```

Please note that your claim # 19681 in the above referenced case and in the amount of
   $5,825,125.00    allowed at $5,800,000.00       has been transferred **(unless previously expunged by court order)**

```
    LB I GROUP, INC.
    TRANSFEROR: FIELD STREET MASTER FUND LTD
    ATTN: CHRISTOPHER MOSHER
    1271 AVENUE OF THE AMERICAS, 40TH FLOOR
    NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 49018    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/03/2015                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 3, 2015.

# EXHIBIT B

```
TIME: 10:56:57                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 04/03/15                                              CREDITOR LISTING

Name                                          Address
BANCA DI PIACENZA SOCIETA COOPERATIVA         TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: PIETRO COPPELLI VIA MAZZINI 20 PIACENZA    29121 ITALY
  PER AZIONI
CREDITO EMILIANO S.P.A.                       ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA    42100 ITALY
CREDITO EMILIANO S.P.A.                       ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA    42121 ITALY
FIELD STREET MASTER FUND LTD                  444 MADISON AVE STE 700 NEW YORK NY 10022-6968
FIELD STREET MASTER FUND LTD                  C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
LB I GROUP, INC.                              TRANSFEROR: FIELD STREET MASTER FUND LTD ATTN: CHRISTOPHER MOSHER 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                TRANSFEROR: QUINTESSENCE FUND LP ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                TRANSFEROR: QVT FUND LP ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
QUINTESSENCE FUND LP                          C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QUINTESSENCE FUND LP                          C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QUINTESSENCE FUND LP                          ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022
QVT FUND LP                                   C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND LP                                   C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036
QVT FUND LP                                   ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022

Total Number of Records Printed    14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:05:04                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 04/03/15                                           CREDITOR LISTING

Name                                              Address
BANIA BROTHERS, L.L.C.                            ROPES & GRAY LLP PRUDENTIAL TOWER, 800 BOYLSON ST ATTN: JONATHAN P REISMAN BOSTON MA 02199-3600
BANIA BROTHERS, L.L.C.                            TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET
                                                  BOSTON MA 02199-3600
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: JPMORGAN CHASE BANK, NA C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: YORVIK PARTNERS LLP C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600
BRNP HOLDINGS, L.L.C.                             10 SAINT JAMES AVENUE, SUITE 2000 BOSTON MA 02116
BRNP HOLDINGS, L.L.C.                             ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600
COMMERZBANK AG, NEW YORK AND GRAND                ATTN: MICHAEL FRUCHTER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
  CAYMAN BRANCHES
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SUNSHINE ENTERPRISES L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
GOAL LINE PARTNERS, LLC                           GIANTS STADIUM LLC C/O SULLIVAN & CROMWELL LLP ATTN: MATTHEW SCHWARTZ, BRUCE CLARK 125 BROAD STREET NEW YORK NY 10004
GOAL LINE PARTNERS, LLC                           TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600
LEHMAN BROTHERS BANKHAUS AG                       TRANSFEROR: COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES ACTING THROUGH COURT APPT INSOLVENCY ADMINISTRATOR D. MICHAEL C FREGE
                                                  RATHENAUPLATZ 1 60313 FRANKKFURT AM MAIN  GERMANY
LEHMAN BROTHERS HOLDINGS, INC.                    WEIL GOTSHAL & MANGES LLP GARRETT FAIL AND SUNNY SINGH 767 FIFTH AVENUE NEW YORK NY 10153
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: BANIA BROTHERS, L.L.C. ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C. ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: BRNP HOLDINGS, L.L.C. ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: GOAL LINE PARTNERS, LLC ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: LOOMIS STREET, LLC ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: RLT HOLDINGS 2008-2, L.L.C. ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: ROYAL BANK OF CANADA ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS HOLDINGS, INC.                    TRANSFEROR: WOODERSON PARTNERS, L.L.C. ATTN: RICHARD KATZ 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LOOMIS STREET, LLC                                TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET
                                                  BOSTON MA 02199-3600
LOOMIS STREET, LLC                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET
                                                  BOSTON MA 02199-3600
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          JAMES OLIVO - OPERATIONS MANAGER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          MICHAEL GREENBLATT KAYE SCHOLER LLP 250 WEST 55TH STREET NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: PBC FINANCING LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON ENHANCED LTD                              MICHAEL GREENBLATT KAYE SCHOLER LLP 250 WEST 55TH STREET NEW YORK NY 10019
PAULSON ENHANCED LTD                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON INTERNATIONAL LTD                         MICHAEL GREENBLATT KAYE SCHOLER LLP 250 WEST 55TH STREET NEW YORK NY 10019
PAULSON INTERNATIONAL LTD                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.                    MICHAEL GREENBLATT KAYE SCHOLER LLP 250 WEST 55TH STREET NEW YORK NY 10019
PAULSON PARTNERS ENHANCED L.P.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS LP                               MICHAEL GREENBLATT KAYE SCHOLER LLP 250 WEST 55TH STREET NEW YORK NY 10019
PAULSON PARTNERS LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
RLT HOLDINGS 2008-2, L.L.C.                       TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET
                                                  BOSTON MA 02199-3600
ROYAL BANK OF CANADA                              ATTN: EMILY JELICH, ASST. GENERAL COUNSEL 14TH FLOOR NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP
                                                  TORONTO ON M5J 2J5 CANADA
WOODERSON PARTNERS, L.L.C.                        TRANSFEROR: DIAMONDBACK MASTER FUND, LTD. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET
                                                  BOSTON MA 02199-3600

Total Number of Records Printed                   39                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```