**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for Claimant SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF CLAIMANT SPCP GROUP, L.L.C.'S MOTION UNDER BANKRUPTCY CODE SECTION 1142(b) TO COMPEL LOTC TO PAY POST-PETITION INTEREST AS REQUIRED BY ITS CONFIRMED <u>PLAN OF REORGANIZATION</u>**

**PLEASE TAKE NOTICE** that on December 19, 2014, claimant SPCP Group, L.L.C., ("<u>SPCP</u>"), through its undersigned counsel, filed the Motion under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by Its Confirmed Plan of Reorganization (D.I. 47474) (the "<u>Motion</u>").

1

**PLEASE TAKE FURTHER NOTICE** that SPCP, through its undersigned counsel, hereby withdraws the Motion without prejudice.

Dated: April 6, 2015
New York, New York

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By:   /s/ Sean A. O'Neal_____
                          Thomas J. Moloney
                          Sean A. O'Neal
                          Humayun Khalid
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone: (212) 225-2000
                          Fax: (212) 225-3999

                          *Attorneys for Claimant SPCP Group, L.L.C.*