UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    Jointly Administered
                                                                :
                                     Debtors.              :
------------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned proceeding. On April 2, 2105, I caused a true and correct copy of the following Notice to be filed and to be served via electronic mail to the parties set forth in Schedule A:

> *Notice of Adjournment of Hearing on Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code*

2. Additionally, on April 3, 2105, Lindsay Weber, over the age of eighteen years, and not a party to or interested in the above-captioned case, caused a true and correct copy of the Notice to be left in the care and custody of the U.S. Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in Schedule B.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2015
 New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

# SCHEDULE A

'richard.krasnow@weil.com'; 'lori.fife@weil.com';
'robert.lemons@weil.com';
'jacqueline.marcus@weil.com';
'giddens@hugheshubbard.com';
'kiplok@hugheshubbard.com';
'kobak@hugheshubbard.com';
'margolin@hugheshubbard.com';
'lubell@hugheshubbard.com';
'wiltenburg@hugheshubbard.com';
'ddunne@milbank.com'; 'wfoster@milbank.com';
'dodonnell@milbank.com'; 'efleck@milbank.com';
'paronzon@milbank.com'; 'gbray@milbank.com';
'robert.yalen@usdoj.gov'; 'tarbit@cftc.gov';
'rwasserman@cftc.gov'; 'sharbeck@sipc.org';
'jwang@sipc.org'; 'jean-david.barnea@usdoj.gov';
'joseph.cordaro@usdoj.gov'; 'newyork@sec.gov';
'jacobsonn@sec.gov'; 'jbromley@cgsh.com';
'lschweitzer@cgsh.com'; 'lgranfield@cgsh.com';
'ctatelbaum@adorno.com'; 'mstamer@akingump.com';
'nlevine@akingump.com'; 'mstamer@akingump.com';
'pdublin@akingump.com'; 'mlahaie@akingump.com';
'rajohnson@akingump.com'; 'sschultz@akingump.com';
'lisa.kraidin@allenovery.com';
'ken.coleman@allenovery.com';
'daniel.guyder@allenovery.com';
'mgreger@allenmatkins.com';
'krodriguez@allenmatkins.com';
'tduffy@andersonkill.com';
'rrussell@andrewskurth.com';
's.minehan@aozorabank.co.jp';
'angelich.george@arentfox.com';
'dowd.mary@arentfox.com';
'scousins@armstrongteasdale.com';
'sehlers@armstrongteasdale.com';
'charles_malloy@aporter.com';
'anthony_boccanfuso@aporter.com'; 'jg5786@att.com';
'neal.mann@oag.state.ny.us';
'tony.davis@bakerbotts.com';
'dworkman@bakerlaw.com'; 'peter@bankrupt.com';
'michael.mccrory@btlaw.com';
'david.powlen@btlaw.com';
'ffm@bostonbusinesslaw.com';
'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com'; 'cbrotstein@bm.net';
'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com';
'aoberry@bermanesq.com'; 'davids@blbglaw.com';
'sean@blbglaw.com'; 'dbarber@bsblawyers.com';
'dbarber@bsblawyers.com';
'smulligan@bsblawyers.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'sabin.willett@bingham.com';
'jeffrey.sabin@bingham.com';
'robert.dombroff@bingham.com';
'steven.wilamowsky@bingham.com';
'mark.deveno@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'joshua.dorchak@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'carol.weinerlevy@bingham.com';
'jeffrey.sabin@bingham.com';
'joshua.dorchak@bingham.com';
'raj.madan@bingham.com';
'michael.reilly@bingham.com';
'joshua.dorchak@bingham.com';
'erin.mautner@bingham.com';
'tim.desieno@bingham.com';
'jeffrey.black@bingham.com';
'aeckstein@blankrome.com';
'amcmullen@boultcummings.com';
'rjones@boultcummings.com'; 'kurt.mayr@bgllp.com';
'kuehn@bragarwexler.com'; 'notice@bkcylaw.com';
'mgordon@briggs.com';
'monica.lawless@brookfieldproperties.com';
'dludman@brownconnery.com';

'dludman@brownconnery.com';
'msiegel@brownrudnick.com';
'slevine@brownrudnick.com';
'msteel@brownrudnick.com';
'schristianson@buchalter.com';
'christopher.schueller@bipc.com';
'timothy.palmer@bipc.com'; 'sidorsky@butzel.com';
'deryck.palmer@cwt.com'; 'john.rapisardi@cwt.com';
'george.davis@cwt.com'; 'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com';
'howard.hawkins@cwt.com'; 'jason.jurgens@cwt.com';
'ellen.halstead@cwt.com'; 'sgordon@cahill.com';
'jlevitin@cahill.com';
'thomas_noguerola@calpers.ca.gov'; 'cahn@clm.com';
'wanda.goodloe@cbre.com'; 'dlemay@chadbourne.com';
'hseife@chadbourne.com';
'arosenblatt@chadbourne.com'; 'spiotto@chapman.com';
'acker@chapman.com'; 'heiser@chapman.com';
'heiser@chapman.com'; 'lgranfield@cgsh.com';
'lschweitzer@cgsh.com'; 'maofiling@cgsh.com';
'jennifer.demarco@cliffordchance.com';
'andrew.brozman@cliffordchance.com';
'sara.tapinekis@cliffordchance.com';
'andrew.brozman@cliffordchance.com';
'jen.premisler@cliffordchance.com';
'psp@njlawfirm.com'; 'jwh@njlawfirm.com';
'lmay@coleschotz.com'; 'jdrucker@coleschotz.com';
'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com';
'bcarlson@co.sanmateo.ca.us';
'jbeiers@co.sanmateo.ca.us';
'lathompson@co.sanmateo.ca.us'; 'mhopkins@cov.com';
'dcoffino@cov.com'; 'araboy@cov.com';
'rlevin@cravath.com'; 'rtrust@cravath.com';
'jlipson@crockerkuno.com'; 'ttracy@crockerkuno.com';
'woconnor@crowell.com'; 'bzabarauskas@crowell.com';
'mlichtenstein@crowell.com'; 'seichel@crowell.com';
'jcarberry@cl-law.com'; 'karen.wagner@dpw.com';
'james.mcclammy@dpw.com';
'thomas.ogden@dpw.com';
'james.mcclammy@dpw.com';
'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com';
'mcto@debevoise.com'; 'glenn.siegel@dechert.com';
'iva.uroic@dechert.com';
'mmooney@deilylawfirm.com';
'mbienenstock@dl.com'; 'tkarcher@dl.com';
'pwright@dl.com'; 'esmith@dl.com';
'mbienenstock@dl.com'; 'igoldstein@dl.com';
'mbienenstock@dl.com'; 'igoldstein@dl.com';
'tdewey@dpklaw.com'; 'dpegno@dpklaw.com';

'adiamond@diamondmccarthy.com';
'sloden@diamondmccarthy.com';
'aaaronson@dilworthlaw.com';
'cpappas@dilworthlaw.com';
'timothy.brink@dlapiper.com';
'matthew.klepper@dlapiper.com';
'thomas.califano@dlapiper.com';
'stephen.cowan@dlapiper.com';
'william.m.goldman@dlapiper.com';
'schnabel.eric@dorsey.com'; 'heim.steve@dorsey.com';
'dove.michelle@dorsey.com';
'steven.troyer@commerzbank.com';
'jjoyce@dresslerpeters.com'; 'robert.malone@dbr.com';
'ljkotler@duanemorris.com'; 'tduffy@andersonkill.com';
'jim@atkinslawfirm.com'; 'sandyscafaria@eaton.com';
'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle-law.com'; 'jbeemer@entwistle-law.com'; 'jporter@entwistle-law.com';
'kkelly@ebglaw.com'; 'dtatge@ebglaw.com';
'wmarcari@ebglaw.com'; 'slerman@ebglaw.com';
'sgubner@ebg-law.com'; 'cweber@ebg-law.com';
'lscarcella@farrellfritz.com';
'shari.leventhal@ny.frb.org';
'sfelderstein@ffwplaw.com'; 'ppascuzzi@ffwplaw.com';
'jhuh@ffwplaw.com'; 'charles@filardi-law.com';
'alum@ftportfolios.com'; 'wdase@fzwz.com';
'dheffer@foley.com'; 'jlee@foley.com';
'wmckenna@foley.com'; 'dspelfogel@foley.com';
'anann@foley.com'; 'ggoodman@foley.com';
'lapeterson@foley.com'; 'sory@fdlaw.com';
'jhiggins@fdlaw.com'; 'ahammer@freebornpeters.com';
'deggert@freebornpeters.com';
'walter.stuart@freshfields.com';
'patrick.oh@freshfields.com';
'peter.simmons@friedfrank.com';
'richard.tisdale@friedfrank.com';
'shannon.nagle@friedfrank.com';
'richard.tisdale@friedfrank.com';
'efriedman@friedumspring.com';
'efriedman@fklaw.com'; 'wweintraub@fklaw.com';
'abeaumont@fklaw.com'; 'drosenzweig@fulbright.com';
'jmerva@fult.com'; 'jmelko@gardere.com';
'bankruptcy@ntexas-attorneys.com'; 'relgidely@gjb-law.com'; 'jgenovese@gjblaw.com'; 'pbattista@gjb-law.com'; 'dcimo@gjblaw.com';
'dcrapo@gibbonslaw.com';
'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com'; 'aseuffert@lawpost-nyc.com'; 'tnixon@gklaw.com'; 'jherzog@gklaw.com';
'jflaxer@golenbock.com';

'jwallack@goulstonstorrs.com';
'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.com';
'diconzam@gtlaw.com'; 'cole@gtlaw.com';
'cousinss@gtlaw.com'; 'melorod@gtlaw.com';
'tannweiler@greerherz.com';
'jamie.nelson@dubaiic.com';
'joy.mathias@dubaiic.com';
'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com'; 'rmatzat@hahnhessen.com';
'wbenzija@halperinlaw.net'; 'jdyas@halperinlaw.net';
'dtheising@harrisonmoberly.com'; 'agold@herrick.com';
'sselbst@herrick.com'; 'ramona.neal@hp.com';
'ken.higman@hp.com'; 'jdoran@haslaw.com';
'tmarrion@haslaw.com'; 'sweyl@haslaw.com';
'dpiazza@hodgsonruss.com'; 'rleek@hodgsonruss.com';
'isgreene@hhlaw.com'; 'sagolden@hhlaw.com';
'barbra.parlin@hklaw.com';
'arthur.rosenberg@hklaw.com';
'francois.janson@hklaw.com';
'richard.lear@hklaw.com';
'francois.janson@hklaw.com';
'john.monaghan@hklaw.com';
'barbra.parlin@hklaw.com'; 'adam.brezine@hro.com';
'kerry.moynihan@hro.com'; 'mmendez@hunton.com';
'keckhardt@hunton.com'; 'jrsmith@hunton.com';
'cweiss@ingramllp.com'; 'dave.davis@isgria.com';
'toby.r.rosenberg@irscounsel.treas.gov';
'mimi.m.wong@irscounsel.treas.gov';
'dbalog@intersil.com'; 'teresa.oxford@invescoaim.com';
'afriedman@irell.com'; 'klyman@irell.com';
'mneier@ibolaw.com'; 'jay.hurst@oag.state.tx.us';
'ptrostle@jenner.com'; 'dmurray@jenner.com';
'rbyman@jenner.com'; 'gspilsbury@jsslaw.com';
'jowen769@yahoo.com'; 'jfox@joefoxlaw.com';
'joseph.cordaro@usdoj.gov';
'mpomerantz@julienandschlesinger.com';
'mschlesinger@julienandschlesinger.com';
'eli.mattioli@klgates.com'; 'drosner@kasowitz.com';
'aglenn@kasowitz.com'; 'snewman@katskykorins.com';
'mprimoff@kayescholer.com';
'mprimoff@kayescholer.com';
'msolow@kayescholer.com';
'mdahlman@kayescholer.com';
'kdwbankruptcydepartment@kelleydrye.com';
'mpage@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'james.sprayregen@kirkland.com';

'jay@kleinsolomon.com'; 'jjureller@klestadt.com';
'chardman@klestadt.com';
'michael.kim@kobrekim.com';
'robert.henoch@kobrekim.com';
'andrew.lourie@kobrekim.com';
'boneill@kramerlevin.com'; 'acaton@kramerlevin.com';
'deggermann@kramerlevin.com';
'mlandman@lcbf.com'; 'wballaine@lcbf.com';
'sree@lcbf.com'; 'akornikova@lcbf.com';
'ekbergc@lanepowell.com'; 'keith.simon@lw.com';
'david.heller@lw.com'; 'peter.gilhuly@lw.com';
'richard.levy@lw.com';
'gabriel.delvirginia@verizon.net';
'ezweig@optonline.net'; 'lkatz@ltblaw.com';
'wswearingen@llf-law.com'; 'sfineman@lchb.com';
'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com';
'peisenberg@lockelord.com'; 'wcurchack@loeb.com';
'vrubinstein@loeb.com'; 'dbesikof@loeb.com';
'loizides@loizides.com'; 'omeca.nedd@lovells.com';
'robin.keller@lovells.com'; 'krosen@lowenstein.com';
'ilevee@lowenstein.com'; 'steele@lowenstein.com';
'twheeler@lowenstein.com'; 'jprol@lowenstein.com';
'metkin@lowenstein.com'; 'scargill@lowenstein.com';
'squigley@lowenstein.com'; 'elevin@lowenstein.com';
'steele@lowenstein.com'; 'mwarren@mtb.com';
'jhuggett@margolisedelstein.com';
'fhyman@mayerbrown.com';
'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'emerberg@mayerbrown.com';
'tkiriakos@mayerbrown.com';
'btrust@mayerbrown.com'; 'fhyman@mayerbrown.com';
'jtougas@mayerbrown.com';
'atrehan@mayerbrown.com';
'swolowitz@mayerbrown.com';
'btrust@mayerbrown.com'; 'jstoll@mayerbrown.com';
'ashaffer@mayerbrown.com';
'hbeltzer@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com'; 'btrust@mayerbrown.com';
'jtougas@mayerbrown.com';
'cwalsh@mayerbrown.com';
'jlamar@maynardcooper.com';
'kreynolds@mklawnyc.com';
'mh1@mccallaraymer.com'; 'bkmail@prommis.com';

'jnm@mccallaraymer.com'; 'wtaylor@mccarter.com';
'ggitomer@mkbattorneys.com'; 'ncoco@mwe.com';
'icatto@mwe.com'; 'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com';
'dhayes@mcguirewoods.com';
'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com'; 'jmr@msf-law.com';
'mbloemsma@mhjur.com'; 'tslome@msek.com';
'amarder@msek.com'; 'jmazermarino@msek.com';
'harrisjm@michigan.gov'; 'michael.frege@cms-hs.com';
'sdnyecf@dor.mo.gov'; 'steve.ginther@dor.mo.gov';
'michael.kelly@monarchlp.com';
'davidwheeler@mvalaw.com';
'nherman@morganlewis.com'; 'nissay_10259-0154@mhmjapan.com'; 'lberkoff@moritthock.com';
'jpintarelli@mofo.com'; 'lmarinuzzi@mofo.com';
'lmarinuzzi@mofo.com'; 'yuwatoko@mofo.com';
'tgoren@mofo.com'; 'jpintarelli@mofo.com';
'lnashelsky@mofo.com'; 'bmiller@mofo.com';
'bankruptcy@morrisoncohen.com';
'jsullivan@mosessinger.com';
'akolod@mosessinger.com';
'mparry@mosessinger.com';
'kkolbig@mosessinger.com';
'sabvanrooy@hotmail.com';
'millee12@nationwide.com'; 'jowolf@law.nyc.gov';
'susan.schultz@newedgegroup.com';
'ddrebsky@nixonpeabody.com';
'adarwin@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'cdesiderio@nixonpeabody.com';
'bankruptcymatters@us.nomura.com';
'info2@normandyhill.com';
'crmomjian@attorneygeneral.gov';
'mjr1@westchestergov.com';
'jeremy.eiden@ag.state.mn.us';
'martin.davis@ots.treas.gov';
'jnadritch@olshanlaw.com';
'akantesaria@oppenheimerfunds.com';
'akantesaria@oppenheimerfunds.com';
'rdaversa@orrick.com'; 'rdaversa@orrick.com';
'jguy@orrick.com'; 'jguy@orrick.com';
'korr@orrick.com'; 'dfelder@orrick.com';
'maustin@orrick.com'; 'rfrankel@orrick.com';
'rwyron@orrick.com'; 'jguy@orrick.com';
'dfelder@orrick.com'; 'lmcgowen@orrick.com';
'rdaversa@orrick.com'; 'otccorpactions@finra.org';
'wsilverm@oshr.com'; 'pfeldman@oshr.com';
'mcyganowski@oshr.com'; 'pfeldman@oshr.com';
'jar@outtengolden.com';
'rroupinian@outtengolden.com'; 'wk@pwlawyers.com';
'chipford@parkerpoe.com'; 'dwdykhouse@pbwt.com';
'bguiney@pbwt.com';
'harveystrickon@paulhastings.com';
'draelson@fisherbrothers.com';
'sshimshak@paulweiss.com'; 'ddavis@paulweiss.com';
'chammerman@paulweiss.com';
'dshemano@pwkllp.com'; 'kressk@pepperlaw.com';
'kovskyd@pepperlaw.com'; 'wisotska@pepperlaw.com';
'lawallf@pepperlaw.com'; 'meltzere@pepperlaw.com';
'schannej@pepperlaw.com'; 'arlbank@pbfcm.com';
'jhorgan@phxa.com';
'david.crichlow@pillsburylaw.com';
'bill.freeman@pillsburylaw.com';
'mark.houle@pillsburylaw.com';
'splatzer@platzerlaw.com'; 'dflanigan@polsinelli.com';
'jbird@polsinelli.com'; 'cward@polsinelli.com';
'jsmairo@pbnlaw.com'; 'tjfreedman@pbnlaw.com';
'bbisignani@postschell.com'; 'fbp@ppgms.com';
'lml@ppgms.com'; 'lsilverstein@potteranderson.com';
'rmcneill@potteranderson.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'rfleischer@pryorcashman.com';
'mjacobs@pryorcashman.com';
'drose@pryorcashman.com';
'rbeacher@pryorcashman.com';
'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com'; Susheel Kirpalani;
James Tecce; Scott Shelley; 'Robert Dakis';
'jrabinowitz@rltlawfirm.com'; 'broy@rltlawfirm.com';
'gravert@ravertpllc.com'; 'arahl@reedsmith.com';
'kgwynne@reedsmith.com';
'jfalgowski@reedsmith.com'; 'clynch@reedsmith.com';
'eschaffer@reedsmith.com';
'mvenditto@reedsmith.com'; 'jlscott@reedsmith.com';
'dgrimes@reedsmith.com'; 'rqureshi@reedsmith.com';
'calbert@reitlerlaw.com'; 'richard@rwmaplc.com';
'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com'; 'abraunstein@riemerlaw.com';
'arheaume@riemerlaw.com'; 'roger@rnagioff.com';
'raul.alcantar@ropesgray.com';
'mark.bane@ropesgray.com';
'ross.martin@ropesgray.com'; 'ecohen@russell.com';
'russj4478@aol.com'; 'mschimel@sju.edu';
'cmontgomery@salans.com'; 'lwhidden@salans.com';
'cbelmonte@ssbb.com'; 'tbrock@ssbb.com';

'pbosswick@ssbb.com'; 'asnow@ssbb.com';
'aisenberg@saul.com'; 'egeekie@schiffhardin.com';
'jkehoe@btkmc.com'; 'bhinerfeld@sbtklaw.com';
'bdk@schlamstone.com'; 'nlepore@schnader.com';
'nfurman@scottwoodcapital.com';
'rrigolosi@smsm.com'; 'mharris@smsm.com';
'cohenr@sewkis.com'; 'ashmead@sewkis.com';
'fsosnick@shearman.com';
'ned.schodek@shearman.com';
'ann.reynaud@shell.com'; 'jennifer.gore@shell.com';
'jshenwick@gmail.com';
'cshulman@sheppardmullin.com';
'rreid@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'etillinghast@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'bwolfe@sheppardmulling.com';
'amartin@sheppardmullin.com';
'rreid@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'bankruptcy@goodwin.com'; 'jtimko@shutts.com';
'aquale@sidley.com'; 'aunger@sidley.com';
'rfriedman@silvermanacampora.com';
'sally.henry@skadden.com'; 'fyates@sonnenschein.com';
'pmaxcy@sonnenschein.com'; 'slerner@ssd.com';
'smayerson@ssd.com'; 'rterenzi@stcwlaw.com';
'cgoldstein@stcwlaw.com'; 'r.stahl@stahlzelloe.com';
'marc.chait@sc.com'; 'echang@steinlubin.com';
'eobrien@sbchlaw.com'; 'shgross5@yahoo.com';
'jlovi@steptoe.com'; 'lromansic@steptoe.com';
'ritkin@steptoe.com'; 'kpiper@steptoe.com';
'cs@stevenslee.com'; 'cp@stevenslee.com';
'apo@stevenslee.com'; 'cp@stevenslee.com';
'mcordone@stradley.com'; 'ppatterson@stradley.com';
'mcordone@stradley.com'; 'ppatterson@stradley.com';
'mcordone@stradley.com'; 'mdorval@stradley.com';
'mdorval@stradley.com'; 'ppatterson@stradley.com';
'djoseph@stradley.com'; 'jmmurphy@stradley.com';
'landon@streusandlandon.com';
'villa@streusandlandon.com';
'streusand@streusandlandon.com';
'mmspeiser@stroock.com'; 'smillman@stroock.com';
'lhandelsman@stroock.com'; 'dwildes@stroock.com';
'holsen@stroock.com'; 'lacyr@sullcrom.com';
'feldsteinh@sullcrom.com'; 'clarkb@sullcrom.com';
'schwartzmatthew@sullcrom.com';
'mccombst@sullcrom.com';
'ceskridge@susmangodfrey.com';
'bmerrill@susmangodfrey.com';
'sagrawal@susmangodfrey.com';
'paul.turner@sutherland.com';
'mark.sherrill@sutherland.com'; 'miller@taftlaw.com';
'jteitelbaum@tblawllp.com';
'agbanknewyork@ag.tn.gov';
'marvin.clements@ag.tn.gov';
'thaler@thalergertler.com'; 'geraci@thalergertler.com';
'ranjit.mather@bnymellon.com';
'robert.bailey@bnymellon.com';
'mmorreale@us.mufg.jp'; 'foont@foontlaw.com';
'yamashiro@sumitomotrust.co.jp'; 'matt@willaw.com';
'ira.herman@tklaw.com'; 'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com';
'rhett.campbell@tklaw.com'; 'mitchell.ayer@tklaw.com';
'david.bennett@tklaw.com';
'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com';
'mbenner@tishmanspeyer.com';
'bturk@tishmanspeyer.com'; 'jchristian@tobinlaw.com';
'wchen@tnsjlaw.com'; 'agoldstein@tnsjlaw.com';
'neilberger@teamtogut.com'; 'sskelly@teamtogut.com';
'oipress@travelers.com'; 'mlynch2@travelers.com';
'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com';
'lee.stremba@troutmansanders.com';
'bmanne@tuckerlaw.com'; 'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com';
'dlipke@vedderprice.com';
'mjedelman@vedderprice.com'; 'easmith@venable.com';
'sabramowitz@velaw.com'; 'jwest@velaw.com';
'dkleiner@velaw.com'; 'jeldredge@velaw.com';
'hsnovikoff@wlrk.com'; 'rgmason@wlrk.com';
'arwolf@wlrk.com'; 'cbelisle@wfw.com';
'jfreeberg@wfw.com'; 'rgraham@whitecase.com';
'tmacwright@whitecase.com'; 'avenes@whitecase.com';
'ehollander@whitecase.com';
'ehollander@whitecase.com';
'azylberberg@whitecase.com';
'dbaumstein@whitecase.com';
'rgraham@whitecase.com'; 'mruetzel@whitecase.com';
'ukreppel@whitecase.com'; 'tlauria@whitecase.com';
'guzzi@whitecase.com'; 'cshore@whitecase.com';
'jeanites@whiteandwilliams.com';
'bstrickland@wtplaw.com'; 'dshaffer@wtplaw.com';
'szuch@wiggin.com'; 'mabrams@willkie.com';
'mfeldman@willkie.com'; 'aalfonso@willkie.com';
'rnetzer@willkie.com'; 'dkozusko@willkie.com';
'mabrams@willkie.com';
'peter.macdonald@wilmerhale.com';
'jeannette.boot@wilmerhale.com';

'craig.goldblatt@wilmerhale.com';
'lisa.ewart@wilmerhale.com';
'jmcginley@wilmingtontrust.com';
'jbecker@wilmingtontrust.com';
'cschreiber@winston.com'; 'dmcguire@winston.com';
'mkjaer@winston.com'; 'dneier@winston.com';

'dravin@wolffsamson.com'; 'jlawlor@wmd-law.com';
'jlawlor@wmd-law.com'; 'wmaher@wmd-law.com';
'rrainer@wmd-law.com'; 'bankr@zuckerman.com';
pvizcarrondo@wlrk.com, eakleinhaus@wlrk.com,
dcbryan@wlrk.com

# SCHEDULE B

Charles G. Berry
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Maria J. DiConza
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Mark D. Sherrill
Sutherland, Asbill & Brennan LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001-3980

Franklin H. Top, III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

Michael J. Canning
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Trevor Hoffmann
Haynes and Boone, LLP
30 Rockefeller Plaza
26th Floor
New York, NY 10112

Brian Rooder
Ropes & Gray
1211 Avenue of the Americas
New York, New York 10036-8704

Michael G. Burke
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Bennette Deacy Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004

Michael S. Etkin, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue & 6 Becker
Farm Road
Roseland, New Jersey 07068

James M. Ringer
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, NY 10017

David Dubrow
Arent Fox LLP
1675 Broadway
New York, New York 10019

David Adler
McCarter & English
245 Park Ave., 27th Flr.
New York, New York 10167

Douglas P. Bartner
Shearman & Sterling, LLP
599 Lexington Avenue
New York, New York 10022-6069

Daniel Guyder
Allen & Overy
1221 Avenue of the Americas
New York, North America NY 10020

John A. Bicks
K&L Gates
599 Lexington Avenue
New York, New York 10022-6030

David M. Turetsky
Skadden Arps
4 Times Square
New York, New York  10036

Ira A. Reid
Baker & McKenzie LLP
452 Fifth Avenue
New York, New York  10018

Edward A. Smith
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY  10020

Peter Feldman
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

Mark G. Hanchet
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York  10020-1001

Mark C. Ellenberg
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Benjamin Mintz
Kaye Scholer LLP
250 West 55th Street
New York, NY  10019-9710

Shmuel Vasser
Dechert LLP
1095 Avenue of the Americas
New York, New York  10036-6797

Harold S. Novikoff
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

Claudia Hammerman
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Thomas F. Berndt
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Ellen M. Halstead
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Carmine D. Boccuzzi, Jr.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Lindsee P. Granfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Joshua Dorchak
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Christopher J. Houpt
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

Mark G. Hanchet
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

08-13555-mg Doc 49180 Filed 04/06/15 Entered 04/06/15 19:51:45 Main Document
Pg 11 of 11

Irena Goldstein
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Daniel H.R. Laguardia
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10178

Sean A. O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Jonathan D. Schiller
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014