PHILLIPS LYTLE LLP
Angela Z. Miller (AM4473)
Preston L. Zarlock (PZ 8313)
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York  10018-1405
Telephone:  (212) 759-4888
Facsimile:  (212) 308-9079

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHER HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) <br><br> (Jointly Administered) |

**NOTICE OF CHANGE OF NOTICE ADDRESS WITH RESPECT TO
CREDITOR HSBC MORTGAGE SERVICES INC. ("HMS")
<u>REGARDING CLAIM NO. 4521</u>**

      PLEASE TAKE NOTICE that the notice name and address where notices should be sent with respect to proof of claim number 4521 filed by HSBC Mortgage Services Inc. in Case No. 09-10137 (Debtor, BNC Mortgage LLC) is amended to the following name and address effective April 7, 2015:

                      Phillips Lytle LLP
                      Angela Z. Miller (AM 4473)
                      Preston L. Zarlock (PZ 8313)
                      The New York Times Building
                      620 Eighth Avenue, 23rd Floor
                      New York, New York 10018-1405
                      Telephone:  (212) 759-4888
                      Facsimile:  (212) 308-9079
                      E-mail:  amiller@phillipslytle.com
                                  pzarlock@phillipslytle.com

      PLEASE TAKE FURTHER NOTICE that HMS respectfully requests that notice and service lists maintained in these cases be updated accordingly.

Dated: New York, New York
       April 7, 2015

                              PHILLIPS LYTLE LLP

                              By   /s/ Angela Z. Miller
                                   Angela Z. Miller (AM 4473)
                                   Preston L. Zarlock (PZ 8313)
                              The New York Times Building
                              620 Eighth Avenue, 23rd Floor
                              New York, New York 10018-1405
                              Telephone: (212) 759-4888
                              Facsimile: (212) 308-9079
                              amiller@phillipslytle.com
                              pzarlock@phillipslytle.com

AZMsat
Doc #01-2847909.1