WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   08-13555 (SCC)
                                                                   :
         Debtors.                                                  :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x
                                                                   :
In re                                                              :
                                                                   :   Case No.
LEHMAN BROTHERS INC.,                                              :
                                                                   :   08-01420 (SCC) (SIPA)
         Debtor.                                                   :
                                                                   :
-------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR THE EIGHTY-FOURTH OMNIBUS
AND CLAIMS HEARING ON APRIL 8, 2015 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

### LEHMAN BROTHERS INC. PROCEEDING

**I.   CONTESTED MATTERS:**

1. Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7666**]

    Response Deadline:   December 5, 2013 at 4:00 p.m., extended for certain parties to December 12, 2013 at 4:00 p.m.

    Responses Received:

        A.   Response of Jeffrey Maurer [**LBI ECF No. 7788**]

        B.   Response of Christian J. and Molly E. Randle [**LBI ECF No. 7789**]

    Related Documents:

        C.   Order Granting the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to certain claims [**LBI ECF No. 7909**]

        D.   Notice of Resolution [**LBI ECF No. 11341**]

        E.   Trustee's Omnibus Reply to Certain Responses to the Trustee's One Hundred Sixty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 11672**]

    Status: This matter is going forward solely with respect to the claims of Jeffrey Maurer and Christian J. and Molly E. Randle.

2. Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) [**LBI ECF No. 6426**]

    Response Deadline:   July 8, 2013 at 4:00 p.m., extended for certain parties to August 9, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Charlotte Grezo [**LBI ECF No. 6816**]

    B.    Response of Aazam Shafiz [**Annexed to Trustee's Reply**]

Related Documents:

    C.    Notices of Withdrawal [**LBI ECF Nos. 6872, 8758, 9207**]

    D.    Order Granting the Trustee's Eighty-Fifth Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) Solely as to Certain Claims [**LBI ECF No. 7060**]

    E.    Notice of Hearing [**LBI ECF No. 10751**]

    F.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Eighty-Fifth, Two Hundred Twenty-Seventh, and Two Hundred Fifty-First Omnibus Objections to General Creditor Claims (Non-LBI Employee Claims and Employee Claims) [**LBI ECF No. 11645**]

Status: This matter is going forward solely with respect to the claims of Charlotte Grezo and Aazam Shafiz.

3. Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8639**]

Response Deadline: April 30, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Catherine A. Eckert [**LBI ECF No. 8836**]

    B.    Response of Aida Y. Sarmast [**LBI ECF No. 8833**]

Related Documents:

    C.    Notices of Withdrawal [**LBI ECF Nos. 8915, 9065**]

    D.    Order Granting the Trustee's Two Hundred Twenty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) Solely as to Certain Claims [**LBI ECF No. 9170**]

    E.    Notice of Resolution [**LBI ECF No. 10118**]

    F.    Notice of Hearing [**LBI ECF No. 10752**]

WEIL:\95288680\6\58399.0011

    G.    Order Granting Certain Trustee's Objections to Employee Claims **[LBI ECF No. 11272]**

    H.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Eighty-Fifth, Two Hundred Twenty-Seventh, and Two Hundred Fifty-First Omnibus Objections to General Creditor Claims (Non-LBI Employee Claims and Employee Claims) **[LBI ECF No. 11645]**

Status: This matter is going forward solely with respect to the claims of Catherine A. Eckert and Aida Y. Sarmast.

4. Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) **[LBI ECF No. 9478]**

Response Deadline: August 14, 2014 at 4:00 p.m., extended for certain parties to August 27, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Patricia M. Bah **[LBI ECF No. 9636]**

    B.    Response of Vito A. Santoro **[LBI ECF No. 9714]**

Related Documents:

    C.    Order Granting the Trustee's Two Hundred Fifty-First Omnibus Objection to General Creditor Claims (Employee Claims) **[LBI ECF No. 9846]**

    D.    Trustee's Omnibus Reply to Certain Responses to the Trustee's Eighty-Fifth, Two Hundred Twenty-Seventh, and Two Hundred Fifty-First Omnibus Objections to General Creditor Claims (Non-LBI Employee Claims and Employee Claims) **[LBI ECF No. 11645]**

Status: This matter is going forward solely with respect to the claim of Patricia M. Bah.

5. Trustee's Objection to the General Creditor Proof of Claim of Ralph Harary (Claim No. 8002386) **[LBI ECF No. 10142]**

Response Deadline: October 31, 2014 at 4:00 p.m., extended to November 14, 2014 at 4:00 p.m.

4

WEIL:\95288680\6\58399.0011

Response Received:

    A.    Responses of Ralph Harary [**LBI ECF Nos. 10439, 10440**]

Related Document:

    B.    Trustee's Reply [**LBI ECF No. 11689**]

Status: This matter is going forward.

## II. ADJOURNED MATTERS:

**A.    Lehman Brothers Holdings Inc. Chapter 11 Cases**

6.    Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [**ECF No. 48939**]

Response Deadline:    March 30, 2015 at 4:00 p.m.

Status: This matter has been adjourned to a date to be determined.

7.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m.

8.    Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections [**ECF No. 46631**]

Response Deadline:    April 28, 2015 at 4:00 p.m.

Responses Received: None.

Related Document:

    A.    Notice of Adjournment of Hearing [**ECF No. 46932**]

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m.

**B.    Adversary Proceedings**

9.    Lehman Brothers Special Financing Inc. v. Merrill Lynch Capital Services, Inc. [**Adversary Proceeding No. 14-02030**]

**Motion to Dismiss Adversary Proceeding**

5

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Answer of Merrill Lynch Capital Services, Inc. to Complaint [**ECF No. 14**]

    C.    Motion of Merrill Lynch Capital Services, Inc. to Dismiss Counts I, II, and III of Adversary Complaint [**ECF No. 16**]

    D.    Memorandum of Law in Support Motion of Merrill Lynch Capital Services, Inc. to Dismiss Counts I, II, and III of Adversary Complaint [**ECF No. 17**]

    E.    Memorandum of Law of Plaintiff Lehman Brothers Special Financing Inc. in Opposition to the Motion of Defendant Merrill Lynch Capital Services Inc. to Dismiss the Complaint for Failure to Add a Required Party [**ECF No. 19**]

    F.    Reply Memorandum of Law of Defendant Merrill Lynch Capital Services, Inc. in Support of Motion to Dismiss Counts I, II, and III of Adversary Complaint [**ECF No. 20**]

Status: This matter has been adjourned to May 12, 2014 at 2:00 p.m.

**C.    Lehman Brothers Inc. Proceeding**

10. Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 8428**]

Response Deadline:    March 24, 2014 at 4:00 p.m.

Response Received:

    A.    Response of Nomura Holdings, Inc. [**LBI ECF No. 8539**]

Related Documents:

    B.    Notice of Withdrawal [**LBI ECF No. 8681**]

    C.    Order Granting the Trustee's Two Hundred Fifteenth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 8728**]

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to certain claims.

6

11.     Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

    Response Deadline:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

    Responses Received:  None.

    Related Documents:

    A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

    C.    Notice of Resolution [**LBI ECF No. 9773**]

    Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to certain claims.

12.     Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

    Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to April 30, 2015 at 4:00 p.m.

    Response Received:  None

    Related Documents:

    A.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

WEIL:\95288680\6\58399.0011

   B. Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

   C. Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

  <u>Status</u>:  This matter has been adjourned to May 5, 2015 at 10:00 a.m., solely as to a certain claim.

13. Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8567**]

  <u>Response Deadline</u>: April 18, 2014 at 4:00 p.m., extended for certain parties to May 30, 2014 at 4:00 p.m.

  <u>Response Received</u>:

   A. Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

  <u>Related Documents</u>:

   B. Notice of Withdrawal [**LBI ECF No. 8760**]

   C. Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

  <u>Status</u>:  This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to a certain claim.

14. Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

  <u>Response Deadline</u>: August 13, 2014 at 4:00 p.m., extended for certain parties without date.

  <u>Response Received</u>:

   A. Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

8

<u>Related Documents</u>:

    B.    Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

    C.    Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375**]

    D.    So Ordered Stipulation [**LBI ECF No. 10670**]

<u>Status</u>: This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to certain claims.

15.    Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

<u>Response Deadline</u>:    August 15, 2014 at 4:00 p.m., extended for certain parties without date.

<u>Responses Received</u>:    None.

<u>Related Documents</u>:

    A.    Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

    B.    Notices of Resolution [**LBI ECF Nos. 10015, 11167**]

    C.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

<u>Status</u>: This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to certain claims.

9

16. Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9583**]

    Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

    Responses Received:

    A.   Response of Richard N. Wayne [**LBI ECF No. 9970**]

    B.   Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

    Related Documents:

    C.   Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

    D.   Notice of Resolution [**LBI ECF No. 11168**]

    Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to certain claims.

17. Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

    Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties without date.

    Response Received:

    A.   Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

    Related Documents:

    B.   Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.   Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134**]

    Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m., as to certain claims.

18. Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10097**]

   Response Deadline: October 28, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

   Responses Received:

   A. Response of Richard S. Hajdukiewicz [**LBI ECF No. 10252**]

   B. Responses of Madelyn Antoncic [**LBI ECF Nos. 10855, 10856**]

   Related Documents:

   C. Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

   D. Order Granting the Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10394**]

   E. Notice of Resolution [**LBI ECF No. 10589**]

   Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m., solely as to the claim of Madelyn Antoncic.

19. Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

   Response Deadline: December 3, 2014 at 4:00 p.m., extended to April 28, 2014 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m.

20. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

   Response Deadline: January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

   Responses Received: None.

   Related Documents:

   A. Notices of Resolution [**LBI ECF Nos. 11338, 11376**]

11

      B.      Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) **[LBI ECF No. 11371]**

      C.      Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) **[LBI ECF Nos. 11451, 11481]**

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m as to certain claims.

21. Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI ECF No. 10788**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended to April 24, 2015 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m.

22. Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568) [**LBI ECF No. 10782**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended to April 14, 2015 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m.

23. Trustee's Objection to the General Creditor Proof of Claim of Customer Asset Protection Company (Claim No. 7002247) [**LBI ECF No. 10790**]

Response Deadline:    January 20, 2015 at 4:00 p.m., extended to April 20, 2015.

Responses Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to May 5, 2015 at 10:00 a.m.

24. Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims). [**LBI ECF No. 10776**]

   Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties to April 27, 2015 at 4:00 p.m.

   Responses Received:    None.

   Related Document:

   A.    Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims)  [**LBI ECF No. 11370**]

   Status:  This matter has been adjourned to May 20, 2015 as to certain claims.

**III.    WITHDRAWN MATTER:**

25. Motion of Claimant SPCP Group, L.L.C. Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by Its Confirmed Plan of Reorganization [**ECF No. 47474**]

   Response Deadline:    January 5, 2015 at 4:00 p.m.

   Response Received:

   A.    Objection of the Plan Administrator [**ECF No. 47645**]

Related Documents:

    B.    Declaration of Austin Saypol in Support of Motion to Compel [**ECF No. 47475**]

    C.    Notice of Withdrawal Without Prejudice [**ECF No. 49178**]

Status: This matter has been withdrawn.

Dated: April 7, 2015
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

Dated: April 7, 2015
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

14

WEIL:\95288680\6\58399.0011