# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

Lehman Brothers Holdings Inc.                                Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | Lehman Brothers Securities N.V. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas, 40th Floor
New York, NY 10020
Attn: Ronald J. Geraghty
Phone: 646-285-9706

Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: N/A

Last Four Digits of Acct #: N/A

Court Claim # (if known): 58651

Amount of Claim: $1,289,919.00

Date Claim Filed: 10/30/2009

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_____    Date: 4/6/15
   Transferee / Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
WEIL:\95294982\1\58399 0011

Exhibit C

TO:  United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")
     Attn: Clerk

AND TO:  Lehman Brothers Commercial Corporation ("**LBCC**")
         Case No. 08-13901, jointly administered under Case No. 08-13555 (the "**Case**")

Claim Number: 58651 (arising from Settlement Agreement approval by an order of the Bankruptcy Court (docket no. 21254) (the "**Order**"))

Total Claim Amount: $1,289,919.00

Claim Amount Transferred: $1,289,919.00

**Lehman Brothers Securities N. V.** and its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Lehman Brothers Holdings Inc.**
1271 Avenue of the Americas, 39th Floor
New York, New York 10022
Attn: Ronald Geraghty
ronald.geraghty@lehmanholdings.com

and its successors and assigns all Seller's right, title and interest in and to the allowed Class 5C claim in the amount of $1,289,919.00 (the "**Claim**") against LBCC, allowed pursuant to the Settlement Agreement approved by the Bankruptcy Court in the Order, to which claim number 58651 has been assigned.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 2, 2015.

Michiel R.B. Gorsira in his capacity as bankruptcy trustee (*curator*) of **LEHMAN BROTHERS SECURITIES N.V.**

By: _____
    Name: Michiel R.B. Gorsira
    Title: LBS Trustee

**LEHMAN BROTHERS HOLDINGS, INC.**

By: _____
    Name:
    Title:

KL2 2890206.2

Exhibit C

TO: United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")
Attn: Clerk

AND TO: Lehman Brothers Commercial Corporation ("**LBCC**")
Case No. 08-13901, jointly administered under Case No. 08-13555 (the "**Case**")

Claim Number: 58651 (arising from Settlement Agreement approval by an order of the Bankruptcy Court (docket no. 21254) (the "**Order**"))

Total Claim Amount: $1,289,919.00

Claim Amount Transferred: $1,289,919.00

**Lehman Brothers Securities N. V.** and its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Lehman Brothers Holdings Inc.**
1271 Avenue of the Americas, 39th Floor
New York, New York 10022
Attn: Ronald Geraghty
ronald.geraghty@lehmanholdings.com

and its successors and assigns all Seller's right, title and interest in and to the allowed Class 5C claim in the amount of $1,289,919.00 (the "**Claim**") against LBCC, allowed pursuant to the Settlement Agreement approved by the Bankruptcy Court in the Order, to which claim number 58651 has been assigned.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~March~~ April 2, 2015.

Michiel R.B. Gorsira in his capacity as bankruptcy trustee (*curator*) of **LEHMAN BROTHERS SECURITIES N.V.**

By: _____
Name:
Title:

**LEHMAN BROTHERS HOLDINGS, INC.**

By: _____
Name: RICHARD KATZ
Title: VP

KL2 28902062