Casey B. Howard
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
212.415.8600
*Counsel for arsago Strategies*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:  Chapter 11
In re:                                :
:  Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*  :
        Debtors.                :
:
------------------------------------- x

**NOTICE OF WITHDRAWAL OF CLAIM NO. 28004 OF ARSAGO STRATEGIES SPC
FOR THE ACCOUNT OF ARSAGO PREMIUM CURRENCIES MASTER
SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS**

COMES NOW arsago Strategies SPC for the Account of Arsago Premium Currencies Master Segregated Portfolio, one of its Segregated Portfolios ("arsago Strategies"), through counsel, and respectfully withdraws its claim, Claim Number 28004 which was filed on or about September 17, 2009, in the amount of $1,701,435.53.

1

Respectfully submitted this 7th day of April, 2015.

  /s/ Casey B. Howard_____
Casey B. Howard
LOCKE LORD LLP
Three World Financial
New York, New York
212.415.8600
choward@lockelord.com
*Counsel for arsago Strategies*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of April, 2015, I electronically filed the foregoing Notice of Withdrawal of Claim No. 28004 of arsago Strategies with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

/s/ Casey B. Howard_____
Casey B. Howard