UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

LEHMAN BROTHERS HOLDING, INC.,

Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11



RECEIVED
APR - 6 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tracy L. Henderson, Esq., request admission, *pro hac vice,* before the Honorable Shelly C. Chapman, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC. and AMERICAN BANK, Defendants in the above referenced proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and admitted to the bar of the United States District Court, Northern District of California and United States District Court, Central District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: April 3, 2015
Novato, California

_____
Tracy L. Henderson, Esq.
75 Rowland Way, Suite 350
Novato, CA 94945
thenderson@americanmlg.com
T(415) 878-0030 x. 153