# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

April 8, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
 **ADR Procedures Order Dated 9/17/09 (the "Order")**
 **Sixty-fifth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, your Honor, that we submit this monthly report to the Court (the sixty-fifth) pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the April 8, 2015 omnibus hearing.

In the 28 days following the last prior report, the debtors served no new ADR Notices in Tier One. When added to the Notices previously served in Tiers One and Two, the total number of Notices served is 492. During the immediately past reporting period, the Lehman entities achieved settlements with counterparties in five additional ADR matters, four as a result of mediation. Upon the closing of such settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors will have received an aggregate total of $2,870,257,558 new dollars for the various estates. Settlements now have been achieved in 402 ADR matters involving 519 counterparties.

Honorable Shelley C. Chapman
April 8, 2015
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 229 ADR matters that have reached the mediation stage in Tier One and have been concluded, 213 have been settled in mediation; only sixteen mediations have terminated without settlement. Four additional Tier One mediations have been scheduled to commence on the following dates: April 22 and 30; and May 5 and 22, 2015.

Respectfully submitted,

*[signature]*

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

PG:mp

cc:  Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)