UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                   :

In re                                    :         Chapter 11 Case No.
                                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                                                   :     (Jointly Administered)
                             Debtors.        :
                                                   :

-------------------------------------------------------------------------x   Ref. Docket No. 48664-48667, 48712-
                                                   48718, 48720-48722, 48733, 48915,
                                                   48948, 48950-48953, 49015, 49852

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 7, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
8th day of April, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000168396

To:      BAR(23) MAILID *** 000092811128 ***



BARCLAYS BANK PLC
TRANSFEROR: VARDE FUND IX LP, THE
ATTN: DANIEL MIRANDA & JOHN LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

VARDE FUND IX LP, THE
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
ATTN: EDWINA PJ STEFFER
8500 NORMANDALE LAKE BLVD, STE 1500
MINNEAPOLIS, MN 55437

Please note that your claim # 63595-16 in the above referenced case and in the amount of
$8,022,826.11 allowed at $7,725,611.82 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000092811128 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000168396



BARCLAYS BANK PLC
TRANSFEROR: VARDE FUND IX LP, THE
ATTN: DANIEL MIRANDA & JOHN LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        48666                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/07/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 7, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA & JOHN LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA & JOHN LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA & JOHN LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA & JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHEN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JEROME DEVILLET, 6, RUE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BIMINI INVESTMENTS S.A.R.L. | EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: SL TRADE CLAIM I LLC, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: SL TRADE CLAIM I LLC, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: SL TRADE CLAIM I LLC, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: KENNETH KEELEY, BRIAN BLESSING, BRIAN BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ELLIOTT ASSOCIATES, L.P. | STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: KUTCHIN INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: KUTCHIN INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: KUTCHIN INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: KUTCHIN INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: TORIX INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| KUTCHIN INVESTMENTS S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| KUTCHIN INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| KUTCHIN INVESTMENTS S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| KUTCHIN INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| KUTCHIN INVESTMENTS S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| KUTCHIN INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KUTCHIN INVESTMENTS S.A.R.L. | YORK, NY 10019 |
| KUTCHIN INVESTMENTS S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| KUTCHIN INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| OC 19 MASTER FUND LP - LCG | TRANSFEROR: DEUTSCHE BANK AG, LONDON, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| OC 19 MASTER FUND LP - LCG | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| TORIX INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| TORIX INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| VARDE FUND IX LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 126**