WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :    **08-13555 (SCC)**
:
Debtors.                                 :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE PLAN ADMINISTRATOR'S**
**FOUR HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION TO**
**CLAIMS (SATISFIED GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that proof of claim number 27632 has been disallowed and expunged and accordingly Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Four Hundred Eighty-Seventh Omnibus Objection to Claims (Satisfied Guarantee Claims) [ECF No. 47079] solely as to such claim.

Dated:  April 8, 2015
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates