**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid

*Attorneys for SPCP Group, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 6th day of April 2015, the Notice of Withdrawal Without Prejudice of Claimant SPCP Group, L.L.C.'s Motion Under Bankruptcy Code Section 1142(b) to Compel LOTC to Pay Post-Petition Interest as Required by its Confirmed Plan of Reorganization was served by Federal Express and by email, as indicated, upon:

**BY FEDERAL EXPRESS**

Weil Gotshal & Manges LLP
Harvey R. Miller, Esq.,
Lori R. Fife, Esq.,
Garrett A. Fail, Esq.
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne, Esq.
Evan Fleck Esq.
Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

U.S. Federal Office Building
Office of the United States Trustee
William K. Harrington, Esq.
Susan D. Golden, Esq.
Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

**BY EMAIL**

MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM; MSTAMER@AKINGUMP.COM;
SSCHULTZ@AKINGUMP.COM; CRAIGJUSTINALBERT@GMAIL.COM;
RAUL.ALCANTAR@ALCANTARLAW.COM; LISA.KRAIDIN@ALLENOVERY.COM;
KEN.COLEMAN@ALLENOVERY.COM; MGREGER@ALLENMATKINS.COM;
KRODRIGUEZ@ALLENMATKINS.COM; KARL.GEERCKEN@ALSTON.COM;
WILL.SUGDEN@ALSTON.COM; KIT.WEITNAUER@ALSTON.COM;
TDUFFY@ANDERSONKILL.COM; RHORKOVICH@ANDERSONKILL.COM;
RRUSSELL@ANDREWSKURTH.COM; ANGELICH.GEORGE@ARENTFOX.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM; CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM; ROBERT.YALEN@USDOJ.GOV;
JG5786@ATT.COM; NEAL.MANN@OAG.STATE.NY.US;
DWORKMAN@BAKERLAW.COM; IAN.ROBERTS@BAKERBOTTS.COM;
PETER@BANKRUPT.COM; MICHAEL.MCCRORY@BTLAW.COM;
DAVID.POWLEN@BTLAW.COM; FFM@BOSTONBUSINESSLAW.COM;
CSALOMON@BECKERGLYNN.COM; AOSTROW@BECKERGLYNN.COM;
SLEO@BM.NET; MPUCILLO@BERMANESQ.COM;
WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM;
DAVIDS@BLBGLAW.COM; SGRAZIANO@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM; DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; SABIN.WILLETT@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; AECKSTEIN@BLANKROME.COM;
JALWARD@BLANKROME.COM; TSALTER@BLANKROME.COM;

2

JSCHILLER@BSFLLP.COM; JSHERMAN@BSFLLP.COM;
AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM;
KURT.MAYR@BGLLP.COM; EMAGNELLI@BRACHEICHLER.COM;
ARAINONE@BRACHEICHLER.COM; NOTICE@BKCYLAW.COM;
MGORDON@BRIGGS.COM; MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
SLEVINE@BROWNRUDNICK.COM; HSTEEL@BROWNRUDNICK.COM;
SCHRISTIANSON@BUCHALTER.COM; TUNRAD@BURNSLEV.COM;
SIDORSKY@BUTZEL.COM; JOHN.RAPISARDI@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
HOWARD.HAWKINS@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; SGORDON@CAHILL.COM;
JLEVITIN@CAHILL.COM; CAHN@CLM.COM; WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM; JCLOSE@CHAPMAN.COM;
JSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM;
HEISER@CHAPMAN.COM; HEISER@CHAPMAN.COM; JBROMLEY@CGSH.COM;
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM;
LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM; LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM; MWARNER@COLESCHOTZ.COM;
DHURST@COLESCHOTZ.COM; MMENDEZ@CRB-LAW.COM;
SFALANGA@CONNELLFOLEY.COM; CHEMRICK@CONNELLFOLEY.COM;
JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM;
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM;
DCOFFINO@COV.COM; RLEVIN@CRAVATH.COM;
JUDY.MORSE@CROWEDUNLEVY.COM; MLICHTENSTEIN@CROWELL.COM;
JCARBERRY@CL-LAW.COM; DHW@DHCLEGAL.COM;
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM;
DJCARRAGHER@DAYPITNEY.COM; MGINZBURG@DAYPITNEY.COM;
JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM;
MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM;
IVA.UROIC@DECHERT.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM;
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM;
AKADISH@DTLAWGROUP.COM; AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM; MATTHEW.KLEPPER@DLAPIPER.COM;
THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM;
GEORGE.SOUTH@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM;
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM;

3

STEVEN.TROYER@COMMERZBANK.COM; ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM; MICHAEL.KRAUSS@FAEGREBD.COM; LSCARCELLA@FARRELLFRITZ.COM; SHARI.LEVENTHAL@NY.FRB.ORG; SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM; RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM; APALAZZOLO@FZWZ.COM; DHEFFER@FOLEY.COM; JLEE@FOLEY.COM; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; RBERNARD@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM; RBERNARD@FOLEY.COM; KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM; SORY@FDLAW.COM; JHIGGINS@FDLAW.COM; DEGGERT@FREEBORNPETERS.COM; PATRICK.OH@FRESHFIELDS.COM; TIMOTHY.HARKNESS@FRESHFIELDS.COM; DAVID.LIVSHIZ@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM; EFRIEDMAN@FRIEDMANSPRING.COM; EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM; ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM; DROSENZWEIG@FULBRIGHT.COM; JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM; DMARKHAM@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM; DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM; BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM; MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM; JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM; WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET; DTHEISING@HARRISONMOBERLY.COM; SLDREYFUSS@HLGSLAW.COM; MMOLOSHOK@HLGSLAW.COM; AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM; JDORAN@HASLAW.COM; RLEEK@HODGSONRUSS.COM; SCOTT.GOLDEN@HOGANLOVELLS.COM; ROBIN.KELLER@HOGANLOVELLS.COM; DENNIS.TRACEY@HOGANLOVELLS.COM; BEN.LEWIS@HOGANLOVELLS.COM; JOHN.BECK@HOGANLOVELLS.COM; BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; RICHARD.LEAR@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM; BARBRA.PARLIN@HKLAW.COM; KERRY.MOYNIHAN@HRO.COM; ADAM.BREZINE@HRO.COM; GIDDENS@HUGHESHUBBARD.COM;

KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM; KECKHARDT@HUNTON.COM;
JRSMITH@HUNTON.COM; CWEISS@INGRAMLLP.COM;
DAVE.DAVIS@ISGRIA.COM; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM;
AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM; MNEIER@IBOLAW.COM;
JAY.HURST@OAG.STATE.TX.US; PTROSTLE@JENNER.COM;
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM; GSPILSBURY@JSSLAW.COM;
JOSEPH.CORDARO@USDOJ.GOV; MICHAELS@JSTRIALLAW.COM;
MICHAELS@JSTRIALLAW.COM; ROBERT.HONEYWELL@KLGATES.COM;
ENKAPLAN@KAPLANLANDAU.COM; DMARK@KASOWITZ.COM;
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM;
SNEWMAN@KATSKYKORINS.COM; MPRIMOFF@KAYESCHOLER.COM;
MPRIMOFF@KAYESCHOLER.COM; MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
STEPHEN.HESSLER@KIRKLAND.COM; MARK.MCKANE@KIRKLAND.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
JONATHAN.HENES@KIRKLAND.COM; JOSEPH.SERINO@KIRKLAND.COM;
CHAD.HUSNICK@KIRKLAND.COM; CHRISTOPHER.GRECO@KIRKLAND.COM;
JAY@KLEINSOLOMON.COM; JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM; ANDREW.LOURIE@KOBREKIM.COM;
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM;
DEGGERMANN@KRAMERLEVIN.COM; MLANDMAN@LCBF.COM;
WBALLAINE@LCBF.COM; SREE@LCBF.COM; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; JAMESBOYAJIAN@GMAIL.COM;
JAMESBOYAJIAN@GMAIL.COM; GABRIEL.DELVIRGINIA@VERIZON.NET;
LISA.SOLOMON@ATT.NET; LKATZ@LTBLAW.COM; WSWEARINGEN@LLF-
LAW.COM; SFINEMAN@LCHB.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM;
LOIZIDES@LOIZIDES.COM; ROBIN.KELLER@LOVELLS.COM;
CHRIS.DONOHO@LOVELLS.COM; ROBIN.KELLER@LOVELLS.COM;
ILEVEE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM;
KROSEN@LOWENSTEIN.COM; METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM;
TWHEELER@LOWENSTEIN.COM; JPROL@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM; MWARREN@MTB.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM; FHYMAN@MAYERBROWN.COM;
MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM; EMERBERG@MAYERBROWN.COM;

TKIRIAKOS@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM; SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;
JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM;
MH1@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM ; KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM; ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM;
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM;
JMR@MSF-LAW.COM; MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM;
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM;
HARRISJM@MICHIGAN.GOV; ICHAEL.FREGE@CMS-HS.COM;
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM; SDNYECF@DOR.MO.GOV;
STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM;
DAVIDWHEELER@MVALAW.COM; JOSHUA.DORCHAK@MORGANLEWIS.COM;
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM; NHERMAN@MORGANLEWIS.COM;
JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM; AGOTTFRIED@MORGANLEWIS.COM;
JGOODCHILD@MORGANLEWIS.COM; NISSAY_10259-0154@MHMJAPAN.COM;
LBERKOFF@MORITTHOCK.COM; JPINTARELLI@MOFO.COM;
LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM; YUWATOKO@MOFO.COM;
TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM; LNASHELSKY@MOFO.COM;
MROTHCHILD@MOFO.COM; BMILLER@MOFO.COM;
BANKRUPTCY@MORRISONCOHEN.COM; JSULLIVAN@MOSESSINGER.COM;
AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM; RGOODMAN@MOUNDCOTTON.COM;
AMH@AMHANDLERLAW.COM; SABVANROOY@HOTMAIL.COM;
MILLEE12@NATIONWIDE.COM; FHENN@LAW.NYC.GOV;
RICHARD.FINGARD@NEWEDGE.COM; DDREBSKY@NIXONPEABODY.COM;
ADARWIN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM;
MBERMAN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM;
MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM;
RPEDONE@NIXONPEABODY.COM; BANKRUPTCYMATTERS@US.NOMURA.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM;
JOHN.MULE@AG.STATE.MN.US; AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM; RDAVERSA@ORRICK.COM;
RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM; JGUY@ORRICK.COM;
KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM;
JGUY@ORRICK.COM; DFELDER@ORRICK.COM; LMCGOWEN@ORRICK.COM;
RDAVERSA@ORRICK.COM; TOMWELSH@ORRICK.COM;

OTCCORPACTIONS@FINRA.ORG; WSILVERM@OSHR.COM;
PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM;
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM;
WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM;
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM;
HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM;
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM; DSHEMANO@PEITZMANWEG.COM;
CMESTRES@ACLAWLLP.COM; KRESSK@PEPPERLAW.COM;
KOVSKYD@PEPPERLAW.COM; WISOTSKA@PEPPERLAW.COM;
LAWALLF@PEPPERLAW.COM; MELTZERE@PEPPERLAW.COM;
SCHANNEJ@PEPPERLAW.COM; EBCALVO@PBFCM.COM; JHORGAN@PHXA.COM;
SAMUEL.CAVIOR@PILLSBURYLAW.COM;
EDWARD.FLANDERS@PILLSBURYLAW.COM;
NATHAN.SPATZ@PILLSBURYLAW.COM; DFLANIGAN@POLSINELLI.COM;
JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM; JSMAIRO@PBNLAW.COM;
TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
RBEACHER@PRYORCASHMAN.COM; CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM;
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM;
GARY.RAVERTPLLC@GMAIL.COM; LHILL@REEDSMITH.COM;
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
ASOMERS@RCTLEGAL.COM; HMAGALIFF@R3MLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM;
PHILIP.WELLS@ROPESGRAY.COM; ECOHEN@RUSSELL.COM;
RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;
LWHIDDEN@SALANS.COM; CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM; AISENBERG@SAUL.COM;
JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM;
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM;
LAWRENCE.GELBER@SRZ.COM; SHARBECK@SIPC.ORG; COHEN@SEWKIS.COM;
ASHMEAD@SEWKIS.COM; MUNNO@SEWKIS.COM; GUZMAN@SEWKIS.COM;
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM;
ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM;
JENNIFER.GORE@SHELL.COM; CSHULMAN@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;

7

AMARTIN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM; BANKRUPTCY@GOODWIN.COM;
JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM;
RFRIEDMAN@SILVERMANACAMPORA.COM; SQUSBA@STBLAW.COM;
IRETHY@STBLAW.COM; RAJ.MADAN@SKADDEN.COM;
ANGIE.OWEN@SKADDEN.COM; SALLY.HENRY@SKADDEN.COM;
FYATES@SONNENSCHEIN.COM; PMAXCY@SONNENSCHEIN.COM;
SLERNER@SSD.COM; RTERENZI@STCWLAW.COM;
CGOLDSTEIN@STCWLAW.COM; J.ZELLOE@STAHLZELLOE.COM;
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM; MARC.CHAIT@SC.COM;
SSTARR@STARRANDSTARR.COM; DMILLER@STEINLUBIN.COM;
EOBRIEN@SBCHLAW.COM; CP@STEVENSLEE.COM; CP@STEVENSLEE.COM;
MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM;
MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM;
LANDON@SLOLLP.COM; VILLA@SLOLLP.COM;
STREUSAND@STREUSANDLANDON.COM; MSPEISER@STROOCK.COM;
SMILLMAN@STROOCK.COM; LHANDELSMAN@STROOCK.COM;
HOLSEN@STROOCK.COM; CSZYFER@STROOCK.COM;
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM;
MCCARTHYJ@SULLCROM.COM; MCARTHURK@SULLCROM.COM;
JDWECK@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM;
MARK.SHERRILL@SUTHERLAND.COM; BRUCE.WRIGHT@SUTHERLAND.COM;
MILLER@TAFTLAW.COM; AGBANKNEWYORK@AG.TN.GOV;
MARVIN.CLEMENTS@AG.TN.GOV; JONATHAN.GOLDBLATT@BNYMELLON.COM;
MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP ; MATT@WILLAW.COM;
DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM;
RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM;
DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM;
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM;
BTURK@TISHMANSPEYER.COM; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM;
NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM;
MLYNCH2@TRAVELERS.COM; HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM;
NEWYORK@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; JACOBSONN@SEC.GOV;
DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM;
EASMITH@VENABLE.COM; SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM;
SABRAMOWITZ@VELAW.COM; JELDREDGE@VELAW.COM;
HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM; ARWOLF@WLRK.COM;
JDWARNER@WARNERANDSCHEUERMAN.COM; CBELISLE@WFW.COM;

JFREEBERG@WFW.COM; JACQUELINE.MARCUS@WEIL.COM; ALFREDO.PEREZ@WEIL.COM; ROBERT.LEMONS@WEIL.COM; GARRETT.FAIL@WEIL.COM; RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM; ELEICHT@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM; MRUETZEL@WHITECASE.COM; TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM; CRAIG.GOLDBLATT@WILMERHALE.COM; PFINKEL@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; BROTENBERG@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM; VGULDI@ZUCKERMAN.COM;

Dated: New York, New York
April 8, 2015

Richard V. Conza