**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

LEHMAN BROTHERS HOLDING, INC.,

        Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Tracy L. Henderson, Esq., to be admitted, *pro hac vice*, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC. and AMERICAN BANK, (the "Clients") Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and admitted to the bar of the United States District Court, Northern District of California and United States District Court, Central District of California, it is hereby

**ORDERED**, that Tracy L. Henderson, Esq., is admitted to practice, pro hac vice, in the above referenced proceeding to represent the Client(s), in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: April 8, 2015
New York, New York

                                      /s/ SHELLEY C. CHAPMAN
                                      UNITED STATES BANKRUPTCY JUDGE