

ING-DiBa AG · 60628 Frankfurt am Main

United States Bankruptcy Court
For the Southern District of New York
(the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court



Nuernberg, 16th march 2015
Department Wertpapier
Team Custody

**Transfer of Claim ISIN XS0248142894**

Dear sirs,

enclosed you receive the "notice of transfer of claims".

Kind regards,
ING-DiBa AG

Daniela Vogel
Team Custody

Stefanie Strunz
Team Custody

ING-DiBa AG
Theodor-Heuss-Allee 2
60486 Frankfurt am Main

Vorsitzender des Aufsichtsrates: Ben Tellings
Vorstand: Roland Boekhout (Vorsitzender),
Bernd Geilen, Katharina Herrmann,
Martin Krebs, Remco Nieland

Sitz: Frankfurt am Main
AG Frankfurt am Main HRB 7727
Steuernummer 04722028004
USt-IdNr. DE 114103475

Internet www.ing-diba.de
E-Mail info@ing-diba.de
BIC: INGDDEFFXXX / BLZ: 50010517
Mitglied im Einlagensicherungsfonds

68.299/10.14/1053/14



Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.   Case No.: _____ (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>ING-DIBA AG | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>ING-DIBA AG<br>Südwestpark 47<br>90449 Nürnberg (Germany)<br>Attn. Stefanie Strunz<br>EMAIL: S.Strunz@ing-diba.de | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 20''000.00 | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16.03.2015
ING-DIBA AG
Südwestpark 47
90449 Nürnberg (Germany)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | XS0248142894 | LBT BV | LBH Inc. | EUR 20'000.00 out of EUR 5'087'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

ING-DIBA AG
Südwestpark 47
90449 Nürnberg (Germany)
Telephone:+49 911/ 14922943
Attention: Stefanie Strunz

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 12, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

**ING-DIBA AG**

By: _____
[Stamp: ING-DiBa AG, Südwestpark 97, 90449 Nürnberg]
Name: Stefanie Strunz