Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



In re:  Lehman Brothers Holdings Inc.  Case No.: ___JMP___
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> ACREVIS BANK AG | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> ACREVIS BANK AG <br> c/o FINANZ-LOGISTIK AG <br> Rosenbergstrasse 16 <br> Postfach 661 <br> CH-9007 St.Gallen <br> Attn. Marcel Ledergerber <br> EMAIL: marcel.ledergerber@finanz-logistik.ch | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> CHF 5'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 03-18-2015
ACREVIS BANK AG
c/o FINANZ-LOGISTIK AG
Rosenbergstrasse 16
Postfach 661
CH-9007 St.Gallen

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

LOC341 UBS0255 ACREVISBANK SR 2750605

Page 1 of 3

EVIDENCE OF TRANSFER OF CLAIM

**RECEIVED MAR 26 2015 U.S. BANKRUPTCY COURT SO. DIST.**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0324890440 | LBS NV | LBH Inc. | CHF 5'000.00 out of CHF 52'547'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

ACREVIS BANK AG
c/o FINANZ-LOGISTIK AG
Rosenbergstrasse 16
Postfach 661
CH-9007 St.Gallen
Telephone:+41 71 242 77 17
Attention: Marcel Ledergerber

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 12, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

    ACREVIS BANK AG
    c/o FINANZ-LOGISTIK AG

By: _____  _____
Name: Marcel Ledergerber    Roman Lengwiler


**Finanz Logistik**

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

COPY

marcel.ledergergerber@finanz-logistik.ch
Direkt: +41 71(0) 242 77 17 Fax: +41 (0)71 242 77 69

St. Gallen, 18.03.2015

**Transfer of claims / Lehman Brothers Holding / Registration**

Dear Sir or Madam

By order of <u>acrevis Bank AG</u> we send you enclosed the following forms:

- Evidence of Transfer (UBS AG to acrevis Bank AG)
- payment aggregation acrevis Bank AG

Thank you very much for your confirmation of the registration.

With compliments

**Finanz-Logistik AG**

Marcel Ledergerber       Roman Lengwiler

Copy: Eqiq Bankruptcy Solutions LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017, USA