B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC.,          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MASON CAPITAL MANAGEMENT                 GUGGENHEIM PORTFOLIO COMPANY X
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 59098.12
should be sent:                                  Amount of Claim: $666,765.22
110 EAST 59TH STREET, 30TH FLOOR                 Date Claim Filed: _____
NEW YORK NY 10022

Phone: 212-771-1232                              Phone: 212-771-1232
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
110 EAST 59TH STREET, 30TH FLOOR
NEW YORK NY 10022

Phone: 212-771-1232
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____          Date: 03/25/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.