B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.  ,                Case No.  08-13555

RECEIVED MAR 27 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MASON CAPITAL MANAGEMENT | MASON CAPITAL MASTER FUND LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
110 EAST 59TH STREET, 30TH FLOOR
NEW YORK NY 10022

Court Claim # (if known):  59098.11
Amount of Claim:  $17,041,165.99
Date Claim Filed:  _____

Phone:  212-771-1232
Last Four Digits of Acct #:  _____

Phone:  212-771-1232
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments should be sent (if different from above):
110 EAST 59TH STREET, 30TH FLOOR
NEW YORK NY 10022

Phone:  212-771-1232
Last Four Digits of Acct #:  _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___
Transferee/Transferee's Agent

Date:  03/25/2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.