

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc.                          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | Commerzbank AG |
|---|---|
| *Name of Transferee* | *Name of Transferor* |
| Name and Address where notices to transferee should be sent:<br><br>Lehman Brothers Holdings Inc.<br>Attention: Derivatives Legal<br>1271 Avenue of the Americas, 40th Floor<br>New York, NY 10020<br>Phone: (646) 285-9585 | Court Claim # (if known): 27630<br><br>Amount of Claim: $31,339,009.36.<br><br>Date Claim Filed: September 22, 2009<br><br>Commerzbank AG<br>Intensive Care Corporates International<br>Attention: Joachim Ballerstaedt<br>Kaiserstrasse 16<br>Frankfurt AM Main, 60261<br>Germany |
| Last Four Digits of Acct #:<br><br>Name and Address where transferee payments should be sent (if different from above):<br><br>(same as above) | Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _Mark Fenor_ _____    Date:___3/26/15_____

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years. or both. 18 U.S.C. §§ 152 & 3571.

FILED / RECEIVED

MAR 2 7 2015

EPIQ SYSTEMS

EM ID NUMBER: 101893DGERLBF