**BPS (SUISSE)**

Unites States Bankruptcy Court
for the Southern District of New York
(the Bankruptcy Court)
One Bowling Green New York, New York 10004
Attention: Clerk of the Court



RECEIVED APR - 2 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Lugano, 1. April 2015

| Ci permettiamo allegarvi | Sie erhalten anbei | Vous recevez en annexe | We send you herewith |
|---|---|---|---|
| ○ Per vostro orientamento | ○ Zu Ihrer Orientierung | ○ Pour votre orientation | ☒ For your information |
| ○ Pervenutoci per errore | ○ Irrtümlich an uns gelangt | ○ Parvenu par erreur | ○ Received in error |
| ○ Da trasmettere | ○ Zur Weiterleitung | ○ À faire suivre | ○ For reforwarding |
| ○ Da completare | ○ Zur Vervollständigung | ○ À completer | ○ For completion |
| ○ Da firmare | ○ Zur Unterzeichnung | ○ À la signature | ○ For signature |
| ○ Da evadere | ○ Zur Erledigung | ○ En liquidation de l'affaire | ○ For settlement |
| ○ Di ritorno a nostro scarico | ○ Zu unserer Entlastung zurück | ○ En retour, à notre décharge | ○ Returned to our discharge |
| ○ Come da vostro desiderio | ○ Gemäss Ihrem Wunsch | ○ Selon votre désir | ○ In accordance with your request |
| ○ Come da intesa | ○ Gemäss Besprechung | ○ Selon entretien | ○ As agreed |
| ○ Con preghiera di prendere posizione | ○ Mit Bitte um Stellungnahme | ○ Votre point de vue s.v.p. | ○ For your comments |
| ○ Con preghiera di ritornare a noi | ○ Mit Bitte um Rückgabe | ○ À nous retourner s.v.p | ○ Please return to us |
| ○ Con preghiera di confermare ricevuta | ○ Mit Bitte um Empfangsanzeige | ○ Veuillez nous en accuser réception | ○ Receipt of which please acknowledge |

Distinti saluti
Mit freundlichen Grüssen
Salutations distinguées
Yours faithfully

Banca Popolare    Via Maggio 1                                Tel. +41 58 855 31 00    Free Call          contact@bps-suisse.ch
di Sondrio (SUISSE) SA    Casella postale, CH–6901 Lugano 1    Fax +41 58 855 31 15    00800 800 767 76    www.bps-suisse.ch



CREDIT SUISSE

United States Bankruptcy Court
for the Southern District of New York
(the Bankruptcy Court)
One Bowling Green, New York, New York 10004
Attention: Clerk of the Court

RECEIVED
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Lugano, 1. April 2015

Vi permettiamo allegarvi | Sie erhalten anbei | Vous recevez en annexe | We send you herewith

☐ Zu Ihrer Orientierung
☐ Zur Vervollständigung
☐ Zur Unterschrift
☐ Zur Erledigung
☐ Gemäss Besprechung
☐ Mit Bitte um Stellungnahme
☐ A compléter
☐ A signer
☐ Selon votre désir
☒ [illegible]
☐ [illegible]

Distinti saluti
Mit freundlichen Grüssen
Salutations distinguées
Yours faithfully

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.           Case No.: ___(JMP__
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Banca Popolare di Sondrio (SUISSE) SA | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Banca Popolare di Sondrio (SUISSE) SA<br>Via Maggio 1<br>CH-6900 Lugano<br>Attn. Signor Gianmario Ceppi<br>EMAIL: gianmario.ceppi@bps.suisse.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>CHF 25'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ G. Ceppi / Borza
Banca Popolare di Sondrio (SUISSE) SA
Via Maggio 1
CH-6900 Lugano

Date: 1.4.2015

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0320322901 | LBS NV | LBH Inc. | CHF 25'000.00 out of CHF 17'798'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banca Popolare di Sondrio (SUISSE) SA
Via Maggio 1
CH-6900 Lugano
Telephone: +41 58 855 41 01
Attention: Mr. Gianmario Ceppi

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 24, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Banca Popolare di Sondrio (SUISSE) SA

By: _____
Name: Gianmario Ceppi