## LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **DEUTSCHE BANK AG, LONDON BRANCH**<br><br>Name of Transferee | **GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC**<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Address:<br>Winchester House<br>1 Great Winchester Street<br>London, EC2N 2DB<br><br>Att/Ref: Jamie Liew | Court Claim # (if known): 66174<br><br>Amount of Claim: $265,097<br><br>Date Claim Filed: January 28, 2010<br><br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: +44 207 545 1192<br>Last Four Digits of Acct #:8301 | Phone: 212.902.9958 / 917-343-9105<br><br>Last Four Digits of Acct. #: BP01 |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 10 April 2015
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Global Equity Opportunities Fund plc, a company, located in Ireland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, its successors and assigns, with offices at Winchester House, 1 Great Winchester Street, London, EC2N 2DB 600 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 66174) in an amount no less than $265,097 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorised representatives as of the 20th day of March, 2015.

GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC

By: *[signature]* N.y.
Name: MARK HEAVEY
Title: AUTHORIZED SIGNATORY

DEUTSCHE BANK AG, LONDON BRANCH

By: _____

Name:

Title:

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorised representatives as of the 20th day of March, 2015.

**GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC**

By: _____

Name:

Title:


**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

Name:

Title:  Simon Glennie
        Director

Jamie Foote
Vice President