UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
                                                  :
In re                                             :        Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :         08-13555 (SCC)
                                                  :        (Jointly Administered)
                        **Debtors.**              :
                                                  :
------------------------------------------------------------------------------x        Ref. Docket No. 48874, 48876,
                                                           48980, 49004, 49074, 49075, 49089,
                                                           49094, 49099


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 9, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to
    Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                           */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
10th day of April, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000168419

To:     BAR(23) MAILID *** 000092841917 ***



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 43
NEW YORK, NY 10179

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

JPMORGAN CHASE BANK, N.A.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O J.P. MORGAN SECURITIES LLC
ATTN: JEFFREY L. PANZO
MAIL CODE: NY1-M138
MAIL CODE: NY1-M138
NEW YORK, NY 10179

Please note that your claim # 15040-01 in the above referenced case and in the amount of
$0.00 allowed at $1,845,799.07 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000092841917 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000168419



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 43
NEW YORK, NY 10179

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       48980             in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/09/2015                          Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez

                                        _____

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 9, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, |

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AVENUE TC FUND, LP, C/ J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AVENUE TC FUND, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AVENUE TC FUND, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: YAKIMA-TIETON IRRIGATION DISTRICT, C/O J.P. MORGAN SECURITIES LLC; ATTN: JEFFREY L PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHARLES SCHWAB TRUST COMPANY, C/O J.P. MORGAN SECURITIES LLC; ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALEPPA FUNDING I LLC, ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA - FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COMMONFUND CREDIT OPPORTUNITIES COMPANY, ATTN: SUSAN MCNAMARA, MAILING CODE: NY1- A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE, ATTN: SUSAN MCNAMARA, MAILING CODE: NY1- A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD, THE, ATTN: SUSAN MCNAMARA, MAILING CODE: NY1- A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. -, ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SANFORD C. BERNSTEIN FUND, INC.-INTERMEDIATE DURATION, PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE -, ALLIANCEBERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLIANCE BERNSTEIN BOND FUND, INC. -, ALLIANCEBERNSTEIN |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | INTERMEDIATE BOND PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SANFORD C. BERNSTEIN FUND II, INC. -, BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ACMBERNSTEIN ALTERNATIVE INVESTMENTS - ENHANCED ALPHA, PORTFOLIO (FKA ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) -, FIXED INCOME HIGH ALPHA PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC ATTN: J. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ACM GLOBAL CREDIT - U.S. SUB-FUND, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SILVER LAKE CREDIT FUND, L.P., ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA - FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADAUS, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AVENUE TC FUND, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHARLES SCHWAB TRUST COMPANY, C/O J.P. MORGAN SECURITIES LLC; ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALEPPA FUNDING I LLC, ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA - FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: J.P MORGAN SECURITIES LLC,, C/O J.P. MORGAN SECURITIES, LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LEAPFROG ENTERPRISES, INC., C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, ATTN: JEFFREY L. PANZO, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD. THE, ATTN: SUSAN MCNAMARA, MAILING CODE: NY1- A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AMERICAN NATIONAL INSURANCE COMPANY, ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COMMONFUND CREDIT OPPORTUNITIES COMPANY, ATTN: SUSAN MCNAMARA, MAILING CODE: NY1- A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE, ATTN: SUSAN MCNAMARA, MAILING CODE: NY1- A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. -, ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SANFORD C. BERNSTEIN FUND, INC.-INTERMEDIATE DURATION, PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE -, ALLIANCEBERNSTEIN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | INTERMEDIATE DURATION BOND PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ALLIANCE BERNSTEIN BOND FUND, INC. -, ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SANFORD C. BERNSTEIN FUND II, INC. -, BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ACMBERNSTEIN ALTERNATIVE INVESTMENTS - ENHANCED ALPHA, PORTFOLIO FKA ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) -, FIXED INCOME HIGH ALPHA PORTFOLIO, C/O J.P. MORGAN SECURITIES LLC ATTN: J. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ACM GLOBAL CREDIT - U.S. SUB-FUND, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TWO SIGMA HORIZON PORTFOLIO, LLC, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE NY1-M138, ATTN: JEFFREY L. PANZO, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SILVER LAKE CREDIT FUND, L.P., ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA - FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADAUS, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AVENUE TC FUND, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AVENUE TC FUND, LP, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: AMERICAN NATIONAL INSURANCE COMPANY, C/O J.P. MORGAN SECURITIES LLC, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE- FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LAWSON SOFTWARE, INC, ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA - FLOOR 26, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TWO SIGMA HORIZON PORTFOLIO, LLC, C/O J.P. MORGAN SECURITIES LLC - ATTN: JEFFREY PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, 37TH FLOOR, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: NETAPP, INC., ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436, ONE CHASE MANHATTAN PLAZA, FLOOR 26, NEW YORK, NY 10005-1401 |
| JPMORGAN CHASE BANK, N.A. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADAUS, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: GRF MASTER FUND II, L.P., C/O J.P. MORGAN SECURITIES LLC, ATTN: AMITA RODRIGUEZ, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD., C/O J.P. MORGAN SECURITIES LLC, ATTN: AMITA RODRIGUEZ, MAIL CODE: NYI-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O J.P. MORGAN SECURITIES LLC, MAIL CODE (NY1-M138) - 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |

**Total Creditor Count 137**