Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM



TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court
MARy Lopez (Case Manager)

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 62901 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 2YR HSBC HLDGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACC ELN | XS0276437521 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 200,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**SOCIETE GENERALE BANK & TRUST, SINGAPORE BRANCH**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**SG SECURITIES (HK) LTD**
Level 34, Three Pacific Place, 1 Queen's Road East, Hong Kong

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated

**SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH**
Transferor

By: _____
Name: Ng Kok Kham    / Ho Peng Peng
Title:  Executive Director / Associate Director


ACKNOWLEDGED BY:

**SG SECURITIES (HK) LTD**
Transferee

By: _____
Name: QUEENIE CHEONG
Title: DIRECTOR

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED APR - 3 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only)

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>SG SECURITIES (HK) LTD | Name of Transferor:<br>SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH |
|---|---|
| Notices to Transferee should be sent to:<br><br>SG SECURITIES (HK) LTD<br>Level 34, Three Pacific Place, 1 Queen's Road East, Hong Kong<br>Attn: OPR/CMO/SEC (Head of Back Office)<br>Tel: (852) 2166 4501<br>Email: HKG-Sgc-Opr-Settlement@SGCIB.COM | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br><br>SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH<br>1 Raffles Quay #35-01 North Tower<br>Singapore 048583<br>Attn: Head of Operations<br>Tel: (65) 6303 3922<br>Email: kok-kham.ng@sgprivasia.com |
| Amount of Claim Being Transferred:<br><br>USD200,000 (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____          Date:  30 MARCH 2015
SG SECURITIES (HK) LTD
Level 34, Three Pacific Place, 1 Queen's Road East, Hong Kong

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

RECEIVED APR - 3 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.        ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SG SECURITIES (HK) LTD
Name of Transferee

SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH
Name of Transferor

Name and Address where notices to transferee should be sent:
Level 34, Three Pacific Place, 1 Queen's Road East, Hong Kong
Attn: OPR/CMO/SEC (Head of Back Office)

Court Claim # (if known): 62901
Amount of Claim: $200,000.00
Date Claim Filed: 11/02/2009

Phone: (852) 2166 4501
Last Four Digits of Acct #: 4001

Phone: (65) 6303 3922
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____        Date: 30 MARCH 2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.