# EXHIBIT I



STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
August 5, 2013 8:02 AM
Doc No(s) A-49650428

/s/ NICKI ANN THOMPSON
REGISTRAR



1    1/1    KEO
B-32315231

LAND COURT _____ REGULAR SYSTEM
(AREA ABOVE RESERVED FOR RECORDING INFORMATION)

| AFTER RECORDING RETURN BY MAIL __X__ OR PICK-UP _____ PHONE:    800-858-9808 |

**FILL IN NAME AND ADDRESS IN BOX BELOW:**

Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

Order No: 897873-1

Loan No: 714 1364542

DOCUMENT CONTAINS 3 PAGES

EXHIBIT J   Page 1of 4

1

15



R-70    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
DEC 10, 2009        08:01 AM

Doc No(s) 2009-185280

/s/ NICKI ANN THOMPSON
ACTING REGISTRAR

20    1/1    Z12

LAND COURT    REGULAR SYSTEM

AFTER RECORDATION, RETURN BY:    MAIL ( )    PICK-UP ( X )

ALSTON HUNT FLOYD & ING (JLC)
TELEPHONE: (808) 524-1800

This instrument has been presented for recordation by OLD REPUBLIC TITLE AND ESCROW OF HAWAII as an accommodation only. It has not been examined as to its execution or as to its exact on the title to the property described therein.

RS
0682.5000084

Tax Map Key No.: Hawai'i 7-3-047-016    Total Pages: 3

## RELEASE OF MORTGAGE

That BNC MORTGAGE, INC., a Delaware corporation, formerly known as FINANCE AMERICA, LLC, hereinafter called the "Mortgagee", as holder of that certain Mortgage dated April 16, 2004, recorded in the Bureau of Conveyances of the State of Hawai'i, as Document No. 2004-082632, made by SANFORD A. MOHR and TINA A. MOHR, husband and wife, hereinafter collectively called the "Mortgagor", having received full payment of the obligations mentioned in and secured by said Mortgage, does hereby cancel and discharge said Mortgage and release and forever quitclaim unto the Mortgagor and Mortgagor's heirs, personal representatives, and permitted assigns, or heirs and assigns, all right, title and interest by Mortgagee acquired under said Mortgage in and to the property therein described.

659308_1/3340-1

1

EXHIBIT I    Page 1of 3

# EXHIBIT J

THE ORIGINAL OF THE DOCUMENT
RECORDED AS FOLLOWS:
STATE OF HAWAII

BUREAU OF CONVEYANCES

Doc 2009-016838

FEB 04, 2009 03:00 PM

## LAND COURT        REGULAR SYSTEM

RECORDATION, RETURN BY:  MAIL ( )  PICK-UP ( X )

ALSTON HUNT FLOYD & ING (JLC)
Telephone:  (808) 524-1800

Tax Map Key No.:  Hawai`i 7-3-047-016                    Total Pages:  3

## RESCISSION OF
## RELEASE OF MORTGAGE

WHEREAS, that certain Mortgage between MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for BNC MORTGAGE LLC., successor in interest, by merger, to FINANCE AMERICA, LLC, as Mortgagee, and SANFORD A. MOHR and TINA A. MOHR, as Mortgagors, dated April 16, 2004, was recorded in the Bureau of Conveyances of the State of Hawai`i, as Document No. 2004-082632.

WHEREAS, BNC MORTGAGE, INC., a Delaware corporation, formerly known as FINANCE AMERICA, LLC, executed a Release of Mortgage, dated December 2, 2008 ("Release").

# EXHIBIT K



STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
August 5, 2013 8:02 AM
Doc No(s) A-49650428

/s/ NICKI ANN THOMPSON
REGISTRAR

1    1/1    KEO
B-32315231



## LAND COURT                                    REGULAR SYSTEM
### (AREA ABOVE RESERVED FOR RECORDING INFORMATION)

AFTER RECORDING RETURN BY MAIL __X__ OR PICK-UP_____ PHONE:   800-858-9808

**FILL IN NAME AND ADDRESS IN BOX BELOW:**

Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

Order No: 897873-1

Loan No: 714 1344542

DOCUMENT CONTAINS ___3___ PAGES

# EXHIBIT K   Page 1 of 3

When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236    R
    897873

PREPARED BY: Christian Lazu
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
41714136454267
Investor #: 4468
MIN: 100052300400725973
MERS Ph.#: 1-888-679-6377

## HAWAII
## RELEASE OF MORTGAGE WITHOUT SATISFACTION OF DEBT

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY FOR FINANCE AMERICA, LLC. its successors and assigns holder of that certain mortgage made by SANFORD A. MOHR AND TINA A. MOHR, Mortgagor, to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY FOR FINANCE AMERICA, LLC., Mortgagee, dated APRIL 16, 2004 in the amount of $467,500.00, and recorded in the Office of the Bureau of Conveyances of the State of Hawaii as Document Number A2004082632 satisfaction without release of debt of said Mortgage, does hereby fully release and discharge from said Mortgage.

PROPERTY ADDRESS: 73-4787 HALOLANI ST.,  KAILUA-KONA, HI
AP#: (3) 7-3-047-016

Unto those entitled thereto, all the right title and interest in the property held by virtue of said mortgage

1

41714136454267

TO HAVE AND TO HOLD the same together with all and singular privileges and appurtenances thereto belonging forever.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)**

By: _____

Name: Noemi Morales

Title:    Assistant Secretary

STATE OF FLORIDA                    }
                                    }SS.
COUNTY OF PALM BEACH   }

This instrument was acknowledged before me, the undersigned Notary Public, JULY 16, 2013,    by Noemi Morales, the Assistant Secretary of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, on behalf of the corporation.  He/She is personally known to me.

_____
Notary Public —
                    Stephanie Simpson

MIN: 100052300400725973
MERS Ph.#:  1-888-679-6377



Notary Public State of Florida
Stephanie Simpson
My Commission EE 845386
Expires 10/21/2016

# EXHIBIT L

**ACKNOWLEDGEMENT FORM**

State of CALIFORNIA
County of ORANGE

On **2 / 3** /2014 before me, Brystin Davy, Notary Public, personally appeared
_____**April Smith**_____, who proved to me on the basis of satisfactory
evidence to be the person who's name is subscribed to the within instrument and
acknowledged to me that he/ she /they executed the same in his /her /their authorized
capacity, and that his /her /their signature on the instrument the person, or the entity
upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA
that the foregoing paragraph is true and correct.

WITNESS my hard and official seal.

Signature _____
My commission expires on 11/1/2017

BRYSTIN DAVY
Commission # 2047628
Notary Public - California
Orange County
My Comm. Expires Nov 1, 2017

# EXHIBIT M

**DOUBLE SYSTEM**





STATE OF HAWAII
OFFICE OF ASSISTANT REGISTRAR
RECORDED

April 17, 2014 8:02 AM

Doc No(s) T-8872324

on Cert(s)

Issuance of Cert(s)

/s/ NICKI ANN THOMPSON
ASSISTANT REGISTRAR

1    1 / 2    KLA
B-32449071



STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED

April 17, 2014 8:02 AM

Doc No(s) A-52201049

/s/ NICKI ANN THOMPSON
REGISTRAR

1    2 / 2    KLA
B-32449071

<u>LAND COURT</u>                    <u>REGULAR SYSTEM</u>

AFTER RECORDING, RETURN BY MAIL ( )  PICK-UP (X)

TO: LEU OKUDA & DOI
Attorneys At Law
The Merchant House
222 Merchant Street, Main Floor
Honolulu, Hawaii 96813

No. Pages:  13

**LIMITED POWER OF ATTORNEY**

**EXHIBIT M  Page 1of 13**

# LIMITED POWER OF ATTORNEY

Prepared by &
<u>When recorded return to:</u>
MLB SUB I, LLC
1303 Avocado Ave Suite 200
Newport Beach, CA 92660

This Limited Power of Attorney is made in connection with that certain mortgage loan sale and warranties agreement by and between MLB SUB I, LLC ("Purchaser") and each of the sellers signatory thereto (including Lehman Brothers Holdings Inc. the "Seller"), dated as of September 9, 2013 (each, an "Agreement").

Pursuant to the terms and conditions of the Agreement, Seller agreed to sell and Purchaser agreed to purchase those certain residential mortgage loans and residential real properties listed on <u>Schedule 1</u> hereto (the <u>"Assets"</u>).

Seller hereby makes, constitutes and appoints MLB SUB I, LLC as Seller's true and lawful attorney-in-fact, with full power of substitution, to act, only with respect to (i) the Assets, <u>and</u> (ii) any of the matters described in <u>Exhibit 1</u> hereto. This appointment shall not be assigned to any third party by MLB SUB I, LLC without the written prior consent of Seller. This Limited Power of Attorney shall survive for a period not to exceed one (1) year past the date herein unless an instrument of revocation has been made in writing by the undersigned or the Agreement has been terminated.

Nothing herein shall give any attorney-in-fact the rights or powers to negotiate or settle any suit or counterclaim or action against Seller or to take any action (i) with respect to any assets other than those listed on <u>Schedule 1</u> hereto, and/or (ii) beyond those described in <u>Exhibit 1</u> hereto.

Seller will not be responsible for inspection of any items being executed pursuant to this Limited Power of Attorney and as such, is relying upon the MLB SUB I, LLC to undertake whatever procedures may be necessary to confirm the accuracy of such items.

Any third party may rely upon presentment of an original counterpart of this Limited Power of Attorney, as confirmation that Seller has not revoked this Limited Power of Attorney or the limited powers granted to Purchaser hereunder. Any third party may rely upon an original of this Limited Power of Attorney and shall be entitled to rely on a writing signed by the Purchaser to establish conclusively the identity of a particular right, power, capacity, asset, liability, obligation, property, loan or commitment of Purchaser for all purposes of this Limited Power of Attorney.

The Purchaser hereby agrees to indemnify and hold Seller and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Purchaser of the powers granted to it

hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreement.

Seller authorizes MLB SUB I, LLC, by and through any of its directors or officers, or any other employee who is duly authorized by MLB SUB I, LLC to certify, deliver and/or record originals of this Limited Power of Attorney. MLB SUB I, LLC employees executing such documents in the name of Seller necessary to take any of the actions described on Exhibit 1 hereto may be "Authorized Signatories" or "Administrators" of Purchaser.

If any provision of this Limited Power of Attorney shall be held invalid, illegal or unenforceable, the validity, legality or enforceability of the other provisions hereof shall not be affected thereby. This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York without regard to conflicts of law principles of such state.

IN WITNESS WHEREOF, Lehman Brothers Holdings Inc. as Seller, has caused its seal to be hereto
affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and
authorized signatory this _6_ day of September, 2013.

Lehman Brothers Holdings Inc.

By: _____

Name:         Tina Chen

Title: Authorized Signatory

Witness: Sally Narooz

Witness: John Griffin

STATE OF NEW YORK

COUNTY OF NEW YORK

On September _6_, 2013, before me, the undersigned, a Notary Public in and for said State, personally
appeared _____Tina Chen_____, Authorized Signatory of Lehman Brothers Holdings Inc.
as Seller, personally known to me to be the person whose name is subscribed to the within instrument and
acknowledge to me that he/she executed that same in his/her authorized capacity, and that by his/her
signature on the instrument the entity upon behalf of which the person acted and executed the instrument.

WITNESS my hand and official seal.

[NOTARIAL SEAL]

Notary Public

My Commission Expires:

DEANNA EMILIO
Notary Public, State of New York
No. 01EM6171082
Qualified in New York County
Term Expires July 23, 2016

## Exhibit 1

### List of Permitted/Authorized Action for Limited Power of Attorney

(a)    to endorse, negotiate, deliver and deposit (into Purchaser's account(s)) any check, draft, money order or other form of payment instrument tendered as payment on or proceeds from any Asset;

(b)    to endorse, execute, seal, acknowledge, deliver, file and/or record (including with the appropriate public officials) the following:

1)    any documents or instruments (i) to endorse any promissory note for any Asset to Purchaser or its successors or assigns, (ii) to assign any mortgage or other security instrument related to any Asset to Purchaser or its successors or assigns, (iii) to assign any assignment of rents and leases related to any Asset to Purchaser or its successors and assigns, (iv) file assignments of any uniform commercial code financing statements currently in place listing Seller as secured party and any obligor of the Loans as debtor, and (v) to convey title to any residential real estate owned related to any Asset to Purchaser or its successors or assigns, (vi) to execute any affidavits, disclosures, notifications or other documents required in connection with any of the foregoing (i) through (vi) and

2)    with respect to any Asset, any instruments of satisfaction or cancellation, or of partial or full release or discharge, and all other comparable instruments with respect to any mortgage or any related mortgaged property or residential real estate owned.

Schedule 1

| Lehman ID | Servicer ID | Property Address | Property City | Property State | Property Zip | Borrower Last Name |
|---|---|---|---|---|---|---|
| 124037235 | 5010264 | 9-11 Winter Hill Road | Medford | MA | 02155 | MALONE CLARKE |
| 101898724 | 5010294 | 30931 Pear Ridge | Farmington Hills | MI | 48334 | WILSON |
| 123540676 | 5010239 | 579 Macon St | Brooklyn | NY | 11233 | CLARK |
| 118192640 | 5010225 | 107-35 164th St | Jamaica | NY | 11433 | GRAHAM |
| 124328279 | 5011167 | 14751 Alcester Street | Westminister | CA | 92683 | ESCARZEGAZ |
| 124662875 | 5010245 | 6374 Rowanberry Drive West | Elkridge | MD | 21075 | STEPHENS |
| 123637621 | 5009883 | 186 Deckert Dr | Plantsville | CT | 06479 | CHAPMAN |
| 107040545 | 5009840 | 695 W. 2250 North | West Bountiful | UT | 84087 | TOKO |
| 123637332 | 5009884 | 5079 Milford Rd | Dingmans Ferry | PA | 18328 | GINSBURG |
| 124314618 | 5011128 | 8511 Braesview Ln | Houston | TX | 77071 | BASTINE |
| 110364387 | 5009874 | 2339 Coxendale Rd | Chester | VA | 23831 | ROTH |
| 20163952 | 5011528 | 4618 Clay St Ne | Washington | DC | 20019 | THOMAS |
| 124318254 | 5011143 | 709 Dellwood Street | Midland | TX | 79703 | MCGEE |
| 112315130 | 5010217 | 20 Mona Drive | Amherst | NY | 14226 | HAYWARD |
| 109042127 | 5011085 | 5449 Lynn Creek Rd | Lavalette | WV | 25535 | ROWE |
| 105741847 | 5011526 | 2728 Todville Rd | Charlotte | NC | 28214 | MCCRAY |
| 124330515 | 5011185 | 108 East Merced Street | Avenal | CA | 93204 | PALACIO |
| 116909326 | 5011057 | 9926 Glenkirk Dr | Houston | TX | 77089 | JONES |
| 124327321 | 5011181 | Route 4 Box 813a | Edinburg | TX | 78539 | CORPUS |
| 109490706 | 5010282 | 40-42 Clark St | Hartford Ct | CT | 06120 | STALLINGS |
| 118701432 | 5010226 | 480 Quincy St | Brooklyn | NY | 11221 | BUTT |
| 123658015 | 5009881 | 47-43 198th St | Flushing | NY | 11358 | VORRIAS |
| 117860080 | 5010220 | 147-64 Weller La | Rosedale | NY | 11422 | CLARK |
| 124319518 | 5011148 | 16912 Deerpath Drive | Lockport | IL | 60441 | CHUDZIK |
| 118164631 | 5010222 | 430a Marion St | Brooklyn | NY | 11233 | BLANDFORD |
| 119727667 | 5010232 | 73 Truxton St | Brooklyn | NY | 11233 | GRIMES |
| 119093557 | 5010228 | 802 E 39th St | Brooklyn | NY | 11210 | TABIBOVA |
| 118160670 | 5011203 | 143 E 43rd St | Brooklyn | NY | 11203 | DENNISON |
| 123630782 | 5009886 | 26139 Stillwater Circ | Punta Gorda | FL | 33955 | PUTIGNANO |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114646383 | 5010263 | 553 Saratoga Ave | Brooklyn | NY | 11212 | MIILLER |
| 124319765 | 5011150 | 9430 State Road 91 | Colbert | OK | 74733 | MIULLENS |
| 124669334 | 5010265 | 6858 S Constance Ave | Chicago | IL | 60649 | OKWUJE |
| 124312075 | 5011118 | 702 North Ave | Glendale Heights | IL | 60139 | SILLE |
| 124264888 | 5011098 | 80 Westfield Ave | Elizabeth | NJ | 07208 | IBARRA |
| 117077677 | 5011196 | 11429 Clark Rd. Se | Yelm | WA | 98597 | CRADDOCK |
| 124689464 | 5010244 | 133 E Chandlerpoint Way | Draper | UT. | 84020 | GLASS |
| 120516067 | 5010233 | 11246 Nw 16th Ct | Pembroke Pines | FL | 33026 | TAYLOR |
| 124904087 | 5010247 | 76 Alden St | Ludlow | MA | 01056 | LEONARD |
| 104958913 | 5011075 | 1429 Guiford Place | Philadelphia | PA | 19122 | TOOKES |
| 124556762 | 5011112 | 449 Jubilation Drive | Las Vegas | NV | 89145 | RODRIGUEZ |
| 124325960 | 5011175 | 509 Fairfax Ln | Apollo Beach | FL | 33572 | LACY |
| 102771532 | 5010277 | 103 Florence Avenue | Irvington | NJ | 07111 | THOMAS |
| 116896507 | 5011066 | 229 Laura Street | Patterson | LA | 70392 | LAGRANGE |
| 106763717 | 5011078 | 7537 N. Maplewood Avenue #C | Chicago | IL | 60645 | KRASLEN |
| 124310145 | 5011115 | 309 Princess Anne Road | Virginia Beach | VA | 23457 | BRYAN |
| 124324583 | 5011165 | 9433 Central Ave | Indianapolis | IN | 46240 | LANGFORD |
| 124323247 | 5011161 | 5701 Terry Street | The Colony | TX | 75077 | JOHNSON |
| 124316225 | 5011135 | 26 Linden Ave | East Orange | NJ | 07018 | WILLIAMSON |
| 116902552 | 5011042 | 1 Broadview Terrace | Granville | NY | 12832 | COMAN |
| 124324476 | 5011164 | 3692 Lyric Ave | Wayzata | MN | 55391 | GROSS |
| 124316209 | 5011134 | 1367 Hazelgrove Dr | Cincinnati | OH | 45240 | JONSYN |
| 106050164 | 5011077 | 1100 6th Avenue South | Jasper | AL | 35501 | MCCULLAR |
| 116909219 | 5011059 | 112 Rock Point Dr | Del Valle | TX | 78617 | THOMAS |
| 124315862 | 5011132 | 3820 Green Grass Drive | Florissant | MO | 63033 | THRASH |
| 109048587 | 5011086 | 9 Kenwood Dr | La Center | KY | 42056 | EDWARDS |
| 110144771 | 5009839 | 1436 Jessica Lane | Mesquite | TX | 75149 | MOOREHEAD (AKA WATKINS) |
| 105150932 | 5010293 | 3205 Southmont Dr | Montgomery | AL | 36105 | MERRITT |
| 124325036 | 5011169 | 2905 Vassar Dr | Irving | TX | 75062 | COWART |
| 124329681 | 5011189 | 1705 Loretta Street | Donaldsonville | LA | 70346 | COMEAUX |
| 116906819 | 5011051 | 132 Ann Street | West Pittstown | PA | 18643 | BISCOTTO |
| 122783699 | 5011207 | 7137 Durango Drive | Horn Lake | MS | 38637 | TAYLOR |

| | | | | | | |
|---|---|---|---|---|---|---|
| 124533845 | 5011104 | 2046 Sugar Creek Rd | Georgetown | TN | 37336 | WEAVER |
| 108857335 | 443494 | 314 Quail Flight Road | Farmington | UT | 84025 | CUMMINGS |
| 108858176 | 443509 | 13322 Reads Court | Houston | TX | 77015 | DAVIS |
| 15207970 | 626411357 | 229 Wardour Dr | Annapolis | MD | 21401 | SIEBERT |
| 15751225 | 626382105 | 88 Fantasy Drive | Flanders | NY | 11901 | MORIARTY-GENTIL |
| 108097619 | 1119813938 | 1217 Knoll Mist Ln | Gaithersburg | MD | 20879 | PLUMMER |
| 125149062 | 771087104 | 8110 Alcoa Drive | Fort Washington | MD | 20744 | JONES |
| 125147157 | 770029297 | 7918 High Point Road | Baltimore | MD | 21234 | STROTHER |
| 103779401 | 683259672 | 9012 Navajo Ln | Laredo | TX | 78041 | SARMIENTO |
| 105223721 | 1119851764 | 1903n Dewitt Rd | St Johns | MI | 48879 | HUFNAGEL |
| 124365032 | 359510289 | 3172 W 9610 S | South Jordan | UT | 84095 | VAN VALKENBURG |
| 124812074 | 359516140 | 4516 East F Street | Tacoma | WA | 98404 | MCKINNEY |
| 123936163 | 359516158 | 4041-4043 Church Street | Palmer | MA | 01079 | JASAK |
| 120248331 | 359425066 | 2756 Fairfield Drive | Gretna | LA | 70056 | OCKMAN |
| 122961907 | 307726358 | 1259-1261 S. Longwood Ave. | Los Angeles | CA | 90019 | TORNBERG |
| 124809369 | 359516344 | 93 Dyke Road | East Setauket | NY | 11733 | FARRELL |
| 122292782 | 359420756 | 81-05 139 Street | Briarwood | NY | 11435 | ZEVALLOS |
| 124401191 | 359503917 | 2533 Hillsman St. | Falls Church | VA | 22043 | BRANCH |
| 124815820 | 359516188 | 1847 1849 256th Street | Lomita | CA | 90717 | PASSARETTI |
| 124813445 | 359516325 | 1198 East 96th Street | Brooklyn | NY | 11236 | PEREZ |
| 124813098 | 359516368 | 89 07 Bayview Place | Brooklyn | NY | 11236 | ALSTON-BOLDLEY |
| 124814815 | 359516162 | I2160 Blackrock Avenue | Bronx | NY | 10472 | BRAXTON |
| 124404286 | 359504248 | 8 Running Brook Lane | Newark | DE | 19711 | ANTONINI |
| 123898082 | 359501499 | 121 42nd Street | Union | NJ | 07087 | CARABELLO |
| 124811316 | 359516363 | 43 Dumont Avenue | Brooklyn | NY | 11212 | MULLINGS |
| 124362955 | 359510805 | 100 Wildrye Court | Meridianville | AL | 35759 | ODOMS |
| 124365248 | 359510442 | 7880 Casuarina Drive | Melbourne Beach | FL | 32951 | WATROUS |
| 124814906 | 359516381 | 2440 Ginger Lily Lane | Las Vegas | NV | 89134 | VIGGIANI |
| 124402249 | 359503908 | 129 Front St | Jessup | PA | 18434 | BUTKIEWICZ |
| 124809781 | 359516339 | 120 East 82nd Street | Tacoma | WA | 98404 | KOHLER |
| 122291842 | 359420742 | 824 East 165th Street | Bronx | NY | 10459 | SOOKDEO |
| 124402538 | 359504338 | 56 Somers Street | Brooklyn | NY | 11213 | HICKSON |

| 124813577 | 359516328 | 311 Catherine Street | Joshua | TX | 76058 | SHAW |
|---|---|---|---|---|---|---|
| 124810144 | 359516306 | 163 Colly Way | North Laude | FL | 33068 | PHIPPS |
| 124360330 | 359510982 | 5517 Robbins Rd | Portage | IN | 46368 | FLOWERS |
| 124364183 | 359510871 | 57 E Corning Rd | Corning | NY | 14830 | SHUMWAY |
| 124359308 | 359510605 | 5164 Greylock Cove | Memphis | TN | 38141 | CLARK |
| 122687270 | 124394384 | 3183 Chestnut Ave | Long Beach | CA | 90808 | BLALOCK |
| 124144221 | 6096677 | 2933 Honeymead Road | Township Of Cain | PA | 19335 | O'BRIEN |
| 123317406 | 6047257 | 223 Arkansas Ave | Toms River | NJ | 08753 | MOLNAR |
| 122607823 | 6033411 | 196 Vermont Avenue | Staten Island | NY | 10305 | FONTAINO |
| 124168022 | 125480508 | 136 Filmore Avenue | Galloway Township | NJ | 08205 | HOWARD |
| 124147307 | 6094984 | 16141 81st Lane N | Loxahatchee | FL | 33470 | CHIRINO |
| 123908741 | 6081935 | 6913 Golder Ave | Odessa | TX | 79764 | GARCIA |
| 124969395 | 598651552 | 411 3rd Street Sw | Medford | MN | 55049 | MOORE |
| 117064139 | 598521433 | 308 Murray Ave | Bellmawr | NJ | 08031 | YATES JR |
| 118619006 | 596956770 | 6400 Se May Street | Miwaukie | OR | 97222 | WARREN |
| 107323495 | 598506194 | 2735 Harper Ferry Drive | Lawrenceville | GA | 30044 | BETANCUR |
| 21982848 | 597977875 | 1690 Rodgers Ave | Douglas | AZ | 85607 | BERTHELY |
| 21978663 | 597977842 | 3619 Brandon St | Dallas | TX | 75211 | TORRES |
| 123702524 | 598568673 | 115 S.14th St. | Wilmington | NC | 28401 | ARTIS |
| 7283914 | 597727072 | 100 United Nations Plz Unit 44c | New York | NY | 10017 | IJAZ |
| 40752917 | 598416147 | 209-31 Whitehall Terrace | Holliswood | NY | 11427 | IRIZARRY |
| 112639166 | 598509990 | 102 Outlook Avenue | Bronx | NY | 10465 | LEO |
| 16360687 | 597765924 | 327 Vernon Avenue | Brooklyn | NY | 11206 | POPE |
| 120514112 | 598532158 | 60 Oceana Dr W #4a | Brooklyn | NY | 11235 | BOLOBOV |
| 32493009 | 598156735 | 1701 Broadway | Alameda | CA | 94501 | MCDOWELL |
| 124405440 | 598626331 | 47 Harman Street | Brooklyn | NY | 11221 | MATHEW |
| 45907854 | 598465961 | 63-09 71 Street | Middle Village | NY | 11379 | MORALES |
| 123504920 | 598546273 | 1540 St. Marks Avenue | Brooklyn | NY | 11233 | PRETTO |
| 8202939 | 597727981 | 1059 Stony Pointe Blvd. | Rochester | MI | 48307 | DAVID III |
| 37469152 | 598311827 | 870 Belmont Ave | Brooklyn | NY | 11208 | WILLIAMS |
| 31415763 | 598086338 | 5670 South Old Spanish Trail | Tucson | AZ | 85747 | SHLENSKY |
| 121121156 | 598532257 | 566 Williams Ave | Brooklyn | NY | 11207 | ALEXIS |

| 124664541 | 598649234 | 18032 Bilney Drive | Olney | MD | 20832 | BENKHADRA |
|---|---|---|---|---|---|---|
| 36264323 | 598294981 | Lot 8 Washington Ave | Miller Place | NY | 11764 | DICK |
| 124395146 | 598625911 | 382 Atkins Avenue | Brooklyn | NY | 11208 | CARABALLO |
| 124400169 | 598626158 | 79 Perkins Street | Lynn | MA | 01905 | DIMICCO |
| 124405580 | 598626349 | 56 4th Street | S Jamesport | NY | 11970 | SZCZEPANIK |
| 22021539 | 597979640 | 40 Schaefer St | Brooklyn | NY | 11207 | SPEARMAN |
| 47382643 | 598486744 | 495 Northeast 89th Street | El Portal | FL | 33138 | JOSEPH |
| 30552921 | 598016582 | 1358 Dennis Lane | Salem | VA | 24153 | HUFFORD |
| 33239062 | 598210854 | 1202 Pensive Lane | Bowie | MD | 20716 | MAGLOIRE |
| 124687054 | 598649283 | 217 Westmoreland Ct | Chesapeake | VA | 23320 | BROWN |
| 124981754 | 598653020 | 11755 Crossroads Place | Concord | NC | 28025 | ESERNIO |
| 124404849 | 598626299 | 160-13 North Conduit Avenue | Springfield Gardens | NY | 11434 | LATIMER |
| 33492232 | 598231215 | 1620 Whitman Drive | W Melbourne | FL | 32904 | OLSEN |
| 15759830 | 597755214 | 9100 Derbyshire Road | Richmond | VA | 23229 | GOKEY |
| 123056632 | 598536068 | 714 Eola Way | Haines City | FL | 33844 | CAMPBELL |
| 124122532 | 598616662 | 255 Waterman Avenue | Smithfield | RI | 02917 | BLUE III |
| 22021711 | 597979707 | 2606 Elsinore Ave | Baltimore | MD | 21216 | WALKER |
| 22025803 | 597980572 | 7 Brandon Court | Sicklerville | NJ | 08081 | FOUNTAIN SR |
| 22021182 | 597979517 | 79 Abbott Ave | Mastic | NY | 11950 | VELEZ |
| 124935578 | 598650638 | 18 Central Ave | Freetown | MA | 02702 | PRIZIO |
| 123760316 | 598586360 | 1025 Summerhill Driv | Janesville | WI | 53546 | HIRSCH |
| 124408394 | 598626372 | 805 E Stanley Place | Granite Falls | WA | 98252 | GRIGG |
| 40855041 | 598425072 | 40450 Suzari Drive | Punta Gorda | FL | 33982 | FEBBO |
| 21960331 | 597973965 | 230 Ne Palmblad Dr | Gresham | OR | 97030 | PRESLEY |
| 115940132 | 598517217 | 3354 Brookfield Dr | Las Vegas | NV | 89120 | SONG |
| 22023469 | 597979814 | 6045 Dorsett Pl | Indianapoli | IN | 46220 | HASKINS |
| 15823537 | 597756550 | 1034-1036 York Avenue | Pawtucket | RI | 02861 | XAVIER |
| 124817008 | 598650414 | 7334 Pinnacle Farms Drive | Memphis | TN | 38125 | JONES |
| 124408626 | 598626380 | 5219 Shriver Ave | Des Moines | IA | 50312 | BRESNAHAN |
| 101187086 | 598504173 | 444 First Avenue | Kingston | NY | 12401 | SUSKI |
| 22014153 | 597978774 | 403 Greenapple Pl | Pataskala | OH | 43062 | MORSE |
| 102872058 | 598505337 | 603 Roaring Creek Ct | Red Oak | TX | 75154 | BAILEY |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21984778 | 597977990 | 7229 Fossil Rim Trl | Arlington | TX | 76002 | JENSEN |
| 124783499 | 598650133 | 12 Wilcox Ave | Middletown | NY | 10940 | NORBURY |
| 124995275 | 598655082 | 1043 Woodfield Road | Greenacres | FL | 33415 | TINORD |
| 22021034 | 597979418 | 1225 Cove Landing Dr | Jacksonville | FL | 32233 | MEARS |
| 22023493 | 597979830 | 5022 Belle Avenue | Baltimore | MD | 21207 | KING |
| 115921744 | 598517183 | 7250 Nw 177 St 200 | Miami | FL | 33015 | MUGARTEGUE |
| 33592049 | 598239770 | 2723 Via Capri 810 | Cearwater | FL | 33764 | TODERO |
| 124986928 | 598653764 | 4874 East 12th Street | Tucson | AZ | 85711 | KINAS |
| 22021414 | 597979590 | 7021 Quail Meadow Dr | Watauga | TX | 76148 | SMITH |
| 22021786 | 597979744 | 1414 Limit Ave | Baltimore | MD | 21239 | ELLIS |
| 125000745 | 598656114 | 1625 Renaissance Commons Blvd | Boynton Beach | FL | 33426 | ST LOUIS |
| 32098980 | 598130730 | 124-126 Littleton Avenue | Newark | NJ | 07103 | TORRES |
| 22012942 | 597978709 | 6317 Rosemary Dr | Chattanooga | TN | 37416 | DAVENPORT |
| 116556663 | 598521383 | 8748 Sumter Way | Fort Worth | TX | 76248 | JOHNSON |
| 124819400 | 598650430 | 7926 South Troy Street | Chicago | IL | 60652 | BLUE |
| 123504805 | 598546265 | 1056 Lovely Ln | North Fort Myers | FL | 33903 | TAYLOR WHIDDEN |
| 124122540 | 598616670 | 52 Butternut Road | Vernon | NJ | 07462 | NORRIS |
| 22021505 | 597979632 | 613 Panay Way Dr | Fort Worth | TX | 76108 | TAYLOR |
| 124707118 | 598649333 | 14902 Arbor Springs Circle Unit #205 | Tampa | FL | 33624 | HABBAL |
| 123826943 | 598593176 | 3082 E Main St | Conway | NH | 03813 | HRUZ |
| 124853862 | 598650539 | 4020 Del Rio Way | Sunrise | FL | 33351 | OTTO |
| 22021224 | 597979558 | 4470 Penn Road | Junction City | OH | 43748 | KUNKLER |
| 22013270 | 597978733 | 5725 Marlette Ct | Columbus | GA | 31907 | HEPBURN |
| 21994439 | 597978279 | 55 Essex Ct | Meriden | CT | 06450 | CROCCO |
| 21963392 | 597974518 | 8002 Afterglow Drive | Louisville | KY | 40214 | PACK |
| 22021729 | 597979715 | 2202 Hammerwood | Missouri Ci | TX | 77459 | ROBINS |
| 22012868 | 597978675 | 503 Johnny Bench Cv | Lavergne | TN | 37086 | BAUGH |
| 116896887 | 7142270680 | 36 Hillington Dr | North Easton | MA | 02356 | SARAFOGLOU |
| 125020248 | 7141364377 | 2123 Santa Rosa Ave | Altadena | CA | 91001 | MARVE |
| 125020495 | 7141364542 | 73-4787 Halolani St | Kailua Kona | HI | 96740 | MOHR |
| 125137679 | 7141364609 | 4097 W 138th St | Hawthorne | CA | 90250 | BREAUX, JR. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 117114066 | 7142271126 | 5050 Alif Road Northeast | Rio Rancho | NM | 87124 | MORRIS |
| 120886916 | 7141364302 | 91 Creekside Clr | Spring Valley | NY | 10977 | ATTIMY |
| 117106880 | 7142271431 | 16905 E. 41st Terr | Independence | MO | 64055 | S. |
| 123949042 | 1005464053 | 2056 Pennsylvania Drive | Deland | FL | 32724 | ZIEBARTH |
| 124926239 | 1005359139 | 4689 Ravencrest Cove North | Bartlett | TN | 38135 | DABNEY |
| 126252501 | 1006034534 | Rd #1 Box 730 | Millerstown | PA | 17062 | CASSELL |
| 119603173 | 144486172 | 6296 Talla Ferro Way | Alexandria | VA | 22315 | KRANTZ |
| 119612323 | 145795498 | 61179 Hwy 1046 | Amite | LA | 70422 | PORTER, SR. |
| 115450249 | 856974928 | 10509 Scarlet Oak Ct | Louisville | KY | 40241 | BRUCE |
| 117738161 | 1100135192 | 1224 Southeast 43rd Terrace | Topeka | KS | 66609 | HEFNER |
| 125113829 | 8473829037 | 3857 S 61st Ave | Cicero | IL | 60804 | CORRAL |
| 121157762 | 633019625 | 1829 E Bluefield Ave | Phoenix | AZ | 85022 | SEDOR |
| 124228479 | 1100239879 | 2430 West Lawrence | Springfield | IL | 62704 | MACK |
| 105868475 | 8419855047 | 2914 Firth Rd | Durham | NC | 27704 | PRETTY |
| 113257141 | 5795691 | 1010 Andrews Street | Arlington | TX | 76011 | ABERNATHY |
| 117054593 | 1100141107 | 491 Dean St | Brooklyn | NY | 11217 | JURIST |
| 117054494 | 1100141103 | 155 Oceana Dr E # 1h | Brooklyn | NY | 11235 | YEDZINOVICH |
| 119742039 | 1100179711 | 47 E Cheshire Pl | Staten Island | NY | 10301 | TROPIANO |
| 117893792 | 1100155613 | 71 Cromwell Ave | Staten Island | NY | 10304 | KATZ |
| 121307300 | 1100215614 | 27 Pleasant Pl | Brooklyn | NY | 11223 | EVERETT |
| 121329502 | 1100217821 | 227 Covert St | Brooklyn | NY | 11207 | REID |
| 122255318 | 1100226625 | 1109 E 82nd St | Brooklyn | NY | 11236 | LAWSON |
| 122071442 | 1100219278 | 4845 State Road 44 | Martinsville | IN | 46151 | FINLINSON |
| 121846620 | 1100221591 | 217-14 133rd Rd | Springfield Gardens | NY | 11413 | MORRISON |
| 123976516 | 150044675 | 1501 Olive Street | Jourdanton | TX | 78026 | CASTRO JR |
| 123804098 | 1100239240 | 12343 Kerrwood Street | El Monte | CA | 91732 | DE SANTIAGO |
| 121302244 | 1100215118 | 135 W Fulton Ave | Roosevelt | NY | 11575 | OSPINA |
| 117399162 | 1100147311 | 330 Garretson Ave | Rodeo | CA | 94572 | PAREJA |
| 117972737 | 145942199 | 737 Crossfield Circle | Naples | FL | 34104 | EWING |
| 116014333 | 1100120364 | 178 4th Ave | East Orange | NJ | 07017 | COBB |
| 121163968 | 614078525 | 2648 Piney Ridge Dr | Richmond | VA | 23223 | NEW |
| 123436305 | 156803645 | 1403 Dallas Drive | Plainfield | IN | 46168 | WILLIAMS |

| | | | | | | |
|---|---|---|---|---|---|---|
| 113259071 | 5800552 | 3705 Xenops Avenue | Mcallen | TX | 78504 | CARDENAS |
| 125111203 | 6502906 | 1261 Clauverwie Road | Middleburgh | NY | 12122 | ATWELL |
| 122979339 | 39727888 | 691 Charles Street | Perth Amboy | NJ | 08861 | HERNANDEZ |
| 122182371 | 150735769 | 459 Beach 43rd Street | Far Rockaway | NY | 11691 | ADAMS |
| 113011654 | 1100065608 | 322 Stevens Street | Philadelphia | PA | 19111 | PRIDE |
| 109795559 | 9839962 | 17259 School Street | South Holland | IL | 60473 | KELLY |
| 124839200 | 8440407743 | 1623 Quin St | Bossier City | LA | 71112 | SMITH |
| 108259003 | 8450641215 | 1705 Campfire Drive | Knoxville | TN | 37931 | FURRY |
| 124825662 | 9489447 | 8920 Abbott Road | Conneautville | PA | 16406 | HAYES |
| 120813415 | 1100204549 | 12479 Highway 41 South | Pontotoc | MS | 38863 | HEARD |
| 108274945 | 8405582860 | 8054 E Avenue H | Lancaster | CA | 93535 | NETTLES |
| 122251499 | 1100226320 | 4179 N Haverhill Rd #610 | West Palm Beach | FL | 33417 | VERTULLO |
| 110774114 | 8485102746 | 408 Glen Ave | Romeoville | IL | 60446 | ANDERSON |
| 123973778 | 150515807 | 3735 Donahue Branch Roa | Branchland | WV | 25506 | VARNEY |

| 113259071 | 5800552 | 3705 Xenops Avenue | Mcallen | TX | 78504 | CARDENAS |
|---|---|---|---|---|---|---|
| 125111203 | 6502906 | 1261 Clauverwie Road | Middleburgh | NY | 12122 | ATWELL |
| 122979339 | 39727888 | 691 Charles Street | Perth Amboy | NJ | 08861 | HERNANDEZ |
| 122182371 | 150735769 | 459 Beach 43rd Street | Far Rockaway | NY | 11691 | ADAMS |
| 113011654 | 1100065608 | 322 Stevens Street | Philadelphia | PA | 19111 | PRIDE |
| 109795559 | 9839962 | 17259 School Street | South Holland | IL | 60473 | KELLY |
| 124839200 | 8440407743 | 1623 Quin St | Bossier City | LA | 71112 | SMITH |
| 108259003 | 8450641215 | 1705 Campfire Drive | Knoxville | TN | 37931 | FURRY |
| 124825662 | 9489447 | 8920 Abbott Road | Conneautville | PA | 16406 | HAYES |
| 120813415 | 1100204549 | 12479 Highway 41 South | Pontotoc | MS | 38863 | HEARD |
| 108274945 | 8405582860 | 8054 E Avenue H | Lancaster | CA | 93535 | NETTLES |
| 122251499 | 1100226320 | 4179 N Haverhill Rd #610 | West Palm Beach | FL | 33417 | VERTULLO |
| 110774114 | 8485102746 | 408 Glen Ave | Romeoville | IL | 60446 | ANDERSON |
| 123973778 | 150515807 | 3735 Donahue Branch Roa | Branchland | WV | 25506 | VARNEY |

# EXHIBIT N



STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
April 17, 2014 3:29 PM
Doc No(s) A-52201127

/s/ NICKI ANN THOMPSON
REGISTRAR

LAND COURT SYSTEM ) REGULAR SYSTEM

Return by:        Mail  (   ) Pick-up  ( X )

TO:    LEU OKUDA & DOI
       Attorneys at Law
       The Merchant House
       222 Merchant Street, Main Flr.
       Honolulu, Hawaii  96813
       Tel:  (808) 538-1921        Total Pages: _____

TMK:   (3) 7-3-047-016

### RESCISSION OF ASSIGNMENT OF MORTGAGE

Assignor **LEHMAN BROTHERS HOLDINGS INC.,** and Assignee **MLB SUB I, LLC,** hereby rescind the Assignment of Mortgage dated February 3, 2014, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. A-51970751 on March 25, 2014.

**EXHIBIT N  Page 1of 3**

**LEHMAN BROTHERS HOLDINGS INC.**
By:   MLB   SUB   I,   LLC,   a Delaware   limited   liability company,   its   Attorney-in-Fact pursuant   to   the   certain Limited   Power   of   Attorney dated as of September 9, 2013

By <u>April Smith</u>

Its <u>Vice President</u>

"Assignor"

State of CALIFORNIA

County of ORANGE

On 4/16/2014 before me, Brystin Davy, Notary Public, personally appeared April Smith, who proved to me on the basis of satisfactory evidence to be the person who's name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public

My commission expires on 11/1/2017



BRYSTIN DAVY
Commission # 2047628
Notary Public - California
Orange County
My Comm. Expires Nov 1, 2017

2

**MLB SUB I, LLC**

By <u>April Smith</u>

Its <u>Vice President</u>

"Assignee"

State of CALIFORNIA

County of ORANGE

On 4/16/2014 before me, Brystin Davy, Notary Public, personally appeared April Smith, who proved to me on the basis of satisfactory evidence to be the person who's name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

BRYSTIN DAVY
Commission # 2047628
Notary Public - California
Orange County
My Comm. Expires Nov 1, 2017

# EXHIBIT O



**STATE OF HAWAII**
**BUREAU OF CONVEYANCES**
**RECORDED**

April 25, 2014 3:29 PM

Doc No(s) A-52280660

/s/ NICKI ANN THOMPSON
REGISTRAR

1      1 / 1      SKC
B-32453117

)
)
X
)
)
)
)
)
)
)
)
)
)
)
)
)
)

LAND COURT                    REGULAR SYSTEM

AFTER RECORDING, RETURN BY MAIL ( )    PICK-UP ( X )

TO:  KARYN A. DOI, ESQ.
     LEU OKUDA & DOI
     222 Merchant Street, Main Floor
     Honolulu, Hawaii  96813
     Tel: (808) 538-1921

This document contains 4 pages
(including cover page)

TMK: 3-7-3-047-016-0000

## ASSIGNMENT OF MORTGAGE

**EXHIBIT O  Page 1of 4**

Recording requested by:
When recorded mail to:

_____
                              SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN: 3-7-3-047-016-0000
LOAN No: 20338489 / 125020495
Property commonly known as: 73-4787 Halolani St, Kailua Kona, HI 96740

## ASSIGNMENT OF MORTGAGE

For value received, the undersigned holder of a MORTGAGE (herein "Assignor"), whose address is 1271 Avenue of the Americas, New York, NY 10020 (Assignor) does hereby grant, sell, assign, transfer and convey unto **MLB SUB I, LLC** (Assignee) whose address is 1303 Avocado Avenue, Suite 200, Newport Beach, CA 92660, all beneficial interest under that certain Mortgage, Deed of Trust, or other like document described below together with the Note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Note. **SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART OF.**

**ORIGINAL LENDER:** MERS AS NOMINEE FOR FINANCE AMERICA, LLC

**ORIGINAL LOAN AMOUNT:** $467,500.00

**BORROWER(S):** SANFORD A MOHR and TINA A MOHR

**DATED:** 4/16/2004   **RECORDED:** 4/27/2004      **RECORDING COUNTY:** HAWAII

**INSTRUMENT #:** 2004-082632      AND/OR   **BOOK :** XXX **& PG:** XXX

I, the undersigned hereby affirm that this document submitted for recording does not contain the social security number of any person or persons.

IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed as a sealed instrument by its proper officer.

Dated: **4 / 22 /** 2014

*POA was recorded on 4/17/2014 in the
Land Court under Doc T-8872324 CT
Regular System under Doc A-52201049

**LEHMAN BROTHERS HOLDINGS INC.,**
By: MLB SUB I, LLC
a Delaware limited liability company,
   it's Attorney in Fact pursuance to the
   certain Limited Power of Attorney dated
   as of September 9, 2013 *

_____
By: April Smith, its Vice President

<NOTARY ACKNOWLEDGEMENT TO FOLLOW>

# CALIFORNIA ALL- PURPOSE ACKNOWLEDGEMENT FORM

State of **CALIFORNIA**
County of **ORANGE**

On **4** / **22** /2014 before me, Brystin Davy, Notary Public, personally appeared _April Smith_____, who proved to me on the basis of satisfactory evidence to be the person(s) who's name(s) (is)/are subscribed to the within instrument and acknowledged to me that he/ she /they executed the same in his /her /their authorized capacity(ies), and that his /her /their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

My commission expires on 11/1/2017

# Exhibit A

## LEGAL DESCRIPTION

The following described property:

Regular Fee - System

All of that certain parcel of land situate at Kaloko, District of North Kona, Island and County of Hawaii, State of Hawaii, described as follows:

Lot 15, area 43,898 square feet, more or less, as delineated on the map entitled "Kona Heavens Unit I", which said map was filed in the Bureau of Conveyances of the State of Hawaii as File Plan Number 1423.

The exact quantity of land or number of acres and/or square feet contained within the property described herein is not guaranteed by this company.

Assessor's Parcel No:    3-7-3-047-016-0000