Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone: 303-573-1600
Email: mrollin@joneskeller.com

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF HEARING ON OBJECTION AND SUPPLEMENTAL OBJECTION**
**TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR**

**PLEASE TAKE NOTICE** that a hearing to consider Plan Administrator's Objection and Supplemental Objection to Proof of Claim No. 33605 Filed By Sanford A. and Tina A. Mohr [ECF Nos. 39348 and 45589] will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, on **April 21, 2015 at 10:00 a.m. (Eastern Time)**.

Dated: April 14, 2015

/s/ Michael A. Rollin
Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

{JK00676742.1 }