B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc., et al.**          Case No. **08-13555 (SCC)**
                                                         (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**              **Lehman Brothers Securities N.V.**
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known):   **58649**
should be sent:
                                                       Total Amount of Claim Transferred:
                                                       USD $ 445,361,048.42

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036                                     Date Claim Filed:  10/30/2009
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Seth Denson                        Date:    4/15/2015
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit A**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("**LBHI**")
        Case No. 08-13555 (the "**Case**")

Claim Number: 58649 (arising from Settlement Agreement approval by an order of the Bankruptcy Court (docket no. 23023) (the "**Order**"))

Total Claim Amount: $5,174,453,117.00

Claim Amount Transferred: $445,361,048.42

**Lehman Brothers Securities N. V.** and its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Banc of America Credit Products, Inc. ("Buyer"),**
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036

and its successors and assigns all Seller's right, title and interest in and to the allowed Class 4A claim in the amount of $445,361,048.42 (the "**Claim**") against LBHI, allowed pursuant to the Settlement Agreement approved by the Bankruptcy Court in the *Order*, to which claim number 58649 has been assigned.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 14, 2015.

| Michiel R.B. Gorsira in his capacity as bankruptcy trustee (*curator*) of **LEHMAN BROTHERS SECURITIES N.V.** | **BANC OF AMERICA CREDIT PRODUCTS, INC.** |
|---|---|
| By: _/s/ Gorsira_<br>Name: MRB Gorsira<br>Title: Trustee | By: _____<br>Name:<br>Title: |

**Evidence of Transfer of Claim**

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 14, 2015.

| Michiel R.B. Gorsira in his capacity as bankruptcy trustee (*curator*) of LEHMAN BROTHERS SECURITIES N.V. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| By:<br>Name:<br>Title: | By: _____<br>Name:<br>Title: SETH DENSON<br>VICE PRESIDENT |

Evidence of Transfer of Claim