UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.    Case No. 08-13555 (SCC) (Jointly Administered)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Oriole Birch, L.L.C. | Name of Transferor:<br>Banc of America Credit Products, Inc. |
|---|---|
| Notices to Transferee should be sent to:<br>Oriole Birch, L.L.C.<br>P.O. Box 6270<br>New York, NY 10150<br>Email: notices@oriolebirch.net | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Bank of America Tower - 3rd Floor<br>One Bryant Park<br>New York, NY 10036<br>646-855-7450<br>Attn: Ante Jakic / Gary S. Cohen<br>Email: Ante.Jakic@baml.com / g.cohen@baml.com |
| Claim Amount:<br>$74,774,703.00 | |
| Court Claim No. (if known):<br>58609 | |
| Date Claim Filed:<br>October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: April 15, 2015
Joshua Dorchak
Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/73307500.1

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("**LBSF**")
          Case No. 08-13888, jointly administered under Case No. 08-13555 (the "Case")

Claim Number: 58609 (arising from Settlement Agreement approval by an order of the Bankruptcy Court (docket no. 21254) (the "**Order**"))

Total Claim Amount: $74,774,703.00

Claim Amount Transferred: $74,774,703.00

Banc of America Credit Products, Inc. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Oriole Birch, L.L.C. ("**Buyer**"),
P.O. Box 6270
New York, NY 10150

and its successors and assigns all Seller's right, title and interest in and to the allowed Class 5C claim solely to the extent of $74,774,703.00 (the "Claim") against LBSF, allowed pursuant to the Settlement Agreement approved by the Bankruptcy Court in the Order, to which claim number 58609 has been assigned.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of LBSF and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 14, 2015.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**      **ORIOLE BIRCH, L.L.C.**

By: _____                    By: _____
Name:                                          Name: Joshua Porchak
Title: **SETH DENSON**                         Title: Authorized Signatory
       **VICE PRESIDENT**

Exhibit A – Evidence of Transfer of Claim