KRAMER LEVIN NAFTALIS & FRANKEL LLP
Fabien Carruzzo
Gregory G. Plotko
Benjamin C. Wolf
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Serengeti Asset Management, LP*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | |
| *et al.*, | ) | Case No. 08-13555(JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**JOINDER OF SERENGETI ASSET MANAGEMENT, LP TO (I) THE OBJECTION
OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY
FUND LTD. TO THE MOTION TO ALLOW DISCLOSURE OF THE
DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF
THE BANKRUPTCY CODE AND (II) THE OBJECTION OF
DERIVATIVE QUESTIONNAIRE RESPONDENTS TO MOTION TO
ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES
PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE**

1.      Seregenti Asset Management, LP (the "<u>Serengeti</u>"), on behalf of Rapax Master Fund Ltd., Serengeti Lycaon MM LP, and Serengeti Opportunities MM LP, and through its undersigned counsel, hereby joins with and adopts the (i) the Objection of Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "<u>Motion</u>"),[1] filed on March 30, 2015 [Docket No. 49030] and (ii) the Objection of

---

[1] Any defined terms used, but not otherwise defined, herein shall have the definitions assigned to them in the Motion.

KL2 2893504.3

Derivative Questionnaire Respondents to Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, filed on March 30, 2015 [Docket No. 49040] (collectively, the "Objections").  Serengeti reserves its right to amend or supplement this joinder and to incorporate other objections to the Motion filed by other parties in interest in a subsequent pleading filed with the Court or at the hearing to consider the Motion.

WHEREFORE, Serengeti hereby joins in the relief sought in the Objections and respectfully request that the Court (i) deny the Motion or, alternatively, direct the Debtors to redact all identifying, confidential and proprietary information from any documents disclosed to third-parties or otherwise provide protections for the sensitive commercial information contained in the derivative questionnaires and (ii) grant further relief as the Court deems just and proper.

Dated: New York, New York
April 16, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Benjamin C. Wolf
Fabien Carruzzo
Gregory G. Plotko
Benjamin C. Wolf
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Counsel for Serengeti Asset Management, LP*