Michael A. Rollin
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Phone:  303-573-1600
Email:  mrollin@joneskeller.com
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555** (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTIONS TO PROOF OF CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

**PLEASE TAKE NOTICE** that the hearing on Plan Administrator's Objection and Supplemental Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [Docket Nos. 39348 and 45587] that was scheduled for April 21, 2015, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 21, 2015, at 11:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 17, 2015

                                                  /s/ Michael A. Rollin
                                                Michael A. Rollin
                                                JONES & KELLER, P.C.
                                                1999 Broadway, Suite 3150
                                                Denver, CO 80202
                                                Telephone:  303-573-1600
                                                Attorneys for Lehman Brothers Holdings Inc. and
                                                Certain of Its Affiliates

{JK00678460.1 }