WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                :
**In re**                                       :   **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   **08-13555 (SCC)**
                                                :
                              **Debtors.**       :   **(Jointly Administered)**
                                                :
---------------------------------------------------------------------x
                                                :
**In re**                                       :
                                                :   **Case No.**
**LEHMAN BROTHERS INC.,**                       :
                                                :   **08-01420 (SCC) (SIPA)**
                              **Debtor.**        :
                                                :
---------------------------------------------------------------------x

65551672_2

## NOTICE OF AGENDA OF
## MATTERS SCHEDULED FOR THE
## CLAIMS HEARING ON APRIL 21, 2015 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

### I.    PRE-TRIAL CONFERENCE:

1.    Trustee's Amended Objection to the General Creditor Proofs of Claim Filed by 1EE LLC, as Assignee (Claim No. 4856), Wayne Judkins (Claim No. 4470), Richard Hajdukiewicz (Claim No. 4725), and J. Robert Chambers (Claim No. 6107)  [**LBI ECF No. 10685**]

Status: This matter is going forward.

### II.    DISCOVERY MOTIONS:

2.    IEE LLCs Motion in Limine to Exclude Trustee Exhibit 70 (redacted)  [**LBI ECF No. 11769**]

Response Deadline:    April 16, 2015 at 5:00 p.m.

Responses Received:

A.    Trustee's Memorandum of Law in Opposition [**LBI ECF No. 11784**]

Related Documents:

B.    Declaration of Samuel C. McCoubrey in Support of the Trustee's Memorandum of Law in Opposition [**LBI ECF No. 11785**]

Status: This matter is going forward.

3.    IEE LLCs Motion in Limine to Exclude Parol Evidence At Merits Hearing [**LBI ECF No. 11770**]

Response Deadline:    April 16, 2015 at 5:00 p.m.

Responses Received:

A.    Trustee's Memorandum of Law in Opposition [**LBI ECF No. 11784**]

65551672_2

Related Documents:

    B.    Declaration of Samuel C. McCoubrey in Support of the Trustee's Memorandum of Law in Opposition [**LBI ECF No. 11785**]

Status: This matter is going forward.

## III.    ADDITIONAL CLAIM MATTERS:

4.    Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 6157**]

Response Deadline:    May 24, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Charles L. Bisgaier on behalf of Patricia L. Bisgaier [**LBI ECF No. 6551**]

Related Documents:

    B.    Order Granting the Trustee's Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 6573**]

    C.    Supplemental Order Granting the Trustees Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF Nos. 8741**]

    D.    Notice of Hearing on Trustees Sixty-Sixth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to a Certain Claim [**LBI ECF No. 11555**]

    E.    Trustee's Reply [**LBI ECF No. 11777**]

Status: This matter is going forward.

5.    Trustee's One Hundred Forty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7335**]

Response Deadline:    October 15, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Mohan V. Bhanot [**LBI ECF No. 7663**]

Related Documents:

      B.      Order Granting the Trustee's One Hundred Forty-Second Omnibus Objection to General Creditor Claims (No Liability Claims). [**LBI ECF No. 7662**]

      C.      Notice of Withdrawal of Trustee's One Hundred Forty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to a Certain Claim  [**LBI ECF No. 7790**]

      D.      Notice of Hearing on Trustee's One Hundred Forty-Second Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to a Certain Claim  [**LBI ECF No. 11557**]

      E.      Trustee's Reply **[LBI ECF No. 11778]**

Status: This matter is going forward.

6.      Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7697**]

Response Deadline:    December 11, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Ng Chee Hong [**LBI ECF No. 7970**]

      B.      Response of Gan Hoe Kwang **[Not Docketed]**

Related Documents:

      C.      Order Granting the Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8040**]

      D.      Notice of Hearing on Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims [**LBI ECF No. 11561**]

      E.      Trustee's Reply **[LBI ECF No. 11778]**

Status: This matter is going forward solely as to the claim of Mr. Hong.

## IV.    ADJOURNED MATTERS:

7.      Trustee's Two Hundred Fifty-Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) [**LBI ECF No. 9525**]

Response Deadline:    August 21, 2014 at 4:00 p.m.

65551672_2

Response Received:

> A.   Response of U.S. Bank National Association to the Trustee's Two Hundred-Fifty Fourth Omnibus Objection to General Creditor Claims (Insufficient Documentation Claims) with Respect to Claim Numbers 5557, 5561, 5562, 7002479 and 9005564 [**LBI ECF No. 9674**]

Related Documents:   None.

Status:  This matter has been adjourned without date.

8.   Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:   September 5, 2014 at 4:00 p.m.

Response Received:

> A.   Response of Bank of Montreal to the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) with respect to Claim Number 5125  [**LBI ECF No. 9704**]

> B.   Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

Related Documents:

> C.   Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES at 11:00 A.M.

V.   **CONTESTED MATTER:**

9.   Plan Administrator's Objection to Proof of Claim No. 33605 Filed by Sanford A. and Tina A. Mohr [**ECF No. 39348**]

Response Deadline:   April 7, 2015 at 5:00 p.m.

65551672_2

Response Received:

    A.      Response of Sanford and Tina Mohr [**ECF No. 41101**]

Related Documents:

    B.      Supplemental Objection and Reply in Further Support of Objection and Declaration of Richard Katz in Support of Supplemental Objection [**ECF Nos. 45587, 45588**]

    C.      Notice of Hearing on Supplemental Objection and Reply [**ECF No. 45589**]

    D.      Letter Request for Extension of Time to Respond to Objection to Claim No. 33605 Filed by Sanford Mohr, Tina Mohr [**ECF No. 48041**]

    E.      Notice and Memorandum Endorsed Order Adjourning Hearing on Objection to Claim No. 33605 [**ECF Nos. 48043, 48044**]

    F.      Response Answer to Supplemental Objection and Reply in Further Support of Objection to Proof of Claim No. 33605 [**ECF No. 49246**]

    G.      Reply to Motion in Further Support of Supplemental Objection and Original Objection to Proof of Claim No. 33605 [**ECF No. 49252**]

Status:  This matter is going forward on a contested basis.

Dated:  April 20, 2015
       New York, New York

                    /s/ Garrett A. Fail
                    Garrett A. Fail

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

65551672_2

Dated:  April 20, 2015
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

65551672_2