UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>*Debtors.* | CHAPTER 11<br><br>CASE NO. 08-13555 (SCC) |
| MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE, LTD., JR MOORE, LP, LM MOORE LP, MF MOORE LP (formerly MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUND (MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C., and TRADE PROCESS CORPORATION,<br><br>*Plaintiffs,*<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., and LEHMAN BROTHERS COMMERCIAL CORPORATION,<br><br>*Defendants.* | ADVERSARY PROCEEDING NO: 14-02021-scc |

**NOTICE OF ADJOURNMENT OF HEARING DATE ON PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' TENTH AND ELEVENTH AMENDED COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Plaintiffs Moore Macro Fund, LP's, Moore Macro Markets Fund (Master), LP's, SJL Moore, Ltd.'s, JR Moore, LP's, LM Moore LP's, MF Moore LP's (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, LTD.'s, Moore Emerging Markets Fund (Master) LP's, Moore Capital Advisors, L.L.C.'s, and Trade Process Corporation's (collectively, "Moore") Motion to Dismiss Defendants Lehman Brothers Holdings Inc.'s, Lehman Brothers Special Financing Inc.'s, and Lehman Brothers Commercial Corporation's (collectively, "Lehman") Tenth and Eleventh

Amended Counterclaims that was scheduled for April 8, 2015, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to May 19, 2015, at 10:00 a.m. (prevailing Eastern Time)**.

Dated:  New York, New York
April 20, 2015

By: /s/
Bennette D. Kramer
Jeffrey M. Eilender
Erik S. Groothuis
Samuel L. Butt
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, NY 10004
(212) 344-5400
*Attorneys for Moore Macro Fund, LP, Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., JR Moore, LP, LM Moore LP, MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, Ltd., Moore Emerging Markets Fund (Master) LP, Moore Capital Advisors, L.L.C., and Trade Process Corporation*