# LBHI CLAIM TRANSFER NOTICE (Form 210A)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Banca Monte dei Paschi di Siena SpA</u>
Transferee

Name and Address where notices to transferee should be sent:

Banca Monte dei Paschi di Siena SpA

Area Finanza Tesoreria e Capital Management
Servizio Governo Strategico del Rischio
Settore Finanza e Mercati
Via Rosellini, 16
20124 – Milan
Italy
Attention: Giovanni Fulci
Tel: 0039 02 6882 6671
Email: giovanni.fulci@banca.mps.it

<u>Anthracite Rated Investments (Jersey) Limited</u>
Transferor

Claim No.: <u>28176</u>
Amount of Claim: <u>unliquidated</u>
Date Claim Filed: <u>09/22/2009</u>
Phone: +44 (0) 1534 702109

Name and Address where transfer payments should be sent (if different from above):

    _ EUR: BANCA MONTE DEI PASCHI DI SIENA SPA, SIENA SWIFT: PASCITMM
    Iban: IT11G0103001698000000843032

    CHF: UBS AG ZURICH    SWIFT: UBSWCHZH80A    favour

of ACCOUNT   02300000052118050000E
Banca Monte dei Paschi di Siena S.p.A
(PASCITMM)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: : _____          Date: 20 April 2015

TRANSFEREE/TRANSFEREE'S AGENT

*PENALTY FOR MAKING A FALSE STATEMENT:* **FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO 5 YEARS, OR BOTH. 18 U.S C. §152 & 3571.**

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Anthracite Rated Investments (Jersey) Limited (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Banca Monte dei Paschi di Siena SpA (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 28176 (the "**Claim**") against Lehman Brothers Holdings, Inc. (the "**Guarantor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _____ day of _____, 2015.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Rated Investments (Jersey) Limited | Banca Monte dei Paschi di Siena SpA |
| *(signature)* | *(signature)* |
| Name: Gareth Essex-Cater | Name: |
| Title: Director | Title: Finance, Treasury and Capital Mgmt — The General Manager — Federico Vitto |