

**FILED / RECEIVED**
**APR 2 0 2015**
**EPIQ SYSTEMS**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | BNC Mortgage LLC, case # 09-10137 |
|---|---|
| Creditor Name and Address: | Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Court Claim Number (if known): | 4969 |
| Date Claim Filed: | 6/23/2009 |
| Total Amount of Claim Filed: | $66,446.66 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/15/15

Print Name: Sylvester Romero
Title (if applicable): Accounts Examiner

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information Identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
MANHATTAN DIVISION

Case number 09-10137-SCC

In re: BNC MORTGAGE LLC

Taxpayer number: X-XX-XXXX833-8

WITHDRAWAL OF

CLAIM # 4969
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM                : 06/23/2009

2. TOTAL AMOUNT OF CLAIM        : $66,446.66
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2003 TO 12/31/2006

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 04/15/2015

Sylvester Ramirez
Accounts Examiner    (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.

Form 00-359 (Rev.8-08/5)

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528



April 15, 2015

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re:

| Taxpayer Number | Taxpayer Name | Case Number | Claim Number |
|---|---|---|---|
| 1-06-1551833-8 | BNC Mortgage LLC | 09-10137 | 4969 |
| | | | |

In the above-captioned proceedings, the State of Texas **submits for your office to file** the enclosed withdraw of a Pre- petition Tax Claim.

The Comptroller of Public Accounts will be represented in these proceedings by the Office of the Attorney General. Please direct all notices and correspondence to:

Office of the Attorney General
Bankruptcy – Collections Division MC-008
PO Box 12548
Austin, TX   78711-2548

Thank you for your cooperation in this matter.

Sincerely,

Sylvester Ramirez
Accounts Examiner
Revenue Accounting Division

Enclosures

