B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC., *et al.*,          Case No. 08-13555 (SCC)
                            Debtors          (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| BKM Holdings (Cayman) Ltd. | Banc of America Credit Products, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Intertrust Corporate Services (Cayman) Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

*With a copy to:*
c/o Davidson Kempner Capital Management
65 East 55th Street
New York, New York 10022
Attention: Jennifer Donovan
Telephone: 212-446-4018
Facsimile: 212-371-4318
Email: jdonovan@dkpartners.com

Court Claim # (if known):   58649
Amount of Claim:   $445,361,048.42
Date Claim Filed:   October 30, 2009
Debtor:   Lehman Brothers Holdings Inc.

REMAINDER OF PAGE INTENTIONALLY BLANK; SIGNATURE FOLLOWS.

3779725
7007412

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD.
By: Midtown Acquisitions LP, its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____    Date: __4/17/2015__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("**LBHI**")
Case No. 08-13555 (the "**Case**")

Claim Number: 58649 (arising from Settlement Agreement approval by an order of the Bankruptcy Court (docket no. 23023) (the "**Order**"))

Total Claim Amount: $5,174,453,117

Claim Amount Transferred: $445,361,048.42

**Banc of America Credit Products, Inc.** and its successors and assigns ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BKM Holdings (Cayman) Ltd. ("Buyer"),**
c/o Intertrust Corporate Services (Cayman) Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

and its successors and assigns all Seller's right, title and interest in and to the allowed Class 4A claim solely to the extent of $445,361,048.42 (the "**Claim**") against LBHI, allowed pursuant to the Settlement Agreement approved by the Bankruptcy Court in the Order, to which claim number 58649 has been assigned.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 14, 2015.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title: **SETH DENSON**
**VICE PRESIDENT**

BKM HOLDINGS (CAYMAN) LTD.
By: Midtown Acquisitions LP, it sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____
Name: Conor Bastable
Title: Manager

Exhibit A - Evidence of Transfer of Claim