CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Mark D. Rasmussen (*pro hac vice* pending)

*Attorneys for US Bank National Association, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark D. Rasmussen, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent US Bank National Association, as Trustee, a creditor in the above-referenced proceeding.

*I certify that I am a member in good standing* of the bar of the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 22, 2015
Chicago, Illinois

Respectfully submitted,

By: _____
Mark D. Rasmussen, Esq.
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

3781586.01.01-2.docx