IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Mark D. Rasmussen, to be admitted, ***pro hac vice****,* to represent US Bank National Association, as Trustee, the ("Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Mark D. Rasmussen, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April [__], 2015
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

3781586.01.01.docx