UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                 :
                          Debtors.                      :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NO. 33605 FILED BY SANFORD A. AND TINA A. MOHR

On April 21, 2015, the Court heard argument upon the objection, dated August 12, 2013, and the supplemental objection, dated August 5, 2014 (collectively the "Objection to Claim"), of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of Claim No. 33605 filed by Sanford A. and Tina A. Mohr (the "Claim"), all as more fully described in the Objection to Claim. Maritza Dominguez Braswell and Michael A. Rollin, Jones & Keller, P.C. appeared on behalf of the Plan Administrator; Tina A. Mohr appeared *pro se* on behalf of herself and co-claimant Sanford A. Mohr. Due and proper notice of the Objection to Claim having been provided, and it appearing that no other or further notice need be provided; the Court heard nearly one hour of oral argument, in which the Claim was discussed in detail among the Court, counsel, and Ms. Mohr. Upon the full record developed through oral argument and extensive briefing, the Court now finds, and for the reasons stated on the record, now determines, that the relief sought in the Objection to Claim is in the best interests of the chapter 11 estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection to Claim establish just cause for the relief granted herein; and after due deliberation, and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection to Claim is granted; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, Claim No. 33605 is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that the Court-appointed claims and noticing agent is authorized and directed to delete Claim No. 33605 from the official claims registry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: April 23, 2015
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE