UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :
------------------------------------------------------------------x    Ref. Docket No. 48636, 48642,
                                                                       48705, 48706, 48709-48711, 48719,
                                                                       48723, 48794, 48868, 48869, 48881,
                                                                       48946, 48967, 49005, 49011, 49014,
                                                                       49016, 49017, 49019, 49078, 49080,
                                                                       49152, 49202, 49216

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 14, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
23rd day of April, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279

To:    BAR(23) MAILID *** 000092859943 ***



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000092859943 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 555854-63 in the above referenced case and in the amount of $600,000.00 allowed at $601,851.66 has been transferred (unless previously expunged by court order)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
227 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     48636     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/14/2015                   Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 14, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ACREVIS BANK AG | TRANSFEROR: UBS AG, C/O FINANZ LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, POSTFACH 661, CH-9007 ST GALLEN   SWITZERLAND |
| BANCA DELLO STATO DEL CANTONE TICINO | TRANSFEROR: UBS AG, ATTN: G. JEMINI, VIALE H GUISAN 5, 6500 BELLINZONA   SWITZERLAND |
| BANCA POPOLARE DI SONDRIO (SUISSE) SA | TRANSFEROR: UBS AG, ATTN:  SIGNOR GIANMARIO CEPPI, VIA MAGGIO 1, CH-6900 LUGANO   SWITZERLAND |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK VONTOBEL AG, ZURICH | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, POSTFACH, CH-8022 ZURICH   SWITZERLAND |
| BANQUE CANTONALE DU VALAIS | TRANSFEROR: UBS AG, ATTN: STEPHANE TRAVELLETTI, RUE DES CEDRES 8, CH-1951 SION   SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: UBS AG, ATTN: ANNE PARIS, PLACE CHAUDERON 8, 1003 LAUSANNE   SWITZERLAND |
| BASLER KANTONALBANK | TRANSFEROR: UBS AG, ATTN: JURGEN LISS, POSTFACH, CH-4002 BASEL   SWITZERLAND |
| BAUMANN & CIE BANQUIERS | TRANSFEROR: UBS AG, ATTN: RENE UTTINGER, ST. JAKOBS-STRASSE 46, CH-4002 BASEL   SWITZERLAND |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT, BRIENNER STR. 18, MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP, ATTN: ELLEN HAYES & HARVEY DYCHIAO, 520 MADISON AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT, BRIENNER STR. 18, MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP, ATTN: ELLEN HAYES & HARVEY DYCHIAO, 520 MADISON AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BLACKWELL PARTNERS, LLP | TRANSFEROR: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC, C/O DUMAC, INC. ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BAYERISCHE LANDESBANK, ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BAYERISCHE LANDESBANK, ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GRUPPO BANCA LEONARDO SPA | TRANSFEROR: UBS AG, ATTN: ANNALISA ROMANO, VIA BROLETTO 46, 20121 MILANO   ITALY |
| ING BELGIUM SA/ NV | TRANSFEROR: UBS AG, ATTN: CLAUDIA BAAN, CARLA WYCKMANS, MARNIXLAAN 24, B-1000 BRUSSELS   BELGIUM |
| ING-DIBA AG | TRANSFEROR: UBS AG, ATTN: STEFANIE STRUNZ, SUDWESTPARK 47, 90449 NURNBERG   GERMANY |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: RR DONNELLEY RECEIVEABLES INC., ONE STATION PLACE, THREE NORTH, STAMFORD, CT 06902 |
| LEHRMAN, NINA | TEJAS SECURITIES GROUP, INC., F/B/O BARRY SCHNEIDERWIND, 8226 BEE CAVES RD, AUSTIN, TX 78746 |
| LEHRMAN, NINA | TEJAS SECURITIES GROUP, INC., F/B/O PETER SINGH, 8226 BEE CAVES RD, AUSTIN, TX 78746 |
| LEHRMAN, NINA | TEJAS SECURITIES GROUP, INC., F/B/O RICHARD WACKERBARTH, 8226 BEE CAVES RD, AUSTIN, TX 78746 |
| LEHRMAN, NINA | TEJAS SECURITIES GROUP, INC., F/B/O CHRISTOPHER MAJER BUCKLEY, 8226 BEE CAVES RD, AUSTIN, TX 78746 |
| LEHRMAN, NINA | TEJAS SECURITIES GROUP, INC., F/B/O BRANDY SAMANIEGO, 8226 BEE CAVES RD, AUSTIN, TX 78746 |
| PERSHING LLC FBO BARRY SCHNEIDERWIND | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 13501 GALLERIA CIRCLE, |

| Claim Name | Address Information |
|---|---|
| PERSHING LLC FBO BARRY SCHNEIDERWIND | STE W240, BEE CAVES, TX 78738 |
| PERSHING LLC FBO BARRY SCHNEIDERWIND | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 13501 GALLERIA CIRCLE, STE W240, BEE CAVES, TX 78738 |
| PERSHING LLC FBO BRANDY SAMANIEGO | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 13501 GALLERIA CIRCLE, STE W240, BEE CAVES, TX 78738 |
| PERSHING LLC FBO CHRISTOPHER MAJOR BUCKLEY | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 13501 GALLERIA CIRCLE, STE W240, BEE CAVES, TX 78738 |
| PERSHING LLC FBO RICHARD WACKERBARTH | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 1350 GALLERIA CIRCLE, STE W240, BEE CAVES, TX 78738 |
| PRIVATBANK IHAG ZURICH AG | TRANSFEROR: UBS AG, ATTN: RICHARD OTT, BLEICHERWEG 18, CH-8022 ZURICH SWITZERLAND |
| RAHN & BODMER CO | TRANSFEROR: UBS AG, ATTN: ENRICO NUSSIO, TALSTRASSE 15, POSTFACH, CH-8022 ZURICH  SWITZERLAND |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| SCHAFFHAUSER KANTONALBANK | TRANSFEROR: UBS AG, ATTN: DANIEL KOHLER, VORSTADT 53, CH-8201 SCHAFFHAUSEN SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, 9001 ST GALLEN  SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VAN DE PUT & CO | TRANSFEROR: UBS AG, ATTN: PHILIPPE VERMEIREN, BANQUES DES TITRES COMM VA, VAN PUTLEI 74-76, B-2018 ANTWERPEN  BELGIUM |
| VP BANK AG | TRANSFEROR: UBS AG, ATTN: WERNER HOLPP, AEULESTRASSE 6, 9490 VADUZ LIECHTENSTEIN |

**Total Creditor Count 73**