**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
.                                                              :
In re                                                          :        **Chapter 11 Case No.**
.                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :        **08-13555 (SCC)**
.                                                              :        **(Jointly Administered)**
.                              **Debtors.**                     :
.                                                              :
---------------------------------------------------------------------x        **Ref. Docket No. 48646**


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
.                         ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 14, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez


Sworn to before me this
23rd day of April, 2015
*/s/  Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 909

To:     BAR(23) MAILID *** 000092859962 ***



AFI ESCA LUXEMBOURG SA
ANTONY CLAUDIN
21 RUE LEON LAVAL
L-3372 LEUDELANGE
 LUXEMBOURG

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

**NOTICE OF DEFECTIVE TRANSFER**

ASPECTA ASSURANCES INTERNATIONAL SA
GOLDBELL 1
5, RUE EUGENE RUPPERT
L-2453
LUXEMBOURG

BAR(23) MAILID *** 000092859962 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 909

AFI ESCA LUXEMBOURG SA
ANTONY CLAUDIN
21 RUE LEON LAVAL
L-3372 LEUDELANGE
LUXEMBOURG

**Your transfer of claim # 17589 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number   48646                  Date:  02/25/2015

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| AFI ESCA LUXEMBOURG SA | ANTONY CLAUDIN, 21 RUE LEON LAVAL, L-3372 LEUDELANGE   LUXEMBOURG |
| ASPECTA ASSURANCES INTERNATIONAL SA | GOLDBELL 1, 5, RUE EUGENE RUPPERT,  L-2453 LUXEMBOURG |

**Total Creditor Count 2**

AFI ESCA LUXEMBOURG SA          ANTONY CLAUDIN, 21 RUE LEON LAVAL, L-3372 LEUDELANGE   LUXEMBOURG

ASPECTA ASSURANCES INTERNATIONAL SA          GOLDBELL 1, 5, RUE EUGENE RUPPERT,  L-2453 LUXEMBOURG