UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------------------x
                                                :
In re                                           :       Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :        08-13555 (SCC)
                                                :       (Jointly Administered)
                        Debtors.                :
                                                :
--------------------------------------------------------------------------x
```

Ref. Docket No. 48796, 48882, 48909-48911, 48913, 48915, 48917-48919, 48942, 48992, 48993, 49076, 49077, 49179

<u>AFFIDAVIT OF SERVICE</u>

```
STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )
```

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
23rd day of April, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000168641

To:    BAR(23) MAILID *** 000092877337 ***



VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: ZFI ENDOWMENT PARTNERS, L.P.
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

ZFI ENDOWMENT PARTNERS, L.P.
TRANSFEROR: GOLD, BRADLEY
156 WEST 56TH STREET
SUITE 1003
NEW YORK, NY 10019

Please note that your claim # 55854-43 in the above referenced case and in the amount of
$300,000.00 allowed at $304,800.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000092877337 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000168641



VONWIN CAPITAL MANAGEMENT, LP
TRANSFEROR: ZFI ENDOWMENT PARTNERS, L.P.
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        49179                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  04/16/2015                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADVAM PARTNERS SGR | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A., ATTN: GIAN PAOLO RIVANO-MARCO BINDA, VIA TURATI, 9, MILANO 20121 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | PIAZZALE LODI, 3, MILANO (MI) 20137 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT, ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT, RUE DE LA PLAINE 14, YVERDON CH-1400 SWITZERLAND |
| BERNER KANTONALBANK AG | TRANSFEROR: VALIANT BANK AG, ATTN: SAMUEL STUCKI, POSTFACH, CH-3001 BERN SWITZERLAND |
| BETHMANN BANK AG | TRANSFEROR: JUNG, GUENTER, BETHMANNSTRASSE 7-9, 60311 FRANKFURT AM MAIN GERMANY |
| CASSA LOMBARDA S.P.A. | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A., ATTN: STEFANO BARCELLA, VIA MANZONI, 12, MILANO 20121 ITALY |
| CHEUNG KUNG KAI | 1/F POKFULAM HEIGHTS, 86A POKFULAM RD, HONG KONG   HONG KONG |
| CHIU, WAISUM | 68 WINTER CREEK CRES., MARKHAM, ON L6C 3E3 CANADA |
| CREDIT SUISSE ITALY | TRANSFEROR: CASSA LOMBARDA S.P.A., ATTN: MARIA LUZZI-UFFICIO MASTER DATA, VIA SANTA MARGHERITA, 3, 20121 MILANO   ITALY |
| FAN KIN KWAN & FAN HIU YIM | RM 607, JOYFUL VILLAS, 11 HONG LEE RD., KWUN TONG, KOWLOON   HONG KONG |
| ICCREA BANCA SPA | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN:  AVV. ANTONIO TORRE, VIA L ROMANA 41/47, CAP 00178/ROMA   ITALY |
| ICCREA BANCA SPA | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN:  AVV. ANTONIO TORRE, VIA L ROMANA 41/47, CAP 00178/ROMA   ITALY |
| JUNG, GUENTER | PARKALLEE 19, AHRENSBURG D-22926 GERMANY |
| LAM, HOP KUI & CHAN, BO HING, JANICE | 8D, FOOK LUK BLDG., 44-50 BOUNDARY STREET, MONGKOK, KOWLOON   HONG KONG |
| LIU MEI KUM JULIET | 15 MOORSOM ROAD,, JARDINE'S LOOKOUT,    HONG KONG |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: BANQUE PIGUET & CIE S.A., BOHL 17, CH-9004 ST GALLEN   SWITZERLAND |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHIU, WAISUM, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHEUNG KUNG KAI, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: FAN KIN KWAN & FAN HIU YIM, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: LAM, HOP KUI & CHAN, BO HING, JANICE, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: LIU MEI KUM JULIET, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHEUNG KUNG KAI, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: WONG YU HIN & WONG CHUN MAN, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: YAO SHU LIN & LIU MEI KUM JULIET, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: YIP LAI MEI, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| VALIANT BANK AG | F/K/A VALIANT PRIVATBANK AG, BUNDESPLATZ 4, PO BOX, BERN 3001 SWITZERLAND |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: ZFI ENDOWMENT PARTNERS, L.P., ROGER VON SPIEGEL, MANAGING DIRECTOR, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: ZFI ENDOWMENT PARTNERS, L.P., ROGER VON SPIEGEL, MANAGING DIRECTOR, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| WONG YU HIN & WONG CHUN MAN | HOUSE 28, BOULEVARD DE CASCADE, THE BEVERLY HILLS, 23 SAM MUN TSAI ROAD, TAIPO |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| WONG YU HIN & WONG CHUN MAN | HONG KONG |
| YAO SHU LIN & LIU MEI KUM JULIET | 15 MOORSOM ROAD, JARDINES LOOKOUT   HONG KONG |
| YIP LAI MEI | 905 B, MT. PARKER LODGE, 10 HUNG PAK PATH, QUARRY BAY   HONG KONG |
| ZFI ENDOWMENT PARTNERS, L.P. | TRANSFEROR: GOLD, BRADLEY, 156 WEST 56TH STREET, SUITE 1003, NEW YORK, NY 10019 |
| ZFI ENDOWMENT PARTNERS, L.P. | TRANSFEROR: BANK HAPOALIM B.M., 156 WEST 56TH STREET, SUITE 1003, NEW YORK, NY 10019 |

**Total Creditor Count 36**