# EXHIBIT A

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re<br>Lehman Brothers Holdings Inc., et al<br>Debtors | Chapter 11<br>Case No 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc., et al. | Case No. of Debtor<br>08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000014184

0000014184 (barcode)

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Dongbu Securities Co., Ltd

36-5, Yeouido-Dong, Yeongdeungpo-Gu.Seoul, Korea, 150-886

Telephone number: 82-2-369-3168   82-2-369-3788   Email Address: jbryan@dongbuhappy.com   ygu.kang@winnet.co.kr

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as.

1. Amount of Claim as of Date Case Filed: $ US$1,246,901.27
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: a Claim based on a guarantee provided by Lehman Brothers Holdings in connection with Dongbu's
(See instruction #2 on reverse side.) with Lehman Brothers Commercial Corporation Asia Limited derivative transactions

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☑ Motor Vehicle   ☐ Other

Describe. _____

Value of Property: $_____   Annual interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

Amount entitled to priority:

$_____

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED

SEP 16 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
9/15/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
*Kim Hyung*
President & CEO
KIM, Ho-JUNG

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Summary of Claims

## 1. The Derivative Transaction and the Guaranty by Lehman Brothers Holdings Inc.

Dongbu Securities Co., Ltd. ("Dongbu Securities") and Lehman Brothers Commercial Corporation Asia Limited ("Lehman Asia") carried out an over-the-counter derivative transaction without entering into a multicurrency-cross border ISDA master agreement (the "ISDA Master Agreement") and prepared a long-form confirmation dated May 7, 2008 related thereto (the "Confirmation"). The parties agreed to apply the definitions and provisions contained in the 2002 ISDA Equity Derivatives Definitions and the 2006 ISDA Definitions. The aforesaid derivative transaction is an equity-linked derivative transaction based on the assets comprising of the shares of the Shinhan Financial Group and LG Display. The maturity date for the derivative transaction is April 22, 2011, and the equity notional amount at the time of execution was KRW 2,607,300,000.

Lehman Brothers Holdings Inc. ("Lehman Holdings") has certified by issuing its Secretary's Certificate dated December 7, 2005, stating that Lehman Holdings guarantees all responsibilities and obligations of Lehman Asia towards Dongbu Securities.

## 2. A Petition for Bankruptcy Protection by Lehman Holdings Inc. and Winding up order for Lehman Asia

On September 15, 2008, Lehman Holdings filed a petition for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code, and a winding up order was issued on November 26, 2008 against Lehman Asia.

## 3. Notice of Early Termination and Loss Calculation

In response, in accordance with Section 5(a)(vii) and Section 6(a) of the ISDA Master Agreement, Dongbu Securities sent to Lehman Asia (i) a notice of early termination dated October 14, 2008 designating October 21, 2008 as the early termination date and (ii) a notice of loss calculation dated October 23, 2008 fixing US$1,246,901.27 as the early termination amount. However, Dongbu Securities has not been repaid the early termination amount by Lehman Asia.

## 4. Claim Report

Therefore, Dongbu Securities hereby submits to this court its claim in the amount of US$1,246,901.27 and notifies that Lehman Holdings has liability in such amount as a guarantor of Lehman Asia.

The above amount does not include any interest to which Dongbu Securities may be entitled.  Please be advised that the filing of this Summary of Claims by Dongbu Securities by no means suggests that Dongbu Securities is relinquishing any of its rights to default interest accrued on the amount of claim stated in the foregoing.



| *United States Bankruptcy Court/Southern District of New York* | | **PROOF OF CLAIM** | |
|---|---|---|---|
| Lehman Brothers Holdings Claims Processing Center | | | |

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | Case No. of Debtor<br>08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 0000025640

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000025776

LY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 9010046440*****
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES BUILDING 26-4
YEOUIDO-DONG
YEONGDEUNGPO-GU
SEOUL 150-737
KOREA
Email: Wan Seok, Lee/Chief Risk Officer    wslee@iprovest.com(Tel:82-2-3771-9070)
Jae Sik, Seo/Lawyer          20070001@iprovest.com(Tel:82-2-3771-9316)
Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number:_____
    (*If known*)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
DERIVATIVE MASTER ACCOUNT NUMBER 052907KYOB

Name and address where payment should be sent (if different from above):
☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:          Email Address:

1.   Amount of Claim as of Date Case Filed: KRW 7,650,823,000 / USD 6,633,853   (Won-Dollar exchange rate on 18 SEP 2008 / 1153.30 KRW/ USD)
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑   Check this box if all or part of your claim is based on a Derivative Contract.*
☑   Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2.   Basis for Claim: A Claim based on a guarantee provided by Lehman Brothers Holdings in connection
     (See instruction #2 on reverse side.)          with Kyobo's derivative transactions with LBCCA.

3.   Last four digits of any number by which creditor identifies debtor: _____
     3a. Debtor may have scheduled account as: _____
         (See instruction #3a on reverse side.)

4.   Secured Claim (See instruction #4 on reverse side.)
     Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
     Nature of property or right of setoff:   ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
     Describe: _____
     Value of Property: $_____ Annual Interest Rate _____%
     Amount of arrearage and other charges as of time case filed included in secured claim, if any:
     $_____ Basis for perfection: _____
     Amount of Secured Claim: $_____ Amount Unsecured: $_____

5.   Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

Amount entitled to priority:

$_____

6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
     (See instruction #6 on reverse side.)

7.   Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8.   Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 21 2009

EPIQ BANKRUPTCY SOLUTIONS

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Wan Seok Lee*, CRO |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case Number: 08-13555 (JMP)

Name of Debtor: Lehman Brothers Holdings, Inc.
                As guarantor of Lehman Brothers Commercial Corporation Asia, Ltd.

Name of Creditor: Kyobo Securities Co., Ltd.

### Summary of Claims

1.   Carrying out of the derivative transactions

Kyobo Securities Co., Ltd. ("Kyobo Securities") and Lehman Brothers Commercial Corporation Asia Limited ("Lehman Asia") have entered into a number of derivative transactions.

Kyobo Securities and Lehman Asia entered into a multicurrency-cross border ISDA master agreement (the "ISDA Master Agreement") and carried out an over-the-counter derivative transaction on July 13, 2007 and prepared a long-form confirmation dated July 26, 2007 related thereto (the "Confirmation").   The aforesaid derivative transaction is an equity-linked derivative transaction based on the assets comprising of the shares of Samsung SDI and Woori Financial Group.   The maturity date for the derivative transaction is July 13, 2010, and the equity notional amount at the time of execution was KRW2,000,000,000.

Kyobo Securities and Lehman Asia carried out an over-the-counter derivative transaction on July 25, 2007 and prepared the Confirmation dated July 31, 2007 related thereto.   The aforesaid derivative transaction is an equity-linked derivative transaction based on the assets comprising of the shares of Samsung Electronics and Hynix Semiconductors.   The maturity date for the derivative transaction is July 29, 2009, and the equity notional amount at the time of execution was KRW1,000,000,000.

In addition, Kyobo Securities and Lehman Asia carried out an additional 5 over-the-counter derivative transactions based on similar terms to the Confirmation. A summary of the outstanding transactions is set out below:

6419288.1

Case Number: 08-13555 (JMP)

Name of Debtor: Lehman Brothers Holdings, Inc.
            As guarantor of Lehman Brothers Commercial Corporation Asia, Ltd.

Name of Creditor: Kyobo Securities Co., Ltd.

| No | Effort Id | Global Id | Trade Date |
|----|-----------|-----------|------------|
| 1 | 1483236 | 3190294 | 13 July 2007 |
| 2 | 1514698 | 3222105 | 25 July 2007 |
| 3 | 1845375 | 3581766 | 15 January 2008 |
| 4 | 2021023 | 3759488 | 7 April 2008 |
| 5 | 2042961 | 3778215 | 16 April 2008 |
| 6 | 2042952 | 3778217 | 16 April 2008 |
| 7 | 2048055 | 3783474 | 18 April 2008 |

2.  Guaranty by Lehman Holdings

In connection with the above, Lehman Brothers Holdings Inc. ("Lehman Holdings")
provided a written confirmation to Kyobo Securities guaranteeing the liabilities of
Lehman Asia.

3.  A petition for bankruptcy protection by Lehman Holdings

Thereafter, on September 15, 2008, Lehman Holdings filed a petition for bankruptcy
protection under Chapter 11 of the United States Bankruptcy Code.

4.  First notice of termination and early termination amount (the "First Notice")

In response, in accordance with Section 5(a)(vii)(4) and Section 6(a) of the ISDA
Master Agreement, Kyobo Securities sent to Lehman Asia a notice of early termination
dated September 18, 2008 declaring the termination of the derivative transactions
against Lehman Asia and seeking an early termination amount of KRW 7,650,823,000.

5.  Second notice of termination and notice of loss calculation (the "Second Notice")

6419288.1

Case Number: 08-13555 (JMP)

Name of Debtor: Lehman Brothers Holdings, Inc.
              As guarantor of Lehman Brothers Commercial Corporation Asia, Ltd.

Name of Creditor: Kyobo Securities Co., Ltd.

However, on September 19, 2008, a winding up petition was filed against Lehman Asia, and a court in Hong Kong subsequently appointed Edward Middleton, Patrick Cowley and Paul Brough of KPMG LLP as provisional liquidators of Lehman Asia.

In response, in accordance with Section 5(a)(vii) and Section 6(a) of the ISDA Master Agreement, Kyobo Securities sent to Lehman Asia (i) a notice of early termination dated November 3, 2008 designating November 10, 2008 (Korea Time Zone) as the early termination date and (ii) a notice of loss calculation dated November 11, 2008 fixing KRW 5,636,354,061 as the early termination amount. Kyobo Securities has not been repaid the early termination amount by Lehman Asia.

6.  Claim report

Therefore, we hereby submit to the Provisional Liquidators (i) a main claim of KRW 7,650,823,000 pursuant to the First Notice and, without prejudice to our rights with respect to the foregoing, (ii) an alternative claim of KRW 5,636,354,061 pursuant to the Second Notice in case the main claim is ultimately not recognized by the Provisional Liquidators, plus outstanding uncapitalised interest.

6418288.1


KYOBO Securities

# Kyobo Securities

| | |
|---|---|
| Date: | 18 September, 2009 (South Korea Time Zone) |
| To: | Epiq Bankruptcy Solutions, LLC |
| | Attn: Lehman Brothers Holdings Claims Processing |
| | 757 Third Avenue, 3rd Floor |
| | New York, New York 10017 |
| From: | Kyobo Securities Co., Ltd. |
| | Wan Seok, Lee / Chief Risk Officer (Tel 822-3771-9070) |
| | Jae Sik, Seo / Lawyer |
| Facsimile: | 822-3771-9616 |

1. Kyobo Securities Co., Ltd. has already sent the Proof of Claim on 28 January 2009(Claim number: 2121). However, in order to be sure of our Proof of Claim, we are resending this Proof of Claim.

2. Although the name of debtor against which Claim is held is Lehman Brothers Commercial Corporation Asia Limited, the Proof of Claim form delivered to us by the United States Bankruptcy Court/Southern District of New York states the name of debtor as Lehman Brothers Commercial Corporation.

   We thereby submit 2 copies of Proof of Claim, each printed with aforementioned versions of the name of debtor. Please choose whichever you may find appropriate.

