**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    **08-13555 (SCC)**
                                                    :
                    **Debtors.**                    :    **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------x    **Ref. Docket No. 49277**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On April 21, 2015, I caused to be served the "Notice of Motion of the Plan Administrator in
    Aid of Execution of the Plan to Establish a Deadline for Filing OFAC Certifications and for
    Approval of Related Procedures," dated April 21, 2015, to which was attached the "Motion
    of the Plan Administrator in Aid of Execution of the Plan to Establish a Deadline for Filing
    OFAC Certifications and for Approval of Related Procedures," dated April 21, 2015 [Docket
    No. 49277], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight
         mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class
         mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Carol Zhang*
Sworn to before me this                             Carol Zhang
22<u>nd</u> day of April, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

agottfried@morganlewis.com

aisenberg@saul.com

akadish@dtlawgroup.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

angie.owens@skadden.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apalazzolo@fzwz.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

ben.lewis@hoganlovells.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

clynch@reedsmith.com

cmestres@aclawllp.com

cmontgomery@salans.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmarkham@gibbonslaw.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gspilsbury@jsslaw.com

guzman@sewkis.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

irethy@stblaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jalward@blankrome.com

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jclose@chapman.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
khang.tran@hoganlovells.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lhill@reedsmith.com

linda.boyle@twtelecom.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

meggie.gilstrap@bakerbotts.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com

psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com

sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blblaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com

sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com

will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 101 HUDSON LEASING ASSOCIATES | PO BOX 23229 NEWARK NJ 07189 |
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: ARONSON, EVA BOREHAUGEN 1 STAVANGER 40 06 NORWAY |
| ACTRON INTERNATIONAL CORPORATION | WOODBOURNE HALL ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| ACUSHNET COMPANY | P.O. BOX 965 FAIRHAVEN MA 02719-0965 |
| ADEL, JOHAN | TRANSFEROR: EFG BANK AB (PUBL) LUND EKHAGA SODERKOPING S-614 92 SWEDEN |
| ADVAM PARTNERS SGR | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A. ATTN: GIAN PAOLO RIVANO-MARCO BINDA VIA TURATI, 9 MILANO 20121 ITALY |
| AFI-ESCA LUXEMBOURG SA | TRANSFEROR: ASPECTA ASSURANCES INTERNATIONAL SA 21, RUE LEON LAVAL LEUDELANGE L-3372 LUXEMBOURG |
| AFRASIA BANK LTD | TRANSFEROR: UBS AG ATTN: KHALID MAHAMODALLY BOWEN SQUARE, 10 DR FERRIERE STREET PORT LOUIS MAURITIUS |
| AHOUVI, IGAL | FAO ETY LEVY PARTAM NECHASIM P.O. BOX 65043 TEL AVIV 61650 ISRAEL |
| AHOUVI, IGAL | 11 AKIVA ARIE STREET TEL AVIV 62154 ISRAEL |
| AIRGAS INTERMOUNTAIN | 3710 HWY 82 #6 GLENWOOD SPRINGS CO 81601 |
| ALBAACE SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: TOMOYASU HANEISHI 3-29-24 SHIBUYA SHIBUYA-KU TOKYO 150-0002 JAPAN |
| ALDA CORDEIRO BORGES VENTURA, MARIA | RUA VIRGINIA VITORINO NO12 - 1 DTO LISBOA 1600-784 PORTUGAL |
| ALL AROUND LIGHTING INC | 535 WARD AVE STE 105 HONOLULU HI 96814 |
| ALPHA OFFICE SUPPLIES INC | PO BOX 2361 PHILADELPHIA PA 19103 |
| ALTERNATIVE BANK SCHWEIZ AG | TRANSFEROR: CREDIT SUISSE AMTHAUSQUAI 21 OLTEN CH-4601 SWITZERLAND |
| AMERICAN EXPRESS SERVICES EUROPE LTD | 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| ANA BELEN ALFONSO GARCIA | RUA DUQUE DA TERCEIRA N 164 1 PORTO 4000 PORTUGAL |
| ANDREASSEN, KIARE HARRY | HARRY FETTS VEI 8 OSLO 0667 NORWAY |
| ASCENSION HEALTH-HEALTH SYSTEM DEPOSITORY INDEX PL | C/O STATE STREET BANK & TRUST REFERENCE STATE STREET FUND # DR6M PO BOX 5756 BOSTON MA 02206 |
| ASCENSION HEALTH-HEALTH SYSTEM DEPOSITORY INDEX PL | C/O STATE STREET BANK & TRUST REF: STATE STREET FUND # DR6M PO BOX 5756 BOSTON MA 02206 |
| ASCENSION HEALTH-HEALTH SYSTEM DEPOSITORY INDEX PL | C/O WESTERN  ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1355 385 E. COLORADO BLVD. PASADENA CA 91101 |
| ASHWOOD INTERVEST LTD | PO BOX 53168 PUNTA DEL ESTE MALDONADO URUGUAY |
| AT&T | P.O. BOX 13148 NEWARK NJ 07101-5648 |
| AT&T | PO BOX 5001 CAROL STREAM IL 60197-5001 |
| AUSTRALIAN HEALTH MGT GROUP PTY LTD. | LEVEL 16 700 COLLINS ST MELBOURNE VIC 3000 AUSTRALIA |
| BA-CA VERISCHERUNG AKTIENGESELLSCHAFT | C/O MEAG MUNICH ERGO ASSET MANAGEMENT GMBH OSKAR-VON-MILLER-RING 18 ATTN: R. WOLFSTURM MUNCHIN 80333 GERMANY |
| BA-CA VERISCHERUNG AKTIENGESELLSCHAFT | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BACH, WINFRIED | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA P.O. BOX 185 PATTAYA POST OFFICE CHONBURI 20260 THAILAND |
| BANCA POPOLARE DI SONDRIO (SUISSE) SA | TRANSFEROR: UBS AG ATTN:  SIGNOR GIANMARIO CEPPI VIA MAGGIO 1 CH-6900 LUGANO SWITZERLAND |
| BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA | CL TRAVESERA DE GRACIA, 11 BARCELONA 08021 SPAIN |
| BANCO DE LA PEQUENA Y MEDIANA EMPRESA, SA | TRAVESERA DE GRACIA, 11 BARCELONA 08021 SPAIN |
| BANK FREY & CO. AG | TRANSFEROR: CREDIT SUISSE AG C/O FINANZ-LOGISTIK AG ROSENBERGSTRASSE 16 ST. GALLEN 9004 SWITZERLAND |
| BANK FUR TIROL UND VORARLBERG AG | TRANSFEROR: UBS AG ATTN: RAFAEL ROSSIAN STADTFORUM 1 6020 INNSBRUCK AUSTRIA |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BANK VONTOBEL AG, ZURICH | TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND |
| BANKHAUS CARL SPANGLER & CO. AKTIENGESELLSCHAFT | TRANSFEROR: UBS AG ATTN: EVELYN TRATTNER SCHWARZSTRASSE 1 SALZBURG A-5024 AUSTRIA |

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | TRANSFEROR: UBS AG RUE DES CEDRES 8 SION CH-1951 SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: UBS AG ATTN: ANNE PARIS PLACE CHAUDERON 8 1003 LAUSANNE SWITZERLAND |
| BANQUE SYZ & CO SA GENEVE | TRANSFEROR: UNION BANCAIRE PRIVEE 30, RUE DU RHONE CASE POSTALE 5015 GENEVE 11 1211 SWITZERLAND |
| BARCLAYS PRIVATE CLIENTS INTL LIMITED, JERSEY BRAN | TRANSFEROR: CREDIT SUISSE BPCI LTD 13 LIBRARY PLACE ST HELIER, JERSEY JE4 8NE UNITED KINGDOM |
| BARLOWORLD PENSION TRUST LIMITED | STATESMAN HOUSE STAFFERTON WAY MAIDENHEAD BERKSHIRE SL6 1AD UNITED KINGDOM |
| BARLOWORLD PENSION TRUST LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BARRY, JOHN | CASTLELANDS HOUSE ST. JOSEPH'S ROAD MALLOW CO CORK IRELAND |
| BASKET S.L. | PASEO PAMPLONA 1, 9 ZARAGOZA 50004 SPAIN |
| BASLER KANTONALBANK | TRANSFEROR: UBS AG ATTN: JURGEN LISS POSTFACH BASEL CH-4002 SWITZERLAND |
| BAUMANN & CIE BANQUIERS | TRANSFEROR: UBS AG ATTN: RENE UTTINGER ST. JAKOBS-STRASSE 46 CH-4002 BASEL SWITZERLAND |
| BECKER, RAYMOND A.I. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BELLARIASTR. 47 ZURICH CH-8038 SWITZERLAND |
| BELRAD GROUP, LLC | 921 FRONT ST LOWER LEVEL SAN FRANCISCO CA 94111 |
| BERGER, SIBYLLE | TRANSFEROR: LUZERNER KANTONALBANK AG LIBELLENRAIN 25 LUZERN 6004 SWITZERLAND |
| BHATIA, CHANDRA MATTENDRA & MATTENDRA ATMARAM BHAT | UNIT E, 2/F., ON FOOK INDUSTRIAL BUILDING 41-45 KWAI FUNG CRESCENT KWAI FONG, N.T. HONG KONG |
| BIGDOUGH.COM INC. | 12189 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| BLOKHUIS, R. & W. BLOKHUIS-POORT | HAVENSTRAAT 39 BUNSCHOTEN-SPAKENBURG 3782 AB NETHERLANDS |
| BLOKHUIS, R. & W. BLOKHUIS-POORT | KEIJSER CAPITAL N.V. ATTN: COMPLIANCE DEPT KEIZERSGRACHT 410 AMSTERDAM 1016 GC THE NETHERLANDS |
| BLOOM MURR & ACCOMAZZO PC | 410 17TH STREET SUITE 2400 DENVER CO 80202 |
| BLUE MOUNTAINS CITY COUNCIL | C/ AMANDA BANTON PIPER ALDERMAN, LEVEL 23 GOVERNOR MACQUARIE TOWER - 1 FARRER PLACE SYDNEY NSW 2000 AUSTRALIA |
| BM FAMILIE VANDERLINDEN | 40E LANCIERSLAAN 27 TIENEN B-3300 BELGIUM |
| BOMA HAWAII | PO BOX 179364 HONOLULU HI 96817-8364 |
| BOOKHAM, INC. | C/O FAGRE & BENSON, LLP ATTN: IRINA PALCHUK 2200 WELLS FARGO CENTER 90 SOUTH STREET MINNEAPOLIS MN 55402 |
| BOOKHAM, INC. | C/O WELLS CAPITAL MANAGEMENT INC. MAC A0103- 101 ATTN: GEOFREY MOORE 10TH FLOOR, 525 MARKET STREET SAN FRANCISCO CA 94105-2724 |
| BRAGE, RAFAEL GALIANA | CL. BODEGAS 7. FARMACIA LA CISTERNIGA, VALLADOLID 47193 SPAIN |
| BRAND-NIEUWENBUIJZEN, S.M. EN/OF G.H. BRAND | DRIFT 61 DOORN 3941 DB NETHERLANDS |
| BURLESON INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS MOTT LLP P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BUSH, JAMES | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| BUSH, JAMES | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| CAMDEN COUNTY MUA | 1645 FERRY AVE. CAMDEN NJ 08104 |
| CAPELLA INVESTMENT (BERMUDA) LTD. | C/O CORNES & CO. LTD. 10/F FAIRMONT HOUSE 8 COTTON TREE DRIVE CENTRAL HONG KONG |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |

| Claim Name | Address Information |
|---|---|
| CAROL, CLAYTON | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| CASSA DI RISPARMIO IN BOLOGNA S.P.A. | TRANSFEROR: UBS AG ATTN: CLAUDIO CIAVARELLA VIA FARINI 22 40124 BOLOGNA ITALY |
| CBH COMPAGNIE BANCAIRE HELVETIQUE SA | TRANSFEROR: UBS AG COMPAGNIE BANCAIRE HELVETIQUE; ATTN: FABIEN VIDAL BD EMILE-JAQUES-DALCROZE 7 GENEVA 1204 SWITZERLAND |
| CDW DIRECT LLC | P.O. BOX 75723 CHICAGO IL 60675-5723 |
| CECABANK | TRANSFEROR: CREDIT SUISSE ATTN: ALFONSO VENTURA C/GABALLERO DE GRACIA 28-30 MADRID 28013 SPAIN |
| CELADON OVERSEAS LIMITED | COMMENCE CHAMBERS PO BOX 2208 ROAD TOWN TORTOLA CI#230246 BRITISH VIRGIN ISLANDS |
| CELADON OVERSEAS LIMITED | ATTN: MR. EDWARDS PH1 1B LAWTON TOWER ESSENSA FORT BONIFACIO TAGUIG CITY PHILIPPINES |
| CFM MONACO | TRANSFEROR: UBS AG ATTN: ANTONINO SCARDINO 11 BOULEVARD ALBER 1ER MONACO 98000 MONACO |
| CHAN KIN KUI | FLAT VA2-3D, STAGE 7 MORNING STAR VILLA KONG KOU ZHEN ZHONGSHAN CHINA |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAN, KENT | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| CHAN, KENT | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| CHARGE AND RIDE | 47-01 VERNON BLVD LONG ISLAND CITY NY 11101 |
| CHEN, FANG LING | 15/F NO. 218 JIANGUO ROAD SINDIAN CITY TAIPEI COUNTY 231 TAIWAN |
| CHENG YUEN SHUN | HOUSE 31 YI JING YUAN 888 LAI TING ROAD SOUTH JIU TING SONG JIANG SHANGHAI 201615 CHINA |
| CHEUNG, PO HANG | YUEN LONG INDUSTRIAL ESTATE 2 WANG LEE STREET YUEN LONG NT HONG KONG HONG KONG |
| CHI HA YUEN LIMITED | ATTN: MR CHIU YAU SHING FLAT B 6/F BLK 8 ISLAND HARBOURVIEW 11 HOI FAI ROAD KOWLOON HONG KONG |
| CHI HA YUEN LIMITED | PAI TAU TSUEN CHI HA YUEN SHATIN NT HONG KONG |
| CHOW LI CHE CHRISTINA | TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED FLAT 22B BLK2 ROBINSON PLACE 70 ROBINSON ROAD HONG KONG HONG KONG |
| CHU WEI JUNG / YANG HUI FEN | 12/F NO. 1327 JUNGJENG ROAD TAOYUAN CITY TAIWAN TAIWAN |
| CHUN RAIR & YOSHIMOTO LLP | 745 FORT STREET MALL, SUITE 900 HONOLULU HI 96813-3815 |
| CHUNG, DOMINIC & SZE, NGAN FUNG | FLAT 2 1/2 HUNG HING COURT 110 BAKER STREET HUNG HOM BAY CTR HUNG HOM KLN HUNG HOM, KLN HONG KONG |
| CIRKEL, J.C. AND/OR G.R. ROTGERS | DEMINOR INTERNATIONAL S.C.R.L. ED.VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| CIRKEL, J.C. AND/OR G.R. ROTGERS | GODFRIED VAN SEIJSTLAAN 26 ZEIST 3703 BS NETHERLANDS |
| CITIZENS BANK | ATTN: BALANCE SHEET, DEBT 328 S. SAGINAW ST., MC # D01055 FLINT MI 48501 |
| CITY OF BURLESON | ELIZABETH BANDA PERDUE BRANDON FIELDER COOLINS MOTT LLP P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| CLEVELAND CLINIC PENSION (ERISA)/CCHS RETIREMENT P | C/O BNY MELLON FINANCIAL CORPORATION ATTN: MICHAEL KANIA 525 WILLIAM PENN PLACE, RM 0400 PITTSBURGH PA 15259 |
| CLEVELAND CLINIC PENSION (ERISA)/CCHS RETIREMENT P | C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-1413 385 E. COLORADO BLVD PASADENA CA 91101 |
| CLOSE INVESTMENTS PORTFOLIO PLC – | LONG DATED STERLING CREDIT FUND C/O CLOSE ASSET MANAGEMENT LIMITED 10 EXCHANGE SQUARE, PRIMROSE STREET LONDON EC2A 2BY UNITED KINGDOM |
| CLOSE INVESTMENTS PORTFOLIO PLC – | LONG DATED STERLING CREDIT FUND C/O ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| CLOSSET, ALEXANDRE | REISTRAAT 51 LANAKEN B-3620 BELGIUM |
| COLLAUD, LOUIS & RAYMOND | AVENUE ERNEST-PICTET 34 GENEVE 1203 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| COMCAST CABLE | 8000 E ILIFF AVENUE DENVER CO 80231-5317 |
| COMPTROLLER OF MARYLAND | 301 WEST PRESTON STREET ROOM 409 BALTIMORE MD 21201 |
| CORPORATE BOND PORTFOLIO | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CORPORATE BOND PORTFOLIO | C/O FREDRIC SOSNICK AND NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CORPORATE BOND PORTFOLIO | 100 FEDERAL STREET BOSTON MA 02111 |
| COUNTY OF SANTA CLARA | TAX COLLECTOR COUNTY GOVERNMENT CENTER 6TH FLOOR, EAST WING 70 WEST HEDDING STREET SAN JOSE CA 95110 |
| CRESNOM SERVICES INTERNATIONAL INC | ONE MONTAGUE PLACE, 1ST FLOOR PO BOX N-4906 EAST BAY STREET NASSAU BAHAMAS |
| CROWN ASIA PROFITS LIMITED | ROOM 1104, 11/F, BLOCK 1, ADMIRALTY CENTRE 18 HARCOURT ROAD ADMIRALTY HONG KONG |
| DE JAGER, M. | MARCOTTEDREEF 8 BIS KAPELLEN 2950 BELGIUM |
| DE SARTIGES-MULLER, LILIANE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RTE DE BRIE 6 BIS BRUNOY F-91800 FRANCE |
| DE VLIEGER - CATSMAN, N.S. | SCHIEDAMSEDIJK 52A ROTTERDAM 3011 EE NETHERLANDS |
| DE VRIES BERGMAN, H.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MIDDELBURGLAAN 6 DEN BOSCH 5224 VB NETHERLANDS |
| DEUTSCHE BANK SUISSE AG | TRANSFEROR: CREDIT SUISSE 14 RUE DU RHONE GENEVE 1211 SWITZERLAND |
| DEX | ATTN:  CUSTOMER CARE P.O BOX 3900 PEORIA IL 61612 |
| DHARMAYANTO | JL DIPONEGORO NO 103 LK.I RT.01 RW.01 KEL KIS KOTA-KOTA KIS BARAT KISARAN-SUMATERA UTARA 21215 INDONESIA |
| DIAS, JOSE FIGUEIREDO & MARIA DO ROSARIO | TRANSFEROR: CREDIT SUISSE CALCADA DO REI 11 QUEIJAS/PT 2790-429 PORTUGAL |
| DIDDENS, CHRISTA | TAUSCHERSTR. 3 DRESDEN 01277 GERMANY |
| DIOCESIS CATOLICA DE SALAMANCA | CALLE ROSARIO, 18 SALAMANCA 37001 SPAIN |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| DOE, JOCELYN J. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| DOERMANN, CLAUDIA | C/O ZURCHER KANTONALBANK ATTN: LOAV2/P HEUBERGER P.O. BOX ZURICH CH-8010 SWITZERLAND |
| DOERMANN, CLAUDIA | TRANSFEROR: CREDIT SUISSE STETTBACHSTRASSE 73 ZURICH CH-8051 SWITZERLAND |
| DOMENICHINI GIOVANNI GERBI MARA | TRANSFEROR: ICCREA BANCA S.P.A. VIA BOLOGNESE N. 17 ITALY |
| DONNES, DE H FELIX | TESSENSTRAAT 5 BUS 25 3000 LEUVEN BELGIUM |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| DORFMAN, DAVID A. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| DUPRE, II, COURNELIUS | 314 NORTH POST OAK LANE HOUSTON TX 77024 |
| EGGINK, M.J. | GROENESTRAAT 6-208A OOSTERHOUT (GLD) 6678 MB NETHERLANDS |
| ELITE GROUP RESOURCES LIMITED | UNIT E, 2/F., ON FOOK INDUSTRIAL BUILDING, 41-45 KWAI FUND CRESCENT KWAI FONG, N.T. HONG KONG |
| EMI GROUP PENSION TRUSTEES LTD. | 27 WRIGHTS LANE LONDON W8 5SW UNITED KINGDOM |
| EMI GROUP PENSION TRUSTEES LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMIL WERR | 25 OAK LANE WAYNE NJ 07470 |
| ENERGY INCOME AND GROWTH FUND | ATTN: PAMELA COCALAS WIRT 120 EAST LIBERTY DRIVE, SUITE 400 WHEATON IL 60187 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ENERGY INCOME AND GROWTH FUND | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & JEFFREY G. CLOSE, ESQ. 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| EXECUTIVE CHARGE INC. | 1440 39TH STREET BROOKLYN NY 11218 |
| FABIAN & CLENDENIN A PROFESSIONAL CORPORATION | PO BOX 510210 SALT LAKE CITY UT 84151 |
| FARM PLAN | P.O. BOX 759 2914 GRAND AVENUE GLENWOOD SPRINGS CO 81601 |
| FED EX | P.O. BOX 94515 PALATINE IL 60094-4515 |
| FEDERAL EXPRESS | PO BOX 371461 PITTSBURGH PA 15250-7461 |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| FELDKAMP, GEOFFREY F | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| FERNANDEZ, FLOREAL ISAAC | C/O ABN AMRO BANQUE (LUXEMBOURG) S.A. 46, AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| FERNANDEZ, FLOREAL ISAAC | RIVERA 5110 MONTEVIDEO URUGUAY |
| FIBI BANK PLC | 24 CREECHURCH LANE LONDON EC3A5JX UNITED KINGDOM |
| FIDELITY GLOBAL CONSUMER INDUSTRIES FUND | ATTN: DIANNE PARAS, FUND TREASURER'S OFFICE 245 SUMMER ST., V10F BOSTON MA 02210 |
| FIDELITY STOCK PLAN SERVICES, LLC | ATTN: THOMAS BRIDGE, VP ASSOC. GENERAL COUNSEL 82 DEVONSHIRE STREET, F7B BOSTON MA 02109 |
| FIDELITY STOCK PLAN SERVICES, LLC | BRIAN CURLEY VICE PRESIDENT, FINANCE FIDELITY STOCK PLAN SERVICES, LLC 82 DECONSHIRE ST., MAIL ZONE MM1G BOSTON MA 02109 |
| FIDELITY STOCK PLAN SERVICES, LLC | ATTN: BRIAN CURLEY, VP FINANCE 82 DEVONSHIRE STREET, MM1G BOSTON MA 02109 |
| FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT AND SA | BANK BLDG-CGO, IL 50 S. LASALLE CHICAGO IL 60603 |
| FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT AND SA | BANK BLDG.-CHGO, IL 50 S. LASALLE CHICAGO IL 60603 |
| FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT AND SA | C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-2683 385 COLORADO BLVD. PASADENA CA 91101 |
| FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT AND SA | C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-2683 385 E. COLORADO BLVD. PASADENA CA 91101 |
| FIRST CHOICE POWER LP | ATTN: RHONDA LENARD, ESQ 225 E. JOHN CARPENTER FREEWAY IRVING TX 75062 |
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST CHOICE POWER, LP | LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| FONDATION DES LOGEMENTS POUR | PERS. AGEES OU ISOLEES GENEVE CITIE VIUESSEUX 8 GENEVE 1203 SWITZERLAND |
| FONDS BOLSWARD-DRONRIJP 1993 | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION POSTBUS 137 BOLSWARD 8700 AC NETHERLANDS |
| FOREE TIRE DIST. | P.O. BOX 127 LITTLETON CO 80160-0127 |
| FORT SEWARD, INC. | C/O SKYBOX 1900 NW 97TH AVE STE. 051-308692 MIAMI FL 33172 |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS MOTT LLP P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| FORTIS LUCEMBOURG-VIE S.A. | 16 BOULEVARD ROYAL LUXEMBOURG L-2449 LUXEMBOURG |
| FRANK RUSSELL US BOND FUND | STATE STREET BANK & TRUST P O BOX 5756 REFERENCE STATE STREET FUND #JY43 BOSTON MA 02206 |
| FRANK RUSSELL US BOND FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1488 385 E. COLORADO BLVD. PASADENA CA 91101 |
| FRIEDRICHSEN, MARKUS | TRANSFEROR: CREDIT SUISSE ERLENKAMP 29 HAMBURG DE-22087 GERMANY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| FRITZKE, HEINZ | SENIORENDOMIZIL WILHELMSTIFT ERNST-BUMM-WEG 6 BERLIN 14059 GERMANY |
| GANNETT CO, INC | ATTN: MICHAEL A. HART 7950 JONES BRANCH DRIVE MC LEAN VA 22107 |
| GARCIA BAJO, SIRICIO | PZA. JARDINES DE DON DIEGO, 6 ARANDA DE DUERO, BURGOS 09400 SPAIN |
| GARFIELD COUNTY TREASURER | CASSIE L. COLEMAN GARFIELD COUNTY ATTORNEY'S OFFICE 108 8TH STREET, SUITE 219 GLENWOOD SPRINGS CO 81601 |
| GARFIELD COUNTY TREASURER | P.O. BOX 1069 GLENWOOD SPRINGS CO 81602-1069 |
| GARTMANN, ARTHUR | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VATTRUSTRASSE 5 VADURA CH-7314 SWITZERLAND |
| GAS COMPANY, THE | PO BOX 3000 HONOLULU HI 96802 |
| GAS COMPANY, THE | PO BOX 29850 HONOLULU HI 96820-2250 |
| GE CAPITAL | P.O. BOX 31001-0271 PASADENA CA 91110-0271 |
| GEISSLER, PETER AND PAULA | MOHSGASSE 21/2/8 WIEN 1030 AUSTRIA |
| GEISSLER, PETER AND PAULA | ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016 |
| GENESYS CONFERENCING INC. | DEPARTMENT 0938 DENVER CO 80256 |
| GENONI, LUCA | TRANSFEROR: UBS AG VIA FAM CARLO SCACCHI 18 CAPOLAGO 6825 SWITZERLAND |
| GENONI, LUCA | C/O BANCA COOP SA IN FAVOR OF LUCA GENONI CH4508440256330712002 PIAZZA NOSETTO 3 BELLINZONA CH-6501 SWITZERLAND |
| GERBI PAOLO AND GERBI MARA | TRANSFEROR: ICCREA BANCA S.P.A. VIA BOLOGNESE N. 17 ITALY |
| GETZLAFF, HILDEGARD | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FRANKENWEG 24 BOCHUM 44867 GERMANY |
| GIULIANO LONGA | C/O ZURCHER KANTONALBANK ATTN. LOAV2/P HEUBERGER ZURICH CH-8010 SWITZERLAND |
| GIULIANO LONGA | TRANSFEROR: CREDIT SUISSE AG AHORNWEG 10 HETTLINGEN CH-8442 SWITZERLAND |
| GLARNER KANTONALBANK | TRANSFEROR: UBS AG ATTN: MR. RENATO BRUNNER HAUPTSTRASSE 21 GLARUS 8750 SWITZERLAND |
| GLOBAL CORPORATE ACTIONS | EP-MN-WN3K 60 LIVINGSTON AVE SAINT PAUL MN 55107 |
| GOLANI, NARESH DHARMDAS & GOLANI, JAYA NARESH | HOUSE 31 WINDSOR PARK PHASE II NO.1 MA LOK PATH KOU TOU SHAN NEW TERRITORIES HONG KONG |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOMIS CANETE, JOSE | BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA C/ SERRANO, 88. MARID 28006 SPAIN |
| GRANDT, KLAUS | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION FERDINANDSTRASSE 75 HAMBURG 20095 GERMANY |
| GRAZIANO DELI | TRANSFEROR: UBS AG BANCA DEL SEMPIONE ATTN: RENATO VOSTI VIA PIETRO PERI 5 LUGANO CH-6900 SWITZERLAND |
| GRUBER, PETER & IRMGARD | GARTENWEG 12 GROSSLOBMING 8734 AUSTRIA |
| GULATI, L K & S | PO BOX 16714 ACCRA NORTH GHANA |
| GUNTER, DIEDRICH | TRANSFEROR: CREDIT SUISSE AG AM HECKACKER 60 KALCHREUTH 90562 GERMANY |
| GUSTAFSSON, KRISTER | TRANSFEROR: EFG BANK AB (PUBL) C/O JENNY SUNDBERG SPARREGATAN 5 LINKOPING S-582 21 SWEDEN |
| HANDELSBANKEN LIFE & PENSION | SVENSKA HANDELSBANKEN AB (PUBL), HCOS-C STOCKHOLM SE-106 70 SWEDEN |
| HANSSEN - DEBETS, M.F.P. | SIBELIASPARK 257 OSS 5343 BL NETHERLANDS |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |

| Claim Name | Address Information |
|---|---|
| HAR-EVEN, ITAMAR | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| HAWAIIAN BUILDING MAINTENANCE | PAUAHI TOWER 1003 BISHOP ST STE 2020 HONOLULU HI 96813 |
| HAWAIIAN TELCOM | PO BOX 30770 HONOLULU HI 96820-0770 |
| HAYABUSA FISHING HOOKS CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC 341-23 OHATA, YOKWA-CHO MIKI-SHI HYOGO 673-1116 JAPAN |
| HELFERICH, JOSEF | TRANSFEROR: RBS COUTTS BANK AG C/O JOSEF HELFERICH SEN. HAUPTSTRASSE 35 FUERTH 64658 GERMANY |
| HERR DETLEF KATSCH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA LONAUERSTRASSE 4 HERZBERG 37412 GERMANY |
| HET MOLENHOF NV | TEN BOOMGAARD 15A SINT MICHIELS 8200 BELGIUM |
| HEUMI OSS B.V. | TITUS BRANDSMALLAN 8 OSS 5342 ES NETHERLANDS |
| HILLIARD FARBER & CO INC | 2200 PLAZA FIVE JERSEY CITY NJ 07311-4006 |
| HINKAL BEHEER B.V. | DE WETSTEIN PFISTERLAAN 15 3971 BT DRIEBERGEN NETHERLANDS |
| HOLDING ARNOLD OOSTERBEEK B.V. | DE VRIJBURG 4 OOSTERBEEK HB 6861 NETHERLANDS |
| HOLSTEIN, HORST AND INGRID | KLEINKIRCHBERG 14 SITZENDORF 3714 AUSTRIA |
| HOLSTEIN, HORST AND INGRID | ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016 |
| HON, LINDA HENRIETTA | 14B, BLOCK 1 CAVENDISH HEIGHTS 33 PERKIN RD. HONG KONG HONG KONG |
| HSU TSE SHENG/LIN HSIU CHIN | RM 404-407 HOPE SEA IND CTR 26 LAM HING STREET KOWLOON BAY HONG KONG, KLN HONG KONG |
| HUBER, ESTHER | TRANSFEROR: SWISSQUOTE BANK SA SCHEUCHZERSTRASSE 197 8057 ZURICH SWITZERLAND |
| HUI KAN SHUI WAH PATRICIA | 1407 CENTRAL BUILDING PEDDER STREET CENTRAL HONG KONG |
| HUI PEARL | APT. 11 BELLEVUE COURT 41 STUBBS ROAD HONG KONG HONG KONG |
| HUIJGEN, M. | TORENVALK 16 BUNSCHOTEN 3752 SK NETHERLANDS |
| ICCREA BANCA SPA | TRANSFEROR: ILLIQUIDX LLP ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA ITALY |
| IDEAL INVESTMENT MANAGEMENT LIMITED | PO BOX 674 G.T. GRAND CAYMAN CAYMAN ISLANDS |
| ING BELGIUM SA/ NV | TRANSFEROR: UBS AG ATTN: CLAUDIA BAAN, CARLA WYCKMANS MARNIXLAAN 24 B-1000 BRUSSELS BELGIUM |
| ING-DIBA AG | TRANSFEROR: UBS AG ATTN: STEFANIE STRUNZ SUDWESTPARK 47 90449 NURNBERG GERMANY |
| INMOBILIARIA LAS GAVIOTAS S.A. | LUIS RODRIGUEZ VELASCO 4717-OFC 02 SANTIAGO CHILE |
| INTEL CORPORATION | 21003 NETEORK PLACE CHICAGO IL 60673-1210 |
| INTERACTIVE DATA CORP. | PO BOX 98616 CHICAGO IL 60693 |
| INVESTEC BANK LTD | 100 GRAYSTON DRIVE SANDOWN SANDTON 2196 PO BOX 785700 SANDTON 2146 SOUTH AFRICA |
| IOANNIS, KARNOUTSOS | PIRAEUS BANK SA. 75, V.SOFIAS STR., ATHENS 11521 GREECE |
| IOANNIS, KARNOUTSOS | B.O. 40124., THESSALONIKI 56000 GREECE |
| IP CHIU LIK / IP CHIU HONG | P.O. BOX 1494 YUEN LONG DELIVERY OFFICE YUEN LONG NT HONG KONG |
| IP, PUI YIN AMY & FUNG, CHING MAN TAMMY | ROOM 2404 TOWER 9 CENTURY METROPOLIS 168 HONG QIAO ROAD CHINA |
| IPC NETWORK SERVICES INC | P.O. BOX 35634 NEWARK NJ 07193-5634 |
| ISABELLE ZUBERBUEHLER | C/O ZURCHER KANTONALBANK ATTN. LOAV2/P. HEUBERGER P.O. BOX ZURICH CH-8010 SWITZERLAND |
| ISABELLE ZUBERBUEHLER | TRANSFEROR: BANK JULIUS BAER & CO. LTD. RUTNERSTR. 14 KLOTEN CH-8302 SWITZERLAND |
| ISHII, CHUUJIRO | MINAMI URAWA 3-12-15 MINAMI-KU SAITAMA-SHI SAITAMA-KEN 3-12-15 JAPAN |
| ISLAND CAPITAL INC | 60 MARKET SQUARE PO BOX 364 BELIZE CITY BELIZE |
| ISLAND CAPITAL INC | LUIS AMARAL SOUSA SILVEIRA APARTADO 73 TORRES VEDRAS 2564-909 PORTUGAL |
| IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. | 144 GLEN CURTISS BLVD  #7 UNIONDALE NY 11556-3801 |
| IVY FIXED INCOME ALPHA TRANSPORT FUND, LTD. | BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET ATTN: CHRISTINE AYOTTE-BRENNAN BOSTON MA 02110 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| IYENGAR, PARTHASARATHY R. | 133 NATIONAL SOC, BANER RD AUNDH PUNE 411007 INDIA |
| JACOB ABRAHAM | 3 FARLEIGH AVE SINGAPORE 557796 SINGAPORE |
| JAMES WATSON | PO BOX 23151 HONOLULU HI 96823 |
| JERSKI, ERNA | HUHNERFELDSTR. 84 BIBERACH 88400 GERMANY |
| JIMENEZ, EFILIO DIAZ | CL.ERAS, 9 YEPES, TOLEDO 45313 SPAIN |
| JOHN S HEROLD INC | 14 WESTPORT AVENUE NORWALK CT 06851 |
| JOHNSON COUNTY | ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS MOTT LLP P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| JOHNSTONE, E | BOX NO 0130 CREDIT ANDORRA C GENERAL LA MASSANA ANDORRA |
| JOTWANI,TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| JOTWANI,TARUN | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| JOTWANI,TARUN | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| JURISFORD INVESTMENTS S.A. | 2ND FLOOR, 53RD EAST STREET SWISS BANK BUILDING MARBELLA PANAMA CITY PANAMA |
| KEITH-SEKI, ATSUKO | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KLOSTERSTR. 78 DUSSELDORF 40211 GERMANY |
| KELLER-VOLPER, ERNST | TRANSFEROR: CREDIT SUISSE STUDENBUHLSTRASSE 45 WOLLERAU CH-8832 SWITZERLAND |
| KLEINES, GERDA | HEKTORSTR. 4 10711 BERLIN GERMANY |
| KOCH, ALEXANDER | WALLERSTR 4B AARAU CH-5000 SWITZERLAND |
| KORTENDICK, JOHANNES | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION FERDINANDSTRASSE 75 HAMBURG 20095 GERMANY |
| KRIVOKAPIC, VESELIN & ENISA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MONT-JACQUES 12 LA CHAUX-DE-FONDS CH-2300 SWITZERLAND |
| KROESEMEIJER, CORNELIUS | KUIPERSSTRAAT 7 ANTWERP 2000 BELGIUM |
| KT CREDIT LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O ANDREWS KURTH, LLP; ATTN: DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| KUGLER, MANFRED | IM BAINDT 16 TIEFENBACH 88422 GERMANY |
| KUGLER, WOLFGANG | IM BAINDT 16 TIEFENBACH 88422 GERMANY |
| L.M.V.D. BURG, WILHELMINA | TORRIEELLISTR 19 ORANJESTAD ARUBA |
| LA CARA SALVATORE E PACINI MARIA GABRIELA | TRANSFEROR: ICCREA BANCA S.P.A. VIA NAZIONALE 58/4 T-PIANORO (BO) ITALY |
| LA CARA SALVATORE E PACINI MARIA GABRIELA | PACINI MARIA GABRIELA VIA DON G. CELLI 13 - GAGLI (PU) ITALY |
| LA SALLE BANK NA | COLLATERAL SERVICES 5259 PAYSPHERE CIRCLE CHICAGO IL 60674-0034 |
| LAGLER, JOHANN | SCHALLEMMERSDORF 14 EMMERSDORF 3644 AUSTRIA |
| LAGLER, JOHANN | ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016 |
| LAI, MAI SHER AKA MADISON MAI | NO.1389 XINDONGYANG BUILDING 9F WUZHONG ROAD SHANGHAI 201103 CHINA |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAIBLE, ROBERT K. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| LAIBLE, ROBERT K. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| LEE, PAK YEUNG | FLAT A 18/F MALIBU GARDEN 3 TSUI MAN STREET HAPPY VALLEY HONG KONG HONG KONG |
| LEGG MASON AUSTRALIAN CREDIT TRUST | SES CLIENT SERVICES, STATE STREET CORPORATION 1776 HERITAGE DRIVE JOHN ADAMS BUILDING, 5TH FLOOR QUINCY MA 02171-2119 |
| LEGG MASON AUSTRALIAN CREDIT TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY PTY LTD AND WESTERN ASSET COMPANY ATTN: LEGAL DEPT. W-6512 385 E. COLORADO BLVD. PASADENA CA 91101 |
| LELAND A PHILIP & COMPANY LTD | 1 TEMASEK AVE # 41-00 MILLENIA TOWER 039192 SINGAPORE |

| Claim Name | Address Information |
|---|---|
| LI, SAU FUN | FLT B 25/F BLK 3 PROVIDENCE CTR 25 WHARE RD NORTH POINT HONG KONG |
| LIEBMANN, TRUDI | ZURCHER KANTONALBANK ATTN:  PATRICK HEUBERGER LOAV3 PO BOX ZURICH CH-8010 SWITZERLAND |
| LIEBMANN, TRUDI | TRANSFEROR: UBS AG BACHLERSTRASSE 53 KILCHBERG CH8802 SWITZERLAND |
| LIEDTKE, ULRICH | SCHLAIFHAUSEN 67 WIESENTHAU D-91369 GERMANY |
| LIENHARDT & PARTNER PRIVATBANK ZURICH AG | TRANSFEROR: UBS AG C/O ENTRIS BANKING AG ATTN: CORPORATE ACTIONS MATTENSTRASSE 8 GUMLIGEN 3073 SWITZERLAND |
| LIMTONG MANUEL TAN &/OR LIMTONG EUSEBIO EDGARDO TA | SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/ | LIN YU TANG &/ LIN TU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN TAIWAN |
| LINDEBOOM, V.Y.M. | D. WEEWER ASSOCIATE CASSA HERENGRACHT 537 AMSTERDAM NL-1017 BV NETHERLANDS |
| LINDEBOOM, V.Y.M. | ZUILENSTRAAT 76 BREDA NL-4813 AC NETHERLANDS |
| LIU SUE-JAN | FLAT C 37/F BLK 1 THE WATERFRONT 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| LIU SUE-JAN | ROOM 915, FU HANG IND'L BUILD., 1 HOK YUEN STREET EAST, HUNGHOM KOWLOON HONG KONG |
| LL JOHNSON DIST. CO. | PATTLEN ENTERPRISES, INC. 4700 HOLLY STREET DENVER CO 80216 |
| LO ON CHOI | RM 2103 BLK F KA TIN COURT SHATIN NT HONG KONG |
| LO ON CHOI | FLAT B 28/F TOWER 3 NOBHILL 8 HONG KONG HONG KONG |
| LUIS GONZALEZ VIDAL, EMILIO | CALLE NARANJOS, 45 (URB. CUMBRES DE SAN ANTONIO) SAN ANTONIO DE BENAGEBER 46184 SPAIN |
| LUSTER, WALTER | KEINERGASSE 19 WIEN 1030 AUSTRIA |
| LXM LIMITED | ROOM 1104, 11/F, BLOCK 1, ADMIRALTY CENTRE 18 HARCOURT ROAD ADMIRALTY HONG KONG |
| MA, DANFENG | NO.11 BLOCK C1 NO.1 WAN NAN STREET SOUTH HUAN CHENG ROAD JING CHUAN TOWN JING COUNTRY ANHUI PROVINCE HONG KONG HONG KONG |
| MAPLECREST LINCOLN MERCURY INC | PO BOX 303 2800 SPRINGFIELD AVE VAUXHALL NJ 07088-1041 |
| MARIA GODINHO FIGUEIRA, NATALIA | R. EMBAIXADOR MARTINA JANEIRA 4-801 LISBOA 2750-097 PORTUGAL |
| MARIA MAR MITJANS ROSSELLO | AV EUROPA, 31 BJ 4 08290 CERDANYOLA DEL VALLES BARCELONA SPAIN |
| MARIO, GOZZZOLI AND IONNE, RESCA | TRANSFEROR: ICCREA BANCA S.P.A. VIA ARGINE PANIZZZA 57 CREMONA (CR) ITALY |
| MARITZ CAPITAL CORP | JUNCAL 1397 MONTEVIDEO 11000 URUGUAY |
| MARK A. MCQUEENEY | 24 GREENLEAF ST RYE NY 10580-3931 |
| MARKET DATA SERVICES LIMITED | 4 CENTURY PLACE UNIT 2 TUNBRIDGE WELLS KENT TN2 3EH UNITED KINGDOM |
| MARZOCCHI ILARIO | TRANSFEROR: ICCREA BANCA S.P.A. VIA VIGNATAGLIATA 34 FERRARA ITALY |
| MAST, HANS & LINA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RINGSTR. 6 PFALZGRAFENWEILER 72285 GERMANY |
| MCPHILOMY COMMERCIAL PRODUCTS COMPANY | 5098 PARIS ST. DENVER CO 80239 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | C/O PREMIER HEALTH PARTNERS ATTN: KATHY HAUSER, TREASURY MANAGER 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| MEGAGRAND INTERNATIONAL LIMITED | PO BOX 957 OFFSHORE INCORPORATIONS CENTRE ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| MEGAGRAND INTERNATIONAL LIMITED | NO. 107 HUAN KUNG RD YUNG KANG CITY TAINAN HSIEN 710 TAIWAN |
| MELLON INVESTOR SERVICES | PO BOX 360857 PITTSBURGH PA 15251-6857 |
| MESA BEARING & POWER TRANSMISSION | 576 1/2 25 ROAD GRAND JUNCTION CO 81505 |
| METAL BULLETIN PLC | NESTOR HOUSE PLAYHOUSE YARD LONDON EC4V 5EX UNITED KINGDOM |
| METTANDAS, KHIARA HARISH & ASHAR CHANDRAKANT RUPCH | UNIT E, 2/F., ON FOOK INDUSTRIAL BUILDING 41-45 KWA FUNG CRESCENT, KWAI FONG, N.T. HONG KONG |
| MEVES, MICHAEL | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VERONIKASTEIG 9 BERLIN D-14163 GERMANY |

| Claim Name | Address Information |
|---|---|
| MFA FINANCIAL, INC., F/K/A MFA MORTGAGE INVESTMENT | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| MFA FINANCIAL, INC., F/K/A MFA MORTGAGE INVESTMENT | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| MFA FINANCIAL, INC., F/K/A MFA MORTGAGE INVESTMENT | ATTN: TIMOTHY W. KORTH 350 PARK AVENUE NEW YORK NY 10022 |
| MIRABAUD ET CIE, S.A. | TRANSFEROR: UBS AG ATTN: FERNANDO FERNANDEZ 29 BOULEVARD GEORGES-FAVON GENEVE CH-1204 SWITZERLAND |
| MIRABAUD ET CIE, S.A., GENEVE | TRANSFEROR: BANK JULIUS BAER & CO. LTD. 20 BOULEVARD GEORGES-FAVON GENEVE CH-1204 SWITZERLAND |
| MISSISSIPPI DEPT. OF REVENUE | BANKRUPTCY SECTION PO BOX 22808 JACKSON MS 39225-2808 |
| MISSISSIPPI STATE TAX COMMISSION | BANKRUPTCY SECTION PO BOX 22808 JACKSON MS 39225-2808 |
| MITSUBISHI ELECTRIC&ELECTRONIC | ELEVATORS & ESCALATORS DIVISION PO BOX 100403 PASADENA CA 91189 |
| MM ASSET MANAGEMENT LIMITED: MM INSTITUTIONAL FUND | MM UK BOND FUND ATTN: KEN FRY 77 QUEEN VICTORIA STREET ONE BOW CHURCHYARD LONDON EC4A 4AY UNITED KINGDOM |
| MM ASSET MANAGEMENT LIMITED: MM INSTITUTIONAL FUND | MM UK BOND FUND ATTN: KEN FRY, C.O.O 77 QUEEN VICTORIA STREET ONE BOW CHURCHYARD LONDON EC4A 4AY UNITED KINGDOM |
| MOLEN BRUGGE, W.TH. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PRINS HENDRIKLAAN 67 HELMOND 5707 CJ NETHERLANDS |
| MOLTENO, ANTHONY & THERESA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION OBERREDSTRASSE 8 ERLINSBACH SO CH-5015 SWITZERLAND |
| MORGAN STANLEY WEALTH MANAGEMENT | TRANSFEROR: UBS AG ATTN: JASON BAUMANN 590 MADISON AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| MORRIS, JASON P. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| MORTE OLIVER, JOSE IGNACIO | PASEO DE SAGASTA 8 ZAROGOZA 50006 SPAIN |
| MOUS, MARIA | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT.8 BRUSSELS 1160 BELGIUM |
| MOUS, MARIA | DE FOESTRAETSLAAN 9 UKKEL 1180 BELGIUM |
| MUGGENBORG, MARGRET | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MONHEIMSALLEE 58 AACHEM 52062 GERMANY |
| MUNOZ ALENAR, JUAN MIGUEL | MARIA-ADELA RUIZ VEGA C/BISBE ABAD I LASIERRA.47.1 ELVISSA 07800 SPAIN |
| MUNSTERER, SEBASTIAN | STETTINER STR. 9 GEISFELD 36129 GERMANY |
| NAIR CHANDRAN K.P. | 3-D, 9/11 HORIZON DRIVE CHUNG HOM KWOK HONG KONG |
| NAPA AUTO PARTS | GLENWOOD SPRINGS AUTO PARTS 3024 GLEN AVE GLENWOOD SPRINGS CO 81601 |
| NASDAQ STOCK MARKET INC | PO BOX 7777-W9940 PHILADELPHIA PA 19175-9940 |
| NATIONAL CITY BANK | PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| NATIONAL-BANK AG, ESSEN | TRANSFEROR: UBS AG ATTN: SABINE PETER THEATERPLATZ 8 ESSEN 45127 GERMANY |
| NESCO CAPITAL SA | JUNCAL 1397 MONTEVIDEO 11000 URUGUAY |
| NETO, JOAO SOARES | C/O FPB BANK, INC. P.H. TORRE DE LAS AMERICAS TORRE C, PISO 26, OFICINA 2601 PANAMA 0832-1796 PANAMA |
| NETO, JOAO SOARES | DUANE MORRIS LLP ATTN: MIRIAM O. HYMAN & ROSA M. ERTZE 1540 BROADWAY NEW YORK NY 10036 |
| NEUMANN, RAINER & BURYHILDE | LUDWIG-THOMA-STR. 21A GRUNWALD D-82031 GERMANY |
| NG YING HUNG | FLAT B, 25/F BLOCK 3 GRAND PACIFIC VIEW SIU LAM TUEN MUN NEW TERRITORIES HONG |

| Claim Name | Address Information |
|---|---|
| NG YING HUNG | KONG |
| NIEBUHR, MARIANNE | TRANSFEROR: UBS AG AN DER ALSTER 67 HAMBURG DE-20099 GERMANY |
| NIEHAUS, JOACHIM | TRANSFEROR: CREDIT SUISSE STADTSTR. 83B FREIBURG 79104 GERMANY |
| NITSCHKE, INGE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BALDERSHEIMER WEG 57 BERLIN 12349 GERMANY |
| NORDEA BANK AB (PUBL) | TRANSFEROR: EFG BANK AB (PUBL) ATTN: ROBERT PERSON STOCKBROKER P.O. BOX 400 SKELLEFTEA S-931 24 SWEDEN |
| NOVELL GROUP CORPORATION | MARISOL ZEMAN IRARRAZABAL, 5515, NUNOA SANTIAGO CHILE |
| NOVELL GROUP CORPORATION | C/O OCASA 1212 33RD AVE LONG ISLAND CITY NY 11106-4609 |
| NPB NEUE PRIVAT BANK AG, ZURICH | TRANSFEROR: BANK JULIUS BAER & CO. LTD. P.O. BOX LIMMATQUAI 1 ZURICH CH-8022 SWITZERLAND |
| NPB NEUE PRIVAT BANK AG, ZURICH | TRANSFEROR: UBS AG C/O NPB NEUE PRIVAT BANK AG P.O. BOX LIMMATQUAI 1 ZUERICH CH8022 SWITZERLAND |
| NPB NEW PRIVATE BANK LTD. | LIMMATQUAI 1 / AM BELLEVUE P.O. BOX ZURICH CH-8022 SWITZERLAND |
| NYSE MARKET INC | BOX #4006 POST-OFFICE BOX 8500 PHILADELPHIA PA 19178-4006 |
| O'REILLY, DAVID | 5019 LATROBE DR WINDERMERE FL 34786-8914 |
| OCEANIC TIME WARNER CABLE | PO BOX 30050 HONOLULU HI 96820-0050 |
| OFFICE DEPOT | 6600 N MILITARY TRL BOCA RATON FL 33496-2434 |
| ONVERDEELDHELD KINDEREN LAUWERS | HAACHTSEBAAN 73 KEERBERGEN 3140 BELGIUM |
| ORIX USA CORPORATION | C/O WOLLMUTH MAHER & DEUTSCH LLP ONE GATEWAY CENTER, 9TH FLOOR NEWARK NJ 07102 |
| OSWALD, FRANZ LUDWIG | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION IM NAGGIS 15 OBERWANGEN CH-8374 SWITZERLAND |
| P/F EIK BANKI | YVIRI VIO STROND 2 POSTBOKS 34 TORSHAVN FO-110 DENMARK |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PAPADAKIS, SPYROS N. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| PAPADAKIS, SPYROS N. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| PAROCHIE, H. DRIEKONINGEN | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION P/A REMBRANDTLAAN 97 VOORBURG 2271 GH NETHERLANDS |
| PASCUAL IBANEZ, MARINA | VICENTE FARINOS PALANCA, JOSE CL. ESCULTOR ALFONSO GABINO 4. PUERTA 4 VALENCIA 46022 SPAIN |
| PATEL, K & S | C O P PATEL, 23 WOODFIELD RISE BUSHY HEATH HERTFORDSHIRE WD2 3QR UNITED KINGDOM |
| PATERAS, IOANNIS | 25TH MARTIOU STR. 33 FILOTHEI ATHENS 15237 GREECE |
| PELTIER, KATHRYN P. | TRANSFEROR: BOOKOUT, JOHN F., III 12777 JONES ROAD, SUITE 155 HOUSTON TX 77070-4624 |
| PERSHING LLC | TRANSFEROR: CREDIT SUISSE AFFILIATE OF THE BANK OF NEW YORK MELLON 101 BARCLAY STREET 8W NEW YORK NY 10286 |
| PERSHING LLC FBO BARRY SCHNEIDERWIND | TRANSFEROR: LEHRMAN, NINA CLEARVIEW TRADING ADVISORS 13501 GALLERIA CIRCLE, STE W240 BEE CAVES TX 78738 |
| PERSHING LLC FBO CHRISTOPHER MAJOR BUCKLEY | TRANSFEROR: LEHRMAN, NINA CLEARVIEW TRADING ADVISORS 13501 GALLERIA CIRCLE, STE W240 BEE CAVES TX 78738 |
| PERSHING LLC FBO RICHARD WACKERBARTH | TRANSFEROR: LEHRMAN, NINA CLEARVIEW TRADING ADVISORS 1350 GALLERIA CIRCLE, STE W240 BEE CAVES TX 78738 |
| PERSSON, JOAKIM | BORSTADALLEEN 33 HAMAR 2318 NORWAY |
| PETER, EVELINE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SEESTR. 48 BERG 82335 GERMANY |
| PHOENIX F1 | NEUBRANDENBURGSTRASSE S.A.R.L ATTN: COLIN BLACKMORE JER REAL ESTATE ADVISORS (UK) LTD. CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD UNITED KINGDOM |
| PHOENIX F1 | MICHAEL H. TORKIN ESQ. & NED S. SCHODEK ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| PHOENIX II MIXED L S.A.R.L. | JER REAL ESTATE ADVISORS (UK) LTD ATTN:    COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON WIJ 8AD UNITED KINGDOM |
| PHOENIX II MIXED L S.A.R.L. | SHEARMAN & STERLING NED S SCHODEK, MICHAEL H TORKIN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX III MIXED U S A.R.L. | JER REAL ESTATE ADVISORS (UK) LTD ATTN:    COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON WIJ 8AD UNITED KINGDOM |
| PHOENIX III MIXED U S A.R.L. | SHEARMAN & STERLING NED S SCHODEK, MICHAEL H TORKIN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PIERRARD, CLAIRE | A/S BYLISVE PIERRARD RUE DE LA BOURGEOISE, 187 MELLIER B-6860 BELGIUM |
| PILZ, GEORG & RITA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BOTZOWER STR. 19 FALKENSER D-14612 GERMANY |
| PITA, OLGA ELIZABETH MACEDO | SUCURSAL FINANCEIRA EXTERIOR - VE, AVENIDA ARRIAGA NO 42, 1 0, EDF. ARRIAGA FUNCHAL MADEIRA 9000-064 PORTUGAL |
| POLO NBA PROPERTIES & CONSULTING, SL | CI. CENTRO BLAS INFANTE, 2"A" PLANTA. OFICINA 14 ALGECIRAS, CADIZ 11201 SPAIN |
| POST DISTRESSED MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT, LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| POTOMAC EQUITIES INC. | ARANGO-ORILLAC BUILDING 2ND FLOOR EAST 54TH STREET PO BOX 0832-0886 WTC CITY OF PANAMA PANAMA |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | MORGAN, LEWIS & BOCKIUS, LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | ATTN: KATHY HAUSER, TREASURY MANAGER PREMIER HEALTH PARTNERS 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| PRIVATBANK VON GRAFFFENRIED AG | TRANSFEROR: UBS AG ATTN: SIMONE NIKLAUS MARKGASS-PASSAGE 3 CH-3000 BERN 7 SWITZERLAND |
| PUBLIC SERVICE COMPANY OF COLORADO/DBA XCEL ENERGY | 1800 LARIMER ST  FL 2-16 DENVER CO 80202-1408 |
| PURE NATURE TRADING INC. | CALLE 5C # 36-B-20 APTO. 805 MEDELLIN COLOMBIA |
| PYRAMIS CANADA SELECT GLOBAL EQUITY TRUST | ATTN: DIANNE PARAS, FUND TREASURER'S OFFICE 245 SUMMER ST., V10F BOSTON MA 02210 |
| PYRAMIS SELECT INTERNATIONAL EQUITY TRUST | ATNN: DIANNE PARAS, FUND TREASURER'S OFFICE 245 SUMMER ST., V10F BOSTON MA 02210 |
| QWEST | P.O. BOX 29040 PHOENIX AZ 85038-9040 |
| RAPOPORT, STANLEY | TRANSFEROR: RAPOPORT, M & KAUFMAN, S 2045 CORDERO RD DEL MAR CA 92014 |
| RBC WEALTH MANAGEMENT | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD. 60 S. 6TH STREET MINNEAPOLIS MN 55402-1106 |
| REICHMUTH & CO PRIVATBANKIERS | TRANSFEROR: BANK J. SAFRA SARASIN LTD. RUETLIGASSE 1 LUZERN 7 LUZERN CH-6000 SWITZERLAND |
| RELIANT ENERGY SERVICES, INC N/K/A RRI, INC | ATTN: MICHAEL CRABTREE, ESQ. 1000 MAIN STREET HOUSTON TX 77002 |
| RELIANT ENERGY SERVICES, INC NKA RRI,INC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| REM-KONG, SHIH | 6/F, NO.75 SEC. 3 PATEH ROAD TAIPEI TAIWAN |
| REMOREL S.A. | PO BOX 53213 PUNTA DEY ESTE 20100 URUGUAY |
| RENOLD-STREBEL, PHILIPPE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BERGSTRASSE 25 AARAU CH-5000 SWITZERLAND |
| RIBO, OLGA SALLARES | C/ NUNEZ DE BALBOA, 13 4 CENTRO MADRID 28001 SPAIN |
| RICHTER, CHRISTA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WORDEMANNS WEG 26 HAMBURG D-22527 GERMANY |
| RIGNELL, KRISTER | TRANSFEROR: EFG BANK AB (PUBL) KUNG KRISTOFFERS GATA 25 HELSINGBORG S-252-34 SWEDEN |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | ACTING AS THE TRUSTEE OF THE RIO TINTO 2009 PENSION FUND ABERDEEN FUND MANAGEMENT LIMITED LONDON EC4M 9HH UNITED KINGDOM |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | ACTING AS THE TRUSTEE OF THE RIO TINTO 2009 PENSION FUND 2 EASTBOURNE TERRACE |

| Claim Name | Address Information |
|---|---|
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | LONDON W2 6LG UNITED KINGDOM |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: GUI GOYARD 8-10 GROSVENOR GARDENS LONDON SW1W 0DH UNITED KINGDOM |
| RODRIGUEZ, PEDRO MIGUEL, C/O SKYBOX | STE 051-308854 1900 NW 97TH AVE MIAMI FL 33172 |
| ROETHER, THOMAS | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SCHWEICKER WEG 2 SCHWAEBISCH HALL 74523 GERMANY |
| ROHDE DE BOER, K.M. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION DAELENBROEK 1 AMSTERDAM 1082 AA NETHERLANDS |
| ROMANON INVESTMENT INC. | C/O AVV. MICHAEL BECKER STUDIO LEGALE/NOTARILE CASELLA POSTALE 4441 6904 LUGANO SWITZERLAND |
| ROSELLO, ZARAGOZA RAMON &/OR JOSE JR. | PENTHOUSE ZARAGOZA BUILDING 102 GAMBOA STREET LEGASPI VILLAGE MAKATI CITY PHILIPPINES |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RUBIN, CHARLES | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| RUBIN, CHARLES | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| RUNGE, EDGAR | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ALTKONIGSTR. 5 FRANKFURT/MAIN D-60323 GERMANY |
| RUSSO, THOMAS | PATTON BOGGS LLP 1185 AVENUE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036 |
| SAINO MAURO AND FALCO SARA | TRANSFEROR: ICCREA BANCA S.P.A. VIA CHIAPPELLA 45 CAIRO MONTENOTTE (SV) 17014 ITALY |
| SANS, REINER MR. | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA C/O DEUTSCHER CARITASVERBAND C.V. KARLSTRASSE 40 FREIBURG 79104 GERMANY |
| SANTA BARBARA COUNTY | ATTN: BERNICE JAMES TREASURER- TAX COLLECTOR PO BOX 579 SANTA BARBARA CA 93102 |
| SARTIGES-MULLER, LILIANE DE | RTE DE BRIE 6 BIS BRUNOY F-91800 FRANCE |
| SATRAPA, SICAV, S.A. | C/ SENA, 12 SANT CUGAT DEL VALLES BARCELONA 08174 SPAIN |
| SCHAEFER, JEFF | 5812 DUNLINWOOD LITHIA FL 33547 |
| SCHAEFER, JEFF | C/O HAYNES AND BOONE, LLP ATTN: PETER C. RUGGERO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| SCHMITT, LUC | ILLIGH 35 MA AGADIR MOROCCO |
| SCHOENEICH, LYDIA-FRANZISKA | HOLTWEG 66 ITZEHOE 25524 GERMANY |
| SCHOENEICH, LYDIA-FRANZISKA | C/O KWAG RECHTSANWALTE LISE-MEITNER-STRASSE 2 BREMEN 28359 GERMANY |
| SCHOENEICH, LYDIA-FRANZISKA | KWAG RECHTSANWALTE LISE-MEITNER-STRASSE 2 BREMEN 28359 GERMANY |
| SCHRAMM, ARNO AND ILONE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MOSELSTR. 23 MANNHEIM 68167 GERMANY |
| SCHUELE, LARS-FOLKE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION GERSTENBERGSTR. 8 HAMBURG 22609 GERMANY |
| SCOTIA MCLEOD | TRANSFEROR: CREDIT SUISSE AG 1002 SHERBROOKE W., 6TH FLOOR MONTREAL QC H3A3L6 CANADA |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: EUROSAI FINAZIARIA DI PARTECIPAZIONI S.R.L. ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SENTINEL ALARM | 99-1036 IWAENA ST AIEA HI 96701 |
| SHALKAR TRADING CORP | C1 18 SUR #41AA-149 MEDELLIN ANTIOQUIA COLOMBIA |
| SHALKAR TRADING CORP | MORENO, ARJONA & BRID ATTN: CECILIO MORENO P.O. BOX 0819 PANAMA 05618 REP OF PANAMA |
| SHELBY COUNTY TRUSTEE | P.O. BOX 2751 MEMPHIS TN 38101-2751 |
| SHELL OIL COMPANY | ATTN: DIANNE PARAS, FUND TREASURER'S OFFICE 245 SUMMER ST., V10F BOSTON MA 02210 |
| SIGLER, HELGA | MATTIL & KOLLEGEN MRS. EVA-MARIA UEBERRUCK THIERSCHPLATZ 3 D-80538 MUNCHEN |

| Claim Name | Address Information |
|---|---|
| SIGLER, HELGA | GERMANY |
| SIGLER, HELGA | C/O MATTIL & KOLLEGEN THIERSCHPLATZ 3 D-80538 MUENCHEN GERMANY |
| SIGLER, HELGA | KRIEGERSIEDLUNG 13 MUNCHEN 81369 GERMANY |
| SIMBOLON, MARIHAD/ | ARTHA MERIS SIMBOLON PO BOX PR 78 JKTM JAKARTA MAMPANG JAKARTA SELATAN 12700 INDONESIA |
| SIMON BISBAL, MARIA DOLORES | ATTN: MRS. JIMENEZ GRAN VIA CORTS 663 BARCELONA 08010 SPAIN |
| SIMPLEXGRINNELL | 1501 YAMATO RD BOCA RATON FL 33431-4438 |
| SINGH, SUKHDEEP | 26 CUSCADEN RESIDENCES CUSCADEN ROAD #13-02 SINGAPORE 249722 SINGAPORE |
| SINOWOOD LIMITED | FLAT VA2-3D, STAGE 7 MORNING STAR VILLA KONG KOU ZHEN ZHONGSHAN CHINA |
| SKANDIA INSURANCE COMPANY LTD | SVEAVAGEN 44 STOCKHOLM SE-103 50 SWEDEN |
| SMIDESANG, ALF TORE | KIRKEGATA 8 LILLEHAMMER 2609 NORWAY |
| SMITH, KEVIN | 7290 S.W. 42ND STREET MIAMI FL 33155 |
| SNOEIJS-SANDERS, J.P. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VLAS EN GRAAN 8 VEGHEL 5461 KL NETHERLANDS |
| SO LAI YING LISA | FLAT O2, 37/FL BLK J BEVERLY HILL 6 BROADWOOD ROAD HAPPY VALLEY HONG KONG |
| SOBO, SCOTT AND HEIDI | 28 NORTHDALE ROAD WHITE PLAINS NY 10605 |
| SOFTWARE HOUSE INTERNATIONAL INC. | PO BOX 8500-41155 PHILADELPHIA PA 19178 |
| SOFTWARE SPECTRUM INC. | P.O. BOX 848264 DALLAS TX 75284-8264 |
| SORRENTINO SANDRO | TRANSFEROR: ICCREA BANCA S.P.A. VIA P. TOGLIATTI 11 LASTRA A SIGNA (FI) 50055 ITALY |
| SOS KINDERDORFER WELTWEITHERMANN-GMEINER-FONDS DEU | E.V. FRAU TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA RECHTSANWALTIN JULIA NUCKER RIDLERSTRASSE 55 MUNCHEN 80339 GERMANY |
| SOUPER SALAD COMPANY, INC., THE | 150 KERRY PL STE 2 NORWOOD MA 02062-4766 |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| SOWINSKI, JOHN A. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| SPARKASSE MITTELFRANKEN-SUD | WESTRING 38 ROTH 91154 GERMANY |
| SPIEGEL, MONA | SWEBENSTR 17 BIRKENFELD D-75217 GERMANY |
| SPORTA VALA AB | TRANSFEROR: EFG BANK AB (PUBL) C/O SVEN ERIK BIEL KARL JOHANS GATA 6 HELSINGBORG 252 67 SWEDEN |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 ST. GALLEN, 9000 SWITZERLAND |
| STEGMULLER, BRUNO & IRMGARD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PANORAMASTRASSE 42 BIETIGHEIM-BISSINGEN 74321 GERMANY |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| STEIN, JEFFREY A. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| STIFTELSEN CURAMUS | TRANSFEROR: EFG BANK AB (PUBL) C/O KPMG BOHLINS AB BOX 140 BORAS 503 07 SWEDEN |
| STILLMAN, ROBERT & LINDA | 15001 SHADY GROVE ROAD, STE. 400 ROCKVILLE MD 20850 |
| STOCKL, FRANZ | SAULENSTR 2 UNTERHACHING 82008 GERMANY |
| STOCKL, FRANZ | MATTIL & KOLLEGEN ATTN: EVA-MARIA UEBERRUCK THIERSCHPLATZ 3 MUNCHEN D-80538 GERMANY |
| STOCKL, FRANZ | ATTN: EVA-MARIA UEBERRUCK MATTIL & KOLLEGEN THIERSCHPLATZ 3 MUNCHEN D-80538 GERMANY |
| STOKVIS, A.C. | GOUDPLEVIER 15 LEUSDEN 3831 GP NETHERLANDS |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| SULISTIO, RUDY | JL. KAPAS UTARA III/ NO. 184-185 SEMARANG 50114 INDONESIA |
| SUNGARD REFERENCE DATA SOLUTIONS INC. | BANK OF AMERICA LOCKBOX 13079 13079 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | AUSTRALIA ATTN: MIKE GRDOSIC, INVESTMENT MANAGER GPO BOX 2639 ADELAIDE SA 5001 AUSTRALIA |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: WESLEY SASSER 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SUPING, FENG | 24 SIN MING WALK 02-06 BISHAN PARK CONDO SINGAPORE 575572 SINGAPORE |
| SVENSKA HANDELSBANKEN HCOS-C | TRANSFEROR: UBS AG ATTN: JENNIE OLVEHED BLASIEHOLMSTORG 11 STOCKHOLM SE-106 70 SWEDEN |
| SVENSSON, DANIEL | TRANSFEROR: EFG BANK AB (PUBL) SKOLGATAN 4 B, LGH 1203 VAXJO S-352 33 SWEDEN |
| SZCZERBIAK, WALTER TTEE | 26 PEABODY ROAD COLD SPRING HARBOR NY 11724-1714 |
| SZE, CHOI LAI & SZE, CHOI YUNG | FLAT C 45/F BLK 10 DISCOVERY PARK TSUEN WAN NT HONG KONG |
| T-MOBILE USA, INC. | PO BOX 53410 BELLEVUE WA 98015 |
| TAN YEW MOY ALIAS TAN YOKE QUEN & TEE LIAN YEE | 95 YISHUN ST 81 #10-03 ORCHID PARK CONDOMINIUM TWR 1 SINGAPORE 768452 SINGAPORE |
| TANGKARAVAKOON, JATUPHAT & LA-OR | 94/1 EKAMI 22 WATTANA BANGKOK 10110 THAILAND |
| TARTU A.V.V. II | P.O. BOX 3394 CURACAO NETHERLANDS ANTILLES |
| TARTU A.V.V. II | ATTN: J.C. TEDDER-FLINTERMAN P.O. BOX 3394 CURACAO NETHERLANDS ANTILLES |
| TATSCHKE, LISELOTTE | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION GREMSMUHLER STR. 2 OLDENBURG D-26125 GERMANY |
| TAX COLLECTOR | COUNTY OF SANTA CLARA COUNTY GOVERNMENT CENTER 6TH FLOOR, EAST WING 70 WEST HEDDING STREET SAN JOSE CA 95110 |
| TEN HAVE, H.D. | SCHAEPMANSTRAAT 21-101 VEENDAM 9645 HC NETHERLANDS |
| TER KIMME VZW | STEENDAM 79 GENT B-9000 BELGIUM |
| THE TORO COMPANY - NSN | 39398 TREASURY CENTER CHICAGO IL 60694-9300 |
| THEEDE, WALTRAUT AND GEORGE | KIRCHWERDER HAUSDEICH 283 HAMBURG 21037 GERMANY |
| THURGAUER KANTONALBANK | REF: MARIANNE NIEBUHR HAUPSTRASSE 39 KREUZLINGEN CH-8280 SWITZERLAND |
| THURGAUER KANTONALBANK | REF: MARIANNE NIEBUHR HAUPTSTRASSE 39 KREUZLINGEN CH-8280 SWITZERLAND |
| TIEDT, UWE | KARLSTR. 14 D-76437 RASTATT GERMANY |
| TIM, HO WING | C/O LAI FUNG HOLDINGS 11/F, LAI SUN COMMERCIAL CENTRE 680 CHEUNG SHA WAN ROAD KOWLOON HONG KONG |
| TITLEIST | 333 BRIDGE STREET FAIRHAVEN MA 02719 |
| TJOKRO DJANTO | JLN. KUPANG BARU 2, NO. 5 SURABAYA 60189 INDONESIA |
| TK INVESMENT AS | MIDTVEIEN 14 LOTEN 2340 NORWAY |
| TONG CHI MAN | ROOM 2202 BLOCK D ALLWAY GARDENS TSUEN WAN, NT HONG KONG |
| TRAVELERS INDEMNITY CO. & ITS AFFILIATES | TRAVELERS ATTN: OLGA GOLD ONE TOWER SQUARE, 5MN HARTFORD CT 06183 |
| TUITHOF, J.J.J. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KIEVITSTRAAT 33 WOERDEN 3443 BD NETHERLANDS |
| TUNG, SHARON W. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TUNG, SHARON W. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| TUNG, SHARON W. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| TV EYES INC. | 2150 POST ROAD FAIRFIELD CT 06824 |
| UBS DYNAMIC ALPHA STRATEGIES MASTER FUND LTD | ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UBS U.S. CORPORATE BOND RELATIONSHIP FUND | ONE NORTH WACKER DRIVE CHICAGO IL 60606 |
| UGARTE DE PALOMERA, TERESA; &, PALOMERA UGARTE, | LOURDES AND CARMEN PO BOX 9027 LA JOLLA CA 92038 |

| Claim Name | Address Information |
|---|---|
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| UMLAUF, ERIK | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| UMLAUF, ERIK | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| UNICREDIT BANK AUSTRIA AG | TRANSFEROR: UBS AG ATTN: MR. ERICH PEEL SCHOTTENGASSE 6 WIEN 1010 AUSTRIA |
| UNILINK | P.O. BOX 1150 POST FALLS ID 83877-1150 |
| UNION ELECTRIC COMPANY | ATTN: TIMOTHY I. MOLONEY 1901 CHOUTEAU AVENUE, MC 960 SAINT LOUIS MO 63103-3003 |
| UNION ELECTRIC COMPANY | C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 12800 SAINT LOUIS MO 63105-1807 |
| UNION ELECTRIC COMPANY | C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 1800 SAINT LOUIS MO 63105-1807 |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY PO BOX 47000 CARREFOUR/TOYOTA GARAGE AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY C/O ABERDEEN FUND MANAGEMENT LIMITED ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| UNIVERSITETSSJUKHUSET | STAFFAN HERMANSSON EKONOMIAVD LUND 22185 SWEDEN |
| VALARTIS BANK LIECHTENSTEIN AG | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE) SCHAANER STRASSE 27 GAMPRIN-BENDERN 9487 LIECHTENSTEIN |
| VAN 'T VERLAAT, JOHANNA | MIKSEBAAN 258 A7 BRASSCHAAT 2930 BELGIUM |
| VAN DE PUT & CO | TRANSFEROR: UBS AG ATTN: PHILIPPE VERMEIREN BANQUES DES TITRES COMM VA VAN PUTLEI 74-76 B-2018 ANTWERPEN BELGIUM |
| VAN MARWIJK KOOY, M.G.M. | MAASLAANTJE 13 MAASDAM 3299 AM NETHERLANDS |
| VAN MOER COURTENS, DRESDNER | DREVE DU PRIEURE, 19 BRUSSELS 1160 BELGIUM |
| VANDENBULCKE L.L.J.C. | SINT-MICHIELSKAAI 21 B 42 2000 ANTWERPEN BELGIUM |
| VEHMEIJER, F.W.M. | J.J. VIOTTASTRAAT 2 AMSTERDAM 1071 JR NETHERLANDS |
| VERIZON INTERNET SOLUTIONS | P.O. BOX 12045 TRENTON NJ 08650-2045 |
| VICEROY VENTURES, INC. | C/O OMC CHAMBERS PO BOX 3152 ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| VICTORY CAPITAL SERIES, LLC | SERIES D - ABSOLUTE RETURN CREDIT PORTFOLIO C/O CHRISTOPHER WELKER VICTORY CAPITAL MANAGEMENT 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| VILLANUEVA CALLEJA, OSCAR DANIEL | C. RECOGIDAS 10-30D GRANADA 18002 SPAIN |
| VOLKSBANK AG, SCHAAN | TRANSFEROR: CREDIT SUISSE AG C/O VOLKSBANK AG SECURITIES CLAIMS DEP. FELDKIRCHER STRASSE 2 VADUZ L1-9490 SWITZERLAND |
| VONK, J. | P/A VONK, D. HERMANSSTRAAT 12 HOEVEN 4741TR NETHERLANDS |
| VOS, G.F. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VIA POMELLI 18 MAGLIASO CH-6983 SWITZERLAND |
| VP BANK AG | TRANSFEROR: UBS AG ATTN: WERNER HOLPP AEULESTRASSE 6 9490 VADUZ LIECHTENSTEIN |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| VULAKH, NATALIE SAVIC | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| WAIKIKI IMPROVEMENT ASSOC. | 2250 KALAKAUA AVE STE 405-2 HONOLULU HI 96815-2575 |
| WALNUT DEVELOPMENT INC | CALLE 5C # 36-B-20 APTO. 805 MEDELLIN COLOMBIA |
| WALSH, MARK | DLA PIPER LLP (US) ATTN: GEORGE B SOUTH III 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| WALSH, MARK | 9 PINE ISLAND ROAD RYE NY 10285 |
| WARSITO SASTRO SUTJOKRO &/OR LIE NGO TJEN | C/O OFFSET KONDANG MAJU JL. ABDUL RAHMAN SALEH 54 SURAKARTA JAWA TENGAH 57133 INDONESIA |

| Claim Name | Address Information |
|---|---|
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WEISS, AARON J. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| WEISS, AARON J. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| WELLS FARGO BANK MINNESOTA | WF 8113 PO BOX 1450 MINNEAPOLIS MN 55485-8113 |
| WELTER, EDITH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHILLERSTR. 13 ROSSDORF 64380 GERMANY |
| WIESER-AUGUST, SONDRA | TOGGENBRUNNBLICK 42 HUNNENBRUNN A-9300 AUSTRALIA |
| WILD WEST INVESTMENTS LTD | ZABALA 1327/103 MONTEVIDEO 11000 URUGUAY |
| WILD WEST INVESTMENTS LTD | PMB 381 D. 1153 2520 SW 22 ST., SUITE 2 MIAMI FL 33145 |
| WINKEL, KLAUS & MONIKA | GRUNEWALDSTR. 247 HAMBURG 22419 GERMANY |
| WINKEL, KLAUS & MONIKA | C/O KWAG RECHTSANWALTE LISE-MEITNER-STRASSE 2 BREMEN 28359 GERMANY |
| WITHERELL, BRUCE | 422 EAST 72ND STREET, APT 29E NEW YORK NY 10021 |
| WITHERELL, BRUCE | C/O KAYNE AND BOONE LLP ATTN: PETER RUGERRO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| WOOD, KARL | C/O HAYNES AND BOONE LLP ATTN: PETER RUGGERO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| WOOD, KARL | 4141 BALL ROAD # 434 CYPRESS CA 90630 |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| WRENTON MANAGEMENT LIMITED | 2371 MABOLO STREET DASMARINAS VILLAGE MAKATI CITY PHILIPPINES |
| WU FAPEI | CIMC R & D CENTER NO.2 GANGWAN AVENUE SHEKOU INDUSTRIAL ZONE SHENZHEN GUANGDONG 518067 CHINA |
| WU, SIU KEI DEWEY | FLAT E 11/F CARLTON MANSION 210 ARGYLE STREET MONG KOK HONG KONG |
| XCEL ENERGY | P.O. BOX 840 DENVER CO 80201 |
| XU ZHOUWEN | ROOM 1104 11/F BLOCK 1 ADMIRALTY CENTRE NO.18 HARCOURT ROAD CENTRAL HONG KONG |
| YANG, SHIH YING | 91 TO 17 SAN FU STREET CHANG HWA CITY TAIWAN |
| YASUSHI, FUKUNAGA | TOUKYOUTO NERIMAKU HIKAWADAI 2-7-27-316 TOKYO 179-0084 JAPAN |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YEE, JACK S. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| YEE, JACK S. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| YELLOW ELDER COMPANY LTD | ONE MONTAGUE PLACE, 1ST FLOOR PO BOX N-4906 EAST BAT STREET NASSAU BAHAMAS |
| YEUNG KIN CHUNG | FLAT C 43/F BLOCK 8 ROYAL ASCOT SHATIN NT HONG KONG |
| YU SIU TONG / CHU WAI FUN | UNIT 4 4/F BLOCK A PO LUNG CENTRE 11 WANG CHIU ROAD KOWLOON BAY KLN HONG KONG |
| YU YANA | UNIT D 22/F TOWER 3 THE VICTORIA TOWERS NO. 188 CANTON ROAD TSIM SHA TSUI, KLN HONG KONG |
| YU, PO MAN | FLAT F 17/F WAH SHAN MANSION TAI KOO SHING HONG KONG |
| YUNG-FANG, LIANG HUANG (ALSO KNOWN AS JEANNIE HUAN | 10F-5, NO.87 CHUNG HSIAO E. ROAD, SEC. 4, TAIPEI TAIWAN |
| YUUGENGAISHA YOSHITOMI SANGYO | C/O KOHEI YAMANAKA 3-1-4 SHAKUJII MACHI NERIMA-KU, TOKYO JAPAN |
| ZAFANYA RESOURCES S.A. | CALLE 5C # 36-B-20 APTO. 805 MEDELLIN COLOMBIA |
| ZANTEN - AMMERAAL, M.M. VAN | DORPSTRAAT 342 WORMER 1531HX NETHERLANDS |
| ZANTEN, R.M. VAN | DORPSSTRAAT 342 WORMER 1531HX NETHERLANDS |
| ZAYAS, JULIO CARRERA & IBANEZ, CARMEN SAUCA | C/ GERARDO CORDON 51. PISO 10 E MADRID 28017 SPAIN |

| Claim Name | Address Information |
|---|---|
| ZENTRUM-GARAGE DUDINGEN AG | VALIANT PRIVATBANK AG PO BOX BERN 3001 SWITZERLAND |
| ZENTRUM-GARAGE DUDINGEN AG | VALIANT PRIVATBANK AG REF V05447 01 P.O. BOX BERN 3001 SWITZERLAND |
| ZENTRUM-GARAGE DUDINGEN AG | HAUPTSTRASSE 36 DUDINGEN 3186 SWITZERLAND |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ZOLAD, BRYAN C. | ATTN: WILLIAM S. SUGDEN C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| ZOLAD, BRYAN C. | ATTN: SUZANNE N. BOYD C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |

**Total Creditor count  596**

**LBH_OFAC MTN_ (D.I.  49277)_4-21-15**

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220