B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>York Global Finance BDH, LLC</u>
Name of Transferee                                                      Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>32697</u>
should be sent:                                                           Amount of Claim Transferred:  <u>$45,000,000.00</u>
                                                                                      Date Claim Filed:  <u>September 22, 2009</u>
Goldman Sachs Lending Partners LLC               Debtor:  <u>Lehman Commercial Paper Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Tel. No.: 212-934-3921
Fax. No.: 646-769-7700
Email: gsd.link@gs.com
Attention: Michelle Latzoni


Phone: _____             Phone: _____
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

878669v.1 3091/00603                       1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: 4/22/15
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:  Lehman Commercial Paper Inc. (the "Debtor")
         Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 32697

**YORK GLOBAL FINANCE BDH, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **GOLDMAN SACHS LENDING PARTNERS LLC** and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 32697, solely to the extent of $45,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 23, 2015.

| GOLDMAN SACHS LENDING PARTNERS LLC | YORK GLOBAL FINANCE BDH, LLC |
|---|---|
| By: _____<br>Name: **Jamie Minieri**<br>Title: **Authorized Signatory** | By: _____<br>Name: [illegible]<br>Title: [illegible] |

US_101610670v1

1

EXECUTION COPY

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Commercial Paper Inc. (the "Debtor")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 32697

**YORK GLOBAL FINANCE BDH, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **GOLDMAN SACHS LENDING PARTNERS LLC** and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 32697, solely to the extent of $45,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 23, 2015.

| GOLDMAN SACHS LENDING PARTNERS LLC | YORK GLOBAL FINANCE BDH, LLC |
|---|---|
| By: _____ <br> Name: <br> Title: | By: _(signature)_____ <br> Name: John J. Fosina <br> Title: Chief Financial Officer |

US_101610670v1

1