WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON THE THREE**
**HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that a hearing on the Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 29323**], solely as to claim number 67707 of Spanish Broadcasting System, Inc., will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander

Hamilton Custom House, Courtroom 623, One Bowling Green, New York, New York 10004 on

**April 27, 2015 at 2:00 p.m. (Eastern Time)**.

Dated:   April 24, 2014
          New York, New York

                                      */s/ Garrett A. Fail*
                                      Garrett A. Fail

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      *Attorneys for Lehman Brothers Holdings Inc.*
                                      *and Certain of Its Affiliates*