UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x
                                              :

In re                                                                                          :          Chapter 11 Case No.
                                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :          08-13555 (SCC)
                                              :          (Jointly Administered)
                           Debtors.                :

----------------------------------------------------------------------------x          Ref. Docket Nos. 47577, 48925,
                                                              48926, 48929

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 23, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
28th day of April, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000155196

To:    BAR(23) MAILID *** 000092978503 ***



ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
TRANSFEROR: RIVERROCK SECURITIES LIMITED
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000092978503 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000155196



ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
TRANSFEROR: RIVERROCK SECURITIES LIMITED
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 64414 in the above referenced case and in the amount of $91,889.35 allowed at $91,876.62 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    48926    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/23/2015    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 23, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, ATTN: ITHRAN OLIVACCE, C/O ALDEN GLOBAL CAPITAL, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ARES VIR CLO LTD. | ATTN: BILL REARDON, 1 FEDERAL STREET, 3RD FLOOR, US BANK, BOSTON, MA 02110 |
| ARES VIR CLO LTD. | MARK BROUDE, LATHAM & WATKINS LLP, 885 THIRD AVE. 3RD FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ARES VIR CLO LTD., ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| TURNPIKE LIMITED | TRANSFEROR: FCOF UB SECURITIES LLC, C/O ALDEN GLOBAL CAPITAL, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 59**