**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                             :     Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :     08-13555 (SCC)
:     **(Jointly Administered)**
Debtors.                           :
:
---------------------------------------------------------------x    Ref. Docket No. 49247

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of April, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000168939

To:      BAR(23) MAILID *** 000093002814 ***



JPMORGAN SECURITIES PLC
TRANSFEROR: SERENGETI LYCAON MM LP
ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
383 MADISON AVENUE
NEW YORK, NY 10179

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

SERENGETI LYCAON MM LP
TRANSFEROR: GOLDMAN SACHS & CO.
C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR
ATTN: ERIN ROGERS
632 BROADWAY, 12TH FLOOR
632 BROADWAY, 12TH FLOOR
NEW YORK, NY 10012

Please note that your claim # 68062-05 in the above referenced case and in the amount of $15,604,919.18 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000093002814 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000168939



JPMORGAN SECURITIES PLC
TRANSFEROR: SERENGETI LYCAON MM LP
ATTN: JEFFREY PANZO MAIL CODE: NY1-M138
383 MADISON AVENUE
NEW YORK, NY 10179

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    49247    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/28/2015                                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 28, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JPMORGAN SECURITIES PLC | TRANSFEROR: SERENGETI LYCAON MM LP, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE, NEW YORK, NY 10179 |
| SERENGETI LYCAON MM LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

**Total Creditor Count 2**