UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on April 29, 2015, a copy of **Notice of Adjournment of Hearing on Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections** was made electronically on those parties requesting electronic service via the Court's ECF system and via U.S. Mail on the following parties.

        Richard P. Krasnow, Esquire
        Lori R. Fife, Esquire
        Shai Y. Waisman, Esquire
        Jacqueline Marcus, Esquire
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153
        *(Attorneys for the Debtors)*

        Andy Velez-Rivera, Esquire
        Paul Schwartzberg, Esquire
        Brian Masumoto, Esquire
        Office of the U.S. Trustee
        U.S. Federal Office Building
        201 Varick Street, Suite 1006
        New York, NY 10014

        Chambers of the Honorable Shelley C. Chapman
        One Bowling Green
        New York, NY 10004

637272.6 4/29/15

Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan R. Fleck, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*(Attorneys for the Creditors' Committee)*

                SAUL EWING LLP

By: _____
Lucian B. Murley
(Pro Hac Vice Motion Pending)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898