IN THE UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In the Matter of:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>Debtors<br>KIWOOM ASSET MANAGEMENT CO., LTD.,<br>Creditor | Chapter 11 Case No.<br>08-13555 (SCC)<br>(Jointly Administered) |
|---|---|

## Notice of Change of Address

Our Former Mailing Address and Telephone Number was:

Name: Woori Asset Management
Street: 32 Gukjegeumyung-ro2-gil,
City, State, Zip: Yeongdeungpo-gu, Seoul Korea 150-707
Telephone #: +82 2. 789. 0300.

**Please be advised that effective June 23, 2015, our new mailing address and telephone number is:**

Name: Kiwoom Asset Management Co., Ltd
Street: 18, yeouinaru-ro4-gil
City, State, Zip: Yeongdeungpo-gu, Seoul, Korea 150-886
Telephone #: +82 2. 789. 0300

_____
Name: Su Young, Yun
Title: CEO
KIWOOM ASSET MANAGEMENT CO., LTD.

[RECEIVED APR 2 4 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]