# EXHIBIT B

Alan L. Sullivan, Utah No. 3152
Jared C. Fields, Utah Bar No. 10115
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Tel.: (801) 257-1900
Fax: (801) 257-1800
asullivan@swlaw.com
jfields@swlaw.com

Matthew D. Spohn, *pro hac vice*
FULBRIGHT & JAWORSKI, L.L.P.
1200 17th Street, Suite 100
Denver, Colorado 80202
Tel.: (303) 801-2701
Fax: (303) 801-2777
mspohn@fulbright.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SECURITYNATIONAL MORTGAGE COMPANY, a Utah corporation,<br><br>Defendant. | **ORDER GRANTING UNOPPOSED MOTION TO UNSEAL MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:11-cv-00519<br><br>Judge Ted Stewart |

21488761

Based upon the Unopposed Motion to Unseal Memorandum Decision and Order Denying Defendant's Motion for Summary Judgment, filed April 27, 2015, and good cause appearing:

The Court hereby GRANTS the Motion. The Court hereby directs the Clerk to remove the Seal from the Court's Memorandum Decision and Order Denying Defendant's Motion for Summary Judgment (Docket No. 91), and to make the Order available for public access.

Dated this 27th day of April, 2015.

BY THE COURT

_____
Ted Stewart
United States District Court Judge

2

21488761