UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x
In re                                                 : Chapter 11
                                                      :
                                                      : Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.                         :
                                                      : (Jointly Administered)
                                                      :
             Debtor.                                  :
----------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that ACREVIS BANK AG (c/o Finanz-Logistik AG) hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 49203], dated March 26, 2015, filed in reference to Claim No. 59233, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: April 23, 2015

ACREVIS BANK AG
(c/o Finanz-Logistik AG)

CH-9007 ST. GALLEN (Switzerland)

Marcel Ledergerber        Roman Lengwiler