

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.,                    Case No. 08-13555 (JMP)

PARTIAL    **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cassa di Risparmio di Bolzano                    Banca Popolare dell'Alto Adige Soc.Coop.pa
_____                  _____
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 40675.03
should be sent:                                   Amount of Claim: USD 108,224.91
Cassa di Risparmio di Bolzano                     Date Claim Filed: 10/08/2009
Servizio IT & Operations                          Partial transfer of USD 21,644.98
Soprana Anna                                      of XS0189294225
via Cassa di Risparmio 12-                        
Phone: 39100 Bolzano (ITALY)                      Phone: +39 0471 996118
Last Four Digits of Acct #: +39 0471 232206       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

WELLS FARGO BANK NA
NEW YORK
Bic code PNBPUS3NNYC
ABA 026005092  acc 2000193564888

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: SÜDTIROLER SPARKASSE AG
    CASSA DI RISPARMIO DI BOLZANO S.p.A.         Date: 04/14/2015
    Abteilung - Servizio Operations
    [signature]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.