UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

LEHMAN BROTHERS HOLDING, INC.,

    Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

RECEIVED
APR 28 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James W. Brody, request admission, *pro hac vice,* before the Honorable Shelly C. Chapman, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK, Defendants in the above referenced proceedings.

*I certify that I am a member in good standing* of the bar in the State of California and the bar of the United States District Court for the Northern District of California, United States District Court for the Central District of California Central District, United States District Court for the Eastern District of California, and United States District Court for the Southern District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: April 6, 2015, 2015
       Novato, California

*/s/ James W. B.*

James W. Brody
75 Rowland Way, Suite 350
Novato, CA 94945
jbrody@americanmlg.com
T(415) 878-0030 x. 151

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

LEHMAN BROTHERS HOLDING, INC.,

                Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of James W. Brody, to be admitted, *pro hac vice*, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK, (the "Clients") Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern, Central, Eastern and Southern Districts of California, it is hereby

**ORDERED**, that James W. Brody, Esq., is admitted to practice, pro hac vice, in the above referenced proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: _____, 2015
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE