**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holding Inc.             Case No. <u>08-13555 (JMP)</u>
                                                  Court ID (Court Use Only) _____

**NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Värde Investment Partners, L.P. | Name of Transferor:<br>Goldman Sachs Lending Partners LLC |
|---|---|
| Notices to Transferee should be sent to:<br>VÄRDE INVESTMENT PARTNERS, L.P.<br>8500 Normandale Lake Blvd, Suite 1500<br>Minneapolis, MN  55437<br>Fax: 952-893-9613<br>Attn: Edwina Steffer<br>Tel. 952-374-6983<br>E-mail: esteffer@varde.com and operations@varde.com | Court Record Address of the Transferor:<br>(*Court use only*) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>30 Hudson Street, 5th Floor<br>Jersey City, NJ  07302<br>Phone:  212.934.3921, Fax:  646.769.7700<br>Attn:  Michelle Latzoni, Email:  gsd.link@gs.com |
| Transferred Claim Amount:  $25,000,000.01 | ***This is a partial transfer of claim.*** |
| Court Claim No. (if known):<br>17247 | |
| Date Claim Filed: | |

**As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).**

A/76737784.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, its General Partner
By: Värde Partners, L.P., its Managing Member
By: Värde Partners, Inc., its General Partner

By: _____ Scott T. Hartman, Managing Director    Date: April 29, 2015
Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.*

A/76737784.1

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim Number: 17247

GOLDMAN SACHS LENDING PARTNERS LLC its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

    VÄRDE INVESTMENT PARTNERS, L.P.
    8500 Normandale Lake Blvd, Suite 1500
    Minneapolis, MN 55437
    Fax: 952-893-9613
    Attn: Edwina Steffer
    Tel. 952-374-6983
    E-mail: esteffer@varde.com and operations@varde.com

its successors and assigns ("Transferee") all rights, title and interest in and to the claim of Transferor in the liquidated principal amount of **$25,000,000.01** (the "Claim") against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 29, 2015.

GOLDMAN SACHS LENDING PARTNERS LLC

By: *Jamie Minieri*
Name:
Title:    **Jamie Minieri**
    **Authorized Signatory**

A/76737784.1