*PARTIAL Transfer of LBHI Claim # 44138*

## AMENDMENT TO AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM LEHMAN PROGRAM SECURITY

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 |
| CLAIM NO. | [44138] (partial transfer) |
| TRANSFER AMOUNT: | $139,056.34 |

This Amendment to the Agreement and Evidence of Transfer of Claim Lehman Program Security dated January 15, 2015 (the "Transfer Agreement") is entered into as of the date below by and between Aspecta Assurances International SA (the "Seller") and AFI-ESCA Luxembourg SA (the "Purchaser", and together with the Seller, the "Parties").

WHEREAS, the Parties entered into the Transfer Agreement pursuant to which Seller transferred Proof of Claim Number 44138 to Purchaser as set forth in the Transfer Agreement; and

WHEREAS, the Transfer Agreement was filed with the Bankruptcy Court on February 5, 2015 [Docket No. 48085]; and

WHEREAS, the Parties desire to clarify that the Transfer Agreement transferred only a portion of Proof of Claim Number 44138 in an amount of $139,056.34.

NOW, THEREFORE, the Parties agree as follows:

1. The amount of the transfer from Seller to Purchaser of Proof of Claim Number 44138 is $139,056.34.

2. All other terms and conditions of the Transfer Agreement shall remain in full force and effect.

DM3\3268810.1

IN WITNESS WHEREOF, this AMENDMENT TO AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 28 April 2015.

| **ASPECTA ASSURANCES INTERNATIONAL SA,** | **AFI-ESCA Luxembourg SA,** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: Olivier SCHMIDT-BERTEAU | Name: Antony CLAUDIN |
| Title: CEO | Title: Director |
| | |
| 5 rue Eugène Ruppert | 21, rue Lèon Laval |
| L-2453 Luxembourg | L-3372 Leudelange |