**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

LEHMAN BROTHERS HOLDING, INC.,

　　　　　　　　　Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of James W. Brody, to be admitted, *pro hac vice*, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK, (the "Clients") Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern, Central, Eastern and Southern Districts of California, it is hereby

**ORDERED**, that James W. Brody, Esq., is admitted to practice, pro hac vice, in the above referenced proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: April 30, 2015
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/S/ Shelley C. Chapman
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE