**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (SCC)
                                                  :    (Jointly Administered)
                         Debtors.                 :
                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 48907, 48936,
                                                       48994, 49008, 49020, 49184, 49213,
                                                       49233, 49258–49265, 49278–
                                                       49279, 49281-49282, 49287-49288
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Diane Streany*
                                            Diane Streany

Sworn to before me this
30th day of April, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 48907,48936,48994,49008,49020,49184,49213,49233,49258-49265,49278-49279,49281-49282,49287-49288_AFF_4-29-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000168943

To:    BAR(23) MAILID *** 000093013943 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: FIFTH STREET STATION
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000093013943 ***   LBH TRFNTC (MERGE2, TXNUM2) 4000168943



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: FIFTH STREET STATION
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 67649-01 in the above referenced case and in the amount of $25,000,000.00 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   49264   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2015                Vito Genna, Clerk of Court

/s/ Diane Streany
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 29, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TSVE CAPITAL LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: ANTE JAKIC/ GARY S. COHEN/ RYAN WEDDLE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TSVE CAPITAL LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: ANTE JAKIC/ GARY S. COHEN/ RYAN WEDDLE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DI MILANO | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIA TERESA GUERRA, PIAZZA MEDA, 4, MILANO 20121   ITALY |
| BANCA POPOLARE DI SONDRIO SCPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: GERRY DE ALBERTI, SERVIZIO FINANZA, PIAZZA GARIBALDI, 16, SONDRIO 23100   ITALY |
| BANCO SANTANDER (SUISSE) S.A. | TRANSFEROR: BBVA (SUIZA) S.A., 5-7 RUE AMI-LEVNER - CASE POSTALE 1256, 1211 GENEVE 1   SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: BNP PARIBAS (SUISSE) SA, ATTN: PETER HSU, BAER & KARRER AG, BRANDSCHENKESTRASSE 90, CH-8027 ZURICH   SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | FRANK LINK, SENIOR LEGAL COUNSEL, ELISABETHENSTRASSE 62, PO BOX, CH-4002 BASEL SWITZERLAND |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BNP PARIBAS (SUISSE) SA | F/K/A FORTIS BANQUE (SUISSE) SA, 2 PLACE DE HOLLANDE, GENEVA 11 CH-1211 SWITZERLAND |
| BUSH, JAMES | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| BUSH, JAMES | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, |

| Claim Name | Address Information |
|---|---|
| BUSH, JAMES | ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| BUSH, JAMES | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| BUSH, JAMES | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| BUSH, JAMES | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| BUSH, JAMES | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| BUSH, JAMES | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, (IN LIQUIDATION), C/O CITIBANK, N.A., ATTN: BRIAN BLESSING/BRIAN BROYLES, 1615 BRETT ROAD, OPS III, NEW CASTLE, DE 19720 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BAYERISCHE LANDESBANK, ATTN: SIMON GLENNIE, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| FELDKAMP, GEOFFREY F | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| FIFTH STREET STATION | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING CLERK, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING CLERK, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| HAR-EVEN, ITAMAR | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| HAR-EVEN, ITAMAR | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| HAR-EVEN, ITAMAR | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| HAR-EVEN, ITAMAR | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| HAR-EVEN, ITAMAR | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: |

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| ICCREA BANCA SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: ANTONIO TORRE, VIA LUCRAZIA ROMANA, 41/47, ROMA 00178   ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| JOTWANI,TARUN | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL, 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| JOTWANI,TARUN | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| JOTWANI,TARUN | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| JOTWANI,TARUN | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| JOTWANI,TARUN | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| JOTWANI,TARUN | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| JOTWANI,TARUN | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| LAIBLE, ROBERT K. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LAIBLE, ROBERT K. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LAIBLE, ROBERT K. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LAIBLE, ROBERT K. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LAIBLE, ROBERT K. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LAIBLE, ROBERT K. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., ATTN: RONALD GERAGHTY, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10022 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS SECURITIES, N.V., C/O VAN EPS KUNNERMAN VANDOOME, JULIANAPLEIN, PO BOX 504, CURACAO   NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: BUSH, JAMES, ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: FELDKAMP, GEOFFREY F, ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: HAR-EVEN, ITAMAR, ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: JOTWANI,TARUN, ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: LAIBLE, ROBERT K., ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: PAPADAKIS, SPYROS N., ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: ZOLAD, BRYAN C., ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| ORIOLE BIRCH, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., PO BOX 6270, NEW YORK, NY 10150 |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| PAPADAKIS, SPYROS N. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| PAPADAKIS, SPYROS N. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| PAPADAKIS, SPYROS N. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| PAPADAKIS, SPYROS N. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| PAPADAKIS, SPYROS N. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| PAPADAKIS, SPYROS N. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW Y0RK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINTON AVENUE, NEW YORK, NY 10017-3904 |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| ZOLAD, BRYAN C. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| ZOLAD, BRYAN C. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |

**Total Creditor Count 116**