# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   (Jointly Administered)
                                                                   :
         Debtors.                                                  :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

| | |
|---|---|
| <u>Recovery Partners Holdings I, LLC</u><br>Name of Transferee | <u>Lehman Re Ltd.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Recovery Partners Holdings I, LLC<br>c/o CCP Credit Acquisition Holdings, L.L.C.<br>375 Park Avenue, 12th Floor<br>New York, NY 10152-0002<br>Attention: Shanshan Cao<br>Facsimile: (212) 672-4530 | Court Claim No.: 28308<br>Transferred Claim Amount: $38,887,076.79<br>Date Claim Filed: 9/22/2009<br>Debtor: Lehman Brothers Commercial Corp.<br><br>Name and Address where notices to transferor should be sent:<br><br>Lehman Re Ltd.<br>c/o PricewaterhouseCoopers, Bermuda<br>Dorchester House<br>7 Church Street<br>Hamilton, Bermuda HM11<br>Attention: Garth Calow<br>Facsimile: (441) 295-1242<br><br>with copies to:<br><br>Lehman Re Ltd.<br>c/o PricewaterhouseCoopers LLP<br>7 More London Riverside<br>London, SE12RT, United Kingdom<br>Attention: Dan Schwarzmann<br>Facsimile: +44(0)20 7212 7500<br><br>and:<br><br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attention: Ingrid Bagby, Esq. |

NYC:332053.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: ___4/30/15___
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:332053.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Recovery Partners Holdings I, LLC pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Recovery Partners Holdings I, LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $38,887,076.79 of the allowed claim of Lehman Re against Lehman Brothers Commercial Corp. (Claim No.: 28308) in the amount of $87,621,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 44.38% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 30th day of April, 2015.

**LEHMAN RE LTD.**, a Bermuda
corporation in liquidation

By: _____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**RECOVERY PARTNERS HOLDINGS I, LLC**


By: _____
Name:
Title:

NYC:331047.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

      Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Recovery Partners Holdings I, LLC pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Recovery Partners Holdings I, LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $38,887,076.79 of the allowed claim of Lehman Re against Lehman Brothers Commercial Corp. (Claim No.: 28308) in the amount of $87,621,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

      Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 44.38% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

      IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 30th day of April, 2015.

**LEHMAN RE LTD.**, a Bermuda
corporation in liquidation

By:_____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**RECOVERY PARTNERS HOLDINGS I, LLC**

By: _____
Name:
Title:    Susanne V. Clark
          Authorized Signatory

NYC:331047.1