**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 08-13555 (JPM)
: (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

Recovery Partners Holdings I, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

Recovery Partners Holdings I, LLC
c/o CCP Credit Acquisition Holdings, L.L.C.
375 Park Avenue, 12th Floor
New York, NY 10152-0002
Attention: Shanshan Cao
Facsimile: (212) 672-4530

Lehman Re Ltd.
Name of Transferor

Court Claim No.: 28306
Transferred Claim Amount: $11,286,088.00
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where notices to transferor should be sent:

Lehman Re Ltd.
c/o PricewaterhouseCoopers, Bermuda
Dorchester House
7 Church Street
Hamilton, Bermuda HM11
Attention: Garth Calow
Facsimile: (441) 295-1242

with copies to:

Lehman Re Ltd.
c/o PricewaterhouseCoopers LLP
7 More London Riverside
London, SE12RT, United Kingdom
Attention: Dan Schwarzmann
Facsimile: +44(0)20 7212 7500

and:

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attention: Ingrid Bagby, Esq.

NYC:332045.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Russ Chiappetta_____    Date: __4/30/15__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:332045.1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Recovery Partners Holdings I, LLC pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Recovery Partners Holdings I, LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $11,286,088.00 of the allowed claim of Lehman Re against Lehman Brothers Special Financing Inc. (Claim No.: 28306) in the amount of $25,430,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 44.38% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 30th day of April, 2015.

**LEHMAN RE LTD.**, a Bermuda
corporation in liquidation

By: _____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**RECOVERY PARTNERS HOLDINGS I, LLC**


By: _____
Name:
Title:

NYC:331046.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Lehman Re Ltd., in Liquidation ("Lehman Re"), as a liquidation distribution to Recovery Partners Holdings I, LLC pursuant Bermuda law and as more specifically set out in an assignment of claim agreement, does hereby certify that Lehman Re has transferred and assigned to Recovery Partners Holdings I, LLC, its successors and assigns ("Transferee"), all rights, title and interest in and to $11,286,088.00 of the allowed claim of Lehman Re against Lehman Brothers Special Financing Inc. (Claim No.: 28306) in the amount of $25,430,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Lehman Re hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 44.38% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 30th day of April, 2015.

**LEHMAN RE LTD.**, a Bermuda
corporation in liquidation

By:_____
Garth Calow, in his capacity as Joint
Provisional Liquidator of Lehman Re Ltd.,
without personal liability


**RECOVERY PARTNERS HOLDINGS I, LLC**


By: _____
Name:
Title:   **Susanne V. Clark**
         **Authorized Signatory**

NYC:331046.1