UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## MARCH 2015 POST-EFFECTIVE OPERATING REPORT

MARCH 1 2015 – APRIL 2, 2015
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o MICHAEL S. LETO<br>CHIEF FINANCIAL OFFICER<br>1271 AVENUE OF THE AMERICAS<br>40th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o JACQUELINE MARCUS, GARRETT A. FAIL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date: April 30, 2015

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………………………… 3

Lehman Brothers Holdings Inc. and Other Debtors and Other Controlled Entities
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………. 4
    Schedule of Cash Receipts and Disbursements ……………………………………………………………..... 6

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. 10
    Schedule of Professional Fee and Expense Disbursements …………………………………………………... 11

**SCHEDULE OF DEBTORS**

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below. On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred.  The Debtors' Chapter 11 cases remain open as of the date hereof.

| | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

---

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the questions' origination). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as needed, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's posted responses were last updated on October 30, 2014, and can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com under Key Documents, Responses to Questions Submitted**

LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES

BASIS OF PRESENTATION
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
MARCH 1, 2015 – APRIL 2, 2015

The information and data included in this March 2015 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report reflects cash activities from March 1, 2015 to April 2, 2015 which includes distributions to holders of Allowed Claims as part of the seventh Plan distribution on April 2, 2015.

2. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

3. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. and foreign money-market funds, U.S. government obligations, U.S. government guaranteed securities, investment grade corporate bonds and commercial paper, and AAA-rated asset-backed securities secured by auto loans and credit card receivables.

4. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

5. Beginning and ending cash and investment balances exclude the following:
   - Cash posted as collateral for hedging activity; and
   - Cash held at real estate owned properties or at third party real estate managers.

6. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of April 2, 2015:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims [1] | $ 1,882 | $ 1,515 | $ 16 | $ 320 | $ 3,733 | $ - | $ 3,733 |
| Tax claims [2] | 0 | 25 | - | 4 | 29 | - | 29 |
| Distributions on Allowed Claims (not remitted) [3] | 113 | 1 | 50 | 4 | 168 | - | 168 |
| Secured, Admin, Priority Claims and Other [4] | 69 | 15 | 9 | 13 | 105 | - | 105 |
| Subtotal, Claims Reserves | 2,064 | 1,556 | 74 | 341 | 4,036 | - | 4,036 |
| Cash pledged to JPMorgan (CDA) [5] | 76 | - | - | - | 76 | - | 76 |
| Citigroup and HSBC [6] | 2,033 | - | - | - | 2,033 | - | 2,033 |
| Other [7] | 180 | 21 | 6 | 30 | 237 | 64 | 301 |
| Total | $ 4,354 | $ 1,577 | $ 81 | $ 371 | $ 6,382 | $ 64 | $ 6,446 |

Totals may not foot due to rounding.

(1) Represents the cash reserve for the principal amount of the disputed unsecured claims subsequent to the seventh Plan distribution on April 2, 2015.

(2) On March 6, 2015, the Bankruptcy Court approved a stipulation permitting the release of the Internal Revenue Service consolidated income tax cash reserve of $390 million at LBHI. The 29 million at LBSF and LBCC represents the cash reserve for non-income tax issues.

(3) Includes (i) approximately $9 million related to unpaid Plan distributions to holders of Allowed Claims that are held pending resolution of certain matters with various Non-Controlled Affiliates, (ii) approximately $69 million related to claimants subject to Office of Foreign Asset Control ("OFAC"), and (iii) $90 million related to other open items.

(4) Includes approximately $32 million related to post-petition intercompany payables, $8 million related to disputed secured claims and $66 million related to other administrative and other activities.

(5) Represents $76 million of cash deposited into accounts by LBHI and pledged to JPMorgan (and its affiliates, "JPM") pursuant to paragraph 6(b) of the Collateral Disposition Agreement ("CDA") with JPM effective March 31, 2010; related to, but not limited to, clearance exposures and derivative exposures pending resolution of these items. In March 2015, approximately $208 million was released to unrestricted cash due to the resolution and adjustment of certain contingent exposures.

(6) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $27 million, including interest earned thereon. The Company is in discussion with HSBC Bank and commenced litigation against Citigroup regarding these deposits, among other things.

(7) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $91 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $54 million; and (iii) other miscellaneous items of $156 million.

Restricted cash balances herein do not include other cash reserves required for operating expenses, asset preservation and other commitments (e.g. anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**March 1, 2015 - April 2, 2015**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Debtor-Controlled Entities Total | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | | |
| **Beginning Free Cash and Investments (03/01/15)** | $ 1,551 | $ 239 | $ 259 | $ 1,173 | $ 3,223 | $ 759 | $ 3,982 |
| Restricted Cash | 5,278 | 1,829 | 80 | 426 | 7,613 | 94 | 7,707 |
| **Beginning Total Cash and Investments** | 6,830 | 2,069 | 339 | 1,599 | 10,837 | 852 | 11,689 |
| **Sources of Cash** | | | | | | | |
| Commercial Real Estate | 0 | - | 4 | - | 4 | 89 | 93 |
| Loans (Corporate and Residential) | 1 | - | 1 | - | 2 | 1 | 2 |
| Private Equity / Principal Investing | 4 | - | 0 | - | 4 | 80 | 84 |
| Derivatives | - | 81 | - | 2 | 83 | - | 83 |
| Receipts from Affiliates | 2,587 | 71 | 54 | 54 | 2,765 | 199 | 2,964 |
| Other | 120 | 0 | 3 | 0 | 124 | 2 | 126 |
| **Total Sources of Cash** | 2,712 | 152 | 62 | 56 | 2,982 | 370 | 3,352 |
| **Uses of Cash** | | | | | | | |
| Non-Operating | | | | | | | |
| Commercial Real Estate | (1) | - | (2) | - | (3) | (7) | (10) |
| Loans (Corporate and Residential) | (0) | - | - | - | (0) | (0) | (0) |
| Payments to Creditors | (5,976) | (622) | (751) | (259) | (7,608) | (4) | (7,611) |
| Other | (80) | - | - | (0) | (80) | (0) | (80) |
| Operating Expenses | (18) | (0) | (0) | (0) | (18) | (2) | (20) |
| **Total Uses of Cash** | (6,075) | (622) | (753) | (259) | (7,709) | (13) | (7,722) |
| **Net Cash Flow** | (3,363) | (470) | (691) | (203) | (4,727) | 358 | (4,369) |
| Inter-Company Transfers, Net | 1,001 | (6) | 460 | (788) | 666 | (666) | 0 |
| Loan Agencies, Net | (0) | - | (6) | - | (6) | 5 | (1) |
| FX Fluctuation | (3) | (0) | (0) | (0) | (3) | (1) | (4) |
| **Ending Total Cash and Investments** | 4,464 | 1,593 | 101 | 608 | 6,766 | 549 | 7,315 |
| Restricted Cash | (4,354) | (1,577) | (81) | (371) | (6,382) | (64) | (6,446) |
| **Ending Free Cash and Investments (04/02/15)** | $ 111 | $ 16 | $ 20 | $ 236 | $ 384 | $ 485 | $ 869 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

6

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**March 1, 2015 - April 2, 2015**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities Total | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | | |
| **Beginning Free Cash and Investments (03/01/15)** | | $ 1,551 | $ 239 | $ 259 | $ 1,173 | $ 3,223 | $ 759 | $ 3,982 |
| Restricted Cash | | 5,278 | 1,829 | 80 | 426 | 7,613 | 94 | 7,707 |
| **Beginning Total Cash and Investments** | | 6,830 | 2,069 | 339 | 1,599 | 10,837 | 852 | 11,689 |
| | | | | | | | | |
| **Sources of Cash** | | | | | | | | |
| Commercial Real Estate | | | | | | | | |
|   Principal | (a) | 0 | - | 4 | - | 4 | 87 | 91 |
|   Interest | | 0 | - | 0 | - | 0 | 2 | 2 |
| Loans (Corporate and Residential) | | | | | | | | |
|   Principal | | 1 | - | 1 | - | 1 | 0 | 2 |
|   Interest | | 0 | - | 0 | - | 1 | 0 | 1 |
| Private Equity / Principal Investing | | | | | | | | |
|   Principal | (b) | 0 | - | 0 | - | 1 | 80 | 80 |
|   Interest and Dividends | | 3 | - | 0 | - | 3 | 0 | 4 |
| Derivatives | | | | | | | | |
|   Return / (Posting) of Hedging Collateral, net | | - | (2) | - | - | (2) | - | (2) |
|   Collections from Live / Terminated Trades | | - | 83 | - | 2 | 85 | - | 85 |
| Receipts from Affiliates | | | | | | | | |
|   Distributions from Non-Controlled Affiliates | (c) | 1,598 | 24 | 1 | 25 | 1,647 | 35 | 1,682 |
|   Plan Distributions from Debtors | (d) | 989 | 47 | 53 | 29 | 1,118 | 164 | 1,282 |
| Other | | | | | | | | |
|   Other | (e) | 120 | 0 | 3 | 0 | 124 | 2 | 126 |
| **Total Sources of Cash** | | 2,712 | 152 | 62 | 56 | 2,982 | 370 | 3,352 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

7

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**March 1, 2015 - April 2, 2015**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|
|  |  | **LBHI** | **LBSF** | **LCPI** | **Other** | **Total** | **Total** | **Entities** |
| **Uses of Cash** | | | | | | | | |
| Non-Operating | | | | | | | | |
| Commercial Real Estate | | | | | | | | |
|   Preservation of Assets | | (1) | - | (2) | - | **(3)** | **(7)** | **(10)** |
| Loans (Corporate and Residential) | | | | | | | | |
|   Preservation of Assets | | (0) | - | - | - | **(0)** | **(0)** | **(0)** |
| Payments to Creditors | | | | | | | | |
|   Plan Distributions | (f) | (5,929) | (573) | (751) | (259) | **(7,513)** | **-** | **(7,513)** |
|   Payments to Creditors | | (47) | (49) | - | - | **(95)** | **-** | **(95)** |
|   Payments to Creditors - Non Controlled Affiliates | | (0) | - | - | - | **(0)** | **(4)** | **(4)** |
| Other | | | | | | | | |
|   Other | | (80) | - | - | (0) | **(80)** | **(0)** | **(80)** |
| Operating Expenses | (g) | | | | | | | |
|   Compensation and Benefits | (h) | (5) | - | - | - | **(5)** | **(1)** | **(5)** |
|   Professional Fees | | (11) | - | (0) | (0) | **(11)** | **(0)** | **(12)** |
|   Other | (i) | (2) | (0) | (0) | (0) | **(2)** | **(1)** | **(3)** |
| **Total Uses of Cash** | | **(6,075)** | **(622)** | **(753)** | **(259)** | **(7,709)** | **(13)** | **(7,722)** |
| **Net Cash Flow** | | **(3,363)** | **(470)** | **(691)** | **(203)** | **(4,727)** | **358** | **(4,369)** |
| | | | | | | | | |
| Inter-Company Receipts | (j) | 1,069 | 33 | 470 | 26 | **1,598** | **64** | **1,662** |
| Inter-Company Disbursements | (j) | (68) | (39) | (11) | (814) | **(932)** | **(730)** | **(1,662)** |
| Loan Agencies, Net | | (0) | - | (6) | - | **(6)** | **5** | **(1)** |
| FX Fluctuation | | (3) | (0) | (0) | (0) | **(3)** | **(1)** | **(4)** |
| **Ending Total Cash and Investments** | (k) | **4,464** | **1,593** | **101** | **608** | **6,766** | **549** | **7,315** |
| Restricted Cash | (l) | (4,354) | (1,577) | (81) | (371) | **(6,382)** | **(64)** | **(6,446)** |
| **Ending Free Cash and Investments (04/02/15)** | | $ 111 | $ 16 | $ 20 | $ 236 | $ 384 | $ 485 | $ 869 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**March 1, 2015 - April 2, 2015**

Unaudited ($)

**Notes:**

(a) Cash collections at Debtor-Controlled Entities include $78 million at Property Asset Management Inc. primarily related to the sales of land in California and New York of $43 million and $22 million, respectively.

(b) Cash collections at LB I Group primarily include (i) $52 million of additional proceeds from the realization of the Firth Rixson investment in November 2014, and (ii) a $26 million for dividend payment related to the Formula One investment, which was subsequently transferred to LCPI as beneficial owner of the Formula One investment.

(c) Receipts from Non-Controlled Affiliates include the following distributions:

| ($ in millions) | LBHI | LBSF | LCPI | Other Debtors | Debtor-Controlled Entities | Total | |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. ("LBT") | $ 77 | $ 24 | $ - | $ 1 | $ - | $ 102 | (i) |
| Lehman Brothers Securities N.V. ("LBS") | 101 | - | - | - | - | 101 | (i) |
| LB UK Financing Ltd | 75 | - | - | - | - | 75 | (ii) |
| Lehman Brothers Asia Holdings Ltd | 409 | - | - | 9 | 34 | 452 | |
| Lehman Brothers Securities Asia Ltd | 260 | - | - | - | - | 260 | |
| Lehman Brothers Finance S.A. | 250 | - | - | - | - | 250 | |
| Lehman Brothers Inc. | 211 | - | 1 | 14 | - | 226 | (iii) |
| Lehman Brothers Commercial Corp. Asia Ltd | 103 | - | - | - | - | 103 | |
| Other | 113 | - | - | - | 0 | 113 | (iv) |
| | $ 1,598 | $ 24 | $ 1 | $ 25 | $ 35 | $ 1,682 | |

(i) Pursuant to agreements with these entities, LBHI deducted and withheld these amounts from its seventh Plan distribution ("Withheld Distributions") to offset amounts due to LBHI, LBSF and LBCS from these entities. The Withheld Distributions were then distributed to LBSF, LBCS and LBHI for inclusion in their respective seventh Plan distributions.

(ii) In March 2015 LB UK Financing Limited ("UK Financing") assigned its gross claim against LBHI of $2,875 million, net of distributions, to LBHI. Pursuant to Section 8.11 of the Plan, claims transferred after the Confirmation Date are to be treated for distribution purposes as if such claims were held by the transferor. LBHI has reflected its distribution on this assigned claim as a receipt.

(iii) Approximately $55 million at LBHI was collected on behalf of Lehman Brothers Bancorp, Inc.

(iv) Other primarily includes distributions to LBHI of (a) $51 million from Lehman Brothers Equity Finance, (b) $22 million from Lehman Brothers Investments PTE, (c) $19 million from Lehman Brothers PTG Ltd, and (d) $13 million from LB UK RE Holdings Ltd.

(d) Plan Distributions from Debtors include distributions to Debtors and Debtor-Controlled Entities.

(e) Other includes the net variation margin of $105 million pursuant to the Company's foreign currency hedging program related to movements in the Euro, British Pound, Swiss Franc and Japanese Yen.

(f) Plan Distributions include distributions to holders of Allowed Claims and distributions related to Plan Adjustments from Participating Subsidiary Debtors. These amounts also include Withheld Distributions from LBHI to LBT and LBS of $102 million and $101 million, respectively, and a distribution related to the assigned claim from UK Financing of $75 million, as described above in footnote (c). Refer to Appendix A for additional information on Allowed Claims eligible for distribution for certain Debtors and by Plan Class.

(g) A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(h) Compensation and Benefits includes the Company's employee expenses as well as fees paid to Alvarez & Marsal (A&M).

(i) Operating Expenses - Other includes payments related to outsourced services, IT, occupancy, taxes, insurance and other general administrative items.

(j) Inter-Company Receipts and Disbursements primarily include (i) loans from LOTC of $605 million, LBDP of $100 million and LBCC of $35 million to LBHI, secured by certain LBHI assets, (ii) loans from LBFP to LCPI and LBSF of $50 million and $20 million, respectively, secured by certain LCPI and LBSF assets, and (iii) investments of $24 million of LBSF's cash reserves in secured notes issued by LBHI. Inter-Company Receipts and Disbursements also include partial repayments on intercompany balances, settlement of costs allocation, dividend distributions and other administrative activities.

(k) Ending Total Cash and Investments for Debtor-Controlled Entities - Other includes $64 million of cash balances at Debtor-Controlled Entities in Asia.

(l) Restricted cash balance decreased approximately $1.2 billion primarily due to (i) a decrease in reserves for disputed unsecured claims of $604 million, (ii) the release of tax cash reserve of $390 million, and (iii) the release of cash deposited into accounts by LBHI and pledged to JPM of $208 million.

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**MARCH 1, 2015 – APRIL 2, 2015**

The information and data included in this March 2015 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Debtor-Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
March 2015 (a)

Unaudited ($ in thousands)

| | | Mar-15 | | Year-to-date |
|---|---|---:|---|---:|
| Alvarez & Marsal LLC | Interim Management | $ 1,774 | | $ 5,221 |
| **Professional Fees** | | | | |
| Akerman Senterfitt & Eidson PA | Special Counsel | 56 | | 184 |
| Curtis, Mallet-Provost, Colt & Mosle LLP | Litigation Counsel | 504 | | 1,278 |
| Dechert LLP | Special Counsel | - | | 225 |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | 377 | | 641 |
| Jones Day | Litigation Counsel | 768 | | 1,950 |
| Jones & Keller, P.C. | Special Counsel - Residential Real Estate | 755 | | 1,226 |
| Milbank Tweed Hadley & McCloy LLP | UCC Litigation Committee and Litigation Counsel | 102 | | 430 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 73 | | 318 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Litigation Counsel | 1,575 | | 4,352 |
| Recovco Mortgage Management LLC | RMBS - Private Label And Downstream Litigations | 207 | | 810 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Special Counsel - Tax, Litigation, Other, and BOD Counsel | 64 | | 254 |
| Weil Gotshal & Manges LLP | Lead Counsel - Debtors | 2,663 | (b) | 6,870 |
| Willkie Farr & Gallagher LLP | Special Counsel - Real Estate | 125 | | 1,077 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives and Resi | 765 | | 1,596 |
| US Trustee Quarterly Fees | | - | | 243 |
| Other Professionals | Various | 3,659 | (c) | 8,457 |
| Sub-total Professional Fees | | 11,694 | | 29,912 |
| **Total Professional Fees (including A&M)** | | $ 13,468 | | $ 35,133 |

(a) The Company has incurred additional professional fee expenses that will be reflected in future Operating Reports.
(b) Reflects professional fees incurred for multiple months.
(c) Other Professionals reflect disbursements, including expert witnesses fees, to over 100 vendors.

# Appendix A

**Lehman Brothers Holdings, Inc. & Certain Other Debtors**
Allowed Claims Eligible for Distribution

*$ in millions*

| | | | | D7 Activity Bridge | | |
|---|---|---|---|---|---|---|
| Debtor | Class | Designation | Allowed Claims Eligible for Distributions at D6 [1] | Newly Allowed Claims [2] | Claims Satisfied in Full [3] and Other [4] | Allowed Claims Eligible for Distributions at D7 [1] |
| **Lehman Brothers Holdings Inc.** | | | | | | |
| | 3 | Senior Unsecured | $ 83,744.0 | $ - | $ 0.0 | $ 83,744.0 |
| | 4A | Senior Affiliate Claims | 58,822.0 | - | - | 58,822.0 |
| | 4B | Senior Affiliate Guarantee | 11,124.4 | - | (56.3) [3] | 11,068.1 |
| | 5 | Senior Third-Party Guarantee | 37,773.5 | 863.9 | (3,500.5) [3] | 35,137.0 |
| | 7 | General Unsecured | 3,306.1 | 7.8 | - | 3,313.9 |
| | 8 | Derivative Affiliate / Affiliate Guarantee Claims | 525.8 | - | (20.9) [3] | 504.9 |
| | 9A | Third Party Guarantee Derivatives | 24,631.6 | 945.4 | - | 25,577.0 |
| | 9B | Third Party Guarantee Derivatives RACER's | 1,947.7 | - | - | 1,947.7 |
| | 10A | Subordinated Class 10A Claims | 3,399.1 | - | - | 3,399.1 |
| | 10B | Subordinated Class 10B Claims | 10,330.4 | - | - | 10,330.4 |
| | 10C | Subordinated Class 10C Claims | 1,492.9 | - | - | 1,492.9 |
| | | Total | $ 237,097.6 | $ 1,817.2 | $ (3,577.7) | $ 235,337.0 |
| **Lehman Commercial Paper Inc.** | | | | | | |
| | 4A | GUC not Designated Entities | $ 1,527.9 | $ - | $ - | $ 1,527.9 |
| | 4B | GUC Designated Entities | 5,230.0 | - | - | 5,230.0 |
| | 5A | Affiliate Claims of LBHI | 13,732.6 | - | - | 13,732.6 |
| | 5B | Affiliate Claims of Participating Subs | 5.5 | - | - | 5.5 |
| | 5C | Affiliate claims | 5,316.4 | - | (85.0) [4] | 5,231.3 |
| | | Total | $ 25,812.3 | $ - | $ (85.0) | $ 25,727.3 |
| **Lehman Brothers Special Financing Inc.** | | | | | | |
| | 4A | GUC not Designated Entities | $ 17,562.0 | $ 256.8 | $ - | $ 17,818.8 |
| | 4B | GUC Designated Entities | 1,947.7 | - | - | 1,947.7 |
| | 5A | Affiliate Claims of LBHI | 15,340.7 | - | - | 15,340.7 |
| | 5B | Affiliate Claims of Participating Subs | 521.5 | - | - | 521.5 |
| | 5C | Affiliate claims | 1,597.9 | - | (0.1) [4] | 1,597.8 |
| | | Total | $ 36,969.8 | $ 256.8 | $ (0.1) | $ 37,226.5 |
| **Lehman Brothers Commodity Services Inc.** | | | | | | |
| | 4 | GUC | $ 2,056.6 | $ 13.9 | $ - | $ 2,070.5 |
| | 5A | Affiliate Claims of LBHI | 939.5 | - | - | 939.5 |
| | 5B | Affiliate Claims of Participating Subs | - | - | - | - |
| | 5C | Affiliate claims | 20.0 | - | - | 20.0 |
| | | Total | $ 3,016.2 | $ 13.9 | $ - | $ 3,030.1 |
| **Lehman Brothers Commercial Corporation** | | | | | | |
| | 4 | GUC | $ 278.0 | $ 27.8 | $ - | $ 305.8 |
| | 5A | Affiliate Claims of LBHI | - | - | - | - |
| | 5B | Affiliate Claims of Participating Subs | 571.7 | - | - | 571.7 |
| | 5C | Affiliate claims | 407.0 | - | - | 407.0 |
| | | Total | $ 1,256.8 | $ 27.8 | $ - | $ 1,284.6 |

[1] "Allowed" claims as reported in aggregate on Exhibit B of the Sixth and Seventh Distribution Notice filed on September 25th, 2014 and March 26th, 2015, respectively

[2] Claims Allowed subsequent to the Sixth Distribution

[3] Represents claims that were Allowed as of the Sixth Distribution that were subsequently satisfied in full through the combination of the primary obligor and guarantee distributions from LBHI, including a $3.5 billion claim (claim no. 67122)

[4] Certain allowed Claims at LCPI and LBSF have reduced pursuant to the Bankhaus Settlement Agreement included in Exhibit 3 of the Plan