SUPREME COURT OF THE STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------X

Chapter 11
Index No. 08-13555-sec

**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL AND ELECTRONIC MAIL IN PORTABLE DOCUMENT FORMAT (PDF)**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**Nellie Graverson,** being duly sworn, deposes and says:

I am over 18 years of age, not a party to this action and am employed at Blank Rome, LLP, 405 Lexington Avenue, New York, New York 10174.

That on April 30, 2105, I served a true copy of **Reply to Motion of Stearns Lending, LLC and Group 2000 Real Estate Services, Inc. Seeking Orders Vacating the Alternative Dispute Resolution Procedure Orders For Indemnification Claims of the Debtors Against Mortgage Loan Sellers with Exhibits** upon the following person(s) by depositing a true copy in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Mailed To:   The Chambers of the Honorable Shelley C. Chapman
             One Bowling Green
             Courtroom 623
             New York, New York 10004

             Weil Gotshal & Manges LLP
             *Attorneys for Debtors*
             767 Fifth Avenue
             New York, New York 10153
             ATTN:   Richard P. Krasnow, Esq.,
                     Lori R. Fife, Esq.,
                     Shi Y. Waisman, Esq., and

Jacqueline Marcus, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
ATTN:   Andy Velez-Rivera, Esq.,
        Paul Schwartzberg, Esq.,
        Brian Masumoto, Esq.,
        Linda Riffkin, Esq., and
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for Creditors' Committee*
1 Chase Manhattan Plaza
New York, New York 10005
ATTN:   Dennis F. Dunne, Esq.,
        Dennis O'Donnell, Esq., and
        Even R. Fleck, Esq.

Wollmuth Maher & Deutsche LLP

*Attorneys for LBHI*

500 5th Avenue

New York, New York 10110

ATTN:   James Lawlor, Esq.,
        Adam Bialek, Esq.

AND

That on April 30, 2015, I served a true copy of **Reply to Motion of Stearns Lending, LLC and Group 2000 Real Estate Services, Inc. Seeking Orders Vacating the Alternative Dispute Resolution Procedure Orders For Indemnification Claims of the Debtors Against Mortgage Loan Sellers with Exhibits** in the above captioned action via electronic mail in portable document format (PDF) upon all persons on the attached Master Service List.

Nellie M. Graverson

Sworn to before me this
30 day of April 2015

Notary Public

RACHEL SIMS
Notary Public, State of New York
No. 01SI4751805
Qualified in Kings County
Commission Expires October 31, 20 16