**Name**

UNITED STATES BANKRUPTCY COURT
WEIL GOTSHAL & MANGES LLP
OFFICE OF THE US TRUSTEE
HUGHES HUBBARD & REED LLP
MILBANK, TWEED, HADLEY & MCCLOY LLP
MILBANK, TWEED, HADLEY & MCCLOY, LLP
ASSISTANT UNITED STATES ATTORNEY, SDNY
FEDERAL RESERVE BANK OF PHILADELPHIA
INTERNAL REVENUE SERVICE
SECURITIES INVESTOR PROTECTION CORPORATION
US SECURITIES AND EXCHANGE COMMISSION
US SECURITIES AND EXCHANGE COMMISSION
CLEARY GOTTLIEB LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP
AKIN GUMP STRAUSS HAUER & FELD LLP
AKIN GUMP STRAUSS HAUER & FELD LLP
AKIN GUMP STRAUSS HAUER & FELD LLP
ALBERT PLLC
ALCANTAR LAW PLLC
ALLEN & OVERY LLP
ALLEN & OVERY LLP
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ALSTON & BIRD LLP
ALSTON & BIRD LLP
ALSTON & BIRD LLP
ANDERSON KILL & OLICK, P.C.
ANDREWS KURTH LLP
ARENT FOX LLP
ARMSTRONG TEASDALE LLP
ARNOLD & PORTER LLP
ARNOLD & PORTER LLP
AT&T SERVICES INC.
ATTORNEY GENERAL OF THE STATE OF NEW YORK
BAKER & HOSTETLER LLP
BAKER BOTTS L.L.P.
BANKRUPTCY CREDITORS' SERVICE, INC.
BARNES & THORNBURG LLP
BARNES & THORNBURG LLP
BARTLETT HACKETT FEINBERG P.C.
BECKER, GLYNN, MELAMED & MUFFLY LLP
BECKER, GLYNN, MELAMED & MUFFLY LLP
BERGER & MONTAGUE, P.C.
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
BIEGING SHAPIRO & BURNS LLP
BIEGING SHAPIRO & BURRUS LLP
BINGHAM MCCUTCHEN LLP
BINGHAM MCCUTCHEN LLP
BINGHAM MCCUTCHEN LLP
BINGHAM MCCUTCHEN LLP
BLANK ROME LLP
BLANK ROME LLP
BOIES, SCHILLER & FLEXNER LLP
BOIES, SCHILLER & FLEXNER LLP
BOULT, CUMMINGS, CONNERS & BERRY, PLC
BRACEWELL & GIULIANI LLP
BRACH EICHLER LLC
BRICE, VANDER LINDEN & WERNICK, P.C.
BRIGGS & MORGAN, P.A.
BROOKFIELD PROPERTIES ONE WFC CO. LLC
BROWN RUDNICK LLP
BROWN RUDNICK LLP
BUCHALTER NEMER, A PROFESSIONAL CORPORATION
BURNS & LEVINSON LLP
BUTZEL LONG, A PROFESSIONAL CORPORATION
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALADER, WICKERSHAM & TAFT LLP
CADWALDER, WICKERSHAM & TAFT, LLP
CAHILL GORDON & REINDEL LLP
CARTER, LEDYARD & MILBURN LLP
CB RICHARD ELLIS, INC
CHADBOURNE & PARKE LLP
CHAPMAN & CUTLER LLP
CHAPMAN & CUTLER LLP
CHAPMAN AND CUTLER LLP
CHAPMAN AND CUTLER LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP

CLEARY GOTTLIEB STEEN & HAMILTON LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP
CLEARY GOTTLIEB STEEN & HAMILTON LLP
CLIFFORD CHANCE US LLP
CLIFFORD CHANCE US LLP
CLIFFORD CHANCE US LLP
COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
COLE SCHOTZ P.C.
COLE SCHOTZ P.C.
COLE SCHOTZ P.C.
CONLEY, ROSENBERG & BRENNEISE, LLP
CONNELL FOLEY LLP
CONTINENTAL AIRLINES, INC.
CONTRARIAN CAPITAL MANAGEMENT, LLC
COUNTY OF SAN MATEO
COVINGTON & BURLING LLP
CRAVATH, SWAINE & MOORE LLP
CROWE & DUNLEVY, P.C.
CROWELL & MORING LLP
CROWELL & MORING LLP
CROWELL & MORING LLP
CUMMINGS & LOCKWOOD LLC
DAVIDOFF HUTCHER & CITRON LLP
DAVIS POLK & WARDWELL
DAVIS POLK & WARDWELL
DAY PITNEY
DAY PITNEY LLP
DAY PITNEY LLP
DAY PITNEY LLP
DEBEVOISE & PLIMPTON LLP
DECHERT LLP
DEPARTMENT OF JUSTICE
DEWEY PEGNO & KRAMARSKY LLP
DIAMOND MCCARTHY LLP
DICONZA TRAURIG LLP
DILWORTH PAXSON LLP
DLA PIPER LLP (US)
DLA PIPER LLP (US)
DLA PIPER LLP (US)
DLA PIPER LLP (US)
DORSEY & WHITNEY LLP
DORSEY & WHITNEY LLP
DRESDNER BANK A.G.
DRINKER BIDDLE & REATH LLP

DUANE MORRIS LLP
DUFFY & ATKINS LLP
EATON CORPORATION
EMMET, MARVIN & MARTIN, LLP
ENTWISTLE & CAPPUCCI LLP
EPSTEIN BECKER & GREEN, P.C.
EPSTEIN BECKER & GREEN, P.C.
EPSTEIN BECKER & GREEN, P.C.
EZRA BRUTZKUS GUBNER LLP
FAEGRE BAKER DANIELS LLP
FARRELL FRITZ, P.C.
FEDERAL RESERVE BANK OF NEW YORK
FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP
FILARDI LAW OFFICES LLC
FIRST TRUST PORTFOLIOS L.P.
FLANAGAN & ASSOCIATES, PLLC
FLASTER/GREENBERG PC
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
FOLEY & LARDNER LLP
FOLEY & LARDNER LLP
FOLEY & LARDNER LLP
FOLEY & LARDNER LLP
FOLEY & LARDNER LLP
FOLEY & LARDNER LLP
FOLEY & LARDNER LLP
FORMAN HOLT ELIADES & RAVIN LLC
FREDERIC DORWART, LAWYERS
FREEBORN & PETERS LLP
FRESHFIELDS BRUCKHAUS DERINGER US LLP
FRESHFIELDS BRUCKHAUS DERINGER US LLP
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
FRIEDMAN DUMAS & SPRINGWATER LLP
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
FULBRIGHT & JAWORSKI L.L.P.
FULTON BANK
GARDERE WYNNE SEWELL LLP
GAY MCCALL ISAACKS GORDON & ROBERTS, PC
GENOVESE, JOBLOVE & BATTISTA, P.A.
GIBBONS P.C.
GIBBONS P.C.
GIBSON DUNN & CRUTCHER LLP

GILMARTIN, POSTER & SHAFTO LLP
GODFREY & KAHN, S.C.
GOULSTON & STORRS, P.C.
GREEN TREE SERVICING LLC
GREENBERG TRAURIG, LLP
GREENBERG TRAURIG, LLP
GREER, HERZ & ADAMS, LLP
GSEF AL NAWRAS (CAYMAN) LIMITED
HAHN & HESSEN LLP
HAHN & HESSEN LLP
HALPERIN BATTAGLIA RAICHT, LLP
HARRISON & MOBERLY, LLP
HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
HERRICK, FEINSTEIN LLP
HERRICK, FEINSTEIN LLP
HEWLETT-PACKARD COMPANY
HEWLETT-PACKARD COMPANY
HINCKLEY, ALLEN & SNYDER LLP
HODGSON RUSS LLP
HOGAN & HARTSON LLP
HOGAN LOVELLS US LLP
HOLLAND & KNIGHT LLP
HOLLAND & KNIGHT LLP
HOLLAND & KNIGHT LLP
HOLLAND & KNIGHT LLP
HOLLAND & KNIGHT LLP
HOLMES ROBERTS & OWEN LLP
HUNTON & WILLIAMS LLP
HUNTON & WILLIAMS, LLP
INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
INSTITUTIONAL SERVICES GROUP, LLC
INTERNAL REVENUE SERVICE
INVESCO AIM MANAGEMENT GROUP, INC.
IRELL & MANELLA LLP
IVEY, BARNUM, AND O'MARA, LLC
JAY HURST, ASSISTANT ATTORNEY GENERAL
JENNER & BLOCK LLP
JENNER & BLOCK LLP
JENNINGS, STROUSS & SALMON, P.L.C.
JOSEPH N. CORDARO
JULIEN & SCHLESINGER, P.C.
JULIEN & SCHLESINGER, P.C.
K&L GATES LLP
KAPLAN LANDAU, LLP

KASOWITZ, BENSON, TOREES & FRIEDMAN LLP
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
KATSKY KORINS LLP
KAYE SCHOLER LLP
KAYE SCHOLER LLP
KAYE SCHOLER LLP
KELLEY DRYE & WARREN LLP
KELLEY DRYE & WARREN LLP
KELLEY DRYE & WARREN LLP
KELLEY DRYE & WARREN LLP
KIRKLAND & ELLIS
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
KLEIN SOLOMON LLP
KLESTADT & WINTERS, LLP
KLESTADT & WINTERS, LLP
KOBRE & KIM LLC
KRAMER LEVIN NAFTALIS & FRANKEL LLP
KRAMER LEVIN NAFTALIS & FRANKEL LLP
LANDMAN CORSI BALLAINE & FORD, P.C.
LANE POWELL PC
LATHAM & WATKINS LLP
LATHAM & WATKINS LLP
LATHAM & WATKINS LLP
LAW DEBENTURE TRUST COMPANY OF NEW YORK
LAW OFFICE OF A. JAMES BOYAJIAN
LAW OFFICES OF A. JAMES BOYAJIAN
LAW OFFICES OF GABRIEL DEL VIRGINIA
LAW OFFICES OF LISA M. SOLOMON
LEACH TRAVELL BRITT PC
LEVI LUBARSKY & FEIGENBAUM LLP
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
LOCKE LORD BISSELL & LIDDELL LLP
LOEB & LOEB LLP
LOIZIDES, P.A.
LOVELLS LLP
LOVELLS LLP
LOVELLS LLP
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC

LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
LOWENSTEIN SANDLER PC
MANUFACTURERS AND TRADER TRUST COMPANY
MARGOLIS EDELSTEIN
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYER BROWN LLP
MAYNARD COOPER & GALE, PC
MCBREEN & KOPKO
MCCALLA RAYMER, LLC
MCCALLA RAYMER, LLC
MCCARTER & ENGLISH, LLP
MCCARTER & ENGLISH, LLP
MCCARTER & ENGLISH, LLP
MCCAUSLAN, KEEN & BUCKLAND
MCDERMOTT WILL & EMERY LLP
MCDERMOTT WILL & EMERY LLP
MCGUIREWOODS LLP
MCGUIREWOODS LLP
MCGUIREWOODS LLP
MEISTER SEELIG & FEIN LLP
MENAKER & HERRMANN LLP
MEYER SUOZZI ENGLISH & KLEIN
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
MICHAEL A. COX, ATTORNEY GENERAL
MICHAEL C. FREGE

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
MONARCH ALTERNATIVE CAPITAL LP
MOORE & VAN ALLEN PLLC
MORGAN LEWIS & BOCKIUS LLP
MORGAN LEWIS & BOCKIUS LLP
MORGAN LEWIS & BOCKIUS LLP
MORGAN LEWIS & BOCKIUS LLP
MORGAN LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP
MORI HAMADA & MATSUMOTO
MORITT HOCK HAMROFF & HOROWITZ LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER, LLP
MORRISON COHEN LLP
MOSES & SINGER LLP
MOSES & SINGER LLP
MOUND COTTON WOLLAN & GREENGRASS
MRS. S.A.B. VAN ROOY, DVM AND LLM
NATIONWIDE FUND ADVISORS
NEW YORK CITY LAW DEPARTMENT
NEWEDGE USA, LLC
NIXON PEABODY LLP
NIXON PEABODY, LLP
NIXON PEABODY, LLP
NIXON PEABODY, LLP
NIXON PEABODY, LLP
NIXON PEABODY, LLP
NIXON PEABODY, LLP
NOMURA HOLDING AMERICA, INC
OFFICE OF ATTORNEY GENERAL
OFFICE OF CHARLENE M. INDELICATO
OFFICE OF THE MINNESOTA ATTORNEY GENERAL
OPPENHEIMERFUNDS, INC.
OPPENHEIMERFUNDS, INC.
ORRICK HERRINGTON & SUTCLIFFE LLP
ORRICK HERRINGTON & SUTCLIFFE LLP
ORRICK HERRINGTON & SUTCLIFFE LLP

ORRICK, HERRINGTON & SUTCLIFFE LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP
OTC CORPORATE ACTIONS
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
OUTTEN & GOLDEN LLP
PADUANO & WEINTRAUB LLP
PARKER POE ADAMS & BERNSTEIN LLP
PATTERSON BELKNAP WEBB & TYLER LLP
PAUL HASTINGS LLP
PAUL HASTINGS LLP
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
PEITZMAN, WEG & KEMPINSKY LLP
PENNYMAC LOAN SERVICES, LLC
PEPPER HAMILTON LLP
PEPPER HAMILTON LLP
PEPPER HAMILTON LLP
PEPPER HAMILTON LLP
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
PHOENIX AMERICAN FINANCIAL SERVICES, INC.
PILLSBURY WINTHROP SHAW PITTMAN LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
PORZIO, BROMBERG & NEWMAN, P.C.
POST & SCHELL, P.C.
PROSKAUER ROSE LLP
PROSKAUER ROSE LLP
PRYOR CASHMAN LLP
PURSUIT PARTNERS
QUINN EMANUEL URQUHART & SULLIVAN, LLP
RABINOWITZ LUBETKIN & TULLY, LLC
RAVERT PLLC
REED SMITH LLP
REED SMITH LLP
REED SMITH LLP
REED SMITH LLP
REED SMITH LLP
REID COLLINS & TSAI LLP
RICH MICHAELSON MAGALIFF MOSER, LLP
RICHARD W. MARTINEZ, APLC

RIDDELL WILLIAMS P.S.
RIEMER & BRAUNSTEIN LLP
ROGER B. NAGIOFF
ROPES & GRAY LLP
ROPES & GRAY LLP
ROPES & GRAY LLP
RUSSELL INVESTMENTS
RUSSELL R. JOHNSON III
SAINT JOSEPH'S UNIVERSITY
SALANS
SATTERLEE STEPHENS BURKE & BURKE LLP
SAUL EWING LLP
SCHIFF HARDIN LLP
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
SCHLAM STONE & DOLAN LLP
SCHNADER HARRISON SEGAL & LEWIS LLP
SCHNEIDER, SMELTZ, RANNEY & LAFOND, PLL
SCHULTE ROTH & ZABEL LLP
SEWARD & KISSEL LLP
SEWARD & KISSEL LLP
SEWARD & KISSEL LLP
SEWARD & KISSEL LLP
SHEARMAN & STERLING LLP
SHELL ENERGY NORTH AMERICA (US), L.P.
SHELL OIL COMPANY
SHELL TRADING (US) COMPANY
SHEPPARD MULLIN RICHTER & HAMPTON LLP
SHEPPARD MULLIN RICHTER & HAMPTON LLP
SHEPPARD MULLIN RICHTER & HAMPTON LLP
SHEPPARD MULLIN RICHTER & HAMPTON LLP
SHEPPARD MULLIN RICHTER & HAMPTON LLP
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
SHIPMAN & GOODWIN LLP
SHUTTS & BOWEN LLP
SIDLEY AUSTIN LLP
SILVERMANACAMPORA LLP
SIMPSON THACHER & BARTLETT LLP
SIMPSON THACHER & BARTLETT LLP
SKADDEN, ARPS, MEAGHER AND FLOM LLP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SONNENSCHEIN NATH & ROSENTHAL LLP
SONNENSCHEIN NATH & ROSENTHAL LLP
SQUIRE, SANDERS & DEMPSEY L.L.P.
STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

STAHL ZELLOE, P.C.
STAMELL & SCHAGER, LLP
STANDARD CHARTERED BANK
STARR & STARR, PLLC
STEIN & LUBIN LLP
STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
STEVENS & LEE, P.C.
STEVENS & LEE, P.C.
STRADLEY RONON STEVENS & YOUNG, LLP
STRADLEY RONON STEVENS & YOUNG, LLP
STRADLEY RONON STEVENS & YOUNG, LLP
STRADLEY RONON STEVENS & YOUNG, LLP
STREUSAND & LANDON LLP
STREUSAND & LANDON LLP
STROOCK & STROOCK & LAVAN LLP
STROOCK & STROOCK & LAVAN LLP
STROOCK & STROOCK & LAVAN LLP
STROOCK & STROOCK & LAVAN LLP
SULLIVAN & CROMWELL LLP
SULLIVAN & CROMWELL LLP
SULLIVAN & CROMWELL LLP
SULLIVAN & CROMWELL LLP
SULLIVAN & CROMWELL LLP
SUTHERLAND ASBILL & BRENNAN LLP
SUTHERLAND ASBILL & BRENNAN LLP
SUTHERLAND ASBILL & BRENNAN LLP
TAFT STETTINIUS & HOLLISTER LLP
TENNESSEE DEPARTMENT OF REVENUE
THE BANK OF NEW YORK MELLON
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
THE FOONT LAW FIRM LLC
THE SUMITOMO TRUST & BANKING CO., LTD
THE WILSON LAW FIRM PC
THOMPSON & KNIGHT LLP
THOMPSON & KNIGHT LLP
THOMPSON & KNIGHT LLP
THOMPSON & KNIGHT LLP
THOMPSON COBURN LLP
TISHMAN SPEYER PROPERTIES, LP
TOBIN & TOBIN
TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
TOGUT, SEGAL & SEGAL LLP
TRAVELERS
TROUTMAN SANDERS LLP

TROUTMAN SANDERS LLP
TUCKER ARENSBURG, P.C.
TW TELECOM INC.
VEDDER PRICE P.C.
VEDDER PRICE PC
VENABLE LLP
VINSON & ELKINS L.L.P.
VINSON & ELKINS L.L.P.
VINSON & ELKINS LLP
VINSON & ELKINS RLLP
WACHTELL, LIPTON, ROSEN & KATZ
WACHTELL, LIPTON, ROSEN & KATZ
WARNER & SCHEUERMAN
WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
WHITE & CASE LLP
WHITE & CASE LLP
WHITE & CASE LLP
WHITE & CASE LLP
WHITE & CASE LLP
WHITE & CASE LLP
WHITE & CASE LLP
WHITE AND WILLIAMS LLP
WHITEFORD TAYLOR & PRESTON, LLP
WIGGIN AND DANA LLP
WILLKIE FARR & GALLAGHER LLP
WILLKIE FARR & GALLAGHER LLP
WILLKIE FARR & GALLAGHER LLP
WILLKIE FARR & GALLAGHER LLP
WILMER CUTLER PICKING HALE & DORR LLP
WILMER CUTLER PICKING HALE & DORR LLP
WILMINGTON TRUST FSB
WINSTON & STRAWN LLP
WINSTON & STRAWN LLP
WINSTON & STRAWN LLP
WOLFF & SAMSON PC
WOLLMUTH MAHER & DEUTSCH LLP
WOLLMUTH MAHER & DEUTSCH LLP
WOLLMUTH MAHER & DEUTSCH LLP
ZUCKERMAN SPAEDER LLP

**Address1**

SOUTHERN DISTRICT OF NEW YORK
ATTN: JACQUELINE MARCUS, ALFREDO R. PEREZ,
WILLIAM K. HARRINGTON, ESQ; SUSAN GOLDEN, ESQ.
ATTN: JAMES W. GIDDENS, JEFF MARGOLIN
DENNIS DUNNE, WILBUR FOSTER, JR
ATTN: PAUL ARONZO & GREGORY BRAY
ATTN: ROBERT YALEN, ESQ.
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
SPECIAL PROCEDURES BRANCH
805 15TH STREET, N.W.
MARK SCHONFELD, REGIONAL DIRECTOR
NEAL JACOBSON
JAMES BROMLEY
LISA SCHWEITZER/LINDSEE GRANFIELD
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN AND
ATTN: MICHAEL S. STAMER
ATTN: SARAH LINK SCHULTZ
ATTN: CRAIG J. ALBERT, ESQ.
ATTN: JOSE RAUL ALCANTAR VILLAGRAN, ESQ.
ATTN: LISA KRAIDIN
ATTN: KEN COLEMAN
ATTN: MICHAEL S. GREGER AND KIM RODRIGUEZ
ATTN: KARL GEERCKEN
ATTN: WILLIAM S. SUGDEN, ESQ.
ATTN: JOHN C. WEITNAUER
ATTN: ROBERT M HORKOVICH, TODD E DUFFY
ATTN: ROBIN RUSSELL, ESQ.
ATTN: GEORGE P ANGELICH
ATTN: STEVEN COUSINS & SUSAN EHLERS
ATTN: CHARLES A. MALLOY
ATTN: ANTHONY D. BOCCANFUSO
LAW GROUP COUNSEL
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
ATTN: DONALD A. WORKMAN
ATTN: IAN ROBERTS
ATTN: PETER A. CHAPMAN
ATTN: MICHAEL K. MCCRORY
ATTN: DAVID M. POWLEN
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
ATTN: CHESTER B. SALOMON
ATTN: ALEC P. OSTROW
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN
ATTN: MICHAEL PUCILLO, WENDY ZOBERMAN,

ATTN: DAVID R. STICKNEY, ESQ.
ATTN: SALVATORE GRAZIANO, ESQ.
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
ATTN: P. SABIN WILLETT
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
ATTN: JEFFREY SABIN, RONALD SILVERMAN, STEVEN
ATTN: ANDREW ECKSTEIN, ESQ.
ATTN: TIMOTHY W. SALTER & JILL E. ALWARD
ATTN: JONATHAN D. SCHILLER
ATTN: JONATHAN SHERMAN
ATTN:  AUSTIN L. MCMULLEN,  ROGER G. JONES
ATTN: KURT A. MAYR
(COUNSEL TO THOMAS P. BLAKESLEE)
ATTN: HILARY B. BONIAL
ATTN: MICHAEL D. GORDON
ATTN: MONICA LAWLESS
ATTN: STEVEN B. LEVINE
ATTN: HOWARD S. STEEL, ESQ.
ATTN:  SHAWN M CHRISTIANSON, ESQ.
ATTN: TAL M. UNRAD, ESQUIRE
ATTN: ROBERT SIDORSKY
ATTN: JOHN RAPISARDI, ESQ,
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
ATTN: ISRAEL DAHAN
ATTN: MARK C. ELLENBERG
ATTN: HOWARD HAWKINS, ELLEN HALSTEAD.
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
ATTN: HOWARD R. HAWKINS, JR., ESQ.
ATTN: MARK C. ELLENBERG, ESQ. (PRO HAC VICE)
ATTN: HOWARD R. HAWKINS, JASON JURGENS &
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
ATTN: AARON R. CAHN
ATTN: WANDA N. GOODLOE, ESQ.
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ATTN: JEFFREY G. CLOSE & JEREMY D. SCHREIBER
ATTN: LAURA APPLEBY
ATTN: FRANKLIN TOP III, JAMES HEISER
ATTN: JAMES HEISER
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
ATTN: THOMAS J. MALONEY, ESQ.
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
ATTN: CARMINE D. BOCCUZI & DAVID LIVSHIV

ATTN: JEFFREY A. ROSENTHAL
ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY
ATTN: DAVID Y. LIVSHIV, ESQ.
ATTN: JENNIFER C. DE MARCO
ATTN: ANDREW BROZMAN
ATTN: ANDREW BROZMAN
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER, ESQ.
ATTN: MICHAEL D. WARNER
ATTN: DAVID HURST, ESQ.
ATTN: MICHELLE A. MENDEZ
ATNN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
ATTN: JEFF WITTIG
ATTN: ETHAN SCHWARTZ
ATTN: B CARLSON, J BEIERS, L THOMPSON, CO COUNSEL
ATTN: M HOPKINS, D COFFINO
ATTN: RICHARD LEVIN, ESQ
ATTN: JUDY HAMILTON MORSE
ATTN: MARK LICHTENSTEIN
ATTN: MARK S. LICHTENSTEIN
(COUNSEL TO: CITY EMPLOYEE WELFARE FUND LOCAL 3)
ATTN: JOHN F. CARBERRY, ESQ.
ATTN: DAVID H. WANDER, ESQ.
ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY
ATTN: JAMES I. MCCLAMMY
ATTN: DANIEL J. CARRAGHER, ESQ.
ATTN: MARGARITA Y. GINZBURG, ESQ.
ATTN: JAMES J. TANCREDI, ESQ.
ATTN: JOSHUA W. COHEN, ESQ.
ATTN: MY CHI TO
ATTN: GLEN E. SIEGEL AND IVA UROIC
(SOLICITOR - THE RESPONDENT CANADA REVENUE AGENCY)
ATTN:  THOMAS E. L. DEWEY, ESQ. DAVID S. PEGNO ESQ
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
ATTN: ALLEN G. KADISH
ATTN: ANNE M. AARONSON AND CATHERINE G. PAPPAS
ATTN: MATTHEW T. KLEPPER
ATTN: THOMAS R. CALIFANO
ATTN: STEPHEN COWAN
ATTN: GEOARGE W. SOUTH, ESQ)
ATTN: ERIC LOPEZ SCHNABEL
ATTN: STEVEN J. HEIM AND MICHELLE KREIDLER DOVE
ATTN: STEVEN TROYER
ATTN: ROBERT K. MALONE

ATTN: LAWRENCE J. KOTLER, ESQUIRE
ATTN: TODD E. DUFFY AND JAMES E. ATKINS
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
ANDREW ENTWISTLE; J BEEMER; J PORTER
ATTN: KENNETH J. KELLEY, ESQ.
ATTN: DAVID B. TATGE, ESQ.
ATTN: WENDY G. MARCARI & STEPHANIE LERMAN
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
ATTN: MICHAEL M. KRAUSS
ATTN: LOUIS A. SCARCELLA
ATTN: SHARI LEVENTHAL
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI
ATTN: CHARLES J. FILARDI JR.
ATTN: AMY LUM
ATTN: RICHARD J. FLANAGAN
ATTN: STEVEN D. USDIN, ESQUIRE
ATTN: WOLFGANG A. DASE
ATTN: ANNE M. PALAZZOLO
ATTN: DOUGLAS S. HEFFER
ATTN: JOANNE LEE
ATTN: WILLIAM MCKENNA, ESQ.
ATTN: DOUGLAS E. SPELFOGEL, OLYA PETUKOVA
ATTN: R. BERNARD
ATTN: GEOFFREY S. GOODMAN & LARS A. PETERSON
ATTN: RICHARD J. BERNARD
ATTN: KIM R. LYNCH, ESQ.
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
ATTN: DEVON J. EGGERT
ATTN: PATRICK OH, ESQ.
ATTN: TIMOTHY P. HARKNESS & DAVID LIVSHIZ,
ATTN: PETER SIMMONS,
ATTN: RICHARD TISDALE, ESQ.
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO: BOULTBEE (HELSINKI) AB)
ATTN: ANNE E. BEAUMONT
ATTN: DAVID A. ROSENZWEIG
ATTN: JOHN R. MERVA, ESQ.
ATTN: JOHN P. MELKO
(COUNSEL TO: COLLIN COUNTY TAX ASSESSOR/COLLECTOR)
ATTN: ROBERT F. ELGIDELY
ATTN: DAVID N. CRAPO, ESQ.
ATTN: DANIEL F. MARKHAM, ESQ.
ATTN: MICHAEL ROSENTHAL & JANET WEISS

ATTN: ANDREAS SEUFFERT, ESQ.
ATTN: TIMOTHY F. NIXON
ATTN: DOUGLAS ROSNER AND GREG KADEN
ATTN: BRIAN COREY, GENERAL COUNSEL
ATTN: MARIA DICONZA, ESQ.
ATTN: DENNIS A MELORO, ESQ
ATTN:  FREDERICK BLACK AND TARA B. ANNWEILER
C/O JOY MATHIAS
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
ATTN: ROSANNE THOMAS MATZAT, ESQ.
ATTN: WALTER BENZIJA AND JULIE D DYAS
ATTN: DAVID J. THEISING
ATTN: STEPHEN L. DREYFUSS
ATTN: ANDREW C. GOLD
ATTN: STEPHEN B. SELBST
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
ATTN: JENNIFER V. DORAN, ESQ.
ATTN: DEBORAH J. PIAZZA, RENEE LEEK
ATTN: SCOTT GOLDEN
ATTN: ROBIN KELLER, DENNIS TRACEY, III, JOHN BECK
BARBRA PARLIN ARTHUR ROSENBERG FRANCOIS JANSON
RICHARD E. LEAR, ESQ.
ATTN: ARTHUR ROSENBERG
ATTN: JOHN J. MONAGHAN, ESQ.
ATTN: BARBRA R. PARLIN, ESQ.
ATTN: ADAM BREZINE, ESQ. & KERRY MOYNIHAN
ATTN: KEVIN M. ECKHARDT
ATTN: J.R. SMITH
ATTN: CORY L. WEISS, ESQ.
ATTN: HUGH L. DAVIS (DAVE) AND VICTOR E. BLAYLOCK
OFFICE OF CHIEF COUNSEL
ATTN: SEBA KURIAN, ESQ.
ATTN: ALAN J. FRIEDMAN AND KERRI LYMAN
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
ATTN: PATRICK J. TROSTLE
ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN
ATTN: GEORGE C. SPILSBURY
ASSISTANT UNITED STATES ATTORNEY
ATTN: MICHELLE L. POMERANTZ
ATTN: MICHAEL S. SCHLESINGER
ATTN: ROBERT HONEYWELL
ATTN: EUGENE NEAL KAPLAN

ATTN: DAVID J. MARK, ESQ.
ATTN: DAVID S. ROSNER AND ANDREW K. GLENN
ATTN: STEVEN H. NEWMAN, ESQ.
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE
ATTN: MADLYN GLEICH PRIMOFF
ATTN: MICHAEL B. SOLOW
ATTN: JAMES S. CARR, ESQ.,
ATTN: MARK W. PAGE, ESQ.
ATTN: HOWARD S. STEEL, ESQ.
ATTN: BENJAMIN BLAUSTEIN, ESQ.
ATTN: STEPHEN HESSLER & MARK MCKANE
ATTN: JAMES H. M. SPRAYREGEN
ATTN: JAMES H.M. SPRAYREGEN
ATTN:  JONATHAN S. HENES, JOSEPH SERINO, JR.
ATTN: JAY B. SOLOMON
ATTN: JOHN E. JURELLER, JR.
ATTN: LAUREN KISS
ATTN: ANDREW C LOURIE
ATTN: P. BRADLEY O'NEILL AND
ATTN: DANIEL M. EGGERMAN
ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE
ATTN: CHARLES R. EKBERG
ATTN: KEITH A. SIMON
ATTN: DAVID S. HELLER
ATTN: PETER M. GILHULY
ATTN: JAMES D. HEANEY
ATTN: A. JAMES BOYAJIAN
ATTN: JAMES BOYAJIAN
ATTN: GABRIEL DEL VIRGINIA, ESQ.
ATTN: LISA M. SOLOMON
ATTN: LAWRENCE A. KATZ, ESQ.
ATTN: WALTER E. SWEARINGEN
ATTN: STEVEN E FINEMAN, ESQ
ATTN: JOHN P. DILLMAN
ATTN: ELIZABETH WELLER
ATTN: DIANE W. SANDERS
ATTN: PHILIP EISENBERG
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN &
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
ATTN: ROBIN E. KELLER
ATTN: CHRISTOPHER R. DONOHO, III
ATTN: ROBIN E. KELLER, ESQ.
ATTN: IRA M. LEVEE
ATTN: IRA M. LEVEE

ATTN: KENNETH ROSEN
ATTN: MICHAEL S. ETKIN,S. JASON TEELE, IRA LEVEE
ATTN: MICHAEL S. ETKIN, S. JASON TEELE, IRA LEVEE
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
ATTN: MICHAEL S. ETKIN, ESQ.
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
ATTN:  JEFFREY PROL, ESQ.
ATTN: MICHAEL ETKIN, SCOTT CARGILL
ATTN: MICHAEL ETKIN, SCOTT CARGILL
ATTN: S. JASON TEELE, ESQ.
ATTN: MARK W. WARREN, ESQ.
ATTN: JAMES E. HUGGETT, ESQ.
ATTN: FREDERICK D. HYMAN, ESQ., MARIA SEGARRA, ESQ
ATTN: BRIAN TRUST & MARIA SEGARRA
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
ATTN: EVAN MERBERG, ESQ
ATTN: THOMAS S KIRIAKOS
ATTN: FREDERICK D. HYMAN,
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
ATTN: J. ROBERT STOLL
ATTN: HOWARD S. BELTZER, ESQ.,
ATTN: BRIAN TRUST, CHRISTINE WALSH
ATTN: JAYNA PARTAIN LAMAR
ATTN: KENNETH A. REYNOLDS, ESQ.
ATTN: A MICHELLE HART LUREECE LEWIS
ATTN: JEANNE MORTON, ESQ
ATTN: EDUARDO J. GLAS, ESQ.
ATTN: KATHERINE L. MAYER, ESQ.
ATTN: WILLIAM F. TAYLOR, ESQ
ATTN: GLENN S. GITOMER, ESQ.
ATTN: NATHAN F. COCO
ATTN:  ISKENDER CATTO
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
ATTN: DION W. HAYES
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
ATTN: JAMES M. RINGER
ATTN: MICHIEL BLOEMSMA & ALBENA PERRAKOV
ATTN: THOMAS R. SLOME, ESQ.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO, ESQS.
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER

ATTN: STEVEN A. GINTHER
MICHAEL J KELLY, ESQ
ATTN: DAVID B. WHEELER, ESQ.
ATTN: JOSHUA DORCHAK
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
ATTN: NEIL E. HERMAN, ESQ.
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
ATTN:  JOSHUA DORCHAK,
ATTN: ANDREW D. GOTTFRIED
ATTN: JOHN C. GOODCHILD, III
ATTN: KEN MIURA, ESQ.
ATTN: LESLIE A. BERKOFF
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
ATTN: LORENZO MARINUZZI, ESQ.
ATTN: YUKITOSHI UWATOKO, ESQ.
ATTN: TODD M. GOREN, ESQ.
ATTN: JOHN A. PINTARELLI,ESQ
ATTN: LARREN M. NASHELSKY
ATTN: MERYL L. ROTHCHILD
ATTN: BRETT H. MILLER, ESQ
ATTN: MICHAEL R. DAL LAGO, ESQ.
ATTN:  JAMES M. SULLIVAN, ESQ.
ATTN: ALAN KOLOD, MARK PARRY & KENT KOLBIG
ATTN: ROBERT S. GOODMAN
SCHOONOUWENSEWEG 24
ATTN: ERIC E MILLER, ESQ
FRANCES HENN ASSISTANT CORPORATION COUNSEL
ATTN: RICHARD FINGARD, GROUP DEPUTY GENERAL
ATTN: DENNIS J. DREBSKY
ATTN: AMANDA DARWIN
ATTN: VICTOR G. MILIONE
ATTN: MARK N. BERMAN
ATTN: VICTOR G. MILIONE
ATTN: MARK N. BERMAN & CHRISTOPHER M. DESIDERIO
ATTN: RICHARD C. PEDONE
ATTN: PENNY TEHRANI
ATTN: CHRISTOPHER R. MOMJIAN
ATTN: MELISSA-JEAN ROTINI, ESQ.
ATTN: JOHN MULE'
CHIEF COMPLIANCE OFFICER
2 WORLD FINANCIAL CENTER
ATTN: RANIERO D'AVERSA
ATTN: RANIERO D'AVERSA, JR.
ATTN: JONATHAN P. GUY, ESQ.

ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
ATTN: JONATHAN P. GUY
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
ATTN: THOMAS J. WELSH, ESQ.
ATTN: SHAMIRA ASSURIAN
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN, ESQ
ATTN: MELANIE CYGANOWSKI ESQ. & PETER FELDMAN, ESQ
ATTN: JACK RAISNER AND RENE ROUPINIAN
ATTN: WILLARD KNOX
ATTN: KIAH T. FORD IV
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
ATTN: HARVEY A. STRICKON (HS5210)
ATTN: MARTIN EDELMAN, ROBERT WERTHEIMBER
ATTN: STEPHEN J. SHIMSHAK, DOUGLAS R. DAVIS AND
ATTN: DAVID B. SHEMANO
C/O ALRDRIDGE CONNORS LLP
ATTN: KAY STANDRIDGE KRESS
ATTN: AUDREY D. WISOTSKY, ESQ.
ATTN: FRANCIS J. LAWALL, ESQ NINA VARUGHESE, ESQ
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
ATTN: ELIZABETH BANDA
ATTN: JOSEPH HORGAN
ATTN: SAMUEL CAVIOR,ESQ. EDWARD FLANDERS,ESQ.
ATTN: NATHAN SPATZ
ATTN: DANIEL J. FLANIGAN
ATTN: JAMES E BIRD
ATTN: CHRISTOPHER A WARD
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN, ESQS
ATTN: BRIAN W. BISIGNANI, ESQ.
ATTN: IRENA M. GOLDSTEIN & JEFFREY CHUBAK
ATTN: MARTIN J. BIENENSTOCK & JEFFREY CHUBAK
ATTN: RONALD S BEACHER, ESQ
ATTN: FRANK CANELAS, ANTHONY SCHEPIS,
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE, SCOTT C.
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
ATTN: GARY O. RAVERT, ESQ.
ATTN: L HILL
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
ATTN: CHRIS LYNCH
ATTN: MICHAEL J. VENDITTO
ATTN: JOHN L. SCOTT, DAVID M. GRIMES
ATTN: ANGELA J. SOMERS, ESQ.
ATTN: HOWARD P. MAGALIFF, ESQ.
RICHARD W. MARTINEZ

ATTN: JOSPEH E. SHICKICH
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER
THE LEYS
ATTN: MARK BANK
ATTN: D. ROSS MARTIN
ATTN: PHILIP A. WELLS
ATTN: ELOIT COHEN
(COUNSEL TO DUKE ENERGY OHIO, INC.)
OFFICE OF THE GENERAL COUNSEL
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
ATTN: ADAM H. ISENBERG, ESQ.
ATTN: JASON TORF
NKA BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
ATTN: BENNETTE D. KRAMER
ATTN: NICHALOS J. LEPORE, III, ESQ.
ATTN: JAMES D. VAIL, ESQ.
ATTN: LAWRENCE V. GELBER
ATTN: RONALD L. COHEN, ESQ.
ATTN: JOHN R. ASHMEAD, ESQ.
ATTN: M. WILLIAM MUNNO, ESQ.
ATTN: DANIEL E. GUZMAN, ESQ.
ATTN: FREDRIC SOSNICK, ESQ.,
ATTN: ANN REYNAUD
ATTN: JENNIFER M. GORE, ESQ.
ATTN: JENNIFER GORE
ATTN: CARREN SHULMAN
ATTN: MALANI J. CADEMARTORI, ESQ.
ATTN: EDWARD H TILLINGHAST, III & BLANKA WOLFE
ATTN: MALANI J. CADEMARTORI & BLANKA K. WOLFE
ATTN: ALAN H. MARTIN, ESQ.
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
ATTN: JULIE A. MANNING, ESQ.
ATTN: JAMES A. TIMKO
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
ATTN: RONALD J. FRIEDMAN
ATTN: SANDEEP QUSBA
ATTN: ISAAC RETHY
(SPECIAL COUNSEL FOR THE DEBTORS IN POSSESSION)
ATTN: SALLY MCDONALD HENRY
ATTN: D. FARRINGTON YATES
ATTN: PATRICK C. MAXCY, ESQUIRE
ATTN: STEPHEN D. LERNER
ATTN: RONALD TERENZI AND CARA GOLDSTEIN

ATTN: JAMES ZELLOE
ATTN: RICHARD SCHAGER, JR. & ANDREW GOLDENBERG
ATTN: MARC CHAIT
ATTN: STEPHEN Z. STARR, ESQ.
ATTN: DENNIS D. MILLER
ATTN: EDMOND P. O'BRIEN
ATTN: CONSTANTINE POURAKIS
ATTN: CONSTANTINE D. POURAKIS
ATTN: MICHAEL J. CORDONE, ESQ.
ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL
ATTN: M DORVAL, P PATTERSON, D JOSEPH, J MURPHY
ATTN: G JAMES LANDON, ESQ RICHARD D VILLA, ESQ.
515 CONGRESS AVE STE 2525
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES
ATTN: HAROLD A. OLSEN
ATTN: CLAUDE G. SZYFER
ATTN:  BRUCE CLARKE, MATTHEW SCHWARTZ &
ATTN: JEFFREY T. SCOTT & JOSHUA FRITSCH
ATTN: JOHN G. MCCARTHY
ATTN: KENNETH M. RAISLER
ATTN: KATHLEEN S. MCARTHUR
ATTN: J DWECK
ATTN: RICHARD G. MURPHY, JR. MARK D SHERRILL
ATTN: P. BRUCE WRIGHT, ESQ.
ATTN: W. TIMOTHY MILLER, ESQ.
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.
ATTN: JONATHAN GOLDBLATT
ATTN: MONIQUE L. MORREALE
(COUNSEL TO AFCO CARGO PIT LLC)
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
ATTN: L. MATT WILSON, ESQ.
ATTN: DEMETRA L. LIGGINS
ATTN: RHETT G. CAMPBELL
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
ATTN: DAVID M. BENNETT
ATTN: MARK V. BOSSI
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK
ATTN: JOHN P. CHRISTIAN, ESQ.
ATTN: WESLEY CHEN, ESQ., JILL MAKOWER, ESQ.
ATTENTION: NEIL BERGER, ESQ.
NATIONAL ACCOUNTS
ATTN: HOLLACE T. COHEN & LEE STREMBA

ATTN: LEE STREMBA, ESQ.
ATTN: BEVERLY WEISS MANNE AND
ATTN: LINDA BOYLE
ATTN: DOUGLAS J. LIPKE, ESQ.
ATTN: MICHAEL J. EDELMAN
ATTN: EDWARD A. SMITH, ESQ.
ATTN: STEVEN M. ABRAMOWITZ
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
ATTN: STEVEN M. ABRAMOWITZ
ATTN: JEFFREY E. ELDREDGE
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
ATTN: AMY WOLF, ESQ.
ATTN: JONATHAN D. WARNER, ESQ.
ATTN: CHRISTOPHER BELISLE, JANE FREEBERG SARMA
ATTN: RICHARD GRAHAM
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
ATTN: ERIC LEICHT
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND
ATTN: MICHAEL RUETZEL,
ATTN: THOMAS E. LAURIA
ATTN: J. CHRISTOPHER SHORE
SEDGWICK M. JEANITE, ESQ.
BRENT STRICKLAND, ESQ. DENNIS SHAFFER, ESQ
ATTN: SHARYN B. ZUCH
ATTN: MATTHEW A. FELDMAN & MARC ABRAMS
ATTN: ANA ALFONSO
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
ATTN: MARC ABRAMS, ESQ.
ATTN: PETER J. MACDONALD, JEANNETTE K. BOOT &
ATTN: CRAIG GOLDBLATT
ATTN: P FINKEL
ATTN: CAREY D. SCHREIBER
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
ATTN: DAVID NEIER
ATTN: BETH ROTENBERG
ATTN: JAMES N. LAWLOR, ESQ.
ATTN: JAMES N. LAWLOR, ESQ.
ATTN: WILLIAM MAHER & RANDALL RAINER
ATTN: VIRGINIA WHITEHILL GULDI

**Address2**

ATTN: THE HONORABLE SHELLEY C. CHAPMAN
ROBERT J. LEMONS & GARRETT A. FAIL
ANDREA B SCHWARTZ, ESQ
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
601 SOUTH FIGUEROA STREET, 30TH FL
86 CHAMBERS STREET, 3RD FLOOR
TEN INDEPENDENCE MALL
ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN
SUITE 800
DIVISION OF MARKET REGULATION
DIVISION OF MARKET REGULATION
ONE LIBERTY PLAZA
ONE LIBERTY PLAZA
MEREDITH A. LAHAIE
(COUNSEL TO SUNSHINE ENTERPRISES, L.P.)
(COUNSEL TO SUNSHINE ENTERPRISES L.P.)
(COUNSEL TO EDWARD J. AGOSTINI & SYLVIA AGOSTINI
(COUNSEL TO JUNTA ADMINISTRADORA DE CREDICAN,C.A.)
(COUNSEL TO BANK OF CHINA)
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,
(COUNSEL TO AOZORA BANK, LTD.)
(COUNSEL TO AOZORA BANK)
(COUNSEL TO WILMINGTON TRUST COMPANY, AS TRUSTEE)
DENNIS J NOLAN, ESQ
(COUNSEL TO EPCO HOLDINGS, INC.)
(COUNSEL TO THE VANGUARD GROUP, INC.)
(COUNSEL TO AMEREN ET AL.)
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
(COUNSEL TO DANSKE BANK A/S & SAMPO BANK PLC)
ATTN: JAMES W. GRUDUS
120 BROADWAY, 24TH FLOOR
(COUNSEL TO METAVANTE CORPORATION)
(COUNSEL TO LINN ENERGY, LLC)
572 FERNWOOD LANE
(COUNSEL TO NB COATINGS, INC.)
(COUNSEL TO NB COATINGS, INC.)
(COUNSEL TO IRON MOUNTAIN MANAGEMENT INC)
(COUNSEL TO 469 BERGMAN PROPERTIES LLC, SUMMIT
(COUNSEL TO ALPINE BANK)
SWITZENBAUM AND DAVID ANZISKA
ANNE F O'BERRY

(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
(COUNSEL TO ALMEDA CNTY, GOVT OF GUAM, N. IRELAND
(COUNSEL TO PAYREEL, INC.)
(COUNSEL TO IRONBRIDGE ASPEN, MOUNTAIN & HOMES)
STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SERVICES, UBS INTL,
STEVEN WILAMOWSKY
WILAMOWSKY
(COUNSEL TO THOMSON REUTERS)
(COUNSEL TO STEARNS LENDING INC.)
(COUNSEL TO SANKATY ADVISORS LLC, SANKATY CREDIT
(COUNSEL TO SANKATY ADVISORYS, LLC; SANKATY CREDIT
(COUNSEL TO FRANKLIN AMERICAN MORTGAGE COMPANY)
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
C/O ANTHONY M. RAINONE, ESQ. & ERIC MAGNELLI, ESQ.
(COUNSEL TO LITTON LOAN SERVICING, LP)
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
(COUNSEL TO LBT AD HOC GROUP)
(COUNSEL TO ASR LEVENSVERZEKERING N.V., FALCON
(COUNSEL TO ORACLE USA INC)
(COUNSEL TO ZPR INTERNATIONAL, INC.)
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
AND GARY TICOLL, ESQ.
(COUNSEL TO MORGAN STANLEY, CHILTON NEW ERA)
(COUNSEL TO FXCM HOLDINGS LLC)
(COUNSEL TO FXCM HOLDINGS LLC, MORGAN STANLEY &
(COUNSEL TO CREDIT SUISSE)
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV
(COUNSEL TO TOM WOLF)
ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO HYPO INVESTMENKBANK AG)
(COUNSEL TO PUNJAB NATIONAL BANK)
200 PARK AVENUE, 17TH FLOOR
ROSENBLATT
(COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND
(COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND
(COUNSEL TO BANK OF MONTREAL; US BANK NATIONAL &
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)
(COUNSEL TO BARCLAYS CAPITAL, INC.)
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS

(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD
(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND
(COUNSEL TO IAN LOWITT)
31 WEST 52ND STREET
(COUNSEL TO CALYON AND CALYON SECURITIES)
(COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
(COUNSEL TO "THE HIGHLAND ENTITIES")
(COUNSEL TO DARYANIS)
(COUNSEL TO HEALTH CARE SERVICE CORPORATION)
(COUNSEL TO EDWARD PARK)
1600 SMITH
411 WEST PUTNAM AVENUE
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF
(COUNSEL TO WILMINGTON TRUST COMPANY)
(COUNSEL TO CREDIT SUISSE)
(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY)
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED
(COUNSEL TO IRONBRIDGE PROPERTY OWNERS ASSOC. &
ATTN: MARK S. LICHTENSTEIN, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
(COUNSEL TO THE JOINT ADMINISTRATORS OF LB
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT
(COUNSEL TO BANK JULIUS BAER & CO. LTD., INTL BANK
(COUNSEL TO FABIO LIOTTI)
(COUNSEL TO FABIO LIOTTI)
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
(COUNSEL TO JFK INTL AIR TERM, ROCK-FORTY-NINTH,
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC.)
ATTN: DIANE WINTERS, ONTARIO REGIONAL OFFICE
(COUNSEL TO TRANQUILITY MASTER FUND LTD.)
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
(COUNSEL TO BAC FLORIDA BANK)
(COUNSEL TO JEANES HOSP, TEMPLE HEALTH, TRANSPORT
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
(COUNSEL TO SWEDBANK AB, NEW YORK BRANCH)
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
1301 AVENUE OF THE AMERICAS
(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG AND

(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
EATON CENTER
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
(COUNSEL TO INFOSPACE, INC.,INTERSIL COMMUNICATION
(COUNSEL TO THE CITY OF LONG BEACH)
(COUNSEL TO "SANTA FE ENTITIES")
(COUNSEL TO HEGEMON FUND I, LLC)
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST
(COUNSEL TO INTERFACE CABLE ASSEMBLIES & SERVICES
(COUNSEL TO THE IRVINE COMPANY)
(COUNSEL TO BANQUE PRIVEE EDMOND DE ROTHSCHILD SA)
(COUNSEL TO BANQUE PRIVEE EDMOND DE ROTHSCHILD SA)
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
(COUNSEL TO ARAB FOREIGN INVESTMENT CO.)
(COUNSEL TO LIBYAN ARAB FOREIGN INVESTMENT CO.)
(COUNSEL TO ACCESS GROUP, INC.)
(COUNSEL TO ACCESS GROUP, INC.)
(COUNSEL TO INVESTEC BANK (SWITZERLAND) AG
(COUNSEL TO JOHN MAHONCHAK)
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
(COUNSEL TO ACCENTURE LLP)
(COUNSEL TO SLB LEASING-FONDS GMBH & CO HERAKLES
(COUNSEL TO SHIELD SECURITIES LIMITED)
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA &
(COUNSEL TO COMMONWEALTH BANK OF AUSTRALIA)
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
ATTN: WILLIAM WEINTRAUB & ANNE BEAUMONT
& NORA BOJAR
(COUNSEL TO AT&T INC.)
ASSOCIATE COUNSEL & VP
(COUNSEL TO PYRRHULOXIA, LP)
ATTN: 777 EAST 15TH STREET
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
(COUNSEL TO STANDARD & POOR'S & TABACCO SETTLEMENT
(COUNSEL TO DHI MORTGAGE COMPANY, LTD.)
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUND)

(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK DER
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
(COUNSEL TO INTERACTIVE DATA CORP)
345 ST. PETER STREET
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA ENERGY)
(COUNSEL TO:  AMERICAN NATIONAL INSURANCE COMPANY)
DUBAI INTERNATIONAL CAPITAL LLC
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
(COUNSEL TO BELL TRACE OBLIGATED GROUP)
(COUNSEL TO VARIOUS CLAIMANTS)
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND LYON
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
11311 CHINDEN BLVD
2125 E. KATELLA AVE
(COUNSEL TO CITIBANK, N.A. AGENCY & TRUST,
(COUNSEL TO GESCONSULT S.A. SG LLC &  DEERE & CO.)
(COUNSEL TO KRAFT FOODS, INC.)
& BENJAMIN J.O. LEWIS
(COUNSEL TO MONUMENT REALTY; SINGAPORE AIRLINES
(COUNSEL TO MONUMENT REALTY LLC)
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC,
(COUNSEL TO PRICEWATERHOUSECOOPERS LLP)
(COUNSEL TO MILLENIUM MARKETING &
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
(COUNSEL: BANK OF AMERICA NA, GENWORTH FINANCIAL)
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
PO BOX 4654
ATTN: TOBY R. ROSENBERG
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
(COUNSEL TO "PARTY-IN-INTEREST")
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THE STATE OF TEXAS)
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
SOUTHERN DISTRICT OF NEW YORK
(COUNSEL TO RICHARD J. GLASEBROOK II, JUDITH ANN
(COUNSEL TO RICHARD S. LEVINE)
(COUNSEL TO FIRSTBANK PUERTO RICO)
(COUNSEL TO RICHARD S. LEVINE)

(COUNSEL TO THOMAS P. BLAKESLEE)
(COUNSEL TO BAY HARBOUR MAGMT, BAY HARBOUR MASTER
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO
(COUNSEL TO WELLS FARGO BANK NA, WELLS FARGO & CO)
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,
(COUNSEL TO STONE LION PORTFOLIO L.P. & PERMAL
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
(COUNSEL TO TATA AMERICAN INTERNATIONAL CORP AND
(COUNSEL TO THE JUILLIARD SCHOOL)
(COUNSEL TO ELLIOT MANAGEMENT CORP. & KING STREET
(COUNSEL TO LEHMAN RE, LTD & PULSAR RE, LTD)
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
CHAD J. HUSNICK, CHRISTOPHER T. GRECO
(COUNSEL TO HOPE GREENFIELD & GREENFIELDS OTP LLC)
(COUNSEL TO OVERSTOCK.COM)
(COUNSEL TO EUROPEAN CREDIT MANAGEMENT LIMITED;
(COUNSEL TO: ESSEX, 4KIDS ENT, NORTHGATE, ABM IND)
AMY CATON
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CTR)
(COUNSEL TO FANNIE MAE)
(COUNSEL TO FANNIE MAE)
(COUNSEL TO NETAPP, INC.; ASURION CORPORATION)
400 MADISON AVENUE, 4TH FLOOR
(COUNSEL TO DARIAN J. COHEN)
(COUNSEL TO LARS JACOBSON, MARY LANGEVIN, AMIT
(COUNSEL TO THE TAARP GROUP, LLP)
(COUNSEL TO MADELYN ANTONCIC & MICHELE BAREGGI)
(COUNSEL TO THE UNITED COMPANY)
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
(COUNSEL TO CERTIFIED CLAS IN AUSTIN V CHISICK)
(COUNSEL TO HARRIS COUNTY)
(COUNSEL TO HUNT & SMITH COUNTY)
(COUNSEL TO MCLENNAN COUNTY)
(COUNSEL TO DYNERGY POWER MARKETING, INC.)
DANIEL B. BESIKOF, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
(COUNSEL TO QVT FINANCIAL LP & INSTITUTO
(COUNSEL TO STANDARD CHARTERED BANK, SEA PORT
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND
(COUNSEL TO FACTIVA, INC.)
(COUNSEL TO FACTIVA, INC.)

(COUNSEL TO AVAYA INC.)
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE
(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE
(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING
(COUNSEL TO BINDING COMPANY, INC.)
(COUNSEL TO FUBON SECURITIES CO., FUBON INSURANCE
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
(COUNSEL TO GENON INC.)
(COUNSEL TO M&T BANK)
750 SHIPYARD DRIVE, SUITE 102
(COUNSEL TO CIBC)
(COUNSEL TO SUMITOMO MITSUI BANK)
COUNSEL TO NATL BANK OF CANADA, WASHINGTON MUTUAL
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
(COUNSEL TO THE LEHMAN HONG KONG LIQUIDATORS)
CHRISTINE A. WALSH, ESQ.
(COUNSEL TO CYPRESSTREE INVESTMENT MANAGEMENT, LLC
(COUNSEL TO REGIONS BANK)
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
(COUNSEL TO AMERICA'S SERVICING COMPANY)
COUNSEL TO AMERICA'S SERVICING COMPANY
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
(COUNSEL TO DR. PETER BERMAN, JOYCE L. REHORST,
(COUNSEL TO MARIE PAPILLON)
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
(COUNSEL TO TORONTO-DOMINION BANK)
(COUNSEL TO TORONTO-DOMINION BANK)
(COUNSEL TO CSX TRANSPORTATION, INC.)
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
(COUNSEL TO STIBBE N.V.)
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS

P.O. BOX 475
535 MADISON AVENUE
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
JOSHUA DORCHAK
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
(COUNSEL TO PUTNAM INVESTMENTS, LLC & AFFILIATES)
(COUNSEL TO WELLS FARGO BANK NORTHWEST, N.A)
(COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE CO.)
(COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE CO.)
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
(COUNSEL TO THE HOTCHKISS SCHOOL)
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY & GMACM)
(COUNSEL TO NIPPON LIFE INSURANCE)
(COUNSEL TO CB RICHARD ELLIS, INC.)
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,
(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,
(COUNSEL TO GMAC MORTGAGE, LLC)
(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP
(COUNSEL TO CARMIGNAC GESTION)
(COUNSEL TO CHINA DEVELOPMENT INDUSTRIAL BANK
(COUNSEL TO DEUTSCHE BANK AG)
(COUNSEL TO SYMPHONY ASSET MANAGEMENT LLC ACTING

SVP/GENERAL COUNSEL
100 CHURCH STREET, ROOM 5-199
COUNSEL, NEWEDGE
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS &
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY &
(COUNSEL TO BRYANT UNIVERSITY)
(COUNSEL TO THE COMMONWEALTH OF PUERTO RICO,
(COUNSEL TO LONGSHORE CDO FUNDING 2007-3, LTD. &
TWO WORLD FINANCIAL CENTER
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA
(COUNSEL TO WESTCHESTER COUNTY)
(COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT)
6803 SOUTH TUCSON WAY
225 LIBERTY STREET, 16TH FL
(COUNSEL TO TELECOM ITALIA CAPITAL S.A. & DEPFA
(COUNSEL TO THE BANK OF NOVA SCOTIA)
(COUNSEL TO THE BANK OF NOVA SCOTIA)

DEBRA L. FELDER
DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
(COUNSEL TO DEPFA BANK PLC)
9509 KEY WEST AVENUE
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD
(COUNSEL TO THE FREEDOM FORUM, INC.)
(COUNSEL TO 72 INDIVIDUALS)
(COUNSEL TO JASON T TAYLOR & PHILLIP WALSH)
(COUNSEL TO DUKE ENERGY OHIO, INC.)
(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS)
(COUNSEL TO GE CAPITAL CORP, EUROPEAN BANK FOR
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
CLAUDIA L. HAMMERMAN
(COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC,
ATTN: CIRO A. MESTRES, ESQ - BANKRUPTCY DEPT.
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK)
(COUNSEL TO ENCANA CORP, ENCANA OIL & GAS)
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
(COUNSEL TO CITY OF FARMERS BRANCH ET AL)
2401 KERNER BLVD
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
(COUNSEL TO EHMD, LLC)
(COUNSEL TO BATS HOLDINGS, INC.)
(COUNSEL TO BATS HOLDINGS, INC.)
(COUNSEL TO ALIANT BANK)
(COUNSEL TO AON CONSULTING)
(COUNSEL TO ROYAL BANK OF SCOTLAND PLC, ROYAL
(COUNSEL TO THE WALT DISNEY COMPANY & THE WALT
(COUNSEL TO SPCP GROUP, BANK OF VALLETTA P.L.C &
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
SHELLEY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
(COUNSEL TO SCOTIA CAPITAL (USA) INC.)
(COUNSEL TO GALLEON BUCCANEERS OFFSHORE LTD)
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTION)
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTIONS;
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
(COUNSEL TO BLACK DIAMOND OFFSHORE LTD. & DOUBLE
(COUNSEL TO ROGER SAKS)
(COUNSEL TO LOUISIANA SHERIFF'S PENSION & RELIEF

(COUNSEL TO MICROSOFT CORP & LICENSING GP)
RHEAUME
BARNET LANE
(COUNSEL TO SANKATY CREDIT OPPORTUNITIES III, L.P.
(COUNSEL TO MASSACHUSETTS HOUSING FINANCE AGENCY)
(CONSEL TO SANKATY CREDIT OPPORTUNITIES III, LP &
909 A STREET
2258 WHEATLANDS DRIVE
ATTN:  MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
ATTN: JOHN A KEHOE, ESQ.
COUNSEL TO GLENCORE COMMODITIES LTD MOORE CAP MGT
(COUNSEL TO PJM INTERCONNECTION, LLC)
(COUNSEL TO JUDSON)
(COUNSEL TO STRUCTURED CREDIT OPPORTUNITIES FUND,
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY,
(COUNSEL TO LAW DEBENTURE TRUST CO. OF NEW YORK)
(COUNSEL TO LAW DEBENTURE TRUST CO. OF NEW YORK)
AND NED S. SCHODEK, ESQ.
909 FANNIN, PLAZA LEVEL 1
1000 MAIN STREET, LEVEL 12
910 FANNIN, PLAZA LEVEL 1
(COUNSEL TO THE BANK OF NEW YORK MELLON)
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
(COUNSEL TO MAKOLA 2005 SL)
(COUNSEL TO AGRICULTURAL BANK OF TAIWAN)
(COUNSEL TO AGRICULTURAL BANK OF TAIWAN)
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER
(COUNSEL TO THE "SUNGARD ENTITIES)
(COUNSEL TO AIRCRAFT FINANCE TRUST)
(COUNSEL TO MARTHA CHILTON MUELLER)
425 LEXINGTON AVENUE
(COUNSEL TO MORTGAGEIT, INC.)
ATTN: RAJIV MADAN AND ANGIE OWEN
(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO
(COUNSEL TO DR. MICHAEL C. FREGE)
(COUNSEL TO DR. MICHAEL C. FREGE)
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
(COUNSEL TO LAUREL COVE DEVELOPMENT)

(COUNSEL TO THE TAARP GROUP, LLP)
(COUNSEL TO KAREN M. KRIEGER & GREGG SOMMA, ET AL)
1095 AVENUE OF THE AMERICAS
(COUNSEL TO JUDSON)
(COUNSEL TO OVERSTOCK.COM)
(COUNSEL TO SLG 220 NEWS OWNER LLC)
(COUNSEL TO 1301 PROPERTIES OWNER LP PARAMOUNT GP)
(COUNSEL TO ROYAL BANK OF AMERICA)
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND
(COUNSEL TO CARLYLE MORTGAGE CAPITAL, LLC,
(COUNSEL TO: VIGNETTE EUROPE LIMITED)

(COUNSEL TO MIZUHO CORPORATE BANK & STRUCTURED
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,
(COUNSEL TO STRUCTURED CREDIT AMERICA LTD. &
THOMAS JOHN WRIGHT
(COUNSEL TO BARCLAYS BANK PLC & LONG ISLAND
(COUNSEL TO CANARY WHARF MANAGEMENT LTD., HERON
(COUNSEL TO BARCLAYS BANK PLC, BARCLAYS CAPITAL
(COUNSEL TO BARCLAYS BANK PLC, BARCLAYS CAPITAL
(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.
(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK, KRAFT,
(COUNSEL TO CUSTOMER ASSET PROTECTION COMPANY)
(COUNSEL TO THE FEDERAL HOME LOAN BANK OF
PO BOX 20207
ONE WALL STREET, 11TH FLOOR
1251 AVENUE OF THE AMERICAS
ATTN: BRIAN E. FOONT, ESQ.
GRANTOKYO, SOUTH TOWER
(COUNSEL TO GREG GEORGAS & MARK GROCK)
(COUNSEL TO CROSSROADS INVESTMENT ADVISORS, LP
(COUNSEL TO DIRECT ENERGY BUSINESS, LLC)
(COUNSEL TO CHEVRON NATURAL GAS)
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR
45 ROCKEFELLER PLAZA
(COUNSEL TO JOHN ROSEKRANS)
(COUNSEL TO METROPOLITAN BANK & TRUST COMPANY)
STEPHANIE A. SKELLY, ESQ.
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
(COUNSEL TO PT BANK NEGARA INDONESIA

(COUNSEL TO JASON WALLACE)
MICHAEL A. SHINER, ESQS.
10475 PARK MEADOWS DRIVE, #400
(COUNSEL TO NEWEDGE USA, LLC)
(COUNSEL TO PURSUIT CAPITAL & OPPORTUNITY FUND)
(COUNSEL TO DELTA AIR LINES, INC.)
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
(COUNSEL TO SHINSEI BANK LIMITED)
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
(COUNSEL TO JP MORGAN CHASE BANK)
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
(COUNSEL TO MAXIMILIAN CORETH)
(COUNSEL TO ROGER B. NAGIOFF)
(COUNSEL TO DNB NOR BANK ASA)
(COUNSEL TO DNB NOR BANK ASA)
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
RICHARD GRAHAM
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
(COUNSEL TO ROBERT FRANZ)
(COUNSEL TO MONARCH ALTERNATIVE CAPITAL LP)
(COUNSEL TO HOTCHKISS SCHOOL)
(COUNSEL TO GREEN TREE SERVICING INC.)
(COUNSEL TO BANK OF AMERICA, N.A.)
(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
(COUNSEL TO MARSHALL WACE LLP)
(COUNSEL TO INTEL CORPORATION)
(COUNSEL TO INTEL CORPORATION)
50 S 6TH ST STE 1290
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND
(COUNSEL TO MACK-CALI REALTY LP)
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
(COUNSEL TO STATE OF NEW JERSEY, DEPT OF

**Address3**

ONE BOWLING GREEN, COURTROOM 621
(COUNSEL TO THE DEBTORS)
U.S. FEDERAL OFFICE BUILDING
ONE BATTERY PARK PLAZA
1 CHASE MANHATTAN PLAZA


290 BROADWAY

450 5TH STREET, NW
450 5TH STREET, NW


(COUNSEL TO INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
1700 PACIFIC AVENUE, SUITE 4100
INDIVIDUALLY AND AS JOINT TENTANTS AS TRUSTEES)
22 CORTLANDT STREET, 16TH FLOOR
1221 AVENUE OF THE AMERICAS
AND BANK OF TAIWAN)
SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
90 PARK AVENUE
1201 WEST PEACHTREE STREET
ONE ATLANTIC CENTER
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
600 TRAVIS, STE. 4200
1675 BROADWAY
ONE METROPOLITAN SQUARE, SUITE 2600
555 12TH ST., NW
399 PARK AVENUE
ONE AT&T WAY, ROOM 3A218

WASHINGTON SQUARE, SUITE 1100
910 LOUISIANA STREET

11 S. MERIDIAN STREET
1000 N. WEST STREET, SUITE 1200
155 FEDERAL STREET 9TH FLOOR
CAPITAL PARTNERS, IRA WERTENTIEL,RICHARD E WITTEN)
299 PARK AVENUE
(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)
(COUNSEL TO FLORIDA STATE BOARD OF ADMINISTRATION)

GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
4582 SOUTH ULSTER STREET PARKWAY
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
(COUNSEL TO UBS FINANCIAL SERVICES, ET AL)
UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
(COUNSEL TO DEUTSCHE BANK)
(COUNSEL TO HALBIS DISTRESSED OPP MASTER FUND LTD)
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
THE CHRYSLER BUILDING
OPPORTUNITIES I LP, ET AL.)
OPPORTUNITES I LP, ET AL.)
1600 DIVISION STREET, SUITE 700
FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA
101 EISENHOWER PARKWAY
9441 LBJ FREEWAY, SUITE 350
2200 IDS CENTER
THREE WORLD FINANCIAL CENTER
ONE FINANCIAL CENTER
LEVEN N.V., ET AL.)
55 SECOND STREET, 17TH FLOOR
125 SUMMER STREET
380 MADISON AVENUE, 22ND FLOOR
(COUNSEL TO CITIGROUP INC.)
ONE WORLD FINANCIAL CENTER
ONE WORLD FINANCIAL CENTER
CO INC & AFFILIATES, ET AL. & JEREMY DAVIS)
ONE WORLD FINANCIAL CENTER
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN)
700 SIXTH STREET, NW
(COUNSEL TO WESTLB AG, NEW YORK BRANCH)
EIGHTY PINE STREET
2 WALL STREET

(COUNSEL TO GLG PARTNERS LP)
II)
II)
AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
ONE LIBERTY PLAZA
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
EUROPEAN PERFORMANCE FUND LTD; ET AL.)

AND EVERGREEN, ET AL.)
J. ARON & COMPANY)
ONE LIBERTY PLAZA

31 WEST 52ND STREET
LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)
TREASURY, DIVISION OF INVESTMENT)
900 THIRD AVENUE, 16TH FLOOR
301 COMMERCE STREET, SUITE 1700
900 THIRD AVENUE, 16TH FLOOR
5080 SPECTRUM DRIVE - SUITE 850 E
888 SEVENTH AVENUE, 9TH FLOOR
DEPT. HQ56G
SUITE 425
MONTEREY)
THE NEW YORK TIMES BUILDING
WORLDWIDE PLAZA 825 EIGHTH AVENUE
20 NORTH BROADWAY, SUITE 1880
SERVICES COMPANY)
CITY EMPLOYEE WELFARE FUND LOCAL 3 IBEW)
590 MADISON AVENUE
SIX LANDMARK SQUARE
HOLDINGS INTERMEDIATE 2 LTD.)
CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)
RECONSTRUCTION & DEVELOPMENT, INTL FINANCE CORP)
ONE INTERNATIONAL PLACE
ONE JEFFERSON ROAD
242 TRUMBULL STREET
ONE AUDUBON STREET
ROCKEFELLER CTR MGMT, ROCKEF GRP DEV, ROCKEF CTR)
1095 AVENUE OF THE AMERICAS
THE EXCHANGE TWR, 130 KING ST. W., STE 00, BOX 36
(N/K/A SPECTRUM MASTER FUND LTD.)
MARINE INSURANCE COMPANY, LTD.)
630 THIRD AVENUE, 7TH FLOOR
TEAM, TEMPLE PHYS, TEMPLE U HOSP, TEMPLE U HEALTH)
203 NORTH LASALLE STREET, SUITE 1900
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
250 PARK AVENUE
50 SOUTH SIXTH STREET

ITS SUBSIDIARIES)

NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)
AND COAST ELECTRIC POWER ASSOCIATION)
1111 SUPERIOR AVENUE
GROUP LIMITED)
THE NY STATE COMMON RETIREMENT FUND)
250 PARK AVENUE
1227 25TH STREET, N.W.
XICOR, LLC, INTERSIL EUROPE SARL; ET AL.)
21650 OXNARD STREET, SUITE 500
2200 WELLS FARGO CENTER
1320 REXCORP PLAZA
33 LIBERTY STREET
SYSTEM)
65 TRUMBULL STREET
ADVISORS LP AND BONDWAVE LLC)
A/K/A ICAS)
4 PENN CENTER, 2ND FLOOR
ONE LIBERTY PLAZA
ONE LIBERTY PLAZA
90 PARK AVENUE
321 N. CLARK STREET
555 SOUTH FLOWER ST., SUITE 3500
90 PARK AVE., 20TH FLOOR
90 PARK AVENUE, 36TH FLOOR
321 N. CLARK STREET, SUITE 2800
90 PARK STREET
80 ROUTE 4 EAST, SUITE 290
124 EAST FOURTH STREET
311 SOUTH WACKER DRIVE, SUITE 3000
KG ET AL.)
601 LEXINGTON AVENUE, 31ST FLOOR
COMMONWEALTH BANK OF AUSTRALIA)
ONE NEW YORK PLAZA
150 SPEAR STREET, SUITE 1600
7 TIMES SQUARE
(COUNSEL TO BANK OF MONTREAL)
666 FIFTH AVENUE
ONE PENN CENTER PO BOX 4887
1000 LOUISIANA, SUITE 3400

JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
FINANCING CORP)
ONE PENNSYLVANIA PLAZA, 37TH FLOOR
200 PARK AVENUE

APOTHEKERKAMMER NORDRHEIN)
ILSLEY TRUST COMPANY, N.A.)
400 ATLANTIC AVENUE

BEHALF OF NOMURA HOLDINGS, INC.)
THE NEMOURS BUILDING
ONE MOODY PLAZA, 18TH FLOOR
DIFC BUILDING 2, 4TH FLOOR
488 MADISON AVENUE
AND POWEREX CORP.)
40 WALL STREET -37TH FLOOR
10 WEST MARKET STREET, SUITE 700
ONE GATEWAY CENTER
CAPITAL VENTURES)
2 PARK AVENUE
MAILSTOP 314
SUITE 400
WILMINGTON TRUST)
60 E. 42ND STREET, 37TH FLOOR
875 THIRD AVENUE
(COUNSEL TO QVT FUND LP, QUINTESSENCE FUND LP &
US BANK; HSBC REALTY CREDIT CARLTON WILLARD; SBA)
2099 PENNSYLVANIA AVE, NW, SUITE 100
QUEBEC)
HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.)
195 BROADWAY, 24TH FLOOR
MANAGEMENT PTY. LTD.)
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
RIVERFRONT PLAZA, EAST TOWER
250 PARK AVENUE, 6TH FLOOR

33 MAIDEN LANE, 14TH FLOOR
11 GREENWAY PLAZA, SUITE 100
840 NEWPORT CENTER DRIVE, SUITE 400
170 MASON STREET
BANKRUPTCY & COLLECTIONS DIVISION
919 THIRD AVENUE, 37TH FLOOR
353 N. CLARK ST.
THE COLLIER CENTER, 11TH FLOOR
86 CHAMBERS STREET, 3RD FLOOR
KENNEY, RICHARD NACKENSON, ET AL)
ONE WHITEHALL STREET, 17TH FLOOR
599 LEXINGTON AVENUE
1065 AVENUE OF THE AMERICAS, 27TH FLOOR

1633 BROADWAY
TROPHY HUNTER, BHCO MASTER, MSS, INST BENCHMARKS)
TPA OWNER LLC)
425 PARK AVENUE
GALLIARD CAP, BANCO POPULAR, POPULAR GESTION)
STONE LION FUND LTD.)
(COUNSEL TO BP CORPORATION NA)
IGI RESOURCES)
TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
CAPITAL MANAGEMENT, L.P.)
601 LEXINGTON AVENUE
AUSTRALIA LIMITED)
(COUNSEL TO LEHMAN BROTHERS HOLDINGS, INC.)
275 MADISON AVENUE, 11TH FLOOR
292 MADISON AVENUE, 17TH FLOOR
RELATIVE EUROPEAN VALUE S.A., ET. AL)
800 THIRD AVENUE
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
CONSERVATORSHIP)
1420 FIFTH AVENUE SUITE 4100
885 THIRD AVENUE
SEARS TOWER, SUITE 5800
355 SOUTH GRAND AVENUE

355 S. GRAND AVE., STE. 2450
SARKAR, CHRISTIAN STEVENS, ET AL.)
641 LEXINGTON AVENUE, 21ST FLOOR
ONE GRAND CENTRAL PLACE
8270 GREENSBORO DRIVE, SUITE 1050
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
250 HUDSON STREET 8TH FLOOR
2323 BRYAN STREET, SUITE 1600
2323 BRYAN STREET SUITE 1600
1949 SOUTH I.H. 35
3400 JPMORGAN CHASE TOWER
(COUNSEL TO THOMAS COOK AG)
1225 KING STREET, SUITE 800
DE CREDITO OFICIAL)
GROUP SECURITIES, LLC AND CENTERBRIDGE)
INSTITUTO CREDITO OFICIAL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
65 LIVINGSTON AVENUE

65 LIVINGSTON AVE.
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3)
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3)
POWER, LP)
POWER, LP)
RELIANT ENERGY POWER SUPPLY, LLC)
AND TRADING)
AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
CO.,LTD.,  TAIPEI FUBON COMMERCIAL BANK CO.)
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
ONE M&T PLAZA, 12TH FLOOR

1675 BROADWAY
1675 BROADWAY
1675 BROADWAY
1675 BROADWAY
71 S. WACKER DRIVE
1675 BROADWAY
1675 BROADWAY
1675 BROADWAY
(COUNSEL TO BNP PARIBAS AND ITS AFFILIATES)
AS SUBADVISOR TO PRIMUS CLO I, LTD.)
1901 SIXTH AVENUE NORTH
500 NORTH BROADWAY, SUITE 129
1544 OLD ALABAMA ROAD
1544 OLD ALABAMA ROAD
FOUR GATEWAY CENTER, 100 MULBERRY STREET
RENAISSANCE CENTRE, 405 NORTH KING STREET
405 NORTH KING STREET
STEPHEN J. EDELMANN & JACQUELINE W. EDELMANN)
227 WEST MONROE STREET, SUITE 4400
340 MADISON AVENUE
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
ONE JAMES CENTER, 901 EAST CARY STREET
ONE JAMES CENTER
2 GRAND CENTRAL TOWER, 19TH FLOOR
10 EAST 40TH STREET
900 STEWART AVENUE, SUITE 300 PO BOX 9194
SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)
CADILLAC PLACE, STE. 10-200
AKTIENGESELLSCHAFT

301 W HIGH STREET, ROOM 670

40 CALHOUN STREET, SUITE 300
399 PARK AVENUE
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
101 PARK AVENUE
399 PARK AVENUE
399 PARK AVENUE
101 PARK AVENUE
1701 MARKET STREET
MARUNOUCHI KITAGUCHI BUILDING
400 GARDEN CITY PLAZA
250 WEST 55TH STREET
250 WEST 55TH STREET
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
250 WEST 55TH STREET
MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)
MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE)
250 WEST 55TH STREET
OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)
909 THIRD AVENUE
& DOTSON INVESTMENTS LIMITED)
THE CHRYSLER BUILDING)
ON BEHALF OF FORTISSIMO FUND, ET AL.)

1000 CONTINENTAL DR STE 400

550 WEST JACKSON BLVD, SUITE 500
437 MADISON AVENUE
LONGSHORE CDO FUNDING 2007-3, LTD. & ZAIS INVST.)
437 MADISON AVENUE
WELLINGTON MGMT COMPANY, GEORGETOWN UNIVERSITY)
100 SUMMER STREET
PUERTO RICO SALES TAX FINANCING CORPORATION &
ZAIS INVESTMENT GRADE LIMITED II)
BUILDING B, 22ND FLOOR
DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
WESTCHESTER COUNTY ATTORNEY
445 MINNESOTA STREET, SUITE 900

BANK PLC)
51 WEST 52ND STREET
1152 15TH STREET, NW

(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
666 FIFTH AVENUE
400 CAPITAL MALL

& FDIC AS RECEIVER OF WESTERNBANK PUERTO RICO)
230 PARK AVENUE
3 PARK AVENUE, 29TH FLOOR
1251 AVENUE OF THE AMERICAS
THREE WACHOVIA CENTER
1133 AVENUE OF THE AMERICAS
RECONSTRUCTION)
75 EAST 55TH STREET
(COUNSEL TO CITIGROUP, INC. & BANK HAPOALIM
AND POWEREX CORP.)
FIFTEEN PIEDMONT CENTER
(COUNSEL TO ING BANK)
301 CARNEGIE CENTER, SUITE 400
3000 TWO LOGAN SQUARE
HERCULES PLAZA, SUITE 5100
P.O. BOX 13430

1540 BROADWAY
725 SOUTH FIGUEROA STREET, SUITE 2800
700 W. 47TH STREET, SUITE 1000
700 W. 47TH STREET, SUITE 1000
222 DELAWARE AVENUE, SUITE 1101
100 SOUTHGATE PARKWAY
17 NORTH 2ND STREET, 12TH FLOOR
BANK OF SCOTLAND, N.V., RBS SECURITIES INC, ET AL)
DISNEY COMPANY MASTER RETIREMENT PLAN)
APS BANK LTD.)

(COUNSEL TO OFFICIAL COMMITTEE OF UNS. CREDITORS)
293 EISENHOWER PARKWAY SUITE 100
116 WEST 23 STREET, FIFTH FLOOR
599 LEXINGTON AVENUE
1201 N MARKET STREET SUITE 1500
QUEST & QWEST COMMUNICATIONS; IKON OFFICE)
599 LEXINGTON AVE.
599 LEXINGTON AVENUE
BLACK DIAMOND OFFSHORE LTD.)
340 MADISON AVENUE, 19TH FLOOR
FUND)

1001 4TH AVENUE SUITE 4500
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
ELSTREE
SANKATY SPECIAL SITUATIONS I, L.P., ET AL.)
PRUDENTIAL TOWER
SANKATY SPECIAL SITUATIONS I, LP)


(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
CENTRE SQUARE WEST
AND NISOURCE FINANCE CORP.)
(COUNSEL TO ALAMEDA COUNTY, GOVT. OF GUAM, ET AL.)
ALPHADYNE INTERNATIONAL MASTER FUND
1600 MARKET STREET, SUITE 3600
1111 SUPERIOR AVENUE, SUITE 1000
II,L.P. & MARINER-TRICADIA CREDIT STRATEGIES MSTR)
ET AL.)
INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
ONE BATTERY PARK PLAZA
(COUNSEL TO BANK OF AMERICA, N.A.)


30 ROCKEFELLER PLAZA 24TH FLOOR
30 ROCKEFELLER PLAZA, 24TH FLOOR
30 ROCKEFELLER PLAZA
30 ROCKEFELLER PLAZA
650 TOWN CENTER DRIVE, FOURTH FLOOR
30 ROCKEFELLER PLAZA, 24TH FLOOR
FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
300 SOUTH ORANGE AVE., SUITE 1000
787 SEVENTH AVENUE
100 JERICHO QUADRANGLE, SUITE 300

425 LEXINGTON AVENUE
1440 NEW YORK AVENUE
MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT)
1221 AVENUE OF THE AMERICAS
8000 SEARS TOWER
221 E. FOURTH STREET, SUITE 2900
401 FRANKLIN AVENUE

11350 RANDOM HILLS ROAD, SUITE 700
555 FIFTH AVENUE, STE. 1400

260 MADISON AVENUE, 17TH FLOOR
600 MONTGOMERY STREET, 14TH FLOOR
675 THIRD AVENUE, 31ST FLOOR
485 MADISON AVE, 20TH FLOOR
485 MADISON AVENUE, 20TH FLOOR
2600 ONE COMMERCE SQUARE
2600 ONE COMMERCE SQUARE
DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, ET AL.)
BNC 2007-4, LLC, SASC 2007-BC4 A4, ET. AL)
515 CONGRESS AVE STE 2525

CREDIT AMERICA LTD., MIZUHO INTERNATIONAL PLC)
180 MAIDEN LANE
BASSO CAPITAL, MAGNETAR CAPTIAL AND MITSUI & CO.)
MIZUHO INTERNATIONAL PLC)
(COUNSEL TO GIANTS STADIUM LLC)
INTERNATIONAL LIMITED)
QUAYS (HQ2) T1 LTD & HERON QUAYS (HQ2) T2 LTD)
INC. AND LONG ISLAND INTERNATIONAL LLC)
INC. AND LONG ISLAND INTERNATIONAL LLC)
& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR
PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)
1114 AVENUE OF THE AMERICAS
CINCINNATI)

11909 REYNOLDS AVENUE
1-9-2, MARUNOUCHI, CHIYODA-KU
950 EAST PACES FERRY ROAD
DIRECT ENERGY BUSINESS LLC)
333 CLAY STREET, SUITE 3300
333 CLAY STREET, SUITE 3300
1722 ROUTH STREET
RENTAL USA HO)

500 SANSOME STREET, 8TH FLOOR
425 PARK AVENUE
(COUNSEL TO TRONOX, INCORPORATED, ET AL.)
1 TOWER SQUARE - 5MN
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)

THE CHRYSLER BUILDING
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)

222 N. LASALLE STREET
1633 BROADWAY, 47TH FLOOR
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
666 FIFTH AVENUE, 27TH FLOOR
1001 FANNIN STREET, SUITE 2500
666 FIFTH AVENUE, 26TH FLOOR
CITY POINT, 33RD FLOOR
51 WEST 52ND STREET
51 WEST 52ND STREET
6 WEST 18TH STREET, 10TH FLOOR
1133 AVENUE OF THE AMERICAS
1155 AVENUE OF THE AMERICAS
WACHOVIA FINANCIAL CENTER SUITE 4900
OVERSEAS FUND, LTD.)
(COUNSEL TO COMMERZBANK AG, NY & GRAND CAYMAN)
BOCKENHEIMER LANDSTRASSE 20
WACHOVIA FINANCIAL CENTER, SUITE 4900
1155 AVENUE OF THE AMERICAS
ONE PENN PLAZA, SUITE 4110
SEVEN SAINT PAUL STREET
185 ASYLUM STREET
787 SEVENTH AVENUE
787 SEVENTH AVENUE
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
399 PARK AVENUE
1875 PENNSYLVANIA AVENUE, N.W.

200 PARK AVENUE
35 WEST WACKER DRIVE
PIPER JAFFRAY & CO.)
THE OFFICES AT CRYSTAL LAKE
ONE GATEWAY CENTER, 9TH FLOOR
500 FIFTH AVENUE
POSSESSION)
TREASURY, DIV OF INVESTMENT)

**Address4**

767 FIFTH AVENUE
201 VARICK STREET, 1006

ONE BRYANT PARK

733 THIRD AVE., 15TH FLOOR

1221 AVENUE OF THE AMERICAS
1900 MAIN STREET, 5TH FLOOR

1201 WEST PEACHTREE STREET
1251 AVENUE OF THE AMERICAS

1050 CONNECTICUT AVENUE, NW

299 PARK AVENUE

1622 LOCUST STREET
4280 PROFESSIONAL CENTER DR STE 350

12481 HIGH BLUFF DRIVE, SUITE 300
1285 AVENUE OF THE AMERICAS
SUITE 1650

399 PARK AVENUE
ONE FEDERAL PLAZA
399 PARK AVENUE
399 PARK AVENUE

405 LEXINGTON AVENUE
575 LEXINGTON AVENUE, 7TH FLOOR
5301 WISCONSIN AVE NW, SUITE 800
P.O. BOX 340025
225 ASYLUM STREET, SUITE 2600

80 SOUTH EIGHTH STREET
200 VESEY STREET

SEVEN TIMES SQUARE

ONE WORLD FINANCIAL CENTER

700 SIXTH STREET, NW

ONE WORLD FINANCIAL CENTER
ONE WORLD FINANCIAL CENTER

ONE WORLD FINANCIAL CENTER

30 ROCKEFELLER PLAZA
111 WEST MONROE STREET
111 WEST MONROE STREET
111 WEST MONROE STREET

ONE LIBERTY PLAZA

ONE LIBERTY PLAZA

ONE LIBERTY PLAZA
ONE LIBERTY PLAZA


31 WEST 52ND STREET
PARK 80 PLAZA WEST-ONE




400 COUNTY CENTER


590 MADISON AVENUE
590 MADISON AVENUE


605 THIRD AVENUE, 34TH FLOOR
450 LEXINGTON AVENUE
450 LEXINGTON AVENUE



919 3RD AVENUE


777 THIRD AVENUE, 37TH FLOOR
909 FANNIN, SUITE 1500

1500 MARKET STREET, 3500E

1251 AVENUE OF THE AMERICAS
550 SOUTH HOPE STREET, SUITE 2300



500 CAMPUS DRIVE

1540 BROADWAY
SEVEN PENN PLAZA, SUITE 420

120 BROADWAY
280 PARK AVENUE, 26TH FLOOR WEST

SUITE 700
250 PARK AVENUE

90 SOUTH SEVENTH STREET

400 CAPITOL MALL, SUITE 1450

120 E. LIBERTY DRIVE, SUITE 400
1370 BROADWAY - SUITE 566
1600 J.F.K. BOULEVARD

SUITE 2800

520 MADISON AVENUE

ONE NEW YORK PLAZA

7 TIMES SQUARE

BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400
ONE GATEWAY CENTER

845 THIRD AVENUE
780 NORTH WATER STREET


200 PARK AVENUE
1007 NORTH ORANGE STREET, SUITE 1200

SHEIKH ZAYED ROAD, PO BOX 72888
15TH FLOOR
488 MADISON AVE



2 PARK AVENUE



28 STATE STREET


PINEY BRANCH PARK, INC.)
195 BROADWAY, 24TH FLOOR

195 BROADWAY
10 ST. JAMES AVENUE

800 W. OLYMPIC BOULEVARD, 4TH FLOOR
1111 BRICKELL AVENUE, SUITE 2500
951 EAST BYRD STREET




P.O. BOX 12548


201 EAST WASHINGTON STREET

ONE WHITEHALL STREET, 17TH FLOOR

1633 BROADWAY
605 THIRD AVENUE, 16TH FLOOR

425 PARK AVENUE
425 PARK AVENUE
101 PARK AVENUE
333 WEST WACKER DRIVE, 26TH FLOOR
101 PARK AVENUE

601 LEXINGTON AVENUE

601 LEXINGTON AVENUE
601 LEXINGTON AVENUE

292 MADISON AVENUE, 17TH FLOOR

1177 AVENUE OF THE AMERICAS

120 BROADWAY, 27TH FLOOR

233 SOUTH WACKER DRIVE

355 S. GRAND AVE., STE. 2450

305 MADISON AVENUE, SUITE 4700

PO BOX 17428
600 TRAVIS TOWER
345 PARK AVENUE

590 MADISON AVE
590 MADISON AVENUE
590 MADISON AVENUE

1251 AVENUE OF THE AMERICAS, 18TH FLOOR
65 LIVINGSTON AVENUE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
65 LIVINGSTON AVENUE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
65 LIVINGSTON AVENUE

65 LIVINGSTON AVENUE
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
65 LIVINGSTON STREET

1675 BROADWAY
1675 BROADWAY
2400 REGIONS/HARBERT PLAZA

RENAISSANCE CENTER, 8TH FLOOR
11 BROADWAY, SUITE 715

901 EAST CARY STREET
140 EAST 45TH STREET

990 STEWART  AVENUE, SUITE 300
3030 W. GRAND BLVD.
BARCKHAUSSTR. 12-16

POST OFFICE BOX 22828

399 PARK AVENUE

1-6-5 MARUNOUCHI, CHIYODA-KU

5-1, MARUNOUCHI 1 -CHOME, CHIYODA-KU

250 WEST 55TH STREET
250 WEST 55TH STREET

250 WEST 55TH STREET

THE CHRYSLER BUILDING 405 LEXINGTON AVENUE
405 LEXINGTON AVENUE
ONE BATTERY PARK PLAZA

100 SUMMER STREET

100 SUMMER STREET

437 MADISON AVENUE
100 SUMMER STREET

21 S. 12TH STREET, 3RD FLOOR
148 MARTINE AVENUE, 6TH FLOOR

51 WEST 52ND STREET

1152 15TH STREET, N.W.
1152 15TH STREET, N.W.

SUITE 3000

230 PARK AVENUE


NINTH FLOOR
401 S. TRYON STREET, SUITE 3000

75 EAST 55TH STREET

1285 AVENUE OF THE AMERICAS
10100 SANTA MONICA BLVD., SUITE 1450
3575 PIEDMONT ROAD, N.E., SUITE 500
4000 TOWN CENTER, SUITE 1800

EIGHTEENTH AND ARCH STREETS
1313 MARKET STREET, P.O. BOX 1709




ELEVEN TIMES SQUARE
ELEVEN TIMES SQUARE
7 TIMES SQUARE

51 MADISON AVE, 22ND FLOOR



599 LEXINGTON AVENUE 30TH FLOOR


ONE PENN PLAZA, 49TH FLOOR

228 ST. CHARLES AVENUE, SUITE 1310

THREE CENTER PLAZA

1211 AVENUE OF THE AMERICAS
800 BOYLSTON STREET
1211 AVENUE OF THE AMERICAS


5600 CITY AVENUE
620 FIFTH AVENUE
230 PARK AVENUE
1500 MARKET STREET, 38TH FLOOR
6600 SEARS TOWER
280 KING OF PRUSSIA ROAD
26 BROADWAY


919 THIRD AVENUE
ONE BATTERY PARK PLAZA
ONE BATTERY PARK PLAZA


599 LEXINGTON AVENUE


ONE CONSTITUTION PLAZA


FOUR TIMES SQUARE

233 WACKER DRIVE

2600 ONE COMMERCE SQUARE
2600 ONE COMMERCE SQUARE


180 MAIDEN LANE

180 MAIDEN LANE
180 MAIDEN LANE
125 BROAD STREET
125 BROAD STREET
125 BROAD STREET
125 BROAD STREET
1700 NEW YORK AVE. N.W.
919 FANNIN, SUITE 2200
700 SIXTH STREET, NW, SUITE 700

425 WALNUT STREET, STE. 1800




SUITE 3250 ATLANTA PLAZA
919 THIRD AVENUE, 39TH FLOOR


SUITE 1500
ONE US BANK PLAZA



ONE PENN PLAZA, SUITE 3335

405 LEXINGTON AVENUE

405 LEXINGTON AVENUE
1500 ONE PPG PLACE

ONE ROPEMAKED STREET

200 SOUTH BISCAYNE BLVD
1155 AVENUE OF THE AMERICAS
1155 AVENUE OF THE AMERICAS

200 SOUTH BISCAYNE BLVD

787 SEVENTH AVENUE

200 PARK AVENUE
ONE BOLAND DRIVE

500 FIFTH AVENUE
919 MARKET ST, STE 990 - PO BOX 1028

**Address5**

875 THIRD AVENUE

| City | tat | Zip |
|------|-----|-----|
| NEW YORK | N' | 10004 |
| NEW YORK | N' | 10153 |
| NEW YORK | N' | 10014 |
| NEW YORK | N' | 10004-1482 |
| NEW YORK | N' | 10005 |
| LOS ANGELES | C/ | 90017 |
| NEW YORK | N' | 10007 |
| PHILADELPHIA | P/ | 19106-1574 |
| NEW YORK | N' | 10007 |
| WASHINGTON | D( | 20005-2215 |
| WASHINGTON | D( | 20534 |
| WASHINGTON | D( | 20534 |
| NEW YORK | N' | 10006 |
| NEW YORK | N' | 10006 |
| NEW YORK | N' | 10036-6715 |
| NEW YORK | N' | 10036 |
| DALLAS | T> | 75201 |
| NEW YORK | N' | 10017-3293 |
| NEW YORK | N' | |
| NEW YORK | N' | 10020 |
| NEW YORK | N' | 10020 |
| IRVINE | C/ | 92614-7321 |
| NEW YORK | N' | 10016-1387 |
| ATLANTA | G/ | 30309 |
| ATLANTA | G/ | 30309-3424 |
| NEW YORK | N' | 10020-1182 |
| HOUSTON | T> | 77019 |
| NEW YORK | N' | 10019 |
| SAINT LOUIS | M | 63102-2740 |
| WASHINGTON | D( | 20004 |
| NEW YORK | N' | 10022-4690 |
| BEDMINSTER | NJ | 07921 |
| NEW YORK | N' | 10271 |
| WASHINGTON | D( | 20036-5304 |
| HOUSTON | T> | 77002-4995 |
| FAIRLESS HILLS | P/ | 19030 |
| INDIANAPOLIS | IN | 46204 |
| WILMINGTON | D{ | 19801 |
| BOSTON | M | 02110 |
| NEW YORK | N' | 10171 |
| NEW YORK | N' | 10171 |
| PHILADELPHIA | P/ | 19103 |
| PALM BCH GDNS | FL | 33410-4280 |

| | | |
|---|---|---|
| SAN DIEGO | CA | 92130 |
| NEW YORK | NY | 10019 |
| DENVER | CO | 80237 |
| DENVER | CO | 80237 |
| NEW YORK | NY | 10022-4689 |
| BOSTON | MA | 02110-1726 |
| NEW YORK | NY | 10022-4689 |
| NEW YORK | NY | 10022-4689 |
| NEW YORK | NY | 10174 |
| NEW YORK | NY | 10174 |
| NEW YORK | NY | 10022 |
| WASHINGTON | DC | 20015 |
| NASHVILLE | TN | 37203 |
| HARTFORD | CT | 06103 |
| ROSELAND | NJ | 07068-1067 |
| DALLAS | TX | 75243 |
| MINNEAPOLIS | MN | 55402 |
| NEW YORK | NY | 10281-1021 |
| BOSTON | MA | 02111 |
| NEW YORK | NY | 10036 |
| SAN FRANCISCO | CA | 94105-3493 |
| BOSTON | MA | 02110 |
| NEW YORK | NY | 10017 |
| NEW YORK | NY | 10281 |
| NEW YORK | NY | 10281 |
| NEW YORK | NY | 10281 |
| WASHINGTON | DC | 20001 |
| NEW YORK | NY | 10281 |
| NEW YORK | NY | 10281 |
| NEW YORK | NY | 10281 |
| WASHINGTON | DC | 20001 |
| NEW YORK | NY | 10281 |
| NEW YORK | NY | 10005 |
| NEW YORK | NY | 10005 |
| NEW YORK | NY | 10166 |
| NEW YORK | NY | 10012 |
| CHICAGO | IL | 60603 |
| CHICAGO | IL | 60603 |
| CHICAGO | IL | 60603 |
| CHICAGO | IL | 60603 |
| NEW YORK | NY | 10006 |
| NEW YORK | NY | 10006 |
| NEW YORK | NY | 10006 |
| NEW YORK | NY | 10006 |

| | |
|---|---|
| NEW YORK | NY 10006 |
| NEW YORK | NY 10006 |
| NEW YORK | NY 10006 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019-6131 |
| NEW YORK | NY 10019-6131 |
| SADDLE BROOK | NJ 07663 |
| NEW YORK | NY 10022 |
| FORT WORTH | TX 76102 |
| NEW YORK | NY 10022 |
| ADDISON | TX 75001 |
| NEW YORK | NY 10106 |
| HOUSTON | TX 77019 |
| GREENWICH | CT 06830 |
| REDWOOD CITY | CA 94063-1662 |
| NEW YORK | NY 10018 |
| NEW YORK | NY 10019 |
| OKLAHOMA CITY | OK 73102 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| STAMFORD | CT 06901 |
| NEW YORK | NY 10158 |
| NEW YORK | NY 10017 |
| NEW YORK | NY 10017 |
| BOSTON | MA 02110 |
| PARSIPPANY | NJ 07054 |
| HARTFORD | CT 06103 |
| NEW HAVEN | CT 06510 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10036 |
| TORONTO | ON M5X 1K6 |
| NEW YORK | NY 10017 |
| HOUSTON | TX 77010 |
| NEW YORK | NY 10017 |
| PHILADELPHIA | PA 19102-2101 |
| CHICAGO | IL 60601 |
| NEW YORK | NY 10020-1104 |
| LOS ANGELES | CA 90071 |
| NEW YORK | NY 10020-1104 |
| NEW YORK | NY 10177 |
| MINNEAPOLIS | MN 55402 |
| NEW YORK | NY 10019 |
| FLORHAM PARK | NJ 07932-1047 |

| | |
|---|---|
| NEW YORK | N\ 10036-4086 |
| NEW YORK | N\ 10001 |
| CLEVELAND | OI 44114-2584 |
| NEW YORK | N\ 10271 |
| NEW YORK | N\ 10017 |
| NEW YORK | N\ 10177-1211 |
| WASHINGTON | D( 20037 |
| NEW YORK | N\ 10177 |
| WOODLAND HILLS | C/ 91367 |
| MINNEAPOLIS | M 55402-3901 |
| UNIONDALE | N\ 11556-1320 |
| NEW YORK | N\ 10045-0001 |
| SACRAMENTO | C/ 95814 |
| NEW HAVEN | C1 06510 |
| WHEATON | IL 60187-5455 |
| NEW YORK | N\ 10006 |
| PHILADELPHIA | P/ 19103 |
| NEW YORK | N\ 10006 |
| NEW YORK | N\ 10006 |
| NEW YORK | N\ 10016 |
| CHICAGO | IL 60654 |
| LOS ANGELES | C/ 90071-2411 |
| NEW YORK | N\ 10016 |
| NEW YORK | N\ 10016-1314 |
| CHICAGO | IL 60654 |
| NEW YORK | N\ 10016 |
| PARAMUS | NJ 07652 |
| TULSA | OI 74103 |
| CHICAGO | IL 60606-6677 |
| NEW YORK | N\ 10022 |
| NEW YORK | N\ 10022 |
| NEW YORK | N\ 10004-1980 |
| NEW YORK | N\ 10004 |
| SAN FRANCISCO | C/ 94105 |
| NEW YORK | N\ 10036-6516 |
| NEW YORK | N\ 10036-6516 |
| NEW YORK | N\ 10103 |
| LANCASTER | P/ 17604 |
| HOUSTON | T> 77002-5011 |
| PLANO | T> 75074 |
| MIAMI | FL 33131 |
| NEWARK | NJ 07102-5310 |
| NEW YORK | N\ 10119-3701 |
| NEW YORK | N\ 10166-0193 |

| | | |
|---|---|---|
| NEW YORK | N' | 10022 |
| MILWAUKEE | W | 53202 |
| BOSTON | M | 02110-3333 |
| SAINT PAUL | M | 55102-1639 |
| NEW YORK | N' | 10166 |
| WILMINGTON | DI | 19801 |
| GALVESTON | T> | 77550 |
| DUBAI | | |
| NEW YORK | N' | 10022 |
| NEW YORK | N' | 10022 |
| NEW YORK | N' | 10005 |
| INDIANAPOLIS | IN | 46204 |
| NEWARK | NJ | 07102 |
| NEW YORK | N' | 10016 |
| NEW YORK | N' | 10016 |
| GARDEN CITY | ID | 83714-0021 |
| ANAHEIM | C/ | 92806 |
| BOSTON | M | 02109 |
| NEW YORK | N' | 10165 |
| NEW YORK | N' | 10022 |
| NEW YORK | N' | 10022 |
| NEW YORK | N' | 10007-3189 |
| WASHINGTON | D( | 20006 |
| NEW YORK | N' | 10007-3189 |
| BOSTON | M | 02116 |
| NEW YORK | N' | 10007 |
| LOS ANGELES | C/ | 90015 |
| MIAMI | FL | 33131 |
| RICHMOND | V/ | 23219-4074 |
| NEW YORK | N' | 10177 |
| JACKSON | M | 39296 |
| NEW YORK | N' | 10038 |
| HOUSTON | T> | 77046-1173 |
| NEWPORT BEACH | C/ | 92660 |
| GREENWICH | C1 | 06830 |
| AUSTIN | T> | 78711-2548 |
| NEW YORK | N' | 10022-3908 |
| CHICAGO | IL | 60654-3456 |
| PHOENIX | A2 | 85004-2385 |
| NEW YORK | N' | 10007 |
| NEW YORK | N' | 10004 |
| NEW YORK | N' | 10004 |
| NEW YORK | N' | 10022 |
| NEW YORK | N' | 10018 |

| | |
|---|---|
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10158 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10178 |
| CHICAGO | IL 60606 |
| NEW YORK | NY 10178-0002 |
| NEW YORK | NY 10178 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022-4611 |
| NEW YORK | NY 10022-4611 |
| NEW YORK | NY 10016 |
| NEW YORK | NY 10017 |
| NEW YORK | NY 10017 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10036 |
| NEW YORK | NY 10036 |
| NEW YORK | NY 10271-0079 |
| SEATTLE | WA 98101-2338 |
| NEW YORK | NY 10022 |
| CHICAGO | IL 60606 |
| LOS ANGELES | CA 90071-1560 |
| NEW YORK | NY 10017 |
| LOS ANGELES | CA 90071 |
| LOS ANGELES | CA 90071 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10165 |
| MCLEAN | VA 22102 |
| NEW YORK | NY 10036 |
| NEW YORK | NY 10013-1413 |
| DALLAS | TX 75201 |
| DALLAS | TX 75201 |
| AUSTIN | TX 78760 |
| HOUSTON | TX 77002-3095 |
| NEW YORK | NY 10154 |
| WILMINGTON | DE 19801 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10022 |
| NEW YORK | NY 10020 |
| ROSELAND | NJ 07068 |

| | |
|---|---|
| ROSELAND | NJ 07068 |
| NEW YORK | NY 10020 |
| ROSELAND | NJ 07068 |
| NEW YORK | NY 10020 |
| ROSELAND | NJ 07068 |
| NEW YORK | NY 10020 |
| NEW YORK | NY 10020 |
| ROSELAND | NJ 07068 |
| NEW YORK | NY 10020 |
| ROSELAND | NJ 07068 |
| NEW YORK | NY 10022 |
| ROSELAND | NJ 07068 |
| NEW YORK | NY 10020 |
| BUFFALO | NY 14203 |
| WILMINGTON | DE 19801 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| CHICAGO | IL 60606 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| NEW YORK | NY 10019 |
| BIRMINGHAM | AL 35203 |
| JERICHO | NY 11753 |
| ROSWELL | GA 30076-2102 |
| ROSWELL | GA 30076-2102 |
| NEWARK | NJ 07102-4096 |
| WILMINGTON | DE 19801 |
| WILMINGTON | DE 19801 |
| NEW YORK | NY 10004 |
| CHICAGO | IL 60606-5096 |
| NEW YORK | NY 10173-1922 |
| NEW YORK | NY 10105 |
| RICHMOND | VA 23219 |
| RICHMOND | VA 23219 |
| NEW YORK | NY 10017 |
| NEW YORK | NY 10016 |
| GARDEN CITY | NY 11530 |
| GARDEN CITY | NY 11530 |
| DETROIT | MI 48202 |
| 60325 FRANKFURT AM MAIN | |

| City | State | Zip |
|---|---|---|
| JEFFERSON CITY | MO | 65105-0475 |
| NEW YORK | NY | 10022 |
| CHARLESTON | SC | 29413-2828 |
| NEW YORK | NY | 10022 |
| NEW YORK | NY | 10022-4689 |
| NEW YORK | NY | 10178-0600 |
| NEW YORK | NY | 10022 |
| NEW YORK | NY | 10022 |
| NEW YORK | NY | 10178-0600 |
| PHILADELPHIA | PA | 19103-2921 |
| TOKYO 100-8222 | | |
| GARDEN CITY | NY | 11530 |
| NEW YORK | NY | 10019 |
| NEW YORK | NY | 10019 |
| TOKYO | | 100-6529 |
| NEW YORK | NY | 10019 |
| NEW YORK | NY | 10019 |
| NEW YORK | NY | 10019 |
| NEW YORK | NY | 10019 |
| NEW YORK | NY | 10019 |
| NEW YORK | NY | 10022 |
| NEW YORK | NY | 10174 |
| NEW YORK | NY | 10174 |
| NEW YORK | NY | 10004 |
| 2821 NX STOLWIJK | | |
| KING OF PRUSSIA | PA | 19406-2850 |
| NEW YORK | NY | 10077 |
| CHICAGO | IL | 60661 |
| NEW YORK | NY | 10022 |
| BOSTON | MA | 02110 |
| NEW YORK | NY | 10022 |
| BOSTON | MA | 02110 |
| BOSTON | MA | 02110 |
| NEW YORK | NY | 10022 |
| BOSTON | MA | 02110 |
| NEW YORK | NY | 10281 |
| PHILADELPHIA | PA | 19107-3603 |
| WHITE PLAINS | NY | 10601 |
| SAINT PAUL | MN | 55101-2127 |
| ENGLEWOOD | CO | 80112-3924 |
| NEW YORK | NY | 10281-1008 |
| NEW YORK | NY | 10019-6142 |
| NEW YORK | NY | 10019-6142 |
| WASHINGTON | DC | 20005-1706 |

| | |
|---|---|
| WASHINGTON | D( 20005-1706 |
| WASHINGTON | D( 20005-1706 |
| NEW YORK | N` 10103-0001 |
| SACRAMENTO | C/ 95814 |
| ROCKVILLE | M 20850 |
| NEW YORK | N` 10169-0075 |
| NEW YORK | N` 10169-0075 |
| NEW YORK | N` 10016 |
| NEW YORK | N` 10020 |
| CHARLOTTE | N( 28202 |
| NEW YORK | N` 10036-6710 |
| NEW YORK | N` 10022-3205 |
| NEW YORK | N` 10022 |
| NEW YORK | N` 10019-6064 |
| LOS ANGELES | C/ 90067 |
| ATLANTA | G/ 30305 |
| SOUTHFIELD | M 48075 |
| PRINCETON | NJ 08543-5276 |
| PHILADELPHIA | P/ 19103-2799 |
| WILMINGTON | D( 19899-1709 |
| ARLINGTON | T> 76094-0430 |
| SAN RAFAEL | C/ 94901 |
| NEW YORK | N` 10036-4039 |
| LOS ANGELES | C/ 90017-5443 |
| KANSAS CITY | M 64112 |
| KANSAS CITY | M 64112 |
| WILMINGTON | D( 19801 |
| MORRISTOWN | NJ 07962-1997 |
| HARRISBURG | P/ 17101-1601 |
| NEW YORK | N` 10036 |
| NEW YORK | N` 10036 |
| NEW YORK | N` 10036 |
| STAMFORD | C1 06902 |
| NEW YORK | N` 10010 |
| LIVINGSTON | NJ 07039 |
| NEW YORK | N` 10011 |
| NEW YORK | N` 10022 |
| WILMINGTON | D( 19801 |
| NEW YORK | N` 10022 |
| NEW YORK | N` 10022 |
| NEW YORK | N` 10022 |
| NEW YORK | N` 10119 |
| NEW YORK | N` 10173 |
| NEW ORLEANS | L/ 70130 |

| | |
|---|---|
| SEATTLE | W 98154-1192 |
| BOSTON | M 02108 |
| HERFORDSHIRE | WD6 3RQ |
| NEW YORK | N` 10036-8704 |
| BOSTON | M 02199 |
| NEW YORK | N` 10036-8704 |
| TACOMA | W 98402-5120 |
| MANAKIN SABOT | V/ 23103 |
| PHILADELPHIA | P/ 19131-1395 |
| NEW YORK | N` 10020 |
| NEW YORK | N` 10169 |
| PHILADELPHIA | P/ 19102 |
| CHICAGO | IL 60606 |
| WAYNE | P/ 19087 |
| NEW YORK | N` 10004 |
| PHILADELPHIA | P/ 19103-7286 |
| CLEVLAND | OI 44114 |
| NEW YORK | N` 10022 |
| NEW YORK | N` 10004 |
| NEW YORK | N` 10004 |
| NEW YORK | N` 10004 |
| NEW YORK | N` 10004 |
| NEW YORK | N` 10022 |
| HOUSTON | T> 77010 |
| HOUSTON | T> 77002 |
| HOUSTON | T> 77010 |
| NEW YORK | N` 10112 |
| NEW YORK | N` 10112 |
| NEW YORK | N` 10112 |
| NEW YORK | N` 10112 |
| COSTA MESA | C/ 92626 |
| NEW YORK | N` 10112 |
| HARTFORD | C1 06103-1919 |
| ORLANDO | FL 32801 |
| NEW YORK | N` 10019 |
| JERICHO | N` 11753 |
| NEW YORK | N` 10017 |
| NEW YORK | N` 10017 |
| WASHINGTON | D( 20005-2111 |
| NEW YORK | N` 10036 |
| NEW YORK | N` 10020 |
| CHICAGO | IL 60606 |
| CINCINNATI | OI 45202 |
| GARDEN CITY | N` 11530 |

| | | |
|---|---|---|
| FAIRFAX | V/ | 22030 |
| NEW YORK | N` | 10017 |
| NEW YORK | N` | 10036 |
| NEW YORK | N` | 10016 |
| SAN FRANCISCO | C/ | 94111 |
| NEW YORK | N` | 10017 |
| NEW YORK | N` | 10022 |
| NEW YORK | N` | 10022 |
| PHILADELPHIA | P/ | 19103-7098 |
| PHILADELPHIA | P/ | 19103-7098 |
| PHILADELPHIA | P/ | 19103-7098 |
| PHILADELPHIA | P/ | 19103-7098 |
| AUSTIN | T> | 78701-3508 |
| AUSTIN | T> | 78701-3508 |
| NEW YORK | N` | 10038 |
| NEW YORK | N` | 10038 |
| NEW YORK | N` | 10038 |
| NEW YORK | N` | 10038 |
| NEW YORK | N` | 10004 |
| NEW YORK | N` | 10004-2498 |
| NEW YORK | N` | 10004 |
| NEW YORK | N` | 10004 |
| WASHINGTON | D( | 20006 |
| HOUSTON | T> | 77010 |
| WASHINGTON | D( | 20001-3980 |
| NEW YORK | N` | 10036-7703 |
| CINCINNATI | OI | 45202 |
| NASHVILLE | TI | 37202-0207 |
| NEW YORK | N` | 10286 |
| NEW YORK | N` | 10020-1104 |
| POTOMAC | M | 20854 |
| TOKYO 100-6611 | | |
| ATLANTA | G/ | 30326 |
| NEW YORK | N` | 10022-3915 |
| HOUSTON | T> | 77002-4499 |
| HOUSTON | T> | 77002 |
| DALLAS | T> | 75201-2533 |
| SAINT LOUIS | M | 63101 |
| NEW YORK | N` | 10111 |
| SAN FRANCISCO | C/ | 94111-3214 |
| NEW YORK | N` | 10022 |
| NEW YORK | N` | 10019 |
| HARTFORD | CI | 06183-4044 |
| NEW YORK | N` | 10174 |

| | |
|---|---|
| NEW YORK | N\ 10174 |
| PITTSBURGH | P\ 15222 |
| LITTLETON | C( 80124 |
| CHICAGO | IL 60601-1003 |
| NEW YORK | N\ 10019 |
| NEW YORK | N\ 10020 |
| NEW YORK | N\ 10103 |
| HOUSTON | T> 77002-6760 |
| NEW YORK | N\ 10103 |
| LONDON EC2Y 9UE | |
| NEW YORK | N\ 10019-6150 |
| NEW YORK | N\ 10019-6150 |
| NEW YORK | N\ 10011 |
| NEW YORK | N\ 10036 |
| NEW YORK | N\ 10036-2787 |
| MIAMI | FL 33131 |
| NEW YORK | N\ 10036 |
| NEW YORK | N\ 10036 |
| 60323 FRANKFURT AM MAIN | |
| MIAMI | FL 33131 |
| NEW YORK | N\ 10036-2787 |
| NEW YORK | N\ 10119 |
| BALTIMORE | M 21202 |
| HARTFORD | C1 06103-3402 |
| NEW YORK | N\ 10019-6099 |
| NEW YORK | N\ 10019 |
| NEW YORK | N\ 10019-6099 |
| NEW YORK | N\ 10019-6099 |
| NEW YORK | N\ 10022 |
| WASHINGTON | D( 20006 |
| MINNEAPOLIS | M 55402-1544 |
| NEW YORK | N\ 10166-4193 |
| CHICAGO | IL 60601 |
| NEW YORK | N\ 10166-4193 |
| WEST ORANGE | NJ 07052 |
| NEWARK | NJ 07102 |
| NEW YORK | N\ 10110 |
| NEW YORK | N\ 10110 |
| WILMINGTON | D( 19899 |

**Country**

CANADA

UNITED ARAB EMIRATES

GERMANY

JAPAN


JAPAN


THE NETHERLANDS

UNITED KINGDOM

JAPAN

UK

GERMANY

**Email**

JACQUELINE.MARCUS@WEIL.COM; ALFREDO.PEREZ@WEIL.COM; ROBERT.LEMONS@WEIL.COM; GARRETT.FAIL

GIDDENS@HUGHESHUBBARD.COM;KIPLOK@HUGHESHUBBARD.COM;KOBAK@HUGHESHUBBARD.COM;MARGC
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV


SHARBECK@SIPC.ORG
NEWYORK@SEC.GOV; NYROBANKRUPTCY@SEC.GOV
JACOBSONN@SEC.GOV
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM
MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM
MSTAMER@AKINGUMP.COM
SSCHULTZ@AKINGUMP.COM
CRAIGJUSTINALBERT@GMAIL.COM
RAUL.ALCANTAR@ALCANTARLAW.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM
KARL.GEERCKEN@ALSTON.COM
WILL.SUGDEN@ALSTON.COM
KIT.WEITNAUER@ALSTON.COM
TDUFFY@ANDERSONKILL.COM; RHORKOVICH@ANDERSONKILL.COM
RRUSSELL@ANDREWSKURTH.COM
ANGELICH.GEORGE@ARENTFOX.COM
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
ANTHONY_BOCCANFUSO@APORTER.COM
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
DWORKMAN@BAKERLAW.COM
IAN.ROBERTS@BAKERBOTTS.COM
PETER@BANKRUPT.COM
MICHAEL.MCCRORY@BTLAW.COM
DAVID.POWLEN@BTLAW.COM
FFM@BOSTONBUSINESSLAW.COM
CSALOMON@BECKERGLYNN.COM
AOSTROW@BECKERGLYNN.COM
SLEO@BM.NET
MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM

DAVIDS@BLBGLAW.COM

SGRAZIANO@BLBGLAW.COM

DBARBER@BSBLAWYERS.COM

DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM

JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.C(

SABIN.WILLETT@BINGHAM.COM

JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.CC

JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.C(

AECKSTEIN@BLANKROME.COM

JALWARD@BLANKROME.COM;TSALTER@BLANKROME.COM

JSCHILLER@BSFLLP.COM

JSHERMAN@BSFLLP.COM

AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM

KURT.MAYR@BGLLP.COM

EMAGNELLI@BRACHEICHLER.COM; ARAINONE@BRACHEICHLER.COM

NOTICE@BKCYLAW.COM

MGORDON@BRIGGS.COM

MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM

SLEVINE@BROWNRUDNICK.COM

HSTEEL@BROWNRUDNICK.COM

SCHRISTIANSON@BUCHALTER.COM

TUNRAD@BURNSLEV.COM

SIDORSKY@BUTZEL.COM

JOHN.RAPISARDI@CWT.COM;

HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

ISRAEL.DAHAN@CWT.COM

MARK.ELLENBERG@CWT.COM

HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

HOWARD.HAWKINS@CWT.COM

MARK.ELLENBERG@CWT.COM

HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM

CAHN@CLM.COM

WANDA.GOODLOE@CBRE.COM

DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM

JCLOSE@CHAPMAN.COM; JSCHREIB@CHAPMAN.COM

APPLEBY@CHAPMAN.COM

HEISER@CHAPMAN.COM

HEISER@CHAPMAN.COM

LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM

MAOFILING@CGSH.COM

MAOFILING@CGSH.COM

MAOFILING@CGSH.COM

MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
MAOFILING@CGSH.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM
LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM
MWARNER@COLESCHOTZ.COM
DHURST@COLESCHOTZ.COM
MMENDEZ@CRB-LAW.COM
SFALANGA@CONNELLFOLEY.COM; CHEMRICK@CONNELLFOLEY.COM
JEFF.WITTIG@COAIR.COM
ESCHWARTZ@CONTRARIANCAPITAL.COM
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US
MHOPKINS@COV.COM; DCOFFINO@COV.COM
RLEVIN@CRAVATH.COM
JUDY.MORSE@CROWEDUNLEVY.COM
MLICHTENSTEIN@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
MLICHTENSTEIN@CROWELL.COM
JCARBERRY@CL-LAW.COM
DHW@DHCLEGAL.COM
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM
JAMES.MCCLAMMY@DPW.COM
DJCARRAGHER@DAYPITNEY.COM
MGINZBURG@DAYPITNEY.COM
JJTANCREDI@DAYPITNEY.COM
JWCOHEN@DAYPITNEY.COM
MCTO@DEBEVOISE.COM
GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM

TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM
ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM
AKADISH@DTLAWGROUP.COM
AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM
MATTHEW.KLEPPER@DLAPIPER.COM
THOMAS.CALIFANO@DLAPIPER.COM
STEPHEN.COWAN@DLAPIPER.COM
GEORGE.SOUTH@DLAPIPER.COM;
SCHNABEL.ERIC@DORSEY.COM
HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM
STEVEN.TROYER@COMMERZBANK.COM
ROBERT.MALONE@DBR.COM

LJKOTLER@DUANEMORRIS.COM
TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM
SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM
AENTWISTLE@ENTWISTLE-LAW.COM;  JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM
KKELLY@EBGLAW.COM
DTATGE@EBGLAW.COM
WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM
SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM
MICHAEL.KRAUSS@FAEGREBD.COM
LSCARCELLA@FARRELLFRITZ.COM
SHARI.LEVENTHAL@NY.FRB.ORG
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM
CHARLES@FILARDI-LAW.COM
ALUM@FTPORTFOLIOS.COM
RFLANAGAN@FLANASSOC.COM
STEVEN.USDIN@FLASTERGREENBERG.COM
WDASE@FZWZ.COM
APALAZZOLO@FZWZ.COM
DHEFFER@FOLEY.COM
JLEE@FOLEY.COM
WMCKENNA@FOLEY.COM
DSPELFOGEL@FOLEY.COM
RBERNARD@FOLEY.COM
GGOODMAN@FOLEY.COM;LAPETERSON@FOLEY.COM
RBERNARD@FOLEY.COM
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM
DEGGERT@FREEBORNPETERS.COM
PATRICK.OH@FRESHFIELDS.COM
TIMOTHY.HARKNESS@FRESHFIELDS.COM; DAVID.LIVSHIZ@FRESHFIELDS.COM;
PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM
EFRIEDMAN@FRIEDMANSPRING.COM
EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM
ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM
DROSENZWEIG@FULBRIGHT.COM
JMERVA@FULT.COM
JMELKO@GARDERE.COM
BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM
DCRAPO@GIBBONSLAW.COM
DMARKHAM@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM

ASEUFFERT@LAWPOST-NYC.COM

TNIXON@GKLAW.COM

DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM

BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM

DICONZAM@GTLAW.COM

MELOROD@GTLAW.COM

TANNWEILER@GREERHERZ.COM

JOY.MATHIAS@DUBAIIC.COM

JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM

RMATZAT@HAHNHESSEN.COM

WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET

DTHEISING@HARRISONMOBERLY.COM

SLDREYFUSS@HLGSLAW.COM;MMOLOSHOK@HLGSLAW.COM

AGOLD@HERRICK.COM

SSELBST@HERRICK.COM

RAMONA.NEAL@HP.COM

KEN.HIGMAN@HP.COM

JDORAN@HASLAW.COM

RLEEK@HODGSONRUSS.COM

SCOTT.GOLDEN@HOGANLOVELLS.COM;

ROBIN.KELLER@HOGANLOVELLS.COM; DENNIS.TRACEY@HOGANLOVELLS.COM; BEN.LEWIS@HOGANLOVELLS.C

BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM

RICHARD.LEAR@HKLAW.COM

ARTHUR.ROSENBERG@HKLAW.COM

JOHN.MONAGHAN@HKLAW.COM

BARBRA.PARLIN@HKLAW.COM

KERRY.MOYNIHAN@HRO.COM; ADAM.BREZINE@HRO.COM

KECKHARDT@HUNTON.COM

JRSMITH@HUNTON.COM

CWEISS@INGRAMLLP.COM

DAVE.DAVIS@ISGRIA.COM

TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV

SEBA.KURIAN@INVESCO.COM

AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM

MNEIER@IBOLAW.COM

JAY.HURST@OAG.STATE.TX.US

PTROSTLE@JENNER.COM

DMURRAY@JENNER.COM; RBYMAN@JENNER.COM

GSPILSBURY@JSSLAW.COM

JOSEPH.CORDARO@USDOJ.GOV

MICHAELS@JSTRIALLAW.COM

MICHAELS@JSTRIALLAW.COM

ROBERT.HONEYWELL@KLGATES.COM

ENKAPLAN@KAPLANLANDAU.COM

DMARK@KASOWITZ.COM
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM
SNEWMAN@KATSKYKORINS.COM
MPRIMOFF@KAYESCHOLER.COM
MPRIMOFF@KAYESCHOLER.COM;
MSOLOW@KAYESCHOLER.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
MPAGE@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
STEPHEN.HESSLER@KIRKLAND.COM; MARK.MCKANE@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JONATHAN.HENES@KIRKLAND.COM; JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM; CHRIS
JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM
LKISS@KLESTADT.COM
ANDREW.LOURIE@KOBREKIM.COM
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM;
EKBERGC@LANEPOWELL.COM
KEITH.SIMON@LW.COM
DAVID.HELLER@LW.COM
PETER.GILHULY@LW.COM
JAMES.HEANEY@LAWDEB.COM
JAMESBOYAJIAN@GMAIL.COM
JAMESBOYAJIAN@GMAIL.COM
GABRIEL.DELVIRGINIA@VERIZON.NET
LISA.SOLOMON@ATT.NET
LKATZ@LTBLAW.COM
WSWEARINGEN@LLF-LAW.COM
SFINEMAN@LCHB.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
PEISENBERG@LOCKELORD.COM
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM
ROBIN.KELLER@LOVELLS.COM
CHRIS.DONOHO@LOVELLS.COM
ROBIN.KELLER@LOVELLS.COM
ILEVEE@LOWENSTEIN.COM
ILEVEE@LOWENSTEIN.COM

KROSEN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM; ILEVEE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; TWHEELER@LOWENSTEIN.COM
JPROL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
MWARREN@MTB.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
FHYMAN@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;
EMERBERG@MAYERBROWN.COM
TKIRIAKOS@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM
SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM
JSTOLL@MAYERBROWN.COM
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM
JLAMAR@MAYNARDCOOPER.COM
KREYNOLDS@MKLAWNYC.COM
MH1@MCCALLARAYMER.COM
JNM@MCCALLARAYMER.COM
EGLAS@MCCARTER.COM
KMAYER@MCCARTER.COM
WTAYLOR@MCCARTER.COM
GGITOMER@MKBATTORNEYS.COM
NCOCO@MWE.COM
ICATTO@MWE.COM
PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM
DHAYES@MCGUIREWOODS.COM
JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM
JMR@MSF-LAW.COM;
MBLOEMSMA@MHJUR.COM
TSLOME@MSEK.COM
AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM
HARRISJM@MICHIGAN.GOV
MICHAEL.FREGE@CMS-HS.COM

SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV
MICHAEL.KELLY@MONARCHLP.COM
DAVIDWHEELER@MVALAW.COM
JOSHUA.DORCHAK@MORGANLEWIS.COM
JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM
NHERMAN@MORGANLEWIS.COM
JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM
JOSHUA.DORCHAK@BINGHAM.COM
AGOTTFRIED@MORGANLEWIS.COM
JGOODCHILD@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM;LMARINUZZI@MOFO.COM
LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM
TGOREN@MOFO.COM
JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM
MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM
BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM
AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM
RGOODMAN@MOUNDCOTTON.COM; AMH@AMHANDLERLAW.COM
SABVANROOY@HOTMAIL.COM
MILLEE12@NATIONWIDE.COM
FHENN@LAW.NYC.GOV
RICHARD.FINGARD@NEWEDGE.COM
DDREBSKY@NIXONPEABODY.COM
ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM
RPEDONE@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
MJR1@WESTCHESTERGOV.COM
JOHN.MULE@AG.STATE.MN.US
AKANTESARIA@OPPENHEIMERFUNDS.COM
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM
RDAVERSA@ORRICK.COM
JGUY@ORRICK.COM

JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM
JGUY@ORRICK.COM; DFELDER@ORRICK.COM
LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM
TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG
WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM
MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM
CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM
DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM
DSHEMANO@PEITZMANWEG.COM
CMESTRES@ACLAWLLP.COM
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM
ARLBANK@PBFCM.COM
JHORGAN@PHXA.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM; EDWARD.FLANDERS@PILLSBURYLAW.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM
CWARD@POLSINELLI.COM
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM
BBISIGNANI@POSTSCHELL.COM
IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM
MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM
RBEACHER@PRYORCASHMAN.COM
CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNEMANUEL.COM;SCOTTSHELLEY@QUINNEMA
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM
GARY.RAVERTPLLC@GMAIL.COM
LHILL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;
ASOMERS@RCTLEGAL.COM
HMAGALIFF@R3MLAW.COM
RICHARD@RWMAPLC.COM

JSHICKICH@RIDDELLWILLIAMS.COM
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM
ROGER@RNAGIOFF.COM
MARK.BANE@ROPESGRAY.COM
ROSS.MARTIN@ROPESGRAY.COM
PHILIP.WELLS@ROPESGRAY.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
MSCHIMEL@SJU.EDU
CMONTGOMERY@SALANS.COM;LWHIDDEN@SALANS.COM
CBELMONTE@SSBB.COM; TBROCK@SSBB.COM; PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM
AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM
DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM
COHEN@SEWKIS.COM
ASHMEAD@SEWKIS.COM
MUNNO@SEWKIS.COM
GUZMAN@SEWKIS.COM
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM
JENNIFER.GORE@SHELL.COM
JENNIFER.GORE@SHELL.COM
CSHULMAN@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM
AMARTIN@SHEPPARDMULLIN.COM
RREID@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM
AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
SQUSBA@STBLAW.COM
IRETHY@STBLAW.COM
RAJ.MADAN@SKADDEN.COM; ANGIE.OWEN@SKADDEN.COM
SALLY.HENRY@SKADDEN.COM
FYATES@SONNENSCHEIN.COM;
PMAXCY@SONNENSCHEIN.COM
SLERNER@SSD.COM
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM

J.ZELLOE@STAHLZELLOE.COM
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM
MARC.CHAIT@SC.COM
SSTARR@STARRANDSTARR.COM
DMILLER@STEINLUBIN.COM
EOBRIEN@SBCHLAW.COM
CP@STEVENSLEE.COM
CP@STEVENSLEE.COM
MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM
MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM; JMMURPHY@STRADL
LANDON@SLOLLP.COM; VILLA@SLOLLP.COM
STREUSAND@STREUSANDLANDON.COM
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM
LHANDELSMAN@STROOCK.COM
HOLSEN@STROOCK.COM
CSZYFER@STROOCK.COM
CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; WRIGHTTH@SULLCROM.COM
FRITSCHJ@SULLCROM.COM; SCOTTJ@SULLCROM.COM
MCCARTHYJ@SULLCROM.COM
RAISLERK@SULLCROM.COM
MCARTHURK@SULLCROM.COM
JDWECK@SUTHERLAND.COM
RICK.MURPHY@SUTHERLAND.COM; MARK.SHERRILL@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM
MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV
JONATHAN.GOLDBLATT@BNYMELLON.COM
MMORREALE@US.MUFG.JP
FOONT@FOONTLAW.COM
YAMASHIRO@SUMITOMOTRUST.CO.JP
MATT@WILLAW.COM
DEMETRA.LIGGINS@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM
DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM
AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;
JCHRISTIAN@TOBINLAW.COM
WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM
NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM
MLYNCH2@TRAVELERS.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM

LEE.STREMBA@TROUTMANSANDERS.COM
BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM
LINDA.BOYLE@TWTELECOM.COM
DLIPKE@VEDDERPRICE.COM
MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM
SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM
SABRAMOWITZ@VELAW.COM
JELDREDGE@VELAW.COM
HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM
ARWOLF@WLRK.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM; JFREEBERG@WFW.COM
RGRAHAM@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM
ELEICHT@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM; ELEICHT@WHITECASE.COM DBAUMSTEIN@WHITECASE.COM; RGRAHAM@V
MRUETZEL@WHITECASE.COM;
TLAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM
BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM
SZUCH@WIGGIN.COM
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM
AALFONSO@WILLKIE.COM
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM
MABRAMS@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM;
PFINKEL@WILMINGTONTRUST.COM
CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM
DNEIER@WINSTON.COM
BROTENBERG@WOLFFSAMSON.COM
JLAWLOR@WMD-LAW.COM
JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM
VGULDI@ZUCKERMAN.COM

@WEIL.COM

)LIN@HUGHESHUBBARD.COM

ЭM

ЭM
ЭM;

OM; JOHN.BECK@HOGANLOVELLS.COM

STOPHER.GRECO@KIRKLAND.COM

NUEL.COM

EY.COM

VHITECASE.COM