**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

In re:                                              :    Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,  :
                                                    :    Case No.: 08-13555 (SCC)
                                                    :
                  Debtors.                          :

---------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael R. Pfeifer, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Broker Solutions, Inc., a party in interest, in the above referenced bankruptcy case and any related adversary proceeding dealing with mortgage loan repurchase claims against Broker Solutions, Inc.

**I certify that I am a member in good standing** of the bar in the State of California and am also admitted to and in good standing with the United States District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: April 29, 2015

Orange, California

                                                                 _____
                                                                 Michael R. Pfeifer, Esq., CA SBN 072245
                                                                 Of PFEIFER & DE LA MORA LLP
                                                                 765 The City Drive, Suite 440
                                                                 Orange, CA 92868
                                                                 mpfeifer@pfeifelaw.com
                                                                 Tel: (714) 703-9300
                                                                 Fax: (714) 703-9303
                                                                 Attorneys for BROKER SOLUTIONS, INC.