**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No.: 08-13555 (SCC) |
| Debtors. | |

---

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Michael R. Pfeifer, to be admitted, pro hac vice, to represent Broker Solutions, Inc., a party in interest in the above referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the United States District Court for the Central District of California, it is hereby ORDERED, that Michael R. Pfeifer, Esq., California State Bar No. 72245, is admitted to practice, pro hac vice, in the above referenced case and any related adversary proceeding to represent Broker Solutions, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 1, 2015

New York, New York                   /S/ Shelley C. Chapman
                                     UNITED STATES BANKRUPTCY JUDGE