# Exhibit A

| CreditorName |
| --- |
| 1100 VERMONT OWNER LLC |
| 1100 VERMONT OWNER LLC |
| 1199 SEIU Health Care Employees Pension Fund |
| 1199 SEIU Health Care Employees Pension Fund Index Plus |
| 2004 Sicon Ltd Group Defined Benefit Pension & Death Benefit Scheme |
| 3i Group PLC |
| 3M Employee Retirement Income Plan |
| 3M Employees Welfare Benefits Association Trust I |
| 3M Voluntary Investment Plan and Employee Stock Ownership Plan and 3M |
| 55 Holdingco LLC |
| 55 Holdingco LLC |
| 820 Management Trust |
| 820 Management Trust |
| A.M. MCGREGOR |
| Aareal Bank AG |
| AB Svensk Exportkredit (publ) |
| AB Svensk Exportkredit (publ) |
| AB Svensk Exportkredit (publ) |
| AB2 Fund |
| AB2 Fund |
| AB2 Fund |
| AB2 Fund |
| Abaxbank S.p.A. |
| ABBEY NATIONAL PLC |
| Abeline AS |
| Aberdeen Emerging Market Debt Fund LLC |
| Aberdeen Emerging Market Debt Portfolio |
| Aberdeen Global - Euro High Yield Bond Fund |
| Aberdeen Global II – Euro Corporate Bond Fund |
| Aberdeen Global II - Global Aggregate Bond Fund |
| Aberdeen Global II – Global High Yield Bond Fund |
| Aberdeen Global II - Index Linked Bond Fund |
| Aberdeen Global II - Long Dated Sterling Bond Fund |
| Aberdeen Global II – Long Dated Sterling Credit Fund |
| Aberdeen Global IV - Core Plus Index Linked Bond Fund |
| Aberdeen Global IV - Core Plus Long Dated Sterling Credit Fund |
| Aberdeen Global IV - Core Plus Sterling Bond Fund |
| Aberdeen Global IV – Core Plus Sterling Credit Fund |
| Aberdeen Global IV - Fixed Income Alpha Fund |
| Aberdeen High Grade Bond Fund |

Aberdeen Investment Funds ICVC - Aberdeen Corporate Bond Fund
ABN AMRO Bank N.V.
ABRAMS CAPITAL PARTNERS II LP
ABSOLUTE SOFTWARE CORPORATION
ABSOLUTE SOFTWARE CORPORATION
Abu Dhabi Retirement Pensions and Benefits Fund
ACCESS ASIA INVESTMENT HOLDINGS (BVI) LTD
Access Flex Bear High Yield Fund
Access Flex High Yield Fund
ACCESS GROUP INC SERIES 2005-A
ACCESS GROUP, INC. [2005-A INTEREST RATE SWAP]
ACCESS GROUP, INC. [2005-B INTEREST RATE SWAP]
ACCESS GROUP, INC. [2007-A INTEREST RATE CAP]
Access VP High Yield Fund
Accord Energy Limited
Accord Energy Limited
ACM Global Credit - U.S. Sub-Fund
ACM Global Credit - U.S. Sub-Fund
ACTS Retirement-Life Communities, Inc.
ACUITY MASTER FUND LTD
ACUITY MASTER FUND LTD
Acuity Master Fund Ltd.
Adam Lindemann
ADAR INVESTMENT FUND LTD.
ADAR INVESTMENT FUND LTD.
ADI ARBITRAGES ABSOLU
ADI ARBITRAGES ABSOLU
ADI ARBITRAGES ABSOLU
ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI CONVEX
ADI CONVEX
ADI CONVEX
ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS
ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS
ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS
ADI CREDIT ARB ABSOLU
ADI CREDIT ARB ABSOLU
ADI CREDIT ARB ABSOLU
ADI CREDIT ARB ABSOLU
ADI CREDIT OPPORTUNITIES

ADI CREDIT OPPORTUNITIES
ADI EXPLORASIA c/o ADI ALTERNATIVE INVESTMENTS
ADI EXPLORASIA c/o ADI ALTERNATIVE INVESTMENTS
ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS
ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS
ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS
ADI HIGH YIELD c/o ADI ALTERNATIVE INVESTMENTS
ADI HIGH YIELD c/o ADI ALTERNATIVE INVESTMENTS
ADI LONG SHORT EUROPE c/o ADI-ALTERNATIVE INVESTMENTS
ADI LONG SHORT EUROPE c/o ADI-ALTERNATIVE INVESTMENTS
ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS
ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS
ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS
ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS
ADI RISK ARB ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI SITUATIONS SPECIALES c/o ADI-ALTERNATIVE INVESTMENTS
ADI SITUATIONS SPECIALES c/o ADI-ALTERNATIVE INVESTMENTS
ADM GALLEUS FUND LIMITED
ADM GLADIUS FUND LIMITED
Adolfo Carlos De La Fuente & Alejandra Romo De La Fuente JTWROS
Advanced Graphic Printing, Inc.
ADVANCED INFORMATION MANAGEMENT
Advanced Micro Devices, Inc.
Advanced Micro Devices, Inc.
AECO Gas Storage Partnership
AES Eastern Energy L.P.
AES Eastern Energy L.P.
AETERNO MASTER FUND LP
AETERNO MASTER FUND LP
AFCO Cargo PIT LLC
AFTRA Retirement Funds
AG Financial Products Inc.
AGFIRST FARM CREDIT BANK
Agilent Technologies Inc
Agilent Technologies UK Limited Retirement Benefits Plan
AgriBank, FCB
Agricultural Bank of China Limited
Agricultural Bank of China Limited
Agustin Delgado Solis TOD Rosalinda Ramirez Rivas ALL LIVING ISSUE
Ahorro Coporación Financiera, S.V., S.A.
Ahorro Coporación Financiera, S.V., S.A.
AHV - Swiss Federal Social Security Fund
AIG Financial Products Corp.

AIG International Inc.

AIG Markets, Inc. (formerly known as AIG CDS, Inc.)

AIG Retirement Plan Inc. Retirement Master Trust

AIG-FP Structured Finance (Cayman) Limited

AIR CANADA INC

AIR CANADA INC

AIR CANADA INC

AIRASIA BERHAD

Aircraft Finance Trust

Aircraft Finance Trust

Airlie CDO I, LTD

Airlie CDO I, LTD

Airlie LCDO I (Aviv LCDO 2006-3), LTD

Airlie LCDO I (Aviv LCDO 2006-3), LTD

Airlie LCDO II (Pebble Creek 2007-1), LTD

Airlie LCDO II (Pebble Creek 2007-1), LTD

AIRLIE OPPORTUNITY MASTER FUND LTD

Akanthos Arbitrage Master Fund, L.P.

Akanthos Arbitrage Master Fund, L.P.

Aktia Bank plc

Alabama Trust Fund

Aladdin Relative Value Credit Master Fund Limited

ALAN B. LEE TRUST DTD 10/14/04

Alandsbanken Plc

Alaska Permanent Fund Corporation

ALASTAIR P BLACKWELL

ALASTAIR P BLACKWELL

ALASTAIR P BLACKWELL

Alberto Sarquis Sade & Victor Sarquis Sade JTWROS

Alberto Sarquis Sade & Victor Sarquis Sade JTWROS

Alcatel-Lucent

Alcon Laboratories Employees' Defined Contribution Plan

Aldo Hernandez

Aleppa Funding I LLC

Alf Tore Smidesang

Alfredo Amparan Gonzalez & Magaly Garza Marinez JTWROS TOD ALL LIVING

Alfredo Amparan Gonzalez & Magaly Garza Marinez JTWROS TOD ALL LIVING

Aliant Bank

Aliant Bank

ALL NIPPON AIRWAYS CO LTD

Allegiance (DC) 1150 18th Street LLC

Allergan, Inc. Pension Plan

Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft

Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft
Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft
AllianceBernstein Alternative Investments (Master) - Fixed Income High Alpha Portfolio
AllianceBernstein Bond Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio
AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Core Fixed Income Collective Trust
AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Strategic Core-Plus Fixed Income Collective T
AllianceBernstein Variable Products Series Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio
ALLIANZ GLOBAL INVESTORS FRANCE CEA PIMCO DT
Allianz Global Investors France S.A., acting on behalf of and for the
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
ALLIANZ RISK TRANSFER AG
Allied Irish Banks, p.l.c.
Allina Health System Defined Benefit Master Trust
Allina Health System Defined Benefit Master Trust
Allina Health System Defined Benefit Master Trust
Allina Health System Defined Benefit Master Trust
Allina Health System Trust
Allina Health System Trust
Allina Health System Trust
Allina Health System Trust
Alllianz Global Investors Kapitalanlagegesellschaft mbH
Allstate Life Insurance Company
Alpha Asset Management A.E.D.A.K.(on behalf of Alpha Monthly Income Foreign Bond Fund)

Alpha Bank A.E.

Alpha Bank A.E.

ALPHA DRIVE EURO CONVERTIBLES c/o ADI ALTERNATIVE INVESTMENTS

ALPHA DRIVE EURO CONVERTIBLES c/o ADI ALTERNATIVE INVESTMENTS

ALPHADYNE INTERNATIONALMASTER FUND, LTD

Alpstar European Credit Opportunity Master Fund, Ltd.

Alternative High Yield Bank Loan Pool - Acct. No. 6fpc (GMAM GP Trust I)

AM INTERNATIONAL E MAC 63 LIMITED

AM INTERNATIONAL E MAC 63 LIMITED

AM Master Fund I, LP

Amber Finance Limited

Amber Finance Limited

Amber Finance Limited

Amber Master Fund (Cayman) SPC

AMERICAN CHARTERED BANK

AMERICAN CYBERSYSTEMS

AMERICAN EQUITY INVESTMENT LIF E INSURANCE COMPANY

American Municipal Power, Inc.  f/k/a American Municipal Power-Ohio, Inc

AMERICAN NATIONAL INSURANCE COMPANY

AMERICAN TRADING

AMERICAN TRADING

AMERICAN TRADING & PRODUCTIONCO (ATAPCO)

AmeriCredit Financial Services, Inc.

Ameriprise Financial, Inc.

Amir Mehr

Amira Elena Vazquez Gallareta-TOD-Rodrigo Vazquez G

Amira Elena Vazquez Gallareta-TOD-Rodrigo Vazquez G

Amortizing Residential Collateral Trust Mortgage Pass-Through

Amortizing Residential Collateral Trust, Mortgage Pass

Amortizing Residential Collateral Trust, Mortgage Pass

Amortizing Residential Collateral Trust, Mortgage-Pass Through

AMP Capital Investors Limited - EFM International Share Fund 4

AMP Capital Investors Limited - EFM International Share Fund 4

AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED

An Foras Aiseanna Saothair Pension Fund

An Post Superannuation Scheme

Ana M Preciate-Medicuti & Mariana Menendez P TOD Diana E-Maria V-Manue

Ana M Preciate-Medicuti & Mariana Menendez P TOD Diana E-Maria V-Manue

Anchorage Crossover Credit Offshore Master Fund, Ltd.

Anchorage Short Credit Offshore Master Fund II, Ltd.

Anchorage Short Credit Offshore Master Fund, Ltd.

Andor Technology Fund, L.P.

Andor Technology Offshore Fund, Inc.

Andor Technology Perennial Fund, L.P.

Andreas Carlsen

Andres P. Meta and Nicolás Coyan

Andres P. Meta and Nicolás Coyan

ANF PARTNERS #1

Anglo Irish Bank Corp Plc Pension Plan

Anglo Irish Bank Corporation PLC

Anne S. McKenny

ANP FUNDING I, LLC

Anthracite Balanced Company (46) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Ireland) Plc - Series 12

Anthracite Investments (Ireland) Plc - Series 18

Anthracite Investments (Ireland) Plc - Series 19

Anthracite Investments (Ireland) Plc - Series 23

Anthracite Investments (Ireland) Plc - Series 27

Anthracite Investments (Ireland) Plc - Series 7

Anthracite Investments (Ireland) Plc - Series 8

Anthracite Investments (Ireland) Plc - Series 9

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Rated Investments (Jersey) Limited

ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED

ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED

Anthracite Reference Company (12) Limited

antonio quintero ternero

Aozora Bank, Ltd.

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Aquamarine Finance Public Limited Company Series 2004-1
Aquamarine Finance Public Limited Company Series 2004-2
Aquamarine Finance Public Limited Company Series 2007-1
Arab Banking Corporation (B.S.C.)
Arab Banking Corporation (B.S.C.)
Arche Master Fund, L.P.
Arche Master Fund, L.P.
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone f/k/a Archstone-Smith Operating Trust
Archstone TIC Mezz Holdings LLC
AREA- Societe des Autoroutes Rhone Alpes
Ares Enhanced Credit Opportunities Master Fund, L.P.
ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD
ARES IX CLO LTD
Ares VIII CLO Ltd.
Ares VIR CLO Ltd.
ARG Funding Corp. Series 2005-1 A
ARG Funding Corp. Series 2005-2 A
Argos Pension Scheme Nominees Limited as Trustees of the
ARISTEIA INTERNATIONAL LIMITED
ARISTEIA PARTNERS L.P.
ARISTEIA SPECIAL INVESTMENTS MASTER LP
Arizona Public Service Company
Arlington Partners LP
Arlington Partners LP
Arlington Partners LP
Arnt Berg Rognli
ARROWGRASS MASTER FUND LTD
arsago Alternative Investments SPC for the account of arsago STIRT Seg
ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO OPPORTUNI
ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO OPPORTUNI
ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM CURRENCI
Artradis Barracuda Fund
Artradis Barracuda Fund
Artradis Barracuda Fund
Artradis Russian Opportunities Fund
Artradis Russian Opportunities Fund

Artradis Russian Opportunities Fund
Artradis Russian Opportunities Fund
Artradis Volatility Opportunities Fund
Artradis Volatility Opportunities Fund
Artradis Volatility Opportunities Fund
Artradis Volatility Opportunities Fund
Arturo Giacoman & Bertha A Esparza Zorilla JTWRO TOD
ASA CALIFORNIA TAX ADVANTAGED FUND LP
ASA NY TAX ADVANTAGED FUND LP
ASA TAX ADVANTAGED RELATIVE VALUE FUND LP
ASA TAX ADVANTAGED RELATIVE VALUE FUND LP
ASA TAXABLE RELATIVE VALUE FUND LTD
Asahi Mutual Life Insurance Co.
ASBL Fonds de Pension et de Prévoyance de la S.A. IBM Belgium
Asbury Atlantic, Inc.
Asbury-Solomons, Inc.
Ascension Health  - Health System Depository Index Plus Account
Ascension Health - Health System Depository HSD
Ascension Health Insurance VEBA - Core Full
Ascension Health Insurance, Ltd - Core Full
Ascension Health Retirement Trust - Core Full Account
ASHTON FOREST PARK, LP
Asian Century Quest (QP), LP
Asian Century Quest Fund LP
Asian Century Quest Offshore Fund, Ltd.
ASIAN CRC HEDGE FUND
Asian Inflation Response Fund - (#4634)
ASIAN MULTI FINANCE HEDGE FUND
ASIAN SBC HEDGE FUND
ASIAN SPECIAL FINANCE HEDGE FUND
Aspen Bell, Limited
Aspen Lucian Limited
Aspen Noah, Limited
Asset Managers International Ltd. (attn of Carolyn Hiron)
Assicurazioni Generali S.p.A.
Associated Bank, National Association
AstraZeneca Pensions Trustee Limited
AstraZeneca Pensions Trustee Limited
Astrea LLC
AT&T Inc. f/k/a SBC Communications Inc.
AT&T Inc. f/k/a SBC Communications Inc.
ATEL TRADING
ATEL TRADING

Atlantic International Finance Limited

ATOUT EUROLAND

ATOUT EUROLAND

ATOUT FRANCE

Atrium III

Atrium III

Atrium III

ATTIC ANGEL ASSOCIATION

Attorneys' Liability Assurance Society

AUGUSTUS AM LTD A/C PARK GATE(ALTMA FUND)

AURELIUS CAPITAL MASTER, LTD.

AURELIUS CAPITAL PARTNERS LP

Auriel Funds PLC

Auriel Funds PLC

Austin Capital Safe Harbor Portable Alpha Offshore Fund Two, Ltd.

Australia and New Zealand Banking Group Limited

Australia and New Zealand Banking Group Limited

Autonomy Master Fund Limited

Autonomy Rochevera One Limited

Avenue International Master, L.P.

Avenue International Master, L.P.

Avenue International Master, L.P.

Avenue Investments, L.P.

Avenue Investments, L.P.

Avenue Special Situations Fund IV, L.P.

Avenue Special Situations Fund IV, L.P.

Avenue Special Situations Fund V, L.P.

Avenue Special Situations Fund V, L.P.

Avenue-CDP Global Opportunities Fund, L.P.

Avenue-CDP Global Opportunities Fund, L.P.

Avila Master Fund L.P.

Avista Corporation

Aviv LCDO 2006-1, Limited

Aviv LCDO 2006-1, Limited

Aviv LCDO 2006-2, Limited

Aviv LCDO 2006-2, Limited

AXA BELGIUM SA

AXA FRANCE VIE

AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA EQUITY D

AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA EQUITY L

AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF WIN-FONDS

AXA IM PARIS ACTING FOR & ON BEHALF OF MATIGNON PROTECTION COLLECTIVES

AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION VIE

AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON TC
AXA INSURANCE UK PLC
AXA INTERLIFE S.P.A
AXA Life Ltd (formerly Winterthur Life)
AXA PPP HEALTHCARE LIMITED
AXA SA
AXA SUN LIFE PLC
AXA WORLD FUNDS - SUB FUND ALPHA CREDIT BONDS
AXIS ACM INC.
Axis Bank Ltd, Treasury
AZIENDA ELETTRICA TICINESE
B Y Partners, L.P.
B Y Partners, L.P.
B. Gene Carter
B. Gene Carter
Baker Hughes Incorporated Retirement Plan Master Trust
Balestra Capital Partners, LP
Balestra Capital Partners, LP
Ball Corporation Master Pension Trust
Baltimore County Employee's Retirement System
Banca Akros S.p.A.
Banca Aletti & C. S.p.A.
Banca Aletti & C. S.p.A.
Banca Aletti & C. S.p.A.
Banca Aletti & C. S.p.A.
BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
Banca di Credito Populare
Banca Fideuram S.p.A.
Banca IMI S.p.A.
Banca IMI S.p.A.
Banca IMI S.p.A.
Banca Intermobiliare di Investimenti e Gestioni SpA
BANCA INTESA INFRASTRUTTUREE SVILUPPO SPA
Banca Italease S.p.A.
Banca Italease S.p.A.
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA' COOPERATIVA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA' COOPERATIVA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA' COOPERATIVA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA' COOPERATIVA

BANCA POPOLARE DELL'ETRURIA E DEL LAZIO
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO
Banca Popolare di Milano Società Cooperativa a r.l.
Banca Popolare di Novara S.p.A. (formerly known as Banca Popolare di Novara S.C.a.R.L.
Banca Popolare Pugliese s.c. per az.
Banca Profilo S.p.A.
Banca Profilo S.p.A.
BANCA PROFILO S.P.A.
BANCA PROFILO SPA
BANCA VALSABBINA SCPA
Bancaja Fondos, SGIIC, S.A.
Bancaja Fondos, SGIIC, S.A.
Bancaja Fondos, SGIIC, S.A.
Bancaja Fondos, SGIIC, S.A.
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bradesco S.A.
BANCO COOPERATIVO ESPAÑOL, S.A.
BANCO DE INVESTIMENTO GLOBAL SA
BANCO DE ORO UNIBANK, INC
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Espirito Santo de Investimento, S.A.
Banco Espirito Santo, S.A.
Banco Finantia S.A.
Banco Finantia S.A.
Banco Inverlat S A FID 10179
Banco Itau BBA S.A.
Banco Itau BBA S.A.
Banco Mercantil del Norte S.A.
Banco Popular Español, S.A.
Banco Santander - Chile

Banco Santander (México), S.A. Institución de Banca Múltiple Grupo Financiero Santander

Banco Santander Puerto Rico

Banco Santander, S.A.

BANCO VOTORANTIM S.A., NASSAU

Bangko Sentral NG Pilipinas

Banif - Banco de Invsetimento, S.A.

BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT

Bank Indonesia

Bank Leumi (Switzerland) Ltd.

Bank Leumi le-Israel B.M.

Bank Leumi le-Israel B.M.

Bank Leumi le-Israel B.M.

Bank Leumi USA

BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND DERIVATIVES AGENT ON BEHALF OF LEHMAN MORTGAGE TRUST, SER

BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND DERIVATIVES AGENT ON BEHALF OF LEHMAN XS TRUST, SERIES 2006-

BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND SWAP AGENT ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF CEAGO ABS CDO 2007-1

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF LEHMAN XS TRUST, SERIES 2006-11

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF LEHMAN XS TRUST, SERIES 2006-15

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUS

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUS

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATIO

BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATIO

Bank of China

Bank of China

Bank of Estonia

Bank of Ireland Asset Management Equity Mutual Fund

Bank of Ireland Asset Management Managed Mutual Fund

BANK OF OKLAHOMA

Bank of Scotland plc

Bank of Scotland plc

Bank of Scotland plc

Bank of Scotland plc

BANK OFAMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION

BANK SARASIN & CO. LTD

BANK SARASIN & CO. LTD

BANK SARASIN & CO. LTD

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Vontobel AG
BANKERS LIFE & CASUALTY INSURANCE COMPANY
BANKERS LIFE & CASUALTY INSURANCE COMPANY
BANKINTER GESTIÓN DE ACTIVOS S.A. S.G.I.I.C., acting for and on behalf of Bankinter Doble Garantizado, F.I.
Bankinter Gestión de Activos, S.A. S.G.I.I.C.  acting for and on behalf of BK Memoria 6 por 4 Garantizado II, FI
Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter BK Memoria 6x4 Garantizado, FI
Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter Incentivo Europa II Garantizado, F.I.
Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria II, FI
Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria, FI
Bankinter, S.A.
Banque AIG
BANQUE CANTONALE VAUDOISE
Banque d'Orsay
Banque Edel SNC
BANQUE FEDERATIVE DU CREDIT MUTUEL
Banque Finama SA
Banque Populaire - Caisse d'Epargne
Banque Saudi Fransi
Bar of Ireland Retirement Trust Scheme - Managed Fund
Barloworld Pension Trust Limited
Bartol Family Partnership LP
BARTON CREEK SENIOR LIVING CENTER, INC.
BARTON CREEK SENIOR LIVING CENTER, INC.
Basler Kantonalbank
BASS, EDWARD P.
Basso Fund Ltd.
Basso Fund Ltd.
Basso Holdings Ltd.
Basso Holdings Ltd.
Basso Multi-Strategy Holding Fund Ltd.
Basso Multi-Strategy Holding Fund Ltd.
Basswood Financial Partners, L.P.
Basswood International Fund, Inc.
Basswood Opportunity Fund, Inc.
Basswood Opportunity Partners, LP
Baupost Limited Partnership 1983 A-1
Baupost Limited Partnership 1983 B-1

Baupost Limited Partnership 1983 C-1

Baupost Value Partners, L.P.-I

Baupost Value Partners, L.P.-II

Baupost Value Partners, L.P.-III

Baxter Healthcare Ireland Retirement and Death Benefit Plan

Bayerische Hypo-Und Vereinsbank AG

Bayerische Hypo-Und Vereinsbank AG

Bayerische Hypo-Und Vereinsbank AG

Bayerische Hypo-Und Vereinsbank AG

Bayerische Landesbank

Bayview Financial, L.P.

Bayview Financial, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBVA Bancomer S.A. Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer

Beaford Investments Limited

Beatriz Fuente De Abraham & Pablo Abraham Kuri-TOD-Jose Abraham K-

Beatriz Fuente De Abraham & Pablo Abraham Kuri-TOD-Jose Abraham K-

Beatriz V Sanchez S & Beatriz Suarez A TOD Manuel A Sanchez P

Beatriz V Sanchez S & Beatriz Suarez A TOD Manuel A Sanchez P

BEAVER CREEK GLOBAL FUND SPC

becker, donald p, m.d.

BECKER, DONALD P., M.D.

BECKER, DONALD P., M.D.

BECKER, DONALD P., M.D.

BECKER-PUTZE, CHRISTIANE & JURGEN PUTZE

BECKER-PUTZE, CHRISTINE AND JURGEN PUTZE

Bedfordshire Pension Fund

Bell Atlantic Master Trust c/o Verizon Investment Management Corp.

Ben Van de Bunt

BENETTON INTERNATIONAL SA

BENETTON INTERNATIONAL SA

Bente Astrid Kvisgaard

Berlin-Hannoversche Hypothekenbank AG

Bernard Marcus

Berner Kantonalbank AG

Beryl Finance Limited ("Beryl") Series 2006-15 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-14 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-5 Tranche A

Beryl Finance Limited ("Beryl") Series 2008-7 Tranche A
Beryl Finance Limited 2005-10
Beryl Finance Limited 2005-14
Beryl Finance Limited 2005-15
Beryl Finance Limited Series 2005-1
Beryl Finance Limited Series 2005-11
Beryl Finance Limited Series 2005-12
Beryl Finance Limited Series 2005-16
Beryl Finance Limited Series 2005-2
Beryl Finance Limited Series 2005-4
Beryl Finance Limited Series 2005-7
Beryl Finance Limited Series 2006-10
Beryl Finance Limited Series 2006-11
Beryl Finance Limited Series 2006-12
Beryl Finance Limited Series 2006-13
Beryl Finance Limited Series 2006-14
Beryl Finance Limited Series 2006-15 Tranche B
Beryl Finance Limited Series 2006-16
Beryl Finance Limited Series 2006-17
Beryl Finance Limited Series 2006-5
Beryl Finance Limited Series 2006-6
Beryl Finance Limited Series 2007-10
Beryl Finance Limited Series 2007-11
Beryl Finance Limited Series 2007-13
Beryl Finance Limited Series 2007-14B
Beryl Finance Limited Series 2007-15
Beryl Finance Limited Series 2007-16A
Beryl Finance Limited Series 2007-16B
Beryl Finance Limited Series 2007-17
Beryl Finance Limited Series 2007-18
Beryl Finance Limited Series 2007-19
Beryl Finance Limited Series 2007-2
Beryl Finance Limited Series 2007-3
Beryl Finance Limited Series 2007-4
Beryl Finance Limited Series 2007-5B
Beryl Finance Limited Series 2007-5B
Beryl Finance Limited Series 2007-7
Beryl Finance Limited Series 2007-8
Beryl Finance Limited Series 2007-8
Beryl Finance Limited Series 2007-9
Beryl Finance Limited Series 2008-1
Beryl Finance Limited Series 2008-10
Beryl Finance Limited Series 2008-11

Beryl Finance Limited Series 2008-12
Beryl Finance Limited Series 2008-13
Beryl Finance Limited Series 2008-14
Beryl Finance Limited Series 2008-15
Beryl Finance Limited Series 2008-15
Beryl Finance Limited Series 2008-16
Beryl Finance Limited Series 2008-17
Beryl Finance Limited Series 2008-2
Beryl Finance Limited Series 2008-3
Beryl Finance Limited Series 2008-4
Beryl Finance Limited Series 2008-5
Beryl Finance Limited Series 2008-6
Beryl Finance Limited Series 2008-7B
Beryl Finance Limited Series 2008-8
Beryl Finance Limited Series 2008-9
BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE
BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE
BFT GESTION ON BEHALF OF BFT VOL 2
BFT GESTION ON BEHALF OF IENA OPPORTUNITES INTERNATIONALES
BG Bau Berufsgenossenschaft der Bauwirtschaft c/o Sarah Carter
BG Energy Merchants LLC
BG International Limited
BHATIA, KAMAL & RUCHI
BHF-Bank Aktiengesellschaft
BHF-Bank Aktiengesellschaft
BHF-Bank Aktiengesellschaft
BHF-Bank Aktiengesellschaft
BIAM Pension Scheme
BIAM Pension Scheme
BIGOS-SIBLEY TOWER, LLC
BIOPHARM INSIGHT
Bjorn Egil Kjos
Bjørn Runar Nes
BLACK BEAR INVESTMENT FUND, LLC
BLACK BEAR INVESTMENT FUND, LLC
Black Diamond Arbitrage Offshore Ltd.
Black Diamond Arbitrage Offshore Ltd.
Black Diamond Offshore Ltd.
Black Diamond Offshore Ltd.
BLACK RIVER ASIA FUND LTD.
BLACK RIVER COMMODITY ENERGY FUND LLC
BLACK RIVER COMMODITY FUND LTD
BLACK RIVER COMMODITY SELECT FUND LTD

BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD.
BLACK RIVER EMCO MASTER FUND LTD
BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD
BLACK RIVER FIRV OPPORTUNITY MASTER FUND LTD
BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD
BLACK RIVER GLOBAL CREDIT FUND LTD.
BLACK RIVER GLOBAL EQUITY FUND LTD.
BLACK RIVER GLOBAL INVESTMENTS FUND LTD.
BLACK RIVER MUNICIPAL FUND LTD
BLACK RIVER MUNICIPAL FUND LTD.
Blackport Capital Fund, Ltd.
BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY FUND III LTD.
blanche kinsley
BLOCH, STEPHEN R.
BLOCH, STEPHEN R.
Blue Angel Claims, LLC, (Transferor: BKW FMB Energie AG)
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Rock Core Fixed Income Portable Alpha Fund II, L.P.
BlueCrest Capital International Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Strategic Limited
BlueCrest Strategic Limited
BlueCrest Strategic Limited
BlueCrest Strategic Limited
BlueMountain Equity Alternatives Master Fund, L.P.
BlueMountain Timberline Ltd.
BMW (UK) Trustees Limited
BOARD OF EDUCATION OF THE CITY OF CHICAGO
BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA
bonfanti diego
Bonten Media Group Inc. / Bonten Media Group Holdings, Inc.
BONY
Bosque Power Company, LLC
Boultbee (Västerås) AB
BP Canada Energy Company
BP Corporation North America Inc.
BP Gas Marketing Limited
Bradford & Bingley PLC

Brahman C.P.F. Partners, L.P.
Brahman C.P.F. Partners, L.P.
Brahman Investments I (SPV), Ltd.
Brahman Investments II (SPV), Ltd.
Brahman Investments II (SPV), Ltd.
BRCH CORPORATION
BRE BANK SA
BRE BANK SA
BRE BANK SA
BRE BANK SA
BRE BANK SA
BRED Banque Populaire
BreitBurn Operating L.P.
BreitBurn Operating L.P.
BREMER LANDESBANK KREDITANSTALT OLDENBURG
BREMER LANDESBANK KREDITANSTALT OLDENBURG
BRETHREN VILLAGE
BREWSTER, MICHAEL
BRIAN E., HAHN
Brickman Group Holdings, Inc
Brickman Group Holdings, Inc
Brigade Leveraged Capital Structures Fund Ltd.
Brigadier Capital Master Fund Ltd.
Britannia Building Society Pension Scheme
British Sky Broadcasting Limited
BRK/A Investors, L.L.C.
BRM GROUP LTD.
Broad Market XL Holdings Ltd. (In Official Liquidation)
Broad Peak Master Fund Ltd.
BROOKDALE GLBL OPPTY FUND
BROOKDALE INTL PRTNRS LP
Brookdale Senior Living
Brookdale Senior Living
Brown Thomas Group Staff Pension Scheme
Brownstone Partners Catalyst Master Fund, Ltd.
Brownstone Partners Catalyst Master Fund, Ltd.
Bruce Brisley
BT Institutional Hedged Global Bond Fund
Building Equity Sooner for Tomorrow
Building Equity Sooner for Tomorrow
Building Equity Sooner for Tomorrow
BUNGE SA
BUNGE SA

BUNGE SA

BUNGE SA

BUNGE SA

BUNGE SA

BUNGE SA

BUNGE SA

Business Development Bank of Canada - Currency Overlay

Business Development Bank of Canada - Currency Overlay

BUTTERFIELD BANK

Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM Advantage Master Trust

BWA/H.E.S.T AUSTRALIA LTD.

C.A.O.G.A.

C.H.I. Operating - Intermediate Bond Portfolio

C.H.I. Retirement - Intermediate Bond Portfolio

C.H.I. Retirement - Intermediate Bond Portfolio

C.P.G. Società di Cartolarizzazione a r.l.

CAAM AGGREGATE MONDE C/o Crédit Agricole Asset Management

CAAM AGGREGATE MONDE C/o Crédit Agricole Asset Management

CAAM FUNDS ARBITRAGE VAR 2 GBP C/o Crédit Agricole Asset Management

CAAM FUNDS ARBITRAGE VAR 2 GBP C/o Crédit Agricole Asset Management

CAAM FUNDS LDI GILT PLUS GBP

CAAM FUNDS LDI INDEX LINKED PLUS GBP

CAAM FUNDS VOLATILITY WORLD EQUITIES

CAAM GLOBAL EMERGENTS C/o Crédit Agricole Asset Management

CAAM INTERINVEST - INTERNATIONAL DEBTS

CAAM INVEST VAR 20 USD

CAAM MONETAIRE PEA

CAAM MONETAIRE PEA

Cable & Wireless Pension Trustee Limited

CACEIS Bank Luxembourg

CAISSE FEDERALE DU CREDIT MUTUEL DE MAINE-ANJOU

Caisse Régionale de Crédit Agricole Mutuel Charente Périgord

Caisses D'Epargne Participations (formerly known as Caisse Nationale des Caisses D'Epargne et de Prevoyance)

Caixa d'Estalvis del Penedès

Caixa d'Estalvis del Penedès

Caixa Penedes Gestio, S.G.I.I.C., S.A., acting for and on behalf of Fonpenedes Garantit Interes Mes Borsa IX (now "Fonpe

Caixa Penedes Pensions E.G.F.P., S.A., acting for and on behalf of Penedes Pensio 1

CAIXANOVA

CAIXANOVA

CAJA DE AHORROS DE GALICIA

CAJA DE AHORROS DE SALAMANCA Y SORIA

CAJA DE AHORROS DE SALAMANCA Y SORIA

CAJA DE AHORROS DE SALAMANCA Y SORIA

Caja de Ahorros de Valencia, Castellon y Alicante, Bancaja
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
Caja de Ahorros y Monte de Piedad de Madrid
Caja de Ahorros y Monte de Piedad de Madrid
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y Rioja
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y Rioja
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y Rioja
Caja de Ahorros y Pensiones de Barcelona
California Public Employees' Retirement System
California Public Employees' Retirement System
California State Teachers Retirement System Fixed Income
California Winery Workers Pension Plan Trust Fund
CALYON
CALYON
CALYON
CALYON
CALYON
Cameron McKinney LLC a/c REPE LBREP III LLC
Camulos Master Fund LP
Canada Life Assurance (Ireland) Limited
Canada Life Assurance (Ireland) Limited
Cancer Research UK
CANYON BALANCED EQUITY MASTER FUND LTD
CANYON CAPITAL ARBITRAGE MASTER FUND, LTD.
CANYON CAPITAL ARBITRAGE MASTER FUND, LTD.
Canyon Country Communities, L.P.
CANYON VALUE REALIZATION FUND (CAYMAN) LTD.
CANYON VALUE REALIZATION FUND (CAYMAN) LTD.
CANYON VALUE REALIZATION FUND L.P.
CANYON VALUE REALIZATION FUND L.P.
CANYON VALUE REALIZATION MAC 18 LTD
CANYON VALUE REALIZATION MAC 18 LTD
CANYON VALUE REALIZATION MAC 18 LTD
CAP FUND LP
CAP FUND LP
CAP FUND LP
CAP FUND LP
CAP FUND LP

CAP FUND LP

Capital Automotive L.P.

Capital Guidance (Fund) Ltd.

Capital Ventures International c/o Susquehanna Advisors Group, Inc.

Capitalia Spa

Capitalia Spa

CapStar Copley LLC c/o Lehman Brothers Real Estate Partners II, L.P.

CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.

Capstone Volatility Master (Cayman) Limited

Capstone Volatility Master (Cayman) Limited

Capula Global Relative Value Master Fund Limited

Cardinal Investment Sub I, L.P.

Cardinal Investment Sub I, L.P.

Cargill International Trading Pte Ltd.

Cargill International Trading Pte Ltd.

Cargill, Incorporated

Cargill, Incorporated

Carillon Limited

Carillon Limited

Carimonte Holding SpA

Carla Hahn

Carlos A. Fierro and Jennifer L. Tonkel

Carlos R Menendez L & Carlos R Menendez N & Maria L Gomory M JTWROS to

Carlos R Menendez L & Carlos R Menendez N & Maria L Gomory M JTWROS to

Carlyle Credit Partners Master Fund

Carlyle Europe Real Estate Partners II PV, L.L.C. Series 2005-1

Carlyle Europe Real Estate Partners II PV, LLC, Series 2006-1A

Carlyle High Yield Partners IX, Ltd.

Carmen D. Jimenez-Gandara

CAROLINA FIRST BANK

CASAM ADI CB Arbitrage Fund Limited, a company incorporated under the

CASAM CAAM Equity Market Neutral Fund Limited

CASAM GLG European Equity Market Neutral Fund Limited, a company

CASAM GLG European Equity Market Neutral Fund Limited, a company

CASAM GLG European Long-Short Fund Limited, a company incorporated

CASAM GLG European Long-Short Fund Limited, a company incorporated

CASPIAN CAPITAL PARTNERS LP

CASSA DEPOSITI E PRESTITI S.p.A.

CASSA DI RISPARMIO DI ASTI

cassa di risparmio di cento

CASTLE MARKET HOLDINGS LIMITED

Castlestone Management

Caterpillar Defined Contribution Plan

Caterpillar Inc. Group Insurance Trust (VEBA)

Caterpillar Inc. Pension Master Trust

Cathay United Bank

Cathay United Bank

Caxton International Limited

CBARB, a segregated account of Geode Capital Master Fund Ltd, a Bermuda exempted mutual fund company registered

CBARB, a segregated account of Geode Capital Master Fund Ltd, a Bermuda exempted mutual fund company registered

CCP Quantitative Master Fund Limited

CCP Quantitative Master Fund Limited

CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM

CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM

CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM

CEDAR DKR Holding Fund Ltd.

Cedar Hill Capital Partners Offshore, Ltd.

Cedar Hill Capital Partners Onshore, LP

Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan

Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1

Central Pension Fund of the IUOE

CENTRAL PUGET SOUND REGIONAL TRANSIT

CENTRAL PUGET SOUND REGIONAL TRANSIT

CENTRAL STREAM SHIPPING CORPORATION

CENTRAL STREAM SHIPPING CORPORATION

CENTRAL STREAM SHIPPING CORPORATION

CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA

Cerberus International, Ltd.

Ceská Sporitelna, a.s.

Ceská Sporitelna, a.s.

Ceská Sporitelna, a.s.

Ceská Sporitelna, a.s.

Cetus Capital, LLC

Cetus Capital, LLC

CFCM LOIRE-ATLANTIQUE ET CENTRE-OUEST

CFIP Master Fund, Ltd.

Champlain CLO Ltd. c/o Invesco Senior Secured Management, Inc.

Charitable Trust of the Jesuit Fathers Main Fund

Charitable Trust of the Jesuit Fathers Rathfarnham Account

Charles Fabrikant

Charles Fabrikant

charles mc conaghy

Charles Schwab Trust Company

Charles Weingarten

Charles Weingarten

CHATHAM ASSET HIGH YIELD MASTER FUND LTD.

Chesapeake Energy Corporation

Chesapeake Partners Limited Partnership

Chesapeake Partners Master Fund, Ltd

Chi Ho WAN

CHIBA BANK, LTD. (THE)

CHIBA BANK, LTD. (THE)

CHIBA BANK, LTD. (THE)

CHIBA BANK, LTD. (THE)

Chicago Public School Teachers' Pension and Retirement Fund

Chilton New Era Partners, L.P.

China CITIC Bank Corporation Limited

China Construction Bank Corporation

China Development Bank Corporation

CHINA DEVELOPMENT INDUSTRIAL BANK

CHINA MERCHANTS BANK C O., LIMITED

China Minsheng Banking Corp.,Ltd

China Minsheng Banking Corp.,Ltd

China Minsheng Banking Corp.,Ltd

China Minsheng Banking Corp.,Ltd

CHINATRUST COMMERCIAL BANK

CHINATRUST COMMERCIAL BANK

Christoph Henkel

CHRISTOPH LADANYI

CIBA UK Pension Trust Ltd

CIBC Bank and Trust Company (Cayman) Limited,

CIBC Bank and Trust Company (Cayman) Ltd.

CIBC Bank and Trust Company (Cayman) Ltd.

CIBC Bank and Trust Company (Cayman) Ltd.

CIFG Services, Inc., as Trustee of New Generation Funding Trust 15

CIFG Services, Inc., as Trustee of New Generation Funding Trust 16

CIFG Services, Inc., as Trustee of New Generation Funding Trust 37

CIFG Services, Inc., as Trustee of New Generation Funding Trust 38

CIFG Services, Inc., as Trustee of New Generation Funding Trust 39

CIFG Services, Inc., as Trustee of New Generation Funding Trust 83

Cirene Finance S.r.l.

Cirrus Master Limited

CIT Group Inc.

CIT Group Inc.

Citibank Japan Ltd.

Citibank Korea Inc.

Citibank Korea Inc.

Citibank Korea Inc.

Citibank Korea Inc.

Citibank Korea Inc.

Citigroup 401 K Plan

Citigroup Trust - Delaware, N.A.

CITIZENS NATIONAL BANK

City of Cleveland, Ohio

City of Milwaukee

City of Phoenix Employees' Retirement Plan

City of Zurich Pension Fund (Pensionskasse Stadt Zurich)

City of Zurich Pension Fund (Pensionskasse Stadt Zurich)

City University of Hong Kong

City View Plaza, S.E.

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Master Fund, Ltd.

Clariden Leu Ltd.

Clarium L.P.

Clarium L.P.

Clerical Medical Managed Funds Limited a/c SF501

Clerical Medical Managed Funds Limited a/c SF502

Cleveland Clinic Foundation (Non-Erisa)

Cleveland Clinic Pension (Erisa)/CCHS Retirement Plan

CLIKEO

CLIKEO 3

Clinton Madison Master Fund, LTD

Clinton Magnolia Master Fund, Ltd

Clinton Multistrategy Master Fund, Ltd

Close Investments Portfolio plc - Long Dated Sterling Credit Fund

CMAP Mount Row

CMC Magnetics Corporation

CM-CIC Asset Management

CME GROUP INC

CME GROUP INC

CNH Pension Tr - Core Plus Fixed Income

CNP Assurance

Coast Diversified Fund, Ltd.

COLISEE RE (previously named AXA RE)

Colonial BancGroup, Inc.

Colorado Housing & Financing Authority (1000091888)

COLORADO HOUSING AND FINANCE AUTHORITY

Columbia Core Bond Fund

Columbia Income Fund

Columbia Intermediate Bond Fund

Columbia Total Return Bond Fund

Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part

Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part
Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part
Commerzbank AG
Commerzbank AG
Commerzbank AG
Commerzbank AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
Commingled Pension Trust Fund (Corporate High Yield) of JPMCB, N.A.
Commingled Pension Trust Fund (Emerging Markets Opportunity-Fixed Inco
Commingled Pension Trust Fund (Intermediate Bond) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Public Bond) of JPMCB, N.A
Commingled Pension Trust Fund (Long Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Long Duration Investment Grade) of JPMC
Commingled Pension Trust Fund (Long Duration Plus) of JPMCB, N.A.
Commodity Real Return Strategy Fund - (#4600)
Commonfund Credit Opportunities Company
COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE)
COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE)
Commonfund Institutional Core Plus Bond Fund, LLC
Commonwealth Bank of Australia
Commonwealth Bank of Australia
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Comp Holdings Incorporated
Compagnie Monégasque de Banque
COMPASS BANK
Compass HTV LLC
Compass HTV LLC
Compass Offshore HTV PCC Limited
Compass Offshore HTV PCC Limited
CONAGRA TRADE GROUP, INC.(MNA)
Concepcion Paulin De Malagon & Ma A L D S C Malagon P JTWROS TOD ali
Concepcion Paulin De Malagon & Ma A L D S C Malagon P JTWROS TOD ali
CONCORDIA MAC 29 LIMITED
Concordia University Pension Plan

CONFEDERACION ESPAÑOLA DE CAJAS DE AHORROS
CONFEDERACION ESPAÑOLA DE CAJAS DE AHORROS
Congregation of the Sisters of Mercy - Southern Province
Congregational Homes, Inc. d/b/a Mt. San Antonio Gardens
CONOCOPHILLIPS (UK) LTD
ConocoPhillips Company
Conseco Insurance Company
Conseco Insurance Company
Conseco Life Insurance Company
Conseco Life Insurance Company
Consolidated Edison Pension Plans Master Trust
Construction Industry Laborers Pension Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consumer Unsecured Reperforming Loans (CURL) PLC
CONTINENTAL CASUALTY COMPANY
Contrarian Funds, LLC as assignee of Austin Capital Sage Harbor Portab
Contrarian Funds, LLC as assignee of Baring Emerging Markets Debt Fund
Contrarian Funds, LLC as assignee of Baring Emerging Markets Debt Fund
Contrarian Funds, LLC as assignee of Bright Start College Savings Trus
Contrarian Funds, LLC as assignee of Findomestic Banca SPA
Contrarian Funds, LLC as assignee of Footbridge Limited Trust
Contrarian Funds, LLC as assignee of Fortrinn Volatility Fund Ltd.
Contrarian Funds, LLC as assignee of Gandhara Master Fund Ltd.
Contrarian Funds, LLC as assignee of MKM Longboat Multi-Strategy Master
Contrarian Funds, LLC as assignee of OFI Institutional Commodities Str
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Short Duration
Contrarian Funds, LLC as assignee of OHP Opportunity Limited Trust
Contrarian Funds, LLC as assignee of Oppenheimer Commodity Strategy Total
Contrarian Funds, LLC as assignee of Oppenheimer International Value F
Contrarian Funds, LLC as assignee of Oppenheimer Limited Term Governme
Contrarian Funds, LLC as assignee of Oppenheimer Quest International V
Contrarian Funds, LLC as assignee of Oppenheimer Quest Opportunity Val
Contrarian Funds, LLC as assignee of Oppenheimer U.S. Government Trust
Contrarian Funds, LLC as assignee of OppenheimerFunds, Inc.
Contrarian Funds, LLC as assignee of Platinum Grove Contingent Capital
Contrarian Funds, LLC as assignee of SG AM EC V-CA
Contrarian Funds, LLC as assignee of Targa Resources Partners LP

Contrarian Funds, LLC as assignee of Targa Resources, Inc.

Contrarian Funds, LLC as assignee of Tempo Master Fund LP

Contrarian Funds, LLC as assignee of Tiden Destiny Master Fund Limited

Convex Master Fund Ltd.

CORE LABORATORIES LP

CORE LABORATORIES LP

Corporate Bond Portfolio

Corporate Credit (Europe) S.A.

Corus Bank, N.A.

Covalent Capital Partners Master Fund, L.P.

Covalent Capital Partners Master Fund, L.P.

CPF Board

CPF Board

CPV/CAP COOP PERSONALVERSICHERUNG

CPV/CAP Pensionskasse Coop (formerly known as CPV/CAP Coop Personalversicherung)

CPV/CAP Pensionskasse Coop (formerly known as CPV/CAP Coop Personalversicherung)

CQS ABS Master Fund Limited

CQS Asia Master Fund Limited

CQS Capital Structure Arbitrage Master Fund Limited

CQS Convertible & Quantitative Strategies Master Fund Limited

CQS Convertible & Quantitative Strategies Master Fund Limited

CQS Convertible & Quantitative Strategies Master Fund Limited

CQS Directional Opportunities Master Fund Limited

CQS Directional Opportunities Master Fund Limited

CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT

CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT

Crèdit Andorrà, S.A.

Crèdit Andorrà, S.A.

CREDIT COOPERATIF

Credit du Nord

Credit Foncier de France (assignee of Compagnie de Financement Foncier)

CREDIT INDUSTRIEL ET COMMERCIAL

CREDIT INDUSTRIEL ET COMMERCIAL

Crédit Industriel et Commercial

Crédit Industriel et Commercial

Credit Mutuel Arkea, as successor to Compagnie Financiere du Credit Mutuel

CREDIT OPPORTUNITY ASSOCIATES LLC

Credit Protection Trust 207

Credit Protection Trust 233

Credit Protection Trust 265

Credit Protection Trust 265

Credit Protection Trust 283

Credit Protection Trust 48

Credit Suisse Asset Management Funds AG
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Capital LLC
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Global Income Fund
Credit Suisse Global Income Fund
Credit Suisse Global Income Fund
Credit Suisse Global Income Fund
Credit Suisse Securities (USA) LLC
Credit Suisse Securities (USA) LLC
Credit Suisse Syndicated Loan Fund
Credit Suisse Syndicated Loan Fund
CSP II USIS HOLDINGS, L.P.
CSP II USIS HOLDINGS, L.P.
CSP II USIS HOLDINGS, L.P.
CSP II USIS HOLDINGS, L.P.
CTC MASTER FUND LTD.
CUNA MUTUAL Insurance Society
CUNA MUTUAL Insurance Society
Cura Fixed Income Arbitrage Master Fund, Ltd.
Cura Fixed Income Arbitrage Master Fund, Ltd.
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l

CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (LUX) MASTER S.A.R.L.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CWABS Asset Backed Certificates Trust 2006-19,
CWABS Asset Backed Certificates Trust 2006-BC2, Asset-Backed
CWABS Asset Backed Notes Trust 2007-SD1 Asset Backed Notes,
CWABS Asset-Backed Certificates Trust 2007-12
CWABS Asset-Backed Certificates Trust 2007-6
CWABS Asset-Backed Certificates Trust 2007-BC2, Asset-Backed
CWABS Asset-Backed Notes Trust 2006-SD3, Asset-Backed Notes,
CWABS Asset-Backed Notes Trust 2006-SD4, Asset Backed Notes Series,
CWABS Asset-Backed Notes Trust 2007-SEA2, Asset-Backed Notes,
CWABS Asset-Backed Notes Trust 2007-SEA2, Asset-Backed Notes,
CWABS, Inc. Asset Backed Certificates Series 2005-AB4
CWABS, Inc. Asset Backed Certificates Series 2005-BC5
CWABS, Inc. Asset Backed Certificates Series 2006-13
CWABS, Inc. Asset Backed Certificates Series 2006-14
CWABS, Inc. Asset Backed Certificates Series 2006-16
CWABS, Inc. Asset Backed Certificates Series 2006-4
CWABS, Inc. Asset Backed Certificates Trust 2006-26
CWABS, Inc. Asset-Backed Certificates Series 2005-14
CWABS, Inc. Asset-Backed Certificates Series 2005-15
CWABS, Inc. Asset-Backed Certificates Series 2005-AB5
CWABS, Inc. Asset-Backed Certificates Series 2006-5
CWABS, Inc., Asset Backed Certificates Series 2006-3
CWABS, Inc., Asset Backed Certificates, Series 2006-22
CWALT, Inc. Alternative Loan Trust 2006-OC10

CWALT, Inc. Alternative Loan Trust 2006-OC3

CWALT, Inc. Alternative Loan Trust 2006-OC6

CWALT, Inc. Alternative Loan Trust 2006-OC7

CWALT, Inc. Alternative Loan Trust 2006-OC8

CWALT, Inc. Alternative Loan Trust 2007-0H2

CWALT, Inc. Alternative Loan Trust 2007-OH3  Mortgage Pass

CWHEQ Revolving Home Equity Loan Trust, Series 2006-I

CYBERAGENT FX, INC.

CYBERAGENT FX, INC.

Cynthia Wolfson

CYPRESS MANAGEMENT PARTNERSHIP

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD.

Daiwa Securities SMBC Co. Ltd.

Daiwa Securities SMBC Co. Ltd.

DALKIA ENERGIA Y SERVICIOS S.A

Danske Bank A/S

Danske Bank A/S

Dante Finance PLC Series 2002-1

Darby Financial Products

Darby Financial Products

Daughters of Charity Fund P

David Benayoun

David Schwartz

David Schwartz

David Winton Harding

Davidson Kempner Distressed Opportunities Fund L.P.

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

DB Global Masters (CQ Capital) Fund Ltd.

DBS BANK LTD (f/k/a The Development Bank of Singapore Ltd.)

DBS BANK LTD (f/k/a The Development Bank of Singapore Ltd.)

DCI LONG-SHORT CREDIT FUND

DCI LONG-SHORT CREDIT FUND

DCI LONG-SHORT CREDIT FUND

DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE

DCI Umbrella Fund PLC - Diversified Credit Investments Fund Three

DE LONGHI CAPITAL SERVICE SPA

DE LONGHI CAPITAL SERVICE SPA

Deborah E. Focht

Deborah E. Focht

Deborah E. Focht

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (1000193254)
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (1000193254)
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) (1000221591)
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) (1000221591)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000193256)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000193256)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)
DEEPHAVEN EVENT TRADING LTD (1000221590)
DEEPHAVEN EVENT TRADING LTD (1000221590)
DEEPHAVEN EVENT TRADING LTD. (1000193257)
DEEPHAVEN EVENT TRADING LTD. (1000193257)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD (1000221594)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD (1000221594)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. (1000193255)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. (1000193255)
DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. (1000193258)
DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. (1000193258)
DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD. (1000193267)
DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD. (1000193267)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. (1000193268)
DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. (1000193268)
DEER PARK ROAD CORPORATION
DEERFIELD CAPITAL LLC
DEERFIELD CAPITAL LLC
Deerfield Relative Value Ltd.
Deerfield Relative Value Ltd.
Deerfield Relative Value Ltd.
DEL MAR MASTER FUND LTD.
DEL MAR MASTER FUND LTD.
Delaware Balanced Fund, a series of Delaware Group Equity Funds I
Delaware Balanced Fund, a series of Delaware Group Equity Funds I
Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu
Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu
Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu
Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu

Delaware Corporate Bond Fund, a series of Delaware Group Income Funds
Delaware Corporate Bond Fund, a series of Delaware Group Income Funds
Delaware Corporate Bond Fund, a series of Delaware Group Income Funds
Delaware Corporate Bond Fund, a series of Delaware Group Income Funds
Delaware Diversified Income Fund, a series of Delaware Group Adviser F
Delaware Diversified Income Fund, a series of Delaware Group Adviser F
Delaware Diversified Income Fund, a series of Delaware Group Adviser F
Delaware Enhanced Global Dividend and Income Fund
Delaware Enhanced Global Dividend and Income Fund
Delaware Extended Duration Bond Fund, a series of Delaware Group Incom
Delaware Extended Duration Bond Fund, a series of Delaware Group Incom
Delaware Extended Duration Bond Fund,a series of Delaware Group Income
Delaware Extended Duration Bond Fund,a series of Delaware Group Income
Delaware Inflation Protected Bond Fund, a series of Delaware Group Gov
Delaware Inflation Protected Bond Fund, a series of Delaware Group Gov
Delaware Investments Dividend and Income Fund, Inc.
Delaware Investments Dividend and Income Fund, Inc.
DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.
DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.
Delaware Limited Term Diversified Income Fund, a series of Delaware Gr
Delaware Limited Term Diversified Income Fund, a series of Delaware Gr
Delaware River Port Authority
Delaware VIP Balanced Series, a series of Delaware VIP Trust
Delaware VIP Balanced Series, a series of Delaware VIP Trust
DELAWARE VIP DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE VIP TRUST
DELAWARE VIP DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE VIP TRUST
Delaware VIP Diversified Income Series, a series of Delaware Pooled Tr
Dell Global B.V. (Singapore Branch)
DELTA AIR LINES, INC.
Denis B. McCarthy
Denis B. McCarthy
Denis B. McCarthy
Denver Public Schools Retirement System
DENVER URBAN RENEWAL AUTHORITY
Depfa ACS Bank
DEPFA ACS BANK
DEPFA Bank plc
DEPFA Bank plc
DEPFA BANK PLC
DeSoto County Partners, LP
Detroit Edison Represented Empoyee Welfare Benefits Trust
Deutsche Bank (UK) Pension Scheme - Staff
Deutsche Bank (UK) Pension Scheme - Staff

Deutsche Bank AG, London Branch (DPG - #17756)

Deutsche Bank Energy Trading

Deutsche Bank Energy Trading

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE 2007-1-C LTD)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE SPC 2008-1)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2A)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2B)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 B)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 C)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 D)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 E)

Deutsche Genossenschafts-Hypothekenbank AG

Deutsche Hypothekenbank (Actien-Gesellschaft)

Deutsche Lufthansa AG

Deutsche Lufthansa AG

Deutsche Pfandbriefbank AG

Deutsche Pfandbriefbank AG

DEUTSCHE POSTBANK AG

DEUTSCHE POSTBANK AG

DEUTSCHE POSTBANK AG

DEUTSCHE POSTBANK AG

DEUTSCHE TELEKOM AG

Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money + Opportunistic

Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money 6M

Dexia Asset Management on behalf of Client

DEXIA BANK BELGIUM

DEXIA BANK BELGIUM

DEXIA BANK BELGIUM

DEXIA BANK BELGIUM

Dexia Banque International à Luxembourg

Dexia Banque International à Luxembourg

DEXIA CREDIOP S.P.A.

DEXIA CREDIT LOCAL

DEXIA CREDIT LOCAL

DEXIA CREDIT LOCAL

DEXIA CREDIT LOCAL

Dexia Kommunalbank Deutschland AG

DEXIA KOMMUNALKREDIT BANK AG

Dexia Money 3M

DHM Salt Lake City Hotel LP c/o Lehman Brothers Real Estate Partners III, L.P.

DHM Salt Lake City Hotel LP c/o Lehman Brothers Real Estate Partners III, L.P.

Diadem City CDO Limited Series 2005-1

Diadem City CDO Limited Series 2008-1

Diadem City CDO Limited Series 2008-2

Diadem City CDO Limited Series 2008-3

DIAKON LUTHERAN SOCIAL MINISTRIES

Diamond Finance PLC Series 2003-2

Diamond Finance PLC Series 2006-1E

Diamond Finance PLC Series 2006-1F

Diamond Finance PLC Series 2006-1G

Diamond Finance PLC Series 2006-1H

Diamond Finance Public Limited Company 2007-07

Diamond Finance Public Limited Company 2007-08

Diamond Finance Public Limited Company Series 2006-01I

Diamond Finance Public Limited Company Series 2006-01J

Diamond Finance Public Limited Company Series 2006-01K

Diamond Finance Public Limited Company Series 2006-01L

Diamond Finance Public Limited Company Series 2006-01M

Diamond Finance Public Limited Company Series 2006-01N

Diamond Finance Public Limited Company Series 2006-01O

Diamond Finance Public Limited Company Series 2006-01P

Diamond Finance Public Limited Company Series 2006-2

Diamond Finance Public Limited Company Series 2007-2

Diamond Finance Public Limited Company Series 2007-3A

Diamond Finance Public Limited Company Series 2007-3B

Diamond Finance Public Limited Company Series 2007-4

Diamond Finance Public Limited Company Series 2008-1

Diamond Notch Opportunities Master Fund, Ltd.

Diamondback Master Fund, Ltd.

Diamondback Master Fund, Ltd.

Diamondback Master Fund, Ltd.

DIPETRILLO, RAYMOND

Discovery Global Citizens Master Fund, Ltd.

Discovery Global Citizens Master Fund, Ltd.

Discovery Global Opportunity Master Fund

District of Columbia Retirement Board

Diversified Asian Strategies Fund

DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD

Diversified European Credit S.A.

Diversified European Credit S.A.

Diversified European Credit S.A.

Diversified Financials Europe S.A.

Diversified Inflation Strategies, LP

DKR Ibex Holding Fund Ltd.

DKR Soundshore Oasis Holding Fund Ltd.

DMR Structured Arbitrage Master Fund, Ltd.

DMR Structured Arbitrage Master Fund, Ltd.
DnB NOR Bank ASA
Dominican Sisters Regional Fund Managed Portfolio
Donald J. Litwin Revocable Trust- Donald J. Litwin, Trustee
Donald J. Litwin Revocable Trust- Donald J. Litwin, Trustee
DONALD M YOUNG
Dongbu Securities Co., Ltd.
Dongbu Securities Co., Ltd.
Double Black Diamond Offshore Ltd.
Double Black Diamond Offshore Ltd.
Douglas A. Cruikshank
DOW CORNING CORPORATION
Downtown Redevelopment Authority
Downtown Redevelopment Authority
Dr. Hans-Peter Lassak
Dr. Hartmut Giesbrecht
dr. howard sobel
Dragon Portfolio
Drake Low Duration Fund
Drake Total Return Fund
DRAKKAR 30.04.2012
DRAKKAR JUILLET 2011
DRAX POWER LIMITED
DRRT FBO Internationale Kapitalanlagegesellschaft mbH
DRRT FBO Internationale Kapitalanlagegesellschaft mbH
DRRT FBO Internationale Kapitalanlagegesellschaft mbH
DRRT FBO Internationale Kapitalanlagegesellschaft mbH
DRRT FBO Internationale Kapitalanlagegesellschaft mbH
Dryden High Yield Fund, Inc.
DS Smith Pension Trustees Limited as Trustee of
DTE Energy Company Fixed Income
DTE Energy Employee Benefit
Duke Energy Corporation Master Retirement Trust
DUKE ENERGY OHIO, INC.
DUKE ENERGY OHIO, INC.
Dumfries and Galloway Council Pension Scheme
DUSSELDORFER HYPOTHEKENBANK AG
Dwight Absolute Return Fund LLC
Dwight Intermediate Core Plus Master Fund LLC
Dwight Intermediate Core Plus Master Fund LLC
DWS Global Bond Fund, Inc.
DWS Global Bond Fund, Inc.
DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD.

DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD.
DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD.
Dynegy Power Marketing, Inc.
Dynegy Power Marketing, Inc.
DZ BANK AG Deutsche Zentral-Genossenschaftsbank
DZ BANK AG Deutsche Zentral-Genossenschaftsbank
DZ BANK AG Deutsche Zentral-Genossenschaftsbank
DZ BANK AG Deutsche Zentral-Genossenschaftsbank
DZ BANK AG Deutsche Zentral-Genossenschaftsbank
DZ BANK AG Deutsche Zentral-Genossenschaftsbank
E*TRADE Bank
E.ON AG
E.ON UK PLC
EAC Partners Master Fund Ltd.
EAC Partners Master Fund Ltd.
EAC Partners Master Fund Ltd.
EaglePicher Master Trust –
EagleRock Institutional Partners, LP
EagleRock Institutional Partners, LP
EagleRock Master Fund, LP
East Bay Municipal Utility District
Eastern Connecticut Health Network
Easton Investments II, a California L.P.
Eaton Vance CDO IX, Ltd.
EATON VANCE CDO IX, LTD.
EATON VANCE CORP.
Eaton Vance Corp.
Eaton Vance Credit Opportunities Fund
EATON VANCE CREDIT OPPORTUNITIES FUND
EATON VANCE FLOATING-RATE INCOME TRUST
Eaton Vance Floating-Rate Income Trust
Eaton Vance Limited Duration Income Fund
EATON VANCE LIMITED DURATION INCOME FUND
Eaton Vance Senior Floating-Rate Trust
EATON VANCE SENIOR FLOATING-RATE TRUST
Eaton Vance Senior Income Trust
EATON VANCE SENIOR INCOME TRUST
Eaton Vance Short Duration Diversified Income Fund
EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND
EBN Banco de Negocios S.A.
EBS Building Society - Management Pension Fund
EBS Building Society - Senior Management Pension Fund
EBS Building Society - Staff Pension Fund

E-Capital Profits Limited
E-Capital Profits Limited
E-CAPITAL PROFITS LIMITED
ECO Master Fund Limited
ECO Master Fund Limited
ED AGOSTINI LIVING TRUST DTD5/12/2000
Edison Mission Marketing & Trading, Inc.
EDWARD & SYLVIA AGOSTINI JTWROS
EF Securities LLC
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG Eurobank Ergasias SA
EFG EUROBANK ERGASIAS SA
EFG EUROBANK ERGASIAS SA
EFG EUROBANK ERGASIAS SA
EFG EUROBANK ERGASIAS SA
EFG EUROBANK ERGASIAS SA
EFG Hellas PLC
EFG Hellas PLC
EH INC
Eidesis Capital Master Fund, Ltd.
Eidesis Synthetic Market Opportunities, Ltd.
Eidesis Synthetic Opportunities Fund II, Ltd.
Eidesis Synthetic Opportunities Fund, Ltd
Einar Feet
Electrabel NV/SA
Electrabel NV/SA
ELECTRIC RELIABILITY COUNCIL OF TEXAS INC
Elektrizitas-Gesellschaft Laufenburg AG (EGL)
Elektrizitas-Gesellschaft Laufenburg AG (EGL)
Element Capital Master Fund Limited
Eleni Ioannides
Elie Aoun
Ellington Credit Fund, Ltd.
Ellington Emerging Markets Fund, Ltd.
Ellington Mortgage Fund S/C, Ltd.
Ellington Mortgage Partners, L.P.
Ellington Overseas Partners, Ltd.

Ellington Special Opportunties Ltd.

ELLIOTT ASSOCIATES LP

ELLIOTT ASSOCIATES LP

ELLIOTT ASSOCIATES LP

ELLIOTT ASSOCIATES LP

ELLIOTT ASSOCIATES LP

ELLIOTT INTERNATIONAL, L.P.

ELLIOTT INTERNATIONAL, L.P.

ELLIOTT INTERNATIONAL, L.P.

ELLIOTT INTERNATIONAL, L.P.

ELLIOTT INTERNATIONAL, L.P.

EM Opportunities Bond Fund, Inc.

Embarcadero Aircraft Securitization Trust

Embarcadero Aircraft Securitization Trust

Embarcadero Aircraft Securitization Trust

Embarq Master Retirement Trust

EMC (Benelux) B.V.

EMC Corporation

EMC Corporation

Emerging Markets Local Income Portfolio

EMERGING MARKETS LOCAL INCOME PORTFOLIO

EMF-NL 2008-1 B.V.

EMF-NL 2008-2 B.V.

EMF-NL PRIME 2008-A B.V.

EMF-UK 2008-1 PLC

EMF-UK 2008-1 PLC

EMI Group Pension Trustees Ltd

EMI Pension Trust (Ireland) Limited

EMIGRANT BANK

Emilio Javier Saldana caro & Enna Arevalo Gutierrez & Eric O S Arevalo

Emilio Javier Saldana Caro & Enna Arevalo Gutierrez & Hernan J Saldana

Emirates National Oil Company (Singapore) Private Limited

EMPIRICURVE FUND LIMITED

Employees' Retirement System of the State of Hawaii

EMRO FINANCE IRELAND LIMITED

EMRO FINANCE IRELAND LIMITED

Enbridge Gas Services Inc.

ENBW TRADING GMBH

ENCANA CORPORATION

ENCANA OIL & GAS PARTNERSHIP

Eneco Energy Trade BV

Eneco Energy Trade BV

Enel S. p.A.

Enel S. p.A.

Energy Income and Growth Fund

Energy Income and Growth Fund

EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing, LLC

Eni S.p.A. (formerly known as Società Finanziaria Eni S.p.A.)

ENI UK Limited

Enlightenment Partners

ENNISMORE FD MGMT LTDA/C ENNISMORE SMALLER CO PLC

Ensign Peak Advisors, Inc.

Enterprise Products Operating LLC

Epsilon Global Master Fund II, LP

Epsilon Global Master Fund, LP

EQT Energy, LLC f/k/a Equitable Energy, LLC (Attn: General Counsel)

Equator Investment Funds ICVC - Global Investment Grade Bond Fund

Equity Trustees Limited ATF PIMCO Global Bond Fund

Equity Trustees Limited ATF PIMCO Global Real Return Fund

Eric Sheppard

Eric Sheppard

Erik Rosenlund

ERNST, HILDE

Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)

Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)

Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)

Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)

Erste Group Bank AG(f/k/a Erste Bank der oesterreichischen Sparkassen)

Eskaton Properties, Incorporated

Eskaton Properties, Incorporated

Esperance Family Foundation

Esperance Family Foundation

Esprit International Limited

Esprit International Limited

Esprit International Limited

Esprit International Limited

Essent Energy Trading B.V.

Essent Trading International S.A.

Essent Trading International S.A.

ESSENTIA HEALTH, ASSIGNEE OF BENEDICTINE HEALTH SYSTEM

ESSEX FOUNTAIN PARK APARTMENTS, L.P.

ESSEX FOUNTAIN PARK APARTMENTS, L.P.

ESSEX FOUNTAIN PARK APARTMENTS, L.P.

ESSEX INGLENOOK COURT, LLC

ESSEX WANDERING CREEK, LLC

ESSEX WOODLANDS HEALTH VENTURES FUND V LP

ESSEX WOODLANDS HEALTH VENTURES FUND V LP
ESSEX WOODLANDS HEALTH VENTURES FUND V LP
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
ESTEE LAUDER INC RETIREMENT PLAN
Eton Park Fund, L.P.
Eton Park Fund, L.P.
Eton Park Fund, L.P.
Eton Park Master Fund, Ltd.
Eton Park Master Fund, Ltd.
Eton Park Master Fund, Ltd.
EUGENE INVESTMENT & SECURITIES CO.,LTD
Eulalia Boada De Nieto & Carlos Nieto Boada JTWROS
Eurizon Capital S.A. for NIS International  Bonds
Eurizon Capital S.A. for SIFF-Doppia Opportunità-Dic 2011
Eurizon Easy Fund Valore Equilibrio c/o Eurizon Capital SGR Spa
Eurizon Star Fund Euro Bond c/o Eurizon Capital SGR Spa
Euro Bond Fund - (#1691)
Euro Real Return Fund - (#4694)
Euro StocksPLUS TR Fund - (#3924)
EUROHYPO
EUROHYPO
EUROHYPO
EUROHYPO
EUROHYPO
EUROHYPO Europäische Hypothekenbank S.A.
Euromobiliare International Fund - TR Flex 5
Euromobiliare International Fund - TR Flex 5
EUROPEAN AERONAUTIC DEFENCE AND SPACE COMPANY
EUROPEAN AERONAUTIC DEFENCE AND SPACE COMPANY
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.

European Credit (Luxembourg) S.A.

European Credit Fund SICAV

European Credit Management Limited

Eurosail 2006-1 PLC

Eurosail 2006-2BL PLC

Eurosail 2006-3NC PLC

Eurosail 2006-4NP PLC

Eurosail Prime-UK 2007-A PLC

Eurosail Prime-UK 2007-A PLC

Eurosail-NL 2007-1 B.V.

Eurosail-NL 2007-2 B.V.

Eurosail-UK 2007-1NC PLC

Eurosail-UK 2007-1NC PLC

EUROSAIL-UK 2007-2NP PLC

Eurosail-UK 2007-3BL PLC

Eurosail-UK 2007-3BL PLC

Eurosail-UK 2007-4BL PLC

Eurosail-UK 2007-5NP PLC

Eurosail-UK 2007-6NC PLC

Eurosail-UK 2007-6NC PLC

EuroStocksPLUSTM Total Return Fund - (#3680)

Everest Capital Asia Fund, L.P.

Everest Capital Emerging Markets Fund, L.P.

Evergreen Core Bond Fund

Evergreen Core Bond Trust Full Discretion

Evergreen Core Plus Bond Fund

Evergreen Core Plus Bond Fund

Evergreen Core Plus Bond Fund

Evergreen Global Dividend Opportunity Fund

Evergreen Global Dividend Opportunity Fund

Evergreen High Income Fund

Evergreen Income Advantage Fund

Evergreen Institutional Mortgage Portfolio

Evergreen Intermediate Bond Trust Full Discretion

Evergreen Long Duration Trust

Evergreen Multi-Sector Income Fund

Evergreen Select High Yield Bond Trust

Evergreen Short Intermediate Bond Fund

Evergreen Solar, Inc.

Evergreen Utilities and High Income Fund

Evergreen VA Core Bond Fund

Evergreen VA High Income Fund

Excalibur Funding No. 1 PLC

Exelon Generation Company, LLC
Exum Ridge CBO 2006-1 Ltd
Exum Ridge CBO 2006-1 Ltd
Exum Ridge CBO 2006-2, LTD.
Exum Ridge CBO 2006-2, LTD.
Exum Ridge CBO 2006-4, LTD.
Exum Ridge CBO 2006-4, LTD.
Exum Ridge CBO 2006-5, LTD.
Exum Ridge CBO 2006-5, LTD.
Exum Ridge CBO 2007-1, LTD.
Exum Ridge CBO 2007-1, LTD.
Exum Ridge CBO 2007-2, LTD.
Exum Ridge CBO 2007-2, LTD.
EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG)
F.F. THOMPSON FOUNDATION, INC., THE
F.I.I.L. Insurance - Intermediate Bond Portfolio
FAIRFAX FINANCIAL HOLDINGS LIMITED
FAIRFAX FINANCIAL HOLDINGS LIMITED
FAIRFIELD NORTH TEXAS ASSOCIATES, L.P.
FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
Far Eastern International Bank
Fareplay Energy Limited Pension Scheme
Fata Assicurazioni Danni S.p.A.(the legal successor to Fata S.p.A.)
FATAI INVESTMENT LIMITED
FBE Limited LLC
Federal Finance Gestion, acting as management company on behalf of the French Fonds commun de placement Garanti
FEDERAL HOME LOAN BANK OF DALLAS
Federal Home Loan Bank of Des Moines
Federal Home Loan Bank of Des Moines
FEDERAL HOME LOAN BANK OF NEW YORK
Federal Home Loan Bank of Pittsburgh
Federal Home Loan Bank of Seattle
FEDERAL HOME LOAN MORTGAGE CORPORATION
FEDERAL NATIONAL MORTGAGE ASSOCIATION
Federated Stock and Bond Fund, Inc.
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando Yarza CIA SC
Fernando Yarza CIA SC
Ferrero S.p.A. f/k/a P. FERRERO & C. S.p.A.

Ferrero S.p.A. f/k/a P. FERRERO & C. S.p.A.

FERRERO TRADING LUX Societe Anonyme

FERRERO TRADING LUX Societe Anonyme

FFI Fund LTD.

FFI Fund LTD.

FFTW Multi-Strategy Alpha Fund

FH EMERGING MARKETS DEBT FUND L.P.

Fidelity Advisor Series II: Fidelity Advisor Intermediate Bond Fund

Fidelity Advisor Series II: Fidelity Advisor Intermediate Bond Fund

FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GRADE CENTRAL FUND

FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GRADE CENTRAL FUND

Fiduciary Committee of the Amgen Retirement and Savings Plan

FIELD STREET MASTER FUND LTD

FIFTH THIRD BANK

FIFTH THIRD MORTGAGE COMPANY-Legal Administration

FIFTH THIRD MORTGAGE COMPANY-Legal Administration

FILTREO CLIC

FILTREO CLIC

FINAF SPA

Finansbank A.S.

FinecoBank S.p.A. (formerly Known as Fin-Eco SIM S.p.A.)

Finmeccanica S.p.A.

Finmeccanica S.p.A.

FIP - FONDO IMMOBILI PUBBLICI

Fir Tree Capital Opportunity Master Fund, L.P.

Fir Tree Value Master Fund, L.P.

Fire and Police Members' Benefit Fund

Fireman's Annuity and Benefit Fund of Chicago

First Bank of Puerto Rico

First Bank of Puerto Rico

FIRST BANKING CENTER

FIRST BANKING CENTER

First Franklin Mortgage Loan Trust 2006-FF8

First Franklin Mortgage Loan Trust 2006-FF8

FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8

FIRST MIDWEST BANK

FIRSTCO LLC

FIRSTENERGY SOLUTIONS CORP.

FIRSTENERGY SOLUTIONS CORP.

FirstRand Bank Limited

FISHERMANS LANDING ASSOCIATES INC

Five Stars S.A.

Fixed Income SHares: Series R (#2090)

Flaherty & Crumrine/Claymore Preferred Securities Income Fund Inc.

Flaherty & Crumrine/Claymore Total Return Fund Inc.

FLOATING RATE PORTFOLIO

Floating Rate Portfolio

FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO

FONDAZIONE MONTE DEI PASCHI DI SIENA

FONDS COMMUN DE PLACEMENT EPARCOURT

FONDS COMMUN DE PLACEMENT FUZEOR

FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS

Ford Master Trust Long Duration

Fore Multi Strategy Master Fund, Ltd.

Forest City Capital Corporation

Forest City Capital Corporation

Forest City Capital Corporation

FOREST CREEK APARTMENTS, LLC

FOREST CREEK APARTMENTS, LLC

Forest Hills Trading Ltd.

Forest Hills Trading Ltd.

FORT DEARBORN LIFE INSURANCE COMPANY c/o Colleen N. Wertz

FORT DEARBORN LIFE INSURANCE COMPANY c/o Colleen N. Wertz

Fort Washington Active Fixed Income

Fortner Marital Trust

Fortner Marital Trust

FPCM Inflation-Linked Opportunities Fund Limited

FRANCISCAN AT ST. LEONARD

Franciscan Order of Ireland

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

Francisco J Suarez Ma Ines Suarez Maceiras JTWROS

FRANDZEL ROBINS BLOOM & CSATO, L. C.

Frank M. Paris

FRANKLIN AMERICAN MORTGAGE COMPANY

Franklin Low Duration Total Return Fund

Franklin Total Return Fund

Franz Ehrenhauser

FREDERICK FERRIS THOMPSON HOSPITAL, THE

FREIGHT INVESTOR SERVICES PTE LTD

Fresno County ERA

FRIENDSHIP VILLAGE OF WEST COUNTY INC

FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP

FRONTPOINT STRATEGIC CREDIT FUND LP

FSC Asia Investment Limited(formerly known as First Taisec (Asia)Ltd.)

FSP Invest F.M.B.A.

Fullerton Drive CDO Limited

Fullerton Drive CDO Limited

Fullerton Drive CDO Limited

Fullerton Drive CDO Limited

FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK

FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK

FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK

FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK

Fundamental European Value S.A.

Fundo de Pensoes

FYI LTD.

FYI LTD.

GA Fund L Bond Active World TP (Sicav)

Gabriel Capital, L.P.

GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)

GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)

GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)

Gallaher (Dublin) Limited Pension Scheme

Gallaher Common Investment Fund

Galuchie Partners

GAM European Equity Hedge Inc.

GAM European Small Cap Hedge Investments Inc.

Gannett Retirement Plan Master Trust

Garland Business

GARRETT NENNER

GASTON CHRISTIAN SCHOOL, Inc.

Gazprombank Mortgage Funding 2 S.A.

GELDARD, CHRISTINE L.

GEMSTONE CDO VI LTD

General Pension Fund of the International Union of Operating Engineers

Generali Investments France

Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Global Ma

Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Hybrid Cre

Generali Personenversicherungen AG

Generali Vie

Genertel S.p.A.

Genesee County Employees' Retirement System

Genevieve Phansalkar

Genfina SCRL (formerly known as Genfina SA)

Genfina SCRL (formerly known as Genfina SA)

GenRe Partners, L.P.

Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation

Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation

Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation

Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation

Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation

Georg Schönberger

GEORGE B. KAISER

George Jay Lichtblau

George Lindemann Family LP Series II

George Lindemann Family LP Series II

Gerardo Maria Perez Salazar & Margarita Rojas Palacios JTRWOS

Gerardo Maria Perez Salazar & Margarita Rojas Palacios JTRWOS

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Bricc, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Bricc, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Private Equity Index, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Private Equity Index, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Excellence Garantizado, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Ibex Positivo, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Ibex Positivo, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Selección Financiera, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Madrid Rentabilidad Dual Ibex, FI

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

GFA I LLC

Giants Stadium LLC

Gila River Power, L.P.

Gila River Power, L.P.

GlaxoSmithKline Finance Plc

Glencore Energy UK Ltd.

GLG Market Neutral Fund

Glitnir banki hf

Glitnir banki hf

Glitnir banki hf

Glitnir banki hf

Glitnir banki hf

Global Bond Ex-US Fund - (#3684)

Global Bond Fund - (#699)

GLOBAL CREDIT HEDGE FUND

Global Investment Grade Credit Fund - (#3683)

Global Investment Grade Credit Fund - (#3683)

Global Macro Portfolio

GLOBAL MACRO PORTFOLIO

Global Real Return Fund - (#3693)

GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP

GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP

Global Short-Term Portfolio - (#3762)

Global Thematic Opportunities Fund LP

GM Structured Credit Opportunity Pool - Acct. No. 6fdk (GMAM GP Trust I)

GMAM Group Pension Trust I

GMAM Group Pension Trust II

GMB Pension Trustee Company Limited as trustee of the GMB 1961 Pension

GMO Emerging Country Debt, L.P.

GMO Emerging Country Debt, L.P.

GMO Emerging Country Debt, L.P.

GMO Emerging Country Local Debt Investment Fund

Golden Moon Capital Corporation

Golden State Tobacco Securitization Corporation

Golden State Tobacco Securitization Corporation

Goldman Sachs Quantitative Commodities Master Fund, LLC

Goldsberg Corp.

Good Steward Trading Company SPC

Good Steward Trading Company SPC

Good Steward Trading Company SPC

GOODELL LOVING TRUST

GOODELL LOVING TRUST

GOODELL LOVING TRUST

Goodmorning Shihan Securities Co., Ltd

Goodwin House Incorporated

Gordel Holdings Limited

Gordon A  MacInnes

Gov & Co Bank of Ireland assignee/Bank of Ireland Exempt Unit Trust

Gov&Co Bank of Ireland assignee/Bank of Ireland Finance Limited Pension Fund

Gov&Co Bank of Ireland assignee/Bank of Ireland Staff Pensions Fund

Gov&Co Bank of Ireland assignee/BoI Asset Mgmt Mutual Invesment Fund

Gov&Co Bank of Ireland assignee/Close Global Funds Limited

Gov&Co Bank of Ireland assignee/Eircom Superannuation Fund

Gov&Co of Bank of Ireland assignee/New Ireland Assurance Company plc

Government Employees Superannuation Board

Govindar Rasu S/O Vadi Veloo
GPC 79, LLC
GPC LXIV LLC
GPS Income Fund (Cayman) Ltd
GPS New Equity Fund (Cayman) Ltd
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
Granite Finance Limited
GRD 3
GRD 5 C/o Crédit Agricole Asset Management
GRD 5 C/o Crédit Agricole Asset Management
Great Eastern Life Assurance Company Limited
Great Eastern Life Assurance Company Limited
Green T G2 Fund Limited
GREENBRIER YUGEN KAISHA
GREENBRIER YUGEN KAISHA
GREENBRIER YUGEN KAISHA
Greenspring Village, Inc.
Greywolf Capital Overseas Fund
Greywolf Structured Products Master Fund, Ltd.
Groupama Vie
GROUPE INDUSTRIEL MARCEL DASSAULT
GROWTH
GROWTH
Gruss Arbitrage Master Fund (Enhanced), Ltd.
Gruss Arbitrage Master Fund, Ltd.
Gruss Global Investors Master Fund (Enhanced), Ltd.
Gruss Global Investors Master Fund, Ltd.
GSC Capital Corp. Mortgage Trust 2006-1
GSEF Al Nawras (Cayman) Limited
GSEF Al Nawras (Cayman) Limited

GSEF Al Nawras (Cayman) Limited
GSEF Al Nawras (Cayman) Limited
GSW Grundbesitz GmbH & Co. KG
GSW Grundbesitz GmbH & Co. KG
Guadelete Investments Sarl
Guam Economic Development Authority, f/k/a the Guam Economic Development and Commerce Authority
GUEVOURA FUND LIMITED
GUGGENHEIM PORTFOLIO COMPANY VII LLC
GUGGENHEIM PORTFOLIO COMPANY VII LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
Guillermo Cabranes & Flora Carbanes Mendez JTWROS
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle Azcarateo
Gulf Stream - Compass CLO 2002-1, Ltd.
Gulf Stream - Compass CLO 2003-1, Ltd.
Gulf Stream - Compass CLO 2004-1, Ltd.
Gulf Stream - Compass CLO 2005-1, Ltd.
Gulf Stream - Compass CLO 2005-II, Ltd.
Gulf Stream - Sextant CLO 2006-1, Ltd.
Gulf Stream - Sextant CLO 2007-1, Ltd.
Gypsum Operative Pension Fund
Gypsum Staff Pension Fund
H. Hugo Vieregge V Aida M, Villa A Sofia-Katia, Vierrege Villa
H. Hugo Vieregge V Aida M, Villa A Sofia-Katia, Vierrege Villa
H.-W. Meister
H/2 Credit Partners Master Fund Ltd.
H/2 Special Opportunities Ltd.
H/2 Targeted Strategies I Master Fund L.P.
H/2 Targeted Strategies I Master Fund L.P.
Hakone Fund II LLC
Halbis U.S. Credit Alpha Master Fund, Ltd.
HALEWOOD COMPANY LIMITED
Halliburton Company
Halliburton Company Wrapped

Hamada Shokai Co., Ltd.
HAMILTON ANAHEIM ASSOCIATES, L.P.
Hana Bank as trustee and My Asset Investment Management Co. Ltd. as I.M. for MY Dual Star Derivatives Fund D-1
Hana Bank as trustee and My Asset Investment Management Co. Ltd. as I.M. for MY Dual Star Derivatives Fund D-1
Hang Seng Bank Limited
Hank's Living Trust
HARBINGER CAPITAL PARTNERS MASTER FUND I LTD
HARBINGER CAPITAL PARTNERS MASTER FUND I LTD
HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP
HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP
Harbor Capital Advisors, Inc.
Harbour Capital Advisors Inc. for OIMRA
Harbourview CDO III
Harmonic Alpha Plus Global Currency Fund
Harmonic Currency Master Fund
Harmonic Diversfied Master Fund
Harpen Immobilien GmbH & Co. KG (f/k/a H2001/Phin GmbH and Co. KG)
Harrington Partners, L.P.
Harry C. Moore Trust dated May 19, 1986
HARTFIELD FUND LIMITED
HARTFIELD FUND LIMITED
Hartford Accident and Indemnity Company
Hartford Life and Annuity Insurance Company
Hartford Life and Annuity Insurance Company
Hartford Life and Annuity Insurance Company
Hartford Life Insurance Company
Hartford Life Insurance Company
Hartford Life Insurance Company
Hartford Series Fund, Inc., on behalf of Hartford High Yield HLS Fund
Havens Partners, LP
HB Institutional Limited Partnership
HBK Investments, L.P., as Collateral Manager on behalf of Gemstone CDO VI Ltd.
HBK Investments, L.P., as Collateral Manager on behalf of Gemstone CDO VI Ltd.
HBK Investments, L.P., as Collateral Manager on behalf of Gemstone CDO VI Ltd.
HD AMERICAN TRUST
HEART OF LA DEFENSE SAS
Hebron Academy
Hektor AS
Helge Solbakken
Henderson Global Equity Multi-Strategy Master Fund Limited
Henderson Global Fixed Income Absolute Return Fund Limited
Henderson Horizon Fund - Absolute Return Fixed Income Fund
Henderson North America Equity Multi-Strategy Master Fund Limited

Henderson Strategic Investment Funds in respect of Henderson Credit Alpha Fund
HENRY SCHEIN, INC.
HENRY SCHEIN, INC.
Herbert & Penny Wender
HERITAGE COMMUNITY OF KALAMAZOO
HERITAGE COMMUNITY OF KALAMAZOO
HERSHMAN HOLDINGS LLC
Hess Corporation
Hess Corporation
Hess Energy Trading Company, LLC
Hewlett-Packard Company
Hewlett-Packard Ltd Retirement Benefits Plan
HFF I, LLC
HFF V, LLC
HIGH RIVER LIMITED PARTNERSHIP
Highbridge Asia Opportunities Master Fund, L.P.
Highbridge Asia Opportunities Master Fund, L.P.
Highbridge Asia Opportunities Master Fund, L.P.
Highbridge Asia Opportunities Master Fund, L.P.
HIGHLAND CRUSADER OFFSHORE PARTNERS, L.P.
Hillside Apex Fund Limited
Hillside Apex Fund Limited
HJSI Devonshire, LLC
HJSI Devonshire, LLC
HOKKAIDO INTERNATIONAL AIRLINES CO.,LTD.
HOLLAND HOME
HOLLAND HOME
Hong Kong Housing Society
Hong Leong Bank Berhad
Hong Leong Bank Berhad
Horizon II International Limited with respect to Series 114
Horizon II International Limited with respect to Series 130
Horizon II International Limited with respect to Series 134
Horizon II International Limited with respect to Series 135
Horizon II International Limited with respect to Series 136
Horizon II International Limited with respect to Series 145
Horizon II International Limited with respect to Series 148
Horizon II International Limited with respect to Series 158
Horizon II International Limited with respect to Series 162
Horizon II International Limited with respect to Series 178
Horizon II International Limited with respect to Series 181
Horizon II International Limited with respect to Series 183
Horizon II International Limited with respect to Series 193

Horizon II International Limited with respect to Series 207
Horizon II International Limited with respect to Series 208
Horizon II International Limited with respect to Series 211
Horizon II International Limited with respect to Series 220
Horizon II International Limited with respect to Series 221
Horizon II International Limited with respect to Series 222-A
Horizon II International Limited with respect to Series 222-B
Horizon II International Limited with respect to Series 223
Horizon II International Limited with respect to Series 225
Horizon II International Limited with respect to Series 226
Horizon II International Limited with respect to Series 227
Horizon II International Limited with respect to Series 228
Horizon II International Limited with respect to Series 229
Horizon II International Limited with respect to Series 230
Horizon II International Limited with respect to Series 230
Horizon II International Limited with respect to Series 230
Horst-Dieter Reelitz
HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND
HOTEL FOUQUET'S BARRIERE PARIS
Hotspot FXr, LLC
Hotspot FXr, LLC
HOUSTON COUNTY HEALTH CARE AUTHORITY
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust A (Opportunistic) as sub-trust of Marshall Wace TOPS
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust B (Fundamental) as sub-trust of Marshall Wace TOPS
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust C (Opportunistic) as sub-trust of Marshall Wace TOPS
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust D (Fundamental) as sub-trust of Marshall Wace TOPS
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust F (Opportunistic-Eureka (Euro) Fund) as sub-trust of M
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust H (Balanced) as sub-trust of Marshall Wace TOPS Tru
HSBC Bank USA, National Association as Trustee for Egypt Trust I, Series 2000-A
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates 2006-
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage trust Mortgage Pass-Through Certificates Series
HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Raturns Series 2000-
HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Returns Series 2002-
HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-12
HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-14
HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1
HSBC Financial Products (France) SNC
HSBC Institutional Trust Services (Singapore) Limited
HSBC Institutional Trust Services (Singapore) Limited
HSBC Institutional Trust Services (Singapore) Limited
HSBC Institutional Trust Services (Singapore) Limited
HSBC International Trustee Ltd. A/C 006-600779-001

HSBC Private Bank (Suisse) SA
HSH Nordbank AG
HSH Nordbank AG
HSH Nordbank AG
HSH Nordbank AG
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto Pro Galindo and Family
Humberto Pro Galindo and Family
Hyperion Brookfield Collateralized Securities Fund, Inc.
IBERDROLA GENERACION, SAU
Iberdrola Renewables Energies USA, Ltd as Assignee of I.R.I.
Iberdrola Renewables Energies USA, Ltd.
Iberdrola Renewables, Inc. f/k/a PPM Energy, Inc.
IBM Core Fixed Income Account
IBM Global Strategy Fund
IBTS Financial (HK) Limited
ICAHN PARTNERS LP
ICAHN PARTNERS MASTER FUND II LP
ICAHN PARTNERS MASTER FUND III LP
ICAHN PARTNERS MASTER FUND LP
ICCREA Banca S.p.A.
ICCREA Banca S.p.A.
ICICI BANK LIMITED
ICL Common Investment Fund
ICM BUSINESS TRUST
ICM BUSINESS TRUST
Iconix Brand Group, Inc.
ICP Pendulum Fund I, L.P.
ICP Pendulum Fund I, L.P.
ICP Structured Credit Income Master Fund Ltd
ICP Structured Credit Income Master Fund Ltd
ICP Structured Credit Income Master Fund Ltd
Idaho Power Company
Ignacio F Moreno Betanzo & Maria L Mendez Cisneros JTWROS
III CREDIT BIAS HUB FUND LTD
III ENHANCED CREDIT BIAS HUB FUND LTD.
III FINANCE LTD
III GLOBAL LTD.
III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD

III RELATIVE VALUE/MACRO HUB FUND LTD.

III SELECT CREDIT HUB FUND LTD

Ikano Funds - European High Yield

Ikano Funds - European High Yield

IKB Deutsche Industriebank AG

IKB International S.A.

IKOS EUROPE LIMITED

Ila B Bovee

Illinois Municipal Retirement Fund Core Full Portfolio

Iluso Capital Corp.

Iluso Capital Corp.

IMPAC CMB Trust Series 2003-11

IMPAC CMB Trust Series 2003-8

IMPAC CMB Trust Series 2004-10

IMPAC CMB Trust Series 2004-4

IMPAC CMB Trust Series 2004-4

IMPAC CMB Trust Series 2004-5

IMPAC CMB Trust Series 2004-8

IMPAC CMB Trust Series 2004-8

IMPAC CMB TRUST SERIES 2005-04

IMPAC CMB TRUST SERIES 2005-05

IMPAC CMB TRUST SERIES 2005-08

IMPAC SECURED ASSETS TRUST 2006-3

IMPAC Secured Assets Trust 2007-3

INA Assitalia S.p.A. (the legal successor to Assitalia S.p.A.)

Independent Newspapers Management Services Contributory Pension Plan

Indiana State Council of Carpenters Pension Fund

Indiana State Council of Carpenters Pension Fund

Indiana State Teachers' Retirement Fund

Indiana University

INDOCAM FLAMME

INDOCAM FLAMME

INDOSUEZ GLOBAL VAR C/o Crédit Agricole Asset Management

Industrial Bank Co., Ltd.

INDYMAC Home Equity Loan Trust 2004-2

IndyMac INDX Mortgage Loan Trust 2006-AR14

IndyMAC INDX Mortgage Loan Trust 2006-AR8

ING AM Interfinance Services B.V.

ING Bank A.S.

ING BANK N.V.

ING BANK N.V.

ING BANK N.V.

ING Belgium S.A./N.V.

ING Belgium S.A./N.V.
ING Belgium S.A./N.V.
ING Belgium S.A./N.V.
ING Capital Markets LLC
ING Fixed Income Absolute Return Master, Ltd.
ING Investment Management CLO I, Ltd.
ING Investment Management CLO II, Ltd.
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company

ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING Life Insurance and Annuity Company
ING USA Annuity and Life Insurance Company
ING USA Annuity and Life Insurance Company
ING USA Annuity and Life Insurance Company
ING USA Annuity and Life Insurance Company
ING USA Annuity and Life Insurance Company
ING USA Annuity and Life Insurance Company
ING USA Annuity and Life Insurance Company
Insight LDI Solutions Plus plc a/c AF310
Insight LDI Solutions Plus plc a/c AF315
Insight LDI Solutions Plus plc a/c AF320
Insight LDI Solutions Plus plc a/c AF325
Insight LDI Solutions Plus plc a/c AF330
Insight LDI Solutions Plus plc a/c AF335
Insight LDI Solutions Plus plc a/c AF340
Insight LDI Solutions Plus plc a/c AF345
Insight LDI Solutions Plus plc a/c AF350
Insight LDI Solutions Plus plc a/c AF355
Insight LDI Solutions Plus plc a/c IHYBF
Institutional Benchmarks (Master Feeder) Limited, a Bermuda
Institutional Benchmarks Series (Master Feeder) Limited,
Institutional Benchmarks Series (Master Feeder) Limited,
Institutional Benchmarks Series (Master Feeder) Limited,
Integrated Core Strategies (Europe) S.a.r.l.
Integrys Energy Services, Inc.
Intel Corporation
Intel Corporation

Intel Corporation

Intel Corporation

Inter-American Development Bank

Interbanca S.p.A.

INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC

International Brotherhood of Electrical Workers Pension Benefit Fund

International Business Machines Corporation

International Equity Index Fund III Accredited, L.L.L.P.

International Finance Corporation

INTERNATIONAL INCOME PORTFOLIO

International Income Portfolio

International Painters and Allied Trades Industry Pension Fund

International Painters and Allied Trades Industry Pension Fund

Interpolis Pensioenen Global High Yield Pool

Interpolis Pensioenen Global High Yield Pool

Intesa Sanpaolo S.p.A.

Intesa Sanpaolo S.p.A.

Intesa Sanpaolo S.p.A.

Intesa Sanpaolo S.p.A.

Intesa Sanpaolo S.p.A.

Intesa Sanpaolo S.p.A.

Intralot S.A.

Invercaixa Gestion SGIIJC A/C Foncaixa Garantia Europa IV FI

Invercaixa Gestion SGIIJC SAU A/C Foncaixa Garantia Napoleon FI

Investcorp Fixed Income Relative Value Fund Ltd.

Investcorp Fixed Income Relative Value Fund Ltd.

INVESTCORP INTERLACHEN MULTI-STRATEGY  MASTER FUND LTD

INVESTCORP INTERLACHEN MULTI-STRATEGY  MASTER FUND LTD

Investcorp Silverback Arbitrage Master Fund Limited

Investec Bank Limited

Investec Capital Accumulator Trust Limited

Investec Funds Series IV Capital Accumulator Fund

Investec Funds Series IV Capital Accumulator Fund

Investment Grade Europe S.A.

IONIC CAPITAL MASTER FUND LTD

Iowa PERS

IPAC

IPAC

IPAC

Irene M Grahn

Irish Biscuits Limited Pension & Death Benefit Plan

Israel Discount Bank of New York

Italease Finance S.p.A.

Italease Finance S.p.A.

Italease Finance S.p.A.

ITOCHU CORPORATION

IVY FIXED INCOME ALPHA TRANSPO RT FUND LTD

JA SOLAR HOLDINGS CO LTD

Jackie Frommer

Jackson Bond L.P.

Jackson National Life Insurance Company

Jackson National Life Insurance Company

JACOBSON, DAVID L.

James H Lunt Trustee

james Harpel

James J. Thomas

James J. Thomas

James P. Reed and Lori L. Reed

JANA Master Fund, Ltd.

jane m bescherer

Janus Capital Management LLC

Janus Capital Management LLC

Janus Capital Management LLC

Janus Capital Management LLC

Janus Capital Management LLC

Janus Capital Management LLC

Janus Capital Management LLC

Japan Housing Finance Agency

Japan Trustee Services Bank, Ltd

JASON J. WALLACE

Jasper Finance Limited with respect to Series 2005-1

Jasper Finance Limited with respect to Series 2005-1

Javier Arevalo & Claudia Martin Del Campo A & Jorge Arevalo P JTWROS

Javier Arevalo & Claudia Martin Del Campo A & Jorge Arevalo P JTWROS

JAY S., ELKINS

JC Bamford Lifeplan

JCAM Global Fund (Master) LP

Jeanes Hospital

JENNERS POND

Jerome M. Shaw TTEE Jerome M. Shaw Rev Trust Dtd. 10/17/05

Jeromin Camara Bojorquez & Esteban Camara Bojorquez JTWRO

Jesus Goiricelaya Asla TOD Erika Garay Lopez

Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS

Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS

Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS

Jesus Sabre Marroquin Juan De Onate #1195

Jesus Sabre Marroquin Juan De Onate #1195
JET I, LP
Jewish Board of Family and Children's Services, Inc.
JEWISH SENIORS AGENCY OF RHODE ISLAND
JEWISH SENIORS AGENCY OF RHODE ISLAND
JEWISH SENIORS AGENCY OF RHODE ISLAND
JEWISH SENIORS AGENCY OF RHODE ISLAND
JFJ INVESTMENTS INC.
Jih Sun International Bank
JMG CAPITAL PARTNERS LP
JMG CAPITAL PARTNERS LP
JMG Triton Offshore Fund Limited
JMG Triton Offshore Fund Limited
JO BETH AND WILLIAM NICOLL
Joakim Persson
Joaquin De J Castillo B Ma Cristina Espinosa P JTOD
John Deere Pension Trust c/o Hodgson Russ LLP
John Deere Pension Trust c/o Hodgson Russ LLP
John Deere Pension Trust c/o Hodgson Russ LLP
John Hancock Bond Fund
John Hancock Funds II Global Bond Fund
John Hancock Funds II Real Return Bond Fund
John Hancock High Yield Fund
John Hancock Life Insurance Company
John Hancock Trust Global Bond Trust
John Mooney
John T Miller
John-Kristian Sandberg
JOHNSON, BRIAN AND JONI
JOHNSON, BRIAN AND JONI
Joho Fund, Ltd.
Joho Partners, L.P.
Jonathan H. Rothstein
Jonathan Leycester Twigg
Jorge Alberto Melendez Ruiz TOD Elizabeth Rice
Jose Fajardo Pena Todi
Jose Fajardo Pena Todi
Jose Fajardo Pena Todi
Jose Fajardo Pena Todi
Jose H Cevallos & Gabriella Murguia De C & Susana G & Luis H Cevallos
Jose H Cevallos & Gabriella Murguia De C & Susana G & Luis H Cevallos
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS

Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS

Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS

Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS

Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS

Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS

Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS

Jose Luis Romero Baldazo TOD Maria A Calzada Gonzalez

Josefina Franco Martin & Marcela Padilla Franco JTWROS

Joseph E Loranger

JPMC UK Retirement Fund

JPMorgan Absolute Return Credit Master Fund Ltd.

JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II

JPMorgan Distressed Debt Master Fund, Ltd.

JPMorgan Diversified Fund, a series of JPMorgan Trust I

JPMorgan Fixed Income Opportunity Institutional Fund, Ltd.

JPMorgan Fixed Income Opportunity Master Fund, L.P.

JPMorgan Insurance Trust Core Bond Portfolio, a series of JPMIT

JPMorgan Real Return Fund, a series of JPMorgan Trust I

JPMorgan Short Term Bond Fund II, a series of J.P. Morgan Mutual Fund

JPMorgan Total Return Fund, a series of JPMorgan Trust I

Juan J Garza D La Garza & Juan J Garza San M JTWROS

Juan J Garza D La Garza & Juan J Garza San M JTWROS

Juan J Garza D La Garza & Juan J Garza San M JTWROS

Juan J Huerta Ramirez & Irene Chavez Moctezuma & Cecilia Huerta Chavez

Juan J Huerta Ramirez & Irene Chavez Moctezuma & Cecilia Huerta Chavez

Juice Energy, Inc.

Juliane Pfau

JULIUS BAER BDB GLOBAL BOND

Julius Baer Multibond SICAV - Local Emerging Bond Fund

Jupiter Quartz Finance PLC Series 2004-2 Class A

Jupiter Quartz Finance PLC Series 2004-2 Class A

Jupiter Quartz Finance PLC Series 2004-2 Class B

Jupiter Quartz Finance PLC Series 2004-2 Class B

Jupiter Quartz Finance Public Limited Company 2004-1B

Jupiter Quartz Finance Public Limited Company 2004-1B

Jupiter Quartz Finance Public Limited Company Series 2004-01A

Jupiter Quartz Finance Public Limited Company Series 2004-01A

Jyske Bank A/S

K&H Bank Zrt.

K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD

Kagome Co., Ltd Finance Department

Kagome Co., Ltd Finance Department

KALLISTA CREDIT ARBITRAGE MASTER FUND Ltd

KALLISTA CREDIT OPPORTUNITIES FUND LIMITED
KALLISTA MASTER FUND LIMITED
Kamunting Street Master Fund, Ltd
Kamunting Street Master Fund, Ltd
Kamunting Street Master Fund, Ltd
Kansas Public Employees Retirement System
Kantatsu Co., Ltd.
Kathi Cypres
Katsumi Yoshida
KAUPTHING HF
KAWASAKI HEAVY INDUSTRIES, LTD.
KAWASAKI HEAVY INDUSTRIES, LTD.
KAWASAKI HEAVY INDUSTRIES, LTD.
KB Investment AS
KBC Bank NV
KBC Bank NV
KBC Diversified Fund, a segregated portfolio of KBC AIM Master Fund spc
KBL European Private Bankers S.A.
KDF HERMOSA, L.P.
Kellogg Capital Group LLC
Kellogg Company Master Retirement Trust Core Bond
KELUSA MASTER FUND, LTD.
KENDAL ON HUDSON
Kendall Family Investments, LLC
Kenneth C Hoffman
Kern County Employees' Retirement Association
Kevin F. Flynn June, 1992 Non-Exempt Trust
Kevin Knee
KeyBank National Association
Kilroy Realty, L.P.
King Street Capital Master Fund, Ltd.
King Street Europe Master Fund, Ltd.
King Street Europe Master Fund, Ltd.
King Street Europe, L.P.
King Street Europe, L.P.
KINGDOM OF BELGIUM (THE)
Kingfisher Capital CLO Limited
Kings River Limited  Global 5
Kjell Mathiassen
kk
Kleinwort Benson Private Bank Limited
Kleinwort Benson Private Bank Limited
Kleinwort Benson Private Bank Limited

Kleinwort Benson Private Bank Limited

Kleinwort Benson Private Bank Limited

Kline Galland

Kline Galland

KN Asset Management Co.

KNOWLE LIMITED

Koch Supply & Trading Sarl

Koch Supply & Trading, LP

KOMMUNALKREDIT INTERNATIONAL BANK LTD

Kookmin Bank as trustee and Samsung Investment Trust  Management Co. Ltd. as I.M. for Samsung 2 Star 2 Y Derivative

Kookmin Bank as trustee and Samsung Investment Trust  Management Co. Ltd. as I.M. for Samsung 2 Star 2 Y Derivative

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equ

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equ

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equ

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equ

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Link

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Link

Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Link

Kookmin Bank as Trustee for the account of "Samsung SPAS Private Bond Fund 3"

Kore Fixed Income Fund Ltd

KOREA EXCHANGE BANK

KOREA TELECOM

KOREAN AIRLINES CO.,LTD.

KOREAN AIRLINES CO.,LTD.

Kraft Foods Finance Europe AG

KRAUS PARTNER INVESTMENT SOLUTIONS AG

KRAUS PARTNER INVESTMENT SOLUTIONS AG

KROGER CO MASTER RETIREMENT TRUST

KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC

KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC

KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC

Kwok Lin

Kylin Fund LP

Kylin Offshore Master Fund Ltd.

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

KYOBO SECURITIES CO. LTD

La Loma Senior Living Services, Inc.

LACERA Domestic Fixed Income Core Plus/Sector Rotation Portfolio
LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP
LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP
Land Transport Authority
LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche Landesbank GZ)
LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche Landesbank GZ)
LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche Landesbank GZ)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Hessen-Thüringen Girozentrale
Landesbank Hessen-Thüringen Girozentrale
Landesbank Saar (formerly known as Landesbank Saar Girozentrale)
Lansdowne European Equity Fund Limited
Lansdowne Global Financials Fund Limited
Lansdowne Global Financials Fund LP
Lansdowne UK Equity Fund Limited
Lansdowne UK Equity Fund LP
LAPLACE FUND EQUITIES LIMITED
LAPLACE FUND EQUITIES LIMITED
LAPLACE FUND EQUITIES LIMITED
LAS VEGAS MONORAIL COMPANY
LAS VEGAS MONORAIL COMPANY
Latigo Master Fund, Ltd.
Latvijas Banka
Laurion Capital Master Fund Ltd
Lawson Software, Inc.
Lawson Software, Inc.
LB Peru Trust II, Series 1998-A
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBCCO-1 L.L.C.
LBMB Capital Partners V Cayman AIV I LP
LBMB Fund (B) Cayman AIV I L.P.
LBMB Fund (B) Cayman AIV I L.P.
LBMB Fund Cayman AIV I L.P.
LBMB Partners Cayman AIV I LP
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS EUROPE MONDE as successor to LBPAM PROFIL 100 represented by LA BANQUE POSTALE ASSET MANA

LBPAM ACTIONS EUROPE MONDE as successor to LBPAM PROFIL 100 represented by LA BANQUE POSTALE ASSET MANA

LBPAM ACTIONS EUROPE MONDE as successor to LBPAM PROFIL 100 represented by LA BANQUE POSTALE ASSET MANA

LBPAM ACTIONS PACIFIQUE represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM ACTIONS PACIFIQUE represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM ALTERNA 10 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM ALTERNA 10 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 80 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM PROFIL 80 represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBREM II REIT Holdings LLC

lbsf

LCG Select Offshore, Ltd.

LCG Select Offshore, Ltd.

LCG Select Offshore, Ltd.

LCG Select, LLC

LCG Select, LLC

LCG Select, LLC

LCL ACTIONS EURO (ex-SICAV 5000)

LCL ACTIONS EURO (ex-SICAV 5000)

LCL ACTIONS FRANCE

LCL ACTIONS FRANCE

LCL OBLIGATIONS MONDE

LCL OBLIGATIONS MONDE

LCL OBLIGATIONS MONDE

LCL OBLIGATIONS MONDE

Lee H Strohmeyer

Legg Mason Partners Strategic Income Fund

Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)

Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)

Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)

Lehman Brothers (Luxembourg) SA (in liquidation)

Lehman Brothers Alpha Transport Fund, SPC

Lehman Brothers Alpha Transport Fund, SPC

Lehman Brothers CDO Opportunity Partners 2004-4, L.L.C.

Lehman Brothers Diversified Private Equity Fund 2004 Partners

Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)

Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)

Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)

Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers European Mezzanine 2004 SICAV
Lehman Brothers European Mezzanine Capital Partners-A, L.P.
Lehman Brothers European Mezzanine Capital Partners-A, L.P.
Lehman Brothers European Mezzanine Fund 2003-A, L.P.
Lehman Brothers European Mezzanine Fund 2003-B, L.P.
Lehman Brothers European Mezzanine Leveraged Partners 2003-A, L.P.
Lehman Brothers European Mezzanine Leveraged Partners 2003-B, L.P.
Lehman Brothers European Mezzanine Partners 2003-A, L.P.
Lehman Brothers European Mezzanine Partners 2003-B, L.P.
Lehman Brothers European Mezzanine Partners 2003-C, L.P.
Lehman Brothers European Mezzanine Partners 2003-D, L.P.
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
Lehman Brothers Holdings
Lehman Brothers Inc.
Lehman Brothers Merchant Banking Partners IV (Europe) LP
Lehman Brothers Merchant Banking Partners IV (Europe) LP
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Real Estate Mezzanine Partners II, L.P.
Lehman Brothers Real Estate Mezzanine Partners II, L.P.
Lehman Brothers Real Estate Mezzanine Partners, L.P.
Lehman Brothers Real Estate Partners II, L.P.
Lehman Brothers Real Estate Partners III, L.P.
Lehman Brothers Real Estate Partners, L.P.
LEHMAN MORTGAGE TRUST, SERIES 2006-1
LEHMAN MORTGAGE TRUST, SERIES 2006-4
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-13
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Montparnasse SAS
Lehwood Nice SAS

Leif Endre Grutle

Leoforos B.V.

Leoforos B.V.

leopoldo1936

LESSING, STEPHEN M.

LESSING, STEPHEN M.

Level Global Overseas Master Fund, Ltd.

Level Global Overseas Master Fund, Ltd.

Leveraged Loans Europe plc

Leveraged Loans Europe plc

Leveraged Loans Europe plc

Lexington Insurance Company

LGT Multi Manager Bond High Yield (USD)

LGT Multi Manager Bond High Yield (USD)

LIBERTY SQUARE APTS

Libra CDO Limited, by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee

LIBRA FUND, L.P.

LIBRA OFFSHORE LTD.

LIFE INVESTORS INSURANCE COMPANY OF AMERICA

Lifetime Group Retirement & Death Benefit Plan

Lily Pond Currency Master Fund Ltd

Lily Pond Currency Plus Master Fund Ltd

Lily Pond Master Fund Ltd

Lily Pond Master Fund Ltd

LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST

LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST

Lincoln National Life Insurance Company Separate Account 12-Govern

Lincoln National Life Insurance Company Separate Account 12-Govern

Lincoln National Reinsurance Company (Barbados) Limited

Lincoln National Reinsurance Company (Barbados) Limited

LINCORE LIMITED

LING N YOUNG

LINLAKE VENTURES

LINLAKE VENTURES

LINN ENERGY LLC

Lion City CDO Limited - Series 2006-3

Lion City CDO Limited Series 2006-01

Lion City CDO Limited Series 2006-2

Lispenard Street Credit (Master), Ltd.

liv simonsen

Lloyds Register

Lloyds TSB  Bank plc

Lloyds TSB  Bank plc

Lloyds TSB  Bank plc
Lloyds TSB  Bank plc
LMA SPC for and on behalf of the Map 35 Segregated Portfolio
LMA SPC for and on behalf of the Map 42 Segregated Portfolio
LMA SPC for and on behalf of the Map 42 Segregated Portfolio
LMA SPC for and on behalf of the Map V Segregated Portfolio
LMP Capital and Income Fund Inc (Fixed Portion of Balanced Fund with C
Loeb Arbitrage B Fund LP
Loeb Arbitrage Fund
Loeb Offshore B Fund Ltd.
Loeb Offshore Fund, Ltd.
LOHR, ANDREAS
London Diversified Fund Limited
LONG ISLAND POWER AUTHORITY
LONGCHAMP FINANCE CORP.
Longue Vue Partners
Loomis Sayles Multi-Strategy Master Alpha, LTD
Loomis Sayles Multi-Strategy Master Alpha, LTD
Loomis Sayles Multi-Strategy Master Alpha, LTD
Louis Dreyfus Energy Services L.P.
LOUISE RITCHIE BEALE
Louisiana Sheriff's Pension & Relief Fund
Louisiana Sheriff's Pension & Relief Fund
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
Lovely Queen Co., Ltd.
LP MA1 LTD
LSN/TLS OBLIGATED GROUP
Lufthansa Technik Airmotive Ireland Retirement & Death Benefit Plan
LUMINANT ENERGY COMPANY LLC
Luminus Energy Partners Master Fund Ltd.
Luminus Energy Partners Master Fund Ltd.
LUONG, HIEN
Lutheran Hillside Village, Inc.
Lutheran Hillside Village, Inc.
Lutheran Hillside Village, Inc.
Lutheran Hillside Village, Inc.
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services

Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY
Luxor Capital Partners Offshore, Ltd.
Luxor Capital Partners Offshore, Ltd.
Luxor Capital Partners, LP
Luxor Capital Partners, LP
Luz Del Carmen Diez Garelli & Cesar Rodriguez Gilabert TOD ALL LIVING
LVIP Delaware Bond Fund, a series of Lincoln Variable Insurance Produc
LVIP Delaware Bond Fund, a series of Lincoln Variable Insurance Produc
LVIP Delaware Managed Fund, a series of Lincoln Variable Insurance Pro
LVIP Delaware Managed Fund, a series of Lincoln Variable Insurance Pro
Lydian Overseas Partners Masterfund Ltd.
Lyonnaise de Banque
Lyonnaise de Banque
Lyxor Asset Management SA, as sub-mgr of Lyxor/Acuity Fund Ltd
Lyxor Asset Management SA, on behalf of Investissement 510
Lyxor Asset Management SA, sub-mgr of Lyxor/Harmonic Currency Fund Ltd
Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Capital Arbitrage Fund Ltd
Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Value Realization Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr for Lyxor/Centaurus Event Driven Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/GLG Pan European Equity Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Observatory Credit Mkts Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Sabre Style Arbitrage Fund Ltd
Lyxor Asset Mgmt, sub-mgr of Lyxor/Julius Baer Global Rates Hedge Fund
M Del Carmen Hernandez & Enrique Guzman H JTWROS TOD Mitzi & Anaid G
M. Kenneth Witover
M. Steven Sembler and Sandra C. Sembler, tenants by entirety
M. Steven Sembler and Sandra C. Sembler, tenants by entirety
M.H. Davidson & Co.
Ma De Lourdes Viades Blanco JTWROS TOD Jose M Gilabert Tenreyro
Macquarie Bank Limited
Macquarie Bank Limited
Macquarie Bank Limited
Macquarie Bank Limited
Macy's, Inc. Fixed Income
Madison Avenue Structured Finance CDO I
MAERSK A/S
Magnus Herredsvela
Mai Hanlon
Main Street Natural Gas, Inc.
MAJESTIC FUND LIMITED

Malayan Banking Berhad

Manol Kacinoglu

MARANTHA BAPTIST BIBLE COLLEGE

Marathon Global Equity Master Fund, Ltd.

Marathon Master Fund, Ltd.

Marathon Master Fund, Ltd.

Marathon Special Opportunity Master Fund, Ltd.

Marble Arch Residential Securitisation No. 4 PLC

Marble Bar Asset Management LLP

Marble Bar Asset Management LLP

Marble Finance Limited

Marcus Foundation, Inc.

MARCY LTD

Maria D L Gomory M & Carlos R Menendez L JTWROS TOD

Maria De J Aguirre M & Zoila Munoz C JTWROS Tod Ziola Ma R Aguirre M

Maria Del Carmen Fernandez LL Francisco Boiles Martinez TOD All Living

Maria Del Carmen Fernandez LL Francisco Boiles Martinez TOD All Living

Maria Torres Landa U & Francisco Boiles F JTWROS TOD Juan F & Juan S B

Mariana Menendez Preciat & Fernando Marrufo Gutierrez JTWROS TOD

Marie J. Papillon

Marie-Christine Jost

MARINER ATLANTIC US BONDS, LTD.

MARINER LDC

MARINER OPPORTUNITIES FUND, LP

MARINER PARTNERS US BONDS, L.P.

Mariner-Tricadia Credit Strategies Master Fund, Ltd.

mark bernstein

Mark Mason

MARQUETTE FINANCIAL COMPANIES

Marriott International, Inc.

Mars Associates Retirement Plan

Marsh & McLennan Companies, Inc. U.S. Retirement Plan - High Yield

Marsh & McLennan Companies, Inc. U.S. Retirement Plan - High Yield

Marsh & McLennan Companies, Inc. U.S. Retirement Plan - Long Duration Fixed Income

Marsh & McLennan Companies, Inc. U.S. Retirement Plan - Long Duration Fixed Income

Marshall Wace Core Fund Limited

mary ann oboyle

Mary N. Moore

Maryland State Retirement Board

Massachusetts Bay Transportation Authority

Massachusetts Bay Transportation Authority

Massachusetts Bay Transportation Authority

Massachusetts Bay Transportation Authority

Massachusetts Bay Transportation Authority
Massachusetts Bay Transportation Authority
Massachusetts Bay Transportation Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts State College Building Authority
Massachusetts Turnpike Authority
Massachusetts Turnpike Authority
Massachusetts Water Resources Authority
Massachusetts Water Resources Authority
Massachusetts Water Resources Authority
MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation
Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation
Matthew Fiorilli and Judy Fiorilli
MATTHEW Q, GIFFUNI
Maxis Corporation
Maxis Corporation
MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE
MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE
MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE
MBIA Inc.
MBIA Inc.
MCDONNELL LOAN OPPORTUNITY LTD
MCGEE III, HUGH E
MCGEE III, HUGH E
MEAG Munich ERGO Asset Management GmbH for and on behalf of Muenchener Rueckversicherungs-Gesellschaft Aktie
MEB Options, LLC.

MEB Options, LLC.
MEB Options, LLC.
MEB Options, LLC.
MedAmerica Health Systems Employee Retirement Plan
MedAmerica Health Systems Employee Retirement Plan
MedCentral Health System
Medical Center of the Rockies
Mediobanca - Banca di Credito Finanziario S.p.A.
Mediolanum International Life Limited
MEGA INTERNATIONAL COMMERCIAL BANK CO,LTD
MEGA INTERNATIONAL COMMERCIAL BANK CO,LTD
Melissa B. Mickey
MERCANTIL COMMERCEBANK, N.A.
Merced Partners II, L.P.
Merced Partners, L.P.
Mercer Global Investments Europe LTD
MERCHANTS' GATE CAPITAL LP
MERCHANTS' GATE ONSHORE FUNDLP
Mercuria Energy Trading Pte Limited
Mercuria Energy Trading SA
MERIDIAN BANK, N.A.
MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD
Merrill Lynch
Merrill Lynch Bank & Trust Co.
Merrill Lynch Capital Services Inc.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities (Europe) Limited
Merrill Lynch Commodities, Inc.
MERRILL LYNCH CREDIT PRODUCTS, LLC
MERRILL LYNCH CREDIT PRODUCTS, LLC
Merrill Lynch International
Merrill Lynch International
Merrill Lynch International
Merrill Lynch International Bank Limited
Merrill Lynch International Bank Limited
Merrill Lynch International Bank Limited
Mesivta Yeshiva Rabbi Chaim Berlin
Metal Box Pension Trustees Limited
Metavante Corporation
Metropolitan Capital Advisors International, Ltd.
Metropolitan Capital Advisors, L.P.
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company

Metropolitan Life Insurance Company

Metropolitan Life Insurance Company

Metropolitan Life Insurance Company

Metropolitan Life Insurance Company on behalf of its Separate Account No. 389

Metropolitan Life Insurance Company SA 78

Meyer Family Trust LLC

MF Global UK Limited

MFA Financial, Inc., f/k/a MFA Mortgage Investments Inc.

MGM International Assurance Ltd

Michael and Jamie Delaney JTWROS

Michael Bruns

Michael Lardiere

Michael S. Goldberg 1992 Grantor Trust

michigan tobacco settlement finance authority

MICROSOFT CORPORATION

MICROSOFT GLOBAL FINANCE

MidAmerican Energy Company

MidAmerican Energy Company

MidFirst Bank

MidFirst Bank

Midland National Life Insurance Company

Midland National Life Insurance Company

Midway Market Neutral International Fund, Ltd.

Midwest Generation, LLC

Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A Casil

Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A Casil

Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...

Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...

Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...

Miguel A Ozores Irastorza & Pablo Ozores Irastorza JTWROS

Miguel A Ozores Irastorza & Pablo Ozores Irastorza JTWROS

Miguel R. Bein and Olga María Rebori De Bein

Miguel R. Bein and Olga María Rebori De Bein

Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue

Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue

Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue

Millennium International, Ltd.

Millennium Partners, L.P.

Millennium Partners, L.P.

Millennium Partners, L.P.

Millennium Partners, L.P.

Minch Norton Employee Benefits Plan

MINNESOTA LIFE INSURANCE COMPANY

Minnesota State Board of Investment

MIP Fixed Income Account

MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM

Missouri Local Government Employees Retirement System

Missouri Local Government Employees Retirement System

Mitsubishi Corporation

MITSUBISHI UFJ SECURITIES CO.,LTD.

MITSUBISHI UFJ SECURITIES CO.,LTD.

MITSUBISHI UFJ TRUST AND BANKING CORP.

MITSUBISHI UFJ TRUST AND BANKING CORPORATION

Mitsui & Co. Energy Risk Management Ltd.

MITSUI SUMITOMO INSURANCE CO.,LTD.

MIZUHO BANK, LTD.

Mizuho Capital Markets Corporation

Mizuho Corporate Bank, Ltd.

Mizuho International plc

MIZUHO SECURITIES CO.LTD

MIZUHO SECURITIES CO.LTD

MLC Investment Limited

MLC Investments Limited

MLC Investments Limited

MLC Investments Limited

MM Asset Management Limited: MM Institutional Funds PLC – MM UK Bond F

MMC UK Pension Fund Limited as trustees of the MMC UK Pension Fund

MMC UK Pension Plan - Global Small Cap Equity

MNC Partners, L.P.

MNOPF Trustees Limited - Merchant Navy Officers Pension Fund

MOLINA, GUILLERMO

MOLINA, GUILLERMO

MONTAUK ENERGY CAPITAL, LLC

Montes de Piedad y Caja de Ahorros de Ronda, Cádiz, Almería, Málaga y Antequera

Montes de Piedad y Caja de Ahorros de Ronda, Cádiz, Almería, Málaga y Antequera

Montreal Trust Company of Canada, as Trustee for Flatrock Trust

MONUMENTAL LIFE INSURANCE COMPANY

Morgan Stanley Alpha Advantage European Bond Fund II

Morgan Stanley Alpha Advantage European Fixed Income Fund

Mortgage Funding 2008-1 PLC

MOTOR INSURERS' BUREAU OF HONG KONG

MOUNT POLLEY MINING CORPORATION

MP INVESTMENT BANK (A/C GEN)

mr. and Mrs. Beusen

MSIM Inc., Seed Capital Hedging Account

Mt. Wilson CLO II LTD

MTR CORPORATION LIMITED

MTR Corporation Limited Provident Fund Scheme

MTR Corporation Limited Retirement Scheme

Multi Asset Platform Master Fund SPC

Multicare Health System

Multicare Health System

Multi-Strategy Alpha Port (MAPS) TM Fund, Ltd.

Multi-Strategy Alpha Port (MAPS) TM Fund, Ltd.

Münchener Hypothekenbank eG

MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, SERIES 2008-1 TRUST

MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, SERIES 2008-1 TRUST

MUNICIPALITY FINANCE PLC

Munir Dauhajre

myrna schwack

myrna schwack

NAKAGAWA BUSSAN CO.,LTD.

Nathan S Ward

Nathan S Ward

National Bank of Canada

NATIONAL CINEMEDIA, LLC

National City Bank

National City Bank

National Grid plc

National Grid USA Final Average Pay Pension Plan

National Irish Bank Pension Scheme

National Power Corporation

National Rural Utilities Cooperative Finance Corporation

National Rural Utilities Cooperative Finance Corporation

Nationale Nederlanden Interfinance B.V.

NATIONWIDE LIFE INSURANCE COMPANY (INC)

NATIONWIDE LIFE INSURANCE COMPANY (INC)

NATIONWIDE LIFE INSURANCE COMPANY (INC)

NATIONWIDE LIFE INSURANCE COMPANY (INC)

Nationwide Life Insurance Company of America Producers Pension Plan

NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC)

NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC)

NATIONWIDE MUTUAL INSURANCE COMPANY

Nationwide Retirement Plan

Nationwide Retirement Plan

NEBRASKA INVESTMENT FINANCE AUTHORITY

Nektar Asset Management AB for the Nektar Fund

Neste Oil OYJ

Nestle in the USA Pension Trust

Nestle in the USA Pension Trust

Nestle in the USA Pension Trust

NetApp, Inc.

NetApp, Inc.

New Ireland Superannuation Fund

New Jersey Housing and Mortgage Finance Agency

New Jersey Housing and Mortgage Finance Agency

New Jersey Housing and Mortgage Finance Agency

New Jersey Housing and Mortgage Finance Agency

New Jersey Housing and Mortgage Finance Agency

New Jersey Housing and Mortgage Finance Agency

New Mexico Educational Retirement Board Pension Plan

New South Federal Savings Bank, F.S.B.

New South Federal Savings Bank, F.S.B.

New York City Industrial Development Agency

New York City Industrial Development Agency

NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY

News America Incorporated

Newton Re Limited

NEXEN ENERGY MARKETING LONDON LIMITED

NEXEN MARKETING

NEXEN MARKETING SINGAPORE PTE LTD.

Nexgen Capital Limited

Nexgen Capital Limited

Nexgen Capital Limited

Nexstar Developing Opportunities Master Fund, Ltd.

Niagra Mohawk Pension Plan

NIBC BANK N.V.

Nick Wiszowaty

Nilsborg Invest AS

NiSource Finance Corporation

Nomura Global Financial Products Inc.

Nomura International plc

Nomura International plc

Nomura International plc

Nomura Securities Co. Ltd.

Nomura Securities Co. Ltd.

Nomura Securities Co. Ltd.

NORD/LB COVERED FINANCE BANK S.A.

NORDDEUTSCHE LANDESBANK GIROZENTRALE

NORDEA BANK AB (publ)

NORDEA BANK AB (publ)

NORDEA BANK FINLAND Plc

NORDEA BANK FINLAND Plc
NORDIC INVESTMENT BANK
NORDIC INVESTMENT BANK
NORDIC INVESTMENT BANK
North American Company for Life and Health Insurance
North American Company for Life and Health Insurance
NORTHCREST INC
Northern Racing PLC
NORTHERN ROCK PLC
NORTHERN ROCK PLC
Northern Trust Global Advisors-AFEBT
NORTHSIDE GUARANTY, LLC
NORTHSIDE GUARANTY, LLC
NorthStar Real Estate Securities Opportunity Fund L.P.
NorthStar Real Estate Securities Opportunity Fund L.P.
NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (THE)
NORTHWOODS-CATHEDRAL CITY, L.P.
NORTHWOODS-CATHEDRAL CITY, L.P.
Norton Gold Fields Limited
NRC Partners, L.P.
NRG POWER MARKETING LLC
NRW.BANK
NSK Pension Scheme
NTCC Western FI fd AFEBT
NUI Galway Pension Scheme
NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED ACCOUNTS PORTFOLIO
NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED ACCOUNTS PORTFOLIO
NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND
NUVEEN HIGH YIELD BOND FUND
NUVEEN HIGH YIELD MUNICIPAL BOND FUND
NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT PORTFOLIO
NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT PORTFOLIO
NUVEEN MULTI-STRATEGY INCOME FUND
NUVEEN SHORT DURATION BOND FUND
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S

O.M.I. Provincial Account

Oak Crest Village, Inc.

Oak Hill Credit Alpha Fund (Offshore), Ltd.

Oak Hill Credit Alpha Fund, L.P.

Oak Hill Credit Alpha Fund, L.P.

Oak Hill Credit Opportunities Master Fund, Ltd.

Oak Hill Securities Fund II, LP.

Oak Hill Securities Fund, LP.

Oak Hill Strategic Partners, L.P.

Oak Hill Strategic Partners, L.P.

Oaktree Value Opportunities Fund, L.P.

OBERBANK AG represented by Burns & Levinson LLP

OC/SD Mezz 1 LLC

OCM Opportunities Fund VI, L.P.

OCM Opportunities Fund VII Delaware, L.P.

OCM Opportunities Fund VII, L.P.

OCM Opportunities Fund VIIb Delaware, L.P.

OCM Opportunities Fund VIIb Delaware, L.P.

OCM Opportunities Fund VIIb Delaware, L.P.

O'Connor Capital Structure Opportunity Master Limited

O'Connor Global Convertible Arbitrage II Master Limited

O'Connor Global Convertible Arbitrage Master Limited

O'Connor Global Fundamental Market Neutral Long/Short Master Limited

O'Connor Global Multi-Strategy Alpha Master Limited

O'DELL, SCOTT & JENNIFER

Oesterreiche Volksbanken-Aktiengesellschaft

Oesterreiche Volksbanken-Aktiengesellschaft

Oesterreiche Volksbanken-Aktiengesellschaft

Oesterreiche Volksbanken-Aktiengesellschaft

OFID - OPEC Fund for International Development

OGI Associates LLC

OHA Coast Hedging, Ltd.

OHA Hedged Credit, Ltd.

Ohio Operating Engineers Pension Fund

Ohio Presbyterian Retirement Services

OHIO PRESBYTERIAN RETIREMENT SERVICES

OHIO PRESBYTERIAN RETIREMENT SERVICES

Oil Investment Corporation Ltd.

Oklahoma City Employee Retirement System

Old Lane Financial Products, L.P.

OLD LANE LPA/C OLD LANE FINANCIAL PRD LP

Old Mutual (US) Holdings Inc.

Olifant Fund, LTD.

Olifant Fund, LTD.

Olympus ALC Co-Borrower No.1, L.P.

Olympus ALC Co-Borrower No.1, L.P.

Onderlinge Waarborgmaatschappij Centrale Zorgverzekeraars groep, Zorgverzekeraar U.A. ("CZ")

ONEOK Energy Services Company, L.P.

Onyx Finance Limited

Onyx Finance Limited

Onyx Funding Limited - Series 2005-1

Onyx Funding Limited - Series 2006-1

Onyx Funding Limited - Series 2008-1

Oppenheimer Master International Value Fund, LLC

Optimum Fixed Income Fund, a series of Optimum Fund Trust

Optimum Fixed Income Fund, a series of Optimum Fund Trust

Optimum Fixed Income Fund, a series of Optimum Fund Trust

Optimum Fixed Income Fund, a series of Optimum Fund Trust

Orange County Employees Retirement System

ORANJE-NASSAU ENERGIE B.V.

Ore Hill Credit Hub Fund Ltd. f/k/a Ore Hill Concentrated Credit Hub Fund Ltd.

Ore Hill Credit Hub Fund Ltd. f/k/a Ore Hill Concentrated Credit Hub Fund Ltd.

Oregon Laborer-Employers Pension Trust Fund

Oregon Laborer-Employers Pension Trust Fund

Oregon Laborer-Employers Pension Trust Fund

Oregon Laborer-Employers Pension Trust Fund

Oregon Laborer-Employers Pension Trust Fund

Oregon Laborer-Employers Pension Trust Fund

Osaka Securities Finance Company, Ltd.

OSCART INTERNATIONAL LIMITED

OSCART INTERNATIONAL LIMITED

OVAL CIBLE ABSOLU (FRENCH COLLECTIVE INVESTMENT SCHEME) REP. BY OFI AM

OVERSEA-CHINESE BANKING CORPORATION LIMITED

OWENS & MINOR INC

OWENS & MINOR INC

Owl Creek I, L.P.

Owl Creek II, L.P.

Owl Creek Overseas Fund, Ltd.

Pacific Coast Bankers' Bank

Pacific Gas & Electric Corporation Post Retirement Medical Trust

PACIFIC GAS AND ELECTRIC COMPANY

Pacific International Finance Limited

Pacific International Finance Limited

Pacific International Finance Limited

Pacific Investment Management Company LLC, for each account named in the Termination Agreement

PACIFIC LIFE & ANNUITY COMPANY

Pacific Life Funds PL Inflation Managed Fund
Pacific Life Insurance Company
PACIFIC LIFE INSURANCE COMPANY
PACIFIC LIFE INSURANCE COMPANY
PACIFIC LIFECORP
Pacific Select Fund
Pacific Summit Energy LLC
Pacific Summit Energy LLC
Pacific Summit Energy LLC
Pacific Summit Energy LLC
PacificCorp Retirement Plan
PacifiCorp (as assignee of MidAmerican Energy Company)
PacifiCorp (as assignee of MidAmerican Energy Company)
PALMETTO HEALTH ALLIANCE
Paloma Industries Nogata Plant Ltd.
PANTON MASTER FUND LP
PANTON MASTER FUND LP
PAR INVESTMENT PARTNERS, L.P.
Par-Four Master Fund, Ltd.
Paris Prime Commercial Real Estate FCC, a French fonds commun de creances represented by Eurotitrisation
Paris Prime Commercial Real Estate FCC, a French fonds commun de creances represented by Eurotitrisation
PARKCENTRAL GLOBAL HUB LTD (in provisional liquidation)
PARMENIDES MASTER FUND, L.P.
PARMENIDES MASTER FUND, L.P.
PARMENIDES MASTER FUND, L.P.
PARMENIDES MASTER FUND, L.P.
PARS Aspire Fund - (#4817)
Parsec Trading Corporation
Parsec Trading Corporation
Partner Reinsurance Company Ltd.
Patricia A. Ferro
Paul Hamlyn Foundation
Paulson Advantage Master Ltd.
Paulson Advantage Master Ltd.
Paulson Advantage Master Ltd.
Paulson Advantage Plus Master Ltd.
Paulson Advantage Plus Master Ltd.
Paulson Advantage Plus Master Ltd.
Paulson Credit Opportunities Master II Ltd.
Paulson Credit Opportunities Master II Ltd.
Paulson Credit Opportunities Master II Ltd.
Paulson Credit Opportunities Master Ltd.
Paulson Credit Opportunities Master Ltd.

Paulson Credit Opportunities Master Ltd.

PB CAPITAL CORPORATION

PB Financial Services, Inc.

PB Institutional Limited Partnership

PCS Administration (USA), Inc. Master Trust

PEABODY ENERGY CORPORATION

Pearl Assurance plc

Pearl Finance PLC - Series 2003-1

Pearl Finance PLC - Series 2003-4

Pearl Finance PLC - Series 2003-5

Pearl Finance PLC - Series 2003-6

Pearl Finance PLC - Series 2003-8

Pearl Finance PLC - Series 2005-1

Pebble Creek LCDO 2006-1, LTD

Pebble Creek LCDO 2006-1, LTD

Pebble Creek LCDO 2007-3, LTD

Pebble Creek LCDO 2007-3, LTD

PENN VIRGINIA CORPORATION

PENN VIRGINIA CORPORATION

Penn West Petroleum Ltd.

Penn West Petroleum Ltd.

Pennsylvania Public School Employees' Retirement System

Pennsylvania Public School Employees' Retirement System

Pennsylvania Public School Employees' Retirement System

Pennsylvania Public School Employees' Retirement System

Pension Asset Committee of Twin Cities Hospitals – Minnesota Nurses Association Pension Plan

Pension Asset Committee of Twin Cities Hospitals – Minnesota Nurses Association Pension Plan

Pension Benefit Guaranty Corporation

Pension Benefit Guaranty Corporation

Pension Fund of the Christian Church (Disciples of Christ), Inc.

Pension Plan of Hercules Incorporated

Pension Plan of The Chubb Corporation, Chubb & Son, Inc. and Participa

Pension Reserves Investment Trust

Pensionskasse Unilever Schweiz

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China

People's Bank of China
People's Bank of China
People's Bank of China
People's Bank of China
PEOPLE'S UNITED BANK
PEOPLE'S UNITED BANK
PEOPLE'S UNITED BANK
PEOPLE'S UNITED BANK
Pere Ubu Investments, L.P.
Pere Ubu Investments, L.P.
Peter and Diana Caride
Peter and Diana Caride
Petra Schoemaker
Petrarca Finance Public Limited Company Series 2002-01
PGA HOLDINGS INC
Pharo Macro Fund, Ltd.
Pharo Macro Fund, Ltd.
Pharo Master Fund, Ltd.
Phibro LLC
Philadelphia Municipal Employees Retirement System
Philip Morris Finance S.A.
PHILIPPINE AIRLINES INC
Philips Pension Trustees Limited as Trustee of the Philips Pension Fund
PHOEBE DEVITT HOMES et al.
Phoenix 2002-1 Limited
Phoenix 2002-1 Limited
Phoenix 2002-1 Limited
Phoenix 2002-2 Limited
Phoenix F1 – Neubrandenburgstrasse S.à.r.l
Phoenix II Mixed Sarl
Phoenix III Mixed U S.a.r.l
Phoenix Pensions Limited
Phoenix Pensions Limited
Phoenix Pensions Limited
PHZ Long/Short Trading Ltd.
PHZ Long/Short Trading Ltd.
PICERNE DEVEOPMENT CORP OF FLORIDA
PICERNE DEVEOPMENT CORP OF FLORIDA
Pickersgill, Inc.
PIETRO FERRERO
Pilsudski Fund Limited (formerly MAC Pilsudski 20A Limited)
PIMCO Absolute Return Strategy II Cayman Unit Trust - (#4902)
PIMCO Absolute Return Strategy II Master Fund LDC - (#4802)

PIMCO Absolute Return Strategy III - (#4803)
PIMCO Absolute Return Strategy IV eFund - (#4899)
PIMCO Absolute Return Strategy IV IDF LLC - (#3994)
PIMCO Absolute Return Strategy IV Master Fund LDC - (#3199)
PIMCO Absolute Return Strategy V - (#4825)
PIMCO Absolute Return Strategy V Alpha Fund - (#4942)
PIMCO Bermuda Foreign Low Duration Fund - (#2742)
PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M) - (#3706)
PIMCO Bermuda Global Bond Ex-Japan Fund - (#3738)
PIMCO Bermuda LIBOR Plus Fund (M) - (#2739)
PIMCO Bermuda U.S. Low Duration Fund - (#2741)
PIMCO Cayman Global Aggregate Bond Fund - (#2733)
PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund - 2818
PIMCO Cayman Global Aggregate Ex-Japan Bond Fund - (#2755)
PIMCO Cayman Global Aggregate Ex-Japan Income Fund - (#2763)
PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Bond Fund II-2759
PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Income Fund-2781
PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund - (#2732)
PIMCO Cayman Global Ex-Japan Bond Fund - (#2730)
PIMCO Cayman Global High Income Fund - (#2764)
PIMCO Cayman Global LIBOR Plus (U.S. Dollar-Hedged) Fund - (#3801)
PIMCO Cayman Global Multiple Real Return Fund - (#2768)
PIMCO Combined Alpha Strategies - (#4861)
PIMCO CommodityRealReturn Strategy Fund - (#731)
PIMCO CommodityRealReturn Strategy Portfolio - (#6881)
PIMCO Emerging Markets Bond Fund (M) - (#2737)
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) - (#770)
PIMCO Foreign Bond Fund (Unhedged) - (#719)
PIMCO Global Bond Fund (U.S. Dollar-Hedged) - (#785)
PIMCO Global Bond Fund (Unhedged) - (#775)
PIMCO Global Bond Portfolio (Unhedged) - (#2680)
PIMCO Global Bond Strategy Fund - (#3751)
PIMCO Global High Yield Strategy Fund - (#3752)
PIMCO Real Return Fund - (#795)
PIMCO Real Return Portfolio - (#691)
PIMCO Real Return Trust - (#6031)
PIMCO RealEstateRealReturn Strategy Fund - (#788)
Piney Branch Park Inc.
Ping Exceptional Value Master Fund L.P.
Pinnacle American Core Plus Bond Fund
Pinnacle American Core Plus Bond Fund
PIONEER EUROPE MAC 70 LIMITED
Pioneer Funds - U.S. Equity 130/30

Piper Jaffray Financial Products II Inc.

Piper Jaffray Financial Products II Inc.

PJ Carroll & Co Ltd Pension Plan for Salary & Factory Staff

PJM Interconnection, LLC

Plainfield Direct Inc.

Plainfield Direct Inc.

Plainfield Special Situations Master Fund Limited

Plainfield Special Situations Master Fund Limited

Plan for Employee Benefit Investment Funds, Core Plus Fixed Income Fund

Plan for Employee Benefit Investment Funds, Core Plus Fixed Income Fund

Plan Investment Committee on behalf of the JPMorgan Chase Retirement Plan (JPMC)

PMA Koryo Fund

PMA Prospect Fund

PNC Bank, National Association

PNC Bank, National Association

Pohjola Bank plc

Polaris Fund (GEO Global Bond Total Return VI) - Polaris Investment SA

POLLYSON INTERNATIONAL LIMITED

Polygon Global Opportunities Master Fund

Pond View Credit (Master), L.P.

Popular Gestión, S.G.I.I.C., S.A.

Popular Gestión, S.G.I.I.C., S.A.

Port of Tacoma

Portman Building Society Pension & Assurance Scheme

Posillipo Finance II S.r.l.

Posillipo Finance II S.r.l.

Posillipo Finance S.r.l.

Post Distressed Master Fund, L.P.

Post Strategic Master Fund, L.P.

Post Total Return Master Fund, L.P.

Poste Italiane S.p.A.

Potomac River Capital Master Fund, L.P.

Poudre Valley Health Care, Inc.

PPG Industries, Inc. - Long DurationCompany of America

PQ Corporation

PRACTIS 09.09

Preferred Residential Securities 06-1 Plc

PREGIS CORPORATION

Premier Health Partners Operating Investment Program

Premier Health Partners Operating Investment Program

PRESBYTERIAN MANORS INC

PRESBYTERIAN MANORS INC

PRESBYTERIAN MANORS INC

PRESBYTERIAN MANORS INC

President and Fellows of Harvard College

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Bro

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Bro

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Bro

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Bro

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Bro

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers International (Europe) Zurich Branch,

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers International (Europe) Zurich Branch,

PRIMONE INC.

Primus Telecommunications Canada Inc.

PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX

PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX

PRISMA ENHANCED FIXED INCOME FUND LP

PRISMA ENHANCED FIXED INCOME FUND LP

PRISMA ENHANCED FIXED INCOME FUND LTD

PRISMA ENHANCED FIXED INCOME FUND LTD

Procesos Controlados SA DE CV

Procesos Controlados SA DE CV

Programma Dinamico S.p.A.

Programma Dinamico S.p.A.

Promark Alternative High Yield Bond Fund - Acct. No. GREK (GMAM Investment Funds Trust II)

Promark Global Tactical Asset Allocation Fund - Acct. No. 3037020140 (GMAM Investment Funds Trust)

Promark Investment Trustees Limited

Prospect Harbor Credit Partners, L.P.

PROTEIN 2

PROVIDENT LIFE & ACCIDENT INSURANCE CO INC

PROVIDENT LIFE & ACCIDENT INSURANCE CO INC

Pru Alpha Fixed Income Opportunity Master Fund I, LP

Prudential Global Funding LLC

Prudential Global Funding LLC

Prudential Investments

Prudential Investments

PSEG Inc. Master Retirement Trust

PT Bank Negara Indonesia (Persero) Tbk.

PUBLIC POWER GENERATION AGENCY

Public Utility District No. 1 of Chelan County PUD, Washington

Puerto Swap FCCC Corp.

Puerto Swap FCCC Corp.

Puerto Swap FCCC Corp.

Puget Sound Energy, Inc.

Puget Sound Energy, Inc.

Pulsar Re, Ltd.

PULSIA 2
Pumice Investments (Netherlands) B.V.
Pumice Investments (Netherlands) B.V.
Pumice Investments (Netherlands) B.V.
Pursuit Capital Partners Master (Cayman) Ltd.
PURSUIT OPPORTUNITY FUND I MASTER LTD
PURSUIT OPPORTUNITY FUND I MASTER LTD
PVHA/Sims Ventures, Inc.
PVHA/Sims Ventures, Inc.
PYRAMIS BROAD MARKET DURATION COMMINGLED POOL PORTFOLIO OF THE PYRAMIS
PYRAMIS BROAD MARKET DURATION COMMINGLED POOL PORTFOLIO OF THE PYRAMIS
PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL
PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL
PYRAMIS LONG DURATION COMMINGLED POOL
PYRAMIS LONG DURATION COMMINGLED POOL
Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Tru
Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Tru
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
QFR Master Victoria Fund, L.P.
QFR Master Victoria Fund, L.P.
Quantum Partners LDC
Quantum Partners LDC
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance PLC - Series 2003-3
Quartz Finance PLC - Series 2003-3
Quartz Finance PLC - Series 2003-3
Quartz Finance PLC - Series 2003-4
Quartz Finance PLC - Series 2003-4
Quartz Finance PLC Series 2003-5

Quartz Finance PLC Series 2005-1A

Quartz Finance PLC Series 2005-1B

Quartz Finance PLC Series 2005-2

Quartz Finance Public Limited Company Series 2003-1 Eldon Street A

Quartz Finance Public Limited Company Series 2003-1 Eldon Street B

Quintessence Fund LP

Quintessence Fund LP

Quintessence Fund LP

Quintessence Fund LP

QVT Fund LP

QVT Fund LP

QVT Fund LP

QVT Fund LP

R2 Investments, LDC

R2 Investments, LDC

Rabobank Nederland, New York Branch

Rabobank Nederland, New York Branch

Radcliffe SPC, Ltd., for and on behalf of

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAI RADIOTELEVISIONE ITALIANA SPA

RAIFFEISEN BANK ZRT

RAIFFEISEN BANK ZRT

RAIFFEISEN BANK ZRT

Raiffeisenlandesbank Niederosterreich-Wien AG

Raiffeisenlandesbank Niederosterreich-Wien AG

Raiffeisenlandesbank Vorarlberg Waren-u. Revisionsverband

Railway Pension Trustee Company Limited

Railways Pension Trustee Company Limited

Rainer and Helga Pechmann

Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG Latitude Master Fund, Ltd.)

Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG Latitude Master Fund, Ltd.)

Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG Latitude Master Fund, Ltd.)

Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)

Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)

Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)

Ratia Energie AG

Ratia Energie AG

RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD

Raymond G. Schuville

Raymundo Sanchez Aussenac & Maria E Sanchez JTWROS TOD Dolores Ramos R

Raytheon Company Combined Defined Benefit Defined Contribution Master

Raytheon Master Pension Trust

RBC ASSET MANAGEMENT INC.

RBC Dexia Investor Services

RBC Dexia Investor Services

RBC Dexia Investor Services Trust as Trustee for RBC Canadian Master Trust

RCG PB, Ltd.

Real Assets Portfolio LP

Redfire, Inc.

Redwood Master Fund, Ltd.

REGIMENT CAPITAL LTD

REGIMENT CAPITAL LTD

Regione Marche

REGIONS BANK

Relative European Value S.A.

Relative European Value S.A.

Relative European Value S.A.

Relative European Value S.A.

Relative European Value S.A.

Reliant Energy Power Supply, LLC

Reliant Energy Services, Inc., n/k/a RRI Energy Services, Inc.

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company of New York

ReliaStar Life Insurance Company of New York

Reservoir Master Fund, L.P.

Reservoir Master Fund, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A1A)

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A2A)

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A5A)

Residential Accredit Loans, Inc. Series 2006-QO9

RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15

Resolute Aneth, LLC

Resolute Aneth, LLC

Restructured Asset Certificates With Enhanced Returns

Restructured Asset Certificates With Enhanced Returns

Restructured Asset Certificates with Enhanced Returns, Series 1998-I-P

Restructured Asset Certificates with Enhanced Returns, Series 2002-45-

Restructured Asset Securities with Enhanced Returns,

Restructured Assets Securities With Enchanced Returns

Restructured Assets Securities With Enchanced Returns

Restructured Assets Securities With Enchanced Returns

Retirement Housing Foundation

richard and roberta edelheit

Richard J Bove TTEE fbo Victoria B Vallely

Rick M. Rieder and Debra L. Rieder

RIMROCK HIGH INCOME PLUS (MASTER) FUND LTD

RIMROCK LOW VOLATILITY MASTER FUND LTD

Rio Tinto Energy America, Inc.

Rising U.S. Dollar ProFund

River Capital Advisors, Inc.

River Capital Advisors, Inc.

RiverSource Balanced Fund

RiverSource Diversified Bond Fund

RiverSource Life Insurance Company

RiverSource Life Insurance Company

RiverSource Life Insurance Company

RiverSource Limited Duration Bond Fund

RiverSource Variable Portfolio - Balanced Fund

RiverSource Variable Portfolio - Core Equity Fund

RiverSource Variable Portfolio - Diversified Bond Fund

RiverSource Variable Portfolio - Diversified Bond Fund

Roar Tessem

Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A

Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A

Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A
ROBERT A SCHOELLHORN TRUST
ROBERT A SCHOELLHORN TRUST
Robert A. Meister
Roche US DB Plans Master Trust
Roche US DB Plans Master Trust
Rock Creek Portable Alpha Series 7051, Ltd
Rock Creek Portable Alpha Series 8011, Ltd
Rock Creek Portable Alpha Series I, Ltd
Rock Creek Portable Alpha Series III, Ltd
RockView Trading, Ltd.
RockView Trading, Ltd.
ROGER L. WESTON REV TRUST
ROGER L. WESTON REV TRUST
Roger Newton and Coco Newton JTWROS
ROHAN, PHANSALKAR
Roman Dworecki, MD
ronald l gallatin
Ronnie B. Getz Revocable Trust
Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez
Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez
Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez
Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez
ROSS FINANCIAL CORPORATION
Rosslyn Investors I, LLC
Rosslyn Series LLC c/o Lehman Brothers Real Estate Partners II, L.P.
Rosslyn Series LLC c/o Lehman Brothers Real Estate Partners II, L.P.
ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED)
ROYAL BANK AMERICA
ROYAL BANK AMERICA
ROYAL BANK OF CANADA
ROYAL BANK OF CANADA
ROYAL BANK OF CANADA
ROYAL BANK OF CANADA
Royal Charter Properties - East, Inc.
Royal City of Dublin Hospital Trust
Rubicon Master Fund
Ruby Finance PLC - Series 2003-4
Ruby Finance PLC - Series 2004-2
Ruby Finance PLC - Series 2005-IA1
Ruby Finance PLC - Series 2005-IA10
Ruby Finance PLC - Series 2005-IA10
Ruby Finance PLC - Series 2005-IA10

Ruby Finance PLC - Series 2005-IA11
Ruby Finance PLC - Series 2005-IA11
Ruby Finance PLC - Series 2005-IA11
Ruby Finance PLC - Series 2005-IA12
Ruby Finance PLC - Series 2005-IA12
Ruby Finance PLC - Series 2005-IA12
Ruby Finance PLC - Series 2005-IA13
Ruby Finance PLC - Series 2005-IA13
Ruby Finance PLC - Series 2005-IA13
Ruby Finance PLC - Series 2005-IA14
Ruby Finance PLC - Series 2005-IA15
Ruby Finance PLC - Series 2005-IA16
Ruby Finance PLC - Series 2006-02
Ruby Finance PLC - Series 2006-03
Ruby Finance PLC - Series 2006-5
Ruby Finance PLC - Series 2007-2
Ruby Finance PLC - Series 2007-3
Ruby Finance PLC - Series 2007-6
Ruby Finance PLC - Series 2007-7
Ruby Finance PLC - Series 2008-1
RWE SUPPLY & TRADING GMBH
S.A.C. Arbitrage Fund, LLC
S.A.C. Arbitrage Fund, LLC
S.A.C. Capital Associates, LLC
S.A.C. Capital Associates, LLC
S.A.C. Capital Associates, LLC
S.A.C. Global Investments, L.P.
S.A.C. Global Macro Fund, LLC
S.A.C. Global Macro Fund, LLC
S.A.C. MultiQuant Fund, LLC
s.Weinstein & H. Weinstein TTees Candid Litho Printing LTD Defined Benefit Pen. Plan
SABMiller Plc, Attn: Jonathan Gay, Group Treasury Counsel
SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND
SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ
sacha lainovic
Sacher Funding Ltd.
SAGA 400 LIMITED
Sagamore CLO Ltd. c/o Invesco Senior Secured Management, Inc.
SALEM FIVE CENTS SAVINGS BANK
Salt River Pima Maricopa Indian Community
Salt River Pima Maricopa Indian Community
Salvador Heredia Haro Tod Emilia De Haro SIlos
Samba Financial Group

Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Samba Financial Group
Sampo Bank plc
Sampo Bank plc
SAMRA, VICTOR
Samsung Life Insurance Co., Ltd.
San Francisco City and County Employees' Retirement System
SAN REMO APARTMENTS, L.P.
Sandra S Greenwood Trustee Sarah Greenwood Tr 3/20/08
Sandra S Greenwood TTee Fraser  Greenwood Trust
Sandra S Greenwood TTee Thomas  Greenwood Trust
Sanford C. Bernstein Fund II, Inc. - Bernstein Intermediate Duration Institutional Portfolio
Sanford C. Bernstein Fund, Inc. - Intermediate Duration Portfolio
Sanford C. Bernstein Fund, Inc. - Intermediate Duration Portfolio
Sankaty Credit Opportunities II, L.P.
Sankaty Credit Opportunities III, L.P.
Sankaty Credit Opportunities, L.P.
Sankaty Special Situations I, L.P.
SANMINA-SCI CORPORATION
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Banesto Garantizado Multioportunidad 4X4 II, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Banesto Garantizado Ocasion, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Conservador 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Conservador, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Moderado 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Moderado, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Multirentabilidad, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Santander 150 Aniversario 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Santander 150 Aniversario, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Acciones 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Dividendo 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Dividendo, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Santander Decision Conservador, FI

Santander Asset Management, S.A., S.G.I.I.C. on behalf of Santander Decision Moderado, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Superfondo Evolucion, FI
Saphir Finance PLC - Series 2006-3 Class A1
Saphir Finance PLC - Series 2006-3 Class A3
Saphir Finance PLC - Series 2006-3 Class A4
Saphir Finance PLC - Series 2006-4
Saphir Finance PLC - Series 2006-4
Saphir Finance PLC - Series 2006-6
Saphir Finance PLC - Series 2006-6
Saphir Finance PLC - Series 2006-8 - Series A
Saphir Finance PLC - Series 2006-8C
Saphir Finance PLC - Series 2007-2
Saphir Finance PLC - Series 2007-4
Saphir Finance PLC - Series 2007-5
Saphir Finance PLC - Series 2007-5
Saphir Finance PLC - Series 2007-7
Saphir Finance PLC - Series 2007-9
Saphir Finance PLC - Series 2008-1
Saphir Finance PLC - Series 2008-10
Saphir Finance PLC - Series 2008-10
Saphir Finance PLC - Series 2008-11
Saphir Finance PLC Series 2005-10-A1
Saphir Finance PLC Series 2005-10-A2
Saphir Finance Public Company Limited Series 2004-5
Saphir Finance Public Company Limited Series 2004-7
Saphir Finance Public Company Limited Series 2005-1 Class A1
Saphir Finance Public Company Limited Series 2005-1 Class A1
Saphir Finance Public Company Limited Series 2005-1 Class A1
Saphir Finance Public Limited Company
Saphir Finance Public Limited Company
Saphir Finance Public Limited Company
Saphir Finance Public Limited Company 2005-07A1
Saphir Finance Public Limited Company Series 2004-12
Saphir Finance Public Limited Company Series 2004-2
Saphir Finance Public Limited Company Series 2004-4
Saphir Finance Public Limited Company Series 2005-04
Saphir Finance Public Limited Company Series 2005-11
Saphir Finance Public Limited Company Series 2005-12
Saphir Finance Public Limited Company Series 2005-3A
Saphir Finance Public Limited Company Series 2005-3B
Saphir Finance Public Limited Company Series 2005-3C
Saphir Finance Public Limited Company Series 2006-02
Saphir Finance Public Limited Company Series 2006-02A1

Saphir Finance Public Limited Company Series 2006-02A1
Saphir Finance Public Limited Company Series 2006-02A2
Saphir Finance Public Limited Company Series 2006-10
Saphir Finance Public Limited Company Series 2006-10
Saphir Finance Public Limited Company Series 2006-11A
Saphir Finance Public Limited Company Series 2006-11A
Saphir Finance Public Limited Company Series 2008-12
Saphir Finance Public Limited Company Series 2008-13
Saphir Finance Public Limited Company Series 2008-6
Saphir Finance Public Limited Company Series 2008-7
Saphir Finance Public Limited Company Series 2008-8
Saphir Finance Public Limited Company Series 2008-9
Saphir Public Limited Company Series 2006-02B1
Sarasota County Public Hospital District
Saratoga CLO I, Limited c/o Invesco Senior Secured Management, Inc.
SARK MASTER FUND LIMITED
SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD.
SATELLITE CREDIT OPPORTUNITIES FUND, LTD.
SATELLITE FUND II, L.P.
SATELLITE FUND IV, L.P.
SATELLITE OVERSEAS FUND IX, LTD.
SATELLITE OVERSEAS FUND V, LTD.
SATELLITE OVERSEAS FUND VI, LTD.
SATELLITE OVERSEAS FUND VIII, LTD.
SATELLITE OVERSEAS FUND, LTD.
Savannah ILA Employers Pension Fund
Savannah ILA Employers Pension Fund
Savannah ILA Employers Pension Fund
Savannah ILA Employers Pension Fund
Saxo Bank A/S
Saxo Bank A/S
Saxo Bank A/S
SBA Communications Corporation
SCAGO Educational Facilities Corp. for Sumter County School Distr. 17
SCAGO Educational Facilities Corporation forWilliamsburg School Distr.
Schiller Park CLO
Schiller Park CLO Ltd.
Schiller Park CLO Ltd.
Schlumberger Master Profit Sharing Trust
SCI Gouvion Saint Cyr
SCOGGIN CAPITAL MANAGEMENT LP II
Scoggin International Fund, Ltd.
SCOGGIN WORLDWIDE FUND LTD

SCOGGIN WORLDWIDE FUND LTD

Scott Sobo

Seabrook Village, Inc.

Sears 401 (k) Savings Plan

Seat Pagine S.p.A.

SEB AG

SEB AG

Security Life of Denver Insurance Company

Security Life of Denver Insurance Company

SEGESPAR FINANCE

SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC

SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME FUND

SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME FUND

SEI INSTITUTIONAL INTERNATIONAL TRUST INTERNATIONAL FIXED INCOME FUND

SEI INSTITUTIONAL INTERNATIONAL TRUST INTERNATIONAL FIXED INCOME FUND

SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED DURATION FUND

SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED DURATION FUND

SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED DURATION FUND

SEMERIA MONDE

Sempra Energy Solutions LLC

Sempra Energy Solutions LLC

SEMPRA GENERATION

Senior Debt Portfolio

SENIOR DEBT PORTFOLIO

SENTINEL ALARM

SESI LLC

SGRO, MICHAEL

SGS HY Credit Fund I (Exum Ridge CBO 2006-3), LTD.

SGS HY Credit Fund I (Exum Ridge CBO 2006-3), LTD.

SHANNON HEALTH SYSTEM

Shanti Asset Management

Sharon

SHARP HEALTHCARE SYSTEM

Sheehan F. Lunt

Shell International Eastern Trading Company

Shell International Eastern Trading Company

Shell International Eastern Trading Company

Shell Pensions Trust Limited in its capacity as trustee of the Shell Contributory Pension Fund

Shell Pensions Trust Limited in its capacity as trustee of the Shell Contributory Pension Fund

SHELL TRADING (US) COMPANY
Shell Trading International Limited
Shell Trading International Limited
Shepherd of the Valley Lutheran Retirement Services, Inc.
Shepherd of the Valley Lutheran Retirement Services, Inc.
Shin Kong Life Insurance Company Limited
Shin Kong Life Insurance Company Limited
Shin Kong Life Insurance Company Limited
Shin Kong Life Insurance Company Limited
SHINSEI BANK LIMITED
SHINSEI BANK LIMITED
SHINSEI BANK LIMITED
SHINSEI BANK LIMITED
Shinyoung Securites, co.
SHIZUOKA BANK, LTD
SHK ASIA DYNAMIC HOLDINGS LTD
SHOKO CHUKIN BANK - THE
SHOKO CHUKIN BANK - THE
Sid R. Bass Management Trust
Sid R. Bass Management Trust
Siemens AG
Siemens Capital Company LLC
Sierra Pacific Resources Retirement Plan
SIG Energy, LLLP
SIG Energy, LLLP
Sigma Capital Associates, LLC
Sigma Capital Associates, LLC
Sigma Fixed Income Fund, Ltd.
Sigma Fixed Income Fund, Ltd.
Silver Lake Credit Fund, L.P.
Silver Lake Credit Fund, L.P.
Silver Point Capital Fund, L.P.
Silver Point Capital Fund, L.P.
Silver Point Capital Offshore Fund, Ltd.
Silver Point Capital Offshore Fund, Ltd.
SIMPSON MEADOWS
Singapore Airlines Limited
SINGAPORE PETROLEUM COMPANY LIMITED
Sirius International Limited with respect to Series 11
Sirius International Limited with respect to Series 16
Sirius International Limited with respect to Series 16
Sisters of Charity
SK ENERGY CO. LTD.

SK ENERGY CO. LTD.
SK SECURITIES CO.,LTD
SK SECURITIES CO.,LTD
SK SECURITIES CO.,LTD
Skandinaviska Enskilda Banken AB (publ)
Skandinaviska Enskilda Banken AB (publ)
Skandinaviska Enskilda Banken AB (publ)
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SKYPOWER CORP.
SLM Corporation
SLM Corporation
Slovenska Sporitel'na a.s.
Slovenska Sporitel'na a.s.
Slovenska Sporitel'na a.s.
SMASh Series M Fund
SMBC Capital Markets Limited
Smith Breeden Alpha Strategies Master Ltd.
Smith Breeden Credit Master Ltd.
Smith Breeden Investment Grade Core Bond Master Ltd.
Smith Breeden Mortgage Partners L.P.
SmithKline Beecham Corporation
SMOLANSKY FUND LIMITED
SMOLANSKY FUND LIMITED
SMURFIT KAPPA ACQUISITIONS f/k/a JSG Acuisitions f/k/a MCDP Acquisitions I

SMURFIT KAPPA ACQUISITIONS f/k/a JSG Acuisitions f/k/a MCDP Acquisitions I

So Cal United Food & Commercial Workers Unions & Food Employers

Societe des Autoroutes Paris-Rhin-Rhone ("APRR")

Société Générale Asset Management Banque

Société Générale Asset Management Banque

Société Générale Asset Management Banque

Société Générale Asset Management Banque

Society of African Missions (SMA)

SOLA, Ltd.

SOLAR INVESTMENT GRADE CBO I, LIMITED

SOLAR INVESTMENT GRADE CBO I, LIMITED

SOLAR INVESTMENT GRADE CBO I, LIMITED

SOLAR INVESTMENT GRADE CBO I, LIMITED

SOLAR INVESTMENT GRADE CBO I, LIMITED

SOLAR INVESTMENT GRADE CBO II, LIMITED

SOLAR INVESTMENT GRADE CBO II, LIMITED

SOLAR INVESTMENT GRADE CBO II, LIMITED

SOLAR INVESTMENT GRADE CBO II, LIMITED

SOLOMER FUND LLC

SOLOMER FUND LLC

SOLOMER FUND LLC

Solus Core Opportunities Master Fund Ltd.

Sonoma CERA Portfolio

SORIN MASTER FUND, LTD.

Southern Community Bank and Trust

Southern Community Financial Corp.

Southern Pacific Securities 05-1 PLC

Southern Pacific Securities 05-3 PLC

Southhaven Partners I, L.P.

Southwest Airlines Co.

SOUTHWEST CORPORATE FEDERAL CREDIT UNION

SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC

Sovereign Bank

Sovereign High Yield Investment Company Limited

Sparkasse Aachen

Sparkasse Pforzheim Calw

Sparkasse Pforzheim Calw

SPCP GROUP, L.L.C.

SPCP GROUP, L.L.C.

SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.

SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Ltd., successor to Export

SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.

SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.

SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., successor to Alliance Laundry Equipment Receivables Trust 2005-A
SPCP Group, LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd.
SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD
SPECTRUM INVESTMENT PARTNERS LP
Spokane Public Facilities District
SR GGI Master MA, Ltd.
SR Latigo Master MA, Ltd
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRM Global Master Fund Limited Partnership
St. John of God Order - Irish Province
St. Joseph Health System - Operating Account
St. Joseph's University
St. Joseph's University
St.Joseph's/Candler Health System, Inc.
Standard Bank Isle of Man Limited
Standard Bank Jersey Limited
Standard Bank Plc
Standard Bank Plc
Standard Bank Plc
Standard Bank Plc
Standard Bank Plc
Standard Chartered Bank
Standard Chartered Bank
Standard Chartered Bank (Thai) Public Company Limited
Standard Chartered Bank as trustee and HI Asset Management Co. Ltd. as I.M. for CJ 2 Star SD Cliquet Private Derivative
Standard Chartered Bank as trustee and HI Asset Management Co. Ltd. as I.M. for CJ 2 Star SD Cliquet Private Derivative
STANDARD GENERAL MASTER FUND LP
STANDARD LIFE & ACCIDENT INSURANCE COMPANY
Stanford Hospital and Clinics
Stanford Hospital and Clinics
Staple Street Aviation (Master), L.P.
STARK CRITERION MASTER FUND LTD. (1000193271)
STARK CRITERION MASTER FUND LTD. (1000193271)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD (888045720)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD (888045720)

STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. (1000193260)

STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. (1000193260)

STARK MASTER FUND LTD (888045730)

STARK MASTER FUND LTD (888045730)

STARK MASTER FUND LTD (888045730)

STARK MASTER FUND LTD. (1000193269)

STARK MASTER FUND LTD. (1000193269)

STARK MASTER FUND LTD. (1000193269)

STARK MASTER FUND LTD. (1000193269)

State Bank of India

STATE BANK OF LONG ISLAND

STATE BANK OF LONG ISLAND

State of Indiana (Major Moves Construction Fund)

State of Indiana (Major Moves Construction Fund)

State of Indiana (Major Moves Construction Fund)

STATE OF OREGON

STATE RENAISSANCE

State Retirement and Pension System of Maryland

State Universities Retirement System

Stephen Nash Hurley

Steve Goldman and Azita Etaati

Steven Edelson

Steven Teicher

Steven Teicher

STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAARS

Stichting Bewaarder Zorgfonds UVIT

Stichting Blue Sky Active Long Duration Global Inflation Linked Bond Fund

Stichting Dow Pensioenfonds

Stichting Gemeenschappelijk Beleggingsfonds FNV

Stichting Pensioenfonds ABP

Stichting Pensioenfonds ABP

Stichting Pensioenfonds Campina

Stichting Pensioenfonds Corporate Express

Stichting Pensioenfonds Grontmij

Stichting Pensioenfonds Grontmij

Stichting Pensioenfonds SdB

Stichting Pensioenfonds Stork

Stichting Pensioenfonds Voor Huisartsen

Stichting Shell Pensioenfonds

Stichting Shell Pensioenfonds

Stone Harbor Investment Funds PLC

STONE TOWER CREDIT MASTER FUND LTD

STONEHILL INSTITUTIONAL PARTNERS, L.P.

STONEHILL INSTITUTIONAL PARTNERS, L.P.
STONEHILL OFFSHORE PARTNERS LIMITED
STONEHILL OFFSHORE PARTNERS LIMITED
Strategic Global Fund - Mortgage Securities (Putnam) Fund
Strategic Global Fund - Mortgage Securities (Putnam) Fund
Straumur-Burdaras Investment Bank hf
Structured Adjustable Rate Mortgage Loan Trust
Structured Adjustable Rate Mortgage Loan Trust  Mortgage
Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through
Structured Asset Investment Loan Trust Series 2004-1
Structured Asset Securities Corporation
Structured Asset Securities Corporation Mortgage Pass
Structured Asset Securities Corporation Mortgage Pass-Through
Structured Asset Securities Corporation Mortgage Pass-Through
Structured Asset Securities Corporation, Mortgage Pass
STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-23XS
STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-9XS
Structured Credit Opportunities Fund II, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STYLOS CAPITAL MANAGEMENT
STYLOS CAPITAL MANAGEMENT
Sumitomo Mitsui Banking Corporation
Summit Academy
Summit Academy
SUMMIT ACADEMY NORTH
SUMMIT ACADEMY NORTH
SUMMIT ACADEMY NORTH
Summit Petroleum Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
SUN LIFE ASSURANCE COMPANY OFCANADA (US)

SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN TRUST BANK NA
SunAmerica Life Insurance Company
SunAmerica Life Insurance Company
SunAmerica Series Trust - International Growth and Income Portfolio
SunAmerica Series Trust - International Growth and Income Portfolio
SUNCOR ENERGY  MARKETING, INC.
SUNCOR ENERGY  MARKETING, INC.
Sunny Bank, Ltd.
Sunny Bank, Ltd.
Sunny Bank, Ltd.
Sunny Bank, Ltd.
Sunoco, Inc. Master Retirement Trust
Sunoco, Inc. Master Retirement Trust
Sunoco, Inc. Master Retirement Trust
Sunrise Partners Limited Partnership
Sunrise Partners Limited Partnership
SUNRISE PARTNERS LIMITED PARTNERSHIP
Sunset Park CDO Limited SPC
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of the
SUNSET PARK CDO LIMITED SPC, for the account of the
SUNTRUST BANK
Superannuation Funds Management Corporation of South Australia
SUPERIOR ENERGY SERVICES INC
Suryan Family Trust
Suryan Family Trust
Susanne Arends
Suttonbrook Capital Portfolio, L.P.
Svenska Handelsbanken AB (publ)
SWEDBANK AB (PUBL)
SWEDBANK AB (PUBL)
SWEDBANK AB (PUBL)
Swedish National Debt Office
Swedish National Debt Office
Swift Master Auto Receivables Trust

Swiss Re Financial Products Corporation
Swiss Re Financial Products Corporation
Swiss Re Global Markets Limited
Swiss Reinsurance Company Ltd
Swiss Reinsurance Company Ltd
SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000
Syracuse University
Sysco Corporation Retirement Plan
T.O. Holdings, LLC
Tabor Hills Supportive Living
Tabor Hills Supportive Living
tachong bank ltd
TACONIC CAPITAL PARTNERS 1.5 LP
TACONIC CAPITAL PARTNERS 1.5 LP
TACONIC OPPORTUNITY FUND LP
TACONIC OPPORTUNITY FUND LP
Taipei Fubon Commercial Bank Co., Ltd.
TAISHIN INTERNATIONAL BANK
TAISHIN INTERNATIONAL BANK
TAKAMIYA CO., LTD.
tampa sports authority
TAVARES SQUARE CDO LIMITED  Global 9A
TAVARES SQUARE CDO LIMITED  Global 9B
Taylor Creek Limited
Taylor Hedge Fund Limited
TCW ABSOLUTE RETURN CREDIT FD
TCW ABSOLUTE RETURN CREDIT FUND LP
TCW Absolute Return Credit Fund, LP
TD Bank, N.A.
TD Bank, N.A.
TD Bank, N.A.
TD Bank, N.A.
TD Nordique, Inc.
Teacher's Retirement System of Louisiana
Teachers' Retirement System of the State of Illinois
Teacher's Retirement System of the State of Illinois
Team Relocations
Tecomara N.V.
TELECOM ITALIA CAPITAL SOCIETE ANONYME
TELECOM ITALIA CAPITAL SOCIETE ANONYME
TELECOM ITALIA FINANCE SA
TELECOM ITALIA FINANCE SA
TELEFONICA, S.A.

TELEFONICA, S.A.

Telstra Super Pty Ltd as Trustee of Telstra Superannuation Scheme

Tempic Five, LLC

Temple Health System Transport Team, Inc.

Temple Physicians, Inc.

Temple University Health Systems, Inc., for itself and as Agent

Temple University Hospital

Templeton Global Bond Fund

Templeton Global Total Return Fund

Tempo Volatility Master Fund L.P.

TENASKA POWER SERVICES CO.

Tennenbaum Multi-Strategy Master Fund

TENOR OPPORTUNITY MASTER FUND LTD

Tensor Opportunity Limited

Teodosio F Martin Ortegon & Suemy N Ruiz Romero JTWROS

Tercas-Cassa Di Risparmio della Provincia di Teramo Spa

Tercas-Cassa Di Risparmio della Provincia di Teramo Spa

Term Loans Europe plc

Terrebonne Investments, L.P.

Terrebonne Investments, L.P.

TERWILLIGER PLAZA INC

TERWILLIGER PLAZA INC

TERWILLIGER PLAZA INC

TERWILLIGER PLAZA INC

test

test

test

test

test

test

test creditor

testd

Teva Pharmaceutical Industries Limited

Teva Pharmaceutical Industries Limited

Tewksbury Investment Fund Ltd.

TfL Pension Fund, by Bridgewater Associates, Inc., as agent for TfL Pension Fund

Thabit Family Trust

Thabit Family Trust

The 1199 SEIU Greater New York Pension Fund

THE ADM MACULUS FUND II L.P.

THE ADM MACULUS FUND III L.P.

The Allegheny County Airport Authority

The AllianceBernstein Pooling Portfolios - AllianceBernstein Intermediate Duration Bond Portfolio

The Allianz Group Pension Scheme

The Annie E. Casey Foundation

THE APOGEE FUND, LTD.

The Bank of Korea

The Bank of New York Mellon

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, National Association, as Trustee for MKP Vela CBO, Ltd.

The Bank of Nova Scotia

THE BANK OF NOVA SCOTIA

THE BANK OF NOVA SCOTIA

The Becton Dickinson Pension Scheme

The Board of the Pension Protection Fund

The Board of the Pension Protection Fund

The Board of Trustees of the National Provident Fund

The Bradford & Bingley Staff Pension Scheme

The Buckeye Tobacco Settlement Financing Authority

The Bunting Family LLCII Limited Liability Company

The Christian and Missionary Alliance Foundation, Inc.

The Cleveland Clinic Foundation

The Coast Fund L.P.

The Commonwealth of Massachusetts

The Commonwealth of Massachusetts

The Co-operative Bank p.l.c. (f/k/a Britannia Building Society)

The Core Focus Fixed Income Portfolio, a series of Delaware Pooled Tru

The Core Focus Fixed Income Portfolio, a series of Delaware Pooled Tru

The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trus

The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trus

The Core Plus Fixed Income Portfolio,a series of Delaware Pooled Trust

The Core Plus Fixed Income Portfolio,a series of Delaware Pooled Trust

The Cork Examiner Pension Scheme

The Crown Cork & Seal Company, Inc. Master Retirement Trust

The Drake Global Opportunities (Master) Fund, Ltd.

The Drake Low Volatility Master Fund, Ltd.

The Drake Offshore Master Fund, Ltd.

The Elim Park Baptist Home, Inc.

The Foundation of the Catholic Diocese of Columbus, Ohio

The Foundation of the Catholic Diocese of Columbus, Ohio

The Foundation of the Catholic Diocese of Columbus, Ohio

The Foundation of the Catholic Diocese of Columbus, Ohio
The Gallery QMS Master Fund Ltd.
The Gallery QMS Master Fund Ltd.
THE GALLERY QMS MASTER FUND LTD.
The Golden State Tobacco Securitization Corporation
The Golden State Tobacco Securitization Corporation
The Golden State Tobacco Securitization Corporation
The Golden State Tobacco Securitization Corporation
The Goldman Sachs Trust Company N.A. acting as Trustee of Goldman
The Goldman Sachs Trust Company N.A. acting as Trustee of Goldman
The Government of Israel on behalf of the State of Israel
The Government of the Republic of Singapore, as represented by the Board of Trustees of the SAVER-PREMIUM FUND
The Governor and Company of the Bank of Ireland
The Greencore Group Pension Scheme
The Guggenheim Portfolio Alpha Solution SPC, acting on behalf of and for the account of Segregated Portfolio 3
The Hartford Mutual Funds, Inc., on behalf of Hartford High Yield Fund
The Holy Ghost Fathers Trust for Elderly & Infirm
The Hong Kong Polytechnic University
THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED
THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED
The Hoover (1987) Pension Scheme
The ING Proprietary Alpha Fund, LLC
The ING Proprietary Alpha Fund, LLC
The Intermediate Fixed Income Portfolio, a series of Delaware Pooled T
The Intermediate Fixed Income Portfolio, a series of Delaware Pooled T
The International Investment Funds - Putnam European Equity Fund
The International Investment Funds - Putnam European Equity Fund
The International Investment Funds - Putnam Global Fixed Income Fund
The International Investment Funds - Putnam Global Fixed Income Fund
The International Investment Funds - Putnam Global Growth Equity Fund
The International Investment Funds - Putnam Global Growth Equity Fund
The International Investment Funds - Putnam Global Value Equity Fund
The International Investment Funds - Putnam Global Value Equity Fund
The Irish Times Limited Pension & Life Assurance Plan for Senior Management
The Kresge Foundation
The Kresge Foundation
The Kresge Foundation
THE KROGER CO MASTER RETIREMENT TRUST
The Landings on Millenia Blvd., Partners, LTD.
The Lincoln National Life Insurance Company
The Lincoln National Life Insurance Company
THE LUTHERAN HOME, INC
The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.125110240

The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.132490070

The Morningside Ministries Foundation, Inc.

The Norinchukin Trust and Banking Co., Ltd.

The Norinchukin Trust and Banking Co., Ltd.

The Orrington Plus Fund SPC o/b/o Orrington Plus Class C Seg Portfolio

The Pashcow Family Partnership

The Penn Mutual Life Insurance Company

The Penn Mutual Life Insurance Company

The Province of British Columbia

The Province of British Columbia

The Prudential Insurance Company of America on behalf of its Separate Account VCA-GI-7-SB-AR

The Romesh & Kathleen Wadhwani Trust

The Rutland Hospital, Inc.

The Salvation Army, a New York Religious and Charitable Corporation

The Salvation Army, a New York Religious and Charitable Corporation

THE SHENANDOAH, L.P.

The St. Louis Archdiocesan Fund

The Sumitomo Trust & Banking Co., Ltd.

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Toronto-Dominion Bank

The Trustee of the Alcan Packaging Pension Plan

The Trustees of the Jaguar Pension Plan

The Trustees of the NEI Common Investment Fund

The Trustees of the Rolls-Royce Ancillary Benefits Plan

THE UNITED COMPANY

THE UNITED COMPANY

The University of Texas Investment Management Company

The University of Texas Investment Management Company

The University of Texas Investment Management Company

The University of Texas Investment Management Company

The Walt Disney Co Master Retirement Plan

The Walt Disney Company, Attention: Alec M. Lipkind, Vice President, Counsel

The William and Flora Hewlett Foundation

THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP

THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP

THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP
THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP
Thomas Cook AG
Thomas Cook AG
Thomas E and Leona W Beck
Thomas E and Leona W Beck
Thomas Marino
Thomson Reuters Group Limited
Thomson Reuters Group Limited
TIAA Global Markets, Inc.
TIAA Structured Finance CDO I, Limited
Tiffany & Co.
TIGER ASIA FUND LP RE TIGER ASIA MANAGEMENT, LLC
TIGER ASIA OVERSEAS FUND LTDRE TIGER ASIA MANAGEME
Tiger Global II, L.P.
Tiger Global, L.P.
Tiger Global, Ltd.
TIM GOODE
Time Warner DC Plans Master Trust
TK Investment AS
TLLB2002 International Limited
TLP Trading LLC
TM-LB Claims Vehicle Ltd
TM-LB Claims Vehicle Ltd
TM-LB Claims Vehicle Ltd
TM-LB Claims Vehicle Ltd
TOB Capital LP
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
TOBACCO SETTLEMENT FINANCING CORPORATION
TOBACCO SETTLEMENT FINANCING CORPORATION
TOBACCO SETTLEMENT FINANCING CORPORATION
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
Tobacco Settlement Financing Corporation
TODAKA MINING CO, LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.

Tomar Trust
TONI ACTIONS 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT
TONI ACTIONS 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT
Tony O'Brien
Topaz Finance Limited 2005-1 EMEA 240
Topaz Finance Limited 2005-2
Torbjorn Seielstad Holding AS
Total Produce Ireland Pension Scheme
TPF GENERATION HOLDINGS, LLC
TPF GENERATION HOLDINGS, LLC
TPG-Axon Partners (Offshore), Ltd.
TPG-Axon Partners (Offshore), Ltd.
TPG-Axon Partners, LP
TPG-Axon Partners, LP
TPG-RESEARCH PARK PLAZA I&II LLC
TPG-STONEBRIDGE PLAZA II LLC
TR2 Cayman Fund
TRAFIGURA DERIVATIVES LTD
TRANQUILITY MASTER FUND LTD
TRANSAMERICA CORPORATION
TRANSAMERICA FINANCIAL LIFE INSURANCE CO
TRANSAMERICA LIFE INSURANCE COMPANY
TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO
Transamerica PIMCO Real Return TIPS, a series of Transamerica Funds
TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP
TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP
TRAXIS FUND LP
TRAXIS FUND LP
Treasurer of the State of Indiana
Tremblant Partners LP
Tremblant Partners Ltd.
TRESSLER LUTHERAN SERVICES
TRG Global Opportunity Master Fund, Ltd.
TRG Local Currency Opportunity Master Fund, Ltd.
Tricadia Distressed and Special Situations Master Fund, Ltd
Trilantic Capital Partners Fund III Cayman Rollover LP
Trilantic Capital Partners IV (Europe) LP
TRINITY HEALTH PENSION PLAN
Trude Simonsen
Trustee of the Land Rover Pension Scheme
Trustee of the Vickers Group Pension Scheme
Trustees Executors Limited
Trustees of the 3M Pension and Life Assurance Scheme

Trustees of the Parliamentary Contributory Pension Fund

Trustees of the Tate and Lyle Group Pension Scheme

Trustees of the Viridian Group Pension Scheme

Trustees of the Vivendi Universal Pension Scheme

TSS Fund, Ltd.

TSS Fund, Ltd.

TSS Fund, Ltd.

TSS Fund, Ltd.

TSS Fund, Ltd.

Tuas Power Ltd

TUCSON ELECTRIC POWER COMPANY

Tudor Global Emerging Markets Portfolio L.P.

Tudor Global Emerging Markets Portfolio L.P.

Turkiye Is Bankasi A.S.

Turkiye Sinai Kalkinma Bankasi A.S.

Turkiye Sinai Kalkinma Bankasi A.S.

TVO COACH HOUSE NORTH LLC

TVO COACH HOUSE NORTH LLC

TVO COACH HOUSE NORTH LLC

TVO COACH HOUSE NORTH LLC

TVO COACH HOUSE SOUTH LLC

TVO COACH HOUSE SOUTH LLC

TVO COACH HOUSE SOUTH LLC

TVO COACH HOUSE SOUTH LLC

TVO CORINTH PLACE LLC

TVO CORINTH PLACE LLC

TVO CORINTH PLACE LLC

TVO CORINTH PLACE LLC

Two Sigma Horizon Portfolio, LLC

Two Sigma Horizon Portfolio, LLC

Tyco Electronics Corporation as sponsor for Tyco Electronics Defined Benefit Plans Master Trust

Tyco Electronics Corporation as sponsor for Tyco Electronics Defined Benefit Plans Master Trust

Tyco International Master Retirement Trust

Tyco International Master Retirement Trust

Tykhe Fund Ltd

Tykhe Fund Ltd

TYREE, C D

Tyticus Master Fund, Ltd

U.S. Bank N.A. as Trustee for Access Group Private Student Loan Asset-Backed Notes, Series 2005-B

U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-1

U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-2

U.S. Bank N.A. as Trustee for Jefferson Valley CDO SPC 2006-1

U.S. Bank N.A. as Trustee for Lakeview CDO SPC Series 2007-2

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2003-7-A
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-10C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-21-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-21-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-4-P
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-6-A
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-9-P
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_i)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_ii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_iii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_i))
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_ii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_iii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-1-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-20-AT
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2007-4-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2008-2-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2008-3-C
U.S. Bank N.A. as Trustee for Securitized product of Restructured Collateral Limited SPC Series 2007-1
U.S. Bank N.A. as Trustee for Securitized Product of Restructured Collateral Ltd. SPC
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2003-1
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2003-2
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2004-1
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2005-1
U.S. Bank N.A. as Trustee for Sunset Park CDO Series 2005-6 Limited
U.S. Bank N.A. as Trustee for Sunset Park CDO Series 2005-6 Limited
U.S. Bank N.A. as Trustee for Sunset Park CDO-M Ltd. SPC Series 2005-3
U.S. Bank N.A. as Trustee for Tradewinds II CDO SPC Series 2006-1
U.S. Bank N.A. as Trustee for Tradewinds II CDO SPC Series 2006-1
U.S. Bank N.A., as Trustee, for Airlie CDO I
U.S. Bank N.A., as Trustee, for Airlie LCDO I (AVIV LCDO 2006-3)
U.S. Bank N.A., as Trustee, for Airlie LCDO II (Pebble Creek 2007-1)
U.S. Bank N.A., as Trustee, for AVIV LCDO 2006-2
U.S. Bank N.A., as Trustee, for AVIV LCDO I 2006-1
U.S. Bank N.A., as Trustee, for CBTC 2003-1 (American General)
U.S. Bank N.A., as Trustee, for CBTC 2003-1 (American General)
U.S. Bank N.A., as Trustee, for CBTC 2004-6 (Goldman Sachs)
U.S. Bank N.A., as Trustee, for CBTC 2004-6 (Goldman Sachs)
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 1)
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 2
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 3
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 4
U.S. Bank N.A., as Trustee, for Emeralds 2006-1

U.S. Bank N.A., as Trustee, for Emeralds 2007-1
U.S. Bank N.A., as Trustee, for Emeralds 2007-3
U.S. Bank N.A., as Trustee, for Exum Ridge 2006-2
U.S. Bank N.A., as Trustee, for Exum Ridge 2006-4
U.S. Bank N.A., as Trustee, for Exum Ridge 2006-5
U.S. Bank N.A., as Trustee, for Exum Ridge 2007-1
U.S. Bank N.A., as Trustee, for Exum Ridge 2007-2
U.S. Bank N.A., as Trustee, for Exum Ridge CBO 2006-1
U.S. Bank N.A., as Trustee, for Freedom Park
U.S. Bank N.A., as Trustee, for Gulf Stream 2005-II
U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2002-1
U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2003-1
U.S. Bank N.A., as Trustee, for Jefferson Valley 2006-1
U.S. Bank N.A., as Trustee, for Lakeview 2007-1
U.S. Bank N.A., as Trustee, for Lakeview 2007-3
U.S. Bank N.A., as Trustee, for Lakeview 2007-4
U.S. Bank N.A., as Trustee, for Madison Avenue Structured Finance Trust
U.S. Bank N.A., as Trustee, for Pantera Vive CDO
U.S. Bank N.A., as Trustee, for Pebble Creek 2006-1
U.S. Bank N.A., as Trustee, for Pebble Creek 2007-3
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AMBAC Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AXP Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, BSC Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, C Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, CFC Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, FGIC Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GECC Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GS Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, JPM Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MER Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MTG Class
U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, SLM Class
U.S. Bank N.A., as Trustee, for Robania Trust
U.S. Bank N.A., as Trustee, for SGS HY Credit Fund (Exum Ridge 2006-3)
U.S. Bank N.A., as Trustee, for White Marlin CDO 2007-1
U.S. Bank National Association
U.S. Bank National Association
U.S. Bank National Association
U.S. Bank National Association
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee
U.S. Bank National Association as Trustee (RACERS 2005-15-TR)
U.S. Bank National Association as Trustee (RACERS 2006-15-A Trust)
U.S. Bank National Association as Trustee for Ares VII CLO
U.S. Bank National Association as Trustee for Ares VIII CLO Ltd.
U.S. Bank National Association as Trustee for Ares VIII CLO Ltd.
U.S. Bank National Association as Trustee for Ares VR CLO Ltd.
U.S. Bank National Association as Trustee for Gulf Stream 2004-1
U.S. Bank National Association as Trustee for Gulf Stream 2005-1
U.S. Bank National Association as Trustee for Gulf Stream 2006-1
U.S. Bank National Association as Trustee for Gulf Stream 2007-1
U.S. Bank National Association as Trustee for ING Investment Management CLO I
U.S. Bank National Association as Trustee for ING Investment Management CLO II
U.S. Bank National Association as Trustee for RACERS 2004-25-TR 9 (classes a-1 through a-7)
U.S. Bank National Association as Trustee for RACERS 2006-16-TR
U.S. Bank National Association as Trustee for Racers 2007-5-TR
U.S. Bank National Association as Trustee for RACERS 2008-6-TR
U.S. Bank National Association, as Indenture Trustee, for those Lehman XS Net Interest Margin Notes, Series 2005-7N-1
U.S. Bank National Association, as Indenture Trustee, for those SARM NIM Net Interest Margin Notes, Series 2005-19XS-
U.S. Bank National Association, as Indenture Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2004-
U.S. Bank National Association, as Securities Administrator, for those Structured Asset Securities Corp. Mort. Pass-Throu
U.S. Bank National Association, as Successor Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 20

U.S. Bank National Association, as Successor Trustee, for those Structured Asset Securities Corp. Mort. Pass-Through Cer...

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-1)

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-2)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-1)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-2)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Copper Creek CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Emeralds 2007-2 Trust)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-2)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-3)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2008-4)

U.S. Bank National Association, as Trustee (Malachite 2006-1 Trust)

U.S. Bank National Association, as Trustee (Penn's Landing CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (RACERS 2008-5-A)

U.S. Bank National Association, as Trustee (Solar V CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-2a)

U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1

U.S. Bank National Association, as Trustee for those Lehman Brothers Small Bal. Comm. Mort. Pass-Through Certs., Serie...

U.S. Bank National Association, as Trustee for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Throug...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Loan Trust Mort. Pass Throu...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Pass Through Certs, Series 2...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, S...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, S...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, S...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, S...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, S...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, S...

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mortgage Pass-Through Cer...

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class B-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-2)

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A2A2 C...

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3A2 C...

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3B Ce...

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mortg. Pass-Through Class 1-A1B C...

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificate...

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificate...

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificate
U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Class 2-A1
U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mortgage Pass-Through Class 2
U.S. Bank National Association, as Trustee, for those Lehman ABS Manuf. Housing Contract Sr/Sub Asset-Backed Certs, S
U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mort. Pass-Through Certs., Series 2007-6
U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mortgage Pass-Through Certs, Series 2005
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certificates, Series 2007-2N
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2005-9N
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2006-10N
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2007-4N
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-1
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-3
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-12N
U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-18N
U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Throu
U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Throu
U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2007-BC2 Mort.
U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Backed Notes, Series 20
U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Pass-Through Certs, Ser
U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Pass-Through Certs, Series 2007-4
U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mort. Pass-Through Certs, S
U.S. Bank National Association, as trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Cer
U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Cer
U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust
U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust
U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust
U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust
U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust
U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust
U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A2A, Series 2006
U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A31, Series 2006
U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A32A1, Series 20
U.S. Bank Trust National Association as Trustee (RACERS 2007-A)
U.S. Bank Trust National Association as Trustee (RACERS 2007-MM)
U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-
U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-
UGF Assicurazioni S.p.A.
UGF Assicurazioni S.p.A.
UK Corporate Bond Fund - (#4692)
UK Sterling CorePLUS Fund - (#3681)
UK Sterling Inflation-Linked Fund - (#3689)
UK Sterling Investment Grade Credit Fund - (#4690)
UK Sterling Long Average Duration Fund - (#4683)

Ultra Master Ltd.

Underlying Funds Trust, on behalf of its Series Fixed Income Arbitrage - 1

Union Bank, N.A., fka Union Bank of California, N.A.

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

Union of Presentation Srs (C) Common Investment Fund

Unione di Banche Italiane Scpa

Unione di Banche Italiane Scpa

United Arab Emirates General Pension and Social Security Authority

UNITED COMPANY

UNITED COMPANY

UNITED OVERSEAS BANK

Universal Investmentgesellschaft - BRM-Universal-Funds

UNIVERSITY CLUB PARTNERS, LTD

UNIVERSITY MEDICAL ASSOCIATES

University Medical Associates of the Medical University of South Carolina

UNIVERSITY OF FLORIDA FOUNDATION INC

UNIVERSITY OF FLORIDA FOUNDATION INC

UNIVERSITY OF FLORIDA FOUNDATION INC

UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED)

Urugrain S.A.

Urugrain S.A.

US AGBANK FCB

US Airways Inc.

US CENTRAL FEDERAL CREDIT UNION

USG Corp Master Investment Tr.

UZUSHIO ELECTRIC CO.,LTD

Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H

Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H

Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H

Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H

Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H

Van Kampen Corporate Bond Fund

Van Kampen Equity and Income Fund

Van Leer Group Foundation

Vanguard 30-40 Year Duration Euro Index Fund (a sub-fund of Vanguard Investment Series plc.)

Vanguard Balanced Index Fund, a series of Vanguard Valley Forge Funds

Vanguard Fiduciary Trust Company as Trustee of the BASF Corp. Employee

Vanguard Fiduciary Trust Company Asset-Backed Securities Trust

Vanguard Fiduciary Trust Company Corporate Bond Trust

Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust

Vanguard Fiduciary Trust Company Short-Term Bond Trust

Vanguard Institutional Total Bond Market Index Fund,

Vanguard Intermediate-Term Investment-Grade Fund

Vanguard Short-Term Investment-Grade Fund (fka Vanguard Short-Term

Vanguard Short-Term Investment-Grade Portfolio, a series of Vanguard Variable Insurance Funds

Vanguard Total Bond Market Index Portfolio, a series of

Vanguard US Futures Fund, a sub-fund of Vanguard Investment Series plc

Vantagepoint Funds, on behalf of the Vantagepoint Diversified Assets F

Värde Investment Partners, L.P.

Värde Investment Partners, L.P.

VENDOME QUINTUPLE OPPORTUNITE VI

VENDOME QUINTUPLE OPPORTUNITE VI

VENDOME QUINTUPLE OPPORTUNITE VIII

VENOCO, INC.

Verizon GTE - Domestic Fixed Income Account

Verizon Master Savings Trust

Vermont Pension Investment Committee

Vermont Pension Investment Committee

VGE III Portfolio Ltd.

VIATHON CAPITAL MASTER FUND, L.P.

Vicis Capital LLC,as IM of Caledonian Bank & Trust Ltd, as trustee of Vicis Capital Master Fund, as class of Vicis Capital Ma

Vickers Group Pension Scheme

Victor David Mena Aguilar & Maria De Lourdes Nader Harp TOD All Living

Victory Capital Series, LLC Series D - Absolute Return Credit Portfoli

Viking Global Equities II LP

Viking Global Equities LP

Vincent Q. Giffuni

Vinci S.A.

Vining-Sparks IBG, Limited Partnership

VINTAGE AT CHEHALIS LLC

VINTAGE AT CHEHALIS LLC

Virginia DiChiara

Virginia DiChiara

VisionGain China Absolute Return Master Fund

Vitol Asia Pte. Ltd.

Vitol Asia Pte. Ltd.

Vitol Asia Pte. Ltd.

Vitol Asia Pte. Ltd.

Vitol Inc.

VITOL S.A.

VITOL S.A.

Vitol S.A.

Vitol S.A.

Vitol S.A.

VITOL S.A.
VITOL S.A.
VITOL, INC.
VITOL, INC.
Vittoria Fund - ACQ, L.P.
Vittoria Fund - T, L.P.
Vodafone Group Plc
Vodafone Group Plc
VOX PLACE CDO LIMITED
VOX PLACE CDO LIMITED
VR GLOBAL PARTNERS, L.P.
WA Opps Asian Secs Portfolio, L.L.C.
Wachovia Bank, National Association
Wachovia Bank, National Association
Wachovia Bank, National Association
WALTER T., MOORE
WALTER T., MOORE
WALTER T., MOORE
WALTER T., MOORE
Walter Yetnikoff
Waltraud Legat
WANG, FENG-MING
WANG, FENG-MING
War Hoover Capital
War Hoover Capital
WARD, KEVIN A.
Washington Mutual Inc. Cash Balance Pension Plan
Washington National Insurance Company
Washington State Plumbing and Pipefitting Industry Pension Plan
Washington State Plumbing and Pipefitting Industry Pension Plan
Washington State Tobacco Settlement Authority
Washington State Tobacco Settlement Authority
Waterfall Eden Master Fund, Ltd.
Waterfall Eden Master Fund, Ltd.
WATERSTONE MARKET NETURAL MAC 51 LIMITED
WATERSTONE MARKET NEUTRAL MAC 51 LIMITED
WATERSTONE MARKET NEUTRAL MAC 51 LIMITED
WATERSTONE MARKET NEUTRAL MASTER FUND LTD.
WATERSTONE MARKET NEUTRAL MASTER FUND LTD.
WATERSTONE MARKET NEUTRAL MASTER FUND LTD.
WATERSTONE MARKET NEUTRAL MASTER FUND LTD.
Watson Wyatt & Company Pension Plan for U.S. Employees
WAVE MASTER FUND LP

WAVE MASTER FUND LP

WCG MASTER FUND LTD

WCG MASTER FUND LTD

Weiss Multi-Strategy Partners LLC

Wellington Management Portfolios (Luxembourg) II - Commodities Portfolio

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II, Citigroup Emerging Markets Debt Portfoli

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II, Citigroup Emerging Markets Debt Portfoli

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II-US Equity Index Plus I Portfolio

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II-US Equity Index Plus I Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - Opportunistic Fixed Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - Opportunistic Fixed Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust-Commodities Portfolio

Wellmont Health System

WellPoint, Inc.

Wells Fargo & Company

Wells Fargo & Company

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A., as Trustee

Wells Fargo Bank, N.A., as Trustee

Wells Fargo Bank, N.A., as trustee for the Wells Fargo and Company 401(k) Plan and the Wells Fargo and Company Pens

Wells Fargo Bank, N.A., as trustee for the Wells Fargo and Company 401(k) Plan and the Wells Fargo and Company Pens

Wells Fargo Bank, National Association

Wells Fargo Bank, National Association

Wells Fargo Bank, National Association

Wells Fargo Bank, National Association not individually but solely in its capacity as Trustee of the Encore Credit Corporat

Wells Fargo Bank, National Association, as Indenture Trustee

Wells Fargo Bank, National Association, as Indenture Trustee

Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven AB

Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven AB

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for IMPAC CMB Trust Series 2

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for IMPAC CMB Trust Series 2

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SASCO 2007-OSI
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SASCO 2007-OSI
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Tr
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Tr
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Tr
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Tr
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Tr
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Tr
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 20
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interes
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interes
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interes
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interes
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest
Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest
Wells Fargo Master Trust, as Trustee
Wells Fargo Securities International Limited
Wembley National Stadium Limited
Wesley Capital Master Fund, Ltd.
Wesley Capital QP, LP
Wesley Capital, LP
WEST GATE MORTGAGE ASSETS LP
West Virginia Investment Management Board
Westar Energy, Inc.
Westar Energy, Inc.
Western & Southern Financial Group
Western Asset Absolute Return Portfolio
Western Asset Absolute Return Strategy Master Fund, Ltd.
Western Asset Asian Opportunities Fund
Western Asset Core Bond Portfolio
Western Asset Core Plus Bond Portfolio
Western Asset Global High Income Fund Inc.
Western Asset Intermediate Portfolio
Western Asset Mortgage Backed Securities Portfolio, LLC

Western Asset Opportunistic Structured Securities Portfolio , L.L.C.

Western Asset US Commodity Plus Master Fund, Ltd

Western Asset US Core Bond Fund

Western Asset US Core Bond Fund

Western Asset US Core Bond, LLC

Western Asset US Core Plus - Universal, L.L.C.

Western Asset US Core Plus Bond Fund

Western Asset US Core Plus, LLC

Western Asset US Enhanced Cash, LLC

Western Asset US Intermediate Plus, LLC

Western Asset US Limited Duration Bond Fund

Western Asset US Limited Duration, LLC

Western Asset US Long Duration L.L.C.

Western Pennsylvania Teamsters and Employers Pension Fund

Westernbank Puerto Rico

WestLB AG

WestLB AG

WestLB AG

WGZ BANK AG

WGZ BANK AG

WGZ BANK AG

WGZ BANK AG

WH2005/NIAM III East Holding Oy (f/k/a Special Purpose Vehicle No. 66 Oy)

WH2005/NIAM III East Holding Oy (f/k/a Special Purpose Vehicle No. 66 Oy)

Wharton Asian Arbitrage Fund I, a sub-fund of Wharton Asian Arbitrage

Wharton Asian Special Opportunities Company 1 Limited

Wheaton Franciscan Services, Inc. Retirement Plan

White Marlin CDO 2007-1, LTD

White Marlin CDO 2007-1, LTD

WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD.

Whitebox Convertible Arbitrage Partners, LP

WHITECREST PARTNERS LP

Whitewood Financial Partners, L.P.

William A. Obenshain Living Trust

William M. Hall

WILLIAMS GAS MARKETING INC.

Willow Re Limited

Wilmar Trading Pte Ltd

WINCENT INVESTMENT LIMITED

Winchester Medical Center, Inc.

Winchester Medical Center, Inc.

Wind Credit Arbitrage Fund and Wind Credit Arbitrage Fund Trust

Windermere Private Placement I S.A.

Windermere XII FCT, a French fonds commun de titrisation represented by Eurotitrisation
Windermere XII FCT, a French fonds commun de titrisation represented by Eurotitrisation
Windfall Investments, L.P. (ID No. 1000096085)
Windfall Investments, L.P. (ID No. 1000096085)
WINNITEX INVESTMENT COMPANY LIMITED
WINNITEX INVESTMENT COMPANY LIMITED
Woite
WOLTERS KLUWER NV
Wolverine Convertible Arbitrage Fund Trading limited
Wolverine Power Supply Cooperative, Inc.
Wong Koon Min
WONG, YIN NGOR
WONG, YIN NGOR
Woodlands Commerical Bank
Woodlands Commerical Bank
Woodlands Commerical Bank
Woodlands Commerical Bank
Woori 2 Star Derivatives Fund KH-3
Woori 2 Star Derivatives Fund KW-8
WorkCover Corporation of South Australia
WRIGHT,MICHELLE MARIE
Wuestenrot Bank AG Pfandbriefbank (formerly Wüstenrot Hypothekenbank)
Xerox (Ireland) Limited Pension Scheme
XTO Energy Inc.
XTO Energy Inc.
YAKIMA-TIETON IRRIGATION DISTRICT
YB Institutional Limited Partnership
YMCA Retirement Fund
Yonathan Ehrlich
York Asian Opportunities Master Fund, L.P.
York Capital Management LP
York Capital Management, LP
York Capital Management, LP
York Capital Mangement, LP
York Credit Opportunities Fund, LP
York Global Value Partners, LP
YORK HOSPITAL  PA
York Hospital PA
York Investment Limited
York Select Unit Trust
York Select, L.P.
Ypso France SAS
Zacisdaman, L.L.C.

ZAIS CL Ltd.
ZAIS Matrix V-A Cayman Limited
ZAIS Matrix V-B L.P.
ZAIS Matrix V-C Ltd.
ZAIS Matrix VI-A Ltd.
ZAIS Matrix VI-B L.P.
ZAIS Matrix VI-B L.P.
ZAIS Matrix VI-C Ltd.
ZAIS Matrix VI-D Ltd.
ZAIS Matrix VI-F Ltd.
ZAIS Matrix VI-I, L.P.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Scepticus Fund I, Ltd.
Zais Zephyr A-3
ZAIS Zephyr A-3, Ltd.
ZAIS Zephyr A-5, Ltd.
ZAMA INTERNATIONAL LIMITED
ZEELAND ALUMINIUM COMPANY AG
ZEELAND ALUMINIUM COMPANY AG
Zenaida Dolores Carballo C Irma Noemi Cabrera Pech JTWROS
Zephyr Fund Limited
Zephyr Recovery 2004-1 LP
Zephyr Recovery 2004-2 LP
Zephyr Recovery 2004-3 LP
Zephyr Recovery II-A LP
Zephyr Recovery II-A LP
Zephyr Recovery II-B LP
Zephyr Recovery II-C LP
Zephyr Recovery II-C LP
ZIMBLER, ANDREW. E
Zircon Finance Limited - Series 2007-19
Zircon Finance Limited - Series 2007-2
Zircon Finance Limited - Series 2007-3
Zircon Finance Limited 2007-14
Zircon Finance Limited Series 2007-1 Tranche A
Zircon Finance Limited Series 2007-1 Tranche B
Zircon Finance Limited Series 2007-10
Zircon Finance Limited Series 2007-11
Zircon Finance Limited Series 2007-12
Zircon Finance Limited Series 2007-13
Zircon Finance Limited Series 2007-15

Zircon Finance Limited Series 2007-16
Zircon Finance Limited Series 2007-17
Zircon Finance Limited Series 2007-18
Zircon Finance Limited Series 2007-5
Zircon Finance Limited Series 2007-6
Zircon Finance Limited Series 2007-8
Zircon Finance Limited Series 2007-9A
Zircon Finance Limited Series 2007-9B
Zürcher Kantonalbank
Zürcher Kantonalbank
Zurich Capital Markets Inc.
Zwinger Opco 6 BV