Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Official Committee of Unsecured Creditors of*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : |  |
|  | : |  |
| Debtors. | : |  |

------------------------------------------------------------------------- X

**NOTICE OF REVISED EXHIBIT B TO**
**REPLY IN SUPPORT OF MOTION TO ALLOW DISCLOSURE**
**OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO**
**SECTION 107(a) OF THE BANKRUPTCY CODE AND**
**REQUEST TO ENTER ORDER AS TO NON-OBJECTORS**

03690.61377/6734896.1

PLEASE TAKE NOTICE that Exhibit B to the Reply in Support of Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of The Bankruptcy Code and Request to Enter Order as to Non-Objectors (Docket No. 49377) (the "Reply") has been replaced by the attached revised and reformatted Exhibit B (the "Revised Exhibit").    The Revised Exhibit is intended to take the place of the original Exhibit B filed along with the Reply.

Dated:  May 1, 2015
      New York, New York

           Respectfully submitted,

           CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

           By:  */s/Peter J. Behmke*
               Turner P. Smith
               L.P. Harrison 3rd
               Peter J. Behmke
               *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

           QUINN EMANUEL URQUHART & SULLIVAN, LLP

           By:  */s/Andrew J. Rossman*
               Andrew J. Rossman
               Diane C. Hutnyan
               Scott C. Shelley
               Lindsay M. Weber
               *Attorneys for the Official Committee of Unsecured Creditors*