Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Official Committee of Unsecured Creditors of*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : |  |
|  | : |  |
| Debtors. | : |  |

**NOTICE OF FILING OF CORRECTED EXHIBITS A AND B TO**
**REPLY IN SUPPORT OF MOTION TO ALLOW DISCLOSURE**
**OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO**
**SECTION 107(a) OF THE BANKRUPTCY CODE AND**
**<u>REQUEST TO ENTER ORDER AS TO NON-OBJECTORS</u>**

PLEASE TAKE NOTICE that Exhibit A and Exhibit B (the "Original Exhibits") to the Reply in Support of Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of The Bankruptcy Code and Request to Enter Order as to Non-Objectors (Docket No. 49377) (the "Reply") have been replaced by the attached revised and reformatted Exhibit A and the attached Exhibit B (the "Corrected Exhibits"). The Corrected Exhibits replace and supersede the original exhibits filed with the Reply.

Dated: May 1, 2015
New York, New York

Respectfully submitted,

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/Peter J. Behmke*
Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/Andrew J. Rossman*
Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
*Attorneys for the Official Committee of Unsecured Creditors*

2