# **<u>Exhibit A</u>**

## Non-Objecting Parties

| | |
|---|---|
| 1100 VERMONT OWNER LLC | ACUITY MASTER FUND LTD |
| 1100 VERMONT OWNER LLC | Acuity Master Fund Ltd. |
| 1199 SEIU Health Care Employees Pension Fund | Adam Lindemann |
| 1199 SEIU Health Care Employees Pension Fund Index Plus | ADAR INVESTMENT FUND LTD. |
| 2004 Sicon Ltd Group Defined Benefit Pension & Death Benefit Scheme | ADAR INVESTMENT FUND LTD. |
| 3i Group PLC | ADI ARBITRAGES ABSOLU |
| 3M Employee Retirement Income Plan | ADI ARBITRAGES ABSOLU |
| 3M Employees Welfare Benefits Association Trust I | ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS |
| 3M Voluntary Investment Plan and Employee Stock Ownership Plan and 3M | ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS |
| 55 Holdingco LLC | ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS |
| 55 Holdingco LLC | ADI CONVEX |
| 820 Management Trust | ADI CONVEX |
| 820 Management Trust | ADI CONVEX |
| A.M. MCGREGOR | ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS |
| Aareal Bank AG | ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS |
| AB Svensk Exportkredit (publ) | ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS |
| AB Svensk Exportkredit (publ) | ADI CREDIT ARB ABSOLU |
| AB Svensk Exportkredit (publ) | ADI CREDIT ARB ABSOLU |
| AB2 Fund | ADI CREDIT ARB ABSOLU |
| AB2 Fund | ADI CREDIT ARB ABSOLU |
| AB2 Fund | ADI CREDIT OPPORTUNITIES |
| AB2 Fund | ADI CREDIT OPPORTUNITIES |
| Abaxbank S.p.A. | ADI EXPLORASIA c/o ADI ALTERNATIVE INVESTMENTS |
| ABBEY NATIONAL PLC | ADI EXPLORASIA c/o ADI ALTERNATIVE INVESTMENTS |
| Abeline AS | ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Emerging Market Debt Fund LLC | ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Emerging Market Debt Portfolio | ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global - Euro High Yield Bond Fund | |
| Aberdeen Global II – Euro Corporate Bond Fund | ADI HIGH YIELD c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global II - Global Aggregate Bond Fund | ADI HIGH YIELD c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global II – Global High Yield Bond Fund | ADI LONG SHORT EUROPE c/o ADI-ALTERNATIVE INVESTMENTS |
| Aberdeen Global II - Index Linked Bond Fund | ADI LONG SHORT EUROPE c/o ADI-ALTERNATIVE INVESTMENTS |
| Aberdeen Global II - Long Dated Sterling Bond Fund | ADI MULTISTRATEGIES c/o ADI-ALTERNATIVE INVESTMENTS |
| Aberdeen Global II – Long Dated Sterling Credit Fund | ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global IV - Core Plus Index Linked Bond Fund | ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global IV - Core Plus Long Dated Sterling Credit Fund | ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global IV - Core Plus Sterling Bond Fund | ADI RISK ARB ABSOLU c/o ADI ALTERNATIVE INVESTMENTS |
| Aberdeen Global IV – Core Plus Sterling Credit Fund | ADI SITUATIONS SPECIALES c/o ADI-ALTERNATIVE INVESTMENTS |
| Aberdeen Global IV - Fixed Income Alpha Fund | |
| Aberdeen High Grade Bond Fund | ADI SITUATIONS SPECIALES c/o ADI-ALTERNATIVE INVESTMENTS |
| Aberdeen Investment Funds ICVC - Aberdeen Corporate Bond Fund | |
| ABN AMRO Bank N.V. | ADM GALLEUS FUND LIMITED |
| ABRAMS CAPITAL PARTNERS II LP | ADM GLADIUS FUND LIMITED |
| ABSOLUTE SOFTWARE CORPORATION | Adolfo Carlos De La Fuente & Alejandra Romo De La Fuente JTWROS |
| ABSOLUTE SOFTWARE CORPORATION | |
| Abu Dhabi Retirement Pensions and Benefits Fund | Advanced Graphic Printing, Inc. |
| ACCESS ASIA INVESTMENT HOLDINGS (BVI) LTD | ADVANCED INFORMATION MANAGEMENT |
| Access Flex Bear High Yield Fund | Advanced Micro Devices, Inc. |
| Access Flex High Yield Fund | Advanced Micro Devices, Inc. |
| ACCESS GROUP INC SERIES 2005-A | AECO Gas Storage Partnership |
| ACCESS GROUP, INC. [2005-A INTEREST RATE SWAP] | AES Eastern Energy L.P. |
| ACCESS GROUP, INC. [2005-B INTEREST RATE SWAP] | AES Eastern Energy L.P. |
| ACCESS GROUP, INC. [2007-A INTEREST RATE CAP] | AETERNO MASTER FUND LP |
| Access VP High Yield Fund | AETERNO MASTER FUND LP |
| Accord Energy Limited | AFCO Cargo PIT LLC |
| Accord Energy Limited | AFTRA Retirement Funds |
| ACM Global Credit - U.S. Sub-Fund | AG Financial Products Inc. |
| ACM Global Credit - U.S. Sub-Fund | AGFIRST FARM CREDIT BANK |
| ACTS Retirement-Life Communities, Inc. | Agilent Technologies Inc |
| ACUITY MASTER FUND LTD | |

### Non-Objecting Parties

Agilent Technologies UK Limited Retirement Benefits Plan
AgriBank, FCB
Agricultural Bank of China Limited
Agricultural Bank of China Limited
Agustin Delgado Solis TOD Rosalinda Ramirez Rivas ALL LIVING ISSUE
Ahorro Coporación Financiera, S.V., S.A.
Ahorro Coporación Financiera, S.V., S.A.
AHV - Swiss Federal Social Security Fund
AIG Financial Products Corp.
AIG International Inc.
AIG Markets, Inc. (formerly known as AIG CDS, Inc.)
AIG Retirement Plan Inc. Retirement Master Trust
AIG-FP Structured Finance (Cayman) Limited
AIR CANADA INC
AIR CANADA INC
AIR CANADA INC
AIRASIA BERHAD
Aircraft Finance Trust
Aircraft Finance Trust
Airlie CDO I, LTD
Airlie CDO I, LTD
Airlie LCDO I (Aviv LCDO 2006-3), LTD
Airlie LCDO I (Aviv LCDO 2006-3), LTD
Airlie LCDO II (Pebble Creek 2007-1), LTD
Airlie LCDO II (Pebble Creek 2007-1), LTD
AIRLIE OPPORTUNITY MASTER FUND LTD
Akanthos Arbitrage Master Fund, L.P.
Akanthos Arbitrage Master Fund, L.P.
Aktia Bank plc
Alabama Trust Fund
Aladdin Relative Value Credit Master Fund Limited
ALAN B. LEE TRUST DTD 10/14/04
Alandsbanken Plc
Alaska Permanent Fund Corporation
ALASTAIR P BLACKWELL
ALASTAIR P BLACKWELL
ALASTAIR P BLACKWELL
Alberto Sarquis Sade & Victor Sarquis Sade JTWROS
Alberto Sarquis Sade & Victor Sarquis Sade JTWROS
Alcatel-Lucent
Alcon Laboratories Employees' Defined Contribution Plan
Aldo Hernandez
Aleppa Funding I LLC
Alf Tore Smidesang
Alfredo Amparan Gonzalez & Magaly Garza Marinez JTWROS TOD ALL LIVING
Alfredo Amparan Gonzalez & Magaly Garza Marinez JTWROS TOD ALL LIVING
Aliant Bank
Aliant Bank
ALL NIPPON AIRWAYS CO LTD
Allegiance (DC) 1150 18th Street LLC
Allergan, Inc. Pension Plan
Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft
Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft
Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft
AllianceBernstein Alternative Investments (Master) - Fixed Income High Alpha Portfolio
AllianceBernstein Bond Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio
AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Core Fixed Income Collective Trust

AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust
AllianceBernstein Variable Products Series Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio
ALLIANZ GLOBAL INVESTORS FRANCE CEA PIMCO DT
Allianz Global Investors France S.A., acting on behalf of and for the
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Kapitalanlagegesellschaft mbH
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
Allianz Global Investors Luxembourg S.A.
ALLIANZ RISK TRANSFER AG
Allied Irish Banks, p.l.c.
Allina Health System Defined Benefit Master Trust
Allina Health System Defined Benefit Master Trust
Allina Health System Defined Benefit Master Trust
Allina Health System Defined Benefit Master Trust
Allina Health System Trust
Allina Health System Trust
Allina Health System Trust
Allina Health System Trust
Alllianz Global Investors Kapitalanlagegesellschaft mbH
Allstate Life Insurance Company
Alpha Asset Management A.E.D.A.K.(on behalf of Alpha Monthly Income Foreign Bond Fund)
Alpha Bank A.E.
Alpha Bank A.E.
ALPHA DRIVE EURO CONVERTIBLES c/o ADI ALTERNATIVE INVESTMENTS
ALPHA DRIVE EURO CONVERTIBLES c/o ADI ALTERNATIVE INVESTMENTS
ALPHADYNE INTERNATIONALMASTER FUND, LTD
Alpstar European Credit Opportunity Master Fund, Ltd.
Alternative High Yield Bank Loan Pool - Acct. No. 6fpc (GMAM GP Trust I)
AM INTERNATIONAL E MAC 63 LIMITED
AM INTERNATIONAL E MAC 63 LIMITED
AM Master Fund I, LP
Amber Finance Limited
Amber Finance Limited
Amber Finance Limited
Amber Master Fund (Cayman) SPC
AMERICAN CHARTERED BANK
AMERICAN CYBERSYSTEMS
AMERICAN EQUITY INVESTMENT LIF E INSURANCE COMPANY

## Non-Objecting Parties

American Municipal Power, Inc.  f/k/a American Municipal Power-Ohio, Inc

AMERICAN NATIONAL INSURANCE COMPANY

AMERICAN TRADING

AMERICAN TRADING

AMERICAN TRADING & PRODUCTIONCO (ATAPCO)

AmeriCredit Financial Services, Inc.

Ameriprise Financial, Inc.

Amir Mehr

Amira Elena Vazquez Gallarreta-TOD-Rodrigo Vazquez G

Amira Elena Vazquez Gallarreta-TOD-Rodrigo Vazquez G

Amortizing Residential Collateral Trust Mortgage Pass-Through

Amortizing Residential Collateral Trust, Mortgage Pass

Amortizing Residential Collateral Trust, Mortgage Pass

Amortizing Residential Collateral Trust, Mortgage-Pass Through

AMP Capital Investors Limited - EFM International Share Fund 4

AMP Capital Investors Limited - EFM International Share Fund 4

AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED

An Foras Aiseanna Saothair Pension Fund

An Post Superannuation Scheme

Ana M Preciate-Medicuti & Mariana Menendez P TOD Diana E-Maria V-Manue

Ana M Preciate-Medicuti & Mariana Menendez P TOD Diana E-Maria V-Manue

Anchorage Crossover Credit Offshore Master Fund, Ltd.

Anchorage Short Credit Offshore Master Fund II, Ltd.

Anchorage Short Credit Offshore Master Fund, Ltd.

Andor Technology Fund, L.P.

Andor Technology Offshore Fund, Inc.

Andor Technology Perennial Fund, L.P.

Andreas Carlsen

Andres P. Meta and Nicolás Coyan

Andres P. Meta and Nicolás Coyan

ANF PARTNERS #1

Anglo Irish Bank Corp Plc Pension Plan

Anglo Irish Bank Corporation PLC

Anne S. McKenny

ANP FUNDING I, LLC

Anthracite Balanced Company (46) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Cayman) Limited

Anthracite Investments (Ireland) Plc - Series 12

Anthracite Investments (Ireland) Plc - Series 18

Anthracite Investments (Ireland) Plc - Series 19

Anthracite Investments (Ireland) Plc - Series 23

Anthracite Investments (Ireland) Plc - Series 27

Anthracite Investments (Ireland) Plc - Series 7

Anthracite Investments (Ireland) Plc - Series 8

Anthracite Investments (Ireland) Plc - Series 9

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Cayman) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Rated Investments (Jersey) Limited

Anthracite Rated Investments (Jersey) Limited

ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED

ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED

Anthracite Reference Company (12) Limited

antonio quintero ternero

Aozora Bank, Ltd.

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Aquamarine Finance Public Limited Company Series 2004-1

Aquamarine Finance Public Limited Company Series 2004-2

Aquamarine Finance Public Limited Company Series 2007-1

Arab Banking Corporation (B.S.C.)

Arab Banking Corporation (B.S.C.)

Arche Master Fund, L.P.

Arche Master Fund, L.P.

Archstone f/k/a Archstone-Smith Operating Trust

Archstone f/k/a Archstone-Smith Operating Trust

Archstone f/k/a Archstone-Smith Operating Trust

Archstone f/k/a Archstone-Smith Operating Trust

Archstone f/k/a Archstone-Smith Operating Trust

Archstone f/k/a Archstone-Smith Operating Trust

Archstone f/k/a Archstone-Smith Operating Trust

Archstone TIC Mezz Holdings LLC

AREA- Societe des Autoroutes Rhone Alpes

Ares Enhanced Credit Opportunities Master Fund, L.P.

ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD

ARES IX CLO LTD

Ares VIII CLO Ltd.

Ares VIR CLO Ltd.

ARG Funding Corp. Series 2005-1 A

ARG Funding Corp. Series 2005-2 A

Argos Pension Scheme Nominees Limited as Trustees of the

ARISTEIA INTERNATIONAL LIMITED

ARISTEIA PARTNERS L.P.

ARISTEIA SPECIAL INVESTMENTS MASTER LP

Arizona Public Service Company

Arlington Partners LP

Arlington Partners LP

Arlington Partners LP

Arnt Berg Rognli

ARROWGRASS MASTER FUND LTD

arsago Alternative Investments SPC for the account of arsago STIRT Seg

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO OPPORTUNI

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO OPPORTUNI

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM CURRENCI

Artradis Barracuda Fund

Artradis Barracuda Fund

Artradis Barracuda Fund

Artradis Russian Opportunities Fund

Artradis Russian Opportunities Fund

## <u>Non-Objecting Parties</u>

Artradis Russian Opportunities Fund
Artradis Russian Opportunities Fund
Artradis Volatility Opportunities Fund
Artradis Volatility Opportunities Fund
Artradis Volatility Opportunities Fund
Artradis Volatility Opportunities Fund
Arturo Giacoman & Bertha A Esparza Zorilla JTWRO TOD
ASA CALIFORNIA TAX ADVANTAGED FUND LP
ASA NY TAX ADVANTAGED FUND LP
ASA TAX ADVANTAGED RELATIVE VALUE FUND LP
ASA TAX ADVANTAGED RELATIVE VALUE FUND LP
ASA TAXABLE RELATIVE VALUE FUND LTD
Asahi Mutual Life Insurance Co.
ASBL Fonds de Pension et de Prévoyance de la S.A. IBM
Belgium
Asbury Atlantic, Inc.
Asbury-Solomons, Inc.
Ascension Health  - Health System Depository Index Plus
Account
Ascension Health - Health System Depository HSD
Ascension Health Insurance VEBA - Core Full
Ascension Health Insurance, Ltd - Core Full
Ascension Health Retirement Trust - Core Full Account
ASHTON FOREST PARK, LP
Asian Century Quest (QP), LP
Asian Century Quest Fund LP
Asian Century Quest Offshore Fund, Ltd.
ASIAN CRC HEDGE FUND
Asian Inflation Response Fund - (#4634)
ASIAN MULTI FINANCE HEDGE FUND
ASIAN SBC HEDGE FUND
ASIAN SPECIAL FINANCE HEDGE FUND
Aspen Bell, Limited
Aspen Lucian Limited
Aspen Noah, Limited
Asset Managers International Ltd. (attn of Carolyn Hiron)
Assicurazioni Generali S.p.A.
Associated Bank, National Association
AstraZeneca Pensions Trustee Limited
AstraZeneca Pensions Trustee Limited
Astrea LLC
AT&T Inc. f/k/a SBC Communications Inc.
AT&T Inc. f/k/a SBC Communications Inc.
ATEL TRADING
ATEL TRADING
Atlantic International Finance Limited
ATOUT EUROLAND
ATOUT EUROLAND
ATOUT FRANCE
Atrium III
Atrium III
Atrium III
ATTIC ANGEL ASSOCIATION
Attorneys' Liability Assurance Society
AUGUSTUS AM LTD A/C PARK GATE(ALTMA FUND)
AURELIUS CAPITAL MASTER, LTD.
AURELIUS CAPITAL PARTNERS LP
Auriel Funds PLC
Auriel Funds PLC
Austin Capital Safe Harbor Portable Alpha Offshore Fund Two,
Ltd.
Australia and New Zealand Banking Group Limited
Australia and New Zealand Banking Group Limited

Autonomy Master Fund Limited
Autonomy Rochevera One Limited
Avenue International Master, L.P.
Avenue International Master, L.P.
Avenue International Master, L.P.
Avenue Investments, L.P.
Avenue Investments, L.P.
Avenue Special Situations Fund IV, L.P.
Avenue Special Situations Fund IV, L.P.
Avenue Special Situations Fund V, L.P.
Avenue Special Situations Fund V, L.P.
Avenue-CDP Global Opportunities Fund, L.P.
Avenue-CDP Global Opportunities Fund, L.P.
Avila Master L.P.
Avista Corporation
Aviv LCDO 2006-1, Limited
Aviv LCDO 2006-1, Limited
Aviv LCDO 2006-2, Limited
Aviv LCDO 2006-2, Limited
AXA BELGIUM SA
AXA FRANCE VIE
AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA
EQUITY D
AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA
EQUITY L
AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF WIN-
FONDS
AXA IM PARIS ACTING FOR & ON BEHALF OF MATIGNON
PROTECTION COLLECTIVES
AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON
PROTECTION VIE
AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON TC
AXA INSURANCE UK PLC
AXA INTERLIFE S.P.A
AXA Life Ltd (formerly Winterthur Life)
AXA PPP HEALTHCARE LIMITED
AXA SA
AXA SUN LIFE PLC
AXA WORLD FUNDS - SUB FUND ALPHA CREDIT BONDS
AXIS ACM INC.
Axis Bank Ltd, Treasury
AZIENDA ELETTRICA TICINESE
B Y Partners, L.P.
B Y Partners, L.P.
B. Gene Carter
B. Gene Carter
Baker Hughes Incorporated Retirement Plan Master Trust
Balestra Capital Partners, LP
Balestra Capital Partners, LP
Ball Corporation Master Pension Trust
Baltimore County Employee's Retirement System
Banca Akros S.p.A.
Banca Aletti & C. S.p.A.
Banca Aletti & C. S.p.A.
Banca Aletti & C. S.p.A.
Banca Aletti & C. S.p.A.
BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA
COOPERATIVA
BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA
COOPERATIVA
Banca di Credito Populare
Banca Fideuram S.p.A.
Banca IMI S.p.A.

## Non-Objecting Parties

Banca IMI S.p.A.
Banca IMI S.p.A.
Banca Intermobiliare di Investimenti e Gestioni SpA
BANCA INTESA INFRASTRUTTUREE SVILUPPO SPA
Banca Italease S.p.A.
Banca Italease S.p.A.
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA'
COOPERATIVA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA'
COOPERATIVA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA'
COOPERATIVA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA'
COOPERATIVA
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO
Banca Popolare di Milano Società Cooperativa a r.l.
Banca Popolare di Novara S.p.a. (formerly known as Banca
Popolare di Novara S.C.a.R.L.
Banca Popolare Pugliese s.c. per az.
Banca Profilo S.p.A.
Banca Profilo S.p.A.
BANCA PROFILO S.P.A.
BANCA PROFILO SPA
BANCA VALSABBINA SCPA
Bancaja Fondos, SGIIC, S.A.
Bancaja Fondos, SGIIC, S.A.
Bancaja Fondos, SGIIC, S.A.
Bancaja Fondos, SGIIC, S.A.
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bradesco S.A.
BANCO COOPERATIVO ESPAÑOL, S.A.
BANCO DE INVESTIMENTO GLOBAL SA
BANCO DE ORO UNIBANK, INC
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Español de Crédito, S.A.
Banco Espirito Santo de Investimento, S.A.
Banco Espirito Santo, S.A.
Banco Finantia S.A.
Banco Finantia S.A.
Banco Inverlat S A FID 10179
Banco Itau BBA S.A.
Banco Itau BBA S.A.
Banco Mercantil del Norte S.A.
Banco Popular Español, S.A.
Banco Santander - Chile
Banco Santander (México), S.A. Institución de Banca Múltiple
Grupo Financiero Santander

Banco Santander Puerto Rico
Banco Santander, S.A.
BANCO VOTORANTIM S.A., NASSAU
Bangko Sentral NG Pilipinas
Banif - Banco de Invsetimento, S.A.
BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT
Bank Indonesia
Bank Leumi (Switzerland) Ltd.
Bank Leumi le-Israel B.M.
Bank Leumi le-Israel B.M.
Bank Leumi le-Israel B.M.
Bank Leumi USA
BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND
DERIVATIVES AGENT ON BEHALF OF LEHMAN MORTGAGE
TRUST, SERIES 2005-3
BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND
DERIVATIVES AGENT ON BEHALF OF LEHMAN XS TRUST, SERIES
2006-19
BANK OF AMERICA, N.A., AS TRUSTEE AGENT AND SWAP
AGENT ON BEHALF OF STRUCTURED ASSET INVESTMENT LOAN
TRUST, SERIES 2005-1
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF CEAGO ABS CDO 2007-1
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF LEHMAN XS TRUST, SERIES 2006-11
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF LEHMAN XS TRUST, SERIES 2006-15
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUST,
SERIES 2004-4
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF STRUCTURED ASSET INVESTMENT LOAN TRUST,
SERIES 2005-2
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION,
2005-NC1
BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION,
2006-RF1
Bank of China
Bank of China
Bank of Estonia
Bank of Ireland Asset Management Equity Mutual Fund
Bank of Ireland Asset Management Managed Mutual Fund
BANK OF OKLAHOMA
Bank of Scotland plc
Bank of Scotland plc
Bank of Scotland plc
Bank of Scotland plc
BANK OFAMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON
BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION,
2005-WF1
BANK SARASIN & CO. LTD
BANK SARASIN & CO. LTD
BANK SARASIN & CO. LTD
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA
Bank Syz & Co SA

## Non-Objecting Parties

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA

Bank Syz & Co SA

Bank Vontobel AG

BANKERS LIFE & CASUALTY INSURANCE COMPANY

BANKERS LIFE & CASUALTY INSURANCE COMPANY

BANKINTER GESTIÓN DE ACTIVOS S.A. S.G.I.I.C., acting for and on behalf of Bankinter Doble Garantizado, F.I.

Bankinter Gestión de Activos, S.A. S.G.I.I.C.  acting for and on behalf of BK Memoria 6 por 4 Garantizado II, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter BK Memoria 6x4 Garantizado, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter Incentivo Europa II Garantizado, F.I.

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria II, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria, FI

Bankinter, S.A.

Banque AIG

BANQUE CANTONALE VAUDOISE

Banque d'Orsay

Banque Edel SNC

BANQUE FEDERATIVE DU CREDIT MUTUEL

Banque Finama SA

Banque Populaire - Caisse d'Epargne

Banque Saudi Fransi

Bar of Ireland Retirement Trust Scheme - Managed Fund

Barloworld Pension Trust Limited

Bartol Family Partnership LP

BARTON CREEK SENIOR LIVING CENTER, INC.

BARTON CREEK SENIOR LIVING CENTER, INC.

Basler Kantonalbank

BASS, EDWARD P.

Basso Fund Ltd.

Basso Fund Ltd.

Basso Holdings Ltd.

Basso Holdings Ltd.

Basso Multi-Strategy Holding Fund Ltd.

Basso Multi-Strategy Holding Fund Ltd.

Basswood Financial Partners, L.P.

Basswood International Fund, Inc.

Basswood Opportunity Fund, Inc.

Basswood Opportunity Partners, LP

Baupost Limited Partnership 1983 A-1

Baupost Limited Partnership 1983 B-1

Baupost Limited Partnership 1983 C-1

Baupost Value Partners, L.P.-I

Baupost Value Partners, L.P.-II

Baupost Value Partners, L.P.-III

Baxter Healthcare Ireland Retirement and Death Benefit Plan

Bayerische Hypo-Und Vereinsbank AG

Bayerische Hypo-Und Vereinsbank AG

Bayerische Hypo-Und Vereinsbank AG

Bayerische Hypo-Und Vereinsbank AG

Bayerische Landesbank

Bayview Financial, L.P.

Bayview Financial, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBT FUND, L.P.

BBVA Bancomer S.A. Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer

Beaford Investments Limited

Beatriz Fuente De Abraham & Pablo Abraham Kuri-TOD-Jose Abraham K-

Beatriz Fuente De Abraham & Pablo Abraham Kuri-TOD-Jose Abraham K-

Beatriz V Sanchez S & Beatriz Suarez A TOD Manuel A Sanchez P

Beatriz V Sanchez S & Beatriz Suarez A TOD Manuel A Sanchez P

BEAVER CREEK GLOBAL FUND SPC

becker, donald p, m.d.

BECKER, DONALD P., M.D.

BECKER, DONALD P., M.D.

BECKER, DONALD P., M.D.

BECKER-PUTZE, CHRISTIANE & JURGEN PUTZE

BECKER-PUTZE, CHRISTINE AND JURGEN PUTZE

Bedfordshire Pension Fund

Bell Atlantic Master Trust c/o Verizon Investment Management Corp.

Ben Van de Bunt

BENETTON INTERNATIONAL SA

BENETTON INTERNATIONAL SA

Bente Astrid Kvisgaard

Berlin-Hannoversche Hypothekenbank AG

Bernard Marcus

Berner Kantonalbank AG

Beryl Finance Limited ("Beryl") Series 2006-15 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-14 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-5 Tranche A

Beryl Finance Limited ("Beryl") Series 2008-7 Tranche A

Beryl Finance Limited 2005-10

Beryl Finance Limited 2005-14

Beryl Finance Limited 2005-15

Beryl Finance Limited Series 2005-1

Beryl Finance Limited Series 2005-11

Beryl Finance Limited Series 2005-12

Beryl Finance Limited Series 2005-16

Beryl Finance Limited Series 2005-2

Beryl Finance Limited Series 2005-4

Beryl Finance Limited Series 2005-7

Beryl Finance Limited Series 2006-10

Beryl Finance Limited Series 2006-11

Beryl Finance Limited Series 2006-12

Beryl Finance Limited Series 2006-13

Beryl Finance Limited Series 2006-14

Beryl Finance Limited Series 2006-15 Tranche B

Beryl Finance Limited Series 2006-16

Beryl Finance Limited Series 2006-17

Beryl Finance Limited Series 2006-5

Beryl Finance Limited Series 2006-6

Beryl Finance Limited Series 2007-10

Beryl Finance Limited Series 2007-11

Beryl Finance Limited Series 2007-13

Beryl Finance Limited Series 2007-14B

Beryl Finance Limited Series 2007-15

Beryl Finance Limited Series 2007-16A

Beryl Finance Limited Series 2007-16B

Beryl Finance Limited Series 2007-17

Beryl Finance Limited Series 2007-18

## Non-Objecting Parties

Beryl Finance Limited Series 2007-19
Beryl Finance Limited Series 2007-2
Beryl Finance Limited Series 2007-3
Beryl Finance Limited Series 2007-4
Beryl Finance Limited Series 2007-5B
Beryl Finance Limited Series 2007-5B
Beryl Finance Limited Series 2007-7
Beryl Finance Limited Series 2007-8
Beryl Finance Limited Series 2007-8
Beryl Finance Limited Series 2007-9
Beryl Finance Limited Series 2008-1
Beryl Finance Limited Series 2008-10
Beryl Finance Limited Series 2008-11
Beryl Finance Limited Series 2008-12
Beryl Finance Limited Series 2008-13
Beryl Finance Limited Series 2008-14
Beryl Finance Limited Series 2008-15
Beryl Finance Limited Series 2008-15
Beryl Finance Limited Series 2008-16
Beryl Finance Limited Series 2008-17
Beryl Finance Limited Series 2008-2
Beryl Finance Limited Series 2008-3
Beryl Finance Limited Series 2008-4
Beryl Finance Limited Series 2008-5
Beryl Finance Limited Series 2008-6
Beryl Finance Limited Series 2008-7B
Beryl Finance Limited Series 2008-8
Beryl Finance Limited Series 2008-9
BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE
BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE
BFT GESTION ON BEHALF OF BFT VOL 2
BFT GESTION ON BEHALF OF IENA OPPORTUNITES
INTERNATIONALES
BG Bau Berufsgenossenschaft der Bauwirtschaft c/o Sarah
Carter
BG Energy Merchants LLC
BG International Limited
BHATIA, KAMAL & RUCHI
BHF-Bank Aktiengesellschaft
BHF-Bank Aktiengesellschaft
BHF-Bank Aktiengesellschaft
BHF-Bank Aktiengesellschaft
BIAM Pension Scheme
BIAM Pension Scheme
BIGOS-SIBLEY TOWER, LLC
BIOPHARM INSIGHT
Bjorn Egil Kjos
Bjørn Runar Nes
BLACK BEAR INVESTMENT FUND, LLC
BLACK BEAR INVESTMENT FUND, LLC
Black Diamond Arbitrage Offshore Ltd.
Black Diamond Arbitrage Offshore Ltd.
Black Diamond Offshore Ltd.
Black Diamond Offshore Ltd.
BLACK RIVER ASIA FUND LTD.
BLACK RIVER COMMODITY ENERGY FUND LLC
BLACK RIVER COMMODITY FUND LTD
BLACK RIVER COMMODITY SELECT FUND LTD
BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND
LTD.
BLACK RIVER EMCO MASTER FUND LTD
BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD

BLACK RIVER FIRV OPPORTUNITY MASTER FUND LTD
BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD
BLACK RIVER GLOBAL CREDIT FUND LTD.
BLACK RIVER GLOBAL EQUITY FUND LTD.
BLACK RIVER GLOBAL INVESTMENTS FUND LTD.
BLACK RIVER MUNICIPAL FUND LTD.
BLACK RIVER MUNICIPAL FUND LTD.
Blackport Capital Fund, Ltd.
BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY
FUND III LTD.
blanche kinsley
BLOCH, STEPHEN R.
BLOCH, STEPHEN R.
Blue Angel Claims, LLC, (Transferor: BKW FMB Energie AG)
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Rock Core Fixed Income Portable Alpha Fund II, L.P.
BlueCrest Capital International Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Strategic Limited
BlueCrest Strategic Limited
BlueCrest Strategic Limited
BlueCrest Strategic Limited
BlueMountain Equity Alternatives Master Fund, L.P.
BlueMountain Timberline Ltd.
BMW (UK) Trustees Limited
BOARD OF EDUCATION OF THE CITY OF CHICAGO
BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA
bonfanti diego
Bonten Media Group Inc. / Bonten Media Group Holdings, Inc.
BONY
Bosque Power Company, LLC
Boultbee (Västerås) AB
BP Canada Energy Company
BP Corporation North America Inc.
BP Gas Marketing Limited
Bradford & Bingley PLC
Brahman C.P.F. Partners, L.P.
Brahman C.P.F. Partners, L.P.
Brahman Investments I (SPV), Ltd.
Brahman Investments II (SPV), Ltd.
Brahman Investments II (SPV), Ltd.
BRCH CORPORATION
BRE BANK SA
BRE BANK SA
BRE BANK SA
BRE BANK SA
BRE BANK SA
BRED Banque Populaire
BreitBurn Operating L.P.
BreitBurn Operating L.P.
BREMER LANDESBANK KREDITANSTALT OLDENBURG
BREMER LANDESBANK KREDITANSTALT OLDENBURG
BRETHREN VILLAGE
BREWSTER, MICHAEL
BRIAN E., HAHN
Brickman Group Holdings, Inc
Brickman Group Holdings, Inc
Brigade Leveraged Capital Structures Fund Ltd.
Brigadier Capital Master Fund Ltd.

## Non-Objecting Parties

Britannia Building Society Pension Scheme
British Sky Broadcasting Limited
BRK/A Investors, L.L.C.
BRM GROUP LTD.
Broad Market XL Holdings Ltd. (In Official Liquidation)
Broad Peak Master Fund Ltd.
BROOKDALE GLBL OPPTY FUND
BROOKDALE INTL PRTNRS LP
Brookdale Senior Living
Brookdale Senior Living
Brown Thomas Group Staff Pension Scheme
Brownstone Partners Catalyst Master Fund, Ltd.
Brownstone Partners Catalyst Master Fund, Ltd.
Bruce Brisley
BT Institutional Hedged Global Bond Fund
Building Equity Sooner for Tomorrow
Building Equity Sooner for Tomorrow
Building Equity Sooner for Tomorrow
BUNGE SA
BUNGE SA
BUNGE SA
BUNGE SA
BUNGE SA
BUNGE SA
BUNGE SA
BUNGE SA
Business Development Bank of Canada - Currency Overlay
Business Development Bank of Canada - Currency Overlay
BUTTERFIELD BANK
Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of
HFR EM Advantage Master Trust
BWA/H.E.S.T AUSTRALIA LTD.
C.A.O.G.A.
C.H.I. Operating - Intermediate Bond Portfolio
C.H.I. Retirement - Intermediate Bond Portfolio
C.H.I. Retirement - Intermediate Bond Portfolio
C.P.G. Società di Cartolarizzazione a r.l.
CAAM AGGREGATE MONDE C/o Crédit Agricole Asset
Management
CAAM AGGREGATE MONDE C/o Crédit Agricole Asset
Management
CAAM FUNDS ARBITRAGE VAR 2 GBP C/o Crédit Agricole Asset
Management
CAAM FUNDS ARBITRAGE VAR 2 GBP C/o Crédit Agricole Asset
Management
CAAM FUNDS LDI GILT PLUS GBP
CAAM FUNDS LDI INDEX LINKED PLUS GBP
CAAM FUNDS VOLATILITY WORLD EQUITIES
CAAM GLOBAL EMERGENTS C/o Crédit Agricole Asset
Management
CAAM INTERINVEST - INTERNATIONAL DEBTS
CAAM INVEST VAR 20 USD
CAAM MONETAIRE PEA
CAAM MONETAIRE PEA
Cable & Wireless Pension Trustee Limited
CACEIS Bank Luxembourg
CAISSE FEDERALE DU CREDIT MUTUEL DE MAINE-ANJOU
Caisse Régionale de Crédit Agricole Mutuel Charente Périgord
Caisses D'Epargne Participations (formerly known as Caisse
Nationale des Caisses D'Epargne et de Prevoyance)
Caixa d'Estalvis del Penedès
Caixa d'Estalvis del Penedès

Caixa Penedes Gestio, S.G.I.I.C., S.A., acting for and on behalf
of Fonpenedes Garantit Interes Mes Borsa IX (now
"Fonpenedes Garantit IX:Petroli, FI"
Caixa Penedes Pensions E.G.F.P., S.A., acting for and on behalf
of Penedes Pensio 1
CAIXANOVA
CAIXANOVA
CAJA DE AHORROS DE GALICIA
CAJA DE AHORROS DE SALAMANCA Y SORIA
CAJA DE AHORROS DE SALAMANCA Y SORIA
CAJA DE AHORROS DE SALAMANCA Y SORIA
Caja de Ahorros de Valencia, Castellon y Alicante, Bancaja
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
caja de ahorros del mediterráneo
Caja de Ahorros y Monte de Piedad de Madrid
Caja de Ahorros y Monte de Piedad de Madrid
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y
Rioja
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y
Rioja
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y
Rioja
Caja de Ahorros y Pensiones de Barcelona
California Public Employees' Retirement System
California Public Employees' Retirement System
California State Teachers Retirement System Fixed Income
California Winery Workers Pension Plan Trust Fund
CALYON
CALYON
CALYON
CALYON
Cameron McKinney LLC a/c REPE LBREP III LLC
Camulos Master Fund LP
Canada Life Assurance (Ireland) Limited
Canada Life Assurance (Ireland) Limited
Cancer Research UK
CANYON BALANCED EQUITY MASTER FUND LTD
CANYON CAPITAL ARBITRAGE MASTER FUND, LTD.
CANYON CAPITAL ARBITRAGE MASTER FUND, LTD.
Canyon Country Communities, L.P.
CANYON VALUE REALIZATION FUND (CAYMAN) LTD.
CANYON VALUE REALIZATION FUND (CAYMAN) LTD.
CANYON VALUE REALIZATION FUND L.P.
CANYON VALUE REALIZATION FUND L.P.
CANYON VALUE REALIZATION MAC 18 LTD
CANYON VALUE REALIZATION MAC 18 LTD
CANYON VALUE REALIZATION MAC 18 LTD
CAP FUND LP
CAP FUND LP
CAP FUND LP
CAP FUND LP
CAP FUND LP
CAP FUND LP
Capital Automotive L.P.
Capital Guidance (Fund) Ltd.
Capital Ventures International c/o Susquehanna Advisors
Group, Inc.
Capitalia Spa

## Non-Objecting Parties

Capitalia Spa
CapStar Copley LLC c/o Lehman Brothers Real Estate Partners II, L.P.
CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.
Capstone Volatility Master (Cayman) Limited
Capstone Volatility Master (Cayman) Limited
Capula Global Relative Value Master Fund Limited
Cardinal Investment Sub I, L.P.
Cardinal Investment Sub I, L.P.
Cargill International Trading Pte Ltd.
Cargill International Trading Pte Ltd.
Cargill, Incorporated
Cargill, Incorporated
Carillon Limited
Carillon Limited
Carimonte Holding SpA
Carla Hahn
Carlos A. Fierro and Jennifer L. Tonkel
Carlos R Menendez L & Carlos R Menendez N & Maria L Gomory M JTWROS to
Carlos R Menendez L & Carlos R Menendez N & Maria L Gomory M JTWROS to
Carlyle Credit Partners Master Fund
Carlyle Europe Real Estate Partners II PV, L.L.C. Series 2005-1
Carlyle Europe Real Estate Partners II PV, LLC, Series 2006-1A
Carlyle High Yield Partners IX, Ltd.
Carmen D. Jimenez-Gandara
CAROLINA FIRST BANK
CASAM ADI CB Arbitrage Fund Limited, a company incorporated under the
CASAM CAAM Equity Market Neutral Fund Limited
CASAM GLG European Equity Market Neutral Fund Limited, a company
CASAM GLG European Equity Market Neutral Fund Limited, a company
CASAM GLG European Long-Short Fund Limited, a company incorporated
CASAM GLG European Long-Short Fund Limited, a company incorporated
CASPIAN CAPITAL PARTNERS LP
CASSA DEPOSITI E PRESTITI S.p.A.
CASSA DI RISPARMIO DI ASTI
cassa di risparmio di cento
CASTLE MARKET HOLDINGS LIMITED
Castlestone Management
Caterpillar Defined Contribution Plan
Caterpillar Inc. Group Insurance Trust (VEBA)
Caterpillar Inc. Pension Master Trust
Cathay United Bank
Cathay United Bank
Caxton International Limited
CBARB, a segregated account of Geode Capital Master Fund Ltd, a Bermuda exempted mutual fund company registered as segregated accounts company.
CBARB, a segregated account of Geode Capital Master Fund Ltd, a Bermuda exempted mutual fund company registered as segregated accounts company.
CCP Quantitative Master Fund Limited
CCP Quantitative Master Fund Limited
CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM

CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM
CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM
CEDAR DKR Holding Fund Ltd.
Cedar Hill Capital Partners Offshore, Ltd.
Cedar Hill Capital Partners Onshore, LP
Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan
Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1
Central Pension Fund of the IUOE
CENTRAL PUGET SOUND REGIONAL TRANSIT
CENTRAL PUGET SOUND REGIONAL TRANSIT
CENTRAL STREAM SHIPPING CORPORATION
CENTRAL STREAM SHIPPING CORPORATION
CENTRAL STREAM SHIPPING CORPORATION
CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA
Cerberus International, Ltd.
Ceská Sporitelna, a.s.
Ceská Sporitelna, a.s.
Ceská Sporitelna, a.s.
Ceská Sporitelna, a.s.
Cetus Capital, LLC
Cetus Capital, LLC
CFCM LOIRE-ATLANTIQUE ET CENTRE-OUEST
CFIP Master Fund, Ltd.
Champlain CLO Ltd. c/o Invesco Senior Secured Management, Inc.
Charitable Trust of the Jesuit Fathers Main Fund
Charitable Trust of the Jesuit Fathers Rathfarnham Account
Charles Fabrikant
Charles Fabrikant
charles mc conaghy
Charles Schwab Trust Company
Charles Weingarten
Charles Weingarten
CHATHAM ASSET HIGH YIELD MASTER FUND LTD.
Chesapeake Energy Corporation
Chesapeake Partners Limited Partnership
Chesapeake Partners Master Fund, Ltd
Chi Ho WAN
CHIBA BANK, LTD. (THE)
CHIBA BANK, LTD. (THE)
CHIBA BANK, LTD. (THE)
CHIBA BANK, LTD. (THE)
Chicago Public School Teachers' Pension and Retirement Fund
Chilton New Era Partners, L.P.
China CITIC Bank Corporation Limited
China Construction Bank Corporation
China Development Bank Corporation
CHINA DEVELOPMENT INDUSTRIAL BANK
CHINA MERCHANTS BANK C O., LIMITED
China Minsheng Banking Corp.,Ltd
China Minsheng Banking Corp.,Ltd
China Minsheng Banking Corp.,Ltd
China Minsheng Banking Corp.,Ltd
CHINATRUST COMMERCIAL BANK
CHINATRUST COMMERCIAL BANK
Christoph Henkel
CHRISTOPH LADANYI
CIBA UK Pension Trust Ltd
CIBC Bank and Trust Company (Cayman) Limited,

### Non-Objecting Parties

CIBC Bank and Trust Company (Cayman) Ltd.
CIBC Bank and Trust Company (Cayman) Ltd.
CIBC Bank and Trust Company (Cayman) Ltd.
CIFG Services, Inc., as Trustee of New Generation Funding Trust 15
CIFG Services, Inc., as Trustee of New Generation Funding Trust 16
CIFG Services, Inc., as Trustee of New Generation Funding Trust 37
CIFG Services, Inc., as Trustee of New Generation Funding Trust 38
CIFG Services, Inc., as Trustee of New Generation Funding Trust 39
CIFG Services, Inc., as Trustee of New Generation Funding Trust 83
Cirene Finance S.r.l.
Cirrus Master Limited
CIT Group Inc.
CIT Group Inc.
Citibank Japan Ltd.
Citibank Korea Inc.
Citibank Korea Inc.
Citibank Korea Inc.
Citibank Korea Inc.
Citibank Korea Inc.
Citigroup 401 K Plan
Citigroup Trust - Delaware, N.A.
CITIZENS NATIONAL BANK
City of Cleveland, Ohio
City of Milwaukee
City of Phoenix Employees' Retirement Plan
City of Zurich Pension Fund (Pensionskasse Stadt Zurich)
City of Zurich Pension Fund (Pensionskasse Stadt Zurich)
City University of Hong Kong
City View Plaza, S.E.
Claren Road Credit Master Fund, Ltd.
Claren Road Credit Master Fund, Ltd.
Clariden Leu Ltd.
Clarium L.P.
Clarium L.P.
Clerical Medical Managed Funds Limited a/c SF501
Clerical Medical Managed Funds Limited a/c SF502
Cleveland Clinic Foundation (Non-Erisa)
Cleveland Clinic Pension (Erisa)/CCHS Retirement Plan
CLIKEO
CLIKEO 3
Clinton Madison Master Fund, LTD
Clinton Magnolia Master Fund, Ltd
Clinton Multistrategy Master Fund, Ltd
Close Investments Portfolio plc - Long Dated Sterling Credit Fund
CMAP Mount Row
CMC Magnetics Corporation
CM-CIC Asset Management
CME GROUP INC
CME GROUP INC
CNH Pension Tr - Core Plus Fixed Income
CNP Assurance
Coast Diversified Fund, Ltd.
COLISEE RE (previously named AXA RE)
Colonial BancGroup, Inc.
Colorado Housing & Financing Authority (1000091888)
COLORADO HOUSING AND FINANCE AUTHORITY

Columbia Core Bond Fund
Columbia Income Fund
Columbia Intermediate Bond Fund
Columbia Total Return Bond Fund
Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part
Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part
Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part
Commerzbank AG
Commerzbank AG
Commerzbank AG
Commerzbank AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
COMMERZBANK AG
Commingled Pension Trust Fund (Corporate High Yield) of JPMCB, N.A.
Commingled Pension Trust Fund (Emerging Markets Opportunity-Fixed Inco
Commingled Pension Trust Fund (Intermediate Bond) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Public Bond) of JPMCB, N.A
Commingled Pension Trust Fund (Long Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Long Duration Investment Grade) of JPMC
Commingled Pension Trust Fund (Long Duration Plus) of JPMCB, N.A.
Commodity Real Return Strategy Fund - (#4600)
Commonfund Credit Opportunities Company
COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE)
COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE)
Commonfund Institutional Core Plus Bond Fund, LLC
Commonwealth Bank of Australia
Commonwealth Bank of Australia
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Comp Holdings Incorporated
Compagnie Monégasque de Banque
COMPASS BANK
Compass HTV LLC
Compass HTV LLC
Compass Offshore HTV PCC Limited
Compass Offshore HTV PCC Limited
CONAGRA TRADE GROUP, INC.(MNA)
Concepcion Paulin De Malagon & Ma A L D S C Malagon P JTWROS TOD ali
Concepcion Paulin De Malagon & Ma A L D S C Malagon P JTWROS TOD ali
CONCORDIA MAC 29 LIMITED

## Non-Objecting Parties

Concordia University Pension Plan
CONFEDERACION ESPAÑOLA DE CAJAS DE AHORROS
CONFEDERACION ESPAÑOLA DE CAJAS DE AHORROS
Congregation of the Sisters of Mercy - Southern Province
Congregational Homes, Inc. d/b/a Mt. San Antonio Gardens
CONOCOPHILLIPS (UK) LTD
ConocoPhillips Company
Conseco Insurance Company
Conseco Insurance Company
Conseco Life Insurance Company
Conseco Life Insurance Company
Consolidated Edison Pension Plans Master Trust
Construction Industry Laborers Pension Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consumer Unsecured Reperforming Loans (CURL) PLC
CONTINENTAL CASUALTY COMPANY
Contrarian Funds, LLC as assignee of Austin Capital Sage Harbor Portab
Contrarian Funds, LLC as assignee of Baring Emerging Markets Debt Fund
Contrarian Funds, LLC as assignee of Baring Emerging Markets Debt Fund
Contrarian Funds, LLC as assignee of Bright Start College Savings Trus
Contrarian Funds, LLC as assignee of Findomestic Banca SPA
Contrarian Funds, LLC as assignee of Footbridge Limited Trust
Contrarian Funds, LLC as assignee of Fortrinn Volatility Fund Ltd.
Contrarian Funds, LLC as assignee of Gandhara Master Fund Ltd.
Contrarian Funds, LLC as assignee of MKM Longboat Multi-Strategy Master
Contrarian Funds, LLC as assignee of OFI Institutional Commodities Str
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Short Duration
Contrarian Funds, LLC as assignee of OHP Opportunity Limited Trust
Contrarian Funds, LLC as assignee of Oppenheimer Commodity Strategy Total
Contrarian Funds, LLC as assignee of Oppenheimer International Value F
Contrarian Funds, LLC as assignee of Oppenheimer Limited Term Governme
Contrarian Funds, LLC as assignee of Oppenheimer Quest International V
Contrarian Funds, LLC as assignee of Oppenheimer Quest Opportunity Val
Contrarian Funds, LLC as assignee of Oppenheimer U.S. Government Trust
Contrarian Funds, LLC as assignee of OppenheimerFunds, Inc.
Contrarian Funds, LLC as assignee of Platinum Grove Contingent Capital
Contrarian Funds, LLC as assignee of SG AM EC V-CA
Contrarian Funds, LLC as assignee of Targa Resources Partners LP
Contrarian Funds, LLC as assignee of Targa Resources, Inc.
Contrarian Funds, LLC as assignee of Tempo Master Fund LP
Contrarian Funds, LLC as assignee of Tiden Destiny Master Fund Limited
Convex Master Fund Ltd.
CORE LABORATORIES LP
CORE LABORATORIES LP
Corporate Bond Portfolio
Corporate Credit (Europe) S.A.
Corus Bank, N.A.
Covalent Capital Partners Master Fund, L.P.
Covalent Capital Partners Master Fund, L.P.
CPF Board
CPF Board
CPV/CAP COOP PERSONALVERSICHERUNG
CPV/CAP Pensionskasse Coop (formerly known as CPV/CAP Coop Personalversicherung)
CPV/CAP Pensionskasse Coop (formerly known as CPV/CAP Coop Personalversicherung)
CQS ABS Master Fund Limited
CQS Asia Master Fund Limited
CQS Capital Structure Arbitrage Master Fund Limited
CQS Convertible & Quantitative Strategies Master Fund Limited
CQS Convertible & Quantitative Strategies Master Fund Limited
CQS Convertible & Quantitative Strategies Master Fund Limited
CQS Directional Opportunities Master Fund Limited
CQS Directional Opportunities Master Fund Limited
CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT
CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT
Crèdit Andorrà, S.A.
Crèdit Andorrà, S.A.
CREDIT COOPERATIF
Credit du Nord
Credit Foncier de France (assignee of Compagnie de Financement Foncier)
CREDIT INDUSTRIEL ET COMMERCIAL
CREDIT INDUSTRIEL ET COMMERCIAL
Crédit Industriel et Commercial
Crédit Industriel et Commercial
Credit Mutuel Arkea, as successor to Compagnie Financiere du Credit Mutuel
CREDIT OPPORTUNITY ASSOCIATES LLC
Credit Protection Trust 207
Credit Protection Trust 233
Credit Protection Trust 265
Credit Protection Trust 265
Credit Protection Trust 283
Credit Protection Trust 48
Credit Suisse Asset Management Funds AG
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Capital LLC
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Global Income Fund
Credit Suisse Global Income Fund
Credit Suisse Global Income Fund
Credit Suisse Global Income Fund

## Non-Objecting Parties

Credit Suisse Securities (USA) LLC
Credit Suisse Securities (USA) LLC
Credit Suisse Syndicated Loan Fund
Credit Suisse Syndicated Loan Fund
CSP II USIS HOLDINGS, L.P.
CSP II USIS HOLDINGS, L.P.
CSP II USIS HOLDINGS, L.P.
CSP II USIS HOLDINGS, L.P.
CTC MASTER FUND LTD.
CUNA MUTUAL Insurance Society
CUNA MUTUAL Insurance Society
Cura Fixed Income Arbitrage Master Fund, Ltd.
Cura Fixed Income Arbitrage Master Fund, Ltd.
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (Lux) Master S.a.r.l
CVI GVF (LUX) MASTER S.A.R.L.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CWABS Asset Backed Certificates Trust 2006-19,
CWABS Asset Backed Certificates Trust 2006-BC2, Asset-Backed
CWABS Asset Backed Notes Trust 2007-SD1 Asset Backed Notes,
CWABS Asset-Backed Certificates Trust 2007-12
CWABS Asset-Backed Certificates Trust 2007-6
CWABS Asset-Backed Certificates Trust 2007-BC2, Asset-Backed
CWABS Asset-Backed Notes Trust 2006-SD3, Asset-Backed Notes,
CWABS Asset-Backed Notes Trust 2006-SD4, Asset Backed Notes Series,

CWABS Asset-Backed Notes Trust 2007-SEA2, Asset-Backed Notes,
CWABS Asset-Backed Notes Trust 2007-SEA2, Asset-Backed Notes,
CWABS, Inc. Asset Backed Certificates Series 2005-AB4
CWABS, Inc. Asset Backed Certificates Series 2005-BC5
CWABS, Inc. Asset Backed Certificates Series 2006-13
CWABS, Inc. Asset Backed Certificates Series 2006-14
CWABS, Inc. Asset Backed Certificates Series 2006-16
CWABS, Inc. Asset Backed Certificates Series 2006-4
CWABS, Inc. Asset Backed Certificates Trust 2006-26
CWABS, Inc. Asset-Backed Certificates Series 2005-14
CWABS, Inc. Asset-Backed Certificates Series 2005-15
CWABS, Inc. Asset-Backed Certificates Series 2005-AB5
CWABS, Inc. Asset-Backed Certificates Series 2006-5
CWABS, Inc., Asset Backed Certificates Series 2006-3
CWABS, Inc., Asset Backed Certificates, Series 2006-22
CWALT, Inc. Alternative Loan Trust 2006-OC10
CWALT, Inc. Alternative Loan Trust 2006-OC3
CWALT, Inc. Alternative Loan Trust 2006-OC6
CWALT, Inc. Alternative Loan Trust 2006-OC7
CWALT, Inc. Alternative Loan Trust 2006-OC8
CWALT, Inc. Alternative Loan Trust 2007-0H2
CWALT, Inc. Alternative Loan Trust 2007-OH3  Mortgage Pass
CWHEQ Revolving Home Equity Loan Trust, Series 2006-I
CYBERAGENT FX, INC.
CYBERAGENT FX, INC.
Cynthia Wolfson
CYPRESS MANAGEMENT PARTNERSHIP
D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD.
Daiwa Securities SMBC Co. Ltd.
Daiwa Securities SMBC Co. Ltd.
DALKIA ENERGIA Y SERVICIOS S.A
Danske Bank A/S
Danske Bank A/S
Dante Finance PLC Series 2002-1
Darby Financial Products
Darby Financial Products
Daughters of Charity Fund P
David Benayoun
David Schwartz
David Schwartz
David Winton Harding
Davidson Kempner Distressed Opportunities Fund L.P.
Davidson Kempner Distressed Opportunities International Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
DB Global Masters (CQ Capital) Fund Ltd.
DBS BANK LTD (f/k/a The Development Bank of Singapore Ltd.)
DBS BANK LTD (f/k/a The Development Bank of Singapore Ltd.)
DCI LONG-SHORT CREDIT FUND
DCI LONG-SHORT CREDIT FUND
DCI LONG-SHORT CREDIT FUND
DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE
DCI Umbrella Fund PLC - Diversified Credit Investments Fund Three
DE LONGHI CAPITAL SERVICE SPA
DE LONGHI CAPITAL SERVICE SPA
Deborah E. Focht
Deborah E. Focht
Deborah E. Focht

### Non-Objecting Parties

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (1000193254)

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (1000193254)

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) (1000221591)

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) (1000221591)

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000193256)

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000193256)

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)

DEEPHAVEN EVENT TRADING LTD (1000221590)

DEEPHAVEN EVENT TRADING LTD (1000221590)

DEEPHAVEN EVENT TRADING LTD. (1000193257)

DEEPHAVEN EVENT TRADING LTD. (1000193257)

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD (1000221594)

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD (1000221594)

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. (1000193255)

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. (1000193255)

DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. (1000193258)

DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. (1000193258)

DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD. (1000193267)

DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD. (1000193267)

DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)

DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)

DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)

DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)

DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)

DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. (1000193268)

DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. (1000193268)

DEER PARK ROAD CORPORATION

DEERFIELD CAPITAL LLC

DEERFIELD CAPITAL LLC

Deerfield Relative Value Ltd.

Deerfield Relative Value Ltd.

Deerfield Relative Value Ltd.

DEL MAR MASTER FUND LTD.

DEL MAR MASTER FUND LTD.

Delaware Balanced Fund, a series of Delaware Group Equity Funds I

Delaware Balanced Fund, a series of Delaware Group Equity Funds I

Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu

Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu

Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu

Delaware Core Plus Bond Fund, a series of Delaware Group Government Fu

Delaware Corporate Bond Fund, a series of Delaware Group Income Funds

Delaware Corporate Bond Fund, a series of Delaware Group Income Funds

Delaware Corporate Bond Fund, a series of Delaware Group Income Funds

Delaware Corporate Bond Fund, a series of Delaware Group Income Funds

Delaware Diversified Income Fund, a series of Delaware Group Adviser F

Delaware Diversified Income Fund, a series of Delaware Group Adviser F

Delaware Diversified Income Fund, a series of Delaware Group Adviser F

Delaware Enhanced Global Dividend and Income Fund

Delaware Enhanced Global Dividend and Income Fund

Delaware Extended Duration Bond Fund, a series of Delaware Group Incom

Delaware Extended Duration Bond Fund, a series of Delaware Group Incom

Delaware Extended Duration Bond Fund, a series of Delaware Group Income

Delaware Extended Duration Bond Fund, a series of Delaware Group Income

Delaware Inflation Protected Bond Fund, a series of Delaware Group Gov

Delaware Inflation Protected Bond Fund, a series of Delaware Group Gov

Delaware Investments Dividend and Income Fund, Inc.

Delaware Investments Dividend and Income Fund, Inc.

DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.

DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND, INC.

Delaware Limited Term Diversified Income Fund, a series of Delaware Gr

Delaware Limited Term Diversified Income Fund, a series of Delaware Gr

Delaware River Port Authority

Delaware VIP Balanced Series, a series of Delaware VIP Trust

Delaware VIP Balanced Series, a series of Delaware VIP Trust

DELAWARE VIP DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE VIP TRUST

DELAWARE VIP DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE VIP TRUST

Delaware VIP Diversified Income Series, a series of Delaware Pooled Tr

Dell Global B.V. (Singapore Branch)

DELTA AIR LINES, INC.

Denis B. McCarthy

Denis B. McCarthy

Denis B. McCarthy

Denver Public Schools Retirement System

DENVER URBAN RENEWAL AUTHORITY

Depfa ACS Bank

DEPFA ACS BANK

DEPFA Bank plc

## Non-Objecting Parties

DEPFA Bank plc
DEPFA BANK PLC
DeSoto County Partners, LP
Detroit Edison Represented Empoyee Welfare Benefits Trust
Deutsche Bank (UK) Pension Scheme - Staff
Deutsche Bank (UK) Pension Scheme - Staff
Deutsche Bank AG, London Branch (DPG - #17756)
Deutsche Bank Energy Trading
Deutsche Bank Energy Trading
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE 2007-1-C LTD)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE SPC 2008-1)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2A)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2B)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 B)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 C)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 D)
DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 E)
Deutsche Genossenschafts-Hypothekenbank AG
Deutsche Hypothekenbank (Actien-Gesellschaft)
Deutsche Lufthansa AG
Deutsche Lufthansa AG
Deutsche Pfandbriefbank AG
Deutsche Pfandbriefbank AG
DEUTSCHE POSTBANK AG
DEUTSCHE POSTBANK AG
DEUTSCHE POSTBANK AG
DEUTSCHE POSTBANK AG
DEUTSCHE TELEKOM AG
Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money + Opportunistic Strategies
Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money 6M
Dexia Asset Management on behalf of Client
DEXIA BANK BELGIUM
DEXIA BANK BELGIUM
DEXIA BANK BELGIUM
DEXIA BANK BELGIUM
Dexia Banque International à Luxembourg
Dexia Banque International à Luxembourg
DEXIA CREDIOP S.P.A.
DEXIA CREDIT LOCAL
DEXIA CREDIT LOCAL
DEXIA CREDIT LOCAL
DEXIA CREDIT LOCAL
Dexia Kommunalbank Deutschland AG
DEXIA KOMMUNALKREDIT BANK AG
Dexia Money 3M
DHM Salt Lake City Hotel LP c/o Lehman Brothers Real Estate Partners III, L.P.
DHM Salt Lake City Hotel LP c/o Lehman Brothers Real Estate Partners III, L.P.
Diadem City CDO Limited Series 2005-1
Diadem City CDO Limited Series 2008-1
Diadem City CDO Limited Series 2008-2

Diadem City CDO Limited Series 2008-3
DIAKON LUTHERAN SOCIAL MINISTRIES
Diamond Finance PLC Series 2003-2
Diamond Finance PLC Series 2006-1E
Diamond Finance PLC Series 2006-1F
Diamond Finance PLC Series 2006-1G
Diamond Finance PLC Series 2006-1H
Diamond Finance Public Limited Company 2007-07
Diamond Finance Public Limited Company 2007-08
Diamond Finance Public Limited Company Series 2006-01I
Diamond Finance Public Limited Company Series 2006-01J
Diamond Finance Public Limited Company Series 2006-01K
Diamond Finance Public Limited Company Series 2006-01L
Diamond Finance Public Limited Company Series 2006-01M
Diamond Finance Public Limited Company Series 2006-01N
Diamond Finance Public Limited Company Series 2006-01O
Diamond Finance Public Limited Company Series 2006-01P
Diamond Finance Public Limited Company Series 2006-2
Diamond Finance Public Limited Company Series 2007-2
Diamond Finance Public Limited Company Series 2007-3A
Diamond Finance Public Limited Company Series 2007-3B
Diamond Finance Public Limited Company Series 2007-4
Diamond Finance Public Limited Company Series 2008-1
Diamond Notch Opportunities Master Fund, Ltd.
Diamondback Master Fund, Ltd.
Diamondback Master Fund, Ltd.
Diamondback Master Fund, Ltd.
DIPETRILLO, RAYMOND
Discovery Global Citizens Master Fund, Ltd.
Discovery Global Citizens Master Fund, Ltd.
Discovery Global Opportunity Master Fund
District of Columbia Retirement Board
Diversified Asian Strategies Fund
DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD
Diversified European Credit S.A.
Diversified European Credit S.A.
Diversified European Credit S.A.
Diversified Financials Europe S.A.
Diversified Inflation Strategies, LP
DKR Ibex Holding Fund Ltd.
DKR Soundshore Oasis Holding Fund Ltd.
DMR Structured Arbitrage Master Fund, Ltd.
DMR Structured Arbitrage Master Fund, Ltd.
DnB NOR Bank ASA
Dominican Sisters Regional Fund Managed Portfolio
Donald J. Litwin Revocable Trust- Donald J. Litwin, Trustee
Donald J. Litwin Revocable Trust- Donald J. Litwin, Trustee
DONALD M YOUNG
Dongbu Securities Co., Ltd.
Dongbu Securities Co., Ltd.
Double Black Diamond Offshore Ltd.
Double Black Diamond Offshore Ltd.
Douglas A. Cruikshank
DOW CORNING CORPORATION
Downtown Redevelopment Authority
Downtown Redevelopment Authority
Dr. Hans-Peter Lassak
Dr. Hartmut Giesbrecht
dr. howard sobel
Dragon Portfolio
Drake Low Duration Fund
Drake Total Return Fund
DRAKKAR 30.04.2012

## Non-Objecting Parties

| | |
|---|---|
| DRAKKAR JUILLET 2011 | EBS Building Society - Senior Management Pension Fund |
| DRAX POWER LIMITED | EBS Building Society - Staff Pension Fund |
| DRRT FBO Internationale Kapitalanlagegesellschaft mbH | E-Capital Profits Limited |
| DRRT FBO Internationale Kapitalanlagegesellschaft mbH | E-Capital Profits Limited |
| DRRT FBO Internationale Kapitalanlagegesellschaft mbH | E-CAPITAL PROFITS LIMITED |
| DRRT FBO Internationale Kapitalanlagegesellschaft mbH | ECO Master Fund Limited |
| DRRT FBO Internationale Kapitalanlagegesellschaft mbH | ECO Master Fund Limited |
| Dryden High Yield Fund, Inc. | ED AGOSTINI LIVING TRUST DTD5/12/2000 |
| DS Smith Pension Trustees Limited as Trustee of | Edison Mission Marketing & Trading, Inc. |
| DTE Energy Company Fixed Income | EDWARD & SYLVIA AGOSTINI JTWROS |
| DTE Energy Employee Benefit | EF Securities LLC |
| Duke Energy Corporation Master Retirement Trust | EFG Eurobank Ergasias SA |
| DUKE ENERGY OHIO, INC. | EFG Eurobank Ergasias SA |
| DUKE ENERGY OHIO, INC. | EFG Eurobank Ergasias SA |
| Dumfries and Galloway Council Pension Scheme | EFG Eurobank Ergasias SA |
| DUSSELDORFER HYPOTHEKENBANK AG | EFG Eurobank Ergasias SA |
| Dwight Absolute Return Fund LLC | EFG Eurobank Ergasias SA |
| Dwight Intermediate Core Plus Master Fund LLC | EFG Eurobank Ergasias SA |
| Dwight Intermediate Core Plus Master Fund LLC | EFG Eurobank Ergasias SA |
| DWS Global Bond Fund, Inc. | EFG EUROBANK ERGASIAS SA |
| DWS Global Bond Fund, Inc. | EFG EUROBANK ERGASIAS SA |
| DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD. | EFG EUROBANK ERGASIAS SA |
| DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD. | EFG EUROBANK ERGASIAS SA |
| DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD. | EFG EUROBANK ERGASIAS SA |
| Dynegy Power Marketing, Inc. | EFG Hellas PLC |
| Dynegy Power Marketing, Inc. | EFG Hellas PLC |
| DZ BANK AG Deutsche Zentral-Genossenschaftsbank | EH INC |
| DZ BANK AG Deutsche Zentral-Genossenschaftsbank | Eidesis Capital Master Fund, Ltd. |
| DZ BANK AG Deutsche Zentral-Genossenschaftsbank | Eidesis Synthetic Market Opportunities, Ltd. |
| DZ BANK AG Deutsche Zentral-Genossenschaftsbank | Eidesis Synthetic Opportunities Fund II, Ltd. |
| DZ BANK AG Deutsche Zentral-Genossenschaftsbank | Eidesis Synthetic Opportunities Fund, Ltd |
| DZ BANK AG Deutsche Zentral-Genossenschaftsbank | Einar Feet |
| E*TRADE Bank | Electrabel NV/SA |
| E.ON AG | Electrabel NV/SA |
| E.ON UK PLC | ELECTRIC RELIABILITY COUNCIL OF TEXAS INC |
| EAC Partners Master Fund Ltd. | Elektrizitas-Gesellschaft Laufenburg AG (EGL) |
| EAC Partners Master Fund Ltd. | Elektrizitas-Gesellschaft Laufenburg AG (EGL) |
| EAC Partners Master Fund Ltd. | Element Capital Master Fund Limited |
| EaglePicher Master Trust – | Eleni Ioannides |
| EagleRock Institutional Partners, LP | Elie Aoun |
| EagleRock Institutional Partners, LP | Ellington Credit Fund, Ltd. |
| EagleRock Master Fund, LP | Ellington Emerging Markets Fund, Ltd. |
| East Bay Municipal Utility District | Ellington Mortgage Fund S/C, Ltd. |
| Eastern Connecticut Health Network | Ellington Mortgage Partners, L.P. |
| Easton Investments II, a California L.P. | Ellington Overseas Partners, Ltd. |
| Eaton Vance CDO IX, Ltd. | Ellington Special Opportunities Ltd. |
| EATON VANCE CDO IX, LTD. | ELLIOTT ASSOCIATES LP |
| EATON VANCE CORP. | ELLIOTT ASSOCIATES LP |
| Eaton Vance Corp. | ELLIOTT ASSOCIATES LP |
| Eaton Vance Credit Opportunities Fund | ELLIOTT ASSOCIATES LP |
| EATON VANCE CREDIT OPPORTUNITIES FUND | ELLIOTT ASSOCIATES LP |
| EATON VANCE FLOATING-RATE INCOME TRUST | ELLIOTT INTERNATIONAL, L.P. |
| Eaton Vance Floating-Rate Income Trust | ELLIOTT INTERNATIONAL, L.P. |
| Eaton Vance Limited Duration Income Fund | ELLIOTT INTERNATIONAL, L.P. |
| EATON VANCE LIMITED DURATION INCOME FUND | ELLIOTT INTERNATIONAL, L.P. |
| Eaton Vance Senior Floating-Rate Trust | ELLIOTT INTERNATIONAL, L.P. |
| EATON VANCE SENIOR FLOATING-RATE TRUST | EM Opportunities Bond Fund, Inc. |
| Eaton Vance Senior Income Trust | Embarcadero Aircraft Securitization Trust |
| EATON VANCE SENIOR INCOME TRUST | Embarcadero Aircraft Securitization Trust |
| Eaton Vance Short Duration Diversified Income Fund | Embarcadero Aircraft Securitization Trust |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | Embarq Master Retirement Trust |
| EBN Banco de Negocios S.A. | EMC (Benelux) B.V. |
| EBS Building Society - Management Pension Fund | EMC Corporation |

## Non-Objecting Parties

EMC Corporation
Emerging Markets Local Income Portfolio
EMERGING MARKETS LOCAL INCOME PORTFOLIO
EMF-NL 2008-1 B.V.
EMF-NL 2008-2 B.V.
EMF-NL PRIME 2008-A B.V.
EMF-UK 2008-1 PLC
EMF-UK 2008-1 PLC
EMI Group Pension Trustees Ltd
EMI Pension Trust (Ireland) Limited
EMIGRANT BANK
Emilio Javier Saldana caro & Enna Arevalo Gutierrez & Eric O S Arevalo
Emilio Javier Saldana Caro & Enna Arevalo Gutierrez & Hernan J Saldana
Emirates National Oil Company (Singapore) Private Limited
EMPIRICURVE FUND LIMITED
Employees' Retirement System of the State of Hawaii
EMRO FINANCE IRELAND LIMITED
EMRO FINANCE IRELAND LIMITED
Enbridge Gas Services Inc.
ENBW TRADING GMBH
ENCANA CORPORATION
ENCANA OIL & GAS PARTNERSHIP
Eneco Energy Trade BV
Eneco Energy Trade BV
Enel S. p.A.
Enel S. p.A.
Energy Income and Growth Fund
Energy Income and Growth Fund
EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing, LLC
Eni S.p.A. (formerly known as Società Finanziaria Eni S.p.A.)
ENI UK Limited
Enlightenment Partners
ENNISMORE FD MGMT LTDA/C ENNISMORE SMALLER CO PLC
Ensign Peak Advisors, Inc.
Enterprise Products Operating LLC
Epsilon Global Master Fund II, LP
Epsilon Global Master Fund, LP
EQT Energy, LLC f/k/a Equitable Energy, LLC (Attn: General Counsel)
Equator Investment Funds ICVC - Global Investment Grade Bond Fund
Equity Trustees Limited ATF PIMCO Global Bond Fund
Equity Trustees Limited ATF PIMCO Global Real Return Fund
Eric Sheppard
Eric Sheppard
Erik Rosenlund
ERNST, HILDE
Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)
Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)
Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)
Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)
Erste Group Bank AG(f/k/a Erste Bank der oesterreichischen Sparkassen)
Eskaton Properties, Incorporated
Eskaton Properties, Incorporated
Esperance Family Foundation
Esperance Family Foundation
Esprit International Limited
Esprit International Limited
Esprit International Limited

Esprit International Limited
Essent Energy Trading B.V.
Essent Trading International S.A.
Essent Trading International S.A.
ESSENTIA HEALTH, ASSIGNEE OF BENEDICTINE HEALTH SYSTEM
ESSEX FOUNTAIN PARK APARTMENTS, L.P.
ESSEX FOUNTAIN PARK APARTMENTS, L.P.
ESSEX FOUNTAIN PARK APARTMENTS, L.P.
ESSEX INGLENOOK COURT, LLC
ESSEX WANDERING CREEK, LLC
ESSEX WOODLANDS HEALTH VENTURES FUND V LP
ESSEX WOODLANDS HEALTH VENTURES FUND V LP
ESSEX WOODLANDS HEALTH VENTURES FUND V LP
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
Estate of Ernest E. Stempel
ESTEE LAUDER INC RETIREMENT PLAN
Eton Park Fund, L.P.
Eton Park Fund, L.P.
Eton Park Fund, L.P.
Eton Park Master Fund, Ltd.
Eton Park Master Fund, Ltd.
Eton Park Master Fund, Ltd.
EUGENE INVESTMENT & SECURITIES CO.,LTD
Eulalia Boada De Nieto & Carlos Nieto Boada JTWROS
Eurizon Capital S.A. for NIS International  Bonds
Eurizon Capital S.A. for SIFF-Doppia Opportunità-Dic 2011
Eurizon Easy Fund Valore Equilibrio c/o Eurizon Capital SGR Spa
Eurizon Star Fund Euro Bond c/o Eurizon Capital SGR Spa
Euro Bond Fund - (#1691)
Euro Real Return Fund - (#4694)
Euro StocksPLUS TR Fund - (#3924)
EUROHYPO
EUROHYPO
EUROHYPO
EUROHYPO
EUROHYPO
EUROHYPO Europäische Hypothekenbank S.A.
Euromobiliare International Fund - TR Flex 5
Euromobiliare International Fund - TR Flex 5
EUROPEAN AERONAUTIC DEFENCE AND SPACE COMPANY
EUROPEAN AERONAUTIC DEFENCE AND SPACE COMPANY
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.
European Credit (Luxembourg) S.A.
European Credit Fund SICAV
European Credit Management Limited
Eurosail 2006-1 PLC
Eurosail 2006-2BL PLC
Eurosail 2006-3NC PLC
Eurosail 2006-4NP PLC
Eurosail Prime-UK 2007-A PLC
Eurosail Prime-UK 2007-A PLC

## Non-Objecting Parties

Eurosail-NL 2007-1 B.V.
Eurosail-NL 2007-2 B.V.
Eurosail-UK 2007-1NC PLC
Eurosail-UK 2007-1NC PLC
EUROSAIL-UK 2007-2NP PLC
Eurosail-UK 2007-3BL PLC
Eurosail-UK 2007-3BL PLC
Eurosail-UK 2007-4BL PLC
Eurosail-UK 2007-5NP PLC
Eurosail-UK 2007-6NC PLC
Eurosail-UK 2007-6NC PLC
EuroStocksPLUSTM Total Return Fund - (#3680)
Everest Capital Asia Fund, L.P.
Everest Capital Emerging Markets Fund, L.P.
Evergreen Core Bond Fund
Evergreen Core Bond Trust Full Discretion
Evergreen Core Plus Bond Fund
Evergreen Core Plus Bond Fund
Evergreen Core Plus Bond Fund
Evergreen Global Dividend Opportunity Fund
Evergreen Global Dividend Opportunity Fund
Evergreen High Income Fund
Evergreen Income Advantage Fund
Evergreen Institutional Mortgage Portfolio
Evergreen Intermediate Bond Trust Full Discretion
Evergreen Long Duration Trust
Evergreen Multi-Sector Income Fund
Evergreen Select High Yield Bond Trust
Evergreen Short Intermediate Bond Fund
Evergreen Solar, Inc.
Evergreen Utilities and High Income Fund
Evergreen VA Core Bond Fund
Evergreen VA High Income Fund
Excalibur Funding No. 1 PLC
Exelon Generation Company, LLC
Exum Ridge CBO 2006-1 Ltd
Exum Ridge CBO 2006-1 Ltd
Exum Ridge CBO 2006-2, LTD.
Exum Ridge CBO 2006-2, LTD.
Exum Ridge CBO 2006-4, LTD.
Exum Ridge CBO 2006-4, LTD.
Exum Ridge CBO 2006-5, LTD.
Exum Ridge CBO 2006-5, LTD.
Exum Ridge CBO 2007-1, LTD.
Exum Ridge CBO 2007-1, LTD.
Exum Ridge CBO 2007-2, LTD.
Exum Ridge CBO 2007-2, LTD.
EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG)
F.F. THOMPSON FOUNDATION, INC., THE
F.I.I.L. Insurance - Intermediate Bond Portfolio
FAIRFAX FINANCIAL HOLDINGS LIMITED
FAIRFAX FINANCIAL HOLDINGS LIMITED
FAIRFIELD NORTH TEXAS ASSOCIATES, L.P.
FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
Far Eastern International Bank
Fareplay Energy Limited Pension Scheme
Fata Assicurazioni Danni S.p.A.(the legal successor to Fata
S.p.A.)
FATAI INVESTMENT LIMITED
FBE Limited LLC

Federal Finance Gestion, acting as management company on
behalf of the French Fonds commun de placement Garanti
Actions Octobre 2011
FEDERAL HOME LOAN BANK OF DALLAS
Federal Home Loan Bank of Des Moines
Federal Home Loan Bank of Des Moines
FEDERAL HOME LOAN BANK OF NEW YORK
Federal Home Loan Bank of Pittsburgh
Federal Home Loan Bank of Seattle
FEDERAL HOME LOAN MORTGAGE CORPORATION
FEDERAL NATIONAL MORTGAGE ASSOCIATION
Federated Stock and Bond Fund, Inc.
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando Yarza CIA SC
Fernando Yarza CIA SC
Ferrero S.p.A. f/k/a P. FERRERO & C. S.p.A.
Ferrero S.p.A. f/k/a P. FERRERO & C. S.p.A.
FERRERO TRADING LUX Societe Anonyme
FERRERO TRADING LUX Societe Anonyme
FFI Fund LTD.
FFI Fund LTD.
FFTW Multi-Strategy Alpha Fund
FH EMERGING MARKETS DEBT FUND L.P.
Fidelity Advisor Series II: Fidelity Advisor Intermediate Bond
Fund
Fidelity Advisor Series II: Fidelity Advisor Intermediate Bond
Fund
FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GRADE
CENTRAL FUND
FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GRADE
CENTRAL FUND
Fiduciary Committee of the Amgen Retirement and Savings
Plan
FIELD STREET MASTER FUND LTD
FIFTH THIRD BANK
FIFTH THIRD MORTGAGE COMPANY-Legal Administration
FIFTH THIRD MORTGAGE COMPANY-Legal Administration
FILTREO CLIC
FILTREO CLIC
FINAF SPA
Finansbank A.S.
FinecoBank S.p.A. (formerly Known as Fin-Eco SIM S.p.A.)
Finmeccanica S.p.A.
Finmeccanica S.p.A.
FIP - FONDO IMMOBILI PUBBLICI
Fir Tree Capital Opportunity Master Fund, L.P.
Fir Tree Value Master Fund, L.P.
Fire and Police Members' Benefit Fund
Fireman's Annuity and Benefit Fund of Chicago
First Bank of Puerto Rico
First Bank of Puerto Rico
FIRST BANKING CENTER
FIRST BANKING CENTER
First Franklin Mortgage Loan Trust 2006-FF8
First Franklin Mortgage Loan Trust 2006-FF8
FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8
FIRST MIDWEST BANK
FIRSTCO LLC
FIRSTENERGY SOLUTIONS CORP.
FIRSTENERGY SOLUTIONS CORP.

## Non-Objecting Parties

FirstRand Bank Limited
FISHERMANS LANDING ASSOCIATES INC
Five Stars S.A.
Fixed Income SHares: Series R (#2090)
Flaherty & Crumrine/Claymore Preferred Securities Income Fund Inc.
Flaherty & Crumrine/Claymore Total Return Fund Inc.
FLOATING RATE PORTFOLIO
Floating Rate Portfolio
FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO
FONDAZIONE MONTE DEI PASCHI DI SIENA
FONDS COMMUN DE PLACEMENT EPARCOURT
FONDS COMMUN DE PLACEMENT FUZEOR
FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS
Ford Master Trust Long Duration
Fore Multi Strategy Master Fund, Ltd.
Forest City Capital Corporation
Forest City Capital Corporation
Forest City Capital Corporation
FOREST CREEK APARTMENTS, LLC
FOREST CREEK APARTMENTS, LLC
Forest Hills Trading Ltd.
Forest Hills Trading Ltd.
FORT DEARBORN LIFE INSURANCE COMPANY c/o Colleen N. Wertz
FORT DEARBORN LIFE INSURANCE COMPANY c/o Colleen N. Wertz
Fort Washington Active Fixed Income
Fortner Marital Trust
Fortner Marital Trust
FPCM Inflation-Linked Opportunities Fund Limited
FRANCISCAN AT ST. LEONARD
Franciscan Order of Ireland
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
FRANDZEL ROBINS BLOOM & CSATO, L. C.
Frank M. Paris
FRANKLIN AMERICAN MORTGAGE COMPANY
Franklin Low Duration Total Return Fund
Franklin Total Return Fund
Franz Ehrenhauser
FREDERICK FERRIS THOMPSON HOSPITAL, THE
FREIGHT INVESTOR SERVICES PTE LTD
Fresno County ERA
FRIENDSHIP VILLAGE OF WEST COUNTY INC
FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP
FRONTPOINT STRATEGIC CREDIT FUND LP
FSC Asia Investment Limited(formerly known as First Taisec (Asia)Ltd.)
FSP Invest F.M.B.A.
Fullerton Drive CDO Limited
Fullerton Drive CDO Limited
Fullerton Drive CDO Limited
Fullerton Drive CDO Limited

FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK
FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK
FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK
FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK
Fundamental European Value S.A.
Fundo de Pensoes
FYI LTD.
FYI LTD.
GA Fund L Bond Active World TP (Sicav)
Gabriel Capital, L.P.
GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)
GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)
GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)
Gallaher (Dublin) Limited Pension Scheme
Gallaher Common Investment Fund
Galuchie Partners
GAM European Equity Hedge Inc.
GAM European Small Cap Hedge Investments Inc.
Gannett Retirement Plan Master Trust
Garland Business
GARRETT NENNER
GASTON CHRISTIAN SCHOOL, Inc.
Gazprombank Mortgage Funding 2 S.A.
GELDARD, CHRISTINE L.
GEMSTONE CDO VI LTD
General Pension Fund of the International Union of Operating Engineers
Generali Investments France
Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Global Macro Strategies Sub-fund)
Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Hybrid Credit Strategies Sub-fund)
Generali Personenversicherungen AG
Generali Vie
Genertel S.p.A.
Genesee County Employees' Retirement System
Genevieve Phansalkar
Genfina SCRL (formerly known as Genfina SA)
Genfina SCRL (formerly known as Genfina SA)
GenRe Partners, L.P.
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Georg Schönberger
GEORGE B. KAISER
George Jay Lichtblau
George Lindemann Family LP Series II
George Lindemann Family LP Series II
Gerardo Maria Perez Salazar & Margarita Rojas Palacios JTRWOS

## Non-Objecting Parties

Gerardo Maria Perez Salazar & Margarita Rojas Palacios JTRWOS

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Bricc, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Bricc, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Private Equity Index, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Private Equity Index, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Excellence Garantizado, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Ibex Positivo, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Ibex Positivo, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Selección Financiera, FI

Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Madrid Rentabilidad Dual Ibex, FI

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A

GFA I LLC

Giants Stadium LLC

Gila River Power, L.P.

Gila River Power, L.P.

GlaxoSmithKline Finance Plc

Glencore Energy UK Ltd.

GLG Market Neutral Fund

Glitnir banki hf

Glitnir banki hf

Glitnir banki hf

Glitnir banki hf

Glitnir banki hf

Global Bond Ex-US Fund - (#3684)

Global Bond Fund - (#699)

GLOBAL CREDIT HEDGE FUND

Global Investment Grade Credit Fund - (#3683)

Global Investment Grade Credit Fund - (#3683)

Global Macro Portfolio

GLOBAL MACRO PORTFOLIO

Global Real Return Fund - (#3693)

GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP

GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP

Global Short-Term Portfolio - (#3762)

Global Thematic Opportunities Fund LP

GM Structured Credit Opportunity Pool - Acct. No. 6fdk (GMAM GP Trust I)

GMAM Group Pension Trust I

GMAM Group Pension Trust II

GMB Pension Trustee Company Limited as trustee of the GMB 1961 Pension

GMO Emerging Country Debt, L.P.

GMO Emerging Country Debt, L.P.

GMO Emerging Country Debt, L.P.

GMO Emerging Country Local Debt Investment Fund

Golden Moon Capital Corporation

Golden State Tobacco Securitization Corporation

Golden State Tobacco Securitization Corporation

Goldman Sachs Quantitative Commodities Master Fund, LLC

Goldsberg Corp.

Good Steward Trading Company SPC

Good Steward Trading Company SPC

Good Steward Trading Company SPC

GOODELL LOVING TRUST

GOODELL LOVING TRUST

GOODELL LOVING TRUST

Goodmorning Shihan Securities Co., Ltd

Goodwin House Incorporated

Gordel Holdings Limited

Gordon A  MacInnes

Gov & Co Bank of Ireland assignee/Bank of Ireland Exempt Unit Trust

Gov&Co Bank of Ireland assignee/Bank of Ireland Finance Limited Pension Fund

Gov&Co Bank of Ireland assignee/Bank of Ireland Staff Pensions Fund

Gov&Co Bank of Ireland assignee/BoI Asset Mgmt Mutual Invesment Fund

Gov&Co Bank of Ireland assignee/Close Global Funds Limited

Gov&Co Bank of Ireland assignee/Eircom Superannuation Fund

Gov&Co of Bank of Ireland assignee/New Ireland Assurance Company plc

Government Employees Superannuation Board

Govindar Rasu S/O Vadi Veloo

GPC 79, LLC

GPC LXIV LLC

GPS Income Fund (Cayman) Ltd

GPS New Equity Fund (Cayman) Ltd

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

Granite Finance Limited

GRD 3

GRD 5 C/o Crédit Agricole Asset Management

GRD 5 C/o Crédit Agricole Asset Management

Great Eastern Life Assurance Company Limited

Great Eastern Life Assurance Company Limited

Green T G2 Fund Limited

GREENBRIER YUGEN KAISHA

GREENBRIER YUGEN KAISHA

GREENBRIER YUGEN KAISHA

Greenspring Village, Inc.

Greywolf Capital Overseas Fund

Greywolf Structured Products Master Fund, Ltd.

Groupama Vie

GROUPE INDUSTRIEL MARCEL DASSAULT

GROWTH

GROWTH

Gruss Arbitrage Master Fund (Enhanced), Ltd.

Gruss Arbitrage Master Fund, Ltd.

## Non-Objecting Parties

Gruss Global Investors Master Fund (Enhanced), Ltd.
Gruss Global Investors Master Fund, Ltd.
GSC Capital Corp. Mortgage Trust 2006-1
GSEF Al Nawras (Cayman) Limited
GSEF Al Nawras (Cayman) Limited
GSEF Al Nawras (Cayman) Limited
GSEF Al Nawras (Cayman) Limited
GSW Grundbesitz GmbH & Co. KG
GSW Grundbesitz GmbH & Co. KG
Guadelete Investments Sarl
Guam Economic Development Authority, f/k/a the Guam
Economic Development and Commerce Authority
GUEVOURA FUND LIMITED
GUGGENHEIM PORTFOLIO COMPANY VII LLC
GUGGENHEIM PORTFOLIO COMPANY VII LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
Guillermo Cabranes & Flora Carbanes Mendez JTWROS
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle
Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle
Azcarateo
Gulf Stream - Compass CLO 2002-1, Ltd.
Gulf Stream - Compass CLO 2003-1, Ltd.
Gulf Stream - Compass CLO 2004-1, Ltd.
Gulf Stream - Compass CLO 2005-1, Ltd.
Gulf Stream - Compass CLO 2005-II, Ltd.
Gulf Stream - Sextant CLO 2006-1, Ltd.
Gulf Stream - Sextant CLO 2007-1, Ltd.
Gypsum Operative Pension Fund
Gypsum Staff Pension Fund
H. Hugo Vieregge V Aida M, Villa A Sofia-Katia, Vierrege Villa
H. Hugo Vieregge V Aida M, Villa A Sofia-Katia, Vierrege Villa
H.-W. Meister
H/2 Credit Partners Master Fund Ltd.
H/2 Special Opportunities Ltd.
H/2 Targeted Strategies I Master Fund L.P.
H/2 Targeted Strategies I Master Fund L.P.
Hakone Fund II LLC
Halbis U.S. Credit Alpha Master Fund, Ltd.
HALEWOOD COMPANY LIMITED
Halliburton Company
Halliburton Company Wrapped
Hamada Shokai Co., Ltd.
HAMILTON ANAHEIM ASSOCIATES, L.P.
Hana Bank as trustee and My Asset Investment Management
Co. Ltd. as I.M. for MY Dual Star Derivatives Fund D-1
Hana Bank as trustee and My Asset Investment Management
Co. Ltd. as I.M. for MY Dual Star Derivatives Fund D-1

Hang Seng Bank Limited
Hank's Living Trust
HARBINGER CAPITAL PARTNERS MASTER FUND I LTD
HARBINGER CAPITAL PARTNERS MASTER FUND I LTD
HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP
HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP
Harbor Capital Advisors, Inc.
Harbour Capital Advisors Inc. for OIMRA
Harbourview CDO III
Harmonic Alpha Plus Global Currency Fund
Harmonic Currency Master Fund
Harmonic Diversfied Master Fund
Harpen Immobilien GmbH & Co. KG (f/k/a H2001/Phin GmbH
and Co. KG)
Harrington Partners, L.P.
Harry C. Moore Trust dated May 19, 1986
HARTFIELD FUND LIMITED
HARTFIELD FUND LIMITED
Hartford Accident and Indemnity Company
Hartford Life and Annuity Insurance Company
Hartford Life and Annuity Insurance Company
Hartford Life and Annuity Insurance Company
Hartford Life Insurance Company
Hartford Life Insurance Company
Hartford Life Insurance Company
Hartford Series Fund, Inc., on behalf of Hartford High Yield HLS
Fund
Havens Partners, LP
HB Institutional Limited Partnership
HBK Investments, L.P., as Collateral Manager on behalf of
Gemstone CDO VI Ltd.
HBK Investments, L.P., as Collateral Manager on behalf of
Gemstone CDO VI Ltd.
HBK Investments, L.P., as Collateral Manager on behalf of
Gemstone CDO VI Ltd.
HD AMERICAN TRUST
HEART OF LA DEFENSE SAS
Hebron Academy
Hektor AS
Helge Solbakken
Henderson Global Equity Multi-Strategy Master Fund Limited
Henderson Global Fixed Income Absolute Return Fund Limited
Henderson Horizon Fund - Absolute Return Fixed Income Fund
Henderson North America Equity Multi-Strategy Master Fund
Limited
Henderson Strategic Investment Funds in respect of Henderson
Credit Alpha Fund
HENRY SCHEIN, INC.
HENRY SCHEIN, INC.
Herbert & Penny Wender
HERITAGE COMMUNITY OF KALAMAZOO
HERITAGE COMMUNITY OF KALAMAZOO
HERSHMAN HOLDINGS LLC
Hess Corporation
Hess Corporation
Hess Energy Trading Company, LLC
Hewlett-Packard Company
Hewlett-Packard Ltd Retirement Benefits Plan
HFF I, LLC
HFF V, LLC
HIGH RIVER LIMITED PARTNERSHIP
Highbridge Asia Opportunities Master Fund, L.P.
Highbridge Asia Opportunities Master Fund, L.P.

## Non-Objecting Parties

Highbridge Asia Opportunities Master Fund, L.P.
Highbridge Asia Opportunities Master Fund, L.P.
HIGHLAND CRUSADER OFFSHORE PARTNERS, L.P.
Hillside Apex Fund Limited
Hillside Apex Fund Limited
HJSI Devonshire, LLC
HJSI Devonshire, LLC
HOKKAIDO INTERNATIONAL AIRLINES CO.,LTD.
HOLLAND HOME
HOLLAND HOME
Hong Kong Housing Society
Hong Leong Bank Berhad
Hong Leong Bank Berhad
Horizon II International Limited with respect to Series 114
Horizon II International Limited with respect to Series 130
Horizon II International Limited with respect to Series 134
Horizon II International Limited with respect to Series 135
Horizon II International Limited with respect to Series 136
Horizon II International Limited with respect to Series 145
Horizon II International Limited with respect to Series 148
Horizon II International Limited with respect to Series 158
Horizon II International Limited with respect to Series 162
Horizon II International Limited with respect to Series 178
Horizon II International Limited with respect to Series 181
Horizon II International Limited with respect to Series 183
Horizon II International Limited with respect to Series 193
Horizon II International Limited with respect to Series 207
Horizon II International Limited with respect to Series 208
Horizon II International Limited with respect to Series 211
Horizon II International Limited with respect to Series 220
Horizon II International Limited with respect to Series 221
Horizon II International Limited with respect to Series 222-A
Horizon II International Limited with respect to Series 222-B
Horizon II International Limited with respect to Series 223
Horizon II International Limited with respect to Series 225
Horizon II International Limited with respect to Series 226
Horizon II International Limited with respect to Series 227
Horizon II International Limited with respect to Series 228
Horizon II International Limited with respect to Series 229
Horizon II International Limited with respect to Series 230
Horizon II International Limited with respect to Series 230
Horizon II International Limited with respect to Series 230
Horst-Dieter Reelitz
HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND
HOTEL FOUQUET'S BARRIERE PARIS
Hotspot FXr, LLC
Hotspot FXr, LLC
HOUSTON COUNTY HEALTH CARE AUTHORITY
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust A (Opportunistic) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust B (Fundamental) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust C (Opportunistic) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust D (Fundamental) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust F (Opportunistic-Eureka (Euro) Fund) as sub-trust of Marshall Wace TOPS Trust

HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust H (Balanced) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank USA, National Association as Trustee for Egypt Trust I, Series 2000-A
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates 2006-6 Supplemental Interest Trust
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-5 Supplemental Interest Trust
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage trust Mortgage Pass-Through Certificates Series 2006-7 Supplemental Interest Trust
HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Raturns Series 2000-24-A-HSBC
HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Returns Series 2002-39-C
HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-12
HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-14
HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1
HSBC Financial Products (France) SNC
HSBC Institutional Trust Services (Singapore) Limited
HSBC Institutional Trust Services (Singapore) Limited
HSBC Institutional Trust Services (Singapore) Limited
HSBC Institutional Trust Services (Singapore) Limited
HSBC International Trustee Ltd. A/C 006-600779-001
HSBC Private Bank (Suisse) SA
HSH Nordbank AG
HSH Nordbank AG
HSH Nordbank AG
HSH Nordbank AG
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto G Marchand Lopez
Humberto Pro Galindo and Family
Humberto Pro Galindo and Family
Hyperion Brookfield Collateralized Securities Fund, Inc.
IBERDROLA GENERACION, SAU
Iberdrola Renewables Energies USA, Ltd as Assignee of I.R.I.
Iberdrola Renewables Energies USA, Ltd.
Iberdrola Renewables, Inc. f/k/a PPM Energy, Inc.
IBM Core Fixed Income Account
IBM Global Strategy Fund
IBTS Financial (HK) Limited
ICAHN PARTNERS LP
ICAHN PARTNERS MASTER FUND II LP
ICAHN PARTNERS MASTER FUND III LP
ICAHN PARTNERS MASTER FUND LP
ICCREA Banca S.p.A.
ICCREA Banca S.p.A.
ICICI BANK LIMITED
ICL Common Investment Fund
ICM BUSINESS TRUST
ICM BUSINESS TRUST
Iconix Brand Group, Inc.
ICP Pendulum Fund I, L.P.

## Non-Objecting Parties

| | |
|---|---|
| ICP Pendulum Fund I, L.P. | ING Life Insurance and Annuity Company |
| ICP Structured Credit Income Master Fund Ltd | ING Life Insurance and Annuity Company |
| ICP Structured Credit Income Master Fund Ltd | ING Life Insurance and Annuity Company |
| ICP Structured Credit Income Master Fund Ltd | ING Life Insurance and Annuity Company |
| Idaho Power Company | ING Life Insurance and Annuity Company |
| Ignacio F Moreno Betanzo & Maria L Mendez Cisneros JTWROS | ING Life Insurance and Annuity Company |
| III CREDIT BIAS HUB FUND LTD | ING Life Insurance and Annuity Company |
| III ENHANCED CREDIT BIAS HUB FUND LTD. | ING Life Insurance and Annuity Company |
| III FINANCE LTD | ING Life Insurance and Annuity Company |
| III GLOBAL LTD. | ING Life Insurance and Annuity Company |
| III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD | ING Life Insurance and Annuity Company |
| III RELATIVE VALUE/MACRO HUB FUND LTD. | ING Life Insurance and Annuity Company |
| III SELECT CREDIT HUB FUND LTD | ING Life Insurance and Annuity Company |
| Ikano Funds - European High Yield | ING Life Insurance and Annuity Company |
| Ikano Funds - European High Yield | ING Life Insurance and Annuity Company |
| IKB Deutsche Industriebank AG | ING Life Insurance and Annuity Company |
| IKB International S.A. | ING Life Insurance and Annuity Company |
| IKOS EUROPE LIMITED | ING Life Insurance and Annuity Company |
| Ila B Bovee | ING Life Insurance and Annuity Company |
| Illinois Municipal Retirement Fund Core Full Portfolio | ING Life Insurance and Annuity Company |
| Iluso Capital Corp. | ING Life Insurance and Annuity Company |
| Iluso Capital Corp. | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2003-11 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2003-8 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2004-10 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2004-4 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2004-4 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2004-5 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2004-8 | ING Life Insurance and Annuity Company |
| IMPAC CMB Trust Series 2004-8 | ING Life Insurance and Annuity Company |
| IMPAC CMB TRUST SERIES 2005-04 | ING Life Insurance and Annuity Company |
| IMPAC CMB TRUST SERIES 2005-05 | ING Life Insurance and Annuity Company |
| IMPAC CMB TRUST SERIES 2005-08 | ING Life Insurance and Annuity Company |
| IMPAC SECURED ASSETS TRUST 2006-3 | ING Life Insurance and Annuity Company |
| IMPAC Secured Assets Trust 2007-3 | ING Life Insurance and Annuity Company |
| INA Assitalia S.p.A. (the legal successor to Assitalia S.p.A.) | ING Life Insurance and Annuity Company |
| Independent Newspapers Management Services Contributory Pension Plan | ING Life Insurance and Annuity Company |
| Indiana State Council of Carpenters Pension Fund | ING Life Insurance and Annuity Company |
| Indiana State Council of Carpenters Pension Fund | ING Life Insurance and Annuity Company |
| Indiana State Teachers' Retirement Fund | ING Life Insurance and Annuity Company |
| Indiana University | ING Life Insurance and Annuity Company |
| INDOCAM FLAMME | ING Life Insurance and Annuity Company |
| INDOCAM FLAMME | ING Life Insurance and Annuity Company |
| INDOSUEZ GLOBAL VAR C/o Crédit Agricole Asset Management | ING Life Insurance and Annuity Company |
| Industrial Bank Co., Ltd. | ING Life Insurance and Annuity Company |
| INDYMAC Home Equity Loan Trust 2004-2 | ING Life Insurance and Annuity Company |
| IndyMac INDX Mortgage Loan Trust 2006-AR14 | ING Life Insurance and Annuity Company |
| IndyMAC INDX Mortgage Loan Trust 2006-AR8 | ING Life Insurance and Annuity Company |
| ING AM Interfinance Services B.V. | ING Life Insurance and Annuity Company |
| ING Bank A.S. | ING Life Insurance and Annuity Company |
| ING BANK N.V. | ING Life Insurance and Annuity Company |
| ING BANK N.V. | ING USA Annuity and Life Insurance Company |
| ING BANK N.V. | ING USA Annuity and Life Insurance Company |
| ING Belgium S.A./N.V. | ING USA Annuity and Life Insurance Company |
| ING Belgium S.A./N.V. | ING USA Annuity and Life Insurance Company |
| ING Belgium S.A./N.V. | ING USA Annuity and Life Insurance Company |
| ING Belgium S.A./N.V. | ING USA Annuity and Life Insurance Company |
| ING Capital Markets LLC | ING USA Annuity and Life Insurance Company |
| ING Fixed Income Absolute Return Master, Ltd. | Insight LDI Solutions Plus plc a/c AF310 |
| ING Investment Management CLO I, Ltd. | Insight LDI Solutions Plus plc a/c AF315 |
| ING Investment Management CLO II, Ltd. | Insight LDI Solutions Plus plc a/c AF320 |
| ING Life Insurance and Annuity Company | Insight LDI Solutions Plus plc a/c AF325 |

## Non-Objecting Parties

| | |
|---|---|
| Insight LDI Solutions Plus plc a/c AF330 | Italease Finance S.p.A. |
| Insight LDI Solutions Plus plc a/c AF335 | ITOCHU CORPORATION |
| Insight LDI Solutions Plus plc a/c AF340 | IVY FIXED INCOME ALPHA TRANSPO RT FUND LTD |
| Insight LDI Solutions Plus plc a/c AF345 | JA SOLAR HOLDINGS CO LTD |
| Insight LDI Solutions Plus plc a/c AF350 | Jackie Frommer |
| Insight LDI Solutions Plus plc a/c AF355 | Jackson Bond L.P. |
| Insight LDI Solutions Plus plc a/c IHYBF | Jackson National Life Insurance Company |
| Institutional Benchmarks (Master Feeder) Limited, a Bermuda | Jackson National Life Insurance Company |
| Institutional Benchmarks Series (Master Feeder) Limited, | JACOBSON, DAVID L. |
| Institutional Benchmarks Series (Master Feeder) Limited, | James H Lunt Trustee |
| Institutional Benchmarks Series (Master Feeder) Limited, | james Harpel |
| Integrated Core Strategies (Europe) S.a.r.l. | James J. Thomas |
| Integrys Energy Services, Inc. | James J. Thomas |
| Intel Corporation | James P. Reed and Lori L. Reed |
| Intel Corporation | JANA Master Fund, Ltd. |
| Intel Corporation | jane m bescherer |
| Intel Corporation | Janus Capital Management LLC |
| Inter-American Development Bank | Janus Capital Management LLC |
| Interbanca S.p.A. | Janus Capital Management LLC |
| INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC | Janus Capital Management LLC |
| International Brotherhood of Electrical Workers Pension Benefit Fund | Janus Capital Management LLC |
| | Janus Capital Management LLC |
| International Business Machines Corporation | Janus Capital Management LLC |
| International Equity Index Fund III Accredited, L.L.L.P. | Japan Housing Finance Agency |
| International Finance Corporation | Japan Trustee Services Bank, Ltd |
| INTERNATIONAL INCOME PORTFOLIO | JASON J. WALLACE |
| International Income Portfolio | Jasper Finance Limited with respect to Series 2005-1 |
| International Painters and Allied Trades Industry Pension Fund | Jasper Finance Limited with respect to Series 2005-1 |
| International Painters and Allied Trades Industry Pension Fund | Javier Arevalo & Claudia Martin Del Campo A & Jorge Arevalo P JTWROS |
| Interpolis Pensioenen Global High Yield Pool | |
| Interpolis Pensioenen Global High Yield Pool | Javier Arevalo & Claudia Martin Del Campo A & Jorge Arevalo P JTWROS |
| Intesa Sanpaolo S.p.A. | |
| Intesa Sanpaolo S.p.A. | JAY S., ELKINS |
| Intesa Sanpaolo S.p.A. | JC Bamford Lifeplan |
| Intesa Sanpaolo S.p.A. | JCAM Global Fund (Master) LP |
| Intesa Sanpaolo S.p.A. | Jeanes Hospital |
| Intesa Sanpaolo S.p.A. | JENNERS POND |
| Intralot S.A. | Jerome M. Shaw TTEE Jerome M. Shaw Rev Trust Dtd. 10/17/05 |
| Invercaixa Gestion SGIIJC A/C Foncaixa Garantia Europa IV FI | |
| Invercaixa Gestion SGIIJC SAU A/C Foncaixa Garantia Napoleon FI | Jeromin Camara Bojorquez & Esteban Camara Bojorquez JTWRO |
| | Jesus Goiricelaya Asla TOD Erika Garay Lopez |
| Investcorp Fixed Income Relative Value Fund Ltd. | Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS |
| Investcorp Fixed Income Relative Value Fund Ltd. | Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD | Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS |
| | Jesus Sabre Marroquin Juan De Onate #1195 |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD | Jesus Sabre Marroquin Juan De Onate #1195 |
| | JET I, LP |
| Investcorp Silverback Arbitrage Master Fund Limited | Jewish Board of Family and Children's Services, Inc. |
| Investec Bank Limited | JEWISH SENIORS AGENCY OF RHODE ISLAND |
| Investec Capital Accumulator Trust Limited | JEWISH SENIORS AGENCY OF RHODE ISLAND |
| Investec Funds Series IV Capital Accumulator Fund | JEWISH SENIORS AGENCY OF RHODE ISLAND |
| Investec Funds Series IV Capital Accumulator Fund | JEWISH SENIORS AGENCY OF RHODE ISLAND |
| Investment Grade Europe S.A. | JEWISH SENIORS AGENCY OF RHODE ISLAND |
| IONIC CAPITAL MASTER FUND LTD | JFJ INVESTMENTS INC. |
| Iowa PERS | Jih Sun International Bank |
| IPAC | JMG CAPITAL PARTNERS LP |
| IPAC | JMG CAPITAL PARTNERS LP |
| IPAC | JMG Triton Offshore Fund Limited |
| Irene M Grahn | JMG Triton Offshore Fund Limited |
| Irish Biscuits Limited Pension & Death Benefit Plan | JO BETH AND WILLIAM NICOLL |
| Israel Discount Bank of New York | Joakim Persson |
| Italease Finance S.p.A. | Joaquin De J Castillo B Ma Cristina Espinosa P JTOD |
| Italease Finance S.p.A. | John Deere Pension Trust c/o Hodgson Russ LLP |

## Non-Objecting Parties

John Deere Pension Trust c/o Hodgson Russ LLP
John Deere Pension Trust c/o Hodgson Russ LLP
John Hancock Bond Fund
John Hancock Funds II Global Bond Fund
John Hancock Funds II Real Return Bond Fund
John Hancock High Yield Fund
John Hancock Life Insurance Company
John Hancock Trust Global Bond Trust
John Mooney
John T Miller
John-Kristian Sandberg
JOHNSON, BRIAN AND JONI
JOHNSON, BRIAN AND JONI
Joho Fund, Ltd.
Joho Partners, L.P.
Jonathan H. Rothstein
Jonathan Leycester Twigg
Jorge Alberto Melendez Ruiz TOD Elizabeth Rice
Jose Fajardo Pena Todi
Jose Fajardo Pena Todi
Jose Fajardo Pena Todi
Jose Fajardo Pena Todi
Jose H Cevallos & Gabriella Murguia De C & Susana G & Luis H
Cevallos
Jose H Cevallos & Gabriella Murguia De C & Susana G & Luis H
Cevallos
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS
Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS
Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS
Jose Luis Romero Baldazo TOD Maria A Calzada Gonzalez
Josefina Franco Martin & Marcela Padilla Franco JTWROS
Joseph E Loranger
JPMC UK Retirement Fund
JPMorgan Absolute Return Credit Master Fund Ltd.
JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II
JPMorgan Distressed Debt Master Fund, Ltd.
JPMorgan Diversified Fund, a series of JPMorgan Trust I
JPMorgan Fixed Income Opportunity Institutional Fund, Ltd.
JPMorgan Fixed Income Opportunity Master Fund, L.P.
JPMorgan Insurance Trust Core Bond Portfolio, a series of
JPMIT
JPMorgan Real Return Fund, a series of JPMorgan Trust I
JPMorgan Short Term Bond Fund II, a series of J.P. Morgan
Mutual Fund
JPMorgan Total Return Fund, a series of JPMorgan Trust I
Juan J Garza D La Garza & Juan J Garza San M JTWROS
Juan J Garza D La Garza & Juan J Garza San M JTWROS
Juan J Garza D La Garza & Juan J Garza San M JTWROS
Juan J Huerta Ramirez & Irene Chavez Moctezuma & Cecilia
Huerta Chavez
Juan J Huerta Ramirez & Irene Chavez Moctezuma & Cecilia
Huerta Chavez
Juice Energy, Inc.
Juliane Pfau
JULIUS BAER BDB GLOBAL BOND
Julius Baer Multibond SICAV - Local Emerging Bond Fund
Jupiter Quartz Finance PLC Series 2004-2 Class A
Jupiter Quartz Finance PLC Series 2004-2 Class A

Jupiter Quartz Finance PLC Series 2004-2 Class B
Jupiter Quartz Finance PLC Series 2004-2 Class B
Jupiter Quartz Finance Public Limited Company 2004-1B
Jupiter Quartz Finance Public Limited Company 2004-1B
Jupiter Quartz Finance Public Limited Company Series 2004-
01A
Jupiter Quartz Finance Public Limited Company Series 2004-
01A
Jyske Bank A/S
K&H Bank Zrt.
K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD
Kagome Co., Ltd Finance Department
Kagome Co., Ltd Finance Department
KALLISTA CREDIT ARBITRAGE MASTER FUND Ltd
KALLISTA CREDIT OPPORTUNITIES FUND LIMITED
KALLISTA MASTER FUND LIMITED
Kamunting Street Master Fund, Ltd
Kamunting Street Master Fund, Ltd
Kamunting Street Master Fund, Ltd
Kansas Public Employees Retirement System
Kantatsu Co., Ltd.
Kathi Cypres
Katsumi Yoshida
KAUPTHING HF
KAWASAKI HEAVY INDUSTRIES, LTD.
KAWASAKI HEAVY INDUSTRIES, LTD.
KAWASAKI HEAVY INDUSTRIES, LTD.
KB Investment AS
KBC Bank NV
KBC Bank NV
KBC Diversified Fund, a segregated portfolio of KBC AIM
Master Fund spc
KBL European Private Bankers S.A.
KDF HERMOSA, L.P.
Kellogg Capital Group LLC
Kellogg Company Master Retirement Trust Core Bond
KELUSA MASTER FUND, LTD.
KENDAL ON HUDSON
Kendall Family Investments, LLC
Kenneth C Hoffman
Kern County Employees' Retirement Association
Kevin F. Flynn June, 1992 Non-Exempt Trust
Kevin Knee
KeyBank National Association
Kilroy Realty, L.P.
King Street Capital Master Fund, Ltd.
King Street Europe Master Fund, Ltd.
King Street Europe Master Fund, Ltd.
King Street Europe, L.P.
King Street Europe, L.P.
KINGDOM OF BELGIUM (THE)
Kingfisher Capital CLO Limited
Kings River Limited  Global 5
Kjell Mathiassen
kk
Kleinwort Benson Private Bank Limited
Kleinwort Benson Private Bank Limited
Kleinwort Benson Private Bank Limited
Kleinwort Benson Private Bank Limited
Kleinwort Benson Private Bank Limited
Kline Galland
Kline Galland
KN Asset Management Co.

## Non-Objecting Parties

KNOWLE LIMITED
Koch Supply & Trading Sarl
Koch Supply & Trading, LP
KOMMUNALKREDIT INTERNATIONAL BANK LTD
Kookmin Bank as trustee and Samsung Investment Trust
Management Co. Ltd. as I.M. for Samsung 2 Star 2 Y
Derivatives Fund 16-1
Kookmin Bank as trustee and Samsung Investment Trust
Management Co. Ltd. as I.M. for Samsung 2 Star 2 Y
Derivatives Fund 16-1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equity
Linked Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equity
Linked Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equity
Linked Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan IBK-Samsung Heavy Industry Equity
Linked Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Linked
Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Linked
Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co.
Ltd. as I.M. for Daehan KEPCO-Kookmin Bank Equity Linked
Derivatives Fund 1
Kookmin Bank as Trustee for the account of "Samsung SPAS
Private Bond Fund 3"
Kore Fixed Income Fund Ltd
KOREA EXCHANGE BANK
KOREA TELECOM
KOREAN AIRLINES CO.,LTD.
KOREAN AIRLINES CO.,LTD.
Kraft Foods Finance Europe AG
KRAUS PARTNER INVESTMENT SOLUTIONS AG
KRAUS PARTNER INVESTMENT SOLUTIONS AG
KROGER CO MASTER RETIREMENT TRUST
KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC
KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC
KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC
Kwok Lin
Kylin Fund LP
Kylin Offshore Master Fund Ltd.
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
KYOBO SECURITIES CO. LTD
La Loma Senior Living Services, Inc.
LACERA Domestic Fixed Income Core Plus/Sector Rotation
Portfolio
LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP
LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP
Land Transport Authority

LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche
Landesbank GZ)
LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche
Landesbank GZ)
LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche
Landesbank GZ)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Hessen-Thüringen Girozentrale
Landesbank Hessen-Thüringen Girozentrale
Landesbank Saar (formerly known as Landesbank Saar
Girozentrale)
Lansdowne European Equity Fund Limited
Lansdowne Global Financials Fund Limited
Lansdowne Global Financials Fund LP
Lansdowne UK Equity Fund Limited
Lansdowne UK Equity Fund LP
LAPLACE FUND EQUITIES LIMITED
LAPLACE FUND EQUITIES LIMITED
LAPLACE FUND EQUITIES LIMITED
LAS VEGAS MONORAIL COMPANY
LAS VEGAS MONORAIL COMPANY
Latigo Master Fund, Ltd.
Latvijas Banka
Laurion Capital Master Fund Ltd
Lawson Software, Inc.
Lawson Software, Inc.
LB Peru Trust II, Series 1998-A
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBBW (fr. LANDESBANK RHEINLAND-PFALZ GIROZENTRALE)
LBCCO-1 L.L.C.
LBMB Capital Partners V Cayman AIV I LP
LBMB Fund (B) Cayman AIV I L.P.
LBMB Fund (B) Cayman AIV I L.P.
LBMB Fund Cayman AIV I L.P.
LBMB Partners Cayman AIV I LP
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA
represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA
represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA
represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS EUROPE MONDE as successor to LBPAM
PROFIL 100 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBPAM ACTIONS EUROPE MONDE as successor to LBPAM
PROFIL 100 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBPAM ACTIONS EUROPE MONDE as successor to LBPAM
PROFIL 100 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBPAM ACTIONS PACIFIQUE represented by LA BANQUE
POSTALE ASSET MANAGEMENT
LBPAM ACTIONS PACIFIQUE represented by LA BANQUE
POSTALE ASSET MANAGEMENT
LBPAM ALTERNA 10 represented by LA BANQUE POSTALE
ASSET MANAGEMENT
LBPAM ALTERNA 10 represented by LA BANQUE POSTALE
ASSET MANAGEMENT

## Non-Objecting Parties

LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 80 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM PROFIL 80 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBREM II REIT Holdings LLC
lbsf
LCG Select Offshore, Ltd.
LCG Select Offshore, Ltd.
LCG Select Offshore, Ltd.
LCG Select, LLC
LCG Select, LLC
LCG Select, LLC
LCL ACTIONS EURO (ex-SICAV 5000)
LCL ACTIONS EURO (ex-SICAV 5000)
LCL ACTIONS FRANCE
LCL ACTIONS FRANCE
LCL OBLIGATIONS MONDE
LCL OBLIGATIONS MONDE
LCL OBLIGATIONS MONDE
LCL OBLIGATIONS MONDE
Lee H Strohmeyer
Legg Mason Partners Strategic Income Fund
Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)
Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)
Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)
Lehman Brothers (Luxembourg) SA (in liquidation)
Lehman Brothers Alpha Transport Fund, SPC
Lehman Brothers Alpha Transport Fund, SPC
Lehman Brothers CDO Opportunity Partners 2004-4, L.L.C.
Lehman Brothers Diversified Private Equity Fund 2004 Partners
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers European Mezzanine 2004 SICAV
Lehman Brothers European Mezzanine Capital Partners-A, L.P.
Lehman Brothers European Mezzanine Capital Partners-A, L.P.
Lehman Brothers European Mezzanine Fund 2003-A, L.P.
Lehman Brothers European Mezzanine Fund 2003-B, L.P.
Lehman Brothers European Mezzanine Leveraged Partners 2003-A, L.P.
Lehman Brothers European Mezzanine Leveraged Partners 2003-B, L.P.

Lehman Brothers European Mezzanine Partners 2003-A, L.P.
Lehman Brothers European Mezzanine Partners 2003-B, L.P.
Lehman Brothers European Mezzanine Partners 2003-C, L.P.
Lehman Brothers European Mezzanine Partners 2003-D, L.P.
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary Liquidation)
Lehman Brothers Holdings
Lehman Brothers Inc.
Lehman Brothers Merchant Banking Partners IV (Europe) LP
Lehman Brothers Merchant Banking Partners IV (Europe) LP
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Real Estate Mezzanine Partners II, L.P.
Lehman Brothers Real Estate Mezzanine Partners II, L.P.
Lehman Brothers Real Estate Mezzanine Partners, L.P.
Lehman Brothers Real Estate Partners II, L.P.
Lehman Brothers Real Estate Partners III, L.P.
Lehman Brothers Real Estate Partners, L.P.
LEHMAN MORTGAGE TRUST, SERIES 2006-1
LEHMAN MORTGAGE TRUST, SERIES 2006-4
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-13
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-17
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Montparnasse SAS
Lehwood Nice SAS
Leif Endre Grutle
Leoforos B.V.
Leoforos B.V.
leopoldo1936
LESSING, STEPHEN M.
LESSING, STEPHEN M.
Level Global Overseas Master Fund, Ltd.
Level Global Overseas Master Fund, Ltd.
Leveraged Loans Europe plc
Leveraged Loans Europe plc
Leveraged Loans Europe plc
Lexington Insurance Company
LGT Multi Manager Bond High Yield (USD)
LGT Multi Manager Bond High Yield (USD)
LIBERTY SQUARE APTS
Libra CDO Limited, by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee
LIBRA FUND, L.P.
LIBRA OFFSHORE LTD.

## Non-Objecting Parties

LIFE INVESTORS INSURANCE COMPANY OF AMERICA
Lifetime Group Retirement & Death Benefit Plan
Lily Pond Currency Master Fund Ltd
Lily Pond Currency Plus Master Fund Ltd
Lily Pond Master Fund Ltd
Lily Pond Master Fund Ltd
LINCOLN NATIONAL CORPORATION MASTER RETIREMENT
TRUST
LINCOLN NATIONAL CORPORATION MASTER RETIREMENT
TRUST
Lincoln National Life Insurance Company Separate Account 12-
Govern
Lincoln National Life Insurance Company Separate Account 12-
Govern
Lincoln National Reinsurance Company (Barbados) Limited
Lincoln National Reinsurance Company (Barbados) Limited
LINCORE LIMITED
LING N YOUNG
LINLAKE VENTURES
LINLAKE VENTURES
LINN ENERGY LLC
Lion City CDO Limited - Series 2006-3
Lion City CDO Limited Series 2006-01
Lion City CDO Limited Series 2006-2
Lispenard Street Credit (Master), Ltd.
liv simonsen
Lloyds Register
Lloyds TSB  Bank plc
Lloyds TSB  Bank plc
Lloyds TSB  Bank plc
Lloyds TSB  Bank plc
LMA SPC for and on behalf of the Map 35 Segregated Portfolio
LMA SPC for and on behalf of the Map 42 Segregated Portfolio
LMA SPC for and on behalf of the Map 42 Segregated Portfolio
LMA SPC for and on behalf of the Map V Segregated Portfolio
LMP Capital and Income Fund Inc (Fixed Portion of Balanced
Fund with C
Loeb Arbitrage B Fund LP
Loeb Arbitrage Fund
Loeb Offshore B Fund Ltd.
Loeb Offshore Fund, Ltd.
LOHR, ANDREAS
London Diversified Fund Limited
LONG ISLAND POWER AUTHORITY
LONGCHAMP FINANCE CORP.
Longue Vue Partners
Loomis Sayles Multi-Strategy Master Alpha, LTD
Loomis Sayles Multi-Strategy Master Alpha, LTD
Loomis Sayles Multi-Strategy Master Alpha, LTD
Louis Dreyfus Energy Services L.P.
LOUISE RITCHIE BEALE
Louisiana Sheriff's Pension & Relief Fund
Louisiana Sheriff's Pension & Relief Fund
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
Lovely Queen Co., Ltd.
LP MA1 LTD
LSN/TLS OBLIGATED GROUP
Lufthansa Technik Airmotive Ireland Retirement & Death
Benefit Plan
LUMINANT ENERGY COMPANY LLC
Luminus Energy Partners Master Fund Ltd.

Luminus Energy Partners Master Fund Ltd.
LUONG, HIEN
Lutheran Hillside Village, Inc.
Lutheran Hillside Village, Inc.
Lutheran Hillside Village, Inc.
Lutheran Hillside Village, Inc.
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
Lutheran Senior Services
LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY
Luxor Capital Partners Offshore, Ltd.
Luxor Capital Partners Offshore, Ltd.
Luxor Capital Partners, LP
Luxor Capital Partners, LP
Luz Del Carmen Diez Garelli & Cesar Rodriguez Gilabert TOD
ALL LIVING
LVIP Delaware Bond Fund, a series of Lincoln Variable
Insurance Produc
LVIP Delaware Bond Fund, a series of Lincoln Variable
Insurance Produc
LVIP Delaware Managed Fund, a series of Lincoln Variable
Insurance Pro
LVIP Delaware Managed Fund, a series of Lincoln Variable
Insurance Pro
Lydian Overseas Partners Masterfund Ltd.
Lyonnaise de Banque
Lyonnaise de Banque
Lyxor Asset Management SA, as sub-mgr of Lyxor/Acuity Fund
Ltd
Lyxor Asset Management SA, on behalf of Investissement 510
Lyxor Asset Management SA, sub-mgr of Lyxor/Harmonic
Currency Fund Ltd
Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Capital
Arbitrage Fund Ltd
Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Value
Realization Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr for Lyxor/Centaurus Event
Driven Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/GLG Pan European
Equity Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Observatory Credit
Mkts Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Sabre Style Arbitrage
Fund Ltd
Lyxor Asset Mgmt, sub-mgr of Lyxor/Julius Baer Global Rates
Hedge Fund
M Del Carmen Hernandez & Enrique Guzman H JTWROS TOD
Mitzi & Anaid G
M. Kenneth Witover
M. Steven Sembler and Sandra C. Sembler, tenants by entirety
M. Steven Sembler and Sandra C. Sembler, tenants by entirety
M.H. Davidson & Co.
Ma De Lourdes Viades Blanco JTWROS TOD Jose M Gilabert
Tenreyro
Macquarie Bank Limited
Macquarie Bank Limited
Macquarie Bank Limited
Macquarie Bank Limited

## Non-Objecting Parties

| | |
|---|---|
| Macy's, Inc. Fixed Income | Massachusetts State College Building Authority |
| Madison Avenue Structured Finance CDO I | Massachusetts State College Building Authority |
| MAERSK A/S | Massachusetts State College Building Authority |
| Magnus Herredsvela | Massachusetts State College Building Authority |
| Mai Hanlon | Massachusetts State College Building Authority |
| Main Street Natural Gas, Inc. | Massachusetts State College Building Authority |
| MAJESTIC FUND LIMITED | Massachusetts State College Building Authority |
| Malayan Banking Berhad | Massachusetts State College Building Authority |
| Manol Kacinoglu | Massachusetts State College Building Authority |
| MARANTHA BAPTIST BIBLE COLLEGE | Massachusetts State College Building Authority |
| Marathon Global Equity Master Fund, Ltd. | Massachusetts State College Building Authority |
| Marathon Master Fund, Ltd. | Massachusetts State College Building Authority |
| Marathon Master Fund, Ltd. | Massachusetts State College Building Authority |
| Marathon Special Opportunity Master Fund, Ltd. | Massachusetts State College Building Authority |
| Marble Arch Residential Securitisation No. 4 PLC | Massachusetts Turnpike Authority |
| Marble Bar Asset Management LLP | Massachusetts Turnpike Authority |
| Marble Bar Asset Management LLP | Massachusetts Water Resources Authority |
| Marble Finance Limited | Massachusetts Water Resources Authority |
| Marcus Foundation, Inc. | Massachusetts Water Resources Authority |
| MARCY LTD | MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED |
| Maria D L Gomory M & Carlos R Menendez L JTWROS TOD | MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED |
| Maria De J Aguirre M & Zoila Munoz C JTWROS Tod Ziola Ma R Aguirre M | MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED |
| | MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED |
| Maria Del Carmen Fernandez LL Francisco Boiles Martinez TOD All Living | Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation |
| Maria Del Carmen Fernandez LL Francisco Boiles Martinez TOD All Living | Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation |
| Maria Torres Landa U & Francisco Boiles F JTWROS TOD Juan F & Juan S B | Matthew Fiorilli and Judy Fiorilli |
| Mariana Menendez Preciat & Fernando Marrufo Gutierrez JTWROS TOD | MATTHEW Q, GIFFUNI |
| | Maxis Corporation |
| Marie J. Papillon | Maxis Corporation |
| Marie-Christine Jost | MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE |
| MARINER ATLANTIC US BONDS, LTD. | MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE |
| MARINER LDC | MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE |
| MARINER OPPORTUNITIES FUND, LP | MBIA Inc. |
| MARINER PARTNERS US BONDS, L.P. | MBIA Inc. |
| Mariner-Tricadia Credit Strategies Master Fund, Ltd. | MCDONNELL LOAN OPPORTUNITY LTD |
| mark bernstein | MCGEE III, HUGH E |
| Mark Mason | MCGEE III, HUGH E |
| MARQUETTE FINANCIAL COMPANIES | MEAG Munich ERGO Asset Management GmbH for and on behalf of Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchean |
| Marriott International, Inc. | |
| Mars Associates Retirement Plan | |
| Marsh & McLennan Companies, Inc. U.S. Retirement Plan - High Yield | MEB Options, LLC. |
| | MEB Options, LLC. |
| Marsh & McLennan Companies, Inc. U.S. Retirement Plan - High Yield | MEB Options, LLC. |
| | MEB Options, LLC. |
| Marsh & McLennan Companies, Inc. U.S. Retirement Plan - Long Duration Fixed Income | MedAmerica Health Systems Employee Retirement Plan |
| | MedAmerica Health Systems Employee Retirement Plan |
| | MedCentral Health System |
| Marsh & McLennan Companies, Inc. U.S. Retirement Plan - Long Duration Fixed Income | Medical Center of the Rockies |
| | Mediobanca - Banca di Credito Finanziario S.p.A. |
| Marshall Wace Core Fund Limited | Mediolanum International Life Limited |
| mary ann oboyle | MEGA INTERNATIONAL COMMERCIAL BANK CO,LTD |
| Mary N. Moore | MEGA INTERNATIONAL COMMERCIAL BANK CO,LTD |
| Maryland State Retirement Board | Melissa B. Mickey |
| Massachusetts Bay Transportation Authority | MERCANTIL COMMERCEBANK, N.A. |
| Massachusetts Bay Transportation Authority | Merced Partners II, L.P. |
| Massachusetts Bay Transportation Authority | Merced Partners, L.P. |
| Massachusetts Bay Transportation Authority | Mercer Global Investments Europe LTD |
| Massachusetts Bay Transportation Authority | MERCHANTS' GATE CAPITAL LP |
| Massachusetts Bay Transportation Authority | MERCHANTS' GATE ONSHORE FUNDLP |
| Massachusetts Bay Transportation Authority | Mercuria Energy Trading Pte Limited |
| Massachusetts State College Building Authority | Mercuria Energy Trading SA |

## <u>Non-Objecting Parties</u>

MERIDIAN BANK, N.A.
MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD
Merrill Lynch
Merrill Lynch Bank & Trust Co.
Merrill Lynch Capital Services Inc.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities (Europe) Limited
Merrill Lynch Commodities, Inc.
MERRILL LYNCH CREDIT PRODUCTS, LLC
MERRILL LYNCH CREDIT PRODUCTS, LLC
Merrill Lynch International
Merrill Lynch International
Merrill Lynch International
Merrill Lynch International Bank Limited
Merrill Lynch International Bank Limited
Merrill Lynch International Bank Limited
Mesivta Yeshiva Rabbi Chaim Berlin
Metal Box Pension Trustees Limited
Metavante Corporation
Metropolitan Capital Advisors International, Ltd.
Metropolitan Capital Advisors, L.P.
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company on behalf of its Separate Account No. 389
Metropolitan Life Insurance Company SA 78
Meyer Family Trust LLC
MF Global UK Limited
MFA Financial, Inc., f/k/a MFA Mortgage Investments Inc.
MGM International Assurance Ltd
Michael and Jamie Delaney JTWROS
Michael Bruns
Michael Lardiere
Michael S. Goldberg 1992 Grantor Trust
michigan tobacco settlement finance authority
MICROSOFT CORPORATION
MICROSOFT GLOBAL FINANCE
MidAmerican Energy Company
MidAmerican Energy Company
MidFirst Bank
MidFirst Bank
Midland National Life Insurance Company
Midland National Life Insurance Company
Midway Market Neutral International Fund, Ltd.
Midwest Generation, LLC
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A Casil
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A Casil
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...
Miguel A Ozores Irastorza & Pablo Ozores Irastorza JTWROS
Miguel A Ozores Irastorza & Pablo Ozores Irastorza JTWROS
Miguel R. Bein and Olga María Rebori De Bein
Miguel R. Bein and Olga María Rebori De Bein

Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue
Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue
Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue
Millennium International, Ltd.
Millennium Partners, L.P.
Millennium Partners, L.P.
Millennium Partners, L.P.
Millennium Partners, L.P.
Minch Norton Employee Benefits Plan
MINNESOTA LIFE INSURANCE COMPANY
Minnesota State Board of Investment
MIP Fixed Income Account
MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM
Missouri Local Government Employees Retirement System
Missouri Local Government Employees Retirement System
Mitsubishi Corporation
MITSUBISHI UFJ SECURITIES CO.,LTD.
MITSUBISHI UFJ SECURITIES CO.,LTD.
MITSUBISHI UFJ TRUST AND BANKING CORP.
MITSUBISHI UFJ TRUST AND BANKING CORPORATION
Mitsui & Co. Energy Risk Management Ltd.
MITSUI SUMITOMO INSURANCE CO.,LTD.
MIZUHO BANK, LTD.
Mizuho Capital Markets Corporation
Mizuho Corporate Bank, Ltd.
Mizuho International plc
MIZUHO SECURITIES CO.LTD
MIZUHO SECURITIES CO.LTD
MLC Investment Limited
MLC Investments Limited
MLC Investments Limited
MLC Investments Limited
MM Asset Management Limited: MM Institutional Funds PLC – MM UK Bond F
MMC UK Pension Fund Limited as trustees of the MMC UK Pension Fund
MMC UK Pension Plan - Global Small Cap Equity
MNC Partners, L.P.
MNOPF Trustees Limited - Merchant Navy Officers Pension Fund
MOLINA, GUILLERMO
MOLINA, GUILLERMO
MONTAUK ENERGY CAPITAL, LLC
Montes de Piedad y Caja de Ahorros de Ronda, Cádiz, Almería, Málaga y Antequera
Montes de Piedad y Caja de Ahorros de Ronda, Cádiz, Almería, Málaga y Antequera
Montreal Trust Company of Canada, as Trustee for Flatrock Trust
MONUMENTAL LIFE INSURANCE COMPANY
Morgan Stanley Alpha Advantage European Bond Fund II
Morgan Stanley Alpha Advantage European Fixed Income Fund
Mortgage Funding 2008-1 PLC
MOTOR INSURERS' BUREAU OF HONG KONG
MOUNT POLLEY MINING CORPORATION
MP INVESTMENT BANK (A/C GEN)
mr. and Mrs. Beusen
MSIM Inc., Seed Capital Hedging Account
Mt. Wilson CLO II LTD
MTR CORPORATION LIMITED

## Non-Objecting Parties

MTR Corporation Limited Provident Fund Scheme
MTR Corporation Limited Retirement Scheme
Multi Asset Platform Master Fund SPC
Multicare Health System
Multicare Health System
Multi-Strategy Alpha Port (MAPS) TM Fund, Ltd.
Multi-Strategy Alpha Port (MAPS) TM Fund, Ltd.
Münchener Hypothekenbank eG
MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, SERIES
2008-1 TRUST
MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, SERIES
2008-1 TRUST
MUNICIPALITY FINANCE PLC
Munir Dauhajre
myrna schwack
myrna schwack
NAKAGAWA BUSSAN CO.,LTD.
Nathan S Ward
Nathan S Ward
National Bank of Canada
NATIONAL CINEMEDIA, LLC
National City Bank
National City Bank
National Grid plc
National Grid USA Final Average Pay Pension Plan
National Irish Bank Pension Scheme
National Power Corporation
National Rural Utilities Cooperative Finance Corporation
National Rural Utilities Cooperative Finance Corporation
Nationale Nederlanden Interfinance B.V.
NATIONWIDE LIFE INSURANCE COMPANY (INC)
NATIONWIDE LIFE INSURANCE COMPANY (INC)
NATIONWIDE LIFE INSURANCE COMPANY (INC)
NATIONWIDE LIFE INSURANCE COMPANY (INC)
Nationwide Life Insurance Company of America Producers
Pension Plan
NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC)
NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC)
NATIONWIDE MUTUAL INSURANCE COMPANY
Nationwide Retirement Plan
Nationwide Retirement Plan
NEBRASKA INVESTMENT FINANCE AUTHORITY
Nektar Asset Management AB for the Nektar Fund
Neste Oil OYJ
Nestle in the USA Pension Trust
Nestle in the USA Pension Trust
Nestle in the USA Pension Trust
NetApp, Inc.
NetApp, Inc.
New Ireland Superannuation Fund
New Jersey Housing and Mortgage Finance Agency
New Jersey Housing and Mortgage Finance Agency
New Jersey Housing and Mortgage Finance Agency
New Jersey Housing and Mortgage Finance Agency
New Jersey Housing and Mortgage Finance Agency
New Mexico Educational Retirement Board Pension Plan
New South Federal Savings Bank, F.S.B.
New South Federal Savings Bank, F.S.B.
New York City Industrial Development Agency
New York City Industrial Development Agency
NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY
News America Incorporated

Newton Re Limited
NEXEN ENERGY MARKETING LONDON LIMITED
NEXEN MARKETING
NEXEN MARKETING SINGAPORE PTE LTD.
Nexgen Capital Limited
Nexgen Capital Limited
Nexgen Capital Limited
Nexstar Developing Opportunities Master Fund, Ltd.
Niagra Mohawk Pension Plan
NIBC BANK N.V.
Nick Wiszowaty
Nilsborg Invest AS
NiSource Finance Corporation
Nomura Global Financial Products Inc.
Nomura International plc
Nomura International plc
Nomura International plc
Nomura International plc
Nomura Securities Co. Ltd.
Nomura Securities Co. Ltd.
Nomura Securities Co. Ltd.
NORD/LB COVERED FINANCE BANK S.A.
NORDDEUTSCHE LANDESBANK GIROZENTRALE
NORDEA BANK AB (publ)
NORDEA BANK AB (publ)
NORDEA BANK FINLAND Plc
NORDEA BANK FINLAND Plc
NORDIC INVESTMENT BANK
NORDIC INVESTMENT BANK
NORDIC INVESTMENT BANK
North American Company for Life and Health Insurance
North American Company for Life and Health Insurance
NORTHCREST INC
Northern Racing PLC
NORTHERN ROCK PLC
NORTHERN ROCK PLC
Northern Trust Global Advisors-AFEBT
NORTHSIDE GUARANTY, LLC
NORTHSIDE GUARANTY, LLC
NorthStar Real Estate Securities Opportunity Fund L.P.
NorthStar Real Estate Securities Opportunity Fund L.P.
NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC
(THE)
NORTHWOODS-CATHEDRAL CITY, L.P.
NORTHWOODS-CATHEDRAL CITY, L.P.
Norton Gold Fields Limited
NRC Partners, L.P.
NRG POWER MARKETING LLC
NRW.BANK
NSK Pension Scheme
NTCC Western FI fd AFEBT
NUI Galway Pension Scheme
NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED
ACCOUNTS PORTFOLIO
NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED
ACCOUNTS PORTFOLIO
NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND
NUVEEN HIGH YIELD BOND FUND
NUVEEN HIGH YIELD MUNICIPAL BOND FUND
NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT
PORTFOLIO
NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT
PORTFOLIO
NUVEEN MULTI-STRATEGY INCOME FUND

### Non-Objecting Parties

NUVEEN SHORT DURATION BOND FUND
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
NYKREDIT BANK A/S
O.M.I. Provincial Account
Oak Crest Village, Inc.
Oak Hill Credit Alpha Fund (Offshore), Ltd.
Oak Hill Credit Alpha Fund, L.P.
Oak Hill Credit Alpha Fund, L.P.
Oak Hill Credit Opportunities Master Fund, Ltd.
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, LP.
Oak Hill Strategic Partners, L.P.
Oak Hill Strategic Partners, L.P.
Oaktree Value Opportunities Fund, L.P.
OBERBANK AG represented by Burns & Levinson LLP
OC/SD Mezz 1 LLC
OCM Opportunities Fund VI, L.P.
OCM Opportunities Fund VII Delaware, L.P.
OCM Opportunities Fund VII, L.P.
OCM Opportunities Fund VIIb Delaware, L.P.
OCM Opportunities Fund VIIb Delaware, L.P.
OCM Opportunities Fund VIIb Delaware, L.P.
O'Connor Capital Structure Opportunity Master Limited
O'Connor Global Convertible Arbitrage II Master Limited
O'Connor Global Convertible Arbitrage Master Limited
O'Connor Global Fundamental Market Neutral Long/Short
Master Limited
O'Connor Global Multi-Strategy Alpha Master Limited
O'DELL, SCOTT & JENNIFER
Oesterreiche Volksbanken-Aktiengesellschaft
Oesterreiche Volksbanken-Aktiengesellschaft
Oesterreiche Volksbanken-Aktiengesellschaft
Oesterreiche Volksbanken-Aktiengesellschaft
OFID - OPEC Fund for International Development
OGI Associates LLC
OHA Coast Hedging, Ltd.
OHA Hedged Credit, Ltd.
Ohio Operating Engineers Pension Fund
Ohio Presbyterian Retirement Services
OHIO PRESBYTERIAN RETIREMENT SERVICES
OHIO PRESBYTERIAN RETIREMENT SERVICES
Oil Investment Corporation Ltd.
Oklahoma City Employee Retirement System
Old Lane Financial Products, L.P.
OLD LANE LPA/C OLD LANE FINANCIAL PRD LP
Old Mutual (US) Holdings Inc.
Olifant Fund, LTD.
Olifant Fund, LTD.
Olympus ALC Co-Borrower No.1, L.P.
Olympus ALC Co-Borrower No.1, L.P.
Onderlinge Waarborgmaatschappij Centrale Zorgverzekeraars
groep, Zorgverzekeraar U.A. ("CZ")
ONEOK Energy Services Company, L.P.
Onyx Finance Limited
Onyx Finance Limited
Onyx Funding Limited - Series 2005-1

Onyx Funding Limited - Series 2006-1
Onyx Funding Limited - Series 2008-1
Oppenheimer Master International Value Fund, LLC
Optimum Fixed Income Fund, a series of Optimum Fund Trust
Optimum Fixed Income Fund, a series of Optimum Fund Trust
Optimum Fixed Income Fund, a series of Optimum Fund Trust
Optimum Fixed Income Fund, a series of Optimum Fund Trust
Orange County Employees Retirement System
ORANJE-NASSAU ENERGIE B.V.
Ore Hill Credit Hub Fund Ltd. f/k/a Ore Hill Concentrated Credit
Hub Fund Ltd.
Ore Hill Credit Hub Fund Ltd. f/k/a Ore Hill Concentrated Credit
Hub Fund Ltd.
Oregon Laborer-Employers Pension Trust Fund
Oregon Laborer-Employers Pension Trust Fund
Oregon Laborer-Employers Pension Trust Fund
Oregon Laborer-Employers Pension Trust Fund
Oregon Laborer-Employers Pension Trust Fund
Oregon Laborer-Employers Pension Trust Fund
Osaka Securities Finance Company, Ltd.
OSCART INTERNATIONAL LIMITED
OSCART INTERNATIONAL LIMITED
OVAL CIBLE ABSOLU (FRENCH COLLECTIVE INVESTMENT
SCHEME) REP. BY OFI AM
OVERSEA-CHINESE BANKING CORPORATION LIMITED
OWENS & MINOR INC
OWENS & MINOR INC
Owl Creek I, L.P.
Owl Creek II, L.P.
Owl Creek Overseas Fund, Ltd.
Pacific Coast Bankers' Bank
Pacific Gas & Electric Corporation Post Retirement Medical
Trust
PACIFIC GAS AND ELECTRIC COMPANY
Pacific International Finance Limited
Pacific International Finance Limited
Pacific International Finance Limited
Pacific Investment Management Company LLC, for each
account named in the Termination Agreement
PACIFIC LIFE & ANNUITY COMPANY
Pacific Life Funds PL Inflation Managed Fund
Pacific Life Insurance Company
PACIFIC LIFE INSURANCE COMPANY
PACIFIC LIFE INSURANCE COMPANY
PACIFIC LIFECORP
Pacific Select Fund
Pacific Summit Energy LLC
Pacific Summit Energy LLC
Pacific Summit Energy LLC
Pacific Summit Energy LLC
PacifiCorp Retirement Plan
PacifiCorp (as assignee of MidAmerican Energy Company)
PacifiCorp (as assignee of MidAmerican Energy Company)
PALMETTO HEALTH ALLIANCE
Paloma Industries Nogata Plant Ltd.
PANTON MASTER FUND LP
PANTON MASTER FUND LP
PAR INVESTMENT PARTNERS, L.P.
Par-Four Master Fund, Ltd.
Paris Prime Commercial Real Estate FCC, a French fonds
commun de creances represented by Eurotitrisation
Paris Prime Commercial Real Estate FCC, a French fonds
commun de creances represented by Eurotitrisation

## <u>Non-Objecting Parties</u>

| | |
|---|---|
| PARKCENTRAL GLOBAL HUB LTD (in provisional liquidation) | People's Bank of China |
| PARMENIDES MASTER FUND, L.P. | People's Bank of China |
| PARMENIDES MASTER FUND, L.P. | People's Bank of China |
| PARMENIDES MASTER FUND, L.P. | People's Bank of China |
| PARMENIDES MASTER FUND, L.P. | People's Bank of China |
| PARS Aspire Fund - (#4817) | People's Bank of China |
| Parsec Trading Corporation | People's Bank of China |
| Parsec Trading Corporation | People's Bank of China |
| Partner Reinsurance Company Ltd. | People's Bank of China |
| Patricia A. Ferro | PEOPLE'S UNITED BANK |
| Paul Hamlyn Foundation | PEOPLE'S UNITED BANK |
| Paulson Advantage Master Ltd. | PEOPLE'S UNITED BANK |
| Paulson Advantage Master Ltd. | PEOPLE'S UNITED BANK |
| Paulson Advantage Master Ltd. | Pere Ubu Investments, L.P. |
| Paulson Advantage Plus Master Ltd. | Pere Ubu Investments, L.P. |
| Paulson Advantage Plus Master Ltd. | Peter and Diana Caride |
| Paulson Advantage Plus Master Ltd. | Peter and Diana Caride |
| Paulson Credit Opportunities Master II Ltd. | Petra Schoemaker |
| Paulson Credit Opportunities Master II Ltd. | Petrarca Finance Public Limited Company Series 2002-01 |
| Paulson Credit Opportunities Master II Ltd. | PGA HOLDINGS INC |
| Paulson Credit Opportunities Master Ltd. | Pharo Macro Fund, Ltd. |
| Paulson Credit Opportunities Master Ltd. | Pharo Macro Fund, Ltd. |
| Paulson Credit Opportunities Master Ltd. | Pharo Master Fund, Ltd. |
| PB CAPITAL CORPORATION | Phibro LLC |
| PB Financial Services, Inc. | Philadelphia Municipal Employees Retirement System |
| PB Institutional Limited Partnership | Philip Morris Finance S.A. |
| PCS Administration (USA), Inc. Master Trust | PHILIPPINE AIRLINES INC |
| PEABODY ENERGY CORPORATION | Philips Pension Trustees Limited as Trustee of the Philips |
| Pearl Assurance plc | Pension Fund |
| Pearl Finance PLC - Series 2003-1 | PHOEBE DEVITT HOMES et al. |
| Pearl Finance PLC - Series 2003-4 | Phoenix 2002-1 Limited |
| Pearl Finance PLC - Series 2003-5 | Phoenix 2002-1 Limited |
| Pearl Finance PLC - Series 2003-6 | Phoenix 2002-1 Limited |
| Pearl Finance PLC - Series 2003-8 | Phoenix 2002-2 Limited |
| Pearl Finance PLC - Series 2005-1 | Phoenix F1 – Neubrandenburgstrasse S.à.r.l |
| Pebble Creek LCDO 2006-1, LTD | Phoenix II Mixed Sarl |
| Pebble Creek LCDO 2006-1, LTD | Phoenix III Mixed U S.a.r.l |
| Pebble Creek LCDO 2007-3, LTD | Phoenix Pensions Limited |
| Pebble Creek LCDO 2007-3, LTD | Phoenix Pensions Limited |
| PENN VIRGINIA CORPORATION | Phoenix Pensions Limited |
| PENN VIRGINIA CORPORATION | PHZ Long/Short Trading Ltd. |
| Penn West Petroleum Ltd. | PHZ Long/Short Trading Ltd. |
| Penn West Petroleum Ltd. | PICERNE DEVEOPMENT CORP OF FLORIDA |
| Pennsylvania Public School Employees' Retirement System | PICERNE DEVEOPMENT CORP OF FLORIDA |
| Pennsylvania Public School Employees' Retirement System | Pickersgill, Inc. |
| Pennsylvania Public School Employees' Retirement System | PIETRO FERRERO |
| Pennsylvania Public School Employees' Retirement System | Pilsudski Fund Limited (formerly MAC Pilsudski 20A Limited) |
| Pension Asset Committee of Twin Cities Hospitals – Minnesota Nurses Association Pension Plan | PIMCO Absolute Return Strategy II Cayman Unit Trust - (#4902) |
| | PIMCO Absolute Return Strategy II Master Fund LDC - (#4802) |
| Pension Asset Committee of Twin Cities Hospitals – Minnesota Nurses Association Pension Plan | PIMCO Absolute Return Strategy III - (#4803) |
| | PIMCO Absolute Return Strategy IV eFund - (#4899) |
| Pension Benefit Guaranty Corporation | PIMCO Absolute Return Strategy IV IDF LLC - (#3994) |
| Pension Benefit Guaranty Corporation | PIMCO Absolute Return Strategy IV Master Fund LDC - (#3199) |
| Pension Fund of the Christian Church (Disciples of Christ), Inc. | PIMCO Absolute Return Strategy V - (#4825) |
| Pension Plan of Hercules Incorporated | PIMCO Absolute Return Strategy V Alpha Fund - (#4942) |
| Pension Plan of The Chubb Corporation, Chubb & Son, Inc. and Participa | PIMCO Bermuda Foreign Low Duration Fund - (#2742) |
| | PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M) - (#3706) |
| Pension Reserves Investment Trust | PIMCO Bermuda Global Bond Ex-Japan Fund - (#3738) |
| Pensionskasse Unilever Schweiz | PIMCO Bermuda LIBOR Plus Fund (M) - (#2739) |
| People's Bank of China | PIMCO Bermuda U.S. Low Duration Fund - (#2741) |
| People's Bank of China | PIMCO Cayman Global Aggregate Bond Fund - (#2733) |
| People's Bank of China | |
| People's Bank of China | |

## Non-Objecting Parties

PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund - 2818

PIMCO Cayman Global Aggregate Ex-Japan Bond Fund - (#2755)

PIMCO Cayman Global Aggregate Ex-Japan Income Fund - (#2763)

PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Bond Fund II-2759

PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Income Fund-2781

PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund - (#2732)

PIMCO Cayman Global Ex-Japan Bond Fund - (#2730)

PIMCO Cayman Global High Income Fund - (#2764)

PIMCO Cayman Global LIBOR Plus (U.S. Dollar-Hedged) Fund - (#3801)

PIMCO Cayman Global Multiple Real Return Fund - (#2768)

PIMCO Combined Alpha Strategies - (#4861)

PIMCO CommodityRealReturn Strategy Fund - (#731)

PIMCO CommodityRealReturn Strategy Portfolio - (#6881)

PIMCO Emerging Markets Bond Fund (M) - (#2737)

PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) - (#770)

PIMCO Foreign Bond Fund (Unhedged) - (#719)

PIMCO Global Bond Fund (U.S. Dollar-Hedged) - (#785)

PIMCO Global Bond Fund (Unhedged) - (#775)

PIMCO Global Bond Portfolio (Unhedged) - (#2680)

PIMCO Global Bond Strategy Fund - (#3751)

PIMCO Global High Yield Strategy Fund - (#3752)

PIMCO Real Return Fund - (#795)

PIMCO Real Return Portfolio - (#691)

PIMCO Real Return Trust - (#6031)

PIMCO RealEstateRealReturn Strategy Fund - (#788)

Piney Branch Park Inc.

Ping Exceptional Value Master Fund L.P.

Pinnacle American Core Plus Bond Fund

Pinnacle American Core Plus Bond Fund

PIONEER EUROPE MAC 70 LIMITED

Pioneer Funds - U.S. Equity 130/30

Piper Jaffray Financial Products II Inc.

Piper Jaffray Financial Products II Inc.

PJ Carroll & Co Ltd Pension Plan for Salary & Factory Staff

PJM Interconnection, LLC

Plainfield Direct Inc.

Plainfield Direct Inc.

Plainfield Special Situations Master Fund Limited

Plainfield Special Situations Master Fund Limited

Plan for Employee Benefit Investment Funds, Core Plus Fixed Income Fund

Plan for Employee Benefit Investment Funds, Core Plus Fixed Income Fund

Plan Investment Committee on behalf of the JPMorgan Chase Retirement Plan (JPMC)

PMA Koryo Fund

PMA Prospect Fund

PNC Bank, National Association

PNC Bank, National Association

Pohjola Bank plc

Polaris Fund (GEO Global Bond Total Return VI) - Polaris Investment SA

POLLYSON INTERNATIONAL LIMITED

Polygon Global Opportunities Master Fund

Pond View Credit (Master), L.P.

Popular Gestión, S.G.I.I.C., S.A.

Popular Gestión, S.G.I.I.C., S.A.

Port of Tacoma

Portman Building Society Pension & Assurance Scheme

Posillipo Finance II S.r.l.

Posillipo Finance II S.r.l.

Posillipo Finance S.r.l.

Post Distressed Master Fund, L.P.

Post Strategic Master Fund, L.P.

Post Total Return Master Fund, L.P.

Poste Italiane S.p.A.

Potomac River Capital Master Fund, L.P.

Poudre Valley Health Care, Inc.

PPG Industries, Inc. - Long DurationCompany of America

PQ Corporation

PRACTIS 09.09

Preferred Residential Securities 06-1 Plc

PREGIS CORPORATION

Premier Health Partners Operating Investment Program

Premier Health Partners Operating Investment Program

PRESBYTERIAN MANORS INC

PRESBYTERIAN MANORS INC

PRESBYTERIAN MANORS INC

PRESBYTERIAN MANORS INC

President and Fellows of Harvard College

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers International (Europe) Zurich Branch, in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers International (Europe) Zurich Branch, in Liquidation

PRIMONE INC.

Primus Telecommunications Canada Inc.

PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX

PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX

PRISMA ENHANCED FIXED INCOME FUND LP

PRISMA ENHANCED FIXED INCOME FUND LP

PRISMA ENHANCED FIXED INCOME FUND LTD

PRISMA ENHANCED FIXED INCOME FUND LTD

Procesos Controlados SA DE CV

Procesos Controlados SA DE CV

Programma Dinamico S.p.A.

Programma Dinamico S.p.A.

Promark Alternative High Yield Bond Fund - Acct. No. GREK (GMAM Investment Funds Trust II)

Promark Global Tactical Asset Allocation Fund - Acct. No. 3037020140 (GMAM Investment Funds Trust)

Promark Investment Trustees Limited

Prospect Harbor Credit Partners, L.P.

## Non-Objecting Parties

PROTEIN 2
PROVIDENT LIFE & ACCIDENT INSURANCE CO INC
PROVIDENT LIFE & ACCIDENT INSURANCE CO INC
Pru Alpha Fixed Income Opportunity Master Fund I, LP
Prudential Global Funding LLC
Prudential Global Funding LLC
Prudential Investments
Prudential Investments
PSEG Inc. Master Retirement Trust
PT Bank Negara Indonesia (Persero) Tbk.
PUBLIC POWER GENERATION AGENCY
Public Utility District No. 1 of Chelan County PUD, Washington
Puerto Swap FCCC Corp.
Puerto Swap FCCC Corp.
Puerto Swap FCCC Corp.
Puget Sound Energy, Inc.
Puget Sound Energy, Inc.
Pulsar Re, Ltd.
PULSIA 2
Pumice Investments (Netherlands) B.V.
Pumice Investments (Netherlands) B.V.
Pumice Investments (Netherlands) B.V.
Pursuit Capital Partners Master (Cayman) Ltd.
PURSUIT OPPORTUNITY FUND I MASTER LTD
PURSUIT OPPORTUNITY FUND I MASTER LTD
PVHA/Sims Ventures, Inc.
PVHA/Sims Ventures, Inc.
PYRAMIS BROAD MARKET DURATION COMMINGLED POOL
PORTFOLIO OF THE PYRAMIS
PYRAMIS BROAD MARKET DURATION COMMINGLED POOL
PORTFOLIO OF THE PYRAMIS
PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL
PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL
PYRAMIS LONG DURATION COMMINGLED POOL
PYRAMIS LONG DURATION COMMINGLED POOL
Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as
successor by merger to LaSalle Bank National Association, as
Trustee
Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as
successor by merger to LaSalle Bank National Association, as
Trustee
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
Pyxis Finance Limited
QFR Master Victoria Fund, L.P.
QFR Master Victoria Fund, L.P.
Quantum Partners LDC
Quantum Partners LDC
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance Limited
Quartz Finance PLC - Series 2003-3
Quartz Finance PLC - Series 2003-3

Quartz Finance PLC - Series 2003-3
Quartz Finance PLC - Series 2003-4
Quartz Finance PLC - Series 2003-4
Quartz Finance PLC Series 2003-5
Quartz Finance PLC Series 2005-1A
Quartz Finance PLC Series 2005-1B
Quartz Finance PLC Series 2005-2
Quartz Finance Public Limited Company Series 2003-1 Eldon
Street A
Quartz Finance Public Limited Company Series 2003-1 Eldon
Street B
Quintessence Fund LP
Quintessence Fund LP
Quintessence Fund LP
Quintessence Fund LP
QVT Fund LP
QVT Fund LP
QVT Fund LP
QVT Fund LP
R2 Investments, LDC
R2 Investments, LDC
Rabobank Nederland, New York Branch
Rabobank Nederland, New York Branch
Radcliffe SPC, Ltd., for and on behalf of
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAI RADIOTELEVISIONE ITALIANA SPA
RAIFFEISEN BANK ZRT
RAIFFEISEN BANK ZRT
RAIFFEISEN BANK ZRT
Raiffeisenlandesbank Niederosterreich-Wien AG
Raiffeisenlandesbank Niederosterreich-Wien AG
Raiffeisenlandesbank Vorarlberg Waren-u. Revisionsverband
Railway Pension Trustee Company Limited
Railways Pension Trustee Company Limited
Rainer and Helga Pechmann
Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG
Latitude Master Fund, Ltd.)
Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG
Latitude Master Fund, Ltd.)
Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG
Latitude Master Fund, Ltd.)
Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund
Ltd.)

## Non-Objecting Parties

Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)

Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)

Ratia Energie AG

Ratia Energie AG

RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD

Raymond G. Schuville

Raymundo Sanchez Aussenac & Maria E Sanchez JTWROS TOD Dolores Ramos R

Raytheon Company Combined Defined Benefit Defined Contribution Master

Raytheon Master Pension Trust

RBC ASSET MANAGEMENT INC.

RBC Dexia Investor Services

RBC Dexia Investor Services

RBC Dexia Investor Services Trust as Trustee for RBC Canadian Master Trust

RCG PB, Ltd.

Real Assets Portfolio LP

Redfire, Inc.

Redwood Master Fund, Ltd.

REGIMENT CAPITAL LTD

REGIMENT CAPITAL LTD

Regione Marche

REGIONS BANK

Relative European Value S.A.

Relative European Value S.A.

Relative European Value S.A.

Relative European Value S.A.

Relative European Value S.A.

Reliant Energy Power Supply, LLC

Reliant Energy Services, Inc., n/k/a RRI Energy Services, Inc.

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company

ReliaStar Life Insurance Company of New York

ReliaStar Life Insurance Company of New York

Reservoir Master Fund, L.P.

Reservoir Master Fund, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A1A)

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A2A)

Residential Accredit Loans, Inc. Series 2006-QO8 (I-A5A)

Residential Accredit Loans, Inc. Series 2006-QO9

RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15

Resolute Aneth, LLC

Resolute Aneth, LLC

Restructured Asset Certificates With Enhanced Returns

Restructured Asset Certificates With Enhanced Returns

Restructured Asset Certificates with Enhanced Returns, Series 1998-I-P

Restructured Asset Certificates with Enhanced Returns, Series 2002-45-

Restructured Asset Securities with Enhanced Returns, Restructured Assets Securities With Enchanced Returns

Restructured Assets Securities With Enchanced Returns

Restructured Assets Securities With Enchanced Returns

Retirement Housing Foundation

richard and roberta edelheit

Richard J Bove TTEE fbo Victoria B Vallely

Rick M. Rieder and Debra L. Rieder

RIMROCK HIGH INCOME PLUS (MASTER) FUND LTD

RIMROCK LOW VOLATILITY MASTER FUND LTD

Rio Tinto Energy America, Inc.

Rising U.S. Dollar ProFund

River Capital Advisors, Inc.

River Capital Advisors, Inc.

RiverSource Balanced Fund

RiverSource Diversified Bond Fund

RiverSource Life Insurance Company

RiverSource Life Insurance Company

RiverSource Life Insurance Company

RiverSource Limited Duration Bond Fund

RiverSource Variable Portfolio - Balanced Fund

RiverSource Variable Portfolio - Core Equity Fund

RiverSource Variable Portfolio - Diversified Bond Fund

RiverSource Variable Portfolio - Diversified Bond Fund

Roar Tessem

Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A

Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A

Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A

ROBERT A SCHOELLHORN TRUST

ROBERT A SCHOELLHORN TRUST

Robert A. Meister

Roche US DB Plans Master Trust

Roche US DB Plans Master Trust

Rock Creek Portable Alpha Series 7051, Ltd

Rock Creek Portable Alpha Series 8011, Ltd

Rock Creek Portable Alpha Series I, Ltd

Rock Creek Portable Alpha Series III, Ltd

RockView Trading, Ltd.

RockView Trading, Ltd.

ROGER L. WESTON REV TRUST

ROGER L. WESTON REV TRUST

Roger Newton and Coco Newton JTWROS

ROHAN, PHANSALKAR

Roman Dworecki, MD

ronald l gallatin

Ronnie B. Getz Revocable Trust

Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez

Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez

Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez

Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez

ROSS FINANCIAL CORPORATION

Rosslyn Investors I, LLC

Rosslyn Series LLC c/o Lehman Brothers Real Estate Partners II, L.P.

Rosslyn Series LLC c/o Lehman Brothers Real Estate Partners II, L.P.

ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED)

ROYAL BANK AMERICA

ROYAL BANK AMERICA

ROYAL BANK OF CANADA

ROYAL BANK OF CANADA

ROYAL BANK OF CANADA

## Non-Objecting Parties

| | |
|---|---|
| ROYAL BANK OF CANADA | Samba Financial Group |
| Royal Charter Properties - East, Inc. | Samba Financial Group |
| Royal City of Dublin Hospital Trust | Samba Financial Group |
| Rubicon Master Fund | Samba Financial Group |
| Ruby Finance PLC - Series 2003-4 | Samba Financial Group |
| Ruby Finance PLC - Series 2004-2 | Sampo Bank plc |
| Ruby Finance PLC - Series 2005-IA1 | Sampo Bank plc |
| Ruby Finance PLC - Series 2005-IA10 | SAMRA, VICTOR |
| Ruby Finance PLC - Series 2005-IA10 | Samsung Life Insurance Co., Ltd. |
| Ruby Finance PLC - Series 2005-IA10 | San Francisco City and County Employees' Retirement System |
| Ruby Finance PLC - Series 2005-IA11 | SAN REMO APARTMENTS, L.P. |
| Ruby Finance PLC - Series 2005-IA11 | Sandra S Greenwood Trustee Sarah Greenwood Tr 3/20/08 |
| Ruby Finance PLC - Series 2005-IA11 | Sandra S Greenwood TTee Fraser  Greenwood Trust |
| Ruby Finance PLC - Series 2005-IA12 | Sandra S Greenwood TTee Thomas  Greenwood Trust |
| Ruby Finance PLC - Series 2005-IA12 | Sanford C. Bernstein Fund II, Inc. - Bernstein Intermediate |
| Ruby Finance PLC - Series 2005-IA12 | Duration Institutional Portfolio |
| Ruby Finance PLC - Series 2005-IA13 | Sanford C. Bernstein Fund, Inc. - Intermediate Duration |
| Ruby Finance PLC - Series 2005-IA13 | Portfolio |
| Ruby Finance PLC - Series 2005-IA13 | Sanford C. Bernstein Fund, Inc. - Intermediate Duration |
| Ruby Finance PLC - Series 2005-IA14 | Portfolio |
| Ruby Finance PLC - Series 2005-IA15 | Sankaty Credit Opportunities II, L.P. |
| Ruby Finance PLC - Series 2005-IA16 | Sankaty Credit Opportunities III, L.P. |
| Ruby Finance PLC - Series 2006-02 | Sankaty Credit Opportunities, L.P. |
| Ruby Finance PLC - Series 2006-03 | Sankaty Special Situations I, L.P. |
| Ruby Finance PLC - Series 2006-5 | SANMINA-SCI CORPORATION |
| Ruby Finance PLC - Series 2007-2 | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| Ruby Finance PLC - Series 2007-3 | Banesto Garantizado Multioportunidad 4X4 II, FI |
| Ruby Finance PLC - Series 2007-6 | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| Ruby Finance PLC - Series 2007-7 | Banesto Garantizado Ocasion, FI |
| Ruby Finance PLC - Series 2008-1 | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| RWE SUPPLY & TRADING GMBH | Fondo Anticipacion Conservador 2, FI |
| S.A.C. Arbitrage Fund, LLC | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| S.A.C. Arbitrage Fund, LLC | Fondo Anticipacion Conservador, FI |
| S.A.C. Capital Associates, LLC | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| S.A.C. Capital Associates, LLC | Fondo Anticipacion Moderado 2, FI |
| S.A.C. Capital Associates, LLC | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| S.A.C. Global Investments, L.P. | Fondo Anticipacion Moderado, FI |
| S.A.C. Global Macro Fund, LLC | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| S.A.C. Global Macro Fund, LLC | Fondo Multirentabilidad, FI |
| S.A.C. MultiQuant Fund, LLC | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| s.Weinstein & H. Weinstein TTees Candid Litho Printing LTD | Fondo Santander 150 Aniversario 2, FI |
| Defined Benefit Pen. Plan | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| SABMiller Plc, Attn: Jonathan Gay, Group Treasury Counsel | Fondo Santander 150 Aniversario, FI |
| SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ | Fondo Superseleccion Acciones 2, FI |
| sacha lainovic | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| Sacher Funding Ltd. | Fondo Superseleccion Dividendo 2, FI |
| SAGA 400 LIMITED | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| Sagamore CLO Ltd. c/o Invesco Senior Secured Management, | Fondo Superseleccion Dividendo, FI |
| Inc. | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| SALEM FIVE CENTS SAVINGS BANK | Santander Decision Conservador, FI |
| Salt River Pima Maricopa Indian Community | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| Salt River Pima Maricopa Indian Community | Santander Decision Moderado, FI |
| Salvador Heredia Haro Tod Emilia De Haro Sllos | Santander Asset Management, S.A., S.G.I.I.C. on behalf of |
| Samba Financial Group | Superfondo Evolucion, FI |
| Samba Financial Group | Saphir Finance PLC - Series 2006-3 Class A1 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-3 Class A3 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-3 Class A4 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-4 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-4 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-6 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-6 |
| Samba Financial Group | Saphir Finance PLC - Series 2006-8 - Series A |

## Non-Objecting Parties

| | |
|---|---|
| Saphir Finance PLC - Series 2006-8C | Saxo Bank A/S |
| Saphir Finance PLC - Series 2007-2 | Saxo Bank A/S |
| Saphir Finance PLC - Series 2007-4 | Saxo Bank A/S |
| Saphir Finance PLC - Series 2007-5 | SBA Communications Corporation |
| Saphir Finance PLC - Series 2007-5 | SCAGO Educational Facilities Corp. for Sumter County School |
| Saphir Finance PLC - Series 2007-7 | Distr. 17 |
| Saphir Finance PLC - Series 2007-9 | SCAGO Educational Facilities Corporation forWilliamsburg |
| Saphir Finance PLC - Series 2008-1 | School Distr. |
| Saphir Finance PLC - Series 2008-10 | Schiller Park CLO |
| Saphir Finance PLC - Series 2008-10 | Schiller Park CLO Ltd. |
| Saphir Finance PLC - Series 2008-11 | Schiller Park CLO Ltd. |
| Saphir Finance PLC Series 2005-10-A1 | Schlumberger Master Profit Sharing Trust |
| Saphir Finance PLC Series 2005-10-A2 | SCI Gouvion Saint Cyr |
| Saphir Finance Public Company Limited Series 2004-5 | SCOGGIN CAPITAL MANAGEMENT LP II |
| Saphir Finance Public Company Limited Series 2004-7 | Scoggin International Fund, Ltd. |
| Saphir Finance Public Company Limited Series 2005-1 Class A1 | SCOGGIN WORLDWIDE FUND LTD |
| Saphir Finance Public Company Limited Series 2005-1 Class A1 | SCOGGIN WORLDWIDE FUND LTD |
| Saphir Finance Public Company Limited Series 2005-1 Class A1 | Scott Sobo |
| Saphir Finance Public Limited Company | Seabrook Village, Inc. |
| Saphir Finance Public Limited Company | Sears 401 (k) Savings Plan |
| Saphir Finance Public Limited Company | Seat Pagine S.p.A. |
| Saphir Finance Public Limited Company 2005-07A1 | SEB AG |
| Saphir Finance Public Limited Company Series 2004-12 | SEB AG |
| Saphir Finance Public Limited Company Series 2004-2 | Security Life of Denver Insurance Company |
| Saphir Finance Public Limited Company Series 2004-4 | Security Life of Denver Insurance Company |
| Saphir Finance Public Limited Company Series 2005-04 | SEGESPAR FINANCE |
| Saphir Finance Public Limited Company Series 2005-11 | SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FIXED |
| Saphir Finance Public Limited Company Series 2005-12 | INCOME FUND |
| Saphir Finance Public Limited Company Series 2005-3A | SEI GLOBAL MASTER FUND PLC |
| Saphir Finance Public Limited Company Series 2005-3B | SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED |
| Saphir Finance Public Limited Company Series 2005-3C | INCOME FUND |
| Saphir Finance Public Limited Company Series 2006-02 | SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCOME |
| Saphir Finance Public Limited Company Series 2006-02A1 | FUND |
| Saphir Finance Public Limited Company Series 2006-02A1 | SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME |
| Saphir Finance Public Limited Company Series 2006-02A2 | FUND |
| Saphir Finance Public Limited Company Series 2006-10 | SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME |
| Saphir Finance Public Limited Company Series 2006-10 | FUND |
| Saphir Finance Public Limited Company Series 2006-11A | SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME |
| Saphir Finance Public Limited Company Series 2006-11A | FUND |
| Saphir Finance Public Limited Company Series 2008-12 | SEI INSTITUTIONAL INTERNATIONAL TRUST INTERNATIONAL |
| Saphir Finance Public Limited Company Series 2008-13 | FIXED INCOME FUND |
| Saphir Finance Public Limited Company Series 2008-6 | SEI INSTITUTIONAL INTERNATIONAL TRUST INTERNATIONAL |
| Saphir Finance Public Limited Company Series 2008-7 | FIXED INCOME FUND |
| Saphir Finance Public Limited Company Series 2008-8 | SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED |
| Saphir Finance Public Limited Company Series 2008-9 | DURATION FUND |
| Saphir Public Limited Company Series 2006-02B1 | SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED |
| Sarasota County Public Hospital District | DURATION FUND |
| Saratoga CLO I, Limited c/o Invesco Senior Secured | SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED |
| Management, Inc. | DURATION FUND |
| SARK MASTER FUND LIMITED | SEMERIA MONDE |
| SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD. | Sempra Energy Solutions LLC |
| SATELLITE CREDIT OPPORTUNITIES FUND, LTD. | Sempra Energy Solutions LLC |
| SATELLITE FUND II, L.P. | SEMPRA GENERATION |
| SATELLITE FUND IV, L.P. | Senior Debt Portfolio |
| SATELLITE OVERSEAS FUND IX, LTD. | SENIOR DEBT PORTFOLIO |
| SATELLITE OVERSEAS FUND V, LTD. | SENTINEL ALARM |
| SATELLITE OVERSEAS FUND VI, LTD. | SESI LLC |
| SATELLITE OVERSEAS FUND VIII, LTD. | SGRO, MICHAEL |
| SATELLITE OVERSEAS FUND, LTD. | SGS HY Credit Fund I (Exum Ridge CBO 2006-3), LTD. |
| Savannah ILA Employers Pension Fund | SGS HY Credit Fund I (Exum Ridge CBO 2006-3), LTD. |
| Savannah ILA Employers Pension Fund | SHANNON HEALTH SYSTEM |
| Savannah ILA Employers Pension Fund | Shanti Asset Management |
| Savannah ILA Employers Pension Fund | Sharon |

## Non-Objecting Parties

| | |
|---|---|
| SHARP HEALTHCARE SYSTEM | SKYPOWER CORP. |
| Sheehan F. Lunt | SKYPOWER CORP. |
| Shell International Eastern Trading Company | SKYPOWER CORP. |
| Shell International Eastern Trading Company | SKYPOWER CORP. |
| Shell International Eastern Trading Company | SKYPOWER CORP. |
| Shell Pensions Trust Limited in its capacity as trustee of the | SKYPOWER CORP. |
| Shell Contributory Pension Fund | SKYPOWER CORP. |
| Shell Pensions Trust Limited in its capacity as trustee of the | SKYPOWER CORP. |
| Shell Contributory Pension Fund | SKYPOWER CORP. |
| SHELL TRADING (US) COMPANY | SKYPOWER CORP. |
| Shell Trading International Limited | SKYPOWER CORP. |
| Shell Trading International Limited | SKYPOWER CORP. |
| Shepherd of the Valley Lutheran Retirement Services, Inc. | SKYPOWER CORP. |
| Shepherd of the Valley Lutheran Retirement Services, Inc. | SKYPOWER CORP. |
| Shin Kong Life Insurance Company Limited | SKYPOWER CORP. |
| Shin Kong Life Insurance Company Limited | SKYPOWER CORP. |
| Shin Kong Life Insurance Company Limited | SKYPOWER CORP. |
| Shin Kong Life Insurance Company Limited | SLM Corporation |
| SHINSEI BANK LIMITED | SLM Corporation |
| SHINSEI BANK LIMITED | Slovenska Sporitel'na a.s. |
| SHINSEI BANK LIMITED | Slovenska Sporitel'na a.s. |
| SHINSEI BANK LIMITED | Slovenska Sporitel'na a.s. |
| Shinyoung Securites, co. | SMASh Series M Fund |
| SHIZUOKA BANK, LTD | SMBC Capital Markets Limited |
| SHK ASIA DYNAMIC HOLDINGS LTD | Smith Breeden Alpha Strategies Master Ltd. |
| SHOKO CHUKIN BANK - THE | Smith Breeden Credit Master Ltd. |
| SHOKO CHUKIN BANK - THE | Smith Breeden Investment Grade Core Bond Master Ltd. |
| Sid R. Bass Management Trust | Smith Breeden Mortgage Partners L.P. |
| Sid R. Bass Management Trust | SmithKline Beecham Corporation |
| Siemens AG | SMOLANSKY FUND LIMITED |
| Siemens Capital Company LLC | SMOLANSKY FUND LIMITED |
| Sierra Pacific Resources Retirement Plan | SMURFIT KAPPA ACQUISITIONS f/k/a JSG Acuisitions f/k/a |
| SIG Energy, LLLP | MCDP Acquisitions I |
| SIG Energy, LLLP | SMURFIT KAPPA ACQUISITIONS f/k/a JSG Acuisitions f/k/a |
| Sigma Capital Associates, LLC | MCDP Acquisitions I |
| Sigma Capital Associates, LLC | So Cal United Food & Commercial Workers Unions & Food |
| Sigma Fixed Income Fund, Ltd. | Employers |
| Sigma Fixed Income Fund, Ltd. | Societe des Autoroutes Paris-Rhin-Rhone ("APRR") |
| Silver Lake Credit Fund, L.P. | Société Générale Asset Management Banque |
| Silver Lake Credit Fund, L.P. | Société Générale Asset Management Banque |
| Silver Point Capital Fund, L.P. | Société Générale Asset Management Banque |
| Silver Point Capital Fund, L.P. | Société Générale Asset Management Banque |
| Silver Point Capital Offshore Fund, Ltd. | Society of African Missions (SMA) |
| Silver Point Capital Offshore Fund, Ltd. | SOLA, Ltd. |
| SIMPSON MEADOWS | SOLAR INVESTMENT GRADE CBO I, LIMITED |
| Singapore Airlines Limited | SOLAR INVESTMENT GRADE CBO I, LIMITED |
| SINGAPORE PETROLEUM COMPANY LIMITED | SOLAR INVESTMENT GRADE CBO I, LIMITED |
| Sirius International Limited with respect to Series 11 | SOLAR INVESTMENT GRADE CBO I, LIMITED |
| Sirius International Limited with respect to Series 16 | SOLAR INVESTMENT GRADE CBO I, LIMITED |
| Sirius International Limited with respect to Series 16 | SOLAR INVESTMENT GRADE CBO II, LIMITED |
| Sisters of Charity | SOLAR INVESTMENT GRADE CBO II, LIMITED |
| SK ENERGY CO. LTD. | SOLAR INVESTMENT GRADE CBO II, LIMITED |
| SK ENERGY CO. LTD. | SOLAR INVESTMENT GRADE CBO II, LIMITED |
| SK SECURITIES CO.,LTD | SOLOMER FUND LLC |
| SK SECURITIES CO.,LTD | SOLOMER FUND LLC |
| SK SECURITIES CO.,LTD | SOLOMER FUND LLC |
| Skandinaviska Enskilda Banken AB (publ) | Solus Core Opportunities Master Fund Ltd. |
| Skandinaviska Enskilda Banken AB (publ) | Sonoma CERA Portfolio |
| Skandinaviska Enskilda Banken AB (publ) | SORIN MASTER FUND, LTD. |
| SKYPOWER CORP. | Southern Community Bank and Trust |
| SKYPOWER CORP. | Southern Community Financial Corp. |
| SKYPOWER CORP. | Southern Pacific Securities 05-1 PLC |
| SKYPOWER CORP. | Southern Pacific Securities 05-3 PLC |

## Non-Objecting Parties

Southhaven Partners I, L.P.
Southwest Airlines Co.
SOUTHWEST CORPORATE FEDERAL CREDIT UNION
SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC
Sovereign Bank
Sovereign High Yield Investment Company Limited
Sparkasse Aachen
Sparkasse Pforzheim Calw
Sparkasse Pforzheim Calw
SPCP GROUP, L.L.C.
SPCP GROUP, L.L.C.
SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Ltd., successor to Export Development Canada (EDC)
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., successor to Alliance Laundry Equipment Receivables Trust 2005-A
SPCP Group, LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd.
SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD
SPECTRUM INVESTMENT PARTNERS LP
Spokane Public Facilities District
SR GGI Master MA, Ltd.
SR Latigo Master MA, Ltd
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRI FUND, L.P.
SRM Global Master Fund Limited Partnership
St. John of God Order - Irish Province
St. Joseph Health System - Operating Account
St. Joseph's University
St. Joseph's University
St.Joseph's/Candler Health System, Inc.
Standard Bank Isle of Man Limited
Standard Bank Jersey Limited
Standard Bank Plc
Standard Bank Plc
Standard Bank Plc
Standard Bank Plc
Standard Bank Plc
Standard Chartered Bank
Standard Chartered Bank
Standard Chartered Bank (Thai) Public Company Limited
Standard Chartered Bank as trustee and HI Asset Management Co. Ltd. as I.M. for CJ 2 Star SD Cliquet Private Derivatives Trust 22
Standard Chartered Bank as trustee and HI Asset Management Co. Ltd. as I.M. for CJ 2 Star SD Cliquet Private Derivatives Trust 22

STANDARD GENERAL MASTER FUND LP
STANDARD LIFE & ACCIDENT INSURANCE COMPANY
Stanford Hospital and Clinics
Stanford Hospital and Clinics
Staple Street Aviation (Master), L.P.
STARK CRITERION MASTER FUND LTD. (1000193271)
STARK CRITERION MASTER FUND LTD. (1000193271)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD (888045720)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD (888045720)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. (1000193260)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. (1000193260)
STARK MASTER FUND LTD (888045730)
STARK MASTER FUND LTD (888045730)
STARK MASTER FUND LTD (888045730)
STARK MASTER FUND LTD. (1000193269)
STARK MASTER FUND LTD. (1000193269)
STARK MASTER FUND LTD. (1000193269)
STARK MASTER FUND LTD. (1000193269)
State Bank of India
STATE BANK OF LONG ISLAND
STATE BANK OF LONG ISLAND
State of Indiana (Major Moves Construction Fund)
State of Indiana (Major Moves Construction Fund)
State of Indiana (Major Moves Construction Fund)
STATE OF OREGON
STATE RENAISSANCE
State Retirement and Pension System of Maryland
State Universities Retirement System
Stephen Nash Hurley
Steve Goldman and Azita Etaati
Steven Edelson
Steven Teicher
Steven Teicher
STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAARS
Stichting Bewaarder Zorgfonds UVIT
Stichting Blue Sky Active Long Duration Global Inflation Linked Bond Fund
Stichting Dow Pensioenfonds
Stichting Gemeenschappelijk Beleggingsfonds FNV
Stichting Pensioenfonds ABP
Stichting Pensioenfonds ABP
Stichting Pensioenfonds Campina
Stichting Pensioenfonds Corporate Express
Stichting Pensioenfonds Grontmij
Stichting Pensioenfonds Grontmij
Stichting Pensioenfonds SdB
Stichting Pensioenfonds Stork
Stichting Pensioenfonds Voor Huisartsen
Stichting Shell Pensioenfonds
Stichting Shell Pensioenfonds
Stone Harbor Investment Funds PLC
STONE TOWER CREDIT MASTER FUND LTD
STONEHILL INSTITUTIONAL PARTNERS, L.P.
STONEHILL INSTITUTIONAL PARTNERS, L.P.
STONEHILL OFFSHORE PARTNERS LIMITED
STONEHILL OFFSHORE PARTNERS LIMITED
Strategic Global Fund - Mortgage Securities (Putnam) Fund
Strategic Global Fund - Mortgage Securities (Putnam) Fund
Straumur-Burdaras Investment Bank hf

## Non-Objecting Parties

Structured Adjustable Rate Mortgage Loan Trust
Structured Adjustable Rate Mortgage Loan Trust  Mortgage
Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through
Structured Asset Investment Loan Trust Series 2004-1
Structured Asset Securities Corporation
Structured Asset Securities Corporation Mortgage Pass
Structured Asset Securities Corporation Mortgage Pass-Through
Structured Asset Securities Corporation Mortgage Pass-Through
Structured Asset Securities Corporation, Mortgage Pass
STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-23XS
STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-9XS
Structured Credit Opportunities Fund II, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P.
STYLOS CAPITAL MANAGEMENT
STYLOS CAPITAL MANAGEMENT
Sumitomo Mitsui Banking Corporation
Summit Academy
Summit Academy
SUMMIT ACADEMY NORTH
SUMMIT ACADEMY NORTH
SUMMIT ACADEMY NORTH
Summit Petroleum Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
Sun Hung Kai Investment Services Limited
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN TRUST BANK NA
SunAmerica Life Insurance Company
SunAmerica Life Insurance Company
SunAmerica Series Trust - International Growth and Income Portfolio
SunAmerica Series Trust - International Growth and Income Portfolio
SUNCOR ENERGY  MARKETING, INC.
SUNCOR ENERGY  MARKETING, INC.
Sunny Bank, Ltd.
Sunny Bank, Ltd.
Sunny Bank, Ltd.
Sunny Bank, Ltd.
Sunoco, Inc. Master Retirement Trust
Sunoco, Inc. Master Retirement Trust

Sunoco, Inc. Master Retirement Trust
Sunrise Partners Limited Partnership
Sunrise Partners Limited Partnership
SUNRISE PARTNERS LIMITED PARTNERSHIP
Sunset Park CDO Limited SPC
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of the
SUNSET PARK CDO LIMITED SPC, for the account of the
SUNTRUST BANK
Superannuation Funds Management Corporation of South Australia
SUPERIOR ENERGY SERVICES INC
Suryan Family Trust
Suryan Family Trust
Susanne Arends
Suttonbrook Capital Portfolio, L.P.
Svenska Handelsbanken AB (publ)
SWEDBANK AB (PUBL)
SWEDBANK AB (PUBL)
SWEDBANK AB (PUBL)
Swedish National Debt Office
Swedish National Debt Office
Swift Master Auto Receivables Trust
Swiss Re Financial Products Corporation
Swiss Re Financial Products Corporation
Swiss Re Global Markets Limited
Swiss Reinsurance Company Ltd
Swiss Reinsurance Company Ltd
SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000
Syracuse University
Sysco Corporation Retirement Plan
T.O. Holdings, LLC
Tabor Hills Supportive Living
Tabor Hills Supportive Living
tachong bank ltd
TACONIC CAPITAL PARTNERS 1.5 LP
TACONIC CAPITAL PARTNERS 1.5 LP
TACONIC OPPORTUNITY FUND LP
TACONIC OPPORTUNITY FUND LP
Taipei Fubon Commercial Bank Co., Ltd.
TAISHIN INTERNATIONAL BANK
TAISHIN INTERNATIONAL BANK
TAKAMIYA CO., LTD.
tampa sports authority
TAVARES SQUARE CDO LIMITED  Global 9A
TAVARES SQUARE CDO LIMITED  Global 9B
Taylor Creek Limited
Taylor Hedge Fund Limited
TCW ABSOLUTE RETURN CREDIT FD
TCW ABSOLUTE RETURN CREDIT FUND LP
TCW Absolute Return Credit Fund, LP
TD Bank, N.A.
TD Bank, N.A.
TD Bank, N.A.
TD Bank, N.A.
TD Nordique, Inc.
Teacher's Retirement System of Louisiana
Teachers' Retirement System of the State of Illinois
Teacher's Retirement System of the State of Illinois
Team Relocations
Tecomara N.V.

## Non-Objecting Parties

TELECOM ITALIA CAPITAL SOCIETE ANONYME
TELECOM ITALIA CAPITAL SOCIETE ANONYME
TELECOM ITALIA FINANCE SA
TELECOM ITALIA FINANCE SA
TELEFONICA, S.A.
TELEFONICA, S.A.
Telstra Super Pty Ltd as Trustee of Telstra Superannuation Scheme
Tempic Five, LLC
Temple Health System Transport Team, Inc.
Temple Physicians, Inc.
Temple University Health Systems, Inc., for itself and as Agent
Temple University Hospital
Templeton Global Bond Fund
Templeton Global Total Return Fund
Tempo Volatility Master Fund L.P.
TENASKA POWER SERVICES CO.
Tennenbaum Multi-Strategy Master Fund
TENOR OPPORTUNITY MASTER FUND LTD
Tensor Opportunity Limited
Teodosio F Martin Ortegon & Suemy N Ruiz Romero JTWROS
Tercas-Cassa Di Risparmio della Provincia di Teramo Spa
Tercas-Cassa Di Risparmio della Provincia di Teramo Spa
Term Loans Europe plc
Terrebonne Investments, L.P.
Terrebonne Investments, L.P.
TERWILLIGER PLAZA INC
TERWILLIGER PLAZA INC
TERWILLIGER PLAZA INC
TERWILLIGER PLAZA INC
test
test
test
test
test
test
test creditor
testd
Teva Pharmaceutical Industries Limited
Teva Pharmaceutical Industries Limited
Tewksbury Investment Fund Ltd.
TfL Pension Fund, by Bridgewater Associates, Inc., as agent for
TfL Pension Fund
Thabit Family Trust
Thabit Family Trust
The 1199 SEIU Greater New York Pension Fund
THE ADM MACULUS FUND II L.P.
THE ADM MACULUS FUND III L.P.
The Allegheny County Airport Authority
The AllianceBernstein Pooling Portfolios - AllianceBernstein Intermediate Duration Bond Portfolio
The Allianz Group Pension Scheme
The Annie E. Casey Foundation
THE APOGEE FUND, LTD.
The Bank of Korea
The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.
The Bank of New York Mellon Trust Company, N.A.
The Bank of New York Mellon Trust Company, N.A.
The Bank of New York Mellon Trust Company, N.A.
The Bank of New York Mellon Trust Company, N.A.
The Bank of New York Mellon Trust Company, N.A.

The Bank of New York Mellon Trust Company, National Association, as Trustee for MKP Vela CBO, Ltd.
The Bank of Nova Scotia
THE BANK OF NOVA SCOTIA
THE BANK OF NOVA SCOTIA
The Becton Dickinson Pension Scheme
The Board of the Pension Protection Fund
The Board of the Pension Protection Fund
The Board of Trustees of the National Provident Fund
The Bradford & Bingley Staff Pension Scheme
The Buckeye Tobacco Settlement Financing Authority
The Bunting Family LLCII Limited Liability Company
The Christian and Missionary Alliance Foundation, Inc.
The Cleveland Clinic Foundation
The Coast Fund L.P.
The Commonwealth of Massachusetts
The Commonwealth of Massachusetts
The Co-operative Bank p.l.c. (f/k/a Britannia Building Society)
The Core Focus Fixed Income Portfolio, a series of Delaware Pooled Tru
The Core Focus Fixed Income Portfolio, a series of Delaware Pooled Tru
The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trus
The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trus
The Core Plus Fixed Income Portfolio,a series of Delaware Pooled Trust
The Core Plus Fixed Income Portfolio,a series of Delaware Pooled Trust
The Cork Examiner Pension Scheme
The Crown Cork & Seal Company, Inc. Master Retirement Trust
The Drake Global Opportunities (Master) Fund, Ltd.
The Drake Low Volatility Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd.
The Elim Park Baptist Home, Inc.
The Foundation of the Catholic Diocese of Columbus, Ohio
The Foundation of the Catholic Diocese of Columbus, Ohio
The Foundation of the Catholic Diocese of Columbus, Ohio
The Foundation of the Catholic Diocese of Columbus, Ohio
The Gallery QMS Master Fund Ltd.
The Gallery QMS Master Fund Ltd.
THE GALLERY QMS MASTER FUND LTD.
The Golden State Tobacco Securitization Corporation
The Golden State Tobacco Securitization Corporation
The Golden State Tobacco Securitization Corporation
The Golden State Tobacco Securitization Corporation
The Goldman Sachs Trust Company N.A. acting as Trustee of Goldman
The Goldman Sachs Trust Company N.A. acting as Trustee of Goldman
The Government of Israel on behalf of the State of Israel
The Government of the Republic of Singapore, as represented by the Board of Trustees of the SAVER-PREMIUM FUND
The Governor and Company of the Bank of Ireland
The Greencore Group Pension Scheme
The Guggenheim Portfolio Alpha Solution SPC, acting on behalf of and for the account of Segregated Portfolio 3
The Hartford Mutual Funds, Inc., on behalf of Hartford High Yield Fund
The Holy Ghost Fathers Trust for Elderly & Infirm
The Hong Kong Polytechnic University

## <u>Non-Objecting Parties</u>

| | |
|---|---|
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | The Toronto-Dominion Bank |
| THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED | The Toronto-Dominion Bank |
| The Hoover (1987) Pension Scheme | The Toronto-Dominion Bank |
| The ING Proprietary Alpha Fund, LLC | The Toronto-Dominion Bank |
| The ING Proprietary Alpha Fund, LLC | The Toronto-Dominion Bank |
| The Intermediate Fixed Income Portfolio, a series of Delaware Pooled T | The Toronto-Dominion Bank |
| The Intermediate Fixed Income Portfolio, a series of Delaware Pooled T | The Toronto-Dominion Bank |
| The International Investment Funds - Putnam European Equity Fund | The Trustee of the Alcan Packaging Pension Plan |
| The International Investment Funds - Putnam European Equity Fund | The Trustees of the Jaguar Pension Plan |
| The International Investment Funds - Putnam Global Fixed Income Fund | The Trustees of the NEI Common Investment Fund |
| The International Investment Funds - Putnam Global Fixed Income Fund | The Trustees of the Rolls-Royce Ancillary Benefits Plan |
| The International Investment Funds - Putnam Global Growth Equity Fund | THE UNITED COMPANY |
| The International Investment Funds - Putnam Global Growth Equity Fund | THE UNITED COMPANY |
| The International Investment Funds - Putnam Global Value Equity Fund | The University of Texas Investment Management Company |
| The International Investment Funds - Putnam Global Value Equity Fund | The University of Texas Investment Management Company |
| The Irish Times Limited Pension & Life Assurance Plan for Senior Management | The University of Texas Investment Management Company |
| The Kresge Foundation | The University of Texas Investment Management Company |
| The Kresge Foundation | The Walt Disney Co Master Retirement Plan |
| The Kresge Foundation | The Walt Disney Company, Attention: Alec M. Lipkind, Vice President, Counsel |
| THE KROGER CO MASTER RETIREMENT TRUST | The William and Flora Hewlett Foundation |
| The Landings on Millenia Blvd., Partners, LTD. | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP |
| The Lincoln National Life Insurance Company | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP |
| The Lincoln National Life Insurance Company | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP |
| THE LUTHERAN HOME, INC | THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP |
| The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.125110240 | Thomas Cook AG |
| The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.132490070 | Thomas Cook AG |
| The Morningside Ministries Foundation, Inc. | Thomas E and Leona W Beck |
| The Norinchukin Trust and Banking Co., Ltd. | Thomas E and Leona W Beck |
| The Norinchukin Trust and Banking Co., Ltd. | Thomas Marino |
| The Orrington Plus Fund SPC o/b/o Orrington Plus Class C Seg Portfolio | Thomson Reuters Group Limited |
| The Pashcow Family Partnership | Thomson Reuters Group Limited |
| The Penn Mutual Life Insurance Company | TIAA Global Markets, Inc. |
| The Penn Mutual Life Insurance Company | TIAA Structured Finance CDO I, Limited |
| The Province of British Columbia | Tiffany & Co. |
| The Province of British Columbia | TIGER ASIA FUND LP RE TIGER ASIA MANAGEMENT, LLC |
| The Prudential Insurance Company of America on behalf of its Separate Account VCA-GI-7-SB-AR | TIGER ASIA OVERSEAS FUND LTDRE TIGER ASIA MANAGEME |
| The Romesh & Kathleen Wadhwani Trust | Tiger Global II, L.P. |
| The Rutland Hospital, Inc. | Tiger Global, L.P. |
| The Salvation Army, a New York Religious and Charitable Corporation | Tiger Global, Ltd. |
| The Salvation Army, a New York Religious and Charitable Corporation | TIM GOODE |
| THE SHENANDOAH, L.P. | Time Warner DC Plans Master Trust |
| The St. Louis Archdiocesan Fund | TK Investment AS |
| The Sumitomo Trust & Banking Co., Ltd. | TLLB2002 International Limited |
| The Toronto-Dominion Bank | TLP Trading LLC |
| | TM-LB Claims Vehicle Ltd |
| | TM-LB Claims Vehicle Ltd |
| | TM-LB Claims Vehicle Ltd |
| | TM-LB Claims Vehicle Ltd |
| | TOB Capital LP |
| | Tobacco Settlement Financing Corporation |
| | Tobacco Settlement Financing Corporation |
| | Tobacco Settlement Financing Corporation |
| | Tobacco Settlement Financing Corporation |
| | Tobacco Settlement Financing Corporation |
| | Tobacco Settlement Financing Corporation |
| | TOBACCO SETTLEMENT FINANCING CORPORATION |
| | TOBACCO SETTLEMENT FINANCING CORPORATION |
| | TOBACCO SETTLEMENT FINANCING CORPORATION |
| | Tobacco Settlement Financing Corporation |
| | Tobacco Settlement Financing Corporation |

## Non-Objecting Parties

Tobacco Settlement Financing Corporation
TODAKA MINING CO, LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.
Tomar Trust
TONI ACTIONS 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT
TONI ACTIONS 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT
Tony O'Brien
Topaz Finance Limited 2005-1 EMEA 240
Topaz Finance Limited 2005-2
Torbjorn Seielstad Holding AS
Total Produce Ireland Pension Scheme
TPF GENERATION HOLDINGS, LLC
TPF GENERATION HOLDINGS, LLC
TPG-Axon Partners (Offshore), Ltd.
TPG-Axon Partners (Offshore), Ltd.
TPG-Axon Partners, LP
TPG-Axon Partners, LP
TPG-RESEARCH PARK PLAZA I&II LLC
TPG-STONEBRIDGE PLAZA II LLC
TR2 Cayman Fund
TRAFIGURA DERIVATIVES LTD
TRANQUILITY MASTER FUND LTD
TRANSAMERICA CORPORATION
TRANSAMERICA FINANCIAL LIFE INSURANCE CO
TRANSAMERICA LIFE INSURANCE COMPANY
TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO
Transamerica PIMCO Real Return TIPS, a series of Transamerica Funds
TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP
TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP
TRAXIS FUND LP
TRAXIS FUND LP
Treasurer of the State of Indiana
Tremblant Partners LP
Tremblant Partners Ltd.
TRESSLER LUTHERAN SERVICES
TRG Global Opportunity Master Fund, Ltd.
TRG Local Currency Opportunity Master Fund, Ltd.
Tricadia Distressed and Special Situations Master Fund, Ltd
Trilantic Capital Partners Fund III Cayman Rollover LP
Trilantic Capital Partners IV (Europe) LP
TRINITY HEALTH PENSION PLAN
Trude Simonsen
Trustee of the Land Rover Pension Scheme
Trustee of the Vickers Group Pension Scheme
Trustees Executors Limited
Trustees of the 3M Pension and Life Assurance Scheme
Trustees of the Parliamentary Contributory Pension Fund
Trustees of the Tate and Lyle Group Pension Scheme
Trustees of the Viridian Group Pension Scheme
Trustees of the Vivendi Universal Pension Scheme
TSS Fund, Ltd.
TSS Fund, Ltd.
TSS Fund, Ltd.
TSS Fund, Ltd.
TSS Fund, Ltd.
Tuas Power Ltd
TUCSON ELECTRIC POWER COMPANY
Tudor Global Emerging Markets Portfolio L.P.

Tudor Global Emerging Markets Portfolio L.P.
Turkiye Is Bankasi A.S.
Turkiye Sinai Kalkinma Bankasi A.S.
Turkiye Sinai Kalkinma Bankasi A.S.
TVO COACH HOUSE NORTH LLC
TVO COACH HOUSE NORTH LLC
TVO COACH HOUSE NORTH LLC
TVO COACH HOUSE NORTH LLC
TVO COACH HOUSE SOUTH LLC
TVO COACH HOUSE SOUTH LLC
TVO COACH HOUSE SOUTH LLC
TVO COACH HOUSE SOUTH LLC
TVO CORINTH PLACE LLC
TVO CORINTH PLACE LLC
TVO CORINTH PLACE LLC
TVO CORINTH PLACE LLC
Two Sigma Horizon Portfolio, LLC
Two Sigma Horizon Portfolio, LLC
Tyco Electronics Corporation as sponsor for Tyco Electronics Defined Benefit Plans Master Trust
Tyco Electronics Corporation as sponsor for Tyco Electronics Defined Benefit Plans Master Trust
Tyco International Master Retirement Trust
Tyco International Master Retirement Trust
Tykhe Fund Ltd
Tykhe Fund Ltd
TYREE, C D
Tyticus Master Fund, Ltd
U.S. Bank N.A. as Trustee for Access Group Private Student Loan Asset-Backed Notes, Series 2005-B
U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-1
U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-2
U.S. Bank N.A. as Trustee for Jefferson Valley CDO SPC 2006-1
U.S. Bank N.A. as Trustee for Lakeview CDO SPC Series 2007-2
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2003-7-A
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-10C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-21-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-21-C
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-4-P
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-6-A
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2005-9-P
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_i)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_ii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_1_iii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_i))
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_ii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-18-C(ABX_A_06_2_iii)
U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-1-C

## Non-Objecting Parties

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2006-20-AT

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2007-4-C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2008-2-C

U.S. Bank N.A. as Trustee for Restructured Certificates with Enhanced Returns Series 2008-3-C

U.S. Bank N.A. as Trustee for Securitized product of Restructured Collateral Limited SPC Series 2007-1

U.S. Bank N.A. as Trustee for Securitized Product of Restructured Collateral Ltd. SPC

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2003-1

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2003-2

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2004-1

U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust Series 2005-1

U.S. Bank N.A. as Trustee for Sunset Park CDO Series 2005-6 Limited

U.S. Bank N.A. as Trustee for Sunset Park CDO Series 2005-6 Limited

U.S. Bank N.A. as Trustee for Sunset Park CDO-M Ltd. SPC Series 2005-3

U.S. Bank N.A. as Trustee for Tradewinds II CDO SPC Series 2006-1

U.S. Bank N.A. as Trustee for Tradewinds II CDO SPC Series 2006-1

U.S. Bank N.A., as Trustee, for Airlie CDO I

U.S. Bank N.A., as Trustee, for Airlie LCDO I (AVIV LCDO 2006-3)

U.S. Bank N.A., as Trustee, for Airlie LCDO II (Pebble Creek 2007-1)

U.S. Bank N.A., as Trustee, for AVIV LCDO 2006-2

U.S. Bank N.A., as Trustee, for AVIV LCDO I 2006-1

U.S. Bank N.A., as Trustee, for CBTC 2003-1 (American General)

U.S. Bank N.A., as Trustee, for CBTC 2003-1 (American General)

U.S. Bank N.A., as Trustee, for CBTC 2004-6 (Goldman Sachs)

U.S. Bank N.A., as Trustee, for CBTC 2004-6 (Goldman Sachs)

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 1)

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 2

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 3

U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 4

U.S. Bank N.A., as Trustee, for Emeralds 2006-1

U.S. Bank N.A., as Trustee, for Emeralds 2007-1

U.S. Bank N.A., as Trustee, for Emeralds 2007-3

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-2

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-4

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-5

U.S. Bank N.A., as Trustee, for Exum Ridge 2007-1

U.S. Bank N.A., as Trustee, for Exum Ridge 2007-2

U.S. Bank N.A., as Trustee, for Exum Ridge CBO 2006-1

U.S. Bank N.A., as Trustee, for Freedom Park

U.S. Bank N.A., as Trustee, for Gulf Stream 2005-II

U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2002-1

U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2003-1

U.S. Bank N.A., as Trustee, for Jefferson Valley 2006-1

U.S. Bank N.A., as Trustee, for Lakeview 2007-1

U.S. Bank N.A., as Trustee, for Lakeview 2007-3

U.S. Bank N.A., as Trustee, for Lakeview 2007-4

U.S. Bank N.A., as Trustee, for Madison Avenue Structured Finance Trust

U.S. Bank N.A., as Trustee, for Pantera Vive CDO

U.S. Bank N.A., as Trustee, for Pebble Creek 2006-1

U.S. Bank N.A., as Trustee, for Pebble Creek 2007-3

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AMBAC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AXP Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, BSC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, C Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, CFC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, FGIC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GECC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GS Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, JPM Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MER Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MTG Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, SLM Class

U.S. Bank N.A., as Trustee, for Robania Trust

U.S. Bank N.A., as Trustee, for SGS HY Credit Fund (Exum Ridge 2006-3)

U.S. Bank N.A., as Trustee, for White Marlin CDO 2007-1

U.S. Bank National Association

U.S. Bank National Association

U.S. Bank National Association

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee (RACERS 2005-15-TR)

## Non-Objecting Parties

U.S. Bank National Association as Trustee (RACERS 2006-15-A Trust)

U.S. Bank National Association as Trustee for Ares VII CLO

U.S. Bank National Association as Trustee for Ares VIII CLO Ltd.

U.S. Bank National Association as Trustee for Ares VIII CLO Ltd.

U.S. Bank National Association as Trustee for Ares VR CLO Ltd.

U.S. Bank National Association as Trustee for Gulf Stream 2004-1

U.S. Bank National Association as Trustee for Gulf Stream 2005-1

U.S. Bank National Association as Trustee for Gulf Stream 2006-1

U.S. Bank National Association as Trustee for Gulf Stream 2007-1

U.S. Bank National Association as Trustee for ING Investment Management CLO I

U.S. Bank National Association as Trustee for ING Investment Management CLO II

U.S. Bank National Association as Trustee for RACERS 2004-25-TR 9 (classes a-1 through a-7)

U.S. Bank National Association as Trustee for RACERS 2006-16-TR

U.S. Bank National Association as Trustee for Racers 2007-5-TR

U.S. Bank National Association as Trustee for RACERS 2008-6-TR

U.S. Bank National Association, as Indenture Trustee, for those Lehman XS Net Interest Margin Notes, Series 2005-7N-1 (A-1, A-2)

U.S. Bank National Association, as Indenture Trustee, for those SARM NIM Net Interest Margin Notes, Series 2005-19XS-1

U.S. Bank National Association, as Indenture Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2004-NP2 Notes

U.S. Bank National Association, as Securities Administrator, for those Structured Asset Securities Corp. Mort. Pass-Through Certs, Series 2007-RF2

U.S. Bank National Association, as Successor Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-8

U.S. Bank National Association, as Successor Trustee, for those Structured Asset Securities Corp. Mort. Pass-Through Certs, Series 2005-RF1

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-1)

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-2)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-1)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-2)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Copper Creek CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Emeralds 2007-2 Trust)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-2)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-3)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2008-4)

U.S. Bank National Association, as Trustee (Malachite 2006-1 Trust)

U.S. Bank National Association, as Trustee (Penn's Landing CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (RACERS 2008-5-A)

U.S. Bank National Association, as Trustee (Solar V CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-2a)

U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1

U.S. Bank National Association, as Trustee for those Lehman Brothers Small Bal. Comm. Mort. Pass-Through Certs., Series 2007-2

U.S. Bank National Association, as Trustee for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2008-2

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Loan Trust Mort. Pass Through Certs, Series 2007-RF1

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Pass Through Certs, Series 2006-RF2

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF5

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF6

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF7

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2006-RF4

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2005-RF3

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2005-RF4

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2005-GEL1

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class B-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-2)

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A2A2 Certificates, Series 2006-AR7

## Non-Objecting Parties

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3B Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mortg. Pass-Through Class 1-A1B Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2006-AR8

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2007-AR1

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2007-AR2

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Class 2-A1 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mortgage Pass-Through Class 2-A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Lehman ABS Manuf. Housing Contract Sr/Sub Asset-Backed Certs, Series 2002-A

U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mort. Pass-Through Certs., Series 2007-6

U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mortgage Pass-Through Certs, Series 2005-2

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certificates, Series 2007-2N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2005-9N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2006-10N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2007-4N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-12N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-18N

U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2006-11

U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2006-12

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2007-BC2 Mort. Pass-Through Certs.

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Backed Notes, Series 2004-GEL3

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Pass-Through Certs, Series 2005-RF2

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Pass-Through Certs, Series 2007-4

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2007-BNC1

U.S. Bank National Association, as trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2007-EQ1

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2008-1

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A1A, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2A2, Series 2006-AR5

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2A2, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2B, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A3A2, Series 2006-AR5

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A3B, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A2A, Series 2006-16N

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A31, Series 2006-16N

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A32A1, Series 2006-16N

U.S. Bank Trust National Association as Trustee (RACERS 2007-A)

U.S. Bank Trust National Association as Trustee (RACERS 2007-MM)

U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates Series 2001-4

U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates, Series 2002-1

UGF Assicurazioni S.p.A.

UGF Assicurazioni S.p.A.

UK Corporate Bond Fund - (#4692)

UK Sterling CorePLUS Fund - (#3681)

UK Sterling Inflation-Linked Fund - (#3689)

UK Sterling Investment Grade Credit Fund - (#4690)

UK Sterling Long Average Duration Fund - (#4683)

Ultra Master Ltd.

Underlying Funds Trust, on behalf of its Series Fixed Income Arbitrage - 1

Union Bank, N.A., fka Union Bank of California, N.A.

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

## Non-Objecting Parties

| | |
|---|---|
| Union of Presentation Srs (C) Common Investment Fund | VENDOME QUINTUPLE OPPORTUNITE VI |
| Unione di Banche Italiane Scpa | VENDOME QUINTUPLE OPPORTUNITE VI |
| Unione di Banche Italiane Scpa | VENDOME QUINTUPLE OPPORTUNITE VIII |
| United Arab Emirates General Pension and Social Security Authority | VENOCO, INC. |
| | Verizon GTE - Domestic Fixed Income Account |
| UNITED COMPANY | Verizon Master Savings Trust |
| UNITED COMPANY | Vermont Pension Investment Committee |
| UNITED OVERSEAS BANK | Vermont Pension Investment Committee |
| Universal Investmentgesellschaft - BRM-Universal-Funds | VGE III Portfolio Ltd. |
| UNIVERSITY CLUB PARTNERS, LTD | VIATHON CAPITAL MASTER FUND, L.P. |
| UNIVERSITY MEDICAL ASSOCIATES | Vicis Capital LLC,as IM of Caledonian Bank & Trust Ltd, as |
| University Medical Associates of the Medical University of South Carolina | trustee of Vicis Capital Master Fund, as class of Vicis Capital Master Series Trust |
| UNIVERSITY OF FLORIDA FOUNDATION INC | Vickers Group Pension Scheme |
| UNIVERSITY OF FLORIDA FOUNDATION INC | Victor David Mena Aguilar & Maria De Lourdes Nader Harp |
| UNIVERSITY OF FLORIDA FOUNDATION INC | TOD All Living |
| UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED) | Victory Capital Series, LLC Series D - Absolute Return Credit Portfoli |
| Urugrain S.A. | Viking Global Equities II LP |
| Urugrain S.A. | Viking Global Equities LP |
| US AGBANK FCB | Vincent Q. Giffuni |
| US Airways Inc. | Vinci S.A. |
| US CENTRAL FEDERAL CREDIT UNION | Vining-Sparks IBG, Limited Partnership |
| USG Corp Master Investment Tr. | VINTAGE AT CHEHALIS LLC |
| UZUSHIO ELECTRIC CO.,LTD | VINTAGE AT CHEHALIS LLC |
| Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H | Virginia DiChiara |
| | Virginia DiChiara |
| Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H | VisionGain China Absolute Return Master Fund |
| | Vitol Asia Pte. Ltd. |
| Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H | Vitol Asia Pte. Ltd. |
| | Vitol Asia Pte. Ltd. |
| Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H | Vitol Asia Pte. Ltd. |
| | Vitol Inc. |
| Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H | VITOL S.A. |
| | VITOL S.A. |
| Van Kampen Corporate Bond Fund | Vitol S.A. |
| Van Kampen Equity and Income Fund | Vitol S.A. |
| Van Leer Group Foundation | Vitol S.A. |
| Vanguard 30-40 Year Duration Euro Index Fund (a sub-fund of Vanguard Investment Series plc.) | VITOL S.A. |
| | VITOL S.A. |
| Vanguard Balanced Index Fund, a series of Vanguard Valley Forge Funds | VITOL, INC. |
| | VITOL, INC. |
| Vanguard Fiduciary Trust Company as Trustee of the BASF Corp. Employee | Vittoria Fund - ACQ, L.P. |
| | Vittoria Fund - T, L.P. |
| Vanguard Fiduciary Trust Company Asset-Backed Securities Trust | Vodafone Group Plc |
| | Vodafone Group Plc |
| Vanguard Fiduciary Trust Company Corporate Bond Trust | VOX PLACE CDO LIMITED |
| Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust | VOX PLACE CDO LIMITED |
| | VR GLOBAL PARTNERS, L.P. |
| Vanguard Fiduciary Trust Company Short-Term Bond Trust | WA Opps Asian Secs Portfolio, L.L.C. |
| Vanguard Institutional Total Bond Market Index Fund, | Wachovia Bank, National Association |
| Vanguard Intermediate-Term Investment-Grade Fund | Wachovia Bank, National Association |
| Vanguard Short-Term Investment-Grade Fund (fka Vanguard Short-Term | Wachovia Bank, National Association |
| | WALTER T., MOORE |
| Vanguard Short-Term Investment-Grade Portfolio, a series of Vanguard Variable Insurance Funds | WALTER T., MOORE |
| | WALTER T., MOORE |
| Vanguard Total Bond Market Index Portfolio, a series of | WALTER T., MOORE |
| Vanguard US Futures Fund, a sub-fund of Vanguard Investment Series plc | Walter Yetnikoff |
| | Waltraud Legat |
| Vantagepoint Funds, on behalf of the Vantagepoint Diversified Assets F | WANG, FENG-MING |
| | WANG, FENG-MING |
| Värde Investment Partners, L.P. | War Hoover Capital |
| Värde Investment Partners, L.P. | War Hoover Capital |

## Non-Objecting Parties

| | |
|---|---|
| WARD, KEVIN A. | Wells Fargo Bank, National Association, as Indenture Trustee |
| Washington Mutual Inc. Cash Balance Pension Plan | Wells Fargo Bank, National Association, as Indenture Trustee |
| Washington National Insurance Company | Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven ABS CDO 2005-1, Ltd. |
| Washington State Plumbing and Pipefitting Industry Pension Plan | |
| Washington State Plumbing and Pipefitting Industry Pension Plan | Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven ABS CDO 2006-1, Ltd. |
| Washington State Tobacco Settlement Authority | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for IMPAC CMB Trust Series 2005-3 |
| Washington State Tobacco Settlement Authority | |
| Waterfall Eden Master Fund, Ltd. | |
| Waterfall Eden Master Fund, Ltd. | |
| WATERSTONE MARKET NETURAL MAC 51 LIMITED | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for IMPAC CMB Trust Series 2005-3 |
| WATERSTONE MARKET NEUTRAL MAC 51 LIMITED | |
| WATERSTONE MARKET NEUTRAL MAC 51 LIMITED | |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| WATERSTONE MARKET NEUTRAL MASTER FUND LTD. | |
| Watson Wyatt & Company Pension Plan for U.S. Employees | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| WAVE MASTER FUND LP | |
| WAVE MASTER FUND LP | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| WCG MASTER FUND LTD | |
| WCG MASTER FUND LTD | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| Weiss Multi-Strategy Partners LLC | |
| Wellington Management Portfolios (Luxembourg) II - Commodities Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II, Citigroup Emerging Markets Debt Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II, Citigroup Emerging Markets Debt Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18 |
| Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II-US Equity Index Plus I Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II-US Equity Index Plus I Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - Opportunistic Fixed Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - Opportunistic Fixed Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellington Trust Company, N.A. Multiple Common Trust Funds Trust-Commodities Portfolio | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20 |
| Wellmont Health System | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SASCO 2007-OSI |
| WellPoint, Inc. | |
| Wells Fargo & Company | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SASCO 2007-OSI |
| Wells Fargo & Company | |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2006-9 |
| Wells Fargo Bank, N.A., as Trustee | |
| Wells Fargo Bank, N.A., as Trustee | |
| Wells Fargo Bank, N.A., as trustee for the Wells Fargo and Company 401(k) Plan and the Wells Fargo and Company Pension Plan | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2006-9 |
| Wells Fargo Bank, N.A., as trustee for the Wells Fargo and Company 401(k) Plan and the Wells Fargo and Company Pension Plan | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2007-5 |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2007-5 |
| Wells Fargo Bank, National Association | |
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2007-5 |
| Wells Fargo Bank, National Association not individually but solely in its capacity as Trustee of the Encore Credit Corporation Trust 2003-1 | |

## Non-Objecting Parties

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2008-6

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2004-16

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-2

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-3

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-4

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for BNC 2007-4

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SARM 2008-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SARM 2008-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SASCO 2007-SCI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest Trust for SASCO 2007-OSI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest Trust of Option One 2007-1

Wells Fargo Master Trust, as Trustee

Wells Fargo Securities International Limited

Wembley National Stadium Limited

Wesley Capital Master Fund, Ltd.

Wesley Capital QP, LP

Wesley Capital, LP

WEST GATE MORTGAGE ASSETS LP

West Virginia Investment Management Board

Westar Energy, Inc.

Westar Energy, Inc.

Western & Southern Financial Group

Western Asset Absolute Return Portfolio

Western Asset Absolute Return Strategy Master Fund, Ltd.

Western Asset Asian Opportunities Fund

Western Asset Core Bond Portfolio

Western Asset Core Plus Bond Portfolio

Western Asset Global High Income Fund Inc.

Western Asset Intermediate Portfolio

Western Asset Mortgage Backed Securities Portfolio, LLC

Western Asset Opportunistic Structured Securities Portfolio , L.L.C.

Western Asset US Commodity Plus Master Fund, Ltd

Western Asset US Core Bond Fund

Western Asset US Core Bond Fund

Western Asset US Core Bond, LLC

Western Asset US Core Plus - Universal, L.L.C.

Western Asset US Core Plus Bond Fund

Western Asset US Core Plus, LLC

Western Asset US Enhanced Cash, LLC

Western Asset US Intermediate Plus, LLC

Western Asset US Limited Duration Bond Fund

Western Asset US Limited Duration, LLC

Western Asset US Long Duration L.L.C.

Western Pennsylvania Teamsters and Employers Pension Fund

Westernbank Puerto Rico

WestLB AG

WestLB AG

WestLB AG

WGZ BANK AG

WGZ BANK AG

WGZ BANK AG

WGZ BANK AG

WH2005/NIAM III East Holding Oy (f/k/a Special Purpose Vehicle No. 66 Oy)

WH2005/NIAM III East Holding Oy (f/k/a Special Purpose Vehicle No. 66 Oy)

Wharton Asian Arbitrage Fund I, a sub-fund of Wharton Asian Arbitrage

Wharton Asian Special Opportunities Company 1 Limited

Wheaton Franciscan Services, Inc. Retirement Plan

White Marlin CDO 2007-1, LTD

White Marlin CDO 2007-1, LTD

WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD.

Whitebox Convertible Arbitrage Partners, LP

WHITECREST PARTNERS LP

Whitewood Financial Partners, L.P.

William A. Obenshain Living Trust

William M. Hall

WILLIAMS GAS MARKETING INC.

Willow Re Limited

Wilmar Trading Pte Ltd

WINCENT INVESTMENT LIMITED

Winchester Medical Center, Inc.

Winchester Medical Center, Inc.

Wind Credit Arbitrage Fund and Wind Credit Arbitrage Fund Trust

Windermere Private Placement I S.A.

Windermere XII FCT, a French fonds commun de titrisation represented by Eurotitrisation

Windermere XII FCT, a French fonds commun de titrisation represented by Eurotitrisation

Windfall Investments, L.P. (ID No. 1000096085)

Windfall Investments, L.P. (ID No. 1000096085)

WINNITEX INVESTMENT COMPANY LIMITED

WINNITEX INVESTMENT COMPANY LIMITED

Woite

WOLTERS KLUWER NV

Wolverine Convertible Arbitrage Fund Trading limited

Wolverine Power Supply Cooperative, Inc.

Wong Koon Min

WONG, YIN NGOR

WONG, YIN NGOR

Woodlands Commerical Bank

Woodlands Commerical Bank

Woodlands Commerical Bank

Woodlands Commerical Bank

Woori 2 Star Derivatives Fund KH-3

Woori 2 Star Derivatives Fund KW-8

WorkCover Corporation of South Australia

WRIGHT,MICHELLE MARIE

## Non-Objecting Parties

Wuestenrot Bank AG Pfandbriefbank (formerly Wüstenrot Hypothekenbank)
Xerox (Ireland) Limited Pension Scheme
XTO Energy Inc.
XTO Energy Inc.
YAKIMA-TIETON IRRIGATION DISTRICT
YB Institutional Limited Partnership
YMCA Retirement Fund
Yonathan Ehrlich
York Asian Opportunities Master Fund, L.P.
York Capital Management LP
York Capital Management, LP
York Capital Management, LP
York Capital Mangement, LP
York Credit Opportunities Fund, LP
York Global Value Partners, LP
YORK HOSPITAL  PA
York Hospital PA
York Investment Limited
York Select Unit Trust
York Select, L.P.
Ypso France SAS
Zacisdaman, L.L.C.
ZAIS CL Ltd.
ZAIS Matrix V-A Cayman Limited
ZAIS Matrix V-B L.P.
ZAIS Matrix V-C Ltd.
ZAIS Matrix VI-A Ltd.
ZAIS Matrix VI-B L.P.
ZAIS Matrix VI-B L.P.
ZAIS Matrix VI-C Ltd.
ZAIS Matrix VI-D Ltd.
ZAIS Matrix VI-F Ltd.
ZAIS Matrix VI-I, L.P.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Scepticus Fund I, Ltd.
Zais Zephyr A-3
ZAIS Zephyr A-3, Ltd.
ZAIS Zephyr A-5, Ltd.
ZAMA INTERNATIONAL LIMITED
ZEELAND ALUMINIUM COMPANY AG
ZEELAND ALUMINIUM COMPANY AG
Zenaida Dolores Carballo C Irma Noemi Cabrera Pech JTWROS
Zephyr Fund Limited
Zephyr Recovery 2004-1 LP
Zephyr Recovery 2004-2 LP
Zephyr Recovery 2004-3 LP
Zephyr Recovery II-A LP
Zephyr Recovery II-A LP
Zephyr Recovery II-B LP
Zephyr Recovery II-C LP
Zephyr Recovery II-C LP
ZIMBLER, ANDREW. E
Zircon Finance Limited - Series 2007-19
Zircon Finance Limited - Series 2007-2
Zircon Finance Limited - Series 2007-3
Zircon Finance Limited 2007-14
Zircon Finance Limited Series 2007-1 Tranche A
Zircon Finance Limited Series 2007-1 Tranche B
Zircon Finance Limited Series 2007-10
Zircon Finance Limited Series 2007-11

Zircon Finance Limited Series 2007-12
Zircon Finance Limited Series 2007-13
Zircon Finance Limited Series 2007-15
Zircon Finance Limited Series 2007-16
Zircon Finance Limited Series 2007-17
Zircon Finance Limited Series 2007-18
Zircon Finance Limited Series 2007-5
Zircon Finance Limited Series 2007-6
Zircon Finance Limited Series 2007-8
Zircon Finance Limited Series 2007-9A
Zircon Finance Limited Series 2007-9B
Zürcher Kantonalbank
Zürcher Kantonalbank
Zurich Capital Markets Inc.
Zwinger Opco 6 BV