WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                        :    Chapter 11 Case No.
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    08-13555 (SCC)
                                             :
            Debtors.                         :    (Jointly Administered)
                                             :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED NINETY-SIXTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956], which was scheduled for May 5, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **June 9, 2015** at **10:00 a.m. (Eastern Time)** with respect to the claims listed on Exhibit A annexed hereto.

Dated: May 4, 2015
       New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95323512\1\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| Dongbu Securities Co., Ltd. | 14184 | ECF No. 49298 |
| Hana Bank as Trustee and My Asset Investment Management Co., Ltd. | 27288 | n/a |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27290 | n/a |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27291 | n/a |
| Kyobo Securities Co., Ltd. | 25776 | n/a |
| Mirae Asset Securities Co., Ltd. | 10870 | n/a |
| Standard Chartered First Bank as Trustee | 27287 | n/a |
| Woori 2 Star Derivatives Fund KH-3 | 8699 | n/a |
| Woori 2 Star Derivatives Fund KW-8 | 8700 | n/a |