Michael J. Pucillo, *Admitted Pro Hac Vice*
Wendy H. Zoberman, *Admitted Pro Hac Vice*
Anne F. O'Berry (AFO-0148)
BERMAN DEVALERIO
3507 Kyoto Gardens Drive
Suite 200
Palm Beach Gardens, FL  33410
Tel:    561/835-9400
Fax:    561/835-0322

*Attorneys for State Board of Administration
of Florida*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

—————————————————————

In re:

LEHMAN BROTHERS HOLDINGS, *et al.*,

                    Debtors.

—————————————————————

In re:

LEHMAN BROTHERS INC.,

                    Debtor.

—————————————————————

Chapter 11
Case No. 08-13555 (SCC)
(Jointly Administered)

Case No. 08-01420 (SCC) SIPA

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR DELETION FROM CM/ECF
ELECTRONIC NOTIFICATION SERVICE, OFFICIAL
MAILING MATRIX AND ALL SERVICE LISTS**

        **PLEASE TAKE NOTICE** that the undersigned counsel, Michael J. Pucillo, Wendy H.

Zoberman and Anne F. O'Berry of Berman DeValerio and the firm of Berman DeValerio,

withdraw their appearance in the captioned matters, and request that they be deleted from the

CM/ECF electronic notification service, official mailing matrix and other service lists in this

case.

Dated:  May 4, 2015                    **BERMAN DEVALERIO**

                          By:     /s/ Michael J. Pucillo
                                     Michael J. Pucillo (*Admitted Pro Hac Vice)*
                                     Wendy H. Zoberman *(Admitted Pro Hac Vice)*
                                     Anne F. O'Berry (AFO-0148)
                          3507 Kyoto Gardens Drive, Suite 200
                          Palm Beach Gardens, FL  33410
                          Email:  mpucillo@bermandevalerio.com
                          Email:  wzoberman@bermandevalerio.com
                          Email:  aoberry@bermandevalerio.com
                          Telephone:     (561) 835-9400
                          Facsimile:     (561) 835-0322

                          ***Attorney for State Board of Administration of Florida***