WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                        :  **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :  **08-13555 (SCC)**
                                                                :
                    **Debtors.**                                :  **(Jointly Administered)**
                                                                :
----------------------------------------------------------------x
                                                                :
**In re**                                                        :
                                                                :  **Case No.**
**LEHMAN BROTHERS INC.**,                                       :
                                                                :  **08-01420 (SCC) (SIPA)**
                    **Debtor.**                                 :
                                                                :
----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR THE EIGHTY-FIFTH OMNIBUS
AND CLAIMS HEARING ON MAY 5, 2015 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

I.   **UNCONTESTED MATTER:**

1.   Motion for Approval of Settlement Agreement Relating to Restructured Asset Certificates with Enhanced Returns, Series 2006-20AT Credit Default Swap Agreement and Trust Agreement [**ECF No. 49172**]

   Response Deadline:    April 28, 2014 at 4:00 p.m.

   Responses Received:    None.

   Related Documents:

   A.   Declaration of Lawrence Brandman in Support of Motion [**ECF No. 49327**]

   B.   Declaration of U.S. Bank [**ECF No. TBD**]

   Status:  This matter is going forward on an uncontested basis.

**LEHMAN BROTHERS INC. PROCEEDING**

II.   **CONTESTED MATTERS:**

2.   Trustee's One Hundred Sixty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 7697**]

   Response Deadline:    December 11, 2013 at 4:00 p.m.

   Pending Response Received:  Response of Gan Hoe Kwang [**Not Docketed**]

   Related Document:

   A.   Trustee's Omnibus Reply to Certain Responses to the Trustee's One Hundred Forty-Second and One Hundred Sixty-Third Omnibus Objections to General Creditor Claims [**LBI ECF No. 11778**]

2

<u>Status</u>:  This matter is going forward solely with respect to the claim of Gan Hoe Kwang.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

3.  Motions to Vacate Alternate Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers

    <u>Response Deadline</u>:    April 30, 2015

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    A.  Motion to Vacate the "Alternative Dispute Resolution Procedure Order for Indemnification Claims of Debtors Against Mortgage Loan Seller, Stearns Lending, LLC f/k/a Stearns Lending, Inc." [**ECF No. 48242**]

    B.  Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," as it applies to Group 2000 Real Estate Services, Inc. [**ECF No. 49027**]

    C.  Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Oaktree Funding Corporation" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support Thereof [**ECF No. 49060**]

    D.  Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Gateway Bank, FSB" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support Thereof [**ECF No. 49064**]

    E.  Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, American Bank" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and Memorandum of Law in Support Thereof [**ECF No. 49067**]

    F.  Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors against Mortgage Loan Seller, Directors Mortgage, Inc. and Memorandum of Law in Support [**ECF No. 49106**]

3

  G. Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors against Mortgage Loan Seller, First Mortgage Corporation," and Memorandum of Law in Support [**ECF No. 49109**]

  H. Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors against Mortgage Loan Seller, Republic State Mortgage Company," and Memorandum of Law in Support [**ECF No. 49112**]

  I. Motion to Vacate, filed on behalf of Apex LLC [**ECF No. 49167**]

  J. Opposition Brief of Lehman Brothers Holdings Inc. to Motions Seeking an Order Vacating the Alternative Dispute Resolution Procedures Order for Indemnification Claims Against Mortgage Loan Sellers [**ECF No. 49254**]

Status:  This matter is going forward.

### III. ADJOURNED MATTERS:

**A.** **Lehman Brothers Holdings Inc. Chapter 11 Cases**

4. Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

Response Deadline: February 18, 2014 at 4:00 p.m.

Response Received:

  A. Response of International Fund Management S.A., *et al.* to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims [**ECF No. 48077**]

Related Documents:  None.

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

5. Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

4

6. Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections [**ECF No. 46631**]

   Response Deadline:   April 28, 2015 at 4:00 p.m.

   Responses Received:  None.

   Related Document:

   A.   Notice of Adjournment of Hearing [**ECF No. 49326**]

   Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

7. Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

   Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

8. Four Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 48619**]

   Status:  This matter has been adjourned to a date to be determined.

9. The Plan Administrators Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 48956**]

   Response Deadline:   April 23, 2014 at 4:00 p.m.

   Responses Received:

   A.   Response of Dongbu Securities Co., Ltd., *et al*. [**ECF No. 49298**]

   B.   Standard Chartered First Bank (Claim No. 27287)

   C.   Woori 2 Star Derivatives Fund KH-3 (Claim No. 8699)

   D.   Woori 2 Star Derivatives Fund KW-8 (Claim No. 8700)

   E.   Mirae Asset Securities Co., Ltd. (Claim No. 10870)

   Related Documents:  None.

   Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

**B.    Adversary Proceedings**

10. Lehman Brothers Holdings Inc, *et al*. v. v. Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital [**Adversary Proceeding No. 14-02390**]

    **Pre-Trial Conference**

    Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

11. Giddens v. Wells Fargo Bank National Association [**Adversary Proceeding No. 14-02441**]

    **Pre-Trial Conference**

    Related Documents:

    A.   Adversary Complaint [**ECF No. 1**]

    B.   Answer to Complaint [**ECF No. 6**]

    Status:  This matter has been adjourned to May 20, 2015 at 10:00 a.m.

12. Lehman Brothers Holdings Inc, *et al*. v. Westpac Banking Corporation [**Adversary Proceeding No. 15-01058**]

    **Pre-Trial Conference**

    Related Documents:

    A.   Adversary Complaint [**ECF No. 1**]

    B.   So Ordered Stipulation Extending Time to Answer Complaint [**ECF No. 8**]

    C.   Answer of Westpac Banking Corporation to Adversary Complaint [**ECF No. 14**]

    Status:  This has been adjourned to a date to be determined.

**C.    Lehman Brothers Inc. Proceeding**

13. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

    Response Deadline:   April 4, 2014 at 4:00 p.m., extended for certain parties without date.

    Responses Received:  None.

Related Documents:

    A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

    C.    Notice of Resolution [**LBI ECF No. 9773**]

Status: This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims.

14. Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

    Response Deadline:    April 11, 2014 at 4:00 p.m., extended for certain parties to May 29, 2015 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    B.    Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

    C.    Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

7

Status: This matter has been adjourned to June 9, 2015 at 10:00 a.m., solely as to a certain claim.

15. Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8567**]

   Response Deadline: April 18, 2014 at 4:00 p.m., extended for certain parties to May 30, 2014 at 4:00 p.m.

   Response Received:

   A. Response of Pennsylvania Public Schools Employee's Retirement System [**Not Docketed**]

   Related Documents:

   B. Notice of Withdrawal [**LBI ECF No. 8760**]

   C. Order Granting the Trustee's Two Hundred Twenty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) solely as to certain claims [**LBI ECF No. 9169**]

   Status: This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to a certain claim.

16. Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

   Response Deadline: August 13, 2014 at 4:00 p.m., extended for certain parties without date.

   Response Received:

   A. Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

   Related Documents:

   B. Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

   C. Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375**]

        D.        So Ordered Stipulation **[LBI ECF No. 10670]**

Status: This matter has been adjourned to June 9, 2015, 2015 at 10:00 a.m., as to certain claims.

17.    Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff **[LBI ECF No. 9482]**

Response Deadline:    August 15, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:    None.

Related Documents:

    A.    Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims **[LBI ECF No. 9845]**

    B.    Notices of Resolution **[LBI ECF Nos. 10015, 11167]**

    C.    Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim **[LBI ECF No. 10089]**

Status: This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims.

18.    Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) **[LBI ECF No. 9583]**

Response Deadline:    August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Richard N. Wayne **[LBI ECF No. 9970]**

    B.    Response of Nicholas W. Lazares **[LBI ECF No. 9971]**

9

Related Documents:

    C.    Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

    D.    Notice of Resolution [**LBI ECF No. 11168**]

    E.    Trustee's Omnibus Reply [**LBI ECF No. 11851**]

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims.

19.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:    September 5, 2014 at 4:00 p.m.

Responses Received:

    A.    Response of Bank of Montreal to the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) with respect to Claim Number 5125 [**LBI ECF No. 9704**]

    B.    Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

Related Document:

    C.    Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims.

20.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties without date.

10

Response Received:

    A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134**]

Status: This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims.

21.    Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10097**]

    Response Deadline:    October 28, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

    Response Received:

        A.    Responses of Madelyn Antoncic [**LBI ECF Nos. 10855, 10856**]

    Related Documents:

        B.    Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

        C.    Order Granting the Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10394**]

        D.    Notice of Resolution [**LBI ECF No. 10589**]

    Status: This matter has been adjourned to June 9, 2015 at 10:00 a.m as to a certain claim.

22.    Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

    Response Deadline:    December 3, 2014 at 4:00 p.m., extended to April 28, 2014 at 4:00 p.m.

    Responses Received:    None.

11

Related Documents:   None.

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

23. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

Response Deadline:   January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:   None.

Related Documents:

A. Notices of Resolution **[LBI ECF Nos. 11338, 11376, 11819, 11852]**

B. Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) **[LBI ECF No. 11371]**

C. Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) **[LBI ECF Nos. 11451, 11481]**

D. Certificate of no Objection **[LBI ECF No. 11869]**

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m. as to certain claims.

24. Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI ECF No. 10788**]

Response Deadline:   January 20, 2015 at 4:00 p.m.; extended to April 24, 2015 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

25. Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568) [**LBI ECF No. 10782**]

Response Deadline:   January 20, 2015 at 4:00 p.m.; extended to April 14, 2015 at 4:00 p.m.

12

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

26. Trustee's Objection to the General Creditor Proof of Claim of Customer Asset Protection Company (Claim No. 7002247) [**LBI ECF No. 10790**]

   Response Deadline:  January 20, 2015 at 4:00 p.m., extended to April 20, 2015.

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

27. Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims). [**LBI ECF No. 10776**]

   Response Deadline:  January 20, 2015 at 4:00 p.m.; extended for certain parties to April 27, 2015 at 4:00 p.m.

   Responses Received:  None.

Related Document:

A. Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims)  **[LBI ECF No. 11370]**

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims and May 20, 2015 as to a certain claim.

Dated: May 4, 2015
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: May 4, 2015
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.