## CERTIFICATE OF SERVICE

      I, Scott A. Lewis, an attorney, hereby certify that on the 4th day of May 2015, I caused a true and correct copy of the Declaration of William H. Hall in Connection with Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(A) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Restructured Asset Certificates With Enhanced Returns, Series 2006-20AT Credit Default Swap Agreement and Trust Agreement, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable Shelley C. Chapman
United States Bankruptcy Court for the
   Southern District of New York
Courtroom 623
One Bowling Green
New York, NY  10004

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
   for Region 2
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY  10014

Richard Slack, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Internal Revenue Service
Special Procedures Branch
Attn:  District Director
290 Broadway
New York, NY  10007-1823

                By  _____/s/ Scott A. Lewis_____
                        Scott A. Lewis

COS.doc