UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
                                            :
In re                                       :         Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (SCC)
                                            :         (Jointly Administered)
                        Debtors.            :
                                            :
--------------------------------------------------------------------x   Ref. Docket Nos. 42957, 48931,
                                                     48982-48988, 48990-48991, 49160,
                                                     49220, 49248-49251, 49257, 49299,
                                                     49305-49306

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 30, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Diane Streany*
                                         Diane Streany

Sworn to before me this
4th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 30550

To:    BAR(23) MAILID *** 000093015504 ***

BARCLAYS BANK PLC
BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000093015504 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 30550



| | |
|---|---|
| BARCLAYS BANK PLC | BARCLAYS BANK PLC |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT |
| ATTN: JEFF LONGMUIR | ALTERNATIVES MASTER FUND, L.P. |
| 745 SEVENTH AVENUE, 2ND FLOOR | ATTN: DANIEL MIRANDA |
| NEW YORK, NY 10019 | 745 SEVENTH AVENUE, 2ND FLOOR |
| | NEW YORK, NY 10019 |

Please note that your claim # 63604-18 in the above referenced case and in the amount of $707,550.00 allowed at $709,552.89 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| JAVANO MANAGEMENT, LLC | JAVANO MANAGEMENT, LLC |
| TRANSFEROR: BARCLAYS BANK PLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| PO BOX 6934 | ATTN: ANDREW N. ROSENBERG |
| NEW YORK, NY 10150 | 1285 AVENUE OF THE AMERICAS |
| | NEW YORK, NY 10019-6064 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49257    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/30/2015                          Vito Genna, Clerk of Court

                                        /s/ Diane Streany
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 30, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN:JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN:JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC, ATTN: JAMIE LIEW, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., ATTN: WENDY YUN, 200 WEST STREET, NEW YORK, NY 10282 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: DAVID AMAN, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| JAVANO MANAGEMENT, LLC | TRANSFEROR: BARCLAYS BANK PLC, PO BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, LLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JAVANO MANAGEMENT, LLC | TRANSFEROR: BARCLAYS BANK PLC, PO BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, LLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JAVANO MANAGEMENT, LLC | TRANSFEROR: BARCLAYS BANK PLC, PO BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, LLC | PAUL, WIESS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JAVANO MANAGEMENT, LLC | TRANSFEROR: BARCLAYS BANK PLC, PO BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, LLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LATHAM & WATKINS LLP | C/O PETER GILHULY, 355 SOUTH GRAND AVENUE, LOS ANGELES, CA 90071-1560 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: LATHAM & WATKINS LLP, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: WALLACE, JASON J., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| PERMAL YORK, LTD | TRANSFEROR: YORK INVESTMENT LIMITED, ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| WALLACE, JASON J. | 400 DOHENY ROAD, BEVERLY HILLS, CA 90210 |
| WALLACE, JASON J. | HOLLACE T. COHEN, ESQ., TROUTMAN SANDERS, LLP, 405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| YORK ASIAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK ASIAN OPPORTUNITIES MASTER FUND, LP, ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK ASIAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P., ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK ASIAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P., ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, LP | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND,L.P. | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| YORK CREDIT OPPORTUNITIES FUND,L.P. | NEW YORK, NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND,L.P. | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND,L.P. | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND,L.P. | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P., ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P., ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O YORK CAPITAL MANAGEMENT, ATTN: MARGARET MAURO, 767 5TH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O YORK CAPITAL MANAGEMENT /MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL VALUE PARTNERS, L.P. | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK INVESTMENT LIMITED | C/O YORK CAPITAL MANAGEMENT, ATTN: JOHN FOSINA, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK INVESTMENT LIMITED | C/O YORK CAPITAL MANAGEMENT, ATTN: JOHN FOSINA, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK MULTI-STRATEGY MASTER FUND, L.P. | TRANSFEROR: YORK INVESTMENT LIMITED, ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT INVESTORS MASTER FUND, L.P. | TRANSFEROR: YORK GLOBAL VALUE PARTNERS, L.P., ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT MASTER FUND, L.P. | TRANSFEROR: YORK SELECT UNIT TRUST, ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT UNIT TRUST | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 122**