CADWALADER, WICKERSHAM & TAFT LLP
Howard Hawkins, Jr., Esq.
Ellen Halstead, Esq.
Christopher J. Updike, Esq.
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

Mark C. Ellenberg, Esq., *Pro Hac Vice*
700 Sixth Street, NW
Washington, DC  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

*Attorneys for Morgan Stanley & Co. International plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM**

PLEASE TAKE NOTICE that Morgan Stanley & Co. International plc (f/k/a Morgan Stanley & Co. International Limited) ("MSIP"), by and through its undersigned counsel, hereby withdraws without prejudice Proof of Claim No. 20530 ("Claim 20530") filed against Lehman Brothers Holdings Inc. in the above-captioned case, and that the claims register maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.  For the avoidance of doubt, MSIP does not seek to withdraw any claims other than Claim 20530.

Dated: May 4, 2015
      New York, New York

                      CADWALADER, WICKERSHAM & TAFT LLP

                      */s/ Howard Hawkins*
                      Howard Hawkins, Jr., Esq.
                      Ellen Halstead, Esq.
                      Christopher J. Updike, Esq.
                      One World Financial Center
                      New York, New York  10281
                      Telephone:  (212) 504-6000
                      Facsimile:  (212) 504-6666
                      howard.hawkins@cwt.com

                      - and -

                      Mark C. Ellenberg, Esq., *Pro Hac Vice*
                      700 Sixth Street, NW
                      Washington, DC  20001
                      Telephone:  (202) 862-2200
                      Facsimile:  (202) 862-2400
                      mark.ellenberg@cwt.com

                      *Attorneys for Morgan Stanley & Co. International plc*