**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.          Case No. 08-13555 (SCC)
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Prudential Hong Kong Limited | Name of Transferor:<br>The Prudential Assurance Company Limited, Hong Kong Branch |
|---|---|
| Notices to Transferee should be sent to:<br><br>Prudential Hong Kong Limited<br>25/F One Exchange Square, Central<br>Hong Kong<br>PHONE: +852 2977 8280<br>EMAIL rene.ro.olij@prudential.com.hk<br>ATTENTION:  Rene C Olij | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br><br>The Prudential Assurance Company Limited, Hong Kong Branch<br>25/F One Exchange Square<br>Central<br>Hong Kong<br>Attention:  Ernest Wong |
| Claim Amount Transferred:<br>100% ($813,036.96 Allowed Amount) | |
| Court Claim No.: | |

Schedule 1-1

DB3/200165455.1

| Claim No. 47061 | |
| --- | --- |
| Date Claim Filed:<br>October 26, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 30/4/15
Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

### EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of New York (the "Bankruptcy Court")
      One Bowling Green
      New York, New York 10004
      Attn:   Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor"), Case No. 08-13555 (SCC)

CLAIM NUMBER: 47061
ALLOWED AMOUNT: $813,036.96

**THE PRUDENTIAL ASSURANCE COMPANY LIMITED, HONG KONG BRANCH**, its successors and assigns (collectively, "Transferor") hereby certifies that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**PRUDENTIAL HONG KONG LIMITED**

25/F One Exchange Square, Central
Hong Kong
PHONE: +852 2977 8280
EMAIL rene.ro.olij@prudential.com.hk
ATTENTION: Rene C Olij

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 47061, allowed in the amount of $813,036.96 (the "Claim"), against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 (SCC) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor has waived to the fullest extent of the law any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.



IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 30, 2015.

**THE PRUDENTIAL ASSURANCE COMPANY LIMITED, HONG KONG BRANCH**

By Prudential Hong Kong Limited, as successor in interest

By: _____
   Name: Ben Bulmer
   Title: CFO