


B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.         ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kreissparkasse Biberach | Erna Jerski |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Kreissparkasse Biberach, Zeppelinring 27-29, 88400 Biberach, Germany

Court Claim # (if known): __47349__
Amount of Claim: __$17,116.32__
Date Claim Filed: __10/26/2009__

Phone:  +49 7351 570-2195
Last Four Digits of Acct #:  __2600__

Phone: ____
Last Four Digits of Acct. #: ____

Name and Address where transferee payments should be sent (if different from above):

Phone: ____
Last Four Digits of Acct #: ____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Kurt Hardt / Dr. Georg Stickel          Date: 03/23/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Lehman Brothers Holdings Claims
Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

To whom it may concern:

I am formal holder of 120 units ("*Stücke*") of the bond "DigiPlus Anleihe", emitted by Lehman Brothers Treasury CO. B.V., ISIN: XS0221394447 (the "**Bond**"). Please be informed that I have assigned all and any claims arising from or in connection with the Bond (the "**Claims**") to my German bank: Kreissparkasse Biberach, Zeppelinring 27-29, D-88400 Biberach, Germany, ("**KSK Biberach**"). Thus, KSK Biberach has to be considered as beneficial owner of the Claims.

Biberach, 18.03.2015

_____
(Erna Jerski)



Kreissparkasse Biberach   88396 Biberach
Lehman Brothers Holdings Claims
Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States of America

Biberach, 2015 March 23th

**Transfer of Claims – Erna Jerski (Claim Nr. 47349)**

Dear Sirs,

our client Erna Jerski (Claim Nr. 47349) assigned all and any claims arising from or in connection with the Bond ("DigiPlus Anleihe", emitted by Lehman Brothers Treasury CO. B.V., ISIN: XS0221394447) to Kreissparkasse Biberach.

In the appendix you will receive the confirmation of the transfer of our client. Also you will receive the documents for filing the claims of Kreissparkasse Biberach, in detail a W8-BEN form and a Certification Regarding Status.

Please confirm the receipt and transfer of claims to the following address:

Kreissparkasse Biberach
Marketing
Zeppelinring 27-29
88400 Biberach
Germany

If you need further information or documents please contact us.

Email: manuel.kilgus@ksk-bc.de

Best regards

Kreissparkasse Biberach

Kurt Hardt                    Dr. Georg Stickel
Deputy Board Member           Deputy Board Member

Kreissparkasse Biberach                                                                         Vorstand:
Zeppelinring 27-29     Telefon  07351  570-2020    E-Mail: info@ksk-bc.de    Sitz Biberach          Günther Wall
88400 Biberach         Telefax  07351  570-2340    www.ksk-bc.de             Amtsgericht            Thomas Jakob
                                                                              Ulm HRA 640983         Joachim Trapp
Sparkassen-Finanzgruppe

AIR MAIL



FILED / RECEIVED

APR 0 2 2015

Epiq Bankruptcy Solutions, LLC

Postfach 30 61
88216 Ravensburg



Deu
FRA
26.0
Brie
P.P.