
**UBS**

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com


RECEIVED APR - 7 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## Message

March 26, 2015

**subject** Withdrawal request of Claim Transfer

On behalf of         Attention: Clerk of the Court

you are receiving   Withdrawal of partial transfer of claim:

☐ for your information        ☐ returned with thanks        ☐ please return
☒ for your records            ☐ please comment              ☒ please confirm receipt
☐ as agreed                   ☐ please sign                 ☒ please process
☐ please complete

Remarks
TOC228    100'000.00    XS0326427480

Transferor: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland) / Claim Number: 59233
Transferee: Bankhaus Carl F. Plump, 28195 Bremen, Germany

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
: Chapter 11
:
In re : Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC. : (Jointly Administered)
:
Debtor. :
------------------------------------------------x

**RECEIVED APR - 7 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG, ZURICH hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 44221], dated April 25/14, filed in reference to Claim No. 59233, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  March 26, 2015

UBS AG, Bahnhofstrasse 45,
CH-8001 Zurich (Switzerland)

Signature                Signature
Matthias Mohos           Stefan Gfeller
Associate Director       Associate Director