



Monaco, 09 April 2015

**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**NewYork, NY 10004-1408**

Sent by DHL
N/REF: Legal Department

**Objet: Evidence of Transfer of Claim**

Dear Sirs,

Please find here enclosed the Evidence of Transfer of Claim regarding securities referenced under the ISIN code XS0254780611 and XS0209198927.

We remain,

Yours Faithfully

COMPAGNIE MONEGASQUE DE BANQUE

---

23, Avenue de la Costa | B.P. 149     Téléphone +377 93 15 77 77     Swift CMBM MC MX     S.A.M. au Capital de € 111.110.000
98007 Monaco Cedex                    Fax +377 93 25 08 69            www.cmb.mc              R.C.I. 76 S 1557



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: Compagnie Monégasque de Banque | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: Compagnie Monégasque de Banque 23 avenue de la Costa, MC 98000 Monaco PHONE: +377 93 73 77 73 Attn: H. IOVINO EMAIL: ost@cmb.mc | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: USD 120'000.00 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

COMPAGNIE MONÉGASQUE DE BANQUE
23 AVENUE DE LA COSTA
B.P. 149
MC 98007 MONACO CEDEX

By: _____ Date: 19.02.2015

Compagnie Monégasque de Banque
23 avenue de la Costa, MC 98000 Monaco

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC302 UBS0230 CMBMC 120K 2030454

Evidence of Transfer 

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York ("the Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Swing Lehman Bros. 2005-20.1.2010 | XS0209198927 | LBT BV | LBH Inc. | USD 120'000.00 out of USD 705'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Compagnie Monégasque de Banque
23 avenue de la Costa, MC 98000 Monaco
PHONE: +377 93 73 77 73
Attn: H. IOVINO
EMAIL: ost@cmb.mc

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC302 UBS0230 CMBMC 120K 2030454

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 20, 2015

UBS AG
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Matthias Mohos
Title: Associate Director

ACKNOWLEDGED BY:

Compagnie Monégasque de Banque
Transferee

By: _____
Name: S. P. Torelli
Title: Authorized Representative

```
COMPAGNIE MONÉGASQUE DE BANQUE
23. AVENUE DE LA COSTA
J.P 143
MC 98007 MONACO CEDEX
```

TOC302 UBS0230 CMBMC 120K 2030454

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Compagnie Monégasque de Banque sis 23 avenue de la Costa, MC 98000 Monaco ("Transferor") unconditionally and irrevocably transferred to Banca Intermobiliare sis 4 via meravigli, 20123 Milano, Italy ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55 743) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON January 06, 2015.

For Transferor

By: _____
Name: G. GHOSTINE
Title: Head of Legal Department

By: _____
Name: J-P TORELLI
Title: Authorized Agent

COMPAGNIE MONEGASQUE DE BANQUE
23, AVENUE DE LA COSTA
BP 149
MC 98007 MONACO CEDEX

For Transferee

By: _____
Name: FABRIZIO PACCI
Title: BACK OFFICE MANAGER

By: _____
Name:
Title:

BANCA INTERMOBILIARE S.p.A.

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Blocking Number | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0254780611 | 55743 | October 29, 2009 | CA05177 | Lehman Brothers Treasury BV | 10,000 USD |