FILED / RECEIVED
APR 13 2015
EPIQ SYSTEMS

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, UBS AG ("Transferor") unconditionally and irrevocably transferred to **Liechtensteinische Landesbank AG, Vaduz** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 59233) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of December 2014.

UBS AG

By: _____
Name: Marco Mendelowitsch
Title:   Authorized Officer

By: _____
Name: Matthias Mohos
Title:   Associate Director

RECEIVED
APR 15 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

TOC273

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0268043709 | 59233 | October 30, 2009 | Lehman Brothers Treasury Co. BV | EUR 50'000.00 out of EUR 226'000.00 |



RECEIVED
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

TOC 273



MIAMI OFFICE (USA)

340 West Flagler Street
Second Floor
Miami, Florida 33130
T +1 (786) 235-5000
F +1 (786) 235-5005
W www.drrt.com

**Joseph Gulino**
jgulino@drrt.com

March 6, 2015

**VIA FEDEX**
Mr. Gregory Winter
Epiq Systems
10300 SW Allen Blvd.
Beaverton, Oregon 97005
USA



RE:   Claim No. 59233
      DRRT FBO Liechtensteinische Landesbank AG, Vaduz

Dear Claims Administrator,

In reference to the claim no. 59233 we would ask you to update the claims register to effect that DRRT is acting on behalf of Liechtensteinische Landesbank AG, Vaduz.

Furthermore, we confirm the adjustment of the claimant name Liechtensteinische Landesbank AG, Vaduz. The contact address reads as following:

Liechtensteinische Landesbank AG, Vaduz
c/o DRRT
340 West Flagler Street
Second Floor
Miami, FL 33130
USA

The affected claim is:

Claim No. 59233:

{00351757.DOCX.1 }



Page 2
March 6, 2015

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0268043709 | 59233 | 10/30/2009 | Lehman Brothers Treasury Co. BV | EUR 50,000.00 out of EUR 226,000.00 |
| CH0039308652 | 59233 | 10/30/2009 | Lehman Brothers Treasury Co. BV | CHF 10,000.00 out of CHF 7,674,000.00 |

Sincerely,

*[signature: Joseph Gulino]*

Joseph Gulino, Esq.

Enclosure: Power of attorney granted to DRRT

{00351757.DOCX.1 }

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS THAT the undersigned signatories of **Liechtensteinische Landesbank** ("COMPANY") have made, constituted and appointed, and do hereby make, constitute and appoint **ALEXANDER REUS, Esq., ALISON LABOISSONNIERE, Esq. and Diaz, Reus & Targ, LLP** ("DRRT"), located at 100 S.E. Second Street, Suite 2610, Miami, Florida 33131, USA ("ATTORNEYS") as its true and lawful attorneys-in-fact, hereby conferring upon ATTORNEYS full power and authority to act for and on behalf of COMPANY, including its clients, on whose behalf COMPANY is authorized to act, in COMPANY's name, place and stead, to do and perform any or all of the following acts:

1. To make, sign, and execute any and all forms involved in the insolvency proceeding of the following company ("Proceeding"):

    a. Lehman Brothers Holdings Inc. (bankruptcy petition filed on Sept. 15, 2008 in the US Bankruptcy Court for the Southern District of New York, Case No. 08-13555).

2. To communicate orally and in writing with the Trustee or the claims administrator(s) handling the Proceeding.

3. To receive any distributions on behalf of COMPANY made by the Trustee or claims administrator(s) in the Proceeding.

4. To do anything else necessary or required to file applicable claim forms and related documentation on behalf of COMPANY (and its above referenced clients) and to collect any funds due COMPANY (and its above referenced clients) from the Proceeding.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 14th day of September, 2009.

By: _____         _____
Robert Rastner                                              Graziella Marok-Wachter
Head of Group Legal & Compliance              Head of Group Legal