**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

March 12, 2015



*(Via Facsimile and Hand Delivery)*
Clerk,
United States Bankruptcy Court
Southern District of New York
US Customs House
One Bowling Green
New York, New York  10004-1408

Re:   Lehman Brothers Holdings, Inc., et al.
      Case No. 08-13555 (SCC)
      Jointly Administered

Dear Sir/Madam:

   Kindly remove my name and address from the ECF service list in the above-referenced jointly administered cases, as I am no longer representing a client in the case.

Respectfully submitted,

Ronald J. Silverman

Partner
ronald.silverman@hoganlovells.com

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante   Amsterdam   Baltimore   Beijing   Berlin   Brussels   Caracas   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   London   Los Angeles   Madrid   Miami   Milan   Moscow   Munich   New York   Northern Virginia   Paris   Philadelphia   Prague   Rome   San Francisco   Shanghai   Silicon Valley   Singapore   Tokyo   Ulaanbaatar   Warsaw   Washington DC   Associated offices: Budapest   Jakarta   Jeddah   Riyadh   Zagreb.   For more information see www.hoganlovells.com

\\NY - 703421/000300 - 4114345 v1