Logistik
LOAA2



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | 044 292 98 92 |
| Fax | 044 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

Einschreiben
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



Zürich, 7. April 2015

Partial Transfer of Claim „Lehman Brothers Treasury NV"

Dear Sir or Madam,

Please find enclosed the originally signed "Notice Pursuant to Bankruptcy Rule 3001" and "Evidence of Transfer of Claim", released by UBS on March 31, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0326427480 |
| Titel: | 12 % Reverse Convertible Certificates Lehman Br.Sec NV 2007-30.10.08 on a Basket of Shs Srs L-07/643 -In Default-(M) |
| Nominal: | Nom. -45'000- |
| Transferor: | UBS |
| Transferee: | Hans-Heinrich Hilker |
| Initial Proof of Claim Number: | 59233 |

Best regards
Zürcher Kantonalbank

Matthias Hafner            Sandra Azzolina




Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.　　　Case No.: 08-13555 (JMP)
Court ID (Court Use Only)

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Hilker Hans-Heinrich | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br><br>Hilker Hans-Heinrich<br>Tichelrütistrasse 32<br>CH-8044 Gockhausen (Switzerland)<br>and<br>Zürcher Kantonalbank<br>LOAV3<br>P.O. Box<br>8010 Zurich, Switzerland<br>Fax +41 44 292 86 64<br>Tel +41 44 292 76 57<br>Attn: Patrick Heuberger | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Hilker Hans-Heinrich<br>Tichelrütistrasse 32<br>CH-8044 Gockhausen (Switzerland) | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 45'000.00 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthias Hafner_  _Sandra Azzolina_    Date: 7.4.2015
Zürcher Kantonalbank
Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC347 UBS0202 ZKBZH 45K 2750611
Page 1 of 3

**EVIDENCE OF TRANSFER OF CLAIM**

RECEIVED APR 15 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 45'000.00

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2007-30.10.49 | XS0326427480 | LBS NV | Lehman Bros Holding Inc. | CHF 45'000.00 out of CHF 25'301'000 |

The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Hilker Hans-Heinrich
Tichelrütistrasse 32
CH-8044 Gockhausen (Switzerland)
Tel: +41 44 821 21 59

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 31, 2015.

**UBS AG**
Transferor

By: _____
Name: Stephan Gfeller
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director

**PP**

**R** Recommandé Suisse    RM 627 251 732 CH
07.04.2015

07.04.15    9.80
CH - 8010    PRIORITY
Zürich    Stand 2
2000034    DIE POST




APR 13 2015

i0017&2015 C069