United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial
transfer, other than for security, of the claim referenced in this evidence and notice.

SAUCY  André
Name of Transferee

Lehman Brothers Securities N.V.
Name of Transferor

Court Claim #: 58649

Claim Amount: $3,695.47

Name and Address where notices to Transferee
should be sent:

SAUCY  André
Rue  du  Canal  16
2822  Courroux
Switzerland

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief, and hereby authorize the Transferor, or its
agents, to file this notice in the above-referenced chapter 11 cases.

SAUCY  André

By: _____                    Date: May 13, 2015
Name:  SAUCY  André
Title:  CPA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 2875270 13

## ASSIGNMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the
             Southern District of New York ("Bankruptcy Court")
             Attention: Clerk

AND TO:      Lehman Brothers Holdings Inc. (the "Debtor")
             Chapter 11, Case No. 08-13555 (JMP) (jointly administered)

Lehman Brothers Securities N.V. ("Assignor"), for good and valuable consideration the receipt and
sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell,
transfer and assign unto:

SAUCY André
Rue du Canal 16
2822 Couvroux
Switzerland

its successors and assigns ("Assignee"), its rights, title and interest in and to Proof of Claim number
58649, solely to the extent of $ 3,695.47  (the "Assigned Claim")

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted
by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court
may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and
recognizing Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the
Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the
Assigned Claim, and all payments or distributions of money or property in respect of the Assigned
Claim, shall be delivered or made to Assignee.

IN WITNESS WHEREOF, this Assignment and Evidence of Partial Transfer of Claim is
dated as of the 13 day of May , 2015.

Assignor:                                    Assignee:
LEHMAN BROTHERS SECURITIES N.V.              SAUCY André

By:_____                   By:_____
Name:                                         Name: SAUCY André
Title: MRB Fonsure                            Title: CPA
       Trustee

KL2 2R75270.13