UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :

In re                                          :         Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, :         08-13555 (SCC)
                                                 :
                Debtors.        :         (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                         s.s.:
COUNTY OF NEW YORK

        Patricia A. Ashman, being duly sworn, deposes and states:

1) I am an employee of White & Case LLP at 1155 Avenue of the Americas, in New York, New York. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 7th day of May, 2015, deponent caused to be served via hand delivery the:

*Response of Hana Bank, as Trustee, and My Asset Investment Management Co. Ltd., as Investment Manager For MY Dual Star Derivative Derivatives Fund D-1 to Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)* **[Docket 49425]**;

*Response of Kookmin Bank, as Trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan IBK-Samsung Heavy Industry Equity Linked Derivatives Fund 1 to Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)* **[Docket 49426] and**

*Response of Kookmin Bank, as Trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives Fund 1 to Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)* **[Docket 49427]** upon:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attention Garrett A. Fail, Esq. and Katherine Doorley, Esq. | Office of the United States Trustee<br>for Region 2<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10013<br>Attn:  William K. Harrington, Esq., Susan Golden, Esq. and Andrea B. Schwartz, Esq. |

In addition courtesy copies were delivered to:

> Chambers of the Honorable Shelley C. Chapman
> Courtroom 621
> One Bowling Green
> New York, NY 10004

>    */s/ Patricia A. Ashman*
> Patricia A. Ashman

Sworn to before me this
13th day of May, 2015

*/s/ Carrol Marshall*
_____
Notary Public, State of New York
No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
My commission expires March 20, 2019