

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.,et al       ,           Case No.  08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Zekiye Cingillioglu | DBS BANK LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Zekiye Cingikkioglu /Barclays Bank- 31
  ave da la Costa 98 000 -Monaco

Court Claim # (if known):  62901
Amount of Claim:  Refer to attached
Date Claim Filed:  11/02/2009

Phone:  +377 93 15 39 27
Last Four Digits of Acct #:   5465

Phone:  +65 687820298 /+65 68784323
Last Four Digits of Acct. #: 

Name and Address where transferee payments should be sent (if different from above):
  Zekiye Cingikkioglu /Barclays Bank- 31
  ave da la Costa 98 000 -Monaco

Phone:  +377 93 15 39 27
Last Four Digits of Acct #:  5465

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 13/04/15
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Zekiye Cingillioglu | Name of Transferor:<br>DBS BANK LTD |
| Notices to Transferee should be sent to:<br>Zekiye Cingillioglu<br>Barclays Bank Monaco<br>31 Avenue de la Costa<br>98 000- Principality of Monaco | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>Zekiye Cingillioglu<br>Barclays Bank Monaco<br>31 Avenue de la Costa<br>98 000- Principality of Monaco | Name and Current Address of Transferor<br>DBS BANK LTD<br>2 Changi Business Park Crescent #09-05 Lobby B<br>DBS Asia Hub Singapore 486029<br>Attn: Liew Chin Choy / Sim Geok Kim<br>Tel: +65 6878 4323<br>Email: pbops-regca@dbs.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>See attached  (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _Sophie SAURINI_   Date: 13/04/15

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *62901* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| CORPORATE CREDIT LINKED NOTES | XS0313103003 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 4,100,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

DBS BANK LTD, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Zekiye Cingillioglu
Barclays Bank Monaco
31 Avenue de la Costa
98 000- Principality of Monaco

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____.

DBS BANK LTD
Transferor
By: _____
    Name: Woon Li Tsan / Sim Geok Kim
    Title: Vice President / Vice President

ACKNOWLEDGED BY:

Zekiye Cingillioglu
Barclays Bank Monaco
31 Avenue de la Costa
98 000- Principality of Monaco
Transferee
By: _____
    Name: Sophie SAURINI
    Title: DIRECTOR
        Sophie SAURINI