# R & B BANQUIERS

Rahn & Bodmer Zürich

US Bankruptcy Court/Southern District of NY
One Bowling Green
Attn: Clerk of the Court
New York, New York, 10004
USA



Zurich, April 17, 2015
CPA-enu

**Lehman Brothers Holdings Inc. - Partial Transfer of Claim (Proof of Claim Number: 59233)**

Dear Sir or Madam

Please find enclosed the completed and signed forms regarding a claim transfer.

In case you should need any further clarification please let us know.

Yours sincerely
Rahn & Bodmer Co.

Enrico Nussio                Edgar Kühne

Enclosure:
Notice of Transfer
Evidence of Transfer of Claim

Rahn & Bodmer Co.
Talstrasse 15, Postfach
8022 Zürich, Schweiz
Telefon  +41 44 639 11 11
Telefax  +41 44 639 11 22



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: _(JMP)_
                                                 Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Rahn & Bodmer Co. | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Rahn & Bodmer Co.<br>Talstrasse 15<br>Postfach<br>CH-8022 Zürich<br>Attn. Mr. Enrico Nussio<br>EMAIL: enrico.nussio@rahnbodmer.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>Units 30.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief. Rahn & Bodmer Co.

By: _Nussio Enrico_    _Kühne Edgar_    Date: _4/17/15_
Rahn & Bodmer Co.
Talstrasse 15
Postfach
CH-8022 Zürich

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

RECEIVED APR 2 0 2015 U.S. BANKRUPTCY COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | CH0027120770 | LBT BV | LBH Inc. | Units 30.00 out of Units 16'861.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Rahn & Bodmer Co.
Talstrasse 15
Postfach
CH-8022 Zürich
Telephone: +41 44 639 14 32
Attention: Mr. Enrico Nussio

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 16, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Rahn & Bodmer Co.    **Rahn & Bodmer Co.**

By: _____    Edgar Kühne
Name: Enrico Nussio