Jonathan S. Henes, P.C.
Joseph Serino, Jr., P.C.
Christopher T. Greco
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for Lehman Brothers Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) |
| | ) Case No. 08-13555 (SCC) |
| | ) |
| | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION
TO CMBS CLAIMS AND REQUEST FOR SUBORDINATION
PURSUANT TO SECTIONS 510(A)-(C) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** on April 23, 2013, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code* [Docket No. 36882] (the "Claims Objection") with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby withdraw the Claims Objection without prejudice.

Brooklyn, New York
Dated:  May 13, 2015

/s/  Jonathan S. Henes

Jonathan S. Henes
Joseph Serino, Jr., P.C
Christopher T. Greco
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorneys for Lehman Brothers Holdings, Inc.*