United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(?), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Lotte Hernandez - Moor                                Lehman Brothers Securities N.V.
Name of Transferee                                     Name of Transferor

                                                       Court Claim #: 58649

                                                       Claim Amount: $20,079.74

Name and Address where notices to Transferee
should be sent:

Lotte Hernandez - Moor
Zincon
6655 Intragna - Calezzo
Switzerland

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief, and hereby authorize the Transferor, or its agents, to file this notice in the above-referenced chapter 11 cases.

Lotte Hernandez - Moor

By: X L. Hernandez Moor      Date: May 13, 2015
Name: Lotte Hernandez-Moor
Title:

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ASSIGNMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:       United States Bankruptcy Court for the
          Southern District of New York ("Bankruptcy Court")
          Attention: Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
          Chapter 11, Case No. 08-13555 (JMP) (jointly administered)

Lehman Brothers Securities N.V. ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Lotte Hesnandez - Moor
Zincon
6655 Intragna - Calezzo
Switzerland

its successors and assigns ("Assignee"), its rights. title and interest in and to Proof of Claim number 58649, solely to the extent of $ 20,079.74 (the "Assigned Claim")

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to Assignee.

IN WITNESS WHEREOF, this Assignment and Evidence of Partial Transfer of Claim is dated as of the 13 day of May, 2015.

Assignor:                                       Assignee:
LEHMAN BROTHERS SECURITIES N.V.                 Lotte Hesnandez - Moor

By: _____                     By: X Hesnandez - Joel
Name: M.R.B. Sorsuza                            Name: Lotte Hesnandez - Moor
Title: Trustee                                  Title: