**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : |  |

-------------------------------------------------------------------------------x **Ref. Docket No. 22985, 23529, 23530, 33512, 36021, 43798, 43901, 44001, 49072, 49073, 49238, 49328-49331, 49333, 49342**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       */s/ Lauren Rodriguez*
                                       Lauren Rodriguez

Sworn to before me this
13th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000169038

To:    BAR(23) MAILID *** 000093144422 ***



ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
TRANSFEROR: RIVERROCK SECURITIES LIMITED
C/O ALDEN GLOBAL CAPITAL, LLC
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

RIVERROCK SECURITIES LIMITED
TRANSFEROR: BBVA (SUIZA) S.A.
ATTN: GUI GOYARD
8-10 GROSVENOR GARDENS
LONDON SW1W ODH
 UNITED KINGDOM

Please note that your claim # 51162-05 in the above referenced case and in the amount of
$210,000.00 allowed at $75,470.64 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000093144422 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000169038



ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
TRANSFEROR: RIVERROCK SECURITIES LIMITED
C/O ALDEN GLOBAL CAPITAL, LLC
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          43901                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/05/2015                          Vito Genna, Clerk of Court

                                         /s/ Diane Streany

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 5, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BA-CA VERISCHERUNG AKTIENGESELLSCHAFT | C/O BAKER & MCKENZIE LLP, ATTN: IRA A. REID, 1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP. PA | ATTN: ROBERTO VANZETTA & MICHAEL SCHWINGSHACKL, VIA MACELLO 55, BOLZANO 39100 ITALY |
| CASSA DI RISPARMIO DI BOLZANO | TRANSFEROR: BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP. PA, SERVIZIO IT & OPERATIONS, ATTN: SOPRANA ANNA, VIA CASSA DI RISPARMIO 12, BOLZANO 39100 ITALY |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COMPASS HTV LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O MAGNETAR FINANCIAL LLC; ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| COMPASS HTV LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O MAGNETAR FINANCIAL LLC; TARJA BENTGARDE, 1603 ORRINGTON AVE., 13TH, EVANSTON, IL 60201 |
| COMPASS OFFSHORE HTV PCC LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| COMPASS OFFSHORE HTV PCC LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: TARJA BENTGARDE, C/O MAGNETAR FINANCIAL LLC, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF II LUX FINCO, LLC | SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 5534308233 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., C/O CARVAL INVESTORS, LLC - ATTN: T. SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, |

| Claim Name | Address Information |
|---|---|
| CVI CVF II LUX MASTER S.A.R.L. | 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN: RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN: RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |

| Claim Name | Address Information |
|---|---|
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O CARVAL INVESTORS UK LIMITED, ATTN: MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O CARVAL INVESTORS UK LIMITED, ATTN: MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BA-CA VERISCHERUNG AKTIENGESELLSCHAFT, ATTN: SIMON GLENNIE/KAIRI JAMES, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., C/O JAXCA NOTIFICATIONS - GLOBAL BUSINESS SERVICES, 5022 GATE PARKWAY, SUITE 200, JACKSONVILLE, FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., C/O JAXCA NOTIFICATIONS - GLOBAL BUSINESS SERVICES, 5022 GATE PARKWAY, SUITE 200, JACKSONVILLE, FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BA-CA VERISCHERUNG AKTIENGESELLSCHAFT, ATTN: SIMON GLENNIE/KAIRI JAMES, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BA-CA VERISCHERUNG AKTIENGESELLSCHAFT, ATTN: SIMON GLENNIE/KAIRI JAMES, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP, ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138, C/O J.P. MORGAN SECURITIES LLC, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138, C/O J.P. MORGAN SECURITIES LLC, 383 MADISON AVENUE - FLOOR 37, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP, ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138, C/O J.P. MORGAN SECURITIES LLC, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JEFFREY L. PANZO; MAIL CODE: NY1-M138, C/O J.P. MORGAN SECURITIES LLC, 383 MADISON AVENUE - FLOOR 37, NEW YORK, NY 10179 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COMPASS HTV LLC, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COMPASS HTV LLC, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COMPASS OFFSHORE HTV PCC LIMITED, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COMPASS OFFSHORE HTV PCC LIMITED, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWHICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| RIVERROCK SECURITIES LIMITED | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: GUI GOYARD, 8-10 GROSVENOR GARDENS, LONDON SW1W ODH UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVIS F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVIS F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 180**