UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :         **08-13555 (SCC)**
                                                    :        **(Jointly Administered)**
                            **Debtors.**            :
                                                    :
-------------------------------------------------------------------------------x        Ref. Docket Nos. 49098, 49103-
                                                             49105, 49120, 49122, 49123, 49127,
                                                             49345-49348

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 7, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
13th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000169293

To:    BAR(23) MAILID *** 000093162061 ***

CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: DEUTSCHE BANK AG, LONDON
CARVAL INVESTORS, LLC; ATTN: TERI SALBERG
9320 EXCELSIOR BOULEVARD
HOPKINS, MN 55343

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON
TRANSFEROR: CORE LABORATORIES LP
ATTN: MATTHEW WEINSTEIN
60 WALL ST., 3RD FLOOR
NEW YORK, NY 10005

Please note that your claim # 65891 in the above referenced case and in the amount of
$30,000,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000093162061 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000169293



CVI GVF (LUX) MASTER S.A.R.L.
TRANSFEROR: DEUTSCHE BANK AG, LONDON
CARVAL INVESTORS, LLC; ATTN: TERI SALBERG
9320 EXCELSIOR BOULEVARD
HOPKINS, MN 55343

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          49127          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/07/2015                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez

                                          ─────────────────────────
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: RBS COUTTS BANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, CARVAL INVESTORS, LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CORE LABORATORIES LP, ATTN: MATTHEW WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019NY |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MACQUARIE BANK LIMITED | AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P.  PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN |

| Claim Name | Address Information |
|---|---|
| MACQUARIE BANK LIMITED | GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC; ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN:TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC, C/O MAGNETAR FINANCIAL LLC, ATTN: ALLYSON GOLDBERGER, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FUND | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O MAGNETAR FINANCIAL LLC; ATTN: ALLYSON GOLDBERGER, 1603 ORRINGTON AVE., 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O MAGNETAR FINANCIAL LLC, ATTN: ALLYSON GOLDBERGER, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: ROBERT BOWERS, 510 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: ROBERT BOWERS, 510 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| ROTH IRA FBO LEE BATCHA PERSHING LLC AS CUSTODIAN | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: LEE BATCHA, 21 BROOK TERRACE, FAIR HAVEN, NJ 07704 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: MICHAEL ZLATIN, 552 CUMBERLAND STREET, ENGLEWOOD, NJ 07631 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: RBS SECURITIES JAPAN LIMITED, 600 WASHINGTON BOULEVARD, ATTN: MATTHEW ROSENCRANS, STAMFORD, CT 06910 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: RBS SECURITIES JAPAN LIMITED, 600 WASHINGTON BOULEVARD, ATTN: MATTHEW ROSENCRANS, STAMFORD, CT 06910 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 194**