UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x
                                             :

In re                                     :        **Chapter 11 Case No.**
                                             :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :     **08-13555 (SCC)**
                                             :     **(Jointly Administered)**
                       **Debtors.**          :
                                             :

--------------------------------------------------------------------------x    **Ref. Docket Nos. 48839, 48840,**
                                                 **49103, 49309-49312, 49317, 49318,**
                                                 **49352, 49353, 49374, 49375, 49390,**
                                                 **49394, 49399, 49401, 49403-49405,**
                                                 **49407**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 11, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
13th day of May, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 28595

To:      BAR(23) MAILID *** 000093206400 ***

CITIGROUP FINANCIAL PRODUCTS, INC.
ELANIT A. SNOW
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otewise being assigned the claim.

To:    BAR(23) MAILID *** 000093206400 ***            LBH TRFNTC (ADDRESS2, ADRKEYID3) 28595

CITIGROUP FINANCIAL PRODUCTS, INC.
ELANIT A. SNOW
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

CITIGROUP FINANCIAL PRODUCTS, INC.
TRANSFEROR: HCN LP
ATTN: BRIAN BROYLES
1615 BRETT ROAD, BLDG 3
NEW CASTLE, DE 19720

Please note that your claim # 17424-17 in the above referenced case and in the amount of
$9,882,805.83 allowed at $6,757,470.79 has been transferred (unless previously expunged by court order)

VARDE INVESTMENT PARTNERS, LP
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
ATTN: EDWINA PJ STEFFER
8500 NORMANDALE LAKE BLVD., STE 1500
MINNEAPOLIS, MN 55437

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        48840                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/11/2015                     Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez

                                      EPIQ BANKRUPTCY SOLUTIONS, LLC

                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 11, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER | TRANSFEROR: BANK VONTOBEL AG, ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH, SWITZERLAND | TRANSFEROR: RBS COUTTS BANK AG, ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH, SWITZERLAND | TRANSFEROR: RBS COUTTS BANK AG, ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG, ZURICH/SWITZERLAND | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, POSTFACH, CH-8022 ZURICH  SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HCN LP, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HCN LP, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HCN LP, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HCN LP, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HCN LP, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HCN LP, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DORFMAN, DAVID A. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DORFMAN, DAVID A. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DORFMAN, DAVID A. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DORFMAN, DAVID A. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DORFMAN, DAVID A. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| JERSKI, ERNA | HUHNERFELDSTR. 84, BIBERACH 88400 GERMANY |
| KREISSPARKASSE BIBERACH | TRANSFEROR: JERSKI, ERNA, ZEPPELINRING 27-29, BIBERACH 88400 GERMANY |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O MAGNETAR FINANCIAL LLC, ATTN: TARJA BENTGARDE, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: DORFMAN, DAVID A., ALSTON & BIRD LLP, WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: UMLAUF, ERIK, ALSTON & BIRD LLP, WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: VULAKH, NATALIE SAVIC, ALSTON & BIRD LLP, WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: WEISS, AARON J., ALSTON & BIRD LLP, WILLIAM S. SUGDEN, 1201 WEST |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NOMURA HOLDINGS, INC. | PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: YEE, JACK S., ALSTON & BIRD LLP, WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O PANNING CAPITAL MANAGEMENT LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PAULSON ENHANCED LTD | TRANSFEROR: PAULSON INTERNATIONAL LTD., PAULSON PARTNERS ENHANCED LTD., C/O PAULSON & CO. INC., 1251 AVE OF THE AMERICAS 50TH FLR, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD | MICHAEL GREENBLATT, KAYE SCHOLER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | ATTN: ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON INTERNATIONAL LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: PAULSON PARTNERS L.P., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | MICHAEL GREENBLATT, KAYE SCHOLER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PAULSON PARTNERS L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | SIDLEY AUSTIN LLP, ATTN: JAIME SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PRUDENTIAL ASSURANCE COMPANY LTD, THE - HK BRANCH | ATTN: ERNEST WONG, 25/F, ONE EXCHANGE SQUARE, CENTRAL   HONG KONG |
| PRUDENTIAL HONG KONG LIMITED | TRANSFEROR: PRUDENTIAL ASSURANCE COMPANY LTD, THE - HK BRANCH, ATTN: RENE C OLIJ, 25/F, ONE EXCHANGE SQUARE, CENTRAL   HONG KONG |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: RBS COUTTS BANK AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/05GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| UMLAUF, ERIK | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| UMLAUF, ERIK | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| VULAKH, NATALIE SAVIC | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| WEISS, AARON J. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| WEISS, AARON J. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| YEE, JACK S. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| YEE, JACK S. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| YEE, JACK S. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |

**Total Creditor Count 109**