UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket Nos. 48932, 49354,
49355, 49358, 49359, 49402, 49406,
49411, 49413, 49420

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of May, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000169342

To:    BAR(23) MAILID *** 000093209264 ***



CREDIT SUISSE AG
TRANSFEROR: UBS AG
CRAVATH, SWAINE & MOORE LLP
ATTN: MR. RICHARD LEVIN/MRS. SOPHIA YOO
825 8TH AVNENUE
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

UBS AG
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
 SWITZERLAND

UBS AG
ATTN: HUGO KOLLER, OQ9C/O5GC
P.O. BOX
ZURICH 8098
 SWITZERLAND

Please note that your claim # 5359233-41 in the above referenced case and in the amount of $0.00 allowed at $22,343.60 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000093209264 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000169342



CREDIT SUISSE AG
TRANSFEROR: UBS AG
CRAVATH, SWAINE & MOORE LLP
ATTN: MR. RICHARD LEVIN/MRS. SOPHIA YOO
825 8TH AVNENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49420    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/12/2015

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 12, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AFI-ESCA LUXEMBOURG SA | TRANSFEROR: ASPECTA ASSURANCES INTERNATIONAL SA, ATTN: ANTONY CLAUDIN, DIRECTOR, 21, RUE LEON LAVAL, LEUDELANGE L-3372 LUXEMBOURG |
| ASPECTA ASSURANCES INTERNATIONAL SA | TRANSFEROR: ING LUXEMBOURG, 5, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BANKHAUS CARL F. PLUMP & CO AG | TRANSFEROR: UBS AG, ATTN: KARSTEN SCHULLER, AM MARKT 19, BREMEN 28195 GERMANY |
| COMPAGNIE MONEGASQUE DE BANQUE | TRANSFEROR: UBS AG, ATTN: H. IOVINO, 23 AVENUE DE LA COSTA, MONACO MC 98000 MONACO |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, CRAVATH, SWAINE & MOORE LLP, ATTN: MR. RICHARD LEVIN/MRS. SOPHIA YOO, 825 8TH AVNENUE, NEW YORK, NY 10019 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERT, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI; C/O GOLDMAN, SACHS & CO, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| LIECHTENSTEINISCHE LANDESBANK AG, VADUZ | TRANSFEROR: UBS AG, C/O DRRT, 340 WEST FLAGLER STREET, 2ND FLOOR, MIAMI, FL 33130 |
| LIECHTENSTEINISCHE LANDESBANK AG, VADUZ | TRANSFEROR: UBS AG, C/O DDRT, 340 WEST FLAGLER STREET, 2ND FLOOR, MIAMI, FL 33130 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: BANKHAUS CARL F. PLUMP & CO AG, ATTN: MATTHIAS MOHOS, BADENERSTRASSE 574/C, POSTFACH, PO BOX,8098, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 34**