## SCHEDULE 3

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

And

Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse International ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CVIC II Lux Master SARL (the Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 12486) originally filed by Banca Aletti & C.S.p.A. with the Bankruptcy Court respect of the foregoing claim in the amount of $5,109,798.95 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 day of May, 2015.

**ASSIGNOR:**

CREDIT SUISSE INTERNATIONAL

By: _____
Name:   Shui Wong
Title:   Authorized Signatory

_____
Bik Kwan Chung
Authorized Signatory

**ASSIGNEE:**

CVIC II LUX MASTER SARL

BY CARVAL INVESTORS GB LLP

By: _____
Name:   DAVID SHORT
Title:   DIRECTOR
         INVESTMENT OPERATIONS

NYC:249911.3