# CT



April 24, 2015

Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors/Pltf. // To: Bank of America National Association, et al., Dfts. // To: Greystone CDO Series 2006-1 LLC

Case No.  0813555SCC

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Greystone CDO Series 2006-1 LLC.

Greystone CDO Series 2006-1 LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 527001811

Sent By Regular Mail

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408

Wolters Kluwer

**Epiq Bankruptcy Solutions, LLC**
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed -
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested
247



LBH DI 1081-2 04-16-2015 (CREDITOR,CREDNUM)
******1000254603****** BAR(23) MAIL ID *** 000092890706 ***

GREYSTONE CDO SERIES 2006-2 LLC
C/O THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DE 19801

FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES
ZIP 97005 $ 002.66⁰
02 1W
0001373968 APR. 16. 2015

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

April 16, 2015

<u>VIA EPIQ SYSTEMS</u>

To: All Defendants in the
Below-referenced Action

      Re: *Lehman Brothers Special Finance Inc., v. Bank of America National Association et al.*, Adv. Pro. No. 10-03547 (SCC)

Dear Defendants:

      Pursuant to the Court's Order Denying Lehman Brothers Special Financing Inc.'s Motion to File Documents Containing Confidential Information Under Seal, dated April 16, 2015 (ECF No. 1081) (the "Order"), Exhibit A to the Declaration of William F. Dahill in Further Support of Plaintiff's Motion to Certify Defendant Class was filed on the docket this afternoon. Please find enclosed a copy of Exhibit A as well as a copy of the Order.

      Very truly yours,

      Adam M. Bialek

Enclosures

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>- against -<br><br>BANK OF AMERICA NATIONAL<br><br>ASSOCIATION, ET AL.,<br>Defendants. | Adversary Proceeding<br><br>No. 10-3547 |

**ORDER DENYING LEHMAN BROTHERS SPECIAL
FINANCING INC.'S MOTION TO FILE DOCUMENTS
CONTAINING CONFIDENTIAL INFORMATION UNDER SEAL**

Upon the motion, dated March 31, 2015 (the "Motion") of Lehman Brothers Special Financing Inc. ("LBSF"), pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rules 9018 and 9037, for an order authorizing LBSF to file under seal several confidential documents annexed as Exhibit A to the Declaration of William F. Dahill in Further Support of Plaintiff's Motion to Certify Defendant Class, filed on March 31, 2015 (ECF No. 1070) (the "Dahill Declaration"), including the:

- Declaration of Default and Designation of Early Termination regarding 801 Grand CDO SPC, Series 2006-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0000694 - LBHI_SPV_0000695;

- Declaration of Default and Designation of Early Termination regarding 801 Grand CDO SPC, Series 2006-2 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0002019 - LBHI_SPV_0002020;

- Notice of Early Termination of Swap Transactions regarding Alta CDO SPC, Series 2007-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0002877;

- Notice of Early Termination of Swap Transactions regarding Alta CDO SPC, Series 2007-2 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0003840;

- Notice of Early Termination of Swap Transactions regarding Barton Springs CDO SPC, Series 2005-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0005384;

- Notice of Early Termination of Swap Transactions regarding Barton Springs CDO SPC, Series 2005-2 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0005926;

- Notice of Early Termination of Swap Transactions regarding Blue Point CDO SPC, Series 2005-1 Segregated Portfolio, dated September 17, 2008, produced by U.S. Bank National Association, and identified as USBP51 0000004;

- Notice of Early Termination of Swap Transactions regarding Cherry Hill CDO SPC, Series 2007-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0008040;

- Notice of Early Termination of Swap Transactions regarding Cherry Hill CDO SPC, Series 2007-2 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0008783;

- Declaration of Default and Designation of Early Termination Date regarding Copper Creek CDO SPC, Series 2007-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0009877 - LBHI_SPV_0009878;

- Notice of Event of Default and Early Termination Date Under the Yen Payment Credit Swap regarding Crown City CDO 2005-1 Limited, Crown City CDO 2005-1 LLC, Class A Notes, produced by Wells Fargo Bank, National Association, and identified as WFCC0000007 - WFCC0000008;

- Notice of Event of Default and Early Termination Date Under the Dollar Payment Credit Swap regarding Crown City CDO 2005-1 Limited, Crown City CDO 2005-1 LLC, BCDE Notes, produced by Wells Fargo Bank, National Association and identified as WFCC0000005 - WFCC0000006;

- Notice of Event of Default and Early Termination Date Under the Dollar Payment Credit Swap regarding Crown City CDO 2005-2 Limited, Crown City CDO 2005-

2 LLC, ABCDE Notes, produced by Wells Fargo Bank, National Association and identified as WFCC0000011 - WFCC0000012;

- Notice of Event of Default and Early Termination Date Under the Euro Payment Credit Swap regarding Crown City CDO 2005-2 Limited, Crown City CDO 2005-2 LLC, D-2 Notes, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0036305 - LBHI_SPV_0036306;

- Notice of Designation of Early Termination Date regarding Securitized Product of Restructured Collateral Limited SPC, Series 2007-1 Federation A-1 Segregated Portfolio, dated October 27, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0025367 - LBHI_SPV_0025369;

- Notice of Designation of Early Termination Date regarding Securitized Product of Restructured Collateral Limited SPC, Series 2007-1 Federation A-2 Segregated Portfolio, dated October 27, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0025837 - LBHI_SPV_0025839;

- Notice of Early Termination of Swap Transactions regarding Freedom Park CDO Series 2005-1 Limited, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0012517;

- Notice of Default regarding Fullerton Drive CDO Limited, Fullerton Drive CDO LLC, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0012944 - LBHI_SPV_0012945;

- Notice of Designation of Early Termination of Swap Transactions regarding Greystone CDO SPC, Series 2006-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0013777;

- Notice of Designation of Early Termination of Swap Transactions regarding Greystone CDO SPC, Series 2006-2 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0014418;

- Notice of Early Termination of Swap Transactions regarding Jefferson Valley CDO SPC, Series 2006-1 Segregated Portfolio, dated September 17, 2008, produced by U.S. Bank, National Association, and identified as USJV61 0000002;

- Notice of Default regarding Kings River Limited, Kings River LLC, dated November 18, 2008, produced by The Bank of New York Mellon and identified as BNYM0003929 - BNYM0003930;

- Notice of Early Termination of Swap Transactions regarding Lakeview CDO

3

SPC, Series 2007-1 Segregated Portfolio, dated September 17, 2008, produced by U.S. Bank, National Association and posted on the Repository;

- Notice of Early Termination of Swap Transactions regarding Lakeview CDO SPC, Series 2007-2 Segregated Portfolio, dated September 17, 2008, produced by U.S. Bank, National Association and identified as USLA72 0000008;

- Notice of Early Termination of Swap Transactions for Lakeview CDO SPC, Series 2007-3 Segregated Portfolio, dated September 17, 2008, produced by U.S. Bank, National Association and identified as USLA73 0000007;

- Notice of Early Termination of Swap Transactions regarding Pantera Vive CDO SPC, Series 2007-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0016694;

- Notice of Early Termination regarding Pebble Creek LCDO 2007-2, Ltd., dated September 19, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0016870 - LBHI_SPV_0016872;

- Letter regarding the Pebble Creek LCDO 2007-2 Notice of Early Termination of Swap Transaction, dated October 29, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0017701 - LBHI_SPV_0017704;

- Notice of Event of Default/Designation of Early Termination Date regarding Penn's Landing CDO SPC, Series 2007-1 Segregated Portfolio, dated September 15, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0019577;

- Notice of Event of Default and Early Termination Date regarding Pyxis ABS CDO 2007-1 Ltd., dated September 19, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0021783 - LBHI_SPV_0021784;

- Early Termination Date Designation Notice regarding Quartz Finance Public Limited Company, Series 2004-1 Upper Thames EUR 25,000,000 (ISIN: XS0199047258) Credit-Linked Synthetic Portfolio Notes due 2043, dated November 21, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0021930 - LBHI_SPV_0021931;

- Notice of Early Termination of Swap Transactions regarding Restructured Asset Certificates with Enhanced Returns, Series 2005-21-C Trust (CUSIP 7612C UJ9*), dated October 8, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0022231 - LBHI_SPV_0022232;

- Notice of Early Termination of Swap Transactions regarding Restructured Asset Certificates with Enhanced Returns, Series 2006-1-C Trust (CUSIP

76126CUS9*), dated October 8, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0022514 - LBHI_SPV_0022515;

- Notice of Early Termination of Swap Transactions regarding Restructured Asset Certificates with Enhanced Returns, Series 2007-4-C Trust (CUSIP 76131HAA2*), dated October 8, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0022808 - LBHI_SPV_0022809;

- Designation of an Early Termination Date regarding Ruby Finance Limited Company USD40,000,000 Series 2007-1 CDO Credit Linked Synthetic Portfolio Notes due 2014, dated October 23, 2008, produced by BNY Corporate Trustee Services Ltd. and identified as BNYCT0000006 - BNYCT0000007;

- Early Termination Date Designation Notice regarding Ruby Finance Public Limited Company, Series 2005-1 Classes of Notes, dated October 28, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0022907 - LBHI_SPV_0022909;

- Notice of Early Termination of Swap Transactions regarding Solar V CDO SPC, Series 2007-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0024904;

- Notice of Early Termination of Swap Transactions regarding Stowe CDO SPC, Series 2006-1 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0027828;

- Notice of Early Termination of Swap Transactions regarding Stowe CDO SPC, Series 2008-2A Segregated Portfolio, dated September 17, 2008, produced by U.S. Bank, National Association and identified as USST82 000051;

- Notice of Default regarding Sunset Park CDO Limited SPC, Sunset Park CDO LLC, Series 2004-1 Segregated Portfolio, dated September 23, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0037713 - LBHI_SPV_0037714;

- Notice of Default regarding Sunset Park CDO Limited SPC, Sunset Park CDO LLC, Series 2004-2 Segregated Portfolio, dated September 23, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0034534 - LBHI_SPV_0034535;

- Notice of Default regarding Sunset Park CDO Limited SPC, Sunset Park CDO LLC Series 2004-4 Segregated Portfolio, dated September 23, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0038163 - LBHI_SPV_0038164;

- Notice of Early Termination of Swap Agreements for Sunset Park CDO-M

Limited SPC, Series 2005-3 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0038419;

- Notice of Early Termination of Swap Agreements for Sunset Park CDO Limited SPC, Series 2005-5 Segregated Portfolio, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0028826;

- Notice of Early Termination of Swap Agreements for Sunset Park CDO Series 2005-6 Limited, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0029464;

- Notice of Early Termination of Swap Agreements regarding Securitized Product of Restructured Collateral Limited SPC, Series 2007-1 Tabxspoke (07-1-40-100) Segregated Portfolio, dated September 25, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0026460 - LBHI_SPV_0026461;

- Notice of Default regarding Tavares Square CDO LLC, dated September 17, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0030292 - LBHI_SPV_0030295; and

- Notice of Default regarding Vox Place CDO Limited, Vox Place LLC, dated September 23, 2008, produced by Lehman Brothers Special Financing Inc., and identified as LBHI_SPV_0030968 - LBHI_SPV_0030969

(collectively, the "Exhibit A Documents"), and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having reviewed the Exhibit A Documents and found and determined that the Exhibit A Documents do not contain confidential information warranting being filed under seal pursuant to § 107 of the Bankruptcy Code; and after due deliberation, it is hereby

**ORDERED THAT:**

1. The Motion is DENIED.

2. LBSF will file Exhibit A to the Dahill Declaration publicly on the docket within three (3) business days of this Order being entered.

3. This Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.

Dated:    New York, New York
April 15, 2015

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE