CADWALADER, WICKERSHAM & TAFT LLP
Howard Hawkins, Jr., Esq.
Ellen Halstead, Esq.
Christopher J. Updike, Esq.
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and -

Mark C. Ellenberg, Esq., *Pro Hac Vice*
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400



*Attorneys for Morgan Stanley & Co. International plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Morgan Stanley & Co. International plc (f/k/a Morgan Stanley & Co. International Limited) ("MSIP"), by and through its undersigned counsel, hereby withdraws without prejudice Proof of Claim No. 20530 ("Claim 20530") filed against Lehman Brothers Holdings Inc. in the above-captioned case, and that the claims register maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly. For the avoidance of doubt, MSIP does not seek to withdraw any claims other than Claim 20530.

Dated: May 4, 2015
    New York, New York

        CADWALADER, WICKERSHAM & TAFT LLP

        */s/ Howard Hawkins*
        Howard Hawkins, Jr., Esq.
        Ellen Halstead, Esq.
        Christopher J. Updike, Esq.
        One World Financial Center
        New York, New York 10281
        Telephone: (212) 504-6000
        Facsimile: (212) 504-6666
        howard.hawkins@cwt.com

        - and -

        Mark C. Ellenberg, Esq., *Pro Hac Vice*
        700 Sixth Street, NW
        Washington, DC 20001
        Telephone: (202) 862-2200
        Facsimile: (202) 862-2400
        mark.ellenberg@cwt.com

        *Attorneys for Morgan Stanley & Co. International plc*