EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Recovery Partners Holdings I, LLC ("Recovery") does hereby certify that it has transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns ("Transferee"), all rights, title and interest in and to $3,764,835.81 of the allowed claim of Lehman Re against Lehman Brothers Special Financing Inc. (Claim No.: 28306) in the amount of $25,430,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 jointly administered under Case No. 08-13555 (JMP).

Recovery hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 14.804702348% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

RECOVERY PARTNERS HOLDINGS I, LLC

By: _____
Name: Aleksandra Markovic
Title: Authorized Signatory
Date: 5-15-15

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 5/15/15

11

NYC:332497.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Recovery Partners Holdings I, LLC ("Recovery") does hereby certify that it has transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns ("Transferee"), all rights, title and interest in and to $30,719,758.81 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Recovery hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 7.402351520% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

RECOVERY PARTNERS HOLDINGS I, LLC

By: _____
Name: Aleksandra Markovic
Title: Authorized Signatory
Date: 5-15-15

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 5/15/15

11

NYC:332560.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Recovery Partners Holdings I, LLC ("Recovery") does hereby certify that it has transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns ("Transferee"), all rights, title and interest in and to $12,972,028.85 of the allowed claim of Lehman Re against Lehman Brothers Commercial Corp. (Claim No.: 28308) in the amount of $87,621,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 jointly administered under Case No. 08-13555 (JMP).

Recovery hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 14.804703039% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

RECOVERY PARTNERS HOLDINGS I, LLC

By: _____
Name: Aleksandra Markovic
Title: Authorized Signatory
Date: 5-15-15

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 5/15/15

11

NYC:332326.1