WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :    **Chapter 11 Case No.**
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                                   :    **08-13555 (SCC)**
                                                                               :
                                            **Debtors.**                       :    **(Jointly Administered)**
                                                                               :
-------------------------------------------------------------------------------x
                                                                               :
**In re**                                                                      :
                                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                      :
                                                                               :    **08-01420 (SCC) (SIPA)**
                                            **Debtor.**                        :
                                                                               :
-------------------------------------------------------------------------------x

65888461_2

**NOTICE OF AGENDA OF
MATTERS SCHEDULED FOR THE
HEARING ON MAY 20, 2015 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

**I.    UNCONTESTED MATTER:**

1.    Seventeenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2014 through December 31, 2014 [**LBI ECF No. 11661**]

Response Deadline:    May 13, 2015 at 4:00 p.m.

Response Received:

A.    Response to Motion Recommendation of SIPC in Support of the Seventeenth Application of Counsel for Interim Compensation and Reimbursement of Expenses [**LBI ECF No. 12099**]

Related Documents:

B.    Notice of Proposed Order Approving Application [**LBI ECF No. 12103**]

Status: This matter is going forward.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**II.    UNCONTESTED MATTER:**

2.    Motion to Allow Disclosure of The Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [**ECF 48939**]

Response Deadline:    March 30, 2014 at 4:00 p.m.

Responses Received:

A.    Objection to Motion Objection of Westpac Banking [**ECF 49022**]

B.        Objection to Motion  by Pentwater Growth Fund Ltd. and Pentwater Credit Partners Fund Ltd. [**ECF 49023**]

C.        Response of JPMorgan and Credit Suisse [**ECF 49028**]

D.        Objection to Motion Objection of National Australia Bank Limited [**ECF 49029**]

E.        Objection of Landesbank Baden-Wurttemberg [**ECF 49030**]

F.        Objection of Bank of Montreal [**ECF 49032**]

G.        Objection of KfW (a.k.a. Kreditanstalt fur Wiederaufbau) [**ECF 49034**]

H.        Response of Citibank, N.A. and its Affiliates [**ECF 49035**]

I.        Joinder of Convexity Capital Master Fun L.P. [**ECF 49036**]

J.        Joinder of the FIG Entities [**ECF 49037**]

K.        Joinder of GE Financial Markets [**ECF 49038**]

L.        Joinder of HBK Master Fund L.P. [**ECF 49039**]

M.        Objection of Derivative Questionnaire Respondents [**ECF 49040**]

N.        Objection of and Joinder of Mizrahi Tefahot Bank, Ltd [**ECF 49041**]

O.        Protective Objection and Joinder of Haynes and Boone, LLP Clients [**ECF 49042**]

P.        Objection of Government of Singapore Investment Corporation Pte Ltd. [**ECF 49043**]

Q.        Joinder of International Bank for Reconstruction and Development (as trustee of the Retired Staff Benefits Plan and Trust) [**ECF 49044**]

R.        Joinder of Casterligg Master Investments Ltd. [**ECF 49046**]

S.        Joinder of International Bank for Reconstruction and Development (as trustee of the Staff Retirement Plan and Trust) [**ECF 49047**]

65888461_2

T.      Objection of Brevan Howard Asset Management, LLP, and Certain Funds Under its Management [**ECF 49048**]

U.      Joinder of the International Bank for Reconstruction and Development for the Post-Employment Benefits Plan [**ECF 49050**]

V.      Limited Objection of American Trading and Production Corporation [**ECF 49051**]

W.      Joinder of Natixis and Natixis Financial Products Inc. [**ECF 49052**]

X.      Joinder of Russell Investments and Its Affiliated Entities [**ECF 49053**]

Y.      Joinder of the International Bank for Reconstruction and Development [**ECF 49054**]

Z.      Joinder of First Choice Power, L.P. [**ECF 49055**]

AA.      Joinder of Highland Entities [**ECF 49057**]

BB.      Joinder Of OEMI [**ECF 49071**]

CC.      Joinder of United Technologies Corporation [**ECF 49100**]

DD.      Joinder of Bill & Melinda Gates Foundation Trust [**ECF 49101**]

EE.      Joinder of Cascade Investment, L.L.C. [**ECF 49102**]

FF.      Joinder of Landesbank Baden-Wurttemberg [**ECF 49116**]

GG.      Joinder of Och-Ziff Capital Management Group, LLC [**ECF 49117**]

HH.      Joinder of Ontario Teacher's Pension Plan Board [**ECF 49118**]

II.      Objection of The Bank of Tokyo-Mitsubishi UFJ, LTD [**ECF 49119**]

JJ.      Objection of Mitsubishi UFJ Securities International PLC [**ECF 49121**]

KK.      Joinder of the Tudor Respondents [**ECF 49125**]

65888461_2

LL.    Objection of Schroder Investment Management Limited, on Behalf of Certain Current and Former Schroder Entities [**ECF 49128**]

MM.    Joinder of the HSBC Parties [**ECF 49131**]

NN.    Objection of Certain Creditors of LBHI and its Affiliated Debtors [**ECF 49132**]

OO.    Joinder of Objecting Claimants [**ECF 49134**]

PP.    Objection of the Vanguard Group, Inc. [**ECF 49135**]

QQ.    Joinder of Tobacco Settlement Financing Corporation [**ECF 49136**]

RR.    Response of JR Moore, LP, *et al*. [**ECF 49137**]

SS.    Objection of Bridgewater Associates, LP and Certain Funds Under Its Management [**ECF 49138**]

TT.    Objection  and Joinder of BlackRock, Inc. [**ECF 49139**]

UU.    Joinder of Morgan Stanley Investment Management Inc. [**ECF 49142**]

VV.    Joinder of The Coast Fund L.P. [**ECF 49144**]

WW.    Joinder of Invesco Senior Secured Management, Inc. [**ECF 49146**]

XX.    Joinder of Portigon AG (f/k/a WESTLB AG) [**ECF 49147**]

YY.    Joinder of Morgan Lewis Claimants [**ECF 49148**]

ZZ.    Objection/Joinder of Sankaty Funds [**ECF 49150**]

AAA.    Amended Objection/Joinder of Sankaty Funds [**ECF 49159**]

BBB.    Joinder of Rogge Global Partners PLC [**ECF 49175**]

CCC.    Joinder of Serengeti Asset Management, LP [**ECF 49267**]

<u>Related Documents</u>:

DDD.    Reply of Debtors and Official Committee of Unsecured Creditors in Support of Motion [**ECF 49377**]

EEE.    Notice of Filing of Corrected Exhibits A and B to Reply [**ECF 4938**]

FFF.    Response of JPMorgan and Credit Suisse to Reply [**ECF 49599**]

Status:  This matter is going forward on an uncontested basis solely to resolve to the non-objecting parties.  All filed responses are adjourned to a date to be determined.

## III.    ADJOURNED MATTERS:

### A.    Lehman Brothers Inc. Proceeding

3.    Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims). [**LBI ECF No. 10776**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:  None.

Related Document:

A.    Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims)  [**LBI ECF No. 11370**]

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m., as to certain claims and July 22, 2015 as to certain claims.

4.    Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568)  [**LBI ECF No. 10782**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended to April 14, 2015 at 4:00 p.m.

Responses Received:  None.

Related Document:    None.

Status:  This matter has been adjourned to June 9, 2015 at 10:00 a.m.

65888461_2

Dated:  May 19, 2015
       New York, New York

          /s/ Garrett A. Fail
          Garrett A. Fail

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Lehman Brothers Holdings Inc.
          and Certain of Its Affiliates

Dated:  May 19, 2015
       New York, New York

          /s/ Jeffrey S. Margolin
          James B. Kobak, Jr.
          Christopher K. Kiplok
          Jeffrey S. Margolin

          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, New York 10004
          Telephone: (212) 837-6000
          Facsimile: (212) 422-4726

          Attorneys for James W. Giddens, Trustee for
          the SIPA Liquidation of Lehman Brothers Inc.