# CT



May 06, 2015

A. Mitchell Greene
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue,
New York, NY  10022

Re:  AC I Inv Manahawkin LLC, et a., Debtors // To: Kmart

Case No.  1422791

Dear Sir/Madam:

*Our records indicate* that we represent more than one entity beginning with the name: ( Kmart ). In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 527070767

Sent By Regular Mail

cc:  Southern District of New York, Bankruptcy Court
     United States Bankruptcy Court,
     Southern District of New York,
     One Bowling Green,
     New York, NY  10004-1408



U.S.POSTAGE》PITNEY BOWES



ZIP 91367
02 1W $ 002.66⁰
0001378352 MAY 01 2015

wkin, LLC., et. al.
sulting/Omni Bankruptcy
Avenue, Suite 100
ls, CA 91367

Kmart
c/o The Corporation Trust Company, Registered Agent
820 Bear Tavern Road
West Trenton, NJ 08628

*PLEASE FORWARD TO PRESIDENT, I.*

**ROBINSON BROG LEINWAND GREENE**
**GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for the Debtors and Debtors in*
*Possession*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

<u>Hearing Date</u>:
June 8, 2015 at 10:00 a.m.

RECEIVED
MAY 11 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In re:

AC I INV MANAHAWKIN LLC,
AC I MANAHAWKIN MEZZ LLC, and
AC I MANAHAWKIN LLC,

Debtors.
-----------------------------------------------------------X

Chapter 11

Case No.: 14-22791 through
14-22793 (RDD)
(Jointly Administered)

NOTICE OF MOTION FOR ENTRY OF ORDER APPROVING DISCLOSURE
STATEMENT AND CONFIRMING DEBTOR'S PLAN OF LIQUIDATION AND
GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE,** that upon the annexed application of AC I Manahawkin

LLC (the "Debtor"), by its attorneys, dated April 30, 2015, a hearing (the "Hearing") will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States

Bankruptcy Court, Southern District of New York, White Plains Division, 300 Quarropas Street,

White Plains, New York 10601, on June 8, 2015 at 10:00 a.m., or as soon thereafter as counsel

can be heard, for entry of an order approving the Debtor's disclosure statement and confirming

the Debtor's plan of liquidation and granting related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief sought in the

Motion, must be in writing setting forth the facts and authorities upon which an objection is

based, filed with the Clerk of the United States Bankruptcy Court, Southern District of New

{00728047.DOCX;1 }

York, 300 Quarropas Street, White Plains, New York 10601, with a copy to Chambers, provided,

however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as

amended from time to time), entities with Internet access shall file objections (formatted in the

Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and served so as to be received by

the attorneys for Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third

Avenue, 9th Floor, New York, New York 10022, attention: A. Mitchell Greene, Esq.,  and the

Office of the United States Trustee for the Southern District of New York, 201 Varick Street,

Room 1006, New York, New York 10004, Attention: Serene Nakano, Esq. no later than seven

(7) days prior to the Hearing.

      **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to

time without further notice except by announcement of such adjournment in open court on the

date scheduled for the Hearing.

DATED:    New York, New York
          April 30, 2015

                    **ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
**Attorneys for the Debtors**
875 Third Avenue
New York, New York 10022
(212) 603-6300

                    By: <u>/s/ A. Mitchell Greene</u>
                       A. Mitchell Greene