**Epiq Bankruptcy Solutions, LLC**
**Lehman Brothers Holdings Inc.**
**757 3rd Ave, 3rd Floor**
**New York, NY 10017**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
RE: LEHMAN BROTHERS HOLDINGS INC.
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

**THIS PAGE INTENTIONALLY LEFT BLANK**




B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.          ,          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banca Popolare dell'Alto Adige | Banca Popolare di Marostica |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Financial Back Office-att. Frasnelli Verena
via Macello 55 - 39100 Bolzano (ITALY)

Court Claim # (if known): 37125.01
Amount of Claim: $87,402.44
Date Claim Filed: 09/10/2009

Phone: 0039 0471 996118
Last Four Digits of Acct #: _____

Phone: 0039 0424 487726
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Banca Popolare dell'Alto Adige
By: _[signature]_                                           Date: 05/06/2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PAYEE: BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP.  
DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

Wire Payment  
Wire Date: April 2, 2015

AGGREGATION NUMBER: W0000722

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. (if applicable) | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 35499.09 | XS0176153350 | CA27069 | 05 SENIOR THIRD-PARTY GUARANTEE | $109,411.89 | 0.02029137 | $2,220.11 | | $2,220.11 |
| 40675.03 | XS0182289663 | CA40869 | 05 SENIOR THIRD-PARTY GUARANTEE | $532,141.26 | 0.02029137 | $10,797.87 | | $10,797.87 |
| 40675.03 | XS0176153350 | CA40835 | 05 SENIOR THIRD-PARTY GUARANTEE | $732,330.38 | 0.02029137 | $14,859.98 | | $14,859.98 |
| 40675.03 | XS0178969209 | CA40844 | 05 SENIOR THIRD-PARTY GUARANTEE | $864,343.26 | 0.02029137 | $17,538.70 | | $17,538.70 |
| 40675.03 | XS0189294225 | CA40837 | 05 SENIOR THIRD-PARTY GUARANTEE | $108,224.91 | 0.02029137 | $2,196.03 | | $2,196.03 |
| 51229.31 | XS0195431613 | CA94753 | 05 SENIOR THIRD-PARTY GUARANTEE | $7,155.11 | 0.02029137 | $145.18 | | $145.18 |
| | | | Wire Transaction Fee - International Bank Account | | | | | $ -35.00 |
| | | | | | | | Aggregated total: | $47,722.87 |



The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.  
[A] Interest is payable only on previously disputed claims pursuant to the Plan.  
[B] Disbursement Amount calculated by multiplying Allowed Amount by Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.


PAYEE: BANCA POPOLARE DI MAROSTICA SCARL

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

CHECK NUMBER: 0042030

AGGREGATION NUMBER: W0004817

| Claim/Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 37125.01 | XS0163559841 | CA19038 | 05 SENIOR THIRD-PARTY GUARANTEE | $14,461.17 | 0.03647317 | $527.44 | | $527.44 |
| 37125.01 | XS0176153350 | CA19040 | 05 SENIOR THIRD-PARTY GUARANTEE | $72,941.27 | 0.03647317 | $2,660.39 | | $2,660.39 |
| | | | | | | | Aggregated total: | $3,187.83 |

Banca Popolare dell'Alto Adige
Soc. Coop.

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.
[A] Interest is payable only on previously disputed claims pursuant to the Plan.
[B] Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.

Page 1 of 1

Banca Popolare dell'Alto Adige
Ufficio finanze back office
Via del Macello 55
I-39100 Bolzano

Verena Frasnelli
Tel.  0471 996 118
Fax  0471 996 404
Verena.Frasnelli@volksbank.it

To
EPIQ Systems
757 Third Avenue
Third Floor
USA NEW YORK, NY 10017

Bolzano, 06/05/2015

Dear madam, dear sir!

We attach to this letter a request (form B 210 A) for a claim transfer due to merger of „Banca Popolare dell'Alto Adige" with „Banca Popolare di Marostica" wich became effectiv on the 1. April 2015.

Please transfer the claim number 37125.01 for total USD 87,402.44 for the following ISIN
XS0163559841 for USD 14,461.17
XS0176153350 for USD 72,941.27

We also attach the last remittance slip you sent to Banca Popolare di Marostica and the last remittance slip sent to Banca Popolare dell'Alto Adige for a better identification of the claims.

Please pay in the future the disbursement amounts related tho the claims of Banca Popolare di Marostica with wire payment together with the claims for Banca Popolare dell'Alto Adige.

Kind regards.

Cordiali saluti,
BANCA POPOLARE DELL'ALTO ADIGE
Soc.coop.pa



**V  Banca Popolare · Volksbank**

Banca Popolare dell'Alto Adige Soc. coop. pa · Sede legale e Direzione Generale, via del Macello, 55 · I-39100 Bolzano · Tel. 0471 996 111 · Fax 0471 979 188 · gsinfo@bancapopolare.it, cod. fiscale/partita IVA e Registro imprese Bolzano 00129730214 · Cod. Banca 5856-0 · Patrimonio netto 31.12.2014 Euro 639.821.514 · aderente al Fondo Nazionale di Garanzia e al Fondo Interbancario di Tutela dei Depositi · Autorità di controllo: Banca d'Italia · iscrizione albo banche n. 3630.1.0 ·
www.bancapopolare.it