**◀ BCV**

**Back Office**

Anne Paris
Employée back office
anne.paris@bcv.ch

**Banque Cantonale Vaudoise**
Ch. de la Vallombreuse 100
1008 Prilly
Tel. 021 212 10 68
Fax 021 212 15 62
www.bcv.ch

Epiq Bankruptcy Solutions, LLC
Attn : Lehman Brothers Holdings Inc
Claim Processing
757 Third Avenue, 3rd Floor
10017 New York

Our ref. ASP

Prilly, 1 May 2015

**Notice of withdrawal of partial transfer**

Dear all,

Please find attached a notice of withdrawal of partial transfer for claim 59233.

Best Regards

Banque Cantonale Vaudoise

Jacques Gmehlin
Vice-President

p.r. J. Vuillermet
Janique Vuillermet
Authorised officer

Enclosure : Notice of withdrawal of partial transfer

Membre de l'Union des Banques Cantonales Suisses



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re                                                    :   Chapter 11
                                                         :
                                                         :   Case No. 08-13555
        LEHMAN BROTHERS HOLDINGS INC.                    :
                                                         :   (Jointly Administered)
                                                         :
                        Debtor.                          :
-------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that BANQUE CANTONALE VAUDOISE hereby withdraws the *Partial Transfer of Claim other than for Security* for **EUR 65'000 XS0309871019** [Docket No. 49019], dated 03/18/15, filed in reference to Claim No. 59233, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  April 30, 2015

                        Jacques Gmehlin              Janique Vuillermet
                        Vice-President               Authorised officer



FILED / RECEIVED
MAY 04 2015
EPIQ SYSTEMS



01.05.15
CH 1360
4th Poste
2090002
30001a66