# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

Form 210A

**United States Bankruptcy Court**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS | Case No. 08-13555 (JMP) JOINTLY ADMINISTERED |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Banca di Caraglio del Cuneese e della Riviera dei Fiori** | **Cassa di Risparmio di Bra spa** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): **48659** |
| Piazza della Cooperazione 1 | Amount of Claim: $ 8,878,078.49 |
| 12023 CARAGLIO (CN) | Date Claim Filed: |
| Italy | October 27, 2009 |
| | |
| Attn: Roberto Levico | |
| E-mail: titoli02@caraglio.bcc.it | |
| | |
| Phone: 00390171617174/131 | Phone: 0039 0172 435224 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: N/A

ABI 08439

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: Mr. Tomatis Livio
     Title: President
     _____    Date: 18/05/2015
     Transferee/Transferee's Agent

***Penalty for making a false statement:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S C. §1152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**TRANSFER AGREEMENT**