**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**ORDER DENYING MOTIONS TO VACATE**
**THE ALTERNATE DISPUTE RESOLUTION**
**PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS**
**OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS**

Upon consideration of the (i) Motion of Stearns Lending LLC Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Stearns Lending, LLC f/k/a Stearns Lending Inc.;" (ii) Motion of Directors Mortgage, Inc. Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Directors Mortgage, Inc.;" (iii) Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Republic State Mortgage Company" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure; (iv) Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, First Mortgage Corporation" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure; (v) Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Oaktree Funding Corporation" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil

Procedure; (vi) Motion of Group 2000 Real Estate Services Inc. Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure Seeking an Order Vacating the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," as it Applies to Group 2000 Real Estate Services, Inc.; (vii) Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller Gateway Bank FSB" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure; (viii) Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, American Bank" Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure; and (ix) Motion to Vacate the "Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller, Apex Home Loans, Inc." Pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure (collectively, the "Motions to Vacate") and any responses and replies thereto, and upon consideration of the arguments of counsel made at the hearing on May 5, 2015 (the "Hearing"), and for the reasons stated on the record at the Hearing (a copy of the Hearing transcript is attached hereto as Exhibit A), **IT IS HEREBY ORDERED** that the Motions to Vacate are **DENIED**.

Dated: New York, New York
       May 20, 2015

                                    /S/ Shelley C. Chapman
                                    HONORABLE SHELLEY C. CHAPMAN
                                    UNITED STATES BANKRUPTCY JUDGE