BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                              :        Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :        08-13555 (SSC)
                                                                   :
                    Debtors.                                       :        (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF CLAIMS OBJECTION HEARING WITH RESPECT TO**
**OBJECTION TO PROOFS OF CLAIM NO. 17556, 17558, 17559 AND 17560**

PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 17556, 17558, 17559 and 17560 that was scheduled for July 22, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined** (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated: May 20, 2015
      New York, New York

                            /s/ Brijesh Dave
                            Brijesh P. Dave
                            LEHMAN BROTHERS HOLDINGS INC.
                            OFFICE OF THE GENERAL COUNSEL
                            1271 Avenue of the Americas
                            New York, New York 10020
                            Telephone: (646) 285-9441
                            Facsimile: (646) 285-9337

                            *Attorney for Lehman Brothers Holdings Inc. and*
                            *Certain of Its Affiliates*