UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x
                                                              :
In re                                                         :          Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :           08-13555 (SCC)
                                                              :          (Jointly Administered)
                              Debtors.                        :
                                                              :
----------------------------------------------------------------------------x          Ref. Docket No. 49358


<u>AFFIDAVIT OF SERVICE</u>


STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On May 13, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to
    Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                          */s/ Lauren Rodriguez*
                                                           Lauren Rodriguez

Sworn to before me this
20th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000093216345 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 30699



CVF II LUX FINCO, LLC
ANDREWS KURTH LLP
ATTN: DAVID HOYT
450 LEXINGTON AVENUE
NEW YORK, NY 10017

CVF II LUX FINCO, LLC
TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L.
C/O CARVAL INVESTORS, LLC
ATTN: TERI SALBERG
9320 EXCELSIOR BLVD., 7TH FLOOR
HOPKINS, MN 55343

Please note that your claim # 20120-03 in the above referenced case and in the amount of
$34,495,606.14 allowed at $8,188,356.92 has been transferred (unless previously expunged by court order)

CVI CVF II LUX SECURITIES TRADING S.A.R.L.
TRANSFEROR: CVF II LUX FINCO, LLC
C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG
9320 EXCELSIOR BOULEVARD
HOPKINS, MN 55343

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     49358     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/13/2015                    Vito Genna, Clerk of Court

                         /s/ Lauren Rodriguez
                         ─────────────────────────────
                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 13, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVF II LUX FINCO, LLC | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 1 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 1 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |

**Total Creditor Count 71**