UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (SCC) |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------------x    Ref. Docket Nos. 49161, 49209,
49358, 49435, 49436, 49444, 49449-
49453, 49455-49457, 49460-49463

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On May 14, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to
    Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
20th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

LAURION CAPITAL MASTER FUND LTD.
ATTN: BENJAMIN SMITH
C/O LAURION CAPITAL MANAGEMENT LP
360 MADISON AVE RM 1900
NEW YORK, NY 10017-7140

Please note that your claim # 14823 in the above referenced case and in the amount of
$36,339,909.00 Unliquidated has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000093221020 ***            LBH TRFNTC (ADDRESS2, ADRKEYID3) 30740



BIMINI INVESTMENTS S.A.R.L.                         BIMINI INVESTMENTS S.A.R.L.
MICHAEL STEPHAN                                     TRANSFEROR: LAURION CAPITAL MASTER FUND
C/O ELLIOTT MANAGEMENT CORPORATION                  LTD.
40 WEST 57TH STREET                                 ATTN: JEROME DEVILLET
NEW YORK, NY 10019                                  65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE
                                                    LUXEMBOURG L-1331
                                                     LUXEMBOURG

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49161    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/14/2015                      Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       EPIQ BANKRUPTCY SOLUTIONS, LLC

                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: LAURION CAPITAL MASTER FUND LTD., ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE (DEUTSCHLAND) AG | AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF II LUX FINCO, LLC | SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATT: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 1 MADISON AVENUE, NEW  YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 1 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC; ATTN:  TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| HIKER HANS-HEINRICH | TRANSFEROR: UBS AG, TICHELRUTISTRASSE 32, GOCKHAUSEN CH-8044 SWITZERLAND |
| HIKER HANS-HEINRICH | ZURCHER KANTONALBANK, ATTN: PATRICK HEUBERGER, LOAV3; PO BOX, ZURICH 8010 SWITZERLAND |
| KUMMER HEIDI | TRANSFEROR: UBS AG, ZIPARTENSTRASSE 55, DUBENDORF CH-8600 SWITZERLAND |
| KUMMER HEIDI | ZURCHER KANTONALBANK, ATTN: PATRICK HEUBERGER, LOAV3; P.O. BOX, ZURICH 8010 SWITZERLAND |
| LAURION CAPITAL MASTER FUND LTD. | ATTN: BENJAMIN SMITH, C/O LAURION CAPITAL MANAGEMENT LP, 360 MADISON AVE RM 1900, NEW YORK, NY 10017-7140 |
| MASON CAPITAL MANAGEMENT | TRANSFEROR: MASON CAPITAL MASTER FUND LP, 110 EAST 59TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MASON CAPITAL MASTER FUND LP | TRANSFEROR: MORGAN STANLEY & CO.INTERNATIONAL PLC, 110 EAST 59TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: BANKHAUS CARL F. PLUMP & CO AG, ATTN: MATTHIAS MOHOS, BADENERSTRASSE 574/C, POSTFACH, PO BOX,8098, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: BANKHAUS CARL F. PLUMP & CO AG, ATTN: MATTHIAS MOHOS, BADENERSTRASSE 574/C, POSTFACH, PO BOX,8098, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 124**