**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------x
                                                              :
In re                                                         :          **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  :           **08-13555 (SCC)**
                                                              :          **(Jointly Administered)**
                                    **Debtors.**              :
                                                              :
-----------------------------------------------------------------------------x          **Ref. Docket Nos. 49503-49506,**
                                                                         **49509, 49513, 49515**


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On May 15, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                     */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
20th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000093221995 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000129081



| | |
|---|---|
| CREDIT SUISSE (DEUTSCHLAND) AG | CREDIT SUISSE (DEUTSCHLAND) AG |
| ATTN: PAUL GILMORE | CRAVATH, SWAINE & MOORE LLP |
| ELEVEN MADISON AVE | ATTN: RICHARD LEVIN |
| NEW YORK, NY 10010 | WORLDWIDE PLAZA |
| | 825 EIGHTH AVENUE |
| | NEW YORK, NY 10019 |

Please note that your claim # 55824-35 in the above referenced case and in the amount of
$0.00 allowed at $216,399.34 has been transferred (unless previously expunged by court order)

BETHMANN BANK AG
TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG
BETHMANNSTRASSE 7-9
FRANKFURT AM MAIN 60311
 GERMANY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        49503                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/15/2015                      Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez

                                       EPIQ BANKRUPTCY SOLUTIONS, LLC

                                       as claims agent for the debtor(s).

 FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 15, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor Count 28**