UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (SCC)
                                                               :
                               Debtors.                        :    (Jointly Administered)
---------------------------------------------------------------- x

### STIPULATED ORDER REGARDING BRIEFING SCHEDULE REGARDING CLAIM 67707 OF SPANISH BROADCASTING SYSTEM, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and ORDERED by the Court, as follows:

1. Lehman Brothers Holdings Inc. ("**LBHI**"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, shall have until **Thursday, June 18, 2015** to file a motion for summary judgment (the "**Motion**") regarding the nature and recoverability of the damages asserted by Spanish Broadcasting through Claim 67707.

2. Claimant Spanish Broadcasting System, Inc. shall have until **Thursday, July 23, 2015** to respond to and oppose the Motion (the "**Opposition**").

3. LBHI shall have until **Thursday, August 13, 2015** to submit its reply to the Opposition.

    4.      The hearing on the Motion shall be held on the omnibus hearing schedule for **September 21, 2015 at 10:00 a.m.**

**AGREED:**

| | |
|---|---|
| By: */s/ Joseph Otchin* | By: */s/ Jacqueline Marcus* |
| Madlyn Gleich Primoff | Ralph I. Miller |
| Joseph Otchin | Jacqueline Marcus |
| KAYE SCHOLER LLP | WEIL, GOTSHAL & MANGES LLP |
| 250 West 55th Street | 767 Fifth Avenue |
| New York, New York 10019 | New York, NY 10153 |
| Phone: (212) 836-8000 | Phone: (212) 310-8000 |
| Fax: (212) 836-6495 | Fax: (212) 310-8007 |
| *Attorneys for Spanish Broadcasting System, Inc.* | *Attorneys for Lehman Brothers Holdings, Inc. and Certain of Its Affiliates* |

**So Ordered:**

Dated:  May 21, 2015
          New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge