**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (SCC)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------------x   **Ref. Docket Nos. 49580, 49693**


**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 21, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Diane Streany*_____
                                         Diane Streany

Sworn to before me this
22nd day of May, 2015
*/s/ Cassandra Murray*_____
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (ADDRESS2, ADRKEYID3) 12968

To:    BAR(23) MAILID *** 000093427461 ***

LEHMAN BROTHERS SECURITIES N.V.
THOMAS MOERS MAYER., DANIEL M. EGGERMANN
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF AMERICAS
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:   BAR(23) MAILID *** 000093427461 ***                    LBH TRFNTC (ADDRESS2, ADRKEYID3) 12968



LEHMAN BROTHERS SECURITIES N.V.
THOMAS MOERS MAYER., DANIEL M. EGGERMANN
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF AMERICAS
NEW YORK, NY 10036

LEHMAN BROTHERS SECURITIES N.V.
MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR
LEHMAN BROTHERS
SECURITIES N.V.
C/O VANEPS KUNNERMAN VANDOOME
JULIANAPLEIN 22
PO BOX 504
CURACAO

Please note that your claim # 58649 in the above referenced case and in the amount of
$65,081.37 allowed at $55,658.84 has been transferred (unless previously expunged by court order)

ELSAYED, MAREI NASR MAREI
TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V.
3 SAYED MAREI ST
MANSOURIA ROAD
GIZA
 EGYPT

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         49580                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/20/2015                    Vito Genna, Clerk of Court

/s/ Diane Streany

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 20, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BANCA DI CARAGLIO DEL CUNEESE E DELLA RIVIERA DEI FIORI | TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA, ATTN: MR. TOMATIS LIVIO, PIAZZA DELLA COOPERAZIONE 1, CARAGLIO 12023 ITALY |
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C., ATTN: GABUTTI LUIGI, VIA PRINCIPI DI PIEMONTE, 12, BRA (CUNEO) 12042 ITALY |
| ELSAYED, MAREI NASR MAREI | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., 3 SAYED MAREI ST, MANSOURIA ROAD, GIZA  EGYPT |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |

**Total Creditor Count 5**