B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>Goldman Sachs Lending Partners LLC</u>                    <u>Luxor Capital Partners LP</u>
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>19487</u>
should be sent:                                                       Amount of Claim: <u>$580,000,000.00 (allowed)</u>
                                                                              Transferred Amount: <u>$3,426,000.00 (allowed)</u>
Goldman Sachs Lending Partners LLC                     Date Claim Filed: <u>9/18/09</u>
c/o Goldman, Sachs & Co.                                        Debtor: <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Michelle Latzoni
Phone: 212-934-3921
Email: gsd.link@gs.com

13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
        Transferee/Transferee's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

LUXOR CAPITAL PARTNERS LP


By: _____    Date: _____
        Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____          Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

LUXOR CAPITAL PARTNERS LP


By: _____          Date: 4/21/15
         Transferor/Transferor's Agent

            Kelly Skura
         Chief Financial Officer
        Luxor Capital Group, LP
          Investment Manager


14