| Log No | Date | From | To | Cc | Privilege Reason | Privilege Description | Bates_Begin |
|---|---|---|---|---|---|---|---|
| 1 | 12/8/2008 | Carine, Allyson <allyson.carine@barclays capital.com> | rie.ando@ba rclayscapital. com; Arsov, Ana <ana.arsov @lehman.co m>; Joshi, Tejal <tejal.joshi @lehman.co m>; Schmidt, Rachel <rachel.sch midt@lehma n.com>; Jenkins, Courtney <courtney.je nkins@lehm an.com>; tejal.joshi@ barclayscapit al.com; tia.stawski@ barclayscapit al.com; Baker, Paul <paul.baker @barclaysca pital.com>; Baquero, Tara | Carine, Allyson <allyson.cari ne@barclays capital.com> ; Kim, Patrick <patkim@le hman.com>; Winter, Martin (A&M) <MWinter@ alvarezandm arsal.com>; Paul Smith (A&M) <psmith@al varezandma rsal.com>; Chuck Finch (A&M) <cfinch@alv arezandmars al.com>; Fazio, Mike <mifazio@le hman.com>; Geer, Brad <brgeer@le hman.com>; Nagarajan, Rangaswam y | Attorney-Client; Work Pro | E-mail with attachments reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for multiple funds. Note: This family of documents, comprising a cover e-mail and an attached spreadsheet, constitutes a representative example of a communication that was sent on a daily basis for the relevant time period.  The responsive information contained in the representative example remains the same across each iteration of the communication.  In order to save space on this privilege log, Jones Day has | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Spreadsheet reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for multiple funds. Note: This family of documents, comprising a cover e-mail and an attached spreadsheet, constitutes a representative example of a communication that was sent on a daily basis for the relevant time period.  The responsive information contained in the representative example remains the same across each iteration of the communication.  In order to save space on this privilege log, Jones Day has | |
| 1a | 12/8/2008 | | | | Attorney-Client; Work Pro | removed individual | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | 6/23/2009 | EntityMaster@lehman.com | Jenkins, Courtney <courtney.jenkins@lehman.com>; npoole@alvarezandmarsal.com; Doolittle, Matt <mdoolitt@lehman.com>; Richmond, Aaliyah <arichmon@lehman.com>; Cash, Debra <dcash@lehman.com>; Srinivasan, Anand <anand.srinivasan@lehman.com>; Chuck Finch (A&M) <cfinch@alvarezandmarsal.com>; Geer, Brad <brgeer@le | Carine, Allyson <acarine@lehman.com>; Kim, Patrick <patkim@lehman.com>; Paul Smith (A&M) <psmith@alvarezandmarsal.com>; Chuck Finch (A&M) <cfinch@alvarezandmarsal.com>; Geer, Brad <brgeer@lehman.com>; Tadros, Hany <hany.tadros@barclayscapital.com>; Kunaparaju, Madhumitha <madhumitha.kunaparaju@barclayscapital.com>; Joshi, Sachin <sachin.joshi@barclaysca | Attorney-Client; Work Pr | E-mail with attachments reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for multiple funds. Note: This family of documents, comprising a cover e-mail and an attached spreadsheet, constitutes a representative example of a communication that was automatically generated and sent on a regular basis for the relevant time period.  The responsive information contained in the representative example remains the same across each iteration of the communication.  In order to save space | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Spreadsheet reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for multiple funds. Note: This family of documents, comprising a cover e-mail and an attached spreadsheet, constitutes a representative example of a communication that was automatically generated and sent on a regular basis for the relevant time period.  The responsive information contained in the representative example remains the same across each iteration of the communication.  In order to save space | |
| 19a | 6/23/2009 | | | | Attorney-Client; Work Product | on this privilege log, | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | 5/4/2009 | Raina, Shefali <shefali.raina@lehman.com> | Carine, Allyson <acarine@lehman.com>; Ando, Rie <riando@lehman.com>; Yare, Andrew <andrew.yare@lehman.com>; Kozlov, Anatoly <akozlov@lehman.com>; Lai, Jonathan <jonathan.lai@lehman.com> | McMurray, Locke R <locke.mcmurray@lehman.com>; Eickbush, Gregory <gregory.eickbush@lehman.com>; Counterparty Relationships Team <counterparty_relationships@lehman.com>; Derivatives Management Information <derivMIS@lehman.com> | Attorney-Client; Work Product | E-mail with attachments requesting and reflecting legal advice prepared in anticipation of litigation regarding treatment of the Transactions post-bankruptcy for multiple funds. |
| 25a | 5/4/2009 | | | | Work Product | Spreadsheet prepared in anticipation of litigation regarding treatment of the Transactions post-bankruptcy for multiple funds. |
| 276 | 6/24/2010 | Quaglia, Mark <mark.quaglia@lamcollc.com> | Request Committee Meeting <request_committee@lehmanholdings.com> | | Attorney-Client; Work Product | E-mail with attachments reflecting legal advice prepared in anticipation of litigation regarding counterparty's claims for Moore Macro Markets. |
| 276a | 6/24/2010 | | | | Attorney-Client; Work Product | Memo reflecting legal advice prepared in anticipation of litigation regarding counterparty's claims for Moore Macro Markets. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 752 | 9/23/2010 | Harper, Richard <richard.harper@lamcollc.com> | Griffin,Clay <clayton.griffin@lamcollc.com> | | Attorney-Client; Work Pro | E-mail chain requesting and reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for Moore Macro. | |
| 753 | 9/23/2010 | Harper, Richard <richard.harper@lamcollc.com> | Griffin,Clay <clayton.griffin@lamcollc.com> | | Attorney-Client; Work Pro | E-mail chain requesting and reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for Moore Macro. | |
| 842 | 6/25/2010 | | | | Attorney-Client; Work Pro | Image file reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for Moore Macro Markets. | |
| 947 | 11/28/2012 | McGarvey, Michael <michael.mcgarvey@lamcollc.com> | Fox, Jonathan <jonathan.fox@lehmanholdings.com> | Matthews, Paul (pmatthews@alvarezandmarsal.com); Vogelmann, Jeremy <jeremy.vogelmann@lamcollc.com>; Cahill, George <george.cahill@lamcollc.com> | Attorney-Client; Work Pro | E-mail chain reflecting legal advice prepared in anticipation of litigation regarding treatment of the Transactions post-bankruptcy for SJL Moore. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 949 | 11/28/2012 | Fox, Jonathan <jonathan.fox@lehmanholdings.com> | McGarvey, Michael <michael.mcgarvey@lamcollc.com> | Matthews, Paul (pmatthews@alvarezandmarsal.com); Vogelmann, Jeremy <jeremy.vogelmann@lamcollc.com>; Cahill, George <george.cahill@lamcollc.com> | Attorney-Client; Work Product | E-mail chain reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for SJL Moore. | |
| 1675 | 9/16/2008 | Carine, Allyson <acarine@lehman.com> | Eid, Nouha <nouha.eid@lehman.com>; Koyama, Satoko S <satoko.koyama@lehman.com>; McMurray, Locke R <locke.mcmurray@lehman.com> | | Work Product | E-mail with attachments reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for multiple funds. | |
| 1675a | 9/16/2008 | | | | Attorney-Client; Work Product | Spreadsheet reflecting legal advice prepared in anticipation of litigation regarding valuation of the Transactions post-bankruptcy for multiple funds. | |
| 1680 | 9/19/2008 | Carine, Allyson <acarine@lehman.com> | CMCL Masters - NY <CMCLMastersNY@EXAMNYC.lehman.com> | | Attorney-Client; Work Product | E-mail with attachments requesting and reflecting legal advice prepared in anticipation of litigation regarding counterparty's claims for multiple funds. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1680a | 9/19/2008 | | | | Attorney-Client; Work Pro | Spreadsheet reflecting legal advice prepared in anticipation of litigation regarding counterparty's claims | |

| Bates_End |
| --- |
|  |





