**RECEIVED** MAY 18 2015 U.S. BANKRUPTCY COURT SO DIST NEW YORK

Form 2104 (10/06)

FILED / RECEIVED

MAY 13 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cassa Risparmio di Cento
Name of Transferee

Banque Pictet & Cie SA
Name of Transferor

Name and Address where notices to transferee should be sent:

MARCO BIONDI
VIA MATTEOTTI 8/B
44042, CENTO (FE) ITALY

Phone: +39 051 68 33 449
Last Four Digits of Acct #: ___

Court Claim # (if known): 63450.01
Date Claim Filed: ___
Amount of Claim: USD 152'519.13
Portion of Claim Transferred (see Schedule I): Nominal EUR 105'000

Phone: +41.58.323.2197
Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Marco [signature]                                Date: 05/12/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM



TO: THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Pictet & Cie SA** ("<u>Transferor</u>") unconditionally and irrevocably transferred to **Cassa Risparmio di Cento** ("<u>Transferee</u>") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 63450.01**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

    Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON MAY 11, 2015

Banque Pictet & Cie SA

By: ..................................

Name: David Aeschlimann

Title: Vice President

By: ..................................

Name: Mélanie Pichonnaz

Title: Officer

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0181945972 | 63450.01 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 105,000 |
|  |  |  |  |  |

From:

Cassa di Risparmio di Cento S.p.A.

Via Matteotti 8/b

44042 Cento (Fe), Italy

To:

**Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3rd Floor
New York, NY 10017**

**Object: Transfer of claim other than for security**

Dear Epic Bankruptcy Solutions LLC,

we are sending form 210A completed and signed.

Thanks for your collaboration.

Best regards.

**EXPRESS WORLDWIDE** | IntraShip (7.0) / *17-1409* | **DOX** 

From: Cassa di Risparmio di Cento spa
Stefano Tassinari 0516833295
via Matteotti, 8/b
44042 Cento
IT Italy

Origin: **BLQ**

To: EPIQ BANKRUPTCY SOLUTIONS,LLC
LEHMAN BROTHERS HOLDINGS CLAIM
757 THIRD AVENUE 3° FLOOR

**10017 NEW YORK New York**
**US United States of America**

Phone:

**US-ZYP-TS2**

Day | Time

Ref code
Account No 101118099
Piece Weight: 0.5 kg
Pickup date: 2015-05-12
Piece **1/1**

Content / Commerce Control Statement / RC
DOCUMENTI


WAYBILL 86 4617 4810


(2L)US10017+42000000


(J)JD01 4600 0017 5133 4436

FILED / RECEIVED
MAY 1 3 2015
EPIQ SYSTEMS

Maximum recommended weight 2 kg/4.4 lbs

Please en