# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, Esquire, hereby certify that on May 27, 2015, a copy of **Notice of Adjournment of Hearing on Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections** was made electronically on those parties requesting electronic service via the Court's ECF system and via U.S. Mail on the following parties.

> Richard P. Krasnow, Esquire
> Lori R. Fife, Esquire
> Shai Y. Waisman, Esquire
> Jacqueline Marcus, Esquire
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY  10153
> *(Attorneys for the Debtors)*
>
> Andy Velez-Rivera, Esquire
> Paul Schwartzberg, Esquire
> Brian Masumoto, Esquire
> Office of the U.S. Trustee
> U.S. Federal Office Building
> 201 Varick Street, Suite 1006
> New York, NY  10014
>
> Chambers of the Honorable Shelley C. Chapman
> One Bowling Green
> New York, NY  10004

637272.7 5/27/15